## CA02db Intake

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Sent:** Monday, September 11, 2023 1:52 PM
**To:** NYSD CourtMail
**Subject:** Activity in Case 1:20-cv-04160-JGK-OTW Hachette Book Group, Inc. et al v. Internet Archive et al Appeal Record Sent to USCA - Electronic File

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 9/11/2023 at 1:51 PM EDT and filed on 9/11/2023

**Case Name:** Hachette Book Group, Inc. et al v. Internet Archive et al
**Case Number:** 1:20-cv-04160-JGK-OTW
**Filer:**
**WARNING: CASE CLOSED on 08/11/2023**
**Document Number:** No document attached

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [219] Notice of Appeal filed by Internet Archive were transmitted to the U.S. Court of Appeals.(km)**

**1:20-cv-04160-JGK-OTW Notice has been electronically mailed to:**

Elizabeth A. McNamara     lizmcnamara@dwt.com, NYCDocket@dwt.com, brettsears@dwt.com

Robert William Clarida     rclarida@reitlerlaw.com

Alexander Gigante     agigante@cdas.com, managingclerk@cdas.com

Jacqueline C. Charlesworth     jacqueline@charlesworthlaw.com

Rebecca Tushnet     rtushnet@lex-lumina.com

Matthew Aaron Leish     mleish@mkslex.com, matthew-leish-6993@ecf.pacerpro.com

Linda Jane Steinman    lindasteinman@dwt.com, ChristineUlrich@dwt.com, NYCDocket@dwt.com

Nancy Evelyn Wolff    nwolff@cdas.com, 2989765420@filings.docketbird.com, managingclerk@cdas.com

Christopher Theodore Bavitz    christopher.bavitz@emicap.com

Matthew Jan Oppenheim    matt@oandzlaw.com, Paralegal@oandzlaw.com, danae@oandzlaw.com, derek@oandzlaw.com

Joseph C. Gratz    JGratz@mofo.com, adupree@mofo.com, joseph-c-gratz-7795@ecf.pacerpro.com

Scott A. Zebrak    scott@oandzlaw.com

John Moses Browning    jackbrowning@dwt.com, NYCdocket@dwt.com, maalyaramachandra@dwt.com, meganduffy@dwt.com

Max Ephraim Rodriguez    max@pollockcohen.com

Cara Lorraine Gagliano    cara@eff.org, cara-l-gagliano-1466@ecf.pacerpro.com

Meredith Ivana Santana    meredithsantana@dwt.com, nycdocket@dwt.com

Jason Michael Schultz    jason.schultz@law.nyu.edu

Aditya Kamdar    AKamdar@mofo.com, cwoods@mofo.com

Jesse Feitel    jessefeitel@dwt.com, nycdocket@dwt.com, tawanabullockworrell@dwt.com

Corynne McSherry    corynne@eff.org, corynne-mcsherry-2288@ecf.pacerpro.com, madeleine@eff.org, madeleine-mulkern-1669@ecf.pacerpro.com

Allyson R. Bennett    ABennett@mofo.com, WCarpenter@mofo.com, allyson-r-bennett-7549@ecf.pacerpro.com, docket-la@mofo.com

Christopher C. Walsh    kit@eff.org, kit-walsh-4631@ecf.pacerpro.com, madeleine@eff.org, madeleine-mulkern-1669@ecf.pacerpro.com

Elizabeth Safran, I    ealtman@cdas.com

Danae Tinelli    danae@oandzlaw.com, Matt@oandzlaw.com, paralegal@oandzlaw.com

Carl Mazurek    carlmazurek@dwt.com

Annie Lee    AnnieLee@mofo.com, annie-a-lee-8510@ecf.pacerpro.com

Rachel Brooke Leswing    rmbrooke@gmail.com

Yuliya Ziskina    j.ziskina@gmail.com

Theodore Michael Shapiro    ted.shapiro@wiggin.eu

**1:20-cv-04160-JGK-OTW Notice has been delivered by other means to:**

CLOSED,APPEAL,CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:20–cv–04160–JGK–OTW

| | |
|---|---|
| Hachette Book Group, Inc. et al v. Internet Archive et al | Date Filed: 06/01/2020 |
| Assigned to: Judge John G. Koeltl | Date Terminated: 08/11/2023 |
| Referred to: Magistrate Judge Ona T. Wang | Jury Demand: Both |
| Cause: 17:101 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Hachette Book Group, Inc.** | represented by | **Carl Mazurek** |
| | | Davis Wright Tremaine LLP |
| | | 1251 Avenue of the Americas |
| | | 21st Floor |
| | | New York, NY 10020 |
| | | 917–294–6481 |
| | | Email: carlmazurek@dwt.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Danae Tinelli** |
| | | Oppenheim and Zebrak LLP |
| | | 4530 Wisconsin Ave NW, Fifth Floor |
| | | Washington, DC 20016 |
| | | 202–851–4070 |
| | | Email: danae@oandzlaw.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jesse Feitel** |
| | | Davis Wright Tremaine LLP |
| | | 1251 Avenue of the Americas |
| | | New York, NY 10020 |
| | | 212–489–8230 |
| | | Email: jessefeitel@dwt.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **John Moses Browning** |
| | | Davis Wright Tremaine LLP (NYC) |
| | | 1251 Avenue of the Americas |
| | | New York, NY 10020 |
| | | 212–489–8230 |
| | | Email: jackbrowning@dwt.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Linda Jane Steinman** |
| | | Davis Wright Tremaine LLP (NYC) |
| | | 1251 Avenue of the Americas |
| | | New York, NY 10020 |
| | | 212–603–6409 |
| | | Fax: 212–489–8340 |
| | | Email: lindasteinman@dwt.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Matthew Jan Oppenheim** |
| | | Oppenheim & Zebrak LLP |
| | | 4530 Wisconsin Ave, NW |
| | | 5th Floor |
| | | Washington, DC 20016 |
| | | 202–450–3958 |
| | | Email: matt@oandzlaw.com |
| | | *ATTORNEY TO BE NOTICED* |

**Meredith Ivana Santana**
Davis Wright Tremaine LLP (NYC)
1251 Avenue of the Americas
New York, NY 10020
(212)–603–6417
Fax: (212)–489–8340
Email: meredithsantana@dwt.com
*ATTORNEY TO BE NOTICED*

**Rebecca Weissman**
Oppenheim and Zebrak, LLP
4530 Wisconsin Avenue, NW
5th Floor
Washington, DC 20016
202–480–2999
Email: rweissman@loeb.com
*TERMINATED: 06/03/2022*

**Scott A. Zebrak**
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave NW
5th Floor
Washington, DC 20016
202–480–2999
Email: scott@oandzlaw.com
*ATTORNEY TO BE NOTICED*

**Elizabeth A. McNamara**
Davis Wright Tremaine LLP (NYC)
1251 Avenue of the Americas
New York, NY 10020
212 489–8230
Fax: 212 489–8340
Email: lizmcnamara@dwt.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **HarperCollins Publishers LLC** | represented by | **Carl Mazurek**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Danae Tinelli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse Feitel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Moses Browning**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Linda Jane Steinman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Jan Oppenheim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meredith Ivana Santana**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Weissman**
(See above for address)
*TERMINATED: 06/03/2022*

**Scott A. Zebrak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Wiley & Sons, Inc.**                represented by   **Carl Mazurek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Danae Tinelli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse Feitel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Moses Browning**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Linda Jane Steinman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Jan Oppenheim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meredith Ivana Santana**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Weissman**
(See above for address)
*TERMINATED: 06/03/2022*

**Scott A. Zebrak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Penguin Random House LLC**              represented by   **Carl Mazurek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Danae Tinelli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse Feitel**

(See above for address)
*ATTORNEY TO BE NOTICED*

**John Moses Browning**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Linda Jane Steinman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Jan Oppenheim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meredith Ivana Santana**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Weissman**
(See above for address)
*TERMINATED: 06/03/2022*

**Scott A. Zebrak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth A. McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Internet Archive**                    represented by    **Joseph C. Gratz**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415−268−7000
Fax: 415−268−7522
Email: JGratz@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aditya Kamdar**
Morrison & Foerster LLP
Morrison & Foerster LLP
2100 L Street NW
Suite 900
Washington, DC 20037
202−887−1500
Fax: 202−887−0763
Email: AKamdar@mofo.com
*ATTORNEY TO BE NOTICED*

**Allyson R. Bennett**
Morrison & Foerster LLP
Durie Tangri LLP
707 Wilshire Boulevard
Suite 6000
Los Angeles, CA 90017−3543
213−892−5200
Fax: 213−892−5454
Email: ABennett@mofo.com

*ATTORNEY TO BE NOTICED*

**Annie Lee**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415−268−7000
Fax: 415−268−7522
Email: AnnieLee@mofo.com
*ATTORNEY TO BE NOTICED*

**Cara Lorraine Gagliano**
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
415−436−9333
Fax: 415−436−9993
Email: cara@eff.org
*ATTORNEY TO BE NOTICED*

**Christopher C. Walsh**
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
415−436−9333
Email: kit@eff.org
*ATTORNEY TO BE NOTICED*

**Corynne McSherry**
Electronic Frontier Foundation
815 Eddy St.
San Francisco, CA 94109
415−436−9333
Email: corynne@eff.org
*ATTORNEY TO BE NOTICED*

**Jessica Elaine Lanier**
Conrad Metlitzky Kane LLP
Four Embarcadero Center
Suite 1400
San Francisco, CA 94111
415−343−7100
Fax: 415−343−7101
Email: jlanier@conmetkane.com
*TERMINATED: 07/07/2023*

**Moon Hee Lee**
Quinn Emanuel Urquhart & Sullivan LLP
865 South Figueroa Street
Ste 10th Floor
Los Angeles, CA 90017
213−443−3627
Email: moonheelee@quinnemanuel.com
*TERMINATED: 03/15/2022*

**Defendant**

**Does 1 Through 5**
*inclusive*

**Amicus**

| | | |
|---|---|---|
| **Library Futures Institute, EveryLibrary Institute, and ReadersFirst** | represented by | **Yuliya Ziskina**<br>150 Crown St.<br>#F9<br>Brooklyn, NY 11225 |

206−819−1015
Email: j.ziskina@gmail.com
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**AMICI CURIAE INTELLECTUAL**
**PROPERTY LAW PROFESSORS**

represented by **Rebecca Tushnet**
Rebecca Tushnet
1575 Massachusetts Ave.
Hauser 520
02138
Cambridge, MA 02138
703−593−6759
Email: rtushnet@lex−lumina.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Michelle M Wu**

represented by **Max Ephraim Rodriguez**
Pollock Cohen LLP
111 Broadway
Suite 1804
New York, NY 10006
646−290−7509
Email: max@pollockcohen.com
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Copyright Scholars**
NYU School of Law
5th floor
245 Sullivan Street
New York, NY
212−992−7365

represented by **Jason Michael Schultz**
Washington Square Legal Services
245 Sullivan Street
Room 609
New York
New York, NY 10012
212−992−7365
Email: jason.schultz@law.nyu.edu
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Authors Alliance**
2705 Webster St.
#5805
Berkeley, CA 94705

represented by **Rachel Brooke Leswing**
1509 Fifth St., Apt. B
Oakland, CA 94607
703−217−4968
Email: rmbrooke@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Kenneth D. Crews**

represented by **Christopher Theodore Bavitz**
EMI Music North America
150 Fifth Avenue
New York, NY 10011
212−786−8000
Fax: 212−786−8743
Email: christopher.bavitz@emicap.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Kevin L. Smith**

represented by **Christopher Theodore Bavitz**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Amicus**

**Professors and Scholars of Copyright Law**

represented by **Jacqueline C. Charlesworth**
Charlesworth Law
15671 Royal Ridge Road
Sherman Oaks, CA 91403
917–432–7343
Email: jacqueline@charlesworthlaw.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**International Rightholders**
*IPA, FEP, STM, CISAC, FIAPF, IVF and IFPI*

represented by **Theodore Michael Shapiro**
Wiggin LLP
Brussels Office
Rue de Namur, 72
Brussels
Belgium
32478966012
Email: ted.shapiro@wiggin.eu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Aaron Leish**
Miller Korzenik Sommers Rayman LLP
The Paramount Building
1501 Broadway
Suite 2015
New York, NY 10036
212–752–9200
Email: mleish@mkslex.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Copyright Alliance**

represented by **Alexander Gigante**
Cowan, Debaets, Abrahams & Sheppard LLP
41 Madison Avenue, 34th Floor
New York, NY 10010
(212)–974–7474
Fax: (212)–974–8474
Email: agigante@cdas.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Safran , I**
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue
38th Floor
New York, NY 10010
212–974–7474
Email: ealtman@cdas.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Evelyn Wolff**
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 38th Floor
New York, NY 10010
(212)974–7474
Fax: (212)974–8474

