## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Hachette Book Group, Inc. v. Internet Archive    Docket No.: 23-1260

Lead Counsel of Record (name/firm) or Pro se Party (name): Joseph C. Gratz / Morrison & Foerster LLP

Appearance for (party/designation): Defendant-Appellant Internet Archive

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.    Please change the following parties' designations:
    Party                         Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
(✓) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Joseph C. Gratz
Firm: Morrison & Foerster LLP
Address: 425 Market Street, San Francisco, CA 94105
Telephone: (415) 268-6066        Fax: (415) 268-7522
Email: JGratz@mofo.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 08/09/2023 _____ OR that ( ) I applied for admission on _____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Joseph C. Gratz
Type or Print Name: Joseph C. Gratz
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system on September 25, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: September 25, 2023

/s/ Joseph C. Gratz
Joseph C. Gratz