## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette Book Group, Inc. v. Internet Archive  Docket No.: 23-1260

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Joseph R. Palmore

Firm: Morrison & Foerster LLP

Address: 2100 L Street, NW, Suite 900, Washington, DC 20037

Telephone: (202) 887-6940   Fax: (202) 887-0763

E-mail: JPalmore@mofo.com

Appearance for: Defendant-Appellant Internet Archive
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☒ Additional counsel (co-counsel with: Joseph C. Gratz, Lena H. Hughes / Morrison & Foerster LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 01/15/2020   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Joseph R. Palmore

Type or Print Name: Joseph R. Palmore

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system on September 25, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: September 25, 2023 /s/ Joseph R. Palmore
Joseph R. Palmore