**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Hachette Book Group, Inc. v. Internet Archive _____ Docket No.: 23-1260 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Lena H. Hughes

Firm: Morrison & Foerster LLP

Address: 250 West 55th Street, New York, NY 10019

Telephone: (212) 336-4152 _____ Fax: (212) 468-7900

E-mail: LHughes@mofo.com

Appearance for: Defendant-Appellant Internet Archive

(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )

(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )

(name/firm)

☑ Additional counsel (co-counsel with: Joseph C. Gratz, Joseph R. Palmore / Morrison & Foerster LLP )

(name/firm)

☐ Amicus (in support of: _____ )

(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 03/03/2022 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Lena H. Hughes

Type or Print Name: Lena H. Hughes

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system on September 25, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated:  September 25, 2023

/s/ Lena H. Hughes

Lena H. Hughes