# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette Book Group, Inc. v. Internet Archive          Docket No.: 23-1260

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Corynne M. McSherry

Firm: Electronic Frontier Foundation

Address: 815 Eddy Street, San Francisco, CA 94109

Telephone: (415) 436-9333     Fax: (415) 436-9993

E-mail: corynne@eff.org

Appearance for: Defendant-Appellant Internet Archive
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Joseph C. Gratz, Joseph R. Palmore, Lena Hughes / Morrison & Foerster LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 05/05/2020          OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Corynne M. McSherry

Type or Print Name: Corynne M. McSherry

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system on September 26, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: September 26, 2023

By: /s/ *Corynne M. McSherry*
Corynne M. McSherry