**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: September 27, 2023
Docket #: 23-1260cv
Short Title: Hachette Book Group, Inc. v. Internet Archive

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 20-cv-4160
DC Court: SDNY (NEW YORK CITY)
DC Judge: Koeltl
DC Judge: Wang

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8572.