**MORRISON FOERSTER**

2100 L STREET, NW
SUITE 900
WASHINGTON
DC 20037

TELEPHONE: 202.887.1500
FACSIMILE: 202.887.0763

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

October 6, 2023

**Via ECF**

Catherine O'Hagan Wolfe
Clerk of Court, U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Writer's Direct Contact
+1 (202) 887-6940
JPalmore@mofo.com

Re:   *Hachette Book Group, Inc. v. Internet Archive*, No. 23-1260

Dear Ms. O'Hagan Wolfe:

Defendant-Appellant Internet Archive requests that the deadline for its opening brief be Friday, December 15, which is 81 days after the date Defendant-Appellant filed the certificate that no transcript will be ordered. *See* Local Rule 31.2.

Sincerely,

Joseph R. Palmore
*Counsel for Defendant-Appellant Internet Archive*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system on October 6, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: October 6, 2023                    /s/ Joseph R. Palmore
                                                      Joseph R. Palmore