UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of October, two thousand and twenty-three,

| | |
|---|---|
| Hachette Book Group, Inc., HarperCollins Publishers L.L.C., John Wiley & Sons, Inc., Penguin Random House LLC, | **ORDER**<br>Docket No: 23-1260 |

      Plaintiffs - Appellees,

v.

Internet Archive,

      Defendant - Appellant,

Does 1-5, inclusive,

      Defendants.

Counsel for Appellant Internet Archive has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting December 15, 2023, as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before December 15, 2023. The appeal is dismissed effective December 15, 2023, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court