## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette Book Group, Inc., et al. v. Internet Archive       Docket No.: 23-01260

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Carl Mazurek

Firm: Davis Wright Tremaine LLP

Address: 1251 Avenue of the Americas, 21st Floor   New York, New York 10020

Telephone: (212) 489-8230       Fax: (212) 489-8340

E-mail: CarlMazurek@dwt.com

Appearance for: Appellees Hachette Book Group, Inc., HarperCollins Publishers L.L.C., John Wiley & Sons, Inc. Penguin Random House LLC
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Elizabeth A. McNamara, Davis Wright Tremaine LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on October 5, 2021       OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Carl Mazurek

Type or Print Name: Carl Mazurek