# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette Book Group, Inc. v. Internet Archive    Docket No.: 23-1260

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Diana L. Kim

Firm: Morrison & Foerster LLP

Address: 2100 L Street NW, Suite 900, Washington, DC 20037

Telephone: (202) 887-8738    Fax: (202) 887-0763

E-mail: DKim@mofo.com

Appearance for: Internet Archive / Defendant-Appellant
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Joseph R. Palmore, Joseph C. Gratz, and Lena H. Hughes / Morrison & Foerster LLP; Corynne M. McSherry / Electronic Frontier Foundation )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on 10/12/2023

Signature of Counsel: /s/ Diana L. Kim

Type or Print Name: Diana L. Kim

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system on October 12, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: October 12, 2023                              /s/ Diana Li Kim
                                                         Diana Li Kim