**MORRISON FOERSTER**

2100 L STREET, NW
SUITE 900
WASHINGTON
DC 20037

TELEPHONE: 202.887.1500
FACSIMILE: 202.887.0763

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

October 27, 2023

Writer's Direct Contact
+1 (202) 887-6940
JPalmore@mofo.com

**Via ECF**

Catherine O'Hagan Wolfe
Clerk of Court, U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Hachette Book Group, Inc. v. Internet Archive*, No. 23-1260

Dear Ms. O'Hagan Wolfe:

Appellant Internet Archive submits this letter to withdraw Lena H. Hughes as counsel in the above-referenced appeal. Ms. Hughes is leaving Morrison & Foerster LLP, which represents appellant Internet Archive in this matter. All other counsel who have entered an appearance on Internet Archive's behalf will continue to represent Internet Archive.

Respectfully Submitted,


/s/ Joseph R. Palmore
Joseph R. Palmore


cc: All Counsel (via CM/ECF)