# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette Book Group, Inc., et al. v. Internet Archive     Docket No.: 23-01260

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Scott Zebrak

Firm: Oppenheim + Zebrak, LLP

Address: 4530 Wisconsin Avenue, 5th Fl, Washington, DC 20016

Telephone: 202-450-3758     Fax:

E-mail: scott@oandzlaw.com

Appearance for: Appellees Hachette Book Group, Inc., HarperCollins Publishers L.L.C., John Wiley & Sons, Inc. and Penguin Random House LLC
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☒ Additional counsel (co-counsel with: Davis Wright Tremaine LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on October 25, 2023     OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Scott Zebrak

Type or Print Name: Scott Zebrak