# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette Book Group, Inc., et al. v. Internet Archive    Docket No.: 23-01260

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Danae Tinelli

Firm: Oppenheim + Zebrak, LLP

Address: 4530 Wisconsin Avenue, 5th Fl, Washington, DC 20016

Telephone: 202-480-2999    Fax:

E-mail: danae@oandzlaw.com

Appearance for: Appellees Hachette Book Group, Inc., HarperCollins Publishers L.L.C., John Wiley & Sons, Inc. and Penguin Random House LLC
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Davis Wright Tremaine LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on November 20, 2023    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Danae Tinelli

Type or Print Name: Danae Tinelli