UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-1260

**Caption [use short title]**

**Motion for:** Leave to file opening brief and portions of the joint appendix under seal.

Hachette Book Group, Inc. v. Internet Archive

Set forth below precise, complete statement of relief sought:

Leave to file opening brief and portions of the joint appendix under seal.

**MOVING PARTY:** Internet Archive
**OPPOSING PARTY:** Unopposed

☐ Plaintiff  ☒ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Joseph R. Palmore
**OPPOSING ATTORNEY:** Unopposed

[name of attorney, with firm, address, phone number and e-mail]

Joseph R. Palmore
Morrison & Foerster LLP
2100 L Street, NW, Suite 900, Washington, DC 20037

Tel: (202) 887-6940
Email: JPalmore@mofo.com

**Court- Judge/ Agency appealed from:** United States District Court for the Southern District of New York, Hon. John G. Koeltl

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
Joseph R. Palmore  Digitally signed by Joseph R. Palmore Date: 2023.12.06 12:25:52 -05'00'
**Date:** 12/6/2023
**Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 23-1260

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., PENGUIN RANDOM HOUSE LLC,

*Plaintiffs-Appellees,*

v.

INTERNET ARCHIVE,

*Defendant-Appellant,*

DOES 1-5, inclusive,

*Defendants.*

Appeal from the United States District Court for the Southern District of New York, Case No. 1:20-cv-4160, Hon. John G. Koeltl

**DEFENDANT-APPELLANT'S UNOPPOSED MOTION TO FILE OPENING BRIEF AND PORTIONS OF THE JOINT APPENDIX UNDER SEAL**

JOSEPH C. GRATZ
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

CORYNNE M. MCSHERRY
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

JOSEPH R. PALMORE
DIANA L. KIM
ADITYA V. KAMDAR
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-6940
JPalmore@mofo.com

*Counsel for Defendant-Appellant Internet Archive*

DECEMBER 6, 2023

## CORPORATE DISCLOSURE STATEMENT

Internet Archive, a 501(c)(3) non-profit organization, has no parent corporation. There is no publicly held corporation that owns 10% or more of Internet Archive's stock.

Dated: December 6, 2023                                       s/ Joseph R. Palmore

Defendant-Appellant Internet Archive respectfully moves under Federal Rule of Appellate Procedure 27 and Local Rule 27.1 for permission to file its opening brief under seal and to file a redacted version of the brief on the public docket. Internet Archive also respectfully moves to file under seal the portions of the Joint Appendix that were filed under seal in the district court.

The district court granted the parties' joint motion to file under seal certain summary judgment exhibits and deposition testimony that were designated "Confidential" or "Attorneys' Eyes Only" pursuant to the district court's protective order. *See* Order Granting Motion to Seal, ECF 114 (July 8, 2022); Order Granting Motion to Seal, ECF 86 (July 5, 2022); Protective Order, ECF 39 (Oct. 8, 2020). Those sealed or redacted documents include Internet Archive's confidential financial records and privilege log. These documents include non-public information about the organization's income and spending decisions. The sealed or redacted documents also include non-public contact information (e.g., email addresses and phone numbers), as well as information designated as confidential by defendants-appellants Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., and Penguin Random House LLC, or by third parties.

Internet Archive's opening brief will refer to confidential information contained in those documents sealed by the district court (although Internet Archive will endeavor to minimize such references). The Joint Appendix will also include

these documents. Filing the brief and documents in the Joint Appendix under seal is necessary to maintain the confidentiality of the same information protected by the district court.

Internet Archive's opening brief and the Joint Appendix are due December 15, 2023. If the Court grants this motion, IA will submit those documents under seal by that date. Although Local Rule 25.1(j)(2) would not require the filing of redacted versions until December 22, 2023, Internet Archive plans to file them on December 15 as well.

Counsel for Plaintiffs-Appellants have been notified of this motion via e-mail, do not oppose the motion, and do not intend to file a response. *See* Local Rule 27.1(b).

## CONCLUSION

Internet Archive respectfully requests leave to file its opening brief and portions of the Joint Appendix under seal, with a redacted public copy of the opening brief to be filed no more than a week thereafter.

Dated:  December 6, 2023                                   Respectfully submitted,

                                                s/ Joseph R. Palmore

| | |
|---|---|
| JOSEPH C. GRATZ | JOSEPH R. PALMORE |
| MORRISON & FOERSTER LLP | DIANA L. KIM |
| 425 Market Street | ADITYA V. KAMDAR |
| San Francisco, CA 94105 | MORRISON & FOERSTER LLP |
| | 2100 L Street NW, Suite 900 |
| CORYNNE M. MCSHERRY | Washington, DC 20037 |
| ELECTRONIC FRONTIER FOUNDATION | Telephone:  (202) 887-6940 |
| 815 Eddy Street | JPalmore@mofo.com |
| San Francisco, CA 94109 | |

*Counsel for Internet Archive*

3

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Rule 27(d)(2) of the Federal Rules of Appellate Procedure because it contains 378 words, excluding those parts of the motion exempted by Rule 32(f).

This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) of the Federal Rules of Appellate Procedure because this motion has been prepared in a proportionally spaced typeface using Microsoft Office Word 2022, in 14-point Times New Roman font.

Dated:  December 6, 2023                                    s/ Joseph R. Palmore

ny-2651846

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit via the CM/ECF system on December 6, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: December 6, 2023                  s/ Joseph R. Palmore

ny-2651846