# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of December, two thousand twenty-three.

Before:      William J. Nardini,
                  *Circuit Judge.*

---

Hachette Book Group, Inc., HarperCollins Publishers L.L.C., John Wiley & Sons, Inc., Penguin Random House LLC,

      Plaintiffs - Appellees,

v.

Internet Archive,

      Defendant - Appellant,

Does 1-5, inclusive,

      Defendants.

**ORDER**

Docket No. 23-1260

---

Appellant moves for leave to file the opening brief and portions of the joint appendix under seal and to file redacted versions of those documents on the docket.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court