# 23-1260

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY
& SONS, INC., PENGUIN RANDOM HOUSE LLC,

*Plaintiffs-Appellees,*

v.

INTERNET ARCHIVE,

*Defendant-Appellant,*

DOES 1-5, inclusive,

*Defendants.*

Appeal from the United States District Court for the Southern District of New
York, Case No. 1:20-cv-4160, Hon. John G. Koeltl

## JOINT APPENDIX (PUBLIC) – VOLUME 2 OF 26 (A-254-516)

JOSEPH C. GRATZ
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

CORYNNE M. MCSHERRY
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

JOSEPH R. PALMORE
DIANA L. KIM
ADITYA V. KAMDAR
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-6940
JPalmore@mofo.com

*Counsel for Defendant-Appellant Internet Archive*
*Additional Counsel Listed on Inside Cover*

DECEMBER 15, 2023

MATTHEW JAN OPPENHEIM

DANAE TINELLI

SCOTT A. ZEBRAK

OPPENHEIM + ZEBRAK, LLP

4530 Wisconsin Avenue, NW,

5th Floor

Washington, DC 20016

ELIZABETH A. MCNAMARA

LINDA J. STEINMAN

JOHN M. BROWNING

JESSE M. FEITEL

CARL MAZUREK

DAVIS WRIGHT TREMAINE LLP

1251 Avenue of the Americas, 21st Floor

New York, NY 10020

*Counsel for Plaintiffs-Appellees*

## Joint Appendix Table of Contents

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 1** | |
| 39 | 10/08/2020 | Stipulation And Protective Order | A-1 |
| 86 | 07/05/2022 | Sealing Order | A-16 |
| 114 | 07/11/2022 | Sealing Order | A-18 |
| | | District Court Docket Sheet | A-19 |
| 219 | 9/11/2023 | Notice Of Appeal | A-49 |
| 1 | 6/1/2020 | Complaint | A-105 |
| 33 | 07/28/2020 | Answer | A-158 |
| 47 | 08/09/2021 | Letter Motion For Local Rule 37.2 Conference | A-186 |
| 62 | 12/24/2021 | Transcript Of Proceedings – 12/2/21 Conference | A-189 |
| 68 | 01/14/2022 | Joint Letter/Status Report Re: Discovery Disputes | A-234 |
| | | Exhibit A – Current Scheduling Order | A-236 |
| | | Exhibit B – Proposed Scheduling Order | A-239 |
| 70 | 01/22/2022 | Revised Scheduling Order | A-242 |
| 87 | 07/07/2022 | Plaintiffs' Motion for Summary Judgment | A-244 |
| 89 | 07/07/2022 | Declaration Of Sandra Cisneros In Support Of Plaintiffs' Motion for Summary Judgment | A-247 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 2** | |
| 90 | 07/07/2022 | Declaration Of Ian Foster In Support Of Plaintiffs' Motion for Summary Judgment | A-254 |
| | | Appendix A – Ian Foster's Curriculum Vitae | A-301 |
| | | [FUS] Exhibit 1 – Numbered List Of 127 Works In Suit | A-347 |
| | | [FUS] Exhibit 2 – Loans For Each Scan That Matches Works In Suit | A-359 |
| | | [FUS] Exhibit 3 – Total Loans For Works In Suit | A-370 |
| | | [FUS] Exhibit 4 – List Of De-Duplicated ISBNs That Match Works In Suit | A-377 |
| | | [FUS] Exhibit 4A – Alternate Version of Exhibit 4 | A-387 |
| | | [FUS] Exhibit 5 – Number Of De-Duplicated ISBNs/Additions To Maximum Eligible Concurrent Loans For Each Work In Suit | A-397 |
| | | [FUS] Exhibit 5A – Alternative Version Of Exhibit 5 | A-404 |
| | | [FUS] Exhibit 6 – Works In Suit Data | A-411 |
| 91 | 07/07/2022 | Declaration Of Tracy Offner In Support Of Plaintiffs' Motion for Summary Judgment | A-421 |
| | | Exhibit A – List Of Internet Archive's URLs | A-448 |
| | | Exhibit B – Internet Archive's Webpages | A-452 |
| | | Exhibit C – Open Library Webpages | A-457 |
| | | Exhibit D – Open Library Webpages | A-461 |
| | | Exhibit E – Open Library Webpages | A-463 |
| | | Exhibit F – Open Library Webpages | A-469 |
| | | Exhibit G – Open Library Webpages | A-471 |
| | | Exhibit H – Open Library Webpages | A-473 |
| | | Exhibit I – Open Library Webpages | A-475 |
| | | Exhibit J – Open Library Webpages | A-477 |
| | | Exhibit K – Open Library Webpages | A-479 |
| 92 | 07/07/2022 | Declaration Of Ben Sevier In Support Of Plaintiffs' Motion for Summary Judgment | A-481 |
| | | [FUS*] Exhibit 1 – Hachette Business Data | A-514 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
|  |  | [FUS*] Exhibit 2 – Hachette Backlist Ebook Data | A-515 |
|  |  | [FUS*] Exhibit 3 – Hachette Sales Data For All Of The Works In Suit | A-516 |
|  |  | **Vol. 3** | |
|  |  | [FUS] Exhibit 4 – Hachette Overdrive Data | A-517 |
|  |  | [FUS] Exhibit 5 – Hachette 2016 Digital Library Terms | A-562 |
|  |  | [FUS] Exhibit 6 – Hachette's Current Digital Library Terms | A-570 |
|  |  | [FUS*] Exhibit 7 – Hachette List Of Aggregators | A-577 |
|  |  | [FUS] Exhibit 8 – Excerpts From Expert Report Of Rasmus Jorgensen (Feb. 25, 2022) | A-578 |
|  |  | Exhibit 9 – Hachette Takedown Notice | A-580 |
| 93 | 07/07/2022 | Declaration Of Alan Pavese In Support Of Plaintiffs' Motion for Summary Judgment | A-589 |
|  |  | Exhibit 1 – Wiley Takedown Notice | A-602 |
|  |  | [FUS*] Exhibit 2 – Wiley Spreadsheet On Trade Books | A-612 |
|  |  | [FUS*] Exhibit 3 – Wiley's Sales Records For Works In Suit | A-613 |
|  |  | [FUS] Exhibit 4 – Wiley's Ebook Distribution Agreement With Proquest | A-614 |
|  |  | [FUS] Exhibit 5 – Wiley's Ebook Agreement With Overdrive | A-631 |
|  |  | [FUS*] Exhibit 6 – Wiley Spreadsheet Of Key Aggregator Partners | A-634 |
|  |  | [FUS*] Exhibit 7 – Wiley Spreadsheet | A-635 |
| 94 | 07/07/2022 | Declaration Of Chantal Restivo-Alessi In Support Of Plaintiffs' Motion for Summary Judgment | A-636 |
|  |  | [FUS*] Exhibit 1 – HarperCollins Ebooks Licenses Spreadsheet | A-667 |
|  |  | [FUS*] Exhibit 2 – HarperCollins Spreadsheet On U.S. Sales For Works In Suit | A-668 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 3 – Amazon Kindle Store Terms Of Use | A-669 |
| | | [FUS] Exhibit 4 – HarperCollins And Overdrive Agreement | A-674 |
| | | [FUS*] Exhibit 5 – Spreadsheet On 26-Circ Model | A-699 |
| | | [FUS*] Exhibit 6 – HarperCollins Sales To Libraries In All Formats For Works In Suit (2017-2020) | A-700 |
| | | Exhibit 7 – Excerpts From Expert Report Of Susan H. Hildreth (Feb. 25, 2022) | A-701 |
| | | Exhibit 8 – Open Libraries Agreement | A-705 |
| | | Exhibit 9 – Internet Archive's Presentation At Library Leaders Forum | A-709 |
| | | Exhibit 10 – Internet Archive's Presentation On "Maximizing Institutional Investment In Print Resources Through Controlled Digital Lending" | A-720 |
| | | Exhibit 11 – Internet Archive's And HarperCollins Correspondence | A-738 |
| 95 | 07/07/2022 | [Redacted] Declaration Of Jeffrey Weber In Support Of Plaintiffs' Motion for Summary Judgment | A-744 |
| | | [FUS*] Exhibit 1 – Penguin Random House Ebook Data | A-784 |
| | | [FUS*] Exhibit 2 – Penguin Random House Ebook Data | A-785 |
| | | Exhibit 3 – American Library Association Article, "National Survey Finds Libraries Play Expanded Role in Digital Equity, Bridging Gaps In Access To Technology" (Aug. 31, 2021) | A-786 |
| | | **Vol. 4** | |
| | | Exhibit 4 – Overdrive Press Release (Jan. 7, 2021) | A-788 |
| | | Exhibit 5 – Emails Between Penguin Random House And Internet Archive' | A-792 |

4

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 6 – Emails Between Penguin Random House And Internet Archive | A-795 |
| | | Exhibit 7 – Open Libraries Web Page | A-798 |
| | | Exhibit 8 – Internet Archive Blog Post, "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" (Nov. 6, 2019) | A-802 |
| | | Exhibit 9 – Internet Archive Blog Post, "Temporary National Emergency Library to close 2 weeks early, returning to traditional controlled digital lending" (June 10, 2020) | A-811 |
| | | [FUS] Exhibit 10 – Exhibit 12 To Expert Report of Rasmus Jorgensen (Feb. 25, 2022) | A-817 |
| | | [FUS] Exhibit 11 – Excerpts From Expert Report of Rasmus Jorgensen (Feb. 25, 2022) | A-819 |
| | | [FUS*] Exhibit 12 – Penguin Random House Sales Records Of Works In Suit | A-821 |
| | | Exhibit 13 – Internet Archive's Library Leaders Forum Presentation | A-822 |
| | | [FUS*] Exhibit 14 – Penguin Random House Annual Investment Spreadsheet | A-1004 |
| | | Exhibit 15 – Amazon Kindle Store Terms Of Use | A-1005 |
| | | Exhibit 16 – Public Libraries Data Spreadsheet | A-1009 |
| | | Exhibit 17 – Article, "Libraries Without Walls For Books Without Pages" By John A. Browning (1993) | A-1022 |
| | | [FUS] Exhibit 18 – Penguin Random House Jan. 1, 2016 Terms Of Sale | A-1029 |
| | | [FUS] Exhibit 19 – Penguin Random House Terms Of Buyback Program | A-1032 |
| | | [FUS*] Exhibit 20 – Penguin Random House Ebook Data | A-1035 |
| | | [FUS] Exhibit 21 – Penguin Random House Oct. 1, 2018 Public Library Terms | A-1036 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS] Exhibit 22 – Penguin Random House Oct. 1, 2018 Academic Library Terms | A-1039 |
| | | [FUS] Exhibit 23 – Penguin Random House Ebook Terms For Classroom Distribution Channel (Feb. 2, 2020) | A-1042 |
| | | [FUS] Exhibit 24 – Penguin Random House Ebook Terms For Classroom Distribution Channel (Jan. 10, 2021) | A-1045 |
| | | [FUS] Exhibit 25 – Penguin Random House Covid-19 Model Terms | A-1048 |
| | **Vol. 5** | | |
| | | Exhibit 26 – Excerpts From Deposition Of Skip Dye (Nov. 18, 2021) | A-1050 |
| 96 | 07/07/2022 | [Redacted] Declaration Of Elizabeth A. McNamara In Support Of Plaintiffs' Motion for Summary Judgment | A-1075 |
| | | Exhibit 1 – Complaint | A-1143 |
| | | Exhibit 2 – Answer | A-1201 |
| | | Exhibit 3 – Internet Archive's Webpage | A-1230 |
| | | Exhibit 4 – Declaration Of Brenton Cheng | A-1236 |
| | | Exhibit 5 – Excerpts From Deposition Of Brewster Kahle (Dec. 9, 2021) | A-1240 |
| | | Exhibit 6 – Internet Archive's Webpage | A-1283 |
| | **Vol. 6** | | |
| | | Exhibit 7 – Excerpts From Deposition Of Chris Freeland (Dec. 17, 2021) | A-1287 |
| | | Exhibit 8 – Email From Chris Freeland | A-1347 |
| | | Exhibit 9 – Internet Archive Blog Post, "Libraries lend books, and must continue to lend books: Internet Archive responds to publishers' lawsuit" (July 29, 2020) | A-1351 |
| | | Exhibit 10 – Internet Archive Presentation On "Lending & Book Reader" | A-1354 |
| | | Exhibit 11 – Excerpts From Deposition Of Imke C. Reimers (June 3, 2022) | A-1368 |
| | | Exhibit 12 – Open Library Webpage | A-1373 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 13 – Excerpts From Deposition Of Laura Gibbs (Mar. 24, 2022) | A-1376 |
| | | Exhibit 14 – Internet Archive Communications | A-1386 |
| | | Exhibit 15 – Internet Archive's Webpage | A-1395 |
| | | Exhibit 16 – Internet Archive's Webpage | A-1402 |
| | | Exhibit 17 – Exhibit A To Complaint | A-1405 |
| | | Exhibit 18 – Stipulation Regarding Undisputed Facts (June 10, 2022) | A-1409 |
| | | Exhibit 19 – Excerpts From Deposition Of Susan Hildreth (May 17, 2022) | A-1415 |
| | | Exhibit 20 – Excerpts From Deposition Of Steve Potash (Jan. 31, 2022) | A-1425 |
| | | Exhibit 21A – Press Releases | A-1436 |
| | | [FUS*] Exhibit 21B – Overdrive Data | A-1443 |
| | | [FUS*] Exhibit 22 – Overdrive Data | A-1444 |
| | | Exhibit 23 – Institute Of Museum And Library Studies Data Spreadsheet | A-1445 |
| | | Exhibit 24 – Excerpts From Deposition Of Brenton Cheng (Dec. 3, 2011) | A-1448 |
| | | Exhibit 25 – Internet Archive's Objections & Responses To Plaintiffs' First Set Of Requests For Admission | A-1453 |
| | | Exhibit 26 –Expert Report Of Susan Hildreth (Feb. 25, 2022) | A-1468 |
| | | **Vol. 7** | |
| | | Exhibit 27 – Internet Archive's "Everyone Deserves To Learn" Document | A-1527 |
| | | Exhibit 28 – Email Between Mark Stein And Jeff Kaplan | A-1709 |
| | | Exhibit 29 – Email Between Brewster Kahle And Elliot Wrenn | A-1712 |
| | | Exhibit 30 – Email From Wiley To Internet Archive | A-1717 |
| | | Exhibit 31 – Open Library Webpage | A-1720 |
| | | Exhibit 32 – Emails Between Penguin Random House And Internet Archive | A-1724 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 33 – Email From Penguin Random House | A-1735 |
| | | [FUS*] Exhibit 34 – Penguin Random House Spreadsheet | A-1738 |
| | | Exhibit 35 – Email From HarperCollins To Internet Archive | A-1739 |
| | | Exhibit 36 – Takedown Notices | A-1745 |
| | | Exhibit 37 – Author Correspondence To Internet Archive | A-1783 |
| | | **Vol. 8** | |
| | | Exhibit 38 – Author Correspondence To Internet Archive | A-1790 |
| | | Exhibit 39 – Author Correspondence To Internet Archive | A-1815 |
| | | Exhibit 40 – Email From Zane Kesey To Chris Butler | A-1819 |
| | | Exhibit 41 – Open Library Author Page For Ken Kesey | A-1825 |
| | | Exhibit 42 – Author Correspondence To Internet Archive | A-1829 |
| | | Exhibit 43 – Open Library Webpage | A-1832 |
| | | Exhibit 44 – 990-PF Return Of The Kahle/Austin Foundation (2019) | A-1836 |
| | | Exhibit 45 – Excerpts From Deposition Of Jacques Cressaty (Oct. 22, 2021) | A-1867 |
| | | Exhibit 46 – Internet Archive's Open Libraries Proposal To The MacArthur Foundation (Part 1-5) | A-1913 |
| | | **Vol. 9** | |
| | | Exhibit 46 – Internet Archive's Open Libraries Proposal To The MacArthur Foundation (Part 6-8) | A-2062 |
| | | Exhibit 47 – Internet Archive's Webpage | A-2157 |
| | | Exhibit 48 – Scientific American Article, "Archiving the Internet" by Brewster Kahle (1997) | A-2160 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 49 – Brewster Kahle "Universal Access To Knowledge" Speech (2006) | A-2165 |
| | | Exhibit 50 – CNET Article, "Grant Funds Open-Source Challenge To Google Library" (Dec. 20, 2006) | A-2175 |
| | | Exhibit 51 – New York Times Article, "Libraries Shun Deals To Place Books On Web" by Katie Hafner (2007) | A-2190 |
| | | Exhibit 52 – Internet Archive Blog Post, "Internet Archive And Library Partners Develop Joint Collection Of 80,000+ Ebooks To Extend Traditional In-Library Lending Model" (Feb. 22, 2011) | A-2195 |
| | | Exhibit 53 – Internet Archive's Notes About Book Collections And Availability | A-2201 |
| | | Exhibit 54 – Internet Archive Blog Post, "Let's Build A Great Digital Library Together…Starting With A Wishlist" (Mar. 14, 2018) | A-2205 |
| | | Exhibit 55 – Internet Archive Blog Post, "Internet Archive's Modern Book Collection Now Tops 2 Million Volumes" (Feb. 3, 2021) | A-2209 |
| | | Exhibit 56 – The Guardian Article, "Internet Archive Founder Turns To New Information Storage Device – The Book," (Aug. 1, 2011) | A-2218 |
| | | Exhibit 57 – Internet Archive's Webpage | A-2223 |
| | | Exhibit 58 – Excerpts From Deposition Of Andrea Mills (Oct.14, 2021) | A-2227 |
| | | [FUS] Exhibit 59 – Internet Archive Digital Library Grant Application | A-2242 |
| | | [FUS*] Exhibit 60 – Internet Archive's Profit And Loss Statement For 2011-2020 | A-2246 |
| | | Exhibit 61 – Internet Archive's Flyer | A-2247 |
| | | Exhibit 62 – Internet Archive's Scanning Agreement With Providence Public Library | A-2249 |
| | | Exhibit 63 – Internet Archive's Webpage | A-2255 |

9

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 64 – Internet Archive Blog Post, "Most 20th Century Books Unavailable To Internet Users – We Can Fix That" (July 1, 2019) | A-2260 |
| | | Exhibit 65 – Internet Archive's Webpage | A-2270 |
| | | Exhibit 66 – Email From Brewster Kahle To Amy Brand | A-2274 |
| | | Exhibit 67 – CNBC Article, "Plagiarism Is Rampant In China, And Its Media Companies Are Raking In Billions" (Jan. 23, 2018) | A-2278 |
| | | Exhibit 68 – Internet Archive Blog Post, "Internet Archive and Library Partners Develop Joint Collection of 80,000. EBooks To Extend Traditional In-Library Lending Model" (Oct. 20, 2020) | A-2286 |
| | | Exhibit 69 – Internet Archive's Webpage | A-2292 |
| | | Exhibit 70 – Internet Archive Blog Post, "Calculating the True Value of A Library that is Free" (Oct. 22, 2019) | A-2298 |
| | | Exhibit 71 – Internet Archive Blog Post, "Pineapple Fund Gifts $1M in Bitcoin to the Internet Archive!" (Dec. 26, 2017) | A-2303 |
| | | Exhibit 72 – Internet Archive Presentation On "How Controlled Digital Lending Works for Libraries" | A-2308 |
| | | **Vol. 10** | |
| | | Exhibit 73 – Internet Archive Presentation On Lending And Digitization Programs | A-2333 |
| | | Exhibit 74 – Open Library Of Richmond Inc. 990 Return (2019) | A-2366 |
| | | Exhibit 75 – Internet Archive's 990 Return (2016) | A-2414 |
| | | Exhibit 76 – Better World Books Webpage | A-2432 |
| | | [FUS] Exhibit 77 – Excerpts From Deposition Of Ginger Patton-Schmitt (Dec. 6, 2021) | A-2435 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 78 – Better World Books Webpage | A-2464 |
| | | [FUS] Exhibit 79 – Draft Memorandum Of Understanding | A-2468 |
| | | Exhibit 80 – Email From Brewster Kahle To Better World Books Director | A-2471 |
| | | Exhibit 81 – Emails Between Chris Freeland And Better World Books Project Manager | A-2473 |
| | | [FUS] Exhibit 82 – Internet Archive Shared Document | A-2477 |
| | | [FUS] Exhibit 83 – Emails Between Brewster Kahle And Xavier Helgesen | A-2480 |
| | | Exhibit 84 – Emails From Brewster Kahle | A-2482 |
| | | Exhibit 85 – Email From Brewster Kahle | A-2488 |
| | | [FUS] Exhibit 86 – Better World Books Financial Agreement | A-2491 |
| | | [FUS] Exhibit 87 – Donation Agreement Between Better World Books And Open Library of Richmond (July 10, 2019) | A-2494 |
| | | Exhibit 88 – Better World Libraries' 990 Return (2019) | A-2497 |
| | | Exhibit 89 – Internet Archive Blog Post, "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" (Nov. 6, 2019) | A-2524 |
| | | [FUS] Exhibit 90 – Better World Books Presentation | A-2533 |
| | | Exhibit 91 – Better World Books Webpage | A-2539 |
| | | Exhibit 92 – Better World Books Preview Page | A-2541 |
| | | Exhibit 93 – Internet Archive Links To Better World Books Webpage | A-2543 |
| | | Exhibit 94 – Better World Books Wikipedia Page | A-2555 |
| | | [FUS] Exhibit 95 – Better World Books Internal Metrics | A-2558 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 96 – Internet Archive Blog Post, "In-Library eBook Lending Program Launched" (Feb. 22, 2011) | A-2567 |
| | | Exhibit 97 – Emails Between Chris Butler And Zane Kesey | A-2573 |
| | | Exhibit 98 – Email From Chris Butler To James D. Jenkins | A-2579 |
| | | Exhibit 99 – Email From Library Of Michigan Librarian | A-2585 |
| | | Exhibit 100 – Internet Archive Blog Post, "Wasted: A case study for controlled digital lending" (Nov. 13, 2018) | A-2588 |
| | | Exhibit 101 – Brewster Kahle Statement | A-2594 |
| | | **Vol. 11** | |
| | | Exhibit 102 – Open Library Webpage | A-2605 |
| | | Exhibit 103 – Open Libraries Form Agreement | A-2607 |
| | | Exhibit 104 – Email From Chris Freeland To Librarian At Arizona State University | A-2612 |
| | | Exhibit 105 – Email From Chris Freeland To The Associate Dean Of University Of Oklahoma Libraries | A-2615 |
| | | Exhibit 106 – Email From Jeff Sharpe To Karl Stutzman Of Anabaptist Mennonite Biblical Seminary | A-2621 |
| | | Exhibit 107 – Internet Archive Presentation On "Open Libraries Introduction & Internet Archive Programs" | A-2628 |
| | | Exhibit 108 – Internet Archive's Presentation On "Addressing The 20th Century Gap: Controlled Digital Lending For In-Copyright Material" | A-2656 |
| | | Exhibit 109 – Internet Archive's Presentation On "Maximizing Institutional Investments In Print Resources Through Controlled Digital Lending" | A-2678 |
| | | Exhibit 110 – Email From Lauri McIntosh | A-2696 |

12

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 111 – Email From Lauri McIntosh | A-2704 |
| | | Exhibit 112 – Email From Chris Freeland | A-2721 |
| | | Exhibit 113 – Internet Archive Presentation On "Implementation & Integration" | A-2729 |
| | | Exhibit 114 – Defendant Internet Archive's Objections And Responses To Plaintiffs' Second Set Of Interrogatories | A-2732 |
| | | Exhibit 115 – Internet Archive Presentation on "Library Leaders Forum 2020 Partner Summit" | A-2744 |
| | | Exhibit 116 – Screen Captures Of Georgetown Law Library Catalog | A-2762 |
| | | Exhibit 117 – Screen Captures Of Dartmouth College Library Catalog | A-2765 |
| | | Exhibit 118 – Public Library Screen Captures | A-2769 |
| | | **Vol. 12** | |
| | | Exhibit 119 – U.S. Copyright Office, "Orphan Works And Mass Digitization: A Report Of The Register Of Copyrights 101" (2015) | A-2775 |
| | | **Vol. 13** | |
| | | Exhibit 120 – Judiciary Committee Of The House Of Representatives Hearing Transcript | A-3010 |
| | | Exhibit 121 – Excerpts From Deposition Of Lila Bailey (Oct.18 and 19, 2021) | A-3199 |
| | | Exhibit 122 – Internet Archive Blog Post, "Michelle Wu Receives Internet Archive Hero Award for Establishing the Legal Basis for Controlled Digital Lending" (Oct. 20, 2020) | A-3228 |
| | | Exhibit 123 – White Paper On Controlled Digital Lending By Courtney And Hansen | A-3233 |
| | | Exhibit 124 – Email From Kyle Courtney | A-3276 |
| | | Exhibit 125 – Email From Lila Bailey | A-3278 |

13

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 14** | |
| | | Exhibit 126 – Email From Lila Bailey | A-3283 |
| | | Exhibit 127 – Email From Chris Freeland | A-3295 |
| | | Exhibit 128 – Email From Lila Bailey | A-3297 |
| | | Exhibit 129 – Email From Wendy Hanamura | A-3304 |
| | | Exhibit 130 – Internet Archive Post, "Implementation & Integration: CDL For All Libraries" (July 14, 2021) | A-3307 |
| | | Exhibit 131 – Email From Peter Jaszi | A-3312 |
| | | Exhibit 132 – Email From Lila Bailey | A-3318 |
| | | Exhibit 133 – Bailey, Courtney, Hansen, Minow, Shultz And Wu Statement (Sept. 2018) | A-3323 |
| | | Exhibit 134 – AAP "Statement On Flawed Theory Of 'Controlled Digital Lending'" | A-3332 |
| | | Exhibit 135 – Author's Guild's Statement On "Controlled Digital Lending Is Neither Controlled Not Legal" | A-3336 |
| | | Exhibit 136 – Emails From Chris Freeland To Boston Public Library Librarian Tom Blake | A-3339 |
| | | Exhibit 137 – Internet Archive's Amicus Brief In *ReDigi* | A-3347 |
| | | Exhibit 138 – Article, "The Implications Of The ReDigi Decision For Libraries" | A-3377 |
| | | Exhibit 139 – Internet Archive Blog Post, "Internet Archive Responds: Why We Released The National Emergency Library" (Mar. 30, 2020) | A-3383 |
| | | Exhibit 140 – Signatories To Position Statement On Controlled Digital Lending By Libraries | A-3390 |
| | | Exhibit 141 – Emails From Amy Brand | A-3394 |
| | | Exhibit 142 – Email From Hansen To Bailey, Wu, Minow, Courtney And Schultz | A-3396 |
| | | Exhibit 143 – Email From Chris Freeland To Janet Snowhill | A-3399 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 144 – Email From Chris Freeland To Kristy Draper | A-3407 |
| | | Exhibit 145 – Internet Archive's Event Description (Feb. 2019) | A-3409 |
| | | Exhibit 146 – Blog Post Titled "Mythbusting Controlled Digital Lending: Community Rallies To Fight Misinformation About The Library Practice" (Feb. 11, 2019) | A-3414 |
| | | Exhibit 147 – Email From Chris Freeland To Duke University Librarian | A-3417 |
| | | Exhibit 148 – Emails Between Chris Freeland And Kevin French | A-3420 |
| | | Exhibit 149 – Not Filed | |
| | | Exhibit 150 – Internet Archive Blog Post, "How Internet Archive and controlled digital lending can help course reserves this fall" (July 30, 2020) | A-3424 |
| | | Exhibit 151 – Emails Between Chris Freeland And Michael Weiss | A-3429 |
| | | Exhibit 152 – Emails Between Chris Freeland And Wendy Knapp | A-3434 |
| | | Exhibit 153 – Open Libraries Form | A-3437 |
| | | Exhibit 154 – Open Library Webpage | A-3474 |
| | | Exhibit 155 – Email From Brewster Kahle To Carla Hayden | A-3478 |
| | | Exhibit 156 – Email From Michael "Mek" Karpeles To Brenton Cheng | A-3481 |
| | | Exhibit 157 – Excerpts From Deposition Of Michael "Mek" Karpeles (Oct. 27, 2021) | A-3484 |
| | | [FUS*] Exhibit 158 – Spreadsheet Of Internet Archive's Publication Year Data | A-3491 |
| | | Exhibit 159 – Internet Archive's Pre-Motion Letter For Motion for Summary Judgment | A-3492 |
| | | [FUS*] Exhibit 160 – Exhibit 13 To Deposition Of Steve Potash | A-3496 |
| | | Exhibit 161 – Men's Health Article, "Darin Olin Is More Than Zac Efron's Travel | A-3497 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Partner In Netflix's Down To Earth" by Adrianna Friedman (Jul. 10, 2020) | |
| | | Exhibit 162 – Email From Brewster Kahle To Carla Hayden | A-3501 |
| | | Exhibit 163 – Overdrive Homepage For Detroit And Austin Public Libraries | A-3504 |
| | | Exhibit 164 – Document Titled "Open Library Design Ecosystem" | A-3515 |
| | | Exhibit 165 – Excerpts From Deposition Of Daniel Smith (Apr. 6, 2022) | A-3524 |
| | | Exhibit 166 – Institute Of Museum And Library Services Report, "The Use And Cost Of Public Library Materials" (2021) | A-3531 |
| | | Exhibit 167 – Rural Public Library Webpages | A-3541 |
| | | **Vol. 15** | |
| | | Exhibit 168 –Internet Archive Blog Post, "Announcing a National Emergency Library to Provide Digitized Books to Students and the Public" (Mar. 24, 2020) | A-3548 |
| | | Exhibit 169 – Screen Captures From The Open Library Stats Page | A-3559 |
| | | Exhibit 170 – Screen Captures From The Open Library Homepage | A-3569 |
| | | Exhibit 171 – Email From Lila Bailey | A-3577 |
| | | Exhibit 172 – Sen. Udall's Letter And Register Strong's Response | A-3581 |
| | | Exhibit 173 – Email From Alan Harvey | A-3606 |
| | | Exhibit 174 – Email From Director The Univ. Of Minnesota Press | A-3610 |
| | | Exhibit 175 – Email From Mary E. Rasenberger | A-3612 |
| | | Exhibit 176 – Emails From Penguin Random House | A-3616 |
| | | Exhibit 177 – Email From Brewster Kahle To Executive Director Of The Authors Alliance And Pamela Samuelson | A-3619 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 178 – Author's Alliance Webpage | A-3621 |
| | | Exhibit 179 – Email From Brianna Schofield To Bailey, Samuelson And Freeland | A-3625 |
| | | Exhibit 180 – Internet Archive Blog Post, "The National Emergency Library – Who Needs It? Who Reads It? Lessons From The First Two Weeks" (Apr. 14, 2020) | A-3628 |
| | | Exhibit 181 – Internet Archive Blog Post, "Temporary National Emergency Library To Close 2 Weeks Early, Returning To Traditional Controlled Digital Lending" (June 10, 2020) | A-3638 |
| | | Exhibit 182 – Email From Mike Furlough | A-3647 |
| | | Exhibit 183 – Email From Skip Dye | A-3651 |
| | | Exhibit 184 – HathiTrust's Emergency Temporary Access Service | A-3653 |
| | | Exhibit 185 – Google Search For "Toni Morrison Beloved Free Read" | A-3656 |
| 97 | 07/07/2022 | Defendant Internet Archive's Motion for Summary Judgment | A-3662 |
| 98 | 07/07/2022 | [Redacted] Defendant Internet Archive's Rule 56.1 Statement | A-3666 |
| 99 | 07/07/2022 | Plaintiffs' Memorandum Of Law In Support Of Plaintiffs' Motion for Summary Judgment | A-3692 |
| 100 | 07/07/2022 | Declaration Of Joseph C. Gratz In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-3741 |
| | | Exhibit A – Stipulation Of Undisputed Facts (June 10, 2022) | A-3752 |
| | | Exhibit B – Excerpts From Supplemental Expert Report Of Ian Foster (Mar. 31, 2022) (Pages 1- 53) | A-3758 |
| | | **Vol. 16** | |
| | | Exhibit B – Excerpts From Supplemental Expert Report Of Ian Foster (Mar. 31, 2022) (Pages 54 – 122) | A-3813 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS] Exhibit C – Excerpts From Corrected Transcript Of Deposition Of Steve Potash (Jan. 31, 2022) | A-4041 |
| | | [FUS] Exhibit D – HarperCollins Doc. No. HC0030132 | A-4056 |
| | | [FUS] Exhibit E – Penguin Random House Doc. No. PRH0072194 | A-4058 |
| | | [FUS] Exhibit F – Hachette Doc. No. Hachette0012377 | A-4061 |
| | | Exhibit G – International Federation of Library Associations and Institutions' Position Statement On Controlled Digital Lending (June 2, 2021) | A-4062 |
| | | Exhibit H – Public Library Association Post, "Public Libraries Respond To COVID-19: Survey Of Response & Activities" | A-4068 |
| | | Exhibit I – EducationWeek Article, "Map: Coronavirus And School Closures In 2019-2020" (Mar. 6, 2020) | A-4071 |
| | | **Vol. 17** | |
| | | Exhibit J – Excerpts From Deposition Of Adam Silverman (Dec. 6, 2021) | A-4077 |
| | | Exhibit K – New Yorker Article, "The National Emergency Library Is A Gift To Readers Everywhere" by Jill Lepore (Mar. 26, 2020) | A-4086 |
| | | Exhibit L – Public Libraries Survey From Institute Of Museum And Library Services | A-4090 |
| | | Exhibit M – WorldCat For "The Lion, The Witch, And The Wardrobe" | A-4096 |
| | | Exhibit N – Excerpts From Deposition Of Skip Dye (Nov. 18, 2021) | A-4102 |
| | | Exhibit O – Publisher Weekly Article, "Ranking America's Largest Publishers" by Jim Milliot (Feb. 24, 2017) | A-4116 |
| | | Exhibit P – Excerpts From Annual Report Of Bertelsmann (2018) | A-4120 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit Q – Excerpts From Annual Report Of Bertelsmann (2019) | A-4125 |
| | | Exhibit R – Excerpts From Annual Report Of Bertelsmann (2021) | A-4130 |
| | | Exhibit S – Excerpts From John Wiley & Sons, Inc.'s SEC Form 10-K (2020) | A-4136 |
| | | Exhibit T – Excerpts From John Wiley & Sons, Inc.'s SEC Form 10-K (2021) | A-4142 |
| | | Exhibit U – Excerpts From Annual Report Of News Corp. (2019) | A-4146 |
| | | Exhibit V – Excerpts From Annual Report Of News Corp (2021) | A-4153 |
| | | Exhibit W – Excerpts From English-Language Version Of Lagardère's Universal Registration Document With French Government (2018) | A-4158 |
| | | Exhibit X – Excerpts From The English-Language Version Of Lagardère's Universal Registration Document With French Government (2020) | A-4161 |
| | | Exhibit Y – Excerpts From English-Language Version Of Lagardère's Universal Registration Document With French Government (2021) | A-4170 |
| | | Exhibit Z – Publisher Weekly Article, "A Year For The (Record) Books In Publishing" by Jim Milliot (Jan. 19, 2021) | A-4185 |
| | | Exhibit AA – Publisher Weekly Article, "America's Biggest Publishers Keep Posting Profits" by Jim Milliot (Apr. 1, 2022) | A-4189 |
| | | Exhibit BB – New York Times Article, "Surprise Ending For Publishers: In 2020, Business Was Good" by Elizabeth A. Harris (Dec. 29, 2020) | A-4193 |
| | | Exhibit CC – Excerpts From Deposition Of Josh Marwell (Dec. 3, 2021) | A-4198 |

19

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS*] Exhibit DD – Overdrive Doc. No. Overdrive_Supp_002 | A-4204 |
| | | Exhibit EE – Excerpts From Deposition Of Jeffrey Prince (June 9, 2022) | A-4205 |
| | | Exhibit FF – Excerpts From Deposition Of Alison Lazarus (Nov. 12, 2021) | A-4216 |
| | | Exhibit GG – Excerpts From Deposition Of Chantal Restivo-Alessi (Dec. 1, 2021) | A-4223 |
| | | Exhibit HH – Excerpts From Deposition Of Alan Pavese (Dec. 10, 2021) | A-4230 |
| | | Exhibit II – Excerpts From H.R. Report No. 94-1476 (Sept. 3, 1976) | A-4236 |
| | | [FUS*] Exhibit JJ – Hachette Doc. No. Hachette0002474 | A-4240 |
| | | [FUS*] Exhibit KK – Hachette Doc. No. Hachette0002475 | A-4241 |
| | | [FUS*] Exhibit LL – HarperCollins Doc. No. HC0010272 | A-4242 |
| | | [FUS*] Exhibit MM – Penguin Random House Doc. No. PRH0025907 | A-4243 |
| | | [FUS*] Exhibit NN – John Wiley & Sons Doc. No. Wiley0005650 | A-4244 |
| 101 | 07/07/2022 | Declaration Of Lauren Sherman In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4245 |
| 102 | 07/07/2022 | Declaration Of Ben Saracco In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4251 |
| 103 | 07/07/2022 | Declaration Of Laura Gibbs In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4258 |
| 104 | 07/07/2022 | Declaration Of Daniel Smith In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4265 |
| 105 | 07/07/2022 | Declaration Of Brewster Kahle In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4270 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 1 – Library Services And Technology Act Grant To Internet Archive (2007) | A-4281 |
| | | Exhibit 2 – Institute Of Museum And Library Services Grant To Internet Archive (2017) | A-4289 |
| | | Exhibit 3 – Internet Archive Blog Post, "In-Library eBook Lending Program Launched" (2011) | A-4291 |
| | | Exhibit 4 – Chief Officers Of State Library Agencies Endorsement (2011) | A-4299 |
| | | Exhibit 5 – White Paper On Controlled Digital Lending Of Library Books | A-4302 |
| **Vol. 18** | | | |
| | | Exhibit 6 – Position Statement On Controlled Digital Lending | A-4345 |
| | | Exhibit 7 – List Of Signatories On Position Statement On Controlled Digital Lending | A-4350 |
| | | Exhibit 8 –Internet Archive Blog Post, "Weaving Books Into The Web—Starting With Wikipedia" (Oct. 29, 2019) | A-4357 |
| | | Exhibit 9 – Wikipedia List (Pages 1-239) | A-4367 |
| **Vol. 19** | | | |
| | | Exhibit 9 – Wikipedia List (Pages 240-337) | A-4607 |
| | | Exhibit 10 – Internet Archive Blog Post, "What Happens When Everyone Who Experienced An Event Is Gone?" (Sept. 26, 2019) | A-4705 |
| | | Exhibit 11 – Internet Archive Blog Post, "As Calls To Ban Books Intensify, Digital Librarians Offer Perspective" (Nov. 24, 2021) | A-4713 |
| | | Exhibit 12– Internet Archive Blog Post, "Announcing A National Emergency Library | A-4728 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | To Provide Digitized Books To Students And The Public" (Mar. 24, 2020) | |
| | | Exhibit 13 – Brewster Kahle Statement On "Supporting Waitlist Suspension for Books Loaned by the Internet Archive During the US National Emergency" (Mar. 24, 2020) | A-4741 |
| | | Exhibit 14 – Internet Archive Blog Post, "Teachers & National Emergency Library: Stories From The Frontlines Of Online Schooling" (Apr. 13, 2020) | A-4746 |
| | | Exhibit 15 – Internet Archive Blog Post, "Impacts Of The Temporary National Emergency Library And Controlled Digital Lending" (June 11, 2020) | A-4755 |
| | | Exhibit 16 – Internet Archive Blog Post, "More Impacts Of The National Emergency Library" (June 22, 2020) | A-4763 |
| | | Exhibit 17 – Internet Archive Blog Post, "Even More Impacts Of The National Emergency Library And Controlled Digital Lending" (Aug. 10, 2020) | A-4770 |
| 106 | 07/07/2022 | [Redacted] Defendant Internet Archive's Memorandum of Law In Support Of Defendant's Motion for Summary Judgment | A-4774 |
| 108 | 07/07/2022 | Declaration Of Rasmus Jorgensen In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4819 |
| | | [Redacted] Exhibit 1 – Opening Expert Report Of Rasmus Jorgensen (Feb. 25, 2022) | A-4822 |
| | | **Vol. 20** | |
| | | [Redacted] Exhibit 2 – Rebuttal Expert Report Of Rasmus Jorgensen (May 27, 2022) | A-4871 |
| 109 | 07/07/2022 | Declaration Of Imke Reimers In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4894 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [Redacted] Exhibit 1 – Opening Expert Report Of Imke Reimers (Feb. 25, 2022) | A-4897 |
| | | [Redacted] Exhibit 2 – Rebuttal Expert Report Of Imke Reimers (May 27, 2022) | A-4945 |
| 110 | 07/07/2022 | Declaration Of Susan H. Hildreth In Support Of Defendant Internet Archive 's Motion for Summary Judgment | A-4967 |
| | | Exhibit 1 – Opening Expert Report Of Susan H. Hildreth (Feb. 25, 2022) | A-4970 |
| | | Exhibit 2 – Rebuttal Expert Report Of Susan H. Hildreth (May 27, 2022) | A-5022 |
| 113 | 07/08/2022 | [Redacted] Plaintiffs' Rule 56.1 Statement | A-5030 |
| | | **Vol. 21** | |
| 166 | 09/02/2022 | Declaration Of Elizabeth A. McNamara In Opposition To Defendant Internet Archive's Motion for Summary Judgment | A-5141 |
| | | Exhibit 1 – Defendants' Response To Interrogatory No. 21 | A-5147 |
| | | Exhibit 2 – Excerpts From Deposition Of Chantal Restivo-Alessi (Dec. 1, 2021) | A-5156 |
| | | Exhibit 3 – Excerpts From Deposition Of Jeffrey Weber (Nov. 19, 2021) | A-5163 |
| | | Exhibit 4 – Excerpts From Deposition Of Alan Pavese (Dec. 10, 2021) | A-5178 |
| | | Exhibit 5 – Exhibit 4 To Deposition Of Imke Reimers | A-5188 |
| | | Exhibit 6 – Excerpts From Deposition Of Alison Lazarus (Nov. 13, 2021) | A-5226 |
| | | [FUS*] Exhibit 7 – Spreadsheet Of Overdrive Checkout And Revenue Data | A-5239 |
| | | Exhibit 8 – Letters On Pre-Motion Discovery Conference | A-5240 |
| | | [FUS*] Exhibit 9 – Internet Archive's Second Amended Privilege Log | A-5256 |
| | | Exhibit 10 – Excerpts From Deposition Of Lila Bailey (Oct. 18 And 19, 2021) | A-5257 |

23

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 11 – Internet Archive's Blog Post Titled "Internet Archive Launches New Pilot Program For Interlibrary Loan" (Apr. 27, 2021) | A-5261 |
| | | Exhibit 12 – Excerpts From Deposition Of Jacques Cressaty (Oct. 22, 2021) | A-5264 |
| | | Exhibit 13 – Overdrive Book Webpages | A-5273 |
| | | Exhibit 14 – Overdrive Book Webpages | A-5278 |
| | | Exhibit 15 – Excerpts From Deposition Of Benjamin Saracco (Mar. 15, 2022) | A-5283 |
| | | Exhibit 16 – Webpage Titled "Signatories To The Position Statement On Controlled Digital Lending By Libraries" (Sept. 2, 2022) | A-5292 |
| | | Exhibit 17 – Emails From HarperCollins | A-5304 |
| | | **Vol. 22** | |
| 167 | 09/02/2022 | [Redacted] Declaration Of Jeffrey T. Prince In Opposition To Defendant Internet Archive's Motion for Summary Judgment | A-5365 |
| | | [Redacted] Exhibit 1 – Expert Report Of Jeffrey Prince (May 25, 2022) | A-5414 |
| | | [Redacted] Exhibit 2 – Excerpts From Deposition Of Jeffrey Prince (June 9, 2022) | A-5523 |
| | | [Redacted] Exhibit 3 – Excerpts From Deposition Of Rasmus Jorgensen (June 8, 2022) | A-5547 |
| | | **Vol. 23** | |
| | | Exhibit 4 – Excerpts From Deposition Of Imke Reimers (June 8, 2022) | A-5612 |
| | | Exhibit 5 – Excerpts From Deposition Of Susan Hildreth (June 8, 2022) | A-5720 |
| | | Exhibit 6 – Exhibit 3 To Deposition Of Imke Reimers | A-5745 |
| 168 | 09/02/2022 | [Redacted] Plaintiffs' Counter Statement to Defendant's Rule 56.1 Statement | A-5777 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| 169 | 09/02/2022 | [Redacted] Plaintiffs' Memorandum Of Law In Opposition To Defendant's Motion for Summary Judgment | A-5838 |
| 170 | 09/02/2022 | Declaration Of Joseph C. Gratz In Opposition To Plaintiffs' Motion for Summary Judgment | A-5879 |
| | | **Vol. 24** | |
| | | [FUS] Exhibit 1 – Exhibit 4 To Deposition Of Steve Potash (Jan. 31, 2022) | A-5883 |
| | | Exhibit 2 – Excerpts From Deposition Of Andrea Mills (Oct. 14, 2021) | A-5909 |
| | | Exhibit 3 – Excerpts From Deposition Of Ginger Patton-Schmitt (Dec. 6, 2021) | A-5918 |
| | | Exhibit 4 – Excerpts From Deposition Of Michael "Mek" Karpeles (Oct. 27, 2021) | A-5941 |
| | | Exhibit 5 – Excerpts From Deposition Of Susan Hildreth (May 17, 2021) | A-5949 |
| | | Exhibit 6 – Errata To Deposition Of Susan Hildreth | A-5960 |
| | | Exhibit 7 – Judgment From Court Of Justice Of The European Union In *Vereniging Openbare Bibliotheken V Stichting Leenrecht*, Case C-174/15 | A-5963 |
| | | Exhibit 8 – Opinion Of Advocate General In *Vereniging Openbare Bibliotheken V Stichting Leenrecht*, Case C-174/15 | A-5977 |
| 171 | 09/02/2022 | Declaration Of Brewster Kahle In Opposition To Plaintiffs' Motion for Summary Judgment | A-5997 |
| | | **Vol. 25** | |
| 172 | 09/02/2022 | [Redacted] Defendant Internet Archive's Counter Statement to Plaintiffs' Rule 56.1 Statement | A-6005 |
| 173 | 09/02/2022 | Defendant Internet Archive's Memorandum Of Law In Opposition to Plaintiffs' Motion For Summary Judgment | A-6173 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| 175 | 10/07/2022 | Defendant Internet Archive's Reply Memorandum Of Law In Support Of Defendant's Motion For Summary Judgment | A-6214 |
| 176 | 10/07/2022 | Declaration Of Joseph C. Gratz In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-6242 |
| | | Exhibit 1 – Excerpts From Deposition Of Jeffrey T. Prince (June 9, 2022) | A-6255 |
| | | **Vol. 26** | |
| | | Exhibit 2 – Excerpts From Deposition Of Rasmus Jørgensen (June 8, 2022) | A-6274 |
| 177 | 10/07/2022 | [Redacted] Defendant Internet Archive's Response to Plaintiffs' Counter Statement to Defendant's Rule 56.1 Statement | A-6279 |
| 178 | 10/07/2022 | [Redacted] Plaintiffs' Response To Defendant Internet Archive's Counter Statement to Plaintiffs' Rule 56.1 Statement | A-6367 |
| 179 | 10/07/2022 | [Redacted] Plaintiffs' Reply Memorandum Of Law In Support Of Plaintiffs' Motion for Summary Judgment | A-6381 |
| 189 | 03/28/2023 | Transcript Of Proceedings – 03/20/2023 Hearing | A-6407 |
| 216 | 08/11/2023 | Order | A-6458 |

*Submitted to the Court on flash drive

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HACHETTE BOOK GROUP, INC.,<br>HARPERCOLLINS PUBLISHERS LLC,<br>JOHN WILEY & SONS, INC., and<br>PENGUIN RANDOM HOUSE LLC<br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>INTERNET ARCHIVE and DOES 1 through<br>5, inclusive<br>　　　　　　　　　　　　Defendants. | Case No. 1:20-CV-04160-JGK |

**DECLARATION OF IAN FOSTER**

Pursuant to 28 U.S.C. § 1746, I, **IAN FOSTER**, declare as follows:

1.  I am the Arthur Holly Compton Distinguished Service Professor of Computer Science at the University of Chicago and a Distinguished Fellow, Senior Scientist, and Division Director at Argonne National Laboratory. I submit this declaration in connection with the motion for summary judgment filed by plaintiffs, Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., and Penguin Random House LLC (collectively, "Plaintiffs"), in their lawsuit against Defendant Internet Archive ("IA"). My statements set forth below are based upon my specialized knowledge, education, and experience, as applied to the facts and circumstances of this case. If called upon, I would and could competently testify as to the matters contained herein.

**I.　My Assignment**

2.  Plaintiffs in this action have asked me to conduct a technical analysis concerning IA's digitization of print books and use of the resulting digital books. My assignment includes providing an overview of that analysis and considering the following five questions:

- Where does copying and distribution of books occur within IA's processes?

- How has IA copied and disseminated the books listed in the Complaint?

- How has IA copied and used books from Plaintiffs' respective in-print catalogs?

- How has IA's distribution of digitized books evolved over time?

- Are IA's methodologies for digitizing print books and then lending the resulting digital books well-developed and reliable from a technological perspective?

3. In my work in this matter, I have reviewed and utilized a variety of materials, as cited specifically in my expert report and supplemental expert report. This includes, but is not limited to, (a) various publicly accessible websites, including IA's sites at www.archive.org and www.openlibrary.org; (b) numerous documents that IA produced in discovery, including source code, technical documents, data sets, and digital versions of books; and (c) deposition testimony.

4. In discussing my analysis in this declaration, I do so in a manner geared toward a general audience. My report and supplemental report describe my analysis in more technical terms, with detailed citations, but I assume the higher level of discussion herein is more assistive to the Court.

## II.   My Background

5. I am the Arthur Holly Compton Distinguished Service Professor of Computer Science at the University of Chicago and a Distinguished Fellow, Senior Scientist, and Division Director at Argonne National Laboratory. In these capacities, I teach students, conduct research with collaborators at these institutions and others, and direct a division at Argonne focused on data science and machine learning. I often take the role of Principal Investigator, securing funding grants from federal science & technology agencies and leading research programs. Prior to joining the University of Chicago and Argonne roughly three decades ago, I obtained a Bachelor of Science (B.Sc. Hons I) degree in Computer Science from the University of Canterbury

(Christchurch, New Zealand), and a Doctor of Philosophy (Ph.D.) degree in Computer Science and Diploma of Imperial College from Imperial College (London, United Kingdom).

6. My work as a computer scientist has been at the intersection of computing and the sciences. My work has produced both practical technologies that have seen wide adoption and concepts and methods that have proven influential in research and education. This includes founding the Distributed Systems Laboratory at Argonne and the University of Chicago, where I established the multi-institutional Globus project (www.globus.org). Globus has developed core technologies for management and transfer of distributed research data at the largest scales and is an active non-profit service for use by the research community at institutions worldwide. The resulting technologies formed the basis for many national and international "Grid" projects—now considered as foundational aspects of "cloud computing" for science and engineering—funded by the Department of Energy (DOE), NASA, the National Science Foundation (NSF), the European Union, and the UK eScience Program. I have published eight books, over 300 journal articles, and over 300 articles in conference and workshop proceedings. My publications have been cited more than 130,000 times. My full curriculum vitae is attached as **Appendix A** to this declaration.

### III.    IA's Book System in Context

7. IA offers several different online services. My analysis in this matter concerns IA's services pertaining to books and the technological implementation of these services, which I refer to as the "Book System."

8. The Book System comprises both frontend elements (web pages) via which users interact with the system, and backend components for, among other things, digitizing print books, maintaining a catalog of digitized books, and maintaining the system. Though the technical analysis may seem complicated, the process of obtaining digital books from IA is seamless to the

user. Any Internet-connected user can quickly sign up for an IA account and within moments obtain digital books in whole for reading.

9.  The scale of IA's Book System is vast: IA has made eBooks that are wholesale copies of millions of physical books of all types, including fiction and non-fiction. IA disseminates the digital books to registered users of its website. Anyone, anywhere in the world, can sign up for a free account with IA and receive free access to complete copies of books that are currently commercially available.

10. IA's Book System contains both digital copies of books uploaded by users and digital books generated by IA by scanning physical books. My analysis in this matter concerns the latter.

11. IA's Book System contains both digital copies of books that are in the public domain and digitized modern books that are still under copyright protection. My analysis in this matter concerns the latter content, which appears within an area of IA's website that IA describes as its "inlibrary" (or "Books to Borrow") collection.

12. A premise to how IA operates its Book System is that IA generally restricts the number of scanned copies of a particular book accessible from its website at any one time to not more than the number of physical copies of that book that IA and its partner libraries believe they own. IA calls this a 1:1 "owned to loan ratio." Below, I explore IA's technical approach to that concept, including IA's use of what it calls its "Open Libraries" program with partner libraries, under which IA lends multiple copies of a single scan of a particular book at a time based on the number of print copies that the partner libraries reported they have in their possession. I also explore the history of IA's copying and distribution of Plaintiffs' literary works generally and works-in-suit ("WIS") specifically.

4

13. At the outset, it is important to recognize that IA has made changes to its Book System over time, including during this litigation. The size of the inlibrary collection has grown significantly within the past few years. IA's approach to providing users with access to digital books has also changed and could change further at any time. For instance, shortly after the litigation was filed in June 2020, IA introduced the concept of 1-hour loans rather than just 14-day loans. Prior to June 2020, each loan of a digitized book in the inlibrary collection was for a 14-day period only. By way of another example, for a roughly three-month period that commenced on or about mid-March 2020, IA announced what it termed a "National Emergency Library" whereby IA altered how its website operates, so that IA could distribute a virtually limitless number of copies of any book in its inlibrary collection, no matter the number of print copies on hand.

## IV.    Summary of Certain Opinions

14. As mentioned, I was asked to conduct a technical analysis concerning IA's digitization of print books and use of the resulting digital books. Part of that assignment included analyzing five specific questions, which I address below along with a summary of my answers to these questions. A more detailed discussion is contained in the sections that follow afterwards.

**Q1: Where does copying and distribution of books occur within IA's processes?**

15. IA makes a copy of print books when it scans those books to create a digital version of a physical book. The initial copy consists of JPEG images on IA's Scribe machines. A subsequent copy is made when uploaded to IA's servers. IA then makes over 10 different copies of that scan in various formats. *See* ¶¶ 50-66. IA distributes yet additional copies of the digitized book to users, either for display in their online browser (in IA's BookReader) or in the form of a download for offline reading. Copies are also made as users employ the listen feature of IA's BookReader, in order to have the book read to them. IA copies and disseminates the digital books in their entirety

5

(or, in the case of BookReader access, in response to user navigation actions), so that registered users of IA's Site can read the complete book. *See* ¶¶ 20-37.

**Q2: What is the history of IA copying and distributing the books listed in the Complaint?**

16. For each WIS (i.e., the books listed in Exhibit A to the Complaint), IA has made one or more initial scanned copies; uploaded each of those copies to its servers; from those copies then made 10 or more different digital copies in various formats; and then provided the digital books to users. In almost all instances, IA provided the book for digitization and either IA or the Kahle/Austin Foundation sponsored the digitization. The loan information that IA provided depicts IA lending copies of each WIS to users, with some of those works having been the subject of thousands of loans, and a total of 46,307 loans of a WIS. The information that IA provided also shows many instances of IA providing multiple users at a time with access to copies of a single scan of a particular WIS (both before and during the period IA calls the "National Emergency Library"). The data that IA produced is for a limited snapshot in time (i.e., roughly March 2017 until early September 2020); as a result, for some scans, the data IA provided is not a full accounting of all loans and additionally may not reflect the actual maximum number of users who had access to copies at a time ("actual concurrent loans"). *See* ¶¶ 96-107 and 111.

**Q3: How has IA copied and used books from Plaintiffs' respective in-print catalogs?**

17. As I describe below, my analysis reflects that the WIS are essentially the "tip of the iceberg" for each Plaintiff. IA has digitized, and is distributing to users, substantial portions of each Plaintiff's respective in-print (i.e., commercially available) catalogue. In addition to the WIS, IA has scanned and has in its Books to Borrow collection 33,003 other books from Plaintiffs' in-print catalogues. Those are books for which Plaintiffs offer both a physical book and an eBook or audio book. *See* ¶¶ 112-118. Further, for certain WIS and other of Plaintiffs' works, IA has

received notices of alleged infringement but, by not removing or disabling access to the item identified in the notice, its actions have fallen short of its technical capabilities. *See* ¶¶ 119-135.

**Q4: How has Internet Archive's distribution of digitized books evolved over time?**

18. As I explain below, my analysis is that IA's scanning of physical books and online dissemination of the resulting digital books has expanded significantly, especially since 2018. The number of scans in IA's inlibrary collection has increased from (a) 648,117 scans on April 1, 2018; (b) 965,499 scans on April 1, 2019; (c) 1,476,344 scans on May 26, 2020; and (d) 3,211,204 scans on February 19, 2022. *See* ¶ 22. The data further reflects heavy scanning of Plaintiffs' works in 2020 and 2021, as compared to prior years. *See* ¶ 118. In addition, I note that, for many of these digital books, IA provides multiple users with copies of the book at the same time. The impact of IA's willingness to make simultaneous loans of a single scan can be seen in my exhibits that lay out, for each WIS, the maximum eligible concurrent lending limit and the maximum actual concurrent loans made, both of which often have a value much greater than one. Indeed, as demonstrated by Exhibit 5 and Exhibit 5A, there are many WIS for which IA's records show more than 10 eligible concurrent loans as a result of the Open Libraries overlap analysis. For example, for *Ship Breaker* by Paolo Bacigalupi (WIS #4), Exhibit 5A indicates 12 eligible concurrent loans that IA will lend out at any given time based on its one scan. Another example is *Redeployment* by Phil Klay (WIS #55); Exhibit 5A indicates IA permits 17 concurrent loans from one scan. IA compounds this effect by maintaining multiple distinct scans for a single work. Consequently, Exhibit 5A shows that IA allows 40 concurrent loans of *The Lion, the Witch, and the Wardrobe* by C.S. Lewis (WIS #70) and 23 concurrent loans of Bill Bryson's *A Short History of Nearly Everything* (WIS #9).

**Q5: Are IA's methodologies for digitizing print books and then providing the digital copies for lending well-developed and reliable from a technological perspective?**

19. IA digitizes books systematically and at enormous scale. However, I have observed problems that occur thereafter from a technological perspective. I discuss this topic in several sections below. I list some of my analysis and opinions here as follows:

- IA does not have a rigorous system for ensuring the reliability of metadata. That, in turn, leads to errors in IA's understanding as to the contents of its digitized scans, how many loans it has made, and how many copies of a particular book are eligible (under IA's policies) for user access at a time. *See* ¶¶ 86-95.

- IA's methodologies are inconsistently applied. For instance, while IA has a policy regarding what can be put into the inlibrary collection, and has a script that applies that policy, IA sometimes fails to adhere to it. *See* ¶¶ 67-69.

- IA's approach to overlap analyses with partner libraries (a) treats all copies of a book as interchangeable items, without regard to differences in their respective physical condition; (b) inflates the likelihood of finding a match by using excess ISBNs that do not correlate with IA's copy; (c) does not verify that the library actually possesses what its records depict; and (d) does not stay in synch with events such as the library discarding, losing, or loaning its book, or a local patron reading it in the physical library. *See* ¶¶ 44; 75-85.

- When IA chooses to do so, it provides many users at a time with copies of IA's scan of a particular book. *See* ¶¶ 42-43; 48.

## V.     Accessing Books in the Book System

20.   A user may approach the Book System in a variety of ways. Two significant ways are via the main IA website (https://archive.org) (the "IA Site") and IA's Open Library site (https://openlibrary.org) (the "OL Site"). Users may also arrive at the Book System in other ways,

8

such as through an internet search; a library's website; the website of IA's affiliate, Better World Books; or through other websites that link to the Book System.

### A.     Main Internet Archive site

21.   The IA Site's home page, shown in *Figure 1*, provides access to a variety of IA's services. The header includes a "BOOKS" tab that, when clicked, prominently shows icons for "Books to Borrow" and "Open Library", as shown in *Figure 2*. The first icon leads to a page for the "Books to Borrow" collection of electronic books on the main IA Site, as shown in *Figure 3*. The second leads to the distinct OL Site.



*Figure 1: IA Site home page, at https://archive.org. Note the "Books" item in the upper left menu bar.*



*Figure 2: Expanding the "Books" menu item in Figure 1 reveals two IA book services: "Books to Borrow" and "Open Library."*

9



*Figure 3: The Books to Borrow main page, at https://archive.org/details/inlibrary, as of February 21, 2022.*

22. IA organizes its various content into "collections." The "Books to Borrow" page provides access to digitized books within the "inlibrary" collection, which the page shown in *Figure 3* reported as holding 3,211,204 items as of Feb 21, 2022. The collection is named "inlibrary" because its earlier version was a literal "In-Library Lending" program, in which scans were provided to users of computers physically located within libraries partnering with Internet Archive. In 2011, the details page for the inlibrary collection described it as "Books available to patrons physically present in designated libraries." IA's Wayback Machine online repository tracks the appearance of the inlibrary collection URL at different points in time. While the inlibrary collection currently contains over 3 million scanned copies of books: on May 26, 2020, in the week before the Plaintiffs filed this lawsuit, the collection contained 1,476,344 scans; on April 1, 2019, the collection contained 965,499 scans; and on April 1, 2018, the collection contained 648,117 scans.

10

23. Clicking on the "About" icon on the "Books to Borrow" page shown in *Figure 3* toggles to text explaining that "Books in this collection may be borrowed by logged in patrons. You may read the books online in your browser or, in some cases, download them into Adobe Digital Editions, a free piece of software used for managing loans." The description at the "About" icon on the "Books to Borrow" page, at https://archive.org/details/inlibrary?tab=about, indicates:

> Books in this collection may be borrowed by logged in patrons. You may read the books online in your browser or, in some cases, download them into Adobe Digital Editions, a free piece of software used for managing loans.
>
> Please note that works in this collection are protected by copyright law (Title 17 U.S. Code) and copying, redistribution or sale, whether or not for profit, by the recipient is not permitted unless authorized by the rightsholder or by law.
>
> See FAQs about borrowing books.
>
> Libraries can participate in our Open Libraries program and lend these digital titles to their patrons by filling out our online form.

24. As I explain herein, until June 2020, the IA Site's functionality enabled downloads of any borrowed book into Adobe Digital Editions. During this case, in June 2020, IA changed its system to introduce 1-hour loans for some books, with copies borrowed on 1-hour loans available only for online viewing in your browser. In any event, users can use a search feature on the "Books to Borrow" page shown in *Figure 3* to locate titles within the collection. Apart from that search interface, IA groups books into various "Topics and Subjects" for users to find a book.

25. For example, a search within Books to Borrow for "*Triumph of the City Glaeser*" returns a single result, represented by a thumbnail image of the book's cover, its title (*Triumph of the City*), and the author's name (Edward Glaeser). Clicking on the thumbnail image or associated text for this title takes the user to the web page at address "https://archive.org/details/isbn_9780143120544," an address that comprises three components: the domain at which the page is hosted ("archive.org"); the word "details"; and a unique identifier assigned by Internet Archive to this scan, "isbn_9780143120544."

11

26. Visiting the web page at https://archive.org/details/isbn_9780143120544 displays a reader screen in which the user can read the book. This "BookReader application" allows the user to use the arrow keys on their keyboard, or to click on navigation buttons in the reader, to move to different pages in the book.

27. IA requires users to be logged in to an IA account to access many of its functions, including full access to free copies of complete digital books in the inlibrary collection. For example, if I navigate forward through *Triumph of the City* without logging in, I am soon told to "use your free account to borrow this book and gain access to all pages". If I log in, and then borrow the digital book for either a 1-hour loan or 14-day loan, I can access the remainder of the book.

28. The "BookReader application" allows the user to use the arrow keys on their keyboard, or to click on navigation buttons in the reader, to move to different pages in the borrowed book. The BookReader app on the IA Site also has a "Read Aloud" feature, which a logged in user can activate for a borrowed book by clicking on a headphones icon in the BookReader. The feature converts the text to audio and plays it aloud.

29. Scrolling down the screen at https://archive.org/details/isbn_9780143120544, displays information about the book (*Figure 4*), including text on "DOWNLOAD OPTIONS". Users can download the borrowed book as an EPUB file or a PDF file. A "14 day loan [is] required to access EPUB and PDF files." There is also a special format, the "ENCRYPTED DAISY" file, for print-disabled users with special accounts.

12



*Figure 4: Various descriptive information about the book.*

30. With a 14-day loan, I am presented with additional "DOWNLOAD OPTIONS" (*Figure 5*), namely "ENCRYPTED ADOBE EPUB" and "ENCRYPTED ADOBE PDF" (with "High Quality Page Images"). Clicking on the latter results in a file download to my computer, which I can open in the "Adobe Digital Editions 4.5" application. The scanned book is then in my Adobe Digital Editions "Library," from where I can open and read it on my computer and a variety of other devices (e.g., an iPad).

13



*Figure 5: Once I have borrowed the book "Triumph of the City" for 14 days, the "DOWNLOAD OPTIONS" (center right) changes to include additional options.*

31. Multiple users can obtain and read copies of the same IA scan of a book at the same time. For example, I verified that I could log in to the IA Site with two other accounts and obtain a second and third 14-day loan for *Triumph of the City*, for a total of three 14-day loans active at the same time. (I did not try more than three accounts total.)

32. Each digital book that users access via the IA Book System is actually a copy of a scan of a physical work. Each scan is identified by a unique identifier generated by IA. For example, the web page shown in *Figure 4* has internet address, https://archive.org/details/isbn_9780143120544. Here, the prefix "isbn_9780143120544" corresponds to the IA identifier for this specific scan of the book, *Triumph of the City*.

33. While a search for the title *Triumph of the City* reveals a single scan, other titles may have several. For example, a search for "*Rogue Lawyer* Grisham" reveals eight scans: see *Figure 6*.

14



*Figure 6: A search for '"Rogue Lawyer" Grisham' indicates eight matching scans.*

### B. <u>Access from Library Sites</u>

34.  Certain libraries integrate links to the IA Site into their website search systems, so that users searching for certain titles are directed to the IA Site. In such instance, a person searching their library's website search system may be referred to the IA Site for a digital copy of a book. Dartmouth Library is an example. *Figure 7* shows me accessing, from the Dartmouth Library search page, the familiar *Triumph of the City*.





*Figure 7: From top to bottom: I search for Triumph of the City book on Dartmouth Library web site; I am told that the full text is located in Open Libraries.*

### C.     <u>Internet Search</u>

35.   Internet search engines index IA Site pages. Thus, a person searching a search engine may be referred to the IA Site for a digital copy of a book.

### D.     <u>Access from Better World Books</u>

36.   Links to IA's digital copies of books are also integrated into an online books platform called Better World Books ("BWB"), which is owned by an affiliate (Better World Libraries) of Internet Archive. BWB offers users seeking to purchase a new or used book the option to download or display it instead via IA for free. The webpage where BWB offers books (new and used) for sale also includes a "Borrow" button to obtain a "Digital edition from Internet Archive."

### E.     <u>The Open Library Site</u>

37. The other prominent icon on the IA Site, as seen in *Figure 2*, takes the user to <u>https://openlibrary.org</u>, an affiliated website, the "OL Site", also operated by IA. The OL Site supplies information on individual books. Each page is comparable to a card in a library card catalog. The OL Site maintains web pages, each of which—in a manner akin to a card in a library card catalog—provides information about a published work and associated editions of that work.

16

Many of these pages include links to copies ("scans") of specific editions that are available electronically from the IA Site. Links to preview, borrow, or listen to a book lead to the IA Site's BookReader application. Borrowing requires an account with the IA Site (or OL Site).

## VI.    Technical implementation supporting access to books

38.   I now discuss some aspects of the technical implementation of the Book System and how it supports access to, and dissemination of, digital books. As discussed above, these digital books are copies ("scans") of print books.

39.   IA assigns each distinct scan of a book a unique identifier, such as the identifier "isbn_9780143120544" noted above for *Triumph of the City*. Internally, IA maintains a mapping from each such identifier to the associated digital copy, plus various information about the book that the scan represents, the scanning process, and so forth: what is referred to collectively as "metadata." IA allows for multiple digital items to be organized into groupings called "collections." A collection has a set of digital items, an administrator, and permissions settings controlling who can access its items.

40.   Two collections of relevance to my analysis are the "inlibrary" and "printdisabled" collections. Items in both these collections are what IA calls "access restricted." For the "inlibrary" collection, a user must log in and then "borrow" a scan in order to view or listen to a copy of that scan. Once a user has logged in, whether they can borrow a specific "inlibrary" scan depends primarily on the number of copies that IA has recorded as being available for that scan. That availability is a function of the existence of a physical copy under IA's control or (as explained below) due to a library reporting it also has a copy that can contribute to the lending count, and the number of other concurrent loans for that scan. The loan is allowed if the number of currently

17

active loans for the requested scan is less than the number of copies of that digital book that IA has recorded as being available for lending.

### A.    Control Over Current Access to a Scan

41.  In general, any scan in the "inlibrary" collection is available for access by a registered IA user: that is, by any individual who has created an account on the IA Site (or the OL Site). But whether a user can access a particular scan at a particular point in time is determined by the "maximum eligible concurrent loan limit" that IA has defined for that scan, and the number of accesses to that scan that are currently in progress: in IA's terminology, the number of active 1-hour and 14-day loans for the scan. In general, according to the architecture of IA's Book System, except other than when IA chooses to proceed differently, or has incorrect metadata, the number of concurrent accesses should not exceed the maximum eligible concurrent loan limit.

42.  IA sets the concurrent loan limit for a particular scan to 1 plus a "number contributed by partners." The overall idea is that the "1" corresponds to the physical copy of a particular book that IA has recorded that it possesses, and has scanned, and the "number contributed by partners" corresponds to physical copies of the same edition of the same book thought to be located on the partners' bookshelves or stacks.

43.  The "copies contributed by partners" is thus a vital element of IA's approach to disseminating digital copies of scans in its inlibrary collection, in that IA uses this information to justify increasing its maximum eligible concurrent loan limit beyond the number of copies of a book that IA believes it owns. IA obtains this information from partners via a process called "overlap analysis," which I discuss in more detail below.

44.  IA uses an overlap analysis to compare a list of items that metadata indicate are present in IA's "inlibrary" collection with a list of items that metadata indicate are present in a collection of

books that a partner library intends to "make available" to IA, to determine which items are found in the metadata associated with both collections. This comparison is performed on the basis of metadata, not the physical items; thus, it is only as accurate as the metadata that IA maintains itself, or that is provided to it by third parties. Furthermore, the analysis assumes that works with matching metadata are interchangeable, regardless of their physical condition. To determine which scans in the inlibrary collection match with works found in a particular partner's collection, IA obtains from the partner a list of items thought to be in the partner's collection, and then performs overlap analysis.

45. As noted earlier, the Book System on the IA Site supports both 1-hour loans and 14-day loans. (Initially, only 14-day loans were supported; 1-hour loans—also referred to as "session loans"—were introduced in June 2020.) Fourteen-day loans are offered if IA has set the book's maximum eligible concurrent loan limit to be more than one. If the maximum eligible concurrent loan limit is 1 only, the Book System permits only 1-hour loans.

46. A consequence of the "maximum eligible concurrent loan limit" is that a user request to access a copy of a scan may be declined. IA's Book System then allows a user to be placed on a "waitlist," to be notified when the scan is available.

47. I reviewed the source code used to implement the loan logic in the IA Site. To be lendable, a scan must be in the "inlibrary" collection. The code then determines how many copies can be loaned by counting the number of ISBN matches in different collections. Specifically, it counts one for each collection in which the scan is located.

**B.** **National Emergency Library**

48. IA disabled its restrictions on the number of concurrent loans limits for books in the "inlibrary" collection during a period in 2020, a program that IA referred to as the "National

19

Emergency Library" ("NEL"). To be more precise, IA's implementation of this mechanism involved not disabling the restrictions but rather artificially raising the number of "contributed items" to be considered when determining whether to grant a request to access a scan to a high number—but the effect was in practice the same. IA personnel have also described the National Emergency Library as "suspending waitlists."

## VII.   Backend Elements of the Book System

49.   There are several backend elements that support the ability for users to access copies of books. IA has changed the system over time and continues to make changes; it can change the rules at any time, such as seen with the introduction and removal of the NEL; the addition of 1-hour loans; and the expansion of digitize-and-lend to include the Open Libraries initiative. Indeed, the name "inlibrary" derives from IA's original rollout of providing digital copies of books under a technological requirement that the user must be "in the library" rather than the IA Site providing copies to anyone, anywhere.

### A. Adding Books

50.   IA acquires physical books and digitizes them by taking digital photographs of their covers and all of their pages. It uses custom-built "Scribe" workstations for this purpose. The scanning process generates images of each page of the book in JPEG format, from which IA generates copies of the scanned book in various formats, including EPUB and PDF. This process is also called "scanning" the book, and the resulting digital version is referred to as a "scan."

51.   IA has Scribe workstations at locations throughout the United States and other countries, often embedded within libraries. IA also arranges for companies in the Philippines and Hong Kong (or mainland China) to digitize books on IA's behalf.

52.   The digitization process is non-destructive. After photography, IA ships the physical

book to a storage facility and places it in a container with a "Box ID" number.

53. IA assigns each scan a unique identifier, which is a short alphanumeric string.

54. For each scan, IA maintains metadata records. These records can be said to be "attached" to the scan within IA's system; that is, the metadata are associated with the scan identifier. These metadata include a number of operational facts, such as the model of camera used and the date of the scan, as well as the Box ID of the scanned book.

55. IA also attaches to each scan metadata regarding the content of the book, such as its title, author, date, and publisher.

56. Photography of the book using a Scribe machine results in a set of digital image files in the JP2 (JPEG 2000) format. IA uploads them to its servers in California. On IA servers, the filenames carry the suffix "orig" to indicate these are the original images. This is a **first** digital copy of the book.

57. IA then processes the original image files, carrying out a number of steps to yield files for users of the Book System.

58. First, IA rotates, crops, and performs other image adjustments as necessary to the original JP2 files. This yields a **second** digital copy of the book, in the form of a second set of JP2 files. I will refer to this as the set of adjusted images.

59. IA then proceeds to use the adjusted images to create several more copies. It also delivers the adjusted images to users one image at a time as they page through books using BookReader on the IA Site.

60. IA combines the adjusted images into a single PDF file, which is a **third** copy of the book.

61. IA generates an encrypted version of the PDF. This is the file IA distributes for reading with the Adobe Digital Editions application. This is a **fourth** copy of the book.

21

62.  IA uses optical character recognition (OCR) software to extract text from the images of the pages. This software automatically identifies characters and their positions on each page and generates a purely textual, as opposed to image-based, copy of the book's content. The text is stored in simple, readable form in a file with filename extension "_djvu.txt". This is a **fifth** copy of the book. The characters and data on their positions on the pages also are stored in two formats designed for use by software; these files have filename extensions "_djvu.xml" and "_abbyy." These are **sixth** and **seventh** copies of the book.

63.  In addition to the PDF, IA generates another version for download in a format known as EPUB. This version is a composite of text from the OCR process and images (such as figures and illustrations). IA also creates an encrypted version of the EPUB file that can be read only with Adobe Digital Editions application. These are **eighth** and **ninth** copes of the book.

64.  IA also creates a copy in the DAISY format, which as discussed earlier, is a version for use by print-disabled users with special accounts. IA also generates an encrypted version of the DAISY copy. These are **tenth** and **eleventh** copies of the book.

65.  In some cases, IA inserts an Internet Archive "bookplate" page into the beginning pages of the scan indicating the book was digitized by IA. Other than that, IA scans the complete book and without adding any content to the book.

66.  IA refers to the technical creation of these multiple copies as the "derive" process, because the various copies are derived from the original photos of the book taken with the Scribe machine. More generally, IA uses the term "republishing" to refer to the full process, including manual quality assurance steps, of moving from the original images to the copies provided to users.

## B. Making Books Lendable

67.  After IA adds a scan to the Book System, it may decide to make the scan available for

22

lending, which means it is available for reading either on the IA Site or on the user's device for a limited time, either one hour or fourteen days. To make a scan lendable, IA assigns the scan to the "inlibrary" collection, also known as the "Books to Borrow" collection. IA accomplishes this assignment by updating the "collection" metadata item attached to the scan. The "collection" item consists of a list of one more IA collections to which the scan belongs.

68.  When a new book is scanned, it is typically first placed in an access-restricted collection called the "print-disabled" collection. From there, it may be moved to the "inlibrary" collection.

69.  IA's protocols indicate that books published within the past five years should not be made available for lending. However, I have observed that IA sometimes deviates from the date criteria set forth in the document described in the prior paragraph. Here are two examples involving a WIS where IA scanned a book and put it within its inlibrary collection much sooner:

- The identifier allpresidentswom0000levi is a copy of the book *All the President's Women: Donald Trump and the Making of a Predator* by Barry Levine and Monique El-Faizy (WIS #69). The book was published in 2019, and the IA metadata also reflects that the book was published in 2019, but IA added it to the inlibrary collection on October 28, 2019.

- The identifier manwhosolvedmark0000zuck is a copy of the book *The Man Who Solved the Market: How Jim Simons Launched the Quant Revolution* by Gregory Zuckerman (WIS #127). The book was published in 2019, and the IA metadata also reflects that the book was published in 2019, but IA added it to the inlibrary collection on December 9, 2019.

### C. Increasing concurrent lending limits: Open Libraries project

70.  As I described in the previous section, when IA scans a physical book, places it in storage, and then adds the scan to the inlibrary collection, the scan becomes lendable to users. When a user takes such a loan, the scan becomes unavailable to other users until the book is returned or the loan expires. At any given time, except for when IA sets aside its rules (*e.g.*, NEL), only one user has access to the scan at any one point in time.

71.  IA has developed an initiative known as "Open Libraries" to increase the number of users who can read a given scan at one time. I refer to this number as the "maximum eligible concurrent loan limit" for the scan. In the Open Libraries initiative, IA partners with libraries to leverage their holdings of physical books to, in effect, count their print copies as additional copies that IA may lend as digital books, without doing any re-scanning.

72.  At a high level, the process works as follows: (1) A partner library provides a list of ISBNs of its physical book holdings to IA. (2) IA compares these ISBNs to the ISBNs of the scans in the in-library collection. This comparison of lists to determine the items they have in common is referred to as an "overlap analysis." (3) For each ISBN that overlaps, IA increases its concurrent loan limit for the associated scan by one.

73.  In this way, IA considers a scan to be backed by multiple physical copies: the one that IA photographed and placed in storage, and one or more other different physical books with the same ISBN numbers purportedly maintained in the collections of partner libraries. IA then allows multiple users to have access to copies of a scan concurrently. The maximum eligible concurrent loan limit is equal to one plus the number of partner libraries holding a book with the same ISBN.

74.  When the maximum eligible concurrent loan limit is more than one, IA provides the scan for 14-day loans in addition to the 1-hour loans. Each user who takes a loan receives a separate copy of the same scan. Thus, when two users have a loan of a scan at the same time, each is reading a separate copy sent to their device.

75.  The Open Libraries program does not involve scanning the physical books held by partner libraries, but instead involves only comparing their ISBNs. The partner library's copy of a book may be in substantially different physical condition than the copy IA scanned.

76. In many cases, IA assigns multiple ISBNs to a single scan, even though only one 10-digit and one 13-digit ISBN correlates to its print edition. These ISBNs assigned by IA may represent different editions of a book. Each additional ISBN that IA assigns to a scan provides an additional chance for a match with a partner library's holdings, thus inflating the matches found in overlap analyses. For example, suppose IA has assigned ISBN A and ISBN B to a scan, with ISBN A being the ISBN appropriate for the physical copy in storage, and ISBN B being the ISBN for a different edition of the same work. If a library's holdings include ISBN B, which is a different edition than IA has in storage (and perhaps a less desirable or older edition), IA nonetheless considers it a match to the scan of ISBN A and increase the scan's concurrent loan limit by one.

77. The design of the IA system for adjusting concurrent loan limits based on overlap analyses does not take into account the fact that a partner library's holdings may be borrowed by the partner's patrons or that old books may be discarded. IA's system is concerned only with whether a book is recorded as being in a partner library's holdings, not with whether that book presently is available for borrowing. In using the Open Libraries initiative to sweep in partner libraries' holdings as extensions of IA's holdings, IA's emphasis is on what the partner library's records indicate the library *owns*, not what the partner library currently has in its stacks for borrowing. To take into account a partner library's lending to its own patrons, IA would need to run overlap analyses in tight synchronization with the library's activities (i.e., stay in real-time synch with which books actually are on the library's shelves). As I will show next, in practice, it appears that the cadence of overlap analyses is inconsistent, as are updates to the library's records. Moreover, there is no reporting from IA to the partner library as users borrow the digital copies from IA— which could lead to a patron borrowing the library's physical copy at the same time one of IA's users borrows the digital copy attributed to that physical copy.

25

78.  IA maintains a collection on its site, named openlibraries, that contains the partner library collections. IA also maintains a collection for each Open Libraries partner library that provides information about activities involving that partner library. Each collection has a unique identifier, such as denverpubliclibrary-ol for the Denver Public Library, and it is at the URL https://archive.org/download/<lib>-ol, where <lib> is the partner library name.  IA makes publicly available the results of the overlap analyses that it performs for libraries who participate in the open library program. Curiously, every one of the 17 overlap analyses for "denverpubliclibrary," from 2019/02/13 to 2022/01/01, reports the same number, 100382.

79.  I performed a similar analysis for each of the IA partner libraries for which information is available via files of the type just discussed. As set forth below, I find that the majority of them show no change in the number of ISBNs reported.

80.  I have analyzed the current reported size of each of these 87 partner library collections. A total of 31 collections are reported to be empty. The University of Arizona Libraries collection (universityofarizona-ol) is the largest, with a reported 379,113 items. Among partners with a non-zero number of items, the median reported collection size is 66743. There are 19 partners with more than reported 100,000 items in their collections.

81. For each partner library, IA makes available to the public a set of files pertaining to the partner's collection. Each summary file indicates the number of ISBNs in the partner library's holdings that were provided to IA for the overlap analysis.

82. For each library in the Open Libraries program (that is, for each library listed in the openlibraries collection), I have used files on the library's Files page, to determine the dates on which overlap analyses were carried out. I also have determined the dates on which the library's

holdings list changed in size, as indicated by the "Total unique ISBNs from " number in the overlap summary file.

83. *Figure 8* below indicates with a dot the date of each overlap analysis for each partner library. A star is used in place of a dot to show dates on which the size of the library's holdings list changed.



*Figure 8: Dots represent overlap analysis reports for partner libraries; stars represent reports that indicate a change in collection size. Those libraries that report at least one change in size are in boldface.*

84. From *Figure 8*, it is clear that IA instituted a routine of monthly overlap analyses for most partners in late 2020. The red dotted line indicates the June 1, 2020 date the complaint in this matter was filed. Prior to late 2020, overlap analyses were sporadic and few in number for the current partners. The relative scarcity of stars in the figure reveals that it in general it is uncommon for IA to use updated holdings lists from partners. Indeed, changes in the holding lists are reported for only 21 (24%) of the 87 partners, and only in 60 (6%) of all 992 reports. Only three libraries (Delaware County District Library, Milton Public Library, and Goffs Town Library) show regular and frequent changes in holdings size.

85. After running an overlap analysis with a partner library, IA puts the results of the analysis into effect by updating the "Holdings" list. This is a list that IA maintains and, as described above, consults to determine the concurrent loan limit for a given scan. IA adds the partner to the Holdings list in association with each inlibrary scan identifier for which the partner had a match.

### D. Metadata Maintenance

86. "Metadata" generally refers to data concerning other data. Websites offering media items such as music, video, books, and images invariably maintain some metadata about those items. Titles, dates, names of creators, descriptions, comments, ratings, and so on are all examples of metadata encountered by users of services as diverse as Spotify (music), YouTube (video), Amazon (Kindle ebooks), and Instagram (images). Metadata are crucial to the presentation, discovery, and selection of content. When users browse or search services offering media, they commonly are browsing and searching the metadata, not the content that the metadata describe. If an item's metadata are incorrect, users may not be able to find it. Metadata are also crucial to a service's tracking of usage. Imagine a case in which a song is mislabeled with the wrong title and artist on a music service: users will not find it under the expected names, and compensation for

28

streams of the song may go to the wrong rightsholder. For reasons such as these, quality and accuracy of certain key metadata are of substantial significance to sites offering media.

87. IA's frontend and backend systems related to its Book System rely upon the use of metadata regarding scans (*i.e.*, the digitized version of the print book with a designated scan identifier). These metadata include the fields of information displayed on a details page for each item on the IA Site, such as the name of the book and its author; topics; publisher; publication date; collections(s) into which IA designated the item; and whether it is an access-restricted item. Some of the metadata, such as title, author, and ISBN serve to identify a book; these are identifying metadata. Other metadata, such as the list of collections to which the book belongs, have other purposes. Together, these metadata facilitate a number of functions, such as finding the book by keyword query and dictating if IA's system will provide the book for permanent download rather than only temporary viewing / download.

88. In the cases of scans for which the metadata that IA uses is inaccurate, IA's frontend and backend systems do not function reliably with respect to features that rely upon the inaccurate metadata. When the metadata in question are identifying metadata, such as title, author, and ISBN, one book may be confused with another. This can lead to inaccuracies in other metadata, such as the list of collections to which the book is assigned. For example, inaccurate metadata can lead to situations such as the following:

   a. IA delivering a copy of Book A to someone who wants Book B;

   b. IA designating Book A for viewing or downloading on an unrestricted basis, rather than designating it into its inlibrary collection for temporary viewing / download;

   c. IA exceeding its intended lending limits for Book A by confusing it with Book B;

29

A-282

    d.   IA under-counting loans (eligible concurrent, actual concurrent, and total) for Book A by attributing those loans to Book B; and

    e.   IA having an incorrect accounting of its digital holdings and how its digital holdings compare to a library's physical holdings.

89.   I have encountered several examples of IA's metadata substantially misidentifying books, which I detail below. IA does not have in place extensive quality-control systems to proactively detect and correct such misidentifications. Consequently, IA's Book System in cases includes and operates based on flawed identification metadata, which leads to problems.

90.   Public-facing pages on the IA Site reveal the existence of metadata inaccuracies. An example of public-facing pages of the IA Site revealing the existence of problematic metadata can be seen at https://archive.org/details/thomasberrym00patt. Here, the item is a digitized copy of the book "Total Control" by the author David Baldacci. However, the metadata on the details page is for a different book, entitled "The Thomas Berryman number" by James Patterson: see *Figure 9*.



*Figure 9: The scan with identifier "thomasberrym00patt" has metadata for "The Thomas Berryman number" but is in fact a scan of Total Control by David Baldacci.*

30

91.  By way of another example, *Figure 10* shows a screenshot of a details page on the IA Site for identifier "isbn_9780439799256." The metadata is for the C.S. Lewis book entitled *The Lion, the Witch, and the Wardrobe*, but the scan is a copy of a different book, entitled *Measle and the Wrathmonk*. Because the C.S. Lewis book is a work in suit, IA produced a copy of the scan. I reviewed the scan and it is indeed a copy of *Measle and the Wrathmonk*. As with the James Patterson / David Baldacci example above, this example shows how IA's records can indicate that a scan of Book A is a scan of Book B, and thus deliver books inconsistent with its lending limits and lending counts.



*Figure 10: The cover shown on the IA Site for the book with identifier "isbn_9780439799256" does not match its metadata.*

92.  In addition to the foregoing, IA's metadata has excess ISBNs in the ISBN field, where IA sometimes has multiple different ISBNs for a single digitized copy of a print book.

93.  For instance, identifier "psiloveyou00aherx" is for the book *P.S. I Love You* by Cecelia Ahern. The scan is a copy of the paperback version, published in 2005, with the ISBN 0786890754. IA's metadata for that scan lists multiple different ISBNs, including both 0786890754 (the

31

paperback published in 2005) and 9781401300906. The ISBN 9781401300906 is a hardcover copy, published in 2004.

94. The identifier "isbn_9780316101691" is for the book *Middle School: The Worst Years of My Life* by James Patterson. The scan is a copy of the hardcover version, published in 2011, with the ISBN 9780316101875. IA's metadata for that scan lists multiple different ISBNs, including both 9780316101875 (the hardcover published in 2011) and 9780316101691 (a paperback copy, published in 2012 and the ISBN reflected in the identifier title).

95. Where there are excess ISBNs in the ISBN field, this results in confusion as to which of the ISBNs actually corresponds to the scan. In such situations, IA will have an unclear understanding as to the contents of its digital holdings; *i.e.*, IA will identify its scan as corresponding with any or all of the multiple ISBNs listed in the ISBN field. This is significant because, as discussed earlier, the process of increasing the concurrent lending limit for a scan depends on matching of ISBNs with the holdings of partner libraries.

**VIII. <u>Plaintiffs' Works</u>**

**A. Data and scan productions**

96. Plaintiffs attached as Exhibit A to the Complaint in this matter a numbered list of 127 WIS, providing for each a title, author, copyright registration number, and publisher.

97. IA subsequently identified to Plaintiffs hundreds of scans in its Book System responsive to requests for documents pertaining to the 127 WIS. For each of these scans it provided data in files with conventional formats known as CSV and JSON. The CSV files contain records of updates made to IA's files and metadata regarding a scan. IA refers to these records as the "catalog task history" for the scan. The JSON file provides a wide range of additional metadata about the scan.

98.  I matched the 127 WIS to the scans that IA produced in discovery from its Book System. The results of this matching process are provided in the Excel file named "Tabulation.xlsx" that I prepared with my reports. This is a comprehensive table that presents my association of scans with the WIS and various data derived from IA's JSON and CSV files.

99.  The Tabulation table contains 376 data rows reflecting the association of 371 distinct scans with 127 WIS. Due to its large number of columns, the Tabulation table is not well suited for printing or presentation in a document. Instead, I have attached to this declaration various exhibits that are based upon the Tabulation table, as described here and in the next section.

100. The first exhibit I present based on the Tabulation table is simply a list associating the WIS with scans. **Exhibit 1** (Exhibit T2 in my reports) is an association of the WIS to the scans provided by IA. For each WIS, the first three columns are from Exhibit A to the Complaint, and the next column lists the one or more matching scan identifier(s). From this, one can see that IA has one or two scans for some WIS and up to over 10 or 20 scans for others. The last two columns provide, in addition, information about the Contributor and Digitizing Sponsor. The Contributor is the person or entity that provided (and owns) the physical book being digitized. The Digitizing Sponsor is the person or entity who paid for the digitization.

### B. History of Internet Archive's Usage of Works-in-Suit

101. Based on the Tabulation table, I have prepared several exhibits reflecting IA's usage of the WIS. However, I note that the loan data from the CSV files are incomplete. According to the February 14, 2022 declaration of Brenton Cheng, a Senior Engineer at IA, these contain loan information from on or around March 2017 though on or around September 2, 2020 and exclude a few short durations ("generally less than a couple days") within this period. Also, I note that IA ceased lending the WIS scans in the period following Plaintiffs' filing the complaint in this matter

on June 1, 2020. Thus, the loan data that IA provided excludes data on any loans prior to March 2017 or after around early September 2020.

102. My exhibits reflecting IA's usage of WIS include the following:

103. **Exhibit 2** (Exhibit T3 in my reports) sets forth the maximum actual concurrent loans and the total loans for each Scan that matches with a WIS, from March 2017 to on or about Sept 2, 2020 (the earliest and latest loan dates, respectively, for which IA provided data). Data are divided into three periods: prior to 2019, 2019, and 2020. There is also a column that provides the overall number of loans. In Exhibit 2, the maximum actual concurrent loans data shows many instances in which IA provided a scan to more than one user at a time. By way of example, as to the book *Ship Breaker* by Paolo Bacigalupi (WIS # 4), while IA has only a single scan, IA provided 5 users with copies at a time in 2019. Moreover, IA provided up to 15 users at a time with copies in 2020.

104. **Exhibit 3** (Exhibit T5 in my reports) sets forth total loans for each WIS, during the period from March 2017 to on or about Sept 2, 2020 (the earliest and latest loan dates, respectively, for which IA provided data). As with the other exhibits, the loan data that IA provided does not include loans that occurred prior to March 2017 or after early September 2020. Numbers are obtained by summing across all scans that match that WIS, for all available data, with the number of such scans also specified. The lending totals vary by WIS, with some having 1,000 or more. The total number of loans of WIS is 46,307.

105. **Exhibit 4** (Exhibit T7 in my reports) sets forth the number of de-duplicated ISBNs and additions to maximum eligible concurrent loans for each scan that matches with a WIS. As with the other exhibits, the loan data that IA provided does not include loans that occurred prior to March 2017 or after early September 2020. Exhibit 4 is thus based on loan data only for the period roughly from March 2017 to early September 2020. In Exhibit 4, the additions to the maximum

34

eligible concurrent loans are due to data matches with collections of partner libraries in IA's Open Libraries initiative. The more ISBNs that IA associates with a single scan, the greater the opportunity that the scan has to match with ISBNs in partner collections. This exhibit shows how IA scales a single scan of a particular physical book in its possession into a much larger dissemination scheme that involves copies of that scan being provided to multiple users at a time. In an abundance of caution, following questions in my deposition that certain apparent partner library collections do not count toward increasing the maximum number of concurrent loans, I have prepared an alternative version of Exhibit 4, labelled as **Exhibit 4A** (an alternative version of Exhibit T7 in my reports), to exclude them. Specifically, this version excludes partner libraries lacking an "-ol" at the end of their collection name, as well as the collection named "stmaryscountylibrary-ol."

106. **Exhibit 5** (Exhibit T8 in my reports) sets forth Number of de-duplicated ISBNs and additions to maximum eligible concurrent loans for each WIS—obtained by summing across all Scans that match that WIS. Exhibit 5 is likewise based on loan data only for the period roughly from March 2017 to early September 2020. Exhibit 5 is a WIS-level view of Exhibit 4, summing over the scans comprising each WIS. This again shows the effect on availability of a work simply by having more scans of the work. Just as with Exhibit 4, I have prepared an alternative version of Exhibit 5, labelled as Exhibit 5A (an alternative version of Exhibit T8 in my reports), that excludes certain partner library collections.

107. **Exhibit 6** (Exhibit T9 in my reports) sets forth maximum actual concurrent loans, total loans, scan date, and inlibrary date, for each scan associated with a WIS, during the period from March 2017 to on or about Sept 2, 2020 (the earliest and latest loan dates, respectively, for which IA provided data). Exhibit 6 reveals the dates when the scans associated with the WIS were

scanned and put in the inlibrary collection for lending. All of the WIS were included in the inlibrary (i.e., "Books to Borrow") collection and the subject of loans. The two highest quarters of IA's scanning of WIS were Q4 2019 and Q1 2020.

### C. Additional Data Regarding Usage Patterns—General and of WIS

108. In the final few weeks before my report was due, IA provided two declarations dated January 31, 2022 and February 14, 2022 by Brenton Cheng (who, as mentioned above, is a Senior Engineer at IA) and produced associated data and source code. These materials contain information regarding, among other topics, usage activity of scans in general and usage activity of scans containing the WIS in particular.

### Download and Loan Counts Across the Contents of the inlibrary Collection

109. I have used the data to confirm how often loans involve downloads to EPUB or PDF. In making that calculation, I do not divide downloads by a figure that is the sum of 14-day and 1-hour loans. Instead, because PDF and EPUB downloads are available only for 14-day loans, a more meaningful is obtained by dividing the number of download attempts by the number of loans that permit such downloads; that is, the number of 14-day loans. In the table below, I present counts of each sort of event across the full date range for which IA produced data along with percentages with respect to 14-day loans. I find that the number of PDF and EPUB download attempts together is 62.8% of the number of 14-day loans. Separately, PDFs are 51.9% and EPUBs are 10.9%.

| | |
|---|---|
| 14-day loans | 13,793,385 |
| 1-hour loans | 31,437,549 |
| | |
| PDF download attempts | 7,154,753 |
| EPUB download attempts | 1,506,489 |
| | |

| | |
|---|---|
| PDF as % of 14-day loans | 51.9% |
| EPUB as % of 14-day loans | 10.9% |
| PDF and EPUB as % of 14-day loans | 62.8% |

**Loan Analytics Database Output for Works-in-Suit**

110. I have reviewed an Excel file that IA produced to Plaintiffs on January 31, 2022, and which, according to Mr. Cheng's description, contains output from a "Loan Analytics Database" reflecting events related to loans from April 25, 2020 onward of scans that IA associated with the WIS. In assessing this data, it is important to note that the loan data would pertain to loan events for only a limited period after April 25, 2020 because IA attempted to remove the WIS from its inlibrary collection shortly after Plaintiffs commenced this lawsuit on June 1, 2020.

111. Even for that limited period, the "Loan Analytics Database" contains data for at least one scan identifier for every WIS. The data indicates at least one download event ("access_pdf" or "access_epub") for every WIS except WIS #72 (*Legend* by Marie Lu) and WIS #73 (*Station Eleven*, by Emily St. John Mandel). These two WIS are unusual and may represent a breakdown in IA's recordkeeping or production of data as to these two WIS, in that the only events in the Loan Analytics Database for their scan identifiers are "expire" events dated May 22, 2020. These expire events consist of 34 for WIS #72 identifier legend00luma, and 212 total for WIS #73 identifiers stationeleven0000mand and stationelevennov0000mand. Based on the other data (62.8% of 14-day loans have a PDF or ePub download), the likelihood of 246 loans but with no engagement or downloading is extremely slim.

37

### D. The WIS are members of a much larger population of Plaintiffs' works that IA scanned and provides to users

112. The WIS consist of 127 works drawn from the catalogs of the four Plaintiffs. I was asked to assess how IA has copied and used books from Plaintiffs' broader "in-print" catalogs, which collectively consist of hundreds of thousands of items. To address this question, I studied the extent to which IA's inlibrary ("Books to Borrow") collection contains scans for works that the four Plaintiffs have in their catalogs in both print (hardcover or paperback) and electronic forms. For this project, I made use of catalogs for Hachette Book Group (67,550 items, HACHETTE0002576), HarperCollins Publishers (112,221 items, HC0003508), Penguin Random House (190,471 items, PRH0068115), and John Wiley & Sons (157,110 items, WILEY0011680). I understand that these in-print catalogs reflect items that the Plaintiffs currently make commercially available. Each item in the catalog has a distinct ISBN and represents the publication of a work in particular format. For example, a work (that is, a given title by a given author) available in one hardcover, one paperback, and one electronic format would have a distinct ISBN for each format and appear three times in the catalog.

113. To accomplish this analysis, I wrote and executed several programs to process Plaintiffs' catalogs, determine the availability of Plaintiffs' works for borrowing on the IA Site, and present the results. I first used a program that reads a publisher's catalog file and outputs, for each work for which the catalog contains entries for both physical (hardcover or paperback) and electronic copies, a line containing a type, either P (physical) or E (electronic) plus the item's ISBN, author, title, and publication date. I then used a second program that queries the IA Site to determine whether each of the physical and electronic ISBNs for the qualifying works is present in IA's Books to Borrow collection. I then used a third program to take these results and produce a report on the results of the lookups.

114. Below, I present the results for two publication date ranges: all available dates, and all dates through 2015. I chose 2015 because, as I described in an earlier section, IA's policy calls for it not to add to the inlibrary collection scans of books published in the past five years. Thus, in searching the inlibrary collection for works in the Plaintiffs' catalogs, it is to be expected that works published in 2016 or later will be absent.

115. Based on my analysis, I found that the following percentages of Plaintiffs' qualifying works were present in the IA's inlibrary "Books to Borrow" collection across all publication dates:

      f.   34.6% for Hachette Book Group

      g.   36.7% for HarperCollins

      h.   35.8% for Penguin Random House

      i.   15.5% for John Wiley & Sons

116. Based on my analysis, I found that the following percentages of Plaintiffs' qualifying works (titles in their catalogs in both print and electronic forms) were present in the IA Site's inlibrary "Books to Borrow" collection for all publication dates through 2015:

      j.   54.6 for Hachette Book Group

      k.   48.4% for Penguin Random House

      l.   21.3% for John Wiley & Sons

(I provide a percentage for HarperCollins titles only across all publication dates, as I did not have the publication dates for HarperCollins titles.)

117. In Table 1 below, I present these results with the underlying numbers on which they are based.

39

| | | | | | | |
|---|---|---|---|---|---|---|
| **Harper** | 7055 | 19205 | 36.7 | n/a | n/a | n/a |
| **Penguin** | 16496 | 46059 | 35.8 | 15746 | 32520 | 48.4 |
| **Wiley** | 4933 | 31870 | 15.5 | 4889 | 22985 | 21.3 |

118. As a supplement to the above analysis, I examined the dates on which IA created, found, per the preceding analysis, to be present the inlibrary collection and contained qualifying works from their catalogs. I used a program to obtain from the IA Site record (in JSON format) for each of the scans. I then used a program to extract the s plot their distribution for each publisher. Each of the figures below (*Figure 11 to Figu* the number of scans created by IA each month between mid 2009 and the present (F for the qualifying works in the indicated publisher's catalog. These figures reveal that of Plaintiffs' works to the inlibrary collection has increased substantially since the date of the Complaint in this matter.



*Figure 11: Distribution indicating the number of inlibrary scans made by IA each month of qualifying Hachette catalog. Post-Complaint: 2,993 total, with an average of 143/month over 21 months.*

A-293

40



*Figure 12: Distribution indicating the number of inlibrary scans made by IA each month of qualifyin Harper catalog. Post-Complaint: 4,171 total, with an average of 199/month over 21 months*



*Figure 13: Distribution indicating the number of inlibrary scans made by IA each month of qualifyin Penguin catalog. Post-Complaint: 9,558 total, with an average of 455/month over 21 months.*



*Figure 14: Distribution indicating the number of inlibrary scans made by IA each month of qualifyin Wiley catalog. Post-Complaint: 2,622 total, with an average of 125/month over 21 months.*

41

**IX.  IA's Response to Takedown Notices and the Complaint**

119. Plaintiffs or their representatives have sent copyright notices to IA identifying unauthorized copies of Plaintiffs' works to be removed. In my work on this matter, I reviewed IA's technical capabilities to receive and respond to such copyright notices, also known as takedown notices, and how IA's actions in response to notices compare to its capabilities.

120. When IA removes a scan from its in-library collection in response to a takedown notice, from a technical matter, it is done by employees with certain permissions (also referred to as "administrative privileges"). In taking action to remove or disable access to an alleged infringement, IA's employee accesses a web page associated with the scan named in the complaint called its "manage page." This page has, for a scan with identifier <id>, the address "https://archive.org/manage/<id>". A scan's manage page allows a person with administrative privileges to check a box or click a button to change various aspects of the scan's status. This is done using an interface that IA refers to as the "book dashboard."

121. The administrative interface that IA calls "ROMM"—standing for Revenge of MetaManager—which also is known as the book dashboard, allows for addressing a single identifier or multiple scan identifiers and applying tasks. That tool also allows the user to search by publisher name, author name or other fields and then to apply tasks against the results. In past years, an IA employee would need to edit the scan's metadata via an "edit XML page", with XML being the format in which the metadata are maintained. But it is no longer necessary to manually edit metadata fields on the XML page, because an IA employee can now use the book dashboard to effect the change. The book dashboard is accessed via a scan's manage page.

122. I have observed that, as to copyright notices IA received before the lawsuit, IA failed to remove or disable access to certain of the alleged infringements cited in those notices, both for WIS and for other works. I have observed this based on a review of certain takedown notices

produced in this case, my use of the IA Site, and the work of Tracy Offner, as described in her Declaration dated February 7, 2022 ("Offner Decl.").

123. One of the WIS is the book *Franny & Zooey* by J.D. Salinger. The identifier "frannyzooey00saliric" corresponds to that book, and it was listed (including by identifier) in copyright notices sent to IA on July 5, 2018 and November 9, 2018. Even though it appeared in those two prior notices, IA did not remove or disable access to its scanned copy. Just before commencing this lawsuit, IA's scanned copy of *Franny & Zooey* by J.D. Salinger, with the same identifier, "frannyzooey00saliric," remained available for download, and was indeed downloaded, from IA's "inlibrary" collection. *See* Offner Decl. ¶ 118.

124. Another WIS is *The Mysterious Benedict Society* by Trenton Lee Stewart. The identifier "mysteriousbenedi00stew" corresponds to that book, and it was listed (including by identifier) in 35 copyright notices sent to IA between March 26, 2018 and May 22, 2018. Nonetheless, IA did not remove or disable access to its scanned copy. Just before Plaintiffs commenced this lawsuit, IA's scanned copy of *The Mysterious Benedict Society* by Trenton Lee Stewart, with the identifier "mysteriousbenedi00stew," was available for download, and was indeed downloaded, from IA's "inlibrary" collection. *See* Offner Decl. ¶ 129.

125. One of the WIS is *The Mysterious Benedict Society and the Perilous Journey* by Trenton Lee Stewart. The identifier "mysteriousbenedi00stew_0" corresponds to the book, and it was listed (including by identifier) in 36 copyright notices between March 26, 2018 and May 22, 2020. Nonetheless, IA did not remove or disable access to its scanned copy. Just before Plaintiffs commenced this lawsuit, IA's scanned copy of *The Mysterious Benedict Society and the Perilous Journey* by Trenton Lee Stewart, with the identifier "mysteriousbenedi00stew_0," remained

available for download, and was indeed downloaded, from IA's "inlibrary" collection. *See* Offner Decl. ¶ 131.

126. WIS also include the following books written by author James Patterson: (a) *I Funny: A Middle School Story*; (b) *Invisible*; and (c) *Middle School: The Worst Years of My Life*. On April 13, 2020, Hachette emailed IA requesting that it remove or disable access to all James Patterson books. IA responded on April 14, 2020 acknowledging the email and confirming a good faith effort to identify and disable lending access for James Patterson books. Nonetheless, the following WIS remained available for download, and were indeed downloaded, from Defendant's "inlibrary" collection on May 20-21, 2020:

   i. *I Funny: A Middle School Story* by James Patterson, with the identifier "ifunny0000patt_w7e5."

   ii. *I Funny: A Middle School Story* by James Patterson, with the identifier "ifunny0000patt."

   iii. *Invisible* by James Patterson and David Ellis, with the identifier isbn_9780316405348."

   iv. *Middle School: The Worst Years of My Life* by James Patterson, with the identifier "isbn_9780316101691."

   v. *Middle School: The Worst Years of My Life* by James Patterson, with the identifier "middleschoolwors0000patt."

   *See* Offner Decl. ¶ 126.

127. Besides works specifically listed in the Complaint, IA failed to remove or disable access to other works that were cited, including by identifier, in numerous copyright notices. Below are some examples, involving authors who have at least one title specifically listed in the Complaint.

128. The URL http://archive.org/details/treasureworthsee00brow corresponds to the book *A Treasure Worth Seeking* by Sandra Brown. The identifier "treasureworthsee00brow" was subject

to 79 take down notices from January 23, 2018 to May 22, 2018. I confirmed that, as of February 22, 2022, the book was available to borrow via the "inlibrary" collection.

129. The URL https://archive.org/details/temptationskiss00sand corresponds to the book *Temptation's Kiss* by Sandra Brown. The identifier "temptationskiss00sand" was subject to 88 take down notices from December 29, 2017 to May 22, 2018. I confirmed that, as of February 22, 2022, the book was available to borrow via the "inlibrary" collection.

130. The URL http://archive.org/details/slowheatinheaven00sand corresponds to the book *Slow Heat in Heaven* by Sandra Brown. The identifier "slowheatinheaven00sand" was subject to 92 take down notices from December 15, 2017 to May 22, 2018. I confirmed that, as of February 22, 2022, the book was available to borrow via the "inlibrary" collection

131. The URL http://archive.org/details/rosiedunne00aher corresponds to the book *Rosie Dunne* by Cecelia Ahern. The identifier "rosiedunne00aher" was subject to 75 take down notices from January 29, 2018 to May 22, 2018. I confirmed that, as of February 22, 2022, the book was available to borrow via the "inlibrary" collection.

132. By way of further example, on April 6, 2020, Hachette sent IA a request to remove all works for author Jonathan Safran Foer. Table 2 lists those that appear in the inlibrary collection as of February 19, 2022:

*Table 2: Copies of books by Jonathan Safran Foer in the IA inlibrary collection as of February 19, 2022.*

| | Title | Author |
|---|---|---|
| https://archive.org/details/everythingisillu0000foer | Everything is Illuminated | Jonathan Safran Foer |
| https://archive.org/details/hereiam0000foer_h8m6 | Here I Am | Jonathan Safran Foer |
| https://archive.org/details/extremelyloudinc0000foer_h8a2 | Extremely Loud & Incredibly Close | Jonathan Safran Foer |
| https://archive.org/details/everythingisillu0000foer_k5a0 | Everything is Illuminated | Jonathan Safran Foer |
| https://archive.org/details/extremelyloudinc0000foer_u8u5 | Extremely Loud & Incredibly Close | Jonathan Safran Foer |
| https://archive.org/details/everythingisillu0000foer_p5l2 | Everything is Illuminated | Jonathan Safran Foer |
| https://archive.org/details/hereiam0000foer_t0u7 | Here I Am | Jonathan Safran Foer |
| https://archive.org/details/hereiam0000foer_u9e5 | Here I Am | Jonathan Safran Foer |

45

133. On July 23, 2014, Plaintiff Penguin Random House ("PRH") emailed its catalog to IA in an Excel spreadsheet, demanding that IA remove "[u]nauthorized, scanned versions of Penguin Random House titles being lent to patrons... immediately." The email added that the "attached file includes both print and eBook isbn for all Random House titles, and print isbns (only) for Penguin titles. It includes close to 60,000 unique isbns. Please let us know the time frame in which we can expect these titles to be removed, and if you need anything additional from us to facilitate this process."

134. I assessed whether scanned copies of the books listed in PRH's catalog, as provided to IA in July 2014, were in IA's inlibrary collection at the time of my analysis in 2022. I did this by querying the IA Site for availability in the inlibrary collection of the books listed in that spreadsheet. Of the 58,754 ISBNs listed in the July 2014 PRH catalog, 35,413 (60.3%) remain in PRH's current commercial catalog, and 23,341 (39.7%) do not. Looking at what fraction of these books are to be found in IA's inlibrary collection, I determined that the inlibrary collection contained:

- 47.1% (16,681[1] of 35,413) of the 2014 catalog books that are in the current catalog;

- 48.7% (11,366 of 23,341) of the 2014 catalog books that are not in the current catalog; and

- 47.7% (28,047 of 58,754) of all 2014 catalog books.

135. Based on the observations above, I conclude that IA's actions with respect to copyright notices have been fallen short of its technical capabilities.

---

[1] I note that 12,318 of these 16,681 works are "qualifying works" in the sense used in this report, i.e., works for which there is both a physical and electronic ISBN in the PRH catalog.

46

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed in Chicago, Illinois this 29th day of June 2022

_____
Dr. Ian Foster

# Appendix A

# Ian T Foster

Data Science and Learning Division
Argonne National Laboratory
Lemont, IL 60439-4843
Tel: (630) 252-4619
foster@anl.gov

Department of Computer Science
University of Chicago
Chicago, Illinois 60637
(773) 702 3487
foster@uchicago.edu

## Education

| | |
|---|---|
| 1988 | Doctor of Philosophy, Computer Science, Imperial College, University of London, United Kingdom. Advisor: Prof. Keith Clark. |
| 1979 | Bachelor of Science, 1st class honors, Computer Science, University of Canterbury, New Zealand |

## Current Positions

| | |
|---|---|
| 2021- | INRIA International Chair, Grenoble, France |
| 2018- | Director, Data Science and Learning Division, Argonne National Laboratory (ANL) |
| 2014- | Fellow, Institute for Molecular Engineering, University of Chicago (UC) |
| 2010- | Argonne Distinguished Fellow, ANL |
| 2004- | Arthur Holly Compton Distinguished Service Professor, UC |
| 1998- | Senior Scientist, ANL |

## Other Professional Experience

| | |
|---|---|
| 2007-16 | Senior Fellow, Institute on Genomic and Systems Biology, ANL and UC |
| 2006-16 | Director, Computation Institute, ANL and UC |
| 2000-09 | Associate Director, Mathematics and Computer Science Division, ANL |
| 2000-04 | Professor, Department of Computer Science, UC |
| 1998-2017 | Senior Fellow, Computation Institute, ANL and UC |
| 1992-98 | Scientist, Mathematics and Computer Science Division, ANL |
| 1996-99 | Associate Professor, Department of Computer Science, UC |
| 1991-92 | Assistant Scientist, Mathematics and Computer Science Division, ANL |
| 1989-90 | Postdoctoral Fellow, Mathematics and Computer Science Division, ANL |
| 1985-88 | Research Associate, Department of Computing, Imperial College |
| 1983-84 | Technical Consultant, BRS Europe |
| 1980-82 | Professional sailor, Pacific, Caribbean, Atlantic |

## Honors

| | |
|---|---|
| 2020 | DOE Office of Science Distinguished Scientists Fellow |
| 2020 | IEEE-CS Goode Award |
| 2019 | Best Paper, SC'19 Supercomputing Conference |
| 2019 | IEEE-CS Charles Babbage Award |
| 2018 | R&D 100 Award for Swift |
| 2018 | Best Paper, International Conference on Machine Learning for Networking |
| 2018 | Best Paper, TridentCom 2018 |
| 2017 | Euro-Par Achievement Award |
| 2016 | Best Paper Award, 18th IEEE Intl Conf on High Performance Computing and Comms |
| 2016 | Best Paper Award, 12th International Conference on eScience |
| 2016 | Distinguished Carl Adam Petri Lecture |
| 2014 | IEEE TCSC Award for Excellence in Scalable Computing |
| 2012 | Inaugural ACM High Perf. Distributed Computing Lifetime Achievement Award |

| | |
|---|---|
| 2012 | Technologist of the Year, Illinois Technology Association |
| 2011 | R&D 100 Award for Globus Online |
| 2011 | IEEE Tsutomu Kanai Award |
| 2011 | Best Paper Award, IEEE International Conference on Services Computing |
| 2009 | DSc (Honoris Causi), Research and Advanced Studies Center of the National Polytechnic Institute of Mexico (CINVESTAV), Mexico |
| 2009 | Fellow, Association for Computing Machinery |
| 2009 | WORLDCOMP Outstanding Achievement Award |
| 2008 | Professor Jean-Claude Healy Distinguished Lecture |
| 2007 | Data Analysis Challenge Award, SC07 |
| 2006 | GridWorld "Industry Leadership Award" |
| 2005 | Network World's 50 Most Powerful People in Networking |
| 2005 | D.Sc (Honoris Causi), University of Canterbury, New Zealand |
| 2003, 04 | Silicon.com Top 50 Agenda Setter |
| 2003 | Fellow, American Association for the Advancement of Science |
| 2003 | R&D Magazine Innovator of the Year |
| 2003 | Illinois Innovation Award |
| 2003 | InfoWorld Innovator |
| 2003 | MIT Technology Review, one of "Ten Technologies That Will Change the World" |
| 2003 | University of Chicago Distinguished Service Award |
| 2002 | Federal Laboratory Consortium Technology Transfer Award |
| 2002 | Lovelace Medal |
| 2002 | Fellow, British Computer Society |
| 2002 | R&D100 "Most Promising New Technology" Award |
| 2002 | R&D 100 Award for Globus Toolkit |
| 2001 | Gordon Bell Award |
| 1997 | Global Information Infrastructure "Next Generation" Award |
| 1995 | Best Paper Award, Supercomputing Conference |
| 1989 | British Computer Society Award for Technical Innovation |

## Personal Data

U.S citizen, New Zealand citizen.

Languages: English (native), French (rusty)

## Research

Throughout his career, Foster has pioneered new approaches to the use of distributed computing for accelerating scientific discovery, both within supercomputers and over networks. He has repeatedly proposed out-of-the-box ideas that proved transformative for computer science and DOE: ideas such as large-scale task-parallel programming, on-demand distributed computations ("grid computing"), virtual organizations, universal data transfer and trust fabrics, and cloud management services for data-intensive science.

High-level task parallelism: Parallelism has long meant, primarily, data parallelism and low-level message passing. Recognizing that many interesting task-parallel computations were difficult to realize with such tools, Foster developed new programming methods that eased the specification of interacting tasks, enabled composition of existing programs, used deterministic constructs to avoid race conditions, and scaled to large distributed and parallel computer systems. Tools such as Strand, Virtual Data Language, Swift, and most recently, Parsl have been used to develop pioneering implementations of task-parallel program structures—in areas as diverse instrument data analysis pipelines, large model intercomparisons, and hyper-parameter optimization—that

today are mainstream. Foster is exploring related problems within the exascale Codesign center for Online Data Analysis and Reduction project.

Grid computing: Noting the opportunities offered by high-speed networks in the 1990s, Foster ith colleagues Carl Kesselman and Steven Tuecke launched an effort to create a unifying fabric of protocols, software, and policies for remote and coordinated use of computers, data, instruments, and software, regardless of location: what came to be known as *grid computing*. (The idea was that one could request computing when needed, much like plugging into an electrical socket: a radical concept at the time, but now routine thanks to commercial clouds.) The realization of this vision required new methods for resource description and discovery; authentication, authorization, and delegation of authority; reliable, efficient data movement; distributed computation management; distributed system monitoring; and replication and indexing of distributed data. That work led to numerous technical advances, innovative applications, and improvements in scientific infrastructure. For example, the climate community uses these methods to distribute climate data used in IPCC assessments, and the HEP community to aggregate hundreds of thousands of CPUs contributed by hundreds of LHC participants worldwide. Data transfer, security, and workflow management methods developed in this work underpin the data infrastructure used by many science projects worldwide.

Cloud services for data-intensive science: Foster realized that the emergence of commercial ("public") cloud services offered exciting opportunities to rethink research infrastructure, in particular by offloading responsibility for previously manual processes to cloud-hosted services. The resulting Globus service provides managed identity management, data transfer and replication, data sharing, data publication, and other services to the research community. As of early 2020, Globus is used at 13 national laboratories and more than 1,000 institutions, has 250,000 registered users, and has been used to transfer more than 100 billion files and 1 exabyte. Globus has become an essential data infrastructure element at national computing and experimental facilities and within many science projects.

Network dynamics: Foster's interest in how networks are used has led to pioneering studies of the structure and dynamics of peer-to-peer networks; data replication and discovery strategies in distributed systems; innovation networks in science; the behavior of network protocols in low-loss networks; and behaviors within modern science networks.

Scientific applications: Foster has also made important contributions via the development of computational methods and infrastructures in climate science, biomedical science, x-ray imaging, materials science, and other fields.

## Collaboration and Communication

Foster has conceived of and led numerous successful intralab, multilab, US, and international projects, from early grid initiatives to recent collaborations in network modeling and exascale co-design. He has worked with hundreds of scientists and engineers at national laboratories to advance science and infrastructure: for example, with HEP scientists on the creation and application of the computing infrastructure for the LHC; with climate scientists on parallel climate models and, later, the Earth System Grid; with materials scientists on online analysis for light sources; and with computational scientists on innovative distributed computing applications and technologies.

Foster is a tireless communicator and proponent of computational methods for science in his speaking and writing. His eight books have all been influential. For example, his 1994 text, *Designing and Building Parallel Programs*, the first book published on the web, has introduced

many to parallel programming; his 1998 and 2003 books on grid computing, with Carl Kesselman, defined a research agenda for a large community; and his 2016 book on *Big Data and Social Science* communicated advanced data science methods developed within DOE and elsewhere to government statistical agencies.

## Selected Professional Activities

<u>Chair/Organizer</u>: ParCo (2019), IEEE Cloud (2016, 2017), CCGrid (2014), eScience (2012), NSF Workshop on Building Effective Virtual Organizations (2008), NSF Workshop on Virtual Organization Research (2007), International Provenance and Annotation Workshop (2006),Workshop on Data Annotation and Provenance (2002), IEEE International Symposium On High-Performance Distributed Computing (1998, 2000, 2001), IEEE Symposium on the Frontiers of Massively Parallel Computation (1999), DARPA/DOE/NASA/DOE Computational Grids Workshop (1997), DARPA/NSF Workshop on Performance (1996), DOE DP/ER Workshop on Public Key Infrastructure (1996), Interagency Workshop on the Peta ops Software Model (1996), Interagency Summer School on Petaops Software (1996), DOE DP/ER Workshop on Future Security Research (1995), 4th PDEs on the Sphere Conference (1994), Workshop on Parallel Algorithms for Semi-Lagrangian Transport (1994), NSF Workshop on High Performance Computing and Communications and Health Care (1994), Workshop on Task Parallelism in Fortran (1994).

<u>Member</u>: Computing Community Consortium (2018-), SLAC Board of Overseers (2017-2020); New Zealand National eScience Infrastructure Study Group (2015-); BESAC Subcommittee on Challenges at the Frontiers of Matter and Energy (2015); National Data Service Consortium Executive Committee (2015-); Joint DOE ASCAC/BERAC Subcommittee on Computational and Informational Technology Rate Limiters to the Advancement of Climate Change Science (2007); DOE ASCAC Subcommittee on the Role of Networking and Networking Research within the Office of Science (2007-2008); Open Grid Forum Advisory Committee (2002-2007), NSF Linked Environments for Atmospheric Discovery (LEAD) project External Advisory Committee (2003-2007); Canadian HPC Advisory Committee (2002-2003), IBM Autonomic Computing Council (2002-2003), Editorial Board, IEEE Internet Computing (since 2002), IIT Computer Science Advisory Board (2002-2004), UK eScience Technical Advisory Group (2001-2004), EU DataGrid Architecture Board (2001-2004), NSF CISE Advisory Committee, Subcommittee on Middleware (2000-2001); Editorial Board, IEEE Trans. on Parallel and Distributed Systems (1997-2002); Middleware Working Group, Next Generation Internet Symposium (1997); Advisory committee, IBM International Conference On Parallel Computing; Information Architecture Committee, Supercomputing '95; Advisory Panel, International Conference on High Performance Computing (1995-2000); Technical Steering Committee, NSF Center for Research on Parallel Computation (1992-2001); CHAMMP Science Team (1992-2001); Editorial Board, IEEE Parallel and Distributed Technology (1992-2001).

## Books

1. **Big Data and Social Science**, I Foster, R Ghani, R Jarmin, F Kreuter, J Lane, eds., Taylor and Francis. Second edition, 2020.
2. **Parallel Computing: Technology Trends**, I Foster, G Joubert, L Kučera, eds., IOS Press, 2020.
3. **Cloud Computing for Science and Engineering**, I Foster and Dennis Gannon, CRC Press and at https://cloud4scieng.org, 2017.
4. **Big Data and Social Science**, I Foster, R Ghani, R Jarmin, F Kreuter, J Lane, eds., Taylor and Francis, 2016.

5. **Transition of HPC towards Exascale Computing**, E D'Hollander, J Dongarra, I Foster, L Grandinetti, G Joubert, eds. IOS Press, 2013.

6. **The Grid: Blueprint for a New Computing Infrastructure, 2nd Edition**, I Foster and C Kesselman, eds., Morgan-Kaufmann, 2004.

7. **Sourcebook of Parallel Computing**, J Dongarra, I Foster, W Gropp, K Kennedy, L Torczon, A White, eds., Morgan-Kaufman, 2002.

8. **The Grid: Blueprint for a New Computing Infrastructure**, I Foster and C Kesselman, eds., Morgan-Kaufmann, 1999.

9. **Designing and Building Parallel Programs: Concepts and Tools for Parallel Software Engineering**, I Foster, Addison-Wesley and at http://www.mcs.anl.gov/dbpp/, 1995.

10. **Strand: New Concepts in Parallel Programming**, I Foster, S Taylor, Prentice-Hall, 1990.

11. **Systems Programming in Parallel Logic Languages**, I Foster, Prentice-Hall, 1989.

## Journal Articles and Book Chapters (see scholar.google.com for latest)

12. "Productive parallel programming with Parsl," K Chard, Y Babuji, A Woodard, B Clifford, Z Li, M Hategan, I Foster, M Wilde, D Katz, **ACM SIGAda Ada Letters**, 40(2):73-75, 2021.

13. "Online data analysis and reduction: An important co-design motif for extreme-scale computers," I Foster, M Ainsworth, J Bessac, F Cappello, J Choi, S Di, Z Di, A Gok, H Guo, K Huck, XXX, **The International Journal of High Performance Computing Applications**, 2021.

14. "The Exascale Framework for High Fidelity coupled Simulations (EFFIS): Enabling whole device modeling in fusion science," E Suchyta, S Klasky, N Podhorszki, M Wolf, A Adesoji, Abolaji, C Chang, J Choi, J Dominski, S Ethier, XXX., **The International Journal of High Performance Computing Applications**, 2021.

15. "Cyberinfrastructure and system software for online analysis of large-scale data: Challenges and design choices," R Kettimuthu, Z Liu, T Bicer, I Foster, **Handbook on Big Data and Machine Learning in the Physical Sciences: Volume 2. Advanced Analysis Solutions for Leading Experimental Techniques**,333-360, 2020.

16. "End-to-end online performance data capture and analysis for scientific workflows," G Papadimitriou, C Wang, K Vahi, R da Silva, A Mandal, Z Liu, R Mayani, M Rynge, M Kiran, V Lynch, **Future Generation Computer Systems**, 117:387-400, 2021.

17. "Fast and accurate learned multiresolution dynamical downscaling for precipitation," J Wang, Z Liu, I Foster, W Chang, R Kettimuthu, V Kotamarthi, **Geoscientific Model Development Discussions**, 1-24, 2021

18. "Enabling deeper learning on big data for materials informatics applications," D Jha, V Gupta, L Ward, Z Yang, C Wolverton, I Foster, W Liao, A Choudhary, A Agrawal, **Scientific Reports**, 11(1): 1-12, 2021.

19. "Automated development of molten salt machine learning potentials: Application to LiCl," G Sivaraman, J Guo, L Ward, N Hoyt, M Williamson, I Foster, C Benmore, N Jackson, **The Journal of Physical Chemistry Letters**, 12(17):4278-4285, 2021.

20. "Graph-based approaches for predicting solvation energy in multiple solvents: Open datasets and machine learning models," L Ward, N Dandu, B Blaiszik, B Narayanan, R Assary, P Redfern, I. Foster, L Curtiss, **The Journal of Physical Chemistry A**, 2021.

21. "Design and evaluation of a simple data interface for efficient data transfer across diverse storage," Z Liu, R Kettimuthu, J Chung, R Ananthakrishnan, M Link, I Foster **ACM Transactions on Modeling and Performance Evaluation of Computing Systems**, 1(6):1-25, 2021.

22. "2′-O methylation of RNA cap in SARS-CoV-2 captured by serial crystallography," M Wilamowski, D Sherrell, G Minasov, Y Kim, L Shuvalova, A Lavens, R Chard, N Maltseva, R Jedrzejczak, M Rosas-Lemus, N Saint, I Foster, K Michalska, K Satchell, A Joachimiak **Proceedings of the National Academy of Sciences**, 118(21), 2021.

23. "Translating the grid: How a translational approach shaped the development of grid computing," I Foster, C Kesselman, **Journal of Computational Science**, 52, 2021.

24. "Prevalence of inherited mutations in breast cancer predisposition genes among women in Uganda and Cameroon," B Adedokun, Y Zheng, P Ndom, A Gakwaya, T Makumbi, A Zhou, T Yoshimatsu, A Rodriguez, R Madduri, I Foster, A Sallam, O Olopade, D Huo, **Cancer Epidemiology and Prevention Biomarkers**, 29(2):359-367, 2020.

25. "Quantum-Chemically Informed Machine Learning: Prediction of Energies of Organic Molecules with 10 to 14 Non-hydrogen Atoms," N Dandu, L Ward, R Assary, P Redfern, B Narayanan, I Foster, L Curtiss, **The Journal of Physical Chemistry A**, 124(28):5804-5811, 2020.

26. "Crowd-Sourced Data and Analysis Tools for Advancing the Chemical Vapor Deposition of Graphene: Implications for Manufacturing," J Schiller, R Santamaria, A Shah, M Surana, K Zhang, M Robertson, K Miller, K Cruse, K Liu, B Seong, C Seol, I Foster, B Blaiszik, B Galewsky, D Adams, D Katz, P Ferreira, E Ertekin, S Tawfick, **ACS Applied Nano Materials**, 2020.

27. "DLHub: Simplifying publication, discovery, and use of machine learning models in science," Z Li, R Chard, L Ward, K Chard, T Skluzacek, Y Babuji, A Woodard, S Tuecke, B Blaiszik, M Franklin, I Foster, **Journal of Parallel and Distributed Computing**, 2020.

28. "TomoGAN: Low-dose synchrotron x-ray tomography with generative adversarial networks," Z Liu, T Bicer, R Kettimuthu, D Gursoy, F De Carlo, I Foster, **JOSA A**, 37(3), 422-434, 2020.

29. "A regional nuclear conflict would compromise global food security," J Jägermeyr, A Robock, J Elliott, C Müller, L Xia, N Khabarov, C Folberth, E Schmid, W Liu, F Zabel, S Rabin, M Puma, A Heslin, J Franke, I Foster, S Asseng, C Bardeen, O Toon, C Rosenzweig, **Proceedings of the National Academy of Sciences**, 117(13), 7071-7081, 2020.

30. "Exascale applications: Skin in the game," F Alexander, A Almgren, J Bell, A Bhattacharjee, J Chen, P Colella, D Daniel, J DeSlippe, L Diachin, E Draeger, A Dubey, T Dunning, T Evans, I Foster, M Francois, T Germann, M Gordon, S Habib, M Halappanavar, S Hamilton, W Hart, Z Huang, A Hungerford, D Kasen, P Kent,T Kolev, D Kothe, A Kronfeld, Y Luo, P Mackenzie, D McCallen, B Messer, S Mniszewski, C Oehmen, A Perazzo, D Perez, D Richards, W J Rider, R Rieben, K Roche, A Siegel, M Sprague, C Steefel, R Stevens, M Syamlal, M Taylor, J Turner, J-L Vay, A Voter, T Windus, K Yelick, **Philosophical Transactions of the Royal Society A**, 378(2166), 20190056, 2020.

31. "Atlas of Transcription Factor Binding Sites from ENCODE DNase Hypersensitivity Data Across 27 Tissue Types," C Funk, A Casella, S Jung, M Richards, A Rodriguez, P Shannon, R Donovan-Maiye, B Heavner, K Chard, Y Xiao, G Glusman, N Ertekin-Taner, T Golde, A Toga, L Hood, J Van Horn, C Kesselman, I Foster, R Madduri, N Price, S Ament, **Cell Reports** 32(7), 108029, 2020.

32. "Using the FACE-IT portal and workflow engine for operational food quality prediction and assessment: An application to mussel farms monitoring in the Bay of Napoli, Italy," R Montella, A Brizius, D Di Luccio, C Porter, J Elliot, R Madduri, D Kelly, I Foster, **Future Generation Computer Systems**, 110:453-467, 2018.

33. "A data ecosystem to support machine learning in materials science," B Blaiszik, L Ward, M Schwarting, J Gaff, R Chard, D Pike, K Chard, I Foster, **MRS Communications**, 9(4):1125-1133, 2019.

34. "Machine learning prediction of accurate atomization energies of organic molecules from low-fidelity quantum chemical calculations," L Ward, B Blaiszik, I Foster, R Assary, B Narayanan, L Curtiss, **MRS Communications**, 9(3):891-899, 2019.

35. "HACC cosmological simulations: First data release," K Heitmann, T Uram, H Finkel, N Frontiere, S Habib, A Pope, E Rangel, J Hollowed, D Korytov, P Larsen, B Allen, K Chard, I Foster, **The Astrophysical Journal Supplement Series**, 244(1):17, 2019.

36. "Virtual Excited State Reference for the Discovery of Electronic Materials Database: An Open-Access Resource for Ground and Excited State Properties of Organic Molecules." B Abreha, S Agarwal, I Foster, B Blaiszik, S Lopez, **The Journal of Physical Chemistry Letters** 10(21): 6835-6841, 2019.

37. "Jetstream: A novel cloud system for science," C Stewart, D Hancock, T Miller, J Fischer, L Liming, G Turner, J Lowe, S Gregory, E Skidmore, M Vaughn, D Stanzione, N Merchant, I Foster, J Taylor, P Rad, V Brendel, A Gfan, M Packard, T Miller, W Snapp-Childs, **Contemporary High Performance Computing**, 189-222, 2019.

38. "Reproducible big data science: A case study in continuous FAIRness," R Madduri, K Chard, M D'Arcy, S Jung, A Rodriguez, D Sulakhe, E Deutsch, C Funk, B Heavner, M Richards, P Shannon, G Glusman, N Price, C Kesselman, I Foster, **PLoS One**, 14(4), e0213013, 2019.

39. "Workflow-based automatic processing for Internet of Floating Things crowdsourced data," R Montella, D Di Luccio, L Marcellino, A Galletti, S Kosta, G Giunta, I Foster, **Future Generation Computer Systems** 94, 103-119, 2019.

40. "Toward a smart data transfer node," Z Liu, R Kettimuthu, I Foster, P Beckman, **Future Generation Computer Systems** 89, 10-18, 2018.

41. "Transferring a petabyte in a day," R Kettimuthu, Z Liu, D Wheeler, I Foster, K Heitmann, F Cappello, **Future Generation Computer Systems** 88, 191-198, 2018.

42. "Matminer: An open source toolkit for materials data mining," L Ward, A Dunn, A Faghaninia, NER Zimmermann, S Bajaj, Q Wang, I Foster, **Computational Materials Science** 152, 60-69, 2018.

43. "Strategies for accelerating the adoption of materials informatics," L Ward, M Aykol, B Blaiszik, I Foster, B Meredig, J Saal, S Suram, **MRS Bulletin** 43 (9), 683-689, 2018.

44. "BioWorkbench: A high-performance framework for managing and analyzing bioinformatics experiments," M Mondelli, T Magalhães, G. Loss, M Wilde, I Foster, M Mattoso, D Katz, **PeerJ** 6:e5551, 2018.

45. "Bridging the gap between peak and average loads on science networks," S Nickolay, E.S Jung, R Kettimuthu, I Foster, **Future Generation Computer Systems** 79, 169-179, 2018.

46. "Advance reservation access control using software-defined networking and tokens," J Chung, ES Jung, R Kettimuthu, N.S.V Rao, I Foster, R Clark, H Owen, **Future Generation Computer Systems** 79, 225-234, 2018.

47. "The Modern Research Data Portal: A design pattern for networked, data-intensive science," K Chard, E Dart, I Foster, D Shifflett, S Tuecke, J Williams, **PeerJ Computer Science**, e144, 2018.

48. "Research infrastructure for the safe analysis of sensitive data," I Foster, **The Annals of the American Academy of Political and Social Science**, 675(1), 2018.

49. "Characterizing agricultural impacts of recent large-scale US droughts and changing technology and management," J Elliott, M Glotter, A Ruane, K Boote, J Hatfield, J Jones, C Rosenzweig, L Smith, I Foster, **Agricultural Systems** 159:275-281, 2018.

50. "Trace: A high-throughput tomographic reconstruction engine for large-scale datasets," T Bicer, D Gursoy, V De Andrade, R Kettimuthu, W Scullin, F De Carlo, I Foster., **Advanced Structural and Chemical Imaging** 3(1):6, 2017.

51. "Globus Nexus: A platform-as-a-service provider of research identity, profile, and group management," K Chard, M Lidman, B McCollam, J Bryan, R Ananthakrishnan, S Tuecke, I Foster, **Future Generation Computer Systems**, 56:571-583, 2016.

52. "Cost-Aware Cloud Profiling, Prediction, and Provisioning as a Service," R Chard, K Chard, R Wolski, R Madduri, B Ng, K Bubendorfer, I Foster, **IEEE Cloud Computing** 4(4):48-59, 2017.

53. "Bridging the gap between peak and average loads on science networks," S Nickolay, E Jung, R Kettimuthu, I Foster, **Future Generation Computer Systems**, 2017.

54. "Machine learning algorithms for modeling groundwater level changes in agricultural regions of the US," S Sahoo, T Russo, J Elliott, I Foster, **Water Resources Research**, 2017.

55. "Advance reservation access control using software-defined networking and tokens," J Chung, E Jung, R Kettimuthu, N Rao, I Foster, R Clark, H Owen, **Future Generation Computer Systems**, 2017

A-308

56. "A hybrid human-computer approach to the extraction of scientific facts from the literature," R Tchoua, K Chard, D Audus, J Qin, J de Pablo, I Foster. **Procedia Computer Science** 80:386-397, 2016.

57. "Towards a new generation of agricultural system data, models and knowledge products: Information and communication technology," S Janssen, C Porter, A Moore, I Athanasiadis, I Foster, J Jones, J Antle. **Agricultural Systems**, 2016.

58. "Toward a new generation of agricultural system data, models, and knowledge products: State of agricultural systems science," J Jones, J Antle, B Basso, K Boote, R Conant, I Foster, H Godfray, et al. **Agricultural Systems**, 2016.

59. "Brief history of agricultural systems modeling," J Jones, J Antle, B Basso, K Boote, R Conant, I Foster, H Godfray, et al., **Agricultural Systems**, 2016.

60. "Blending Education and Polymer Science: Semiautomated Creation of a Thermodynamic Property Database." R Tchoua, J Qin, D Audus, K Chard, I Foster, J de Pablo. **Journal of Chemical Education** 93(9):1561-1568, 2016.

61. "Globus Nexus: A Platform-as-a-Service provider of research identity, profile, and group management," K Chard, M Lidman, B McCollam, J Bryan, R Ananthakrishnan, S Tuecke, I Foster, **Future Generation Computer Systems**, 56:571-583, 2016.

62. "Predictive Big Data Analytics: A Study of Parkinson's Disease Using Large, Complex, Heterogeneous, Incongruent, Multi-Source and Incomplete Observations," I Dinov, B Heavner, M Tang, G. Glusman, K Chard, M Darcy, R Madduri, et al. **PLoS ONE** 11(8):e0157077, 2016.

63. "The Materials Data Facility: Data services to advance materials science research," B Blaiszik, K Chard, J Pruyne, R Ananthakrishnan, S Tuecke, I Foster. **Journal of Materials** 68(8):2045-2052, 2016.

64. "Optimization of tomographic reconstruction workflows on geographically distributed resources," T Bicer, D Gürsoy, R Kettimuthu, F De Carlo, I Foster. **Journal of Synchrotron Radiation** 23:4, 2016.

65. "Integrative genomics analyses unveil downstream biological effectors of disease-specific polymorphisms buried in intergenic regions," H Li, I Achour, L Bastarache, J Berghout, V Gardeux, J Li, Y Lee, et al. **NPJ Genomic Medicine** 1:16006, 2016.

66. "Data publication with the structural biology data grid supports live analysis," P Meyer, S Socias, J Key, E Ransey, E Tjon, A Buschiazzo, et al. **Nature Communications** 7, 2016.

67. "Networking materials data: Accelerating discovery at an experimental facility," I Foster, R Ananthakrishnan, B Blaiszik, K Chard, R Osborn, S Tuecke, M Wilde, J Wozniak, **Big Data and High Performance Computing**, 2015.

68. "Globus platform-as-a-service for collaborative science applications," R Ananthakrishnan, K Chard, I Foster, S Tuecke, **Concurrency and Computation: Practice and Experience**, 27(2):290-305, 2015.

69. "Estimating graph distance and centrality on shared nothing architectures," A Balkir, H Oktay, I Foster, **Concurrency and Computation: Practice and Experience**, 27(14):3587-3613, 2015.

70. "A case study for cloud based high throughput analysis of NGS data using the Globus Genomics system," K Bhuvaneshwar, D Sulakhe, R Gauba, A Rodriguez, R Madduri, U. Dave, L Lacinski, I Foster, Y Gusev, S Madhavan, **Computational and Structural Biotechnology Journal,** 13:64-74, 2015.

71. "FACE-IT: A science gateway for food security research," R Montella, D Kelly, W Xiong, A Brizius, J Elliott, R Madduri, K Maheshwari, C Porter, P Vilter, M Wilde, M Zhang, I Foster, **Concurrency and Computation: Practice and Experience**, 27(16):4423-4436, 2015.

72. "The Globus Galaxies platform: Delivering science gateways as a service," R Madduri, K Chard, Chard, Ryan, L Lacinski, A Rodriguez, D Sulakhe, Kelly, David, Dave, Utpal, I Foster, **Concurrency and Computation: Practice and Experience,** 27(16):4344-4360, 2015.

73. "Zodiac: a comprehensive depiction of genetic interactions in cancer by integrating TCGA data," Y Zhu, Y Xu, D Helseth, K Gulukota, Kamalakar, Yang, Shengjie, L Pesce L, Mitra, Riten, Mueller,

Peter, Sengupta, Subhajit, Guo, Wentian. **Journal of the National Cancer Institute**, 107(8):djv129, 2015.

74. "Sharing and reproducing database applications," Q. Pham, S Thaler, T Malik, I Foster, B Glavic, **Journal of the VLDB Endowment**, 8(12):1988-1991, 2015.

75. "Big Biomedical data as the key resource for discovery science," A Toga, I Foster, C Kesselman, R Madduri, K Chard, E Deutsch, N Price, G. Glusman, B Heavner, I Dinov, **Journal of the American Medical Informatics Association**, 22,6,1126-1131, 2015.

76. "A community-oriented workflow reuse and recommendation technique," J Zhang, C Lee, P Votava, T Lee, R Nemani, I Foster, **International Journal of Business Process Integration and Management**, 7(3):197-212, 2015.

77. "Choosing experiments to accelerate collective discovery," A Rzhetsky, J Foster, I Foster, J Evans, **Proceedings of the National Academy of Sciences**, 112(47):14569-14574, 2015.

78. "Computer Architectures for Health Care and Biomedicine," J Silverstein, I Foster, In **Biomedical Informatics**, pp. 149-184, 2014.

79. "Special Issue for Emerging Computational Methods for the Life Sciences Workshop," J Qiu, I Foster, R Taylor, **Concurrency and Computation: Practice and Experience**, 26(4):851-853, 2014.

80. "The parallel system for integrating impact models and sectors (pSIMS)," J Elliott, D Kelly, J Chryssanthacopoulos, M Glotter, K Jhunjhnuwala, N Best, M Wilde, I Foster, **Environmental Modelling & Software**, 62:509-516, 2014.

81. "Emerging Computational Methods for the Life Sciences Workshop 2012," J Qiu, I Foster, C Goble, **Concurrency and Computation: Practice and Experience**, 26(6):1231-1233, 2014.

82. "Experiences building Globus Genomics: a next-generation sequencing analysis service using Galaxy, Globus, and Amazon Web Services," R Madduri, D Sulakhe, L Lacinski, B Liu, A Rodriguez, K Chard, U. Dave, I Foster, **Concurrency and Computation: Practice and Experience**, 26(13):2266-2279, 2014.

83. "Constraints and potentials of future irrigation water availability on agricultural production under climate change," J Elliott, D Deryng, C Mueller, K Frieler, M Konzmann, D Gerten, M Glotter, M Florke, Y Wada, N Best, **Proceedings of the National Academy of Sciences**, 111(9):3239-3244, 2014.

84. "A spatial modeling framework to evaluate domestic biofuel-induced potential land use changes and emissions," J Elliott, Sharma, Bhavna, N Best, M Glotter, J Dunn, I Foster, F Miguez, S Mueller, M Wang, **Environmental Science & Technology**, 48,4,2488-2496, 2014.

85. "Consensus Genotyper for Exome Sequencing (CGES): improving the quality of exome variant genotypes," V Trubetskoy, A Rodriguez, U. Dave, N Campbell, E Crawford, E Cook, J Sutcliffe, I Foster, R Madduri, N Cox, **Bioinformatics**, btu591, 2014.

86. "Supercomputing for the parallelization of whole genome analysis," M Puckelwartz, L Pesce, V Nelakuditi, L Dellefave-Castillo, J Golbus, S Day, T Cappola, G. Dorn, I Foster, E McNally, **Bioinformatics**, 30(11):1508-1513, 2014.

87. "Evaluating the utility of dynamical downscaling in agricultural impacts projections," M Glotter, J Elliott, D McInerney, N Best, I Foster, E Moyer, **Proceedings of the National Academy of Sciences**, 111(24):8776-8781, 2014.

88. "Cloud-based bioinformatics workflow platform for large-scale next-generation sequencing analyses," B Liu, R Madduri,, B Sotomayor, K Chard, L Lacinski, U. Dave, J Li, C Liu, I Foster, **Journal of Biomedical Informatics**, 49,119-133, 2014

89. "Lynx web services for annotations and systems analysis of multi-gene disorders," D Sulakhe, A Taylor, S Balasubramanian, B Feng, B Xie, D Bernigen, U. Dave, I Foster, C Gilliam, N Maltsev, **Nucleic Acids Research**, 42,W1,W473-W477, 2014.

90. "The Global Gridded Crop Model intercomparison: data and modeling protocols for Phase 1 (v1. 0)," J Elliott, C Mueller, D Deryng, J Chryssanthacopoulos, K Boote, M Buechner, I Foster, M Glotter, J Heinke, T Iizumi, **Geoscientific Model Development Discussions**, 7(4):4383-4427, 2014.

91. "XSEDE: accelerating scientific discovery," J Towns, T Cockerill, M Dahan, I Foster, K Gaither, A Grimshaw, V Hazlewood, S Lathrop, D Lifka, G. Peterson, **Computing in Science & Engineering**, 16,5,62-74, 2014.

92. "NCI workshop report: clinical and computational requirements for correlating imaging phenotypes with genomics signatures," R Colen, I Foster, R Gatenby, M Giger, R Gillies, D Gutman, M Heller, R Jain, A Madabhushi, S Madhavan, **Translational Oncology**, 7(5):556-569, 2014.

93. "A case study for cloud based high throughput analysis of NGS data using the Globus Genomics system," U. Dave, L Lacinski, I Foster, Y Gusev, S Madhavan, **Genomics**, 2,3, 2014.

94. "Efficient and secure transfer, synchronization, and sharing of big data," K Chard, S Tuecke, I Foster, **IEEE Cloud Computing**, 1(3):46-55, 2014.

95. "N-of-1-pathways unveils personal deregulated mechanisms from a single pair of RNA-Seq samples: towards precision medicine," V Gardeux, I Achour, J Li, M Maienschein-Cline, H Li, L Pesce, G. Parinandi, N Bahroos, R Winn, I Foster, **Journal of the American Medical Informatics Association**, 21(6):1015-1025, 2014.

96. "Swift/T: Scalable data flow programming for many-task application," J Wozniak, T Armstrong, M Wilde, D Katz, E Lusk, I Foster, **ACM SIGPLAN Notices**, 4 8,8,309-310, 2013.

97. "Turbine: A distributed-memory dataflow engine for high performance many-task applications," J Wozniak, T Armstrong, K Maheshwari, E Lusk, D Katz, M Wilde, I Foster, **Fundamenta Informaticae**, 128,3,337-366, 2013.

98. "Ophidia: toward big data analytics for escience," S Fiore, A D'Anca, C Palazzo, I Foster, D Williams, G. Aloisio, **Procedia Computer Science**, 18:2376-2385, 2013.

99. "Unilateral carbon taxes, border tax adjustments and carbon leakage," J Elliott, I Foster, S Kortum, G. Khun Jush, T Munson, D Weisbach. **Theoretical Inquiries in Law**, 14(1):207-244, 2013.

100. "Propagation of data error and parametric sensitivity in computable general equilibrium models," J Elliott, M Franklin, I Foster, T Munson, M Loudermilk. **Computational Economics**, 39(3):219-241, 2012.

101. "Software as a service for data scientists," B Allen, J Bresnahan, L Childers, I Foster, G. Kandaswamy, R Kettimuthu, J Kordas, M Link, S Martin, K Pickett, **Communications of the ACM**, 55(2):81-88, 2012.

102. "MTCProv: a practical provenance query framework for many-task scientific computing," L Gadelha Jr, M Wilde, M Mattoso, I Foster, **Distributed and Parallel Databases**, 30, 6-May, pp. 351-370, 2012.

103. "Shining light into black boxes," A Morin, J Urban, P Adams, I Foster, A Sali, D Baker, P Sliz. **Science**, 336(6078):159, 2012.

104. "Swift: A language for distributed parallel scripting," M Wilde, M Hategan, J Wozniak, B Clifford, D Katz, I Foster, **Parallel Computing**, 37,9,633-652, 2011.

105. "The small world of file sharing," A Iamnitchi, M Ripeanu, E Santos-Neto, I Foster, **IEEE Transactions on Parallel and Distributed Systems**, 22,7,1120-1134, 2011.

106. "Globus Online: Accelerating and democratizing science through cloud-based services," I Foster. **IEEE Internet Computing**, 3,70-73, 2011.

107. "Provenance management in Swift," L Gadelha, B Clifford, M Mattoso, M Wilde, I Foster, **Future Generation Computer Systems**, 27,6,775-780, 2011.

108. "Reshaping text data for efficient processing on Amazon EC2," G. Turcu, I Foster, S Nestorov, **Scientific Programming**, 19,3-Feb,133-145, 2011.

109. "Moving huge scientific datasets over the Internet," W Liu, B Tieman, R Kettimuthu, I Foster, **Concurrency and Computation: Practice and Experience**, 23(18):2404-2420, 2011.

110. "Enabling collaborative research using the biomedical informatics research network (BIRN)," K Helmer, J Ambite, J Ames, R Ananthakrishnan, G. Burns, A Chervenak, I Foster, L Liming, D

Keator, F Macciardi, **Journal of the American Medical Informatics Association**, 18(4):416-422, 2011.

111. "How computation changes research," I Foster, In **Switching Codes: Thinking through Digital Technology in the Humanities and the Arts**, 16-37, 2011.

112. "Building a secure learning health system," I Foster. **Digital infrastructure for the learning health system**. Workshop series summary, pp. 161-165, 2011.

113. "Using hybrid grid/cloud computing technologies for environmental data elastic storage, processing, and provisioning," R Montella, I Foster. In **Handbook of Cloud Computing**, 595-618, Springer, 2010.

114. "Trade and carbon taxes," J Elliott, I Foster, S Kortum, T Munson, F Cervantes, D Weisbach, **The American Economic Review**, 100(2):465-469, 2010.

115. "Network analysis of scientific workflows: a gateway to reuse," W Tan, J Zhang, I Foster, **IEEE Computer**, 54, 2010.

116. "CaGrid Workflow Toolkit: A taverna based workflow tool for cancer grid," W Tan, R Madduri, A Nenadic, S Soiland-Reyes, D Sulakhe, I Foster, C Goble, **BMC Bioinformatics**, 11(1):1, 2010.

117. "A comparison of using Taverna and BPEL in building scientific workflows: the case of caGrid," W Tan, P Missier, I Foster, R Madduri, D De Roure, C Goble, **Concurrency and Computation: Practice and Experience**, 22(9):1098-1117, 2010

118. "In search of simplicity: a self-organizing group communication overlay," M Ripeanu, A Iamnitchi, I Foster, A Rogers, **Concurrency and Computation: Practice and Experience**, 22(7):788-815, 2010

119. "Middleware support for many-task computing," I Raicu, I Foster, M Wilde, Z Zhang, K Iskra, P Beckman, Y Zhao, A Szalay, A Choudhary, P Little, **Cluster Computing**, 13(3):291-314, 2010.

120. "CIM-EARTH: Framework and case study," J Elliott, I Foster, K Judd, E Moyer, T Munson, **The BE Journal of Economic Analysis & Policy**, 10, 2, 2010.

121. "Global-scale distributed I/O with ParaMEDIC," P Balaji, W Feng, H Lin, J Archuleta, S Matsuoka, A Warren, J Setubal, E Lusk, R Thakur, I Foster, **Concurrency and Computation: Practice and Experience**, 22(16):2266-2281, 2010.

122. "CIM-EARTH: Framework and case study," J Elliott, I Foster, K Judd, E Moyer, T Munson, **The BE Journal of Economic Analysis & Policy**,10,2, 2010.

123. "Global-scale distributed I/O with ParaMEDIC," ,P Balaji, W Feng, H Lin, J Archuleta, S Matsuoka, A Warren, J Setubal, E Lusk, R Thakur, I Foster, **Concurrency and Computation: Practice and Experience**, 22(16):2266-2281, 2010.

124. "Virtual infrastructure management in private and hybrid clouds," B Sotomayor, R Montero, I Llorente, I Foster, **IEEE Internet Computing**",13,5,14-22, 2009.

125. "Parallel scripting for applications at the petascale and beyond," M Wilde, I Foster, K Iskra, P Beckman, Z Zhang, A Espinosa, M Hategan, B Clifford, I Raicu, **IEEE Computer**,11,50-60, 2009.

126. "The Globus replica location service: design and experience," A Chervenak, R Schuler, M Ripeanu, M Amer, S Bharathi, I Foster, A Iamnitchi, C Kesselman, **IEEE Transactions on Parallel and Distributed Systems**, 20(9):1260-1272, 2009.

127. "The Earth System Grid," D Williams, R Ananthakrishnan, D Bernholdt, S Bharathi, D Brown, M Chen, A Chervenak, L Cinquini, R Drach, I Foster. **Bulletin of the American Meteorological Society**, 90(2):195, 2009.

128. "A flexible attribute based access control method for grid computing," B Lang, I Foster, F Siebenlist, R Ananthakrishnan, T Freeman, **Journal of Grid Computing**,7(2):169-180, 2009.

129. "caGrid 1.0: an enterprise Grid infrastructure for biomedical research," S Oster, S Langella, S Hastings, D Ervin, R Madduri, J Phillips, T Kurc, F Siebenlist, P Covitz, K Shanbhag, **Journal of the American Medical Informatics Association**,15(2):138-149, 2008.

130. "Tracking provenance in a virtual data grid," B Clifford, I Foster, J Voeckler, M Wilde, Y Zhao, **Concurrency and Computation: Practice and Experience**, 20(5):565-575, 2008.Wiley Online Library

131. "Terascale turbulence computation using the FLASH3 application framework on the IBM Blue Gene/L system," P.Constantin, I Foster, M Papka, S Abarzhi, S Asida, P Rich, C Glendenin, K Antypas, D Sheeler, L Reid, **IBM Systems Journal**, 52(1/2):127, 2008.

132. "Toward an autonomic service management framework: A holistic vision of SOA, AON, and autonomic computing," Y Cheng, A Leon-Garcia, I Foster, **IEEE Communications Magazine**, 46(5):138-146, 2008.

133. "e-Science, caGrid, and translational biomedical research," J Saltz, T Kurc, S Hastings, S Langella, S Oster, D Ervin, A Sharma, T Pan, M Gurcan, J Permar, **IEEE Computer**, 41(11):58, 2008.

134. "How do I model state? Let me count the ways," I Foster, S Parastatidis, P Watson, M Mckeown, **Communications of the ACM**, 51(9)34-41, 2008.

135. "Combining the power of Taverna and caGrid: scientific workflows that enable web-scale collaboration," W Tan, I Foster, R Madduri, **IEEE Internet Computing**,12(6):61-68, 2008.

136. "Interoperability of GADU in using heterogeneous grid resources for bioinformatics applications," D Sulakhe, A Rodriguez, M Wilde, I Foster, N Maltsev, **IEEE Transactions on Information Technology in Biomedicine**,12(2):241-246, 2008.

137. "Provisioning for dynamic instantiation of community services," L Qi, H Jin, I Foster, J Gawor, **IEEE Internet Computing**,12(2):29-36, 2008.

138. "Efficient Incremental Maintenance of Derived Relations and BLAST Computations in Bioinformatics Data Warehouses," G. Turcu, S Nestorov, I Foster, **Data Warehousing and Knowledge Discovery**,135-145, 2008.

139. "A roadmap for caGrid, an enterprise Grid architecture for biomedical research," J Saltz, S Hastings, S Langella, S Oster, T Kurc, P Payne, R Ferreira, B Plale, C Goble, D Ervin, **Studies in Health Technology and Informatics**, 138:224, 2008.

140. "A tool for prioritizing DAGMan jobs and its evaluation," G. Malewicz, I Foster, A Rosenberg, M Wilde, **Journal of Grid Computing**, 5(2):197-212, 2007.Kluwer Academic Publishers

141. "Accelerating medical research using the Swift workflow system," T Stef-Praun, B Clifford, I Foster, U. Hasson, M Hategan, S Small, M Wilde, Y Zhao, **Studies in Health Technology and Informatics**,126,207, 2007.

142. "Usage SLA-based scheduling in Grids," C Dumitrescu, I Raicu, I Foster, **Concurrency and Computation: Practice and Experience**,19(7):945-963, 2007.

143. "The design, usage, and performance of GRUBER: A grid usage service level agreement based brokering infrastructure," C Dumitrescu, I Raicu, I Foster, **Journal of Grid Computing**, 5(1):99-126, 2007.

144. "The earth system grid center for enabling technologies: Enabling community access to petascale climate datasets," D Williams, D Bernholdt, I Foster, D Middleton, **CTWatch Quarterly**, 3(4), 2007.

145. "End-to-end data solutions for distributed petascale science," J Schopf, A Chervenak, I Foster, D Fraser, D Gunter, N LeRoy, B Tierney, **CTWatch Quarterly**, 3(4):1, 2007.

146. "Breaking Boundaries: Scaling Collaboration in Time and Space," I Foster, C Kesselman. In **Scale-Up in Education: Volume 1: Ideas in Principle**, Rowman and Littlefield Publishers, 189-201, 2007.

147. "NEESgrid: Lessons Learned for Future Cyberinfrastructure Development," B Spencer, R Butler, K Ricker, D Marcusiu, T Finholt, I Foster, C Kesselman, J Birnholtz. In Olson, G.M., Zimmerman, A and Bos, N eds. **Science on the Internet**, MIT Press, 2007.

148. "Scaling System-level Science: Scientific Exploration and IT Implications," I Foster, C Kesselman, **IEEE Computer** (November). 32-39. 2006.

A-313

149. "Virtual Data Grid Middleware Services for Data-intensive Science," Y Zhao, M Wilde, I Foster, J Voeckler, T Jordan, E Quigg, J Dobson, **Concurrency and Computation: Practice and Experience**, 18(6):595-608, 2005.

150. "2020: A Two-Way Street to Science's Future," I Foster, **Nature**, 440:419, 2006.

151. "The Design, Performance, and Use of DiPerF: An automated Distributed PERformance evaluation Framework, I Raicu, C Dumitrescu, M Ripeanu, I Foster, **J Grid Computing**, 4(3):287-309, 2006.

152. "Streamlining Grid Operations: Definition and Deployment of a Portal-based User Registration Service," I Foster, V Nefefobva. M Ahsant, R Ananthakrishnan, L Liming, R Madduri, O. Mulmo, L Pearlman, F Siebenlist, **J Grid Computing**, 4(2):135-144, 2006.

153. "Creating and Operating National-Scale Cyberinfrastructure Services," C Catlett, P Beckman, D Skow, I Foster, **CTWatch Quarterly**, 2(2), May 2006.

154. "Grid-Based Computing and the Future of Neuroscience Computation," J Van Horn, J Dobson, J Woodward, M Wilde, Y Zhao, J Voeckler, I Foster. In **Methods in Mind**, MIT Press, 141-170, 2006.

155. "Globus Toolkit Version 4: Software for Service-Oriented Systems," I Foster, **Journal of Computational Science and Technology**, 21(4):523-530, 2006. (Expanded version of paper with the same title in **IFIP International Conference on Network and Parallel Computing**, 2005, Springer-Verlag LNCS 3779, 2-13.)

156. "Virtual Workspaces: Achieving Quality of Service and Quality of Life in the Grid," K Keahey, I Foster, T Freeman, X. Zhang, **Scientific Programming**, 13(4):265-275, 2005.

157. "Service-Oriented Science," I Foster, **Science**, 308:814-817, 2005.

158. "Describing the Elephant: The Different Faces of IT as Service," I Foster, S Tuecke, **ACM Queue**, 3 (6): 26-29, 2005.

159. "GNARE: An Environment for Grid-Based High-Throughput Genome Analysis," D Sulakhe, A Rodriguez, M D'Souza, M Wilde, V Nefedova, I Foster, N Maltsev, **Journal of Clinical Monitoring and Computing**, 19:361-369, 2005.

160. "A Notation and System for Expressing and Executing Cleanly Typed Workflows on Messy Scientific Data," Y Zhao, J Dobson, I Foster, L Moreau, M Wilde, **SIGMOD Record**, 34(3):37-43, 2005.

161. "The Earth System Grid: Supporting the Next Generation of Climate Modeling Research," D Bernholdt, S Bharathi, D Brown, K Chanchio, M Chen, A Chervenak, L Cinquini, B Drach, I Foster, P Fox, J Garcia, C Kesselman, R Markel, D Middleton, V Nefedova, L Pouchard, A Shoshani, A Sim, G. Strand, D Williams, **Proceedings of the IEEE**, 93(3):485-495, 2005.

162. "Modeling and Managing State in Distributed Systems: The Role of OGSI and WSRF," I Foster, K Czajkowski, D Ferguson, J Frey, S Graham, T Maguire, D Snelling, S Tuecke, **Proceedings of the IEEE**, 93(3):604-612, 2005.

163. "Agreement-Based Resource Management," K Czajkowski, I Foster, C Kesselman, **Proceedings of the IEEE**, 93(3):631-643, 2005.

164. "Predicting Application Run Times with Historical Information," W Smith, I Foster, V Taylor, **Journal of Parallel and Distributed Computing**, 64(9):1007-1016, 2004.

165. "End-to-end Quality of Service for High-end Applications," I Foster, M Fidler, A Roy, V Sander, L Winkler, **Computer Communications,** 27(14):1375-1388, 2004.

166. "Data Grids," I Foster. In **Databasing the Brain**, Wiley, 89-110, 2005.

167. "Concepts and Architecture," I Foster, C Kesselman. In **The Grid: Blueprint for a New Computing Infrastructure, 2nd Edition,** Morgan-Kaufmann, 2004, pp. 37-63.

168. "Distributed Telepresence: The NEESgrid Earthquake Engineering Collaboratory," C Kesselman, I Foster, T Prudhomme. In **The Grid: Blueprint for a New Computing Infrastructure, 2nd Edition,** Morgan-Kaufmann, 2004, pp. 81-93.

169. "The Open Grid Services Architecture," I Foster, C Kesselman, S Tuecke. In **The Grid: Blueprint for a New Computing Infrastructure, 2nd edition,** Morgan-Kaufmann, 2004, pp. 215-257.

A-314

170. "Resource and Service Management," K Czajkowski, I Foster, C Kesselman. In **The Grid: Blueprint for a New Computing Infrastructure, 2ⁿᵈ Edition,** Morgan-Kaufmann, 2004, pp. 259-283.

171. "Data Integration in a Bandwidth-Rich World," I Foster, R Grossman, **Communications of the ACM,** 46(11):51-57, 2003.

172. "Simulation Studies of Computation and Data Scheduling Algorithms for Data Grids," K Ranganathan, I Foster. **Journal of Grid Computing,** 1(1):53-62, 2003.

173. "The Grid in a Nutshell," I Foster, C Kesselman. In **Grid Resource Management,** Kluwer Publishing, 2003, pp. 3-13.

174. "Scheduling in the Grid Application Development Software Project," H Dail, O. Sievert, F Berman, H Casanova, A YarKhan, S Vadhiyar, J Dongarra, C Liu, L Yang, D Angulo, I Foster. In **Grid Resource Management,** Kluwer Publishing, 2003, pp. 73-98.

175. "Grid Service Level Agreements," K Czajkowski, I Foster, C Kesselman, S Tuecke. In **Grid Resource Management,** Kluwer Publishing, 2003, pp. 119-134.

176. "Computation Scheduling and Data Replication Algorithms for Data Grids," K Ranganathan, I Foster. In **Grid Resource Management,** Kluwer Publishing, 2003, pp. 359-374.

177. "A Peer-to-Peer Approach to Resource Location in Grid Environments," A Iamnitchi, I Foster. In **Grid Resource Management,** Kluwer Publishing, 2003, pp. 413-430.

178. "Quasi-Realtime Microtomography Experiments at Photon Sources," G. von Laszewski, M.-H Su, J Insley, I Foster, C Kesselman. In **Sourcebook of Parallel Computing,** Morgan Kaufman, 2003, pp. 258-265.

179. "Software Technologies," I Foster, J Dongarra, K Kennedy, C Koelbel. **Sourcebook of Parallel Computing,** Morgan Kaufman, 2003, pp. 293-312.

180. "Message Passing and Threads," I Foster, W Gropp, C Kesselman. **Sourcebook of Parallel Computing,** Morgan Kaufman, 2003, pp. 313-329.

181. "Resuable Software and Algorithms," J Dongarra, I Foster, K Kennedy. **Sourcebook of Parallel Computing,** Morgan Kaufman, 2003, pp. 483-490.

182. "MPICH-G2: A Grid-Enabled Implementation of the Message Passing Interface," N Karonis, B Toonen, I Foster, **Journal of Parallel and Distributed Computing,** 63(5):551-563, 2003.

183. "The Physiology of the Grid," I Foster, C Kesselman, J Nick, S Tuecke. In **Grid Computing: Making the Global Infrastructure a Reality,** Wiley, 2003, pp. 217-250.

184. "Computational Grids in Action: The National Fusion Collaboratory," K Keahey, T Fredian, Q. Peng, D.P Schissel, M Thompson, I Foster, M Greenwald, D McCune, **Future Generation Computer Systems,** 2002, pp. 1005-1015.

185. "End-to-End Quality of Service for High-end Applications," I Foster, M Fidler, A Roy, V, Sander, L Winkler, **Computer Communications,** 27(14):1375-1388, 2002.

186. "Grid Services for Distributed System Integration," I Foster, C Kesselman, J Nick, S Tuecke. **IEEE Computer,** 35(6):37-46, 2002.

187. "Grid Technologies Empowering Drug Discovery," A Chien, I Foster, D Goddette, **Drug Discovery Today,** 7(20 Suppl):S176-180, 2002.

188. "Condor-G: A Computation Management Agent for Multi-Institutional Grids," J Frey, T Tannenbaum, I Foster, M Livny, S Tuecke, **Cluster Computing,** 5(3):237-246, 2002.

189. "File and Object Replication in Data Grids," H Stockinger, A Samar, W Allcock, I Foster, K Holtman, B Tierney, **Cluster Computing,** 5(3):305-314, 2002.

190. "The Astrophysics Simulation Collaboratory: A Science Portal Enabling Community Software Development," M Russell, G. Allen, G. Daues, I Foster, E Seidel, J Novotny, J Shalf, G. von Laszewski, **Cluster Computing,** 5(3):297-304, 2002.

191. "Grids and Research Networks as Drivers and Enablers of Future Internet Architectures," K Baxevanidis, H Davies, I Foster, F Gagliardi, **Computer Networks,** 40(1):5-17, 2002.

192. "The Grid: A New Infrastructure for 21st Century Science," I Foster, **Physics Today**, 55(2):42-47, 2002. (Reprinted in: **Grid Computing: Making the Global Infrastructure a Reality**, 2003.)

193. "Disk Resident Arrays: An Array-Oriented I/O Library for Out-of-Core Computations," I Foster, J Nieplocha. In **High-Performance Mass Storage and Parallel I/O**, IEEE and Wiley Press, 2002, pp. 488-498.

194. "Data Management and Transfer in High-Performance Computational Grid Environments," W Allcock, J Bester, J Bresnahan, A Chervenak, I Foster, C Kesselman, S Meder, V Nefedova, D Quesnel, S Tuecke, **Parallel Computing**, 28(5):749-771, 2002.

195. "A High-Throughput X-ray Microtomography System at the Advanced Photon Source," Y Wang, F De Carlo, D Mancini, I McNulty, B Tieman, J Bresnahan, I Foster, J Insley, P Lane, G. von Laszewski, C Kesselman, M.-H Su, M Thiebaux. **Review of Scientific Instruments**, 72(4):2062–2068, 2001.

196. "The Cactus Worm: Experiments with Dynamic Resource Selection and Allocation in a Grid Environment," G. Allen, D Angulo, I Foster, G. Lanfermann, C Liu, T Radke, E Seidel, J Shalf, **International J High Performance Computing Applications**, 15(4):345-358, 2001.

197. "Performance Predictions for a Numerical Relativity Package in Grid Environments," M Ripeanu, A Iamnitchi, I Foster, **International Journal High Performance Computing Applications**, 15(4):375-387. 2001.

198. "The GrADS Project: Software Support for High-Level Grid Application Development," F Berman, A Chien, K Cooper, J Dongarra, I Foster, D Gannon, L Johnsson, K Kennedy, C Kesselman, J Mellor-Crummey, D Reed, L Torczon, R Wolski, **International J High Performance Computing Applications**, 15(4):327-344, 2001.

199. "The Emergence of the Grid," I Foster. In **Nature Yearbook of Science and Technology**, Nature Publishing Group, 2001.

200. "The Anatomy of the Grid: Enabling Scalable Virtual Organizations," I Foster, C Kesselman, S Tuecke, **International Journal of High Performance Computing Applications**, 15(3):200-222, 2001. (Reprinted in: **Grid Computing: Making the Global Infrastructure a Reality**, 2003.)

201. "Multiparadigm Communications in Java for Grid Computing," V Getov, G. von Laszewski, M Philippsen, I Foster, **Communications of the ACM**, 44(10):118-125, 2001.

202. "The Data Grid: Towards an Architecture for the Distributed Management and Analysis of Large Scientific Datasets," A Chervenak, I Foster, C Kesselman, C Salisbury, S Tuecke, **J of Network and Computer Applications**, 23:187-200, 2001.

203. "Generalized Communicators in the Message Passing Interface." E Demaine, I Foster, C Kesselman, M Snir, **IEEE Trans. Parallel and Distributed Systems**, 12(6):610-616, 2001.

204. "The Emerging Grid," I Foster, C Kesselman. In **Computational Aerosciences in the 21st Century**, Kluwer Academic, 2000, pp. 29-46.

205. "A National-Scale Authentication Infrastructure." R Butler, D Engert, I Foster, C Kesselman, S Tuecke, J Volmer, V Welch, **IEEE Computer**, 33(12):60-66, 2000.

206. "Distance Visualization: Data Exploration on the Grid." I Foster, J Insley, G. von Laszewski, C Kesselman, M Thiebaux, **IEEE Computer**, 32(12):36-43, 1999.

207. "A Fault Detection Service for Wide Area Distributed Computations," P Stelling, C DeMatteis, I Foster, C Kesselman, C Lee, G. von Laszewski, **Cluster Computing**, 2:117-128, 1999.

208. "The Data Grid: Towards an Architecture for the Distributed Management and Analysis of Large Scientific Data Sets," A Chervenak, I Foster, C Kesselman, C Salisbury, S Tuecke, **Journal of Network and Computer Applications**, 23:187-200, 2001.

209. "A Java Commodity Grid Toolkit." G. von Laszewski, I Foster, J Gawor, P Lane. **Concurrency: Practice and Experience**, 13(8-9):645-662, 2001.

210. "Using Computational Grid Capabilities to Enhance the Ability of an X-ray Source for Structural Biology." G. von Laszewski, M Westbrook, I Foster, E Westbrook, C Barnes. Cluster **Computing**, 3(3):187-199, 2000.

211. "Parallel Programming Languages," I Foster, **Handbook on Parallel and Distributed Processing**, Springer-Verlag, 92-165, 1999.

212. "Implementing Noncollective Parallel I/O In Cluster Environments Using Active Message Communication," J Nieplocha, H Dachsel, I Foster, **Cluster Computing**, 2(4):271-280, 2000.

213. "Computational Grids," I Foster, C Kesselman, **The Grid: Blueprint for a New Computing Infrastructure**, Morgan-Kaufmann, 1999, pp. 15-52.

214. "The Globus Toolkit," I Foster, C Kesselman, **The Grid: Blueprint for a New Computing Infrastructure**, Morgan-Kaufmann, 1999, pp. 259-278.

215. "A Computational Framework for Telemedicine," I Foster, G. von Laszewski, B Toonen, G. Thiruvathukal, **Future Generation Computer Systems**, 14:109-123, 1998.

216. "Wide-Area Implementation of the Message Passing Interface," I Foster, J Geisler, W Gropp, N Karonis, E Lusk, G. Thiruvathukal, S Tuecke, **Parallel Computing**, 24(12):1735-1749, 1998.

217. "Managing Security in High-Performance Distributed Computations," I Foster, N Karonis, C Kesselman, S Tuecke, **Cluster Computing**, 1(1):95-107, 1998.

218. "Software Infrastructure for the I-WAY Metacomputing Experiment," I Foster, J Geisler, W Nickless, W Smith, S Tuecke, **Concurrency: Practice and Experience**, 10(7):567-581, 1998. (Reprinted in: **Grid Computing: Making the Global Infrastructure a Reality**, 2003.)

219. "ChemIO: High-Performance Parallel I/O for Computational Chemistry Applications," J Nieplocha, I Foster, R Kendall, **International Journal of Supercomputer Applications**, 12(3):260-266, 1998.

220. "A Library-Based Approach to Task Parallelism in a Data-Parallel Language," I Foster, D Kohr, R Krishnaiyer, A Choudhary, **Journal of Parallel and Distributed Computing**, 46(2):148-158, 1997.

221. "Technologies for Ubiquitous Supercomputing: A Java Interface to the Nexus Communication System," I Foster, G. Thiruvathukal, S Tuecke, **Concurrency: Practice and Experience**, 9(6):465-475, 1197.

222. "Globus: A Metacomputing Infrastructure Toolkit," I Foster, C Kesselman, **International Journal of Supercomputer Applications**, 11(2):115-128, 1997.

223. "Managing Multiple Communication Methods in High-Performance Networked Computing Systems," I Foster, J Geisler, C Kesselman, S Tuecke, **Journal of Parallel and Distributed Computing**, 40:35-48, 1997.

224. "Explicit Management of Memory Hierarchy," J Nieplocha, R Harrison, I Foster. In **Advances in High Performance Computing**, Kluwer Academic, 185-198, 1997.

225. "Relative Debugging: A New Methodology for Debugging Scientific Applications," D Abramson, I Foster, J Michalakes, R Sosic, **Communications of the ACM**, 39(11):69-77, 1996.

226. "The Nexus Approach to Integrating Multithreading and Communication," I Foster, C Kesselman, S Tuecke, **Journal of Parallel and Distributed Computing**, 37:70-82, 1996.

227. "Exploring Coupled Atmosphere-Ocean Models Using Vis5D," W Hibbard, J Anderson, I Foster, B Paul, R Jacob, C Schafer, M Tyree, **International Journal of Supercomputer Applications**, 10(2):199-207, 1996.

228. "Overview of the I-WAY: Wide Area Visual Supercomputing," T DeFanti, I Foster, M Papka, R Stevens, T Kuhfuss, **International Journal of Supercomputer Applications**, 10(2):123-130, 1996.

229. "Performance of Massively Parallel Computers for Spectral Atmospheric Models," I Foster, B Toonen, P Worley, **Journal of Atmospheric and Oceanic Technology**, 13(5):1031-45, 1996.

230. "Parallel Algorithms for the Spectral Transform Method," I Foster, P Worley, **SIAM J.ournal of Scientific Computing**, 18(3):806-837, 1997.

231. "Towards High Performance Computational Chemistry: (I) Scalable Fock Matrix Construction Algorithms," I Foster, J Tilson, A Wagner, R Shepard, R Harrison, R Kendall, R Littlefield, **Journal of Computational Chemistry**, 17(1):109-123, 1996.

232. "Towards High Performance Computational Chemistry: (II) A Scalable SCF Program," R Harrison, I Foster, et al. (19 authors), **Journal of Computational Chemistry**, 17(1):124-132, 1996.

233. "Compositional Parallel Programming Languages," I Foster, **ACM Trans. Prog. Lang. Syst**., 18(4):454-476, 1996.

234. "Design and Performance of a Scalable Parallel Community Climate Model," J Drake, I Foster, J Michalakes, B Toonen, P Worley, **Parallel Computing**, 21(10):1571-1591, 1995.

235. "Point-to-Point Communications Using Migrating Ports," I Foster, D Kohr, R Olson, S Tuecke, M Xu, **Languages, Compilers, and Run-Time Systems for Scalable Computers**, Kluwer Academic Publishers, 199-212, 1995.

236. "A Deterministic Notation for Cooperating Processes," K M Chandy, I Foster, **IEEE Trans. Parallel and Distributed Systems**, 6(8):863-871, 1995.

237. "Fortran M: A Language for Modular Parallel Programming," I Foster, K M Chandy, **Journal of Parallel and Distributed Computing**, 26(1):24-35, 1995.

238. "Productive Parallel Programming: The PCN Approach," I Foster, R Olson, S Tuecke, **Scientific Programming**, 1(1):51-66, 1992. Reprinted in **Programming Languages for Parallel Processing**, D Skillicorn, D Talia (eds.), IEEE, 358-373, 1995.

239. "Task Parallelism and High-Performance Languages," I Foster, **IEEE Parallel and Distributed Technology**, 2(3):27-36, 1994. Extended version reprinted in **Readings in Data Parallelism**, Springer-Verlag LNCS, 1996.

240. "Integrated Support for Task and Data Parallelism," K M Chandy, I Foster, K Kennedy, C Koelbel, C.-W Tseng, **International Journal of Supercomputer Applications**, 8(2):80-98, 1994.

241. "A Compiler Approach to Scalable Concurrent Program Design," I Foster, S Taylor, **ACM Trans. Prog. Lang. Syst.**, 16(3):577-604, 1994.

242.  "The Parallel Scalability of the Spectral Transform Method," I Foster, W Gropp, R Stevens, **Monthly Weather Review**, 120(5):835-850, 1992.

243. "Efficient Computation Control in Concurrent Logic Languages," I Foster, **New Generation Computing**, 10(1):1-22, 1991.

244. "Automatic Generation of Self-Scheduling Programs," I Foster, **IEEE Transactions on Parallel and Distributed Systems**, 2(1):68-78, 1991.

245. "Aligning Multiple RNA Sequences," R Overbeek, I Foster. In **Festschrift for W Bledsoe**, R Boyer (ed.), Kluwer Academic Publishers, 231-248, 1991.

246. "A Declarative State Transition System," I Foster, **Journal of Logic Programming**, 10:45-67, 1991.

247. "Concurrency: Simple Concepts and Powerful Tools," I Foster, C Kesselman, S Taylor, **Computer J.**, 33(6):501-507, 1990.

248. "A Multicomputer Garbage Collector for a Single-Assignment Language," I Foster, **International Journal of Parallel Programming**, 18(3):181-203, 1989.

249. "Aligning Genetic Sequences," R Butler, T Butler, I Foster, N Karonis, R Olson, R Overbeek, N Pluger, M Price, S Tuecke, in **Strand: New Concepts in Parallel Programming**, 1989, pp. 253-271.

250. "Implementation of a Declarative State Transition System," I Foster, **Software - Practice and Experience**, 19(4):351-370, 1989.

251. "An Abstract Machine for the Implementation of Parlog on Uniprocessors," S Gregory, I Foster, A Burt, G. Ringwood, **New Generation Computing**, 6:389-420, 1989.

252. "Flat Parlog: A Basis for Comparison," I Foster, S Taylor, **International Journal of Parallel Programming**, 16(2):87-125, 1988.

## Conference and Workshop Proceedings

253. "Expanding cost-aware function execution with multidimensional notions of cost," M Baughman, R Kumar, I Foster, K Chard, **1st Workshop on High Performance Serverless Computing**, 9-12, 2021.

254. "Coding the computing continuum: Fluid function execution in heterogeneous computing environments," R Kumar, M Baughman, R Chard, Z Li, Y Babuji, I Foster, K Chard, **IEEE International Parallel and Distributed Processing Symposium Workshops (IPDPSW)**, 66-75, 2021.

255. "FuncX: A federated function serving fabric for science," R Chard, Y Babuji, Z Li, T Skluzacek, A Woodard, B Blaiszik, I Foster, K Chard, **29th International Symposium on High-Performance Parallel and Distributed Computing**, 65-76, 2020.

256. "The Manufacturing Data and Machine Learning Platform: Enabling real-time monitoring and control of scientific experiments via IoT," J Elias, R Chard, J Libera, I Foster, S Chaudhuri, **IEEE 6th World Forum on Internet of Things**, 1-2, 2020.

257. "Convolutional neural network training with distributed K-FAC," J Pauloski, Z Zhang, L Huang, W Xu, I Foster, **SC20: International Conference for High Performance Computing, Networking, Storage and Analysis**, 1-12, 2020.

258. "Petascale XCT: 3d image reconstruction with hierarchical communications on multi-GPU nodes," M Hidayetoğlu, T Bicer, S De Gonzalo, B Ren, V De Andrade, D Gursoy, R Kettimuthu, I Foster, W Wen-mei, **SC20: International Conference for High Performance Computing, Networking, Storage and Analysis**, 1-13, 2020.

259. "Deep learning-based low-dose tomography reconstruction with hybrid-dose measurements," Z Wu, T Bicer, Z Liu, V De Andrade, Y Zhu, I Foster, **IEEE/ACM Workshop on Machine Learning in High Performance Computing Environments (MLHPC) and Workshop on Artificial Intelligence and Machine Learning for Scientific Applications (AI4S)**, 88-95, 2020.

260. "Towards online steering of flame spray pyrolysis nanoparticle synthesis," M Levental, R Chard, J Libera, K Chard, A Koripelly, J Elias, M Schwarting, B Blaiszik, M Stan, S Chaudhuri, **IEEE/ACM 2nd Annual Workshop on Extreme-scale Experiment-in-the-Loop Computing (XLOOP)**, 35-40, 2020.

261. "Tomographic reconstruction of dynamic features with streaming sliding subsets," T Bicer, V Nikitin, S Aslan, D Gürsoy, R Kettimuthu, I Foster, **IEEE/ACM 2nd Annual Workshop on Extreme-scale Experiment-in-the-Loop Computing (XLOOP),** 8-15, 2020.

262. "Real-time HEP analysis with funcX, a high-performance platform for function as a service," A Woodard, A Trisovic, Z Li, Y Babuji, R Chard, T Skluzacek, B Blaiszik, D Katz, I Foster, K Chard, **EPJ Web of Conferences**, 245, 2020.

263. "Topology-aware optimizations for multi-GPU ptychographic image reconstruction," X Yu, T Bicer, R Kettimuthu, I Foster, **ACM International Conference on Supercomputing**, 354-366, 2021.

264. "Proxima: Accelerating the integration of machine learning in atomistic simulations," Y Zamora, Yuliana, L Ward, G Sivaraman, I Foster, H Hoffmann, **ACM International Conference on Supercomputing**, 242-253, 2021.

265. "A serverless framework for distributed bulk metadata extraction," T Skluzacek J, R Wong, Z Li, R Chard, K Chard, I Foster, **30th International Symposium on High-Performance Parallel and Distributed Computing**, 7-18, 2020.

266. "SciNER: Extracting Named Entities from Scientific Literature," Z Hong, R Tchoua, K Chard, I Foster, **International Conference on Computational Science**, 308-321, 2020.

267. "Characterization and identification of HPC applications at leadership computing facility," Z Liu, R Lewis, R Kettimuthu, K Harms, P Carns, N Rao, I Foster, M Papka, **34th ACM International Conference on Supercomputing**, 1-12, 2020,

268. "Efficient I/O for Neural Network Training with Compressed Data," Z Zhang, L Huang, J Pauloski, I Foster, **IEEE International Parallel and Distributed Processing Symposium**, 409-418, 2020.

269. "OAuth SSH with Globus Auth," J Alt, R Ananthakrishnan, K Chard, R Chard, I Foster, L Liming, S Tuecke, **Practice and Experience in Advanced Research Computing**, 34-40, 2020.

270. "An Open Ecosystem for Pervasive Use of Persistent Identifiers," R Ananthakrishnan, K Chard, M D'Arcy, I Foster, C Kesselman, B McCollam, J Pruyne, P Rocca-Serra, R Schuler, R Wagner, **Practice and Experience in Advanced Research Computing**, 99-105, 2020.

271. "Feature-preserving Lossy Compression for In Situ Data Analysis," I Yakushin, K Mehta, J Chen, M Wolf, I Foster, S Klasky, T Munson, **49th International Conference on Parallel Processing-ICPP: Workshops**, 2020.

272. "Estimation of RTT and loss rate of wide-area connections using MPI measurements," N Rao, N Imam, Z Liu, R Kettimuthu, I Foster, **IEEE/ACM Innovating the Network for Data-Intensive Science**, 17-24, 2019.

273. "Aggregating Local Storage for Scalable Deep Learning I/O," Z Zhang, L Huang, J Pauloski, I Foster, **IEEE/ACM 3rd Workshop on Deep Learning on Supercomputers**, 69-75, 2019.

274. "Toward an Elastic Data Transfer Infrastructure," J Chung, Z Liu, R Kettimuthu, I Foster, **15th IEEE International Conference on eScience**, 262-265, 2019.

275. "Machine learning methods for connection RTT and loss rate estimation using MPI measurements under random losses," N Rao, N Imam, Z Liu, I Foster, **International Conference on Machine Learning for Networking**, 154-174, 2019.

276. "Creating training data for scientific named entity recognition with minimal human effort," R Tchoua, A Ajith, Z Hong, L Ward, K Chard, A Belikov, D Audus, S Patel, J de Pablo, I Foster, **International Conference on Computational Science**, 398-411, 2019.

277. "MemXCT: Memory-centric x-ray CT reconstruction with massive parallelization," M Hidayetoğlu, T Biçer, S De Gonzalo, B Ren, D Gürsoy, R Kettimuthu, I Foster, W Hwu, **SC'19**, 2019.

278. "Deep learning accelerated light source experiments," Z Liu, T Bicer, R Kettimuthu, I Foster, **IEEE/ACM 3rd Workshop on Deep Learning on Supercomputers**, 20-28, 2019.

279. "Scientific image restoration anywhere," V Abeykoon, Z Liu, R Kettimuthu, G Fox, I Foster, **IEEE/ACM 1st Annual Workshop on Large-scale Experiment-in-the-Loop Computing**, 8-13, 2019.

280. "StormSeeker: A Machine-Learning-Based Mediterranean Storm Tracer," R Montella, D Di Luccio, A Ciaramella, I Foster, **International Conference on Internet and Distributed Computing Systems**, 444-456, 2019.

281. "Serverless Workflows for Indexing Large Scientific Data," T Skluzacek, R Chard, R Wong, Z Li, Y Babuji, L Ward, B Blaiszik, K Chard, I Foster, **5th International Workshop on Serverless Computing**, 43-48, 2019

282. "Towards High Performance Data Analytics for Climate Change," S Fiore, D Elia, C Palazzo, F Antonio, A D'Anca, I Foster, G Aloisio, **International Conference on High Performance Computing**, 240-257, 2019.

283. "Measuring, Quantifying, and Predicting the Cost-Accuracy Tradeoff," M Baughman, N Chakubaji, H Truong, K Kreics, K Chard, I Foster, **IEEE International Conference on Big Data**, 3616-3622, 2019.

284. "Parsl: Pervasive parallel programming in Python," Y Babuji, A Woodard, Z Li, D Katz, B Clifford, R Kumar, L Lacinski, R Chard, J Wozniak, I Foster, **28th International Symposium on High-Performance Parallel and Distributed Computing**, 25-36, 2019.

285. "Deconstructing the 2017 changes to AWS spot market pricing," M Baughman, S Caton, C Haas, R Chard, R Wolski, I Foster, K Chard, **10th Workshop on Scientific Cloud Computing**, 19-26, 2019.

286. "IRnet: A general purpose deep residual regression framework for materials discovery," D Jha, L Ward, Z Yang, C Wolverton, I Foster, W Liao, A Choudhary, A Agrawal, **25th ACM SIGKDD International Conference on Knowledge Discovery & Data Mining**, 2385-2393, 2019.

287. "Petrel: A Programmatically Accessible Research Data Service," W Allcock, B Allen, R Ananthakrishnan, B Blaiszik, K Chard, R Chard, I Foster, L Lacinski, M Papka, R Wagner, **Practice and Experience in Advanced Research Computing**, 2019.

A-320

288. "Publishing and Serving Machine Learning Models with DLHub," R Chard, L Ward, Z Li, Y Babuji, A Woodard, S Tuecke, K Chard, B Blaiszik, I Foster, **Practice and Experience in Advanced Research Computing**, 2019.

289. "Scalable Parallel Programming in Python with Parsl," Y Babuji, A Woodard, Z Li, D Katz, B Clifford, I Foster, M Wilde, K Chard, **Practice and Experience in Advanced Research Computing**, 2019.

290. "FSMonitor: Scalable File System Monitoring for Arbitrary Storage Systems," A Paul, R Chard, K Chard, S Tuecke, A Butt, I Foster, **IEEE International Conference on Cluster Computing**, 2019

291. "A Codesign Framework for Online Data Analysis and Reduction," K Mehta, B Allen, M Wolf, J Logan, E Suchyta, J Choi, K Takahashi, I Yakushin, T Munson, I Foster, **IEEE/ACM Workflows in Support of Large-Scale Science**, 11-20, 2019.

292. "ParaOpt: Automated application parameterization and optimization for the cloud," C Wu, T Summer, Z Li, A Woodard, R Chard, M Baughman, Y Babuji, K Chard, J Pitt, I Foster, **IEEE International Conference on Cloud Computing Technology and Science**, 255-262, 2019.

293. "Serverless science for simple, scalable, and shareable scholarship", K Chard, I Foster, **IEEE 15th International Conference on eScience**, 432-438, 2019.

294. "Active learning yields better training data for scientific named entity recognition," R Tchoua, A Ajith, Z Hong, L Ward, K Chard, D Audus, S Patel, J de Pablo, I Foster, **IEEE 15th International Conference on eScience**, 126-135, 2019.

295. "Coupling Exascale Multiphysics Applications: Methods and Lessons Learned," JY Choi, CS Chang, J Dominski, S Klasky, G Merlo, E Suchyta, I Foster, **IEEE 14th International Conference on e-Science**, 442-452, 2018.

296. "Throughput Analytics of Data Transfer Infrastructures," N.S.V Rao, R Kettimuthu, I Foster, **13th EAI International Conference on Testbeds and Research Infrastructures for the Development of Networks & Communities (TRIDENTCOM'18)**, 2018.

297. "DLHub: Model and data serving for science," R Chard, Z Li, K Chard, L Ward, Y Babuji, A Woodard, S Tuecke, I Foster, **International Parallel and Distributed Processing Symposium**, 2019.

298. "Data automation at light sources," B Blaiszik, K Chard, R Chard, I Foster, L Ward, **AIP Conference Proceedings** 2054 (1), 020003, 2019

299. "Measurements and analytics of wide-area file transfers over dedicated connections," N.S.V Rao, Q. Liu, S Sen, Z Liu, R Kettimuthu, I Foster, **20th International Conference on Distributed Computing and Networking**, 2019.

300. "Towards an Open (Data) Science Analytics-Hub for Reproducible Multi-Model Climate Analysis at Scale," S Fiore, D Elia, C Palazzo, A D'Anca, F Antonio, DN Williams, I Foster, **IEEE International Conference on Big Data**, 3226-3234, 2018.

301. "Profiling and Predicting Application Performance on the Cloud," M Baughman, R Chard, L Ward, J Pitt, K Chard, I Foster, **IEEE/ACM 11th International Conference on Utility and Cloud Computing**, 2018

302. "Scaling Deep Learning for Cancer with Advanced Workflow Storage Integration," JM Wozniak, PE Davis, T Shu, J Ozik, N Collier, M Parashar, I Foster, **IEEE/ACM Machine Learning in HPC Environments**, 114-123, 2018.

303. "Skluma: An Extensible Metadata Extraction Pipeline for Disorganized Data," TJ Skluzacek, R Kumar, R Chard, G Harrison, P Beckman, K Chard, I Foster, **IEEE 14th International Conference on e-Science**, 256-266, 2018.

304. "Performance, resilience, and security in moving data from the fog to the cloud: The DYNAMO transfer framework approach," R Montella, D Di Luccio, S Kosta, G Giunta, I Foster, **International Conference on Internet and Distributed Computing Systems**, 197-208, 2018.

305. "Democratizing Network Reservations through Application-Aware Orchestration," J Chung, R Kettimuthu, N.S.V Rao, I Foster, **27th International Conference on Computer Communication and Networks**, 2018.

306. "Globus platform services for data publication," R Ananthakrishnan, B Blaiszik, K Chard, R Chard, B McCollam, J Pruyne, I Foster, **Practice and Experience on Advanced Research Computing**, 2018.

307. "A comprehensive study of wide area data movement at a scientific computing facility," Z Liu, R Kettimuthu, I Foster, Y Liu, **Scalable Network Traffic Analytics workshop** in conjunction with the IEEE 38th International Conference on Distributed Computing Systems, 2018.

308. "Predicting Amazon Spot Prices with LSTM Networks," M Baughman, C Haas, R Wolski, I Foster, K Chard, **9th Workshop on Scientific Cloud Computing**, 2018.

309. "Towards Autonomic Science Infrastructure: Architecture, Limitations, and Open Issues," R Kettimuthu, Z Liu, I Foster, P Beckman, A Sim, K Wu, W Liao, Q. Kang, **1st Workshop on AI for Science**, 2018

310. "High-Throughput Neuroanatomy and Trigger-Action Programming: A Case Study in Research Automation," R Chard, R Vescovi, M Du, H Li, K Chard, S Tuecke, N Kasthuri, I Foster, **1st Workshop on AI for Science**, 2018.

311. "DYNAMO: Distributed leisure yacht-carried sensor-network for atmosphere and marine data crowdsourcing applications," R Montella, S Kosta, I Foster, **IEEE International Conference on Cloud Engineering**, 333-339, 2018.

312. "Toward scalable monitoring on large-scale storage for software defined cyberinfrastructure," A Paul, R Chard, K Chard, S Tuecke, A Butt, I Foster, **2nd Joint International Workshop on Parallel Data Storage and Data Intensive Computing**, 2017.

313. "Convergent downstream candidate mechanisms of independent intergenic polymorphisms between co-classified diseases implicate epistasis among noncoding elements," J Han, J Li, I Achour, L Pesce, I Foster, H Li, Y Lussier, **Pac Symp Biocomput**. 23:524-535, 2018.

314. "Towards a Hybrid Human-Computer Scientific Information Extraction Pipeline, RB Tchoua, K Chard, D Audus, L Ward, J Lequieu, J De Pablo, I Foster. **IEEE 13th International Conference on eScience**, 109-118, 2017.

315. "Real-Time Data Analysis and Autonomous Steering of Synchrotron Light Source Experiments, T Bicer, D Gursoy, R Kettimuthu, I Foster, B Ren, V De Andrede, et al., **IEEE 13th International Conference on eScience**, 59-68, 2017.

316. "Software Defined Cyberinfrastructure for Data Management," R Chard, K Chard, S Tuecke, I Foster, **IEEE 13th International Conference on eScience**, 456-457, 2017.

317. "Safe Collections and Stewardship on Cloud Kotta," Y.. Babuji, K Chard, E Duede, I Foster, **Workshop on Safe Data: Paradigms and Platforms**, 498-503, 2017.

318. "Safe Double Blind Studies as a Service," T Skluzacek, S Rehman, I Foster, **Workshop on Safe Data: Paradigms and Platforms**, 504-509, 2017.

319. "On Analytics of File Transfer Rates over Dedicated Wide-Area Connections," S Sen, N S V Rao, Q. Liu, N Imam, R Kettimuthu, I Foster, **1st International Workshop on Workflow Science**, 576-585, 2017.

320. "A Mathematical Programming- and Simulation-Based Framework to Evaluate Cyberinfrastructure Design Choices," Z Liu, R Kettimuthu, S Leyffer, P Palkar, I Foster, **IEEE 13th International Conference on eScience**, 148-157, 2017.

321. "Computing just what you need: online data analysis and reduction at extreme scales," I Foster, M Ainsworth, B Allen, J Bessac, F Cappello, J Choi, et al., **European Conference on Parallel Processing**, 3-19, 2017.

322. Globus: Research data management as service and platform, K Chard, I Foster, S Tuecke, **Conference on Practice and Experience in Advanced Research Computing**, 2017.

323. Numerical and Implementation Issues in Food Quality Modeling for Human Diseases Prevention., A Galletti, R Montella, L Marcellino, A Riccio, D Di Luccio, A Brizius, et al. **HEALTHINF**, 526-534, 2017.

324. "Processing of Crowd-sourced Data from an Internet of Floating Things," R Montella, D Di Luccio, L Marcellino, A Galletti, S Kosta, A Brizius, et al., **12th Workshop on Workflows in Support of Large-scale Science**, 2017.

325. "Globus: A Case Study in Software as a Service for Scientists," I Foster, R Madduri, J Pruyne, S Tuecke, **Workshop on Scientific Cloud Computing**, 2017.

326. "Skluma: A Statistical Learning Pipeline for Taming Unkempt Data Repositories," P Beckman, T Skluzacek, K Chard, I Foster, **29th International Conference on Scientific and Statistical Database Management**, 2017.

327. "TCP Throughput Profiles Using Measurements Over Dedicated Connections," N Rao, Q. Liu, S Sen, D Towlsey, G Vardoyan, R Kettimuthu, I Foster, **26th International Symposium on High-Performance Parallel and Distributed Computing**, 2017.

328. "Explaining wide area data transfer performance," Z Liu, P Balaprakash, R Kettimuthu, I Foster, **26th International Symposium on High-Performance Parallel and Distributed Computing**, 2017.

329. "Exacution: Enhancing Scientific Data Management for Exascale," S Klasky, E Suchyta, M Ainsworth, Q. Liu, B Whitney, M Wolf, J Choi, et al., **IEEE 37th International Conference on Distributed Computing Systems**, 2017.

330. "Software Defined Cyberinfrastructure," I Foster, B Blaiszik, K Chard, R Chard, **IEEE 37th International Conference on Distributed Computing Systems**, 2017.

331. Ripple: Home automation for research data management, R Chard, K Chard, J Alt, D Parkinson, S Tuecke, I Foster, **IEEE 37th International Conference on Distributed Computing Systems Workshops**, 2017.

332. "Klimatic: A virtual data lake for harvesting and distribution of geospatial data." T Skluzacek, K Chard, I Foster. **1st Joint International Workshop on Parallel Data Storage & Data Intensive Scalable Computing Systems**, pp. 31-36, 2016.

333. "An ensemble-based recommendation engine for scientific data transfers," W Agnew, M Fischer, I Foster, K Chard. **7th International Workshop on Data-Intensive Computing in the Cloud**, pp. 9-16, 2016.

334. "Experimental Analysis of File Transfer Rates over Wide-Area Dedicated Connections," N Rao, Q Liu, S Sen, G. Hinkel, N Imam, I Foster, R Kettimuthu, **IEEE 14th International High Performance Computing and Communications**, 5, 2016.

335. "I'll take that to go: Big data bags and minimal identifiers for exchange of large, complex datasets," K Chard, M D'Arcy, B Heavner, I Foster, C Kesselman, R Madduri, et al. **IEEE International Conference on Big Data**, 319-328, 2016.

336. "WaComM: A parallel Water quality Community Model for pollutant transport and dispersion operational predictions," R Montella, D Di Luccio, P Troiano, A Riccio, A Brizius, I Foster, **12th Conference on Signal-Image Technology & Internet-Based Systems**, 2016.

337. "Measurement-based performance profiles and dynamics of UDT over dedicated connections," Q. Liu, N Rao, C Wu, D Yun, R Kettimuthu, I Foster. **24th IEEE International Conference on Network Protocols**, pp. 1-10, 2016.

338. "Energy-efficient data transfer: Bits vs. atoms," I Marincic, I Foster. **24th International Conference on Software, Telecommunications and Computer Networks**, pp. 1-6, 2016.

339. "Improving Data Transfer Throughput with Direct Search Optimization," P Balaprakash, V Morozov, R Kettimuthu, K Kumaran, I Foster. **45th International Conference on Parallel Processing**, pp. 248-257, 2016.

340. "Globus: Recent enhancements and future plans," K Chard, S Tuecke, I Foster. **XSEDE16 Conference on Diversity, Big Data, and Science at Scale**, p. 27, 2016.

341. "Differentiated Scheduling of Response-Critical and Best-Effort Wide-Area Data Transfers," R Kettimuthu, G. Agrawal, P Sadayappan, I Foster, **IEEE International Parallel and Distributed Processing Symposium**, pp. 1113-1122, 2016.

342. "An automated tool profiling service for the cloud," R Chard, K Chard, B Ng, K Bubendorfer, A Rodriguez, R Madduri, I Foster. " **16th IEEE/ACM International Symposium on Cluster, Cloud and Grid Computing**, pp. 223-232, 2016.

343. "An in-memory based framework for scientific data analytics," D Elia, S Fiore, A D'Anca, C Palazzo, I Foster, D N Williams. **ACM International Conference on Computing Frontiers**, pp. 424-429, 2016.

344. "Globus Auth: A research identity and access management platform," S Tuecke, R Ananthakrishnan, K Chard, M Lidman, B McCollam, I Foster. **12th IEEE International Conference on e-Science**. 2016.

345. "LDV: Light-weight database virtualization," Q. Pham, T Malik, B Glavic, I Foster, **IEEE 31st International Conference on Data Engineering**, 1179-1190, 2015.

346. "Using active data to provide smart data surveillance to e-science users," A Simonet, K Chard, G. Fedak, I Foster, **23rd Euromicro International Conference on Parallel, Distributed and Network-Based Processing**, 269-273, 2015.

347. "Jetstream: A Distributed Cloud Infrastructure for Underresourced higher education communities," J Fischer, S Tuecke, I Foster, C Stewart, **1st Workshop on The Science of Cyberinfrastructure: Research, Experience, Applications and Models**, 53-61, 2015.

348. "Rapid tomographic image reconstruction via large-scale parallelization," T Bicer, D Gursoy, R Kettimuthu, F De Carlo, G. Agrawal, I Foster, **Euro-Par: Parallel Processing,** 289-302, 2015.

349. "Jetstream: a self-provisioned, scalable science and engineering cloud environment," C Stewart, Cockerill, M Timothy, I Foster, D Hancock, N Merchant, E Skidmore, D Stanzione, J Taylor, S Tuecke, G. Turner, **XSEDE Conference: Scientific Advancements Enabled by Enhanced Cyberinfrastructure**, 29, 2015.

350. "Cost-Aware Elastic Cloud Provisioning for Scientific Workloads" R Chard, K Chard, K Bubendorfer, L Lacinski, R Madduri, I Foster, **IEEE 8th International Conference on Cloud Computing,** 971-974, 2015.

351. "Building Bridges from the Campus to XSEDE," L Liming, I Foster, S Tuecke, **IEEE International Conference on Cluster Computing**, 865-868, 2015.

352. "An elegant sufficiency: load-aware differentiated scheduling of data transfers," R Kettimuthu, Vardoyan, Gayane, Agrawal, Gagan, P Sadayappan, I Foster, **International Conference for High Performance Computing, Networking, Storage and Analysis**, 46, 2015.

353. "Globus Data Publication as a Service: Lowering Barriers to Reproducible Science," K Chard, Pruyne, Jim, B Blaiszik, R Ananthakrishnan, S Tuecke, I Foster, **IEEE 11th International Conference on e-Science**, 401-410, 2015.

354. "Cost-aware cloud provisioning," R Chard, K Chard, K Bubendorfer, L Lacinski, R Madduri, I Foster, **IEEE 11th International Conference on e-Science**, 136-144, 2015.

355. "Toward interlanguage parallel scripting for distributed-memory scientific computing," J Wozniak, T Armstrong, K Maheshwari, D Katz, M Wilde, I Foster, **IEEE International Conference on Cluster Computing**, 482-485, 2015.

356. "Interlanguage parallel scripting for distributed-memory scientific computing," J Wozniak, T Armstrong, K Maheshwari, D Katz, M Wilde, I Foster, **10th Workshop on Workflows in Support of Large-Scale Science**, 6, 2015.

357. "Big data remote access interfaces for light source science," J Wozniak, K Chard, B Blaiszik, R Osborn, M Wilde, I Foster**, IEEE/ACM International Symposium on Big Data Computing**, 2015.

358. "Sustained Wide-Area TCP Memory Transfers Over Dedicated Connections," N Rao, D Towsley, G. Vardoyan, B Settlemyer, I Foster, R Kettimuthu, **International Conference on High Performance Computing and Communications**, 1603-1606, 2015.

359. "Lessons from industry for science cyberinfrastructure: Simplicity, scale, and sustainability via SaaS/PaaS," I Foster, **1st Workshop on The Science of Cyberinfrastructure: Research, Experience, Applications and Models**, 2015.

360. "Compiler Optimization for Extreme-Scale Scripting," T Armstrong, J Wozniak, M Wilde, I Foster, **14th IEEE/ACM International Symposium on Cluster, Cloud and Grid Computing**, 571-574, 2014.

361. "A Community-Driven Workflow Recommendations and Reuse Infrastructure," J Zhang, C Lee, S Xiao, P Votava, T Lee, R Nemani, I Foster**, IEEE 8th International Symposium on Service Oriented System Engineering**, 162-172, 2014.

362. "Design and evaluation of the gemtc framework for GPU-enabled many-task computing," S Krieder, J Wozniak, T Armstrong, M Wilde, D Katz, B Grimmer, I Foster, I Raicu, **23rd international symposium on High-performance parallel and distributed computin**g, 153-164, 2014.

363. "Compiler techniques for massively scalable implicit task parallelism," T Armstrong, J Wozniak, M Wilde, I Foster, **International Conference for High Performance Computing, Networking, Storage and Analysis**, 299-310, 2014.

364. "Benchmarking cloud-based tagging services," T Malik, K Chard, I Foster, **IEEE 30th International Conference on Data Engineering Workshops**, 231-238, 2014.

365. "Language features for scalable distributed-memory dataflow computing," J Wozniak, M Wilde, I Foster, **4th Workshop on Data-Flow Execution Models for Extreme Scale Computing**, 50-53, 2014.

366. "Ophidia: A full software stack for scientific data analytics," S Fiore, A D'Anca, Elia, Donatello, C Palazzo, I Foster, D Williams, G. Aloisio, **2014 International Conference High Performance Computing & Simulation (HPCS)**, 343-350, 2014.

367. "Big data staging with MPI-IO for interactive X-ray science," J Wozniak, H Sharma, T Armstrong, M Wilde, J Almer, I Foster**, IEEE/ACM International Symposium on Big Data Computing**, 26-34, 2014.

368. "A cloud-based image analysis gateway for traumatic brain injury research," K Chard, R Madduri, X. Jiang, F Dahi, M Vannier, I Foster, **9th Gateway Computing Environments Workshop**, 13-16, 2014.

369. "Globus Nexus: Research identity, profile, and group management as a service," K Chard, M Lidman, J Bryan, T Howe, B McCollam, R Ananthakrishnan, S Tuecke, I Foster, **IEEE 10th International Conference on e-Science**,31-38, 2014.

370. "Auditing and maintaining provenance in software packages," Q. Pham, T Malik, I Foster, **Provenance and Annotation of Data and Processes**, 97-109, 2014.

371. "A model for tracing and debugging large-scale task-parallel programs with MPE,LASH-C," J Wozniak, Chan, Anthony, T Armstrong, M Wilde, E Lusk, I Foster, at PPoPP, 2013.

372. "Swift/T: large-scale application composition via distributed-memory dataflow processing," J Wozniak, T Armstrong, M Wilde, D Katz, E Lusk, I Foster, **13th IEEE/ACM International Symposium on Cluster, Cloud and Grid Computing**, 95-102, 2013.

373. "Provenance traces of the swift parallel scripting system," L Gadelha Jr, M Wilde, M Mattoso, I Foster, **Joint EDBT/ICDT 2013 Workshops**, 325-326, 2013.

374. "Using provenance for repeatability" Q. Pham, T Malik, I Foster, **5th USENIX Workshop on the Theory and Practice of Provenance**, 2013.

375. "Dataflow coordination of data-parallel tasks via MPI 3.0," J Wozniak, T Peterka, T Armstrong, J Dinan, E Lusk, M Wilde, I Foster, **20th European MPI Users' Group Meeting**, 2013.

376. "MTC Envelope: Defining the capability of large scale computers in the context of parallel scripting applications," Z Zhang, D Katz, M Wilde, J Wozniak, I Foster, **22nd international symposium on High-performance parallel and distributed computing**, 37-48, 2013.

377. "Science as a service: how on-demand computing can accelerate discovery," I Foster, R Madduri, **4th ACM workshop on Scientific cloud computing**, 2013.

378. "Parallelizing the execution of sequential scripts," Z Zhang, D Katz, T Armstrong, J Wozniak, I Foster, **International Conference on High Performance Computing, Networking, Storage and Analysis,** 31, 2013.

379. "Experiences in building a next-generation sequencing analysis service using galaxy, globus online and Amazon web service," R Madduri, P Dave, D Sulakhe, L Lacinski, B Liu, I Foster, **Conference on Extreme Science and Engineering Discovery Environment: Gateway to Discovery**, 34, 2013.

380. "Enabling Multi-task computation on Galaxy-based Gateways using Swift," K Maheshwari, A Rodriguez, Kelly, Denis, R Madduri, J Wozniak, M Wilde, I Foster, **IEEE International Conference on Cluster Computing**, 2013.

381. "Distributed tools deployment and management for multiple galaxy instances in globus genomics," D Sulakhe, A Rodriguez, N Prozorovsky, N Kavthekar, R Madduri, A Parikh, U. Dave, L Lacinski, I Foster, **8th Workshop on Workflows in Support of Large-Scale Science**, 106-111, 2013.

**382.** "Globus Nexus: An identity, profile, and group management platform for science gateways and other collaborative science applications," R Ananthakrishnan, J Bryan, K Chard, I Foster, T Howe, M Lidman, S Tuecke, **IEEE International Conference on Cluster Computing, 2013.**

383. "Lens: A Faceted Browser for Research Networking Platforms," Whaling, Richard, Malik, Tania, I Foster, **IEEE 9th International Conference on eScience**, 196-203, 2013.

384. "A big data analytics framework for scientific data management," S Fiore, C Palazzo, A D'Anca, I Foster, D Williams, G. Aloisio, **IEEE International Conference on Big Data**, 2013.

385. "Scientific big data analytics challenges at large scale," G. Aloisio, S Fiore, I Foster, D Williams, **Big Data and Extreme-scale Computing**, 2013.

386. "Turbine: A distributed-memory dataflow engine for extreme-scale many-task applications," J Wozniak, T Armstrong, K Maheshwari, E Lusk, D Katz, M Wilde, I Foster, **1st ACM SIGMOD Workshop on Scalable Workflow Execution Engines and Technologies**, 5, 2012.

387. "Instant gridftp**,**" R Kettimuthu, L Lacinski, M Link, Pickett, Karl, S Tuecke, I Foster, **IEEE 26th International Parallel and Distributed Processing Symposium Workshops & PhD Forum**, 1104-1112, 2012.

388. "Job and data clustering for aggregate use of multiple production cyberinfrastructures," K Maheshwari, A Espinosa, D Katz, M Wilde, Z Zhang, I Foster, S Callaghan, P Maechling, **5th ACM International Workshop on Data-Intensive Distributed Computing**, 2012.

389. "Campus bridging made easy via Globus services," I Foster, R Kettimuthu, S Martin, S Tuecke, D Milroy, B Palen, T Hauser, J Braden, **1st Conference of the Extreme Science and Engineering Discovery Environment: Bridging from the eXtreme to the Campus and Beyond**, 50, 2012.

390. "What is Campus Bridging and what is XSEDE doing about it?" C Stewart, R Knepper, J Ferguson, F Bachmann, I Foster, A Grimshaw, V Hazlewood, D Lifka, **1st Conference of the Extreme Science and Engineering Discovery Environment: Bridging from the eXtreme to the campus and beyond**, 47, 2012.

391. "On using virtual circuits for GridFTP transfers," Z Liu, M Veeraraghavan, X Yan, C Tracy, J Tie, I Foster, J Dennis, J Hick, Y Li, W Yang, **International Conference on High Performance Computing, Networking, Storage and Analysis, 81**, 2012.

392. "SOLE: linking research papers with science objects," Q. Pham, T Malik, I Foster, R Di Lauro, R Montella, **Provenance and Annotation of Data and Processes**, 203-208, 2012.

393. "Design and analysis of data management in scalable parallel scripting," Z Zhang, D Katz, J Wozniak, A Espinosa, I Foster, **International Conference on High Performance Computing, Networking, Storage and Analysis**, 85, 2012.

394. "SaaS for science: the path to reality for research in the cloud," I Foster, V Vasiliadis, **1st Conference of the Extreme Science and Engineering Discovery Environment: Bridging from the eXtreme to the campus and beyond**, 66, 2012.

395. "Deploying bioinformatics workflows on clouds with Galaxy and Globus Provision," B Liu, B Sotomayor, R Madduri, K Chard, I Foster, **Workshop on High Performance Computing, Networking, Storage and Analysis**, 1087-1095, 2012.

396. "Addressing data access needs of the long-tail distribution of geoscientists," T Malik, I Foster, **IEEE International Geoscience and Remote Sensing Symposium**, 5348-5351, 2012.

397. "Bringing Task and Data Parallelism to Analysis of Climate Model Output," R Jacob, J Krishna, X. Xu, S Mickelson, T Tautges, M Wilde, R Latham, I Foster, R Ross, M Hereld, **High Performance Computing, Networking, Storage and Analysis (SCC), 2012 SC Companion:**1493-1494, 2012.

398. "Towards to an Oncology Database (ONCOD) using a data warehousing approach," X. Wang, L Liu, J Fackenthal, P Chang, G. Newstead, S Chmura, I Foster, O. Olopade, **AMIA Summits on Translational Science Proceedings, 2012. American Medical Informatics Association**, 105, 2012

399. "Managed GridFTP," J Bresnahan, M Link, R Kettimuthu, I Foster, **IEEE International Symposium on Parallel and Distributed Processing Workshops and Phd Forum**, 907-913, 2011.

400. "Toward semantics empowered biomedical web services," J Zhang, R Madduri, W Tan, K Deichl, J Alexander, I Foster, **IEEE International Conference on Web Services**, 371-378, 2011.

401. "AME: An anyscale many-task computing engine," Z Zhang, D Katz, M Ripeanu, M Wilde, I Foster, **6th workshop on Workflows in support of large-scale science**, 137-146, 2011.

402. "Making a case for distributed file systems," I Raicu, I Foster, P Beckman, **3rd International Workshop on Large-scale system and application performance**, 2011.

403. "Providing map and GPS assistance to service composition in bioinformatics," W Tan, J Zhang, R Madduri, I Foster, D De Roure, **IEEE International Conference on Services Computing**, 608-615, 2011.

404. "Globus xio pipe open driver: enabling gridftp to leverage standard unix tools," R Kettimuthu, S Link, J Bresnahan, M Link, I Foster, **TeraGrid Conference: Extreme Digital Discovery**, 20, 2011.

405. "A distributed look-up architecture for text mining applications using MapReduce," A Balkir, I Foster, A Rzhetsky, **High Performance Computing, Networking, Storage and Analysis (SC) International Conference**, 2011.

406. "Recommend-as-you-go: a novel approach supporting services-oriented scientific workflow reuse," J Zhang, W Tan, J Alexander, I Foster, R Madduri, **IEEE International Conference on Services Computing**, 48-55, 2011.

407. "Exploring provenance in high performance scientific computing," L Gadelha Jr, M Wilde, M Mattoso, I Foster, **1st Annual Workshop on High Performance Computing Meets Databases**, 17-20, 2011.

408. "Improving the efficiency of subset queries on raster images," T Malik, N Best, J Elliott, R Madduri, I Foster, **ACM SIGSPATIAL 2nd International Workshop on High Performance and Distributed Geographic Information Systems**, 34-37, 2011.

409. "Distance estimation for very large networks using MapReduce and network structure indices," H Oktay, A Balkir, I Foster, D Jensen, **Workshop on Information Networks**, 2011.

410. "Data-intensive CyberShake computations on an opportunistic cyberinfrastructure," A Espinosa, D Katz, M Wilde, K Maheshwari, I Foster, S Callaghan, P Maechling, **TeraGrid Conference: Extreme Digital Discovery**, 14, 2011.

411. "Lessons learned from moving earth system grid data sets over a 20 gbps wide-area network," R Kettimuthu, A Sim, D Gunter, W Allcock, P Bremer, J Bresnahan, A Cherry, L Childers, E Dart, I Foster, **19th ACM International Symposium on High Performance Distributed Computing**, 316-319, 2010.

412. "A Data Management Framework for Distributed Biomedical Research Environments," R Kettimuthu, R Schuler, D Keator, M Feller, D Wei, M Link, J Bresnahan, L Liming, J Ames, A Chervenak, **6th IEEE International Conference on e-Science Workshops**, 72-79, 2010.

413. "A data transfer framework for large-scale science experiments," W Liu, B Tieman, R Kettimuthu, I Foster, **19th ACM International Symposium on High Performance Distributed Computing**, 717-724, 2010.

414. "An adaptive strategy for scheduling data-intensive applications in grid environments," W Liu, R Kettimuthu, Li, Bo, I Foster, **IEEE 17th International Conference on Telecommunications**, 642-649, 2010.

415. "Scheduling many-task workloads on supercomputers: Dealing with trailing tasks," T Armstrong, Z Zhang, D Katz, M Wilde, I Foster, **IEEE Workshop on Many-Task Computing on Grids and Supercomputers**, 2010.

416. "Towards a threat model for provenance in e-Science," L Gadelha Jr, M Mattoso, M Wilde, I Foster, **Provenance and Annotation of Data and Processes**, 277-279, 2010

417. "NONUS: A No-Onus Platform for Generating Grant Reports," T Malik, I Foster, A Rzhetsky, J Foster, J Evans, **6th IEEE International Conference on e-Science Workshops**, 136-140, 2010.

418. "Some economic and societal implications of a biofuel based economy: Results from CIM-EARTH a new integrated assessment model," R Kotamarthi, J Elliott, B Drewniak, M Franklin, I Foster, T Munson, R Doctor, M Wang, **Fifth Symposium on Policy and Socio-economic Research**, 2010.

419. "Resource leasing and the art of suspending virtual machines," B Sotomayor, R Montero, I Llorente, I Foster, **11th IEEE International Conference on High Performance Computing and Communications**, 59-68, 2009.

420. "The quest for scalable support of data-intensive workloads in distributed systems," I Raicu, I Foster, Y Zhao, P Little, C Moretti, A Chaudhary, D Thain, **18th ACM international symposium on High performance distributed computing**, 207-216, 2009.

421. "Scientific workflows as services in caGrid: a Taverna and gRAVI approach," W Tan, K Chard, D Sulakhe, R Madduri, I Foster, S Soiland-Reyes, C Goble, **IEEE International Conference on Web Services**, 413-420, 2009.

422. "Wrap scientific applications as WSRF grid services using gRAVI," K Chard, W Tan, J Boverhof, R Madduri, I Foster, **IEEE International Conference on Web Services**, 83-90, 2009.

423. "GridFTP GUI: an easy and efficient way to transfer data in grid," W Liu, R Kettimuthu, B Tieman, R Madduri, B Li, I Foster, **Networks for Grid Applications**, 57-66, 2009

424. "ADEM: automating deployment and management of application software on the open science grid," Hou, Zhengxiong, Tie, Jing, Zhou, Xingshe, I Foster, M Wilde, **10th IEEE/ACM International Conference on Grid Computing**, 130-137, 2009.

425. "Extreme-scale scripting: Opportunities for large task-parallel applications on petascale computers," M Wilde, I Raicu, A Espinosa, Z Zhang, B Clifford, M Hategan, S Kenny, K Iskra, P Beckman, I Foster, **Journal of Physics: Conference Series**,180(1):12046, 2009.

426. "Enabling petascale science: Data management, troubleshooting, and scalable science services," A Baranovski, K Beattie, S Bharathi, J Boverhof, J Bresnahan, A Chervenak, I Foster, T Freeman, D Gunter, K Keahey, **Journal of Physics: Conference Series**,125,1,12068, 2008.

427. "Data management and analysis for the Earth System Grid," D Williams, R Ananthakrishnan, D Bernholdt, S Bharathi, D Brown, M Chen, A Chervenak, L Cinquini, R Drach, I Foster, **Journal of Physics: Conference Series**,125,1,12072, 2008

428. "The Open Science Grid: Status and architecture," R Pordes, D Petravick, W Kramer, D Olson, M Livny, A Roy, P Avery, K Blackburn, T Wenaus, F Wuerthwein, **Journal of Physics: Conference Series**,119(5):52028, 2008.

429. "The Open Science Grid," R Pordes, D Petravick, W Kramer, D Olson, M Livny, A Roy, P Avery, K Blackburn, T Wenaus, F Wuertheim, ", **Journal of Physics: Conference Series**,78(1):12057, 2007.

430. "Building a global federation system for climate change research: the earth system grid center for enabling technologies (ESG-CET)," R Ananthakrishnan, D Bernholdt, S Bharathi, D Brown, M Chen, A Chervenak, L Cinquini, R Drach, I Foster, P Fox, **Journal of Physics: Conference Series**,78,1,12050, 2007.

431. "Enabling distributed petascale science," A Baranovski. Bharathi, J Bresnahan, A Chervenak, I Foster, D Fraser, T Freeman, D Gunter, K Jackson, K Keahey, **Journal of Physics: Conference Series**,78(1):12020, 2007.

432. "TeraGrid's integrated information service," L Liming, Navarro, John-Paul, Blau, Eric, Brechin, Jason, C Catlett, Dahan, Maytal, Diehl, Diana, Dooley, Rion, Dwyer, Michael, Ericson, Kate, Ian Foster, **5th Grid Computing Environments Workshop**, 8, 2009.

433. "UDT as an alternative transport protocol for GridFTP," J Bresnahan, M Link, R Kettimuthu, I Foster, **7th International Workshop on Protocols for Future, Large-Scale and Diverse Network Transports**, 2009.

434. "Enhancing the earth system grid security infrastructure through single sign-on and autoprovisioning," F Siebenlist, R Ananthakrishnan, Bernholdt, David E, Cinquini, Luca, I Foster, Middleton, DE, Miller, Neill, D Williams**, 5th Grid Computing Environments Workshop**, 13, 2009.

435. "Building Scientific Workflow with Taverna and BPEL: A Comparative Study in caGrid," W Tan, Missier, Paolo, R Madduri, I Foster, **Service-Oriented Computing**, 2009.

436. "GridFTP Multilinking," J Bresnahan, M Link, R Kettimuthu, I Foster, **TeraGrid Conference**, 2009.

437. "Modeling the human dimensions of climate change: The CIM-EARTH project," Moyer, Elisabeth, I Foster, K Judd, T Munson, **IOP Conference Series: Earth and Environmental Science**, 6,49,492007, 2009.

438. "Experiences of On-Demand Execution for Large Scale Parameter Sweep Applications on OSG by Swift," Hou, Zhengxiong, M Wilde, M Hategan, Zhou, Xingshe, I Foster, Clifford, Bryan, **11th IEEE International Conference on High Performance Computing and Communications**, 527-532, 2009.

439. "Combining batch execution and leasing using virtual machines," B Sotomayor, K Keahey, I Foster, **17th international symposium on High performance distributed computing**, 87-96, 2008.

440. "Capacity leasing in cloud systems using the opennebula engine," B Sotomayor, R Montero, I Llorente, I Foster, **Workshop on Cloud Computing and its Applications**, 3, 2008.

441. "Toward loosely coupled programming on petascale systems," I Raicu, Z Zhang, M Wilde, I Foster, P Beckman, K Iskra, B Clifford, **ACM/IEEE Conference on Supercomputing**, 22, 2008.

442. "Scientific workflow systems for 21st century, new bottle or new wine?" Y Zhao, I Raicu, I Foster, **IEEE Congress on Services**, 467-471, 2008.

443. "Accelerating large-scale data exploration through data diffusion," I Raicu, Y Zhao, I Foster, Szalay, Alex, **International Workshop on Data-aware Distributed Computing**, 2008.

444. "Building scientific workflow with taverna and bpel: A comparative study in cagrid," W Tan, Missier, Paolo, R Madduri, I Foster, **Service-Oriented Computing**, 118-129, 2008.

445. "Design and evaluation of a collective io model for loosely coupled petascale programming," Z Zhang, A Espinosa, K Iskra, I Raicu, I Foster, M Wilde, **Workshop on Many-Task Computing on Grids and Supercomputers**, 2008.

446. "Using overlays for efficient data transfer over shared wide-area networks," G. Khanna, U. Catalyurek, T Kurc, R Kettimuthu, P Sadayappan, I Foster, K Saltz, **ACM/IEEE conference on Supercomputing**, 47, 2008.

447. "Distributed I/O with ParaMEDIC: Experiences with a worldwide supercomputer," Balaji, Pavan, Feng, Wu-chun, Lin, Heshan, Archuleta, Jeremy, Matsuoka, Satoshi, Warren, Andrew, Setubal, Joao, E Lusk, Thakur, R, I Foster**, IEEE International Supercomputing Conference**, 2008.

448. "Engaging with the LEAD science gateway project: lessons learned in successfully deploying complex system solutions on TeraGrid," D Fraser, I Foster, **TeraGrid Conference**, 2008.

449. "Build Grid Enabled Scientific Workflows Using Gravi and Taverna," K Chard, C Onyuksel, W Tan, D Sulakhe, R Madduri, I Foster**, IEEE 4th International Conference on eScience**, 614-619, 2008.

450. "Multi-hop path splitting and multi-pathing optimizations for data transfers over shared wide-area networks using GridFTP," G. Khanna, U. Catalyurek, T Kurc, P Sadayappan, K Saltz, R Kettimuthu, I Foster, **17th International Symposium on High Performance Distributed Computing**, 225-226, 2008.

451. "Orchestrating caGrid services in Taverna," W Tan, R Madduri, Keshav, Kiran, Suzek, Baris E, S Oster, I Foster, **IEEE International Conference on Web Services**, 14-20, 2008.

452. "Communicating security assertions over the GridFTP control channel," R Kettimuthu, L Wantao, F Siebenlist, I Foster, **IEEE 4th International Conference on eScience**, 426-427, 2008.

453. "Data intensive scalable computing on TeraGrid: A comparison of MapReduce and Swift," Q. Pham, A Balkir, J Tie, I Foster, M Wilde, I Raicu, **TeraGrid Conference**, 2008.

454. "Swift: Fast, reliable, loosely coupled parallel computation," Y Zhao, M Hategan, B Clifford, I Foster, G. Von Laszewski, V Nefedova, I Raicu, T Stef-Praun, M Wilde, **IEEE Congress on Services**, 199-206, 2007.

455. "Falkon: a Fast and Light-weight tasK executiON framework," I Raicu, Y Zhao, C Dumitrescu, I Foster, M Wilde, **ACM/IEEE conference on Supercomputing**, 43, 2007.

456. "GT4 GRAM: a functionality and performance study," M Feller, I Foster, S Martin, **TeraGrid Conference**, 2007.

457. "Hand: Highly available dynamic deployment infrastructure for Globus Toolkit 4," L Qi, H Jin, I Foster, J Gawor, **15th EUROMICRO International Conference on Parallel, Distributed and Network-Based Processing**, 155-162, 2007.

458. "Globus GridFTP: What's new in 2007," J Bresnahan, M Link, G. Khanna, Z Imani, R Kettimuthu, I Foster, **1st International Conference on Networks for Grid Applications**, 19,

459. "GridFTP pipelining," J Bresnahan, M Link, R, Kettimuthu, D Fraser, I Foster, **TeraGrid Conference**, 2007.

460. "Enabling cost-effective resource leases with virtual machines," B Sotomayor, K Keahey, I Foster, T Freeman, **Hot Topics session in ACM/IEEE International Symposium on High Performance Distributed Computing 2007**, 2007.

461. "caGrid 1.0: a Grid enterprise architecture for cancer research," S Oster, Langella, Stephen, Hastings, Shannon, Ervin, David, R Madduri, T Kurc M, F Siebenlist, P Covitz, Shanbhag, Krishnakant, I Foster, **AMIA**, 2007.

462. "Provenance Query Patterns for Many-Task Scientific Computing," L Gadelha, M Mattoso, M Wilde, I Foster, **USENIX Workshop on the Theory and Practice of Provenance**, 2011.

463. "Anomaly detection and diagnosis in grid environments," L Yang, C Liu, J Schopf, I Foster, **ACM/IEEE Conference on Supercomputing**, 33, 2007.

464. "Gridcopy: Moving data fast on the grid," R Kettimuthu, W Allcock, J Navarro, I Foster, **IEEE International Parallel and Distributed Processing Symposium**, 363, 2007.

465. "Dynamic resource provisioning in grid environments," I Raicu, C Dumitrescu, I Foster. **TeraGrid conference**, 2007.

466. "Virtual Data Language: A typed workflow notation for diversely structured scientific data," "Y Zhao, M Wilde, I Foster. **Workflows for e-Science**, 258-275, 2007.

467. "Scaling TeraGrid access: A testbed for identity management and attribute-based authorization," V Welch, I Foster, T Scavo, F Siebenlist, C Catlett, J Gemmill, D Skow. **TeraGrid Conference**, 2007.

468. "A scalable cluster algorithm for internet resources," C Liu, I Foster. **IEEE International Parallel and Distributed Processing Symposium**, 2007.

469. "TeraGrid's GRAM Auditing and Accounting and its Integration with the LEAD Science Gateway," S Martin, P Lane, I Foster, M Christie. TeraGrid Conference, 7, 2007.

470. "Harnessing Multicore Processors for High-Speed Secure Transfer," J Bresnahan, R Kettimuthu, M Link, I Foster. **High-Speed Networks Workshop**, 56-59, 2007.

471. "In Search of Simplicity: A Self-Organizing Group Communication Overlay," M Ripeanu, A Iamnitchi, I Foster, A Rogers. In **First IEEE International Conference on Self-Adaptive and Self-Organizing Systems**, 2007, pp. 371-374.

472. "Efficient Processing of Relational Queries with Sum Constraints," S Nestorov, C Liu, I Foster. In **Lecture Notes in Computer Science,** vol. 4505, Springer, 2007, pp. 440-451.

473. "XIOPerf : A Tool for Evaluating Network Protocols," J Bresnahan, R Kettimuthu, I Foster. In **3rd International Workshop on Networks for Grid Applications**, 2006, pp. 1-9.

474. "Planning Spatial Workflows to Optimize Grid Performance," L Meyer, J Annis, M Wilde. M Mattoso, I Foster, **ACM Symposium on Applied Computing**, 2006. pp. 786-790.

475. "An Opportunistic Algorithm for Scheduling Workflows on Grids," L Meyer, D Scheftner, J Voeckler, M Mattoso, M Wilde, I Foster. In **Lecture Notes in Computer Science**, vol. 4395, Springer, 2006, pp. 1-12.

476. "Applying the Virtual Data Provenance Model," Y Zhao, M Wilde, I Foster. In **Lecture Notes in Computer Science**, vol. 4145, Springer, 2006, pp. 148-161.

477. "A Multipolicy Authorization Framework for Grid Security," B Lang, I Foster, F Siebenlist, R Ananthakrishnan, T Freeman. In **5th IEEE Symposium on Network Computing and Application**s, Cambridge, Mass., IEEE, 2006, pp. 269-272.

478. "A Tool for Prioritizing DAGMan Jobs and Its Evaluation," G. Malewicz, I Foster, A Rosenberg, M Wilde. In **IEEE International Symposium on High Performance Distributed Computing**, IEEE, 2006, pp. 156-167.

479. "Statistical Data Reduction for Efficient Application Performance Monitoring," L Yang, J Schopf, C Dumitrescu, I Foster. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, 2006, pp. 327-334.

480. "Using Multiple Grid Resources for Bioinformatics Applications in GADU," D Sulakhe, Alex Rodriguez, M Wilde, I Foster, N Maltsev. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, 41, 2006.

481. "Virtual Clusters for Grid Communities," I Foster, T Freeman, K Keahey, D Scheftner, B Sotomayor, X. Zhang. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, vol. 1, 2006, pp. 513-520.

482. "Experiences in Running Workloads over Grid3," C Dumitrescu, I Raicu, I Foster. In **4th International Conference on Grid and Cooperative Computing**, 274-286, 2005.

483. "GNARE: an environment for grid-based high-throughput genome analysis," D Sulakhe, A Rodrigue, M D'Souza, M Wilde, V Nefedova, I Foster, N Maltsev. In **International Symposium on Cluster Computing and the Grid**, vol. 1, 2005, pp. 455-462.

484. "The Globus Striped GridFTP Framework and Server," W Allcock, J Bresnahan, R Kettimuthu, M Link, C Dumitrescu, I Raicu, I Foster. In **SC05**, November 2005, p. 54.

485. "Data Grid Tools: Enabling Science on Big Distributed Data," W Allcock, A Chervenak, I Foster, C Kesselman, M Livny. In **2005 SciDAC Conference**, 571-575, 2005.

486. "A Model for Usage Policy-based Resource Allocation in Grids, C Dumitrescu, M Wilde, I Foster. In **6th IEEE International Workshop on Policies for Distributed Systems and Networks**, 2005, pp. 191-200.

487. "Efficient and Robust Computation of Resource Clusters in the Internet," C Liu, I Foster. In **6th IEEE International Conference on Cluster Computing**, 1-9, 2005.

488. "Efficient Relational Joins with Arithmetic Constraints on Multiple Attributes," C Liu, L Yang, I Foster. In **9th International Database Applications & Engineering Symposium**, 2005, pp. 210-220.

489. "GRUBER: A Grid Resource SLA Broker," C Dumitrescu, I Foster. In **EuroPar**, 2005, pp. 465-474.

490. "Virtual Workspaces in the Grid," K Keahey, I Foster., T Freeman, H Zhang, D Galron. In **Lecture Notes in Computer Science,** vol. 3648, 2005, pp. 421-431.

A-331

491. "Interest-Aware Information Dissemination in Small-World Communities," A Iamnitchi, I Foster. In **IEEE International Symposium on High Performance Distributed Computing**, IEEE Computer Society, 2005, pp. 167-175.

492. "A Comparison of WSRF and WS-Notification Implementations: Globus Toolkit V4, pyGridWare, WSRF:Lite, and WSRF.NET," M Humphrey, G. Wasson, K Jackson, J Boverhof, S Meder, J Gawor, S Lang, S Pickles, M McKeown, I Foster. In **IEEE International Symposium on High Performance Distributed Computing**, 2005.

493. "XDTM: XML Data Type and Mapping for Specifying Datasets," L Moreau, Y Zhao, I Foster, J Voeckler, M Wilde. In **European Grid Conference**, 2005, pp. 495-505.

494. "Improving Parallel Data Transfer Times Using Predicted Variances in Shared Networks," L Yang, J Schopf, I Foster. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, 2005, pp. 734-742.

495. "GangSim: A Simulator for Grid Scheduling Studies," C Dumitrescu, I Foster. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, col. 2, 2005, pp. 1151-1158.

496. "From Sandbox to Playground: Dynamic Virtual Environments in the Grid," K Keahey, K Doering, I Foster. In **5th International Workshop in Grid Computing**, IEE Computer Society, 2004, pp. 34-42.

497. "Usage Policy-based CPU Sharing in Virtual Organizations," C Dumitrescu, I Foster. In **5th International Workshop in Grid Computing**, 2004, pp. 53-60.

498. "DiPerF: Automated DIstributed PeRformance testing Framework," C Dumitrescu, I Raicu, M Ripeanu, I Foster. In **5th International Workshop in Grid Computing**, 2004, 8 pp.

499. "Brain Meets Brawn: Why Grid and Agents Need Each Other," I Foster, N Jennings, C Kesselman. In **Autonomous Agents and Multi-Agent Systems**, 2004, pp. 8-15.

500. "Grid Middleware Services for Virtual Data Discovery, Composition, and Integration," Y Zhao, M Wilde, I Foster, J Voeckler, T Jordan, E Quigg, J Dobson. In **2nd International Workshop on Middleware for Grid Computing**, 2004, pp. 57-62.

501. "NEESgrid: A Distributed Collaboratory for Advanced Earthquake Engineering Experiment and Simulation," B Spencer, T Finholt, I Foster, C Kesselman, C Beldica, J Futrelle, S Gullapalli, P Hubbard, L Liming, D Marcusiu, L Pearlman, C Severance, G. Yang. In **13th World Conference on Earthquake Engineering**, Vancouver, B.C., Canada, 2004, Paper No. 1674.

502. "Distributed Hybrid Earthquake Engineering Experiments: Experiences with a Ground-Shaking Grid Application," L Pearlman, C Kesselman, S Gullapalli, B Spencer, J Futrelle, K Ricker, I Foster, P Hubbard, C Severance. In **13th IEEE International Symposium on High Performance Distributed Computing**, 2004, pp. 14-23.

503. "Globus and PlanetLab Resource Management Solutions Compared," M Ripeanu, M Bowman, J Chase, I Foster, M Milenkovic. In **13th IEEE International Symposium on High Performance Distributed Computing**, 2004, pp. 246-255.

504. "The Grid2003 Production Grid: Principles and Practice," I Foster et al. In **13th IEEE International Symposium on High Performance Distributed Computing**, IEEE Computer Society, 2004, pp. 236-245.

505. "X.509 Proxy Certificates for Dynamic Delegation," V Welch, I Foster, C Kesselman, O. Mulmo, K Pearlman, S Tuecke, J Gawor, S Meder, F Siebenlist. In **PKI04**, 2004.

506. "Reliable Data Transport: A Critical Service for the Grid," W Allcock, I Foster, R Madduri, **Building Service Based Grids Workshop**. In Global Grid Forum 11, 2004.

507. "A Constraint Language Approach to Matchmaking," C Liu, I Foster. In **14th International Workshop on Research Issues on Data Engineering**, IEEE Computer Society, 2004, pp. 7-14.

508. "Ouroboros: A Tool for Building Generic, Hybrid, Divide & Conquer Algorithms," J Johnson, I Foster. In **International Parallel and Distributed Processing Symposium**, Santa Fe, 2004, p. 78a.

509. "Small-World File-Sharing Communities," A Iamnitchi, M Ripeanu, Ian Foster. In **Infocom 2004**, vol. 2, Hong Kong, 2004, pp. 952-963.

510. "To Share or Not to Share: An Analysis of Incentives to Contribute in Collaborative File-Sharing Environments," K Ranganathan, M Ripeanu, A Sarin, I Foster. In **Workshop on Economics of Peer-to-Peer Systems**, 2003.

511. "Conservative Scheduling: Using Predicted Variance to Improve Scheduling Decisions in Dynamic Environments," L Yang, J Schopf, I Foster. **SC'03**, 2003.

512. "Homeostatic and Tendency-based CPU Load Prediction," L Yang, I Foster, J Schopf. In **International Parallel and Distributed Processing Symposium**, 2003, 9 pp.

513. "The Virtual Data Grid: A New Model and Architecture for Data-Intensive Collaboration," I Foster, J Voeckler, M Wilde, Y Zhao. **Conference on Innovative Data Systems Research**, 2003.

514. "On Death, Taxes, and the Convergence of Peer-to-Peer and Grid Computing," I Foster, A Iamnitchi, **2nd International Workshop on Peer-to-Peer Systems**, 118-128, 2003.

515. "Giggle: A Framework for Constructing Scalable Replica Location Services," A Chervenak, E Deelman, I Foster, L Guy, W Hoschek, A Iamnitchi, C Kesselman, P Kunst, M Ripeanu, B, Schwartzkopf, H, Stockinger, K Stockinger, B Tierney. In **SC'2002**, 2002, pp. 58ff.

516. "Applying Chimera Virtual Data Concepts to Cluster Finding in the Sloan Sky Survey," J Annis, Y, Zhao, J Voeckler, M Wilde, S Kent, I Foster. In **SC'2002**, IEE Computer Society, 2002, pp. 1-14.

517. "SNAP: A Protocol for Negotiating Service Level Agreements and Coordinating Resource Management in Distributed Systems," K Czajkowski, I Foster, C Kesselman, V Sander, S Tuecke. In **Lecture Notes in Computer Science,** vol. 3726, 2002, pp. 1-14.

518. "Decoupling Computation and Data Scheduling in Distributed Data-Intensive Applications," K Ranganathan, I Foster. In **11th IEEE International Symposium on High Performance Distributed Computing**, 2002, pp. 352-358.

519. "GridMapper: A Tool for Visualizing the Behavior of Large-Scale Distributed Systems," W Allcock, J Bester, J Bresnahan, I Foster, J Gawor, J Insley, J Link, M Papka. In **11th IEEE International Symposium on High Performance Distributed Computing**, 2002, pp. 179-187.

520. "A Decentralized, Adaptive, Replica Location Service," M Ripeanu, I Foster. In **11th IEEE International Symposium on High Performance Distributed Computing**, IEEE Compouter Society, 2002, p. 24.

521. "Design and Evaluation of a Resource Selection Framework for Grid Applications," C Liu, L Yang, D Angulo, I Foster. In **11th IEEE International Symposium on High Performance Distributed Computing**, 2002, pp. 63-72.

522. "InfoGram: A Grid Service that Supports Both Information Queries and Job Execution," G. von Laszewski, I Foster, J Gawor, A Schreiber, C Pena. In **11th IEEE International Symposium on High-Performance Distributed Computing**, 2002, pp. 333-342.

523. "Chimera: A Virtual Data System for Representing, Querying, and Automating Data Derivation," I Foster, J Voeckler, M Wilde, Y Zhao. In **14th Conference on Scientific and Statistical Database Management**, 2002, pp. 37-46.

524. "Improving Data Availability through Dynamic Model-Driven Replication in Large Peer-to-Peer Communities," K Ranganathan, A Iamnitchi, I Foster. In **Global and Peer-to-Peer Computing on Large Scale Distributed Systems Workshop**, 2002, p. 376.

525. "Locating Data in (Small-World?) Peer-to-Peer Scientific Collaborations," A Iamnitchi, M Ripeanu, I Foster. In **Lecture Notes in Comouputer Science,** vol. 2429, 2002, pp. 232-241.

526. "Mapping the Gnutella Network: Macroscopic Properties of Large-Scale Peer-to-Peer Systems," M Ripeanu, I Foster. In **Lecture Notes in Computer Science,** vol. 2429, 2002, pp. 85-93.

527. "A Community Authorization Service for Group Collaboration," L Pearlman, V Welch, I Foster, C Kesselman, S Tuecke. In **IEEE 3rd International Workshop on Policies for Distributed Systems and Networks**, 2002, pp. 50-59.

528. "Toward a Framework for Preparing and Executing Adaptive Grid Programs," K Kennedy, M Mazina, J Mellor-Crummey, K Cooper, L Torczon, F Berman, A Chien, H Dail, O. Sievert, D

Angulo, I Foster, D Gannon, L Johnsson, C Kesselman, R Aydt, D Reed, J Dongarra, S Vadhiyar, R Wolski. In **14th International Parallel Distributed Processing Symposium**, 2002, pp. 171-175.

529. "Grid Technologies & Applications: Architecture & Achievements," I Foster, **International Conference on Computing in High Energy and Nuclear Physics**, 2001; reprinted in **Astronomical Data Analysis Systems and Software** (ADASS), 2002.

530. "Exploiting Hierarchy in Parallel Computer Networks to Optimize Collective Operation Performance," N Karonis, B de Supinski, I Foster, W Gropp, E Lusk, J Bresnahan. In **14th International Parallel Distributed Processing Symposium**, 2002, pp. 377-84.

531. "Supporting Efficient Execution in Heterogeneous Distributed Computing Environments with Cactus and Globus," G. Allen, T Dramlitsch, I Foster, T Goodale, N Karonis, M Ripeanu, E Seidel, B Toonen, **SC'2001**, ACM Press, 2001, p. 52.

532. "Designing Grid-based Problem Solving Environments and Portals," G. von Laszewski, I Foster, J Gawor, P Lane, N Rehn, M Russell. In **34th Hawai'i International Conference on System Science**, vol. 9, 2001, p. 9028.

533. "The Earth System Grid II: Turning Climate Datasets into Community Resources," I Foster, E Alpert, A Chervenak, B Drach, C Kesselman, V Nefedova, D Middleton, A Shoshani, A Sim, D Williams. In **American Meteorological Society Conference**, 2001.

534. "High-Performance Remote Access to Climate Simulation Data: A Challenge Problem for Data Grid Technologies," W Allcock, I Foster, V Nefedova, E Deelman, C Kesselman, J Lee, A Sim, A Shoshani, B Drach, D Williams. In **SC'2001**, ACM Press, 2001, p. 20.

535. "Identifying Dynamic Replication Strategies for a High Performance Data Grid," K Ranganathan, I Foster, **International Workshop on Grid Computing**, 2001, pp. 75-86.

536. "On Fully Decentralized Resource Discovery in Grid Environments," A Iamnitchi, I Foster. In **Lecture Notes in Computer Science,** vol. 2242, Springer, 2001, pp. 51-62.

537. "Design and Evaluation of Dynamic Replication Strategies for a High Performance Data Grid," K Ranganathan, I Foster. In **Lecture Notes in Computer Science,** vol. 3758, Springer, 2001, pp. 108-118.

538. "Globus Toolkit Support for Distributed Data-Intensive Science," W Allcock, A Chervenak, I Foster, L Pearlman, V Welch, M Wilde. In **International Conference on Computing in High Energy and Nuclear Physics**, 2001.

539. "Grid Information Services for Distributed Resource Sharing," K Czajkowski, S Fitzgerald, I Foster, C Kesselman. In **10th IEEE International Symposium on High Performance Distributed Computing**, IEEE Press, 2001, pp. 0181-0194.

540. "File and Object Replication in Data Grids," H Stockinger, A Samar, W Allcock, I Foster, K Holtman, B Tierney. In **10th IEEE International Symposium on High Performance Distributed Computing**, IEEE Press, 2001, pp. 76-86.

541. "Replica Selection in the Globus Data Grid," S Vazhkudai, S Tuecke, I Foster. In **First IEEE/ACM International Conference on Cluster Computing and the Grid**, 2001, pp. 106-113.

542. "Condor-G: A Computation Management Agent for Multi-Institutional Grids," J Frey, T Tannenbaum, I Foster, M Livny, S Tuecke. In **10th IEEE International Symposium on High Performance Distributed Computing**, IEEE Press, 2001, pp. 55-66.

543. "End-to-End Provision of Policy Information for Network QoS," V Sander, W Adamson, I Foster, A Roy. In **10th IEEE International Symposium on High Performance Distributed Computing**, IEEE Press, 2001, pp. 115-126.

544. "The Astrophysics Simulation Collaboratory: A Science Portal Enabling Community Software Development," M Russell, G. Allen, G. Daues, I Foster, E Seidel, J Novotny, J Shalf, G. von Laszewski. In **10th IEEE International Symposium on High Performance Distributed Computing**, IEEE Press, 2001, pp. 207-215.

545. "Computational Design and Performance of the Fast Ocean Atmosphere Model, Version One," R Jacob, C Schafer, I Foster, M Tobis, J Anderson. In **Lecture Notes in Computer Science,** vol. 2073, Springer-Verlag, 2001, pp. 171-184.

546. "The Model Coupling Toolkit," J Larson, R Jacob, I Foster, J Guo. In **Lecture Notes in Computer Science,** vol. 2073, Springer-Verlag, 2001, pp. 185-194.

547. "Cactus Application: Performance Predictions in Grid Environments," M Ripeanu, A Iamnitchi, I Foster. In **Lecture Notes in Computer Science,** vol. 2150, 2001, pp. 807-816.

548. "Secure, Efficient Data Transport and Replica Management for High-Performance Data-Intensive Computing," W Allcock, J Bester, J Bresnahan, A Chervenak, I Foster, C Kesselman, S Meder, V Nefedova, D Quesnel, S Tuecke. In **IEEE Mass Storage Conference**, 2001, p. 13.

549. "A Quality of Service Architecture that Combines Resource Reservation and Application Adaptation," I Foster, A Roy, V Sander. In **8th International Workshop on Quality of Service**, 2000, pp. 181-188.

550. "A Differentiated Services Implementation for High-Performance TCP Flows," V Sander, I Foster, A Roy, L Winkler. In Computer NEtowrks: The International Journal of Computer and Telecommunications Networking, 34(6):915-929, 2000**.**

551. "A Problem-Specific Fault-Tolerance Mechanism for Asynchronous, Distributed Systems," A Iamnitchi, I Foster. In **2000 International Conference on Parallel Processing**, 2000, pp. 4-13.

552. "CoG Kits: A Bridge between Commodity Distributed Computing and High-Performance Grids," G. von Laszewski, I Foster, J Gawor, W Smith, S Tuecke. In **ACM 2000 Java Grande Conference**, 2000, pp. 97-106.

553. "MPICH-GQ: Quality-of-Service for Message Passing Programs," A Roy, I Foster, W Gropp, N Karonis, V Sander, B Toonen. In **IEEE/ACM SC2000 Conference**, 2000, p. 19.

554. "Using CORBA and Globus to Coordinate Multidisciplinary Aeroscience Applications," I Lopez, G Follen, R Gutierrez, I Foster, B Ginsburg, O Larsson, S Tuecke. In **NASA HPCC/CAS Workshop**, 2000, pp. 15-17.

555. "Protocols and Services for Distributed Data-Intensive Science," W Allock, A Chervenak, I Foster, C Kesselman, S Tuecke. In **Advanced Computing and Analysis Techniques in Physics Research (ACAT)**, 2000, pp. 161-163.

*556.* "Scheduling with Advanced Reservations," W Smith, I Foster, V Taylor. In **International Parallel and Distributed Processing Symposium**, 127-132, 2000.

557. "Grid Computing," I Foster. In **Advanced Computing and Analysis Techniques in Physics Research**, 2000, pp. 51-56.

558. "The Data Grid: Towards an Architecture for the Distributed Management and Analysis of Large Scientific Data Sets," A Chervenak, I Foster, C Kesselman, C Salisbury, S Tuecke. **Journal of Network and Computer Applications**, 23(3):187-200, 1999.

559. "The Beta Grid: A National Infrastructure for Computer Systems Research," I Foster. In **1999 Extreme Linux Workshop**; also published in **NetStore Conference**, 1999.

560. "Resource Co-Allocation in Computational Grids," K Czajkowski, I Foster, C Kesselman. In **8th IEEE International Symposium on High Performance Distributed Computing**, IEEE, 219-228. 1999.

561. "QoS as Middleware: Bandwidth Reservation System Design," G. Hoo, W Johnston, I Foster, A Roy. **8th IEEE International Symposium on High Performance Distributed Computing**, 1999, pp. 345-346.

562. "Communication Services for Advanced Network Applications," J Bresnahan, I Foster, J Insley, S Tuecke, B Toonen. In **International Conference on Parallel and Distributed Processing Techniques and Applications**, vol. 4, 1999, pp. 1861-1867.

563. "A Distributed Resource Management Architecture that Supports Advance Reservations and Co-Allocation," I Foster, C Kesselman, C Lee, R Lindell, K Nahrstedt, A Roy. In **International Workshop on Quality of Service**, 1999, pp. 27-36.

564. "Using Run-Time Predictions to Estimate Queue Wait Times and Improve Scheduler Performance," W Smith, V Taylor, I Foster. In **IPPS/SPDP '99 Workshop on Job Scheduling Strategies for Parallel Processing**, 1999, pp. 202-219.

565. "Large-Scale Distributed Computational Fluid Dynamics on the Information Power Grid using Globus," S Barnard, R Biswas, S Saini, R Van der Wijngaart, M Yarrow, L Zechter, I Foster, O. Larsson. In **Frontiers '99 Conference**, IEEE, 1999.

566. "Grid Infrastructure to Support Science Portals for Large Scale Instruments," G. von Laszewski, I Foster. In **Workshop Distributed Computing on the Web**, 1999, pp. 1-16.

567. "The International Grid (iGrid): Empowering Global Research Community Networking Using High Performance International Internet Services," M Brown, T DeFanti, I Foster, et al. In **INET'99**, 1999, pp. 3-9.

568. "A Review of Tele-Immersive Applications in the CAVE Research Network," J Leigh, A Johnson, T DeFanti, M Brown, I Foster, et al. In **IEEE Virtual Reality '99**, 1999, pp. 180-87.

569. "GASS: A Data Movement and Access Service for Wide Area Computing Systems," J Bester, I Foster, C Kesselman, J Tedesco, S Tuecke. In **IOPADS'99**, 1999, pp. 78-88.

570. "Real-time Analysis, Visualization, and Steering of Microtomography Experiments at Photon Sources," G. von Laszewski, I Foster, J Insley, J Bresnahan, C Kesselman, M Su, M Thiebaux. M Rivers, I McNulty, B Tieman, S Wang. In **9th SIAM Conference on Parallel Processing for Scientific Computing**, 1999.

571. "Numerical Relativity in a Distributed Environment," W Benger, I Foster, J Novotny, E Seidel, J Shalf, W Smith, P Walker. In **9th SIAM Conference on Parallel Processing for Scientific Computing**, 1999.

572. "A Grid-Enabled MPI: Message Passing in Heterogeneous Distributed Computing Systems," I Foster and N Karonis. In **SC'98**, 1998, pp. 1-11.

573. "Distant I/O: One-Sided Access to Secondary Storage on Remote Processors," J Nieplocha, I Foster, and H Dacshel. In **7th IEEE Symposium on High Performance Distributed Computing**, 1998, pp. 148-154.

574. "Application Experiences with the Globus Toolkit," S Brunett, K Czajkowski, S Fitzgerald, I Foster, A Johnson, C Kesselman, J Leigh, S Tuecke. In **7th IEEE Symposium on High Performance Distributed Computing**, 1998, in 81-89.

575. "A Fault Detection Service for Wide Area Distributed Computations," P Stelling, I Foster, C Kessel- man, C Lee, G. von Laszewski. In **7th IEEE Symposium on High Performance Distributed Computing**, 1998, pp. 268-279.

576. "The Globus Project: A Status Report," I Foster and C Kesselman. In **Heterogeneous Com-puting Workshop**, IEEE Press, 1998, pp. 4-18. (Reprinted in **Future Generation Computer Systems**.)

577. "A Security Architecture for Computational Grids," I Foster, C Kesselman, G. Tsudik, S Tuecke. In **ACM Conference on Computers and Security**, 1998, pp. 83-91.

578. "The Quality of Service Component for the Globus Metacomputing System," C Lee, C Kesselman, J Stepanek, R Lindell, S Hwang, B Michel, J Bannister, I Foster, A Roy. In **Intl Workshop on Quality of Service**, 1998, pp. 140-142.

579. "A Resource Management Architecture for Metacomputing Systems," K Czajkowski, I Foster, N Karonis, C Kesselman, S Martin, W Smith, S Tuecke. In **Lecture Notes in Computer Science**, vol. 1459, Springer-Verlag, 1998, pp. 62-82.

580. "Predicting Application Run Times Using Historical Information," W Smith, I Foster, V Taylor. In **Lecture Notes in Computer Science,** vol. 1459, Springer-Verlag, 1998, pp. 122-142.

581. "FOAM: Expanding the Horizons of Climate Modeling," M Tobis, I Foster, C Schafer, R Jacob, J Anderson. In **SC'97**, ACM, 1997, pp. 1-15.

582. "Architecture of the Multi-Modal Organizational Research and Production Heterogeneous Network (MORPHnet)," R Aiken, R Carlson, I Foster, T Kuhfuss, R Stevens, L Winkler, **International Conference on Intelligent Network and Intelligence in Networks**, 1997.

583. "Remote I/O: Fast Access to Distant Storage," I Foster, D Kohr, R Krishnaiyer, J.Mogill. In **IOPADS'97**, 1997, pp. 14-25.

584. "NeXeme: A Distributed Scheme Based on Nexus," L Moreau, D De Doure, I Foster. In **Europar '97**, 1997, pp. 581-590.

585. "A Directory Service for Configuring High-Performance Distributed Computations," S Fitzgerald, I Foster, C Kesselman, G. von Laszewski, W Smith, S Tuecke. In **6th Symposium on High Performance Distributed Computing**, IEEE, 1997, pp. 365-375.

586. "A Secure Communications Infrastructure for High-Performance Distributed Computing," I Foster, N.Karonis, C Kesselman, G. Koenig, S Tuecke. In **6th Symposium on High Performance Distributed Computing**, IEEE, 1997, pp. 125-136.

587. "MTIO: A Multi-threaded Parallel I/O System," S More, A Choudhary, I Foster, M Xu. In **International Parallel Processing Symposium**, IEEE, 1997, pp. 368-373.

588. "HPF/MPI: A Programming System Supporting Task and Data Parallelism," I Foster, D Kohr, R Krishnaiyer, A Choudhary. In **8th SIAM Conference on Parallel Processing,** SIAM, 1997.

589. "Optimizing Collective I/O Performance on Parallel Computers: A Multisystem Study," Y Chen, I Foster, J Nieplocha, M Winslett. In **International Conference on Supercomputing**, 1997, pp. 28-35.

590. "The Nimrod Computational Workbench: A Case Study in Desktop Metacomputing," D Abramson, I Foster, J Giddy, A Lewis, R Sosic, R Sutherst, N White. In **Australian Computer Science Conference**, Macquarie University, Sydney, Feb 1997.

591. "Disk Resident Arrays: An Array-Oriented I/O Library for Out-of-Core Computations," J Nieplocha, I Foster. In **Frontiers '96 Conference**, IEEE, 1996, pp. 196-205.

592. "Communicating Data-Parallel Tasks: An MPI Library for HPF," I Foster, D Kohr, R Krishnaiyer, A Choudhary. In **High-Performance Computing Conference**, Tata McGraw Hill, 1996, pp. 433=438.

593. "Multimethod Communication for High-Performance Metacomputing Applications," I Foster, J Geisler, C Kesselman, S Tuecke. In **Supercomputing '96**, ACM, 1996, p. 1.

594. "Double Standards: Bringing Task Parallelism to HPF via the Message Passing Interface," I Foster, D Kohr, R Krishnaiyer, A Choudhary. In **Supercomputing '96**, ACM, 1996, art. 36.

595. "MPI on the I-WAY: A Wide-Area, Multimethod Implementation of the Message Passing Interface," I Foster, J Geisler, S Tuecke. In **2nd MPI Developers Conference**, IEEE, 1996, pp. 10-17.

596. "Generalized Communicators in the Message Passing Interface," I Foster, C Kesselman, M Snir. In **2nd MPI Developers Conference**, IEEE, 1996, pp. 42-49.

597. "MPI as a Coordination Layer for Communicating HPF Tasks," I Foster, D Kohr, R Krishnaiyer, A Choudhary. In **2nd MPI Developers Conference**, IEEE, 1996, pp. 68-78.

598. "Tools for Distributed Collaborative Environments: A Research Agenda," I Foster, M Papka, R Stevens. In **5th Symposium on High Performance Distributed Computing**, IEEE, 1996, pp. 23-39.

599. "Software Infrastructure for the I-WAY High-Performance Distributed Computing Experiment," I Fos-ter, J Geisler, W Nickless, W Smith, S Tuecke. In **5th Symposium on High Performance Distributed Computing**, IEEE, 1996, pp. 562-572,.

600. "High-Performance Image Analysis and Visualization for Three-Dimensional Light Microscopy," J Chen, J Arsvold, C.-T Chen, M Griem, P Davies, T Disz, I Foster, R Hudson, M Kwong, B Lin, P Tang. In **IASTED Conference on Signal and Image Processing**, 1995.

601. "Relative Debugging and its Application to the Development of Large Numerical Models," D Abram-son, I Foster, J Michalakes, R Sosic, **Supercomputing '95**, IEEE, 1995, art. 51.

602. "Algorithm Comparison and Benchmarking Using a Parallel Spectral Transform Shallow Water Model," P Worley, I Foster, B Toonen, Coming of Age. In **6th ECMWF Workshop on the Use of Parallel Processors in Meteorology**, World Scientific, 1995, pp. 277-289.

603. "The Nexus Task-Parallel Runtime System," I Foster, C Kesselman, S Tuecke. In **1st International Workshop on Parallel Processing**, Tata McGraw Hill, 1994, pp. 457-462.

604. "A Parallel I/O Approach to the Integration of Task and Data Parallelism," B Avalani, A Choudhary, I Foster, R Krishnaiyer. In **1st International Workshop on Parallel Processing**, Tata McGraw Hill, 1994, pp. 347-352.

605. "A Compilation System that Integrates High Performance Fortran and Fortran M," I Foster, B Avalani, Choudhary, M Xu. In **Scalable High-Performance Computing Conference**, IEEE, 1994, pp. 293-300,

606. "Load Balancing Algorithms for Climate Models," I Foster, B Toonen. In **Scalable High-Performance Computing Conference**, IEEE, 674-681, 1994.

607. "Parallel Spectral Transform Shallow Water Model: A Testbed for Parallel Spectral Transform Algorithms," P Worley, I Foster. In **Scalable High-Performance Computing Conference**, IEEE, 207-214, 1994.

608. "PCCM2: A GCM Adapted for Scalable Parallel Computers," J., I Foster, J Hack, J Micha-lakes, D Semeraro, D Toonen, D Williamson, P Worley. In **Annual Meeting of the American Meteorological Society**, AMS, 1994, pp. 91-98.

609. "Paradigms and Strategies for Scientific Computing on Distributed Memory Concurrent Computers," I Foster, D Walker. In **High Performance Computing Conference**, Society for Computer Simulation, 1994, pp. 252-257.

610. "Parallelizing the Spectral Transform Method: A Comparison of Alternative Parallel Algorithms,"Foster, P Worley. In **6th SIAM Conference on Parallel Processing**, SIAM, 1993, pp. 100-107.

611. "Deterministic Parallel Fortran," K M Chandy, I Foster. In **6th SIAM Conference on Parallel Processing**, SIAM, 1993.

612. "Massively Parallel Implementation of the Penn State/NCAR Mesoscale Model," I Foster, J Michalakes. In **9th International Conference on Interactive Information and Processing Systems for Meteorology**, AMS, 1993.

613. "MPMM: A Massively Parallel Mesoscale Model," I Foster, J Michalakes. In **Parallel Supercomputing in the Atmospheric Sciences**, World Scientific, 1993, pp. 354-363.

614. "Fortran M as a Language for Building Earth System Models," I Foster. In **Parallel Supercomputing in the Atmospheric Sciences**, World Scientific, 1993.

615. "The Message Passing Version of the Parallel Community Climate Model," J Drake, R Flanery, Foster, J Hack, J Michalakes, R Stevens, D Walker, D Williamson, P Worley. In **Parallel Super-computing in the Atmospheric Sciences**, World Scientific, 1993, pp. 500-513.

616. "A Compiler Approach to Scalable Concurrent Program Design," I Foster, S Taylor. In **3rd Workshop on Compilers for Parallel Computers**, Austrian Center for Parallel Computation, Vienna, Austria, 1992, pp. 577-604.

617. "The Scalability of Numerical Methods for Climate Modeling," I Foster, W Gropp, R Stevens. In **5th SIAM Conference on Parallel Processing**, SIAM, 1992, pp. 307-312.

618. "Parallel Implementation and Scalability of a Control Volume Method for Solving PDEs on the Sphere," I Chern, I Foster. In **5th SIAM Conference on Parallel Processing**, SIAM, 1992, pp. 301-306.

619. "Copy Avoidance through Compile-Time Analysis and Local Reuse," I Foster, W Winsborough. In **International Symposium on Logic Programming**, MIT Press, 1991, pp. 455-469.

620. "Design and Parallel Implementation of Two Numerical Methods for Modeling the Atmospheric Circulation," I Chern, I Foster. In **Parallel Computational Fluid Dynamics '91**, Elsevier Science Publishers B.V, 1991, pp. 83-96.

621. "Parallel Programming with Algorithmic Motifs," I Foster, R Stevens. In **International Conference on Parallel Processing**, Penn State University Press, 1990, pp. 26-34.

622. "A High-Performance Parallel Theorem Prover," R Butler, I Foster, A Jindal, R Overbeek. In **10th International Conference on Automated Deduction**, 1990, pp. 649-650.

623. "Bilingual Parallel Programming," I Foster, R Overbeek. In **3rd Workshop on Parallel Languages and Compilers**, MIT Press, 1990.

624. "Experiences with Bilingual Parallel Programming," I Foster, R Overbeek. In **5th Distributed Memory Computer Conference**, 1990, pp. 1137-1146.

625. "Strand: A Practical Parallel Programming Tool," I Foster, S Taylor. In **North American Symposium on Logic Programming**, MIT Press, 1989, pp. 497-512.

626. "Parallel Implementation of Parlog," I Foster. In **International Conference on Parallel Processing**, Penn State University Press, 1988, pp. 9-16.

627. "Logic Operating Systems: Design Issues," I Foster. In **4th International Conference on Logic Programming**, MIT Press, 1987, pp. 910-926.

628. "A Declarative Environment for Concurrent Logic Programming," K Clark, I Foster. In **Lecture Notes in Computer Science**, vol. 251, Springer-Verlag, 1987, pp. 212-242.

629. "A Logical Treatment of Secondary Storage," I Foster, A Kusalik. In **Symposium on Logic Programming**, IEEE, 1986, pp. 58-67.

630. "A Sequential Implementation of Parlog," I Foster, S Gregory, G. Ringwood, K Satoh. In **Lecture Notes in Computer Science,** vol. 225, Springer Verlag, 1986, pp. 149-156.

## Other Publications (Invited or Otherwise Unreviewed)

1. "The discovery cloud: Accelerating and democratizing research on a global scale," I Foster, K Chard, S Tuecke, **IEEE International Conference on Cloud Engineering**, pp. 68-77, 2016.

2. "Reasoning About Discovery Clouds", I Foster, **International Conference on Applications and Theory of Petri Nets**, 2016.

3. "Report on the International Provenance and Annotation Workshop (IPAW'06)," R Bose, I Foster, L Moreau, **SIGMOD Record**, September 2006, pp. 51-53.

4. "The Grid: Computing without Bounds," I Foster, **Scientific American**, April 2003, pp. 78-85.

5. "The Grid Grows Up," F Douglas, I Foster, IEEE Internet Computing, 7(4):24-26, 2003.

6. "Unexpected Consequences of Connections," Review of *Nexus* and *Linked*, **Science**, 08/16, 1124-1125, 2002.

7. "Computer Grids," I Foster, **Encyclopedia of New Media**, Moschovitis Group, 2002.

8. "The Anatomy of the Grid: Enabling Scalable Virtual Organizations," I Foster, **Lecture Notes in Computer Science,** vol. 2150, Springer-Verlag, 2001, pp. 1-4.

9. "The Anatomy of the Grid: Enabling Scalable Virtual Organizations," I Foster. **IEEE Conference on Cluster Computing and the Grid**, 15(3):200-222, 2001.

10. "Delphi: An Integrated, Language-Directed Performance Prediction, Measurement, and Analysis Environment," D Reed, D Padua, I Foster, D Gannon, B Miller. In **Frontiers '99**, 1999, pp. 156-159.

11. "The Globus Project: A Status Report," I Foster, C Kesselman, **Heterogeneous Computing Workshop**, 1998, pp. 4-18.

12. "Enabling Technologies for Web-Based Ubiquitous Supercomputing," I Foster, S Tuecke. **5th Symposium on High Performance Distributed Computing**, IEEE, 1996, pp. 112-120.

13. "An Overview of the Globus and I-WAY Projects," I Foster, **Conference of the Advanced School for Computing and Imaging**, Holland, 1996, pp. 17-20.

14. "High-Performance Distributed Computing: The I-WAY Experiment and Beyond," I Foster, **EUROPAR'96**, Lyon, France, 1996. Reprinted in **Australasian Conference on Parallel and Real-Time Systems**, 1996, pp. 1-10.

15. "Introduction to the Special Issue on Parallel Computing in Climate Modeling and Meteorology," J Drake, I Foster, **Parallel Computing**, 21(10):1539-1544, 1995.

16. "Language Constructs and Runtime Systems for Compositional Parallel Programming," I Foster, C Kesselman, **Lecture Notes in Computer Science**, vol. 854, Linz, Austria, Springer-Verlag, 1994, pp. 5-16.

17. "Libraries for Parallel Paradigm Integration," I Foster, M Xu, **Toward Teraop Computing and New Grand Challenge Applications**, ed. R Kalia, P Vashista, Nova Science Publishers, 1994, pp. 245-256.

18. "Parallel Language Constructs for Paradigm Integration and Deterministic Computations," K.M Chandy, I Foster. In **PARCO 93**, Grenoble, France, Springer-Verlag, 1993, pp. 3-12.

19. "Using Compositional Programming to Write Portable, High-Performance Parallel Programs," I Foster, C Kesselman, S Taylor. In **International Symposium on Logic Programming**, 1991, pp. 737-738.

## Technical Reports (partial)

20. "OGSA Basic Execution Service Version 1.0," I Foster, A Grimshaw, P Lane, W Lee, M Morgan, S Newhouse, S Pickles, D Pulsipher, C Smith, M Theimer, Open Grid Forum GFD.108, 2007.

21. "OGSA WSRF Basic Profile 1.0," I Foster, T Maguire, D Snelling, Open Grid Forum GFD.72, 2006.

22. "Modeling Stateful Resources with Web Services," I Foster, J Frey, S Graham, S Tuecke, K Czajkowski, D Ferguson, F Leymann, M Nally, I Sedukhin, D Snelling, T Storey, W Vambenepe, S Weerawarana, www.globus.org/wsrf, 2004.

23. "From Open Grid Services Infrastructure to WS-Resource Framework: Refactoring & Evolution," K Czajkowski, D Ferguson, I Foster, J Frey, S Graham, T Maguire, D Snelling, S Tuecke, www.globus.org/wsrf, 2004.

24. "The WS-Resource Framework," K Czajkowski, D Ferguson, I Foster, J Frey, S Graham, I Sedukhin, D Snelling, S Tuecke, W Vambenepe, www.globus.org/wsrf, 2004.

25. "Web Services Resource Properties (WS-ResourceProperties) Version 1.1," S Graham, K Czajkowski, D Ferguson, I Foster, J Frey, F Leymann, T Maguire, N Nagaratnam, M Nally, T Storey, I Sedukhin, D Snelling, S Tuecke, W Vambenepe, S Weerawarana, www.globus.org/wsrf, 2004.

26. "Web Services Resource Lifetime (WS-ResourceLifetime) Version 1.1," J Frey, S Graham, K Czajkowski, D Ferguson, I Foster, F Leymann, T Maguire, N Nagaratnam, M Nally, T Storey, I Sedukhin, D Snelling, S Tuecke, W Vambenepe, S Weerawarana, www.globus.org/wsrf, 2004.

27. "Web Services Base Faults (WS-BaseFaults) Version 1.0," S Tuecke, K Czajkowski, J Frey, I Foster, S Graham, T Maguire, I Sedukhin, D Snelling, W Vambenepe, www.globus.org/wsrf, 2004.

28. "GridFTP Update January 2002," W Allcock, J Bresnahan, I Foster, L Liming, J Link, P Plaszczac. Globus Project, 2002.

29. "Global Grid Forum Management Groups and Structure," C Catlett, W Johnston, I Foster, Global Grid Forum GWD-C-1, 2001.

30. "Global Grid Forum Management Structure and Processes," C Catlett, W Johnston, I Foster, Global Grid Forum GWD-C-2, 2001.

31. "Global Grid Forum Status Report 2001," C Catlett, I Foster, Global Grid Forum GWD-1, 2001.

32. "An International Virtual-Data Grid Laboratory for Data Intensive Science," P Avery, I Foster, R Gardner, H Newman, A Szalay, GriPhyN-2001-2, 2001.

33. "Data Grid Reference Architecture," I Foster, C Kesselman, GriPhyN-2001-12, 2001.

34. "Representing Virtual Data: A Catalog Architecture for Location and Materialization Transparency," E Deelman, I Foster, C Kesselman, M Livny, GriPhyN-2001-14, 2001.

35. "The GriPhyN Project: Towards Petascale Virtual Data Grids," P Avery, I Foster, GriPhyN-2001-15, 2001.

36. "The NEES Equipment Site Point of Presence System (NEES-POP): Concept and Overview," R Butler, I Foster, C Kesselman, NEESgrid-2001-4, 2001.

37. "Network Policy and Services: A Report of a Workshop on Middleware," R Aiken, J Strassner, B Carpenter, I Foster, C Lynch, J Mambretti, R Moore, B Teitelbaum, IETF RFC 2768, 2000.

38. "Grid Forum: An Overview," C Catlett, I Foster, IEEE Distributed Computing Newsletter, 2000.

39. "Public Key Infrastructure for DOE Security Research," I Foster, W Johnston, LBL/TR, 1997.

40. "Proceedings of the PAWS and PetaSoft Workshops," T Sterling and I Foster (Eds), Caltech TR, 1996.

41. "Parallel Community Climate Model: Description and User's Guide," J Drake, R Flanery, I Foster, J Hack, J Michalakes, B Semeraro, D Williamson, P Worley, ORNL/TM-13271, 1996.

42. "Load-Balancing Algorithms for the Parallel Community Climate Model," I Foster, B Toonen, ANL/MCS-TM-190, 1995.

43. "Nexus User's Guide," I Foster, J Garnett, S Tuecke, ANL/MCS-TM-204, 1995.

44. "I-WAY Software Infrastructure User's Guide," I Foster, W Smith, Argonne, 1995.

45. "Programming in nPerl," I Foster, R Olson, Argonne, 1995.

46. "High Performance Fortran 2: Requirements Document," I Foster, R Schreiber (Eds), Rice University, 1995.

47. "The PORTS0 Interface," The PORTS Consortium, Argonne, 1994.

48. "Languages, Compilers, and Runtime Systems Support for Parallel Input-Output," A Choudhary, I Foster, G. Fox, K Kennedy, C Koelbel, J Saltz, M Snir, Caltech-CCSF-TR-94-40, California Institute of Technology, 1994.

49. "Workshop Report from the NSF Workshop on High-Performance Computing and Communications and Health Care," Co-author, Washington, D.C., 1994.

50. "Workshop Report from the Conference on Grand Challenge Applications and Software Technology," Co-author, Pittsburgh, 1993.

51. "Nexus: An Interoperability Layer for Parallel and Distributed Computer Systems," I Foster, C Kesselman, R Olson, S Tuecke, ANL-93/16, 1993.

52. "Fortran M Language Definition," I Foster, K.M Chandy, ANL-93/28, 1993.

53. "Programming in Fortran M," I Foster, R Olson, S Tuecke, ANL/93-26, 1993.

54. "Proceedings of a Workshop on the Earth's Climate as a Dynamical System," I Foster, H Kaper, M Kwong (Eds), ANL/MCS-TM-170, 1992.

55. "Proceedings of a Workshop on Data Systems for Parallel Climate Models," I Foster, M Henderson, R Stevens (Eds), ANL/MCS-TM-169, 1992.

56. "A Toolkit for Constructing Coupled Earth System Models," I Foster, ANL/MCS-TM-171, 1992.

57. "Proceedings of a Workshop on Compilation of Symbolic Languages," I Foster, E Tick (Eds), ANL-91/34, 1991.

58. "Parallel Programming with PCN," I Foster, S Tuecke, ANL/91-32, 1991.

59. "A Portable Run-time System for PCN," I Foster, S Tuecke, S Taylor, ANL/MCS-TM-137, 1990.

60. "The Program Composition Project," K.M Chandy, I Foster, C Kesselman, S Taylor, Caltech-CS-TR-90-03, California Institute of Technology, 1990.

61. "Generating Alignments of Genetic Sequences," R Butler et al., ANL/MCS-TM-132, 1989.

62. "Strand: The Language and its Implementation," I Foster, S Taylor, PAR 88/11, Dept of Computing, Imperial College, 1988.

63. "Strand Language Reference Manual," I Foster, S Taylor, PAR 88/10, Dept of Computing, Imperial College, 1988.

64. "The X Machine: A Proposal for Construction," F McCabe, I Foster, Dept of Computing, Imperial College, 1988.

65. "Compiling Parlog for the Sequential Parlog Machine," I Foster, PAR 86/3, Dept of Computing, Imperial College, 1986.

66. "Parlog Programming System: User Guide and Reference Manual," I Foster, PAR 86/6, Dept of Computing, Imperial College, 1986.

## Invited Talks (partial)

"AI for Science at Argonne," **2nd NOAA Workshop on Leveraging AI in Environmental Science**, September 17, 2020.

"Agents in an Exponential World," Keynote talk at **Agent 2007: Complex Interaction and Social Emergence**, Northwestern University, Norris Center, Evanston, November 15, 2007.

"Virtual Environments for Learning," Keynote talk at **MacArthur/NSF Workshop on Virtual Environments**, Boulder, Colorado, November 9, 2007.

"Working Smarter," Keynote talk at **iSociety Conference**, Merrillville, Indiana, October 9, 2007.

"Technology for Distributed Collaboration," Invited talk at **Symposium on Digital Fabrication**, University of Chicago, Chicago, Illinois, August 23, 2007.

"System Level Science and System Level Models," Invited talk at **Energy Modeling Forum**," Snowmass, Colorado, August 1, 2007.

"Swift: Fast, Reliable, Loosely Coupled Parallel Computation," Keynote talk at **IEEE New Zealand Workshop in High Performance and Grid Computing**, Auckland, New Zealand, July 5, 2007.

"Looking to the Future," Keynote talk at **Kiwi Advanced Research and Education Network (KAREN) Workshop**, Auckland, New Zealand, July 3, 2007.

"Enabling Distributed Petascale Science," Plenary talk at **Scientific Discovery through Advanced Computing Conference**, Boston, Massachusetts, June 28, 2007.

"Grid: Enabling Open Science," Keynote talk at **Nature Conference on Asia Pacific Networks Promoting Excellence in Research**, Tokyo, Japan, June 6, 2007.

"Scaling eScience Impact," Keynote talk at **1st Iberian Cyberinfrastructure Conference**, Santiago de Compostela, Galicia, Spain, May 15, 2007.

"Scaling eScience Impact," Keynote talk at **German eScience Conference**, Baden Baden, Germany, May 2, 2007.

"Why Computer Science is Fundamental to (Almost) Everything," Keynote talk at **New Zealand Computer Science Students Research Conference**, Hamilton, New Zealand April 11, 2007.

"A Tutorial Introduction to Grid," **4th IFIP Summer School**, Gordons Bay, South Africa, March 28, 2007.

"Grid Technology and Multidisciplinary Science," Invited talk at **Virtual Observatories Conference, International Astronomical Union**, Prague, Czech Republic, August 21, 2006.

"The GriPhyN Virtual Data System," **Conference on High Performance Computing and Grids**, Cetraro, Italy, July 4, 2006.

"Education in the Science 2.0 Era," Invited talk at Workshop on SC Education Program, Argonne, Illinois, July 27, 2006.

"The Global Storage Grid -- Or, Managing Data for Science 2.0," Keynote talk at **14th NASA Goddard - 23rd IEEE Conference on Mass Storage Systems and Technologies**, College Park, Maryland, May 16, 2006.

"Global Data Services: Developing Data-Intensive Applications Using Globus Software," Tutorial at **14th NASA Goddard - 23rd IEEE Conference on Mass Storage Systems and Technologies**, College Park, Maryland, May 15, 2006.

"Cyberinfrastructure and the Role of Grid Computing—Or, Science 2.0," Keynote talk at **Geoinformatics 2006**, Reston VA, May 12, 2006.

"Grid Dynamics," Keynote Talk, **Global Grid Forum 16**, Athens, Greece, February 14, 2006.

"Service Oriented Science: Scaling eScience Application & Impact," Keynote, 1st International Conference on e-Science and Grid Computing, Melbourne, Australia, December 13, 2005.

"Globus Toolkit Version 4," Tutorial, **1st International Conference on e-Science and Grid Computing**, Melbourne, Australia, December 12, 2005 [and many other places].

"Grid: Why, What, How," **Chicago Technology Forum**, Chicago, Illinois, October 28, 2005.

"Grid Services Overview and Introduction," Keynote Talk, **OOSTech**, Baltimore, Maryland, October 26, 2005.

"A New Era in Computing: Moving Enterprise Services onto Grid," **VIP Grid Summit**, Chicago, Illinois, July, 2005.

"Enabling eScience: Grid Technologies Today & Tomorrow," **American Association for the Advancement of Science Annual Meeting**, Washington, DC, February 21, 2005.

"Globus: Bridging the Gap," Keynote Talk, **GlobusWORLD**, Boston, Mass., February 8, 2005.

"Empowering Distributed Science," **DOE National Collaboratories Meeting**, NCAR, Boulder, Colorado, December 2, 2004.

"The Grid: Beyond the Hype," Keynote talk at **3rd International Conference on Grid & Cooperative Computing**, Wuhan, China, October 21, 2004.

"Enabling eScience: Open Software, Standards, Infrastructure," Keynote talk at **UK eScience All Hands Meeting**, Nottingham, September 2, 2004.

"Brain Meets Brawn: Why Grid and Agents Need Each Other," Keynote talk at **3rd International Conference on Autonomous Agents and Multi Agent Systems**, New York USA, July 22, 2004.

"The Grid: Essential Infrastructure for DOE Science," **SciDAC PI Meeting**, Charleston, North Carolina USA, March 22, 2004.

"Grid Physics Network & International Virtual Data Grid Lab," **NSF Scalable Cyberinfrastructure Division PI Meeting**, February 18, 2004.

"Introduction to the Grid," **COMDEX 2003**, Las Vegas, Nevada USA, November 18, 2003.

"Open Grid Services Architecture," Tutorial, **APAC'03**, Queensland, Australia, September 29, 2003.

"How the Linux and Grid Communities can Build the Next Generation Internet Platform," Invited talk at **Ottawa Linux Symposium**, Ottawa, Canada, July 24, 2003.

"Data and the Grid: From Databases to Global Knowledge Communities," Keynote talk at **15th International Conference on Scientific and Statistical Database Management** (SSDBM 2003), Cambridge, MA, USA, July 11, 2003.

"The Grid: The First 50 Years," **British Computer Society**, Lovelace Medal Award Presentation, London, May, 2003.

"Security and Certification Issues in Grid Computing," Keynote at **International Workshop on Certification and Security in E-Services** (CSES 2002), Montreal, Canada, August 28, 2002.

"Future Scientific Infrastructure," Keynote at **QUESTnet**, Gold Coast, Australia, July 4, 2002 (9 MB) [Powerpoint]

"Future Scientific Infrastructure," Keynote at **DAS-2 Conference**, Amsterdam, June 6, 2002.

"Virtual Data and the Chimera System," **HPC 2002 Conference**, Cetraro, Italy, June 25, 2002.

"The Grid and the Future of Business," Keynote at **Delphi Web Services Conference**, San Jose, CA., May 22, 2002.

"The Grid: Enabling Resource Sharing within Virtual Organizations," Keynote at **World Wide Web Conference 2002**, Honolulu, Hawaii, May 9, 2002.

"Grid Computing: Concepts, Applications, and Technologies," Tutorial at **Grid Computing in Canada Workshop**, Edmonton, Canada, May 1, 2002.

"Data Grids and Data Intensive Science," Keynote at **Research Library Group Annual Conference**, Amsterdam, Netherlands, April 22, 2002.

"Grid Computing and Web Services: A Natural Partnership," **Euromicro Workshop on Parallel, Distributed, and Network Computing**, Gran Canaria, January 2002. (Keynote.)

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," **AURORA International Workshop on Grid Computing**, Vienna, Austria, December 2001. (Keynote.)

"Securing the Grid and other Middleware Challenges," **NSF Workshop on Grand Challenges in eScience**, Chicago, Ill., December 2001.

"Realizing the Promise of Grid Computing," **NSF Advisory Committee on Cyberinfrastructure**, Washington, DC (via Access Grid), November 2001.

"SC Global: Celebrating Global Science," **SC'2001 Masterworks Presentation**, Denver, Col., November 2001.

"Grid Computing," **Sun HPC Consortium Conference**, Denver, Col., November 2001. (Keynote.)

"Grid Computing," **IBM Advanced eBusiness Conference**, Austin, Texas, October 2001.

"Keeping Grid Projects Coherent," **EU DataGrid Industry Forum**, Frascati, Italy, October 2001.

"Grid Computing: Architecture and Achievements," **CHEP'2001**, Beijing, China, September 2001. (Plenary.)

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," **Euro-Par 2001**, Brisbane, Australia, August 2001. (Keynote.)

"Globus Project Current Status," **Globus Retreat**, San Francisco, August 2001

"Grids and Grid Technologies," **OMG Workshop on the Grid**, Boston, July 2001.

"The Earth System Grid Project," **Global Grid Forum 2**, Washington, DC, July 2001.

"U.S Grid Projects," **Upperside Conference on Industrial Grids**, Paris, June 2001. (Keynote.)

"Parallel Computing in 2001," **PPoPP 2001**, Snowbird, June 2001. (Keynote.)

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," **IEEE Conference On Cluster Computing and the Grid** (CCGrid), Brisbane, Australia, May 2001. (Keynote.)

"The GriPhyN Project," **Alliance All-Hands Meeting**, Urbana, May 2001.

"Grids: Past, Current, Future Activities," **European Union Grid Summit**, Brussels, March 2001.

"Middleware," **Access Grid Retreat**, Argonne, January 2001.

"Middleware and Grids," **NSF Middleware Panel**, December 2000.

"The Grid Forum," **Intel Peer-to-Peer Conference**, San Jose, October 2000.

"Grid Computing," **ACAT Conference**, FermiLab, October 2000. (Plenary.)

"Grid Architecture," **Grid Forum 5**, Boston, October 2000. (Keynote.)

"MPICH-G2: A Grid-Enabled MPI," **NASA Information Power Grid Workshop**, San Jose, September 2000.

"Designing and Building Parallel Climate Models," **Computational Science and Engineering Symposium**, Urbana, April 1997. (Keynote.)

"Autoconfiguration in Heterogeneous Clusters," **Cluster Computing Conference**, Altanta, February 1997. (Keynote.)

"High-Performance Distributed Computing: The I-WAY Experiment and Beyond," **PART '96**, Brisbane, Australia, August 1996. (Keynote.)

"High-Performance Distributed Computing: The I-WAY Experiment and Beyond," **EUROPAR '96**, Lyon, France, August 1996. (Keynote.)

"Ubiquitous Supercomputing," **ASCI '96**, Holland, June 1996. (Keynote.)

"The I-WAY and Globus Projects," **International Conference on Supercomputing**, Philadelphia, May 1996.

"Multithreading and High-Performance Computing," **European School on High Performance Computing**, Alpes d'Huez, France, April 1996.

"Parallel Algorithms for Climate Models," **Annual Meeting of the French SIAM**, Grenoble, France, March 1996.

"Task and Data Parallelism," **Spring School on Data Parallelism**, Les Menuires, France, March 1996.

"Runtime Support for Parallel Object-Oriented Languages," **Workshop on Parallel Object-Oriented Programming,** Southampton, England, March 1996.

## Seminars (partial)

"Swift: Fast, Reliable, Loosely Coupled Parallel Computation," Lecture at Leibniz-Rechenzentrum München, Munich, Germany, April 30, 2007.

"Why Computer Science is Fundamental to (Almost) Everything," Arthur Schoffstall Lecture, Rensselaer Polytechnic Institute, Troy, NY, April 19, 2007.

"Service Oriented Science: Scaling eScience Application & Impact," Distinguished Lecture, Purdue University, February 6, 2006

"Service Oriented Science: Scaling eScience Application & Impact," Distinguished Lecture, Northeastern University, Boston, January 26, 2006.

"The Grid: Reality, Technologies, Applications," Distinguished Lecture, McGill University, Montreal, Canada, January 21, 2005.

"The Grid and its Implications for Science (and Industry)," Royal Society of New Zealand, Wellington, New Zealand, March 18, 2004.

"The Grid: Opportunities, Achievements, and Challenges for (Computer) Science," University of Canterbury, Christchurch, New Zealand, March 17, 2004.

"An Open Grid Services Architecture," Indiana University, January 2002.

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," University of Edinburgh, December 2001.

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," U. Florida, Gainesville, FL, November 2001. (Distinguished HPC Seminar.)

"Grid Computing and Applications," FermiLab, Batavia, IL, October 2001.

"Grid Technologies and Applications: Architecture and Achievements," CERN, Geneva, August 2001.

"Grid Computing," CERN, Geneva, January 2001.

"The Globus Toolkit," IBM Yorktown, December 2000.

"The GARA Quality of Service Architecture," Cisco, San Jose, April 2000.

"High-Performance Computational Grids," University of Tennessee, October, 1997; University of California at Berkeley, October 1997.

"Network-Based Approaches to Supercomputing," Lawrence Berkeley National Laboratory, July 1996; University of California at San Diego, December 1996; California Institute of Technology, April 1997.

"High-Performance Distributed Computing: The I-WAY Experiment and Beyond," University of Nebraska, March 1996.

"Ubiquitous Supercomputing," University of Chicago, April 1996.

"High-Performance Distributed Computing: The I-WAY Experiment and Beyond," Politechnico di Milano, January 1996.

"Software Infrastructure for High-Performance Distributed Computing," University of Illinois, November 1994.

"A Massively Parallel Atmospheric Model Testbed," Microelectronics Center of North Carolina, April 1994.

"Modular Parallel Programming," University of California at Los Angeles; NASA Langeley Research Center; UT Austin; 1993.

"Fortran M: A Language for Modular Parallel Programming," Intel Corporation, Portland, Ore., July 1993.

"Deterministic Parallel Programming Languages," Harvard University; Thinking Machines Corporation; Jan. 1993.

"Information Hiding in Parallel Programs," California Institute of Technology; UC Santa Barbara; U. Illinois at Urbana-Champaign; Imperial College; 1992.

"Software Engineering Issues in Parallel Climate Models," ICIAM '91, Washington, D.C., 1991.

"Parallel Algorithms for Computing the Spectral Transform," California Institute of Technology, 1991.

# Exhibit 1 to Foster Declaration

# Filed Under Seal (A-347-358)

# Exhibit 2 to Foster Declaration
# Filed Under Seal (A-359-369)

# Exhibit 3 to Foster Declaration

# Filed Under Seal (A-370-376)

# Exhibit 4 to Foster Declaration

# Filed Under Seal (A-377-386)

# Exhibit 4A to Foster Declaration
# Filed Under Seal (A-387-396)

**Exhibit 5 to Foster Declaration**

**Filed Under Seal (A-397-403)**

# Exhibit 5A to Foster Declaration
# Filed Under Seal (A-404-410)

**Exhibit 6 to Foster Declaration**

**Filed Under Seal (A-411-420)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HACHETTE BOOK GROUP, INC.,<br>HARPERCOLLINS PUBLISHERS LLC,<br>JOHN WILEY & SONS, INC., and<br>PENGUIN RANDOM HOUSE LLC<br>　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>INTERNET ARCHIVE and DOES 1 through<br>5, inclusive<br>　　　　　　　　　　　Defendants. | Case No. 1:20-CV-04160-JGK<br><br>**DECL. OF TRACY OFFNER** |

I, Tracy Offner, declare as follows:

1.  I am a Vice President at the Analysis Group, Inc. ("Analysis Group" or "AG"). The statements made in this declaration are based on my personal knowledge. If called to testify as a witness, I would testify as follows:

2.  I have a bachelor's degree in Economics from Boston College and a Master of Business Administration from The Tuck School of Business at Dartmouth College. I have over 10 years of experience at the Analysis Group.

3.  Analysis Group is one of the largest international economics consulting firms, with more than 1,000 professionals across 14 offices in North America, Europe, and Asia. Since 1981, AG has provided expertise in economics, finance, health care analytics, and strategy to top law firms, Fortune Global 500 companies, and government agencies worldwide.

**The Project**

4.  The plaintiffs in this case, through counsel, engaged the Analysis Group to gather certain evidence in May 2020 as to the books listed in Attachment A to this declaration. Attachment A to

1

A-421

this declaration lists the same books that are listed in Exhibit A to the Complaint that plaintiffs filed on June 1, 2020.

5. The Analysis Group completed this project in May 2020. I led the project, while receiving internal administrative support. The Analysis Group was compensated based on its time incurred on the project. Attachment A to this declaration lists URLs (the "URLs") at the website www.archive.org ("IA website") from which the Analysis Group gathered the evidence.

6. We created four user accounts on the IA website, using 4 different email addresses. The accounts were free to create and use. These accounts were the standard accounts at the IA website, rather than a specially qualified account held by someone with a print disability. For organizational purposes, we created one account per plaintiff. We also downloaded the free Adobe Digital Editions software from the website https://www.adobe.com/solutions/ebook/digital-editions/download.html. Using these accounts, we clicked on the URLs on Attachment A. Once on those pages on the IA website, we "borrowed" the books, downloaded copies, and created screenshots along the way. We performed this work within the United States.

## The Specific Steps

7. Starting at each URL, we performed a series of steps. I describe the steps in the paragraphs that follow. Next to each step, I list the bates number for the document that reflects the records that we gathered during that step. Initially, and for illustrative purposes, I list just the records for a single book. This is the IA details page for the book entitled *The Innocent Man* by John Grisham, beginning at Bates AG0002833 with the URL https://archive.org/details/innocentmanmurdegri00gris. In the next section of my declaration, I cite the bates numbers on a book-by-book basis. Any exceptions with respect to the steps undertaken for a particular book are listed below.

2

8. First, for each URL, we clicked the link and were taken to the Internet Archive "details" landing webpage ("IA details page") for that book. While on the IA details page, we clicked the "show more" button and captured a copy of the webpage via print to PDF. See Attachment B.

9. Second, while on the IA details page, we clicked the URL link associated with "Openlibrary_work." We captured a copy of the Open Library webpage page via print to PDF. See Attachment C.

10. Third, for each work captured, we returned to the IA details page. We captured a copy of the "About this book" tab via a screen shot and saved a PDF copy. See Attachment D.

11. Fourth, we clicked the "Borrow" button and the IA website provided us access to the full book for 14 days. We captured a copy of the webpage via print to PDF. See Attachment E.

12. Fifth, with access to the full book once "borrowed," we then took the following steps offered by the IA website:

    a. We scrolled through the entire book within the IA website's online book-reader interface.

    b. We utilized the listen feature, called "Read this book aloud," of the IA website's online book-reader interface to hear an audio rendering of the book. We listened to portions of the book, not the entirety.

    c. We used the download feature to download the full book from IA's website, for access on our computers using Adobe Digital Editions. The download feature allowed for downloads in both PDF and ePUB formats.

13. Sixth, we captured copies of a series of pages of the book that we had downloaded for reading in the PDF format via Adobe Digital Editions (rather than via the IA website's online

3

A-423

book-reader interface). We captured each of these pages via a screen shot and saved a PDF copy, including:

    a. A copy of the front cover of the book. See Attachment F.

    b. A copy of the digitization page. See Attachment G.

    c. A copy of the rights page of the book. See Attachment H.

    d. The title page of the book. See Attachment I.

    e. Page 32 of the book. See Attachment J.

    f. The last page of the book. See Attachment K.

**Book-by-Book Records**

14. We performed this same process for each Work in suit. In this section of my declaration, as to the process I just described, I now cite the specific records we captured for each book.

15. For URL, https://archive.org/details/psiloveyou00aherx, this is the IA details page for the book entitled *PS, I Love You* by author Cecelia Ahern. The bates numbers for the documents gathered pursuant to the steps described above are AG0000004 to AG0000028.

16. For URL, https://archive.org/details/simonvshomosapie0000albe, this is the IA details page for the book entitled *Simon vs. The Homo Sapiens Agenda* by author Becky Albertalli. The bates numbers for the documents gathered pursuant to the steps described above are AG0000995 to AG0001020.

17. For URL, https://archive.org/details/oneonlyivan0000appl_z2y5, this is the IA details page for the book entitled *The One and Only Ivan* by author Katherine Applegate. The bates numbers for the documents gathered pursuant to the steps described above are AG0001021 to AG0001045.

4

18. For URL, https://archive.org/details/shipbreakernovel00baci/mode/2up, this is the IA details page for the book entitled *Ship Breaker* by author Paolo Bacigalupi. The bates numbers for the documents gathered pursuant to the steps described above are AG0000065 to AG0000098.

19. For URL, https://archive.org/details/daringgreatlyhow0000brow, this is the IA details page for the book entitled *Daring Greatly* by author Brené Brown. The bates numbers for the documents gathered pursuant to the steps described above are AG0002448 to AG0002470.

20. For URL, https://archive.org/details/goldenson0000brow, this is the IA details page for the book entitled *Golden Son* by author Pierce Brown. The bates numbers for the documents gathered pursuant to the steps described above are AG0002471 to AG0002493.

21. For URL, https://archive.org/details/bestkeptsecrets00brow_0, this is the IA details page for the book entitled *Best Kept Secrets* by author Sandra Brown. The bates numbers for the documents gathered pursuant to the steps described above are AG0000099 to AG0000132.

22. For URL, https://archive.org/details/witnessbrows00brow, this is the IA details page for the book entitled *The Witness* by author Sandra Brown. The bates numbers for the documents gathered pursuant to the steps described above are AG0000133 to AG0000156.

23. For URL, https://archive.org/details/witnesshardcover00sand, this is the IA details page for the book entitled *The Witness* by author Sandra Brown. The bates numbers for the documents gathered pursuant to the steps described above are AG0000157 to AG0000175.

24. For URL, https://archive.org/details/shorthistoryofne00brys_1, this is the IA details page for the book entitled *A Short History of Nearly Everything: Special Illustrated Edition* by author Bill Bryson. The bates numbers for the documents gathered pursuant to the steps described above are AG0002494 to AG0002522.

25. For URL, https://archive.org/details/shorthistoryofne00brys, this is the IA details page for the book entitled *A Short History of Nearly Everything* by author Bill Bryson. The bates numbers for the documents gathered pursuant to the steps described above are AG0002523 to AG0002551.

26. For URL, https://archive.org/details/brideworesize120000cabo_x4s5, this is the IA details page for the book entitled *The Bride Wore Size 12* by author Meg Cabot. The bates numbers for the documents gathered pursuant to the steps described above are AG0001046 to AG0001070.

27. For URL, https://archive.org/details/enoughaboutyoule00cart, this is the IA details page for the book entitled *Enough About You, Let's Talk About Me: How to Recognize and Manage the Narcissists in Your Life* by author Dr. Les Carter. The bates numbers for the documents gathered pursuant to the steps described above are AG0001992 to AG0002016.

28. For URL, https://archive.org/details/chocolatetouch00catl, this is the IA details page for the book entitled *The Chocolate Touch* by author Patrick Skene Catling. The bates numbers for the documents gathered pursuant to the steps described above are AG0001071 to AG0001095.

29. For URL, https://archive.org/details/houseonmangostr000cisn, this is the IA details page for the book entitled *The House on Mango Street* by author Sandra Cisneros. The bates numbers for the documents gathered pursuant to the steps described above are AG0002552 to AG0002576.

30. For URL, https://archive.org/details/commercialreales0000cont, this is the IA details page for the book entitled *Commercial Real Estate Investing for Dummies* by authors Peter Conti and Peter Harris. The bates numbers for the documents gathered pursuant to the steps described above are AG0002017 to AG0002039.

31. For URL, https://archive.org/details/leviathanwakes0000core, this is the IA details page for the book entitled *Leviathan Wakes* by author James S. A. Corey. The bates numbers for the documents gathered pursuant to the steps described above are AG0000207 to AG0000235.

6

32. For URL, https://archive.org/details/calibanswar00core, this is the IA details page for the book entitled *Caliban's War* by author James S. A. Corey. The bates numbers for the documents gathered pursuant to the steps described above are AG0000176 to AG0000206.

33. For URL, https://archive.org/details/breathe0000cros, this is the IA details page for the book entitled *Breathe* by author Sarah Crossan. The bates numbers for the documents gathered pursuant to the steps described above are AG0001096 to AG0001118.

34. For URL, https://archive.org/details/resist0000cros, this is the IA details page for the book entitled *Resist* by author Sarah Crossan. The bates numbers for the documents gathered pursuant to the steps described above are AG0001119 to AG0001143.

35. For URL, https://archive.org/details/isbn_9780062020567, this is the IA details page for the book entitled *The Miseducation of Cameron Post* by author Emily M. Danforth. The bates numbers for the documents gathered pursuant to the steps described above are AG0001144 to AG0001168.

36. For URL, https://archive.org/details/whoisbillgates0000demu, this is the IA details page for the book entitled *Who Is Bill Gates?* by author Patricia Brennan Demuth. The bates numbers for the documents gathered pursuant to the steps described above are AG0002577 to AG0002599.

37. For URL, https://archive.org/details/isbn_0446617075, this is the IA details page for the book entitled *The Jury Master* by author Robert Dugoni. The bates numbers for the documents gathered pursuant to the steps described above are AG0000236 to AG0000260.

38. For URL, https://archive.org/details/sportsgeneinside0000epst, this is the IA details page for the book entitled *The Sports Gene: Inside the Science of Extraordinary Athletic Performance* by author David Epstein. The bates numbers for the documents gathered pursuant to the steps described above are AG0002600 to AG0002622.

39. For URL, https://archive.org/details/foulplay00jane_0, this is the IA details page for the book entitled *Foul Play* by author Janet Evanovich. The bates numbers for the documents gathered pursuant to the steps described above are AG0001169 to AG0001193.

40. For URL, https://archive.org/details/onlythreequestio0000fish, this is the IA details page for the book entitled *The Only Three Questions that Still Count: Investing by Knowing What Others Don't* by author Ken Fisher. The bates numbers for the documents gathered pursuant to the steps described above are AG0002040 to AG0002064.

41. For URL, https://archive.org/details/mylifenextdoor0000fitz, this is the IA details page for the book entitled *My Life Next Door* by author Huntley Fitzpatrick. The bates numbers for the documents gathered pursuant to the steps described above are AG0002623 to AG0002641.

42. For URL, https://archive.org/details/isbn_9780307588371, this is the IA details page for the book entitled *Gone Girl* by author Gillian Flynn. The bates numbers for the documents gathered pursuant to the steps described above are AG0002642 to AG0002668.

43. For URL, https://archive.org/details/gonegirlnovel00flyn, this is the IA details page for the book entitled *Gone Girl* by author Gillian Flynn. The bates numbers for the documents gathered pursuant to the steps described above are AG0002669 to AG0002693.

44. For URL, https://archive.org/details/ifistaynovel00form, this is the IA details page for the book entitled *If I Stay* by author Gayle Forman. The bates numbers for the documents gathered pursuant to the steps described above are AG0002694 to AG0002720.

45. For URL, https://archive.org/details/isbn_9780525953081, this is the IA details page for the book entitled *Fear Nothing* by author Lisa Gardner. The bates numbers for the documents gathered pursuant to the steps described above are AG0002721 to AG0002746.

46. For URL, https://archive.org/details/isbn_9780470182307, this is the IA details page for the book entitled *Oil Painting for Dummies* by authors Anita Giddings and Sherry Stone Clifton. The bates numbers for the documents gathered pursuant to the steps described above are AG0002065 to AG0002089.

47. For URL, https://archive.org/details/eatprayloveonewo00gilb, this is the IA details page for the book entitled *Eat, Pray, Love: One Woman's Search for Everything Across Italy, India and Indonesia* by author Elizabeth Gilbert. The bates numbers for the documents gathered pursuant to the steps described above are AG0002747 to AG0002775.

48. For URL, https://archive.org/details/davidgoliath00malc_0, this is the IA details page for the book entitled *David and Goliath: Underdogs, Misfits, and the Art of Battling Giants* by author Malcolm Gladwell. The bates numbers for the documents gathered pursuant to the steps described above are AG0000286 to AG0000319.

49. For URL, https://archive.org/details/whatdogsawothera00glad, this is the IA details page for the book entitled *What the Dog Saw and Other Adventures* by author Malcolm Gladwell. The bates numbers for the documents gathered pursuant to the steps described above are AG0000346 to AG0000372.

50. For URL, https://archive.org/details/blinkpowerofthin00glad, this is the IA details page for the book entitled *Blink: The Power of Thinking Without Thinking* by author Malcolm Gladwell. The bates numbers for the documents gathered pursuant to the steps described above are AG0000261 to AG0000285.

51. For URL, https://archive.org/details/tippingpointhowl00glad, this is the IA details page for the book entitled *The Tipping Point: How Little Things Can Make a Big Difference* by author

Malcolm Gladwell.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000320 to AG0000345.

52. For URL, https://archive.org/details/lordofflies0000unse/page/n5/mode/2up, this is the IA details page for the book entitled *Lord of the Flies* by author William Golding.  The bates numbers for the documents gathered pursuant to the steps described above are AG0002776 to AG0002786.

53. For URL, https://archive.org/details/energybus10rules00gord, this is the IA details page for the book entitled *The Energy Bus* by author Jon Gordon.  The bates numbers for the documents gathered pursuant to the steps described above are AG0002090 to AG0002113.

54. For URL, https://archive.org/details/escapefrommrlemo0000grab, this is the IA details page for the book entitled *Escape from Mr. Lemoncello's Library* by author Chris Grabenstein.  The bates numbers for the documents gathered pursuant to the steps described above are AG0002787 to AG0002809.

55. For URL, https://archive.org/details/intelligentinves00grah, this is the IA details page for the book entitled *The Intelligent Investor* by author Benjamin Graham.  The bates numbers for the documents gathered pursuant to the steps described above are AG0001194 to AG0001213.

56. For URL, https://archive.org/details/intelligentinves00grah_1, this is the IA details page for the book entitled *The Intelligent Investor* by author Benjamin Graham.  The bates numbers for the documents gathered pursuant to the steps described above are AG0001214 to AG0001235.

57. For URL, https://archive.org/details/givetakerevoluti0000gran, this is the IA details page for the book entitled *Give and Take: A Revolutionary Approach to Success* by author Adam Grant.  The bates numbers for the documents gathered pursuant to the steps described above are AG0002810 to AG0002832.

10

A-430

58. For URL, https://archive.org/details/isbn_9780142417225, this is the IA details page for the book entitled *Theodore Boone: Kid Lawyer* by author John Grisham.  The bates numbers for the documents gathered pursuant to the steps described above are AG0002861 to AG0002884.

59. For URL, https://archive.org/details/isbn_9780525425762, this is the IA details page for the book entitled *Theodore Boone: The Accused* by author John Grisham.  The bates numbers for the documents gathered pursuant to the steps described above are AG0002885 to AG0002911.

60. For URL, https://archive.org/details/redcrayonsstory00hall, this is the IA details page for the book entitled *Red: A Crayon's Story* by author Michael Hall.  The bates numbers for the documents gathered pursuant to the steps described above are AG0001236 to AG0001257.

61. For URL, https://archive.org/details/whowasjackierobi0000herm, this is the IA details page for the book entitled *Who Was Jackie Robinson?* by author Gail Herman.  The bates numbers for the documents gathered pursuant to the steps described above are AG0002912 to AG0002933.

62. For URL, https://archive.org/details/scat0000hiaa, this is the IA details page for the book entitled *Scat* by author Carl Hiaasen.  The bates numbers for the documents gathered pursuant to the steps described above are AG0002934 to AG0002955.

63. For URL, https://archive.org/details/isbn_9780060838676, this is the IA details page for the book entitled *Their Eyes Were Watching God* by author Zora Neale Hurston.  The bates numbers for the documents gathered pursuant to the steps described above are AG0001258 to AG0001285.

64. For URL, https://archive.org/details/labgirl0000jahr, this is the IA details page for the book entitled *Lab Girl* by author Hope Jahren.  The bates numbers for the documents gathered pursuant to the steps described above are AG0002956 to AG0002980.

65. For URL, https://archive.org/details/briefhistoryofse0000jame, this is the IA details page for the book entitled *A Brief History of Seven Killings* by author Marlon James. The bates numbers for the documents gathered pursuant to the steps described above are AG0002981 to AG0003002.

66. For URL, https://archive.org/details/judgmentcall00janc, this is the IA details page for the book entitled *Judgment Call* by author J.A. Jance. The bates numbers for the documents gathered pursuant to the steps described above are AG0001311 to AG0001335.

67. For URL, ttps://archive.org/details/danceofbonesjpbe0000janc, this is the IA details page for the book entitled *Dance of the Bones* by author J.A. Jance. The bates numbers for the documents gathered pursuant to the steps described above are AG0001286 to AG0001310.

68. For URL, https://archive.org/details/isbn_9780385738934, this is the IA details page for the book entitled *Fallen* by author Lauren Kate. The bates numbers for the documents gathered pursuant to the steps described above are AG0003006 to AG0003032.

69. For URL, https://archive.org/details/lilacgirlsnovel0000kell, this is the IA details page for the book entitled *Lilac Girls* by author Martha Hall Kelly. The bates numbers for the documents gathered pursuant to the steps described above are AG0003033 to AG0003046.

70. For URL, https://archive.org/details/redeployment0000klay, this is the IA details page for the book entitled *Redeployment* by author Phil Klay. The bates numbers for the documents gathered pursuant to the steps described above are AG0003047 to AG0003070.

71. For URL, https://archive.org/details/intowild00krak_1, this is the IA details page for the book entitled *Into the Wild* by author Jon Krakauer. The bates numbers for the documents gathered pursuant to the steps described above are AG0003071 to AG0003087.

72. For URL, https://archive.org/details/spanishallinonef0000kray, this is the IA details page for the book entitled *Spanish All-In-One for Dummies* by author Cecie Kraynak. The bates

12

numbers for the documents gathered pursuant to the steps described above are AG0002114 to AG0002138.

73. For URL, https://archive.org/details/basicphysics00kuhn, this is the IA details page for the book entitled *Basic Physics* by author Karl F. Kuhn. The bates numbers for the documents gathered pursuant to the steps described above are AG0002139 to AG0002161.

74. For URL, https://archive.org/details/hondo00lamo_2, this is the IA details page for the book entitled *Hondo* by author Louis L'Amour. The bates numbers for the documents gathered pursuant to the steps described above are AG0003088 to AG0003114.

75. For URL, https://archive.org/details/returnofgeorgewa0000lars, this is the IA details page for the book entitled *The Return of George Washington* by author Edward J. Larson. The bates numbers for the documents gathered pursuant to the steps described above are AG0001336 to AG0001358.

76. For URL, https://archive.org/details/deadwakelastcros0000lars, this is the IA details page for the book entitled *Dead Wake: the Last Crossing of the Lusitania* by author Erik Larson. The bates numbers for the documents gathered pursuant to the steps described above are AG0003115 to AG0003139.

77. For URL, https://archive.org/details/isbn_9780470230657, this is the IA details page for the book entitled *Comparative Religion for Dummies* by authors William P. Lazarus and Mark Sullivan. The bates numbers for the documents gathered pursuant to the steps described above are AG0002162 to AG0002185.

78. For URL, https://archive.org/details/worldgoneby0000leha, this is the IA details page for the book entitled *World Gone By* by author Dennis Lehane. The bates numbers for the documents gathered pursuant to the steps described above are AG0001359 to AG0001383.

79. For URL, https://archive.org/details/gettingnakedbusi00patr, this is the IA details page for the book entitled *Getting Naked: A Business Fable About Shedding the Three Fears that Sabotage Client Loyalty* by author Patrick Lencioni. The bates numbers for the documents gathered pursuant to the steps described above are AG0002186 to AG0002207.

80. For URL, https://archive.org/details/overcomingfivedy00lenc_0, this is the IA details page for the book entitled *Overcoming the Five Dysfunctions of a Team* by author Patrick Lencioni. The bates numbers for the documents gathered pursuant to the steps described above are AG0002208 to AG0002232.

81. For URL, https://archive.org/details/advantagewhyorga0000lenc, this is the IA details page for the book entitled *The Advantage: Why Organizational Health Trumps Everything Else in Business* by author Patrick Lencioni. The bates numbers for the documents gathered pursuant to the steps described above are AG0002233 to AG0002255.

82. For URL, https://archive.org/details/fivedysfunctions00lenc, this is the IA details page for the book entitled *The Five Dysfunctions of a Team: A Leadership Fable* by author Patrick Lencioni. The bates numbers for the documents gathered pursuant to the steps described above are AG0002256 to AG0002282.

83. For URL, https://archive.org/details/threesignsofmise00lenc, this is, this is the IA details page for the book entitled *The Three Signs of a Miserable Job: A Fable for Managers (and Their Employees)* by author Patrick Lencioni. The bates numbers for the documents gathered pursuant to the steps described above are AG0002283 to AG0002307.

84. For URL, https://archive.org/details/allpresidentswom0000levi, this is the IA details page for the book entitled *All the President's Women: Donald Trump and the Making of a Predator* by

14

authors Barry Levine and Monique El-Faizy.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000373 to AG0000399.

85. For URL, https://archive.org/details/lionwitchwardrob00lewi_2, this is the IA details page for the book entitled *The Lion, The Witch and the Wardrobe* by author C.S. Lewis.  The bates numbers for the documents gathered pursuant to the steps described above are AG0001384 to AG0001424.

86. For URL, https://archive.org/details/lionwitchwardrob0000lewi, this is the IA details page for the book entitled *The Lion, The Witch and the Wardrobe* by author C.S. Lewis.  The bates numbers for the documents gathered pursuant to the steps described above are AG0001425 to AG0001447.

87. For URL, https://archive.org/details/magiciansnephew01lewi, this is the IA details page for the book entitled *The Magician's Nephew* by author C.S. Lewis.  The bates numbers for the documents gathered pursuant to the steps described above are AG0001448 to AG0001481.

88. For URL, https://archive.org/details/dancewithdragons00mart, this is the IA details page for the book entitled *A Dance with Dragons* by author George R.R. Martin.  The bates numbers for the documents gathered pursuant to the steps described above are AG0003171 to AG0003197.

89. For URL, https://archive.org/details/unset0000unse_f0a5, this is the IA details page for the book entitled *The Road* by author Cormac McCarthy.  The bates numbers for the documents gathered pursuant to the steps described above are AG0003198 to AG0003224.

90. For URL, https://archive.org/details/bookwhispererawa00mill, this is the IA details page for the book entitled *The Book Whisperer* by author Donalyn Miller.  The bates numbers for the documents gathered pursuant to the steps described above are AG0002308 to AG0002330.

15

91. For URL, https://archive.org/details/nightcircusnovel00morg, this is the IA details page for the book entitled *The Night Circus* by author Erin Morgenstern. The bates numbers for the documents gathered pursuant to the steps described above are AG0003225 to AG0003251.

92. For URL, https://archive.org/details/songofsolomon0000morr_har5, this is the IA details page for the book entitled *Song of Solomon* by author Toni Morrison. The bates numbers for the documents gathered pursuant to the steps described above are AG0003252 to AG0003274.

93. For URL, https://archive.org/details/songofsolomon00morr_0, this is the IA details page for the book entitled *Song of Solomon* by author Toni Morrison. The bates numbers for the documents gathered pursuant to the steps described above are AG0003275 to AG0003303.

94. For URL, https://archive.org/details/bluesteyenovel0000morr, this is the IA details page for the book entitled *The Bluest Eye* by author Toni Morrison. The bates numbers for the documents gathered pursuant to the steps described above are AG0003304 to AG0003326.

95. For URL, https://archive.org/details/bluesteye00morr_1, this is the IA details page for the book entitled *The Bluest Eye* by author Toni Morrison. The bates numbers for the documents gathered pursuant to the steps described above are AG0003327 to AG0003355.

96. For URL, https://archive.org/details/howidiscoveredpo0000nels, this is the IA details page for the book entitled *How I Discovered Poetry* by author Marilyn Nelson. The bates numbers for the documents gathered pursuant to the steps described above are AG0003356 to AG0003380.

97. For URL, https://archive.org/details/fancynancysupers0000ocon, this is the IA details page for the book entitled *Fancy Nancy: Super Secret Surprise Party* by author Jane O'Connor. The bates numbers for the documents gathered pursuant to the steps described above are AG0001482 to AG0001499.

16

98. For URL, https://archive.org/details/fancynancytooman0000ocon, this is the IA details page for the book entitled *Fancy Nancy: Too Many Tutus* by author Jane O'Connor. The bates numbers for the documents gathered pursuant to the steps described above are AG0001500 to. AG0001522.

99. For URL, https://archive.org/details/letyourlifespeak2000palm, this is the IA details page for the book entitled *Let Your Life Speak: Listening to the Voice of Vocation* by author Parker J. Palmer. The bates numbers for the documents gathered pursuant to the steps described above are AG0002331 to AG0002353.

100. For URL, https://archive.org/details/juniebfirstbosso00park, this is the IA details page for the book entitled *Junie B., First Grader: Boss of Lunc*h by author Barbara Park. The bates numbers for the documents gathered pursuant to the steps described above are AG0003381 to AG0003405.

101. For URL, https://archive.org/details/commonwealthnove0000patc, this is the IA details page for the book entitled *Commonwealth* by author Ann Patchett. The bates numbers for the documents gathered pursuant to the steps described above are AG0001523 to AG0001545.

102. For URL, https://archive.org/details/isbn_9780316101691, this is the IA details page for the book entitled *Middle School, The Worst Years of My Life* by author James Patterson. The bates numbers for the documents gathered pursuant to the steps described above are AG0000489 to AG0000525.

103. For URL, https://archive.org/details/middleschoolwors0000patt, this is the IA details page for the book entitled *Middle School, The Worst Years of my Life* by author James Patterson. The bates numbers for the documents gathered pursuant to the steps described above are AG0000526 and AG0000554.

17

104.     For URL, https://archive.org/details/ifunny0000patt, this is the IA details page for the book entitled *I Funny: A Middle School Story* by authors James Patterson and Chris Grabenstein.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000400 to AG0000434.

105.     For URL, https://archive.org/details/ifunny0000patt_w7e5, this is the IA details page for the book entitled *I Funny: A Middle School Story* by authors James Patterson and Chris Grabenstein.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000435 to AG0000463.

106.     For URL, https://archive.org/details/isbn_9780316405348, this is the IA details page for the book entitled *Invisible* by author James Patterson.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000464 to AG0000488.

107.     For URL, https://archive.org/details/isbn_9780062086983/mode/2up, this is the IA details page for the book entitled *Big Nate: Genius Mode* by author Lincoln Peirce.  The bates numbers for the documents gathered pursuant to the steps described above are AG0001546 to AG0001570.

108.     For URL, https://archive.org/details/bignategoesforbr00peir, this is the IA details page for the book entitled *Big Nate: Goes for Broke* by author Lincoln Peirce.  The bates numbers for the documents gathered pursuant to the steps described above are AG0001571 to AG0001595.

109.     For URL, https://archive.org/details/isbn_9780062087003, this is the IA details page for the book entitled *Big Nate: Mr. Popularity* by author Lincoln Peirce.  The bates numbers for the documents gathered pursuant to the steps described above are AG0001596 to AG0001620.

110.     For URL, https://archive.org/details/betterangelsofou0000pink, this is the IA details page for the book entitled *The Better Angels of Our Nature: Why Violence has Declined* by

18

A-438

author Steven Pinker.  The bates numbers for the documents gathered pursuant to the steps described above are AG0003406 to AG0003430.

111.     For URL, https://archive.org/details/belljarps00sylv/page/n9/mode/2up, this is the IA details page for the book entitled *The Bell Jar* by author Sylvia Plath.  The bates numbers for the documents gathered pursuant to the steps described above are AG0001621 to AG0001653.

112.     For URL, https://archive.org/details/nightwatch00prat_0, this is the IA details page for the book entitled *Night Watch* by author Terry Pratchett.  The bates numbers for the documents gathered pursuant to the steps described above are AG0001654 to AG0001680.

113.     For URL, https://archive.org/details/defiance00redw, this is the IA details page for the book entitled *Defiance* by author C.J. Redwine.  The bates numbers for the documents gathered pursuant to the steps described above are AG0001681 to AG0001704.

114.     For URL, https://archive.org/details/makingthinkingvi0000unse, this is the IA details page for the book entitled *Making Thinking Visible: How to Promote Engagement, Understanding, and Independence for All Learners* by authors Ron Ritchhart, Mark Church and Karin Morrison.  The bates numbers for the documents gathered pursuant to the steps described above are AG0002354 to AG0002370.

115.     For URL, https://archive.org/details/fallingupwardspi00rohr, this is the IA details page for the book entitled *Falling Upward: A Spirituality for the Two Halves of Life* by author Richard Rohr.  The bates numbers for the documents gathered pursuant to the steps described above are AG0002371 to AG0002394.

116.     For URL, https://archive.org/details/catcherinrye0000sali, this is the IA details page for the book entitled *The Catcher in the Rye* by author J.D. Salinger.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000645 to AG0000667.

19

117.     For URL, https://archive.org/details/ninestories0000sali, this is the IA details page for the book entitled *Nine Stories* by author J.D. Salinger.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000578 and AG0000596.

118.     For URL, https://archive.org/details/frannyzooey00salirich/mode/2up, this is the IA details page for the book entitled *Franny and Zooey* by author J.D. Salinger.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000555 and AG0000577.

119.     For URL, https://archive.org/details/raisehighroofbea00sali/mode/2up, this is the IA details page for the book entitled *Raise High the Roof Beam, Carpenters and Seymour: An Introduction* by author J.D. Salinger.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000597 and AG0000620.

120.     For URL, https://archive.org/details/raisehighroofbea0000sali_l9y4/mode/2up, this is the IA details page for the book entitled *Raise High the Roof Beam, Carpenters and Seymour: An Introduction* by author J.D. Salinger.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000621 to AG0000644.

121.     For URL, https://archive.org/details/phantomprey00sand, this is the IA details page for the book entitled *Phantom Prey* by author John Sandford.  The bates numbers for the documents gathered pursuant to the steps described above are AG0003431 to AG0003457.

122.     For URL, https://archive.org/details/agesstagesparent00char/mode/2up, this is the IA details page for the book entitled *Ages & Stages: A Parent's Guide to Normal Childhood Development* by authors Dr. Charles E. Schaefer and Theresa Foy DiGeronimo.  The bates numbers for the documents gathered pursuant to the steps described above are AG0002395 to AG0002419.

20

123.     For URL, https://archive.org/details/extraordinarymea0000schn, this is the IA details page for the book entitled *Extraordinary Means* by author Robyn Schneider.  The bates numbers for the documents gathered pursuant to the steps described above are AG0001705 to AG0001729.

124.     For URL, https://archive.org/details/todaywillbediffe0000semp, this is the IA details page for the book entitled *Today Will Be Different* by author Maria Semple.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000668 to AG0000690.

125.     For URL, https://archive.org/details/neurotribeslegac0000silb, this is the IA details page for the book entitled *Neurotribes: the Legacy of Autism and the Future of Neurodiversity* by author Steve Silberman.  The bates numbers for the documents gathered pursuant to the steps described above are AG0003458 to AG0003480.

126.     For URL, https://archive.org/details/whocouldthatbeat00snic, this is the IA details page for the book entitled *"Who Could That Be at This Hour?"* by author Lemony Snicket.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000726 to AG0000752.

127.     For URL, https://archive.org/details/isbn_9780316123051, this is the IA details page for the book entitled *"When Did You See Her Last?"* by author Lemony Snicket.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000691 to AG0000725.

128.     For URL, https://archive.org/details/isbn_9780316176194, this is the IA details page for the book entitled *The Extraordinary Education of Nicholas Benedict* by author Trenton

21

Lee Stewart.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000753 to AG0000779.

129.     For URL, https://archive.org/details/mysteriousbenedi00stew, this is the IA details page for the book entitled *The Mysterious Benedict Society* by author Trenton Lee Stewart.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000780 to AG0000813.

130.     For URL, https://archive.org/details/mysteriousbenedi00tren, this is the IA details page for the book entitled *The Mysterious Benedict Society* by author Trenton Lee Stewart.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000814 to AG0000847.

131.     For URL, https://archive.org/details/mysteriousbenedi00stew_0, this is the IA details page for the book entitled *The Mysterious Benedict Society and the Perilous Journey* by author Trenton Lee Stewart.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000848 to AG0000876.

132.     For URL, https://archive.org/details/isbn_9780316036733, this is the IA details page for the book entitled *The Mysterious Benedict Society and the Perilous Journey* by author Trenton Lee Stewart.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000877 to AG0000904.

133.     For URL, https://archive.org/details/thanksforfeedbac0000ston, this is the IA details page for the book entitled *Thanks for the Feedback: the Science and Art of Receiving Feedback (Even When it is Off-Base, Unfair, Poorly Delivered, and Frankly, You're Not in the Mood)* by authors Douglas Stone and Sheila Heen.  The bates numbers for the documents gathered pursuant to the steps described above are AG0003481 to AG0003503.

22

A-442

134.     For URL, https://archive.org/details/burgessboysnovel00eliz, this is the IA details page for the book entitled *The Burgess Boys* by author Elizabeth Strout.  The bates numbers for the documents gathered pursuant to the steps described above are AG0003504 to AG0003528.

135.     For URL, https://archive.org/details/isbn_9781595148032, this is the IA details page for the book entitled *An Ember in the Ashes* by author Sabaa Tahir.  The bates numbers for the documents gathered pursuant to the steps described above are AG0003529 to AG0003549.

136.     For URL, https://archive.org/details/threetimeslucky0000turn_e7y3, this is the IA details page for the book entitled *Three Times Lucky* by author Sheila Turnage.  The bates numbers for the documents gathered pursuant to the steps described above are AG0003550 to AG0003574.

137.     For URL, https://archive.org/details/isbn_9780143127741, this is the IA details page for the book entitled *The Body Keeps the Score: Brain, Mind, and Body in the Healing of Trauma* by author Bessel van der Kolk.  The bates numbers for the documents gathered pursuant to the steps described above are AG0003575 to AG0003598.

138.     For URL, https://archive.org/details/openheart0000wies, this is the IA details page for the book entitled *Open Heart* by author Elie Wiesel.  The bates numbers for the documents gathered pursuant to the steps described above are AG0003599 to AG0003623.

139.     For URL, https://archive.org/details/littlehouseinbig00wild_6, this is the IA details page for the book entitled *Little House in the Big Woods* by author Laura Ingalls Wilder.  The bates numbers for the documents gathered pursuant to the steps described above are AG0001752 to AG0001781.

140.     For URL,  https://archive.org/details/littlehouseonpra0000unse/mode/2up,  this  is the IA details page for the book entitled *Little House on the Prairie* by author Laura Ingalls Wilder.

23

The bates numbers for the documents gathered pursuant to the steps described above are AG0001782 to AG0001802.

141.    For URL, https://archive.org/details/littlehouseonpra00wild/mode/2up, this is the IA details page for the book entitled *Little House on the Prairie* by author Laura Ingalls Wilder. The bates numbers for the documents gathered pursuant to the steps described above are AG0001803 to AG0001831.

142.    For URL, https://archive.org/details/littlehouseonpra00wild_0/mode/2up, this is the IA details page for the book entitled *Little House on the Prairie* by author Laura Ingalls Wilder. The bates numbers for the documents gathered pursuant to the steps described above are AG0001832 to AG0001858.

143.    For URL, https://archive.org/details/littlehouseonpra00wild_1, this is the IA details page for the book entitled *Little House on the Prairie* by author Laura Ingalls Wilder. The bates numbers for the documents gathered pursuant to the steps described above are AG0001859 to AG0001887.

144.    For URL, https://archive.org/details/littlehouseonpra00wild_3/mode/2up, this is the IA details page for the book entitled *Little House on the Prairie* by author Laura Ingalls Wilder. The bates numbers for the documents gathered pursuant to the steps described above are AG0001888 to AG0001916.

145.    For URL, https://archive.org/details/farmerboy00wild/mode/2up, this is the IA details page for the book entitled *Farmer Boy* by author Laura Ingalls Wilder. The bates numbers for the documents gathered pursuant to the steps described above are AG0001730 to AG0001751.

146.    For URL, https://archive.org/details/dangerousplaceno0000wins, this is the IA details page for the book entitled *A Dangerous Place* by author Jacqueline Winspear. The bates

24

numbers for the documents gathered pursuant to the steps described above are AG0001917 to AG0001939.

147.     For URL, https://archive.org/details/journeytomunichn0000wins, this is the IA details page for the book entitled *Journey to Munich* by author Jacqueline Winspear.  The bates numbers for the documents gathered pursuant to the steps described above are AG0001966 to AG0001990.

148.     For URL, https://archive.org/details/elegyforeddie00wins/page/20, this is the IA details page for the book entitled *Elegy for Eddie* by author Jacqueline Winspear.  The bates numbers for the documents gathered pursuant to the steps described above are AG0001940 to AG0001965.

149.     For URL, https://archive.org/details/isbn_9780470496374, this is the IA details page for the book entitled *Wind Power for Dummies* by author Ian Woofenden.  The bates numbers for the documents gathered pursuant to the steps described above are AG0002420 to AG0002444.

150.     For URL, https://archive.org/details/windsofwarnovel00wouk, this is the IA details page for the book entitled *The Winds of War* by author Herman Wouk.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000928 to AG0000964.

151.     For URL, https://archive.org/details/cainemutiny00wouk, this is the IA details page for the book entitled *The Caine Mutiny: A Novel of World War II* by author Herman Wouk.  The bates numbers for the documents gathered pursuant to the steps described above are AG0000905 to AG0000927.

152.     For URL, https://archive.org/details/manwhosolvedmark0000zuck, this is the IA details page for the book entitled *The Man Who Solved the Market* by author Gregory Zuckerman.

The bates numbers for the documents gathered pursuant to the steps described above are AG0003624 to AG0003639.

**<u>Exceptions</u>**

153. With respect to the process described above, a handful of pages were unavailable.

154. For the URLs https://archive.org/details/lordofflies0000unse and https://archive.org/details/witnesshardcover00sand, although I was able to download the digital book, I was unable to access a corresponding Open Library webpage. As such, I did not capture the corresponding Open Library webpage.

155. For the URL https://archive.org/details/mylifenextdoor0000fitz, although I was able to download the digital book, there was no rights page to capture. As such, I did not capture the rights page.

156. For the URL https://archive.org/details/houseonmangostr000cisn, although I was able to download the digital book, there was no digitization page to capture. As such, I did not capture the digitization page.

157. For the URLs https://archive.org/details/lordofflies0000unse, https://archive.org/details/intowild00krak_1, https://archive.org/details/manwhosolvedmark0000zuck, https://archive.org/details/makingthinkingvi0000unse, and https://archive.org/details/lilacgirlsnovel0000kell, I was waitlisted to "Borrow" a full copy of the work. As a result, I did not "Borrow" the work and did not download the work to Adobe Digital Editions.

158. For the URLs https://archive.org/details/energybus10rules00gord and https://archive.org/details/bookwhispererawa00mill, I was only able to download the digital book in the ePUB format, as the PDF format was not available. I was able to capture the full series of pages from the downloaded ePUB file.

26

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of February, 2022.

Tracy Offner

27

A-447

# Attachment A

| Title | Author | Publishing House | IA Link | OL Link |
|---|---|---|---|---|
| PS, I love you | Cecelia Ahern | Hachette | https://archive.org/details/psiloveyou00aherx | https://openlibrary.org/books/OL3689266M/PS_I_love_you |
| Simon vs. the Homo Sapiens agenda | Becky Albertalli | HarperCollins | https://archive.org/details/simonvshomosapie0000albe | https://openlibrary.org/books/OL25935278M/Simon_vs._the_Homo_Sapiens_Agenda |
| The One and Only Ivan | Katherine Applegate | HarperCollins | https://archive.org/details/oneonlyivan0000appl_r2y5 | https://openlibrary.org/books/OL25174034M/The_One_and_Only_Ivan |
| Ship Breaker | Paolo Bacigalupi | Hachette | https://archive.org/details/shipbreakernovel00baci/mode/2up | https://openlibrary.org/books/OL23832143M/Ship_breaker |
| Daring greatly | Brené Brown | Penguin Random House | https://archive.org/details/daringgreatlyhow0000brow | https://openlibrary.org/books/OL25339768M/Daring_Greatly |
| Golden Son | Pierce Brown | Penguin Random House | https://archive.org/details/goldenson0000brow | https://openlibrary.org/books/OL27171457M/Golden_son |
| Best Kept Secrets | Sandra Brown | Hachette | https://archive.org/details/bestkeptsecrets00brow_0 | https://openlibrary.org/books/OL3697750M/Best_kept_secrets |
| The Witness | Sandra Brown | Hachette | https://archive.org/details/witnessbrown00brow | https://openlibrary.org/books/OL1116629M/The_witness |
| The Witness | Sandra Brown | Hachette | https://archive.org/details/witnesshardcover00sand | NO OL LINK AVAILABLE |
| A Short History of Nearly Everything | Bill Bryson | Penguin Random House | https://archive.org/details/shorthistoryofne00brys | https://openlibrary.org/books/OL23115638M/A_short_history_of_nearly_everything |
| A Short History of Nearly Everything: Special Illustrated Edition | Bill Bryson | Penguin Random House | https://archive.org/details/shorthistoryofne00brys_1 | https://openlibrary.org/books/OL24371703M/A_short_history_of_nearly_everything |
| The Bride Wore Size 12 | Meg Cabot | HarperCollins | https://archive.org/details/brideworesize120000cabo_x4s5 | https://openlibrary.org/books/OL26500995M/The_bride_wore_size_12 |
| Enough About You, Let's Talk About Me: How to Recognize and Manage the Narcissists in Your Life | Les Carter | Wiley | https://archive.org/details/enoughaboutyoule00cart | https://openlibrary.org/books/OL24746172M/Enough_about_you_let's_talk_about_me |
| The Chocolate Touch | Patrick Skene Catling | HarperCollins | https://archive.org/details/chocolatetouch00catl | https://openlibrary.org/books/OL4737980M/The_Chocolate_touch |
| The House on Mango Street | Sandra Cisneros | Penguin Random House | https://archive.org/details/houseonmangostr000cisn | https://openlibrary.org/books/OL1889038M/The_house_on_Mango_Street |
| Commercial Real Estate Investing for Dummies | Peter Conti and Peter Harris | Wiley | https://archive.org/details/commercialrealea0000cont | https://openlibrary.org/books/OL10294323M/Commercial_Real_Estate_Investing_For_Dummies_(For_Dummies_(Business_Personal_Finance)) |
| Leviathan Wakes | James S. A. Corey | Hachette | https://archive.org/details/leviathanwakes0000core | https://openlibrary.org/books/OL25001749M/Leviathan_wakes |
| Caliban's War | James S. A. Corey | Hachette | https://archive.org/details/calibanswar00core | https://openlibrary.org/books/OL25004982M/Caliban's_war |
| Breathe | Sarah Crossan | HarperCollins | https://archive.org/details/breathe0000cros | https://openlibrary.org/books/OL25346538M/Breathe |
| Resist | Sarah Crossan | HarperCollins | https://archive.org/details/resist0000cros | https://openlibrary.org/books/OL26494852M/Resist |
| The Miseducation of Cameron Post | Emily M. Danforth | HarperCollins | https://archive.org/details/isbn_9780062020567 | https://openlibrary.org/books/OL24826887M/The_miseducation_of_Cameron_Post |
| Who is Bill Gates? | Patricia Brennan Demuth | Penguin Random House | https://archive.org/details/whoisbillgate0000demu | https://openlibrary.org/books/OL25763439M/Who_is_Bill_Gates |
| The Jury Master | Robert Dugoni | Hachette | https://archive.org/details/isbn_0446617075 | https://openlibrary.org/books/OL26336569M/The_jury_master |
| The Sports Gene: Inside the Science of Extraordinary Athletic Performance | David Epstein | Penguin Random House | https://archive.org/details/sportsgeneinside0000epst | https://openlibrary.org/books/OL26889279M/The_sports_gene |
| Foul Play | Janet Evanovich | HarperCollins | https://archive.org/details/foulplay00jane_0 | https://openlibrary.org/books/OL26492074M/Foul_play |
| The Only Three Questions that Still Count: Investing by Knowing What Others Don't | Ken Fisher | Wiley | https://archive.org/details/onlythreequestio0000fish | https://openlibrary.org/books/OL25371052M/The_only_three_questions_that_still_count |
| My Life Next Door | Huntley Fitzpatrick | Penguin Random House | https://archive.org/details/mylifenextdoor0000fitz | https://openlibrary.org/books/OL25032660M/My_life_next_door |
| Gone Girl | Gillian Flynn | Penguin Random House | https://archive.org/details/isbn_9780307588371 | https://openlibrary.org/books/OL25086944M/Gone_Girl |
| Gone Girl | Gillian Flynn | Penguin Random House | https://archive.org/details/gonegirlnovel00flyn | https://openlibrary.org/books/OL26517711M/Gone_Girl |
| If I Stay | Gayle Forman | Penguin Random House | https://archive.org/details/ifistaynovel00form | https://openlibrary.org/books/OL21559347M/If_I_Stay_(If_I_Stay_1) |
| Fear Nothing | Lisa Gardner | Penguin Random House | https://archive.org/details/isbn_9780525953081 | https://openlibrary.org/books/OL26299997M/Fear_nothing |
| Oil Painting for Dummies | Anita Giddings and Sherry Stone Clifton | Wiley | https://archive.org/details/isbn_9780470182307 | https://openlibrary.org/books/OL23097072M/Oil_painting_for_dummies |
| Eat, Pray, Love: One Woman's Search for Everything Across Italy, India and Indonesia | Elizabeth Gilbert | Penguin Random House | https://archive.org/details/eatprayloveonewo00gilb | https://openlibrary.org/books/OL3421594M/Eat_pray_love |
| David and Goliath: Underdogs, Misfits, and the Art of Battling Giants | Malcolm Gladwell | Hachette | https://archive.org/details/davidgoliath00malc_0 | https://openlibrary.org/books/OL25434601M/David_and_Goliath |
| What the Dog Saw and Other Adventures | Malcolm Gladwell | Hachette | https://archive.org/details/whatdogsawothera00glad | https://openlibrary.org/books/OL23575297M/What_the_dog_saw_and_other_adventure_stories |
| Blink: The Power of Thinking Without Thinking | Malcolm Gladwell | Hachette | https://archive.org/details/blinkpowerofthin00glad | https://openlibrary.org/books/OL23273215M/Blink |
| Tipping Point: How Little Things Can Make a Big Difference | Malcolm Gladwell | Hachette | https://archive.org/details/tippingpointhow100glad | https://openlibrary.org/books/OL24765965M/The_tipping_point |
| Lord of the Flies | William Golding | Penguin Random House | https://archive.org/details/lordofflies0000unse/page/n5/mode/2up | NO OL LINK AVAILABLE |
| The Energy Bus | Jon Gordon | Wiley | https://archive.org/details/energybus10rules00gord | https://openlibrary.org/books/OL7596046M/The_Energy_Bus |
| Escape from Mr. Lemoncello's Library | Chris Grabenstein | Penguin Random House | https://archive.org/details/escapefrommrlemo0000grab | https://openlibrary.org/books/OL25435793M/Escape_From_Mr._Lemoncello's_Library |
| The Intelligent Investor | Benjamin Graham | HarperCollins | https://archive.org/details/intelligentinves00grah | https://openlibrary.org/books/OL5907461M/The_intelligent_investor |
| The Intelligent Investor | Benjamin Graham | HarperCollins | https://archive.org/details/intelligentinves00grah_1 | https://openlibrary.org/books/OL7281057M/The_Intelligent_Investor |
| Give and Take: a Revolutionary Approach to Success | Adam Grant | Penguin Random House | https://archive.org/details/givetakerevoluti0000gran | https://openlibrary.org/books/OL26446374M/Give_and_take |
| The Innocent Man: Murder and Injustice in a Small Town | John Grisham | Penguin Random House | https://archive.org/details/innocentmanmurdegri00gris | https://openlibrary.org/books/OL24374096M/The_innocent_man |
| Theodore Boone: Kid Lawyer | John Grisham | Penguin Random House | https://archive.org/details/isbn_9780142417225 | https://openlibrary.org/books/OL25769598M/Theodore_Boone |
| Theodore Boone: The Accused | John Grisham | Penguin Random House | https://archive.org/details/isbn_9780525425762 | https://openlibrary.org/books/OL25316428M/Theodore_Boone_the_accused |
| Red: A Crayon's Story | Michael Hall | HarperCollins | https://archive.org/details/redcrayonsstory00hall | https://openlibrary.org/books/OL26706944M/Red_A_Crayon's_Story |
| Who was Jackie Robinson? | Gail Herman | Penguin Random House | https://archive.org/details/whowasjackierobi0000herm | https://openlibrary.org/books/OL24452984M/Who_was_Jackie_Robinson |
| Scat | Carl Hiaasen | Penguin Random House | https://archive.org/details/scat0000hiaa | https://openlibrary.org/books/OL24088616M/Scat |
| Their Eyes Were Watching God | Zora Neale Hurston | HarperCollins | https://archive.org/details/isbn_9780060838676 | https://openlibrary.org/books/OL25098901M/Their_Eyes_Were_Watching_God |
| Lab Girl | Hope Jahren | Penguin Random House | https://archive.org/details/labgirl0000jahr | https://openlibrary.org/books/OL26235650M/Lab_Girl |
| A Brief History of Seven Killings | Marlon James | Penguin Random House | https://archive.org/details/briefhistoryofse0000jame | https://openlibrary.org/books/OL25759419M/A_Brief_History_of_Seven_Killings |
| Judgment call | J. A. Jance | HarperCollins | https://archive.org/details/judgmentcall00janc | https://openlibrary.org/books/OL25132044M/Judgment_call |
| Dance of the Bones | J. A. Jance | HarperCollins | https://archive.org/details/danceofbones0phtf0000janc | https://openlibrary.org/books/OL26444875M/Dance_of_the_bones |
| Fallen | Lauren Kate | Penguin Random House | https://archive.org/details/isbn_9780385738934 | https://openlibrary.org/books/OL23712410M/Fallen |
| Lilac Girls | Martha Hall Kelly | Penguin Random House | https://archive.org/details/lilacgirlsnovel0000kell | https://openlibrary.org/books/OL25934429M/Lilac_Girls |
| Redeployment | Phil Klay | Penguin Random House | https://archive.org/details/redeployment0000klay | https://openlibrary.org/books/OL25664533M/Redeployment |
| Into the Wild | Jon Krakauer | Penguin Random House | https://archive.org/details/intowild00krak_1 | https://openlibrary.org/books/OL7876991M/Into_the_wild |
| Spanish all-in-one for dummies | Cecie Kraynak, Gail Stein, Susana Wald, Jessica M. Langemeier, and Berlitz | Wiley | https://archive.org/details/spanishallinone00000kray | https://openlibrary.org/books/OL24421934M/Spanish_all-in-one_for_dummies |

Page 1 of 3

A-449

| Title | Author | Publishing House | IA Link | OL Link |
|---|---|---|---|---|
| Basic Physics | Karl F. Kuhn | Wiley | https://archive.org/details/basicphysics00kuhn | https://openlibrary.org/books/OL802173M/Basic_physics |
| Hondo | Louis L'Amour | Penguin Random House | https://archive.org/details/hondo00lamo_2 | https://openlibrary.org/books/OL3303606M/Hondo |
| The Return of George Washington | Edward J. Larson | HarperCollins | https://archive.org/details/returnofgeorgewa0000lars | https://openlibrary.org/books/OL25899404M/Return_of_George_Washington_1783-1789_The |
| Dead Wake: the Last Crossing of the Lusitania | Erik Larson | Penguin Random House | https://archive.org/details/deadwakelastcros0000lars | https://openlibrary.org/books/OL25647065M/Dead_Wake |
| Comparative Religion for Dummies | William P. Lazarus and Mark Sullivan | Wiley | https://archive.org/details/obn_9780470230657 | https://openlibrary.org/books/OL10295212M/Origins_of_Modern_Religion_For_Dummies_(For_Dummies_(Religion_Spirituality)) |
| World Gone By | Dennis Lehane | HarperCollins | https://archive.org/details/worldgoneby0000leha | https://openlibrary.org/books/OL26884579M/World_gone_by |
| The Five Dysfunctions of a Team: a Leadership Fable | Patrick Lencioni | Wiley | https://archive.org/details/fivedysfunctions00lenc | https://openlibrary.org/books/OL24929167M/The_five_dysfunctions_of_a_team |
| The Advantage: Why Organizational Health Trumps Everything Else in Business | Patrick Lencioni | Wiley | https://archive.org/details/advantagewhyorga0000lenc | https://openlibrary.org/books/OL25140359M/The_advantage |
| Overcoming the Five Dysfunctions of a Team | Patrick Lencioni | Wiley | https://archive.org/details/overcomingfivedy00lenc_0 | https://openlibrary.org/books/OL23275589M/Overcoming_the_five_dysfunctions_of_a_team |
| The Three Signs of a Miserable Job: a Fable for Managers (and Their Employees) | Patrick Lencioni | Wiley | https://archive.org/details/threesignsofmise00lenc | https://openlibrary.org/books/OL17944867M/The_three_signs_of_a_miserable_job |
| Getting Naked: a Business Fable About Shedding the Three Fears that Sabotage Client Loyalty | Patrick Lencioni | Wiley | https://archive.org/details/gettingnakedbusi00patr | https://openlibrary.org/books/OL23954042M/Getting_naked |
| All the President's Women | Barry Levine and Monique El-Faizy | Hachette | https://archive.org/details/allpresidentswom0000levi | https://openlibrary.org/books/OL27587427M/All_the_president's_women |
| The Lion, The Witch and The Wardrobe | C. S. Lewis | HarperCollins | https://archive.org/details/lionwitchwardrob00lewi_2 | https://openlibrary.org/books/OL27900766M/The_Lion_the_Witch_and_the_Wardrobe |
| The Lion, The Witch and The Wardrobe | C. S. Lewis | HarperCollins | https://archive.org/details/lionwitchwardrob00000lewi | https://openlibrary.org/books/OL22597220M/The_Lion_the_Witch_and_the_Wardrobe |
| The Magician's Nephew | C. S. Lewis | HarperCollins | https://archive.org/details/magiciansnephew011ewi | https://openlibrary.org/books/OL14060313M/The_magician's_nephew |
| A Dance with Dragons | George R. R. Martin | Penguin Random House | https://archive.org/details/dancewithdragons00mart | https://openlibrary.org/books/OL24727852M/A_Dance_with_Dragons |
| The Road | Cormac McCarthy | Penguin Random House | https://archive.org/details/unset0000unse_f0a5 | https://openlibrary.org/books/OL15610563M/The_Road |
| The Book Whisperer | Donalyn Miller | Wiley | https://archive.org/details/bookwhispererawa00mill | https://openlibrary.org/books/OL22974472M/The_book_whisperer |
| The Night Circus | Erin Morgenstern | Penguin Random House | https://archive.org/details/nightcircusnovel00morg | https://openlibrary.org/books/OL24983156M/The_Night_Circus |
| Song of Solomon | Toni Morrison | Penguin Random House | https://archive.org/details/songofsolomon0000morr_har5 | https://openlibrary.org/books/OL1026408M/Song_of_Solomon |
| Song of Solomon | Toni Morrison | Penguin Random House | https://archive.org/details/songofsolomon00morr_0 | https://openlibrary.org/books/OL3382091M/Song_of_Solomon |
| The Bluest Eye | Toni Morrison | Penguin Random House | https://archive.org/details/bluesteyenovel0000morr | https://openlibrary.org/books/OL27931964M/The_Bluest_Eye |
| The Bluest Eye | Toni Morrison | Penguin Random House | https://archive.org/details/bluesteye00morr_1 | https://openlibrary.org/books/OL13629280M/The_Bluest_Eye |
| How I Discovered Poetry | Marilyn Nelson | Penguin Random House | https://archive.org/details/howidiscoveredpo0000nels | https://openlibrary.org/books/OL26919121M/How_I_discovered_poetry |
| Fancy Nancy: Too Many Tutus | O'Connor, Jane; Glasser, Robin | HarperCollins | https://archive.org/details/fancynancytoomany00ocon | https://openlibrary.org/books/OL25423356M/Fancy_Nancy_Too_Many_Tutus |
| Fancy Nancy: Super Secret Surprise Party | O'Connor, Jane; Glasser, Robin | HarperCollins | https://archive.org/details/fancynancysupers0000ocon/mode/2up | https://openlibrary.org/books/OL27184857M/Fancy_Nancy_super_secret_surprise_party |
| Let Your Life Speak: Listening for the Voice of Vocation | Parker J. Palmer | Wiley | https://archive.org/details/letyourlifespeak2000palm | https://openlibrary.org/books/OL8148200M/Let_Your_Life_Speak |
| Junie B., First Grader: Boss of Lunch | Barbara Park | Penguin Random House | https://archive.org/details/juniebfirstbosso00park | https://openlibrary.org/books/OL23292555M/Junie_B_first_grader |
| Commonwealth | Ann Patchett | HarperCollins | https://archive.org/details/commonwealthnove0000patc | https://openlibrary.org/books/OL26883142M/Commonwealth |
| Middle School, the Worst Years of My Life | James Patterson | Hachette | https://archive.org/details/isbn_9780316101691 | https://openlibrary.org/books/OL24726055M/Middle_School_the_Worst_Years_of_My_Life |
| Middle School, the Worst Years of My Life | James Patterson | Hachette | https://archive.org/details/middleschoolwors0000patt | https://openlibrary.org/books/OL26495068M/Middle_School_The_Worst_Years_of_My_Life |
| Invisible | James Patterson | Hachette | https://archive.org/details/isbn_9780316405348 | https://openlibrary.org/books/OL25886140M/Invisible |
| I Funny: A Middle School Story | Patterson, James; Grabenstein, Chris | Hachette | https://archive.org/details/ifunny0000patt | https://openlibrary.org/books/OL25632716M/I_Funny |
| I Funny: A Middle School Story | Patterson, James; Grabenstein, Chris | Hachette | https://archive.org/details/ifunny0000patt_w7e5 | https://openlibrary.org/books/OL26495079M/I_Funny_A_Middle_School_Story |
| Big Nate: Mr. Popularity | Lincoln Peirce | HarperCollins | https://archive.org/details/isbn_9780062087003 | https://openlibrary.org/books/OL26389210M/Big_Nate |
| Big Nate: Genius Mode | Lincoln Peirce | HarperCollins | https://archive.org/details/isbn_9780062086983/mode/2up | https://openlibrary.org/books/OL26385352M/Big_Nate |
| Big Nate: Goes for Broke | Lincoln Peirce | HarperCollins | https://archive.org/details/bignategoesforbr00peir | https://openlibrary.org/books/OL25375245M/Big_Nate_goes_for_broke |
| The Better Angels of Our Nature: Why Violence has Declined | Steven Pinker | Penguin Random House | https://archive.org/details/betterangelsofou0000pink | https://openlibrary.org/books/OL25690739M/The_better_angels_of_our_nature |
| The Bell Jar | Sylvia Plath | HarperCollins | https://archive.org/details/belljarp00sylv/page/n9/mode/2up | https://openlibrary.org/books/OL7282744M/The_Bell_Jar |
| Night Watch | Terry Pratchett | HarperCollins | https://archive.org/details/nightwatch00prat_0 | https://openlibrary.org/books/OL3568421M/Night_watch |
| Defiance | C. J. Redwine | HarperCollins | https://archive.org/details/defiance00redw | https://openlibrary.org/books/OL25276047M/Defiance |
| Making Thinking Visible: How to Promote Engagement, Understanding, and Independence for All Learners | Ron Ritchhart, Mark Church, and Karin Morrison | Wiley | https://archive.org/details/makingthinkingvi0000unse | https://openlibrary.org/books/OL25008387M/Making_Thinking_Visible |
| Falling Upward: a Spirituality for the Two Halves of Life | Richard Rohr | Wiley | https://archive.org/details/fallingupwardspi00rohr | https://openlibrary.org/books/OL24881821M/Falling_upward |
| The Catcher in the Rye | J. D. Salinger | Hachette | https://archive.org/details/catcherinrye0000sali | https://openlibrary.org/books/OL6089177M/The_Catcher_in_the_Rye |
| Nine Stories | J. D. Salinger | Hachette | https://archive.org/details/ninestories0000sali | https://openlibrary.org/books/OL6273262M/Nine_stories |
| Franny and Zooey | J. D. Salinger | Hachette | https://archive.org/details/frannyzooey00salirich/mode/2up | https://openlibrary.org/books/OL24207660M/Franny_and_Zooey |
| Raise High the Roof Beam, Carpenters, and Seymour: An Introduction | J. D. Salinger | Hachette | https://archive.org/details/raisehighroofbea00sali/mode/2up | https://openlibrary.org/books/OL24217744M/Raise_high_the_roof_beam_carpenters_and_Seymour--_an_introduction |
| Raise High the Roof Beam, Carpenters, and Seymour: An Introduction | J. D. Salinger | Hachette | https://archive.org/details/raisehighroofbea0000sali_l9y4/mode/2up | https://openlibrary.org/books/OL26885686M/Raise_high_the_roof_beam_carpenters |
| Phantom Prey | John Sandford | Penguin Random House | https://archive.org/details/phantomprey00sand | https://openlibrary.org/books/OL24216585M/Phantom_prey |
| Ages and Stages: a Parent's Guide to Normal Childhood Development | Charles E. Schaefer and Teresa Foy DiGeronimo | Wiley | https://archive.org/details/agesstagesparent00char/mode/2up | https://openlibrary.org/books/OL7615913M/Ages_and_Stages |
| Extraordinary Means | Robyn Schneider | HarperCollins | https://archive.org/details/extraordinarymea0000schn | https://openlibrary.org/books/OL17860884W/Extraordinary_means |
| Today Will Be Different | Maria Semple | Hachette | https://archive.org/details/todaywillbediffe0000semp | https://openlibrary.org/books/OL26886138M/Today_will_be_different |
| Neurotribes: the Legacy of Autism and the Future of Neurodiversity | Steve Silberman | Penguin Random House | https://archive.org/details/neurotribeslegac0000silb | https://openlibrary.org/books/OL25774825M/Neurotribes |
| Who Could That Be at This Hour? | Lemony Snicket | Hachette | https://archive.org/details/whocouldthatbeat00snic | https://openlibrary.org/books/OL25299235M/Who_Could_That_Be_at_This_Hour_(All_the_Wrong_Questions_1) |
| When Did You See Her Last? | Lemony Snicket | Hachette | https://archive.org/details/isbn_9780316123051 | https://openlibrary.org/books/OL25941693M/When_Did_You_See_Her_Last_(All_the_Wrong_Questions_2) |

Page 2 of 3

A-450

| Title | Author | Publishing House | IA Link | OL Link |
|---|---|---|---|---|
| The Extraordinary Education of Nicholas Benedict | Trenton Lee Stewart | Hachette | https://archive.org/details/isbn_9780316176194 | https://openlibrary.org/books/OL25078009M/The_Extraordinary_Education_of_Nicholas_Benedict |
| The Mysterious Benedict Society | Trenton Lee Stewart | Hachette | https://archive.org/details/mysteriousbenedi00stew | https://openlibrary.org/books/OL9399506M/The_Mysterious_Benedict_Society |
| The Mysterious Benedict Society | Trenton Lee Stewart | Hachette | https://archive.org/details/mysteriousbenedi00tren | https://openlibrary.org/books/OL10426050M/The_Mysterious_Benedict_Society |
| The Mysterious Benedict Society and the Perilous Journey | Trenton Lee Stewart | Hachette | https://archive.org/details/mysteriousbenedi00stew_0 | https://openlibrary.org/books/OL10426303M/The_Mysterious_Benedict_Society_and_the_Perilous_Journey |
| The Mysterious Benedict Society and the Perilous Journey | Trenton Lee Stewart | Hachette | https://archive.org/details/isbn_9780316036733 | https://openlibrary.org/books/OL10426303M |
| Thanks for the Feedback: the Science and Art of Receiving Feedback (Even When it is Off-Base, Unfair, Poorly Delivered, and Frankly, You're Not in the Mood) | Douglas Stone and Sheila Heen | Penguin Random House | https://archive.org/details/thanksforfeedbac0000ston | https://openlibrary.org/books/OL26886475M/Thanks_for_the_feedback |
| The Burgess Boys | Elizabeth Strout | Penguin Random House | https://archive.org/details/burgessboysnovel00eliz | https://openlibrary.org/books/OL26145942M/The_Burgess_Boys |
| An Ember in the Ashes | Sabaa Tahir | Penguin Random House | https://archive.org/details/isbn_9781595148032 | https://openlibrary.org/books/OL26375433M/An_ember_in_the_ashes |
| Three Times Lucky | Sheila Turnage | Penguin Random House | https://archive.org/details/threetimeslucky0000turn_e7y3 | https://openlibrary.org/books/OL25086741M/Three_times_lucky |
| The Body Keeps the Score: Brain, Mind, and Body in the Healing of Trauma | Bessel van der Kolk | Penguin Random House | https://archive.org/details/isbn_9780143127741 | https://openlibrary.org/books/OL26631800M/The_Body_Keeps_the_Score |
| Open Heart | Elie Wiesel | Penguin Random House | https://archive.org/details/openheart0000wies | https://openlibrary.org/books/OL27138556M/Open_heart |
| Little House in the Big Woods | Laura Ingalls Wilder | HarperCollins | https://archive.org/details/littlehouseinbig00wild_6 | https://openlibrary.org/books/OL7283525M/Little_House_in_the_Big_Woods_(Little_House) |
| Little House on the Prairie | Laura Ingalls Wilder | HarperCollins | https://archive.org/details/littlehouseonpra0000unse/mode/2up | https://openlibrary.org/books/OL16512871M/Little_house_on_the_prairie |
| Little House on the Prairie | Laura Ingalls Wilder | HarperCollins | https://archive.org/details/littlehouseonpra00wild/mode/2up | https://openlibrary.org/books/OL7541887M/Little_House_on_the_Prairie |
| Little House on the Prairie | Laura Ingalls Wilder | HarperCollins | https://archive.org/details/littlehouseonpra00wild_0/mode/2up | https://openlibrary.org/books/OL6803271M/Little_House_on_the_Prairie |
| Little House on the Prairie | Laura Ingalls Wilder | HarperCollins | https://archive.org/details/littlehouseonpra00wild_1 | https://openlibrary.org/books/OL23389471M/Little_House_on_the_Prairie |
| Little House on the Prairie | Laura Ingalls Wilder | HarperCollins | https://archive.org/details/littlehouseonpra00wild_3/mode/2up | https://openlibrary.org/books/OL7283527M/Little_House_on_the_Prairie |
| Farmer Boy | Laura Ingalls Wilder | HarperCollins | https://archive.org/details/farmerboy00wild/mode/2up | https://openlibrary.org/books/OL23248469M/Farmer_boy |
| A Dangerous Place | Jacqueline Winspear | HarperCollins | https://archive.org/details/dangerousplaceno0000wins | https://openlibrary.org/books/OL26445774M/A_dangerous_place |
| Journey to Munich | Jacqueline Winspear | HarperCollins | https://archive.org/details/journeytomunichn0000wins | https://openlibrary.org/books/OL26446702M/Journey_to_Munich |
| Elegy for Eddie | Jacqueline Winspear | HarperCollins | https://archive.org/details/elegyforeddie00wins/page/20 | https://openlibrary.org/books/OL25329450M/Elegy_for_Eddie |
| Wind Power for Dummies | Ian Woofenden | Wiley | https://archive.org/details/isbn_9780470496374 | https://openlibrary.org/books/OL25016160M/Wind_power_for_dummies |
| The Winds of War | Herman Wouk | Hachette | https://archive.org/details/windsofwarnovel00wouk | https://openlibrary.org/books/OL5318155M |
| The Caine Mutiny: A Novel of World War II | Herman Wouk | Hachette | https://archive.org/details/cainemutiny00wouk | https://openlibrary.org/books/OL24952384M |
| The Man Who Solved the Market | Gregory Zuckerman | Penguin Random House | https://archive.org/details/manwhosolvedmark0000zuck | https://openlibrary.org/books/OL27784852M/The_man_who_solved_the_market |

# Attachment B

This book can be borrowed for 14 days.    Log In and Borrow    Purchase

Print disability? Get access now.

*Limited Book Preview*



## The innocent man : murder and injustice in a small town
by Grisham, John

☆    ↗    ⚑

| | |
|---|---|
| Publication date | 2007 |
| Topics | Williamson, Ronald Keith, 1953-2004, Trials (Murder), Judicial error, Capital punishment |
| Publisher | New York : Delta |
| Collection | inlibrary; printdisabled; internetarchivebooks; americana |
| Digitizing sponsor | Internet Archive |

377 Previews

2 Favorites

AG0002833

A-453

| | |
|---|---|
| Contributor | Internet Archive |
| Language | English |

"In the major-league draft of 1971, the first player chosen from the State of Oklahoma was Ron Williamson. When he signed with the Oakland A's, he said goodbye to his hometown of Ada and left to pursue his dreams of big league glory." "Six years later he was back, his dreams broken by a bad arm and bad habits - drinking, drugs, and women. He began to show signs of mental illness. Unable to keep a job, he moved in with his mother and slept twenty hours a day on her sofa." "In 1982, a twenty-one-year-old cocktail waitress in Ada named Debra Sue Carter was raped and murdered, and for five years the police could not solve the crime. For reasons that were never clear, they suspected Ron Williamson and his friend Dennis Fritz. The two were finally arrested in 1987 and charged with capital murder."

"With no physical evidence, the prosecution's case was built on junk science and the testimony of jailhouse snitches and convicts. Dennis Fritz was found guilty and given a life sentence. Ron Williamson was sent to death row" "If you believe that in America you are innocent until proven guilty, this book will shock you. If you believe in the death penalty, this book will disturb you. If you believe the criminal justice system is fair, this book will infuriate you."--BOOK JACKET

| | |
|---|---|
| Access-restricted-item | true |
| Addeddate | 2010-08-09 21 52 01 |
| Bookplateleaf | 0002 |
| Boxid | IA124910 |
| Boxid_2 | CH105401 |
| Camera | Canon EOS 5D Mark II |
| City | New York |
| Donor | alibris |
| Edition | Delta trade pbk. ed. |
| External-identifier | urn:oclc:record:1035707213 |
| Foldoutcount | 0 |
| Identifier | innocentmanmurdegri00gris |
| Identifier-ark | ark:/13960/t24b3tv28 |
| Isbn | 9780385340915 |
| | 0385340915 |
| Ocr | ABBYY FineReader 8.0 |
| Openlibrary_edition | OL24374096M |
| Openlibrary_work | OL77015W |
| Page-progression | lr |
| Pages | 416 |
| Ppi | 400 |
| Related-external-id | urn:isbn 0307576019 |
| | urn:oclc:647764748 |
| | urn:oclc:841330782 |
| | urn:oclc:851759612 |
| | urn:oclc:869472803 |
| | urn:isbn 0345532015 |
| | urn:oclc:781681299 |
| | urn:oclc:732763878 |
| | urn:isbn 0440243831 |
| | urn:oclc:181352093 |
| | urn:oclc:701233311 |
| | urn:oclc:717559800 |
| | urn:oclc:750747254 |
| | urn:oclc:797185763 |
| | urn:oclc:670448239 |
| | urn:isbn 0739326732 |
| | urn:lccn:2006027750 |
| | urn:lccn:2006048468 |
| | urn:oclc:607379528 |
| | urn:oclc:870129877 |
| | urn:oclc:879855103 |
| | urn:oclc:704017559 |
| | urn:oclc:70845497 |

**PURCHASE OPTIONS**

Better World Books

**DOWNLOAD OPTIONS**

ENCRYPTED DAISY 1 file
For print-disabled users

Borrow this book to access EPUB and PDF files.

**IN COLLECTIONS**

Books to Borrow

Books for People with Print Disabilities

Internet Archive Books

American Libraries

Uploaded by
AltheaB
on August 9, 2010

AG0002834

A-454

urn:oclc:71237303
urn:oclc:731329885
urn:oclc:859082397
urn:isbn:0440244684
urn:oclc:629762761
urn:oclc:679772643
urn:oclc:271683652
urn:isbn:0099493578
urn:oclc:165406332
urn:oclc:263658103
urn:oclc:271539935
urn:oclc:422103155
urn:oclc:440619351
urn:oclc:474640290
urn:oclc:799566310
urn:oclc:823718130
urn:oclc:837700822
urn:oclc:851783202
urn:isbn:1846051487
urn:oclc:488053121
urn:oclc:852007815
urn:oclc:493953460
urn:oclc:678661253
urn:oclc:254907576
urn:oclc:441081809
urn:oclc:74120651
urn:isbn:0739473999
urn:oclc:74734539
urn:oclc:779058669
urn:oclc:779628675
urn:oclc:871352304
urn:isbn:0385517238
urn:lccn:2008287575
urn:oclc:150417909
urn:oclc:243502099
urn:oclc:475866476
urn:oclc:658232339
urn:oclc:664398089
urn:oclc:670384957
urn:oclc:670442890
urn:oclc:679839469
urn:oclc:679848557
urn:oclc:70251230
urn:oclc:718493077
urn:oclc:74719192
urn:oclc:768196543
urn:oclc:769475037
urn:oclc:77117068
urn:oclc:781055233
urn:oclc:784065677
urn:oclc:794926403
urn:oclc:798627094
urn:oclc:825831680
urn:oclc:852006259
urn:oclc:868158787
urn:isbn:0440296641
urn:oclc:182880008
urn:oclc:438732189
urn:oclc:494787531
urn:oclc:635698726
urn:oclc:838307874

A-455

AG0002835

urn:oclc:843758177
urn:isbn:1407059092
urn:oclc:707402704
urn:isbn:1844137902
urn:oclc:438656803
urn:oclc:475438782
urn:oclc:615208169
urn:oclc:83401165
urn:oclc:799494275
urn:isbn:1846050383
urn:oclc:804256774

Scandate     20100826160419
Scanner     scribe17.sfdowntown.archive.org
Scanningcenter     sfdowntown
Worldcat (source edition)     166391244

SHOW LESS

Full catalog record     MARCXML

## Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

SIMILAR ITEMS (based on metadata) ▶ Play All


Borrow

The innocent man : murder and injustice in a
by grisham, john


Borrow

The innocent man : murder and injustice in a
by grisham, john


Borrow

The innocent man : murder and injustice in a
by grisham, john

The innocent man : [murder and injustice in a
by grisham, john




Borrow

The innocent man [text (large print)] : murder and
by grisham, john


Borrow

El proyecto Williamson
by grisham, john


Borrow

The Innocent Man: Murder and Injustice in a
by john grisham (author)


Borrow

Drawn to injustice : the wrongful conviction of
by masters, timothy lee

Borrow

The last innocent man
by margolin, phillip

Terms of Service (last updated 12/31/2014)

AG0002836

A-456

# Attachment C



29 editions of **The Innocent Man** found in the catalog. Add another edition?

### The innocent man

*murder and injustice in a small town*

by John Grisham

★★★★★ 5.0 · 2 Ratings · 38 Want to read · 2 Currently reading · 3 Have read

Published **2007** by Delta in New York .
Written in English

**SUBJECTS**
Judicial error, Trials, litigation, Trials (Murder), True Crime, Capital punishment, Biography & Autobiography, Sociology, Nonfiction, Legal System, Murder - General, Penology, Social Science / Penology, True Crime / Espionage, Williamson ;Ronald Keith ;1953-2004

**PEOPLE**
Ronald Keith Williamson (1953-2004)

**PLACES**
Oklahoma

#### About the Edition

"In the major-league draft of 1971, the first player chosen from the State of Oklahoma was Ron Williamson. When he signed with the Oakland A's, he said goodbye to his hometown of Ada and left to pursue his dreams of big league glory." "Six years later he was back, his dreams broken by a bad arm and bad habits - drinking, drugs, and women. He began to show signs of mental illness. Unable to keep a job, he moved in with his mother and slept twenty hours a day on her sofa." "In 1982, a twenty-one-year-old cocktail waitress in Ada named Debra Sue Carter was raped and murdered, and for five years the police could not solve the crime. For reasons that were never clear, they suspected Ron Williamson and his friend Dennis Fritz. The two were finally arrested in 1987 and charged with capital murder."

"With no physical evidence, the prosecution's case was built on junk science and the testimony of jailhouse snitches and convicts. Dennis Fritz was found guilty and given a life sentence. Ron Williamson was sent to death row." "If you believe that in America you are innocent until proven guilty, this book will shock you. If you believe in the death penalty, this book will disturb you. If you believe the criminal justice system is fair, this book will infuriate you."--BOOK JACKET.

#### Classifications

| | |
|---|---|
| Dewey Decimal Class | 345.766/02523 |
| Library of Congress | KF224.W5535 G75 2007b |

#### The Physical Object

| | |
|---|---|
| Pagination | 385 p. ; |
| Number of pages | 385 |

AG0002837



AG0002838

A-459

## History Created October 6, 2010 · 4 revisions

Download catalog record: RDF / JSON / OPDS | Wikipedia citation

| | | |
|---|---|---|
| April 6, 2020 | Edited by lisaBot | moving edition(s) to primary work |
| August 12, 2011 | Edited by ImportBot | add ia_box_id to scanned books |
| October 6, 2010 | Edited by ImportBot | Added new cover |
| October 6, 2010 | Created by ImportBot | Imported from Internet Archive item record. |

**Open Library**
Vision
Volunteer
Careers
Blog
Terms of Service
Donate

**Discover**
Home
Books
Authors
Subjects
Advanced Search
Return to Top

**Develop**
Development Center
API Documentation
Bulk Data Dumps
Writing Bots
Add a Book

**Help**
Help Center
Report A Problem
Suggesting Edits

Open Library is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include the Wayback Machine, archive.org and archive-it.org

version c925341

# Attachment D



**About this book**

Title
The innocent man : murder and injustice in a small town

Author
Grisham, John

Collections
inlibrary, printdisabled, internetarchivebooks, americana

Sponsor & Contributor
Internet Archive

**More information on Archive.org**

About the BookReader | ⚑ Report a problem

AG0002840

# Attachment E

Your loan of this book has 13 days left. Return it · Purchase

The innocent man : murder and injustice in a small town

Return Book   PDF/ePub   Search inside



The innocent man : murder and injustice in a small
town
by Grisham, John

AG0002842

| | |
|---|---|
| Publication date | 2007 |
| Topics | Williamson, Ronald Keith, 1953-2004, Trials (Murder), Judicial error, Capital punishment |
| Publisher | New York : Delta |
| Collection | inlibrary; printdisabled; internetarchivebooks; americana |
| Digitizing sponsor | Internet Archive |
| Contributor | Internet Archive |
| Language | English |

"In the major-league draft of 1971, the first player chosen from the State of Oklahoma was Ron Williamson. When he signed with the Oakland A's, he said goodbye to his hometown of Ada and left to pursue his dreams of big league glory." "Six years later he was back, his dreams broken by a bad arm and bad habits - drinking, drugs, and women. He began to show signs of mental illness. Unable to keep a job, he moved in with his mother and slept twenty hours a day on her sofa." "In 1982, a twenty-one-year-old cocktail waitress in Ada named Debra Sue Carter was raped and murdered, and for five years the police could not solve the crime. For reasons that were never clear, they suspected Ron Williamson and his friend Dennis Fritz. The two were finally arrested in 1987 and charged with capital murder."

"With no physical evidence, the prosecution's case was built on junk science and the testimony of jailhouse snitches and convicts. Dennis Fritz was found guilty and given a life sentence. Ron Williamson was sent to death row." "If you believe that in America you are innocent until proven guilty, this book will shock you. If you believe in the death penalty, this book will disturb you. If you believe the criminal justice system is fair, this book will infuriate you."--BOOK JACKET

| | |
|---|---|
| Access-restricted-item | true |
| Addeddate | 2010-08-09 21 52 01 |
| Bookplateleaf | 0002 |
| Boxid | IA124910 |
| Boxid_2 | CH105401 |
| Camera | Canon EOS 5D Mark II |
| City | New York |
| Donor | alibris |
| Edition | Delta trade pbk. ed. |
| External-identifier | urn:oclc:record:1035707213 |
| Foldoutcount | 0 |
| Identifier | innocentmanmurdegri00gris |
| Identifier-ark | ark /13960/t24b3tv28 |
| Isbn | 9780385340915 |
| | 0385340915 |
| Ocr | ABBYY FineReader 8.0 |
| Openlibrary_edition | OL24374096M |
| Openlibrary_work | OL77015W |
| Page-progression | lr |
| Pages | 416 |
| Ppi | 400 |
| Related-external-id | urn:isbn 0307576019 |
| | urn:oclc:647764748 |
| | urn:oclc:841330782 |
| | urn:oclc:851759612 |
| | urn:oclc:869472803 |
| | urn:isbn 0345532015 |
| | urn:oclc:781681299 |
| | urn:oclc:732763878 |
| | urn:isbn 0440243831 |
| | urn:oclc:181352093 |
| | urn:oclc:701233311 |
| | urn:oclc:717559800 |
| | urn:oclc:750747254 |
| | urn:oclc:797185763 |
| | urn:oclc:670448239 |
| | urn:isbn 0739326732 |
| | urn:lccn 2006027750 |

377 Previews

2 Favorites

**PURCHASE OPTIONS**

Better World Books

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ENCRYPTED ADOBE EPUB<br>Smaller File, May Contain Errors | 1 file |
| ENCRYPTED ADOBE PDF<br>High Quality Page Images | 1 file |
| ENCRYPTED DAISY<br>For print-disabled users | 1 file |

In order to access your downloaded book you will need Adobe-compliant software on your device. The Internet Archive will administer this loan, but Adobe may also collect some information.

**IN COLLECTIONS**

Books to Borrow

Books for People with Print Disabilities

Internet Archive Books

American Libraries

Uploaded by
AltheaB
on August 9, 2010

A-465

AG0002843

urn:lccn:2006048468
urn:lccn:2006048468
urn:oclc:807379528
urn:oclc:670129877
urn:oclc:679855103
urn:oclc:704017559
urn:oclc:70845497
urn:oclc:71237303
urn:oclc:731329885
urn:oclc:859082397
urn:isbn:0440244684
urn:oclc:629762761
urn:oclc:679772643
urn:oclc:271683652
urn:isbn:0099493578
urn:oclc:165406332
urn:oclc:263658103
urn:oclc:271539935
urn:oclc:422103155
urn:oclc:440619351
urn:oclc:474640290
urn:oclc:799566310
urn:oclc:823718130
urn:oclc:837700822
urn:oclc:851783202
urn:isbn:1846051487
urn:oclc:488053121
urn:oclc:852007815
urn:oclc:493953460
urn:oclc:678661253
urn:oclc:254907576
urn:oclc:441081809
urn:oclc:74120651
urn:isbn:0739473999
urn:oclc:74734539
urn:oclc:779058669
urn:oclc:779628675
urn:oclc:871352304
urn:isbn:0385517238
urn:lccn:2006287575
urn:oclc:150417909
urn:oclc:243502099
urn:oclc:475866476
urn:oclc:658232339
urn:oclc:664398089
urn:oclc:670384957
urn:oclc:670442890
urn:oclc:679839469
urn:oclc:679848557
urn:oclc:70251230
urn:oclc:718493077
urn:oclc:74719192
urn:oclc:768196543
urn:oclc:769475037
urn:oclc:77117068
urn:oclc:781055233
urn:oclc:784065677
urn:oclc:794928403
urn:oclc:798827094
urn:oclc:825831680
urn:oclc:852006259

A-466

AG0002844

urn:oclc:868158787
urn:isbn:0440296641
urn:oclc:182880008
urn:oclc:438732189
urn:oclc:494787531
urn:oclc:635698726
urn:oclc:838307674
urn:oclc:843758177
urn:isbn:1407059092
urn:oclc:707402704
urn:isbn:1844137902
urn:oclc:438656803
urn:oclc:475438782
urn:oclc:615208169
urn:oclc:63401165
urn:oclc:799494275
urn:isbn:1846050383
urn:oclc:804256774

| | |
|---|---|
| Scandate | 20100826160419 |
| Scanner | scribe17.sfdowntown.archive.org |
| Scanningcenter | sfdowntown |
| Worldcat (source edition) | 166391244 |

SHOW LESS

| | |
|---|---|
| Full catalog record | MARCXML |

## 💬 Reviews
● Add Review

There are no reviews yet. Be the first one to write a review.

SIMILAR ITEMS (based on metadata) ▶ Play All



Borrow

The innocent man : murder and injustice in a
by grisham, john
188    1    0



Borrow

The innocent man : murder and injustice in a
by grisham, john
198    0    0



Borrow

The innocent man : murder and injustice in a
by grisham, john
172    0    0



The innocent man : [murder and injustice in a
by grisham, john



Borrow

The innocent man [text (large print)] : murder
by grisham, john
65    0    0



Borrow

El proyecto Williamson
by grisham, john
2    1    1



Borrow

The Innocent Man: Murder and injustice in a
by John Grisham (author)
36    3    0



Borrow

Small town justice
by hansen, vallene, author
0    1    0



Borrow

Drawn to injustice : the wrongful conviction of
by masters, timothy lee
11    0    0

AG0002845

A-467

Terms of Service (last updated 12/31/2014)

AG0002846

A-468

# Attachment F



AG0002851

# Attachment G



Digitized by the Internet Archive
in 2010

http://www.archive.org/details/innocentmanmurdegri00gris

AG0002849

# Attachment H

Adobe Digital Editions - The innocent man : murder and injustice in a small town — □ ×

File Edit Reading Help

◄ Library | ▮ ≔

THE INNOCENT MAN
A Delta Book

PUBLISHING HISTORY
Doubleday hardcover edition published October 2006
Dell mass market edition published December 2005
Delta trade paperback edition / December 2007

Published by
Bantam Dell
A Division of Random House, Inc.
New York, New York

All rights reserved
Copyright © 2006 by Bennington Press, LLC
Cover design by John Fontana
Cover photograph © 2007 by Royalty-Free/Corbis

Grateful acknowledgment is given to the following for permission to reprint
the photos in the insert:
Courtesy of the Williamson family: page 1, all photos; page 2, bottom right;
page 4, bottom left; page 8, all photos.
Courtesy of the *Ada Evening News*: page 3, middle; page 4, top and bottom
right; page 5, top and middle; page 6, middle; page 7, all photos.
Courtesy of Murl Bowen: page 2, middle.
© John Donovan: page 2, bottom.
Courtesy of the Carter family: page 3, top.
Courtesy of the Wilhoit family: page 5, bottom.
Courtesy of Frank Seay: page 6, top.

Library of Congress Catalog Card Number: 2006048468

Delta is a registered trademark of Random House, Inc., and the colophon
is a trademark of Random House, Inc.

ISBN 978-0-385-34091-5

Printed in the United States of America
Published simultaneously in Canada

www.bantamdell.com

BVG 10 9 8 7 6 5 4 3 2 1

(8/412)

# Attachment I



AG0002859

# **Attachment J**



32 · John Grisham

leagues, he met and became close to Bruce Leba, an Asher boy and probably the second-best player in the area, a step or two behind Ronnie. They became inseparable and soon were talking of playing their senior year together at Asher. There were more scouts, both college and professional, hanging around Bowen Field. And there was an excellent chance of winning the state titles in the fall of 1970 and the spring of 1971, Ron's visibility would be much higher just up the road.

Changing schools meant renting a place in Asher, a huge sacrifice for his parents. Money was always tight, and Roy and Juanita would have to commute back and forth to Ada. But Ronnie was determined. He was convinced, as were most baseball coaches and scouts in the area, that he could be a high draft pick the summer after his senior year. His dream of playing professionally was within reach; he just needed an extra push.

There were whispers that he just might be the next Mickey Mantle, and Ronnie heard them.

With covert help from some baseball boosters, the Williamsons rented a small house two blocks from Asher High School, and Ronnie reported in August to Coach Bowen's boot camp. At first, he was overwhelmed by the level of conditioning, the sheer time spent running and running and running. The coach had to explain several times to his new star that iron legs are crucial to hitting, pitching, baserunning, making long throws from the outfield, and surviving the late innings of the second game of a doubleheader with a thin roster. Ronnie was slow to see things this way, but he was soon influenced by the fierce work ethic of his pal Bruce Leba and the other Asher players. He fell in line and was soon in great shape. One of only four seniors on the team, he was soon an unofficial captain and, with Leba, a leader.

Murl Bowen loved his size, speed, and rocket throws from center field. He had a cannon for an arm and a big power swing from the left side. Some of his batting-practice shots over the right-

AG0002855

# Attachment K



377    The Innocent Man

RONALD KEITH WILLIAMSON
Born February 3, 1953    Died December 4, 2004
Strong Survivor
Wrongly Convicted in 1988
Exonerated April 15, 1999

377 (397/412)

AG0002853

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC <br><br>             Plaintiffs, <br><br>       v. <br><br> INTERNET ARCHIVE and DOES 1 through 5, inclusive <br><br>             Defendants. | Case No. 1:20-CV-04160-JGK <br><br> **<u>DECLARATION OF</u>** <br> **<u>BEN SEVIER</u>** |

Pursuant to 28 U.S.C. § 1746, I, **BEN SEVIER**, declare as follows:

1.    I am Senior Vice President and Publisher of Grand Central Publishing, a publishing division of plaintiff Hachette Book Group, Inc. ("Hachette"). I submit this declaration in support of the motion for summary judgment filed in this action by Hachette and plaintiffs HarperCollins Publishers LLC, John Wiley & Sons, Inc., and Penguin Random House LLC (collectively, "Plaintiffs"). This declaration is based on my personal knowledge except as otherwise stated. This action concerns the Internet Archive's free ebook website ("Website), which can be accessed either through the Internet Archive's "Open Library" website, http://openlibrary.org, or the Internet Archive's general website at http://archive.org, which actually hosts the ebook files, and specifically, the "Books to Borrow" collection of books uploaded by the Internet Archive rather than third parties.

### BACKGROUND

1.    I have worked in book publishing for my entire professional career and, over the course of two decades, I have worked at many of the most prominent book publishers. I also have had the pleasure of working closely with a wide spectrum of authors. Internet Archive's massive

appropriation of literary works – by scanning, posting on the internet, and making more than 3 million free ebooks available to the world without compensation to publishers or authors – conflicts with the fundamental principles that inform my entire career. I believe passionately in the value of books and know first-hand the hard work and vast resources that go into the creation, development and publication of books. By providing the public with unauthorized ebooks that can substitute for the authorized versions – unlike public and academic libraries that properly license ebooks to make them available to their patrons – Internet Archive denies publishers and authors the basic fees they are entitled to. Ultimately, Internet Archive devalues the literary works and undermines the public interest served by authorized publication and distribution of books, including ebooks sold commercially and licensed to libraries.

2.      The first job I took after I left college in 1999 was as an editorial assistant at HarperCollins Children's Books. I subsequently became an editor at St. Martin's Press where I specialized in mystery novels. After spending roughly six years at St. Martin's, I briefly worked as a senior editor at Simon & Schuster, before being hired as an executive editor at Penguin Publishing (now a part of Penguin Random House) ("Penguin") in 2007.

3.      Approximately four years after I joined Penguin, I was promoted to Editor-in-Chief of Penguin's Dutton imprint. An imprint is the trade name or brand under which books are published, and Dutton is a boutique imprint that publishes a wide range of general interest books. In 2014, I became the Publisher at Dutton. Publisher is the most senior role within the imprint and I was responsible for all aspects of Dutton's publishing business.

4.      In 2017, I started my current position of Senior Vice President, Publisher of Grand Central Publishing. Grand Central includes five imprints that collectively publish about 250 original books per year. In my current role, I am in charge of a team of about 75 people and

oversee all aspects of publication – from the acquisition of titles, to publicity and marketing, to sales. Together, we serve a list of thousands of authors ranging from David Baldacci to Min Jin Lee to Lin Manuel Miranda.

5. The history of Hachette in the United States stretches back nearly two centuries, to the 1837 founding of Little, Brown and Company ("Little Brown"). Today, Hachette is comprised of multiple publishing divisions – each responsible for several imprints – which include Grand Central Publishing, Little, Brown and Company, Little, Brown Books for Young Readers, Orbit, Hachette Nashville, Workman, Hachette Audio and Perseus Books. Last year, Hachette published more than 1,400 adult titles, 300 books for young readers and 450 audio book titles, running the gamut from literary classics to bestselling blockbuster titles, thrillers, romance novels, fantasy, science fiction, political nonfiction, and works for children of all ages. The roster of Hachette authors includes well-known figures like J.D. Salinger, Malcolm Gladwell, James Patterson, Lemony Snicket, Joel Osteen, Sandra Brown, Stephanie Meyer, Malala Yousafzai and James S.A. Corey. Hachette books and authors have won Pulitzer Prizes, National Book Awards, Newbery Medals, Caldecott Medals and Nobel Prizes.

6. Given the breadth of my experience with multiple book publishers, many of the standard publishing practices I discuss in this declaration are generally applicable to all publishers, not just Hachette. As a general rule, publishers and authors share the common goal of publishing the most successful books possible. "Success" is defined in countless ways, including literary quality, contributing new voices and expanding the breadth of knowledge, providing a means to serve the sheer pleasure of reading and, of course, commercial sales.

7. Hachette supports thousands of authors – including by paying advances upon acquisition, providing editorial support to improve the manuscript, providing marketing,

3

production, distribution services, managing royalties and many other publishing services.  While Hachette publishes many successful authors, it also invests heavily in unknown first time authors and less celebrated career writers who make up the bulk of its list.  In addition to the core publishing services central to the publishing relationship, Hachette provides many of its authors with the income needed to earn a living from writing books.

8.      A basic principle of book publishing is that the publisher is the guardian of the authors' rights and assumes an obligation to exploit and protect those exclusive rights.  To that end, Hachette may work with authors for years (often decades) in order to find the widest audience possible for their books.  And it targets every viable sales channel by publishing the works in different formats to meet receptive audiences wherever they happen to be – ranging from hardcover editions sitting on local bookstore shelves, to mass market paperbacks in big-box stores, to audio books, in digital or analog form, to retail and library ebooks.  Every sale in every format matters a lot.

### INTERNET ARCHIVE THREATENS BOOK PUBLISHERS' ABILITY TO SECURE A RETURN ON INVESTMENT FOR THEIR AUTHORS

9.      I understand that Internet Archive has posted verbatim, whole-book ebooks of more than *fifty percent* of the books in print and digital form in Hachette's catalog that were published through 2015.  (*See* July 7, 2022 Declaration of Ian Foster ("Fosster Decl.") ¶ 116(j).)  And it currently offers about 4,000 Hachette titles overall – which equates to more than one third of such books that Hachette currently has in print.  *Id.*  Virtually all of the books in which we control the ebook rights – and every work identified as a Hachette Work in Suit – are readily available as ebooks to be acquired and distributed by our retail partners and libraries.  Internet Archive is acting as a direct competitor in one of our most significant (and growing) markets and it does so without paying the authors or publishers *any* compensation.  In other words, it offers a free substitute for

authorized library ebooks and necessarily also draws readers and purchasers away from buying commercial ebooks.

10.     I understand that Internet Archive tries to justify its free ebook website under a theory it calls "controlled digital lending," which purports to cap the number of users that can simultaneously read its ebooks according to the number of physical copies owned by Internet Archive or its partner libraries.  Internet Archive claims that the interests of rightsholders are protected because the unlicensed free ebooks it offers are scans of print books that libraries or other entities have already purchased (or otherwise legally acquired) – and that one-time purchase of the print book supposedly provides authors and publishers with the fair market value for their work.

11.     This argument makes no sense to anyone who has even a passing familiarity with the book publishing business.  The most basic error that Internet Archive makes is to assume that physical books are fungible with ebooks and that anyone can toggle between those two formats as if they were the same.  In reality, ebooks and print books are two entirely separate products that have very different characteristics and often serve different markets.  And it should be underscored that long before ebooks even entered the market, books were independently marketed in different formats, from hardcover, to trade paperback, to mass market paperback, to audio, and more.  It is critical to our business to receive revenue for all formats of a title.  And separate formats/separate markets is not a concept unique to book publishers.  All creative works are available in different formats that are separately marketed and monetized, including music and movies.  Finally, it appears that Internet Archive does not appreciate – or chooses to ignore – the many elementary reasons why flooding the ebook marketplace with large quantities of free ebooks is harmful to the publishing business.

5

12.     This declaration provides the factual background based on my own personal experience that demonstrates why Internet Archive's practice of controlled digital lending is incompatible with sustainable publishing economics and why its Website hurts Hachette and its authors.  Specifically, I address (i) the significant upfront investments publishers like Hachette make in their authors, (ii) the ways in which Hachette secures a return on investment by maximizing revenue from books over the long term and via multiple formats (including ebooks), (iii) Hachette's successful adoption of library ebook models and (iv) the harms that Internet Archive has caused Hachette.

### HACHETTE INVESTS HEAVILY IN ITS AUTHORS AND THEIR BOOKS

13.     Books enrich our culture.  Successful book projects require large upfront investments of time, money and creative energy.  Every book originates with an author, who may spend years writing and rewriting a manuscript before it is ready to publish.  Fiction writers devote time to honing their craft and developing a distinctive voice.  And the authors of non-fiction books are required to synthesize extensive research, gain special expertise or undergo unique personal experiences in order to collect the material that will ultimately go into their work.  Authors and publishers invest in these works because they believe in the importance of the books.

14.      Authors cannot sell copies of their books until after they are finished and published, which means that many years may pass between the moment when an author decides to write a book and the day that project can generate even a penny of sales income.  It is imperative for authors, therefore, to secure a steady stream of royalty income in order to sustain themselves into retirement.

15.     Publishers like Hachette invest heavily in authors to incentivize them to undertake writing projects and ultimately produce the best books possible.  A crucial component of what

6

A-486

publishers do is to bear the onerous upfront costs – and virtually all of the financial risk – of getting a book published and sold through established book markets. To this end, in dollar terms, Hachette spends well over a hundred million dollars per year running its publishing business. (A true and correct copy of the spreadsheet reflecting this data is annexed hereto as Exhibit 1.) From the publisher's perspective, the lion's share of the costs incurred in publishing a book are sunk into the project long before the book hits the bookshelves or is even ready to go to press. Those expenses generally fall into two broad categories: (a) support for authors and (b) finding receptive audiences for their books.

### Advances, Editorial Services and Managing Royalties

16.     Getting a book to publication involves dozens of people employed or otherwise engaged by Hachette. For instance, Hachette employs roughly 165 people in editorial roles. It is the editor's job to seek out promising new authors and original book projects for the publisher to publish, which editors typically do by reviewing submissions. If the publisher and author agree to work together to publish the book, they will sign a publishing agreement that sets forth the terms of their working relationship.

17.     The publishing agreement sets forth the amount of the advance that the author will receive – which is an advance payment (or series of payments) against anticipated future royalties. Advances are recoupable but not refundable. This means that authors are not required to repay the advance if the book makes less money than was anticipated, but are equally not eligible to receive royalties until the publisher "earns out" (*i.e.*, recoups) its advance. Advance payments provide authors with reliable financial support during the long months or years in which they are writing their books.

7

18.     Publishing agreements also delineate the rights granted and royalties earned on the various formats each work may be published in.  These agreements reinforce the basic principle that royalty rates and earnings are different for the various formats we publish works in. This is because each format is distinct in terms of the associated costs and the revenues earned.  Thus, for example, Hachette's form agreements explicitly break out and assigns specific royalty rates for electronic works and audio, which is typical for the major trade publishers.  In addition to different royalties paid to authors for different formats, royalty rates can vary further by channels of distribution. Hardcover, trade paperback, and mass market books each have their own royalties rate based on the retail cover price of a book; ebooks royalties, in contrast, are based on a percentage of net revenue.  Moreover, there are further breakdowns for high discount sales or in special markets outside ordinary bookstore trade.

19.     In addition to providing authors with financial support, editors also work closely with the authors to enhance the quality of their manuscripts and provide critical feedback.  In many cases, an author will work with a trusted editor on many books over the course of decades.  To pick one example from many, I have personally worked with the novelist Harlan Coben for approximately fifteen years.

20.     Hachette also pays copy editors to prepare the manuscript for publication by correcting grammar, fixing spelling mistakes and proofreading to ensure consistency.  There is also an art department that engages freelance illustrators to design book covers and, in some cases, interior designers who lay out the pages of the book.  And Hachette spends yet more money on producing various editions of the text in different formats.  There are compositors who set the type for the various print editions of the book.  An entirely separate team is responsible for creating ebook editions, which are specially formatted to be read on various devices and platforms.

8

Audiobooks versions are created by yet another division that engages voice actors and produces the recording. Each of these formats – print, ebook and audiobook – is a separate product that has special requirements and incurs its own of costs.

21.     Legal counsel is yet another cost incurred by Hachette (and most publishers). Lawyers might be called upon to conduct a pre-publication review to mitigate the risk of various potential legal problems. And lawyers are employed to protect the author and publisher interests against copyright infringement. Thus, for example, Hachette devotes resources to combatting piracy, which it does in part by engaging the services of a specialist piracy vendor. This is all on top of the inherent costs of running a large business, including accountants, rent, broadband bills and other goods and services too numerous to list here.

22.     The administration of royalties is another vital service that Hachette provides authors. The reliable handling of royalty payments is incredibly important for working authors who rely on this steady stream of income (hopefully) for the remainder of their lives and beyond – which is a powerful economic incentive to become a book author in the first place.

**Creating Audiences – Marketing, Publicity and Sales**

23.     In addition to providing editorial and financial support, Hachette invests heavily in making the world aware of its books and encouraging people to buy and read them. Each division and imprint of Hachette has sizeable marketing and sales departments that work to accomplish this goal. Hachette spends tens of millions of dollars per year for this purpose. Optimum marketing varies by title, but money is often spent on trade and consumer advertising targeted to a variety of channels (including print, digital and broadcast), and social media campaigns, author tours, and retailer placement programs.

24.     Hachette and other publishers also employ large sales departments that focus on getting books into the hands of readers via different formats and channels.  In broad brush terms, there are multiple major channels through which trade books are sold.  There are large chain bookstores like Barnes & Noble.  There are also thousands of independent (or "indie") bookstores serving local communities all around the country.  Then there are big box retailers (like Walmart), online retailers like Amazon and the vast number of libraries across the country.  Each channel has different characteristics and is marketed to differently.

25.     The online marketplace is particularly complex and readily distinct from selling books into brick and mortar stores.  Thus, Hachette employs dedicated salespeople to manage the online marketplace.  These employees are responsible not only for ensuring that books and ebooks are being distributed via online retailers (like Amazon) or library aggregators (like OverDrive), but they must also help the publisher to merchandise their titles properly.  Unlike brick and mortar bookstores, who are responsible for how to display books in a store, our sales reps work with online accounts and with our publisher information teams to provide high quality information ("metadata") for each title that will help drive discovery by readers and get our books featured for consumers.  Jacket images, book descriptions, author biographies, reviews, quotes and excerpts are just some of what is provided.

26.     Pricing is also distinct by formats, driven by different market forces, the different channels that works are distributed in, and different characteristics of the formats and works.

27.     Publishers like Hachette also frequently engage in price promotions, where books will be discounted.  These kinds of promotions, often combined with other marketing, can be profitable if they ultimately cause a sufficient uptick in sales.  But, for obvious reasons, giving away or discounting books can drive revenue down which is why publishers are very deliberate

10

about controlling the flow of cheap editions of their books into the marketplace and generally only give away free books in highly limited circumstances as a charitable donation, usually to underprivileged communities.

28.    In short, just like the editorial services Hachette provides authors, these marketing, promotions and sales activities require huge upfront investments that must be sunk into every book before publication and before any income is generated.

### Printing and Distribution

29.    Publishers also assume the expenses related to printing and distributing hard copy books.  While these costs are a fraction of the costs of acquiring and developing a book, publishers nevertheless spend significant amounts of money on nuts-and-bolts book publishing logistics like acquiring paper, printing and binding books in various formats, warehousing large quantities of books while they await distribution and finally shipping the finished article out to customers via the various channels discussed above.

30.    In sum, Hachette spends millions of dollars per year on supporting authors and the substantial investments required to bring books into existence.  On the other side of the ledger, Hachette must make money from the books it publishes in order to recoup its costs, pay its authors and make profits that can be ploughed back into the business to pay for new books.

### HACHETTE RECOUPS ITS INVESTMENTS – AND ULTIMATELY PAYS ITS AUTHORS TO WRITE NEW BOOKS – BY FINDING NEW MARKETS AND AUDIENCES FOR ITS ENTIRE CATALOG OVER THE LONG TERM

31.    As noted above, when an author signs a publishing agreement with Hachette, they grant Hachette a substantial portion of their copyright interest in the book – typically the exclusive right to publish the work in print, audio and ebook formats within the United States (and sometimes other territories) for the duration of the copyright term.  In effect, the author grants the publisher the right and responsibility to hopefully secure a return on investment.  And publishers do this by

11

keeping the books available long after their initial publication and making as many connections as possible with different audiences who will pay for the book. This is ultimately how Hachette makes the money it needs to recoup the heavy upfront costs it bears to publish a book and generate steady profits – which Hachette redistributes to book authors through royalty payments and investments in new projects.

32.     I understand that Internet Archive suggests that the publisher's exclusive rights are "exhausted" once a physical copy of a book is purchased so that the rightsholder suffers no economic harm if the purchaser then distributes an equivalent number of unauthorized ebook copies of that book on the internet. I also understand that one of Internet Archive's expert witnesses in this action contends that, on average, sales in the first five years after a book is published account for between 45% to 86% of lifetime sales. Both of these assumptions misunderstand the economics of the publishing industry.

33.      Based on my extensive experience in book publishing, book publishers are not focused on short term profits and they most certainly do not extract the vast majority of value from their books within the first few years of publication before simply moving on to the next slate of new releases. Nor do publishers look to one format as the means to recoup their investment in the works. Rather, publishers (and authors) look to revenue streams from *all* formats.

### The Importance of Backlists

34.     Book publishers have strong incentives to maximize revenue from every book that they publish over many years because long-term revenue streams from successful books pay for the inherently risky upfront investments publishers make in new books and authors. The commercial success (or failure) of a book is driven by countless factors – many not within the publisher's control and many that may change over the life of the book. This is because every

12

book is unique.  While some books are instant smash hits, most are not and many never earn out their advances, or only find success years down the road.

35.     Publishers hedge against these risks – and keep themselves in business – by doing several basic things that contradict Internet Archive's false assumption that their economic interests in any given book almost invariably diminishes within a few years of publication. Publishers are heavily dependent on backlist sales, for instance, particularly the steady revenue that "breakout" books generate over the course of many years.  Hachette defines its "backlist" as in-print books that were published two years ago or more.[1]

36.     The backlist is comprised mostly of books that were published five or more years ago.  The backlist drives Hachette's profits. This is clearly reflected in sales data, which shows that revenue from backlist ebooks exceeded frontlist ebook revenue in 2019 and 2020.  (A true and correct copy of the spreadsheet reflecting this data is annexed hereto as Exhibit 2.)  Income from sales of physical backlist books has increased year on year between 2018 and 2020, while revenue from frontlist hardcopy books has decreased in each of those years.  Indeed, the majority of Hachette's most successful books do not earn the bulk of their earnings in the first five years. Rather, they have a long tail that runs for many years or even decades after the publication date.

37.     Backlist revenue is crucially important for a number of reasons.  Perennial classics generate a steady stream of income, year on year, for decades.  The income is both substantial and relatively predictable (unlike the sales of new books).  This is readily apparent from the sales figures of a book like *Catcher in the Rye*, first published by Little Brown in 1951, which generated tens of millions of dollars in sales between 1999 and 2020.  (A true and correct copy of a

---

[1] When Hachette books go "out of print," the exclusive publishing rights obtained by Hachette typically revert to the author, who is free to republish the book via any avenue they choose.

13

spreadsheet reflecting sales data for all of the Hachette Works in Suit is annexed hereto as Exhibit 3.) Part of that revenue goes to authors or their estates as royalties, but the remainder can be invested by Hachette into the riskier business of acquiring, developing and publishing new books.

38.     The import of the company's backlist incentivizes publishers to be ever watchful to take advantage of new developments that may drive additional sales of a work. As I previously noted, book sales depend on myriad complex factors and the market for a particular book can change practically overnight – for instance, if a news story brings a particular subject into prominence or if an author receives an award or sudden fame or if a popular movie version of a book is released. For diligent publishers like Hachette, it can be hugely profitable to respond to advantageous market forces by quickly republishing or raising awareness of a relevant title (even if that book had not been selling well in the period immediately prior). An author may not "break out" before publishing multiple books and when an author does achieve success later in their career, the publisher will usually see a significant uptick in revenue from their earlier works, even if they did not sell well when first released. For example, Hachette's Forever imprint is currently in the process of repackaging and relaunching backlist titles for two long-standing authors that have only recently experienced a significant increase in front list sales.

### Revenue is Derived from All Formats

39.     Internet Archive's assumption that a publisher's rights are "exhausted" when the hardcover (or paperback) version of the book is sold ignores the structure of the publishing business. Publishers (and authors) historically have been paid, and need to be paid, for each format that a book is published in. Consequently, the publisher needs the ability to set different terms and conditions (including price) for each format. Publishers would have little incentive to invest in and develop new formats (like ebooks) and their related markets if their rights were somehow

14

"exhausted" upon the sale of a print book and third parties could unilaterally transform print books into digital books *en masse* and distribute them online.

40.     The new formats that publishers help to develop benefit the public greatly, while simultaneously allowing publishers and their authors to reach different audiences. Recognizing those distinctions, publishers set different prices for different formats based on their specific characteristics, and get paid separately for each one. The pricing of physical books takes into account the expected, rather limited extent of distribution. Ebooks are distributed under an entirely different model in order to account for the fact that they have superior distribution capabilities. Internet Archive's belief that book formats are freely interchangeable threatens Hachette's business by breaking down the walls between print and ebook formats that make it possible to sell print books in a profitable manner according to their current carefully calculated prices.

41.     Many authors (and some publishers) were initially wary of entering the ebook market, in large part because it emerged in the wake of the destruction that websites like Napster caused to the music industry. But Hachette has long understood that electronic formats offer immense potential benefits. Digital files can be easily replicated and freely distributed at virtually no cost to devices located anywhere in the world within a matter of seconds. This allows publishers to reach new audiences and new consumers. Some readers prefer ebooks. Other readers might choose paper books in certain situations and ebooks in others – for instance, a person who is travelling may prefer to load ebooks onto a device to read. All of this presents an opportunity to find new audiences to purchase Hachette books, which is entirely consistent with its business model.

42.     But ebooks also carry special risks that can only be tamed by imposing limitations on how they are used. The downside of the replicability and portability of ebook files, for

rightsholders at least, is that a single unprotected ebook file can satisfy a vast swathe of global demand for a title if it is allowed to proliferate.  And this is why Hachette's ebooks – like virtually all media companies that distribute content over the internet – are distributed to retail consumers and libraries with license terms limiting their use, as opposed to simple transfers of raw files to anybody who wants to buy them, with the rightsholders hoping for the best.[2]

43.     Only by maintaining control over its ebook files was Hachette able to create economically viable markets for its ebooks, which required years of careful investment to build. For example, when ebooks first began being offered to consumers, each publisher was required to invest in producing and maintaining redundant ebook files with separate formats differentiated for each retail platform.  Hachette actively invested in producing these formats for consumers to help build ebook retail spaces for the future and to provide access to readers on a variety of platforms. However each proprietary format had its own unique advantages and disadvantages, so consumers remained wary of purchasing digital content during this volatile period without a clear format leader.

44.     Between 1999 and 2007, Hachette engaged with the International Digital Publishing Forum and its working group's efforts to create an ebook standard format, namely the EPUB ebook file format.  Other publishers, including Penguin Random House, HarperCollins, Macmillan, and dozens of other international trade and academic publishers were also engaged in this effort to resolve the multiple competing format requirements and improve the consumer experience across all retailers.

---

[2] To be more precise, Hachette sells ebooks to library ebook aggregators, such as OverDrive, who in turn license them to libraries under the terms required by Hachette.

16

45.     With the introduction of EPUB standards in 2007, Hachette asked its ebook retailers to support the new universal standard as Hachette's primary ebook format, which ultimately led to an increase in consumer confidence in both ebook products and the development of new reading devices.  Since those early years, Hachette has continued to support EPUB development. Hachette was ultimately able to embrace the opportunities offered by ebooks (while mitigating the risks) by imposing controls on the files it distributes – which it primarily did through digital rights management ("DRM") technology and by licensing the ebooks under appropriate terms, which incorporate commercially viable pricing models.

46.     Since Hachette started distributing ebooks through retail platforms like Amazon in or around 2010, their popularity has exploded and ebooks have become a vital part of our business. In 2021, ebook revenue from the retail and library channels made up approximately 15% of our business.  Much of this revenue was shared with authors as royalty income or reinvested into new projects.

47.     Hachette's commitment to ebook markets is further underscored by the fact that virtually all of the original titles in its catalogs are available as ebooks – including all of the Hachette books at issue in this lawsuit.  The few exceptions are mainly illustration-heavy books that are not suitable for ebook formats (or instances, such as reprint agreements, where we do not have the digital rights).  And Hachette has invested heavily in converting older works into ebook form.  Underscoring that ebook rights are independent from trade or paperback rights, in many instances Hachette had to obtain amendments to older contracts to allow those works to be published as an ebook.

48.     This focus on developing new markets helps readers and authors.  It means that books reach new readers that may otherwise not have been aware of them or had the inclination to

read them in a format they disfavored. It means that publishers can maximize revenues from successful books over the long term, which is crucial to the viability of its business model and longterm revenue to authors. And, perhaps most important, it diversifies the revenue streams that authors receive from royalties and helps ensure that they receive payment for their work for the remainder of their lives from every format of their work.

### HACHETTE LICENSES VIRTUALLY ALL OF THE EBOOKS IN ITS CATALOG TO LIBRARIES AND LIBRARY PATRONS HAVE CHECKED OUT HACHETTE EBOOKS MILLIONS OF TIMES

#### Many Americans Are Obtaining Their Ebooks For Free From Libraries

49.     The library ebook channel is very important to Hachette, as it is to all book publishers. Libraries are rightfully beloved institutions in this country – and they are an institution that I have an especially strong personal affinity for since both of my parents are career librarians. Libraries are keen to connect their patrons to books and are supporters of the multiple formats desired by their patrons. Libraries also help publishers reach new audiences for their authors, which advances publishers' core mission of putting their books in the hands of potential readers. The majority of books Hachette sells to libraries are print books, but Hachette also offers libraries ebook versions of virtually all of the original titles in its catalogue.

50.     Publishers have been selling physical books to public and academic libraries for hundreds of years, and a stable equilibrium has developed during that time. Publishers understand that libraries purchase books with the intention of lending them to their patrons – which means that a single copy of a book in a library can satisfy the demand of multiple readers (potentially dozens) who would otherwise be forced to buy their own copy. Publishers genuinely believe in the mission of libraries to advance literacy (and thus foster new readers). Public libraries also help publishers market their books, which they do by facilitating author talks and other promotional activities designed to increase library patrons interest in books. The services provided by librarians

18

to patrons are also important in helping patrons discover new books and authors, including our backlist titles which are an important part of a library's collection. A key component of the successful publisher/library relationship is that libraries serve defined geographic or academic communities.

51.    These geographic and other limitations necessarily inform the viability of the library market for publishers. Thus, for example, physical books have inherent physical limitations that require libraries to repurchase copies over time. Library books are frequently lost, damaged or are read by readers so many times that they degrade and become unusable – and in each of these cases, the library would be required to purchase a new copy of the book if it wanted to keep it in the collection. It also takes libraries time to process and reshelve physical books when they are returned and this lag time imposes limits on the number of patrons who can read the book within a given period of time. These same limitations also make the process of transferring interlibrary loans costly in time, labor and money. All of these factors place natural limits on the number of library patrons who can read a single book, which incentivizes libraries to continue purchasing copies of popular books over a long period of time.

52.    We believe that the "friction" involved in checking out physical books from libraries – the delays when a popular book is not available, the time and costs associated with traveling to the library to check out a physical book – may motivate some library patrons to purchase their own copy rather than check the book our from the library. And this has the beneficial effect of freeing up library books for those who genuinely do not have the option to buy books because they cannot afford them. For all these reasons, and many more, Hachette continues to enthusiastically distribute its titles through libraries.

53.     The library ebook market is far more difficult because it is relatively new and, more fundamentally, because ebooks are different products than hardcover/paperback books. Even if libraries place DRM restrictions on the file to ensure that only one user can read it at a time, the economics of library ebook distribution are different. This is because a single ebook can satisfy the demand of far more library customers than its physical equivalent. Ebooks check themselves in and out automatically, which means that they circulate faster and more readers can read a popular title in a given period of time. And, because ebooks do not get lost or damaged, a library would not have to organically repurchase a title once it has paid for an electronic copy. Libraries can also obtain additional ebook copies to meet patron demand with immediate results of adding a title to their collection and getting it to a reader much more quickly than a physical equivalent.

54.     Perhaps most importantly, the convenience of ebook lending – particularly the ability of users to check ebooks out instantaneously anytime and anywhere – makes it a highly attractive proposition to consumers who would otherwise purchase books instead of going to the library. Critically, the experience of checking out a library ebook is functionally identical to downloading a copy from Amazon. Thus, for those readers who prefer or are open-minded about reading ebooks, the library ebook provides an extremely easy way for them to obtain the title for free – something that they can do in minutes, from their home or office or on the run.

55.     These considerations inform the evolving terms and prices for the library ebook market. But they also show that the library ebook market is operating remarkably well because a large proportion of Americans are reading ebooks for free that were authorized and licensed by publishers. In March 2021, Hachette conducted a three year analysis of the extent and impact of library ebook circulations on Hachette commercial ebook sales based on circulation data from OverDrive. (A true and correct copy of this overview is annexed as Exhibit 4.)

20

56.     More specifically, Hachette examined the number of ebook circulations of its titles to library patrons through its largest library distributor, OverDrive, and the number of consumers purchasing their ebooks.  Strikingly, Hachette found that between 2017 and 2020, library ebook circulations made up, on average, 50% of the total units of trade ebooks distributed.  *Id.*  In other words, half of its ebook readers were library readers obtaining the ebook for free.  The related revenue figures attest to Hachette's commitment to libraries.  While library ebook circulations made up 50% of the total units downloaded of trade ebooks between 2017 and 2020, ebooks obtained by libraries which resulted in those circulations brought in only 13% of total ebook revenue for Hachette.  *Id.*  In other words, half of Hachette's authorized ebooks were read by library patrons even though library purchases accounted for less than 15% of the revenue from this format, across all sales channels.  This speaks to the efficiency of ebook lending and the availability of content that can be accessed by library patrons.  And the trend appears to be increasing as the COVID-19 pandemic spurred new interest in library ebooks.  In 2020, library ebook revenue was 16% of the total from ebooks overall, but 57% of ebook reads for that year were library ebooks.  *Id.*  This data underscores the accessibility of Hachette ebooks and the functioning market that has evolved.

57.     The figures are all the more striking for the backlist.  Hachette's analysis concluded that, "Since 2017, the percentage of consumer reads has been shifting from retail towards library, especially for backlist.  Of all HBG backlist ebooks either purchased or checked out in 2020, 38% were bought at retail and 62% checked out from libraries."  *Id.*

58.     Hachette's sales data shows the appeal of free ebooks to users – and hence of the harm threatened by the Internet Archive's free ebook website.  The data discussed above has led Hachette to conclude that readers who were previously purchasing retail ebooks are switching to

21

library ebooks, which means that we lose retail sales to free borrows. The data shows, for instance, that revenue for certain writers who have had strong and steady numbers have gone down while the circulation numbers for their library ebooks have gone way up. For instance, ebook revenue for books by one prominent author decreased by 12% for frontlist and 7% for backlist between 2017 and 2020, a period in which – due to COVID-19 – the expectation was that ebook revenue would go up. *Id.* During that same period, checkouts of her library ebooks increased 10%, with 52% of all reads coming from libraries. *Id.* It is also noteworthy that only 25% of that author's backlist ebooks were purchased at retail in 2020 – down from 47% in 2017 – which offers powerful support for the idea that certain readers who previously paid for her ebooks via retail platforms are now borrowing them instead.[3] *Id.*

59. The most obvious explanation to us is that readers are deciding not to purchase retail books because the licensed, free library ebook version is an equally convenient substitute. Given the long history of Hachette's strong relationship with libraries – and the fact that library ebooks remain a revenue stream for authors and publisher – Hachette remains committed to providing libraries with ebook editions of its titles. But these trends strongly reinforce the notion that Internet Archive's free bootleg copies of our titles will hurt our commercial ebook sales. They show that members of the public are understandably drawn to free ebooks, especially when they can be obtained conveniently by any user in any location with an internet connection and when the public would not be aware that the IA's versions of our ebooks are unauthorized by the author or the publisher.

**Hachette's Library Ebook Terms Carefully Protect Its Authors**

---

[3] Similar trends are apparent from data for a prominent science fiction author. And another bestselling author saw library ebook checkouts rise while his retail revenue declined for frontlist titles and remained flat for backlist titles.

60.    The data reviewed above also informs the evolving license models offered by Hachette (and other publishers) in this relatively new market.  Hachette has worked closely with its library partners to address their concerns regarding the license terms offered by Hachette and to meet the ever increasing ebook demand from libraries while at the same time protecting the vital economic interests of authors.

61.    Hachette has been broadly distributing ebooks to libraries and their patrons since about 2013.  Like the other publishers who entered the library ebook market about a decade ago, Hachette initially offered libraries ebooks on a perpetual access model.  From the library's perspective, this meant that they paid a fee to purchase access to an ebook file that could be lent to an unlimited number of patrons for an unlimited amount of time on a "one-copy, one-user" basis – *i.e.*, library users can check out ebooks one at a time.  If demand is high, the library can acquire additional copies.

62.    But in order for the perpetual model to make economic sense for Hachette, there were crucial conditions imposed on how the ebooks can be distributed.  The key conditions of this perpetual model are reflected in the terms for digital book distribution for libraries that were effective in 2016.  (A true and correct copy of the 2016 digital library terms is annexed hereto as Exhibit 5.)  These terms bind ebook aggregators, like OverDrive, who receive ebook files from Hachette that the aggregators then license to libraries for library lending platforms.  Many of these terms remain in place under the new models as they are central to the library/publisher relationship.

63.    For instance, aggregators must limit their distribution exclusively to "Patrons of Permitted Library(ies)" within the United States.  "Library(ies)" is further defined as a "not-for-profit public, school, college/university, military or research library which maintains a collection of digital books that it lends, but does not sell, for reading and research for its library members via

23

timed access/lending policies." And a "Patron" is a person who has "evidence of membership in a Permitted Library." In addition to DRM requirements, a key purpose of these limitations is to ensure that libraries may only distribute their ebooks to their own patrons, who – in the case of a public library – generally are local residents whose tax dollars ultimately funded the purchases. In other words, there is a critical geographic restriction on lending the ebooks.

64. Absent this geographic limitation, it would be possible for a relatively small number of ebook copies to satisfy large swathes of national or even global demand. While it is unlikely that a person would travel across the country to check out a physical book from a library, that same person has a much stronger incentive to check out an ebook from a far-off library's website if it was technologically feasible to do so instantaneously and at the click of a button. At the same time, public libraries ensure that the tax dollars that go into their ebook purchases (like physical books) are used by residents of the community they serve.

65. As noted, the library ebook market is a relatively new market and it is evolving. After careful study of the market, Hachette changed its terms in 2019 to adopt a new two-year metered model. The perpetual model, as it turned out, was not serving the economic interests of Hachette authors.

66. Hachette engaged in consultations with librarians before deciding to move away from the perpetual model and was aware that it was not working for many libraries as well. Librarians are not uniform in their opinions, and some would prefer to keep the perpetual model. But a major concern for many was that pressure to purchase multiple copies of popular titles to meet a surge of demand for new and popular titles meant that libraries were forced to buy more ebooks than they needed over the long term. For instance, a library might buy twenty copies of the latest bestselling thriller novel to satisfy patron interests for six months or a year, but then be

24

left with nineteen ebooks that were rarely used after that – which would be a very inefficient use of taxpayer money.  There were also libraries that demanded lower prices than what Hachette could offer for a perpetual term.

67.     The two-year metered model was adopted as a compromise between the various competing concerns of Hachette, its authors and different library constituencies.  (A true and correct copy of Hachette's current digital library terms is annexed hereto as Exhibit 6.)  The same requirements that libraries can only lend to their local patrons and must implement appropriate DRM remain from the previous terms.  So too does the "one-copy, one-user" limitation that means that only one patron can check each ebook copy out at a time.  But the key difference is that at the end of two-years from the date of purchase, "the Digital Book will expire and will no longer be available … unless repurchased."

68.     Ultimately, Hachette believes that requiring libraries to periodically pay for ebooks they want to keep in their collection is necessary to secure a fair return on investment for itself and its authors.  But the time-limit also enabled Hachette to cut the digital library price of its ebooks by approximately 15%, and in some cases up to a third, which makes each title more affordable. At the same time, libraries keep any ebooks acquired under the previous terms on a perpetual basis. Hachette also continues to offer perpetual terms to academic libraries.

69.     Despite the complexity and competing demands from all sides, Hachette remains committed to the library ebook market and sees clear signs that it is thriving.  Hachette offers its ebooks through approximately a dozen aggregators (primarily OverDrive) and these aggregators are collectively used by virtually every public, school and academic library in the United States. (A true and correct copy of a spreadsheet reflecting the list of aggregators that Hachette offers its

ebooks through is annexed hereto as Exhibit 7.)  The number of ebooks read by library patrons nationally continues to rise year over year.

70.     At the same time, Hachette responds and adapts appropriately when a crisis occurs. When schools and universities were closed down in the initial stages of the COVID-19 pandemic, for instance, Hachette adopted protocols under which teachers and professors could obtain up to 250 codes for their students to use to obtain ebooks that could be read in lieu of physical copies that were inaccessible.  And Hachette also provided discount ebooks to academic libraries on a case by case basis, either under a simultaneous use option that allowed up to twenty students to read an ebook for two months for $20 or a low priced "one-copy, one user model" of $3 per copy for 3 month access.

71.     Hachette also makes significant efforts to ensure that its ebooks are available in a format accessible to the blind and visually disabled, at no cost to those patrons.  All of Hachette's ebooks are designed to enable type resizing and/or zoom, so that readers can adjust the text to the display size of their preference.  Hachette is also a contributing member to the World Wide Web Consortium (W3C) and has been actively involved in supporting EPUB specifications since the format's inception with the International Digital Publishing Forum. Nearly all of Hachette's ebook content is supplied to partners in EPUB format, which natively includes basic support for accessibility features across many devices and retail platforms. Hachette's long-term objective is to continuously improve our production standards for ebooks so that we can meet the highest accessibility standards whenever possible.

72.     In addition, Hachette makes all of its active ebooks available via both the National Library Service and Bookshare.org.  The NLS, operated by the Library of Congress, permits registered local library patrons across the United States to download talking books and ebraille

26

versions through their free digital accessibility service known as BARD, with supported applications available for free to Apple and Android users, and supported devices available for free at participating libraries. Similarly, Bookshare® is the world's largest accessible online library for people with print disabilities. Bookshare is free for all qualified U.S. students. Individuals who are not students or international patrons can pay a nominal annual fee for their membership. If a reader requested title is print exclusive or has never yet been available in ebook format, Hachette produces a special PDF exclusive to Bookshare for the unique purpose of fulfilling this obligation to readers.

### INTERNET ARCHIVE HARMS HACHETTE AND ITS AUTHORS

73.     Hachette has sued Internet Archive for scanning and posting twenty seven titles to its Website – including Malcolm Gladwell's *Blink* and *Tipping Point*, the canonical works of J.D. Salinger, two novels by bestselling author Sandra Brown, and blockbuster children's titles such as the Mysterious Benedict Society series and books by Lemony Snicket. Internet Archive has also copied books like critically acclaimed thrillers *The Jury Master* by Robert Dugoni and *The Witness* by Sandra Brown, as well as the young adult dystopian novel and National Book Award Finalist *Ship Breaker* by Paolo Bacigalupi. As previously noted, this is a tiny fraction of Internet Archive's overall infringement of Hachette's titles, which includes more than 4,500 books. In short, Internet Archive operates outside of the established market Hachette (and other publishers) have in place to serve library patrons, and they pay no money to authors or publishers for the copying and distribution of free ebooks.

74.     This conduct harms Hachette on a number of levels explained more fully in Section H of the Declaration of Chantal Restivo-Alessi of HarperCollins, which I have reviewed (excluding confidential material) and endorse. First, by scanning print books and distributing the

27

A-507

resulting ebooks, Internet Archive is usurping the many benefits of ebooks without paying the fees that libraries who distribute authorized ebooks pay. If Internet Archive claims that it is a library, and is engaging in short term loans of ebooks like libraries, it should be paying the rightsholders who created the work a fee. Multiplied out by all of the circulations of all of the Hachette books on Internet Archive's free ebook website, the lost fees would be in the hundreds of thousands of dollars at the least.

75.     Viewed from another angle, my experience and the ebook data Hachette routinely reviews regarding public libraries clearly supports the conclusion that Internet Archive's Website deprives Hachette of significant revenue as a result of readers who decide to read titles on Internet Archive instead of paying for an ebook version.[4]  As is the case with library ebook reads that appear to cut into retail revenue, it stands to reason that many internet users will read ebooks in the free formats offered by Internet Archive rather than paying for their own ebooks. And if Internet Archive is allowed to scale up these activities or others create similar websites, the draw of these websites for consumers will increase exponentially – as will damage to Hachette's revenue and authors' royalties.

76.     Internet Archive also threatens Hachette's library ebook revenue by reducing demand for library ebooks. In our experience, libraries are extremely responsive to their patrons' requests and to the popularity of titles according to their data – which means that they are very unlikely to spend money on titles that patrons are reading elsewhere. The declaration of Chantal

---

[4] While Hachette contends that the Internet Archive also harms its print book sales revenues in the commercial and library markets, its summary judgment motion is solely based on ebook sales. Hachette reserves the right to address print sales in the event of a trial in this matter.

Restivo-Alessi of HarperCollins further illustrates the Internet Archive's threat to our library ebook srevenues – a threat evident in Internet Archive's own pitches to libraries.

77. The negative effect on library ebook licensing fees caused by Internet Archive will only increase as the website becomes more widely used and offers more free ebooks. This was strikingly illustrated by Internet Archive's "National Emergency Library," which unilaterally lifted the cap on the number of people who could read a book at one time for three months at the outset of the pandemic. The number of users reading ebooks for free on Internet Archive's websites predictably surged. I am informed, for instance, that *Catcher in the Rye* (a Hachette title) was "checked out" more times on Internet Archive's websites during that time period than the licensed ebook edition was borrowed from OverDrive, Hachette's authorized aggregator. (A true and correct copy relevant excerpts of the February 25, 2022 report of Rasmus Jørgensen, Ph.D. ("Jorgensen Report") is annexed hereto as Exhibit 8.) (*See id.* ¶ 43.)

78. Internet Archive also harms Hachette in less obvious ways. Hachette has very high standards for its ebook products and the Internet Archive's scans, while entirely legible, fall short of these high standards. Authors and consumers have come to expect our works to be distributed in high-quality formats and the availability of these works in a scanned format could reflect poorly on Hachette in their eyes, particularly since the Internet Archive presents itself as a legitimate actor. Moreover, the increasing availability of free ebooks on Internet Archive is likely to put downward pressure on library ebook prices. And Internet Archive's conduct also exposes Plaintiffs to harm via the inadequate protection of our intellectual property – including harm caused by IA's poor metadata that allows in-copyright books to be confused with public domain works and distributed without any restrictions, and by IA's failure to comply with takedown notices.

79.     I understand that the Internet Archive's expert Rasmus Jorgensen has opined that the Internet Archive did not cause Hachette decreased OverDrive checkouts or lost ebook or paperback sales based solely on a comparison between the checkout and sales figures for the Hachette Works in Suit for the second and third quarter of 2020, and some broader industry data. As I understand, he looks at this period of time because Internet Archive's National Emergency Library ended in June 2020 and the Hachette Works in Suit also were removed from the Internet Archive in that month.  This analysis fails to take into account the basic fundamentals of book publishing.

80.     Our long term experience teaches us that each title is unique, and there are myriad reasons why its sales or library checkouts in any particular format may go up or down over two quarters in a particular year.  In most circumstances this makes it difficult, if not impossible, to isolate the impact of any one factor among the hundreds impacting a title's sales and checkout figures at any given point.  Indeed, even for older works, there is often fluctuation in demand by month or year – often for reasons that are hard to pinpoint.  As we have witnessed, some of the myriad factors that may impact a title's sales or library checkouts include the following:

- Seasonality, including whether school is in session;

- The life cycle of the particular book;

- Marketing, publicity and advertising by the author, publisher, or retailers, including store or website placement or promotions.

- Publicity for the work not directly initiated by the author or publisher, including but not limited to social media, reviews, press articles, and rankings and recommendations on retailer or other book sites;

• Publicity for the author unrelated to the title, including exposure from the authors' other professional activities or other works;

• Relevance of the topic or themes to current events -- or conversely, current events that divert attention elsewhere;

• Pricing, including promotional discounting by either the publisher or retailers/wholesalers

• Publication or success of other works by the author;

• Prizes;

• Author life events (including the death of the author);

• The release of movies, plays, art exhibits or other media related to book or author or related topics;

• The availability or popularity of competing books or formats (including prices of competing works, pricing and availability of used print books, and pricing of competing formats);

• School adoptions;

• Adoptions of a title for community reads or similar programs;

• The appearance of a major book such as the Obama biographies that may bring increased numbers of people into bookstores;

• Other external economic factors affecting consumer demand; and

• Supply chain issues, including printing capacity, paper availability and shipping.

81.   Moreover, 2020 was a year like no other in every regard.  COVID, the Black Lives Matter movement, and the presidential primaries and election all had a profound impact on book

31

A-511

publishing, including our titles. Different titles were impacted differently, and at different points in time, by these seismic events. As but a few examples, some of our titles frequently assigned in middle and high schools saw a decline between the second and third quarter of 2020, which we believe may have occurred because students in the spring needed to get additional copies of books locked in their closed school buildings, but had no school in the summer. We found that readers' interests in certain topics and genres shifted over the course of 2020. The closing and re-opening of bookstores and libraries impacted both our print book and ebook sales levels, again with some variation across titles. We encountered a range of complex supply chain issues that had different impacts on different books, often depending on the extent of our inventory for that title in the warehouse and the inventory for that title held by our wholesalers and retailers – and thus the timing of our need to print and ship books. For all these reasons, any given book may not perform in conformity with wider industry trends for numerous reasons, any of which would be exceptionally difficult to isolate, especially if its impact were relatively small in the larger scheme. Any sound analysis of the impact of any one factor, such as the Internet Archive, would need to take into account all the other factors impacting a given title's sales in a particular quarter.

82.     In sum, Internet Archive poses a clear and present danger to Hachette's book publishing business. The seriousness with which Hachette takes this risk is clear from the hundreds of takedown notices listing thousands of URLs it has sent Internet Archive, including requests to remove certain Works in Suit that were self-evidently disregarded. (A true and correct copy of one such takedown notice is annexed hereto as Exhibit 9.) The harm caused by Internet Archive's infringement of Hachette books is real and must be stopped in order to prevent an escalation of harm that would have devastating effects on our business and our ability to provide authors with a return on investment for their life's work.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 7, 2022.

BEN SEYMER

Sevier Declaration

Exhibit 1

FILED UNDER SEAL

Sevier Declaration

Exhibit 2

FILED UNDER SEAL

Sevier Declaration

Exhibit 3

FILED UNDER SEAL