# 23-1260

---

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

---

HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., PENGUIN RANDOM HOUSE LLC,

*Plaintiffs-Appellees,*

v.

INTERNET ARCHIVE,

*Defendant-Appellant,*

DOES 1-5, inclusive,

*Defendants.*

---

Appeal from the United States District Court for the Southern District of New York, Case No. 1:20-cv-4160, Hon. John G. Koeltl

---

### JOINT APPENDIX (PUBLIC) – VOLUME 4 OF 26 (A-788-A-1049)

JOSEPH C. GRATZ
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

CORYNNE M. MCSHERRY
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

JOSEPH R. PALMORE
DIANA L. KIM
ADITYA V. KAMDAR
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-6940
JPalmore@mofo.com

*Counsel for Defendant-Appellant Internet Archive*
*Additional Counsel Listed on Inside Cover*

DECEMBER 15, 2023

MATTHEW JAN OPPENHEIM
DANAE TINELLI
SCOTT A. ZEBRAK
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW,
5th Floor
Washington, DC 20016

ELIZABETH A. MCNAMARA
LINDA J. STEINMAN
JOHN M. BROWNING
JESSE M. FEITEL
CARL MAZUREK
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020

*Counsel for Plaintiffs-Appellees*

---

## Joint Appendix Table of Contents

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 1** | |
| 39 | 10/08/2020 | Stipulation And Protective Order | A-1 |
| 86 | 07/05/2022 | Sealing Order | A-16 |
| 114 | 07/11/2022 | Sealing Order | A-18 |
| | | District Court Docket Sheet | A-19 |
| 219 | 9/11/2023 | Notice Of Appeal | A-49 |
| 1 | 6/1/2020 | Complaint | A-105 |
| 33 | 07/28/2020 | Answer | A-158 |
| 47 | 08/09/2021 | Letter Motion For Local Rule 37.2 Conference | A-186 |
| 62 | 12/24/2021 | Transcript Of Proceedings – 12/2/21 Conference | A-189 |
| 68 | 01/14/2022 | Joint Letter/Status Report Re: Discovery Disputes | A-234 |
| | | Exhibit A – Current Scheduling Order | A-236 |
| | | Exhibit B – Proposed Scheduling Order | A-239 |
| 70 | 01/22/2022 | Revised Scheduling Order | A-242 |
| 87 | 07/07/2022 | Plaintiffs' Motion for Summary Judgment | A-244 |
| 89 | 07/07/2022 | Declaration Of Sandra Cisneros In Support Of Plaintiffs' Motion for Summary Judgment | A-247 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 2** | |
| 90 | 07/07/2022 | Declaration Of Ian Foster In Support Of Plaintiffs' Motion for Summary Judgment | A-254 |
| | | Appendix A – Ian Foster's Curriculum Vitae | A-301 |
| | | [FUS] Exhibit 1 – Numbered List Of 127 Works In Suit | A-347 |
| | | [FUS] Exhibit 2 – Loans For Each Scan That Matches Works In Suit | A-359 |
| | | [FUS] Exhibit 3 – Total Loans For Works In Suit | A-370 |
| | | [FUS] Exhibit 4 – List Of De-Duplicated ISBNs That Match Works In Suit | A-377 |
| | | [FUS] Exhibit 4A – Alternate Version of Exhibit 4 | A-387 |
| | | [FUS] Exhibit 5 – Number Of De-Duplicated ISBNs/Additions To Maximum Eligible Concurrent Loans For Each Work In Suit | A-397 |
| | | [FUS] Exhibit 5A – Alternative Version Of Exhibit 5 | A-404 |
| | | [FUS] Exhibit 6 – Works In Suit Data | A-411 |
| 91 | 07/07/2022 | Declaration Of Tracy Offner In Support Of Plaintiffs' Motion for Summary Judgment | A-421 |
| | | Exhibit A – List Of Internet Archive's URLs | A-448 |
| | | Exhibit B – Internet Archive's Webpages | A-452 |
| | | Exhibit C – Open Library Webpages | A-457 |
| | | Exhibit D – Open Library Webpages | A-461 |
| | | Exhibit E – Open Library Webpages | A-463 |
| | | Exhibit F – Open Library Webpages | A-469 |
| | | Exhibit G – Open Library Webpages | A-471 |
| | | Exhibit H – Open Library Webpages | A-473 |
| | | Exhibit I – Open Library Webpages | A-475 |
| | | Exhibit J – Open Library Webpages | A-477 |
| | | Exhibit K – Open Library Webpages | A-479 |
| 92 | 07/07/2022 | Declaration Of Ben Sevier In Support Of Plaintiffs' Motion for Summary Judgment | A-481 |
| | | [FUS*] Exhibit 1 – Hachette Business Data | A-514 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
|  |  | [FUS*] Exhibit 2 – Hachette Backlist Ebook Data | A-515 |
|  |  | [FUS*] Exhibit 3 – Hachette Sales Data For All Of The Works In Suit | A-516 |
|  |  | **Vol. 3** | |
|  |  | [FUS] Exhibit 4 – Hachette Overdrive Data | A-517 |
|  |  | [FUS] Exhibit 5 – Hachette 2016 Digital Library Terms | A-562 |
|  |  | [FUS] Exhibit 6 – Hachette's Current Digital Library Terms | A-570 |
|  |  | [FUS*] Exhibit 7 – Hachette List Of Aggregators | A-577 |
|  |  | [FUS] Exhibit 8 – Excerpts From Expert Report Of Rasmus Jorgensen (Feb. 25, 2022) | A-578 |
|  |  | Exhibit 9 – Hachette Takedown Notice | A-580 |
| 93 | 07/07/2022 | Declaration Of Alan Pavese In Support Of Plaintiffs' Motion for Summary Judgment | A-589 |
|  |  | Exhibit 1 – Wiley Takedown Notice | A-602 |
|  |  | [FUS*] Exhibit 2 – Wiley Spreadsheet On Trade Books | A-612 |
|  |  | [FUS*] Exhibit 3 – Wiley's Sales Records For Works In Suit | A-613 |
|  |  | [FUS] Exhibit 4 – Wiley's Ebook Distribution Agreement With Proquest | A-614 |
|  |  | [FUS] Exhibit 5 – Wiley's Ebook Agreement With Overdrive | A-631 |
|  |  | [FUS*] Exhibit 6 – Wiley Spreadsheet Of Key Aggregator Partners | A-634 |
|  |  | [FUS*] Exhibit 7 – Wiley Spreadsheet | A-635 |
| 94 | 07/07/2022 | Declaration Of Chantal Restivo-Alessi In Support Of Plaintiffs' Motion for Summary Judgment | A-636 |
|  |  | [FUS*] Exhibit 1 – HarperCollins Ebooks Licenses Spreadsheet | A-667 |
|  |  | [FUS*] Exhibit 2 – HarperCollins Spreadsheet On U.S. Sales For Works In Suit | A-668 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 3 – Amazon Kindle Store Terms Of Use | A-669 |
| | | [FUS] Exhibit 4 – HarperCollins And Overdrive Agreement | A-674 |
| | | [FUS*] Exhibit 5 – Spreadsheet On 26-Circ Model | A-699 |
| | | [FUS*] Exhibit 6 – HarperCollins Sales To Libraries In All Formats For Works In Suit (2017-2020) | A-700 |
| | | Exhibit 7 – Excerpts From Expert Report Of Susan H. Hildreth (Feb. 25, 2022) | A-701 |
| | | Exhibit 8 – Open Libraries Agreement | A-705 |
| | | Exhibit 9 – Internet Archive's Presentation At Library Leaders Forum | A-709 |
| | | Exhibit 10 – Internet Archive's Presentation On "Maximizing Institutional Investment In Print Resources Through Controlled Digital Lending" | A-720 |
| | | Exhibit 11 – Internet Archive's And HarperCollins Correspondence | A-738 |
| 95 | 07/07/2022 | [Redacted] Declaration Of Jeffrey Weber In Support Of Plaintiffs' Motion for Summary Judgment | A-744 |
| | | [FUS*] Exhibit 1 – Penguin Random House Ebook Data | A-784 |
| | | [FUS*] Exhibit 2 – Penguin Random House Ebook Data | A-785 |
| | | Exhibit 3 – American Library Association Article, "National Survey Finds Libraries Play Expanded Role in Digital Equity, Bridging Gaps In Access To Technology" (Aug. 31, 2021) | A-786 |
| | **Vol. 4** | | |
| | | Exhibit 4 – Overdrive Press Release (Jan. 7, 2021) | A-788 |
| | | Exhibit 5 – Emails Between Penguin Random House And Internet Archive' | A-792 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 6 – Emails Between Penguin Random House And Internet Archive | A-795 |
| | | Exhibit 7 – Open Libraries Web Page | A-798 |
| | | Exhibit 8 – Internet Archive Blog Post, "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" (Nov. 6, 2019) | A-802 |
| | | Exhibit 9 – Internet Archive Blog Post, "Temporary National Emergency Library to close 2 weeks early, returning to traditional controlled digital lending" (June 10, 2020) | A-811 |
| | | [FUS] Exhibit 10 – Exhibit 12 To Expert Report of Rasmus Jorgensen (Feb. 25, 2022) | A-817 |
| | | [FUS] Exhibit 11 – Excerpts From Expert Report of Rasmus Jorgensen (Feb. 25, 2022) | A-819 |
| | | [FUS*] Exhibit 12 – Penguin Random House Sales Records Of Works In Suit | A-821 |
| | | Exhibit 13 – Internet Archive's Library Leaders Forum Presentation | A-822 |
| | | [FUS*] Exhibit 14 – Penguin Random House Annual Investment Spreadsheet | A-1004 |
| | | Exhibit 15 – Amazon Kindle Store Terms Of Use | A-1005 |
| | | Exhibit 16 – Public Libraries Data Spreadsheet | A-1009 |
| | | Exhibit 17 – Article, "Libraries Without Walls For Books Without Pages" By John A. Browning (1993) | A-1022 |
| | | [FUS] Exhibit 18 – Penguin Random House Jan. 1, 2016 Terms Of Sale | A-1029 |
| | | [FUS] Exhibit 19 – Penguin Random House Terms Of Buyback Program | A-1032 |
| | | [FUS*] Exhibit 20 – Penguin Random House Ebook Data | A-1035 |
| | | [FUS] Exhibit 21 – Penguin Random House Oct. 1, 2018 Public Library Terms | A-1036 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS] Exhibit 22 – Penguin Random House Oct. 1, 2018 Academic Library Terms | A-1039 |
| | | [FUS] Exhibit 23 – Penguin Random House Ebook Terms For Classroom Distribution Channel (Feb. 2, 2020) | A-1042 |
| | | [FUS] Exhibit 24 – Penguin Random House Ebook Terms For Classroom Distribution Channel (Jan. 10, 2021) | A-1045 |
| | | [FUS] Exhibit 25 – Penguin Random House Covid-19 Model Terms | A-1048 |
| | **Vol. 5** | | |
| | | Exhibit 26 – Excerpts From Deposition Of Skip Dye (Nov. 18, 2021) | A-1050 |
| 96 | 07/07/2022 | [Redacted] Declaration Of Elizabeth A. McNamara In Support Of Plaintiffs' Motion for Summary Judgment | A-1075 |
| | | Exhibit 1 – Complaint | A-1143 |
| | | Exhibit 2 – Answer | A-1201 |
| | | Exhibit 3 – Internet Archive's Webpage | A-1230 |
| | | Exhibit 4 – Declaration Of Brenton Cheng | A-1236 |
| | | Exhibit 5 – Excerpts From Deposition Of Brewster Kahle (Dec. 9, 2021) | A-1240 |
| | | Exhibit 6 – Internet Archive's Webpage | A-1283 |
| | **Vol. 6** | | |
| | | Exhibit 7 – Excerpts From Deposition Of Chris Freeland (Dec. 17, 2021) | A-1287 |
| | | Exhibit 8 – Email From Chris Freeland | A-1347 |
| | | Exhibit 9 – Internet Archive Blog Post, "Libraries lend books, and must continue to lend books: Internet Archive responds to publishers' lawsuit" (July 29, 2020) | A-1351 |
| | | Exhibit 10 – Internet Archive Presentation On "Lending & Book Reader" | A-1354 |
| | | Exhibit 11 – Excerpts From Deposition Of Imke C. Reimers (June 3, 2022) | A-1368 |
| | | Exhibit 12 – Open Library Webpage | A-1373 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 13 – Excerpts From Deposition Of Laura Gibbs (Mar. 24, 2022) | A-1376 |
| | | Exhibit 14 – Internet Archive Communications | A-1386 |
| | | Exhibit 15 – Internet Archive's Webpage | A-1395 |
| | | Exhibit 16 – Internet Archive's Webpage | A-1402 |
| | | Exhibit 17 – Exhibit A To Complaint | A-1405 |
| | | Exhibit 18 – Stipulation Regarding Undisputed Facts (June 10, 2022) | A-1409 |
| | | Exhibit 19 – Excerpts From Deposition Of Susan Hildreth (May 17, 2022) | A-1415 |
| | | Exhibit 20 – Excerpts From Deposition Of Steve Potash (Jan. 31, 2022) | A-1425 |
| | | Exhibit 21A – Press Releases | A-1436 |
| | | [FUS*] Exhibit 21B – Overdrive Data | A-1443 |
| | | [FUS*] Exhibit 22 – Overdrive Data | A-1444 |
| | | Exhibit 23 – Institute Of Museum And Library Studies Data Spreadsheet | A-1445 |
| | | Exhibit 24 – Excerpts From Deposition Of Brenton Cheng (Dec. 3, 2011) | A-1448 |
| | | Exhibit 25 – Internet Archive's Objections & Responses To Plaintiffs' First Set Of Requests For Admission | A-1453 |
| | | Exhibit 26 –Expert Report Of Susan Hildreth (Feb. 25, 2022) | A-1468 |
| | **Vol. 7** | | |
| | | Exhibit 27 – Internet Archive's "Everyone Deserves To Learn" Document | A-1527 |
| | | Exhibit 28 – Email Between Mark Stein And Jeff Kaplan | A-1709 |
| | | Exhibit 29 – Email Between Brewster Kahle And Elliot Wrenn | A-1712 |
| | | Exhibit 30 – Email From Wiley To Internet Archive | A-1717 |
| | | Exhibit 31 – Open Library Webpage | A-1720 |
| | | Exhibit 32 – Emails Between Penguin Random House And Internet Archive | A-1724 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 33 – Email From Penguin Random House | A-1735 |
| | | [FUS*] Exhibit 34 – Penguin Random House Spreadsheet | A-1738 |
| | | Exhibit 35 – Email From HarperCollins To Internet Archive | A-1739 |
| | | Exhibit 36 – Takedown Notices | A-1745 |
| | | Exhibit 37 – Author Correspondence To Internet Archive | A-1783 |
| | | **Vol. 8** | |
| | | Exhibit 38 – Author Correspondence To Internet Archive | A-1790 |
| | | Exhibit 39 – Author Correspondence To Internet Archive | A-1815 |
| | | Exhibit 40 – Email From Zane Kesey To Chris Butler | A-1819 |
| | | Exhibit 41 – Open Library Author Page For Ken Kesey | A-1825 |
| | | Exhibit 42 – Author Correspondence To Internet Archive | A-1829 |
| | | Exhibit 43 – Open Library Webpage | A-1832 |
| | | Exhibit 44 – 990-PF Return Of The Kahle/Austin Foundation (2019) | A-1836 |
| | | Exhibit 45 – Excerpts From Deposition Of Jacques Cressaty (Oct. 22, 2021) | A-1867 |
| | | Exhibit 46 – Internet Archive's Open Libraries Proposal To The MacArthur Foundation (Part 1-5) | A-1913 |
| | | **Vol. 9** | |
| | | Exhibit 46 – Internet Archive's Open Libraries Proposal To The MacArthur Foundation (Part 6-8) | A-2062 |
| | | Exhibit 47 – Internet Archive's Webpage | A-2157 |
| | | Exhibit 48 – Scientific American Article, "Archiving the Internet" by Brewster Kahle (1997) | A-2160 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 49 – Brewster Kahle "Universal Access To Knowledge" Speech (2006) | A-2165 |
| | | Exhibit 50 – CNET Article, "Grant Funds Open-Source Challenge To Google Library" (Dec. 20, 2006) | A-2175 |
| | | Exhibit 51 – New York Times Article, "Libraries Shun Deals To Place Books On Web" by Katie Hafner (2007) | A-2190 |
| | | Exhibit 52 – Internet Archive Blog Post, "Internet Archive And Library Partners Develop Joint Collection Of 80,000+ Ebooks To Extend Traditional In-Library Lending Model" (Feb. 22, 2011) | A-2195 |
| | | Exhibit 53 – Internet Archive's Notes About Book Collections And Availability | A-2201 |
| | | Exhibit 54 – Internet Archive Blog Post, "Let's Build A Great Digital Library Together…Starting With A Wishlist" (Mar. 14, 2018) | A-2205 |
| | | Exhibit 55 – Internet Archive Blog Post, "Internet Archive's Modern Book Collection Now Tops 2 Million Volumes" (Feb. 3, 2021) | A-2209 |
| | | Exhibit 56 – The Guardian Article, "Internet Archive Founder Turns To New Information Storage Device – The Book," (Aug. 1, 2011) | A-2218 |
| | | Exhibit 57 – Internet Archive's Webpage | A-2223 |
| | | Exhibit 58 – Excerpts From Deposition Of Andrea Mills (Oct.14, 2021) | A-2227 |
| | | [FUS] Exhibit 59 – Internet Archive Digital Library Grant Application | A-2242 |
| | | [FUS*] Exhibit 60 – Internet Archive's Profit And Loss Statement For 2011-2020 | A-2246 |
| | | Exhibit 61 – Internet Archive's Flyer | A-2247 |
| | | Exhibit 62 – Internet Archive's Scanning Agreement With Providence Public Library | A-2249 |
| | | Exhibit 63 – Internet Archive's Webpage | A-2255 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 64 – Internet Archive Blog Post, "Most 20th Century Books Unavailable To Internet Users – We Can Fix That" (July 1, 2019) | A-2260 |
| | | Exhibit 65 – Internet Archive's Webpage | A-2270 |
| | | Exhibit 66 – Email From Brewster Kahle To Amy Brand | A-2274 |
| | | Exhibit 67 – CNBC Article, "Plagiarism Is Rampant In China, And Its Media Companies Are Raking In Billions" (Jan. 23, 2018) | A-2278 |
| | | Exhibit 68 – Internet Archive Blog Post, "Internet Archive and Library Partners Develop Joint Collection of 80,000. EBooks To Extend Traditional In-Library Lending Model" (Oct. 20, 2020) | A-2286 |
| | | Exhibit 69 – Internet Archive's Webpage | A-2292 |
| | | Exhibit 70 – Internet Archive Blog Post, "Calculating the True Value of A Library that is Free" (Oct. 22, 2019) | A-2298 |
| | | Exhibit 71 – Internet Archive Blog Post, "Pineapple Fund Gifts $1M in Bitcoin to the Internet Archive!" (Dec. 26, 2017) | A-2303 |
| | | Exhibit 72 – Internet Archive Presentation On "How Controlled Digital Lending Works for Libraries" | A-2308 |
| | **Vol. 10** | | |
| | | Exhibit 73 – Internet Archive Presentation On Lending And Digitization Programs | A-2333 |
| | | Exhibit 74 – Open Library Of Richmond Inc. 990 Return (2019) | A-2366 |
| | | Exhibit 75 – Internet Archive's 990 Return (2016) | A-2414 |
| | | Exhibit 76 – Better World Books Webpage | A-2432 |
| | | [FUS] Exhibit 77 – Excerpts From Deposition Of Ginger Patton-Schmitt (Dec. 6, 2021) | A-2435 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 78 – Better World Books Webpage | A-2464 |
| | | [FUS] Exhibit 79 – Draft Memorandum Of Understanding | A-2468 |
| | | Exhibit 80 – Email From Brewster Kahle To Better World Books Director | A-2471 |
| | | Exhibit 81 – Emails Between Chris Freeland And Better World Books Project Manager | A-2473 |
| | | [FUS] Exhibit 82 – Internet Archive Shared Document | A-2477 |
| | | [FUS] Exhibit 83 – Emails Between Brewster Kahle And Xavier Helgesen | A-2480 |
| | | Exhibit 84 – Emails From Brewster Kahle | A-2482 |
| | | Exhibit 85 – Email From Brewster Kahle | A-2488 |
| | | [FUS] Exhibit 86 – Better World Books Financial Agreement | A-2491 |
| | | [FUS] Exhibit 87 – Donation Agreement Between Better World Books And Open Library of Richmond (July 10, 2019) | A-2494 |
| | | Exhibit 88 – Better World Libraries' 990 Return (2019) | A-2497 |
| | | Exhibit 89 – Internet Archive Blog Post, "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" (Nov. 6, 2019) | A-2524 |
| | | [FUS] Exhibit 90 – Better World Books Presentation | A-2533 |
| | | Exhibit 91 – Better World Books Webpage | A-2539 |
| | | Exhibit 92 – Better World Books Preview Page | A-2541 |
| | | Exhibit 93 – Internet Archive Links To Better World Books Webpage | A-2543 |
| | | Exhibit 94 – Better World Books Wikipedia Page | A-2555 |
| | | [FUS] Exhibit 95 – Better World Books Internal Metrics | A-2558 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 96 – Internet Archive Blog Post, "In-Library eBook Lending Program Launched" (Feb. 22, 2011) | A-2567 |
| | | Exhibit 97 – Emails Between Chris Butler And Zane Kesey | A-2573 |
| | | Exhibit 98 – Email From Chris Butler To James D. Jenkins | A-2579 |
| | | Exhibit 99 – Email From Library Of Michigan Librarian | A-2585 |
| | | Exhibit 100 – Internet Archive Blog Post, "Wasted: A case study for controlled digital lending" (Nov. 13, 2018) | A-2588 |
| | | Exhibit 101 – Brewster Kahle Statement | A-2594 |
| | | **Vol. 11** | |
| | | Exhibit 102 – Open Library Webpage | A-2605 |
| | | Exhibit 103 – Open Libraries Form Agreement | A-2607 |
| | | Exhibit 104 – Email From Chris Freeland To Librarian At Arizona State University | A-2612 |
| | | Exhibit 105 – Email From Chris Freeland To The Associate Dean Of University Of Oklahoma Libraries | A-2615 |
| | | Exhibit 106 – Email From Jeff Sharpe To Karl Stutzman Of Anabaptist Mennonite Biblical Seminary | A-2621 |
| | | Exhibit 107 – Internet Archive Presentation On "Open Libraries Introduction & Internet Archive Programs" | A-2628 |
| | | Exhibit 108 – Internet Archive's Presentation On "Addressing The 20th Century Gap: Controlled Digital Lending For In-Copyright Material" | A-2656 |
| | | Exhibit 109 – Internet Archive's Presentation On "Maximizing Institutional Investments In Print Resources Through Controlled Digital Lending" | A-2678 |
| | | Exhibit 110 – Email From Lauri McIntosh | A-2696 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 111 – Email From Lauri McIntosh | A-2704 |
| | | Exhibit 112 – Email From Chris Freeland | A-2721 |
| | | Exhibit 113 – Internet Archive Presentation On "Implementation & Integration" | A-2729 |
| | | Exhibit 114 – Defendant Internet Archive's Objections And Responses To Plaintiffs' Second Set Of Interrogatories | A-2732 |
| | | Exhibit 115 – Internet Archive Presentation on "Library Leaders Forum 2020 Partner Summit" | A-2744 |
| | | Exhibit 116 – Screen Captures Of Georgetown Law Library Catalog | A-2762 |
| | | Exhibit 117 – Screen Captures Of Dartmouth College Library Catalog | A-2765 |
| | | Exhibit 118 – Public Library Screen Captures | A-2769 |
| | **Vol. 12** | | |
| | | Exhibit 119 – U.S. Copyright Office, "Orphan Works And Mass Digitization: A Report Of The Register Of Copyrights 101" (2015) | A-2775 |
| | **Vol. 13** | | |
| | | Exhibit 120 – Judiciary Committee Of The House Of Representatives Hearing Transcript | A-3010 |
| | | Exhibit 121 – Excerpts From Deposition Of Lila Bailey (Oct.18 and 19, 2021) | A-3199 |
| | | Exhibit 122 – Internet Archive Blog Post, "Michelle Wu Receives Internet Archive Hero Award for Establishing the Legal Basis for Controlled Digital Lending" (Oct. 20, 2020) | A-3228 |
| | | Exhibit 123 – White Paper On Controlled Digital Lending By Courtney And Hansen | A-3233 |
| | | Exhibit 124 – Email From Kyle Courtney | A-3276 |
| | | Exhibit 125 – Email From Lila Bailey | A-3278 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 14** | |
| | | Exhibit 126 – Email From Lila Bailey | A-3283 |
| | | Exhibit 127 – Email From Chris Freeland | A-3295 |
| | | Exhibit 128 – Email From Lila Bailey | A-3297 |
| | | Exhibit 129 – Email From Wendy Hanamura | A-3304 |
| | | Exhibit 130 – Internet Archive Post, "Implementation & Integration: CDL For All Libraries" (July 14, 2021) | A-3307 |
| | | Exhibit 131 – Email From Peter Jaszi | A-3312 |
| | | Exhibit 132 – Email From Lila Bailey | A-3318 |
| | | Exhibit 133 – Bailey, Courtney, Hansen, Minow, Shultz And Wu Statement (Sept. 2018) | A-3323 |
| | | Exhibit 134 – AAP "Statement On Flawed Theory Of 'Controlled Digital Lending'" | A-3332 |
| | | Exhibit 135 – Author's Guild's Statement On "Controlled Digital Lending Is Neither Controlled Not Legal" | A-3336 |
| | | Exhibit 136 – Emails From Chris Freeland To Boston Public Library Librarian Tom Blake | A-3339 |
| | | Exhibit 137 – Internet Archive's Amicus Brief In *ReDigi* | A-3347 |
| | | Exhibit 138 – Article, "The Implications Of The ReDigi Decision For Libraries" | A-3377 |
| | | Exhibit 139 – Internet Archive Blog Post, "Internet Archive Responds: Why We Released The National Emergency Library" (Mar. 30, 2020) | A-3383 |
| | | Exhibit 140 – Signatories To Position Statement On Controlled Digital Lending By Libraries | A-3390 |
| | | Exhibit 141 – Emails From Amy Brand | A-3394 |
| | | Exhibit 142 – Email From Hansen To Bailey, Wu, Minow, Courtney And Schultz | A-3396 |
| | | Exhibit 143 – Email From Chris Freeland To Janet Snowhill | A-3399 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 144 – Email From Chris Freeland To Kristy Draper | A-3407 |
| | | Exhibit 145 – Internet Archive's Event Description (Feb. 2019) | A-3409 |
| | | Exhibit 146 – Blog Post Titled "Mythbusting Controlled Digital Lending: Community Rallies To Fight Misinformation About The Library Practice" (Feb. 11, 2019) | A-3414 |
| | | Exhibit 147 – Email From Chris Freeland To Duke University Librarian | A-3417 |
| | | Exhibit 148 – Emails Between Chris Freeland And Kevin French | A-3420 |
| | | Exhibit 149 – Not Filed | |
| | | Exhibit 150 – Internet Archive Blog Post, "How Internet Archive and controlled digital lending can help course reserves this fall" (July 30, 2020) | A-3424 |
| | | Exhibit 151 – Emails Between Chris Freeland And Michael Weiss | A-3429 |
| | | Exhibit 152 – Emails Between Chris Freeland And Wendy Knapp | A-3434 |
| | | Exhibit 153 – Open Libraries Form | A-3437 |
| | | Exhibit 154 – Open Library Webpage | A-3474 |
| | | Exhibit 155 – Email From Brewster Kahle To Carla Hayden | A-3478 |
| | | Exhibit 156 – Email From Michael "Mek" Karpeles To Brenton Cheng | A-3481 |
| | | Exhibit 157 – Excerpts From Deposition Of Michael "Mek" Karpeles (Oct. 27, 2021) | A-3484 |
| | | [FUS*] Exhibit 158 – Spreadsheet Of Internet Archive's Publication Year Data | A-3491 |
| | | Exhibit 159 – Internet Archive's Pre-Motion Letter For Motion for Summary Judgment | A-3492 |
| | | [FUS*] Exhibit 160 – Exhibit 13 To Deposition Of Steve Potash | A-3496 |
| | | Exhibit 161 – Men's Health Article, "Darin Olin Is More Than Zac Efron's Travel | A-3497 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Partner In Netflix's Down To Earth" by Adrianna Friedman (Jul. 10, 2020) | |
| | | Exhibit 162 – Email From Brewster Kahle To Carla Hayden | A-3501 |
| | | Exhibit 163 – Overdrive Homepage For Detroit And Austin Public Libraries | A-3504 |
| | | Exhibit 164 – Document Titled "Open Library Design Ecosystem" | A-3515 |
| | | Exhibit 165 – Excerpts From Deposition Of Daniel Smith (Apr. 6, 2022) | A-3524 |
| | | Exhibit 166 – Institute Of Museum And Library Services Report, "The Use And Cost Of Public Library Materials" (2021) | A-3531 |
| | | Exhibit 167 – Rural Public Library Webpages | A-3541 |
| | | **Vol. 15** | |
| | | Exhibit 168 –Internet Archive Blog Post, "Announcing a National Emergency Library to Provide Digitized Books to Students and the Public" (Mar. 24, 2020) | A-3548 |
| | | Exhibit 169 – Screen Captures From The Open Library Stats Page | A-3559 |
| | | Exhibit 170 – Screen Captures From The Open Library Homepage | A-3569 |
| | | Exhibit 171 – Email From Lila Bailey | A-3577 |
| | | Exhibit 172 – Sen. Udall's Letter And Register Strong's Response | A-3581 |
| | | Exhibit 173 – Email From Alan Harvey | A-3606 |
| | | Exhibit 174 – Email From Director The Univ. Of Minnesota Press | A-3610 |
| | | Exhibit 175 – Email From Mary E. Rasenberger | A-3612 |
| | | Exhibit 176 – Emails From Penguin Random House | A-3616 |
| | | Exhibit 177 – Email From Brewster Kahle To Executive Director Of The Authors Alliance And Pamela Samuelson | A-3619 |

