Piloting USL in Michigan - Local considerations

- Working in Detroit, the need is to consider
  - End user, his/her reading interests and needs
  - Alignment to the new district ELA curriculum
  - School's and/or district's budget to pilot USL
  - Technological requirements to pilot USL

CONFIDENTIAL     INTARC00142156

## Piloting USL in Michigan - Avenues/Levers

- State, district, school, and community engagement
- Collaborate and coordinate policy change
- Data and research to support USL
- Other (personnel, time, supplies, etc.)

## Possible Barriers Moving Forward

- Technical: Internet access at home, device availability of students
- Policy: Navigating procurement policies, lending programs, partnerships, terms-of-use agreements
- Personnel/Resources: State/local budgetary challenges, finding certified candidates, ensuring USL is alive and locally relevant

CONFIDENTIAL

INTARC00142158

A-1672

# McNamara Declaration
# Exhibit 27
# part 5

## What Comes Next

- Pilot USL in 2-3 districts to troubleshoot technical and policy barriers
- Continue building the collection and developing interface
- Establish partnerships with high-need districts
- Identify foundations and district partners with resources
- Reach 15,000 book goal
- Establish USL as a foundation for more equitable library access!

CONFIDENTIAL

INTARC00142159

Boston Public Library's
**Alice Jordan Collection**

Tom Blake
Manager of Content Discovery

CONFIDENTIAL

INTARC00142160



CONFIDENTIAL

INTARC00142161



CONFIDENTIAL

INTARC00142162



CONFIDENTIAL

INTARC00142163



CONFIDENTIAL

INTARC00142164



CONFIDENTIAL

INTARC00142165



CONFIDENTIAL

INTARC00142166



CONFIDENTIAL

INTARC00142167



## PRESENTATION OUTLINE

1. Introduce myself and the Hamilton Public Library
2. Share high level challenges facing digitization efforts in Canadian libraries & memory institutions
   - *Participating in Open Library & CDL best approach to address some of these challenges*
3. Overview of our legal opinion in the Canadian Context
4. Where we are and where we are going with CDL

152



## ABOUT ME



- Graduated **University of Toronto** – iSchool 1994
- **New York Public Library** (1994–1999) – Reference Librarian, Systems Analyst, Web Coordinator
- **Wentworth County Library** (1999–2000) – IT Director
- **Hamilton Public Library** (2001 – present ) – IT Manager, IT Director, CEO/Chief Librarian (since 2012)

- Current Chair of the Canadian **National Heritage Digitization Steering Committee (NHDS)**
- Past Chair of **Canadian Urban Library Council (CULC)**
- Past Chair of the **Canadian Federation of Library Associations (CFLA)**

153

**CONFIDENTIAL**

## About HPL

- Hamilton, Ontario is a port city on the westernmost tip of Lake Ontario
- Part of the Golden Horseshoe, Hamilton is among the largest cities in Ontario, 535,000 residents

- HPL operates 22 branches & 2 bookmobiles across 439 mi²/1137 km²
- HPL founded in 1889, reborn in 2001 after municipal amalgamation
- Annual operating budget $32 million
- Long history of innovation and collaboration



RURAL
EXTENDED ACCESS

CONFIDENTIAL

INTARC00142170



## HAMILTON PUBLIC LIBRARY

Main Library (1890–1913)    Carnegie Library (1913–1980)



Source: HPL, LH&A Digital Photograph Collection

155

- The Hamilton Public Library (HPL) is one of the oldest public libraries in the province of Ontario. In 1889, the citizens of Hamilton voted to fund a free public library in the city and its first Main Library opened in 1890. From the beginning, one of the library's mandates was to collect and make available material regarding Canadian and local history.
- In 1913, a new Carnegie-funded Main Library opened with a "Canadiana Room" that housed a distinct collection of historical materials of local and national interest. In 1974, the Special Collections department was formed by amalgamating the Local History, Canadiana, Archival and Rare Books collections

155

CONFIDENTIAL

INTARC00142171



CENTRAL LIBRARY (1980–PRESENT)

156

CONFIDENTIAL



# ISSUES THAT WE NEED TO ADDRESS IN CANADA

- **Working in SILOS** – Libraries are recreating infrastructure & interfaces to manage access to digital content
  - Waste of limited resources
  - Interfaces & search functionality often not best in class
  - **Discovery is a problem for the public**

- **Deeper Collaboration is Needed**
  - Horizontal government initiatives are usually not adequately funded

- **Overly risk averse**
  - Libraries have generally taken an extremely risk averse approach to Copyright
  - Need to take a more balanced view of risk



157

CONFIDENTIAL

INTARC00142173

A-1688



## NOT EXERCISING OUR RIGHTS UNDER FAIR DEALING

**THE FUTURE NOW, CANADA'S LIBRARIES, ARCHIVES, AND PUBLIC MEMORY**

The Royal Society of Canada's Expert Report on Libraries – 2014

> Libraries and archives make full use of their users' rights of fair dealing and the additional specific exceptions and limitations to copyright to engage in productive initiatives such as digitization of collections in analogue media, providing private study copies to patrons, and otherwise using the flexibility provided by the law as appropriate.

**HPL's MEETING USER NEEDS IV** – Five long-term challenges, opportunities (Key Assumptions from 2017)

> Network security, privacy and intellectual property issues will become more challenging. With content we control, we have an opportunity to model best practices that facilitate effective sharing that creates the maximum benefit to society

https://rsc-src.ca/sites/default/files/L%26A_Report_EN_FINAL_Web.pdf
https://www.hpl.ca/articles/strategic-priorities-2018-2021

Are we overly risk-averse?
- Worst-case scenarios
- Reliance upon theory, not experience
- Overstatements of impact
- Silo mentality
- Fear of the new

158

158

CONFIDENTIAL

INTARC00142174



# LEGAL OPINION ON CDL IN THE CANADIAN CONTEXT

**Marcel D. Mongeon**

- **Ross, Mongeon, Covello & Co. – Professor & Lawyer**
- Specializes in: Alternative Dispute Resolution, Corporate & Commercial Law, Intellectual Property
- Called to the bar: 1984 (ON); 1985 (QC); 1996 (NY)

**Questions Asked**

1. Will the use of the CDL System at the HPL be considered infringement of copyright of material that is distributed through the System?
2. Will participation in Open Library by the HPL be considered infringement of copyright of material that is distributed through the Open Library?
3. What are the potential penalties for copyright infringement in the event that the activities of the HPL, in using the CDL System, or participation in Open Library, were determined to be an infringement of copyright?
4. How can downside risks of using the CDL System and participation in Open Library be mitigated

159



## ABOUT THE OPINION

**Timeline for Release**
- Legal Opinion scheduled to be published as part of our Library Board package on November 15 or December 13
- Sharing with allies now

**Summary of Opinion**
....I am of the opinion that the Hamilton Public Library's use of the CDL System and participation in Open Library for Old Copyrighted Material – as I define that term below – will not infringe the copyright of the owners in those works.

**Canadian Law is Not the Same as US Copyright Law**
- Collective Societies can manage tariffs on behalf of a group of copyright holders
  - York University and Access Copyright case is being watched closely
- Fair Dealing is similar but not the same as Fair Use

160

 FAIR DEALING IS SIMILAR ≠ FAIR USE

**Supreme Court of Canada Ruling on Fair Dealing**

Fair dealing requires a defendant to prove: (1) that the dealing was for the purpose of either research or private study and (2) that it was fair.

Both issues are further analyzed as follows: 'research' is given a broad meaning; even if the research is for a for-profit motive such a lawyer practising law, it is nonetheless research. 'Fair' is considered as a question of degree. Six factors are considered in establishing if it is 'fair'. These are:

(1)   the purpose of the dealing;
(2)   the character of the dealing;
(3)   the amount of the dealing;
(4)   alternatives to the dealing;
(5)   the nature of the work; and
(6)   **the effect of the dealing on the work.**

- It is the last condition, the impact of the use on copyright holders that requires us to focus on "Older Copyrighted Material"

161

CONFIDENTIAL

INTARC00142177

 ## WHAT'S GOING ON AT HPL

- Integrating our **catalogue with the Open Library**
  - Polaris, BiblioCommons – ZEPHEIRA made that painless
  - Working on showing IA titles that are already in our catalogue
  - Going to be linking to all IA titles in our catalogue

- HPL will become a **scanning centre**, along with McMaster University Library
  - Scribe Book Scanner is coming
  - Sharing an IA staff member with McMaster

- Focus on older unique titles no longer in copyright
- Older titles currently in copyright
  - Implement procedures to manage the risk

162

CONFIDENTIAL                                                INTARC00142178



# CANADIANA COLLECTION



Canadiana Collection

The Canadiana collection includes books about Canada, written by Canadians, published by Canadians, or having something to do with the history of Canada.

Major collecting strengths in this collection include sections of early exploration in Canada, featuring such well known books as _Travels in Canada and the United States in 1816 and 1817_ by Francis Hall, _Five Years Residence in the Canadas_ by Edward Allen Talbot, published in 1824, _A Theatrical Trip for a Wager!_ by Horton Rhys, published in 1861, _Travels Through the Canadas_ by George Heriot, published in 1813, and Anbury's _Travels Through the Interior Parts of America_, published in 1791. Some of these books contain early descriptions of the Hamilton area and are excerpted in the Heritage Day Speech entitled _Greetings from Hamilton_.

Other books in the Canadiana Collection include a large amount of early Canadian fiction, township and county histories, military lists, year books, Parliamentary companions, biographies, autobiographies, and books of many other types. These fascinating examples of Canadiana span from 1708 to the present.

163

163

CONFIDENTIAL

INTARC00142179



## CITY DIRECTORIES & RARE BOOKS

1964 Vernon's Hamilton City Directory
by Hamilton Public Library

1969 Vernon's Hamilton City Directory
by Hamilton Public Library

**Uncle John's Stories of Animals**
Book published in Philadelphia in 1856 – rare 2nd Edition
Source: https://libwww.freelibrary.org/digital/item/2624

164

– The LH&A also houses a Rare Books Collection consisting of old, unusual and rare books that were acquired either through transfer from the regular library collection for safekeeping or through the donation of specific units of books. Given their age and relative rarity, many of the books in this collection are good candidates for digitization. As an example, we've digitized this small 19th century children's "panorama picture book" manufactured and published in Philadelphia in 1856. "Uncle John's Stories of Animals" was originally published in 1849, however, this edition of the book is the rarer 2nd edition with revised and additional content. Indeed, our initial surveys found that the LH&A copy of this edition is the **only** copy held by **any** library. Additionally, this book was a good case for digitization because the binding had degraded to the extent that significant physical intervention would now be needed to preserve it in its original form.

164

CONFIDENTIAL

INTARC00142180



# THEMATIC SCRAP BOOKS

The House Built in a Day

  

Source: HPL, LH&A Digital Photograph Collection

One of LH&A's unique holdings is a collection of Scrapbooks comprised of news clippings on hundreds of thematic subjects relevant to Hamilton's history. As an example, we digitized our scrapbook on "The House Built in a Day" to complement previously digitized images from our collection of historical photographs. As part of the city's centennial celebrations in 1913, a proposition was put forward to build an entire house in full over a 24 hour period. This had never before been attempted in Canada and it required the buy-in and support of the local trade unions who supplied the 400 skilled tradesmen volunteers in order to make the project a reality. And on the 13th of August 1913 after 23 hours, the house was fully built.

165

INTARC00142181



## THE HAMILTON SAVOYARDS OPERATIC SOCIETY



Source: The Hamilton Spectator, https://www.thespec.com/opinion-story/9309661-graham-rockingham-hamilton-public-library-s-archives-prove-steeltown-is-a-city-of-song/

166

Paragraph 3 – The Hamilton Savoyards Operatic Society

- One of LH&A's newer collections is the Hamilton Music Archive which was established to align with the city's official Music Strategy of celebrating "all things music" in Hamilton. The city has a rich musical legacy as well as thriving and vibrant local music scene and the LH&A is uniquely positioned to document it. Using seven seed collections, the Hamilton Music Archive spans 100+ years ranging in music genres from Opera to Rock to County. A recent acquisition by the LH&A is the Hamilton Savoyard Operatic Society fonds. Founded in 1929, the Hamilton Savoyards staged Gilbert and Sullivan's Victorian comedic operas and later a variety of theatrical productions until their merger with the Hamilton Theatre Company in 1971. As an example, we've digitized several documents about the Savoyards 1955 production of the operetta, "The Merry Widow

166

CONFIDENTIAL

INTARC00142182



# NEXT STEPS FOR HPL

- Continuing to **advocate for better terms** from publishers (ULC, CULC)
- **Promoting CDL, IA** and **Open Library** in Canada – sharing our legal opinion
- Develop a robust work flow to support ongoing addition of unique materials
- Using CDL for **Interlibrary Loan**
  - Need to meet the criteria of "older"
- Using **IA as a way of cross collaboration**
  - Liberian Learning Centre – HPL's sister library
  - Six Nations Indigenous Library
- **Longer term** – Looking for offsite, secure, climate controlled storage
  - Expand display space & space for customers in our Local History
  - HPL is part of Hamilton Museum effort



167



# QUESTIONS?

Paul Takala, Chief Librarian/CEO,  Hamilton Public Library

55 York Blvd, Hamilton, ON.  L8N 4E4

ptakala@hpl.ca, 905-546-3215, www.hpl.ca

As public servants, let's focus on finding solutions to problems,
Not problems with solutions.

Gil Penalosa

CONFIDENTIAL

INTARC00142184



Fri or early next week - recap of our day
-Talk with Caralee if you have

Next week: Hill visits

Appeal
- Endorse CDL
- Join Open Libraries
- Donate materials
- Help us with direction on serials

CONFIDENTIAL

INTARC00142185



In-library scanning

CONFIDENTIAL
INTARC00142186

Talk with Caralee
2:30pm - 3:00pm

Tours

SFPL Main Tour, 3pm
Meet at Information Desk

Special Collections, 3pm & 4pm
Meet at SF History Center, Skylight Gallery, 6th Floor

CONFIDENTIAL

INTARC00142187



CONFIDENTIAL

INTARC00142188







CONFIDENTIAL
INTARC00142191





**CONFIDENTIAL**

**INTARC00142193**

# McNamara Declaration
# Exhibit 28

| From: | Mark Stein |
|---|---|
| Sent: | Wednesday, January 9, 2019 10:35 AM EST |
| To: | openlibrary |
| Subject: | Re: Support case *Editing Problem* |

As per urging of the Author's Guild, I still wish my books removed.
Mark Stein
**From:** openlibrary <openlibrary@archive.org>
**Sent:** Wednesday, January 9, 2019 10:04 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Support case *Editing Problem*

Hello,

Thank you for contacting us.

As it may not be entirely clear, I would like to ensure that you are
aware of the very limited ways in which the texts are made available at
archive.org and openlibrary.org, as well as the nature of our
organization and services. Internet Archive is a 501.c3 non-profit
online library and does not exploit materials in its collections at
archive.org or openlibrary.org for commercial gain. The text may be made
available in two limited ways:

1. to registered blind and print-disabled patrons through a special
initiative undertaken by our organization, as an encrypted file in a
specialized format (DAISY) that works with devices designed to read
aloud text for the blind and print-disabled. We've designed this option
to be accessible to those who meet the criteria of the Library of
Congress' National Library Service for the Blind and Physically
Handicapped (NLS) program, which provides registered and approved blind
and print-disabled citizens with an encryption key that will enable our
file to play. We have posted more information about this program at
http://blog.archive.org/2010/11/26/3424/ and you can find information
about the Library of Congress' own program and requirements for
eligibility to receive the encryption key at
http://www.loc.gov/nls/eligible.html.

2. as a 14-day loan via our Library Lending Program, in which physical
libraries (see a list at openlibrary.org/libraries) contribute and
participate. The program enables a library's e-copy of a text to be
borrowed for two weeks. When an electronic copy of a book is checked
out by a patron, that copy is not available to others. At the end of
the lending period, the borrowed copy expires and throughout that period
is protected from copying in a manner similar to how ebooks are
protected when distributed by booksellers. The book frees up to be
borrowed by another patron.

In short, we have sought to limit the availability of more recent books

CONFIDENTIAL

INTARC00153397

through our site to ways which are analogous to how physical libraries lend and make available books outside of the scope of licensing. The lending library, for example, grants access to a service comparable to an inter-library loan (but removing the impediment of shipping a physical item). At the same time, we understand that reasonable people see things differently than we do, and at your insistence, we can disabled lending access for your books.

The Internet Archive is engaged in numerous efforts to preserve for current and future public benefit and expand access to resources of all sorts and has partnered with the Library of Congress, the Smithsonian Institute, many state and national government agencies, and many national, state, local, and university libraries.

Again, thank you for contacting us. We appreciate whatever new consideration these explanations might bring to the matter. I am at your service if you have continuing objections or further questions.


Sincerely,
Jeff Kaplan
Internet Archive
www.archive.org
www.openlibrary.org



On 1/9/19 6:51 AM, ███████████████ wrote:
>
> Description:
>
> Please take down by books, How the States Got Their Shapes and How the States Got Their Shapes Too: The People Behind the Borderlines.
>
> A new support case has been filed by  <███████████████>.
>
> Topic: Editing Problem
> URL: https://openlibrary.org/
> User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0
> OL-username:

CONFIDENTIAL

INTARC00153398

# McNamara Declaration
# Exhibit 29

| From: | Brewster Kahle |
|---|---|
| Sent: | Thursday, May 12, 2016 1:03 PM EDT |
| To: | Wrenn, Elliott |
| CC: | Alexis Rossi; ███@archive.org |
| Subject: | Re: Fwd: I work on a book-related website and would like share information with Open Library. Who should I talk to? |
| Attachments: | signature.asc |

Elliot,

That clause is out of date.    Shelia can help with details on how to proceed.

In general, we try to put things up and see if there are any problems.  In 99.9% of cases people are just happy, and if there are any issues we just take the material down.  this is what we did with the yiddish book library, for instance, and there have not been problems.
https://archive.org/details/nationalyiddishbookcenter

Anyway, Shelia, I hope can help with how this all works.

-brewster

On 5/10/16 7:51 AM, Wrenn, Elliott wrote:

> Brewster-
> Has the IA partner form changed in any way in recent years?  (Regardless, can someone at IA
> send along a standard version for comparison's sake?)  I ask because I gained access to the
> Museum's Internet Archive Partner Form and read through section 8 on the In-Library Lending
> Program.  Specifically, sub-clause b--the need to donate one non-rights cleared book
> published between 1923 and 2000--is problematic.
> If there is no way around the clause then we have a barrier to providing lending access to the
> already digitized material.  The Museum Library's book digitization project has focused on
> rare items, the intention being to provide/improve access to rare materials (usually books that
> are held in fewer than a handful of institutions in the US if not the world) while preserving the
> physical items that often are in poor condition.  These materials mostly are Holocaust-era,
> thus falling after 1923.
> In short, is there no alternative way to participate in the Open Library project without
> donating the physical book?  (We're certainly considering using Open Library for non-rare
> materials--that is, publications of which we have multiple copies and could donate an edition
> to IA's physical archive.  But currently our digitization project is limited to rare books aiming
> to improve access and preservation.)  Hopefully we can work out a way to provide access to
> the already-digitized materials.
> -Elliott
>
> On Thu, May 5, 2016 at 3:38 PM, Wrenn, Elliott < ██████████ > wrote:
>   Brewster-

CONFIDENTIAL
INTARC00391312

The Museum Library does indeed currently digitize books with the Internet Archive through the FedScan program. We just finished our initial two year contract in April and are finalizing our second contract, which will hopefully start at the beginning of the summer. So our plan, at present, is to identify all our digitized titles (those available to download or lend, respectively) and send along a list as soon as the new contract is finalized. What's the best way to indicate our digitized material hosted by the Internet Archive as well as to note which items are downloadable or strictly lendable due to copyright restriction?