Email: nwolff@cdas.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | |
|---|---|
| **The Authors Guild, Inc., Western Writers of America, Canadian Authors Association, American Photographic Artists, The Writers Union of Canada, International Authors Forum, American Society of Media Ph** | represented by **Robert William Clarida** Reitler Kailas & Rosenblatt LLP 885 3rd Ave. Ste 20th Floor New York, NY 10022 212–209–3044 Email: rclarida@reitlerlaw.com *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2020 | 1 | COMPLAINT against Does 1 Through 5, Internet Archive. (Filing Fee $ 400.00, Receipt Number ANYSDC−20052153)Document filed by Penguin Random House LLC, Hachette Book Group, Inc., John Wiley & Sons, Inc., HarperCollins Publishers LLC. (Attachments: # 1 Exhibit A).(McNamara, Elizabeth) (Entered: 06/01/2020) |
| 06/01/2020 | 2 | CIVIL COVER SHEET filed..(McNamara, Elizabeth) (Entered: 06/01/2020) |
| 06/01/2020 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Internet Archive, re: 1 Complaint,. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 06/01/2020) |
| 06/01/2020 | 4 | AO 121 FORM COPYRIGHT – NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review..(McNamara, Elizabeth) (Entered: 06/01/2020) |
| 06/01/2020 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate News Corporation for HarperCollins Publishers LLC; Other Affiliate Bertelsmann SE & Co. KGaA for Penguin Random House LLC; Other Affiliate Hachette Livre USA, Inc. for Hachette Book Group, Inc.. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 06/01/2020) |
| 06/01/2020 | 6 | NOTICE OF APPEARANCE by Linda Jane Steinman on behalf of Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(Steinman, Linda) (Entered: 06/01/2020) |
| 06/01/2020 | 7 | NOTICE OF APPEARANCE by Meredith Ivana Santana on behalf of Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(Santana, Meredith) (Entered: 06/01/2020) |
| 06/01/2020 | 8 | NOTICE OF APPEARANCE by John Moses Browning on behalf of Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(Browning, John) (Entered: 06/01/2020) |
| 06/01/2020 | 9 | NOTICE OF APPEARANCE by Elizabeth A. McNamara on behalf of Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 06/01/2020) |
| 06/02/2020 | | ***NOTICE TO ATTORNEY REGARDING CIVIL CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Elizabeth A. McNamara. The following case opening statistical information was erroneously selected/entered: County code Albany; Fee Status code due (due);. The following correction(s) have been made to your case entry: the County code has been modified to New York; the Fee Status code has been modified to pd (paid);. (jgo) (Entered: 06/02/2020) |
| 06/02/2020 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge John G. Koeltl. Please download and review the Individual Practices of the assigned District Judge, located at |

| | | |
|---|---|---|
| | | https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(jgo) (Entered: 06/02/2020) |
| 06/02/2020 | | Magistrate Judge Ona T. Wang is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (jgo) (Entered: 06/02/2020) |
| 06/02/2020 | | Case Designated ECF. (jgo) (Entered: 06/02/2020) |
| 06/02/2020 | 10 | ELECTRONIC SUMMONS ISSUED as to Internet Archive..(jgo) (Entered: 06/02/2020) |
| 06/02/2020 | 11 | AO 121 FORM COPYRIGHT – CASE OPENING – SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e–mailed to Register of Copyrights..(jgo) (Entered: 06/02/2020) |
| 06/02/2020 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT COPYRIGHT FORM. Notice to Attorney Elizabeth A. McNamara re: Document No. 4 AO 121 Form Copyright – Notice of Submission by Attorney. The filing is deficient for the following reason(s):. the Docket Number field on the AO 121 Copyright form was not completed by the attorney;. DO NOT re–file the form. The Court has corrected the deficiency/deficiencies.. (jgo) (Entered: 06/02/2020) |
| 06/03/2020 | 12 | NOTICE OF APPEARANCE by Matthew Jan Oppenheim on behalf of Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(Oppenheim, Matthew) (Entered: 06/03/2020) |
| 06/25/2020 | 13 | MOTION for Joseph C. Gratz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–20424699. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Internet Archive. (Attachments: # 1 Declaration of Joseph C. Gratz, # 2 Text of Proposed Order).(Gratz, Joseph) (Entered: 06/25/2020) |
| 06/25/2020 | 14 | LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, addressed to Judge John G. Koeltl from Joseph C. Gratz dated 6/25/2020. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 06/25/2020) |
| 06/25/2020 | 15 | MOTION for Aditya V. Kamdar to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Internet Archive. (Attachments: # 1 Declaration of Aditya V. Kamdar, # 2 Text of Proposed Order).(Kamdar, Aditya) (Entered: 06/25/2020) |
| 06/25/2020 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 13 MOTION for Joseph C. Gratz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–20424699. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (laq) (Entered: 06/25/2020) |
| 06/25/2020 | 16 | MOTION for Corynne Marette McSherry to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–20424999. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Internet Archive. (Attachments: # 1 Affidavit, # 2 Exhibit CA Certificate of Good Standing, # 3 Text of Proposed Order).(McSherry, Corynne) (Entered: 06/25/2020) |
| 06/25/2020 | 17 | MOTION for Cara Lorraine Gagliano to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–20425151. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Internet Archive. (Attachments: # 1 Affidavit, # 2 Exhibit CA Certificate of Good Standing, # 3 Text of Proposed Order).(Gagliano, Cara) (Entered: 06/25/2020) |

| | | |
|---|---|---|
| 06/26/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 15 MOTION for Aditya V. Kamdar to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (laq)** (Entered: 06/26/2020) |
| 06/26/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 16 MOTION for Corynne Marette McSherry to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−20424999. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (laq)** (Entered: 06/26/2020) |
| 06/26/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 17 MOTION for Cara Lorraine Gagliano to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−20425151. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (laq)** (Entered: 06/26/2020) |
| 06/26/2020 | 18 | MOTION for Scott A. Zebrak to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−20445533. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # 1 Exhibit Certificates of Good Standing, # 2 Text of Proposed Order, # 3 Affidavit).(Oppenheim, Matthew) (Entered: 06/26/2020) |
| 06/26/2020 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 18 MOTION for Scott A. Zebrak to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−20445533. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Affidavits not notarized. Re−file the motion as a Corrected Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order. (laq)** (Entered: 06/26/2020) |
| 06/26/2020 | 19 | MOTION for Jessica E. Lanier to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−20449160. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Internet Archive. (Attachments: # 1 Declaration of Jessica E. Lanier, # 2 Text of Proposed Order).(Lanier, Jessica) (Entered: 06/26/2020) |
| 06/26/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 19 MOTION for Jessica E. Lanier to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−20449160. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 06/29/2020) |
| 06/29/2020 | 20 | ORDER granting 14 Letter Motion for Extension of Time to Answer. Application granted. SO ORDERED. (Signed by Judge John G. Koeltl on 6/29/2020) Internet Archive answer due 7/28/2020 (ks) (Entered: 06/29/2020) |
| 06/29/2020 | 21 | ORDER FOR ADMISSION PRO HAC VICE granting 13 Motion for Joseph C. Gratz to Appear Pro Hac Vice. (Signed by Judge John G. Koeltl on 6/29/2020) (ks) (Entered: 06/29/2020) |
| 06/29/2020 | 22 | ORDER FOR ADMISSION PRO HAC VICE granting 15 Motion for Aditya V. Kamdar to Appear Pro Hac Vice. (Signed by Judge John G. Koeltl on 6/29/2020) (ks) (Entered: 06/29/2020) |
| 06/29/2020 | 23 | ORDER granting 16 Motion for Corynne Marette McSherry to Appear Pro Hac Vice. (Signed by Judge John G. Koeltl on 6/29/2020) (ks) (Entered: 06/29/2020) |
| 06/29/2020 | 24 | ORDER granting 17 Motion for Cara L. Gagliano to Appear Pro Hac Vice. (Signed by Judge John G. Koeltl on 6/29/2020) (ks) (Entered: 06/29/2020) |
| 06/29/2020 | 25 | MOTION for Allyson R. Bennett to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Internet Archive. (Attachments: # 1 DECLARATION OF ALLYSON R. BENNETT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE, # 2 ORDER FOR ADMISSION PRO |

| | | |
|---|---|---|
| | | HAC VICE).(Bennett, Allyson) (Entered: 06/29/2020) |
| 06/29/2020 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice re: Document No. 25 MOTION for Allyson R. Bennett to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): the filing fee was not paid;. Pay the filing fee using the event Pro Hac Vice Fee Payment found under the event list Other Documents. (ad)** (Entered: 06/30/2020) |
| 06/29/2020 | | Pro Hac Vice Fee Due: for 25 MOTION for Allyson R. Bennett to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff..** (ad) (Entered: 06/30/2020) |
| 06/29/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 25 MOTION for Allyson R. Bennett to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 07/01/2020) |
| 06/30/2020 | | Pro Hac Vice Fee Payment: for 25 MOTION for Allyson R. Bennett to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff..** Filing fee $ 200.00, receipt number ANYSDC–20485809..(Bennett, Allyson) (Entered: 06/30/2020) |
| 07/03/2020 | 26 | AFFIDAVIT OF SERVICE. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(Santana, Meredith) (Entered: 07/03/2020) |
| 07/03/2020 | 27 | ORDER FOR ADMISSION PRO HAC VICE granting 19 Motion for Jessica E. Lanier to Appear Pro Hac Vice. (Signed by Judge John G. Koeltl on 7/3/2020) (rro) (Entered: 07/06/2020) |
| 07/03/2020 | 28 | ORDER FOR ADMISSION PRO HAC VICE granting 25 Motion for Allyson R. Bennett to Appear Pro Hac Vice. (Signed by Judge John G. Koeltl on 7/3/2020) (rro) (Entered: 07/06/2020) |
| 07/06/2020 | 29 | NOTICE OF APPEARANCE by Scott A. Zebrak on behalf of Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(Zebrak, Scott) (Entered: 07/06/2020) |
| 07/07/2020 | 30 | MOTION for Christopher Cody Walsh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–20585342. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Internet Archive. (Attachments: # 1 Affidavit, # 2 Exhibit Mass. Certificate of Good Standing, # 3 Exhibit CA Certificate of Good Standing, # 4 Text of Proposed Order).(Walsh, Kit) (Entered: 07/07/2020) |
| 07/07/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 30 MOTION for Christopher Cody Walsh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–20585342. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 07/07/2020) |
| 07/24/2020 | 31 | ORDER granting 30 Motion for Christopher Cody Walsh to Appear Pro Hac Vice. (Signed by Judge John G. Koeltl on 7/23/2020) (ks) (Entered: 07/24/2020) |
| 07/28/2020 | 32 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 07/28/2020) |
| 07/28/2020 | 33 | ANSWER to 1 Complaint, with JURY DEMAND. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 07/28/2020) |
| 08/13/2020 | 34 | ORDER. The parties should submit a Rule 26(f) report by August 28, 2020. SO ORDERED. (Signed by Judge John G. Koeltl on 8/13/20) (yv) (Entered: 08/14/2020) |
| 08/28/2020 | 35 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 08/28/2020) |
| 09/01/2020 | 36 | CIVIL SCHEDULING ORDER: The parties shall be ready for trial on 48 hours notice on or after 11/12/2021. The parties will notify the Court by 12/01/2020 whether a |

| | | |
|---|---|---|
| | | reference to the Magistrate Judge would be useful for purposes of settlement and whether they consent to trial before the Magistrate Judge. Dispositive Motions due 10/8/2021. Motions due by 10/29/2021. Discovery due by 9/20/2021. (Signed by Judge John G. Koeltl on 8/31/2020) (nb) (Entered: 09/01/2020) |
| 10/08/2020 | 37 | PROPOSED STIPULATION AND ORDER. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 10/08/2020) |
| 10/08/2020 | 38 | PROPOSED PROTECTIVE ORDER. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 10/08/2020) |
| 10/08/2020 | 39 | STIPULATION AND PROTECTIVE ORDER:...regarding procedures to be followed that shall govern the handling of confidential material. This Order is not binding on the Court or Court Personnel. The Court reserves the right to amend it at any time. SO ORDERED. (Signed by Judge John G. Koeltl on 10/08/2020) (ama) (Entered: 10/08/2020) |
| 10/08/2020 | 40 | JOINT STIPULATION AND ORDER SETTING DISCOVERY DEADLINES: NOW, THEREFORE, the parties jointly stipulate to the following supplemental discovery deadlines: Deadline to complete fact discovery May 21, 2021; Deadline to complete expert disclosures on issues where parties bear burden of proof July 6, 2021; Deadline to serve rebuttal expert disclosures August 20, 2021. SO ORDERED. (Fact Discovery due by 5/21/2021.) (Signed by Judge John G. Koeltl on 10/8/2020) (jca) (Entered: 10/08/2020) |
| 12/01/2020 | 41 | JOINT LETTER addressed to Judge John G. Koeltl from Elizabeth A. McNamara dated December 1, 2020 re: September 1, 2020 Civil Scheduling Order (ECF No. 36) re. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 12/01/2020) |
| 12/21/2020 | 42 | NOTICE OF APPEARANCE by Jesse Feitel on behalf of Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(Feitel, Jesse) (Entered: 12/21/2020) |
| 04/05/2021 | 43 | JOINT LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge John G. Koeltl from Elizabeth A. McNamara dated 4/5/2021. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # 1 (Proposed) Order).(McNamara, Elizabeth) (Entered: 04/05/2021) |
| 04/06/2021 | 44 | REVISED SCHEDULING ORDER granting 43 Motion for Extension of Time to Complete Discovery. After reviewing the Letter Motion dated April 2, 2021 and for good cause shown, the Court hereby orders that the following schedule will govern this civil action: Fact Depositions due by 9/24/2021. Discovery due by 1/21/2022. Motions due by 2/22/2022. Response due by 3/31/2022. Reply due by 4/22/2022. SO ORDERED. (Signed by Judge John G. Koeltl on 4/6/2021) (ks) (Entered: 04/06/2021) |
| 05/11/2021 | 45 | MOTION for Moon Hee Lee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24526245. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Internet Archive. (Attachments: # 1 Affidavit of Moon Hee Lee, # 2 Exhibit A (Certificate of Good Standing), # 3 Text of Proposed Order).(Lee, Moon Hee) (Entered: 05/11/2021) |
| 05/12/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 45 MOTION for Moon Hee Lee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24526245. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 05/12/2021) |
| 05/12/2021 | 46 | ORDER FOR ADMISSION PRO HAC VICE granting 45 Motion for Moon Hee Lee to Appear Pro Hac Vice. (Signed by Judge John G. Koeltl on 5/12/2021) (ks) (Entered: 05/12/2021) |
| 08/09/2021 | 47 | LETTER MOTION for Local Rule 37.2 Conference addressed to Judge John G. Koeltl from Joseph C. Gratz dated August 9, 2021. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 08/09/2021) |