16

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 178 – Author's Alliance Webpage | A-3621 |
| | | Exhibit 179 – Email From Brianna Schofield To Bailey, Samuelson And Freeland | A-3625 |
| | | Exhibit 180 – Internet Archive Blog Post, "The National Emergency Library – Who Needs It? Who Reads It? Lessons From The First Two Weeks" (Apr. 14, 2020) | A-3628 |
| | | Exhibit 181 – Internet Archive Blog Post, "Temporary National Emergency Library To Close 2 Weeks Early, Returning To Traditional Controlled Digital Lending" (June 10, 2020) | A-3638 |
| | | Exhibit 182 – Email From Mike Furlough | A-3647 |
| | | Exhibit 183 – Email From Skip Dye | A-3651 |
| | | Exhibit 184 – HathiTrust's Emergency Temporary Access Service | A-3653 |
| | | Exhibit 185 – Google Search For "Toni Morrison Beloved Free Read" | A-3656 |
| 97 | 07/07/2022 | Defendant Internet Archive's Motion for Summary Judgment | A-3662 |
| 98 | 07/07/2022 | [Redacted] Defendant Internet Archive's Rule 56.1 Statement | A-3666 |
| 99 | 07/07/2022 | Plaintiffs' Memorandum Of Law In Support Of Plaintiffs' Motion for Summary Judgment | A-3692 |
| 100 | 07/07/2022 | Declaration Of Joseph C. Gratz In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-3741 |
| | | Exhibit A – Stipulation Of Undisputed Facts (June 10, 2022) | A-3752 |
| | | Exhibit B – Excerpts From Supplemental Expert Report Of Ian Foster (Mar. 31, 2022) (Pages 1- 53) | A-3758 |
| | **Vol. 16** | | |
| | | Exhibit B – Excerpts From Supplemental Expert Report Of Ian Foster (Mar. 31, 2022) (Pages 54 – 122) | A-3813 |

17

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS] Exhibit C – Excerpts From Corrected Transcript Of Deposition Of Steve Potash (Jan. 31, 2022) | A-4041 |
| | | [FUS] Exhibit D – HarperCollins Doc. No. HC0030132 | A-4056 |
| | | [FUS] Exhibit E – Penguin Random House Doc. No. PRH0072194 | A-4058 |
| | | [FUS] Exhibit F – Hachette Doc. No. Hachette0012377 | A-4061 |
| | | Exhibit G – International Federation of Library Associations and Institutions' Position Statement On Controlled Digital Lending (June 2, 2021) | A-4062 |
| | | Exhibit H – Public Library Association Post, "Public Libraries Respond To COVID-19: Survey Of Response & Activities" | A-4068 |
| | | Exhibit I – EducationWeek Article, "Map: Coronavirus And School Closures In 2019-2020" (Mar. 6, 2020) | A-4071 |
| | | **Vol. 17** | |
| | | Exhibit J – Excerpts From Deposition Of Adam Silverman (Dec. 6, 2021) | A-4077 |
| | | Exhibit K – New Yorker Article, "The National Emergency Library Is A Gift To Readers Everywhere" by Jill Lepore (Mar. 26, 2020) | A-4086 |
| | | Exhibit L – Public Libraries Survey From Institute Of Museum And Library Services | A-4090 |
| | | Exhibit M – WorldCat For "The Lion, The Witch, And The Wardrobe" | A-4096 |
| | | Exhibit N – Excerpts From Deposition Of Skip Dye (Nov. 18, 2021) | A-4102 |
| | | Exhibit O – Publisher Weekly Article, "Ranking America's Largest Publishers" by Jim Milliot (Feb. 24, 2017) | A-4116 |
| | | Exhibit P – Excerpts From Annual Report Of Bertelsmann (2018) | A-4120 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit Q – Excerpts From Annual Report Of Bertelsmann (2019) | A-4125 |
| | | Exhibit R – Excerpts From Annual Report Of Bertelsmann (2021) | A-4130 |
| | | Exhibit S – Excerpts From John Wiley & Sons, Inc.'s SEC Form 10-K (2020) | A-4136 |
| | | Exhibit T – Excerpts From John Wiley & Sons, Inc.'s SEC Form 10-K (2021) | A-4142 |
| | | Exhibit U – Excerpts From Annual Report Of News Corp. (2019) | A-4146 |
| | | Exhibit V – Excerpts From Annual Report Of News Corp (2021) | A-4153 |
| | | Exhibit W – Excerpts From English-Language Version Of Lagardère's Universal Registration Document With French Government (2018) | A-4158 |
| | | Exhibit X – Excerpts From The English-Language Version Of Lagardère's Universal Registration Document With French Government (2020) | A-4161 |
| | | Exhibit Y – Excerpts From English-Language Version Of Lagardère's Universal Registration Document With French Government (2021) | A-4170 |
| | | Exhibit Z – Publisher Weekly Article, "A Year For The (Record) Books In Publishing" by Jim Milliot (Jan. 19, 2021) | A-4185 |
| | | Exhibit AA – Publisher Weekly Article, "America's Biggest Publishers Keep Posting Profits" by Jim Milliot (Apr. 1, 2022) | A-4189 |
| | | Exhibit BB – New York Times Article, "Surprise Ending For Publishers: In 2020, Business Was Good" by Elizabeth A. Harris (Dec. 29, 2020) | A-4193 |
| | | Exhibit CC – Excerpts From Deposition Of Josh Marwell (Dec. 3, 2021) | A-4198 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS*] Exhibit DD – Overdrive Doc. No. Overdrive_Supp_002 | A-4204 |
| | | Exhibit EE – Excerpts From Deposition Of Jeffrey Prince (June 9, 2022) | A-4205 |
| | | Exhibit FF – Excerpts From Deposition Of Alison Lazarus (Nov. 12, 2021) | A-4216 |
| | | Exhibit GG – Excerpts From Deposition Of Chantal Restivo-Alessi (Dec. 1, 2021) | A-4223 |
| | | Exhibit HH – Excerpts From Deposition Of Alan Pavese (Dec. 10, 2021) | A-4230 |
| | | Exhibit II – Excerpts From H.R. Report No. 94-1476 (Sept. 3, 1976) | A-4236 |
| | | [FUS*] Exhibit JJ – Hachette Doc. No. Hachette0002474 | A-4240 |
| | | [FUS*] Exhibit KK – Hachette Doc. No. Hachette0002475 | A-4241 |
| | | [FUS*] Exhibit LL – HarperCollins Doc. No. HC0010272 | A-4242 |
| | | [FUS*] Exhibit MM – Penguin Random House Doc. No. PRH0025907 | A-4243 |
| | | [FUS*] Exhibit NN – John Wiley & Sons Doc. No. Wiley0005650 | A-4244 |
| 101 | 07/07/2022 | Declaration Of Lauren Sherman In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4245 |
| 102 | 07/07/2022 | Declaration Of Ben Saracco In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4251 |
| 103 | 07/07/2022 | Declaration Of Laura Gibbs In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4258 |
| 104 | 07/07/2022 | Declaration Of Daniel Smith In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4265 |
| 105 | 07/07/2022 | Declaration Of Brewster Kahle In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4270 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 1 – Library Services And Technology Act Grant To Internet Archive (2007) | A-4281 |
| | | Exhibit 2 – Institute Of Museum And Library Services Grant To Internet Archive (2017) | A-4289 |
| | | Exhibit 3 – Internet Archive Blog Post, "In-Library eBook Lending Program Launched" (2011) | A-4291 |
| | | Exhibit 4 – Chief Officers Of State Library Agencies Endorsement (2011) | A-4299 |
| | | Exhibit 5 – White Paper On Controlled Digital Lending Of Library Books | A-4302 |
| **Vol. 18** | | | |
| | | Exhibit 6 – Position Statement On Controlled Digital Lending | A-4345 |
| | | Exhibit 7 – List Of Signatories On Position Statement On Controlled Digital Lending | A-4350 |
| | | Exhibit 8 –Internet Archive Blog Post, "Weaving Books Into The Web—Starting With Wikipedia" (Oct. 29, 2019) | A-4357 |
| | | Exhibit 9 – Wikipedia List (Pages 1-239) | A-4367 |
| **Vol. 19** | | | |
| | | Exhibit 9 – Wikipedia List (Pages 240-337) | A-4607 |
| | | Exhibit 10 – Internet Archive Blog Post, "What Happens When Everyone Who Experienced An Event Is Gone?" (Sept. 26, 2019) | A-4705 |
| | | Exhibit 11 – Internet Archive Blog Post, "As Calls To Ban Books Intensify, Digital Librarians Offer Perspective" (Nov. 24, 2021) | A-4713 |
| | | Exhibit 12– Internet Archive Blog Post, "Announcing A National Emergency Library | A-4728 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | To Provide Digitized Books To Students And The Public" (Mar. 24, 2020) | |
| | | Exhibit 13 – Brewster Kahle Statement On "Supporting Waitlist Suspension for Books Loaned by the Internet Archive During the US National Emergency" (Mar. 24, 2020) | A-4741 |
| | | Exhibit 14 – Internet Archive Blog Post, "Teachers & National Emergency Library: Stories From The Frontlines Of Online Schooling" (Apr. 13, 2020) | A-4746 |
| | | Exhibit 15 – Internet Archive Blog Post, "Impacts Of The Temporary National Emergency Library And Controlled Digital Lending" (June 11, 2020) | A-4755 |
| | | Exhibit 16 – Internet Archive Blog Post, "More Impacts Of The National Emergency Library" (June 22, 2020) | A-4763 |
| | | Exhibit 17 – Internet Archive Blog Post, "Even More Impacts Of The National Emergency Library And Controlled Digital Lending" (Aug. 10, 2020) | A-4770 |
| 106 | 07/07/2022 | [Redacted] Defendant Internet Archive's Memorandum of Law In Support Of Defendant's Motion for Summary Judgment | A-4774 |
| 108 | 07/07/2022 | Declaration Of Rasmus Jorgensen In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4819 |
| | | [Redacted] Exhibit 1 – Opening Expert Report Of Rasmus Jorgensen (Feb. 25, 2022) | A-4822 |
| **Vol. 20** | | | |
| | | [Redacted] Exhibit 2 – Rebuttal Expert Report Of Rasmus Jorgensen (May 27, 2022) | A-4871 |
| 109 | 07/07/2022 | Declaration Of Imke Reimers In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4894 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [Redacted] Exhibit 1 – Opening Expert Report Of Imke Reimers (Feb. 25, 2022) | A-4897 |
| | | [Redacted] Exhibit 2 – Rebuttal Expert Report Of Imke Reimers (May 27, 2022) | A-4945 |
| 110 | 07/07/2022 | Declaration Of Susan H. Hildreth In Support Of Defendant Internet Archive 's Motion for Summary Judgment | A-4967 |
| | | Exhibit 1 – Opening Expert Report Of Susan H. Hildreth (Feb. 25, 2022) | A-4970 |
| | | Exhibit 2 – Rebuttal Expert Report Of Susan H. Hildreth (May 27, 2022) | A-5022 |
| 113 | 07/08/2022 | [Redacted] Plaintiffs' Rule 56.1 Statement | A-5030 |
| **Vol. 21** | | | |
| 166 | 09/02/2022 | Declaration Of Elizabeth A. McNamara In Opposition To Defendant Internet Archive's Motion for Summary Judgment | A-5141 |
| | | Exhibit 1 – Defendants' Response To Interrogatory No. 21 | A-5147 |
| | | Exhibit 2 – Excerpts From Deposition Of Chantal Restivo-Alessi (Dec. 1, 2021) | A-5156 |
| | | Exhibit 3 – Excerpts From Deposition Of Jeffrey Weber (Nov. 19, 2021) | A-5163 |
| | | Exhibit 4 – Excerpts From Deposition Of Alan Pavese (Dec. 10, 2021) | A-5178 |
| | | Exhibit 5 – Exhibit 4 To Deposition Of Imke Reimers | A-5188 |
| | | Exhibit 6 – Excerpts From Deposition Of Alison Lazarus (Nov. 13, 2021) | A-5226 |
| | | [FUS*] Exhibit 7 – Spreadsheet Of Overdrive Checkout And Revenue Data | A-5239 |
| | | Exhibit 8 – Letters On Pre-Motion Discovery Conference | A-5240 |
| | | [FUS*] Exhibit 9 – Internet Archive's Second Amended Privilege Log | A-5256 |
| | | Exhibit 10 – Excerpts From Deposition Of Lila Bailey (Oct. 18 And 19, 2021) | A-5257 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 11 – Internet Archive's Blog Post Titled "Internet Archive Launches New Pilot Program For Interlibrary Loan" (Apr. 27, 2021) | A-5261 |
| | | Exhibit 12 – Excerpts From Deposition Of Jacques Cressaty (Oct. 22, 2021) | A-5264 |
| | | Exhibit 13 – Overdrive Book Webpages | A-5273 |
| | | Exhibit 14 – Overdrive Book Webpages | A-5278 |
| | | Exhibit 15 – Excerpts From Deposition Of Benjamin Saracco (Mar. 15, 2022) | A-5283 |
| | | Exhibit 16 – Webpage Titled "Signatories To The Position Statement On Controlled Digital Lending By Libraries" (Sept. 2, 2022) | A-5292 |
| | | Exhibit 17 – Emails From HarperCollins | A-5304 |
| **Vol. 22** | | | |
| 167 | 09/02/2022 | [Redacted] Declaration Of Jeffrey T. Prince In Opposition To Defendant Internet Archive's Motion for Summary Judgment | A-5365 |
| | | [Redacted] Exhibit 1 – Expert Report Of Jeffrey Prince (May 25, 2022) | A-5414 |
| | | [Redacted] Exhibit 2 – Excerpts From Deposition Of Jeffrey Prince (June 9, 2022) | A-5523 |
| | | [Redacted] Exhibit 3 – Excerpts From Deposition Of Rasmus Jorgensen (June 8, 2022) | A-5547 |
| **Vol. 23** | | | |
| | | Exhibit 4 – Excerpts From Deposition Of Imke Reimers (June 8, 2022) | A-5612 |
| | | Exhibit 5 – Excerpts From Deposition Of Susan Hildreth (June 8, 2022) | A-5720 |
| | | Exhibit 6 – Exhibit 3 To Deposition Of Imke Reimers | A-5745 |
| 168 | 09/02/2022 | [Redacted] Plaintiffs' Counter Statement to Defendant's Rule 56.1 Statement | A-5777 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| 169 | 09/02/2022 | [Redacted] Plaintiffs' Memorandum Of Law In Opposition To Defendant's Motion for Summary Judgment | A-5838 |
| 170 | 09/02/2022 | Declaration Of Joseph C. Gratz In Opposition To Plaintiffs' Motion for Summary Judgment | A-5879 |
| | | **Vol. 24** | |
| | | [FUS] Exhibit 1 – Exhibit 4 To Deposition Of Steve Potash (Jan. 31, 2022) | A-5883 |
| | | Exhibit 2 – Excerpts From Deposition Of Andrea Mills (Oct. 14, 2021) | A-5909 |
| | | Exhibit 3 – Excerpts From Deposition Of Ginger Patton-Schmitt (Dec. 6, 2021) | A-5918 |
| | | Exhibit 4 – Excerpts From Deposition Of Michael "Mek" Karpeles (Oct. 27, 2021) | A-5941 |
| | | Exhibit 5 – Excerpts From Deposition Of Susan Hildreth (May 17, 2021) | A-5949 |
| | | Exhibit 6 – Errata To Deposition Of Susan Hildreth | A-5960 |
| | | Exhibit 7 – Judgment From Court Of Justice Of The European Union In *Vereniging Openbare Bibliotheken V Stichting Leenrecht*, Case C-174/15 | A-5963 |
| | | Exhibit 8 – Opinion Of Advocate General In *Vereniging Openbare Bibliotheken V Stichting Leenrecht*, Case C-174/15 | A-5977 |
| 171 | 09/02/2022 | Declaration Of Brewster Kahle In Opposition To Plaintiffs' Motion for Summary Judgment | A-5997 |
| | | **Vol. 25** | |
| 172 | 09/02/2022 | [Redacted] Defendant Internet Archive's Counter Statement to Plaintiffs' Rule 56.1 Statement | A-6005 |
| 173 | 09/02/2022 | Defendant Internet Archive's Memorandum Of Law In Opposition to Plaintiffs' Motion For Summary Judgment | A-6173 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| 175 | 10/07/2022 | Defendant Internet Archive's Reply Memorandum Of Law In Support Of Defendant's Motion For Summary Judgment | A-6214 |
| 176 | 10/07/2022 | Declaration Of Joseph C. Gratz In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-6242 |
| | | Exhibit 1 – Excerpts From Deposition Of Jeffrey T. Prince (June 9, 2022) | A-6255 |
| | | **Vol. 26** | |
| | | Exhibit 2 – Excerpts From Deposition Of Rasmus Jørgensen (June 8, 2022) | A-6274 |
| 177 | 10/07/2022 | [Redacted] Defendant Internet Archive's Response to Plaintiffs' Counter Statement to Defendant's Rule 56.1 Statement | A-6279 |
| 178 | 10/07/2022 | [Redacted] Plaintiffs' Response To Defendant Internet Archive's Counter Statement to Plaintiffs' Rule 56.1 Statement | A-6367 |
| 179 | 10/07/2022 | [Redacted] Plaintiffs' Reply Memorandum Of Law In Support Of Plaintiffs' Motion for Summary Judgment | A-6381 |
| 189 | 03/28/2023 | Transcript Of Proceedings – 03/20/2023 Hearing | A-6407 |
| 216 | 08/11/2023 | Order | A-6458 |

*Submitted to the Court on flash drive

Weber Declaration

Exhibit 4

# 33% Growth for Digital Books from Public Libraries and Schools in 2020 Sets Records

*Social justice and remote learning were key factors in ebook and audiobook usage*

**CLEVELAND – January 7, 2021** – Librarians and educators achieved record levels of digital book circulation in 2020. Readers worldwide borrowed 430 million ebooks, audiobooks and digital magazines in the past 12 months, a 33% increase over 2019. This significant growth was influenced by the pandemic, social justice and remote learning. Data was reported by OverDrive, the leading digital reading platform for 65,000 libraries and schools worldwide.

Social unrest and widespread civil protests had a profound impact on the world and libraries expertly responded. Digital books about social justice and those written by Black, Indigenous, People of Color (BIPOC) or by a member of the marginalized community from which it depicts (Own Voices) experienced 165% YoY circulation growth. *White Fragility*, *So You Want to Talk about Race*, *The Hate U Give* and others became top 10 titles checked out during 2020.

The most significant genre growth in 2020 was children's and YA fiction and nonfiction because of remote and hybrid learning. In addition, more than 2 million checkouts occurred through Public Library CONNECT partnerships and the Sora student reading app. More public library and school partnerships than ever enabled students to use their school credentials to borrow ebooks and audiobooks from both their school and local public library.