Not vague at all . . . just seems refreshingly simple!

Thanks again.

-Elliott

On Tue, May 3, 2016 at 12:37 PM, Brewster Kahle <███████@archive.org> wrote:

Do you digitize books with the Internet Archive now? If so, then you have that agreement. If you dont, we can send you a standard version.

From there, you would indicate what books you would want to put in the lending system. How downloadable books and lendable books work, openlibrary.org has both on it, which might be helpful to see what happens.

If I am still being to vague, maybe Alexis can help or redirect to others?

-brewster

On 5/3/16 7:31 AM, Wrenn, Elliott wrote:

Brewster-

That sounds great. I would need more formalized details to get approval from department heads at the Museum. Please let me know if the Internet Archive can send along more details such as procedural/process description or sample agreement between institutions.

-Elliott

On Mon, May 2, 2016 at 6:30 PM, Brewster Kahle <███████@archive.org> wrote:

Alexis can put books in this state (we do it by adding it to a collection).

-brewster

On 5/2/16 2:13 PM, Wrenn, Elliott wrote:

CONFIDENTIAL

INTARC00391313

Brewster-

It's great to hear back from you.  I'm aiming to propose the lending service to department heads.  Do you have any literature about participating in the Open Library project that I can pass on?

-Elliott

On Fri, Apr 29, 2016 at 8:36 PM, Brewster Kahle <███████@archive.org> wrote:
 Elliott,

 Thank you for writing (and for digitizing with the archive).   Yes, we can any books you suggest to be loaned with open library tech.   then you could link people to those pages to borrow them.  does this sound good?

 this has worked well for 5 years.

 -brewster


-------- Forwarded Message --------

**Subject:** I work on a book-related website and would like share information with Open Library. Who should I talk to?
**Date:** Thu, 28 Apr 2016 13:36:09 -0400
**From:** Wrenn, Elliott <████████████>
**To:** info@archive.org


Open Library/IA staff-
I am a librarian in the US Holocaust Memorial Museum Library and Archives. Currently, the Museum has a FedScan contract to digitize its rare book collection--Internet Archive staff is digitizing and hosting the material for the Museum.  (Here is a bit about the FedScan program if you are unfamiliar, but I have a hunch that you are.)
Unfortunately, the vast majority of the titles being digitized for the Museum are still in copyright and cannot be displayed openly on the Web.  As an alternative, I'm curious if the Open Library project would be an avenue through which the Museum could "loan" its material to interested users.
I'm enthused by your project and am interested in hearing about any contributions the Museum might be able to make.  I look forward to hearing from you.
-Elliott
--
**Elliott Wrenn**
**United States Holocaust Memorial Museum**
100 Raoul Wallenberg Place SW Washington DC 20024-2126
██████████  Fax ██████████
www.ushmm.org

CONFIDENTIAL

INTARC00391314

--
**Elliott Wrenn**
**United States Holocaust Memorial Museum**
100 Raoul Wallenberg Place SW Washington DC 20024-2126
█████████  Fax  █████████
www.ushmm.org

--
**Elliott Wrenn**
**United States Holocaust Memorial Museum**
100 Raoul Wallenberg Place SW Washington DC 20024-2126
█████████  Fax  █████████
www.ushmm.org

**CONFIDENTIAL**

**INTARC00391315**

# McNamara Declaration
# Exhibit 30

| | |
|---|---|
| **From:** | internet archive |
| **Sent:** | Monday, November 14, 2011 1:21 PM EST |
| **To:** | b >> Chris Butler |
| **Subject:** | Fwd: DMCA Notice - Infringement of John Wiley & Sons, Inc.'s Copyrights |

-------- Original Message --------
    **Subject:** DMCA Notice - Infringement of John Wiley & Sons, Inc.'s Copyrights
       **Date:** Mon, 14 Nov 2011 10:33:57 -0500
    **From:** Murphy, Patrick - Hoboken ██████████wiley.com>
         **To:** info@archive.org <info@archive.org>

DMCA Notice – Infringement of John Wiley & Sons, Inc.'s Copyrights

Internet Archive Copyright Agent
Internet Archive
300 Funston Ave.
San Francisco, CA 94118

Dear Internet Archive Copyright Agent:

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an agent authorized to act on behalf of the owner of certain intellectual property rights, said owner being named John Wiley & Sons, Inc., a global publisher of books, journals, and other products, or one of its related companies ("Wiley").

We recently learned that an unauthorized copy of the material listed below is available for download on a website hosted by your company at the following URL address:

**http://www.archive.org/details/ReminiscencesOfAStockOperator**

The material is as follows:

1. <u>Reminiscences of a Stock Operator</u> (ISBN 0-471-05968-4) by Edwin Lefevre
   - U.S. Copyright Registration A 711-055 (June 22, 1923)
   - U.S. Copyright Registration Renewal R 63-604 (June 23, 1950)
   - Wiley purchased the copyright from the author's estate

I have a good faith belief that the use of the title(s) identified above is not authorized by Wiley, its agent, or the law and therefore constitute a serious infringement of, inter alia, Wiley's copyrights.

We understand that many responsible ISPs inadvertently infringe the copyrights of others, and that this may be one such case. Accordingly, we will forbear legal action against your company provided that you remove or block access to the infringing matter within 48 hours of the time and date of this e-mail.

Thank you in advance for your cooperation.

Sincerely,

**CONFIDENTIAL** **INTARC00405932**

Patrick Murphy
Senior Enforcement Specialist
John Wiley & Sons, Inc.
111 River Street, Mail Stop 9-01
Hoboken, NJ 07030
Phone: ████████ / Fax: ████████
E-Mail Address: █████@wiley.com

My name, typed above, constitutes an electronic signature under Federal law, and is intended to be binding.

CONFIDENTIAL

INTARC00405933

# McNamara Declaration
# Exhibit 31

INTERNET ARCHIVE Donate ♥

OPEN LIBRARY Browse ▾ More ▾ All ▾ Search Log In Sign Up

Borrow

Preview

Want to Read

Review Notes Share

Check nearby libraries

- Library.link
- WorldCat

Buy this book

- Better World Books
  $6.47 (used) - includes shipping
- Amazon
  $6.37

▸ More

When you buy books using these links the Internet Archive may earn a small commission.

*An edition of Reminiscences of a stock operator (2006)*

Last edited by ImportBot
September 9, 2021 | History

Edit

# Reminiscences of a stock operator

by Edwin Lefevre

★★★★★ 5.00 · 1 Ratings · 10 Want to read · 1 Currently reading · 2 Have read

Overview View 1 Edition Details Reviews Lists Related Books

| Publish Date | Publisher | Language | Pages |
|---|---|---|---|
| 2006 | J. Wiley | English | 273 |

Previews available in: English

This edition doesn't have a description yet. Can you **add one**?

SUBJECTS Speculation, New York Stock Exchange, New york stock exchange

Showing one featured edition. View all 1 editions?

| EDITION | AVAILABILITY ↑ |
|---|---|
|  Reminiscences of a stock operator<br>2006, J. Wiley<br>in English | Borrow<br>Libraries near you: WorldCat |

Add another edition?

## Book Details

### Published in

Hoboken, N.J

### Edition Notes

Originally published: New York : G.H. Doran, 1923.

Includes index.

| | |
|---|---|
| Series | Wiley investment classics |

### Classifications

| | |
|---|---|
| Dewey Decimal Class | 332.64/273 |
| Library of Congress | HG4572 .L4 2006, HG4572.L4 2006 |

### External Links

Publisher description
Contributor biographical information

### The Physical Object

| | |
|---|---|
| Pagination | xii, 273 p. ; |
| Number of pages | 273 |

### ID Numbers

| | |
|---|---|
| Open Library | OL24765533M |
| Internet Archive | reminiscencesofs00lefe |
| ISBN 10 | 0471770884 |
| ISBN 13 | 9780471770886 |
| LC Control Number | 2005043672 |



Page 2
Reminiscences of a stock operator (2006 edition) | Open Library
https://openlibrary.org/books/OL24765533M/Reminiscences_of_a_stock_operator#editions-list

OCLC/WorldCat   61162344

## Community Reviews (0)

Feedback?

No community reviews have been submitted for this work.

+ Log in to add your community review

## Lists containing this Book

Borrowed
from 1 Simonson

Trading
from Shauna James

Edwin Lefevre
from rujpfrodrigues

## You might also like



WHAT GOES UP — Borrow

DIRECT ACCESS FUTURES — Borrow

DEAD COMPANIES WALKING — Borrow

Risk management, speculation, and derivative securities — Geoffrey Poitras

Lead Speculation — Borrow

The Commodity Futures Trading Guide — Borrow

## More by Edwin Lefevre

Borrow

Borrow

## History   Created July 13, 2011 · 8 revisions

Download catalog record: RDF / JSON / OPDS | Wikipedia citation

| September 9, 2021 | Edited by ImportBot | import existing book |
|---|---|---|
| December 11, 2020 | Edited by MARC Bot | import existing book |
| July 22, 2019 | Edited by MARC Bot | remove fake subjects |
| July 15, 2019 | Edited by MARC Bot | import existing book |
| July 13, 2011 | Created by ImportBot | Imported from Internet Archive item record. |

| Open Library | Discover | Develop | Help | Change Website Language |
|---|---|---|---|---|
| Vision | Home | Developer Center | Help Center | Čeština (cs) |
| Volunteer | Books | API Documentation | Report A Problem | Deutsch (de) |
| Partner With Us | Authors | Bulk Data Dumps | Suggesting Edits | English (en) |
| Careers | Subjects | Writing Bots | | Español (es) |
| Blog | Collections | Add a Book | | Français (fr) |
| Terms of Service | Advanced Search | | | Hrvatski (hr) |

A-1722

Page 3
Reminiscences of a stock operator (2006 edition) | Open Library
https://openlibrary.org/books/OL24765533M/Reminiscences_of_a_stock_operator#editions-list

Donate      Return to Top

తెలుగు (te)

Українська (uk)

中文 (zh)

Open Library is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include the Wayback Machine, archive.org and archive-it.org

version a3ccdb306

# McNamara Declaration
# Exhibit 32

| From: | Internet Archive |
| --- | --- |
| Sent: | Thursday, July 10, 2014 1:37 PM EDT |
| To: | Martin, Matthew |
| Subject: | Re: FW: Notice of Copyright - Attention: Christopher Butler, Office Manager |

Dear Mr. Martin, Esq.,

I'm sorry to hear that Random House views the current state of the lending program as a burden. Internet Archive programs and services exist to help us fulfill our mission to provide library resources to the public. We try to make the best use of our existing resources towards these ends, and, naturally do not seek to place any burden on Random House or anyone else through any of our services, not least our lending of ebooks one-at-a-time.

I'm the Office Manager and not an attorney (we don't have one in-house at the Archive), but I do help process take down requests here. If there is a list of further postings for which you would submit a claim, please feel free to send it to me.

We've had good exchanges with Random House at past Books-in-Browsers conferences that our colleague, Peter Brantley, has organized and hosted at the Internet Archive and we hope to continue a positive relationship.

--

Christopher Butler
Office Manager
Internet Archive
www.archive.org
www.openlibrary.org

On 6/27/14 12:40 PM, Martin, Matthew wrote:

Dear Mr. Butler,

I take it from your silence over the past three months that your organization is no longer committed to removing unauthorized Penguin Random House eBooks from its library lending programs. If that is the case, we will proceed with other remedies available to us under the law, and we will take into account the added burden this places on our resources when considering if a claim for damages for past infringements of our copyrights is warranted. Please know that we reserve all rights.

Sincerely yours,

**Matthew E. Martin**
Senior Vice President, Associate General Counsel
Penguin Random House LLC
1745 Broadway
New York, New York 10019
Phone: ███████████
Fax: ███████████

INTARC00165712

Cell: ███████████
███████ @randomhouse.com

**From:** Martin, Matthew
**Sent:** Tuesday, April 29, 2014 10:50 AM
**To:** 'Internet Archive'
**Subject:** RE: FW: Notice of Copyright - Attention: Christopher Butler, Office Manager

Dear Mr. Butler,

May I please have a response to my email of April 22, shown below. I would appreciate hearing from your organization before the end of this week?

*Matthew E. Martin*
Senior Vice President, Associate General Counsel
Penguin Random House LLC
1745 Broadway
New York, New York 10019
Phone: ███████████
Fax: ███████████
Cell: ███████████
███████ @randomhouse.com

**From:** Martin, Matthew
**Sent:** Tuesday, April 22, 2014 9:27 AM
**To:** 'Internet Archive'
**Subject:** RE: FW: Notice of Copyright - Attention: Christopher Butler, Office Manager

Dear Mr. Butler,

I am writing to follow up on your email of March 31, 2014. Please advise what further steps the Internet Archive will be taking to remove Penguin Random House eBooks from its library lending program, where unauthorized copies are being generated and distributed in violation of our copyrights?

Sincerely yours,

*Matthew E. Martin*
Senior Vice President, Associate General Counsel
Penguin Random House LLC
1745 Broadway
New York, New York 10019
Phone: ███████████
Fax: ███████████
Cell: ███████████
███████ @randomhouse.com

**From:** Internet Archive [mailto:info-reply@archive.org]
**Sent:** Monday, March 31, 2014 9:01 PM

CONFIDENTIAL                                                              INTARC00165713

**To:** Martin, Matthew
**Subject:** Re: FW: Notice of Copyright - Attention: Christopher Butler, Office Manager

Dear Mr. Martin, Esq.,

I'm writing to notify you that borrowing access has been disabled for the items identified in your list below:

| | | | |
|---|---|---|---|
| Random House | 9780307567062 | Zoya | https://openlibrary.org/books/OL20931209M/Zoya/borrow |
| Random House | 9780449213445 | The Chosen | https://openlibrary.org/books/OL3542635M/The_chosen/borrow |
| Random House | 9780307567277 | Cat's Cradle | https://openlibrary.org/books/OL24202926M/Cat's_cradle./borrow |
| Random House | 9780385373517 | The Cat in the Hat Comes Back! | https://openlibrary.org/books/OL13582898M/The_cat_in_the_hat_comes_back!/borrow |
| Random House | 9780307756657 | Sleepers | https://openlibrary.org/books/OL16625360M/Sleepers/borrow |
| Random House | 9780307813534 | A Certain Justice | https://openlibrary.org/books/OL689816M/A_certain_justice/borrow |
| Random House | 9780553899634 | Ride the River | https://openlibrary.org/books/OL24218416M/Ride_the_river/borrow |
| Random House | 9780307386588 | The Bluest Eye | https://openlibrary.org/books/OL1090305M/The_bluest_eye/borrow |
| Random House | 9780440337638 | The Copper | https://openlibrary.org/books/OL17743489M/The_copper_beech/borrow |
| Random House | 9780307576095 | The Summons | https://openlibrary.org/books/OL22154268M/The_summons/borrow |
| Random House | 9780307575968 | Bleachers | https://openlibrary.org/books/OL3688744M/Bleachers/borrow |
| Random House | 9780307767400 | Strip Tease | https://openlibrary.org/books/OL1404238M/Strip_tease/borrow |
| Random House | 9780307765697 | The Secret History | https://openlibrary.org/books/OL7910485M/The_Secret_History/borrow |
| Random House | 9780307575852 | Interview with the Vampire | https://openlibrary.org/books/OL16684704M/Interview_with_the_vampire/borrow |
| Random House | 9781588361653 | In Cold Blood | https://openlibrary.org/books/OL1398670M/In_cold_blood/borrow |
| Penguin | 9781440624872 | Seeking Enlightenment - Nevada Barr | https://openlibrary.org/books/OL22535506M/Seeking_enlightenment...hat_by_hat/borrow |
| Penguin | 9781440674020 | Girlfriends' Guide to Toddlers- Vicki Iovine | https://openlibrary.org/books/OL382838M/The_girlfriends'_guide_to_toddlers/borrow |
| Penguin | 9781440635175 | Soldier Spies- W.E.B. Griffin | https://openlibrary.org/books/OL3668276M/The_soldier_spies/borrow |

CONFIDENTIAL

INTARC00165714

| Penguin | 9781101147368 | About a Boy- Nick Hornby | https://openlibrary.org/books/OL698765M/About_a_boy/borrow |
| Penguin | 9781101213131 | We Were the Mulvaneys- Joyce Carol Oats | https://openlibrary.org/books/OL979824M/We_were_the_Mulvaneys/borrow |
| Penguin | 9781440630064 | Behind the Lines- W.E.B. Griffin | https://openlibrary.org/books/OL796247M/Behind_the_lines/borrow |
| Penguin | 9781440629969 | At Home in Mitford- Jan Karon | https://openlibrary.org/books/OL24946793M/At_home_in_Mitford/borrow |
| Penguin | 9781101002346 | Red Storm Rising- Tom Clancy | https://openlibrary.org/books/OL16075973M/Red_storm_rising/borrow |
| Penguin | 9781101495650 | The Sea, The Sea - Iris Murdoch | https://openlibrary.org/books/OL6793728M/The_sea_the_sea/borrow |
| Penguin | 9781101659854 | Americana - Don DeLillo | https://openlibrary.org/books/OL2060233M/Americana/borrow |
| Penguin | 9781101075869 | Billy Budd, Sailor and other Stories - Herman Melville | https://openlibrary.org/books/OL24955894M/Billy_Budd_sailor_and_other_stories/borrow |
| Penguin | 9781440638886 | Travels with Charley In Search of America - John Steinbeck | https://openlibrary.org/books/OL5851987M/Travels_with_Charley/borrow |
| Penguin | 9781101603765 | A Murder of Quality - John le Carre | https://openlibrary.org/books/OL24214625M/A_murder_of_quality/borrow |
| Penguin | 9781101042540 | A View from the Bridge - Arthur Miller | https://openlibrary.org/books/OL4538770M/A_view_from_the_bridge/borrow |

We are currently reviewing the matter and will advise if further steps are taken responsive to your requests below.

--

Christopher Butler
Office Manager
Internet Archive
www.archive.org
www.openlibrary.org

On 3/26/14 12:09 PM, Martin, Matthew wrote:

Dear Mr. Butler:

Thank you for your prompt response of March 18, and for removing the listing for *Feminism* by Miriam Schneir that we identified in our DMCA notice of March 13, 2014.

Following a cursory review of your sites, we have identified 29 additional titles from Penguin Random House imprints that are being offered for library lending in violation of our copyrights, and have listed those titles along with links to where they can found on the openlibrary.org site at

**CONFIDENTIAL**
**INTARC00165715**

the end of this email. I must insist that you promptly remove these listings from your websites unless the titles are being offered exclusively and in full compliance with the Chaffee Amendment to the U.S. Copyright Act and not for any other purpose.