| | | |
|---|---|---|
| 08/09/2021 | 48 | ORDER OF REFERENCE TO A MAGISTRATE JUDGE: Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Motion/ Dispute: * ECF. No. 47. Referred to Magistrate Judge Ona T. Wang. SO ORDERED. Motions referred to Ona T. Wang. (Signed by Judge John G. Koeltl on 8/09/2021) (ama) (Entered: 08/09/2021) |
| 08/12/2021 | 49 | LETTER RESPONSE to Motion addressed to Magistrate Judge Ona T. Wang from Elizabeth A. McNamara dated August 12, 2021 re: 47 LETTER MOTION for Local Rule 37.2 Conference addressed to Judge John G. Koeltl from Joseph C. Gratz dated August 9, 2021. . Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 08/12/2021) |
| 09/07/2021 | 50 | JOINT LETTER MOTION for Extension of Time to Complete Discovery *(Second Revised Scheduling Order annexed),* addressed to Judge John G. Koeltl from Elizabeth A. McNamara dated September 7, 2021. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # 1 Text of Proposed Order (Revised Scheduling Order)).(McNamara, Elizabeth) (Entered: 09/07/2021) |
| 09/08/2021 | 51 | REVISED SCHEDULING ORDER granting 50 Letter Motion for Extension of Time to Complete Discovery. Deadline to complete fact depositions (close of fact discovery) Friday December 17, 2021. Briefs in opposition to dispositive motions due Friday June 10, 2022. Reply briefs in further support of dispositive motions due Friday July 8, 2022. Discovery due by 4/1/2021. Motions due by 4/29/2022. SO ORDERED. (Signed by Judge John G. Koeltl on 9/8/2021) (mml) (Entered: 09/08/2021) |
| 09/08/2021 | | Set/Reset Deadlines: Deposition due by 12/17/2021. Fact Discovery due by 12/17/2021. Responses due by 6/10/2022 Replies due by 7/8/2022. (mml) (Entered: 09/08/2021) |
| 10/01/2021 | 52 | MOTION for Annie A. Lee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25139940. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Internet Archive. (Attachments: # 1 Affidavit of Annie A. Lee in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit A to Affidavit of Annie A. Lee in Support of Motion for Admission Pro Hac Vice, # 3 Proposed Order for Admission Pro Hac Vice).(Lee, Annie) (Entered: 10/01/2021) |
| 10/04/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 52 MOTION for Annie A. Lee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25139940. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 10/04/2021) |
| 10/04/2021 | 53 | ORDER FOR ADMISSION PRO HAC VICE: granting 52 Motion for Annie A. Lee to Appear Pro Hac Vice. (Signed by Judge John G. Koeltl on 10/04/2021) (ama) (Entered: 10/04/2021) |
| 10/29/2021 | 54 | LETTER MOTION for Local Rule 37.2 Conference addressed to Judge John G. Koeltl from Joseph C. Gratz dated 10/29/2021. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 10/29/2021) |
| 11/01/2021 | 55 | AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement). Referred to Magistrate Judge Ona T. Wang. Motions referred to Ona T. Wang. SO ORDERED. (Signed by Judge John G. Koeltl on 11/1/2021) (ks) (Entered: 11/01/2021) |
| 11/03/2021 | 56 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Scott A. Zebrak dated November 3, 2021 re: 54 LETTER MOTION for Local Rule 37.2 Conference addressed to Judge John G. Koeltl from Joseph C. Gratz dated 10/29/2021. . Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(Zebrak, Scott) (Entered: 11/03/2021) |
| 11/04/2021 | 57 | ORDER: The Court is in receipt of Defendants requests for pre–motion discovery conferences regarding motions to compel and Plaintiffs corresponding oppositions. |

|  |  | (ECF 47, 49, 54, 56). The parties are directed to appear for an in–person status conference on December 2, 2021 at 4:00 pm in Courtroom 20D, United States Courthouse, 500 Pearl Street, New York, New York 10007. Status Conference set for 12/2/2021 at 04:00 PM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang. (Signed by Magistrate Judge Ona T. Wang on 11/4/2021) (rro) (Entered: 11/04/2021) |
|---|---|---|
| 11/19/2021 | 58 | LETTER MOTION for Local Rule 37.2 Conference addressed to Judge John G. Koeltl from Scott Zebrak dated 11/19/2021. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(Zebrak, Scott) (Entered: 11/19/2021) |
| 11/24/2021 | 59 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Joseph C. Gratz dated November 24, 2021 re: 58 LETTER MOTION for Local Rule 37.2 Conference addressed to Judge John G. Koeltl from Scott Zebrak dated 11/19/2021. . Document filed by Internet Archive..(Gratz, Joseph) (Entered: 11/24/2021) |
| 12/02/2021 |  | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Status Conference held on 12/2/2021. (Quinn, Diane) (Entered: 12/15/2021) |
| 12/03/2021 | 60 | ORDER: As ordered at the December 2, 2021 conference, the parties are directed to meet and confer to resolve the disputes raised at the conference and update the Court via joint status letter, due January 14, 2022, on the status of discovery and whether any disputes remain. The fact discovery end date is extended to January 31, 2022. SO ORDERED. ( Fact Discovery due by 1/31/2022.) (Signed by Magistrate Judge Ona T. Wang on 12/3/2021) (rro) (Entered: 12/03/2021) |
| 12/22/2021 | 61 | NOTICE OF APPEARANCE by Carl Mazurek on behalf of Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(Mazurek, Carl) (Entered: 12/22/2021) |
| 12/24/2021 | 62 | TRANSCRIPT of Proceedings re: CONFERENCE held on 12/2/2021 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Raquel Robles, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/14/2022. Redacted Transcript Deadline set for 1/24/2022. Release of Transcript Restriction set for 3/24/2022..(Moya, Goretti) (Entered: 12/24/2021) |
| 12/24/2021 | 63 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 12/2/21 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 12/24/2021) |
| 01/06/2022 | 64 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Danae Tinelli to Appear Pro Hac Vice *for Plaintiffs*. Filing fee $ 200.00, receipt number ANYSDC–25548068. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # 1 Text of Proposed Order Order for Admission Pro Hac Vice).(Tinelli, Danae) Modified on 1/7/2022 (bcu). (Entered: 01/06/2022) |
| 01/06/2022 | 65 | DECLARATION of Danae Tinelli in Support re: 64 MOTION for Danae Tinelli to Appear Pro Hac Vice *for Plaintiffs*. Filing fee $ 200.00, receipt number ANYSDC–25548068. **Motion and supporting papers to be reviewed by Clerk's Office staff..** Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # 1 Exhibit Certificates of Good Standing).(Tinelli, Danae) (Entered: 01/06/2022) |
| 01/07/2022 |  | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 64 MOTION for Danae Tinelli to Appear Pro Hac Vice *for Plaintiffs*. Filing fee $ 200.00, receipt number ANYSDC–25548068. Motion and supporting papers to be reviewed by Clerk's** |

| | | |
|---|---|---|
| | | **Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Superem Court of New York and the District of Columbia;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bcu)** (Entered: 01/07/2022) |
| 01/07/2022 | 66 | MOTION for Danae Tinelli to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # 1 Exhibit Certificates of Good Standing, # 2 Text of Proposed Order).(Tinelli, Danae) (Entered: 01/07/2022) |
| 01/07/2022 | 67 | ORDER FOR ADMISSION PRO HAC VICE granting 66 Motion for Danae Tinelli to Appear Pro Hac Vice. (Signed by Judge John G. Koeltl on 1/7/2022) (ks) (Entered: 01/07/2022) |
| 01/10/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 66 MOTION for Danae Tinelli to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 01/10/2022) |
| 01/14/2022 | 68 | JOINT LETTER addressed to Magistrate Judge Ona T. Wang from Elizabeth A. McNamara dated January 14, 2022 re: Status Report concerning the discovery disputes before the Court. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # 1 Exhibit A (Current Scheduling Order), # 2 Exhibit B (Proposed Scheduling Order)).(McNamara, Elizabeth) (Entered: 01/14/2022) |
| 01/21/2022 | 69 | ORDER re: 58 LETTER MOTION for Local Rule 37.2 Conference addressed to Judge John G. Koeltl from Scott Zebrak dated 11/19/2021. filed by John Wiley & Sons, Inc., Penguin Random House LLC, HarperCollins Publishers LLC, Hachette Book Group, Inc. ECF 58 letter Motion denied as moot. Clerks office is to remove gavel. (HEREBY ORDERED by Magistrate Judge Ona T. Wang) (Text Only Order) (Quinn, Diane) (Entered: 01/21/2022) |
| 01/21/2022 | 70 | REVISED SCHEDULING ORDER: After reviewing the Joint Letter dated January 14, 2022 and for good cause shown, the Court hereby orders that the following schedule will govern this civil action: Deadline to complete fact depositions (close of fact discovery): 1/31/2022. End of all discovery, including expert depositions: 6/10/2022. Deadline for dispositive motions: 7/7/2022. Filings in opposition to dispositive motions due.: 9/2/2022. Reply filings in further support of dispositive motions due: 10/7/2022. ( Deposition due by 6/10/2022., Discovery due by 6/10/2022., Fact Discovery due by 1/31/2022., Motions due by 7/7/2022., Responses due by 9/2/2022, Replies due by 10/7/2022.) (Signed by Magistrate Judge Ona T. Wang on 1/21/2022) (rro) Modified on 1/26/2022 (rro). (Entered: 01/21/2022) |
| 01/31/2022 | 71 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Rebecca Weissman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25661323. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # 1 Certificates of Good Standing, # 2 Text of Proposed Order Order for Admission).(Weissman, Rebecca) Modified on 2/1/2022 (bcu). (Entered: 01/31/2022) |
| 01/31/2022 | 72 | DECLARATION of Rebecca Weissman in Support re: 71 MOTION for Rebecca Weissman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25661323. **Motion and supporting papers to be reviewed by Clerk's Office staff..** Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # 1 Certificates of Good Standing).(Weissman, Rebecca) (Entered: 01/31/2022) |
| 02/01/2022 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 71 MOTION for Rebecca Weissman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25661323. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from** |

| | | |
|---|---|---|
| | | **Supreme Court of California. We do not accept certificates from state bar for this state.; Notarized Attorney Affidavit missing.;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bcu)** (Entered: 02/01/2022) |
| 02/15/2022 | 73 | MOTION for Rebecca Eve Weissman to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # 1 Attorney Affidavit, # 2 Certificates of Good Standing, # 3 Text of Proposed Order proposed Order).(Weissman, Rebecca) (Entered: 02/15/2022) |
| 02/16/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 73 MOTION for Rebecca Eve Weissman to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 02/16/2022) |
| 02/26/2022 | 74 | ORDER FOR ADMISSION PRO HAC VICE granting 73 Motion for Rebecca Eve Weissman to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. (Signed by Judge John G. Koeltl on 2/26/2022) (mml) (Entered: 02/28/2022) |
| 03/14/2022 | 75 | NOTICE of of Withdrawal of Counsel Moon Hee Lee. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 03/14/2022) |
| 03/15/2022 | 76 | MEMO ENDORSEMENT on NOTICE OF WITHDRAWAL OF COUNSEL on re: 75 Notice (Other) filed by Internet Archive, ENDORSEMENT: APPLICATION GRANTED. SO ORDERED. (Signed by Judge John G. Koeltl on 3/15/2022) Attorney Moon Hee Lee terminated. (ks) (Entered: 03/15/2022) |
| 06/02/2022 | 77 | MOTION for Rebecca Weissman to Withdraw as Attorney *for Plaintiffs*. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. Return Date set for 6/2/2022 at 12:00 PM. (Attachments: # 1 Text of Proposed Order Permitting Withdrawal and Termination).(Weissman, Rebecca) (Entered: 06/02/2022) |
| 06/03/2022 | 78 | ORDER PERMITTING WITHDRAW AL AND TERMINATING APPEARANCE OF REBECCA E. WEISSMAN granting 77 Motion to Withdraw as Attorney. IT IS HEREBY ORDERED THAT the appearance of Rebecca E. Weissman in this matter is terminated. IT IS FURTHER ORDERED THAT the Clerk of Court shall remove Rebecca E. Weissman from the docket in this matter. It is SO ORDERED.. (Signed by Judge John G. Koeltl on 6/3/2022) Attorney Rebecca Weissman terminated (ks) (Entered: 06/03/2022) |
| 06/09/2022 | 79 | LETTER MOTION for Conference addressed to Judge John G. Koeltl from Joseph C. Gratz dated June 9, 2022. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 06/09/2022) |
| 06/10/2022 | 80 | ORDER terminating 79 Letter Motion for Conference re: 79 LETTER MOTION for Conference addressed to Judge John G. Koeltl from Joseph C. Gratz dated June 9, 2022. The defendant may proceed with the summary Judgement on the schedule set by M.J. Wang and with the word count requested, although the Court seriously questions whether the requested word count is necessary. SO ORDERED.. (Signed by Judge John G. Koeltl on 6/10/2022) (ks) (Entered: 06/10/2022) |
| 06/10/2022 | 81 | LETTER MOTION for Conference *Re: Pre–Motion Conference Letter for Plaintiffs' anticipated Motion for Summary Judgment,* addressed to Judge John G. Koeltl from Elizabeth A. McNamara dated June 10, 2022. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 06/10/2022) |
| 06/10/2022 | 82 | ORDER terminating 81 Letter Motion for Conference re: 81 LETTER MOTION for Conference *Re: Pre–Motion Conference Letter for Plaintiffs' anticipated Motion for* |