**2020 digital book lending records from the OverDrive global network:**

- Total digital checkouts from libraries and schools: 430 million (+33% over 2019)
    - Ebooks borrowed: 289 million (+40%)
    - Audiobooks borrowed: 138 million (+20%, lower growth rate due to less commuting)
    - Children/YA genre checkouts: 111 million (+79%)

- Ebook and audiobook holds/wait listed: 187 million (+44%)
- 102 public library systems around the world (+72%) achieved more than 1 million digital book checkouts
  - Includes 26 systems over 2 million checkouts, 10 over 3 million, 6 over 4 million, 2 over 5 million, 3 over 6 million, 2 over 7 million and 1 over 8 million (full list available soon)
- Millions of installs of the award-winning Libby reading app

The Sora app also drove massive growth in schools' digital content usage at a faster rate than expected. Since the app was launched in September 2018, schools rapidly adopted Sora for the classroom and at home. This adoption accelerated even more in 2020, with over 43,000 schools worldwide now utilizing Sora.

In 2020 overall, OverDrive added more than 20,000 new libraries and schools in 12 additional countries, bringing the total to 65,000 in 84 countries. OverDrive announced the acquisition of RBdigital in June of 2020 which resulted in hundreds of libraries and schools joining its network. Other significant changes: 9 new languages were added into the Libby reading app's interface, including Spanish and French, and OverDrive's industry leading catalog expanded to include 3,000 digital magazines supplied by ZINIO.

***Most popular ebooks borrowed from libraries in 2020:***

1. *Where the Crawdads Sing* by Delia Owens (Penguin Publishing Group) (Putnam)

2. *Becoming* by Michelle Obama (Crown)

3. *Educated* by Tara Westover (Random House Publishing Group)

4. *Little Fires Everywhere* by Celeste Ng (Penguin Publishing Group)

5. *The Giver of Stars* by Jojo Moyes (Penguin Publishing Group) (Viking/Dorman)

**Most popular audiobooks borrowed from libraries in 2020:**

1. *Harry Potter and the Sorcerer's Stone* by J. K. Rowling (Pottermore)

2. *Becoming* by Michelle Obama (Penguin Random House Audio)

3. *Where the Crawdads Sing* by Delia Owens (Penguin Random House Audio)

4. *Talking to Strangers* by Malcolm Gladwell (Hachette Audio)

5. *Educated* by Tara Westover (Penguin Random House Audio)

**Top digital books borrowed from libraries by genre:**

- Adult fiction: *Where the Crawdads Sing* by Delia Owens (Penguin Publishing Group) (Putnam)
- Adult nonfiction: *Becoming* by Michelle Obama (Crown)
- Young adult fiction*: The Hate U Give* by Angie Thomas (Balzer + Bray)
- Children's fiction: *Harry Potter and the Sorcerer's Stone* by J. K. Rowling (Pottermore)

A full set of most popular lists can be found here.

To find a public library near you, download the Libby app (iOS, Android) or visit www.overdrive.com.

**About OverDrive**

OverDrive strives to create "a world enlightened by reading." Serving a growing network of 65,000 libraries and schools in 84 countries, OverDrive delivers the industry's largest digital catalog of ebooks, audiobooks, magazines and other content through award-winning apps. The Libby reading app for libraries is one of *Popular Mechanics*' 20 Best Apps of the Decade, while the student reading app Sora is one of *TIME*'s Best Inventions of 2019. Founded in 1986, OverDrive is based in Cleveland, Ohio USA and was named a Certified B Corp in 2017. www.overdrive.com

Contact:

David Burleigh
Director of Brand & Communications
dburleigh@overdrive.com

Case 1:20-cv-04160-JGK-OTW Document 85 Filed 07/07/22 Page 71 of 3

# Weber Declaration

# Exhibit 5

| From: | Monaco, Lauren <lmonaco@penguinrandomhouse.com> on behalf of Monaco, Lauren <lmonaco@penguinrandomhouse.com> |
|---|---|
| To: | ████████@archive.org |
| CC: | Dye, Skip |
| Sent: | 7/23/2014 10:56:47 AM |
| Subject: | Open Library and PRH |

Brewster,

Thank you for the quick response to our concerns. I've attached a full list of Penguin Random House titles and isbns for your review. As discussed last week, Daisy files and the usage of PRH titles to support the disabled, as allowed under the Chafee Amendment, are permissible. Unauthorized, scanned versions of Penguin Random House titles being lent to patrons need to be removed from the Open Library site immediately. The attached file includes both print and eBook isbn for all Random House titles, and print isbns (only) for Penguin titles. It includes close to 60,000 unique isbns. Please let us know the time frame in which we can expect these titles to be removed, and if you need anything additional from us to facilitate this process.

Additionally, further to our conversation last week, and to your comments below, I would like to understand the general user uploads. You mention that these title uploads and scans are not incorporated into collections that patrons see. If that is the case, please let me know how users are gaining access to them, if not through lending collections? And what measures are in place at the Open Library that assist in your reviewing of these uploads and taking them down?

Thank you,

Lauren

Lauren Monaco
Penguin Random House
V.P., Director, Digital Business Development
ph. ████████
lmonaco@randomhouse.com

---

**From:** Brewster Kahle [mailto:████████@archive.org]
**Sent:** Friday, July 18, 2014 8:33 PM
**To:** Monaco, Lauren; Dye, Skip
**Subject:** Lending ebooks

Lauren and Skip,

Thank you, as well, for taking the time to speak with us this week. As mentioned on the call, Internet Archive is eager to discuss the possibility of purchasing Penguin Random House ebooks for our lending program. We would like to take you up on your offer to send us a list of ISBNs. Specifically, we would ask for the list of ISBNs for which PRH holds digital rights so that Internet Archive can check this list against the openlibrary.org catalogue, as well as gain an idea of the titles that we might be able to discuss purchasing from Penguin Random House provided that we are able to resolve the current issue. We feel confident that we can do so in a way that works to our mutual benefit.

To respond to another of your questions, general user uploads are not included in the print-disabled and lending collections. Internet Archive acts expeditiously to review and process all take down request sent to us and has a posted Copyright Policy outlining how a copyright claim may be submitted regarding materials posted on archive.org or viewable through openlibrary.org.

Thank you again and have a good weekend.

CONFIDENTIAL

PRH0072294

CONFIDENTIAL

PRH0072295

Weber Declaration

Exhibit 6

| From: | Christopher Butler on behalf of Christopher Butler <████@archive.org> |
|---|---|
| To: | Dye, Skip |
| Sent: | 8/21/2014 8:53:29 PM |
| Subject: | Re: lending ebooks |

Skip,

We've been disabling lending access to our list of items with matching ISBN metadata that also have either an Ebook ISBN or "Y" in the "Ebook Eligible" column on your spreadsheet. I will confirm when this has been completed.

We have taken an Ebook ISBN or affirmative mark in the "Ebook Eligible" column as your confirmation that Penguin Random House owns the digital rights to that title. If this is not the case, please let me know. We are still reviewing the other books.

Openlibrary.org has listings that point to Internet Archive items, and these are all hosted on archive.org. As you may know, books are a small minority of the things on archive.org. There are enormous amounts of user items of various media types on archive.org, but these user items are not included in Open Library's lending collection. If we are alerted to uploads that break our Terms of Use, we take them down.

If you would like to have the call next week, I'm available at your Wednesday time. We'd look forward to seeing how we can move toward discussion of rebuilding and expanding the collection by buying ebooks.

- Chris

On 8/21/14 1:31 PM, Dye, Skip wrote:
Thank you.

---

**From:** Chris Butler [mailto:████@archive.org]
**Sent:** Thursday, August 21, 2014 10:13 AM
**To:** Dye, Skip
**Subject:** Re: lending ebooks

Skip,

Thank you for your patience. We will be getting back to you today.

-Chris

On 8/18/2014 5:13 AM, Dye, Skip wrote:
I would like to schedule another call next week for a general update. Please let me know if Tuesday at 2:00 p.m. (EST) or Wednesday at 2:00 p.m. (EST) of next week works for you.

Skip Dye

---

**From:** Christopher Butler [mailto:████@archive.org]
**Sent:** Friday, August 15, 2014 8:25 PM
**To:** Dye, Skip
**Subject:** Re: lending ebooks

I'd like to report that we have compiled and reviewed a list of items with matching ISBNs in our meta-data. We're now working on an appropriate way to process the disablement of lending access for these items and should be able to report more about the progress of this in the coming week.

Confidential

PRH0052943

--

Chris


On 8/12/14 2:49 PM, Christopher Butler wrote:
Hi Skip,

We wanted to let you know that we're back in the office. We've done some analysis from your list based on ISBNs, have put together a candidate list of matches, and are now working on tying it back to your list. We hope to have more information for you by this Monday, August 18th.

Regarding general user uploads of texts to Internet Archive – these occur at archive.org and they are typically not included in the collections assigned lending access – those that you see available to borrow electronically at openlibrary.org. If you'd like to test out the archive.org upload process, you can establish an account at archive.org and then select "Upload" in the upper right on any page.


Sincerely,

--

Chris Butler
Office Manager
Internet Archive
███████████
www.archive.org

On 7/25/14 8:03 PM, Brewster Kahle wrote:
Lauren and Skip,

Thank you for your note and the information.   We are starting an
analysis of the books.   Your nicely formatted spreadsheet is very helpful.

I am especially happy that there were ebook ISBN's associated with
many-- are these available for purchase by libraries?   I remember your
wanting to make progress on takedowns before we look to purchase books
so we can lend them from our platform, but that is our goal.   In fact,
doing fundraising around purchasing the books could be effective and
understandable to many of our patrons.   I imagine most people would
prefer epub to scans in most cases if the terms and delivery technology
are the same.

Also, as an FYI, I will be going on vacation for 2 weeks shortly so will
need to ask for your patience in dealing with this matter (we're a
pretty small shop, though that's not always apparent from the outside).

Will be back to you shortly with more information.

-brewster

Confidential

PRH0052944

Case 1:20-cv-04160-JGK-OTW Document 95-7 Filed 07/07/22 Page 1 of 4

# Weber Declaration

# Exhibit 7



Page 1
Open Libraries : Free Texts : Free Download, Borrow and Streaming : Internet Archive
https://archive.org/details/openlibraries

INTERNET ARCHIVE — SIGN UP | LOG IN — UPLOAD — Search

ABOUT BLOG PROJECTS HELP DONATE CONTACT JOBS VOLUNTEER PEOPLE

# Open Libraries

Share · Favorite · RSS · Play All

Libraries that are interested in lending digital books to their patrons should join Open Libraries and contribute to the community of practice we are building together. By joining Open Libraries, libraries can identify the overlap in their physical holdings with our digital holdings and provide free digital books to patrons where there are matches. Additionally, libraries can add their holdings into Open Libraries to increase lending counts.

- Learn more about Open Libraries
- Learn more about Controlled Digital Lending
- Watch a demo of how Controlled Digital Lending works

ABOUT COLLECTION

92 RESULTS

SORT BY VIEWS · TITLE · DATE PUBLISHED · CREATOR

Search this Collection
- Metadata
- Text contents (no results)

Part Of
eBooks and Texts

Media Type
- collections 91
- data 1

Availability

Year
- 2018 1
- (No Date) 91

Topics & Subjects
- openlibraries 4
- American Libraries 1
- Fiction 1
- Non-Fiction 1
- Public Libraries 1
- Ruth Enlow Library 1

More

Collection
- eBooks and Texts 91

More

Language
- English 4

Spokane Public Library - Open Libraries — 34,228 ITEMS

Denver Public Library - Open Libraries — 88,209 ITEMS

Open Libraries Wish List — 7,047 · 19 · 1

Milton Public Library - Open Libraries — 28,457 ITEMS

University of Arizona Libraries — 380,393 ITEMS

John Stewart Memorial Library at Wilson College — 187,139 ITEMS

amc-ol — 0 ITEMS

Sonoma County Libraries - Open Libraries — 1,411 ITEMS

Cowles Library — 101,480 ITEMS

The Claremont Colleges — 206,710 ITEMS

divinemercy-ol — 0 ITEMS

Ruth Enlow Library - Open Libraries Collection — 42 ITEMS

Kalamazoo College Library - Open Libraries Collection — 91,644 ITEMS

Philadelphia Museum of Art - Open Libraries — 8,191 ITEMS

Delaware County District Library (Ohio) - Open Libraries Collection — 74,522 ITEMS

MIT Libraries - Open Libraries — 0 ITEMS

Barry University — 66,269 ITEMS

cnusd-ol — 111,743 ITEMS

Arizona State University Library - Open Libraries Collection

bask-ol — 0 ITEMS

viva-ol — 0 ITEMS

bowdoincollegelibrary-ol

dartmouthlibrary-

Howard University Libraries



cuny-ol
0 ITEMS

auwcl-ol
2,381 ITEMS

Washington Research Library Consortium - Open Libraries
108,582 ITEMS

University of Alberta Wiedrick Collection - Open Libraries
0 ITEMS

brynmawr-ol
4,460 ITEMS

saiacs-ol
9,122 ITEMS

belmont-ol
60,210 ITEMS

0 ITEMS

framingham-ol
60,717 ITEMS

University of the West
15,519 ITEMS

Kalamazoo Public Library - Open Libraries
0 ITEMS

Georgetown University Law Library - Open Libraries Collection
48,322 ITEMS

uni-ol
264,937 ITEMS

ol
268,937 ITEMS

manchestercitylit ol
560 ITEMS

americanuniversi ol
168,115 ITEMS

Princeton Theological Seminary Library - Open Libraries
0 ITEMS

johnshopkins-ol
288,199 ITEMS

Boston Public Library Jordan Collection
75,750 ITEMS

cpl-ol
0 ITEMS

0 ITEMS

washburn-ol
0 ITEMS

riceuniversity-ol
193,754 ITEMS

uic-ol
0 ITEMS

ajcharleson-ol
3 ITEMS

University of Oklahoma Libraries
296,787 ITEMS

goffstownlibrary-ol
14,913 ITEMS

columbiauniversi ol
0

14,148 ITEMS

ucalgary-ol
0 ITEMS

udc-ol
88,462 ITEMS

vpl-ol
0 ITEMS

auc-ol
0 ITEMS

ithacacollege-ol
83,039 ITEMS

Hamilton Public Library - Open Libraries
91,962 ITEMS



dmu-ol
0 ITEMS

covenantseminar ol
0 ITEMS

Marygrove College - Open Libraries
0 ITEMS

cua-ol
100,522 ITEMS

swarthmore-ol
5,023 ITEMS

uw-ol
0 ITEMS

CSU East Bay - Open Libraries
0 ITEMS

rochester-ol
269,160 ITEMS

tulsacc-ol
21,404 ITEMS

pcc-ol
0 ITEMS

randolph-macon-college-ol
63,285 ITEMS

unb-ol
192,461 ITEMS

ITEMS

Boston University Libraries - Open Libraries
71,235 ITEMS

Open Library
216 ITEMS

tamu-evanslibrary-ol
0 ITEMS

University of Colorado Boulder
349,477 ITEMS

seminolestate-ol
0 ITEMS

longwood-ol
3,134 ITEMS

thomascollege-ol
0 ITEMS

salisburyfreelibra ol
6,003 ITEMS

Fetching more results



# Weber Declaration

# Exhibit 8

6/17/22, 4:43 PM Case 1:20-cv-04160-JGK-OTW Document 95-8 Filed 07/07/22 Page 2 of 9 Internet Archive Blogs

# Internet Archive Blogs

*A blog from the team at archive.org*



# For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books

Posted on November 6, 2019 by chrisfreeland

blog.archive.org/2019/11/06/for-the-love-of-literacy-better-world-books-and-the-internet-archive-unite-to-preserve-millions-of-books/ 1/8

A-803



Announced today, Better World Books, the world's leading socially conscious online bookseller, is now owned by Better World Libraries, a mission-aligned, not-for-profit organization that is affiliated with longtime partner, the Internet Archive.  This groundbreaking partnership will allow both organizations to pursue their collective mission of making knowledge universally accessible to readers everywhere. This new relationship will provide additional re-sources and newfound synergies backed by a shared enthusiasm for advancing global literacy. Together, the two orga-nizations are expanding the digital frontier of book preservation to ensure books are accessible to all for generations to come.

This new relationship will allow Better World Books to pro-vide a steady stream of books to be digitized by the Internet Archive, thereby growing its digital holdings to millions of books. Libraries that work alongside Better World Books will now make a bigger impact than ever. Any book that does not yet exist in digital form will go into a pipeline for future digitization, preservation and access.  According to Brewster Kahle, Founder and Digital Librarian at the Internet Archive, "The Better World Books origin story is inspir-ing, and the service they provide to libraries is invaluable. These are our kind of people. We share their values, and we

 

A-804

Case 1:20-cv-04160-JGK-OTW Document 95-3 Filed 07/07/22 Page 45 of 9

are proud to partner with Better World Books and libraries around the world to promote the goal of universal access to all knowledge."

Better World Books was born in 2003, when a group of recent college graduates sold their used textbooks online. Their success eventually led to the creation of a revolutionary new business model where used books are collected primarily from libraries, booksellers, colleges, and universities in six countries and then are either resold online, donated or recycled. To date, Better World Books has donated almost 27 million books worldwide, has raised close to $29 million for libraries and literacy, and has saved more than 326 million books from landfills. With the backing of the not-for-profit Better World Libraries, Better World Books will enhance these valuable services to libraries and readers.

According to Jim Michalko, former president of The Research Libraries Group, Inc., and a Better World Books board member, "This new relationship is a win for the library community. One of the biggest challenges facing libraries today is responsibly removing materials from their shelves so they can bring in more desirable materials or repurpose space to fit community needs. Better World Books has always been a trusted partner in this activity. Now, libraries can provide books to Better World Books knowing that a digital copy will be created and preserved if one doesn't yet exist. That's responsible collection management."

The Internet Archive has long been committed to digitizing books and library materials so they can be accessed by users all over the world. Through digitization, these materials can be used by researchers in large-scale, data-driven computing investigations, preserved in both digital and physical form, and where appropriate, loaned to readers.

Dustin Holland, the newly appointed President and CEO of Better World Books, underscores, "We exist to make a difference in the world, and our customers make that possible. We are honored to join the Internet Archive family, and our partnership allows us to extract the maximum value out of every book we collect at scale, while continuing to delight readers all over the world."

Better World Books remains the bookstore that customers know and love, with its operations now enhanced for the services it offers to libraries and readers alike. Shop with confidence and help us celebrate this exciting new partnership with a 10% discount on purchases made through the end of the year using discount code "BWBIA". At checkout, you will have an opportunity to round up your purchase amount to benefit the Internet Archive and directly support our mission.

Case 1:20-cv-04160-JGK-OTW Document 95-8 Filed 07/07/22 Page 75 of 9



For more about the Internet Archive click here. For more about Better World Books click here.

Posted in News | 18 Replies

---

**About chrisfreeland**

Chris Freeland is the Director of Open Libraries at Internet Archive.

View all posts by chrisfreeland →

---

## 18 thoughts on "For the Love of Literacy—Better World Books and the Internet Archive Unite to Preserve Millions of Books"



**a reader**
November 7, 2019 at 12:38 am

"Any book that does not yet exist in digital form will go into a pipeline for future digitization, preservation and access."

A-806

6/17/22, 4:43 PM
Case 1:20-cv-04160-JGK-OTW Document 95-8 Filed 07/07/22 Page 76 of 9
For the Love of Literacy: Better World Books and the Internet Archive unite to preserve millions of books | Internet Archive Blogs

I appreciate the need to prioritize preservation resources, but please do not limit the pipeline to books that have not already been scanned.

We probably don't need a hundred scans of the The Devil Wears Prada, but as we all know, many notable books (textbooks, monographs, etc.) have multiple editions and printings; many earlier scans were library holdings which were damaged/defaced; and many of the latest scans (e.g., many of the Trent books) have very low contrast, irregular warping, gutter shadowing, etc. Machine learning can do a lot, but it can't magically fix a book with unusual color/layout (e.g., art books) or typesetting (e.g., a lot of mathematics books) if no clean copy exists (or, perhaps, multiple semi-clean copies).

One way to help prioritization might be to enable (trusted) users to mark existing scans that are incomplete, contain illegible text, have color issues beyond the usual page yellowing, etc. (That is, a wish list for re-scans.) Someday, we may be sad when library holdings from 1950-2000 have been deaccessioned and recycled en masse (via BWB) and discover that we don't actually have good copies of important texts.

---

 **رز موزیک**
November 7, 2019 at 6:53 am

I am very happy to work together. Moving towards a world of digital books

---

 **Nemo**
November 7, 2019 at 10:29 am

Great! This was the best news of the year, made my day when I was told. So does this mean I can buy a pallet of books from BWB and have it dispatched to the IA as long as they're part of the wish list? 🙂
https://archive.org/download/open_libraries_wish_list

---

 **chrisfreeland** `Post author`
November 7, 2019 at 9:31 pm

Hi Federico! Even better – you can sponsor a book: https://openlibrary.org/sponsorship

---

 **Chris**
November 7, 2019 at 4:36 pm

So who has priority over new books received from libraries or other sources—customers of BWB or the IA? While I am a huge fan of IA, I also buy a lot of books from BWB.

---

**Andrew**

A-807



November 7, 2019 at 6:53 pm

I would be interested in more details on the process here and about how it will impact the ecosystem of physical books in libraries. I'm concerned that this initiative will encourage shelf-clearing and the removal of physical books from library shelves. In fact, it seems like that's the primary goal — to get books off of the shelves. Via the Book Traces project, we have proven that many individual copies in libraries contain unique historical evidence that will be lost when this happens: http://booktraces.org

---



**آهنگ جدید**

November 7, 2019 at 9:37 pm

I am very happy to work together. Moving towards a world of digital books

---



**Naomi Fletcher**

November 7, 2019 at 10:32 pm

It's good to hear that Internet Archive has already taken steps to digitizing books and library materials.

---



**آهنگ**

November 8, 2019 at 1:05 pm

I'm concerned that this initiative will encourage shelf-clearing and the removal of physical books from library shelves

---



**Bàn ghế inox giá rẻ**

November 8, 2019 at 1:32 pm

I would be interested in more details on the process here and about how it will impact the ecosystem of physical books in libraries. I'm concerned that this initiative will encourage shelf-clearing and the removal of physical books from library shelves.

---



**رز موزیک**

November 8, 2019 at 7:19 pm

Great! This was the best news of the year, how i can sponser a book?

---



chrisfreeland   Post author

November 8, 2019 at 7:45 pm

A-808

Great to hear! You can sponsor a book through our new sponsorship program at:

https://openlibrary.org/sponsorship

 **رز موزیک**

November 10, 2019 at 10:07 am

thanks so much for quick response chrisfreeland. new sponsorship program is very good.

 **آهنگ جدید**

November 9, 2019 at 8:45 am

I appreciate the need to prioritize preservation resources, but please do not limit the pipeline to books that have not already been scanned.

 **آهنگ**

November 9, 2019 at 5:53 pm

I am very happy to work together. Moving towards a world of digital books

 **آهنگ جدید**

November 9, 2019 at 6:56 pm

I'm concerned that this initiative will encourage shelf-clearing and the removal of physical books from library shelves

 **Tractors**

November 12, 2019 at 8:52 am

Hello,
Am glad that I came across this article and got
to know such informative information
Thank you and keep sharing more such valuable information.

**آهنگ**

November 17, 2019 at 8:00 am

It's good to hear that Internet Archive has already taken steps to digitizing books and library materials.

A-809

Comments are closed.

Weber Declaration

Exhibit  9

## Internet Archive Blogs

*A blog from the team at archive.org*



Blog    Announcements    25th Anniversary    archive.org    About    Events    Developers    Donate

### Temporary National Emergency Library to close 2 weeks early, returning to traditional controlled digital lending

Posted on June 10, 2020 by Brewster Kahle



Within a few days of the announcement that libraries, schools and colleges across the nation would be closing due to the COVID-19 global pandemic, we launched the temporary National Emergency Library to provide books to support emergency remote teaching, research activities, independent scholarship, and intellectual stimulation during the closures.

We have heard hundreds of stories from librarians, authors, parents, teachers, and students about how the NEL has filled an important gap during this crisis.

Ben S., a librarian from New Jersey, for example, told us that he used the NEL "to find basic life support manuals needed by frontline medical workers in the academic medical center I work at. Our physical collection was closed due to COVID-19 and the NEL allowed me to still make available needed health informational materials to our hospital patrons." We are proud to aid frontline workers.