The list below does not purport to be a comprehensive list of Penguin Random House titles being infringed by the activities of your sites. We demand that you undertake a thorough and comprehensive search of your websites to identify all Penguin Random House titles that are being offered for lending in violation of our copyrights. If you are not familiar with the various publishing units and imprints that are published within the Penguin Random House family, I would be happy to provide you with a list to assist you in your due diligence to identify and remove unauthorized titles from your library offerings.

For purposes of DMCA compliance pursuant to Section 512(c)(3) of the U.S. Copyright Act, I certify under penalty of perjury, that I am an agent authorized to act on behalf of Penguin Random House LLC, the owner of rights to the literary works referenced below, which are reproduced on and/or distributed from your websites at the URLs referenced below. I have a good faith belief that the works identified below are not authorized by Penguin Random House, the authors of those works, their respective agents or any provision of law, and therefore such material infringes Penguin Random House's rights under U.S. copyright law.

This letter is without prejudice to all rights and entitlements which are hereby expressly reserved.

Sincerely yours,

*Matthew E. Martin*
Senior Vice President, Associate General Counsel
Penguin Random House LLC
1745 Broadway
New York, New York 10019
Phone:
Fax:
Cell:
        @randomhouse.com

| Publisher | ISBN | Title | Link |
|---|---|---|---|
| Random House | 9780307567062 | Zoya | https://openlibrary.org/books/OL20931209M/Zoya/borrow |
| Random House | 9780449213445 | The Chosen | https://openlibrary.org/books/OL3542635M/The_chosen/borrow |
| Random House | 9780307567277 | Cat's Cradle | https://openlibrary.org/books/OL24202926M/Cat's_cradle/borrow |
| Random House | 9780385373517 | The Cat in the Hat Comes Back! | https://openlibrary.org/books/OL13582898M/The_cat_in_the_hat_comes_back!/borrow |
| Random House | 9780307756657 | Sleepers | https://openlibrary.org/books/OL16625360M/Sleepers/borrow |
| Random House | 9780307813534 | A Certain Justice | https://openlibrary.org/books/OL689816M/A_certain_justice/borrow |
| Random House | 9780553899634 | Ride the River | https://openlibrary.org/books/OL24218416M/Ride_the_river/borrow |
| Random House | 9780307386588 | The Bluest Eye | https://openlibrary.org/books/OL1090305M/The_bluest_eye/borrow |

CONFIDENTIAL

INTARC00165716

| Random House | 9780440337638 | The Copper | https://openlibrary.org/books/OL17743489M/The_copper_beech/borrow |
|---|---|---|---|
| Random House | 9780307575609 | The Summons | https://openlibrary.org/books/OL22154268M/The_summons/borrow |
| Random House | 9780307575968 | Bleachers | https://openlibrary.org/books/OL3688744M/Bleachers/borrow |
| Random House | 9780307767400 | Strip Tease | https://openlibrary.org/books/OL1404238M/Strip_tease/borrow |
| Random House | 9780307765697 | The Secret History | https://openlibrary.org/books/OL7910485M/The_Secret_History/borrow |
| Random House | 9780307575852 | Interview with the Vampire | https://openlibrary.org/books/OL16684704M/Interview_with_the_vampire/borrow |
| Random House | 9781588361653 | In Cold Blood | https://openlibrary.org/books/OL1398670M/In_cold_blood/borrow |
| Penguin | 9781440624872 | Seeking Enlightenment- Nevada Barr | https://openlibrary.org/books/OL22535506M/Seeking_enlightenment...hat_by_hat/borrow |
| Penguin | 9781440674020 | Girlfriends' Guide to Toddlers- Vicki Iovine | https://openlibrary.org/books/OL382838M/The_girlfriends'_guide_to_toddlers/borrow |
| Penguin | 9781440635175 | Soldier Spies- W.E.B. Griffin | https://openlibrary.org/books/OL3668276M/The_soldier_spies/borrow |
| Penguin | 9781101147368 | About a Boy- Nick Hornby | https://openlibrary.org/books/OL698765M/About_a_boy/borrow |
| Penguin | 9781101213131 | We Were the Mulvaneys- Joyce Carol Oats | https://openlibrary.org/books/OL979824M/We_were_the_Mulvaneys/borrow |
| Penguin | 9781440630064 | Behind the Lines- W.E.B. Griffin | https://openlibrary.org/books/OL796247M/Behind_the_lines/borrow |
| Penguin | 9781440629969 | At Home in Mitford- Jan Karon | https://openlibrary.org/books/OL24946793M/At_home_in_Mitford/borrow |
| Penguin | 9781101002346 | Red Storm Rising- Tom Clancy | https://openlibrary.org/books/OL16075973M/Red_storm_rising/borrow |
| Penguin | 9781101495650 | The Sea, The Sea - Iris Murdoch | https://openlibrary.org/books/OL6793728M/The_sea_the_sea/borrow |
| Penguin | 9781101659854 | Americana - Don DeLillo | https://openlibrary.org/books/OL2060233M/Americana/borrow |
| Penguin | 9781101075869 | Billy Budd, Sailor and other Stories - Herman Melville | https://openlibrary.org/books/OL24955894M/Billy_Budd_sailor_and_other_stories/borrow |
| Penguin | 9781440638886 | Travels with Charley In Search of America - John Steinbeck | https://openlibrary.org/books/OL5851987M/Travels_with_Charley/borrow |
| Penguin | 9781101603765 | A Murder of Quality - John le Carre | https://openlibrary.org/books/OL24214625M/A_murder_of_quality/borrow |
| Penguin | 9781101042540 | A View from the Bridge - Arthur Miller | https://openlibrary.org/books/OL4538770M/A_view_from_the_bridge/borrow |

INTARC00165717

**From:** Internet Archive [mailto:info-reply@archive.org]
**Sent:** Tuesday, March 18, 2014 8:31 PM
**To:** Martin, Matthew
**Cc:** Sheridan, Andrea T.
**Subject:** Re: FW: Notice of Copyright - Attention: Christopher Butler, Office Manager

Dear Mr Martin, Esq.,

Thank you for the response. I am confirming that these listings for the text have been taken down and access thereto has been disabled.

--

Christopher Butler
Office Manager
Internet Archive
300 Funston Avenue
San Francisco, CA
415.561.6767
www.archive.org

On 3/17/14 7:06 PM, Martin, Matthew wrote:

> Christopher Butler
> Office Manager
> Internet Archive
>
> Dear Mr. Butler,
>
> I am an attorney with Penguin Random House. Andrea Sheridan has shared with me your email of March 13, 2014, shown below. You refer to two different ways that the texts of our copyright works are made available to the users of archive.org and openlibrary.org:
>
> The first appears to be digital copies of our texts made available to sight-impaired readers in a specialized format. Presumably these copies are made and distributed in full compliance with the Chaffee Amendment exemption of the US Copyright Act. If that is the case, we have no issue with your conduct in this capacity and are more than happy to have you continue this valuable service. Please confirm that your activities are in indeed fully compliant with the Chaffee Amendment.
>
> The second means referred to below appears to describe a more typical library lending platform that serves the patrons of your participating libraries regardless of any disability status. If that is the case, any copies made and distributed in this manner would *not* qualify under the Chaffee amendment and your activities would be infringing of our copyrights. The existence of a physical copy of a book in a library's collection does not entitle that library or its service providers (whether for profit or not-for-profit) to make corresponding digital copies of that book for purposes of general library lending. We have a vital and important business segment that involves selling ebooks to libraries for lending to their patrons, with distinct business models and terms specific to this market. If there is some other explanation for the copies you are making and distributing for library lending without proper authorization, please advise me of those circumstances and explain how your activities are legal.

INTARC00165718

I would appreciate your prompt response to this inquiry.

Sincerely yours,

*Matthew E. Martin*
Senior Vice President, Associate General Counsel
Penguin Random House LLC
1745 Broadway
New York, NY 10019
Phone: ███████████
Fax: ███████████
███████@randomhouse.com

---

**From:** Internet Archive [mailto:info-reply@archive.org]
**Sent:** Thursday, March 13, 2014 6:02 PM
**To:** Sheridan, Andrea T.
**Subject:** Re: Notice of Copyright Infringement

Dear Ms. Sheridan,

Thank you for contacting us about these listings.

As it may not be entirely clear, I would like to ensure that you are aware of the very limited ways in which the texts of concern are made available at archive.org and openlibrary.org, as well as the nature of our organization and services. Internet Archive is a 501.c3 non-profit online library and does not exploit materials in its collections at archive.org or openlibrary.org for commercial gain. The texts may be made available in two limited ways:

1. to registered blind and print-disabled patrons through a special initiative undertaken by our organization, as an encrypted file in a specialized format (DAISY file) that works with devices designed to read aloud text for the blind and print-disabled. We've designed this option to be accessible to those who meet the criteria of the Library of Congress' National Library Service for the Blind and Physically Handicapped (NLS) program, which provides registered and approved blind and print-disabled citizens with an encryption key that will enable our file to play. We have posted more information about this program at http://blog.archive.org/2010/11/26/3424/ and you can find information about the Library of Congress' own program and requirements for eligibility to receive the encryption key at http://www.loc.gov/nls/eligible.html.
2. via our Library Lending Program, in which physical libraries contribute and participate (you can find a list of participating libraries at https://openlibrary.org/libraries). The program enables an e-copy made from a library's owned physical book to be borrowed for 14 days. When an electronic copy of a book is checked out by a patron, that copy is not available to others. After a two-week period, the borrowed copy expires and throughout that period is protected from copying in a manner similar to how ebooks are protected when distributed by a bookseller.

In short, we have sought to limit the availability of more recent books through our site to ways which are analogous to how physical libraries lend and make available books outside of the scope of licensing. The lending library, for example, grants access to a service comparable to an inter-library loan (but removing the impediment of shipping a physical item).

Again, thank you for contacting us. We appreciate whatever new consideration these explanations might bring to the matter. We know that reasonable people may view these programs differently than we do. Please let me know if you have continuing objections or further questions.

CONFIDENTIAL

INTARC00165719

Best Regards,

Christopher Butler
Office Manager
Internet Archive
www.archive.org
www.openlibrary.org


-------- Original Message --------
**Subject:** Notice of Copyright Infringement
**Date:** Thu, 13 Mar 2014 16:40:57 +0000
**From:** Sheridan, Andrea T. <██████████████>
**To:** info@archive.org <info@archive.org>


**BY E-MAIL**

openlibrary.org

**Re:     Notice of Copyright Infringement**

    I, the undersigned, certify under penalty of perjury, that I am an agent authorized to act on behalf of Random House LLC, ("Random House"), the owner of certain intellectual property rights to the literary works referenced in the addendum attached hereto ("the Works"), which are reproduced on and/or distributed from your website ("the Website") at the URLs referenced in the attached addendum.  I have a good faith belief that the infringing material identified on the attached addendum is not authorized by Random House, the authors of the Works, their respective agents or any provision of law, and therefore such material infringes Random House's rights according to state, federal or United States law.  Please act expeditiously to remove or disable access to the material claimed to be infringing.  This letter constitutes notice of infringement pursuant to Section 512(c)(3) of the U.S. Copyright Act, to the extent such notice is required.

I may be contacted at:

A Sheridan
Penguin Random House
1745 Broadway, 14-1
New York, NY  10019
Tel. ██████████
Fax ██████████
██████@randomhouse.com


Addendum to Notice of Infringement:
Allegedly Infringing Material

CONFIDENTIAL                                                                          INTARC00165720

Name of Intellectual Property Owner: **Random House LLC**

**Work:**      **Unauthorized ebook editions of Feminism by Miriam Schneir**

Website:      openlibrary.org

Infringing material:  https://openlibrary.org/books/OL24737098M/Feminism/borrow
https://openlibrary.org/books/OL5706200M/Feminism/borrow

**CONFIDENTIAL**                                                                          **INTARC00165721**

Case 1:16-cv-00160-DJGK-OTW68  Document 262-38 35  Filed 07/07/22 66  Page 1 of 3

# McNamara Declaration

# Exhibit 33

| From: | Monaco, Lauren on behalf of Monaco, Lauren <████@penguinrandomhouse.com> |
|---|---|
| To: | ████@archive.org |
| CC: | Dye, Skip |
| Sent: | 7/23/2014 10:56:47 AM |
| Subject: | Open Library and PRH |
| Attachments: | PRH_Full Title List.xlsx |

Brewster,

Thank you for the quick response to our concerns. I've attached a full list of Penguin Random House titles and isbns for your review. As discussed last week, Daisy files and the usage of PRH titles to support the disabled, as allowed under the Chafee Amendment, are permissible. Unauthorized, scanned versions of Penguin Random House titles being lent to patrons need to be removed from the Open Library site immediately. The attached file includes both print and eBook isbn for all Random House titles, and print isbns (only) for Penguin titles. It includes close to 60,000 unique isbns. Please let us know the time frame in which we can expect these titles to be removed, and if you need anything additional from us to facilitate this process.

Additionally, further to our conversation last week, and to your comments below, I would like to understand the general user uploads. You mention that these title uploads and scans are not incorporated into collections that patrons see. If that is the case, please let me know how users are gaining access to them, if not through lending collections? And what measures are in place at the Open Library that assist in your reviewing of these uploads and taking them down?

Thank you,

Lauren

Lauren Monaco
Penguin Random House
V.P., Director, Digital Business Development
ph. ████
████@randomhouse.com

---

**From:** Brewster Kahle [mailto:████@archive.org]
**Sent:** Friday, July 18, 2014 8:33 PM
**To:** Monaco, Lauren; Dye, Skip
**Subject:** Lending ebooks

Lauren and Skip,

Thank you, as well, for taking the time to speak with us this week. As mentioned on the call, Internet Archive is eager to discuss the possibility of purchasing Penguin Random House ebooks for our lending program. We would like to take you up on your offer to send us a list of ISBNs. Specifically, we would ask for the list of ISBNs for which PRH holds digital rights so that Internet Archive can check this list against the openlibrary.org catalogue, as well as gain an idea of the titles that we might be able to discuss purchasing from Penguin Random House provided that we are able to resolve the current issue. We feel confident that we can do so in a way that works to our mutual benefit.

To respond to another of your questions, general user uploads are not included in the print-disabled and lending collections. Internet Archive acts expeditiously to review and process all take down request sent to us and has a posted Copyright Policy outlining how a copyright claim may be submitted regarding materials posted on archive.org or viewable through openlibrary.org.

Thank you again and have a good weekend.

Confidential

PRH0052627

-brewster

Confidential

PRH0052628

# Exhibit 34 to McNamara Declaration
# Filed Under Seal (A-1738)

# McNamara Declaration
# Exhibit 35



**HarperCollins***Publishers*

*News Corp*

195 Broadway
New York, NY
10007

Telephone 212 207-7264
Fax 855 554-9204
www.harpercollins.com
victor.hendrickson@harpercollins.com

Victor Hendrickson
Assistant General Counsel

January 11, 2018

**By UPS and Email (█████@archive.org)**
Brewster Kahle
Founder and Digital Librarian
Internet Archive
300 Funston Ave.
San Francisco, CA 94118

      **Re:**   **Open Library's Distribution of Copyrighted Works**

Dear Mr. Kahle:

      I am Assistant General Counsel of HarperCollins Publishers, and I write regarding copyright concerns we have in connection with the Internet Archive's Open Library project.

      It appears that Open Library is distributing unauthorized digital copies of hundreds of books to which we and our affiliate companies hold the exclusive publication rights. Below are examples:

1. MAP OF BONES by James Rollins
2. THE PURPOSE DRIVEN LIFE by Rick Warren
3. DO NOT DISTURB by Christie Ridgway
4. GOOD TO GREAT AND THE SOCIAL SECTORS by Jim Collins

Screenshots from the books' Open Library pages are annexed hereto as Exhibit A. As far as we can tell, Open Library is making digital copies of the books available to its users without authorization. The digital copies are unauthorized reproductions of our books, and their distribution is unauthorized. Based on the information available to us, we do not see how it is not copyright infringement. And this is but a sample of the HarperCollins books freely available on Open Library's platform.

      We are aware of Open Library's Sonny Bono Memorial Collection as described in the November 30, 2017 article in *Slate* titled, "The Copyright Mavericks: The geniuses behind the Wayback Machine have a new way to help libraries bring old books to the public." The Sonny Bono Memorial Collection, available at https://archive.org/details/last20m, purports to fall within the Copyright Act's Section 108(h) exception to infringement for certain activities relating to certain works in their last twenty years of copyright. The works we are concerned about, however, are not among the 61 books that currently make up the Collection.

      Nor do we see how the first sale doctrine, 17 U.S.C. § 109, could exempt Open Library's activity from infringement. While Open Library would be free to loan out lawfully made physical copies of copyrighted books, the first sale doctrine does not apply to Open Library's distribution of digital scans or other digital versions of the physical copies.

CONFIDENTIAL

INTARC00462005

January 11, 2018

We also have confirmed with our authorized library distributors that they are not working with the Internet Archive or the Open Library project, and we note that Open Library's distribution of DAISY-format versions of our books is not a subject of this letter.[1]

Open Library's unauthorized distribution of our books also seems to go beyond the scope of Open Library's stated purpose. Open Library describes itself on its website home page as "an open, editable library catalog, building towards a web page for every book ever published." The FAQ section of the website describes further how Open Library, where possible, provides WorldCat and retailer links to help users legitimately borrow or buy books. But when Open Library is the entity directly providing copies of the books, it is acting as far more than just an online library catalog. We might question whether libraries and other organizations would donate books to the Open Library project if they were aware of the extent of Open Library's active distribution role.

All that said, we welcome an explanation if we are not understanding how Open Library's reproduction and direct distribution of copyright-protected digital copies of books to which we hold exclusive publication rights is not infringement. We otherwise demand that you immediately disable the "Borrow eBook" function for our books still under copyright, and that you provide us with the number of times the digital versions of all such books have been checked out or otherwise accessed by Open Library users, itemized by ISBN.

I can be reached at ▮▮▮▮▮▮▮▮▮@harpercollins.com or ▮▮▮▮▮▮▮▮. Thank you for your attention to this matter, and we look forward to hearing from you.

This letter does not represent a complete statement of HarperCollins' position and is without prejudice to our legal and equitable rights and remedies, all of which are expressly reserved.

Sincerely yours,

Victor Hendrickson

Encls.

cc:
Internet Archive Copyright Agent (info@archive.org)
Internet Archive
300 Funston Ave.
San Francisco, CA 94118

---

[1] HarperCollins is committed to accessibility initiatives. Like Open Library, we partner with Benetech and its well-known accessible online library Bookshare. We are also a signing member of the WIPO-affiliated Accessible Books Consortium Charter for Accessible Publishing, and we participate in the ABC's Global Book Service, which serves the print-disabled through authorized libraries and organizations throughout the world. We still must reserve all rights to the extent Open Library's distribution of DAISY files of our books is unauthorized and is not exempt from infringement under Section 121 of the Copyright Act.