| | | |
|---|---|---|
| | | *Summary Judgment,* addressed to Judge John G. Koeltl from Elizabeth A. McNamara dated June 10, 2022. The plaintiffs may proceed with a motion for summary judgement on the same schedule and with the same word counts that the Court has afforded the defendant, and with the same caution that the Court doubts the need for such lengthy papers. SO ORDERED.. (Signed by Judge John G. Koeltl on 6/10/2022) (ks) (Entered: 06/10/2022) |
| 06/14/2022 | 83 | ORDER PERMITTING WITHDRAWAL AND TERMINATING APPEARANCE OF REBECCA E. WEISSMAN: The appearance of Rebecca E. Weissman in this matter is terminated. The Clerk of Court shall remove Rebecca E. Weissman from the docket in this matter. (Signed by Magistrate Judge Ona T. Wang on 6/14/2022) (tro) (Entered: 06/14/2022) |
| 06/30/2022 | 84 | ORDER: The Court received the attached letter, which it forwards to the parties. SO ORDERED. (Signed by Judge John G. Koeltl on 6/29/2022) (ks) (Entered: 06/30/2022) |
| 07/01/2022 | 85 | JOINT LETTER MOTION to Seal *Re: The parties' respective cross−motions for summary judgment,* addressed to Judge John G. Koeltl from Elizabeth A. McNamara dated July 1, 2022. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 07/01/2022) |
| 07/05/2022 | 86 | ORDER granting 85 Letter Motion to Seal. APPLICATION GRANTED. SO ORDERED. (Signed by Judge John G. Koeltl on 7/5/2022) (tg) (Entered: 07/05/2022) |
| 07/07/2022 | 87 | MOTION for Summary Judgment *against Internet Archive with respect to the causes of action set forth in the Complaint.* Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. Responses due by 9/2/2022.(McNamara, Elizabeth) (Entered: 07/07/2022) |
| 07/07/2022 | 88 | LETTER MOTION for Oral Argument *Re: 87 Motion for Summary Judgment against Internet Archive with respect to the causes of action set forth in the Complaint,* addressed to Judge John G. Koeltl from Elizabeth A. McNamara dated July 7, 2022. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 07/07/2022) |
| 07/07/2022 | 89 | DECLARATION of Sandra Cisneros in Support re: 87 MOTION for Summary Judgment *against Internet Archive with respect to the causes of action set forth in the Complaint..* Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 07/07/2022) |
| 07/07/2022 | 90 | DECLARATION of Ian Foster in Support re: 87 MOTION for Summary Judgment *against Internet Archive with respect to the causes of action set forth in the Complaint..* Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # 1 Appendix A (full curriculum vitae), # 2 Exhibit 1 (Assoc. of works in suit), # 3 Exhibit 2 (Max acutal loans), # 4 Exhibit 3 (Total loans), # 5 Exhibit 4 (ISBNs), # 6 Exhibit 4A (ISBNs), # 7 Exhibit 5 (Number of additions), # 8 Exhibit 5A (Number of additions), # 9 Exhibit 6 (max actual concurrent loans)).(McNamara, Elizabeth) (Entered: 07/07/2022) |
| 07/07/2022 | 91 | DECLARATION of Tracy Offner in Support re: 87 MOTION for Summary Judgment *against Internet Archive with respect to the causes of action set forth in the Complaint..* Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # 1 Exhibit A (Book list), # 2 Exhibit B (IA details), # 3 Exhibit C (Openlibrary_work pages), # 4 Exhibit D (About the book pages), # 5 Exhibit E (Borrow pages), # 6 Exhibit F (Front covers), # 7 Exhibit G (Digitization pages), # 8 Exhibit H (Book rights pages), # 9 Exhibit I (Book title pages), # 10 Exhibit J (Pages 32), # 11 Exhibit K (Last book pages)).(McNamara, Elizabeth) (Entered: 07/07/2022) |
| 07/07/2022 | 92 | DECLARATION of Ben Sevier in Support re: 87 MOTION for Summary Judgment *against Internet Archive with respect to the causes of action set forth in the Complaint..* Document filed by Hachette Book Group, Inc., HarperCollins Publishers |

| | | |
|---|---|---|
| | | LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # <u>1</u> Exhibit 1 (HACHETTE0012376), # <u>2</u> Exhibit 2 (HACHETTE0012377), # <u>3</u> Exhibit 3 (HACHETTE0002473), # <u>4</u> Exhibit 4 (HACHETTE0010909), # <u>5</u> Exhibit 5 (HACHETTE0010980), # <u>6</u> Exhibit 6 (HACHETTE0010973), # <u>7</u> Exhibit 7 (HACHETTE0002476), # <u>8</u> Exhibit 8 (Jorgensen rpt excerpts), # <u>9</u> Exhibit 9 (INTARC00328780)).(McNamara, Elizabeth) (Entered: 07/07/2022) |
| 07/07/2022 | <u>93</u> | DECLARATION of Alan Pavese in Support re: <u>87</u> MOTION for Summary Judgment *against Internet Archive with respect to the causes of action set forth in the Complaint.*. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # <u>1</u> Exhibit 1 (WILEY0000344, WILEY0000349, WILEY0000444), # <u>2</u> Exhibit 2 (WILEY0011723), # <u>3</u> Exhibit 3 (WILEY0005650), # <u>4</u> Exhibit 4 (WILEY0011641), # <u>5</u> Exhibit 5 (WILEY0006143), # <u>6</u> Exhibit 6 (WILEY0011693), # <u>7</u> Exhibit 7 (WILEY0011694)).(McNamara, Elizabeth) (Entered: 07/07/2022) |
| 07/07/2022 | <u>94</u> | DECLARATION of Chantal Restivo–Alessi in Support re: <u>87</u> MOTION for Summary Judgment *against Internet Archive with respect to the causes of action set forth in the Complaint.*. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # <u>1</u> Exhibit 1 (HC0030132), # <u>2</u> Exhibit 2 (HC0036522), # <u>3</u> Exhibit 3 (Amazon.com Help_ Kindle Store Terms of Use), # <u>4</u> Exhibit 4 (HC0011426), # <u>5</u> Exhibit 5 (HC0036464), # <u>6</u> Exhibit 6 (HC0036520), # <u>7</u> Exhibit 7 (Hildreth Report Excerpt), # <u>8</u> Exhibit 8 (INTAR00151363), # <u>9</u> Exhibit 9 (INTARC00354190), # <u>10</u> Exhibit 10 (INTARC00142194), # <u>11</u> Exhibit 11 (INTARC466104)).(McNamara, Elizabeth) (Entered: 07/07/2022) |
| 07/07/2022 | <u>95</u> | DECLARATION of Jeffrey Weber in Support re: <u>87</u> MOTION for Summary Judgment *against Internet Archive with respect to the causes of action set forth in the Complaint.*. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # <u>1</u> Exhibit 1 (PRH0072244), # <u>2</u> Exhibit 2 (PRH0058941), # <u>3</u> Exhibit 3 (Nat'l survey), # <u>4</u> Exhibit 4 (OverDrive Press Releas), # <u>5</u> Exhibit 5 (PRH0072294), # <u>6</u> Exhibit 6 (PRH0052943), # <u>7</u> Exhibit 7 (OL web page), # <u>8</u> Exhibit 8 (For the love of literacy), # <u>9</u> Exhibit 9 (Temp NEL closes), # <u>10</u> Exhibit 10 (Jorgensen Rpt Ex.), # <u>11</u> Exhibit 11 (Jorgensen rpt excerpts), # <u>12</u> Exhibit 12 (PRH0072389), # <u>13</u> Exhibit 13 (INTARC00142017 – part 1), # <u>14</u> Exhibit 13 (INTARC00142017 – part 2), # <u>15</u> Exhibit 13 (INTARC00142017 – part 3), # <u>16</u> Exhibit 13 (INTARC00142017 – part 4), # <u>17</u> Exhibit 13 (INTARC00142017 – part 5), # <u>18</u> Exhibit 14 (PRH0072194), # <u>19</u> Exhibit 15 (Kindle store terms), # <u>20</u> Exhibit 16 (PLAINTIFFS0001005), # <u>21</u> Exhibit 17 (Wired article), # <u>22</u> Exhibit 18 (PRH0007011), # <u>23</u> Exhibit 19 (PRH0067413), # <u>24</u> Exhibit 20 (PRH0072195), # <u>25</u> Exhibit 21 (PRH0007002), # <u>26</u> Exhibit 22 (PRH0006999), # <u>27</u> Exhibit 23 (PRH0007008), # <u>28</u> Exhibit 24 (PRH0072384), # <u>29</u> Exhibit 25 (PRH0068803), # <u>30</u> Exhibit 26 (Dye deposition excerpts)).(McNamara, Elizabeth) (Entered: 07/07/2022) |
| 07/07/2022 | <u>96</u> | DECLARATION of Elizabeth A. McNamara in Support re: <u>87</u> MOTION for Summary Judgment *against Internet Archive with respect to the causes of action set forth in the Complaint.*. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # <u>1</u> Exhibit I (Complaint), # <u>2</u> Exhibit 2 (Answer), # <u>3</u> Exhibit 3 (Books to Borrow), # <u>4</u> Exhibit 4 (Cheng Declaration), # <u>5</u> Exhibit 5 (Kahle deposition excerpts), # <u>6</u> Exhibit 6 (users page), # <u>7</u> Exhibit 7 (Freeland deposition excerpts), # <u>8</u> Exhibit 8 (INTARC00445486), # <u>9</u> Exhibit 9 ( IA responds to publishers law suit), # <u>10</u> Exhibit 10 (INTARC00138760), # <u>11</u> Exhibit 11 (Reimers deposition excerpts), # <u>12</u> Exhibit 12 (openlibrary.org home page), # <u>13</u> Exhibit 13 (Gibbs deposition excerpts), # <u>14</u> Exhibit 14 (1 hr limit complaints), # <u>15</u> Exhibit 15 (Borrowing From The Lending Library), # <u>16</u> Exhibit 16 (loans renewable every hour), # <u>17</u> Exhibit 17 (Exhibit A to Cplt), # <u>18</u> Exhibit 18 (Stipulation Regarding Undisputed Facts), # <u>19</u> Exhibit 19 (Hildreth deposition excerpts), # <u>20</u> Exhibit 20 (Potash deposition excerpts), # <u>21</u> Exhibit 21 (checkout data), # <u>22</u> Exhibit 22 (Book data), # <u>23</u> Exhibit 23 (IMLS stats), # <u>24</u> Exhibit 24 (Cheng deposition excerpts), # <u>25</u> Exhibit 25 (IA's Resp. to Pltfs' RFAs), # <u>26</u> Exhibit 26 (Hildreth Expert Report – part 1), # <u>27</u> Exhibit 26 (Hildreth Expert Report – part 2), # <u>28</u> Exhibit 27 (INTARC00142017 – part 1), # <u>29</u> Exhibit 27 (INTARC00142017 – part 2), # <u>30</u> Exhibit 27 (INTARC00142017 – |