Today we are announcing that the National Emergency Library will close on June 16th, rather than June 30th, returning to traditional controlled digital lending. We have learned that the vast majority of people use digitized books on the Internet Archive for a very short time. Even with the closure of the NEL, we will be able to serve most patrons through controlled digital lending, in part because of the good work of the non-profit HathiTrust Digital Library. HathiTrust's new Emergency Temporary Access Service features a short-term access model that we plan to follow.

We moved up our schedule because, last Monday, four commercial publishers chose to sue Internet Archive during a global pandemic. However, this lawsuit is not just about the temporary National Emergency Library. The complaint attacks the concept of any library owning and lending digital books, challenging the very idea of what a library is in the digital world. This lawsuit stands in contrast to some academic publishers who initially expressed concerns about the NEL, but ultimately decided to work with us to provide access to people cut off from their physical schools and libraries. We hope that similar cooperation is possible here, and the publishers call off their costly assault.

Controlled digital lending is how many libraries have been providing access to digitized books for nine years. Controlled digital lending is a legal framework, developed by copyright experts, where one reader at a time can read a digitized copy of a legally owned library book. The digitized book is protected by the same digital protections that publishers use for the digital offerings on their own sites. Many libraries, including the Internet Archive, have adopted this system since 2011 to leverage their investments in older print books in an increasingly digital world.

We are now all Internet-bound and flooded with misinformation and disinformation—to fight these we all need access to books more than ever. To get there we need collaboration between libraries, authors, booksellers, and publishers.

Let's build a digital system that works.

Posted in Announcements, News | Tagged CDL, NEL | 51 Replies

← Four commercial publishers filed a complaint about the Internet Archive's lending of digitized books

Impacts of the temporary National Emergency Library and controlled digital lending →

### 51 thoughts on "Temporary National Emergency Library to close 2 weeks early, returning to traditional controlled digital lending"

Pingback: Temporary National Emergency Library to Close 2 Weeks Early, Returning to Traditional Controlled Digital Lending - LJ infoDOCKET



**Whitney B**
June 10, 2020 at 5:17 pm

HathiTrust's model is based on library's owning a copy of the resource. Since IA doesn't have record of what library's own, could you please clarify exactly how your short-term model will work after June 16th? Thank you!

---

**Search**

**Recent Posts**
- July Book Talk: The Library: A Fragile History
- Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- June Book Talk: The Catalogue of Shipwrecked Books
- GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure
- We Can Rebuild It: Using the Internet Archive to Discover Original Order

**Recent Comments**
- Sally G. on Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- Sally G. on Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- aho on GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure
- mal on GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure

**Categories**
- ! Brgm
- Announcements
- Archive-Version 2
- Archive-It
- Audio Archive
- Books Archive
- Cool items
- Education Archive
- Emulation
- Event
- Image Archive
- Jobs
- Lending Books
- Live Music Archive
- Movie Archive
- Music
- News
- Newsletter
- Open Library
- Past Event
- Software Archive
- Technical
- Television Archive
- Upcoming Event
- Video Archive
- Wayback Machine – Web Archive
- Web & Data Services

**Archives**
Select Month

**Meta**
- Log in
- Entries feed
- Comments feed
- WordPress.org

Pingback: Internet Archive: Temporary National Emergency Library to close 2 weeks early – RightsTech Project

**Adam**
June 10, 2020 at 7:26 pm

Phew. I was worried that copyright holders could be merciless.

**Mark Bilby**
June 10, 2020 at 8:36 pm

Related blog posts in support of the NEL and CDL:
https://calschol.com/2020/06/08/claremont-school-of-theology-donates-250000-books-to-the-open-library/
https://calschol.com/2020/06/02/a-second-call-to-solidarity-with-the-national-emergency-library-time-for-a-boycott/
https://calschol.com/2020/05/06/in-defense-of-the-national-emergency-library-a-call-to-library-solidarity-and-partnership-with-the-internet-archive/

**Mark Bilby**
June 10, 2020 at 8:41 pm

Related blog posts in support of the NEL and CDL:
https://calschol.com/2020/06/08/claremont-school-of-theology-donates-250000-books-to-the-open-library/
https://calschol.com/2020/06/02/a-second-call-to-solidarity-with-the-national-emergency-library-time-for-a-boycott/
https://calschol.com/2020/05/06/in-defense-of-the-national-emergency-library-a-call-to-library-solidarity-and-partnership-with-the-internet-archive/

Pingback: Activists rally to save Internet Archive as lawsuit threatens site | Bitcoin news and cryptocurrency news aggregator.

**wall-street**
June 10, 2020 at 11:11 pm

WOW! A million as gift? The bitcoin guy is insanely helpful.

Pingback: Activists rally to save Internet Archive as lawsuit threatens site - KogoCrypto

Pingback: Activists rally to save Internet Archive as lawsuit threatens site - Geezwild

**Frances Grimble**
June 11, 2020 at 5:22 am

And, um, don't traditional libraries actually *pay* to lend copyrighted books as e-books? Instead of scanning without paying or getting permission?

**Brewster Kahle** Post author
June 11, 2020 at 5:39 am

Try reading about Controlled Digital Lending– it is an interesting and useful path forward– a path with many winners.

https://controlleddigitallending.org/

**Edward Hasbrouck**
June 11, 2020 at 7:03 pm

Dear Brewster:

We have read what you *say* about "Controlled Digital Lending". We've also looked at what you and the Internet Archive actually *do*, and what you have publicly demonstrated, the heart of which is the unencrypted, uncontrolled "One Web Page for Every Page of Every Book", which has none of the purported "controls" described as part of CDL:

https://nwu.org/what-is-the-internet-archive-doing-with-our-books/

You say that the lawsuit by publishers "attacks the concept of any library owning and lending digital books". But that's not true. The lawsuit attacks the idea of making digital copies (first digital images of pages of printed books, then derivative e-books and audio files, then an additional copy for each reader or listener) without permission. "Lending " does not involve making copies, and is not implicated by this lawsuit or authors' objections to what your unauthorized copying.

Most rights to digital copying of works included in printed books, especially out-of-print books, are either held by authors (not publishers), or can be reverted from print publishers to authors on authors' request (although that process is much more difficult than it should be, and authors would welcome your support for reform of the reversion provisions of the Copyright Act).

If you don't like the terms offered by former print publishers of past print editions of books in which those works were included, and the rights to the digital copying you want to do are held (or could be) by authors, why keep complaining to print publishers rather than trying to work with authors?

You say that, "To get there we need collaboration between libraries, authors, booksellers, and publishers." But you chose to embark on "One Web Page for Every Page of Every Book" and your other projects for making and distributing unauthorized copies of our work without any collaboration with authors.

Authors have accompanied our critique of what the Internet Archive is doing with our works, and our call for dialogue, with a a variety of specific proposals, including these:

https://www.org/book-division/cdl/faq/#faq40

We've also asked the Internet Archive specific questions about what the Internet Archive is doing to help us understand and assess how we might collaborate. But we've gotten no response to any of those proposals or questions. The unwillingness to collaborate has been entirely on the part of the Internet Archive. If you are now willing to work with us, that's good news, and we look forward to receiving your initial responses to the proposals we have made and the initial clarifying questions we have asked.

If you want to "build a digital system that works", you will need to start talking to authors about how to build a platform through which (A) authors can provide pointers to existing digital version of these works, and/or author contact info for those who want to license republication or other copying, and (B) authors who want to do so can offer to license the rights you want, with some menu of options for terms and prices. There are many details to work out, to make sure that the platform helps libraries and accommodates and doesn't interfere with the diversity of authors' existing business models. But negotiation between the Internet Archive, libraries, and authors is the only way to get what you want.

Yours in hope for genuine dialogue,

Edward Hasbrouck
(Co-Chair, Book Division, National Writers Union)


الماراج عرا
June 11, 2020 at 7:06 am

I was worried that copyright holders could be merciless.


**poulei**
June 11, 2020 at 8:08 am

Giving up a little is a great concept — except when the charity is made with other people's property.

I never had any love for those publishing houses, but Internet Archive has no right to give away what isn't theirs to give away.

I DO think that copyright laws require some revision, but Internet Archive is always a step too far.


بارسی رابوندا
June 11, 2020 at 9:26 am

In my opinion, the old libraries They have to pay a fee As a loan to e-books
As someone who has read a lot of books, I've always been a fan of e-books


**Don**
June 11, 2020 at 2:47 pm

The best thing about IA is that it does not discriminate non-US citizens.

Hathitrust restricted books are only available via US-library or educational access.
https://www.hathitrust.org/etas-approved-libraries

Project Gutenberg has blocked Germany from viewing the Gutenberg web site.

IA is in fact the largest library that can be accessed from all over the world, exactly what the world needs.


**Nemo**
June 12, 2020 at 8:44 am

And exactly what publishers don't want, because they believe that copyright is a right to infinite market segmentation to maximise profits and reduce the general welfare as much as possible, as made clear in the text of their complaint. Too bad such a right is nowhere to be seen in any country's constitution.


**Michael Capobianco**
June 11, 2020 at 8:15 pm

There are many problems with that statement, but the fact is that the IA has never practiced Controlled Digital Lending and only uses that white paper as a distraction for what is has really been doing, even before the "National Emergency Library". https://nwu.org/what-is-the-internet-archive-doing-with-our-books/ Would CDL as defined in Brewster Kahle's link be okay with authors? That's a question for another time because it's not what they are doing, but one of the first things they should recognize is that not all books are the same, that there's no one size fits all model, and that authors have to be consulted with and believed about how their businesses are being hurt.


**plz**
June 11, 2020 at 9:31 pm

Please don't die archive.org dying would kill me


**Andy Spencer**
June 11, 2020 at 9:59 pm

Having looked at the search result for the latest offered english language titles at the Temporary National Emergency Library, which are from 2015, I would like to see the publishers demonstrate their commercial damages for these offered books.

In the first place I don't think the majority of these books are still for sale by the publishers. And judging from the titles and themes they will likely never be published again.

And in the second place I don't think any of these books still offered had any significant sales in 2020 leading up to the Corona crisis. The publishers should show sale figures for each of these titles for the two or three months preceding the Temporary National Emergency Library to substantiate their grievance.



**Rafael**
June 11, 2020 at 11:30 pm

A new york times article led me to Archive.org, and when I signed up I thought this is too good to be true. The majority of the books I've checked out are hard to find and not available at my local library. When I read a couple about the dissatisfied publishers and authors complaining about copyright infringement about a month ago, I knew it was only a matter of time before the corporate world would interfere with archive.org's benevolence.

The daily journal printed an article recently about the filed lawsuit and I was waiting to what the next step is. I sadden to hear that the digital libraries existence is being challenged.

I'll keep a vigilant eye and band with my fellow archive.org members in solidarity.



**[Roland]**
June 12, 2020 at 12:35 am

I've benefitted from the digital lending.

When I decided to try programming in Visual Basic for MS DOS, there were no online resources. The program was relevant for a short period of time and became quickly obsolete before the rise of the internet.

But lo and behold the internet archive had a how-to book that I could borrow. It was such a valuable resource. One I think my local library would not have had.

The one-at-a-time borrowing is fair, and I hope they drop the lawsuit. Or that if they don't, you fight it and help set a precedent.

What it's the point of preserving these texts if you can't share them with those who want to read them?



**Goldwater Cheng**
June 12, 2020 at 3:59 am

The Internet Archive has done the world an enormous favor by digitizing books, especially old, out-of-print books and making them accessible worldwide. As an avid reader living in Thailand (and traveling around Asia prior to COVID-19), I'm ever so grateful for its service,

The publishers' actions are denying readers around the globe access to printed books – books not digitized nor sold outside the USA. There would be no means of buying and having them shipped during a pandemic lockdown, when countries had sealed up borders and suspended international flights. I was beyond ecstatic when I found books I needed – digitized and available for loan – at the Open Library!
Those publishers who value profit more than universal and timeless access should also know that a vast number of their books simply aren't purchasable on Kindle or Google or Apple stores because they are not digitized. Driving Internet Archive into bankruptcy – for the sake of a few more dollars – helps ensure their respective name goes down poorly in posterity. Their actions against a visionary, historic effort deserve boycotts for generations to come. The writers who join them, however lofty their works yet distastefully penny wise – are no exception. I've decided not to buy or read their books from now.

And I would wholeheartedly join any petition to sustain and support the Internet Archive and Open Library. The COVID-infiltrated world now needs it more than ever before.



**Melissa Finn**
June 12, 2020 at 4:36 am

The NEL saved me and my research project at a critical time when my city's multiple university libraries shutdown and materials weren't available as e-books on any other archive that I could access. I am indebted to the NEL in providing the public with access to these materials during the Covid-19 shutdown. Thank you.

Pingback: Internet Archive Calls For End to Publishers' Lawsuit, Announces Early Closure of Emergency Library • TorrentFreak



**[icreate]**
June 12, 2020 at 10:57 am

We are now all Internet-bound and flooded with misinformation and disinformation—to fight these we all need access to books more than ever. To get there we need collaboration between libraries, authors, booksellers, and publishers.

That's true!!



**LeGrange**
June 12, 2020 at 3:52 pm

What worries me, and it worries a lot of us, is that you may have bet the company without any need or any compensating reward worth the risk. And that, regardless of your early cessation of the provocation, you may lose, and IA will be lost.

You had no need to take such a huge risk.



**Charles Smyth**
June 12, 2020 at 7:06 pm

Publishers are not flush with profits, so not unreasonably, look to get whatever returns are available. Many books are no longer in print, or are only available from a variety of commercial sources, and for which, the publisher and the author receive zero payment. The problem is that, due to technology, a traditional model is no longer viable for publishers and authors to depend upon.

**Mitchell Golden**
June 12, 2020 at 10:10 pm

Can you tell me if the publishers sent a cease and desist letter before suing? Did it just come out of the blue?

**Kenneth Shartz**
June 13, 2020 at 5:58 am

Does traditional controlled digital lending mean that we will still be able to access this collection, as long as someone else is not currently reading a book we want to read?

طراحی وب سایت
June 13, 2020 at 11:16 am

Thanks for the info
Books are very valuable and instructive

ایران مزا
June 13, 2020 at 11:33 am

HathiTrust's model is based on library's owning a copy of the resource. Since IA doesn't have record of what library's own, could you please clarify exactly how your short-term model will work after June 16th? Thank you!

**Stacy**
June 13, 2020 at 5:01 pm

The NEL was a lifeline during school and library closures this spring. Thank you for your hard work.

**Sheila Page**
June 14, 2020 at 10:50 am

It might be useful to tell your users about this, and not leave them to find out from NYT, etc. I have had nothing from you.

**Sam**
June 14, 2020 at 8:11 pm

Instead of demanding payment per book would a subscription model work where the Internet Archive pays the publishers an annual fees and can then lend their books?

I suppose the costs would be prohibitive.

The internet archive falling would be tragic.

**JP**
June 15, 2020 at 6:18 am

I love the fact that IA is non-discriminatory, that it is open to all and doesn't differentiate between citizens of the US and the world. What the NEL was doing was something great and am sorry to hear that it is closing 2 weeks earlier than planned. When people are suffering and dying through out the world, it seems mean that the publishers are worried about their profits. And these are not small, indie publishers but publishing giants whose business won't going to fold up in a matter of months. Sad.

Pingback: The Internet Archive has ended its 'emergency library' early – Your Corner Enterprise

Pingback: The Internet Archive has ended its 'emergency library' early - Inquirio News

Pingback: The Internet Archive has ended its 'emergency library' early - Techviewer Blog

Pingback: The Internet Archive has ended its 'emergency library' early – Abdouls Corner Market

Pingback: Internet Archive Will End Its Program for Free E-Books | Core Alpha

Pingback: Is Internet Archive's unrestricted lending of 1.4 million books legal? - Get Tech News

Pingback: Is Internet Archive's unrestricted lending of 1.4 million books legal? – EveryNON

Pingback: Is Internet Archive's unrestricted lending of 1.4 million books legal? - TOP NEWS PLUS

Pingback: Is Internet Archive's unrestricted lending of 1.4 million books legal? - WWZTV

Pingback: Is Internet Archive's unrestricted lending of 1.4 million books legal? - The Gray Wolf

Pingback: Is Web Archive's unrestricted lending of 1.four million books authorized? - The Gray Wolf

Pingback: Is Internet Archive's unrestricted lending of 1.4 million books legal? - Know 1a News

Pingback: Is Internet Archive's unrestricted lending of 1.4 million books legal?

Pingback: Is Internet Archive's unrestricted lending of 1.4 million... - Book Publishing

Comments are closed.

Proudly powered by WordPress

# Exhibit 10 to Weber Declaration
# Filed Under Seal (A-817-818)

# Exhibit 11 to Weber Declaration
# Filed Under Seal (A-819-820)

# Exhibit 12 to Weber Declaration
# Filed Under Seal (A-821)

Case 1:20-cv-04160-JGK-OTW Document 65 Filed 12-13-55 Page 74 of 39

# Weber Declaration

# Exhibit 13

# Part 1



CONFIDENTIAL INTARC00142017

# Welcome & introduction

Chris Freeland
Director of Open Libraries, Internet Archive

Every forum has a different focus - build a community of practice around controlled digital lending
Controlled digital lending is a way that libraries can lend digital books based on their physical collections.

CONFIDENTIAL

INTARC00142018



- The Open Libraries project was started from our strong belief that everyone deserves to learn.
- We want to offer up greatest digital library the internet has ever seen. To the world. For free.
- Our goal is to bring 4M modern books online
  - Why 4M? Size of a large metro public library
- We think that everyone, regardless of where they live, should have ready access to a great library.
- And we think it should be available on phones & devices that people turn to for information today
- We want to make sure that when people turn to their phones, they have access to the vetted, trusted information in libraries

CONFIDENTIAL

INTARC00142019



Have been doing CDL in Boston since 2011
Michelle Wu - writing on topic for more than 15 years
Authors of whitepaper here as well
Value: here's how we can make 20th century literature available - in copyright

**CONFIDENTIAL**

**INTARC00142020**



https://archive.org/details/inlibrary

In addition to being a digital library, Internet Archive is also a physical library - Internet Archive has been acquiring books. These are the basis for the books we lend. Because we have one physical copy of these 1.1M books, we can loan one digital copy to a user at a time.

CONFIDENTIAL

INTARC00142021



The Open Libraries program empowers libraries to become digital libraries & serve their patrons where they live.

CONFIDENTIAL

INTARC00142022



Conversational day



Acknowledge & thank SFPL for the space & assistance

Internet Archive & SFPL have a long partnership - digitization, web archiving, all of the services that IA offers to libraries

And to tell us more, we have the City Librarian of SFPL with us this morning. Please join me in welcoming Michael Lambert to the stage...

CONFIDENTIAL

INTARC00142024





# A Library for Internet Users

Brewster Kahle
Founder and Digital Librarian, Internet Archive

A-832



## Let's turn all Wikipedia References Blue

**References** [ edit ]

1. ^ "IRS Form 990 2013" (PDF). Internal Revenue Service. Retrieved May 18, 2015.
2. ^ Duszak, Alexandra (December 21, 2012). "Donor profile:

15. ^ Soros, George; Wien, Byron; Koenen, Krisztina (1995). *Soros on Soros: Staying Ahead of the Curve*. New York: John Wiley. ISBN 978-0-471-11977-7. Retrieved February 15, 2019.

*Let's give Wikipedia contributors access to the best library ever.*

What if we could give Wikipedia editors access to the best online library possible? What if  Wikipedia readers could dig deeper to the sources of information?  Our goal is to turn all Wikipedia citations blue--by linking them to the actual sources.  Turns out we've already started.

CONFIDENTIAL

INTARC00142028

Fix the Broken Web Links

Started 5 years ago:
-- Archive all web citations in Wikipedia
-- Then fix broken links

Now more than 10 million Wayback links in Wikipedia

CONFIDENTIAL                                                      INTARC00142029

55. ^ *a b* "Time Magazine – U.S. Edition – May 20, 1974 Vol. 103 No. 20" ⧉. *Time*. May 20, 1974. Retrieved July 24, 2011.

56. ^ "Time Magazine – U.S. Edition – May 13, 1974 Vol. 103 No. 19" ⧉. *Time*. May 13, 1974. Retrieved July 24, 2011.

57. ^ Kutler, S: *Abuse of Power*, page 247. Simon & Schuster, 1997.

58. ^ "Transcript Prepared by the Impeachment Inquiry Staff for the House Judiciary Committee of a Recording of a Meeting Among the President, John Dean and H.R. Haldeman on March 21, 1973 from 10:12 to 11:55 am" 📄 (PDF). Retrieved July 24, 2011.

https://en.wikipedia.org/wiki/Oleg_Penkovsky
https://en.wikipedia.org/wiki/Martin_Luther_King_Jr.#cite_ref-1

55. ^ a b "Time Magazine – U.S. Edition – May 20, 1974 Vol. 103 No. 20" &. *Time*. May 20, 1974. Retrieved July 24, 2011.

56. ^ "Time Magazine – U.S. Edition – May 13, 1974 Vol. 103 No. 19" &. *Time*. May 13, 1974. Retrieved July 24, 2011.

57. ^ Kutler, S: *Abuse of Power* 🏛, page 247. Simon & Schuster, 1997.

58. ^ "Transcript Prepared by the Impeachment Inquiry Staff for the House Judiciary Committee of a Recording of a Meeting Among the President, John Dean and H.R. Haldeman on March 21, 1973 from 10:12 to 11:55 am" 📄 (PDF). Retrieved July 24, 2011.





20+ years collecting, 5+ years dedicated to wikipedia pages. Fixed more than 10 Million links from in 24 wikipedia language editions.

## Wikipedia integration

| Language | Total number of links to books added | Number of unique books linked to | Total number of unique books with ISBNs that are cited |
|----------|--------------------------------------|----------------------------------|--------------------------------------------------------|
| English | 122,271 | 43,423 | 1,211,395 |
| Greek | 2,190 | 1,414 | 46,024 |
| Arabic | 3,942 | 2,659 | 65,509 |
| Bosnian | 443 | 342 | 7,592 |

Need to make more things digital to weave them into the web

We excel at reformatting - turning analog into digital

And we are ramping up…

CONFIDENTIAL

INTARC00142034



CONFIDENTIAL

INTARC00142035



And it's not just libraries. Even Amazon reflects this chasm between 1923 and the eBooks era. How do we discover the out-of-print books. Orphan works. The important books that are missing online today?  They are sitting in our libraries.



CONFIDENTIAL INTARC00142037



CONFIDENTIAL INTARC00142038



# Controlled Digital Lending by Libraries

Position Statement ▾ | White Paper ▾ | Further Reading

Position Statement / Signatories to the Position Statement on Controlled Digital Lending by Libraries

## Signatories to the Position Statement on Controlled Digital Lending by Libraries

Institutional

- Authors Alliance
- Digital Public Library of America
- Duke University Libraries
- EveryLibrary
- Internet Archive
- Internet Archive Canada
- LSU Libraries
- NCSU Libraries
- Phillips Academy, Andover, Oliver Wendell Holmes Library
- UNC Chapel Hill Libraries
- University of Kansas Libraries
- University of Massachusetts, Amherst, University Libraries
- UC Berkeley Library
- California Digital Library
- UC Davis Library
- UC San Francisco Library
- Sacramento Public Library
- Multnomah County Library
- San Francisco Public Library
- California State University Libraries
- Califa Group
- Institute for the Study of Knowledge Management in Education (ISKME)
- Los Angeles Public Library
- Boston Public Library
- Digital Library Federation
- Kalamazoo College Library

https://controlleddigitallending.org/



CONFIDENTIAL

INTARC00142040



CONFIDENTIAL

INTARC00142041



CONFIDENTIAL

INTARC00142042



https://archive.org/details/trent_university

CONFIDENTIAL

INTARC00142043



Link







INTARC00142047



# Non-destructive scanning

CONFIDENTIAL
INTARC00142048



CONFIDENTIAL

INTARC00142049



**CONFIDENTIAL**                                                    INTARC00142050

A-856



CONFIDENTIAL INTARC00142051

A-857



Book Lifecycle

Better World Books for deaccessioning

As Books go Offsite

Whole Libraries deaccessioning

CONFIDENTIAL

INTARC00142053

What about Journals and Periodicals?

CONFIDENTIAL

INTARC00142054

Case 1:20-cv-04160-JGK Document 65 Filed 09/22/99 Page 71 of 50

# Weber Declaration

# Exhibit 13

# Part 2



SHOW THE MICROFILM HERE:  Show and tell

CONFIDENTIAL





CONFIDENTIAL

INTARC00142057



CONFIDENTIAL

INTARC00142058



**CONFIDENTIAL**

INTARC00142059

We need your help with serials!