CONFIDENTIAL                                    INTARC00462006

# EXHIBIT A

**1. MAP OF BONES by James Rollins**
https://openlibrary.org/works/OL5727600W/Map_of_bones

| | EDITION | READ ↕ | BORROW | BUY |
|---|---|---|---|---|
|  | **2006, Avon Books**<br>Map of bones<br>in English | DAISY | This eBook is checked out.<br>You'll be next in line.<br>Join waiting list<br>Physical copy<br>via WorldCat | Amazon<br>Better World Books |
|  | **2004, Morrow**<br>Map of bones<br>in English - 1st ed. | DAISY | This eBook is checked out.<br>Readers waiting for this title: 1<br>Join waiting list<br>Physical copy<br>via WorldCat | Amazon<br>Better World Books |
|  | **2005, Thorndike Press**<br>Map of bones<br>in English | DAISY | Read in-browser or download the ePub / PDF from Internet Archive<br>Borrow eBook<br>Physical copy<br>via WorldCat | Amazon<br>Better World Books |



2. **THE PURPOSE DRIVEN LIFE by Rick Warren**
https://openlibrary.org/works/OL16335306W/The_Purpose-Driven_Life

| | | | |
|---|---|---|---|
| | **2003, Zondervan Publishing House**<br>Purpose-driven Life<br>Paperback | DAISY 🔒 | Physical copy<br>via WorldCat | Amazon<br>Better World Books |
| | **2002, Zondervan**<br>The purpose driven life<br>in English | DAISY 🔒 | Read in-browser or download the ePub / PDF from Internet Archive<br>**Borrow eBook**<br>Physical copy<br>via WorldCat | Amazon<br>Better World Books |
| | **2002, Zondervan**<br>The purpose-driven life<br>in English | DAISY 🔒 | Read in-browser or download the ePub / PDF from Internet Archive<br>**Borrow eBook**<br>Physical copy<br>via WorldCat | Amazon<br>Better World Books |
| | **2004, Inspirio**<br>The purpose driven life<br>in English | DAISY 🔒 | Read in-browser or download the ePub / PDF from Internet Archive<br>**Borrow eBook**<br>Physical copy<br>via WorldCat | Amazon<br>Better World Books |
| | **October 1, 2002, Zondervan**<br>The Purpose-Driven Life<br>Hardcover in English - 1st ed edition | DAISY 🔒 | This eBook is checked out.<br>You'll be next in line.<br>**Join waiting list**<br>Physical copy<br>via WorldCat | Amazon<br>Better World Books |

INTARC00462008

3. **DO NOT DISTURB by Christie Ridgway**
https://openlibrary.org/works/OL554456W/Do_not_disturb

| EDITION | READ | BORROW | BUY |
|---|---|---|---|
|  **2004, Avon Books** Do not disturb in English | DAISY | Read in-browser or download the ePub / PDF from Internet Archive<br>Borrow eBook<br>Physical copy via WorldCat | Amazon<br>Better World Books |

4. **GOOD TO GREAT AND THE SOCIAL SECTORS by Jim Collins**
https://openlibrary.org/works/OL3486273W/Good_to_great_and_the_social_sectors

**Good to great and the social sectors**

*why business thinking is not the answer : a monograph to accompany Good to great : why some companies make the leap--and others don't*

Jim Collins.

Published **2005** by J. Collins] in [Boulder, Colo.?.
Written in English.

**Edition Notes**

Includes bibliographical references (p. [36]).

**Classifications**

| | |
|---|---|
| Dewey Decimal Class | 658 |
| Library of Congress | HD57.7 .C6452 2005 |

Add Cover Image

**Read**
DAISY

**Borrow**
This eBook is checked out.
Readers waiting for this title: 2
Join waiting list

Find a physical copy near you — powered by WorldCat

Case 1:20-cv-04160-DJGK-OTW68 Document 96-41 35iled 07/07/22276 Page 1 of 7

McNamara Declaration

Exhibit 36A

| From: | Ingrid Bearpark |
|---|---|
| Sent: | Wednesday, December 11, 2019 9:52 AM EST |
| To: | Internet Archive |
| Subject: | DMCA Notice |
| Attachments: | image001.png |

To whom it may concern,

We are providing you this letter of notification pursuant to the Digital Millennium Copyright Act 17 USC512(c) to make you aware of material on its network or system that infringes the exclusive copyright of Penguin Random House. We hereby affirm that the undersigned is authorized to act on behalf of Penguin Random House whose exclusive intellectual property rights we believe to be infringed as described herein.

Authorized examples of work by Penguin Random house can be viewed in the urls below:
https://www.penguinrandomhouse.com/

Accordingly, we hereby request that you remove or disable access to the infringing Material at:
Dr. Seuss - Dr. Seuss's ABC
https://openlibrary.org/books/OL7462965M/Dr._Seuss's_ABC_(I_Can_Read_It_All_By_Myself_Beginner_Books)

Tom Clancy - Red Storm Rising
https://openlibrary.org/books/OL2716383M/Red_Storm_Rising

DK - Human Body
https://openlibrary.org/books/OL427036M/Human_body

David Graeber - Debt
https://openlibrary.org/books/OL24088724M/Debt

Anthony Burgess - A Clockwork Orange
http://openlibrary.org/books/OL24618946M

Alice Walker - The Color Purple
http://openlibrary.org/books/OL1565403M

Andrea Camilleri - The Dance of the Seagull
https://openlibrary.org/books/OL26480609M/The_dance_of_the_seagull

Bessel van der Kolk - The Body Keeps the Score
https://openlibrary.org/books/OL26631800M/The_Body_Keeps_the_Score

Audrey Niffenegger - The Time Traveler's Wife
https://openlibrary.org/books/OL23271188M/The_Time_Traveler's_Wife

Carly Phillips - Summer Nights
https://openlibrary.org/books/OL26257346M/Hot_summer_nights

Bill Bryson - A Walk in the Woods
https://openlibrary.org/books/OL7816215M/A_Walk_in_the_Woods

Bill Bryson - The Lost Continent
https://openlibrary.org/books/OL10686710M/The_Lost_Continent

Catherine Coulter - Mad Jack
https://openlibrary.org/books/OL46753M/Mad_Jack

CONFIDENTIAL

INTARC00322407

Charles Willeford - Miami Blues
https://openlibrary.org/books/OL3382743M/Miami_blues

Cheryl Strayed - Tiny Beautiful Things
https://openlibrary.org/books/OL25259757M/Tiny_beautiful_things

Cindy Woodsmall - For Every Season
https://openlibrary.org/books/OL26644949M/For_every_season

Cyn Balog - Starstruck
https://openlibrary.org/books/OL25085034M/Starstruck

Dale Brown; Jim Defelice - Dale Brown's Dreamland
https://openlibrary.org/books/OL3386973M/Dale_Brown's_Dreamland

Danielle Steel - Bungalow 2
https://openlibrary.org/books/OL24966862M/Bungalow_2

Dick Francis - High Stakes
https://openlibrary.org/books/OL7505386M/High_Stakes

Donald Kagan - The Peloponnesian War
https://openlibrary.org/books/OL5686248M/The_Outbreak_of_the_Peloponnesian_War

Donna Kauffman - Not So Snow White
https://openlibrary.org/books/OL7826595M/Not_So_Snow_White

Dorothea Benton Frank - Isle of Palms
https://openlibrary.org/books/OL24211099M/Isle_of_Palms

Dorothy Koomson - Marshmallows for Breakfast
https://openlibrary.org/books/OL22515434M/Marshmallows_for_breakfast

Dr. Seuss - Fox in Socks
https://openlibrary.org/books/OL7462969M/Fox_in_Socks

Dr. Seuss - Mr. Brown Can Moo! Can You?
https://openlibrary.org/books/OL5445641M/Mr_Brown_can_moo!_Can_you

Dr. Seuss - My Many Colored Days
https://openlibrary.org/books/OL24214804M/My_many_colored_days

Dr. Seuss - Seuss isms!
https://openlibrary.org/books/OL1016922M/Seuss-isms

Dr. Seuss - The Butter Battle Book
https://openlibrary.org/books/OL23257266M/The_butter_battle_book

Dr. Seuss - There's a Wocket in My Pocket
https://openlibrary.org/books/OL26643539M/There's_a_wocket_in_my_pocket

Dr. Seuss - You're Only Old Once!
https://openlibrary.org/books/OL2539494M/You're_only_old_once!

Edward J. Larson - Evolution

https://openlibrary.org/books/OL23272626M/Evolution

Elaine N. Aron, Ph.D. - The Highly Sensitive Person in Love
https://openlibrary.org/books/OL8064267M/The_Highly_Sensitive_Person_in_Love

Ellyn Spragins - What I Know Now
https://openlibrary.org/books/OL8064833M/What_I_Know_Now

Eric Swanson, Yongey Mingyur Rinpoche - The Joy of Living
https://openlibrary.org/books/OL9498934M/The_Joy_of_Living

Felix Francis - Gamble
https://openlibrary.org/books/OL25994270M/Dick_Franciss_Gamble

Fern Michaels - Captive Passions
http://openlibrary.org/books/OL9724740M

Frank J. Tipler - The Physics of Immortality
https://openlibrary.org/books/OL1433445M/The_Physics_of_Immortality

H.W. Brands - American Colossus
https://openlibrary.org/books/OL27726540M/American_Colossus

Helga Schneider - Let Me Go
https://openlibrary.org/books/OL3302729M/Let_me_go

Henrik Ibsen - Hedda Gabler and Other Plays
https://openlibrary.org/books/OL24545358M/Hedda_Gabler_and_other_plays

Henrik Ibsen - Hedda Gabler and Other Plays
https://openlibrary.org/books/OL11558725M/Hedda_Gabler_and_Other_Plays

Henrik Ibsen - Hedda Gabler and Other Plays
https://openlibrary.org/books/OL14420928M/Hedda_Gabler_and_other_plays

Herik Ibsen - Hedda Gabler and Other Plays
https://openlibrary.org/books/OL13538587M/Hedda_Gabler_and_other_plays

Henrik Ibsen - Hedda Gabler and Other Plays
https://openlibrary.org/books/OL7820544M/HEDDA_GABLER_AND_OTHER_PLAYS

Henrik Ibsen - Hedda Gabler and Other Plays
https://openlibrary.org/books/OL7355036M/Hedda_Gabler_and_Other_Plays_(Penguin_Classics)

Howard Schultz, Joanne Gordon - Onward
https://openlibrary.org/books/OL24620511M/Onward

Ishmael Beah - A Long Way Gone
https://openlibrary.org/books/OL22752257M/A_Long_Way_Gone

J. Nelle Patrick - Tsarina
https://openlibrary.org/books/OL26441702M/Tsarina

J.D. Robb - Betrayal in Death
https://openlibrary.org/books/OL3667662M/Betrayal_in_death

INTARC00322409

J.D. Robb - Naked in Death
https://openlibrary.org/books/OL9401185M/Naked_in_Death

Janet Chapman - Spellbound Falls
https://openlibrary.org/books/OL25967985M/Spellbound_Falls

Jim Butcher - Summer Knight
https://openlibrary.org/books/OL3282451M/Summer_knight

John Flanagan - The Ruins of Gorlan
https://openlibrary.org/books/OL3299602M/The_ruins_of_Gorlan

Jon Lee Anderson - Che
https://openlibrary.org/books/OL7874744M/Che_Guevara

Joseph Bruchac - Code Talker
https://openlibrary.org/books/OL7360826M/Code_Talker

Kay Hooper - Aces High
https://openlibrary.org/books/OL7820850M/Aces_High

Kim Stanley Robinson - Red Mars
https://openlibrary.org/books/OL21441703M/Red_Mars

Laurell K. Hamilton - Blood Noir
https://openlibrary.org/books/OL19930365M/Blood_noir

Laurence Bergreen - Columbus
https://openlibrary.org/books/OL25296919M/Columbus

Liz Murray - Breaking Night
https://openlibrary.org/books/OL24478668M/Breaking_night

Louis L'Amour - The Collected Short Stories of Louis L'Amour
https://openlibrary.org/books/OL3690072M/The_collected_short_stories_of_Louis_L'Amour

LuAnn McLane - Trick My Truck But Don't Mess With My Heart
https://openlibrary.org/books/OL10273524M/Trick_My_Truck_But_Don't_Mess_With_My_Heart

Lurlene McDaniel - Don't Die, My Love
https://openlibrary.org/books/OL7829408M/Don't_Die_My_Love

Malcolm Gladwell - What the Dog Saw
https://openlibrary.org/books/OL23575297M/What_the_dog_saw_and_other_adventure_stories

Marc Reisner - Cadillac Desert
https://openlibrary.org/books/OL21588494M/Cadillac_desert

Markus Zusak - The Underdog
https://openlibrary.org/books/OL27678744M/The_Underdog

Markus Zusak - The Underdog
http://openlibrary.org/books/OL27678744M

Mercer Mayer - Just Me and My Puppy
https://openlibrary.org/books/OL2877559M/Just_me_and_my_puppy

INTARC00322410

Michael Kaplan - Betty Bunny Wants a Goal
https://openlibrary.org/books/OL25330779M/Betty_Bunny_wants_a_goal

Moira Hodgson - It Seemed Like a Good Idea at the Time
https://openlibrary.org/books/OL16443743M/It_seemed_like_a_good_idea_at_the_time

Neal Stephenson - Snow Crash
https://openlibrary.org/books/OL14813122M/Snow_crash

Nevada Barr - Flashback
https://openlibrary.org/books/OL22124252M/Flashback.

Nora Roberts - Key Of Valor
https://openlibrary.org/books/OL3390986M/Key_of_valor

Nora Roberts - Less of a Stranger
https://openlibrary.org/books/OL7417311M/Less_of_A_Stranger_(Nora_Roberts_Language_of_Love_No._36)

Patricia A. McKillip - Moon Flash
https://openlibrary.org/books/OL2841108M/Moon-flash

Per Petterson - I Curse the River of Time
https://openlibrary.org/books/OL26291351M/I_curse_the_river_of_time

Rebecca Goldstein - The Mind Body Problem
https://openlibrary.org/books/OL14969239M/The_mind-body_problem.

Rebecca Solnit - Wanderlust
https://openlibrary.org/books/OL44921M/Wanderlust

Redmond O'Hanlon - No Mercy
https://openlibrary.org/books/OL7698523M/No_Mercy

Richard K. Morgan - Thirteen
https://openlibrary.org/books/OL17441035M/Thirteen

Robert Greenberg - How to Listen to Great Music
https://openlibrary.org/books/OL25030532M/How_to_listen_to_great_music

Robert Greene; Joost Elffers - The 33 Strategies of War
https://openlibrary.org/books/OL9891207M/The_33_Strategies_of_War

Robert Ludlum - The Matarese Circle
https://openlibrary.org/books/OL4738522M/The_Matarese_circle

Robert Mcnamara - In Retrospect
https://openlibrary.org/books/OL1114144M/In_retrospect

Sarah Dessen - Just Listen
https://openlibrary.org/books/OL24747534M/Just_listen

Sharon Draper - Fire from the Rock
https://openlibrary.org/books/OL9358702M/Fire_From_the_Rock

Stephen Richard Witt - How Music Got Free

CONFIDENTIAL
INTARC00322411

https://openlibrary.org/books/OL25691862M/How_Music_Got_Free

Steven D. Levitt, Stephen J. Dubner - Freakonomics
http://openlibrary.org/books/OL7289308M

Tom Clancy - Patriot Games
https://openlibrary.org/books/OL24216349M/Patriot_Games

Tom Holland - Persian Fire
https://openlibrary.org/books/OL3429955M/Persian_fire

Victoria Thompson - Murder on Lexington Avenue
https://openlibrary.org/books/OL25886371M/Murder_on_Lexington_Avenue

Virginia Henley - The Decadent Duke
https://openlibrary.org/books/OL22658689M/The_decadent_duke

Wangari Maathai - Unbowed
https://openlibrary.org/books/OL9819535M/Unbowed

William Gibson - Pattern Recognition
http://openlibrary.org/books/OL3568057M

Copyright Holder Info:
Company: Penguin Random House
Address: 1745 Broadway New York, NY 10019
Email: customerservice@penguinrandomhouse.com

I have a good faith belief that the use of the described material in the manner complained of is not authorized by the copyright owner, its agent, or by operation of law.

The information in this notice is accurate, and I am either the copyright owner or I am authorized to act on behalf of the copyright owner.

I declare under the perjury laws of the United States of America that this notification is true and correct.


Best Regards

Ingrid Bearpark
www.link-busters.com <http://www.link-busters.com>™

 <https://link-busters.com/>

INTARC00322412

Case 1:20-cv-04160-DJGK-OTW 68 Document 26-23 Filed 07/07/22 Page 2 of 7

McNamara Declaration

Exhibit 36B

| From: | Ingrid Bearpark |
|---|---|
| Sent: | Tuesday, December 17, 2019 5:08 AM EST |
| To: | Internet Archive |
| Subject: | Re: DMCA Notice |

Hello,

Could you please provide me an update on these urls?

Best regards,
Ingrid

On 11/12/2019, 15:52, "Ingrid Bearpark" <███████████@link-busters.com> wrote:

To whom it may concern,

We are providing you this letter of notification pursuant to the Digital Millennium Copyright Act 17 USC512(c) to make you aware of material on its network or system that infringes the exclusive copyright of Penguin Random House. We hereby affirm that the undersigned is authorized to act on behalf of Penguin Random House whose exclusive intellectual property rights we believe to be infringed as described herein.

Authorized examples of work by Penguin Random house can be viewed in the urls below:
https://www.penguinrandomhouse.com/

Accordingly, we hereby request that you remove or disable access to the infringing Material at:
Dr. Seuss - Dr. Seuss's ABC

https://openlibrary.org/books/OL7462965M/Dr._Seuss's_ABC_(I_Can_Read_It_All_By_Myself_Beginner_Books)

Tom Clancy - Red Storm Rising
https://openlibrary.org/books/OL2716383M/Red_Storm_Rising

DK - Human Body
https://openlibrary.org/books/OL427036M/Human_body

David Graeber - Debt
https://openlibrary.org/books/OL24088724M/Debt

Anthony Burgess - A Clockwork Orange
http://openlibrary.org/books/OL24618946M

Alice Walker - The Color Purple
http://openlibrary.org/books/OL1565403M

Andrea Camilleri - The Dance of the Seagull
https://openlibrary.org/books/OL26480609M/The_dance_of_the_seagull

Bessel van der Kolk - The Body Keeps the Score
https://openlibrary.org/books/OL26631800M/The_Body_Keeps_the_Score

Audrey Niffenegger - The Time Traveler's Wife
https://openlibrary.org/books/OL23271188M/The_Time_Traveler's_Wife

Carly Phillips - Summer Nights
https://openlibrary.org/books/OL26257346M/Hot_summer_nights

CONFIDENTIAL

INTARC00322581

Bill Bryson - A Walk in the Woods
https://openlibrary.org/books/OL7816215M/A_Walk_in_the_Woods

Bill Bryson - The Lost Continent
https://openlibrary.org/books/OL10686710M/The_Lost_Continent

Catherine Coulter - Mad Jack
https://openlibrary.org/books/OL46753M/Mad_Jack

Charles Willeford - Miami Blues
https://openlibrary.org/books/OL3382743M/Miami_blues

Cheryl Strayed - Tiny Beautiful Things
https://openlibrary.org/books/OL25259757M/Tiny_beautiful_things

Cindy Woodsmall - For Every Season
https://openlibrary.org/books/OL26644949M/For_every_season

Cyn Balog - Starstruck
https://openlibrary.org/books/OL25085034M/Starstruck

Dale Brown; Jim Defelice - Dale Brown's Dreamland
https://openlibrary.org/books/OL3386973M/Dale_Brown's_Dreamland

Danielle Steel - Bungalow 2
https://openlibrary.org/books/OL24966862M/Bungalow_2

Dick Francis - High Stakes
https://openlibrary.org/books/OL7505386M/High_Stakes

Donald Kagan - The Peloponnesian War
https://openlibrary.org/books/OL5686248M/The_Outbreak_of_the_Peloponnesian_War

Donna Kauffman - Not So Snow White
https://openlibrary.org/books/OL7826595M/Not_So_Snow_White

Dorothea Benton Frank - Isle of Palms
https://openlibrary.org/books/OL24211099M/Isle_of_Palms

Dorothy Koomson - Marshmallows for Breakfast
https://openlibrary.org/books/OL22515434M/Marshmallows_for_breakfast

Dr. Seuss - Fox in Socks
https://openlibrary.org/books/OL7462969M/Fox_in_Socks

Dr. Seuss - Mr. Brown Can Moo! Can You?
https://openlibrary.org/books/OL5445641M/Mr_Brown_can_moo!_Can_you

Dr. Seuss - My Many Colored Days
https://openlibrary.org/books/OL24214804M/My_many_colored_days

Dr. Seuss - Seuss isms!
https://openlibrary.org/books/OL1016922M/Seuss-isms

Dr. Seuss - The Butter Battle Book

https://openlibrary.org/books/OL23257266M/The_butter_battle_book

Dr. Seuss - There's a Wocket in My Pocket
https://openlibrary.org/books/OL26643539M/There's_a_wocket_in_my_pocket!