part 3), # 31 Exhibit 27 (INTARC00142017 – part 4), # 32 Exhibit 27 (INTARC00142017 – part 5), # 33 Exhibit 28 (INTARC00153397), # 34 Exhibit 29 (INTARC00391312), # 35 Exhibit 30 (INTARC00405932), # 36 Exhibit 31 (Reminiscences of a stock operator), # 37 Exhibit 32 (INTARC00165712), # 38 Exhibit 33 (PRH0052627), # 39 Exhibit 34 (PRH0052629), # 40 Exhibit 35 (INTARC00462005), # 41 Exhibit 36a ( INTARC00322407), # 42 Exhibit 36b (INTARC00322581), # 43 Exhibit 36c (INTARC00323031), # 44 Exhibit 37 (INTARC00463590), # 45 Exhibit 38 (INTARC00409223 – part 1), # 46 Exhibit 38 (INTARC00409223 – part 2), # 47 Exhibit 38 (INTARC00409223 – part 3), # 48 Exhibit 39 (INTARC00165266), # 49 Exhibit 40 (INTARC00405737), # 50 Exhibit 41 (Ken Kesey), # 51 Exhibit 42 (INTARC00167070), # 52 Exhibit 43 (Rachael treasure – search), # 53 Exhibit 44 (2019 990–PF Kahle–Austin Foundation), # 54 Exhibit 45 (Cressaty deposition excerpts), # 55 Exhibit 46 (INTARC00151083 – part 1), # 56 Exhibit 46 (INTARC00151083 – part 2), # 57 Exhibit 46 (INTARC00151083 – part 3), # 58 Exhibit 46 (INTARC00151083 – part 4), # 59 Exhibit 46 (INTARC00151083 – part 5), # 60 Exhibit 46 (INTARC00151083 – part 6), # 61 Exhibit 46 (INTARC00151083 – part 7), # 62 Exhibit 46 (INTARC00151083 – part 8), # 63 Exhibit 47 (About Internet Archive), # 64 Exhibit 48 (INTARC00390085), # 65 Exhibit 49 (PLAINTIFFS0001109), # 66 Exhibit 50 (Zdnet article), # 67 Exhibit 51 (NYT Article), # 68 Exhibit 52 (ebook lending program launched), # 69 Exhibit 53 (INTARC00471120), # 70 Exhibit 54 (Let's Build a Great Digital Library Together), # 71 Exhibit 55 (Internet Archive's Modern Book Collection), # 72 Exhibit 56 (The Guardian article), # 73 Exhibit 57 (Table Top Scribe System), # 74 Exhibit 58 (Mills deposition excerpts), # 75 Exhibit 59 (INTARC00421456), # 76 Exhibit 60 (INTARC00137278), # 77 Exhibit 61 (INTARC00151080), # 78 Exhibit 62 (INTARC00353569), # 79 Exhibit 63 (Digitize your collections), # 80 Exhibit 64 (Most 20th Century Books Unavailable), # 81 Exhibit 65 (Library Genesis), # 82 Exhibit 66 (INTARC00393109), # 83 Exhibit 67 (CNBC – Plagiarism is rampant in China), # 84 Exhibit 68 (Digitization Saves Marygrove College Library), # 85 Exhibit 69 (Marygrove College Library), # 86 Exhibit 70 (Calculating the True Value of A Library that is Free), # 87 Exhibit 71 (Pineapple Fund Gifts $1M in Bitcoin), # 88 Exhibit 72 (INTARC00142757), # 89 Exhibit 73 (INTARC00142715), # 90 Exhibit 74 (OLRs 2019 Form 990), # 91 Exhibit 75 (INTARC00136985), # 92 Exhibit 76 (BWB Home page), # 93 Exhibit 77 (Patton–Schmitt testimony), # 94 Exhibit 78 (About Better World Books), # 95 Exhibit 79 (INTARC00388928), # 96 Exhibit 80 (INTARC00391222), # 97 Exhibit 81 (INTARC00414923), # 98 Exhibit 82 (INTARC00413052), # 99 Exhibit 83 (INTARC00395793), # 100 Exhibit 84 (INTARC00397105), # 101 Exhibit 85 (INTARC00397183), # 102 Exhibit 86 (BWB_000255), # 103 Exhibit 87 (BWB_00277), # 104 Exhibit 88 (INTARC00029628), # 105 Exhibit 89 (For the Love of Literacy), # 106 Exhibit 90 (BWB_000249), # 107 Exhibit 91 (BWB Borrow Option), # 108 Exhibit 92 (BWB links to IA ebooks), # 109 Exhibit 93 (IA links to BWB), # 110 Exhibit 94 (Wikipedia), # 111 Exhibit 95 (BWB), # 112 Exhibit 96 ( In–Library eBook Lending Program Launched), # 113 Exhibit 97 (INTARC00405779), # 114 Exhibit 98 (INTARC00165237), # 115 Exhibit 99 (INTARC00407188), # 116 Exhibit 100 (Wasted_ A case study for CDL), # 117 Exhibit 101 (PLAINTIFFS0000857), # 118 Exhibit 102 (Open Libraries – Join), # 119 Exhibit 103 (INTARC00439657), # 120 Exhibit 104 (INTARC00416930), # 121 Exhibit 105 (INTARC00426084), # 122 Exhibit 106 (INTARC00421687), # 123 Exhibit 107 (INTARC00141826), # 124 Exhibit 108 (INTARC00141472), # 125 Exhibit 109 (INTARC00142194), # 126 Exhibit 110 (INTARC00418710), # 127 Exhibit 111a (INTARC00417976), # 128 Exhibit 111b (INTARC00417978), # 129 Exhibit 112 (INTARC00418249), # 130 Exhibit 113 (Implementation & Integration), # 131 Exhibit 114 (IA's Resps to Pltfs 2d Set of Rogs), # 132 Exhibit 115 (INTARC00142801), # 133 Exhibit 116 (INTARC00141514), # 134 Exhibit 117 (Dartmouth CL.), # 135 Exhibit 118 (library links), # 136 Exhibit 119 (Orphan Works And Mass Digitization), # 137 Exhibit 120 (Judiciary hearing trnscrpt), # 138 Exhibit 121 (Bailey deposition excerpts), # 139 Exhibit 122 (Michelle Wu Hero Award), # 140 Exhibit 123 (White Paper on CDL), # 141 Exhibit 124 (INTARC466850), # 142 Exhibit 125 (INTARC466829), # 143 Exhibit 126 (WU00003022), # 144 Exhibit 127 (INTARC00415490), # 145 Exhibit 128 (INTARC466748), # 146 Exhibit 129 (INTARC00412869), # 147 Exhibit 130 (Lila Bailey wins IP3 Award), # 148 Exhibit 131 (INTARC00474640), # 149 Exhibit 131 (INTARC00474640), # 150 Exhibit 132 ( INTARC465698), # 151 Exhibit 133 (INTARC00458735), # 152 Exhibit 134 (AAP Publishers statement), # 153 Exhibit

135 (Authors Guild statement on CDL), # 154 Exhibit 136 ( INTARC00420085), # 155 Exhibit 137 (IA Redigi Amicus), # 156 Exhibit 138 ( Band – ARL Policy Notes), # 157 Exhibit 139 (Why we released the NEL), # 158 Exhibit 140 (Signatories to CDL position statement), # 159 Exhibit 141 (INTARC00415834), # 160 Exhibit 142 (INTARC465732), # 161 Exhibit 143 (INTARC00418249), # 162 Exhibit 144 (INTARC00420223), # 163 Exhibit 145 (INTARC00141736), # 164 Exhibit 146 (Mythbusting CDL), # 165 Exhibit 147 (INTARC00463054), # 166 Exhibit 148 (INTARC00423818), # 167 Exhibit 150 (How IA and CDL can help course reserve), # 168 Exhibit 151 (INTARC00445585), # 169 Exhibit 152 (INTARC00420192), # 170 Exhibit 153 (INTARC00142679), # 171 Exhibit 154 (INTARC00151748), # 172 Exhibit 155 (INTARC00395593), # 173 Exhibit 156 (INTARC00374675), # 174 Exhibit 157 (Karpeles deposition excerpts), # 175 Exhibit 158 (IA ebooks by publication year), # 176 Exhibit 159 (IA Pre–motion letter), # 177 Exhibit 160 (Overdrive holds), # 178 Exhibit 161 (Mens Health article), # 179 Exhibit 162 (INTARC467709), # 180 Exhibit 163 (Detroit and Austin – Ovedrive), # 181 Exhibit 164 (Open Library Design Ecosystem), # 182 Exhibit 165 (Smith deposition excerpts), # 183 Exhibit 166 (Use and Pub. Cost of Pub. Lib. Mtrls), # 184 Exhibit 167 (Rural Libraries), # 185 Exhibit 168 (Announcing NEL), # 186 Exhibit 169 (Open library – member stats), # 187 Exhibit 170 (OL stats – ebooks borrowed), # 188 Exhibit 171 (INTARC00462951), # 189 Exhibit 172 (Sen–Udall–Response–NEL), # 190 Exhibit 173 (INTARC00436106), # 191 Exhibit 174 (INTARC00437003), # 192 Exhibit 175 (INTARC00400154), # 193 Exhibit 176 (PRH0029336), # 194 Exhibit 177 (INTARC00399901), # 195 Exhibit 178 (Advisory Board to the Authors Alliance), # 196 Exhibit 179 (INTARC00462974), # 197 Exhibit 180 (NEL, who needs it), # 198 Exhibit 181 (Temp NEL to close), # 199 Exhibit 182 (INTARC00448939), # 200 Exhibit 183 (PRH0070363), # 201 Exhibit 184 (HathiTrust Emergency Temporary Access Service), # 202 Exhibit 185 (Google Search)).(McNamara, Elizabeth) (Entered: 07/07/2022)

| | | |
|---|---|---|
| 07/07/2022 | 97 | MOTION for Summary Judgment . Document filed by Internet Archive. Responses due by 9/2/2022.(Gratz, Joseph) (Entered: 07/07/2022) |
| 07/07/2022 | 98 | RULE 56.1 STATEMENT. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 07/07/2022) |
| 07/07/2022 | 99 | MEMORANDUM OF LAW in Support re: 87 MOTION for Summary Judgment *against Internet Archive with respect to the causes of action set forth in the Complaint.* . Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 07/07/2022) |
| 07/07/2022 | 100 | DECLARATION of Joseph C. Gratz in Support re: 97 MOTION for Summary Judgment .. Document filed by Internet Archive. (Attachments: # 1 Exhibit A – Stipulation of Undisputed Facts, # 2 Exhibit B – Stipulation of Undisputed Facts, # 3 Exhibit C – REDACTED IN ITS ENTIRETY, # 4 Exhibit D – REDACTED IN ITS ENTIRETY, # 5 Exhibit E – REDACTED IN ITS ENTIRETY, # 6 Exhibit F – REDACTED IN ITS ENTIRETY, # 7 Exhibit G – IFLA Position on Controlled Digital Lending, # 8 Exhibit H – Public Libraries Survey of COVID Responses, # 9 Exhibit I – School Closures Map, # 10 Exhibit J – Excerpts, Silverman Deposition Transcript, # 11 Exhibit K – New Yorker article re NEL, # 12 Exhibit L – Public Libraries Survey, # 13 Exhibit M – Availability of The Lion, the witch, and the wardrobe, # 14 Exhibit N – Excerpts, Dye Deposition Transcript, # 15 Exhibit O – PW article ranking largest publishers, # 16 Exhibit P – Excerpts, Bertelsmann 2018 Annual Report, # 17 Exhibit Q – Excerpts, Bertelsmann 2019 Annual Report, # 18 Exhibit R – Excerpts, Bertelsmann 2021 Annual Report, # 19 Exhibit S – Excerpts, Wiley 2020 10–K, # 20 Exhibit T – Excerpts, Wiley 2021 10–K, # 21 Exhibit U – Excerpts, 2019 News Corp. Annual Report, # 22 Exhibit V – Excerpts, 2021 News Corp. Annual Report, # 23 Exhibit W – Excerpts, Lagardere 2018 Registration Documents, # 24 Exhibit X – Excerpts, Lagardere 2020 Registration Documents, # 25 Exhibit Y – Excerpts, Lagardere 2021 Registration Documents, # 26 Exhibit Z – PW article, A Year for the Record Book in Publishing, # 27 Exhibit AA – PW article, Americas Biggest Publishers Keep Posting Profits, # 28 Exhibit BB – NYT article, Surprise Ending for Publishers, # 29 Exhibit CC – Excerpts, Marwell Deposition Transcripts, # 30 Exhibit DD – REDACTED IN ITS ENTIRETY, # 31 Exhibit EE – Excerpts, Prince Deposition Transcripts, # 32 Exhibit FF – Excerpts, Lazarus Deposition |