CONFIDENTIAL
INTARC00142060



CONFIDENTIAL

INTARC00142062

# Expanding the World of
# Linked Resources
## (or... weaving books into the Web, etc.)

Mark Graham
Director, the Wayback Machine

CONFIDENTIAL

INTARC00142063





## Added Links to Four Wikipedia Sites

| Language | Total number of links to books added | Number of unique books linked to | Total number of unique books with ISBNs that are cited |
|---|---|---|---|
| English | 122,271 | 43,423 | 1,211,395 |
| Greek | 2,190 | 1,414 | 46,024 |
| Arabic | 3,942 | 2,659 | 65,509 |
| Bosnian | 443 | 342 | 7,592 |

# Opportunities to add more links to books cited in Wikipedia articles

Books that are cited in Wikipedia articles but:

- Have ISBNs but not in standard citation format
- No ISBNs but in standard citation format
- No ISBNs and not in standard citation format

No books are cited with claims in articles

Existing links are to Google Books... but only metadata

**CONFIDENTIAL**

**INTARC00142067**





Added 747 Links to the Mueller Report

Added links to new .epub version of the Mueller Report

Partnered with Digital Public Library of America (DPLA)

Originally published with 2,390 Footnotes, but only 14 links

Archived Videos, Tweets, Documents, Web pages

Added 733 Links to those archived resources (for a total of 747 links)

Published as Digital Book with DPLA

CONFIDENTIAL

INTARC00142070

Expanding to the Bigger Picture

Moving beyond Wikipedia (books, academic papers, Web)

Moving beyond books (academic papers, Web-based documents, music)

The evolution of how books are used (on demand and selected subsets)

CONFIDENTIAL

INTARC00142071

## Opportunities: How you can help?

Advance partnership with more sources of books (e.g. libraries and other unique collections)

Advance partnerships with platforms and processes (e.g. Amazon, US Government Printing office, Congress)

Contribute to software development - coders welcomed!

Help us get native Browser integration (support for links that are external to media objects)

CONFIDENTIAL

INTARC00142072

## Some Next Steps

Enhance InternetArchiveBot to handle less well cited books

Get approval to run the InternetArchiveBot on more Wikipedia sites

Advance the use of archive URLs and links to digital books with various publishing systems (Amazon, Congress, US Government Printing Office)

Go deeper than the page - address and highlight paragraphs or sentences

CONFIDENTIAL

Questions

Suggestions

Advice

 INTARC00142074

CONFIDENTIAL

INTARC00142075

# Steps to participate in Open Libraries

Join Open Libraries

CONFIDENTIAL

INTARC00142076

## Open Libraries

Join    Learn more    Libraries    Accessibility    Diversity    Preservation    Trust    People

### Join Open Libraries

Libraries that are interested in lending digital books to their patrons should join Open Libraries and contribute to the community of practice we are building together.

By joining Open Libraries, libraries can identify the overlap in their physical holdings with our digital holdings and provide free digital books to patrons where there are matches. Additionally, libraries can add their holdings into Open Libraries to increase lending counts. Leading public, academic, and special libraries have already signed on and are lending copies through Open Libraries today.

To join Open Libraries, please complete our online form.

http://openlibraries.online/join/

CONFIDENTIAL
INTARC00142077



CONFIDENTIAL

INTARC00142078

## Steps to participate in Open Libraries

Join Open Libraries

Share your catalog

Overlap study

Integrate links back into your catalog

Lend digital books to your patrons

CONFIDENTIAL

INTARC00142079

# Building a
# community of practice

Introducing Caralee Adams
&
Roll call of participating libraries

Introduce Caralee Adams

CONFIDENTIAL

INTARC00142080



CONFIDENTIAL   INTARC00142081



CONFIDENTIAL

INTARC00142082

Controlled Digital Lending:
*The Legal Tell-All*

Kyle K. Courtney
Copyright Advisor
Harvard Library

David R. Hansen
Assoc. University Librarian & Lead
Copyright & Info Policy Officer
Duke University Libraries

Michelle M. Wu
Associate Dean for Library
Services & Professor of Law
Georgetown Law

CONFIDENTIAL

INTARC00142083



CONFIDENTIAL

INTARC00142084





CONFIDENTIAL

INTARC00142086



Trends of numbers of new names published each year for animals as a whole, and various taxonomic groups based on data in *Index to organism names* (ION) and BioNames (1923 is the year most published works became out of copyright in the USA). Animal pictures are from http://phylopic.org, and are either in the public domain or available under a Creative Commons CC-BY licence (Hymenoptera by Melissa Broussard; Nematoda by Michelle Site).

http://rstb.royalsocietypublishing.org/content/371/1702/20150334





CONFIDENTIAL

INTARC00142089





Definition of rights
Fair use!
Limitations & exceptions
CHAPTER 1—SUBJECT MATTER AND SCOPE OF COPYRIGHT
Sec.
101. Definitions.
102. Subject matter of copyright: In general.
103. Subject matter of copyright: Compilations and derivative works.
104. Subject matter of copyright: National origin.
104A. Copyright in restored works.
105. Subject matter of copyright: United States Government works.
106. Exclusive rights in copyrighted works.
106A. Rights of certain authors to attribution and integrity.
107. Limitations on exclusive rights: Fair use.
108. Limitations on exclusive rights: Reproduction by libraries and archives.
109. Limitations on exclusive rights: Effect of transfer of particular copy or phonorecord.
110. Limitations on exclusive rights: Exemption of certain performances and displays.
111. Limitations on exclusive rights: Secondary transmissions of broadcast programming by cable.
112. Limitations on exclusive rights: Ephemeral recordings.
113. Scope of exclusive rights in pictorial, graphic, and sculptural works.
114. Scope of exclusive rights in sound recordings.
115. Scope of exclusive rights in nondramatic musical works: Compulsory license for making and distributing phonorecords.
116. Negotiated licenses for public performances by means of coin-operated phonorecord players.
[116A. Renumbered.]
117. Limitations on exclusive rights: Computer programs.
118. Scope of exclusive rights: Use of certain works in connection with noncommercial broadcasting.
119. Limitations on exclusive rights: Secondary transmissions of distant television programming by satellite.
120. Scope of exclusive rights in architectural works.
121. Limitations on exclusive rights: Reproduction for blind or other people with disabilities.
122. Limitations on exclusive rights: Secondary transmissions of local television programming by satellite.

# Statutory Copyright Exceptions

A *statutory exemption* allows individuals to exercise one of the exclusive rights of copyright

- without obtaining the permission of the copyright owner, and
- without the payment of any license fee

CONFIDENTIAL

INTARC00142092



CONFIDENTIAL
INTARC00142093

## Language of Copyright Exceptions

17 USC §109 First Sale:



"**Notwithstanding the provisions of** section 106(3), the owner of a particular copy or phonorecord lawfully made under this title …is entitled, without the authority of the copyright owner, to sell or otherwise dispose of the possession of that copy…"

CONFIDENTIAL

INTARC00142094

**Courts have protected first sale and the secondary market**

- 1908: Case about control of copyright eliminating the secondary market

- Supreme Court described this as "hateful to the law from Lord Coke's day to ours, **because it is obnoxious to the public interest.**"



Prosecutor of Guy Folkes and the Gunpowder plot conspirators
Wrote the Insititutes of the Laws of England - foundational document of the common law

79

CONFIDENTIAL                                                   INTARC00142095

# §107: Fair Use Doctrine

Preamble to fair use statute:



"**Notwithstanding the provisions of** sections 106…the fair use of a copyrighted work…for purposes such as **criticism**, **comment**, **news reporting**, **teaching, scholarship**, or **research**" is <u>not</u> an infringement of copyright."

# Modern Transformative Fair Use

**Four Factors of Fair Use:**

(1) the purpose and character of the use;
(2) the nature of the copyrighted work;
(3) the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and
(4) the effect of the use upon the potential market for or value of the copyrighted work.

**Development of Transformative Fair Use**

(1) Does the use **transform the material**, by using it for a **different purpose**?

(2) Was the **amount taken appropriate** to the new purpose?

CONFIDENTIAL
INTARC00142097

# Fair Use Meets First Sale

The Legalities of Controlled Digital Lending

CONFIDENTIAL

INTARC00142098

# Purpose and Character of Use

- Possibly transformative
- Not commercial
- Underlying purpose is the same as the exhaustion doctrine
- No additional copy is being used

CONFIDENTIAL

INTARC00142100

**Market Effect**

- Library owns a legitimate copy of the book
- The digital copy substitutes for the owned copy
- Same damage as using its acquired item
  - Technology

INTARC00142102



CONFIDENTIAL

INTARC00142103

# Weber Declaration

# Exhibit 13

# Part 3

# Controlled Digital Lending is not new!

- Origins: *Michelle Wu, "Building a Collaborative Digital Collection: A Necessary Evolution in Libraries"*

- Internet Archive created the "**Open Library: Digital Lending Library**" CDL-like system – running for the past **8 years.**

CONFIDENTIAL

INTARC00142105

# Controlled Digital Lending in use….

- Now 16+ libraries have harnessed a CDL system to loan their digital copies of books.
  - Boston Public Library
  - Allen County Public Library (genealogical collection)
  - Georgetown Law Library
  - MIT Press (selected back catalog)
  - Houghton Mifflin Harcourt (entire back catalog)
  - And more….

90

CONFIDENTIAL

INTARC00142106

## Other Controlled Digital Lendings?

- A new report from the British Library, commissioned by Arts Council England and the Carnegie UK Trust, has suggested a program called *Unified Digital Lending*

  ○ a single, publicly-run service devoted to the free digital 'lending' of books and other copyright content that would otherwise only be available on a commercial basis

CONFIDENTIAL

INTARC00142107

# For CDL, Libraries Should

(1) ensure that original works are acquired lawfully;

(2) apply CDL only to works that are owned and not licensed;

(3) limit the total number of copies in any format in circulation at any time to the number of physical copies the library lawfully owns (maintain an "owned to loaned" ratio);

(4) lend each digital version only to a single user at a time just as a physical copy would be loaned;

(5) limit the time period for each lend to one that is analogous to physical lending; and

(6) use digital rights management to prevent wholesale copying and redistribution.

CONFIDENTIAL

INTARC00142108



Capitol Records, LLC v. ReDigi Inc.,
910 F.3d 649 (2d Cir. 2018)

- Easily distinguishable
  - Commercial
  - No control
  - No ownership

- Helpful provision
  - Transformative use



CONFIDENTIAL

INTARC00142111

Lobbying for Fun and Nonprofit

John Bergmayer
Legal Director
Public Knowledge

## shoe-leather advocacy

This summer, more than a dozen librarians and library advocates came to DC and spent the day talking to offices in the House and Senate, explaining how CDL benefits their constituencies.



IA in DC

# IA in DC

Brewster and IA staff also flew in for in-person visits.

Later this month, there will be a closed (staff only) DC briefing on CDL and the availability of information online with IA, Wikimedia, Public Knowledge, and academics.

CONFIDENTIAL

INTARC00142115



IA in DC

## why in-person advocacy, aka "lobbying" is important

Lobbying is not just schmoozing - it's a tool and you need a strategy.

Important for a variety of reasons - (intelligence gathering, feeding coalitions information, putting organization in position to be more effective in future, burnishing reputation, allows you to have more sophisticated tools in your advocacy toolkit).

In-person (or phone) meetings are more effective than email, letters, and petitions. Most of which no one really reads, sorry.

DC-based organizations and people like me do a lot, but we can't provide the context, the stories, or the first-hand credibility.

CONFIDENTIAL

INTARC00142117

## making CDL matter to politicians

The key is to show how CDL benefits the kinds of things politicians care about, and that actually matter to their constituencies.

*Get people to do the right thing for their reasons, not your reasons.*

*(And show how your issue affects voters.)*

- Providing access to rural patrons who find it challenging to physically check out a book;
- Protecting materials from damage in natural disasters from fire to floods;
- Saving the cost of transporting books to other branches to be loaned;
- Allowing access to rare, fragile books or those out of print and not in circulation;
- Preserving vulnerable cultural heritage materials for indigenous people;
- Supplementing materials at K-12 and university libraries that are suffering budget cuts;
- Providing historical context and fighting misinformation online; and
- Increasing access for people with disabilities, the elderly and students in off hours.

CONFIDENTIAL

INTARC00142118

## it is fun and anyone can do it

You are there to talk about things that you know about. You are the expert. There's no reason to be nervous when you're in your comfort zone!

But make sure you:

*Are well prepared on substance and process (and realistic about what you don't know)*

*Are realistic about what you can achieve*

*Are respectful of others' time and opinions*

*Listen carefully*

*Willing to play the long game and build a relationship that may not have have tangible benefits immediately, but can yield successful results over the long term*

CONFIDENTIAL

INTARC00142119

Understanding the policies you want adopted/not adopted - being able to make the case for/against them

Understanding the process, calendar, logistics of policymaking. Inaction & delay is the default

Gathering, acting on, and dispensing intelligence - what are policymakers thinking, who are they talking to, what do they find persuasive, how do they make decisions

Know what you want to accomplish (or what you want to stop from being accomplished) - best case scenario

Know what is a realistic outcome that you would be willing to accept

Who your allies are - policymakers as well as civil society, industry, academics, etc. - and how to best deploy them

Who you're trying to influence - who are they, what they're likely to know, what do they care about, who do they listen to?

Who your champions are – who will go to the mat for your position, who will stand in front of the train? Key is to find them allies, bolster them

Understand the process and calendar & how it can work for or against you

CONFIDENTIAL

INTARC00142120



- Say who you are, your organization
- Connection to district
- Don't be afraid of small talk
- Dress at the same level as the people you're meeting (depends on whether Congress is in session or not, usually)
- Brief overview of your issue
- What are you asking for?
- Tailor your message
- You want it two-way—don't do all the talking.
- Ask questions and take notes
- Be friendly and collegial
- Try to have a leave-behind.  But more is not better
- Send an email the next day saying thanks and attaching any extra promised materials

CONFIDENTIAL

INTARC00142121

Getting to "Open."

Heather Joseph
Executive Director, SPARC

CONFIDENTIAL

INTARC00142122



107

CONFIDENTIAL

INTARC00142123

A-931

"An old tradition and a new technology have converged to make possible an unprecedented public good…"

108

CONFIDENTIAL

INTARC00142124



109

CONFIDENTIAL

INTARC00142125



110

CONFIDENTIAL

INTARC00142126

"This will accelerate research, enrich education, share the learning of the rich with the poor and the poor with the rich, make this literature as useful as it can be, and lay the foundation for uniting humanity in a common intellectual conversation and quest for knowledge.

111

CONFIDENTIAL

INTARC00142127



112

CONFIDENTIAL

INTARC00142128



Because we are not there yet. We're still pretty far away from fully realizing this vision.

CONFIDENTIAL

INTARC00142129



114

CONFIDENTIAL

INTARC00142130



Science
Political science

# How to safeguard science in an era of fake news

A new report by the House of Commons science and technology committee calls for a rethink of the relationship between scientists, media and the public

**667** | **12**

**Stephen Metcalfe**

Stephen Metcalfe MP is chairman of the House of Commons Science and Technology Select Committee

Thursday 30 March 2017
10.59 EDT

The research vessel Boaty McBoatface, which will shortly head to the Antarctic for its first mission. In its report, the House of Commons science and technology committee found that while the competition to name an arctic polar ship created a social media storm, it also increased public engagement with science. Photograph: National Oceanography Centre Handout/EPA

- Now more than ever. In an era of fake new, alternative fakes, post truth – immediate access to high-quality vetter, source material is crucial…not only for scholars and scientists, but for everyone… (B's wikipedia links)

115

CONFIDENTIAL

INTARC00142131



CONFIDENTIAL                                        INTARC00142132



117

CONFIDENTIAL

INTARC00142133



118



- But you don't always need to break down doors or smash locks to make progress. CDL is also a quiet and powerful little tool that lets libraries do something that might feel rebellious: SIMPLY ASSUME that they can kPerform a function in the online environment that they routinely perform in the physical print environment, in order to ensure that that knowledge can be equitably shared. And in doing so it can help make sure that another chunk is taken out of the percentage of material of that's currently completely inaccessible to the public.

119

CONFIDENTIAL

INTARC00142135



- At SPARC, we've been at the fight for full OA a looong time. And we've seen enough to know that when you have the chance to make even incremental progress, you take it. And then you look for the next chance. CDL is a important tool in the library communities toolbox in the collective movement to towards open knowledge. I'm a fn.

120

CONFIDENTIAL INTARC00142136

**Samuelson Clinic**

Michael Kostukovsky
Student Advocate

CONFIDENTIAL

INTARC00142137



CONFIDENTIAL

INTARC00142138



CONFIDENTIAL

INTARC00142139

# Access to Information



CONFIDENTIAL

INTARC00142140







CONFIDENTIAL

INTARC00142143

## Works in the Public Domain, but Paywalled





Policy Challenges:
Advocating for Openness & Flexibility

INTARC00142145



CONFIDENTIAL

INTARC00142146

Weber Declaration

Exhibit 13

Part 4



CONFIDENTIAL

INTARC00142147



CONFIDENTIAL

INTARC00142148

# Envisioning & Building a Universal School Library

Lisa Petrides, Ph.D., Founder & CEO, ISKME

Karen Lemmons, Library Media Specialist
Detroit School of Arts

CONFIDENTIAL
INTARC00142149

## The School Library Plays Critical Role

- Advances student inquiry, research, and digital skills
- Supports student outcomes (reading scores and grades go up)
- Connects students and teachers to relevant materials that, increasingly, are digital



CONFIDENTIAL

INTARC00142150



**Loss of School Libraries**

- Nationwide - public school districts have lost 20% of their libraries and librarians

- California - public schools
  - Oakland has closed 30% of libraries
  - Los Angeles has closed 50% of libraries

- In spite of the growing need for librarians, there are fewer of them

## Enter Controlled Digital Lending

- 1:1 model of CDL is the digital equivalent of traditional library lending
- Holds the potential to broaden access to knowledge for public schools
- Can bridge gaps to access for most under-resourced public school districts



CONFIDENTIAL

INTARC00142152

## The Universal School Library Project

- Goal is to curate 15,000 high-quality scanned titles
- Building an inclusive collection of digitized books available for any student, currently at the high school level
- Engaging school librarians, library education experts and researchers from multiple states, districts, and institutions in curatorial and policy efforts

CONFIDENTIAL

INTARC00142153



CONFIDENTIAL

INTARC00142154

If access to libraries results in improved reading ability, but library access is correlated with socioeconomics - where might USL have the greatest impact?

CONFIDENTIAL

INTARC00142155

## Piloting USL in Michigan - Local considerations

- Working in Detroit, the need is to consider
  - End user, his/her reading interests and needs
  - Alignment to the new district ELA curriculum
  - School's and/or district's budget to pilot USL
  - Technological requirements to pilot USL

INTARC00142156

Piloting USL in Michigan - Avenues/Levers

- State, district, school, and community engagement
- Collaborate and coordinate policy change
- Data and research to support USL
- Other (personnel, time, supplies, etc.)

## Possible Barriers Moving Forward

- Technical: Internet access at home, device availability of students
- Policy: Navigating procurement policies, lending programs, partnerships, terms-of-use agreements
- Personnel/Resources: State/local budgetary challenges, finding certified candidates, ensuring USL is alive and locally relevant

CONFIDENTIAL

INTARC00142158

## What Comes Next

- Pilot USL in 2-3 districts to troubleshoot technical and policy barriers
- Continue building the collection and developing interface
- Establish partnerships with high-need districts
- Identify foundations and district partners with resources
- Reach 15,000 book goal
- Establish USL as a foundation for more equitable library access!

**CONFIDENTIAL**

**INTARC00142159**

Boston Public Library's
**Alice Jordan Collection**

Tom Blake
Manager of Content Discovery

CONFIDENTIAL

INTARC00142160



CONFIDENTIAL
INTARC00142161



**CONFIDENTIAL**

**INTARC00142162**





CONFIDENTIAL

INTARC00142164







CONFIDENTIAL

INTARC00142167



# PRESENTATION OUTLINE

1. Introduce myself and the Hamilton Public Library
2. Share high level challenges facing digitization efforts in Canadian libraries & memory institutions
   - *Participating in Open Library & CDL best approach to address some of these challenges*
3. Overview of our legal opinion in the Canadian Context
4. Where we are and where we are going with CDL

152

CONFIDENTIAL



## ABOUT ME



- Graduated **University of Toronto** – iSchool 1994
- **New York Public Library** (1994-1999) – Reference Librarian, Systems Analyst, Web Coordinator
- **Wentworth County Library** (1999-2000) – IT Director
- **Hamilton Public Library** (2001 - present ) – IT Manager, IT Director, CEO/Chief Librarian (since 2012)

- Current Chair of the Canadian **National Heritage Digitization Steering Committee (NHDS)**
- Past Chair of **Canadian Urban Library Council (CULC)**
- Past Chair of the **Canadian Federation of Library Associations (CFLA)**

153

CONFIDENTIAL

INTARC00142169

## ABOUT **HPL**

- Hamilton, Ontario is a port city on the westernmost tip of Lake Ontario
- Part of the Golden Horseshoe, Hamilton is among the largest cities in Ontario, 535,000 residents

- HPL operates 22 branches & 2 bookmobiles across 439 mi²/1137 km²
- HPL founded in 1889, reborn in 2001 after municipal amalgamation
- Annual operating budget $32 million
- Long history of innovation and collaboration



RURAL
EXTENDED ACCESS

CONFIDENTIAL

INTARC00142170



# HAMILTON PUBLIC LIBRARY

Main Library (1890–1913)          Carnegie Library (1913–1980)



Source: HPL, LH&A Digital Photograph Collection

155

- The Hamilton Public Library (HPL) is one of the oldest public libraries in the province of Ontario. In 1889, the citizens of Hamilton voted to fund a free public library in the city and its first Main Library opened in 1890. From the beginning, one of the library's mandates was to collect and make available material regarding Canadian and local history.
- In 1913, a new Carnegie-funded Main Library opened with a "Canadiana Room" that housed a distinct collection of historical materials of local and national interest. In 1974, the Special Collections department was formed by amalgamating the Local History, Canadiana, Archival and Rare Books collections

155

CONFIDENTIAL                    INTARC00142171



156



# ISSUES THAT WE NEED TO ADDRESS IN CANADA

- **Working in SILOS** – Libraries are recreating infrastructure & interfaces to manage access to digital content
  - Waste of limited resources
  - Interfaces & search functionality often not best in class
  - **Discovery is a problem for the public**

- **Deeper Collaboration is Needed**
  - Horizontal government initiatives are usually not adequately funded

- **Overly risk averse**
  - Libraries have generally taken an extremely risk averse approach to Copyright
  - Need to take a more balanced view of risk



157

CONFIDENTIAL

INTARC00142173



# NOT EXERCISING OUR RIGHTS UNDER FAIR DEALING

**THE FUTURE NOW, CANADA'S LIBRARIES, ARCHIVES, AND PUBLIC MEMORY**

The Royal Society of Canada's Expert Report on Libraries – 2014

> Libraries and archives make full use of their users' rights of fair dealing and the additional specific exceptions and limitations to copyright to engage in productive initiatives such as digitization of collections in analogue media, providing private study copies to patrons, and otherwise using the flexibility provided by the law as appropriate.

**HPL's MEETING USER NEEDS IV –** Five long-term challenges, opportunities (Key Assumptions from 2017)

> Network security, privacy and intellectual property issues will become more challenging. With content we control, we have an opportunity to model best practices that facilitate effective sharing that creates the maximum benefit to society

https://rsc-src.ca/sites/default/files/L%26A_Report_EN_FINAL_Web.pdf
https://www.hpl.ca/articles/strategic-priorities-2018-2021

Are we overly risk-averse?
- Worst-case scenarios
- Reliance upon theory, not experience
- Overstatements of impact
- Silo mentality
- Fear of the new

158

158

CONFIDENTIAL
INTARC00142174



## LEGAL OPINION ON CDL IN THE CANADIAN CONTEXT

**Marcel D. Mongeon**
- **Ross, Mongeon, Covello & Co. – Professor & Lawyer**
- Specializes in: Alternative Dispute Resolution, Corporate & Commercial Law, Intellectual Property
- Called to the bar: 1984 (ON); 1985 (QC); 1996 (NY)

**Questions Asked**
1. Will the use of the CDL System at the HPL be considered infringement of copyright of material that is distributed through the System?
2. Will participation in Open Library by the HPL be considered infringement of copyright of material that is distributed through the Open Library?
3. What are the potential penalties for copyright infringement in the event that the activities of the HPL, in using the CDL System, or participation in Open Library, were determined to be an infringement of copyright?
4. How can downside risks of using the CDL System and participation in Open Library be mitigated

159

INTARC00142175



## ABOUT THE OPINION

**Timeline for Release**
- Legal Opinion scheduled to be published as part of our Library Board package on November 15 or December 13
- Sharing with allies now

**Summary of Opinion**
....I am of the opinion that the Hamilton Public Library's use of the CDL System and participation in Open Library for Old Copyrighted Material – as I define that term below – will not infringe the copyright of the owners in those works.