Dr. Seuss - You're Only Old Once!
https://openlibrary.org/books/OL2539494M/You're_only_old_once!

Edward J. Larson - Evolution
https://openlibrary.org/books/OL23272626M/Evolution

Elaine N. Aron, Ph.D. - The Highly Sensitive Person in Love
https://openlibrary.org/books/OL8064267M/The_Highly_Sensitive_Person_in_Love

Ellyn Spragins - What I Know Now
https://openlibrary.org/books/OL8064833M/What_I_Know_Now

Eric Swanson, Yongey Mingyur Rinpoche - The Joy of Living
https://openlibrary.org/books/OL9498934M/The_Joy_of_Living

Felix Francis - Gamble
https://openlibrary.org/books/OL25994270M/Dick_Franciss_Gamble

Fern Michaels - Captive Passions
http://openlibrary.org/books/OL9724740M

Frank J. Tipler - The Physics of Immortality
https://openlibrary.org/books/OL1433445M/The_Physics_of_Immortality

H.W. Brands - American Colossus
https://openlibrary.org/books/OL27726540M/American_Colossus

Helga Schneider - Let Me Go
https://openlibrary.org/books/OL3302729M/Let_me_go

Henrik Ibsen - Hedda Gabler and Other Plays
https://openlibrary.org/books/OL24545358M/Hedda_Gabler_and_other_plays

Henrik Ibsen - Hedda Gabler and Other Plays
https://openlibrary.org/books/OL11558725M/Hedda_Gabler_and_Other_Plays

Henrik Ibsen - Hedda Gabler and Other Plays
https://openlibrary.org/books/OL14420928M/Hedda_Gabler_and_other_plays

Herik Ibsen - Hedda Gabler and Other Plays
https://openlibrary.org/books/OL13538587M/Hedda_Gabler_and_other_plays

Henrik Ibsen - Hedda Gabler and Other Plays
https://openlibrary.org/books/OL7820544M/HEDDA_GABLER_AND_OTHER_PLAYS

Henrik Ibsen - Hedda Gabler and Other Plays
https://openlibrary.org/books/OL7355036M/Hedda_Gabler_and_Other_Plays_(Penguin_Classics)

Howard Schultz, Joanne Gordon - Onward
https://openlibrary.org/books/OL24620511M/Onward

CONFIDENTIAL

INTARC00322583

Ishmael Beah - A Long Way Gone
https://openlibrary.org/books/OL22752257M/A_Long_Way_Gone

J. Nelle Patrick - Tsarina
https://openlibrary.org/books/OL26441702M/Tsarina

J.D. Robb - Betrayal in Death
https://openlibrary.org/books/OL3667662M/Betrayal_in_death

J.D. Robb - Naked in Death
https://openlibrary.org/books/OL9401185M/Naked_in_Death

Janet Chapman - Spellbound Falls
https://openlibrary.org/books/OL25967985M/Spellbound_Falls

Jim Butcher - Summer Knight
https://openlibrary.org/books/OL3282451M/Summer_knight

John Flanagan - The Ruins of Gorlan
https://openlibrary.org/books/OL3299602M/The_ruins_of_Gorlan

Jon Lee Anderson - Che
https://openlibrary.org/books/OL7874744M/Che_Guevara

Joseph Bruchac - Code Talker
https://openlibrary.org/books/OL7360826M/Code_Talker

Kay Hooper - Aces High
https://openlibrary.org/books/OL7820850M/Aces_High

Kim Stanley Robinson - Red Mars
https://openlibrary.org/books/OL21441703M/Red_Mars

Laurell K. Hamilton - Blood Noir
https://openlibrary.org/books/OL19930365M/Blood_noir

Laurence Bergreen - Columbus
https://openlibrary.org/books/OL25296919M/Columbus

Liz Murray - Breaking Night
https://openlibrary.org/books/OL24478668M/Breaking_night

Louis L'Amour - The Collected Short Stories of Louis L'Amour
https://openlibrary.org/books/OL3690072M/The_collected_short_stories_of_Louis_L'Amour

LuAnn McLane - Trick My Truck But Don't Mess With My Heart
https://openlibrary.org/books/OL10273524M/Trick_My_Truck_But_Don't_Mess_With_My_Heart

Lurlene McDaniel - Don't Die, My Love
https://openlibrary.org/books/OL7829408M/Don't_Die_My_Love

Malcolm Gladwell - What the Dog Saw
https://openlibrary.org/books/OL23575297M/What_the_dog_saw_and_other_adventure_stories

Marc Reisner - Cadillac Desert
https://openlibrary.org/books/OL21588494M/Cadillac_desert

INTARC00322584

Markus Zusak - The Underdog
https://openlibrary.org/books/OL27678744M/The_Underdog

Markus Zusak - The Underdog
http://openlibrary.org/books/OL27678744M

Mercer Mayer - Just Me and My Puppy
https://openlibrary.org/books/OL2877559M/Just_me_and_my_puppy

Michael Kaplan - Betty Bunny Wants a Goal
https://openlibrary.org/books/OL25330779M/Betty_Bunny_wants_a_goal

Moira Hodgson - It Seemed Like a Good Idea at the Time
https://openlibrary.org/books/OL16443743M/It_seemed_like_a_good_idea_at_the_time

Neal Stephenson - Snow Crash
https://openlibrary.org/books/OL14813122M/Snow_crash

Nevada Barr - Flashback
https://openlibrary.org/books/OL22124252M/Flashback

Nora Roberts - Key Of Valor
https://openlibrary.org/books/OL3390986M/Key_of_valor

Nora Roberts - Less of a Stranger
https://openlibrary.org/books/OL7417311M/Less_of_A_Stranger_(Nora_Roberts_Language_of_Love_No._36)

Patricia A. McKillip - Moon Flash
https://openlibrary.org/books/OL2841108M/Moon-flash

Per Petterson - I Curse the River of Time
https://openlibrary.org/books/OL26291351M/I_curse_the_river_of_time

Rebecca Goldstein - The Mind Body Problem
https://openlibrary.org/books/OL14969239M/The_mind-body_problem

Rebecca Solnit - Wanderlust
https://openlibrary.org/books/OL44921M/Wanderlust

Redmond O'Hanlon - No Mercy
https://openlibrary.org/books/OL7698523M/No_Mercy

Richard K. Morgan - Thirteen
https://openlibrary.org/books/OL17441035M/Thirteen

Robert Greenberg - How to Listen to Great Music
https://openlibrary.org/books/OL25030532M/How_to_listen_to_great_music

Robert Greene; Joost Elffers - The 33 Strategies of War
https://openlibrary.org/books/OL9891207M/The_33_Strategies_of_War

Robert Ludlum - The Matarese Circle
https://openlibrary.org/books/OL4738522M/The_Matarese_circle

Robert Mcnamara - In Retrospect

https://openlibrary.org/books/OL1114144M/In_retrospect

Sarah Dessen - Just Listen
https://openlibrary.org/books/OL24747534M/Just_listen

Sharon Draper - Fire from the Rock
https://openlibrary.org/books/OL9358702M/Fire_From_the_Rock

Stephen Richard Witt - How Music Got Free
https://openlibrary.org/books/OL25691862M/How_Music_Got_Free

Steven D. Levitt, Stephen J. Dubner - Freakonomics
http://openlibrary.org/books/OL7289308M

Tom Clancy - Patriot Games
https://openlibrary.org/books/OL24216349M/Patriot_Games

Tom Holland - Persian Fire
https://openlibrary.org/books/OL3429955M/Persian_fire

Victoria Thompson - Murder on Lexington Avenue
https://openlibrary.org/books/OL25886371M/Murder_on_Lexington_Avenue

Virginia Henley - The Decadent Duke
https://openlibrary.org/books/OL22658689M/The_decadent_duke

Wangari Maathai - Unbowed
https://openlibrary.org/books/OL9819535M/Unbowed

William Gibson - Pattern Recognition
http://openlibrary.org/books/OL3568057M

Copyright Holder Info:
Company: Penguin Random House
Address: 1745 Broadway New York, NY 10019
Email: customerservice@penguinrandomhouse.com

   I have a good faith belief that the use of the described material in the manner complained of is not authorized by the copyright owner, its agent, or by operation of law.

   The information in this notice is accurate, and I am either the copyright owner or I am authorized to act on behalf of the copyright owner.

   I declare under the perjury laws of the United States of America that this notification is true and correct.


Best Regards

Ingrid Bearpark
www.link-busters.com <http://www.link-busters.com>™

   <https://link-busters.com/>

# McNamara Declaration
# Exhibit 36C

| | |
|---|---|
| **From:** | Link-Busters |
| **Sent:** | Monday, January 6, 2020 9:37 AM EST |
| **To:** | info@archive.org |
| **Subject:** | DMCA Removal Request |

Hi this is D.C. de Laat.

I am the Legal Representative of Link-Busters.com.
I am authorized to act on behalf of the below mentioned clients:

Contact Information:

D.C. de Laat/Legal Representative

Link-Busters Operations B.V.
Nachtwachtlaan 20
1058 EA Amsterdam
the Netherlands

█████████

email: abuse@link-busters.com

I have found the following link(s) on your server which contain copies of the following product(s) and are not authorized by our client(s):

------------------------------------------------------
Product: Alan Baddeley, Michael W. Eysenck, Michael C. Anderson - Memory
Company: Taylor & Francis Group
Catalog Nr.:
10.4324/9781315749860,9781317610434,9781317610427,9781317610410,1315749866,9781315749860,1317610431
------------------------------------------------------
https://openlibrary.org/books/OL8980937M
https://openlibrary.org/books/OL5209344M

------------------------------------------------------
Product: Christopher Ricks - Tennyson
Company: Taylor & Francis Group
Catalog Nr.:
10.4324/9781315834689,1315834685,9781317865605,9781315834689,9781317865599,9781317865612,13178656
0X
------------------------------------------------------
https://openlibrary.org/books/OL18637781M

------------------------------------------------------
Product: Lisa Gardner - Catch Me
Company: PRH US
Catalog Nr.: 9780451413437,9781101559963,1101559969,0451413431
------------------------------------------------------
https://openlibrary.org/books/OL25101769M/Catch_me/edit#about/about

------------------------------------------------------
Product: Clive Cussler; Jack Du Brul - Plague Ship

INTARC00323031

Company: PRH US
Catalog Nr.:
144063419X,9781440634192,0425226697,9780425226698,9780718154158,0718154150,9780143144434,0143144
43X
--------------------------------------------------------
https://openlibrary.org/books/OL10175942M/Plague_ship

--------------------------------------------------------
Product: John Varley - Demon
Company: PRH US
Catalog Nr.:
1101623292,9781101623299,0425085856,9780441142675,0441142672,9780425082713,0425082717,97804250858
51
--------------------------------------------------------
https://openlibrary.org/books/OL7525125M/Demon/edit#about/about

--------------------------------------------------------
Product: Alan Furst - The World at Night
Company: PRH US
Catalog Nr.:
0375758585,9780375758584,0307432777,9780307432773,9780006510970,0297848380,9780679413134,97802978
64653,9781449891596,0679413138,0736660151,0002252295,0753103834,0297864653,9780002252294,05173124
84,1449891594,9780297848387,0708940242,9781436125529,9780753103838,075310704X,9789722045339,97807
08940242,9780517312483,9780679773290,9780753107041,9780753826379,0679773290,0753826372,9722045334
,0006510973,9780753818329,1436125529,9780736660150,0753818329
--------------------------------------------------------
https://openlibrary.org/books/OL3952523M/The_world_at_night/edit#about/about
https://openlibrary.org/books/OL3952523M/The_world_at_night

--------------------------------------------------------
Product: Tess Gerritsen - The Sinner
Company: PRH US
Catalog Nr.:
B0031RSBVO,9780739303382,1409095010,9780345464453,1101887397,0345464451,9781409095019,978110188
7394,9780736698313,0739303384,9780345458926,0593050479,0736693777,9780553824544,0345458923,055381
9542,9780553819540,0739303392,9780345458919,9780593050477,9780736693776,0345458915,9780739303399,
0553824546
--------------------------------------------------------
https://openlibrary.org/books/OL24770585M/The_sinner/edit#about/about
https://openlibrary.org/books/OL24770585M/The_sinner

--------------------------------------------------------
Product: Isabel Allende - Retrato en sepia
Company: PRH US
Catalog Nr.:
9788401019531,9788401352874,9788401342714,9780060936358,9788497592505,0060936355,052543352X,9780
525433521,9788439598459,8401352878
--------------------------------------------------------
https://openlibrary.org/books/OL3659022M/Retrato_en_sepia/edit#about/about

--------------------------------------------------------
Product: Laurell K Hamilton - Swallowing Darkness
Company: PRH UK
Catalog Nr.: 1407040081,9781407040080,9781407040080
--------------------------------------------------------
https://openlibrary.org/books/OL22501557M/Swallowing_darkness

---------------------------------------------------

Product: Herman Koch - Summer House with Swimming Pool
Company: PRH US
Catalog Nr.: 9780804138833,0804138826,9780804138826,0804138834,9780804138819,0804138818
---------------------------------------------------
https://openlibrary.org/books/OL26180677M/Summer_House_With_Swimming_Pool_A_Novel/edit#about/about
https://openlibrary.org/books/OL26180677M/Summer_House_With_Swimming_Pool_A_Novel

---------------------------------------------------

Product: Allen Steele - Coyote
Company: PRH US
Catalog Nr.:
9781101208168,0441011160,1101208163,9780441011162,0441009743,1841493678,1101052783,9781522698357,
9781101052785,7536479328,9780441009749,1608476804,9781608476800,9780786537341,9781841493671,15226
98353,0786537345,9787536479326
---------------------------------------------------
https://openlibrary.org/books/OL22685409M/Coyote_horizon

---------------------------------------------------

Product: John Saul - Shadows
Company: PRH US
Catalog Nr.: 0307768023,0553560271,9780307768025,9780553560275,9780553470574,0553470574
---------------------------------------------------
https://openlibrary.org/books/OL24226894M/Shadows/edit#about/about

---------------------------------------------------

Product: Jeanne Kalogridis - Children of the Vampire
Company: PRH US
Catalog Nr.:
9780307804624,0440222699,0307804623,9780440222699,9866275124,9788854128576,9780385314121,97888818
39001,9782743601737,9781561002764,9789866275128,9780747249252,1561006513,0385314124,156740135X,97
81561004447,8881839008,9781567401356,0747249253,1561004448,8854128570,9788498005769,2743601736,84
98005760,1561002763,9781561006519
---------------------------------------------------
https://openlibrary.org/books/OL18505611M/Children_of_the_vampire/edit#about/about
https://openlibrary.org/books/OL18505611M/Children_of_the_vampire

---------------------------------------------------

Product: Michael B. Oren - Six Days of War
Company: PRH US
Catalog Nr.:
0195151747,B003XVYLDK,0345461924,9780345461926,0000195151747,0345464311,B000Q80V6O,978034546
4316,9780195151749
---------------------------------------------------
https://openlibrary.org/books/OL7390039M/Six_Days_of_War/edit#about/about

---------------------------------------------------

Product: STAMM, PETER - SEVEN YEARS
Company: PRH Other Press
Catalog Nr.: 9781590513958,1590513959
---------------------------------------------------
https://openlibrary.org/books/OL19420502M/Seven_years_in_Tibet
https://openlibrary.org/books/OL19420502M

---------------------------------------------------

CONFIDENTIAL

INTARC00323033

Product: Clive Cussler; Dirk Cussler - Crescent Dawn
Company: PRH US
Catalog Nr.:
9780399157141,B006C3Q4KO,0425242390,1101475072,B00457X790,9780241951316,039915714X,9780718157
401,9780425242391,9781101475072,0241951313,0718157400,0142428744,9780142428733,0142428736,9780142
428740,1101461845,0307878201,9781101461846,9780307878205
-------------------------------------------------------
https://openlibrary.org/books/OL24385046M/Crescent_dawn/edit#about/about
https://openlibrary.org/books/OL24375075M/Crescent_Dawn/edit#about/about

-------------------------------------------------------
Product: Anna Kendall - Crossing Over
Company: PRH US
Catalog Nr.:
1101444339,9781101444337,8377851652,9780575094253,0670012467,1441766510,0142419788,9781441766472,
9781441766496,1441766472,9789024532582,9788377851654,9024532582,9780575094277,1780620578,14417664
64,0575094257,9783442267927,9781441766465,9781780620572,9781441766489,1441766499,9780670012466,97
81441766519,1441766480,0575094265,0575094273,1441766529,236231040X,9780575094260,9780142419786,34
42267927,9782362310409,9781441766526
-------------------------------------------------------
https://openlibrary.org/books/OL26497963M/Crossing_over/edit#about/about

-------------------------------------------------------
Product: Lauren Willig - The Masque of the Black Tulip
Company: PRH US
Catalog Nr.:
0451220048,9780451220042,9781101210819,1101210818,9780786555758,0786555750,9780143058021,01430580
29,9781415923535,1415923531
-------------------------------------------------------
https://openlibrary.org/books/OL7771117M/The_Masque_of_the_Black_Tulip/edit#about/about

-------------------------------------------------------
Product: Edvard Radzinsky - Stalin
Company: PRH US
Catalog Nr.:
9780385479547,0385479549,9780307754684,0307754685,0553755218,9780553755213,9780385473972,03854739
74
-------------------------------------------------------
https://openlibrary.org/books/OL7440132M/Stalin/edit#about/about

-------------------------------------------------------
Product: Elizabeth George - A Great Deliverance
Company: PRH US
Catalog Nr.:
0307755363,9780307755360,9781984882509,0553384791,1984882503,9780553384796,9780553052442,14159581
06,9780553904840,9780553175103,0553052446,9781415958100,0553904841,0553175106
-------------------------------------------------------
https://openlibrary.org/books/OL18689652M/A_great_deliverance.