| | | |
|---|---|---|
| | | Transcripts, # <u>33</u> Exhibit GG – Excerpts, Restivo–Alessi Deposition Transcript, # <u>34</u> Exhibit HH – Excerpts, Restivo–Alessi Deposition Transcript Excerpts, Pavese Deposition, # <u>35</u> Exhibit II – H.R. Report 94–1476, Copyright Law Revision, # <u>36</u> Exhibit JJ – REDACTED IN ITS ENTIRETY, # <u>37</u> Exhibit KK – REDACTED IN ITS ENTIRETY, # <u>38</u> Exhibit LL – REDACTED IN ITS ENTIRETY, # <u>39</u> Exhibit MM – REDACTED IN ITS ENTIRETY, # <u>40</u> Exhibit NN – REDACTED IN ITS ENTIRETY).(Gratz, Joseph) (Entered: 07/07/2022) |
| 07/07/2022 | <u>101</u> | DECLARATION of Lauren Sherman in Support re: <u>97</u> MOTION for Summary Judgment .. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 07/07/2022) |
| 07/07/2022 | <u>102</u> | DECLARATION of Ben Saracco in Support re: <u>97</u> MOTION for Summary Judgment .. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 07/07/2022) |
| 07/07/2022 | <u>103</u> | DECLARATION of Laura Gibbs in Support re: <u>97</u> MOTION for Summary Judgment .. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 07/07/2022) |
| 07/07/2022 | <u>104</u> | DECLARATION of Daniel Smith in Support re: <u>97</u> MOTION for Summary Judgment .. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 07/07/2022) |
| 07/07/2022 | <u>105</u> | DECLARATION of Brewster Kahle in Support re: <u>97</u> MOTION for Summary Judgment .. Document filed by Internet Archive. (Attachments: # <u>1</u> Exhibit 1 – Notification of Grant Award, # <u>2</u> Exhibit 2 – Webpage Recording Grant Award, # <u>3</u> Exhibit 3 – In–Library eBook Lending Program Launched – IA Blog, # <u>4</u> Exhibit 4 – COSLA Endorsement of IA, # <u>5</u> Exhibit 5 – White Paper on Controlled Digital Lending of Library Books, # <u>6</u> Exhibit 6 – Position Statement on CDL, # <u>7</u> Exhibit 7 – Signatories to Position Statement on CDL, # <u>8</u> Exhibit 8 – Weaving Books into the WebStarting with Wikipedia – IA Blog, # <u>9</u> Exhibit 9 – Wikipedia Links to IA CDL Books, # <u>10</u> Exhibit 10 – Books related to Japanese American Internment – IA Blog, # <u>11</u> Exhibit 11 – Books banned by schools available on IA – IA Blog, # <u>12</u> Exhibit 12 – Announcing a National Emergency Library, # <u>13</u> Exhibit 13 – Public Statement Supporting Waitlist Suspension at IA, # <u>14</u> Exhibit 14 – Teachers & the NEL, # <u>15</u> Exhibit 15 – Impacts of the temporary NEL – IA Blog, # <u>16</u> Exhibit 16 – More Impacts of the National Emergency Library – IA Blog, # <u>17</u> Exhibit 17 – Even More Impacts of the NEL – IA Blog).(Gratz, Joseph) (Entered: 07/07/2022) |
| 07/07/2022 | <u>106</u> | MEMORANDUM OF LAW in Support re: <u>97</u> MOTION for Summary Judgment . . Document filed by Internet Archive..(Gratz, Joseph) (Entered: 07/07/2022) |
| 07/07/2022 | <u>107</u> | RULE 56.1 STATEMENT. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 07/07/2022) |
| 07/07/2022 | <u>108</u> | DECLARATION of Rasmus Jrgensen in Support re: <u>97</u> MOTION for Summary Judgment .. Document filed by Internet Archive. (Attachments: # <u>1</u> Exhibit 1 – Excerpts, Jorgensen Expert Rpt., # <u>2</u> Exhibit 2 – Excerpts, Jorgensen Expert Rpt.).(Gratz, Joseph) (Entered: 07/07/2022) |
| 07/07/2022 | <u>109</u> | DECLARATION of Imke Reimers in Support re: <u>97</u> MOTION for Summary Judgment .. Document filed by Internet Archive. (Attachments: # <u>1</u> Exhibit 1 – Excerpts, Reimers Expert Rpt., # <u>2</u> Exhibit 2 – Excerpts, Reimers Rebuttal Expert Rpt.).(Gratz, Joseph) (Entered: 07/07/2022) |
| 07/07/2022 | <u>110</u> | DECLARATION of Susan H. Hildreth in Support re: <u>97</u> MOTION for Summary Judgment .. Document filed by Internet Archive. (Attachments: # <u>1</u> Exhibit 1 – Excerpts, Hildreth Expert Rpt., # <u>2</u> Exhibit 2 – Excerpts, Hildreth Expert Rpt.).(Gratz, Joseph) (Entered: 07/07/2022) |
| 07/08/2022 | <u>111</u> | LETTER MOTION for Oral Argument *re: Defendant Internet's Motion for Summary Judgment* addressed to Judge John G. Koeltl from Joseph C. Gratz dated 7/7/2022. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 07/08/2022) |
| 07/08/2022 | <u>112</u> | LETTER MOTION to Seal *the filing at ECF No. 107,* addressed to Judge John G. Koeltl from Elizabeth A. McNamara dated July 8, 2022. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 07/08/2022) |

| | | |
|---|---|---|
| 07/08/2022 | 113 | RULE 56.1 STATEMENT. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 07/08/2022) |
| 07/11/2022 | 114 | ORDER granting 112 Letter Motion to Seal. APPLICATION GRANTED SO ORDERED. (Signed by Judge John G. Koeltl on 7/8/2022) (ate) (Entered: 07/11/2022) |
| 07/11/2022 | 115 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 07/11/2022) |
| 07/13/2022 | 116 | NOTICE OF APPEARANCE by Yuliya Ziskina on behalf of Library Futures Institute, EveryLibrary Institute, and ReadersFirst..(Ziskina, Yuliya) (Entered: 07/13/2022) |
| 07/14/2022 | 117 | SEALED DOCUMENT placed in vault..(jus) (Entered: 07/14/2022) |
| 07/14/2022 | 118 | NOTICE OF APPEARANCE by Rebecca Tushnet on behalf of AMICI CURIAE INTELLECTUAL PROPERTY LAW PROFESSORS..(Tushnet, Rebecca) (Entered: 07/14/2022) |
| 07/14/2022 | 119 | LETTER MOTION to File Amicus Brief *by Michelle M. Wu* addressed to Judge John G. Koeltl from Max Rodriguez dated July 14, 2022. Document filed by Michelle M Wu. (Attachments: # 1 Supplement Proposed Amicus Brief of Michelle M. Wu, # 2 Exhibit A (Michelle M. Wu Curriculum Vitae)).(Rodriguez, Max) (Entered: 07/14/2022) |
| 07/14/2022 | 120 | MOTION to File Amicus Brief . Document filed by AMICI CURIAE INTELLECTUAL PROPERTY LAW PROFESSORS. (Attachments: # 1 Exhibit Proposed amicus brief, # 2 Text of Proposed Order Proposed order allowing amicus brief, # 3 Exhibit Notice of motion for leave to file amicus).(Tushnet, Rebecca) (Entered: 07/14/2022) |
| 07/14/2022 | 121 | NOTICE OF APPEARANCE by Jason Michael Schultz on behalf of Copyright Scholars..(Schultz, Jason) (Entered: 07/14/2022) |
| 07/14/2022 | 122 | MOTION to File Amicus Brief . Document filed by Library Futures Institute, EveryLibrary Institute, and ReadersFirst. (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Text of Proposed Order Proposed order allowing amicus brief, # 3 Exhibit Notice of motion for leave to file amicus).(Ziskina, Yuliya) (Entered: 07/14/2022) |
| 07/14/2022 | 123 | NOTICE OF APPEARANCE by Rachel Brooke Leswing on behalf of Authors Alliance..(Leswing, Rachel) (Entered: 07/14/2022) |
| 07/14/2022 | 124 | MOTION for RACHEL BROOKE LESWING to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26416675. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Authors Alliance. (Attachments: # 1 Affidavit Affidavit in Support of Admission Pro Hac Vice, # 2 Exhibit California Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order for Pro Hac Vice Admission).(Leswing, Rachel) (Entered: 07/14/2022) |
| 07/14/2022 | 125 | MOTION to File Amicus Brief . Document filed by Authors Alliance. (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Exhibit Exhibit A to Proposed Amicus Brief).(Leswing, Rachel) (Entered: 07/14/2022) |
| 07/14/2022 | 126 | NOTICE of Notice of Motion for Leave to File Amicus. Document filed by Copyright Scholars. (Attachments: # 1 Exhibit DECLARATION OF JASON M. SCHULTZ IN SUPPORT OF MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF).(Schultz, Jason) (Entered: 07/14/2022) |
| 07/14/2022 | 127 | NOTICE OF APPEARANCE by Christopher Theodore Bavitz on behalf of Kenneth D. Crews, Kevin L. Smith..(Bavitz, Christopher) (Entered: 07/14/2022) |
| 07/14/2022 | 128 | **FILING ERROR – DEFICIENT DOCKET ENTRY – (SEE DOCUMENT#130)** MOTION to File Amicus Brief . Document filed by Kenneth D. Crews, Kevin L. Smith. (Attachments: # 1 Supplement Notice of Motion for Leave to File Amicus Brief, # 2 Appendix Amicus Brief of Kenneth D. Crews and Kevin L. Smith in Support of Defendant Internet Archives Motion for Summary Judgment and in Opposition to Plaintiffs Cross–Motion for Summary Judgment).(Bavitz, Christopher) Modified on 7/15/2022 (lb). (Entered: 07/14/2022) |

| | | |
|---|---|---|
| 07/14/2022 | 129 | FIRST MOTION to File Amicus Brief *in Support of Defendants' Motion for Summary Judgment*. Document filed by Copyright Scholars. (Attachments: # 1 Exhibit Amici Curiae Brief of 17 Copyright Scholars in Support of Defendants' Motion for Summary Judgment).(Schultz, Jason) (Entered: 07/14/2022) |
| 07/15/2022 | 130 | MOTION to File Amicus Brief . Document filed by Kenneth D. Crews, Kevin L. Smith. (Attachments: # 1 Supplement Notice of Motion for Leave to File Amicus Brief, # 2 Appendix Amicus Brief of Kenneth D. Crews and Kevin L. Smith in Support of Defendant Internet Archives Motion for Summary Judgment and in Opposition to Plaintiffs Cross–Motion for Summary Judgment w/Corrected Certificate of Compliance).(Bavitz, Christopher) (Entered: 07/15/2022) |
| 07/15/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 124 MOTION for RACHEL BROOKE LESWING to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26416675. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 07/15/2022) |
| 07/15/2022 | 131 | MEMO ENDORSEMENT on MOTION to LEAVE to FILE AMICUS CURIAE IN SUPPORT OF INTERNET ARCHIVE: granting 125 Motion to File Amicus Brief. ENDORSEMENT: Application Granted. SO ORDERED (Signed by Judge John G. Koeltl on 7/15/2022) (ama) (Entered: 07/15/2022) |
| 07/15/2022 | 132 | ORDER: granting 119 Letter Motion to File Amicus Brief. Application Granted. SO ORDERED. (Signed by Judge John G. Koeltl on 7/15/2022) (ama) (Entered: 07/15/2022) |
| 07/15/2022 | 133 | MEMO ENDORSEMENT on MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF 17 COPYRIGHT SCHOLARS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT: granting 129 Motion to File Amicus Brief. ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Judge John G. Koeltl on 7/15/2022) (ama) (Entered: 07/15/2022) |
| 07/15/2022 | 134 | MEMO ENDORSEMENT on MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF AND MEMORANDUM OF LAW IN SUPPORT THEREOF: granting 120 Motion to File Amicus Brief. ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Judge John G. Koeltl on 7/15/2022) (ama) (Entered: 07/15/2022) |
| 07/15/2022 | 135 | MEMO ENDORSEMENT on MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF THE INTERNET ARCHIVE: granting 122 Motion to File Amicus Brief. ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Judge John G. Koeltl on 7/15/2022) (ama) (Entered: 07/15/2022) |
| 07/15/2022 | 136 | MEMO ENDORSEMENT on MOTION FOR LEAVE TO FILE AMICUS BRIEF OF KENNETH D. CREWS AND KEVIN L. SMITH IN SUPPORT OF DEFENDANT INTERNET ARCHIVE'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' CROSS–MOTION FOR SUMMARY JUDGMENT: granting 130 Motion to File Amicus Brief. ENDORSEMENT: Application Granted. SO ORDERED (Signed by Judge John G. Koeltl on 7/15/2022) (ama) (Entered: 07/15/2022) |
| 07/15/2022 | 137 | RESPONSE in Opposition to Motion re: 122 MOTION to File Amicus Brief ., 119 LETTER MOTION to File Amicus Brief *by Michelle M. Wu* addressed to Judge John G. Koeltl from Max Rodriguez dated July 14, 2022., 129 FIRST MOTION to File Amicus Brief *in Support of Defendants' Motion for Summary Judgment*., 125 MOTION to File Amicus Brief . . Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 07/15/2022) |
| 07/15/2022 | 138 | RESPONSE in Opposition to Motion re: 122 MOTION to File Amicus Brief ., 119 LETTER MOTION to File Amicus Brief *by Michelle M. Wu* addressed to Judge John G. Koeltl from Max Rodriguez dated July 14, 2022., 129 FIRST MOTION to File Amicus Brief *in Support of Defendants' Motion for Summary Judgment*., 125 MOTION to File Amicus Brief . *(Unredacted)*. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 07/15/2022) |