**Canadian Law is Not the Same as US Copyright Law**
- Collective Societies can manage tariffs on behalf of a group of copyright holders
    - York University and Access Copyright case is being watched closely
- Fair Dealing is similar but not the same as Fair Use

160

CONFIDENTIAL

INTARC00142176



## FAIR DEALING IS SIMILAR ≠ FAIR USE

**Supreme Court of Canada Ruling on Fair Dealing**

Fair dealing requires a defendant to prove: (1) that the dealing was for the purpose of either research or private study and (2) that it was fair.

Both issues are further analyzed as follows: 'research' is given a broad meaning; even if the research is for a for-profit motive such a lawyer practising law, it is nonetheless research. 'Fair' is considered as a question of degree. Six factors are considered in establishing if it is 'fair'. These are:

(1) the purpose of the dealing;
(2) the character of the dealing;
(3) the amount of the dealing;
(4) alternatives to the dealing;
(5) the nature of the work; and
(6) **the effect of the dealing on the work.**

- It is the last condition, the impact of the use on copyright holders that requires us to focus on "Older Copyrighted Material"

161

CONFIDENTIAL

INTARC00142177

 ᴡʜᴀᴛ's ɢᴏɪɴɢ ᴏɴ ᴀᴛ HPL

- Integrating our **catalogue with the Open Library**
  - Polaris, BiblioCommons – ZEPHEIRA made that painless
  - Working on showing IA titles that are already in our catalogue
  - Going to be linking to all IA titles in our catalogue

- HPL will become a **scanning centre**, along with McMaster University Library
  - Scribe Book Scanner is coming
  - Sharing an IA staff member with McMaster

- Focus on older unique titles no longer in copyright
- Older titles currently in copyright
  - Implement procedures to manage the risk

162

CONFIDENTIAL

INTARC00142178



# CANADIANA COLLECTION



Canadiana Collection
The Canadiana collection includes books about Canada, written by Canadians, published by Canadians, or having something to do with the history of Canada.

Major collecting strengths in this collection include sections of early exploration in Canada, featuring such well known books as _Travels in Canada and the United States in 1816 and 1817_ by Francis Hall, _Five Years Residence in the Canadas_ by Edward Allen Talbot, published in 1824, _A Theatrical Trip for a Wager!_ by Horton Rhys, published in 1861, _Travels Through the Canadas_ by George Heriot, published in 1813, and Anbury's _Travels Through the Interior Parts of America_, published in 1791. Some of these books contain early descriptions of the Hamilton area and are excerpted in the Heritage Day Speech entitled _Greetings from Hamilton_.

Other books in the Canadiana Collection include a large amount of early Canadian fiction, township and county histories, military lists, year books, Parliamentary companions, biographies, autobiographies, and books of many other types. These fascinating examples of Canadiana span from 1708 to the present.

163

163



# CITY DIRECTORIES & RARE BOOKS

1964 Vernon's Hamilton
City Directory
by Hamilton Public Library

1969 Vernon's Hamilton
City Directory
by Hamilton Public Library

**Uncle John's Stories of Animals**
Book published in Philadelphia in 1856 – rare 2nd Edition
Source: https://libwww.freelibrary.org/digital/item/2624

164

– The LH&A also houses a Rare Books Collection consisting of old, unusual and rare books that were acquired either through transfer from the regular library collection for safekeeping or through the donation of specific units of books. Given their age and relative rarity, many of the books in this collection are good candidates for digitization. As an example, we've digitized this small 19th century children's "panorama picture book" manufactured and published in Philadelphia in 1856. "Uncle John's Stories of Animals" was originally published in 1849, however, this edition of the book is the rarer 2nd edition with revised and additional content. Indeed, our initial surveys found that the LH&A copy of this edition is the **only** copy held by **any** library. Additionally, this book was a good case for digitization because the binding had degraded to the extent that significant physical intervention would now be needed to preserve it in its original form.

164

CONFIDENTIAL

INTARC00142180



# THEMATIC SCRAP BOOKS

The House Built in a Day









Source: HPL, LH&A Digital Photograph Collection

One of LH&A's unique holdings is a collection of Scrapbooks comprised of news clippings on hundreds of thematic subjects relevant to Hamilton's history. As an example, we digitized our scrapbook on "The House Built in a Day" to complement previously digitized images from our collection of historical photographs. As part of the city's centennial celebrations in 1913, a proposition was put forward to build an entire house in full over a 24 hour period. This had never before been attempted in Canada and it required the buy-in and support of the local trade unions who supplied the 400 skilled tradesmen volunteers in order to make the project a reality. And on the 13th of August 1913 after 23 hours, the house was fully built.

165



## THE HAMILTON SAVOYARDS OPERATIC SOCIETY



Source: The Hamilton Spectator, https://www.thespec.com/opinion-story/9309661-graham-rockingham-hamilton-public-library-s-archives-prove-steeltown-is-a-city-of-song/

166

Paragraph 3 – The Hamilton Savoyards Operatic Society

- One of LH&A's newer collections is the Hamilton Music Archive which was established to align with the city's official Music Strategy of celebrating "all things music" in Hamilton. The city has a rich musical legacy as well as thriving and vibrant local music scene and the LH&A is uniquely positioned to document it. Using seven seed collections, the Hamilton Music Archive spans 100+ years ranging in music genres from Opera to Rock to County. A recent acquisition by the LH&A is the Hamilton Savoyard Operatic Society fonds. Founded in 1929, the Hamilton Savoyards staged Gilbert and Sullivan's Victorian comedic operas and later a variety of theatrical productions until their merger with the Hamilton Theatre Company in 1971. As an example, we've digitized several documents about the Savoyards 1955 production of the operetta, "The Merry Widow

166

CONFIDENTIAL

INTARC00142182



## NEXT STEPS FOR HPL

- Continuing to **advocate for better terms** from publishers (ULC, CULC)
- **Promoting CDL, IA** and **Open Library** in Canada – sharing our legal opinion
- Develop a robust work flow to support ongoing addition of unique materials
- Using CDL for **Interlibrary Loan**
  - Need to meet the criteria of "older"
- Using **IA as a way of cross collaboration**
  - Liberian Learning Centre – HPL's sister library
  - Six Nations Indigenous Library
- **Longer term** – Looking for offsite, secure, climate controlled storage
  - Expand display space & space for customers in our Local History
  - HPL is part of Hamilton Museum effort



167

CONFIDENTIAL

INTARC00142183



# QUESTIONS?

Paul Takala, Chief Librarian/CEO,  Hamilton Public Library

55 York Blvd, Hamilton, ON.  L8N 4E4

ptakala@hpl.ca, 905-546-3215, www.hpl.ca

As public servants, let's focus on finding solutions to problems,
Not problems with solutions.

Gil Penalosa

CONFIDENTIAL

INTARC00142184



Fri or early next week - recap of our day
-Talk with Caralee if you have

Next week: Hill visits

Appeal
- Endorse CDL
- Join Open Libraries
- Donate materials
- Help us with direction on serials



In-library scanning

# Talk with Caralee
## 2:30pm - 3:00pm

# Tours

**SFPL Main Tour, 3pm**
Meet at Information Desk

**Special Collections, 3pm & 4pm**
Meet at SF History Center, Skylight Gallery, 6th Floor

CONFIDENTIAL

INTARC00142187



CONFIDENTIAL

INTARC00142188



INTARC00142189

# Weber Declaration

# Exhibit 13

# Part 5







CONFIDENTIAL

INTARC00142192



CONFIDENTIAL

INTARC00142193

# Exhibit 14 to Weber Declaration
# Filed Under Seal (A-1004)

# Weber Declaration
# Exhibit 15



# Help & Customer Service

‹ All Help Topics

**Kindle E-Reader and Fire Tablet Terms, Warranties, and Notices**

IEEE 1725 Battery Safety Statements

**Kindle Store Terms of Use**

Kindle (U.S. Wireless) One-Year Limited Warranty

Activity Center FAQ

Location Services

Amazon Maps Terms of Use

Kindle Unlimited Terms of Use

Non-Touchscreen Kindle Devices - Access to Kindle Store FAQ

NEWKINDLE30 Terms and Conditions

Kindle Personal Documents Distributor Terms of Use

Kindle for PC Legal Notices

Kindle for Mac Legal Notices

Kindle for Android Legal Notices

Kindle for iPad/iPhone Legal Notices

Kindle E-Reader and Fire Tablet Terms

Kindle for Windows Phone Legal Notices

Send to Kindle Button Terms of Use

Additional Notices for Kindle Fire

Send to Kindle Legal Notices

Kindle for Windows 8 Legal Notices

Customer FAQ for Attorneys General eBook Settlements

Unlimited Cloud Storage for Photos on Fire Tablets

2G and 3G E-Reader Network Support FAQ

Kindle Cloud Reader Legal Notices

Source Code Notice

comiXology Unlimited Terms of Use

## Quick solutions

 **Devices & Content**
Deliver books, apps to your device

 **Digital Purchases**
View purchased books & apps

 **Your Subscriptions**
Edit payment info

 **1-Click Settings**
Change your address

 **Digital & Device Forum**
Ask the community

Contact Us

## Find more solutions

Digital Services and Device Support  ›  Amazon Device and Digital Services Terms, Warranties, and Notices  ›
Kindle E-Reader and Fire Tablet Terms, Warranties, and Notices

## Kindle Store Terms of Use

**Last updated: August 30, 2021**

This is an agreement between you and Amazon.com Services LLC (with its affiliates, "Amazon," "we" or "us"). Please read these Amazon Kindle Store Terms of Use, the Amazon.com Privacy Notice (https://www.amazon.com/privacy), the Amazon.com Conditions of Use (http://www.amazon.com/conditionsofuse), and the other applicable rules, policies, and terms posted on the Amazon.com website on the Kindle Store or provided with any Service (collectively, this "Agreement") before purchasing or using any aspect of the Service. By using the Kindle Store, purchasing or using any Kindle Content, using any Kindle Application, or using any aspect of the Service, you agree to be bound by the terms of this Agreement on behalf of yourself and all members of your household and others who use the Service under your account. If you do not accept the terms of this Agreement, then you may not use the Kindle Store, any Kindle Content, any Kindle Application or the Service.

For the purposes of this Agreement:

"Content Provider" means the party offering Kindle Content in the Kindle Store, which may be us or a third party.

"Kindle Application" means software we make available that permits users to shop for, download, browse, or use the Kindle Store or Kindle Content on Supported Device.

"Kindle Content" means digital content obtained through the Kindle Store, such as books, comics, newspapers, magazines, and other content.

"Kindle Vella Content" means digital content obtained through the Kindle Vella Service.

"Kindle Store" means our stores, on Kindle Applications and on our website, the homepage of which is located at https://www.amazon.com/kindlestore.

"Subscription Content" means Kindle Content made available for access only for so long as you remain an active member of a subscription or membership program, such as Kindle Unlimited, comiXology Unlimited, or Amazon Prime.

"Service" means the provision of the Kindle Store, Kindle Content, Kindle Vella, Kindle Application, and support and other services that we provide Kindle Store, Kindle Content, Kindle Vella, and Kindle Application users.

"Supported Device" means a mobile, computer or other supported electronic device on which you are authorized to operate a Kindle Application.

### 1. Kindle Content

Use of Kindle Content. Upon your download or access of Kindle Content and payment of any applicable fees (including applicable taxes), the Content Provider grants you a non-exclusive right to view, use, and display such Kindle Content an unlimited number of times (for Subscription Content, only as long as you remain an active member of the underlying membership or subscription program), solely through a Kindle Application or as otherwise permitted as part of the Service, solely on the number of Supported Devices specified in the Kindle Store, and solely for your personal, non-commercial use. Kindle Content is licensed, not sold, to you by the Content Provider. The Content Provider may include additional terms for use within this Kindle Content. Those terms will also apply, but this Agreement will govern in the event of a conflict. Some Kindle Content, such as interactive or highly formatted content, may not be available to you on all Kindle Applications.

Limitations. Unless specifically indicated otherwise, you may not sell, rent, lease, distribute, broadcast, sublicense, or otherwise assign any rights to the Kindle Content or any portion of it to any third party, and you may not remove or modify any proprietary notices or labels on the Kindle Content. In addition, you may not attempt to bypass, modify, defeat, or otherwise circumvent any digital rights management system or other content protection or features used as part of the Service.

Book Returns; Subscription Cancellations and Termination. You may return a book you purchase from the Kindle Store or cancel newspaper and magazine subscriptions as permitted in our return and cancellation policy in the Kindle Store. A newspaper or magazine subscription may be terminated at any time, for example, if a magazine is no longer available. If a magazine or newspaper subscription is terminated before the end of its term, you will receive a prorated

refund. We reserve the right to change newspaper and magazine subscription terms and fees from time to time, effective as of the beginning of the next subscription term.

Risk of Loss. Risk of loss for Kindle Content transfers when you download or access the Kindle Content.

2. Use of Kindle Applications. You may use the Kindle Applications only on Supported Devices. For additional terms that apply to the Kindle Applications, see the Additional Amazon Software Terms contained in the Amazon.com Conditions of Use (http://www.amazon.com/conditionsofuse) and the terms contained in the Legal or similar section in the Settings menu of your Kindle Application.

3. Kindle Vella Tokens

Use of Tokens; Expiration. Kindle Vella is an offering of the Service that allows customers to receive and purchase tokens ("Tokens") and to redeem those Tokens for eligible Kindle Vella Content we offer through the Kindle Store. Eligible products may change over time. Not all devices support the use of Tokens. Kindle Vella Content may only be unlocked with Tokens, and the entire Token amount for the applicable product, plus any applicable taxes, must be redeemed with Tokens. Tokens do not expire. We are not responsible if any Tokens are used without your permission.

Purchases and Returns. Purchases of Tokens will be charged to the 1-Click payment method associated with your Amazon account. All purchases of Tokens are final. We do not accept returns of Tokens except where required by law. If you believe any purchased Tokens were not properly credited to your account, please contact Amazon customer service for assistance. If we offer discounts on the purchase of Tokens, we may modify or discontinue those discounts at any time without notice to you.

Restrictions. Tokens are a digital good and have no monetary value (i.e., are not cash or equivalent), and do not constitute currency or property of any type. Tokens can only be redeemed for eligible Kindle Vella digital products we offer through the Kindle Store. Tokens cannot be resold, transferred for value, or redeemed for cash, except to the extent required by law. Tokens in one Amazon account may not be transferred to another Amazon account. We may limit the number of Tokens you can purchase or receive within certain periods of time, or implement other restrictions on the receipt or use of Tokens. If we give you Tokens in connection with your purchase of a product and you later return or receive a refund for that product, we may revoke those Tokens. If you have already used those Tokens, we may deduct the same number of Tokens from your account or charge your credit card or other payment instrument for any products you redeemed using those Tokens.

Limited to U.S. Kindle Vella is currently only available to customers located in the United States. You may not purchase, receive, or redeem Tokens if you are outside the United States. "United States" refers to the 48 contiguous states, the District of Columbia, Alaska, Hawaii, Puerto Rico, American Samoa, Guam, the Northern Mariana Islands, and the U.S. Virgin Islands.

4. General

Information Provided to Amazon. The Kindle Application will provide Amazon with information about use of your Kindle Application and its interaction with Kindle Content and the Service (such as last page read, content archiving, available memory, up-time, log files, and signal strength). Information provided to Amazon may be stored on servers outside the country in which you live. We will handle any information we receive in accordance with the Amazon.com Privacy Notice (http://www.amazon.com/privacy).

Information Provided to Others. You are responsible for any information you provide to others using the Service. Use of information you provide to these third parties will be subject to any privacy notice or other terms that they may provide to you.

Termination; Fraud. Your rights under this Agreement will automatically terminate if you fail to comply with any term of this Agreement. We may also terminate your right to use the Service at any time, including if we determine your use violates any term of this Agreement or involves any fraud or misuse of the Service. In case of such termination, you must cease all use of the Service, and Amazon may immediately revoke your access to the Service without refund of any fees. If we determine you fraudulently obtain or use any Tokens, we may revoke those Tokens and charge your credit card or other payment instrument for any products redeemed using those Tokens. Amazon's failure to insist upon or enforce your strict compliance with this Agreement will not constitute a waiver of any of its rights.

Changes to Service; Amendments. We may change, suspend, or discontinue the Service, in whole or in part, including adding or removing Subscription Content from a Service, at any time without notice. We may amend any of this Agreement's terms at our sole discretion by posting the revised terms on the Amazon.com website. Your continued use of the Kindle Application or any aspect of the Service after the effective date of the revised Agreement terms constitutes your acceptance of the terms.

Disputes. Any dispute or claim arising from or relating to this Agreement or the Service is subject to the sections on dispute resolution, governing law, disclaimer of warranties and limitation of liability and all other terms in the Amazon.com Conditions of Use (http://www.amazon.com/conditionsofuse).

Limitation of Liability. Without limiting the Disclaimer of Warranties and Limitation of Liability in the Amazon.com Conditions of Use (http://www.amazon.com/conditionsofuse), (1) in no event will our or our software licensors' total liability to you for all damages (other than as may be required by applicable law in cases involving personal injury) arising out of or related to your use or inability to use the Kindle Application exceed the amount of fifty dollars ($50.00); and (2) in no event will our or any other Content Provider's aggregate liability to you for all damages arising from your use of the Service (excluding the Kindle Application) exceed the amount you actually

A-1007

paid for the Kindle Content or for the aspect of the Service related to your claim for damages. These limitations will apply to you even if the remedies fail of their essential purpose.

Contact Information. For help with your Kindle Application, the Service, the Kindle Store, Kindle Content, or resolving other issues, please contact Customer Service at https://www.amazon.com/contact-us/ (or by email at kindle-cs-support@amazon.com).

For communications concerning this Agreement, please write to Amazon, Attn: Legal Department, P.O. Box 81226, Seattle, WA 98108-1226.

Was this information helpful?

Yes   No



Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Web Services<br>Scalable Cloud Computing Services |
| Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | Fabric<br>Sewing, Quilting & Knitting | Goodreads<br>Book reviews & recommendations |
| IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products |
| Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home | Neighbors App<br>Real-Time Crime & Safety Alerts |
| | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its affiliates

# Weber Declaration
# Exhibit 16



Home > Research & Evaluation > Public Libraries Survey

# Public Libraries Survey

The Public Libraries Survey (PLS) examines when, where, and how library services are changing to meet the needs of the public. These data, supplied annually by public libraries across the country, provide information that policymakers and practitioners can use to make informed decisions about the support and strategic management of libraries. Browse research briefs and over 25 years of research publications about the Public Libraries Survey (PLS).

**Purpose:** The survey provides statistics on the status of public libraries in the United States.

**Coverage:** The data are collected from approximately 9,000 public libraries with approximately 17,000 individual public library outlets (main libraries, branches, and bookmobiles) in the 50 states, the District of Columbia, and outlying territories.

**Content:** Data includes information about library visits, circulation, size of collections, public service hours, staffing, electronic resources, operating revenues and expenditures and number of service outlets. Learn more about PLS data element definitions.

**Frequency:** Collected annually since 1988. (Data files are available since 1992.)

**Methods:** At the state level, PLS is administered by Data Coordinators, appointed by the chief officer of the state library agency from each state or outlying area. State Data Coordinators collect the requested data from local public libraries and report these data to us via a web-based reporting system.

**Use:** PLS data are useful to researchers, journalists, the public, local practitioners, and policymakers at the federal, state, and local levels, and are used for planning, evaluation, and policy making. Download the datasets in multiple formats below, or use our online Library Search & Compare tool to find a library and browse the latest available data.

## About the Data Files

The data files available on our web site are public-use data files. These files have had some data removed to protect the confidentiality of individually identifiable survey respondents. Public-use data files are publicly available without restriction, and do not require a license. Survey data are coded or aggregated without individually identifiable information. Data that could be directly identified with one individual (salaries and wages for librarians for a library with one librarian, for example) are removed.

A small proportion of the data that has been collected are in restricted-use data files, which contain individually identifiable information, which is confidential and protected by law. For more information on restricted-use data files, please contact us.

## About the Documentation Files

The documentation files include information on survey design, imputation, and data suppression; record layouts; and appendices containing the survey questionnaire and data definitions. The record layouts (usually in one or more appendices) provide:

- **Variable names:** This is the field name (also called the data element name).
- **Field lengths and start positions:** Use these to import data from the ASCII-format file into other software applications. They indicate where each field starts in the record and how long it is.
- **Data types:** This is the type of data (numeric, text, date, etc.) in the field.
- **Descriptions:** Gives the definition or more detail about the field or variable.



| FY 2020 | › |
|---|---|
| FY 2019 | ⌄ |

Data Files – CSV (ZIP 3 MB), SAS (ZIP 4 MB), and SPSS (ZIP 5 MB) **NEW!**
Documentation (ZIP 2.55 MB) **NEW!**
Supplementary Tables List (XLS 22 KB) **NEW!**

- Tables 1-6A: Number and Percentage of Public Libraries by Select Characteristics (XLS 116 KB)
- Tables 7-13A: Public Library Revenue and Expenses (XLS 124 KB)
- Tables 14-25A: Public Library Services, Resources, and Programs (XLS 465 KB)
- Tables 26-27A: Public Library Staffing (XLS 50 KB)
- Tables 28-28A: Size of Public Libraries (XLS 32 KB)
- Tables 29-43: State Rankings on Key Variables (XLS 106 KB)

| FY 2018 | › |
|---|---|
| FY 2017 | › |
| FY 2016 | › |
| FY 2015 | › |
| FY 2014 | › |
| FY 2013 | › |
| FY 2012 | › |
| FY 2011 | › |
| FY 2010 | › |
| FY 2009 | › |
| FY 2008 | › |
| FY 2007 | › |
| FY 2006 | › |
| FY 2005 PLS and Earlier | › |



**CONTACT US**
202-653-4657 | imlsinfo@imls.gov

955 L'Enfant Plaza North, SW, Suite 4000, Washington, D.C. 20024-2135

https://www.imls.gov/research-evaluation/data-collection/public-libraries-survey

Viewers & Players | FOIA | No FEAR | Privacy & Terms of Use | EEO | Accessibility | Open Government | Office of Special Counsel | USA.gov

PLAINTIFFS0001005

**Table 11. Total collection expenditures of public libraries and percentage distribution of expenditures, by type of expenditure and state: Fiscal year 2019**

| State | Number of public libraries | Total collection expenditures (In thousands) | Percentage of total collection expenditures | | |
| --- | --- | --- | --- | --- | --- |
| | | | Print materials expenditures | Electronic materials expenditures[1] | Other materials expenditures[2] |
| Total[3] | 9,057 | $1,427,447 | 52.4 | 31.1 | 16.5 |
| Alabama | 220 | 10,789 | 59.6 | 21.2 | 19.2 |
| Alaska | 64 | 3,099 | 64.1 | 22.0 | 13.8 |
| Arizona | 89 | 27,345 | 54.4 | 32.8 | 12.8 |
| Arkansas | 60 | 9,497 | 51.7 | 30.4 | 17.9 |
| California | 185 | 150,148 | 52.1 | 34.1 | 13.7 |
| Colorado | 112 | 43,636 | 39.9 | 42.5 | 17.6 |
| Connecticut | 180 | 18,345 | 59.2 | 27.1 | 13.7 |
| Delaware | 21 | 2,533 | 72.1 | 11.5 | 16.3 |
| District of Columbia | 1 | 3,943 | 51.8 | 42.6 | 5.7 |
| Florida | 81 | 70,293 | 47.9 | 37.5 | 14.5 |
| Georgia | 62 | 18,980 | 61.3 | 28.6 | 10.2 |
| Hawaii | 1 | 5,026 | 41.0 | 57.3 | 1.7 |
| Idaho | 103 | 6,842 | 57.6 | 29.4 | 13.0 |
| Illinois | 623 | 85,245 | 51.2 | 32.7 | 16.1 |
| Indiana | 236 | 47,559 | 49.2 | 34.1 | 16.7 |
| Iowa | 535 | 15,683 | 60.5 | 21.5 | 17.9 |
| Kansas | 318 | 14,935 | 52.5 | 28.6 | 18.9 |
| Kentucky | 120 | 21,773 | 48.4 | 32.2 | 19.4 |
| Louisiana | 67 | 26,065 | 46.9 | 31.3 | 21.8 |
| Maine | 228 | 4,324 | 76.6 | 9.6 | 13.8 |
| Maryland | 24 | 38,246 | 47.9 | 31.9 | 20.2 |
| Massachusetts | 367 | 40,949 | 56.0 | 27.5 | 16.4 |
| Michigan | 396 | 48,218 | 52.0 | 26.9 | 21.1 |
| Minnesota | 136 | 24,266 | 55.6 | 28.6 | 15.8 |
| Mississippi | 53 | 4,010 | 65.8 | 20.0 | 14.1 |
| Missouri | 149 | 38,468 | 45.6 | 35.9 | 18.5 |