-------------------------------------------------------
Product: Philip Roth - The Professor of Desire
Company: PRH US
Catalog Nr.:
9780679749004,1446400662,0679749004,9781446400661,9780099389019,9780140076776,0140076778,00993890
10,9780099599616,0099599619
-------------------------------------------------------

https://openlibrary.org/books/OL4554344M/The_professor_of_desire/edit#about/about

------------------------------------------------------
Product: Nancy Pickard - The Secret Ingredient Murders
Company: PRH US
Catalog Nr.:
9780307807175,0440217687,9780440217688,0307807177,1299040802,9780385312271,9781299040809,0385312277X
------------------------------------------------------
https://openlibrary.org/books/OL6789377M/The_secret_ingredient_murders/edit#about/about

------------------------------------------------------
Product: Michael Pollan - The Botany of Desire
Company: PRH US
Catalog Nr.:
0375501290,1596590939,9781588360083,9781596590939,1588360083,9780375760396,9780375501296,037576039X,129921956X,9781299219564
------------------------------------------------------
https://openlibrary.org/books/OL7427599M/The_Botany_of_Desire

------------------------------------------------------
Product: Edward Rutherfurd - London
Company: PRH US
Catalog Nr.:
9781409037491,0345455681,9780345455680,1409037495,9780307806024,0307806022,073664069X,9780736640695,0736640711,9780736640718
------------------------------------------------------
https://openlibrary.org/books/OL664600M/London/edit#about/about
https://openlibrary.org/books/OL664600M/London

------------------------------------------------------
Product: Dean Koontz - Deeply Odd
Company: PRH US
Catalog Nr.:
B009UAO06G,0345455693,0553807730,9780007327065,9780007327034,000732703X,9780007327140,0553593080,9780553807738,9780007327041,9780345455696,0007327048,9780553593082,B008NZF93M,9781491506981,9781299611382,1299611389,9780307990860,0307990869
------------------------------------------------------
https://openlibrary.org/books/OL26051454M/Deeply_Odd_A_Novel
https://openlibrary.org/books/OL26051454M/Deeply_Odd_A_Novel/edit#about/about

------------------------------------------------------
Product: Amanda Quick - The Perfect Poison
Company: PRH US
Catalog Nr.:
9780515147773,9780515150230,0749909153,B0020BUWZ0,0515150231,9781405514118,9780749909154,9780399155802,1101046651,9781101046654,051514777X,0399155805,9781101045336
------------------------------------------------------
https://openlibrary.org/books/OL23058480M/The_perfect_poison

------------------------------------------------------
Product: S.M. Stirling - The Change
Company: PRH US
Catalog Nr.: 9780698141698,9780451467577,0451467574,0698141695,9780451467560,0451467566
------------------------------------------------------
https://openlibrary.org/books/OL26079823M/The_Tears_Of_The_Sun_A_Novel_Of_The_Change/edit#about/about

INTARC00323035

https://openlibrary.org/books/OL26079823M/The_Tears_Of_The_Sun_A_Novel_Of_The_Change

-------------------------------------------------------
Product: Chloe Neill - House Rules
Company: PRH US
Catalog Nr.: 1101598646,9780451237101,0451237102,9781101598641,0451473221,9780451473226
-------------------------------------------------------
https://openlibrary.org/books/OL26075609M/House_Rules_A_Chicagoland_Vampires_Novel/edit#about/about

-------------------------------------------------------
Product: Andy McNab - Liberation Day
Company: PRH US
Catalog Nr.:
0385673892,0770428975,9780770428976,9780385673891,9781407039145,1407039148,0385658796,97803856587
99
-------------------------------------------------------
https://openlibrary.org/books/OL24948099M/Liberation_day/edit#about/about

-------------------------------------------------------
Product: Amanda Quick - Burning Lamp
Company: PRH US
Catalog Nr.: 9781101186961,1101186968,9780515149258,051514925X,9780399156465,0399156461
-------------------------------------------------------
https://openlibrary.org/books/OL24379580M/Burning_lamp

-------------------------------------------------------
Product: Anita Desai - Baumgartner's Bombay
Company: PRH UK
Catalog Nr.: 8184000146,9788184000146,1448104521,9781448104529,9788184003475
-------------------------------------------------------
https://openlibrary.org/books/OL18201147M/Baumgartner's_Bombay.
https://openlibrary.org/books/OL18201147M/Baumgartner's_Bombay./edit#about/about
https://openlibrary.org/books/OL2048465M/Baumgartner's_Bombay/edit#about/about
https://openlibrary.org/books/OL2048465M/Baumgartner's_Bombay

-------------------------------------------------------
Product: Dale Brown - Silver Tower
Company: PRH US
Catalog Nr.: 0425115291,9780425115299
-------------------------------------------------------
https://openlibrary.org/books/OL20966448M/Silver_tower/edit#about/about

-------------------------------------------------------
Product: Lawrence Goldstone - The Anatomy of Deception
Company: PRH US
Catalog Nr.:
9780440337423,0385341350,9781415946909,1415946906,9780385341356,0440337429,9781415946893,97803856
73808,1299087914,1415946892,0739359169,0385341342,9781299087910,9780739359167,9780385665094,03856
65105,9780385665100,0385673809,0385665091,9780385341349
-------------------------------------------------------
https://openlibrary.org/books/OL17932855M/The_anatomy_of_deception

-------------------------------------------------------
Product: Janet Davey - English Correspondence
Company: PRH UK
Catalog Nr.:

1448189632,9781448189632,9781448189632,9780099440796,9780701173647,0701173645,0099440792

---------------------------------------------------

https://openlibrary.org/books/OL26641275M/English_correspondence

---------------------------------------------------

Product: Allison Brennan - Sudden Death
Company: PRH US
Catalog Nr.:
0345512847,9780345502742,0345502744,9780345512840,0739382977,0749909552,9781607519454,97807499393
80,1607519453,9781408431283,1410419053,1415962170,9781415962176,0749939389,1408431289,97814159621
83,9780739382974,1299219349,9780749909550,9781299219342,1415962189,9781410419057

---------------------------------------------------

https://openlibrary.org/books/OL26321357M/Sudden_death
https://openlibrary.org/books/OL24122335M/Sudden_death

---------------------------------------------------

Product: Nalini Singh - Tangle of Need
Company: PRH US
Catalog Nr.: 0425251098,1101569085,9781101569085,9780425251096,9780425247563,0425247562

---------------------------------------------------

https://openlibrary.org/books/OL25129091M/Tangle_of_Need

---------------------------------------------------

Product: Bob Harper, Greg Critser - The Skinny Rules
Company: PRH UK
Catalog Nr.:
0345533135,9780593071618,B005OCYQR2,9780345533135,0307990176,9780345533128,1448154693,03455331
27,0593071611,9780307990174,9781448154692,605881345X,0345533224,9788055136516,9780307990181,97812
99083141,8055136513,030799015X,1299083145,9786058813458,9780345533227,0307990184,9780307990150

---------------------------------------------------

https://openlibrary.org/books/OL25270272M/The_skinny_rules/edit#about/about
https://openlibrary.org/books/OL25270272M/The_skinny_rules

---------------------------------------------------

Product: Michael Paterniti - The Telling Room
Company: PRH US
Catalog Nr.: 0385337019,9780812994544,9780385337014,081299454X,0385337000,9780385337007

---------------------------------------------------

https://openlibrary.org/books/OL26267515M/The_telling_room

---------------------------------------------------

Product: Josh Berk - The Dark Days of Hamburger Halpin
Company: PRH US
Catalog Nr.:
9780375846250,9780307916976,0375895515,0307916979,0375846255,9780375895517,9780375856990,97812992
35489,0307916987,0307916995,1299235484,0375856994,9780307916983,9780307916990,0375956999,97803759
56997

---------------------------------------------------

https://openlibrary.org/books/OL24249350M/The_Dark_Days_of_Hamburger_Halpin

---------------------------------------------------

Product: Iain Lawrence - The Wreckers
Company: PRH US
Catalog Nr.:
9780440415459,0307789012,0440415454,9780307789013,9781439561386,9781299033801,0788740083,97807862
21899,9780788740084,0788746545,8434870533,9780007135547,9780780799875,0606175652,0385325355,06132

28073,9780613228077,0786221895,9780788746543,0007135548,1299033806,9788434870536,9780385325356,9780606175654,1439561389,0780799879

---------------------------------------------------

https://openlibrary.org/books/OL7521514M/The_Wreckers/edit#about/about

---------------------------------------------------

Product: John Mortimer - Forever Rumpole
Company: PRH UK
Catalog Nr.:
0141964979,9780141964973,9780141964973,0670919373,9780670919369,0670919365,067002306X,9781101545874,1101545879,9780670919376,9781101542996,1101542993,9780670023066,0143122142,9780143122142

---------------------------------------------------

https://openlibrary.org/books/OL25162227M/Forever_Rumpole/edit#about/about

---------------------------------------------------

Product: Anne Fine, Tony Ross - Notso Hotso
Company: PRH UK
Catalog Nr.: 0141939583,9780141939582,9780141939582

---------------------------------------------------

https://openlibrary.org/books/OL7989115M/Notso_Hotso/edit#about/about
https://openlibrary.org/books/OL7989115M
https://openlibrary.org/books/OL7989115M/Notso_Hotso

---------------------------------------------------

Product: Isaiah Berlin, Henry Hardy, Aileen Kelly, Henry Hardy - Russian Thinkers
Company: PRH UK
Catalog Nr.: 0141393173,9780141393179,9780141393179

---------------------------------------------------

https://openlibrary.org/books/OL23101143M/Russian_thinkers/edit#about/about

---------------------------------------------------

Product: Desmond Morris - Catlore
Company: PRH UK
Catalog Nr.:
1473522765,9781473522763,9781473522763,9782702117088,0224101382,9789026962974,9780517127414,9780517880579,9026962975,9780517569030,2702117082,0517880571,9995782847,0517157179,0517569035,0517127415,9780517157176,9788804466321,9780224101387,0224025201,9789995782849,8804466324,9780224025201

---------------------------------------------------

https://openlibrary.org/books/OL2397433M/Catlore/edit#about/about

---------------------------------------------------

Product: Marcus Luttrell - Lone Survivor
Company: Verlagsgruppe RH
Catalog Nr.:
9783837126204,9783641141394,9780316067607,9780316044691,B000QRIGLC,0316067601,0316044695,9780316324069,031632406X,9783453200708

---------------------------------------------------

https://openlibrary.org/books/OL10426356M/Lone_Survivor

---------------------------------------------------

Product: David Wright, David Wright - English Romantic Verse
Company: PRH UK
Catalog Nr.: 0141913045,9780141913049,9780141913049

---------------------------------------------------

https://openlibrary.org/books/OL5652389M/The_Penguin_book_of_English_Romantic_verse/edit#about/about
https://openlibrary.org/books/OL5652389M/The_Penguin_book_of_English_Romantic_verse

CONFIDENTIAL
INTARC00323038

```
--------------------------------------------------------
Product: Deepak Chopra - The Ultimate Happiness Prescription
Company: PRH UK
Catalog Nr.: 1409033392,9781409033394,9781409033394
--------------------------------------------------------
```

https://openlibrary.org/books/OL24434238M/The_ultimate_happiness_prescription/edit#about/about

```
--------------------------------------------------------
Product: Matthew Hussey - Get the Guy
Company: PRH UK
Catalog Nr.:
9781448152551,0062241745,0062241753,9780062241757,B009A941FC,9780062241764,9780062241740,978059
3070758,B00BW8BE3G,1448152550,B008CGUFB8,9780552170642,1483005313,9786191642694,978837778757
1,9780062263377,9781483005317,8377787571,055217064X,9781483005324,0593070755,0062263374,006224176
1,1483005321,6191642695,9788055161297,8055161291
--------------------------------------------------------
```

https://openlibrary.org/books/OL26321188M/Get_the_guy

```
--------------------------------------------------------
Product: Bill Bryson - The Life and Times of the Thunderbolt Kid
Company: PRH US
Catalog Nr.:
9780385608268,9781409095781,9780767919364,9780767919371,0767926315,1409095789,0767919378,97807679
26317,9780552772549,9780739315231,0385608268,9780385611510,0552772542,076791936X,B000MAH5KQ,97
80739346594,9780385661614,9780385661621,0385661614,073947491X,9780739474914,0739346598,038561151
X,0739315234,0385661622
--------------------------------------------------------
```

https://openlibrary.org/books/OL8064876M/The_Life_and_Times_of_the_Thunderbolt_Kid/edit#about/about
https://openlibrary.org/books/OL8064875M/The_Life_and_Times_of_the_Thunderbolt_Kid/edit#about/about
https://openlibrary.org/books/OL8064875M/The_Life_and_Times_of_the_Thunderbolt_Kid

```
--------------------------------------------------------
Product: Lee Lipsenthal, MD - Enjoy Every Sandwich
Company: PRH UK
Catalog Nr.:
1448126614,9781448126613,9781448126613,9781299077270,9896683239,0593069633,9789896683238,03079551
5X,9896681503,0307955168,1299077277,9781616167507,9780593069639,0307969916,1616570504,0307969908,
9789896681500,9780307955166,0307969924,9780307969910,9780307969927,9780307955159,9780307969934,03
07969932,9780307969903
--------------------------------------------------------
```

https://openlibrary.org/books/OL25249916M/Enjoy_every_sandwich/edit#about/about

```
--------------------------------------------------------
Product: Robert Pirsig - Zen And The Art Of Motorcycle Maintenance
Company: PRH UK
Catalog Nr.: 0061673730,9781448114146,9780061673733,1448114144
--------------------------------------------------------
```

https://openlibrary.org/books/OL9240366M/Zen_and_the_Art_of_Motorcycle_Maintenance

```
--------------------------------------------------------
Product: Sue Townsend - Ghost Children
Company: PRH UK
Catalog Nr.:
0141962453,9780141962450,9780141962450,0241958407,9780749319298,9780241958407,0141010827,97890680
15836,0413689107,9068015834,0141910712,1569471177,9781569471173,9780141010823,9780413689108,15694
```

71517,9781569471517,9780141910710,0749129291,972290440X,9789722904407

------------------------------------------------------

https://openlibrary.org/books/OL701000M/Ghost_children

------------------------------------------------------

Product: Clive Cussler, Justin Scott - The Striker
Company: PRH UK
Catalog Nr.:
0718177436,9780718177430,9780718177430,1405911417,9781405911399,1405911395,9780718176754,97814059
11412,0718176758

------------------------------------------------------

https://openlibrary.org/books/OL26168237M/The_Striker_Isaac_Bell_Adventure
https://openlibrary.org/books/OL26168237M/The_Striker_Isaac_Bell_Adventure/edit#about/about

------------------------------------------------------

Product: Clive Cussler, Grant Blackwood - The Kingdom
Company: PRH UK
Catalog Nr.: 071815794X,9780718157944,9780718157944,1405929596,9781405929592

------------------------------------------------------

https://openlibrary.org/books/OL24827789M/The_kingdom

------------------------------------------------------

Product: Cathy Marie Buchanan - The Painted Girls
Company: PRH US
Catalog Nr.: 1594632294,1101603798,9781594632297,9781101603796

------------------------------------------------------

https://openlibrary.org/books/OL26647759M/The_painted_girls

------------------------------------------------------

Product: Andy McNab - Remote Control
Company: PRH UK
Catalog Nr.: 1407039172,9781407039176,9781407039176

------------------------------------------------------

https://openlibrary.org/books/OL24218237M/Remote_control/edit#about/about

------------------------------------------------------

Product: John Mortimer - Titmuss Regained
Company: PRH UK
Catalog Nr.: 0141959851,9780141959856,9780141959856

------------------------------------------------------

https://openlibrary.org/books/OL2217286M/Titmuss_regained/edit#about/about
https://openlibrary.org/books/OL9303941M/Titmuss_Regained/edit#about/about
https://openlibrary.org/books/OL9303941M/Titmuss_Regained

------------------------------------------------------

Product: Dale Carnegie - How To Develop Self Confidence
Company: PRH UK
Catalog Nr.: 1446490793,9781446490792,B005I4DA2S

------------------------------------------------------

https://openlibrary.org/books/OL22938654M/How_to_develop_self-
confidence_and_influence_people_by_public_speaking/edit#about/about

------------------------------------------------------

Product: Cathy Johnson - Creating Textures in Watercolor
Company: PRH US
Catalog Nr.: 1440319960,9781440319969

CONFIDENTIAL
INTARC00323040

----------------------------------------------------
https://openlibrary.org/books/OL1543604M/Creating_textures_in_watercolor/edit#about/about

----------------------------------------------------
Product: Aleksandr Solzhenitsyn - Cancer Ward
Company: PRH UK
Catalog Nr.: 1448114462,9781448114467,9781448114467
----------------------------------------------------
https://openlibrary.org/books/OL24202671M/Cancer_ward

----------------------------------------------------
Product: Michael Lewis - Flash Boys
Company: PRH UK
Catalog Nr.:
B00I9PVKKC,0393244660,9780393244663,0393351599,B00HVJB4VM,9780241003633,0241003636,978014197
8154,9780393351590,0141978155
----------------------------------------------------
https://openlibrary.org/books/OL25443201M/Flash_Boys/edit#about/about

----------------------------------------------------
Product: Caro - Working
Company: PRH US
Catalog Nr.: 0593081919,9780593081914
----------------------------------------------------
https://openlibrary.org/books/OL21494940M/Working_daughters_of_HongKong
https://openlibrary.org/books/OL21494940M/Working_daughters_of_HongKong/edit#about/about

----------------------------------------------------
Product: Pam Allen, Ann Budd - Bag Style
Company: PRH US
Catalog Nr.: 1620332213,9781620332214
----------------------------------------------------
https://openlibrary.org/books/OL17914746M/Bag_style/edit#about/about

----------------------------------------------------
Product: Stephen Jay Gould - The Lying Stones Of Marrakech
Company: PRH UK
Catalog Nr.:
1409000346,9781409000341,9781409000341,9780787125189,3100278135,9780674061675,9788498922240,00992
85835,0674061675,9780224050449,8842809365,9783100278135,9780609601426,9780099285830,8498922240,07
87125172,9788020419675,9788842809364,9780674063372,9780095031417,0095031413,0787125180,8020419675
,0674063376,0609807552,140288009X,9780609807552,9781402880094,0224050443,9780787125172,0609601423
----------------------------------------------------
https://openlibrary.org/books/OL42812M/The_lying_stones_of_Marrakech/edit#about/about

----------------------------------------------------
Product: Federico Garcia Lorca - Romancero Gitano
Company: PRH US
Catalog Nr.: 9789871165292,9871165293,9780140255836,0140255834
----------------------------------------------------
https://openlibrary.org/books/OL16830641M/Romancero_gitano/edit#about/about
https://openlibrary.org/books/OL16830641M/Romancero_gitano

----------------------------------------------------
Product: Paul Theroux - Sir Vidia's Shadow
Company: PRH UK

Catalog Nr.:
0141971606,9780141971605,9780141971605,9780241140468,0241140463,9780395907283,9789045003634,02411
40471,0771085079,9780140281101,9781306452199,0618001999,0787118141,9780241950548,0241950546,84666
08265,0140282955,9780241140475,9780787118143,0395907284,9780547526195,9788466608268,9780771085079
,9780771085062,9780618001996,014028110X,1306452198,9780140282955,9045003635,0771085060,0547526199
-------------------------------------------------------
https://openlibrary.org/books/OL349563M/Sir_Vidia's_shadow/edit#about/about