| 07/15/2022 | 139 | DECLARATION of Elizabeth A. McNamara in Opposition re: 122 MOTION to File Amicus Brief ., 119 LETTER MOTION to File Amicus Brief *by Michelle M. Wu* addressed to Judge John G. Koeltl from Max Rodriguez dated July 14, 2022., 129 FIRST MOTION to File Amicus Brief *in Support of Defendants' Motion for Summary Judgment.*, 125 MOTION to File Amicus Brief .. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # 1 Exhibit 1 (REDACTED), # 2 Exhibit 2 (INTARC00454127_VOL0009), # 3 Exhibit 3 (Bailey Excerpts), # 4 Exhibit 4 (INTARC00395813_VOL0009)).(McNamara, Elizabeth) (Entered: 07/15/2022) |
|---|---|---|
| 07/18/2022 | 140 | ORDER FOR ADMISSION PRO HAC VICE granting 124 Motion for Rachel Brooke Leswing to Appear Pro Hac Vice. Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for amicus curiae Authors Alliance, Inc. in the above captioned action; IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above−captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. (Signed by Judge John G. Koeltl on 7/15/2022) (mml) (Entered: 07/18/2022) |
| 07/19/2022 | 141 | BRIEF re: 133 Order on Motion to File Amicus Brief, *in Support of Defendants' Motion for Summary Judgment*. Document filed by Copyright Scholars..(Schultz, Jason) (Entered: 07/19/2022) |
| 07/19/2022 | 142 | BRIEF re: 135 Order on Motion to File Amicus Brief *in Support of Defendant's Motion for Summary Judgment*. Document filed by Library Futures Institute, EveryLibrary Institute, and ReadersFirst..(Ziskina, Yuliya) (Entered: 07/19/2022) |
| 07/19/2022 | 143 | BRIEF re: 134 Order on Motion to File Amicus Brief, . Document filed by AMICI CURIAE INTELLECTUAL PROPERTY LAW PROFESSORS..(Tushnet, Rebecca) (Entered: 07/19/2022) |
| 07/19/2022 | 144 | BRIEF re: 125 MOTION to File Amicus Brief . . Document filed by Authors Alliance. (Attachments: # 1 Exhibit Exhibit to Amicus Brief).(Leswing, Rachel) (Entered: 07/19/2022) |
| 07/20/2022 | 145 | BRIEF re: 136 Order on Motion to File Amicus Brief, . Document filed by Kenneth D. Crews, Kevin L. Smith..(Bavitz, Christopher) (Entered: 07/20/2022) |
| 07/20/2022 | 146 | BRIEF re: 132 Order on Motion to File Amicus Brief *by Michelle M. Wu as Amicus Curiae*. Document filed by Michelle M Wu..(Rodriguez, Max) (Entered: 07/20/2022) |
| 08/05/2022 | 147 | THIRD PARTY MOTION to File Amicus Brief *of Professors and Scholars of Copyright Law*. Document filed by Professors and Scholars of Copyright Law. (Attachments: # 1 Appendix Notice of motion, # 2 Appendix Proposed amicus brief).(Charlesworth, Jacqueline) (Entered: 08/05/2022) |
| 08/08/2022 | 148 | MOTION for Theodore M. Shapiro to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26516190. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by International Rightholders. Return Date set for 8/8/2022 at 05:00 PM. (Attachments: # 1 Affidavit Affidavit of TM Shapiro, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed PHV Order).(Shapiro, Theodore) (Entered: 08/08/2022) |
| 08/08/2022 | 149 | MEMO ENDORSEMENT granting 147 Motion to File Amicus Brief ENDORSEMENT: Motion for leave to file Amici Curiae Brief is granted. SO ORDERED. (Signed by Judge John G. Koeltl on 8/8/2022) (ks) (Entered: 08/08/2022) |
| 08/09/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 148 MOTION for Theodore M. Shapiro to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26516190. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 08/09/2022) |
| 08/09/2022 | 150 | NOTICE OF APPEARANCE by Matthew Aaron Leish on behalf of International Rightholders..(Leish, Matthew) (Entered: 08/09/2022) |

| 08/09/2022 | 151 | MOTION to File Amicus Brief . Document filed by International Rightholders. (Attachments: # 1 Exhibit Notice of Motion, # 2 Exhibit Proposed Amicus Brief).(Leish, Matthew) (Entered: 08/09/2022) |
|---|---|---|
| 08/10/2022 | 152 | ORDER FOR ADMISSION PRO HAC VICE granting 148 Motion for Theodore M. Shapiro to Appear Pro Hac Vice. (Signed by Judge John G. Koeltl on 8/9/2022) (ks) (Entered: 08/10/2022) |
| 08/10/2022 | 153 | MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT: granting 151 Letter Motion to File Amicus Brief. Request to file Amici Curiae Brief is Granted. SO ORDERED. (Signed by Judge John G. Koeltl on 8/10/2022) (ama) Modified on 8/10/2022 (ama). (Entered: 08/10/2022) |
| 08/11/2022 | 154 | BRIEF re: 153 Order on Motion to File Amicus Brief, . Document filed by International Rightholders..(Leish, Matthew) (Entered: 08/11/2022) |
| 08/12/2022 | 155 | NOTICE OF APPEARANCE by Nancy Evelyn Wolff on behalf of Copyright Alliance..(Wolff, Nancy) (Entered: 08/12/2022) |
| 08/12/2022 | 156 | NOTICE OF APPEARANCE by Alexander Gigante on behalf of Copyright Alliance..(Gigante, Alexander) (Entered: 08/12/2022) |
| 08/12/2022 | 157 | NOTICE OF APPEARANCE by Elizabeth Safran, I on behalf of Copyright Alliance..(Safran, Elizabeth) (Entered: 08/12/2022) |
| 08/12/2022 | 158 | MOTION for Leave to File Amicus Brief . Document filed by Copyright Alliance. (Attachments: # 1 Exhibit Notice of Motion, # 2 Exhibit Proposed Copyright Alliance Amicus Brief, # 3 Text of Proposed Order Proposed Order).(Wolff, Nancy) (Entered: 08/12/2022) |
| 08/12/2022 | 159 | CONSENT MOTION to File Amicus Brief *in Support of Plaintiffs' Motion for Summary Judgment*. Document filed by The Authors Guild, Inc., Western Writers of America, Canadian Authors Association, American Photographic Artists, The Writers Union of Canada, International Authors Forum, American Society of Media Photographers, Romance Writers of America, Society of Childrens Book Writers and Illustrators, European Writers Council, National Writers Union, Graphic Artists Guild, American Society for Collective Rights Licensing, Society of Authors, Sisters in Crime, International Federation of Journalists, Dramatists Guild of America, National Press Photographers Association, Novelists Inc., Association of Authors Agents, The American Society of Journalists and Authors, The Union des crivaines et des crivains Qubcois, and European Visual Artists..(Clarida, Robert) (Entered: 08/12/2022) |
| 08/12/2022 | 160 | MEMORANDUM OF LAW in Support re: 159 CONSENT MOTION to File Amicus Brief *in Support of Plaintiffs' Motion for Summary Judgment*. . Document filed by The Authors Guild, Inc., Western Writers of America, Canadian Authors Association, American Photographic Artists, The Writers Union of Canada, International Authors Forum, American Society of Media Ph. (Attachments: # 1 Exhibit A – Memorandum of Law of Amici Curiae).(Clarida, Robert) (Entered: 08/12/2022) |
| 08/15/2022 | 161 | MEMO ENDORSEMENT granting 158 Letter Motion for Leave to File Document. ENDORSEMENT: Application to file amicus brief granted. SO ORDERED. (Signed by Judge John G. Koeltl on 8/13/2022) (ks) (Entered: 08/15/2022) |
| 08/15/2022 | 162 | BRIEF re: 161 Order on Motion for Leave to File Document *Copyright Alliance Amicus brief*. Document filed by Copyright Alliance..(Wolff, Nancy) (Entered: 08/15/2022) |
| 08/15/2022 | 163 | BRIEF re: 149 Order on Motion to File Amicus Brief . Document filed by Professors and Scholars of Copyright Law..(Charlesworth, Jacqueline) (Entered: 08/15/2022) |
| 08/16/2022 | 164 | MEMO ENDORSEMENT granting 159 Motion to File Amicus Brief ENDORSEMENT: Application to file amicus granted. SO ORDERED.. (Signed by Judge John G. Koeltl on 8/16/2022) (ks) (Entered: 08/16/2022) |
| 08/17/2022 | 165 | BRIEF re: 164 Order on Motion to File Amicus Brief . Document filed by The Authors Guild, Inc., Western Writers of America, Canadian Authors Association, American Photographic Artists, The Writers Union of Canada, International Authors Forum, American Society of Media Ph..(Clarida, Robert) (Entered: 08/17/2022) |

| | | |
|---|---|---|
| 09/02/2022 | 166 | DECLARATION of Elizabeth A. McNamara in Opposition re: 97 MOTION for Summary Judgment .. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # 1 Exhibit 1 (IA Resp to Pltfs 2d ROGs No 21), # 2 Exhibit 2 (Restivo–Alessi dep excerpts), # 3 Exhibit 3 (Weber dep excerpts), # 4 Exhibit 4 (Pavese dep excerpts), # 5 Exhibit 5 (Reimers Depo Ex 4), # 6 Exhibit 6 (Lazarus dep excerpts), # 7 Exhibit 7 (OverDrive data), # 8 Exhibit 8 (discovery letters), # 9 Exhibit 9 (IA priv log), # 10 Exhibit 10 (Bailey dep excerpts), # 11 Exhibit 11 ( IA Launches New Pilot Program), # 12 Exhibit 12 (Cressaty dep excerpts), # 13 Exhibit 13 (The Glass Castle et al), # 14 Exhibit 14 (Palace of Illusions et al), # 15 Exhibit 15 (Saracco dep excerpts), # 16 Exhibit 16 (Sigs to the Position Stmt), # 17 Exhibit 17 (HC0015518 REDACTED)).(McNamara, Elizabeth) (Entered: 09/02/2022) |
| 09/02/2022 | 167 | DECLARATION of Jeffrey T. Prince in Opposition re: 97 MOTION for Summary Judgment .. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC. (Attachments: # 1 Exhibit 1 (Prince Rprt REDACTED), # 2 Exhibit 2 (Prince dep excerpts REDACTED), # 3 Exhibit 3 (Jorgensen dep excerpts REDACTED), # 4 Exhibit 4 (Reimers dep excerpts), # 5 Exhibit 5 (Hildreth dep excerpts), # 6 Exhibit 6 (Reimers 2016)).(McNamara, Elizabeth) (Entered: 09/02/2022) |
| 09/02/2022 | 168 | COUNTER STATEMENT TO 98 Rule 56.1 Statement. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 09/02/2022) |
| 09/02/2022 | 169 | MEMORANDUM OF LAW in Opposition re: 97 MOTION for Summary Judgment . . Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 09/02/2022) |
| 09/02/2022 | 170 | DECLARATION of Joseph C. Gratz in Opposition re: 87 MOTION for Summary Judgment *against Internet Archive with respect to the causes of action set forth in the Complaint*.. Document filed by Internet Archive. (Attachments: # 1 Exhibit 1 – OverDrive Distribution Agreement (UNDER SEAL), # 2 Exhibit 2 – Mills Deposition EXCERPTS, # 3 Exhibit 3 – Patton–Schmitt Deposition EXCERPTS, # 4 Exhibit 4 – Karpeles Deposition EXCERPTS, # 5 Exhibit 5 – Hildreth Deposition EXCERPTS, # 6 Exhibit 6 – Hildreth Deposition Errata, # 7 Exhibit 7 – Judgment, CJEU Copyright Case, # 8 Exhibit 8 – AG Opinion, CJEU Copyright Case).(Gratz, Joseph) (Entered: 09/02/2022) |
| 09/02/2022 | 171 | DECLARATION of Brewster Kahle in Opposition re: 87 MOTION for Summary Judgment *against Internet Archive with respect to the causes of action set forth in the Complaint*.. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 09/02/2022) |
| 09/02/2022 | 172 | COUNTER STATEMENT TO 107 Rule 56.1 Statement. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 09/02/2022) |
| 09/02/2022 | 173 | MEMORANDUM OF LAW in Opposition re: 87 MOTION for Summary Judgment *against Internet Archive with respect to the causes of action set forth in the Complaint*. . Document filed by Internet Archive..(Gratz, Joseph) (Entered: 09/02/2022) |
| 09/09/2022 | 174 | SEALED DOCUMENT placed in vault..(jus) (Entered: 09/09/2022) |
| 10/07/2022 | 175 | REPLY MEMORANDUM OF LAW in Support re: 97 MOTION for Summary Judgment . . Document filed by Internet Archive..(Gratz, Joseph) (Entered: 10/07/2022) |
| 10/07/2022 | 176 | DECLARATION of Joseph C. Gratz in Support re: 97 MOTION for Summary Judgment .. Document filed by Internet Archive. (Attachments: # 1 Exhibit 1 – Excerpts of the transcript of the deposition of Dr. Jeffrey T. Prince, # 2 Exhibit 2 – Excerpts of the transcript of the deposition of Dr. Rasmus Jrgensen).(Gratz, Joseph) (Entered: 10/07/2022) |
| 10/07/2022 | 177 | RULE 56.1 STATEMENT. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 10/07/2022) |