PLAINTIFFS0001006

| | | | | |
|---|---:|---:|---:|---:|
| Montana | 82 | 2,883 | 63.0 | 21.2 | 15.8 |
| Nebraska | 236 | 8,037 | 58.5 | 24.3 | 17.2 |
| Nevada | 22 | 14,705 | 37.1 | 43.8 | 19.2 |
| New Hampshire | 220 | 6,326 | 66.2 | 17.6 | 16.2 |
| | | | | | |
| New Jersey | 296 | 43,095 | 62.3 | 22.2 | 15.5 |
| New Mexico | 88 | 7,138 | 52.6 | 31.9 | 15.5 |
| New York | 756 | 104,451 | 58.0 | 29.3 | 12.7 |
| North Carolina | 82 | 28,375 | 63.9 | 27.4 | 8.7 |
| North Dakota | 73 | 2,765 | 65.8 | 17.5 | 16.7 |
| | | | | | |
| Ohio | 251 | 106,321 | 42.9 | 28.4 | 28.6 |
| Oklahoma | 119 | 18,288 | 45.7 | 38.7 | 15.6 |
| Oregon | 132 | 24,023 | 49.0 | 36.6 | 14.5 |
| Pennsylvania | 452 | 34,636 | 56.2 | 29.5 | 14.3 |
| Rhode Island | 48 | 3,621 | 65.4 | 17.5 | 17.1 |
| | | | | | |
| South Carolina | 42 | 19,813 | 51.1 | 31.7 | 17.2 |
| South Dakota | 111 | 3,363 | 56.3 | 30.2 | 13.4 |
| Tennessee | 186 | 14,287 | 64.6 | 26.4 | 9.0 |
| Texas | 544 | 67,136 | 55.6 | 30.6 | 13.9 |
| Utah | 70 | 14,661 | 53.3 | 28.6 | 18.1 |
| | | | | | |
| Vermont | 162 | 2,462 | 68.5 | 15.0 | 16.5 |
| Virginia | 93 | 31,641 | 55.6 | 30.0 | 14.4 |
| Washington | 60 | 56,384 | 47.2 | 38.9 | 14.0 |
| West Virginia | 97 | 5,300 | 59.0 | 26.3 | 14.8 |
| Wisconsin | 381 | 24,849 | 63.6 | 12.6 | 23.8 |
| Wyoming | 23 | 2,670 | 55.9 | 20.4 | 23.7 |
| | | | | | |
| Outlying areas | | | | | |
| American Samoa | 1 | 23 | 49.1 | 29.7 | 21.2 |
| Guam | 1 | 83 | 84.3 | 15.7 | 0.0 |
| Northern Marianas | 1 | 9 | 100.0 | 0.0 | 0.0 |
| Virgin Islands | 1 | 59 | 100.0 | 0.0 | 0.0 |

PLAINTIFFS0001007

[1] This includes all operating expenditures for electronic (digital) materials. Types of electronic materials include e-books, e-serials (including journals), government documents, databases (including locally mounted, full text or not), electronic files, reference tools, scores, maps, or pictures in electronic or digital format, including materials digitized by the library. Electronic materials can be distributed on magnetic tape, diskettes, computer software, CD-ROM, or other portable digital carrier, and can be accessed via a computer, via access to the Internet, or by using an e-book reader. This includes expenditures for materials held locally and for remote electronic materials for which permanent or temporary access rights have been acquired. It also includes expenditures for database licenses.

[2] This includes all operating expenditures for other materials, such as microform, audio, video, DVD, and materials in new formats.

[3] Total includes the 50 states and the District of Columbia but excludes outlying areas, libraries that closed or temporarily closed in FY 2019, and libraries that do not meet the FSCS Public Library Definition.

NOTE: Detail may not sum to totals because of rounding. Data were not reported by the following outlying area: Puerto Rico. Missing data were not imputed for nonresponding outlying areas. Additional information on nonsampling error, response rates, and definitions may be found in Data File Documentation Public Libraries Survey: Fiscal year 2019.

SOURCE: IMLS, Public Libraries Survey, FY 2019. Data elements TOTEXPCO, PRMATEXP, ELMATEXP, OTHMATEX from the Public Library System Data File (PLS_AE_PUD19i) were used to produce this table.

PLAINTIFFS0001008

**Table 11A. Total collection expenditures of public libraries in the 50 states and the District of Columbia and percentage distribution**

| State | Number of public libraries | Total collection expenditures (In thousands) | Percentage of total collection expenditures | | |
|---|---|---|---|---|---|
| | | | Print materials expenditures | Electronic materials expenditures[1] | Other materials expenditures[2] |
| Total[3] | 9,057 | 1,427,447 | 52.4 | 31.1 | 16.5 |
| 1,000,000 or more | 35 | 236,717 | 52.1 | 36.3 | 11.5 |
| 500,000 to 999,999 | 57 | 244,557 | 45.0 | 38.2 | 16.8 |
| 250,000 to 499,999 | 113 | 181,330 | 47.4 | 35.0 | 17.7 |
| 100,000 to 249,999 | 367 | 217,011 | 50.7 | 31.7 | 17.6 |
| 50,000 to 99,999 | 577 | 166,642 | 53.1 | 29.6 | 17.3 |
| 25,000 to 49,999 | 996 | 156,263 | 56.1 | 26.1 | 17.8 |
| 10,000 to 24,999 | 1,761 | 132,404 | 59.5 | 22.6 | 17.9 |
| 5,000 to 9,999 | 1,488 | 50,753 | 65.9 | 15.9 | 18.2 |
| 2,500 to 4,999 | 1,266 | 22,864 | 71.0 | 11.4 | 17.5 |
| 1,000 to 2,499 | 1,467 | 14,398 | 73.1 | 10.0 | 16.9 |
| Less than 1,000 | 930 | 4,510 | 73.6 | 8.4 | 18.0 |

[1] Electronic materials expenditures include all operating expenditures for electronic (digital) materials. Types of electronic materials include e-books, e-serials
[2] This includes all operating expenditures for other materials, such as microform, audio, video, DVD, and materials in new formats.
[3] Total includes the 50 states and the District of Columbia but excludes outlying areas, libraries that closed or temporarily closed in FY 2019, and libraries
NOTE: Detail may not sum to totals because of rounding. For item(s) with response rates below 100 percent, data for nonrespondents were imputed and are
SOURCE: IMLS, Public Libraries Survey, FY 2019. Data elements TOTEXPCO, PRMATEXP, ELMATEXP, OTHMATEX, POPU_LSA from the Public

PLAINTIFFS0001009

**Table 20. Number of public library print materials, e-books, and print serial subscriptions per capita, by type of material and state: Fiscal year 2019**

| State | Number of public libraries | Print materials | | E-books | | Current print serial subscriptions |
|---|---|---|---|---|---|---|
| | | Number (In thous.) | Per capita[1] | Number (In thous.) | Per capita[1] | Number |
| Total[2] | 9,057 | 686,878 | 2.17 | 615,709 | 1.95 | 1,492,225 |
| Alabama | 220 | 8,668 | 1.82 | 8,886 | 1.87 | 7,411 |
| Alaska | 64 | 2,077 | 3.22 | 1,343 | 2.08 | 4,208 |
| Arizona | 89 | 7,632 | 1.06 | 9,211 | 1.28 | 11,147 |
| Arkansas | 60 | 5,897 | 2.14 | 3,910 | 1.42 | 5,859 |
| California | 185 | 55,979 | 1.40 | 21,847 | 0.55 | 80,673 |
| Colorado | 112 | 9,485 | 1.69 | 4,548 | 0.81 | 19,253 |
| Connecticut | 180 | 12,429 | 3.77 | 2,531 | 0.77 | 16,962 |
| Delaware | 21 | 1,453 | 1.50 | 539 | 0.56 | 3,435 |
| District of Columbia | 1 | 971 | 1.38 | 32 | 0.05 | 1,874 |
| Florida | 81 | 26,035 | 1.24 | 10,572 | 0.50 | 36,348 |
| Georgia | 62 | 15,817 | 1.47 | 1,175 | 0.11 | 13,309 |
| Hawaii | 1 | 2,896 | 2.04 | 105 | 0.07 | 2,276 |
| Idaho | 103 | 4,229 | 2.81 | 832 | 0.55 | 4,705 |
| Illinois | 623 | 38,460 | 3.28 | 33,600 | 2.86 | 89,176 |
| Indiana | 236 | 21,183 | 3.47 | 12,359 | 2.03 | 34,770 |
| Iowa | 535 | 11,540 | 3.77 | 22,093 | 7.21 | 23,677 |
| Kansas | 318 | 8,623 | 3.44 | 41,521 | 16.55 | 11,615 |
| Kentucky | 120 | 9,144 | 2.06 | 17,178 | 3.87 | 13,413 |
| Louisiana | 67 | 11,417 | 2.48 | 8,437 | 1.83 | 19,921 |
| Maine | 228 | 5,897 | 4.86 | 2,759 | 2.27 | 8,820 |
| Maryland | 24 | 10,077 | 1.67 | 3,022 | 0.50 | 15,902 |
| Massachusetts | 367 | 28,923 | 4.25 | 16,981 | 2.49 | 45,537 |
| Michigan | 396 | 25,928 | 2.63 | 16,144 | 1.64 | 42,192 |
| Minnesota | 136 | 13,475 | 2.39 | 6,134 | 1.09 | 21,981 |
| Mississippi | 53 | 5,464 | 1.83 | 1,245 | 0.42 | 3,613 |

PLAINTIFFS0001010

| | | | | | |
|---|---|---|---|---|---|
| Missouri | 149 | 15,456 | 2.83 | 9,558 | 1.75 | 27,681 |
| Montana | 82 | 2,412 | 2.44 | 2,137 | 2.16 | 2,998 |
| Nebraska | 236 | 5,552 | 3.49 | 4,974 | 3.13 | 8,924 |
| Nevada | 22 | 3,688 | 1.21 | 834 | 0.27 | 4,660 |
| New Hampshire | 220 | 5,524 | 4.11 | 6,443 | 4.79 | 9,281 |
| New Jersey | 296 | 25,058 | 2.88 | 13,327 | 1.53 | 338,601 |
| New Mexico | 88 | 4,008 | 2.68 | 808 | 0.54 | 5,365 |
| New York | 756 | 64,494 | 3.33 | 38,647 | 1.99 | 150,098 |
| North Carolina | 82 | 15,426 | 1.48 | 9,483 | 0.91 | 18,137 |
| North Dakota | 73 | 2,079 | 3.05 | 1,146 | 1.68 | 3,474 |
| Ohio | 251 | 37,947 | 3.30 | 110,550 | 9.61 | 92,499 |
| Oklahoma | 119 | 6,152 | 1.91 | 5,814 | 1.81 | 29,317 |
| Oregon | 132 | 8,702 | 2.47 | 8,250 | 2.34 | 12,622 |
| Pennsylvania | 452 | 23,930 | 1.92 | 12,507 | 1.01 | 42,352 |
| Rhode Island | 48 | 3,144 | 2.99 | 3,565 | 3.39 | 4,139 |
| South Carolina | 42 | 8,483 | 1.82 | 3,792 | 0.82 | 36,027 |
| South Dakota | 111 | 2,767 | 3.57 | 2,113 | 2.73 | 3,891 |
| Tennessee | 186 | 10,884 | 1.65 | 25,324 | 3.84 | 9,572 |
| Texas | 544 | 36,348 | 1.38 | 12,865 | 0.49 | 38,501 |
| Utah | 70 | 6,359 | 2.05 | 3,911 | 1.26 | 8,266 |
| Vermont | 162 | 2,747 | 4.74 | 1,448 | 2.50 | 4,742 |
| Virginia | 93 | 15,400 | 1.83 | 15,225 | 1.81 | 21,631 |
| Washington | 60 | 11,857 | 1.59 | 5,304 | 0.71 | 41,722 |
| West Virginia | 97 | 4,736 | 2.56 | 9,085 | 4.90 | 5,121 |
| Wisconsin | 381 | 17,777 | 3.04 | 60,199 | 10.30 | 31,566 |
| Wyoming | 23 | 2,247 | 3.89 | 1,396 | 2.42 | 2,961 |
| Outlying areas | | | | | | |
| American Samoa | 1 | 44 | 0.76 | 1 | 0.02 | 63 |
| Guam | 1 | 279 | 1.65 | 0 | 0.00 | 21 |
| Northern Marianas | 1 | 82 | 1.60 | 5 | 0.10 | 60 |
| Virgin Islands | 1 | 177 | 1.66 | † | † | 77 |

† Not applicable.

PLAINTIFFS0001011

[1]Per capita is based on the total unduplicated population of legal service areas. The determination of the unduplicated figure is the responsibility of the state library agency and should be based on the most recent state population figures for jurisdictions in the state.

[2]Total includes the 50 states and the District of Columbia but excludes outlying areas, libraries that closed or temporarily closed in FY 2019, and libraries that do not meet the FSCS Public Library Definition.
NOTE: Detail may not sum to totals because of rounding. Data were not reported by the following outlying area: Puerto Rico. Missing data for were not imputed for nonresponding outlying areas. Additional information on nonsampling error, response rates, and definitions may be found in Data File Documentation Public Libraries Survey: Fiscal year 2019.
SOURCE: IMLS, Public Libraries Survey, FY 2019. Data elements BKVOL, EBOOK, SUBSCRIP, POPU_UND from the Public Library System Data File (PLS_AE_PUD19i) were used to produce this table.

PLAINTIFFS0001012

**Table 20A. Number of public library print materials, e-books, and print serial subscriptions per capita in the 50 states and the District of Columbia, by type of material and population of legal service area: Fiscal year 2019**

| Population of legal service area | Number of public libraries | Print materials[1] | | E-books | | Current print serial subscriptions |
|---|---|---|---|---|---|---|
| | | Number (In thous.) | Per capita[1] | Number (In thous.) | Per capita[1] | Number |
| Total[2] | 9,057 | 686,878 | 2.17 | 615,709 | 1.95 | 1,492,225 |
| 1,000,000 or more | 35 | 95,104 | 1.57 | 10,742 | 0.18 | 180,222 |
| 500,000 to 999,999 | 57 | 71,888 | 1.74 | 16,356 | 0.40 | 122,541 |
| 250,000 to 499,999 | 113 | 66,078 | 1.69 | 20,310 | 0.52 | 130,511 |
| 100,000 to 249,999 | 367 | 94,215 | 1.66 | 39,270 | 0.69 | 194,237 |
| 50,000 to 99,999 | 577 | 82,079 | 2.07 | 59,638 | 1.50 | 158,180 |
| 25,000 to 49,999 | 996 | 87,057 | 2.57 | 88,868 | 2.63 | 190,079 |
| 10,000 to 24,999 | 1,761 | 90,102 | 3.29 | 139,004 | 5.07 | 243,339 |
| 5,000 to 9,999 | 1,488 | 44,772 | 4.27 | 84,073 | 8.02 | 172,792 |
| 2,500 to 4,999 | 1,266 | 26,033 | 5.72 | 61,416 | 13.50 | 47,663 |
| 1,000 to 2,499 | 1,467 | 20,838 | 8.64 | 61,218 | 25.39 | 40,259 |
| Less than 1,000 | 930 | 8,711 | 16.40 | 34,814 | 65.54 | 12,402 |

[1]Per capita is based on the total unduplicated population of legal service areas. The determination of the unduplicated figure is the responsibility of the state library agency and should be based on the most recent state population figures for jurisdictions in the state.

[2]Total includes the 50 states and the District of Columbia but excludes outlying areas, libraries that closed or temporarily closed in FY 2019, and libraries that do not meet the FSCS Public Library Definition.

NOTE: Detail may not sum to totals because of rounding. For item(s) with response rates below 100 percent, data for nonrespondents were imputed and are included in the table. Data were not imputed for the outlying areas. Additional information on nonsampling error, response rates, and definitions may be found in Data File Documentation Public Libraries Survey: Fiscal year 2019.

SOURCE: IMLS, Public Libraries Survey, FY 2019. Data elements BKVOL, EBOOK, SUBSCRIP, POPU_LSA, POPU_UND from the Public Library System Data File (PLS_AE_PUD19i) were used to produce this table.

PLAINTIFFS0001013

Table 25. Total collection use, total circulation, physical materials circulation, electronic materials circulation, and retrieval of electronic information per capita, by state: Fiscal year 2019

| State | Number of public libraries | Total collection use[1] Number (In thous.) | Per capita[3] | Total circulation[2] Number (In thous.) | Per capita[3] | Physical materials circulation Number (In thous.) | Per capita[3] | Electronic materials circulation Number (In thous.) | Per capita[3] | Retrieval of electronic information Number (In thous.) | Per capita[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total[4] | 9,057 | 2,917,327 | 9.22 | 2,171,880 | 6.86 | 1,829,000 | 5.78 | 342,879 | 1.08 | 745,447 | 2.36 |
| Alabama | 220 | 30,436 | 6.40 | 20,606 | 4.33 | 17,039 | 3.58 | 3,568 | 0.75 | 9,829 | 2.07 |
| Alaska | 64 | 5,981 | 9.28 | 5,036 | 7.81 | 3,767 | 5.84 | 1,269 | 1.97 | 944 | 1.47 |
| Arizona | 89 | 58,105 | 8.08 | 49,272 | 6.85 | 35,217 | 4.90 | 14,054 | 1.96 | 8,834 | 1.23 |
| Arkansas | 60 | 15,039 | 5.46 | 14,013 | 5.09 | 11,546 | 4.19 | 2,467 | 0.90 | 1,027 | 0.37 |
| California | 185 | 257,333 | 6.45 | 215,768 | 5.41 | 181,923 | 4.56 | 33,845 | 0.85 | 41,565 | 1.04 |
| Colorado | 112 | 72,395 | 12.92 | 64,123 | 11.44 | 52,058 | 9.29 | 12,065 | 2.15 | 8,272 | 1.48 |
| Connecticut | 180 | 27,463 | 8.33 | 24,927 | 7.56 | 22,383 | 6.79 | 2,544 | 0.77 | 2,536 | 0.77 |
| Delaware | 21 | 5,677 | 5.87 | 5,593 | 5.78 | 5,037 | 5.20 | 557 | 0.58 | 84 | 0.09 |
| District of Columbia | 1 | 6,842 | 9.69 | 4,865 | 6.89 | 3,282 | 4.65 | 1,582 | 2.24 | 1,977 | 2.80 |
| Florida | 81 | 120,099 | 5.71 | 103,314 | 4.92 | 83,422 | 3.97 | 19,892 | 0.95 | 16,786 | 0.80 |
| Georgia | 62 | 37,715 | 3.50 | 35,986 | 3.34 | 31,604 | 2.94 | 4,382 | 0.41 | 1,729 | 0.16 |
| Hawaii | 1 | 37,735 | 26.56 | 5,625 | 3.96 | 4,747 | 3.34 | 878 | 0.62 | 32,110 | 22.60 |
| Idaho | 103 | 17,647 | 11.71 | 16,379 | 10.87 | 14,453 | 9.59 | 1,925 | 1.28 | 1,268 | 0.84 |
| Illinois | 623 | 133,633 | 11.39 | 105,752 | 9.02 | 94,659 | 8.07 | 11,093 | 0.95 | 27,881 | 2.38 |
| Indiana | 236 | 82,149 | 13.47 | 65,173 | 10.68 | 51,804 | 8.49 | 13,370 | 2.19 | 16,976 | 2.78 |
| Iowa | 535 | 27,205 | 8.88 | 24,515 | 8.01 | 21,720 | 7.09 | 2,796 | 0.91 | 2,690 | 0.88 |
| Kansas | 318 | 26,561 | 10.59 | 25,225 | 10.05 | 22,923 | 9.14 | 2,302 | 0.92 | 1,336 | 0.53 |
| Kentucky | 120 | 34,438 | 7.75 | 28,888 | 6.50 | 24,675 | 5.55 | 4,213 | 0.95 | 5,550 | 1.25 |
| Louisiana | 67 | 38,681 | 8.39 | 21,990 | 4.77 | 17,787 | 3.86 | 4,203 | 0.91 | 16,690 | 3.62 |
| Maine | 228 | 8,566 | 7.06 | 7,993 | 6.59 | 7,420 | 6.11 | 573 | 0.47 | 574 | 0.47 |
| Maryland | 24 | 65,104 | 10.82 | 56,180 | 9.34 | 48,837 | 8.12 | 7,343 | 1.22 | 8,924 | 1.48 |
| Massachusetts | 367 | 62,471 | 9.17 | 54,839 | 8.05 | 47,195 | 6.93 | 7,643 | 1.12 | 7,632 | 1.12 |
| Michigan | 396 | 81,964 | 8.32 | 75,915 | 7.71 | 66,009 | 6.70 | 9,905 | 1.01 | 6,049 | 0.61 |
| Minnesota | 136 | 55,524 | 9.85 | 51,248 | 9.09 | 43,505 | 7.71 | 7,743 | 1.37 | 4,276 | 0.76 |
| Mississippi | 53 | 8,369 | 2.80 | 6,690 | 2.24 | 6,355 | 2.13 | 335 | 0.11 | 1,679 | 0.56 |
| Missouri | 149 | 59,399 | 10.87 | 51,838 | 9.49 | 43,315 | 7.93 | 8,522 | 1.56 | 7,562 | 1.38 |
| Montana | 82 | 6,380 | 6.45 | 6,121 | 6.19 | 5,049 | 5.11 | 1,072 | 1.08 | 259 | 0.26 |
| Nebraska | 236 | 14,615 | 9.20 | 13,682 | 8.61 | 11,687 | 7.35 | 1,995 | 1.26 | 933 | 0.59 |
| Nevada | 22 | 20,719 | 6.78 | 17,397 | 5.69 | 13,900 | 4.55 | 3,496 | 1.14 | 3,322 | 1.09 |
| New Hampshire | 220 | 10,978 | 8.16 | 10,037 | 7.46 | 8,611 | 6.40 | 1,426 | 1.06 | 941 | 0.70 |
| New Jersey | 296 | 55,730 | 6.40 | 51,097 | 5.87 | 45,592 | 5.24 | 5,505 | 0.63 | 4,633 | 0.53 |
| New Mexico | 88 | 11,799 | 7.88 | 9,350 | 6.25 | 7,417 | 4.96 | 1,932 | 1.29 | 2,449 | 1.64 |
| New York | 756 | 118,851 | 6.13 | 110,536 | 5.70 | 92,846 | 4.79 | 17,690 | 0.91 | 8,315 | 0.43 |
| North Carolina | 82 | 60,823 | 5.85 | 51,051 | 4.91 | 43,788 | 4.21 | 7,263 | 0.70 | 9,772 | 0.94 |
| North Dakota | 73 | 3,833 | 5.62 | 3,542 | 5.20 | 3,008 | 4.41 | 534 | 0.78 | 291 | 0.43 |
| Ohio | 251 | 200,781 | 17.46 | 178,937 | 15.56 | 152,524 | 13.26 | 26,412 | 2.30 | 21,845 | 1.90 |
| Oklahoma | 119 | 30,181 | 9.37 | 25,524 | 7.93 | 20,659 | 6.42 | 4,866 | 1.51 | 4,657 | 1.45 |

PLAINTIFFS0001014

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Oregon | 132 | 56,189 | 15.96 | 54,174 | 15.39 | 46,402 | 13.18 | 7,773 | 2.21 | 2,014 | 0.57 |
| Pennsylvania | 452 | 79,572 | 6.40 | 64,084 | 5.15 | 55,008 | 4.42 | 9,076 | 0.73 | 15,489 | 1.25 |
| Rhode Island | 48 | 363,506 | 345.35 | 6,675 | 6.34 | 5,735 | 5.45 | 940 | 0.89 | 356,830 | 339.01 |
| South Carolina | 42 | 32,747 | 7.04 | 24,546 | 5.28 | 20,070 | 4.31 | 4,476 | 0.96 | 8,201 | 1.76 |
| South Dakota | 111 | 6,251 | 8.07 | 5,822 | 7.52 | 5,021 | 6.49 | 801 | 1.03 | 429 | 0.55 |
| Tennessee | 186 | 32,865 | 4.98 | 28,621 | 4.34 | 21,799 | 3.30 | 6,823 | 1.03 | 4,244 | 0.64 |
| Texas | 544 | 155,669 | 5.93 | 116,451 | 4.44 | 99,182 | 3.78 | 17,269 | 0.66 | 39,218 | 1.49 |
| Utah | 70 | 36,702 | 11.85 | 35,488 | 11.46 | 29,821 | 9.63 | 5,667 | 1.83 | 1,213 | 0.39 |
| Vermont | 162 | 4,385 | 7.56 | 4,201 | 7.25 | 3,765 | 6.49 | 436 | 0.75 | 184 | 0.32 |
| Virginia | 93 | 69,932 | 8.32 | 60,979 | 7.26 | 51,789 | 6.16 | 9,190 | 1.09 | 8,953 | 1.07 |
| Washington | 60 | 95,175 | 12.80 | 86,800 | 11.67 | 65,465 | 8.80 | 21,335 | 2.87 | 8,376 | 1.13 |
| West Virginia | 97 | 8,291 | 4.47 | 6,413 | 3.46 | 5,228 | 2.82 | 1,185 | 0.64 | 1,878 | 1.01 |
| Wisconsin | 381 | 57,618 | 9.86 | 54,093 | 9.26 | 47,958 | 8.21 | 6,136 | 1.05 | 3,524 | 0.60 |
| Wyoming | 23 | 7,204 | 12.47 | 4,506 | 7.80 | 3,995 | 6.91 | 511 | 0.88 | 2,698 | 4.67 |
| Outlying areas | | | | | | | | | | |
| American Samoa | 1 | 9 | 0.15 | 9 | 0.15 | 8 | 0.14 | 1 | 0.01 | 0 | 0.00 |
| Guam | 1 | 34 | 0.20 | 34 | 0.20 | 34 | 0.20 | 0 | 0.00 | 0 | 0.00 |
| Northern Marianas | 1 | 54 | 1.06 | 54 | 1.06 | 46 | 0.90 | 8 | 0.16 | 0 | 0.00 |
| Virgin Islands | 1 | 13 | 0.12 | 13 | 0.12 | 13 | 0.12 | 0 | † | 0 | † |

† Not applicable.