-------------------------------------------------------
Product: Ken Follett - Doble juego
Company: PRH Grupo Editorial
Catalog Nr.: 9788490329511,9788497593953,8497593952
-------------------------------------------------------
https://openlibrary.org/books/OL9130955M/Doble_Juego/edit#about/about

-------------------------------------------------------
Product: William Faulkner - The Unvanquished
Company: PRH UK
Catalog Nr.: 1448190916,9781448190911,9781448190911,0140010580,9780140010589
-------------------------------------------------------
https://openlibrary.org/books/OL26553407M/The_unvanquished
https://openlibrary.org/books/OL26553407M
https://openlibrary.org/books/OL26553407M/The_unvanquished/edit#about/about

-------------------------------------------------------
Product: Henry Miller - Sexus
Company: PRH UK
Catalog Nr.: 014139921X,9780141399218,9780141399218
-------------------------------------------------------
https://openlibrary.org/books/OL18349810M/Sexus
https://openlibrary.org/books/OL18349810M/Sexus/edit#about/about

-------------------------------------------------------
Product: Gabriel Garcia Marquez - The Autumn of the Patriarch
Company: PRH UK
Catalog Nr.:
9780060114190,0060882867,0141032472,9780140157536,9780380017744,9780060932671,0141917253,97801419
17252,9780141032474,9780060882860,0060114193
-------------------------------------------------------
https://openlibrary.org/books/OL18192677M/The_autumn_of_the_patriarch/edit#about/about

-------------------------------------------------------
Product: John Farman - The Short And Bloody History Of Knights
Company: PRH UK
Catalog Nr.:
1448121140,9781448121144,9781448121144,1849418330,0099407124,0613524977,9780613524971,0822508427,
9780822508427,9780822508410,9781849418331,9780099407126,0822508419
-------------------------------------------------------
https://openlibrary.org/books/OL8013525M/The_short_and_bloody_history_of_knights_spies_and_pirates/edit#about/about

-------------------------------------------------------
Product: Mark Victor Hansen, Robert Allen - The One Minute Millionaire
Company: PRH UK
Catalog Nr.: 9781407024875,0307452654,9780307451569,0307451569,1407024876,9780307452658,B002JCJ724
-------------------------------------------------------

https://openlibrary.org/books/OL24215833M/The_one_minute_millionaire

---------------------------------------------------------
Product: Jonathan Stroud - The Ring of Solomon
Company: PRH UK
Catalog Nr.: 1407076892,9781407076898,9781407076898
---------------------------------------------------------
https://openlibrary.org/books/OL24538213M/The_ring_of_Solomon

---------------------------------------------------------
Product: Joan Aiken - The Cuckoo Tree
Company: PRH UK
Catalog Nr.:
1409024598,9781409024590,9781409024590,129989321X,0618070249,9780385030717,0613311000,9780099456
650,1439578206,9780618070244,009988870X,9783570206812,9780606217217,0440400465,0547529902,0606217
215,0385030711,9780844663807,9781439578209,0140306161,0224005146,0099456656,9780099888703,9780618
070237,0618070230,9780613311007,9780440400462,9780224005142,9780140306163,9780547529905,084466380
8,9781299893214,3570206815
---------------------------------------------------------
https://openlibrary.org/books/OL4917511M/The_cuckoo_tree.

---------------------------------------------------------
Product: Andre Dubus III - The Garden of Last Days
Company: PRH UK
Catalog Nr.: 1409035271,9781409035275,9781409035275
---------------------------------------------------------
https://openlibrary.org/books/OL24958079M/The_garden_of_last_days/edit#about/about

---------------------------------------------------------
Product: Mark Kurlansky - The White Man In The Tree
Company: PRH UK
Catalog Nr.:
144813076X,9781448130764,9781448130764,0099286742,9780224061469,9789029525442,0671036068,9780671
036058,1615607145,9780099286745,067103605X,9781615607143,9029525444,0224061461,9780671036065
---------------------------------------------------------
https://openlibrary.org/books/OL3968331M/The_white_man_in_the_tree_and_other_stories/edit#about/about

---------------------------------------------------------
Product: Christopher Isherwood - The World in the Evening
Company: PRH UK
Catalog Nr.:
1446468984,9781446468982,9781446468982,0413561003,0374520887,0413563200,2213667683,085617484X,978
0374520885,9780856174841,009956114X,0374533814,9780816633708,9782213666679,9780413561008,2213666
679,0374711062,9780374711061,9780099561149,9780413563200,9780374533816,0380018578,9780380018574,9
782213667683,0816633703
---------------------------------------------------------
https://openlibrary.org/books/OL6153020M/The_world_in_the_evening.
https://openlibrary.org/books/OL6153020M/The_world_in_the_evening./edit#about/about

---------------------------------------------------------
Product: Deborah Moggach - The Ex Wives
Company: PRH UK
Catalog Nr.:
1446496066,9781446496060,9781446496060,9780786231997,9780749315184,9780434473526,9789985305225,18
56865118,0786231998,0434473529,0099479699,9781841971612,074932483X,9780749324834,1841971618,07493
15180,0749319313,9780099479697,9780434473519,9780749319311,0434473510,9985305221,9781856865111

INTARC00323043

--------------------------------------------------------
https://openlibrary.org/books/OL6795937M/The_ex-wives/edit#/about
https://openlibrary.org/books/OL6795937M/The_ex-wives

--------------------------------------------------------
Product: John Fowles - Daniel Martin
Company: PRH UK
Catalog Nr.: 1409059499,9781409059493,9781409059493
--------------------------------------------------------
https://openlibrary.org/books/OL4553768M/Daniel_Martin/edit#about/about
https://openlibrary.org/books/OL19694697M/Daniel_Martin/edit#about/about

--------------------------------------------------------
Product: James Ellroy - The Best American Noir of the Century
Company: PRH UK
Catalog Nr.:
1446492567,9781446492567,9781446492567,1299900097,0547719302,9780547719306,0547577443,8492840994,
9781299900097,0099538253,9780547330778,9780547577449,9788492840991,9780099538257,0547330774
--------------------------------------------------------
https://openlibrary.org/books/OL24362543M/The_Best_American_Noir_of_the_Century/edit#about/about

--------------------------------------------------------
Product: Margery Allingham - The China Governess
Company: PRH UK
Catalog Nr.: 1448138051,9781448138050,9781448138050
--------------------------------------------------------
https://openlibrary.org/books/OL24203260M/The_china_governess/edit#about/about
https://openlibrary.org/books/OL24203260M/The_china_governess

--------------------------------------------------------
Product: Leonard Mlodinow, Stephen Hawking - A Briefer History of Time
Company: PRH UK
Catalog Nr.: 9781407066790,B000SEIKIW,B00351YEZS,140706679X
--------------------------------------------------------
https://openlibrary.org/books/OL7850566M/A_Briefer_History_of_Time
https://openlibrary.org/books/OL7850566M/A_Briefer_History_of_Time/edit#about/about

--------------------------------------------------------
Product: Isaiah Berlin - Concepts and Categories
Company: PRH UK
Catalog Nr.:
1448155460,9781448155460,9781448155460,1400848105,0670235520,0701204400,9789681613600,97814008481
02,019283029,0712665528,1299874177,9780712665520,0140058052,9780192830272,9781299874176,97801400
58055,9780691157498,9780670235520,8437503221,9780701204402,9780691002347,9681613600,9780712663373
,0691157499,0712663371,9788437503226,0691002347
--------------------------------------------------------
https://openlibrary.org/books/OL4734352M/Concepts_and_categories/edit#about/about

--------------------------------------------------------
Product: Richard Dawkins - The Greatest Show on Earth
Company: PRH UK
Catalog Nr.: 1409085872,9781409085874,9781409085874
--------------------------------------------------------
https://openlibrary.org/books/OL24391629M/The_Greatest_Show_on_Earth

--------------------------------------------------------

INTARC00323044

Product: Randall Hansen - Fire and Fury
Company: PRH US
Catalog Nr.: 9780307372383,9780385664042,0307372383,0385664044
-------------------------------------------------------
https://openlibrary.org/books/OL24904949M/Fire_and_fury/edit#about/about
https://openlibrary.org/books/OL26638953M/Fire_and_fury

-------------------------------------------------------
Product: Prakash Iyer - Habit of Winning
Company: PRH India
Catalog Nr.: 9780143420866,9780143420866,0143420860
-------------------------------------------------------
https://openlibrary.org/books/OL25006768M/The_habit_of_winning
https://openlibrary.org/books/OL25006768M/The_habit_of_winning/edit#about/about

-------------------------------------------------------
Product: Prakash Iyer - The Habit of Winning
Company: PRH India
Catalog Nr.: 9788184753660,8184753667
-------------------------------------------------------
https://openlibrary.org/books/OL25006768M/The_habit_of_winning
https://openlibrary.org/books/OL25006768M/The_habit_of_winning/edit#about/about

-------------------------------------------------------
Product: Thomas A. Harris - I'm Ok, You're Ok
Company: PRH UK
Catalog Nr.: 1448108071,9781448108077,9781448108077
-------------------------------------------------------
https://openlibrary.org/books/OL3301341M/I'm_OK_you're_OK/edit#about/about

-------------------------------------------------------
Product: M.L. Stedman - The Light Between Oceans
Company: PRH Australia
Catalog Nr.:
1742755712,9780143790952,9781742755717,0143790951,9781742755724,085798988X,1742755720,9780857989
888
-------------------------------------------------------
https://openlibrary.org/books/OL26309916M/The_light_between_oceans

-------------------------------------------------------
Product: Donna Leon - Fatal Remedies
Company: PRH UK
Catalog Nr.: 1407070517,9781407070513,9781407070513
-------------------------------------------------------
https://openlibrary.org/books/OL7362031M/Fatal_Remedies/edit#about/about

-------------------------------------------------------
Product: Christopher Isherwood - A Meeting by the River
Company: PRH UK
Catalog Nr.: 1446468925,9781446468920,9781446468920
-------------------------------------------------------
https://openlibrary.org/books/OL39445M/A_meeting_by_the_river
https://openlibrary.org/books/OL24948712M/A_meeting_by_the_river/edit#about/about
https://openlibrary.org/books/OL39445M/A_meeting_by_the_river/edit#about/about

-------------------------------------------------------

CONFIDENTIAL

Product: Jennifer Bosworth - Struck
Company: PRH UK
Catalog Nr.: 1446453480,9781446453483,9781446453483

-----------------------------------------------------

https://openlibrary.org/books/OL24906280M/Struck

-----------------------------------------------------
Product: Barry Unsworth - Stone Virgin
Company: PRH UK
Catalog Nr.:
1448136865,9781448136865,9781448136865,9780140088243,0140088245,0393313093,0395354129,97897310205
49,9731020543,0099558548,9780395354124,9780099558545,9780393313093
-----------------------------------------------------
https://openlibrary.org/books/OL7456732M/Stone_Virgin
https://openlibrary.org/books/OL7456732M/Stone_Virgin/edit#about/about

-----------------------------------------------------
Product: Jacqueline Wilson, Nick Sharratt - Girls Under Pressure
Company: PRH UK
Catalog Nr.: 1407043129,9781407043128,9781407043128
-----------------------------------------------------
https://openlibrary.org/books/OL3951964M/Girls_under_pressure

-----------------------------------------------------
Product: Lori Foster - Unexpected
Company: Kensington Publishing Corp.
Catalog Nr.: 1420149474,9781420149470,9781420149470,09781420149470
-----------------------------------------------------
https://openlibrary.org/books/OL3323175M/Unexpected/edit#about/about

-----------------------------------------------------
Product: Lia Habel - Dearly Departed
Company: PRH UK
Catalog Nr.:
9780345523310,0345523318,9780345523334,B004J4XA2I,0345523326,9780345523327,0345523334,9780857530
004,1409014452,9781409014454
-----------------------------------------------------
https://openlibrary.org/books/OL25046149M/Dearly_departed

-----------------------------------------------------
Product: Umberto Eco - Turning Back The Clock
Company: PRH UK
Catalog Nr.: 1407018744,9781407018744,9781407018744
-----------------------------------------------------
https://openlibrary.org/books/OL17973245M/Turning_back_the_clock/edit#about/about

-----------------------------------------------------
Product: Albert Jack - Shaggy Dogs and Black Sheep
Company: PRH UK
Catalog Nr.: 0141912227,9780141912226,9780141912226
-----------------------------------------------------
https://openlibrary.org/books/OL7356198M/Shaggy_Dogs_and_Black_Sheep/edit#about/about

-----------------------------------------------------
Product: Stephen King - Im Kabinett des Todes
Company: Verlagsgruppe RH

Catalog Nr.: 9783837126402,9783453437340,9783641124496

-------------------------------------------------------
https://openlibrary.org/books/OL9064501M/Im_Kabinett_des_Todes.
https://openlibrary.org/books/OL9064501M


-------------------------------------------------------
Product: Diana Preston - Cleopatra and Antony
Company: PRH UK
Catalog Nr.:
9780802710598,0802719597,9780385612456,9780802717382,0802717381,1407033905,080271059X,9780802719
591,9781407033907,B0031Y9DTG,B002WU7TGY,9780552155687,9781615236923,0552155683,1615236929,03
85612451,9786068623481,6068623483,9780753195314,9780753195307,0753195305,0753195313
-------------------------------------------------------
https://openlibrary.org/books/OL23164902M/Cleopatra_and_Antony/edit#about/about


-------------------------------------------------------
Product: Tim Parks - Dreams Of Rivers And Seas
Company: PRH UK
Catalog Nr.:
1407014528,9781407014524,9781407014524,9788804597940,0099513358,3888975794,8804597941,97838889757
90,9783442472413,9789029566568,0099513366,1846551145,9029566566,3888976081,1846551137,97838889760
87,9788420405315,9780099513353,2742785442,9782742785445,3442472415,8420405310,9781846551147,97818
46551130,9780099513360
-------------------------------------------------------
https://openlibrary.org/books/OL22674039M/Dreams_of_rivers_and_seas


-------------------------------------------------------
Product: George Orwell - The Road to Wigan Pier
Company: PRH UK
Catalog Nr.:
0141913886,9780141913889,9780141913889,0141395451,9780141395456,0141185295,9780141185293
-------------------------------------------------------
https://openlibrary.org/books/OL24369058M/The_road_to_Wigan_Pier/edit#about/about


-------------------------------------------------------
Product: Chris Ryan - Firefight
Company: PRH UK
Catalog Nr.:
1407005375,9781407005379,9781407005379,0099550946,1846571421,9781846053290,0099556669,97800995566
64,1409064328,9781461814412,1461814413,9781846053306,9022552101,9781846571428,9781409064329,97890
22552100,9780099519256,1846053293,9780099550945,1846053307,0099519259
-------------------------------------------------------
https://openlibrary.org/books/OL24089969M/Firefight


-------------------------------------------------------
Product: Martin Campbell-Kelly - Computer
Company: Taylor & Francis Group
Catalog Nr.: 0429963920,0429975007,9780429963926,10.4324/9780429495373,9780429975004
-------------------------------------------------------
https://openlibrary.org/books/OL7593504M/Computer
https://openlibrary.org/books/OL7593504M


-------------------------------------------------------
Product: Anthony Elliott - Contemporary Social Theory
Company: Taylor & Francis Group
Catalog Nr.: 10.4324/9780203519929,9781134083305,9781134083237,9781134083374,1134083300

CONFIDENTIAL

----------------------------------------------------
https://openlibrary.org/books/OL10204559M

----------------------------------------------------
Product: Golden Books - A Colorful Easter
Company: PRH US
Catalog Nr.: 0307092259,9780307092250
----------------------------------------------------
https://openlibrary.org/books/OL25290152M/Chester's_colorful_Easter_eggs
https://openlibrary.org/books/OL25290152M

----------------------------------------------------
Product: Frank McCourt - 'Tis
Company: HarperCollins UK
Catalog Nr.: 9780007159833,9780007218721,9780007296354
----------------------------------------------------
https://openlibrary.org/books/OL40531M/'Tis

----------------------------------------------------
Product: Alvarez, Julia - How the Garcia Girls Lost Their Accents
Company: Workman
Catalog Nr.: 1616200987,156512975X,9781616200985,9781565129757
----------------------------------------------------
https://openlibrary.org/books/OL1564224M/How_the_Garci%CC%81a_girls_lost_their_accents
https://openlibrary.org/books/OL1564224M

----------------------------------------------------
Product: Brenda Jackson - Bachelor Undone
Company: HarperCollins US
Catalog Nr.:
1459282094,9781459282094,9781459282094,1408937026,9781408977873,9781408937020,1408977877
----------------------------------------------------
https://openlibrary.org/books/OL26069807M/Bachelor_Undone

----------------------------------------------------
Product: Forman - Si decido quedarme
Company: Ediciones Salamandra
Catalog Nr.: 9788415629450,8415629451
----------------------------------------------------
https://openlibrary.org/books/OL25662584M
https://openlibrary.org/books/OL25662584M/Si_decido_quedarme

----------------------------------------------------
Product: Denise Peck - Wire Style
Company: PRH US
Catalog Nr.: 1620331926,9781620331927
----------------------------------------------------
https://openlibrary.org/books/OL16474873M/Wire_style
https://openlibrary.org/books/OL16474873M

----------------------------------------------------
Product: Malcolm Gladwell - Blink
Company: PRH UK
Catalog Nr.:
9780141930183,9780316010665,0141014598,B000PAAH3K,B002VISNAS,0316172324,9781586217198,0141930
187,9780316172325,9780316057905,0316010669,9780141014593,9780141022048,9780141035284,0141035285,0

CONFIDENTIAL
INTARC00323048

141022043

-------------------------------------------------------
https://openlibrary.org/books/OL23273215M/Blink

-------------------------------------------------------
Product: Carole Stott - Space
Company: DK US, DK UK
Catalog Nr.: 0756667380,1405353767,075667512X,9780756667382
-------------------------------------------------------
https://openlibrary.org/books/OL3965160M/Fly_the_space_shuttle

-------------------------------------------------------
Product: Adam Kuper - The Social Science Encyclopedia
Company: Taylor & Francis Group
Catalog Nr.:
10.4324/9780203496169,9781134359677,9781134359707,9781134359653,9781134359691,1134359705
-------------------------------------------------------
https://openlibrary.org/books/OL22115004M

-------------------------------------------------------
Product: SCHAFER, ROY - BAD FEELINGS
Company: PRH Other Press
Catalog Nr.:
9781590512203,1590512200,9780429925412,1283125978,9781590514283,1590514289,9781299574120,97817804
96726,1855759195,1590510461,0429925417,9781590510469,1299574122,9781849404075,1780496729,18494040
70,0429896956,9780429896958,9781855759190,9781283125970
-------------------------------------------------------
https://openlibrary.org/books/OL8847348M/Bad_Feelings
https://openlibrary.org/books/OL8847348M

-------------------------------------------------------
Product: Jeff Kinney - The Last Straw
Company: Abrams Publishing
-------------------------------------------------------
https://openlibrary.org/books/OL17011081M/The_Last_Straw
https://dev.openlibrary.org/books/OL17011081M/The_Last_Straw

-------------------------------------------------------
Product: Alvarez, Julia - Wedding in Haiti
Company: Workman
Catalog Nr.: 9781616202743,1616202742
-------------------------------------------------------
https://openlibrary.org/books/OL25197672M/A_wedding_in_Haiti?v=5

-------------------------------------------------------
Product: Kay Hooper - Golden Threads
Company: PRH US
Catalog Nr.:
1101969229,9781101969229,0739341111,1616850167,1415934444,9780739341124,9781427971609,97814159344
49,9780553220223,4594053777,9780553903188,0553220225,9780739341117,1427971609,073934112X,97805538
05017,0553903187,8660120108,0786288515,9781616850166,0553805010,9780786288519,9788660120108,97845
94053772
-------------------------------------------------------
https://openlibrary.org/books/OL24710307M/Golden_threads

-------------------------------------------------------

INTARC00323049

Product: John Hersey - The War Lover
Company: PRH US
Catalog Nr.: 0593080882,9780593080887
-------------------------------------------------------
https://openlibrary.org/books/OL5775091M
https://openlibrary.org/books/OL5775091M/The_war_lover.