| | | |
|---|---|---|
| 10/07/2022 | 178 | RESPONSE re: 172 Counter Statement to Rule 56.1 . Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 10/07/2022) |
| 10/07/2022 | 179 | REPLY MEMORANDUM OF LAW in Support re: 87 MOTION for Summary Judgment *against Internet Archive with respect to the causes of action set forth in the Complaint*. . Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 10/07/2022) |
| 10/10/2022 | 180 | ORDER with respect to 87 Motion for Summary Judgment; with respect to 97 Motion for Summary Judgment. The plaintiffs should submit courtesy copies of all papers filed in connection with their motion for summary judgment. See ECF No. 87. Defendant Internet Archive should submit courtesy copies of all papers filed in connection with its motion for summary judgment. See ECF No. 97. SO ORDERED. (Signed by Judge John G. Koeltl on 10/10/2022) (va) (Entered: 10/11/2022) |
| 10/14/2022 | 181 | SEALED DOCUMENT placed in vault..(jus) (Entered: 10/14/2022) |
| 01/30/2023 | 182 | NOTICE OF CHANGE OF ADDRESS by Joseph C. Gratz on behalf of Internet Archive. New Address: Morrison & Forester LLP, 425 Market Street, San Francisco, California, USA 94105, 415−268−7000..(Gratz, Joseph) (Entered: 01/30/2023) |
| 01/30/2023 | 183 | NOTICE OF CHANGE OF ADDRESS by Jessica Elaine Lanier on behalf of Internet Archive. New Address: Morrison & Forester LLP, 425 Market Street, San Francisco, California, USA 94105, 415−268−7000..(Lanier, Jessica) (Entered: 01/30/2023) |
| 01/30/2023 | 184 | NOTICE OF CHANGE OF ADDRESS by Annie Lee on behalf of Internet Archive. New Address: Morrison & Forester LLP, 425 Market Street, San Francisco, California, USA 94105, 415−268−7000..(Lee, Annie) (Entered: 01/30/2023) |
| 01/30/2023 | 185 | NOTICE OF CHANGE OF ADDRESS by Aditya Kamdar on behalf of Internet Archive. New Address: Morrison & Forester LLP, 2100 L Street NW, Suite 900, Washington, DC, USA 20037, 202−887−1500..(Kamdar, Aditya) (Entered: 01/30/2023) |
| 01/31/2023 | 186 | NOTICE OF APPEARANCE by Aditya Kamdar on behalf of Internet Archive..(Kamdar, Aditya) (Entered: 01/31/2023) |
| 02/17/2023 | 187 | ORDER granting 88 Letter Motion for Oral Argument; granting 111 Letter Motion for Oral Argument. The parties are directed to appear by phone for oral argument on Monday, March 20, 2023, at 1 p.m. in connection with the motions for summary judgment. Dial−in: 888−363−4749, with access code 8140049. The Clerk is respectfully directed to close ECF Nos. 88 and 111. SO ORDERED. (Signed by Judge John G. Koeltl on 2/17/23) (yv) (Entered: 02/21/2023) |
| 02/17/2023 | | Set/Reset Hearings: Telephone Conference set for 3/20/2023 at 01:00 PM before Judge John G. Koeltl. (yv) (Entered: 02/21/2023) |
| 03/20/2023 | | Minute Entry for proceedings held before Judge John G. Koeltl: Oral Argument held on 3/20/2023 re: 87 MOTION for Summary Judgment against Internet Archive with respect to the causes of action set forth in the Complaint. Filed by John Wiley & Sons, Inc., Penguin Random House LLC, HarperCollins Publishers LLC, Hachette Book Group, Inc.. (Fletcher, Donnie) (Entered: 04/07/2023) |
| 03/24/2023 | 188 | OPINION & ORDER re: 97 MOTION for Summary Judgment . filed by Internet Archive, 87 MOTION for Summary Judgment *against Internet Archive with respect to the causes of action set forth in the Complaint*. filed by John Wiley & Sons, Inc., Penguin Random House LLC, HarperCollins Publishers LLC, Hachette Book Group, Inc.. The Court has considered all of the parties' arguments. To the extent not specifically addressed above, the arguments are either moot or without merit. For the foregoing reasons, the plaintiffs' motion for summary judgment is granted and the defendants' motion for summary judgment is denied. The parties should submit their respective proposals (or preferably a joint proposal) for the appropriate procedure to determine the judgment to be entered in this case. The submission or submissions should be made within fourteen (14) days of the date of this Opinion and Order. The Clerk is respectfully directed to close all pending motions. SO ORDERED. (Signed by Judge John G. Koeltl on 3/24/2023) (ks) (Entered: 03/24/2023) |

| | | |
|---|---|---|
| 03/28/2023 | 189 | TRANSCRIPT of Proceedings re: HEARING held on 3/20/2023 before Judge John G. Koeltl. Court Reporter/Transcriber: Pamela Utter, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/18/2023. Redacted Transcript Deadline set for 4/28/2023. Release of Transcript Restriction set for 6/26/2023..(McGuirk, Kelly) (Entered: 03/28/2023) |
| 03/28/2023 | 190 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 3/20/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 03/28/2023) |
| 04/05/2023 | 191 | JOINT LETTER MOTION for Extension of Time *of deadline set in the March 24, 2023 order (ECF No. 188)* addressed to Judge John G. Koeltl from Elizabeth A. McNamara dated 4/5/2023. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 04/05/2023) |
| 04/07/2023 | 192 | ORDER granting 191 Letter Motion for Extension of Time. APPLICATION GRANTED. SO ORDERED.. (Signed by Judge John G. Koeltl on 4/7/2023) (ks) (Entered: 04/07/2023) |
| 04/13/2023 | 193 | JOINT LETTER MOTION for Extension of Time *to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case,* addressed to Judge John G. Koeltl from Elizabeth A. McNamara dated April 13, 2023. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 04/13/2023) |
| 04/13/2023 | 194 | ORDER granting 193 Letter Motion for Extension of Time. APPLICATION GRANTED. SO ORDERED. (Signed by Judge John G. Koeltl on 4/13/2023) (tg) (Entered: 04/13/2023) |
| 04/18/2023 | 195 | JOINT LETTER MOTION for Extension of Time *to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case,* addressed to Judge John G. Koeltl from Joseph C. Gratz dated 04/18/2023. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 04/18/2023) |
| 04/18/2023 | 196 | ORDER: granting 195 Letter Motion for Extension of Time. Application Granted. SO ORDERED. Motions due by 4/27/2023. (Signed by Judge John G. Koeltl on 4/18/2023) (ama) (Entered: 04/19/2023) |
| 04/26/2023 | 197 | JOINT LETTER MOTION for Extension of Time *to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case,* addressed to Judge John G. Koeltl from Joseph C. Gratz dated April 26, 2023. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 04/26/2023) |
| 04/26/2023 | 198 | ORDER granting 197 Letter Motion for Extension of Time. APPLICATION GRANTED. SO ORDERED. (Signed by Judge John G. Koeltl on 4/26/2023) (ks) (Entered: 04/26/2023) |
| 05/11/2023 | 199 | JOINT LETTER MOTION for Extension of Time *to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case,* addressed to Judge John G. Koeltl from Joseph C. Gratz dated May 11, 2023. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 05/11/2023) |
| 05/11/2023 | 200 | ORDER granting 199 Letter Motion for Extension of Time. APPLICATION GRANTED SO ORDERED. (Signed by Judge John G. Koeltl on 5/11/2023) (jca) (Entered: 05/11/2023) |
| 05/25/2023 | 201 | JOINT LETTER MOTION for Extension of Time *to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case until and including June 9, 2023,* addressed to Judge John G. Koeltl from Elizabeth A. McNamara dated May 25, 2023. Document filed by Hachette Book Group, Inc., |

| | | HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 05/25/2023) |
|---|---|---|
| 05/25/2023 | 202 | ORDER granting 201 Letter Motion for Extension of Time. APPLICATION GRANTED. SO ORDERED. (Signed by Judge John G. Koeltl on 5/25/2023) (ks) (Entered: 05/25/2023) |
| 06/08/2023 | 203 | JOINT LETTER MOTION for Extension of Time *to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case until and including June 23, 2023,* addressed to Judge John G. Koeltl from Elizabeth A. McNamara dated June 8, 2023. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 06/08/2023) |
| 06/15/2023 | 204 | ORDER granting 203 Letter Motion for Extension of Time. Application GRANTED. SO ORDERED. (Signed by Judge Katherine Polk Failla on 6/15/2023) (rro) (Entered: 06/15/2023) |
| 06/22/2023 | 205 | JOINT LETTER MOTION for Extension of Time *to submit a proposal for the appropriate procedure to determine the judgment to be entered in this case until and including July 14, 2023,* addressed to Judge John G. Koeltl from Elizabeth McNamara dated 6/22/2023. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 06/22/2023) |
| 06/22/2023 | 206 | ORDER granting 205 Letter Motion for Extension of Time. APPLICATION GRANTED SO ORDERED. (Signed by Judge John G. Koeltl on 6/22/2023) (ate) (Entered: 06/22/2023) |
| 07/06/2023 | 207 | MOTION for Jessica E. Lanier to Withdraw as Attorney . Document filed by Internet Archive. (Attachments: # 1 Text of Proposed Order re Motion to Withdraw as Counsel of Record).(Lanier, Jessica) (Entered: 07/06/2023) |
| 07/06/2023 | 208 | DECLARATION of Jessica E. Lanier in Support re: 207 MOTION for Jessica E. Lanier to Withdraw as Attorney .. Document filed by Internet Archive..(Lanier, Jessica) (Entered: 07/06/2023) |
| 07/07/2023 | 209 | ORDER OF WITHDRAWAL OF JESSICA E. LANIER AS COUNSEL OF RECORD granting 207 MOTION for Jessica E. Lanier to Withdraw as Attorney. ORDERED that Jessica E. Lanier, be withdrawn as counsel of record for Defendant and it is further, ORDERED that the clerk is directed to remove Ms. Lanier from the Court's electronic service list. SO ORDERED. Attorney Jessica Elaine Lanier terminated. (Signed by Judge John G. Koeltl on 7/7/2023) (jca) (Entered: 07/07/2023) |
| 07/13/2023 | 210 | JOINT LETTER MOTION for Extension of Time *To Submit A Proposal For The Appropriate Procedure To Determine The Judgment To Be Entered In This Case Until And Including July 28, 2023,* addressed to Judge John G. Koeltl from Joseph C. Gratz dated July 13, 2023. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 07/13/2023) |
| 07/13/2023 | 211 | ORDER: granting 210 Letter Motion for Extension of Time. Application Granted. SO ORDERED. (Signed by Judge John G. Koeltl on 7/13/2023) (ama) (Entered: 07/13/2023) |
| 07/28/2023 | 212 | JOINT LETTER MOTION for Extension of Time *re: Deadline to submit proposal.* addressed to Judge John G. Koeltl from Elizabeth McNamara dated 7/28/2023. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House LLC..(McNamara, Elizabeth) (Entered: 07/28/2023) |
| 07/28/2023 | 213 | ORDER: granting 212 Letter Motion for Extension of Time. Application Granted. No further extensions. SO ORDERED. (Signed by Judge John G. Koeltl on 7/28/2023) (ama) (Entered: 07/28/2023) |
| 08/11/2023 | 214 | LETTER addressed to Judge John G. Koeltl from Elizabeth A. McNamara and Joseph C. Gratz dated August 11, 2023 re: Joint submission of [Proposed] Consent Judgment and Permanent Injunction Subject to Reservation of Right of Appeal. Document filed by Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, |

| | | Inc., Penguin Random House LLC. (Attachments: # 1 Exhibit A – [Proposed] Consent Judgment, # 2 Exhibit B – Plaintiffs' Position, # 3 Exhibit C – Internet Archive's Position).(McNamara, Elizabeth) (Entered: 08/11/2023) |
|---|---|---|
| 08/11/2023 | 215 | CONSENT JUDGMENT AND PERMANENT INJUNCTION SUBJECT TO RESERVATION OF RIGHT OF APPEAL: NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows: Judgment is entered for Plaintiffs and against Defendant on Plaintiffs' claims against Defendant for copyright infringement under 17 U.S.C. § 501. The Court hereby enters the following permanent injunction (the "Permanent Injunction"): "Covered Book" shall mean any in–copyright book or portion thereof, whether in existence as of the date hereof or later created, in which any Plaintiff (or any subsidiary or corporate affiliate of a Plaintiff) (a) owns or controls an exclusive right under the Copyright Act and makes the title commercially available for sale or license [in any electronic text format]; and (b) has provided notice to the Internet Archive regarding such title by sending the Internet Archive a machine readable catalog in a standardized form identifying such commercially available titles (including any updates thereto in the Plaintiffs' discretion), or other similar form of notification, once 14 days have elapsed since the receipt of such notice. A "Covered Book" includes all in–copyright editions of such title. Pursuant to the Opinion and Order, the Clerk of the Court shall enter judgment for Plaintiffs. The Clerk of the Court is directed to close this case. APPROVED AND ORDERED THIS 11TH day of August, 2023. (Signed by Judge John G. Koeltl on 8/11/2023) (ate) (Entered: 08/14/2023) |
| 08/11/2023 | 216 | ORDER: Accordingly, the Court has narrowly tailored the injunctive relief in this case to cover only copyrighted works, like the Works in Suit, that are available from the Publishers in electronic form. (Signed by Judge John G. Koeltl on 8/11/2023) (ate) (Entered: 08/14/2023) |
| 08/11/2023 | 217 | AO 121 FORM COPYRIGHT – CASE TERMINATED– SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a final decision was rendered on 8/11/2023 in a court action filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e–mailed to Register of Copyrights. (ate) (Entered: 08/14/2023) |
| 09/11/2023 | 218 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL** – NOTICE OF APPEAL. Document filed by Internet Archive. Filing fee $ 505.00, receipt number ANYSDC–28265690. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Gratz, Joseph) Modified on 9/11/2023 (km). (Entered: 09/11/2023) |
| 09/11/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Joseph Gratz to RE–FILE Document No. 218 Notice of Appeal.. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected;. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (km)** (Entered: 09/11/2023) |
| 09/11/2023 | 219 | NOTICE OF APPEAL from 215 Consent Judgment,,,,,, 188 Memorandum & Opinion,,,,. Document filed by Internet Archive. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Gratz, Joseph) (Entered: 09/11/2023) |
| 09/11/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 219 Notice of Appeal.(km) (Entered: 09/11/2023) |
| 09/11/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 219 Notice of Appeal filed by Internet Archive were transmitted to the U.S. Court of Appeals.(km) (Entered: 09/11/2023) |
| 09/11/2023 | 220 | DECLARATION of Brewster Kahle re: 215 Consent Judgment,,,,,, *Declaration of Compliance*. Document filed by Internet Archive..(Gratz, Joseph) (Entered: 09/11/2023) |