[1] Total collection use is the sum of physical materials circulation, electronic materials circulation, and retrieval of electronic information.

[2] Total circulation is the sum of physical materials circulation and electronic materials circulation.

[3] Per capita is based on the total unduplicated population of legal service areas. The determination of the unduplicated figure is the responsibility of the state library agency and should be based on the most recent state population figures for jurisdictions in the state.

[4] Total includes the 50 states and the District of Columbia but excludes outlying areas, libraries that closed or temporarily closed in FY 2019, and libraries that do not meet the FSCS Public Library Definition.

NOTE: Detail may not sum to totals because of rounding. Data were not reported by the following outlying area: Puerto Rico. Missing data were not imputed for nonresponding outlying areas. Additional information on nonsampling error, response rates, and definitions may be found in Data File Documentation Public Libraries Survey: Fiscal year 2019.

SOURCE: IMLS, Public Libraries Survey, FY 2019. Data elements TOTCOLL, TOTCIR, PHYSCIR, ELMATCIR, ELINFO, POPU_UND from the Public Library System Data File (PLS_AE_PUD19i) were used to produce this table.

A-1020

PLAINTIFFS0001015

**Table 25A. Total collection use, physical materials circulation, electronic materials circulation, and retrieval of electronic information per capita in the 50 states and the District of Columbia, by population of legal service area: Fiscal year 2019**

| Population of legal service area | Number of public libraries | Total collection use[1] | | Total circulation[2] | | Physical materials circulation | | Electronic materials circulation | | Retrieval of electronic information | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Number (In thous.) | Per capita[3] | Number (In thous.) | Per capita[3] | Number (In thous.) | Per capita[3] | Number (In thous.) | Per capita[3] | Number (In thous.) | Per capita[3] |
| Total[4] | 9,057 | 2,917,327 | 9.22 | 2,171,880 | 6.86 | 1,829,000 | 5.78 | 342,879 | 1.08 | 745,447 | 2.36 |
| 1,000,000 or more | 35 | 421,222 | 6.98 | 332,486 | 5.51 | 261,979 | 4.34 | 70,507 | 1.17 | 88,736 | 1.47 |
| 500,000 to 999,999 | 57 | 428,508 | 10.37 | 355,389 | 8.60 | 286,127 | 6.92 | 69,261 | 1.68 | 73,119 | 1.77 |
| 250,000 to 499,999 | 113 | 343,186 | 8.79 | 284,768 | 7.29 | 234,357 | 6.00 | 50,411 | 1.29 | 58,418 | 1.50 |
| 100,000 to 249,999 | 367 | 440,667 | 7.76 | 358,665 | 6.32 | 306,930 | 5.41 | 51,735 | 0.91 | 82,001 | 1.44 |
| 50,000 to 99,999 | 577 | 346,310 | 8.74 | 268,642 | 6.78 | 235,360 | 5.94 | 33,282 | 0.84 | 77,668 | 1.96 |
| 25,000 to 49,999 | 996 | 351,457 | 10.39 | 241,498 | 7.14 | 213,095 | 6.30 | 28,402 | 0.84 | 109,960 | 3.25 |
| 10,000 to 24,999 | 1,761 | 360,602 | 13.15 | 201,498 | 7.35 | 177,081 | 6.46 | 24,417 | 0.89 | 159,103 | 5.80 |
| 5,000 to 9,999 | 1,488 | 144,918 | 13.82 | 73,890 | 7.05 | 65,440 | 6.24 | 8,449 | 0.81 | 71,029 | 6.77 |
| 2,500 to 4,999 | 1,266 | 49,668 | 10.92 | 32,586 | 7.16 | 28,641 | 6.30 | 3,946 | 0.87 | 17,081 | 3.76 |
| 1,000 to 2,499 | 1,467 | 26,239 | 10.88 | 18,021 | 7.47 | 16,030 | 6.65 | 1,992 | 0.83 | 8,217 | 3.41 |
| Less than 1,000 | 930 | 4,551 | 8.57 | 4,436 | 8.35 | 3,960 | 7.45 | 476 | 0.90 | 115 | 0.22 |

[1] Total collection use is the sum of physical materials circulation, electronic materials circulation, and retrieval of electronic information.

[2] Total circulation is the sum of physical materials circulation and electronic materials circulation.

[3] Per capita is based on the total unduplicated population of legal service areas. The determination of the unduplicated figure is the responsibility of the state library agency and should be based on the most recent state population figures for jurisdictions in the state.

[4] Total includes the 50 states and the District of Columbia but excludes outlying areas, libraries that closed or temporarily closed in FY 2019, and libraries that do not meet the FSCS Public Library Definition.

NOTE: Detail may not sum to totals because of rounding. For item(s) with response rates below 100 percent, data for nonrespondents were imputed and are included in the table. Data were not imputed for the outlying areas. Additional information on nonsampling error, response rates, and definitions may be found in Data File Documentation Public Libraries Survey: Fiscal year 2019.

SOURCE: IMLS, Public Libraries Survey, FY 2019. Data elements TOTCOLL, TOTCIR, PHYSCIR, ELMATCIR, ELINFO, POPU_LSA, POPU_UND from the Public Library System Data File (PLS_AE_PUD19i) were used to produce this table.

PLAINTIFFS0001016

# Weber Declaration

# Exhibit 17

Page 1
Libraries Without Walls for Books Without Pages | WIRED
https://www.wired.com/1993/04/libraries/amp



**WIRED**

Get 1 free rental day.*
Hertz. Let's Go!   Book Now
Hertz   *Terms apply

JOAN BROWNING   Apr 1, 1993 12:00 PM   MAGAZINE

## Libraries Without Walls for Books Without Pages

The world's great libraries share a great vision: Books once hoarded in subterranean stacks will be scanned into computers and made available to anyone, anywhere, almost instantly, over high-speed networks

**Electronic Libraries and the Information Economy**

The world's great libraries share a great vision: Books once hoarded in subterranean stacks will be scanned into computers and made available to anyone, anywhere, almost instantly, over high-speed networks. A researcher in San Francisco might, without leaving the desk, reach into the database of the British Library to grab a copy of the Lindisfarne Gospels, while another researcher in London rummages through the collections of the Library of Congress trying to find various Federalist Papers. Instead of fortresses of knowledge, there will be an ocean of information.

Realizing this vision will transform libraries from guardians of tradition to catalysts of a vast change. By breaking down the walls that separate libraries from each other and from their users, librarians dissolve the barriers that separate libraries from publishers. This will change the economics of publishing, and with that, the way in which ideas are disseminated and culture is made.

**WIRED**  ⌄

## Sale: Get WIRED

The key step in this process is how the digitized images of books and journals are distributed from the libraries themselves. In the logic of technology, this is a trivial and obvious thing to do. Today, librarians spend increasing amounts of time and money copying text from paper - either to send it to some remote researcher, or to save the text from the decay of the paper on which it was printed. Many of those texts were created in electronic form. Why not, the logic goes, cut out unnecessary page-turning and work directly with the electronic version of the document?

Some libraries already are. Perhaps the most ambitious plans are being laid at the Bibliotheque de France, the French national library. Budget permitting, it hopes to make electronic copies of 100,000 of the "canonical works of the 20th century" available electronically throughout France and, perhaps, throughout the world. But the Bibliotheque de France is not alone. At Boston Spa in Yorkshire, the British Library runs a service which finds hard–to–locate journal articles and other documents. Last year, it sent out more than 3 million bits of text worldwide, mostly photocopies, but also an increasing number of faxes. To cut down the sheer grunt work of copying text, the British Library is experimenting with new forms of service. Instead of receiving a printed journal from publishers, for example, it now receives a CD-ROM containing digitized images of the articles from which it prints out a new hard copy each time one is requested.

▷ ×

Such initiatives raise big questions. If someday in the future anybody can get an electronic copy of any book from a library free of charge, why should anyone ever set foot in a bookstore again? But if the books on a library's electronic shelves are not free, what is left of the distinction between library, printer and bookstore – and what is left of the library's traditional raison d'etre: namely, making information available to those who cannot afford to buy it?

**In the Beginning There Were Words**

Libraries came into being because books are good for the soul, but difficult to produce. In the beginning, libraries and publishing houses were run in the same place by the same people – that is, by monks in a scriptorium. Daniel Boorstin, a historian and former librarian of Congress, reckons that if there is a patron saint of libraries, it is Saint Benedict of Nursia, who in the sixth century founded the Benedictine order of monasteries and set quills to illuminating paper across Europe.

The monks guarded their work jealously. In England's Hereford Cathedral, books were chained to the shelves. Although books were sometimes lent to other monasteries, the consequences for failing to return them were severe. In his book The Discoverers, Boorstin cites an inscription in a 12th century manuscript now in Oxford's Bodleian Library: "This book belongs to the monastery of St. Mary of Robert's Bridge, whosoever shall steal it, sell it or in any way alienate it from this house, or mutilate it, let him be forever cursed. Amen." (Inevitably, this inscription is followed by a note from a 14th century bishop of Exeter who states that, whatever anybody else may have done, he got the book legitimately – so rest his soul.)

▷ ×

While the monks practiced two of the key concepts of the modern library – collecting books and guarding them for communal use – they lacked a third: a system for organizing books so that they could be found later. Most libraries simply had too few books to bother with a catalog. With the spread of the printing press, however, the distinction between library and publisher split – and the proliferation of books and libraries required better technology for telling books apart: namely, card catalogs and indexing systems. Card catalogs, in turn, helped reinforce a new distinction that sprang up with the advent of printing: that of authorship.

An author is someone whose views are considered so important and interesting to a publisher that the publisher is willing to risk money to bring those views to the public. Authors and (especially) would–be authors have complained about the arbitrariness of this distinction since before the printers of London balked at publishing Newton's treatise on calculus. (Their grounds: mathematics books never sell.) Changes in the technology of libraries and publishing may create alternatives to the power of publisher – and soon.

Much of the necessary preliminary work of automating card catalogs is already done without anyone but librarians really noticing. The automated card catalog, in turn, helps to raise the possibility of a new electronic world in which all authors can be, in effect, their own publishers. The publishers' power stems from the cost and difficulty of printing. In an electronic world, "printing" is trivial; anyone can copy an electronic text with a few keystrokes. The really hard problem in the electronic world is finding which text you might want to read or to copy. Electronic card catalogs are an important first step towards solving that problem.

**Books by the Numbers**

·From your local neighborhood Internet network terminal, you can now search the catalogs of thousands of libraries across the world. The Library of Congress catalog is there: containing more than 20 million entries. John Mahoney, head of computing at the British Library, says that 12–15 million items in the British Library's electronic catalog will become available over the British research network, JANET, by this summer. By far the greatest contributions to online access to information, however, come from Ohio, of all places.

In 1967, academic librarian Frederick Kilgour had two insights: first, that all libraries soon would put their card catalogs on computer, and second, that it was senseless for them all to duplicate the work of typing text from cards into the machines. So he put together a consortium of academic libraries from Ohio, got a bit of seed money from the state legislature and began creating a cooperative card catalog based on a shared database.

Today the OCLC, descendant of Kilgour's Ohio College Library Center, enables more than 14,000 libraries, spread over 46 countries, to share a database of about 26 million entries. Some 5,000 of these libraries are general members that agree to share all of their catalog entries with other OCLC members – so that once one member has made a catalog entry for a new work, others can simply copy that entry rather than duplicate the same effort. Not surprisingly, OCLC also runs an inter-library loan service to help librarians get their hands on books that appear in the shared database, but not on their own shelves.

Automated catalogs are a boon to researcher and librarian alike. The OCLC has built a new service called EPIC that searches its online catalog and enables a researcher to track down information by any, some, or all sorts of indices – including author, title, publisher and subject.

But the sheer ease with which researchers can now find their way through vast collections often merely adds to their frustration. Though it takes only a few seconds to locate a book or article in an automated catalog, it then requires hours to bring it up from the stacks – or weeks to get it on inter-library loan. Nor is the impatience of researchers the only factor pressuring libraries to extend the scope of automation from the card catalog to the body of texts themselves.

On the contrary, more powerful forces are at work. One is the rapid decay of most paper made since the mid-19th century, a time when papermakers switched to acidic wood pulp as their raw material. Joseph Price, head of technology at the Library of Congress, estimates that each year 80,000 of the items on its shelves become so brittle that their pages can no longer be turned. The only way to save the text is to copy it onto another media. Today, the medium is typically microfiche, but Price reckons it will soon be some form of optical disk.

But paper decay is only one force pushing libraries to move text onto other media. Another is the rising cost of paper publications and the difficulty in sharing them. Although many libraries can all plug into an electronic database, far fewer libraries can have a given book or magazine on their shelves at any given time. Problem is, libraries can no longer afford to have all the books and journals they feel they should have on their shelves. Over the past few decades, the number and cost of academic journals has skyrocketed.

If publishers and researchers are not to be caught in a vicious spiral, whereby rising prices cause declining circulations and declining circulations push prices further up, the pressure grows on libraries and publishers alike to find new ways that enable researchers to get and to pay for only those journal articles that are needed. Here's where new technology can help.

Enter the Electric Book

Pushed from many directions, all of the world's libraries are moving towards electronic distribution of text. But each is moving into the electronic world in its own way. To see the differences, compare three of the world's great libraries: the Library of Congress, the Bibliotheque de France and the British Library.

The French, inevitably, approach automation with the most panache. They are engineering a whole new national library, called the Tres Grande Bibliotheque, which will start from a grand new building and build a grand new foundation for France's libraries. According to Helene Waysbord, one of the creators of this new vision, the library hopes to strike a balance between conservation and diffusion – between protecting heritage and communicating it. To that end, the project has several strands. One is a new national library building: a monument to the book now being constructed on the left bank of the Seine. Its four towers stand at the corners of a sunken garden – at which researchers can gaze through two-story windows while they work.

But in addition to building new walls, the French are also trying to create a library without walls. Under the auspices of the Tres Grande Bibliotheque (after the French high-speed trains, the Tres Grande Vitesse), the automation of card catalogs has been accelerated. To go with automated catalogs, the Bibliotheque de France will install 200 research workstations in the library's public areas when it opens in 1995.

The workstations will provide a network link to the card catalogs, note- taking and bibliography software, and, most ambitious, a sort of electronic notebook customized for work in electronic libraries. The workstations are still in the early prototype stage, but the plan is to allow a researcher to scan pages of text directly into a personal database instead of photocopying them for hard files. Scanned text can then be annotated, indexed, and searched by a variety of means.

Last and most ambitious of all, the Bibliotheque de France also has begun creating a new sort of electronic library based not on paper, but on the digitized images of books. It is busily scanning the pages of 100,000 great works of the 20th century as chosen by a committee of notable French citizens. Through designated computer networks, these books will be made available far beyond the walls of the library – although the sheer amount of memory required to store the image and contents of a book means that, for now, the ability to read these electronic books will be limited to only those possessing both extremely high-powered computers and extremely high-powered network connections.

The task of digitization is one in which France's dirigiste, centralized bureaucracy can make rapid progress. First, as Waysbord points out, France worries little about political correctness. French academics use the phrase "cultural patrimony" without ducking or sneering, and all schools still teach the same lessons on the same day. Nobody is going to complain too loudly that the Bibliotheque's list of great books over- represents dead white males.

Equally important, there is a French tradition to push ahead with a big idea and then sort out the commercial problems later. The bureaucracy can brush aside publishers' concerns about the implications of electronic distribution of texts with a speed and power that their English-speaking counterparts could never match. For better or worse, that is how the country got the Concorde, the Airbus, its nuclear power program, Minitel – and now the electronic book.

**The Woe of Walls**

By contrast, British and American librarians want to sort out the economics of the electronic library from the very beginning.

The commercial consequences of electronic libraries could be huge – and publishers' trade associations are already closely watching libraries with a suspicious eye. More simply, the libraries do not want to be stuck with loss-making electronic services that taxpayers are reluctant to support.

The British Library reached the end of its taxpayers' patience with the growth of overseas demand for faxes and photocopies of journal articles from the library's Document Supply Centre at Boston Spa in Yorkshire. So it evolved a three-tier pricing system.

Basic library services are free - including access to reading rooms, card catalogs, and most book, sound, map and picture collections. Charges for supplying documents from Boston Spa are limited to the costs

of photocopying and transport when the service is provided to those within the United Kingdom. But providing documents to foreigners is run at a profit. Indeed, Boston Spa and a handful of other for-profit services now bring in about $50 million of the British Library's $150 million-a-year budget.

In theory, the experience with Boston Spa should put the British Library in an excellent position to blossom in the electronic world. Experiments with distribution of electronic documents from CD-ROM have been promising. So too has a link with the Colorado Association of Research Libraries, which faxes to American libraries copies of the actual journal articles whose citations have been found by searching online catalogs.

Although Mahoney and his colleagues at the library are eager to push ahead into the electronic world, a number of problems arise. One of the more vexing questions concerns copyright. Copyright payments for photocopied works in Britain are handled through a deal with the Copyright Licensing Agency (CLA), which, like its American counterpart, the Copyright Clearance Center, negotiates on behalf of publishers to set and collect copyright charges from high-volume photocopiers like libraries, universities and corporations. But publishers have not given the CLA authority to negotiate deals for electronic publication, not even for facsimile transmission.

The very idea of site licenses for photocopying is still a new one and faces much resistance among would-be licensees. Although the CLA is ready and willing to try to extend licensing to the electronic world, publishers want to move slowly - in part because they want to consolidate copyright deals with photocopiers, and in part because they have arrived at a consensus among themselves over just how to face the electronic future. Until the publishers decide how they want to face the future, the future remains on hold.

Meanwhile, the British Library is caught in a managerial screw-up on a scale only the British could inflict on themselves. Its new building, across the road from St. Pancras railroad station in London, is now running several years behind schedule, and at a cost of $700 million, more than three times over budget. So much is wrong with the project that no one is sure when it will open. While the British Library was not responsible for mismanaging the construction - that dishonor falls to another branch of government bureaucracy - it still has to pay the rising bills. Paying for the building has cut book acquisition by more than 40 percent - and it is wreaking similar havoc with automation budgets and plans.

**Mega-markets, Meta-markets**

On the other side of the Atlantic, the Library of Congress is just beginning its own budgetary debate. It is now forbidden by law for the Library of Congress to charge more than the cost of reproducing documents, plus 10 percent. As an add-on to experiments designed to test the longevity of optical discs as an archival medium, Price put photographs, sound and text onto an optical disc. The result made him enthusiastic about the prospects for electronic publications combining several media - marrying, say, Civil War photographs with letters and other documents from the Library of Congress's vast collections. But building such publications requires heavy research, the costs of which the Library alone cannot recover. So the Library has asked for legislation overturning the 10-percent restriction, but the proposal has run into controversy.

The Information Industries Association, representing publishers, fears that the legislation will unfairly set up government-subsidized competition. The American Library Association, meanwhile, fears that the legislation will set libraries on a slippery slope that will lead to the elimination of free services. The Library of Congress is talking compromise on both fronts. It says it will offer publishers a right of first refusal on all of its electronic projects - though it is not clear how this would work. Similarly it promises to give librarians a guarantee that certain basic services will remain forever free.

Libraries will be a powerful force in the emerging world of electronic information, so the debate merits time and attention. How, for example, might the cost and convenience of combining electronic clippings from libraries compare with customized electronic journals from publishers? What happens to the publishing industry when publishers can reduce their risks by not printing any copies of all but the most popular journals on paper - but instead can wait for interested readers to print their own copies of the articles they want from taxpayer subsidized library databases?

None of these changes will happen overnight. Until there is a universally agreed and available formatting language - which is still a long way off - librarians plan to work with bit-mapped images of books. The electronic image of a book is still a few gigabytes worth of information, and a gigabyte is a helluva lot of data - several times more than that fits into most of today's computers or flows conveniently through computer networks. But as the changes add up over time, those most transformed may well be libraries themselves.

The logic of technology makes librarians and editors increasingly interchangeable. By lowering the costs of reproduction, and thus increasing the amount of information published, new technology increases the value of the judgments made by librarians and online searchers as they pick and choose what their customers might want to read. Eventually, publication may come to mean no more than somebody grabbing from the author's networked computer. Even before that, the editorial judgment of the librarian attains value and importance equal to that of the editor - and a paradox arises.



It libraries do not charge for electronic books, not only can they not reap rewards commensurate with their own increasing importance, but libraries can also put publishers out of business with free competition. If libraries do charge, that will disenfranchise people from information - a horrible thing. There is no obvious compromise. It is not really satisfactory either to cripple the technology so that libraries' digitized texts can be read on-screen, say, but not stored; or to divvy information into two categories: the free (paid for by the taxpayer) and the commercial (paid for by the consumer). But compromise is badly needed - the technology is on the verge of transforming the great libraries' vision of paradise into a global reality.

TOPICS: MAGAZINE-1.01

MORE FROM WIRED



**Life Is Great in the Age of No Secrets**

PAUL FORD



**Generative Art Is Challenging What It Means to Be Human**

JESSICA RIZZO



**Democracy Is Asking Too Much of Its Data**

DAN BOUK



**Mathematicians Transcend a Geometric Theory of Motion**

KELSEY HOUSTON-EDWARDS

**GET OUR NEWSLETTER**

Enter your email

 SUBMIT

By signing up you agree to our User Agreement (including the class action waiver and arbitration provisions), our Privacy Policy & Cookie Statement and to receive marketing and account-related emails from WIRED. You can unsubscribe at any time.



Use of this site constitutes acceptance of our user agreement (effective 3/21/12) and privacy policy (effective 3/21/12). Affiliate link policy. Your California privacy rights. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast.
CNMN Collection

**Exhibit 18 to Weber Declaration**

**Filed Under Seal (A-1029-1031)**

# Exhibit 19 to Weber Declaration
# Filed Under Seal (A-1032-1034)

**Exhibit 20 to Weber Declaration**

**Filed Under Seal (A-1035-1036)**

**Exhibit 21 to Weber Declaration**

**Filed Under Seal (A-1036-1038)**

**Exhibit 22 to Weber Declaration**

**Filed Under Seal (A-1039-1041)**

**Exhibit 23 to Weber Declaration**

**Filed Under Seal (A-1042-1044)**

**Exhibit 24 to Weber Declaration  Filed Under Seal (A-1045-1047)**

# Exhibit 25 to Weber Declaration

# Filed Under Seal (A-1048-1049)