-------------------------------------------------------
Product: John Steinbeck - Steinbeck
Company: PRH US
Catalog Nr.:
0140042881,B001QWFYDY,9781440673870,9780140042887,067066961X,144067387X,9780670669615,1440668
23X,9780434739905,0141186291,0670669628,9781440668234,9780141186290,0749397772,9780330257848,9755
709576,9780749397777,9789755709574,9780670669622,0434739901,0330257846
-------------------------------------------------------
https://openlibrary.org/books/OL6453280M/Steinbeck
https://openlibrary.org/books/OL7642373M
https://openlibrary.org/books/OL10767284M
https://openlibrary.org/books/OL7359149M
https://openlibrary.org/books/OL24279118M/Steinbeck
https://openlibrary.org/books/OL11068480M
https://openlibrary.org/books/OL6453280M
https://openlibrary.org/books/OL11068480M/Steinbeck
https://openlibrary.org/books/OL23767778M/Steinbeck
https://openlibrary.org/books/OL21498451M/Steinbeck
https://openlibrary.org/books/OL7346437M
https://openlibrary.org/books/OL19296511M/Steinbeck
https://openlibrary.org/books/OL23767778M
https://openlibrary.org/books/OL24279118M
https://openlibrary.org/books/OL9301089M/Steinbeck
https://openlibrary.org/books/OL19296511M
https://openlibrary.org/books/OL10767284M/Steinbeck
https://openlibrary.org/books/OL7359149M/Steinbeck_(Penguin_Modern_Classics)
https://openlibrary.org/books/OL4887923M/Steinbeck
https://openlibrary.org/books/OL21498451M
https://openlibrary.org/books/OL4887923M
https://openlibrary.org/books/OL7346437M/Steinbeck
https://openlibrary.org/books/OL7642373M/Steinbeck
https://openlibrary.org/books/OL5194229M/Steinbeck
https://openlibrary.org/books/OL9301089M
https://openlibrary.org/books/OL16087174M
https://openlibrary.org/books/OL16087174M/Steinbeck


-------------------------------------------------------
Product: Corsini, Wedding - Current Psychotherapies
Company: Cengage Learning
Catalog Nr.: 0495903361,9780495903369,0495903361
-------------------------------------------------------
https://openlibrary.org/books/OL2064252M/Current_psychotherapies
https://openlibrary.org/books/OL2064252M


-------------------------------------------------------
Product: Andy McNab - Dark Winter
Company: PRH UK
Catalog Nr.:
1407039083,9781407039084,9781407039084,1856865673,9781856865678,1856868486,0593050266,97890443113

CONFIDENTIAL

INTARC00323050

89,9781910167458,802421847X,9780552150187,9044311387,0754087042,9788830422278,9783442361922,19101
67452,3442361923,9788846208323,9780593050255,9780552163583,0552163589,0593050258,9780593050262,88
30422274,0552150185,9781856868488,9788024218472,8846208323,9780754087045

------------------------------------------------------

https://openlibrary.org/books/OL7815406M/Dark_Winter

------------------------------------------------------
Product: Pasler - Radiology
Company: Thieme Publishers Stuttgart
Catalog Nr.: 9783137819011,3137819016
------------------------------------------------------

https://openlibrary.org/books/OL21816670M/Radiology

------------------------------------------------------
Product: Martha Rose Shulman - Mediterranean Harvest
Company: PRH US
Catalog Nr.:
B000SI7GKG,1605296198,1605294284,9781605296197,9781605294285,9781594862342,1594862346
------------------------------------------------------

https://openlibrary.org/books/OL12437108M/Mediterranean_Harvest

------------------------------------------------------
Product: Weinstein - Geriatric Audiology
Company: Thieme Publishers Stuttgart
Catalog Nr.: 9781604061741,160406174X
------------------------------------------------------

https://openlibrary.org/books/OL8327089M/Geriatric_Audiology

------------------------------------------------------
Product: Jayne Ann Krentz - Dawn in Eclipse Bay
Company: PRH US
Catalog Nr.: 9780515130928,1101214392,9781101214398,0515130923,9781415946060,141594606X
------------------------------------------------------

https://openlibrary.org/books/OL3302697M/Dawn_in_Eclipse_Bay

------------------------------------------------------
Product: James Patterson - NYPD Red
Company: PRH UK
Catalog Nr.:
B0089EHO7Q,B007WS3LA4,9780316199865,1448135966,1455521531,9780316199896,0316224138,9780099576
433,9780316224130,0316199869,9781448135967,9781780890685,9781455521531,9789898491299
------------------------------------------------------
https://openlibrary.org/books/OL25324059M
https://openlibrary.org/books/OL25324059M/NYPD_red

------------------------------------------------------
Product: Amor Towles - Rules of Civility
Company: PRH US
Catalog Nr.:
1101517069,9780143121169,B0056A4Z3W,9781444708875,9781101526361,B004IYJDVG,0670022691,0143121
162,9781101517062,0307934527,9780670022694,1444708872,9780307934529,9780307934536,9780143121855,0
307934535,9780142429273,110152636X,0142429279,0143121855
------------------------------------------------------
https://openlibrary.org/books/OL26303067M/Rules_of_civility
https://openlibrary.org/books/OL25066474M/Rules_of_civility

CONFIDENTIAL
INTARC00323051

--------------------------------------------------------
Product: Lee Child - Running Blind
Company: PRH US
Catalog Nr.:
1440634785,9781423338307,9781440634789,9780425264409,0425264408,9780857500076,9781611761948,08575
00074,1611761948,9780553811889,0553811886
--------------------------------------------------------
https://openlibrary.org/books/OL11843179M/Running_Blind_(Jack_Reacher)/edit#about/about
https://openlibrary.org/books/OL11843179M/Running_Blind_(Jack_Reacher)
https://openlibrary.org/books/OL11843179M

--------------------------------------------------------
Product: Lee Child - Persuader
Company: PRH US
Catalog Nr.:
B000FBJDF2,9780385336666,9781407070315,0440333865,9780440333869,9780553813449,9780593046890,044
0241006,9780440245988,0553813447,9780857500106,0440245982,B0031RS32G,9781593351168,1407070312,97
80440241003,0385336667,0440422981,9780440422983,0857500104
--------------------------------------------------------
https://openlibrary.org/books/OL3564476M
https://openlibrary.org/books/OL7544042M
https://openlibrary.org/books/OL24248884M
https://openlibrary.org/books/OL24261221M
https://openlibrary.org/books/OL23247566M
https://openlibrary.org/books/OL7544043M
https://openlibrary.org/books/OL7262880M
https://openlibrary.org/books/OL9217595M
https://openlibrary.org/books/OL22154400M
https://openlibrary.org/books/OL7850691M
https://openlibrary.org/books/OL3688114M

--------------------------------------------------------
Product: Erin Hunter - Warriors: Power of Three #2: Dark River
Company: HarperCollins US
Catalog Nr.: 0062976176,9780062976178,9780062976178
--------------------------------------------------------
https://dev.openlibrary.org/books/OL9684526M/Warriors_Power_of_Three_2_Dark_River_(Warriors_of_T
hree)

--------------------------------------------------------
Product: Adam Rubin - Dragons Love Tacos
Company: PRH US
Catalog Nr.:
059315360X,0545604265,0593153618,9780698143784,9780545604260,9780593153611,9780803736801,0803736
800,9780593153604,9782896574438,0606367934,0698143787,9780735230170,9780147515595,1101642408,2896
574433,9780735228238,9722129295,9780147515599,9780606367936,0147515599,073523017X,073522823X,162
9238384,9781101642405,9780545630955,9781629238388,0545630959,9789722129299,9788283740776,82837407
76
--------------------------------------------------------
https://openlibrary.org/books/OL25094234M/Dragons_love_tacos

--------------------------------------------------------
Product: Michael McCarthy, Felicity O'Dell - Academic Vocabulary in Use
Company: Cambridge University Press
Catalog Nr.: 9780521689397,9780521732178,9781107591660,0521689392
--------------------------------------------------------

CONFIDENTIAL
INTARC00323052

https://openlibrary.org/books/OL25536470M
https://openlibrary.org/books/OL25536470M/Academic_vocabulary_in_use

-------------------------------------------------------
Product: Budd Schulberg - Ringside
Company: PRH UK
Catalog Nr.:
1780577281,9781780577289,9781780577289,1845964659,9781845963620,9781566637077,1566637074,15666374
9X,9781910948231,1910948233,1845963628,9781845964658,9781566637497
-------------------------------------------------------
https://openlibrary.org/books/OL8670328M/Ringside

-------------------------------------------------------
Product: Gabriel Garcia Marquez - Collected Stories
Company: PRH UK
Catalog Nr.:
9780060932688,9780140157567,9780060153649,0060932686,9780060913069,0141917458,9780141917450,97801
41032559,0060913061,9780241968758,0241968755
-------------------------------------------------------
https://openlibrary.org/books/OL22476193M/Collected_stories

I have good faith belief that use of the aforementioned material is not authorized by the copyright owner, its agents, or the law.

The information in this notification is accurate, and under penalty of perjury, that Link-Busters Operations B.V. is authorized to act on behalf of the above mentioned owners of an exclusive right that is allegedly infringed..

Please take down these links as soon as possible,

Regards,
D.C. de Laat

CONFIDENTIAL

INTARC00323053

# McNamara Declaration
# Exhibit 37

**Subject:** Re: DMCA Notice to Internet Archive
**From:** Internet Archive <info-reply@archive.org>
**Date:** 4/30/15, 9:21 AM
**To:** "Golinveaux, Jennifer A." <▮▮▮▮▮▮▮@winston.com>

2pm sounds good. Please call me at our main line 415.561.6767.

On 4/30/15 8:34 AM, Golinveaux, Jennifer A. wrote:
> Let's do 2pm Friday. Is there a number I can reach you?
>
> On Apr 30, 2015, at 8:11 AM, "info-reply@archive.org<mailto:info-reply@archive.org>"
> <info-reply@archive.org<mailto:info-reply@archive.org>> wrote:
>
>
> Hi Jennifer,
>
> Yes, I'd be available between 9-11a or 2-5pm on Friday. Would a particular time in there
> work best for you?
>
> Thank You,
>
> Chris
>
>
> On 4/29/15 10:26 AM, Golinveaux, Jennifer A. wrote:
> Hi Chris,
>
> Thank you for your response. I suggest we schedule a call to discuss this matter. Is
> there a time tomorrow or Friday that works for you?
>
> Jennifer
>
> Jennifer A. Golinveaux
>
> Partner
>
> Winston & Strawn LLP
>
> T: +1 ▮▮▮▮▮▮▮▮
>
> D: +1 (▮▮▮▮▮▮▮
>
> F: +1 ▮▮▮▮▮▮▮
>
> winston.com<http://www.winston.com>
>
> [Winston                    & Strawn LLP]
> From: Internet Archive [mailto:info-reply@archive.org]
> Sent: Monday, April 27, 2015 7:28 AM
> To: Golinveaux, Jennifer A.
> Subject: Re: FW: DMCA Notice to Internet Archive
>
> Dear Ms. Golinveaux, Esq.,

CONFIDENTIAL                                                            INTARC00463590

A-1784

It is unfortunate that the prospective publisher has decided against publication. Naturally, we at the Internet Archive have no insight into the basis of that decision, but we appreciate that it comes as a serious disappointment to Mr. and Ms. Keith.

If it could be productive and helpful, the Internet Archive would be pleased to offer its scanning services at no cost to provide high-quality digital copies of any of Mr. Keith's physical texts that your clients would wish to have in electronic format to offer for sale or use otherwise. The output would include raw hi-resolution images, cropped images, pdf, epub, and a plain text file generated by optical character recognition. As you may know, our organization is entrusted to digitize texts for many major libraries, including the Library of Congress. Pages are hand-turned so as to maintain the condition of the physical books. You can see some pictures of our scanning process at https://www.flickr.com/photos/internetarchive and an example of the output at https://archive.org/details/birdbookillustra00reed. We would be very appreciative to have an opportunity to perhaps play a small role in helping Elmer Keith's works and contributions persevere.

We very respectfully ask that Mr. and Ms. Keith duly consider and appreciate that the Archive undertakes a good faith effort to enable donors, users, and volunteers to contribute appropriate materials to the collections at archive.org<http://archive.org>. Occasionally, bulk materials are submitted that our staff and systems do their best to work with. This is all done with a sincere intention to provide the broader public with free access to library materials — completely free from advertisements and things like monitoring users to mine and sell commercial data. The Archive is an honest-to-goodness charity with limited resources that has archived over 400 billion web pages and scanned and archived more than 3 million public domain books, among many other projects. We have done so staffed with a team of very dedicated and idealistic individuals — a very large portion of which could easily take their skills to the commercial sector and earn significantly higher salaries. As I write, I realize that this perhaps risks sounding like self-congratulation, but it's really all just intended to underscore that the Archive's resources are directed to very important work that your request for payment asks us to divert.

Therefore, we offer our scanning services and hope that a chance to partner in this way might present us with a cooperative path towards helping preserve and spread Elmer Keith's impressive legacy.

Sincerely,

Christopher Butler
Office Manager
Internet Archive
300 Funston Avenue
San Francisco, CA 94118
███████
www.archive.org<http://www.archive.org>
On 4/16/15 11:56 AM, Golinveaux, Jennifer A. wrote:

Confidential Settlement Communication—FRE 408


Dear Mr. Butler,

CONFIDENTIAL                                                                    INTARC00463591

Thank you for your response. While we are respectful of the work that the Internet Archive does, unfortunately in this case your employee's unauthorized uploading of the copyrighted work has caused significant damage to my clients Mr. and Mrs. Keith. Upon independently discovering that the book "Hell, I Was There!" was made freely available on the Internet, their publisher has now decided not to move forward with the release of a new edition of the book. As you can imagine, this is a significant blow to my clients who are in their eighties and had counted on this line of revenue.

As indicated in my February 18 letter, we ask that you work with us to come to agreement over a reasonable monetary amount for the Archive to compensate the Keiths for this infringement. In light of the nature of the infringement and the damage incurred, we believe that number should be $150,000, in line with the statutory damages available to the Keiths for the intentional uploading of the book.

I look forward to hearing from you soon.

Sincerely,

Jennifer A. Golinveaux

Jennifer A. Golinveaux

Partner

Winston & Strawn LLP

T: +1 (███████████

D: +1 ███████████

F: +1 (███████████

winston.com<http://www.winston.com>

[Winston & Strawn LLP]
From: Internet Archive [mailto:info-reply@archive.org]
Sent: Tuesday, February 24, 2015 12:04 PM
To: Golinveaux, Jennifer A.
Subject: Re: FW: DMCA Notice to Internet Archive

Dear Ms. Golinveaux, Esq.,

Thank you again for alerting us to the presence of the item formerly posted at
https://archive.org/details/Hell_I_Was_There_Elemer_Keith_Autobigraphy.

CONFIDENTIAL                                                              INTARC00463592

A-1786

Prior to your email, Internet Archive had no specific awareness of this text or its
having been uploaded to archive.org<http://archive.org>. The text was included in a
special collection wherein books are typically contributed in bulk by users. While an
Internet Archive account may be indicated as the uploader of record for some uploads in
the collection, the uploading process has been performed in bulk, with items generated in
an automated fashion, as part of a good faith effort by archivists to secure collections
contributed for preservation, including much at-risk and rare material.

Please also be aware that the download count, as indicated on item's details pages does
not distinguish between access by automated bots, including web crawlers, and
individuals.

Internet Archive has not made any commercial use or received any monetary compensation
whatsoever related to the posting of the item at https://archive.org/details
/Hell_I_Was_There_Elemer_Keith_Autobigraphy.

As you may know, the Internet Archive does not exploit these texts for commercial gain
and is a 501.c3 engaged in numerous efforts to preserve and expand access to resources of
all sorts for current and future generations. These efforts are undertaken solely with an
intention of public benefit. We do not post paid advertisements or charge for access to
our collections.

We certainly had no intention to bring about any adverse impact on Mr. and Mrs. Keith,
and genuinely appreciate your consideration of the above points.

Sincerely,

Christopher Butler
Office Manager
Internet Archive
300 Funston Avenue
San Francisco, CA 94118
██████████████
www.archive.org<http://www.archive.org>


On 2/19/15 10:40 AM, Golinveaux, Jennifer A. wrote:
Thank you for your email. I look forward to receiving a response to my letter of February
18, 2015.

Jennifer

Jennifer A. Golinveaux

Partner

Winston & Strawn LLP

T: +1 (██████████████

D: +1 ██████████████

5/5/15, 10:12 AM

CONFIDENTIAL                                                              INTARC00463593

F: +1 (▓▓▓▓▓▓▓▓)

winston.com<http://www.winston.com>

[Winston & Strawn LLP]
From: Internet Archive [mailto:info-reply@archive.org]
Sent: Wednesday, February 18, 2015 4:45 PM
To: Garcia, Kelley A.
Subject: Re: DMCA Notice to Internet Archive

Dear Ms. Golineaux, Esq.,

Thank you for alerting us to the presence of this item and advising us of this claim. I
am confirming that access to the item at https://archive.org/details
/Hell_I_Was_There_Elemer_Keith_Autobigraphy has been disabled.

Sincerely,

Christopher Butler
Office Manager
Internet Archive
300 Funston Avenue
San Francisco, CA 94118

▓▓▓▓▓▓▓▓
www.archive.org<http://www.archive.org>
On 2/18/15 3:18 PM, Garcia, Kelley A. wrote:
Please see attached letter from Ms. Golinveaux, hard copy will follow by U.S. Mail.

Thank you,

Kelley Garcia
Assistant to Jennifer A. Golinveaux


Kelley A. Garcia

Legal Secretary

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5840

D: +1 ▓▓▓▓▓▓▓▓

F: +1 ▓▓▓▓▓▓▓▓

VCard<http://content.winston.com/sitefiles/wsvcards/17778.vcf> |
Email<mailto:▓▓▓▓▓@winston.com@winston.com> | winston.com<http://www.winston.com>

[Winston & Strawn LLP]
Please consider the environment before printing this e-mail.

The contents of this message may be privileged and confidential. Therefore, if this
message has been received in error, please delete it without reading it. Your receipt of
this message is not intended to waive any applicable privilege. Please do not disseminate

CONFIDENTIAL                                                          INTARC00463594

this message without the permission of the author.

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
<Part 2.jpeg>
<Part 3.jpeg>
<Part 4.jpeg>
<Part 5.jpeg>
The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.

5/5/15, 10:12 AM

CONFIDENTIAL

INTARC00463595