# 23-1260

---

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

---

HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., PENGUIN RANDOM HOUSE LLC,

*Plaintiffs-Appellees,*

v.

INTERNET ARCHIVE,

*Defendant-Appellant,*

DOES 1-5, inclusive,

*Defendants.*

---

Appeal from the United States District Court for the Southern District of New York, Case No. 1:20-cv-4160, Hon. John G. Koeltl

---

### JOINT APPENDIX (PUBLIC) – VOLUME 8 OF 26 (A-1790-A-2061)

JOSEPH C. GRATZ
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

CORYNNE M. MCSHERRY
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

JOSEPH R. PALMORE
DIANA L. KIM
ADITYA V. KAMDAR
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-6940
JPalmore@mofo.com

*Counsel for Defendant-Appellant Internet Archive*
*Additional Counsel Listed on Inside Cover*

DECEMBER 15, 2023

MATTHEW JAN OPPENHEIM       ELIZABETH A. MCNAMARA
DANAE TINELLI       LINDA J. STEINMAN
SCOTT A. ZEBRAK       JOHN M. BROWNING
OPPENHEIM + ZEBRAK, LLP       JESSE M. FEITEL
4530 Wisconsin Avenue, NW,       CARL MAZUREK
5th Floor       DAVIS WRIGHT TREMAINE LLP
Washington, DC 20016       1251 Avenue of the Americas, 21st Floor
     New York, NY 10020

*Counsel for Plaintiffs-Appellees*

---

## Joint Appendix Table of Contents

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 1** | |
| 39 | 10/08/2020 | Stipulation And Protective Order | A-1 |
| 86 | 07/05/2022 | Sealing Order | A-16 |
| 114 | 07/11/2022 | Sealing Order | A-18 |
| | | District Court Docket Sheet | A-19 |
| 219 | 9/11/2023 | Notice Of Appeal | A-49 |
| 1 | 6/1/2020 | Complaint | A-105 |
| 33 | 07/28/2020 | Answer | A-158 |
| 47 | 08/09/2021 | Letter Motion For Local Rule 37.2 Conference | A-186 |
| 62 | 12/24/2021 | Transcript Of Proceedings – 12/2/21 Conference | A-189 |
| 68 | 01/14/2022 | Joint Letter/Status Report Re: Discovery Disputes | A-234 |
| | | Exhibit A – Current Scheduling Order | A-236 |
| | | Exhibit B – Proposed Scheduling Order | A-239 |
| 70 | 01/22/2022 | Revised Scheduling Order | A-242 |
| 87 | 07/07/2022 | Plaintiffs' Motion for Summary Judgment | A-244 |
| 89 | 07/07/2022 | Declaration Of Sandra Cisneros In Support Of Plaintiffs' Motion for Summary Judgment | A-247 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 2** | |
| 90 | 07/07/2022 | Declaration Of Ian Foster In Support Of Plaintiffs' Motion for Summary Judgment | A-254 |
| | | Appendix A – Ian Foster's Curriculum Vitae | A-301 |
| | | [FUS] Exhibit 1 – Numbered List Of 127 Works In Suit | A-347 |
| | | [FUS] Exhibit 2 – Loans For Each Scan That Matches Works In Suit | A-359 |
| | | [FUS] Exhibit 3 – Total Loans For Works In Suit | A-370 |
| | | [FUS] Exhibit 4 – List Of De-Duplicated ISBNs That Match Works In Suit | A-377 |
| | | [FUS] Exhibit 4A – Alternate Version of Exhibit 4 | A-387 |
| | | [FUS] Exhibit 5 – Number Of De-Duplicated ISBNs/Additions To Maximum Eligible Concurrent Loans For Each Work In Suit | A-397 |
| | | [FUS] Exhibit 5A – Alternative Version Of Exhibit 5 | A-404 |
| | | [FUS] Exhibit 6 – Works In Suit Data | A-411 |
| 91 | 07/07/2022 | Declaration Of Tracy Offner In Support Of Plaintiffs' Motion for Summary Judgment | A-421 |
| | | Exhibit A – List Of Internet Archive's URLs | A-448 |
| | | Exhibit B – Internet Archive's Webpages | A-452 |
| | | Exhibit C – Open Library Webpages | A-457 |
| | | Exhibit D – Open Library Webpages | A-461 |
| | | Exhibit E – Open Library Webpages | A-463 |
| | | Exhibit F – Open Library Webpages | A-469 |
| | | Exhibit G – Open Library Webpages | A-471 |
| | | Exhibit H – Open Library Webpages | A-473 |
| | | Exhibit I – Open Library Webpages | A-475 |
| | | Exhibit J – Open Library Webpages | A-477 |
| | | Exhibit K – Open Library Webpages | A-479 |
| 92 | 07/07/2022 | Declaration Of Ben Sevier In Support Of Plaintiffs' Motion for Summary Judgment | A-481 |
| | | [FUS*] Exhibit 1 – Hachette Business Data | A-514 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS*] Exhibit 2 – Hachette Backlist Ebook Data | A-515 |
| | | [FUS*] Exhibit 3 – Hachette Sales Data For All Of The Works In Suit | A-516 |
| | | **Vol. 3** | |
| | | [FUS] Exhibit 4 – Hachette Overdrive Data | A-517 |
| | | [FUS] Exhibit 5 – Hachette 2016 Digital Library Terms | A-562 |
| | | [FUS] Exhibit 6 – Hachette's Current Digital Library Terms | A-570 |
| | | [FUS*] Exhibit 7 – Hachette List Of Aggregators | A-577 |
| | | [FUS] Exhibit 8 – Excerpts From Expert Report Of Rasmus Jorgensen (Feb. 25, 2022) | A-578 |
| | | Exhibit 9 – Hachette Takedown Notice | A-580 |
| 93 | 07/07/2022 | Declaration Of Alan Pavese In Support Of Plaintiffs' Motion for Summary Judgment | A-589 |
| | | Exhibit 1 – Wiley Takedown Notice | A-602 |
| | | [FUS*] Exhibit 2 – Wiley Spreadsheet On Trade Books | A-612 |
| | | [FUS*] Exhibit 3 – Wiley's Sales Records For Works In Suit | A-613 |
| | | [FUS] Exhibit 4 – Wiley's Ebook Distribution Agreement With Proquest | A-614 |
| | | [FUS] Exhibit 5 – Wiley's Ebook Agreement With Overdrive | A-631 |
| | | [FUS*] Exhibit 6 – Wiley Spreadsheet Of Key Aggregator Partners | A-634 |
| | | [FUS*] Exhibit 7 – Wiley Spreadsheet | A-635 |
| 94 | 07/07/2022 | Declaration Of Chantal Restivo-Alessi In Support Of Plaintiffs' Motion for Summary Judgment | A-636 |
| | | [FUS*] Exhibit 1 – HarperCollins Ebooks Licenses Spreadsheet | A-667 |
| | | [FUS*] Exhibit 2 – HarperCollins Spreadsheet On U.S. Sales For Works In Suit | A-668 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 3 – Amazon Kindle Store Terms Of Use | A-669 |
| | | [FUS] Exhibit 4 – HarperCollins And Overdrive Agreement | A-674 |
| | | [FUS*] Exhibit 5 – Spreadsheet On 26-Circ Model | A-699 |
| | | [FUS*] Exhibit 6 – HarperCollins Sales To Libraries In All Formats For Works In Suit (2017-2020) | A-700 |
| | | Exhibit 7 – Excerpts From Expert Report Of Susan H. Hildreth (Feb. 25, 2022) | A-701 |
| | | Exhibit 8 – Open Libraries Agreement | A-705 |
| | | Exhibit 9 – Internet Archive's Presentation At Library Leaders Forum | A-709 |
| | | Exhibit 10 – Internet Archive's Presentation On "Maximizing Institutional Investment In Print Resources Through Controlled Digital Lending" | A-720 |
| | | Exhibit 11 – Internet Archive's And HarperCollins Correspondence | A-738 |
| 95 | 07/07/2022 | [Redacted] Declaration Of Jeffrey Weber In Support Of Plaintiffs' Motion for Summary Judgment | A-744 |
| | | [FUS*] Exhibit 1 – Penguin Random House Ebook Data | A-784 |
| | | [FUS*] Exhibit 2 – Penguin Random House Ebook Data | A-785 |
| | | Exhibit 3 – American Library Association Article, "National Survey Finds Libraries Play Expanded Role in Digital Equity, Bridging Gaps In Access To Technology" (Aug. 31, 2021) | A-786 |
| | | **Vol. 4** | |
| | | Exhibit 4 – Overdrive Press Release (Jan. 7, 2021) | A-788 |
| | | Exhibit 5 – Emails Between Penguin Random House And Internet Archive' | A-792 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 6 – Emails Between Penguin Random House And Internet Archive | A-795 |
| | | Exhibit 7 – Open Libraries Web Page | A-798 |
| | | Exhibit 8 – Internet Archive Blog Post, "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" (Nov. 6, 2019) | A-802 |
| | | Exhibit 9 – Internet Archive Blog Post, "Temporary National Emergency Library to close 2 weeks early, returning to traditional controlled digital lending" (June 10, 2020) | A-811 |
| | | [FUS] Exhibit 10 – Exhibit 12 To Expert Report of Rasmus Jorgensen (Feb. 25, 2022) | A-817 |
| | | [FUS] Exhibit 11 – Excerpts From Expert Report of Rasmus Jorgensen (Feb. 25, 2022) | A-819 |
| | | [FUS*] Exhibit 12 – Penguin Random House Sales Records Of Works In Suit | A-821 |
| | | Exhibit 13 – Internet Archive's Library Leaders Forum Presentation | A-822 |
| | | [FUS*] Exhibit 14 – Penguin Random House Annual Investment Spreadsheet | A-1004 |
| | | Exhibit 15 – Amazon Kindle Store Terms Of Use | A-1005 |
| | | Exhibit 16 – Public Libraries Data Spreadsheet | A-1009 |
| | | Exhibit 17 – Article, "Libraries Without Walls For Books Without Pages" By John A. Browning (1993) | A-1022 |
| | | [FUS] Exhibit 18 – Penguin Random House Jan. 1, 2016 Terms Of Sale | A-1029 |
| | | [FUS] Exhibit 19 – Penguin Random House Terms Of Buyback Program | A-1032 |
| | | [FUS*] Exhibit 20 – Penguin Random House Ebook Data | A-1035 |
| | | [FUS] Exhibit 21 – Penguin Random House Oct. 1, 2018 Public Library Terms | A-1036 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS] Exhibit 22 – Penguin Random House Oct. 1, 2018 Academic Library Terms | A-1039 |
| | | [FUS] Exhibit 23 – Penguin Random House Ebook Terms For Classroom Distribution Channel (Feb. 2, 2020) | A-1042 |
| | | [FUS] Exhibit 24 – Penguin Random House Ebook Terms For Classroom Distribution Channel (Jan. 10, 2021) | A-1045 |
| | | [FUS] Exhibit 25 – Penguin Random House Covid-19 Model Terms | A-1048 |
| | | **Vol. 5** | |
| | | Exhibit 26 – Excerpts From Deposition Of Skip Dye (Nov. 18, 2021) | A-1050 |
| 96 | 07/07/2022 | [Redacted] Declaration Of Elizabeth A. McNamara In Support Of Plaintiffs' Motion for Summary Judgment | A-1075 |
| | | Exhibit 1 – Complaint | A-1143 |
| | | Exhibit 2 – Answer | A-1201 |
| | | Exhibit 3 – Internet Archive's Webpage | A-1230 |
| | | Exhibit 4 – Declaration Of Brenton Cheng | A-1236 |
| | | Exhibit 5 – Excerpts From Deposition Of Brewster Kahle (Dec. 9, 2021) | A-1240 |
| | | Exhibit 6 – Internet Archive's Webpage | A-1283 |
| | | **Vol. 6** | |
| | | Exhibit 7 – Excerpts From Deposition Of Chris Freeland (Dec. 17, 2021) | A-1287 |
| | | Exhibit 8 – Email From Chris Freeland | A-1347 |
| | | Exhibit 9 – Internet Archive Blog Post, "Libraries lend books, and must continue to lend books: Internet Archive responds to publishers' lawsuit" (July 29, 2020) | A-1351 |
| | | Exhibit 10 – Internet Archive Presentation On "Lending & Book Reader" | A-1354 |
| | | Exhibit 11 – Excerpts From Deposition Of Imke C. Reimers (June 3, 2022) | A-1368 |
| | | Exhibit 12 – Open Library Webpage | A-1373 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 13 – Excerpts From Deposition Of Laura Gibbs (Mar. 24, 2022) | A-1376 |
| | | Exhibit 14 – Internet Archive Communications | A-1386 |
| | | Exhibit 15 – Internet Archive's Webpage | A-1395 |
| | | Exhibit 16 – Internet Archive's Webpage | A-1402 |
| | | Exhibit 17 – Exhibit A To Complaint | A-1405 |
| | | Exhibit 18 – Stipulation Regarding Undisputed Facts (June 10, 2022) | A-1409 |
| | | Exhibit 19 – Excerpts From Deposition Of Susan Hildreth (May 17, 2022) | A-1415 |
| | | Exhibit 20 – Excerpts From Deposition Of Steve Potash (Jan. 31, 2022) | A-1425 |
| | | Exhibit 21A – Press Releases | A-1436 |
| | | [FUS*] Exhibit 21B – Overdrive Data | A-1443 |
| | | [FUS*] Exhibit 22 – Overdrive Data | A-1444 |
| | | Exhibit 23 – Institute Of Museum And Library Studies Data Spreadsheet | A-1445 |
| | | Exhibit 24 – Excerpts From Deposition Of Brenton Cheng (Dec. 3, 2011) | A-1448 |
| | | Exhibit 25 – Internet Archive's Objections & Responses To Plaintiffs' First Set Of Requests For Admission | A-1453 |
| | | Exhibit 26 –Expert Report Of Susan Hildreth (Feb. 25, 2022) | A-1468 |
| | | **Vol. 7** | |
| | | Exhibit 27 – Internet Archive's "Everyone Deserves To Learn" Document | A-1527 |
| | | Exhibit 28 – Email Between Mark Stein And Jeff Kaplan | A-1709 |
| | | Exhibit 29 – Email Between Brewster Kahle And Elliot Wrenn | A-1712 |
| | | Exhibit 30 – Email From Wiley To Internet Archive | A-1717 |
| | | Exhibit 31 – Open Library Webpage | A-1720 |
| | | Exhibit 32 – Emails Between Penguin Random House And Internet Archive | A-1724 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 33 – Email From Penguin Random House | A-1735 |
| | | [FUS*] Exhibit 34 – Penguin Random House Spreadsheet | A-1738 |
| | | Exhibit 35 – Email From HarperCollins To Internet Archive | A-1739 |
| | | Exhibit 36 – Takedown Notices | A-1745 |
| | | Exhibit 37 – Author Correspondence To Internet Archive | A-1783 |
| | | **Vol. 8** | |
| | | Exhibit 38 – Author Correspondence To Internet Archive | A-1790 |
| | | Exhibit 39 – Author Correspondence To Internet Archive | A-1815 |
| | | Exhibit 40 – Email From Zane Kesey To Chris Butler | A-1819 |
| | | Exhibit 41 – Open Library Author Page For Ken Kesey | A-1825 |
| | | Exhibit 42 – Author Correspondence To Internet Archive | A-1829 |
| | | Exhibit 43 – Open Library Webpage | A-1832 |
| | | Exhibit 44 – 990-PF Return Of The Kahle/Austin Foundation (2019) | A-1836 |
| | | Exhibit 45 – Excerpts From Deposition Of Jacques Cressaty (Oct. 22, 2021) | A-1867 |
| | | Exhibit 46 – Internet Archive's Open Libraries Proposal To The MacArthur Foundation (Part 1-5) | A-1913 |
| | | **Vol. 9** | |
| | | Exhibit 46 – Internet Archive's Open Libraries Proposal To The MacArthur Foundation (Part 6-8) | A-2062 |
| | | Exhibit 47 – Internet Archive's Webpage | A-2157 |
| | | Exhibit 48 – Scientific American Article, "Archiving the Internet" by Brewster Kahle (1997) | A-2160 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 49 – Brewster Kahle "Universal Access To Knowledge" Speech (2006) | A-2165 |
| | | Exhibit 50 – CNET Article, "Grant Funds Open-Source Challenge To Google Library" (Dec. 20, 2006) | A-2175 |
| | | Exhibit 51 – New York Times Article, "Libraries Shun Deals To Place Books On Web" by Katie Hafner (2007) | A-2190 |
| | | Exhibit 52 – Internet Archive Blog Post, "Internet Archive And Library Partners Develop Joint Collection Of 80,000+ Ebooks To Extend Traditional In-Library Lending Model" (Feb. 22, 2011) | A-2195 |
| | | Exhibit 53 – Internet Archive's Notes About Book Collections And Availability | A-2201 |
| | | Exhibit 54 – Internet Archive Blog Post, "Let's Build A Great Digital Library Together…Starting With A Wishlist" (Mar. 14, 2018) | A-2205 |
| | | Exhibit 55 – Internet Archive Blog Post, "Internet Archive's Modern Book Collection Now Tops 2 Million Volumes" (Feb. 3, 2021) | A-2209 |
| | | Exhibit 56 – The Guardian Article, "Internet Archive Founder Turns To New Information Storage Device – The Book," (Aug. 1, 2011) | A-2218 |
| | | Exhibit 57 – Internet Archive's Webpage | A-2223 |
| | | Exhibit 58 – Excerpts From Deposition Of Andrea Mills (Oct.14, 2021) | A-2227 |
| | | [FUS] Exhibit 59 – Internet Archive Digital Library Grant Application | A-2242 |
| | | [FUS*] Exhibit 60 – Internet Archive's Profit And Loss Statement For 2011-2020 | A-2246 |
| | | Exhibit 61 – Internet Archive's Flyer | A-2247 |
| | | Exhibit 62 – Internet Archive's Scanning Agreement With Providence Public Library | A-2249 |
| | | Exhibit 63 – Internet Archive's Webpage | A-2255 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 64 – Internet Archive Blog Post, "Most 20th Century Books Unavailable To Internet Users – We Can Fix That" (July 1, 2019) | A-2260 |
| | | Exhibit 65 – Internet Archive's Webpage | A-2270 |
| | | Exhibit 66 – Email From Brewster Kahle To Amy Brand | A-2274 |
| | | Exhibit 67 – CNBC Article, "Plagiarism Is Rampant In China, And Its Media Companies Are Raking In Billions" (Jan. 23, 2018) | A-2278 |
| | | Exhibit 68 – Internet Archive Blog Post, "Internet Archive and Library Partners Develop Joint Collection of 80,000. EBooks To Extend Traditional In-Library Lending Model" (Oct. 20, 2020) | A-2286 |
| | | Exhibit 69 – Internet Archive's Webpage | A-2292 |
| | | Exhibit 70 – Internet Archive Blog Post, "Calculating the True Value of A Library that is Free" (Oct. 22, 2019) | A-2298 |
| | | Exhibit 71 – Internet Archive Blog Post, "Pineapple Fund Gifts $1M in Bitcoin to the Internet Archive!" (Dec. 26, 2017) | A-2303 |
| | | Exhibit 72 – Internet Archive Presentation On "How Controlled Digital Lending Works for Libraries" | A-2308 |
| | | **Vol. 10** | |
| | | Exhibit 73 – Internet Archive Presentation On Lending And Digitization Programs | A-2333 |
| | | Exhibit 74 – Open Library Of Richmond Inc. 990 Return (2019) | A-2366 |
| | | Exhibit 75 – Internet Archive's 990 Return (2016) | A-2414 |
| | | Exhibit 76 – Better World Books Webpage | A-2432 |
| | | [FUS] Exhibit 77 – Excerpts From Deposition Of Ginger Patton-Schmitt (Dec. 6, 2021) | A-2435 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 78 – Better World Books Webpage | A-2464 |
| | | [FUS] Exhibit 79 – Draft Memorandum Of Understanding | A-2468 |
| | | Exhibit 80 – Email From Brewster Kahle To Better World Books Director | A-2471 |
| | | Exhibit 81 – Emails Between Chris Freeland And Better World Books Project Manager | A-2473 |
| | | [FUS] Exhibit 82 – Internet Archive Shared Document | A-2477 |
| | | [FUS] Exhibit 83 – Emails Between Brewster Kahle And Xavier Helgesen | A-2480 |
| | | Exhibit 84 – Emails From Brewster Kahle | A-2482 |
| | | Exhibit 85 – Email From Brewster Kahle | A-2488 |
| | | [FUS] Exhibit 86 – Better World Books Financial Agreement | A-2491 |
| | | [FUS] Exhibit 87 – Donation Agreement Between Better World Books And Open Library of Richmond (July 10, 2019) | A-2494 |
| | | Exhibit 88 – Better World Libraries' 990 Return (2019) | A-2497 |
| | | Exhibit 89 – Internet Archive Blog Post, "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" (Nov. 6, 2019) | A-2524 |
| | | [FUS] Exhibit 90 – Better World Books Presentation | A-2533 |
| | | Exhibit 91 – Better World Books Webpage | A-2539 |
| | | Exhibit 92 – Better World Books Preview Page | A-2541 |
| | | Exhibit 93 – Internet Archive Links To Better World Books Webpage | A-2543 |
| | | Exhibit 94 – Better World Books Wikipedia Page | A-2555 |
| | | [FUS] Exhibit 95 – Better World Books Internal Metrics | A-2558 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 96 – Internet Archive Blog Post, "In-Library eBook Lending Program Launched" (Feb. 22, 2011) | A-2567 |
| | | Exhibit 97 – Emails Between Chris Butler And Zane Kesey | A-2573 |
| | | Exhibit 98 – Email From Chris Butler To James D. Jenkins | A-2579 |
| | | Exhibit 99 – Email From Library Of Michigan Librarian | A-2585 |
| | | Exhibit 100 – Internet Archive Blog Post, "Wasted: A case study for controlled digital lending" (Nov. 13, 2018) | A-2588 |
| | | Exhibit 101 – Brewster Kahle Statement | A-2594 |
| | | **Vol. 11** | |
| | | Exhibit 102 – Open Library Webpage | A-2605 |
| | | Exhibit 103 – Open Libraries Form Agreement | A-2607 |
| | | Exhibit 104 – Email From Chris Freeland To Librarian At Arizona State University | A-2612 |
| | | Exhibit 105 – Email From Chris Freeland To The Associate Dean Of University Of Oklahoma Libraries | A-2615 |
| | | Exhibit 106 – Email From Jeff Sharpe To Karl Stutzman Of Anabaptist Mennonite Biblical Seminary | A-2621 |
| | | Exhibit 107 – Internet Archive Presentation On "Open Libraries Introduction & Internet Archive Programs" | A-2628 |
| | | Exhibit 108 – Internet Archive's Presentation On "Addressing The 20th Century Gap: Controlled Digital Lending For In-Copyright Material" | A-2656 |
| | | Exhibit 109 – Internet Archive's Presentation On "Maximizing Institutional Investments In Print Resources Through Controlled Digital Lending" | A-2678 |
| | | Exhibit 110 – Email From Lauri McIntosh | A-2696 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 111 – Email From Lauri McIntosh | A-2704 |
| | | Exhibit 112 – Email From Chris Freeland | A-2721 |
| | | Exhibit 113 – Internet Archive Presentation On "Implementation & Integration" | A-2729 |
| | | Exhibit 114 – Defendant Internet Archive's Objections And Responses To Plaintiffs' Second Set Of Interrogatories | A-2732 |
| | | Exhibit 115 – Internet Archive Presentation on "Library Leaders Forum 2020 Partner Summit" | A-2744 |
| | | Exhibit 116 – Screen Captures Of Georgetown Law Library Catalog | A-2762 |
| | | Exhibit 117 – Screen Captures Of Dartmouth College Library Catalog | A-2765 |
| | | Exhibit 118 – Public Library Screen Captures | A-2769 |
| | | **Vol. 12** | |
| | | Exhibit 119 – U.S. Copyright Office, "Orphan Works And Mass Digitization: A Report Of The Register Of Copyrights 101" (2015) | A-2775 |
| | | **Vol. 13** | |
| | | Exhibit 120 – Judiciary Committee Of The House Of Representatives Hearing Transcript | A-3010 |
| | | Exhibit 121 – Excerpts From Deposition Of Lila Bailey (Oct.18 and 19, 2021) | A-3199 |
| | | Exhibit 122 – Internet Archive Blog Post, "Michelle Wu Receives Internet Archive Hero Award for Establishing the Legal Basis for Controlled Digital Lending" (Oct. 20, 2020) | A-3228 |
| | | Exhibit 123 – White Paper On Controlled Digital Lending By Courtney And Hansen | A-3233 |
| | | Exhibit 124 – Email From Kyle Courtney | A-3276 |
| | | Exhibit 125 – Email From Lila Bailey | A-3278 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 14** | |
| | | Exhibit 126 – Email From Lila Bailey | A-3283 |
| | | Exhibit 127 – Email From Chris Freeland | A-3295 |
| | | Exhibit 128 – Email From Lila Bailey | A-3297 |
| | | Exhibit 129 – Email From Wendy Hanamura | A-3304 |
| | | Exhibit 130 – Internet Archive Post, "Implementation & Integration: CDL For All Libraries" (July 14, 2021) | A-3307 |
| | | Exhibit 131 – Email From Peter Jaszi | A-3312 |
| | | Exhibit 132 – Email From Lila Bailey | A-3318 |
| | | Exhibit 133 – Bailey, Courtney, Hansen, Minow, Shultz And Wu Statement (Sept. 2018) | A-3323 |
| | | Exhibit 134 – AAP "Statement On Flawed Theory Of 'Controlled Digital Lending'" | A-3332 |
| | | Exhibit 135 – Author's Guild's Statement On "Controlled Digital Lending Is Neither Controlled Not Legal" | A-3336 |
| | | Exhibit 136 – Emails From Chris Freeland To Boston Public Library Librarian Tom Blake | A-3339 |
| | | Exhibit 137 – Internet Archive's Amicus Brief In *ReDigi* | A-3347 |
| | | Exhibit 138 – Article, "The Implications Of The ReDigi Decision For Libraries" | A-3377 |
| | | Exhibit 139 – Internet Archive Blog Post, "Internet Archive Responds: Why We Released The National Emergency Library" (Mar. 30, 2020) | A-3383 |
| | | Exhibit 140 – Signatories To Position Statement On Controlled Digital Lending By Libraries | A-3390 |
| | | Exhibit 141 – Emails From Amy Brand | A-3394 |
| | | Exhibit 142 – Email From Hansen To Bailey, Wu, Minow, Courtney And Schultz | A-3396 |
| | | Exhibit 143 – Email From Chris Freeland To Janet Snowhill | A-3399 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 144 – Email From Chris Freeland To Kristy Draper | A-3407 |
| | | Exhibit 145 – Internet Archive's Event Description (Feb. 2019) | A-3409 |
| | | Exhibit 146 – Blog Post Titled "Mythbusting Controlled Digital Lending: Community Rallies To Fight Misinformation About The Library Practice" (Feb. 11, 2019) | A-3414 |
| | | Exhibit 147 – Email From Chris Freeland To Duke University Librarian | A-3417 |
| | | Exhibit 148 – Emails Between Chris Freeland And Kevin French | A-3420 |
| | | Exhibit 149 – Not Filed | |
| | | Exhibit 150 – Internet Archive Blog Post, "How Internet Archive and controlled digital lending can help course reserves this fall" (July 30, 2020) | A-3424 |
| | | Exhibit 151 – Emails Between Chris Freeland And Michael Weiss | A-3429 |
| | | Exhibit 152 – Emails Between Chris Freeland And Wendy Knapp | A-3434 |
| | | Exhibit 153 – Open Libraries Form | A-3437 |
| | | Exhibit 154 – Open Library Webpage | A-3474 |
| | | Exhibit 155 – Email From Brewster Kahle To Carla Hayden | A-3478 |
| | | Exhibit 156 – Email From Michael "Mek" Karpeles To Brenton Cheng | A-3481 |
| | | Exhibit 157 – Excerpts From Deposition Of Michael "Mek" Karpeles (Oct. 27, 2021) | A-3484 |
| | | [FUS*] Exhibit 158 – Spreadsheet Of Internet Archive's Publication Year Data | A-3491 |
| | | Exhibit 159 – Internet Archive's Pre-Motion Letter For Motion for Summary Judgment | A-3492 |
| | | [FUS*] Exhibit 160 – Exhibit 13 To Deposition Of Steve Potash | A-3496 |
| | | Exhibit 161 – Men's Health Article, "Darin Olin Is More Than Zac Efron's Travel | A-3497 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Partner In Netflix's Down To Earth" by Adrianna Friedman (Jul. 10, 2020) | |
| | | Exhibit 162 – Email From Brewster Kahle To Carla Hayden | A-3501 |
| | | Exhibit 163 – Overdrive Homepage For Detroit And Austin Public Libraries | A-3504 |
| | | Exhibit 164 – Document Titled "Open Library Design Ecosystem" | A-3515 |
| | | Exhibit 165 – Excerpts From Deposition Of Daniel Smith (Apr. 6, 2022) | A-3524 |
| | | Exhibit 166 – Institute Of Museum And Library Services Report, "The Use And Cost Of Public Library Materials" (2021) | A-3531 |
| | | Exhibit 167 – Rural Public Library Webpages | A-3541 |
| | | **Vol. 15** | |
| | | Exhibit 168 –Internet Archive Blog Post, "Announcing a National Emergency Library to Provide Digitized Books to Students and the Public" (Mar. 24, 2020) | A-3548 |
| | | Exhibit 169 – Screen Captures From The Open Library Stats Page | A-3559 |
| | | Exhibit 170 – Screen Captures From The Open Library Homepage | A-3569 |
| | | Exhibit 171 – Email From Lila Bailey | A-3577 |
| | | Exhibit 172 – Sen. Udall's Letter And Register Strong's Response | A-3581 |
| | | Exhibit 173 – Email From Alan Harvey | A-3606 |
| | | Exhibit 174 – Email From Director The Univ. Of Minnesota Press | A-3610 |
| | | Exhibit 175 – Email From Mary E. Rasenberger | A-3612 |
| | | Exhibit 176 – Emails From Penguin Random House | A-3616 |
| | | Exhibit 177 – Email From Brewster Kahle To Executive Director Of The Authors Alliance And Pamela Samuelson | A-3619 |

16

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 178 – Author's Alliance Webpage | A-3621 |
| | | Exhibit 179 – Email From Brianna Schofield To Bailey, Samuelson And Freeland | A-3625 |
| | | Exhibit 180 – Internet Archive Blog Post, "The National Emergency Library – Who Needs It? Who Reads It? Lessons From The First Two Weeks" (Apr. 14, 2020) | A-3628 |
| | | Exhibit 181 – Internet Archive Blog Post, "Temporary National Emergency Library To Close 2 Weeks Early, Returning To Traditional Controlled Digital Lending" (June 10, 2020) | A-3638 |
| | | Exhibit 182 – Email From Mike Furlough | A-3647 |
| | | Exhibit 183 – Email From Skip Dye | A-3651 |
| | | Exhibit 184 – HathiTrust's Emergency Temporary Access Service | A-3653 |
| | | Exhibit 185 – Google Search For "Toni Morrison Beloved Free Read" | A-3656 |
| 97 | 07/07/2022 | Defendant Internet Archive's Motion for Summary Judgment | A-3662 |
| 98 | 07/07/2022 | [Redacted] Defendant Internet Archive's Rule 56.1 Statement | A-3666 |
| 99 | 07/07/2022 | Plaintiffs' Memorandum Of Law In Support Of Plaintiffs' Motion for Summary Judgment | A-3692 |
| 100 | 07/07/2022 | Declaration Of Joseph C. Gratz In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-3741 |
| | | Exhibit A – Stipulation Of Undisputed Facts (June 10, 2022) | A-3752 |
| | | Exhibit B – Excerpts From Supplemental Expert Report Of Ian Foster (Mar. 31, 2022) (Pages 1- 53) | A-3758 |
| | | **Vol. 16** | |
| | | Exhibit B – Excerpts From Supplemental Expert Report Of Ian Foster (Mar. 31, 2022) (Pages 54 – 122) | A-3813 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS] Exhibit C – Excerpts From Corrected Transcript Of Deposition Of Steve Potash (Jan. 31, 2022) | A-4041 |
| | | [FUS] Exhibit D – HarperCollins Doc. No. HC0030132 | A-4056 |
| | | [FUS] Exhibit E – Penguin Random House Doc. No. PRH0072194 | A-4058 |
| | | [FUS] Exhibit F – Hachette Doc. No. Hachette0012377 | A-4061 |
| | | Exhibit G – International Federation of Library Associations and Institutions' Position Statement On Controlled Digital Lending (June 2, 2021) | A-4062 |
| | | Exhibit H – Public Library Association Post, "Public Libraries Respond To COVID-19: Survey Of Response & Activities" | A-4068 |
| | | Exhibit I – EducationWeek Article, "Map: Coronavirus And School Closures In 2019-2020" (Mar. 6, 2020) | A-4071 |
| | | **_Vol. 17_** | |
| | | Exhibit J – Excerpts From Deposition Of Adam Silverman (Dec. 6, 2021) | A-4077 |
| | | Exhibit K – New Yorker Article, "The National Emergency Library Is A Gift To Readers Everywhere" by Jill Lepore (Mar. 26, 2020) | A-4086 |
| | | Exhibit L – Public Libraries Survey From Institute Of Museum And Library Services | A-4090 |
| | | Exhibit M – WorldCat For "The Lion, The Witch, And The Wardrobe" | A-4096 |
| | | Exhibit N – Excerpts From Deposition Of Skip Dye (Nov. 18, 2021) | A-4102 |
| | | Exhibit O – Publisher Weekly Article, "Ranking America's Largest Publishers" by Jim Milliot (Feb. 24, 2017) | A-4116 |
| | | Exhibit P – Excerpts From Annual Report Of Bertelsmann (2018) | A-4120 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit Q – Excerpts From Annual Report Of Bertelsmann (2019) | A-4125 |
| | | Exhibit R – Excerpts From Annual Report Of Bertelsmann (2021) | A-4130 |
| | | Exhibit S – Excerpts From John Wiley & Sons, Inc.'s SEC Form 10-K (2020) | A-4136 |
| | | Exhibit T – Excerpts From John Wiley & Sons, Inc.'s SEC Form 10-K (2021) | A-4142 |
| | | Exhibit U – Excerpts From Annual Report Of News Corp. (2019) | A-4146 |
| | | Exhibit V – Excerpts From Annual Report Of News Corp (2021) | A-4153 |
| | | Exhibit W – Excerpts From English-Language Version Of Lagardère's Universal Registration Document With French Government (2018) | A-4158 |
| | | Exhibit X – Excerpts From The English-Language Version Of Lagardère's Universal Registration Document With French Government (2020) | A-4161 |
| | | Exhibit Y – Excerpts From English-Language Version Of Lagardère's Universal Registration Document With French Government (2021) | A-4170 |
| | | Exhibit Z – Publisher Weekly Article, "A Year For The (Record) Books In Publishing" by Jim Milliot (Jan. 19, 2021) | A-4185 |
| | | Exhibit AA – Publisher Weekly Article, "America's Biggest Publishers Keep Posting Profits" by Jim Milliot (Apr. 1, 2022) | A-4189 |
| | | Exhibit BB – New York Times Article, "Surprise Ending For Publishers: In 2020, Business Was Good" by Elizabeth A. Harris (Dec. 29, 2020) | A-4193 |
| | | Exhibit CC – Excerpts From Deposition Of Josh Marwell (Dec. 3, 2021) | A-4198 |

19

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS*] Exhibit DD – Overdrive Doc. No. Overdrive_Supp_002 | A-4204 |
| | | Exhibit EE – Excerpts From Deposition Of Jeffrey Prince (June 9, 2022) | A-4205 |
| | | Exhibit FF – Excerpts From Deposition Of Alison Lazarus (Nov. 12, 2021) | A-4216 |
| | | Exhibit GG – Excerpts From Deposition Of Chantal Restivo-Alessi (Dec. 1, 2021) | A-4223 |
| | | Exhibit HH – Excerpts From Deposition Of Alan Pavese (Dec. 10, 2021) | A-4230 |
| | | Exhibit II – Excerpts From H.R. Report No. 94-1476 (Sept. 3, 1976) | A-4236 |
| | | [FUS*] Exhibit JJ – Hachette Doc. No. Hachette0002474 | A-4240 |
| | | [FUS*] Exhibit KK – Hachette Doc. No. Hachette0002475 | A-4241 |
| | | [FUS*] Exhibit LL – HarperCollins Doc. No. HC0010272 | A-4242 |
| | | [FUS*] Exhibit MM – Penguin Random House Doc. No. PRH0025907 | A-4243 |
| | | [FUS*] Exhibit NN – John Wiley & Sons Doc. No. Wiley0005650 | A-4244 |
| 101 | 07/07/2022 | Declaration Of Lauren Sherman In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4245 |
| 102 | 07/07/2022 | Declaration Of Ben Saracco In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4251 |
| 103 | 07/07/2022 | Declaration Of Laura Gibbs In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4258 |
| 104 | 07/07/2022 | Declaration Of Daniel Smith In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4265 |
| 105 | 07/07/2022 | Declaration Of Brewster Kahle In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4270 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 1 – Library Services And Technology Act Grant To Internet Archive (2007) | A-4281 |
| | | Exhibit 2 – Institute Of Museum And Library Services Grant To Internet Archive (2017) | A-4289 |
| | | Exhibit 3 – Internet Archive Blog Post, "In-Library eBook Lending Program Launched" (2011) | A-4291 |
| | | Exhibit 4 – Chief Officers Of State Library Agencies Endorsement (2011) | A-4299 |
| | | Exhibit 5 – White Paper On Controlled Digital Lending Of Library Books | A-4302 |
| **Vol. 18** | | | |
| | | Exhibit 6 – Position Statement On Controlled Digital Lending | A-4345 |
| | | Exhibit 7 – List Of Signatories On Position Statement On Controlled Digital Lending | A-4350 |
| | | Exhibit 8 –Internet Archive Blog Post, "Weaving Books Into The Web—Starting With Wikipedia" (Oct. 29, 2019) | A-4357 |
| | | Exhibit 9 – Wikipedia List (Pages 1-239) | A-4367 |
| **Vol. 19** | | | |
| | | Exhibit 9 – Wikipedia List (Pages 240-337) | A-4607 |
| | | Exhibit 10 – Internet Archive Blog Post, "What Happens When Everyone Who Experienced An Event Is Gone?" (Sept. 26, 2019) | A-4705 |
| | | Exhibit 11 – Internet Archive Blog Post, "As Calls To Ban Books Intensify, Digital Librarians Offer Perspective" (Nov. 24, 2021) | A-4713 |
| | | Exhibit 12– Internet Archive Blog Post, "Announcing A National Emergency Library | A-4728 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | To Provide Digitized Books To Students And The Public" (Mar. 24, 2020) | |
| | | Exhibit 13 – Brewster Kahle Statement On "Supporting Waitlist Suspension for Books Loaned by the Internet Archive During the US National Emergency" (Mar. 24, 2020) | A-4741 |
| | | Exhibit 14 – Internet Archive Blog Post, "Teachers & National Emergency Library: Stories From The Frontlines Of Online Schooling" (Apr. 13, 2020) | A-4746 |
| | | Exhibit 15 – Internet Archive Blog Post, "Impacts Of The Temporary National Emergency Library And Controlled Digital Lending" (June 11, 2020) | A-4755 |
| | | Exhibit 16 – Internet Archive Blog Post, "More Impacts Of The National Emergency Library" (June 22, 2020) | A-4763 |
| | | Exhibit 17 – Internet Archive Blog Post, "Even More Impacts Of The National Emergency Library And Controlled Digital Lending" (Aug. 10, 2020) | A-4770 |
| 106 | 07/07/2022 | [Redacted] Defendant Internet Archive's Memorandum of Law In Support Of Defendant's Motion for Summary Judgment | A-4774 |
| 108 | 07/07/2022 | Declaration Of Rasmus Jorgensen In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4819 |
| | | [Redacted] Exhibit 1 – Opening Expert Report Of Rasmus Jorgensen (Feb. 25, 2022) | A-4822 |
| | | **Vol. 20** | |
| | | [Redacted] Exhibit 2 – Rebuttal Expert Report Of Rasmus Jorgensen (May 27, 2022) | A-4871 |
| 109 | 07/07/2022 | Declaration Of Imke Reimers In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4894 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [Redacted] Exhibit 1 – Opening Expert Report Of Imke Reimers (Feb. 25, 2022) | A-4897 |
| | | [Redacted] Exhibit 2 – Rebuttal Expert Report Of Imke Reimers (May 27, 2022) | A-4945 |
| 110 | 07/07/2022 | Declaration Of Susan H. Hildreth In Support Of Defendant Internet Archive 's Motion for Summary Judgment | A-4967 |
| | | Exhibit 1 – Opening Expert Report Of Susan H. Hildreth (Feb. 25, 2022) | A-4970 |
| | | Exhibit 2 – Rebuttal Expert Report Of Susan H. Hildreth (May 27, 2022) | A-5022 |
| 113 | 07/08/2022 | [Redacted] Plaintiffs' Rule 56.1 Statement | A-5030 |
| **Vol. 21** | | | |
| 166 | 09/02/2022 | Declaration Of Elizabeth A. McNamara In Opposition To Defendant Internet Archive's Motion for Summary Judgment | A-5141 |
| | | Exhibit 1 – Defendants' Response To Interrogatory No. 21 | A-5147 |
| | | Exhibit 2 – Excerpts From Deposition Of Chantal Restivo-Alessi (Dec. 1, 2021) | A-5156 |
| | | Exhibit 3 – Excerpts From Deposition Of Jeffrey Weber (Nov. 19, 2021) | A-5163 |
| | | Exhibit 4 – Excerpts From Deposition Of Alan Pavese (Dec. 10, 2021) | A-5178 |
| | | Exhibit 5 – Exhibit 4 To Deposition Of Imke Reimers | A-5188 |
| | | Exhibit 6 – Excerpts From Deposition Of Alison Lazarus (Nov. 13, 2021) | A-5226 |
| | | [FUS*] Exhibit 7 – Spreadsheet Of Overdrive Checkout And Revenue Data | A-5239 |
| | | Exhibit 8 – Letters On Pre-Motion Discovery Conference | A-5240 |
| | | [FUS*] Exhibit 9 – Internet Archive's Second Amended Privilege Log | A-5256 |
| | | Exhibit 10 – Excerpts From Deposition Of Lila Bailey (Oct. 18 And 19, 2021) | A-5257 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 11 – Internet Archive's Blog Post Titled "Internet Archive Launches New Pilot Program For Interlibrary Loan" (Apr. 27, 2021) | A-5261 |
| | | Exhibit 12 – Excerpts From Deposition Of Jacques Cressaty (Oct. 22, 2021) | A-5264 |
| | | Exhibit 13 – Overdrive Book Webpages | A-5273 |
| | | Exhibit 14 – Overdrive Book Webpages | A-5278 |
| | | Exhibit 15 – Excerpts From Deposition Of Benjamin Saracco (Mar. 15, 2022) | A-5283 |
| | | Exhibit 16 – Webpage Titled "Signatories To The Position Statement On Controlled Digital Lending By Libraries" (Sept. 2, 2022) | A-5292 |
| | | Exhibit 17 – Emails From HarperCollins | A-5304 |
| | | **Vol. 22** | |
| 167 | 09/02/2022 | [Redacted] Declaration Of Jeffrey T. Prince In Opposition To Defendant Internet Archive's Motion for Summary Judgment | A-5365 |
| | | [Redacted] Exhibit 1 – Expert Report Of Jeffrey Prince (May 25, 2022) | A-5414 |
| | | [Redacted] Exhibit 2 – Excerpts From Deposition Of Jeffrey Prince (June 9, 2022) | A-5523 |
| | | [Redacted] Exhibit 3 – Excerpts From Deposition Of Rasmus Jorgensen (June 8, 2022) | A-5547 |
| | | **Vol. 23** | |
| | | Exhibit 4 – Excerpts From Deposition Of Imke Reimers (June 8, 2022) | A-5612 |
| | | Exhibit 5 – Excerpts From Deposition Of Susan Hildreth (June 8, 2022) | A-5720 |
| | | Exhibit 6 – Exhibit 3 To Deposition Of Imke Reimers | A-5745 |
| 168 | 09/02/2022 | [Redacted] Plaintiffs' Counter Statement to Defendant's Rule 56.1 Statement | A-5777 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| 169 | 09/02/2022 | [Redacted] Plaintiffs' Memorandum Of Law In Opposition To Defendant's Motion for Summary Judgment | A-5838 |
| 170 | 09/02/2022 | Declaration Of Joseph C. Gratz In Opposition To Plaintiffs' Motion for Summary Judgment | A-5879 |
| **Vol. 24** | | | |
| | | [FUS] Exhibit 1 – Exhibit 4 To Deposition Of Steve Potash (Jan. 31, 2022) | A-5883 |
| | | Exhibit 2 – Excerpts From Deposition Of Andrea Mills (Oct. 14, 2021) | A-5909 |
| | | Exhibit 3 – Excerpts From Deposition Of Ginger Patton-Schmitt (Dec. 6, 2021) | A-5918 |
| | | Exhibit 4 – Excerpts From Deposition Of Michael "Mek" Karpeles (Oct. 27, 2021) | A-5941 |
| | | Exhibit 5 – Excerpts From Deposition Of Susan Hildreth (May 17, 2021) | A-5949 |
| | | Exhibit 6 – Errata To Deposition Of Susan Hildreth | A-5960 |
| | | Exhibit 7 – Judgment From Court Of Justice Of The European Union In *Vereniging Openbare Bibliotheken V Stichting Leenrecht*, Case C-174/15 | A-5963 |
| | | Exhibit 8 – Opinion Of Advocate General In *Vereniging Openbare Bibliotheken V Stichting Leenrecht*, Case C-174/15 | A-5977 |
| 171 | 09/02/2022 | Declaration Of Brewster Kahle In Opposition To Plaintiffs' Motion for Summary Judgment | A-5997 |
| **Vol. 25** | | | |
| 172 | 09/02/2022 | [Redacted] Defendant Internet Archive's Counter Statement to Plaintiffs' Rule 56.1 Statement | A-6005 |
| 173 | 09/02/2022 | Defendant Internet Archive's Memorandum Of Law In Opposition to Plaintiffs' Motion For Summary Judgment | A-6173 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| 175 | 10/07/2022 | Defendant Internet Archive's Reply Memorandum Of Law In Support Of Defendant's Motion For Summary Judgment | A-6214 |
| 176 | 10/07/2022 | Declaration Of Joseph C. Gratz In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-6242 |
| | | Exhibit 1 – Excerpts From Deposition Of Jeffrey T. Prince (June 9, 2022) | A-6255 |
| | | **Vol. 26** | |
| | | Exhibit 2 – Excerpts From Deposition Of Rasmus Jørgensen (June 8, 2022) | A-6274 |
| 177 | 10/07/2022 | [Redacted] Defendant Internet Archive's Response to Plaintiffs' Counter Statement to Defendant's Rule 56.1 Statement | A-6279 |
| 178 | 10/07/2022 | [Redacted] Plaintiffs' Response To Defendant Internet Archive's Counter Statement to Plaintiffs' Rule 56.1 Statement | A-6367 |
| 179 | 10/07/2022 | [Redacted] Plaintiffs' Reply Memorandum Of Law In Support Of Plaintiffs' Motion for Summary Judgment | A-6381 |
| 189 | 03/28/2023 | Transcript Of Proceedings – 03/20/2023 Hearing | A-6407 |
| 216 | 08/11/2023 | Order | A-6458 |

*Submitted to the Court on flash drive

McNamara Declaration

Exhibit 38

part 1

| | |
|---|---|
| **From:** | Sherry Argov |
| **Sent:** | Monday, November 13, 2017 2:40 PM EST |
| **To:** | ██████@archive.org |
| **Subject:** | Fw: DMCA TAKEDOWN NOTICE Archive.org |
| **Attachments:** | pastedImage.png, pastedImage.png, pastedImage.png, pastedImage.png, pastedImage.png, pastedImage.png, pastedImage.png, pastedImage.png, pastedImage.png, pastedImage.png, pastedImage.png |

Chris,

I have sent you three emails to follow up. You have not responded. It does not appear that you are dealing with me in good faith.

Please respond to my emails with a proposal on how your site will assist me with re-mediating the damage your site caused to my bestselling books, that you disseminated in transferable and downloadable formats.

I am contemplating whether to notify publishers and the Authors Guild that your site is taking apart books, scanning them, and uploading them as eBooks. If you ignore me, and my reasonable concerns, you will leave me no choice but to file a lawsuit to recover the damages.

It will be far less costly for you and archive.org to acknowledge the damage you caused, and to deal with me cooperatively and in good faith.

Sherry argov


**From:** Sherry Argov
**Sent:** Thursday, November 9, 2017 11:49 AM
**To:** Chris Butler
**Subject:** Re: DMCA TAKEDOWN NOTICE Archive.org

Chris

I am grateful for your time yesterday and for immediately removing the content. Your kindness is the only reason that I am reaching out to you now, to see if this matter can be resolved.

I sincerely appreciate you removing the content. I also appreciate that you seem like a very nice person. However, the damage to my career is very serious and has not been repaired because you removed the content from your site. When Archive.org made 10-20 files available for free, the sharing extended to many other sites. Your files are now on Facebook, Pinterest, Google, Wordpress, social media, 50+ book pirating sites, Daily Motion, Utube, Google maps, 4shared, 2shared, tradload--the list goes on and on. I am spending every waking hour of my life sending take-down notices. I am spending 50 hours a week to send take-down notices to mitigate the damage this has done to my career. I cannot write books, and I don't get paid for this burdensome task, yet I am sending take-down notices all day, every day, including nights, holidays and weekends. I've also incurred costs to my lawyer, who has helped in this effort. I've had to send 100+ communications to my publisher to notify them of various infringing websites. I feel that my career and my life have been stolen from me and I will never be paid the revenues I should have been paid for my #1 bestselling book.

Archive.org simply had no right to create digital files for my work. They had no right to allow these free files to be downloaded-- without permission from the copyright holder. I am still struggling to understand how Archive.org could be so reckless and destroy my livelihood and not have any system in place to verify which books are in the public domain and which are protected by

CONFIDENTIAL
INTARC00409223

copyright. My copyright and trademark logos were displayed on the covers, and inside the book, and there is no excuse for the massive file creation policies, or dissemination of protected works.

I believe that Archive.org needs to do much more to make me whole.

I need to hire a professional company to monitor my copyright 24 hours a day, so that my career is not in ruins. I believe that Archive.org should pay for this cost, and the legal fees. This will not make me whole for all the royalty earnings I lost which are in the millions. I have to live with the fact that I will never be properly compensated or receive fair market value for my bestselling book and that my success was stolen from me. I believe I lost 75% of my income because my work was given away for free on the internet.

Please let me know if Archive.org will pay for a service to block the widespread abuse of my copyright and trademark. I'd also like my legal fees to be paid. If Archive.org agrees to do this in good faith, I will consider settling this matter without asking for reimbursement of my lost income. There is no way that I can accept the massive amount of damage caused to me, and I think its very appropriate for Archive.org to incur these costs to make me whole.

Sherry Argov

**From:** Chris Butler <██████@archive.org>
**Sent:** Wednesday, November 8, 2017 4:12 PM
**To:** Sherry Argov
**Subject:** Re: DMCA TAKEDOWN NOTICE Archive.org

Hi Sherry,

Thank you for our conversation and for identifying these items. They have now been disabled.

https://archive.org/details/whymenlovebitche00argo
https://archive.org/details/whymenlovebitche01argo

I am submitting a request to Google to update their search listings for these two URLs and the one reported earlier.

In searching for the title of your book ("Why Men Love Bitches") and name ("Argov") on Google and on our own site, I do not find any further instance of the text.

I don't see any records about these items that indicate that they were selected by an external library. It seems likely they were rather donated to the Internet Archive with a batch of books, possibly as a drop-off from a private individual or bulk donation of books from an institution provided as a general donation.

Again, thank you for the call and information provided.

Sincerely,
Chris Butler
Office Manager
Internet Archive
300 Funston Avenue
San Francisco, CA 94118
████████

archive.org

CONFIDENTIAL

INTARC00409224

On 11/8/17 2:48 PM, Sherry Argov wrote:
Chris,

Thank you for your time on the phone. Below please find a formal DMCA take-down notice so we both have a copy for our records that I have formally notified Archive.org to remove my content from its site.

This notice is being sent under penalty of perjury pursuant to 17 U.S. Code § 512 of the Digital Millennium Copyright Act. My name is Sherry Argov. I am the bestselling author, copyright owner and trademark owner of the bestselling books Why Men Love Bitches© (trademark # 3,146,007), and Why Men Marry Bitches© (trademark # 3,413, 164), and I own the copyright for the cover jacket and interior text, and a trademark for the title and the artwork. I declare under penalty of perjury that I am the author, copyright owner in all languages, and the trademark owner, that I am authorized to make this DMCA request.

In our conversation, you stated that although the original PDF may have been uploaded by a user, and that once it was uploaded, Archive.com then created and uploaded 10-20 digital formats including Kindle, Epub and text files which were then downloaded by people visiting your site. You advised me that the "lending" copies were created by manually pulling apart the paperback editions you received from a library. You informed me that Archive.com takes the paperback edition apart, scans each of the pages, then uploads the book to your site allowing users to borrow the book and read it on their Adobe device.

This letter is official notification under Title II of the US Copyright Law, Section 512(c) of the Digital Millennium Copyright Act ("DMCA"). As mandated by DMCA, this notice informs you in good faith that your site continues to display unauthorized copyrighted content owned by myself, Sherry Argov. Your site displays 10-20 different digital formats, and I require that all book files be immediately removed (lending or free downloadable files alike). Please take down and disable all Jpegs of the cover, book detail pages, thumbnails, and infringing copies of my work. Please remove and disable all files in every category (Library, Daisy, etc) so that my books are nowhere on your site. The files on your site infringe on my copyright and trademark and were uploaded, duplicated and disseminated by Archive.org, without ever obtaining authorization from the copyright owner.

Pursuant to Title II of the DMCA the provisions of Section 512(c), I hereby request the immediate removal of the URLs below. This includes all remaining hyperlinks, URLs, Jpeg photographs, thumbnails, captions or titles, and search terms from appearing anywhere on your site (all pages should be disabled, not redirected to your main page). We spoke about the digital files that were created without permission and then formatted for disabled persons. Because of the lack of oversight and the duplication of files into other formats you described, I do not grant permission for any formats to remain on your site including for Daisy or similar editions. Please block any future uploads from re-occurring.

After having received this letter you are obligated under law, as a service provider to remove and to prevent access to the infringing materials, and the infringing URLs are below. I look forward to hearing from you to confirm my intellectual property is removed completely, and I request that you take the aforementioned remedial steps before the close of business.

Thank you in advance for emailing me the name of the library who gave you my paperback book that you scanned and then uploaded to create your digital files. I will contact them with a DMCA notice to advise them that this activity was unauthorized. Thank you for your urgent attention to this matter.

Electronically Signed:
s/Sherry Argov
Sherry Argov, Author, Owner
PO BOX 91298
LOS ANGELES, CA 90009


**From:** Sherry Argov
**Sent:** Wednesday, November 8, 2017 12:18 PM
**To:** ███████@archive.org
**Subject:** Fw: Additional URLs that need to be disabled on Archive.org


Chris,
Below are additional pages/URLs that I found on Archive.org that should be removed, because all re-direct users to the list of 13 free full length downloadable editions. The URLs do not include the 13 Free files (PDF, Kindle, Epub, Text) which have their own archive.org URLs (encrypted and un-encrypted)which should also be disabled.
In essence, my work should not appear on your site. In light of the widespread infringement, I would ask that you place a block on the search terms permanently since its likely that one of the users who downloaded the content will upload it again.
Thank you very much for your attention to this matter.
Best,
Sherry Argov



https://archive.org/details/americana?and%5B%5D=WHY+MEN+LOVE+BITCHES&sort=-downloads
American Libraries : Free Books : Free Texts : Download & Streaming : Internet Archive
archive.org

CONFIDENTIAL

INTARC00409226

The American Libraries collection includes material contributed from across the United States. Institutions range from the Library of Congress to many local public libraries. As a whole, this collection of material brings holdings that cover many facets of American life and scholarship into the...



https://archive.org/details/delawarecountydistrictlibrary?and[]=WHY%20MEN%20LOVE%20BITCHES

Delaware County District Library (Ohio) : Free Texts : Download & Streaming : Internet Archive
archive.org
The Delaware County District Library (DCDL) and its branches are vibrant centers of activity for residents and visitors in Delaware County. DCDL provides an inviting environment that encourages reading, learning, community discussion, and supports lifelong discovery. We are proud to be recognized...

CONFIDENTIAL
INTARC00409227



**https://archive.org/details/inlibrary?&sort=-downloads&and[]=WHY%20MEN%20LOVE%20BITCHES**



https://archive.org/details/printdisabled?and[]=WHY%20MEN%20LOVE%20BITCHES

Daisy Books for the Print Disabled : Free Books : Free Texts : Download & Streaming : Internet Archive

archive.org

For our patrons that have a difficult time reading text, we are making our publicly accessible books available in a specialized format, DAISY. We are also offering accessible versions of our restricted books. These books are in a protected DAISY format, and can only be read on compatible reading...

INTARC00409228



https://archive.org/details/internetarchivebooks?and[]=WHY%20MEN%20LOVE%20BITCHES

Internet Archive Books : Free Texts : Download & Streaming : Internet Archive
archive.org
Books contributed by the Internet Archive.



https://archive.org/details/browserlending?and[]=WHY%20MEN%20LOVE%20BITCHES

Borrow in Browser : Free Texts : Download & Streaming : Internet Archive
archive.org

CONFIDENTIAL

INTARC00409229

Books in this collection may be borrowed by logged in patrons for a period of two weeks.  You may read the books online in your browser, or download them into Adobe Digital Editions, a free piece of software used for managing loans. See FAQs about borrowing books.



https://archive.org/search.php?query=WHY%20MEN%20LOVE%20BITCHES

https://archive.org/details/whymenlovebitche00argo

CONFIDENTIAL

INTARC00409230

Why men love bitches : from doormat to dreamgirl : a woman's guide to holding her own in a relationship : Argov, Sherry : Free Download & Streaming : Internet Archive
archive.org
/





https://archive.org/details/whymenlovebitche01argo

CONFIDENTIAL

INTARC00409231



https://archive.org/details/whymenlovebitche01argo

Why men love bitches : Argov, Sherry : Free Download & Streaming : Internet Archive
archive.org
Includes index



CONFIDENTIAL

INTARC00409232



https://archive.org/search.php?query=WHY%20MEN%20LOVE%20BITCHES

CONFIDENTIAL

INTARC00409233

McNamara Declaration

Exhibit 38

part 2



https://archive.org/details/whymenlovebitche01argo

Apps   Amazon.com – Onlin…   HP Games   Imported From IE

 **Why men love bitches**
by Argov, Sherry

Publication date 2002
Topics Mate selection, Single women, Self-esteem in women, Dating (Social customs), Man-woman relationships, Dating (Social customs), Man-woman relationships, Mate selection, Self-esteem in women, Single women
Publisher Avon, Mass. : Adams Media Corp.
Collection printdisabled, inlibrary, browserlending, internetarchivebooks, americana
Digitizing sponsor Internet Archive
Contributor Internet Archive
Language English

Includes index

From doormat to dreamgirl : act like a prize and you'll turn him into a believer -- Why men prefer bitches : cracking the code : what every nice girl needs to know -- The candy store : how to make the most of your feminine and sexual powers -- Dumb like a fox : how to convince him he's in control while you run the show -- Jumping through hoops like a circus poodle : when women give themselves away and become needy -- Nagging no more : what to do when he takes you for granted and nagging doesn't work -- The other team's secret "playbook" : things you suspected but never heard him say -- Keeping your pink slip : the reasons that holding your own financially gives you power -- How to renew the mental challenge : how to regain that "spark" -- The new and improved bitch : the survival guide for women who are too nice

This no-nonsense guide delivers a unique perspective as to why men are attracted to a strong woman who stands up for herself. The author reveals why a strong woman is much more desirable than a "yes woman" who routinely sacrifices herself, providing answers to such questions as: Why are men so romantic in the beginning and why do they change? Why do men take nice girls for granted? Why does a man respect a woman when she stands up for herself? She helps you know who you are, stand your ground, and relate to men on a whole new level. Once you've discovered the feisty attitude men find so magnetic, you'll not only increase the romantic chemistry in the relationship--you'll gain your man's love and respect with far less effort.--From publisher description

Bookplateleaf 0008
Boxid IA1571805
Camera Canon EOS 5D Mark II
Identifier whymenlovebitche01argo
Identifier-ark ark:/13960/t3nw52n54
Invoice 11
Isbn 1580627560

https://archive.org/download/whymenlovebitche01argo/whymenlovebitche01argo_encrypted.pdf

**3 Borrows**

DOWNLOAD OPTIONS
ACS ENCRYPTED EPUB   1 file
DAISY   1 file
KINDLE   1 file
PDF    1 file
33.3M
SHOW ALL
9 Files
7 Original

IN COLLECTIONS
Daisy Books for the Print Disabled
Books to Borrow
Borrow in Browser
Internet Archive Books
American Libraries

   11:44 AM
11/8/2017
INTARC00409234



# INTERNET ARCHIVE

ABOUT    CONTACT    BLOG    PROJECTS    HELP    DONATE    JOBS    VOLUNTEER    PEOPLE

SIGN IN

## Delaware County District Library (Ohio)

The Delaware County District Library (DCDL) and its branches are vibrant centers of activity for residents and visitors in Delaware County. DCDL provides an inviting environment that encourages

MORE

Share
★ Favorite
▶ Play All

ABOUT          COLLECTION

**1** RESULTS

WHY MEN LOVE BITCHES

PART OF

American Libraries

Media Type
☐ texts                1

Availability
☐ Waitlist             1

Year
☐ 2002                 1

Topics & Subjects
☐ Man-woman relationships   1

Collection
☐ American Libraries        1
☐ Borrow in Browser         1
☐ Delaware County District  1
   Library (Ohio)
☐ meladams2012 Favorites    1
☐ Internet Archive Books    1
☐ Library of Atlantis       1

SORT BY   VIEWS · TITLE · DATE PUBLISHED · CREATOR



Join Waitlist

**Why men love bitches : from doormat to dreamgirl**
by Argov, Sherry

INTARC00409235



ABOUT    CONTACT    BLOG    PROJECTS    HELP    DONATE    JOBS    VOLUNTEER    PEOPLE

SIGN IN

Search

# Internet Archive Books

Books contributed by the Internet Archive.

Share
★ Favorite
► Play All

ABOUT            COLLECTION

2 RESULTS

SORT BY    VIEWS · TITLE · DATE PUBLISHED · CREATOR

WHY MEN LOVE BITCHES

**Media Type**
texts                                        2

**Availability**
Waitlist                                     2

**Year**
2002                                         2

**Topics & Subjects**
Man-woman relationships                      2
Dating (Social customs)                      1
Mate selection                               1
Self-esteem in women                         1
Single women                                 1

**Collection**
American Libraries                           2
Borrow in Browser                            2
Internet Archive Books                       2
Daisy Books for the Print                    2
Disabled
St. Louis County Library                     2



Join Waitlist

Why men love bitches
by Argov, Sherry



Join Waitlist

Why men love bitches :
from doormat to dreamgirl
by Argov, Sherry

INTARC00409236





# Daisy Books for the Print Disabled

For our patrons that have a difficult time reading text, we are making our publicly accessible books available in a specialized format, DAISY. We are also offering accessible versions of our restricted books. These books are in a protected DAISY format, and can only

MORE

Share
Favorite
Play All

ABOUT    COLLECTION

2 RESULTS

SORT BY    VIEWS · TITLE · DATE PUBLISHED · CREATOR

WHY MEN LOVE BITCHES

**Media Type**
texts    2

**Availability**
Waitlist    2

**Year**
2002    2

**Topics & Subjects**
Man-woman relationships    2
Dating (Social customs)    1
Mate selection    1
Self-esteem in women    1
Single women    1

**Collection**
American Libraries    2
Borrow in Browser    2
Internet Archive Books    2
Daisy Books for the Print Disabled    2



Why men love bitches
by Argov, Sherry

Why men love bitches : from doormat to dreamgirl
by Argov, Sherry




Cas -250 b-9100 JSN CTW : D icaheri36 46 i-file i-2 / -i t8a Origin 5 of 7



LOVE
*Bitches*

Sherry Argov

Adams Media Corporation
Avon, Massachusetts

## Why men love bitches : from doormat to dreamgirl : a woman's guide to holding her own in a relationship

by Argov, Sherry

Publication date 2002
Topics Man-woman relationships
Publisher Avon, Mass. : Adams Media ; Northam : Roundhouse
Collection printdisabled; inlibrary; browserlending; internetarchivebooks; americana; delawarecountydistrictlibrary
Digitizing sponsor Internet Archive
Contributor Internet Archive
Language English

Bookplateleaf 0002
Boxid IA110123
Boxid_2 CH105001
Camera Canon 5D
City Avon, Mass.
Donor alibris
Extramarc Ohio LINK Library Catalog

68 Borrows
1 Favorite

DOWNLOAD OPTIONS

| | |
|---|---|
| ACS ENCRYPTED EPUB | 1 file |
| DAISY | 1 file |
| KINDLE | 1 file |
| OCLC XISBN JSON | 1 file |
| PDF | 1 file |
| SHOW ALL | 13 Files |
| | 10 Original |

INTARC00409238


ABOUT  CONTACT  BLOG  PROJECTS  HELP  DONATE  JOBS  VOLUNTEER  PEOPLE

SIGN IN

Search



# Borrow in Browser

Books in this collection may be borrowed by logged in patrons for a period of two weeks.  You may read the books online in your browser, or download them into Adobe Digital Editions, a free piece of software used for managing loans. See FAQs about

MORE

Share
Favorite
Play All

ABOUT          COLLECTION

2 RESULTS

SORT BY  VIEWS  TITLE  DATE PUBLISHED  CREATOR

WHY MEN LOVE BITCHES

**Media Type**
texts                                    2

**Availability**
Waitlist                                 2

**Year**
2002                                     2

**Topics & Subjects** 
Man-woman relationships                  2
Dating (Social customs)                  1
Mate selection                           1
Self-esteem in women                     1
Single women                             1

**Collection**
American Libraries                       2
Borrow in Browser                        2
Internet Archive Books                   2
Daisy Books for the Print                2
Disabled



Join Waitlist

Why men love bitches
by Argov, Sherry



Join Waitlist

Why men love bitches :
from doormat to dreamgirl
by Argov, Sherry

A-1808

INTARC00409239

McNamara Declaration

Exhibit 38

part 3

https://archive.org/details/americana?and[]=WHY%20MEN%20LOVE%20BITCHES

Apps | Amazon.com – Onlin... | H-P Games | Imported From IE



INTERNET ARCHIVE

ABOUT    CONTACT    BLOG    PROJECTS    HELP    DONATE    JOBS    VOLUNTEER    PEOPLE

SIGN IN

Search



# American Libraries

The American Libraries collection includes material contributed from across the United States. Institutions range from the Library of Congress to many local public libraries. As a whole, this collection of material brings holdings

MORE

Share
Favorite
Play All

ABOUT          COLLECTION

2 RESULTS

SORT BY    VIEWS    TITLE    DATE PUBLISHED    CREATOR 

WHY MEN LOVE BITCHES

### Media Type
texts                              2

### Availability
Waitlist                           2

### Year
2002                               2

### Topics & Subjects
Man-woman relationships            2
Dating (Social customs)            1
Mate selection                     1
Self-esteem in women               1
Single women                       1

### Collection
American Libraries                 2
Borrow in Browser                  2
Internet Archive Books             2
Daisy Books for the Print
Disabled                           2
St. Louis County Library           2



Join Waitlist

Why men love bitches
by Argov, Sherry



Join Waitlist

Why men love bitches :
from doormat to dreamgirl
by Argov, Sherry





11:14 AM
11/8/2017

INTARC00409240





# Books to Borrow

ABOUT   CONTACT   BLOG   PROJECTS   HELP   DONATE   JOBS   VOLUNTEER   PEOPLE

Books in this collection may be borrowed by logged in patrons for a period of two weeks. You may read the books online in your browser, or download them into Adobe Digital Editions, a free piece of software used for managing loans. See FAQs about MORE

Share
★ Favorite
▷ Play All

ABOUT   **COLLECTION**

2 RESULTS

SORT BY   VIEWS   TITLE   DATE PUBLISHED   CREATOR

## Media Type
texts   2

## Availability
Waitlist   2

## Year
2002   2

## Topics & Subjects
Man-woman relationships   2
Dating (Social customs)   1
Mate selection   1
Self-esteem in women   1
Single women   1

## Collection
American Libraries   2
Borrow in Browser   2
Internet Archive Books   2
Daisy Books for the Print Disabled   2
St. Louis County Library   2

WHY MEN LOVE BITCHES



Join Waitlist

Why men love bitches : from doormat to dreamgirl
by Argov, Sherry



Join Waitlist

Why men love bitches
by Argov, Sherry

INTARC00409242



man-woman relationships, Dating (Social customs), Man-woman relationships, Mate-
selection, Self-esteem in women, Single women
Publisher Avon, Mass. : Adams Media Corp
Collection printdisabled, inlibrary, browserlending, internetarchivebooks, americana
Digitizing sponsor Internet Archive
Contributor Internet Archive
Language English

Includes index

From doormat to dreamgirl : act like a prize and you'll turn him into a believer -- Why men prefer
bitches : cracking the code : what every nice girl needs to know -- The candy store : how to make
the most of your feminine and sexual powers -- Dumb like a fox : how to convince him he's in control
while you run the show -- Jumping through hoops like a circus poodle : when women give
themselves away and become needy -- Nagging no more : what to do when he takes you for
granted and nagging doesn't work -- The other team's secret "playbook" : things you suspected but
never heard him say -- Keeping your pink slip : the reasons that holding your own financially gives
you power -- How to renew the mental challenge : how to regain that "spark" -- The new and
improved bitch : the survival guide for women who are too nice

This no-nonsense guide delivers a unique perspective as to why men are attracted to a strong
woman who stands up for herself. The author reveals why a strong woman is much more desirable
than a "yes woman" who routinely sacrifices herself, providing answers to such questions as: Why
are men so romantic in the beginning and why do they change? Why do men take nice girls for
granted? Why does a man respect a woman when she stands up for herself? She helps you know
who you are, stand your ground, and relate to men on a whole new level. Once you've discovered
the feisty attitude men find so magnetic, you'll not only increase the romantic chemistry in the
relationship--you'll gain your man's love and respect with far less effort.--From publisher description

Bookplateleaf 0008
Boxid IA1571805
Camera Canon EOS 5D Mark II
Identifier whymenlovebitche01argo
Identifier-ark ark:/13960/t3nw52n54
Invoice 11
Isbn 1580627560
Lccn 2002009981
Ocr ABBYY FineReader 11.0
Page-progression lr
Pages 278
Ppi 500
Republisher_date 20170626193936
Republisher_operator associate-stephanie-kinsey@archive.org
Scandate 20170626131932

SHOW MORE

DOWNLOAD OPTIONS

ACS ENCRYPTED EPUB                    1 file
DAISY                                 1 file
KINDLE                                1 file
PDF                                   1 file

SHOW ALL                             9 Files
                                   7 Original

IN COLLECTIONS

Daisy Books for the Print Disabled

Books to Borrow

Borrow in Browser

Internet Archive Books

American Libraries

Uploaded by
chrissy-robinson
on May 3, 2017



# McNamara Declaration
# Exhibit 39

| From: | Lois Menzel |
|---|---|
| Sent: | Thursday, February 28, 2013 8:22 PM EST |
| To: | Internet Archive |
| Subject: | Re: Support case *Deletion Request* |

Dear Mr. Butler,

I understand how Open Library works. I have no objection to your Daisy files, nor in my titles being released as such. I do however object to your posting of ebooks for works that are still in copyright. A physical library with a physical copy has no legal right to scan that work and then make it available electronically. Your non-profit claim is disingenuous. Many authors (like me) are releasing their out-of-print titles as ebooks. If we lose a sale because you offer our work for free, that is a definite profit issue for us. Regardless of your good intentions, "the spirit of public benefit" is not entitled to free access to copyrighted materials made available in a illegal fashion.

You may keep my title as a Daisy file. You will please remove my scanned book as requested. It took you seven weeks to answer my email. I hope it doesn't take you another seven to remove my title from your lending library.

Thank you,

Lois Menzel

At 04:10 PM 2/28/2013, you wrote:

Dear Ms. Menzel,

My sincere apologies that this email has come to my attention late and it is being answered only now.Â  I do find a response sent afterÂ  your very first inquiry in 2010 in which we hoped to address your concerns.Â  Unless I'm mistaken, we did not not receiveÂ  reply to that email or any other communication from you until your email below. Â 

We can take materials out of our collections, but prior to doing so, as it may not be entirely clear, I would like to be certain that you are aware of the very limited ways in which the texts of concern are made available at openlibrary.org, as well as the nature of our organization and services.Â  Internet Archive is a 501.c3 non-profit online library and does not exploit materials in its collections at archive.org or openlibrary.org for commercial gain. Your books may be made available in two limited ways:

1. to registered blind and print-disabled patrons through a special initiative undertaken by our organization, as an encrypted file in a specialized format (DAISY file) that works with devices designed to read aloud text for the blind and print-disabled.Â  We do this in coordination with the Library of Congressâ?T National Library Service for the Blind and

CONFIDENTIAL

INTARC00165266

Physically Handicapped (NLS), which provides registered and approved blind and print-disabled citizens with an encryption key that will enable the file to play. Â We have posted more information about this program at http://blog.archive.org/2010/11/26/3424/ and you can find information about the Library of Congress' own program and requirements for eligibility at http://www.loc.gov/nls/eligible.html.

2. via our In-Library Lending Program, which enables an electronic copy to be borrowed by patrons of a physical library that participates in our program (there is a blog post about the program and list of participants here: http://blog.archive.org/2011/06/25/in-library-ebook-lending-program-expands-to-1000-libraries/ ).Â  When an electronic copy of a book is checked out by a patron, that copy is not available to others. After a two-week period, the electronic copy expires and throughout the lending period is protected from copying in a manner similar to how ebooks are protected when distributed by booksellers.

In short, we have sought to limit the availability of more recent books through our site to ways which are analogous to how physical libraries lend to the public and make available books to the print-disabled outside of the scope of licensing. Â Please be assured that these programs are offered solely in the spirit of public benefit via expanded access to library services.

Again, thank you for contacting us. We appreciate whatever consideration these explanations afford the matter anew. I am at your service if you have continuing objections or further questions.

Best Regards,

Christopher Butler
Office Manager
Internet Archive
█████████
www.archive.org


-------- Original Message --------
Subject:Â Â Â Â  Support case *Deletion Request*
Date:Â Â Â Â  Mon, 11 Feb 2013 07:18:05 -0800 (PST)
From:Â Â Â Â  ljfm@means.net
To:Â Â Â Â  info@archive.org


A new support case has been filed

Topic: Deletion Request

Description:
Copyright infringement: Celia by Lois Menzel

CONFIDENTIAL
INTARC00165267

http://openlibrary.org/works/OL3975743W/Celia
Under penalty of perjury, I swear that I am the owner of the copyrighted
material described in this letter and that the identified copyrighted
material is allegedly being infringed and that I have the right to act
on my own behalf to seek redress for this alleged infringement. Â  I have
a good faith belief that use of my copyrighted material in the manner
complained of is not authorized by myself, any agent of mine or by the
copyright laws. Â  I further swear under penalty of perjury that the
information contained in this letter is true and accurate. Lois Menzel
4235 Lonsdale Blvd. W. Northfield, MN 55057. Ph: 507-744-2664
ljfm@means.net

This is the second time I have had to contact your site for such
infringement.


Message-ID: <4C350A12.4030002@archive.org>
Date: Wed, 07 Jul 2010 16:13:22 -0700
From: Internet Archive <info-reply@archive.org>
User-Agent: Thunderbird 2.0.0.24 (Windows/20100228)
MIME-Version: 1.0
To: ██████████
Subject: re: Open Library - website problem
Content-Type: text/plain; charset=ISO-8859-1; format=flowed
Content-Transfer-Encoding: 7bit

CONFIDENTIAL

INTARC00165268

# McNamara Declaration
# Exhibit 40

| From: | Chris Butler |
|---|---|
| Sent: | Monday, May 16, 2011 1:11 PM EDT |
| To: | Zane Kesey |
| Subject: | Re: Open Library use of Ken Kesey works |

The digital lending feature had been disabled for all titles listed on that catalog page as of my last communication.  If you continue to see the "Borrow" option for any books, it is now listing the libraries around the world where one may obtain a physical copy or, in rarer instances, a licensed digital copy.  The listings are now simply pointing out to people where they might buy a copy or check out a copy from a library, as well as providing the standard card catalog information.  They are also pointing to the daisy file option, available only the blind and print-disabled who have been registered and approved by the Library of Congress NLS.

Best Regards,
Christopher Butler
www.archive.org

Zane Kesey wrote:

Yep....remove these http://openlibrary.org/authors/OL449110A/Ken_Kesey

It is best to ask first!

At 05:06 PM 5/12/2011, you wrote:

I'm sorry to hear that you feel that way.  The files are protected by software designed to prevent copying and to "kill" the file after a certain period.  Currently, for example, we use a program called Adobe Digital Editions for pdf files, but we are always looking for solid, reliable non-propriety options.

It has gotten back to me that we are in plans with the California State Librarian to launch a joint project later this year or next to honor Californian authors.  Your father would likely be near the top of the list.  I'm sure we'll make an announcement at archive.org about the program as it comes to fruition.

Best Regards,

_____
Christopher Butler
██████████
www.archive.org

CONFIDENTIAL

INTARC00405779

Zane Kesey wrote:

No...that's just wrong! If they each have one it would work, Or you can do it with your local people. how doe you keep people from downloading it permanently?

At 11:10 AM 5/9/2011, you wrote:

It's limited to cardholders of the libraries that are participating in the program (city, county, and university libaries). These libraries pool their digital collections (along with materials scanned by Internet Archive) through our lending library service so that they can be loaned out to each other's cardholders. So far, the list is as follows (or see map w/ libraries here: http://openlibrary.org/libraries). Also, a lot more libraries from around the world have expressed interest in joining and the list will undoubtedly grow.

Allen County Public Library (14 branches)
Boston Public Library (26 branches)
Internet Archive (HQ in SF)
Marine Biological Laboratory, Woods Hole Oceanographic Institution
Atherton Library, Atherton, California
Bay Shore Library, Daly City, California
Belmont Library, Belmont, California
Brisbane Library, Brisbane, California
Burlingame Public Library, Burlingame, California
Burlingame Library Easton Branch, Burlingame, California
Cañada College Library, Redwood City, California
College of San Mateo Library, San Mateo, California
East Palo Alto Library, East Palo Alto, California
Fair Oaks Library, Redwood City, California
Foster City Library, Foster City, California
Grand Avenue Branch Library, South San Francisco, California
Half Moon Bay Library, Half Moon Bay, California
Hillsdale Branch Library, San Mateo, California
John Daly Library, Daly City, California
Marina Public Library, San Mateo, California
Menlo Park Library, Menlo Park, California
Menlo Park Library Belle Haven Branch, Menlo Park, California
Millbrae Library, Millbrae, California
Pacifica Sanchez Library, Pacifica, California
Pacifica Sharp Park Library, Pacifica, California
Portola Valley Library, Portola Valley, California
Redwood City Public Library, Redwood City, California
Redwood Shores Branch Library, Redwood City, California

CONFIDENTIAL

INTARC00405780

San Bruno Library, San Bruno, California
San Carlos Library, San Carlos, California
San Mateo Public Library, San Mateo, California
Schaberg Library, Redwood City, California
Serramonte Main Library, Daly City, California
Skyline College Library, San Bruno, California
South San Francisco Public Library, South San Francisco, California
Westlake Library, Daly City, California
Woodside Library, Woodside, California
San Francisco Public Library (28 branches)
The Urban School of San Francisco
University of Alberta (8 libraries)
University of Florida (11 libraries)
University of Toronto (2 libraries)
Victoria University (3 libraries)


Zane Kesey wrote:

Interesting...I like the two weeks!

Is it only for card holders of your library?

z


At 09:14 AM 5/9/2011, you wrote:


Hi Zane,

We appreciate your understanding around the daisy file for the blind and print-disabled.

Upon your insistence, we will disable lending access to protected Kesey titles, but I hope that you will hear us out and reconsider. I do want to be entirely clear that "Demon Box" is not available for "free download" in the broad sense of the meaning. It may only be borrowed by one patron at a time – what's more is that the electronic copy can only be borrowed by a patron of a physical library that participates in our program (there is a blog post about the program and list of participating libraries here: http://www.archive.org/post/349420/in-library-ebook-lending-program-launched ). The patron must access our site from the physical library's network for this option to be available.

Thus, disabling this access would mean that an online library would be

INTARC00405781

prevented from allowing patrons to use a copy that can only be checked out one at a time for a two week period. After this period, the electronic copy expires and throughout is protected ina manner similar to how ebooks are protected when distributed by booksellers.

I understand that online reproduction is a huge issue and that many sites and operators are out there to make a buck, but Internet Archive simply is not. So that it is clearly stated, we do not stand to gain materially from lending your father's books to patrons.

We know that reasonable people can view this program differently than we do, but would especially like the Kesey books to be in this library because of his role in society and, frankly, because we are great admirers.

I would be so bold as ask if allowing one person every two weeks be able to read your father's books might help more than it would hurt. Thank you for your consideration, but as it stands we will take Kesey titles out of our lending library.

Regards,

_____

Christopher Butler
Internet Archive
██████████████
www.archive.org

Zane Kesey wrote:

Hi Chris

I am OK with the Daisy file!

Not OK with the copy created illegally that is used for free download illegally!

Do you have other illegal copies of Ken Kesey material on your site? Asking first on either of these would have been advisable!

Zane

At 05:34 PM 5/5/2011, you wrote:

CONFIDENTIAL

INTARC00405782

Hello,

I spoke earlier today on the phone with someone from your organization, I believe by the name of Zane (forgive me if I am mistaken). This gentleman had called to inquire about how Ken Kesey titles were being used on our site and provided me with a specific title name - Demon Box. This book is available in two very limited ways - the first is as an encryption-protected file in a specialized format (DAISY file) that works with devices designed to read aloud text for the blind and print-disabled. We do this in coordination with the Library of Congress' National Library Service for the Blind and Physically Handicapped (NLS), which provides registered and approved blind and print-disabled citizens with an encryption key that will enable the file to play. This is the same way the Library of Congress itself makes books of this sort available to this community.

Additionally, a single electronic copy of Demon Box is available to be borrowed by only one of our patrons at a time, either via streaming or digital rights management software (Adobe Digital Editions). This e-copy corresponds to a physical copy of the book which is NOT in use by anyone. As an officially recognized library by the State of California, we seek to make available titles in a manner analogous to traditional library lending using digital media and online communications. Moreover, for what it's worth, we are a non-profit, do not commercially exploit the materials in our collections, do not charge for access to our collections, and do not post paid advertisements on our site.

We hope that you would understand why we would be reluctant to remove this book before confirming that the conditions under which we make this book available are fully understood and appreciate whatever consideration this information affords the matter anew. Please let me know if you still take exception to this type of use.

Regards,
--
_____
Christopher Butler
Internet Archive
██████████████
www.archive.org

# McNamara Declaration
# Exhibit 41

INTERNET ARCHIVE Donate ♥
OPEN LIBRARY Browse ▾ More ▾ All ▾ Search Log In Sign Up

# Ken Kesey

1935 - 2001

Last edited by Lisa
June 30, 2021 | History
Edit

KEN KESEY was born in La Junta, Colorado, but his family later moved to Springfield, Oregon, where he attended public schools, and later the University of Oregon at Eugene. He has received the Woodrow Wilson scholarship to Stanford University and a Saxton Fellowship, and won the Fred Lowe Scholarship awarded to the outstanding wrestler in the Northwest. Mr. Kesey was king of the Merry Pranksters, a group which traveled the West Coast staging happenings; as a leader of this group, Mr. Kesey appeared as subject and star in the bestseller, THE ELECTRIC KOOL-AID ACID TEST, by Tom Wolfe.
At present he is "scratching his athlete's foot on his farm in Oregon, watching his kids and blueberries grow."

Photo: By Source (WP:NFCC#4), Fair use, Link

## 17 works Add another?

Most Editions | First Published | Most Recent | Random

Showing all works by author. Would you like to see only ebooks?

Search Ken Kesey Books Submit

**One Flew Over the Cuckoo's Nest**
by Ken Kesey, Kizi K., and Ken Kesey
First published in 1962
91 editions — 19 previewable
Borrow

**Sometimes a Great Notion**
by Ken Kesey
First published in 1964
35 editions — 4 previewable
Borrow

**Demon Box**
by Ken Kesey
First published in 1986
9 editions — 3 previewable
Borrow

**Sailor Song**
by Ken Kesey
First published in 1992
7 editions — 4 previewable
Borrow

**Last go round: A Real Western**
by Ken Kesey and Ken Babbs
First published in 1994
7 editions — 2 previewable
Borrow

**SUBJECTS**

Accessible book, Fiction, Protected DAISY, American fiction (fictional works by one author), Juvenile fiction, Popular culture, Allegories, American Authors, American literature, American wit and humor, Animals, Archives, Belletristische Darstellung, Classic Literature, Classics, Cowboys, Diaries, Drug abuse, FICTION, Fiction in English, Fiction, family life, Fiction, general, Fiction, psychological, Fiction, short stories (single author), Friendship

**PLACES**

Oregon, United States, Alaska, California, Pacific Northwest, Pendleton, Pendleton (Or.), San Mateo

**PEOPLE**

Big Nurse, Biggie Newton and a crazy Father, Broom Bromden, Ken Kesey, Leland, Nurse Ratched, Randle Patrick McMurphy, hand

**TIME**

1960 psychedelic era, 1960s, 20th century

5 Lists

Add to List

Authors
from Lisa

Resolved Authors
from Lisa

Brilliant Fiction by Those Who Take Themselves* Too Seriously
from Maria Williams

**ID Numbers**

- OLID: OL449110A
- ISNI: 0000000081738365
- VIAF: 108853111
- Wikidata: Q244390

**Links** (outside Open Library)

No links yet. Add one?



Page 2
Ken Kesey | Open Library
https://openlibrary.org/authors/OL449110A/Ken_Kesey



**The sea lion**
by Ken Kesey
First published in 1991
3 editions — 1 previewable

Borrow

**Little Tricker the squirrel meets Big Double the bear**
by Ken Kesey
First published in 1990
3 editions — 1 previewable

Preview

**The Realist presents: The last supplement to the Whole Earth Catalog**
by Paul Krassner and Ken Kesey
First published in 1971
2 editions

Not in Library

**Kesey**
by Ken Kesey
First published in 1977
2 editions

Not in Library

**High Times presents Paul Krassner's pot stories for the soul**
by Paul Krassner and Ken Kesey
First published in 1999
2 editions — 1 previewable

Borrow

**The "Idler"**
by Ken Kesey
First published in 1999
1 edition

Not in Library

**The day after Superman died**
by Ken Kesey
First published in 1980
1 edition

Not in Library

**Kesey's Jail Journal: cut the m*********** loose**
by Ken Kesey
First published in 2003
1 edition

Not in Library

**Kesey's garage sale**
by Ken Kesey
First published in 1973
1 edition — 1 previewable

Borrow

**The Merry Pranksters: Acid Test Volume 1 (King Mob Spoken Word CDs)**
by Ken Kesey
First published in 2000
1 edition

Not in Library

**Alternative names**

- Ken Kizi
- Ken KESEY
- Ken Kessey
- K. Kesey
- Kesey K.

A-1827



**The Further inquiry**
by Ken Kesey
First published in 1990
1 edition — 1 previewable

Borrow

**Sorcerers Edition**
by Ken Kesey
1 edition

Not in Library

## History

Created April 1, 2008 · 13 revisions

Download catalog record: RDF / JSON

| | | |
|---|---|---|
| June 30, 2021 | Edited by Lisa | merge authors |
| June 30, 2021 | Edited by Lisa | merge authors |
| June 30, 2021 | Edited by Lisa | merge authors |
| January 16, 2021 | Edited by Lisa | merge authors |
| April 1, 2008 | Created by an anonymous user | initial import |

**Open Library**
Vision
Volunteer
Partner With Us
Careers
Blog
Terms of Service
Donate

**Discover**
Home
Books
Authors
Subjects
Collections
Advanced Search
Return to Top

**Develop**
Developer Center
API Documentation
Bulk Data Dumps
Writing Bots
Add a Book

**Help**
Help Center
Report A Problem
Suggesting Edits

**Change Website Language**
Čeština (cs)
Deutsch (de)
English (en)
Español (es)
Français (fr)
Hrvatski (hr)
తెలుగు (te)
Українська (uk)
中文 (zh)

Open Library is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include the Wayback Machine, archive.org and archive-it.org

version a3ccdb306

# McNamara Declaration
# Exhibit 42

| From: | Internet Archive |
|---|---|
| Sent: | Wednesday, February 13, 2019 6:24 PM EST |
| To: | Rachael Treasure |
| Subject: | Re: Giving away my intellectual property |

Hello,

Thank you for contacting the Internet Archive.

Please be advised that we have made a good faith effort to disable lending access to any e-book instances of the identified works or items on our sites, archive.org and openlibrary.org.

To explain this type of access a little bit, the Internet Archive is a registered charity and non-profit library and we have several library services that make modern books available on a limited basis to the public, including our Library Lending Program. Under this program, The Internet Archive and physical library partners make available e-copies of books scanned from the physical books that we own. The e-copies may be borrowed for two weeks, after which access to the user is disabled and the copy frees up for another patron to borrow. A statement from legal scholars about this model may be read at https://controlleddigitallending.org/statement. As mentioned above, we have disabled lending access in this instance as a courtesy.

We seek to be respectful to creators and operate within the traditional norms and functions of libraries. We understand that some may view this program differently than we do and appreciate your contacting us. If you have ongoing concerns or questions, please let us know.

--

The Internet Archive Team

On 2/13/19 1:53 PM, Rachael Treasure wrote:

> Dear Open Library employees,
> I'm writing to you from a little farm house in Tasmania where I have existed on a meagre writer income for the past ten years in order to support my two children as a single mother. It's been fucking tough... but I've loved every minute of rising to the challenge of telling stories that empower women in rural culture and making a modest living from that vocation. Our writer's organisation, the Australian Society of Authors has alerted its members that books are being scanned and electronically loaned for free. FREE! WHAAAAT? How on earth can people who love books - and clearly you must if you are in the 'library business' find that appropriate? In reality it is stealing from the artists and their families who created those works.
> Sometimes I wonder if free books are a way in for a wider reach in readership - but then it comes back to the fact that I have to feed my kids and pay my house loan. Public Lending Rights here in Australia have kept me from going broke. I believe your organisation needs to review your illegal operation.

CONFIDENTIAL

INTARC00167070

Could you please consider an agreement between myself and my publishers that will offer remuneration for any future lendings.

If not, could you remove *The Farmer's Wife, Jillaroo* and *The Rouseabout* by Rachael Treasure and any of my other titles from your system. (Penguin Australia and Harpercollins, Random House UK)

Incidentally I noticed *Girls Night In 4* was listed... the authors in that collection gave those stories over for free to support the War Child charity. I'm concerned that valuable charity is missing out on sales.

Could you also please consider within your heart and soul if what you are doing is honourable towards authors. We all love books and we all love sharing books, but the original creator needs to be paid at some stage in your system.

I wish you the best of days,
Rachael Treasure


--
Rachael Treasure
Author
████████
████████

www.rachaeltreasure.com

My latest book 'Down the Dirt Roads' has been selected for the 2017 Tasmanian Premier's Prize List Margaret Scott Award long list. Find my book at https://penguin.com.au/books/down-the-dirt-roads-9780670079438

CONFIDENTIAL

INTARC00167071

# McNamara Declaration
# Exhibit 43

INTERNET ARCHIVE Donate ♥

OPEN LIBRARY Browse ▾ More ▾ All ▾ rachael treasure Log In Sign Up

**22 hits** ≡ Relevance | Most Editions | First Published | Most Recent | Random

Advanced Search

rachael treasure Search ◉ Everything ○ Ebooks ○ Print Disabled

**Cattleman's Daughter**
by Rachael Treasure
First published in 2010
2 editions in 1 language

Not in Library | Want to Read

**Down the Dirt Roads**
by Rachael Treasure
First published in 2016
2 editions in 1 language

Not in Library | Want to Read

**The rouseabout**
by Rachael Treasure
First published in 2008
1 edition in 1 language — 1 previewable

Preview | Want to Read

**The farmer's wife**
by Rachael Treasure
First published in 2013
1 edition in 1 language — 1 previewable

Preview | Want to Read

**The Rouseabout**
by Rachael Treasure
First published in 2007
1 edition

Not in Library | Want to Read

**Cleanskin Cowgirls**
by Rachael Treasure
First published in 2015
1 edition

Not in Library | Want to Read

**Stockmen**
by Rachael Treasure
First published in 2005
1 edition in 1 language — 1 previewable

Borrow | Want to Read

**Zoom In**

Focus your results using these filters

**EBOOK?**
yes 10
no 12

**AUTHOR**
Rachael Treasure 17
Jessica Adams and Maggie Alderson and Nicola Kraus and Emma McLaughlin and Monica McInerney and Rachael Treasure 1
Rachael Radford 1
Ellen Ruth Gordon 1
Treasure Rachael 1

**SUBJECTS**
Fiction 13
Accessible book 10
Protected DAISY 10
Man-woman relationships 4
Country life 3
more

**PLACES**
Australia 6
Dargo (Vic.) 1
Greensville County (Va.) 1
Victoria 1

**TIMES**
1788-1900 1

**FIRST PUBLISHED**
2005 3
2009 3
2007 2
2008 2
2010 2
more

**PUBLISHER**
Penguin Random House 4
Penguin Group (Australia) 3
HarperCollins 2
HarperCollins Publishers Australia 2
Preface 2
more

**LANGUAGE**
English 16





**Dare**
by Rachael Treasure
First published in 2009
1 edition in 1 language — 1 previewable

Borrow
Want to Read

**River run deep**
by Rachael Treasure
First published in 2008
1 edition in 1 language — 1 previewable

Borrow
Want to Read

**Timeless land**
by Rachael Treasure
First published in 2009
1 edition in 1 language — 1 previewable

Borrow
Want to Read

**Jillaroo**
by Rachael Treasure
First published in 2007
1 edition in 1 language — 1 previewable

Preview
Want to Read

**Jillaroo**
by Rachael Treasure
First published in 2005
1 edition

Not in Library
Want to Read

**The Cattleman's Daughter**
by Treasure Rachael
First published in 2009
1 edition

Not in Library
Want to Read

**The girl and the ghost-grey mare and other stories**
by Rachael Treasure
First published in 2011
1 edition in 1 language — 1 previewable

Borrow
Want to Read

**Don't Fence Me In**
by Rachael Treasure
First published in 2013
1 edition in 1 language

Not in Library
Want to Read

**Through the fire**
by Rachael Treasure
First published in 2010
1 edition in 1 language — 1 previewable

Borrow
Want to Read

**White Horses**
by Rachael Treasure
First published in 2019
1 edition in 1 language

Not in Library
Want to Read

**The girl and the ghost-grey mare**
by Rachael Treasure
First published in 2012
1 edition in 1 language — 1 previewable

Borrow
Want to Read

**Hidden Treasures**
by Rachael Radford
First published in 2002
1 edition

Not in Library
Want to Read

**A Treasured past**
*Unknown author*
First published in 1980
1 edition in 1 language

Not in Library
Want to Read

1 2 Next >

Open Library is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include the Wayback Machine, archive.org and archive-it.org

version a3ccdb306



# McNamara Declaration
# Exhibit 44

OMB No. 1545-0052

Form **990-PF**

Department of the Treasury
Internal Revenue Service

# Return of Private Foundation
## or Section 4947(a)(1) Trust Treated as Private Foundation

▶ Do not enter social security numbers on this form as it may be made public.
▶ Go to *www.irs.gov/Form990PF* for instructions and the latest information.

**2019**

Open to Public Inspection

**For calendar year 2019, or tax year beginning** 01-01-2019 **, and ending** 12-31-2019

| Name of foundation<br>KahleAustin Foundation | A Employer identification number<br>91-1816164 |
|---|---|
| Number and street (or P.O. box number if mail is not delivered to street address) Room/suite<br>17 Walnut Street | B Telephone number (see instructions)<br>(415) 931-8766 |
| City or town, state or province, country, and ZIP or foreign postal code<br>Rockland, ME 04841 | C If exemption application is pending, check here ▶ ☐ |

**G** Check all that apply: ☐ Initial return ☐ Initial return of a former public charity
☐ Final return ☐ Amended return
☑ Address change ☐ Name change

**H** Check type of organization: ☑ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust ☐ Other taxable private foundation

**I** Fair market value of all assets at end of year (from Part II, col. (c), line 16) ▶$ 119,136,757

**J** Accounting method: ☐ Cash ☑ Accrual
☐ Other (specify) _____
*(Part I, column (d) must be on cash basis.)*

**D 1.** Foreign organizations, check here............. ▶ ☐
**2.** Foreign organizations meeting the 85% test, check here and attach computation ... ▶ ☐

**E** If private foundation status was terminated under section 507(b)(1)(A), check here ....... ▶ ☐

**F** If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ....... ▶ ☐

## Part I | Analysis of Revenue and Expenses *(The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a) (see instructions).)*

| | | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| **Revenue** | 1 Contributions, gifts, grants, etc., received (attach schedule) | 17,588,990 | | | |
| | 2 Check ▶ ☐ if the foundation is **not** required to attach Sch. B | | | | |
| | 3 Interest on savings and temporary cash investments | 39,593 | 39,593 | | |
| | 4 Dividends and interest from securities . . . | 2,588,902 | 2,588,902 | | |
| | 5a Gross rents | | | | |
| | b Net rental income or (loss) _____ | | | | |
| | 6a Net gain or (loss) from sale of assets not on line 10 | 2,182,768 | | | |
| | b Gross sales price for all assets on line 6a 71,328,247 | | | | |
| | 7 Capital gain net income (from Part IV, line 2) . . . | | 19,815,608 | | |
| | 8 Net short-term capital gain . . . . . | | | | |
| | 9 Income modifications . . . . . . | | | | |
| | 10a Gross sales less returns and allowances | | | | |
| | b Less: Cost of goods sold . . . . | | | | |
| | c Gross profit or (loss) (attach schedule) . . | | | | |
| | 11 Other income (attach schedule) . . . . 💲 | 383,988 | | | |
| | 12 **Total.** Add lines 1 through 11 . . . . | 22,784,241 | 22,444,103 | | |
| **Operating and Administrative Expenses** | 13 Compensation of officers, directors, trustees, etc. | | | | |
| | 14 Other employee salaries and wages . . . . | 17,207 | | | 17,207 |
| | 15 Pension plans, employee benefits . . . . | 1,959 | | | 1,959 |
| | 16a Legal fees (attach schedule) . . . . . 💲 | 586 | | | 586 |
| | b Accounting fees (attach schedule) . . . . 💲 | 14,980 | | | 14,980 |
| | c Other professional fees (attach schedule) . . 💲 | 488,563 | 488,563 | | |
| | 17 Interest . . . . . . . . | | | | |
| | 18 Taxes (attach schedule) (see instructions) . . 💲 | 133,540 | | | |
| | 19 Depreciation (attach schedule) and depletion . . | | | | |
| | 20 Occupancy . . . . . . . . | | | | |
| | 21 Travel, conferences, and meetings . . . . | | | | |
| | 22 Printing and publications . . . . . | | | | |
| | 23 Other expenses (attach schedule) . . . 💲 | 131,844 | | | 131,844 |
| | 24 **Total operating and administrative expenses.** Add lines 13 through 23 . . . . . | 788,679 | 488,563 | | 166,576 |
| | 25 Contributions, gifts, grants paid . . . . | 19,060,000 | | | 19,060,000 |
| | 26 **Total expenses and disbursements.** Add lines 24 and 25 | 19,848,679 | 488,563 | | 19,226,576 |
| | 27 Subtract line 26 from line 12: | | | | |
| | a **Excess of revenue over expenses and disbursements** | 2,935,562 | | | |
| | b **Net investment income** (if negative, enter -0-) | | 21,955,540 | | |
| | c **Adjusted net income** (if negative, enter -0-) . . . | | | | |

For Paperwork Reduction Act Notice, see instructions.        Cat. No. 11289X        Form **990-PF** (2019)

**Part II**   Balance Sheets *Attached schedules and amounts in the description column should be for end-of-year amounts only. (See instructions.)*

| | | (a) Book Value | (b) Book Value | (c) Fair Market Value |
|---|---|---|---|---|
| **1** | Cash—non-interest-bearing | 164,611 | 364,584 | 364,584 |
| **2** | Savings and temporary cash investments | 6,026,746 | 9,989,591 | 9,989,591 |
| **3** | Accounts receivable ▶ _____11,990_____ | | | |
| | Less: allowance for doubtful accounts ▶ _____ | | 11,990 | 11,990 |
| **4** | Pledges receivable ▶ _____ | | | |
| | Less: allowance for doubtful accounts ▶ _____ | | | |
| **5** | Grants receivable | | | |
| **6** | Receivables due from officers, directors, trustees, and other | | | |
| | disqualified persons (attach schedule) (see instructions) | | | |
| **7** | Other notes and loans receivable (attach schedule) ▶ _____ | | | |
| | Less: allowance for doubtful accounts ▶ _____ | | | |
| **8** | Inventories for sale or use | | | |
| **9** | Prepaid expenses and deferred charges | 1,151,320 | 907,780 | 907,780 |
| **10a** | Investments—U.S. and state government obligations (attach schedule) | | | |
| **b** | Investments—corporate stock (attach schedule) | 37,808,910 | 41,258,339 | 41,258,339 |
| **c** | Investments—corporate bonds (attach schedule) | 31,760,863 | 33,660,232 | 33,660,232 |
| **11** | Investments—land, buildings, and equipment: basis ▶ _____ | | | |
| | Less: accumulated depreciation (attach schedule) ▶ _____ | | | |
| **12** | Investments—mortgage loans | | | |
| **13** | Investments—other (attach schedule) | 27,511,297 | 32,912,850 | 32,912,850 |
| **14** | Land, buildings, and equipment: basis ▶ _____ | | | |
| | Less: accumulated depreciation (attach schedule) ▶ _____ | | | |
| **15** | Other assets (describe ▶ _____) | 60,308 | 31,391 | 31,391 |
| **16** | **Total assets** (to be completed by all filers—see the instructions. Also, see page 1, item I) | 104,484,055 | 119,136,757 | 119,136,757 |
| **17** | Accounts payable and accrued expenses | 599 | | |
| **18** | Grants payable | | | |
| **19** | Deferred revenue | | | |
| **20** | Loans from officers, directors, trustees, and other disqualified persons | | | |
| **21** | Mortgages and other notes payable (attach schedule) | | | |
| **22** | Other liabilities (describe ▶_____) | | | |
| **23** | **Total liabilities** (add lines 17 through 22) | 599 | 0 | |

Foundations that follow FASB ASC 958, check here ▶ ☑
and complete lines 24, 25, 29 and 30.

| | | | | |
|---|---|---|---|---|
| **24** | Net assets without donor restrictions | 104,483,456 | | |
| **25** | Net assets with donor restrictions | | | |

Foundations that do not follow FASB ASC 958, check here ▶ ☐
and complete lines 26 through 30.

| | | | | |
|---|---|---|---|---|
| **26** | Capital stock, trust principal, or current funds | | | |
| **27** | Paid-in or capital surplus, or land, bldg., and equipment fund | | | |
| **28** | Retained earnings, accumulated income, endowment, or other funds | | | |
| **29** | **Total net assets or fund balances** (see instructions) | 104,483,456 | 119,136,757 | |
| **30** | **Total liabilities and net assets/fund balances** (see instructions) | 104,484,055 | 119,136,757 | |

*Assets / Liabilities / Net Assets or Fund Balances*

**Part III**   **Analysis of Changes in Net Assets or Fund Balances**

| | | | |
|---|---|---|---|
| **1** | Total net assets or fund balances at beginning of year—Part II, column (a), line 29 (must agree with end-of-year figure reported on prior year's return) | **1** | 104,483,456 |
| **2** | Enter amount from Part I, line 27a | **2** | 2,935,562 |
| **3** | Other increases not included in line 2 (itemize) ▶ _____ | **3** | 11,717,739 |
| **4** | Add lines 1, 2, and 3 | **4** | 119,136,757 |
| **5** | Decreases not included in line 2 (itemize) ▶ _____ | **5** | |
| **6** | Total net assets or fund balances at end of year (line 4 minus line 5)—Part II, column (b), line 29 | **6** | 119,136,757 |

Form **990-PF** (2019)

Case 3:20-cv-04688-WHO Document 96-53 Filed 07/07/22 Page 150 of 31

| **Part IV** | Capital Gains and Losses for Tax on Investment Income | | | |

| (a) List and describe the kind(s) of property sold (e.g., real estate, 2-story brick warehouse; or common stock, 200 shs. MLC Co.) | | **(b)** How acquired P—Purchase D—Donation | **(c)** Date acquired (mo., day, yr.) | **(d)** Date sold (mo., day, yr.) |
|---|---|---|---|---|
| 1 a | Sale of Publicly Traded Securities | P | 2000-01-01 | 2019-12-31 |
| b | | | | |
| c | | | | |
| d | | | | |
| e | | | | |

| | **(e)** Gross sales price | **(f)** Depreciation allowed (or allowable) | **(g)** Cost or other basis plus expense of sale | **(h)** Gain or (loss) (e) plus (f) minus (g) |
|---|---|---|---|---|
| a | 71,328,247 | | 51,512,639 | 19,815,608 |
| b | | | | |
| c | | | | |
| d | | | | |
| e | | | | |

Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69

| | **(i)** F.M.V. as of 12/31/69 | **(j)** Adjusted basis as of 12/31/69 | **(k)** Excess of col. (i) over col. (j), if any | **(l)** Gains (Col. (h) gain minus col. (k), but not less than -0-) or Losses (from col.(h)) |
|---|---|---|---|---|
| a | | | | 19,815,608 |
| b | | | | |
| c | | | | |
| d | | | | |
| e | | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Capital gain net income or (net capital loss) | { If gain, also enter in Part I, line 7 <br> If (loss), enter -0- in Part I, line 7 } | **2** | 19,815,608 |
| 3 | Net short-term capital gain or (loss) as defined in sections 1222(5) and (6): <br> If gain, also enter in Part I, line 8, column (c) (see instructions). If (loss), enter -0- in Part I, line 8 · · · · · · · · · · · · · · · · | | **3** | |

| **Part V** | Qualification Under Section 4940(e) for Reduced Tax on Net Investment Income |

(For optional use by domestic private foundations subject to the section 4940(a) tax on net investment income.)

If section 4940(d)(2) applies, leave this part blank.

Was the foundation liable for the section 4942 tax on the distributable amount of any year in the base period?  ☐ Yes  ☑ No
If "Yes," the foundation does not qualify under section 4940(e). Do not complete this part.

**1** Enter the appropriate amount in each column for each year; see instructions before making any entries.

| **(a)** Base period years Calendar year (or tax year beginning in) | **(b)** Adjusted qualifying distributions | **(c)** Net value of noncharitable-use assets | **(d)** Distribution ratio (col. (b) divided by col. (c)) |
|---|---|---|---|
| 2018 | 3,975,827 | 100,713,300 | 0.03948 |
| 2017 | 7,077,608 | 95,814,078 | 0.07387 |
| 2016 | 1,779,250 | 76,631,349 | 0.02322 |
| 2015 | 2,667,120 | 39,056,530 | 0.06829 |
| 2014 | 2,271,466 | 41,488,097 | 0.05475 |

| | | | | |
|---|---|---|---|---|
| **2** | **Total** of line 1, column (d) · · · · · · · · · · · | **2** | | 0.259602 |
| **3** | Average distribution ratio for the 5-year base period—divide the total on line 2 by 5.0, or by the number of years the foundation has been in existence if less than 5 years · · · · · · · | **3** | | 0.051920 |
| **4** | Enter the net value of noncharitable-use assets for 2019 from Part X, line 5 · · · · · · | **4** | | 98,739,993 |
| **5** | Multiply line 4 by line 3 · · · · · · · · · · · · · · · · · · · | **5** | | 5,126,580 |
| **6** | Enter 1% of net investment income (1% of Part I, line 27b) · · · · · · · · · · | **6** | | 219,555 |
| **7** | Add lines 5 and 6 · · · · · · · · · · · · · · · · · · · · | **7** | | 5,346,135 |
| **8** | Enter qualifying distributions from Part XII, line 4 , · · · · · · · · · · · | **8** | | 19,226,576 |

If line 8 is equal to or greater than line 7, check the box in Part VI, line 1b, and complete that part using a 1% tax rate. See the Part VI instructions.

A-1839

Case 2:20-cv-04100-JAK-MRW Document 30-33 Filed 07/07/22 Page 79 of 31

## Part VI — Excise Tax Based on Investment Income (Section 4940(a), 4940(b), 4940(e), or 4948–see instructions)

**1a** Exempt operating foundations described in section 4940(d)(2), check here ▶ ☐ and enter "N/A" on line 1.

Date of ruling or determination letter: _____ **(attach copy of letter if necessary–see instructions)**

| | | |
|---|---|---|
| **b** Domestic foundations that meet the section 4940(e) requirements in Part V, check | **1** | 219,555 |

here ▶ ☑ and enter 1% of Part I, line 27b

**c** All other domestic foundations enter 2% of line 27b. Exempt foreign organizations enter 4% of Part I, line 12, col. (b)

| | | | |
|---|---|---|---|
| **2** | Tax under section 511 (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-) | **2** | |
| **3** | Add lines 1 and 2. | **3** | 219,555 |
| **4** | Subtitle A (income) tax (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-) | **4** | |
| **5** | **Tax based on investment income.** Subtract line 4 from line 3. If zero or less, enter -0- . . . . . | **5** | 219,555 |

**6** Credits/Payments:

| | | | | |
|---|---|---|---|---|
| **a** | 2019 estimated tax payments and 2018 overpayment credited to 2019 | **6a** | 235,394 | |
| **b** | Exempt foreign organizations—tax withheld at source . . . . . | **6b** | | |
| **c** | Tax paid with application for extension of time to file (Form 8868) . . . | **6c** | 300,000 | |
| **d** | Backup withholding erroneously withheld . . . . . . . . . . | **6d** | | |

| | | | |
|---|---|---|---|
| **7** | Total credits and payments. Add lines 6a through 6d. . . . . . . . . . . . . . | **7** | 535,394 |
| **8** | Enter any **penalty** for underpayment of estimated tax. Check here ☑ if Form 2220 is attached. 🏷 | **8** | |
| **9** | **Tax due.** If the total of lines 5 and 8 is more than line 7, enter **amount owed** . . . . . . . ▶ | **9** | |
| **10** | **Overpayment.** If line 7 is more than the total of lines 5 and 8, enter the **amount overpaid.** . . ▶ | **10** | 315,839 |
| **11** | Enter the amount of line 10 to be: **Credited to 2020 estimated tax** ▶ 315,839 \|**Refunded** ▶ | **11** | |

## Part VII-A — Statements Regarding Activities

| | | | Yes | No |
|---|---|---|---|---|
| **1a** | During the tax year, did the foundation attempt to influence any national, state, or local legislation or did it participate or intervene in any political campaign? . . . . . . . . . . . . . . . . | **1a** | | No |
| **b** | Did it spend more than $100 during the year (either directly or indirectly) for political purposes? (see Instructions for definition). . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1b** | | No |
| | *If the answer is "Yes" to 1a or 1b, attach a detailed description of the activities and copies of any materials published or distributed by the foundation in connection with the activities.* | | | |
| **c** | Did the foundation file **Form 1120-POL** for this year?. . . . . . . . . . . . . . . . . | **1c** | | No |
| **d** | Enter the amount (if any) of tax on political expenditures (section 4955) imposed during the year: | | | |
| | **(1)** On the foundation. ▶ $ _____ **(2)** On foundation managers. ▶ $ _____ | | | |
| **e** | Enter the reimbursement (if any) paid by the foundation during the year for political expenditure tax imposed on foundation managers. ▶ $ _____ | | | |
| **2** | Has the foundation engaged in any activities that have not previously been reported to the IRS? . . . . . . . | **2** | | No |
| | *If "Yes," attach a detailed description of the activities.* | | | |
| **3** | Has the foundation made any changes, not previously reported to the IRS, in its governing instrument, articles of incorporation, or bylaws, or other similar instruments? *If "Yes," attach a conformed copy of the changes* . . . . | **3** | | No |
| **4a** | Did the foundation have unrelated business gross income of $1,000 or more during the year?. . . . . . . . | **4a** | | No |
| **b** | If "Yes," has it filed a tax return on **Form 990-T** for this year?. . . . . . . . . . . . . . | **4b** | | |
| **5** | Was there a liquidation, termination, dissolution, or substantial contraction during the year? . . . . . . . . | **5** | | No |
| | *If "Yes," attach the statement required by General Instruction T.* | | | |
| **6** | Are the requirements of section 508(e) (relating to sections 4941 through 4945) satisfied either: | | | |
| | • By language in the governing instrument, or | | | |
| | • By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument? . . . . . . . . . . . . . . . | **6** | Yes | |
| **7** | Did the foundation have at least $5,000 in assets at any time during the year?*If "Yes," complete Part II, col. (c), and Part XV.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | Yes | |
| **8a** | Enter the states to which the foundation reports or with which it is registered (see instructions) ▶CA, WA | | | |
| **b** | If the answer is "Yes" to line 7, has the foundation furnished a copy of Form 990-PF to the Attorney General (or designate) of each state as required by General Instruction G? *If "No," attach explanation .* | **8b** | Yes | |
| **9** | Is the foundation claiming status as a private operating foundation within the meaning of section 4942(j)(3) or 4942(j)(5) for calendar year 2019 or the taxable year beginning in 2019? See the instructions for Part XIV. If "Yes," complete Part XIV . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | | No |
| **10** | Did any persons become substantial contributors during the tax year? *If "Yes," attach a schedule listing their names and addresses.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | | No |

A-1840

Case 2:21-cv-04100-DSN-MRW Document 96-53 Filed 07/07/22 Page 16 of 31

| Part VII-A | Statements Regarding Activities (continued) | | | |
|---|---|---|---|---|

| | | | | No |
|---|---|---|---|---|
| 11 | At any time during the year, did the foundation, directly or indirectly, own a controlled entity within the meaning of section 512(b)(13)? If "Yes," attach schedule. See instructions . . . . . . . . . . . | **11** | | No |
| 12 | Did the foundation make a distribution to a donor advised fund over which the foundation or a disqualified person had advisory privileges? If "Yes," attach statement. See instructions | **12** | Yes | |
| 13 | Did the foundation comply with the public inspection requirements for its annual returns and exemption application? Website address ▶ N/A | **13** | Yes | |

14  The books are in care of ▶ Meikle Hall _____ Telephone no. ▶ (415) 931-8766 _____

Located at ▶ 17 Walnut Street_Rockland_ME _____  ZIP+4 ▶ 04841 _____

15  Section 4947(a)(1) nonexempt charitable trusts filing Form 990-PF in lieu of **Form 1041** — check here . . . . . . . . . . ▶ ☐
and enter the amount of tax-exempt interest received or accrued during the year . . . . . . . . . ▶ | **15** |

| | | | Yes | No |
|---|---|---|---|---|
| 16 | At any time during calendar year 2019, did the foundation have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? . . . . . . . . . . . . . . | **16** | | No |
| | See the instructions for exceptions and filing requirements for FinCEN Form 114. If "Yes," enter the name of the foreign country ▶ | | | |

| Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required | | | |
|---|---|---|---|---|

**File Form 4720 if any item is checked in the "Yes" column, unless an exception applies.**

| | | | Yes | No |
|---|---|---|---|---|

**1a** During the year did the foundation (either directly or indirectly):

(1) Engage in the sale or exchange, or leasing of property with a disqualified person?  ☐ Yes  ☑ No

(2) Borrow money from, lend money to, or otherwise extend credit to (or accept it from)
a disqualified person?. . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☑ No

(3) Furnish goods, services, or facilities to (or accept them from) a disqualified person?  ☐ Yes  ☑ No

(4) Pay compensation to, or pay or reimburse the expenses of, a disqualified person?  ☑ Yes  ☐ No

(5) Transfer any income or assets to a disqualified person (or make any of either available
for the benefit or use of a disqualified person)?. . . . . . . . . . . .  ☐ Yes  ☑ No

(6) Agree to pay money or property to a government official? (**Exception.** Check "No"
if the foundation agreed to make a grant to or to employ the official for a period
after termination of government service, if terminating within 90 days.). . . . . . .  ☐ Yes  ☑ No

| | | | | No |
|---|---|---|---|---|
| **b** | If any answer is "Yes" to 1a(1)–(6), did **any** of the acts fail to qualify under the exceptions described in Regulations section 53.4941(d)-3 or in a current notice regarding disaster assistance? See instructions . . . . . . . . Organizations relying on a current notice regarding disaster assistance check here. . . . . . . ▶ ☐ | **1b** | | No |
| **c** | Did the foundation engage in a prior year in any of the acts described in 1a, other than excepted acts, that were not corrected before the first day of the tax year beginning in 2019?. . . . . . . . . . . | **1c** | | No |

**2** Taxes on failure to distribute income (section 4942) (does not apply for years the foundation was a private
operating foundation defined in section 4942(j)(3) or 4942(j)(5)):

**a** At the end of tax year 2019, did the foundation have any undistributed income (lines 6d
and 6e, Part XIII) for tax year(s) beginning before 2019?. . . . . . . . . . . . . .  ☐ Yes  ☑ No
If "Yes," list the years ▶ 20____ , 20____ , 20____ , 20____

| | | | | |
|---|---|---|---|---|
| **b** | Are there any years listed in 2a for which the foundation is **not** applying the provisions of section 4942(a)(2) (relating to incorrect valuation of assets) to the year's undistributed income? (If applying section 4942(a)(2) to **all** years listed, answer "No" and attach statement—see instructions.) . . . . . . . . . . . | **2b** | | |

**c** If the provisions of section 4942(a)(2) are being applied to **any** of the years listed in 2a, list the years here.
▶ 20____ , 20____ , 20____ , 20____

**3a** Did the foundation hold more than a 2% direct or indirect interest in any business enterprise at
any time during the year?. . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☑ No

| | | | | |
|---|---|---|---|---|
| **b** | If "Yes," did it have excess business holdings in 2019 as a result of (1) any purchase by the foundation or disqualified persons after May 26, 1969; (2) the lapse of the 5-year period (or longer period approved by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest; or (3) the lapse of the 10-, 15-, or 20-year first phase holding period?(Use Schedule C, Form 4720, to determine if the foundation had excess business holdings in 2019.). | **3b** | | |
| **4a** | Did the foundation invest during the year any amount in a manner that would jeopardize its charitable purposes? | **4a** | | No |
| **b** | Did the foundation make any investment in a prior year (but after December 31, 1969) that could jeopardize its charitable purpose that had not been removed from jeopardy before the first day of the tax year beginning in 2019? | **4b** | | No |

Case 3:20-cr-00249-RS   Document 596-2   Filed 07/91/22   Page 150 of 31

| Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required *continued* | | | Yes | No |
|---|---|---|---|---|---|
| **5a** | During the year did the foundation pay or incur any amount to: | | | | |
| | **(1)** Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? ☐ Yes ☑ No | | | | |
| | **(2)** Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly, any voter registration drive?. ☐ Yes ☑ No | | | | |
| | **(3)** Provide a grant to an individual for travel, study, or other similar purposes? ☐ Yes ☑ No | | | | |
| | **(4)** Provide a grant to an organization other than a charitable, etc., organization described in section 4945(d)(4)(A)? See instructions. · · · · ☐ Yes ☑ No | | | | |
| | **(5)** Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals?. · · · · ☐ Yes ☑ No | | | | |
| **b** | If any answer is "Yes" to 5a(1)–(5), did **any** of the transactions fail to qualify under the exceptions described in Regulations section 53.4945 or in a current notice regarding disaster assistance? See instructions · · · · · · | | **5b** | | |
| | Organizations relying on a current notice regarding disaster assistance check here. · · · · · · · · · ▶ ☐ | | | | |
| **c** | If the answer is "Yes" to question 5a(4), does the foundation claim exemption from the tax because it maintained expenditure responsibility for the grant?. · · · · · · · · · ☐ Yes ☐ No | | | | |
| | *If "Yes," attach the statement required by Regulations section 53.4945–5(d).* | | | | |
| **6a** | Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract?. · · · · · · · · · · · · · · · · · · · · · · · ☐ Yes ☑ No | | | | |
| **b** | Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract? · · · · | | **6b** | | **No** |
| | *If "Yes" to 6b, file Form 8870.* | | | | |
| **7a** | At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction? ☐ Yes ☑ No | | | | |
| **b** | If "Yes", did the foundation receive any proceeds or have any net income attributable to the transaction? · · · · | | **7b** | | |
| **8** | Is the foundation subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment during the year? · · · · · · · · · · · · · · · · · · · ☐ Yes ☑ No | | | | |

| Part VIII | **Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors** |
|---|---|

**1    List all officers, directors, trustees, foundation managers and their compensation. See instructions**

| **(a)** Name and address | **(b)** Title, and average hours per week devoted to position | **(c)** Compensation (If not paid, enter –0–) | **(d)** Contributions to employee benefit plans and deferred compensation | **(e)** Expense account, other allowances |
|---|---|---|---|---|
| Brewster L Kahle | President | 0 | | |
| 513B Simonds Loop | 2.00 | | | |
| San Francisco, CA  94129 | | | | |
| Mary K Austin | Secretary | 0 | | |
| 513B Simonds Loop | 2.00 | | | |
| San Francisco, CA  94129 | | | | |
| Jeff Ubois | Chairman | 0 | | |
| 513B Simonds Loop | 2.00 | | | |
| San Francisco, CA  94129 | | | | |

**2    Compensation of five highest-paid employees (other than those included on line 1—see instructions). If none, enter "NONE."**

| **(a)** Name and address of each employee paid more than $50,000 | **(b)** Title, and average hours per week devoted to position | **(c)** Compensation | **(d)** Contributions to employee benefit plans and deferred compensation | **(e)** Expense account, other allowances |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** number of other employees paid over $50,000. · · · · · · · · · · · · · · · ▶ | | | | |

**Part VIII**  Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors *(continued)*

**3   Five highest-paid independent contractors for professional services (see instructions). If none, enter "NONE".**

| (a) Name and address of each person paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| Morgan Stanley Private Wealth Management | Investment Mgmt | 488,563 |
| 2725 Sand Hill Road Suite 100 Menlo Park, CA  94025 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Total** number of others receiving over $50,000 for professional services.  .  .  .  .  .  .  .  .  .  .  .  .  ▶ | | |

**Part IX-A**  **Summary of Direct Charitable Activities**

| List the foundation's four largest direct charitable activities during the tax year. Include relevant statistical information such as the number of organizations and other beneficiaries served, conferences convened, research papers produced, etc. | Expenses |
|---|---|
| **1** | |
| **2** | |
| **3** | |
| **4** | |

**Part IX-B**  **Summary of Program-Related Investments** (see instructions)

| Describe the two largest program-related investments made by the foundation during the tax year on lines 1 and 2. | Amount |
|---|---|
| **1** | |
| **2** | |
| All other program-related investments. See instructions. **3** | |
| **Total.** Add lines 1 through 3   .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ▶ | |

Form **990-PF** (2019)

A-1843

Case 1:25-cv-10685-WGY Document 90-33 Filed 05/07/25 Page 82 of 91

**Part X   Minimum Investment Return** (All domestic foundations must complete this part. Foreign foundations, see instructions.)

| | | | |
|---|---|---|---:|
| 1 | Fair market value of assets not used (or held for use) directly in carrying out charitable, etc., purposes: | | |
| a | Average monthly fair market value of securities. | 1a | 89,810,767 |
| b | Average of monthly cash balances. | 1b | 10,432,881 |
| c | Fair market value of all other assets (see instructions). | 1c | 0 |
| d | **Total** (add lines 1a, b, and c). | 1d | 100,243,648 |
| e | Reduction claimed for blockage or other factors reported on lines 1a and 1c (attach detailed explanation).    **1e**    0 | | |
| 2 | Acquisition indebtedness applicable to line 1 assets. | 2 | |
| 3 | Subtract line 2 from line 1d. | 3 | 100,243,648 |
| 4 | Cash deemed held for charitable activities. Enter 1 1/2% of line 3 (for greater amount, see instructions). | 4 | 1,503,655 |
| 5 | **Net value of noncharitable-use assets.** Subtract line 4 from line 3. Enter here and on Part V, line 4 | 5 | 98,739,993 |
| 6 | **Minimum investment return.** Enter 5% of line 5. | 6 | 4,937,000 |

**Part XI   Distributable Amount** (see instructions) (Section 4942(j)(3) and (j)(5) private operating foundations and certain foreign organizations check here ▶ ☐ and do not complete this part.)

| | | | |
|---|---|---|---:|
| 1 | Minimum investment return from Part X, line 6. | 1 | 4,937,000 |
| 2a | Tax on investment income for 2019 from Part VI, line 5.    **2a**    219,555 | | |
| b | Income tax for 2019. (This does not include the tax from Part VI.).    **2b** | | |
| c | Add lines 2a and 2b. | 2c | 219,555 |
| 3 | Distributable amount before adjustments. Subtract line 2c from line 1. | 3 | 4,717,445 |
| 4 | Recoveries of amounts treated as qualifying distributions. | 4 | |
| 5 | Add lines 3 and 4. | 5 | 4,717,445 |
| 6 | Deduction from distributable amount (see instructions). | 6 | |
| 7 | **Distributable amount** as adjusted. Subtract line 6 from line 5. Enter here and on Part XIII, line 1. | 7 | 4,717,445 |

**Part XII   Qualifying Distributions** (see instructions)

| | | | |
|---|---|---|---:|
| 1 | Amounts paid (including administrative expenses) to accomplish charitable, etc., purposes: | | |
| a | Expenses, contributions, gifts, etc.—total from Part I, column (d), line 26. | 1a | 19,226,576 |
| b | Program-related investments—total from Part IX-B. | 1b | |
| 2 | Amounts paid to acquire assets used (or held for use) directly in carrying out charitable, etc., purposes. | 2 | |
| 3 | Amounts set aside for specific charitable projects that satisfy the: | | |
| a | Suitability test (prior IRS approval required). | 3a | |
| b | Cash distribution test (attach the required schedule). | 3b | |
| 4 | **Qualifying distributions.** Add lines 1a through 3b. Enter here and on Part V, line 8, and Part XIII, line 4 | 4 | 19,226,576 |
| 5 | Foundations that qualify under section 4940(e) for the reduced rate of tax on net investment income. Enter 1% of Part I, line 27b. See instructions. | 5 | 219,555 |
| 6 | **Adjusted qualifying distributions.** Subtract line 5 from line 4. | 6 | 19,007,021 |

**Note:** The amount on line 6 will be used in Part V, column (b), in subsequent years when calculating whether the foundation qualifies for the section 4940(e) reduction of tax in those years.

A-1844

Case 23-01092, Document 96-53, Filed 07/07/22, Page 100 of 31

**Part XIII**   Undistributed Income (see instructions)

| | (a)<br>Corpus | (b)<br>Years prior to 2018 | (c)<br>2018 | (d)<br>2019 |
|---|---|---|---|---|
| **1** Distributable amount for 2019 from Part XI, line 7 | | | | 4,717,445 |
| **2** Undistributed income, if any, as of the end of 2019: | | | | |
| **a** Enter amount for 2018 only . . . . . . . | | | | |
| **b** Total for prior years:   20___ ,   20___ ,   20___ | | | | |
| **3** Excess distributions carryover, if any, to 2019: | | | | |
| **a** From 2014 . . . . . . | | | | |
| **b** From 2015 . . . . . . | | | | |
| **c** From 2016 . . . . . . | | | | |
| **d** From 2017 . . . . . .    6,640,438 | | | | |
| **e** From 2018 . . . . . . | | | | |
| **f Total** of lines 3a through e . . . . . . . . | 6,640,438 | | | |
| **4** Qualifying distributions for 2019 from Part XII, line 4: ▶ $ _____ 19,226,576 | | | | |
| **a** Applied to 2018, but not more than line 2a | | | | |
| **b** Applied to undistributed income of prior years (Election required—see instructions) . . . . | | | | |
| **c** Treated as distributions out of corpus (Election required—see instructions) . . . . . . . . | 0 | | | |
| **d** Applied to 2019 distributable amount . . . . . | | | | 4,717,445 |
| **e** Remaining amount distributed out of corpus | 14,509,131 | | | |
| **5** Excess distributions carryover applied to 2019. | | | | |
| *(If an amount appears in column (d), the same amount must be shown in column (a).)* | | | | |
| **6** Enter the net total of each column as indicated below: | | | | |
| **a** Corpus. Add lines 3f, 4c, and 4e. Subtract line 5 | 21,149,569 | | | |
| **b** Prior years' undistributed income. Subtract line 4b from line 2b . . . . . . . . . . . | | | | |
| **c** Enter the amount of prior years' undistributed income for which a notice of deficiency has been issued, or on which the section 4942(a) tax has been previously assessed. . . . . . | | | | |
| **d** Subtract line 6c from line 6b. Taxable amount —see instructions . . . . . . . . . . . . . | | | | |
| **e** Undistributed income for 2018. Subtract line 4a from line 2a. Taxable amount—see instructions . . . . . . . . . . . . . . . . | | | | |
| **f** Undistributed income for 2019. Subtract lines 4d and 5 from line 1. This amount must be distributed in 2020 . . . . . . . . . . . | | | | 0 |
| **7** Amounts treated as distributions out of corpus to satisfy requirements imposed by section 170(b)(1)(F) or 4942(g)(3) (Election may be required - see instructions) . . . . . . . . | | | | |
| **8** Excess distributions carryover from 2014 not applied on line 5 or line 7 (see instructions) . . . | | | | |
| **9 Excess distributions carryover to 2020.** Subtract lines 7 and 8 from line 6a . . . . . . . | 21,149,569 | | | |
| **10** Analysis of line 9: | | | | |
| **a** Excess from 2015. . . . | | | | |
| **b** Excess from 2016. . . . | | | | |
| **c** Excess from 2017. . . .    6,640,438 | | | | |
| **d** Excess from 2018. . . . | | | | |
| **e** Excess from 2019. . . .    14,509,131 | | | | |

Form **990-PF** (2019)

A-1845

Page **10**

Case 1:20-cv-04160-JGK-OTW Document 96-59 Filed 07/07/22 Page 15 of 31

**Part XIV** Private Operating Foundations (see instructions and Part VII-A, question 9)

**1a** If the foundation has received a ruling or determination letter that it is a private operating
foundation, and the ruling is effective for 2019, enter the date of the ruling . . . . . . ▶

**b** Check box to indicate whether the organization is a private operating foundation described in section ☐ 4942(j)(3) or ☐ 4942(j)(5)

| | Tax year | | Prior 3 years | | (e) Total |
|---|---|---|---|---|---|
| | **(a)** 2019 | **(b)** 2018 | **(c)** 2017 | **(d)** 2016 | |
| **2a** Enter the lesser of the adjusted net income from Part I or the minimum investment return from Part X for each year listed . . . . . . . . . | | | | | |
| **b** 85% of line 2a . . . . . . . . . | | | | | |
| **c** Qualifying distributions from Part XII, line 4 for each year listed . . . . . | | | | | |
| **d** Amounts included in line 2c not used directly for active conduct of exempt activities . . . . . . . . . . . | | | | | |
| **e** Qualifying distributions made directly for active conduct of exempt activities. Subtract line 2d from line 2c . . . . | | | | | |
| **3** Complete 3a, b, or c for the alternative test relied upon: | | | | | |
| **a** "Assets" alternative test—enter: | | | | | |
| (1) Value of all assets . . . . . . . | | | | | |
| (2) Value of assets qualifying under section 4942(j)(3)(B)(i) | | | | | |
| **b** "Endowment" alternative test— enter 2/3 of minimum investment return shown in Part X, line 6 for each year listed . . | | | | | |
| **c** "Support" alternative test—enter: | | | | | |
| (1) Total support other than gross investment income (interest, dividends, rents, payments on securities loans (section 512(a)(5)), or royalties) . . . . | | | | | |
| (2) Support from general public and 5 or more exempt organizations as provided in section 4942(j)(3)(B)(iii) . . . . | | | | | |
| (3) Largest amount of support from an exempt organization | | | | | |
| (4) Gross investment income | | | | | |

**Part XV** **Supplementary Information (Complete this part only if the foundation had $5,000 or more in assets at any time during the year—see instructions.)**

**1** **Information Regarding Foundation Managers:**

**a** List any managers of the foundation who have contributed more than 2% of the total contributions received by the foundation before the close of any tax year (but only if they have contributed more than $5,000). (See section 507(d)(2).)

See Additional Data Table

**b** List any managers of the foundation who own 10% or more of the stock of a corporation (or an equally large portion of the ownership of a partnership or other entity) of which the foundation has a 10% or greater interest.

**2** **Information Regarding Contribution, Grant, Gift, Loan, Scholarship, etc., Programs:**

Check here ▶ ☑ if the foundation only makes contributions to preselected charitable organizations and does not accept unsolicited requests for funds. If the foundation makes gifts, grants, etc. to individuals or organizations under other conditions, complete items 2a, b, c, and d. See instructions

**a** The name, address, and telephone number or email address of the person to whom applications should be addressed:

**b** The form in which applications should be submitted and information and materials they should include:

**c** Any submission deadlines:

**d** Any restrictions or limitations on awards, such as by geographical areas, charitable fields, kinds of institutions, or other factors:

**Part XV**   Supplementary Information (continued)

**3    Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| Name and address (home or business) | | | | |
| **a** *Paid during the year* | | | | |
| SF Center for the Book 300 De Haro Street 334 San Francisco, CA 94103 | N/A | PC | General Support | 60,000 |
| Fidelity Charitable Gift Fund PO Box 770001 Cincinnati, OH 45277 | N/A | PC | General Support | 19,000,000 |
| | | | | |
| **Total .** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 19,060,000 |
| **b** *Approved for future payment* | | | | |
| **Total .** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3b** | | | | |

A-1847

| **Part XVI-A** | **Analysis of Income-Producing Activities** | | | | | |
|---|---|---|---|---|---|---|
| Enter gross amounts unless otherwise indicated. | | Unrelated business income | | Excluded by section 512, 513, or 514 | | **(e)** Related or exempt function income (See instructions.) |
| | | **(a)** Business code | **(b)** Amount | **(c)** Exclusion code | **(d)** Amount | |
| **1** Program service revenue: | | | | | | |
| **a** _____ | | | | | | |
| **b** _____ | | | | | | |
| **c** _____ | | | | | | |
| **d** _____ | | | | | | |
| **e** _____ | | | | | | |
| **f** _____ | | | | | | |
| **g** Fees and contracts from government agencies | | | | | | |
| **2** Membership dues and assessments. . . . | | | | | | |
| **3** Interest on savings and temporary cash investments . . . . . . . . . . . | | | | 14 | 39,593 | |
| **4** Dividends and interest from securities. . . . | | | | 14 | 2,588,902 | |
| **5** Net rental income or (loss) from real estate: | | | | | | |
| **a** Debt-financed property. . . . . . | | | | | | |
| **b** Not debt-financed property. . . . . | | | | 16 | 261,971 | |
| **6** Net rental income or (loss) from personal property | | | | | | |
| **7** Other investment income. . . . . | | | | | | |
| **8** Gain or (loss) from sales of assets other than inventory . . . . . . . . . . . | | | | 18 | 2,182,768 | |
| **9** Net income or (loss) from special events: | | | | | | |
| **10** Gross profit or (loss) from sales of inventory | | | | | | |
| **11** Other revenue: | | | | | | |
| **a** Return of Capital | | | | | | 20,145 |
| **b** _____ | | | | | | |
| **c** _____ | | | | | | |
| **d** _____ | | | | | | |
| **e** _____ | | | | | | |
| **12** Subtotal. Add columns (b), (d), and (e). . | | | | | 5,073,234 | 20,145 |
| **13** **Total.** Add line 12, columns (b), (d), and (e). · · · · · · · · · · · · · · **13** | | | | | | 5,093,379 |

(See worksheet in line 13 instructions to verify calculations.)

| **Part XVI-B** | **Relationship of Activities to the Accomplishment of Exempt Purposes** |
|---|---|

| Line No. ▼ | Explain below how each activity for which income is reported in column (e) of Part XVI-A contributed importantly to the accomplishment of the foundation's exempt purposes (other than by providing funds for such purposes). (See instructions.) |
|---|---|
| 11a | Return of Investment Capital. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Case 20-13-09-09-09 Claim 50-5/2 Filed 05/01/2 Page 15 of 61

| **Part XVII** | Information Regarding Transfers to and Transactions and Relationships With Noncharitable Exempt Organizations |
|---|---|

| | | **Yes** | **No** |
|---|---|---|---|
| **1** Did the organization directly or indirectly engage in any of the following with any other organization described in section 501 (c) (other than section 501(c)(3) organizations) or in section 527, relating to political organizations? | | | |
| **a** Transfers from the reporting foundation to a noncharitable exempt organization of: | | | |
| **(1)** Cash. | 1a(1) | | No |
| **(2)** Other assets. | 1a(2) | | No |
| **b** Other transactions: | | | |
| **(1)** Sales of assets to a noncharitable exempt organization. | 1b(1) | | No |
| **(2)** Purchases of assets from a noncharitable exempt organization. | 1b(2) | | No |
| **(3)** Rental of facilities, equipment, or other assets. | 1b(3) | | No |
| **(4)** Reimbursement arrangements. | 1b(4) | | No |
| **(5)** Loans or loan guarantees. | 1b(5) | | No |
| **(6)** Performance of services or membership or fundraising solicitations. | 1b(6) | | No |
| **c** Sharing of facilities, equipment, mailing lists, other assets, or paid employees. | 1c | | No |

**d** If the answer to any of the above is "Yes," complete the following schedule. Column **(b)** should always show the fair market value of the goods, other assets, or services given by the reporting foundation. If the foundation received less than fair market value in any transaction or sharing arrangement, show in column **(d)** the value of the goods, other assets, or services received.

| **(a)** Line No. | **(b)** Amount involved | **(c)** Name of noncharitable exempt organization | **(d)** Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**2a** Is the foundation directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) (other than section 501(c)(3)) or in section 527? . . . . . . . . . . . ☐ Yes ☑ No

**b** If "Yes," complete the following schedule.

| **(a)** Name of organization | **(b)** Type of organization | **(c)** Description of relationship |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | |
|---|---|---|
| **Sign Here** ▶ | ****** | 2020-11-13 | ****** | May the IRS discuss this return with the preparer shown below (see instr.) ☐ Yes ☑ No |
| | Signature of officer or trustee | Date | Title | |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's Signature | Date | Check if self-employed ▶ ☐ | PTIN P01471027 |
|---|---|---|---|---|---|
| | Michael Fontanello | | | | |
| | Firm's name ▶ Fontanello Duffield & Otake LLP | | | | Firm's EIN ▶ 37-1420474 |
| | Firm's address ▶ 44 Montgomery Street Suite 1305 | | | | |
| | San Francisco, CA 94104 | | | | Phone no. (415) 983-0200 |

**Form 990PF Part XV Line 1a - List any managers of the foundation who have contributed more than 2% of the total contributions received by the foundation before the close of any tax year (but only if they have contributed more than $5,000).**

| |
|---|
| Brewster L Kahle |
| Mary K Austin |

Case 3:20-cv-xxxxx-SK Document 69-1, 12/15/2023, 3598437, Page88 of 150

A-1850

Case 1:20-cv-04160-JGK-OTW Document 96-53 Filed 07/07/22 Page 46 of 31
Case 1:20-cv-04160, Document 89-1, 12/15/2023, 3598437, Page89 of 150

**Name:** KahleAustin Foundation

**EIN:** 91-1816164

**Software ID:** 19009920

**Software Version:** 2019v5.0

| Category | Amount | Net Investment Income | Adjusted Net Income | Disbursements for Charitable Purposes |
|---|---|---|---|---|
| Audit | 7,500 | 0 | 0 | 7,500 |
| Tax Preparation | 7,480 | 0 | 0 | 7,480 |

A-1851

Case 2:23-cv-00100-DCN Document 69 Filed 07/07/23 Page 90 of 31

## TY 2019 Investments Corporate Bonds Schedule

**Name:** KahleAustin Foundation

**EIN:** 91-1816164

**Software ID:** 19009920

**Software Version:** 2019v5.0

**Investments Corporate Bonds Schedule**

| Name of Bond | End of Year Book Value | End of Year Fair Market Value |
|---|---:|---:|
| Accrued Interest | 224,462 | 224,462 |
| Johnson & Johnson 1.650% 3/1/2021 | 999,610 | 999,610 |
| Oracle Co 2.50% 5/15/2022 | 506,565 | 506,565 |
| Merck & Co 1.850% 2/10/2020 | 1,499,625 | 1,499,625 |
| Apple Inc 2.000% 5/6/2020 | 900,657 | 900,657 |
| Walmart 3.625% 7/8/2020 | 706,202 | 706,202 |
| Berksh Hath 4.250% 1/15/2021 | 512,620 | 512,620 |
| Open Library of San Francisco Bonds | 740,919 | 740,919 |
| Wells Fargo 2.625% 7/22/2022 | 507,470 | 507,470 |
| Wells Fargo 2.400% 1/15/2020 | 700,105 | 700,105 |
| Bank of NY Mellon 2.150% 2/24/2020 | 1,000,080 | 1,000,080 |
| General Motors Fin 2.650% 4/13/2020 | 500,620 | 500,620 |
| IBM 1.625% 5/15/2020 | 999,680 | 999,680 |
| American Express Credit 2.375% 5/26/2020 | 700,847 | 700,847 |
| Citibank 2.100% 6/12/2020 | 500,245 | 500,245 |
| JP Morgan 2.750% 6/23/2020 | 501,440 | 501,440 |
| JP Morgan 4.250% 10/15/2020 | 1,017,770 | 1,017,770 |
| Procter & Gamble Co 1.90% 10/23/2020 | 1,000,860 | 1,000,860 |
| Coca-Cola Co 1.875% 10/27/2020 | 500,175 | 500,175 |
| American Express 2.200% 10/30/2020 | 801,648 | 801,648 |

| Name of Bond | End of Year Book Value | End of Year Fair Market Value |
|---|---|---|
| Wells Fargo 2.500% 3/4/2021 | 302,157 | 302,157 |
| UnitedHlth 2.125% 3/15/2021 | 1,003,460 | 1,003,460 |
| Tor.-Dom. Bank 1.800% 7/13/2021 | 300,210 | 300,210 |
| Microsoft 1.550% 8/8/2021 | 998,680 | 998,680 |
| Boeing Co 8.750% 8/15/2021 | 664,446 | 664,446 |
| 3M Co 1.625% 9/19/21 | 498,890 | 498,890 |
| Intel Corp 3.300% 10/1/2021 | 411,076 | 411,076 |
| TWDC Enterprises 1.95% 3/4/2020 | 999,970 | 999,970 |
| Abbive Inc 2.5% 5/14/2020 | 1,001,500 | 1,001,500 |
| Qualcomm Inc 2.25% 5/20/2020 | 1,201,320 | 1,201,320 |
| IBM Credit LLC 3.45% 11/30/2020 | 507,720 | 507,720 |
| Merck & Co 3.875% 1/15/2021 | 509,430 | 509,430 |
| Cisco Sys 2.20% 2/28/2021 | 704,095 | 704,095 |
| American Express Credit 2.25% 5/5/2021 | 1,004,820 | 1,004,820 |
| Intel Corp 1.70% 5/19/2021 | 499,705 | 499,705 |
| Walmart 3.125% 6/23/2021 | 612,828 | 612,828 |
| Oracle Co 2.80% 7/8/2021 | 507,645 | 507,645 |
| Comcast Corp 3.45% 10/1/2021 | 514,690 | 514,690 |
| Comcast Corp 1.625% 1/15/2022 | 997,520 | 997,520 |
| McDonalds Corp 2.625% 1/15/2022 | 1,014,400 | 1,014,400 |

A-1853

Case 1:20-cv-04160-JGK-OTW   Document 96-53   Filed 07/07/22   Page 19 of 31

Case 23-1260, Document 69-1, 12/15/2023, 3600447, Page120 of 150

| Name of Bond | End of Year Book Value | End of Year Fair Market Value |
|---|---:|---:|
| Microsoft 2.375% 2/12/2022 | 1,013,610 | 1,013,610 |
| Amgen Inc 2.70% 5/1/2022 | 1,013,510 | 1,013,510 |
| Procter & Gamble Co 2.15% 8/11/2022 | 505,770 | 505,770 |
| Gilead Science 3.25% 9/1/2022 | 1,033,680 | 1,033,680 |
| Walmart 2.35% 12/15/2022 | 1,017,500 | 1,017,500 |

A-1854

# TY 2019 Investments Corporate Stock Schedule

**Name:** KahleAustin Foundation

**EIN:** 91-1816164

**Software ID:** 19009920

**Software Version:** 2019v5.0

**Investments Corporation Stock Schedule**

| Name of Stock | End of Year Book Value | End of Year Fair Market Value |
|---|---:|---:|
| Pfizer Incorporated, 29,403 Sh | 1,152,010 | 1,152,010 |
| Berkshire Hathaway CL B, 15,400 Sh | 3,488,100 | 3,488,100 |
| Visa Inc, 15,300 Sh | 2,874,870 | 2,874,870 |
| Alphabet Inc CL C, 2,000 Sh | 2,674,040 | 2,674,040 |
| Open Library of San Francisco Stocks | 2,265,257 | 2,265,257 |
| Bristol Myers Squibb, 44,300 Sh | 2,843,617 | 2,843,617 |
| Merck & Co, 31,700 Sh | 2,883,115 | 2,883,115 |
| Citiroup Inc, 40,800 Sh | 3,259,512 | 3,259,512 |
| Walt Disney Co, 23,200 Sh | 3,355,416 | 3,355,416 |
| Amgen Inc, 8,400 Sh | 2,024,988 | 2,024,988 |
| Coca-Cola Co, 18,000 Sh | 996,300 | 996,300 |
| Docusign Inc, 4,977 Sh | 368,845 | 368,845 |
| EBay Inc, 20,513 Sh | 740,724 | 740,724 |
| General Electric Co, 143,200 Sh | 1,598,112 | 1,598,112 |
| Gilead Science, 23,100 Sh | 1,501,038 | 1,501,038 |
| Intel Corp, 31,700 Sh | 1,897,245 | 1,897,245 |
| JP Morgan Chase & Co, 11,500 Sh | 1,603,100 | 1,603,100 |
| Salesforce.com Inc, 8,500 Sh | 1,382,440 | 1,382,440 |
| Uber Technologies Inc, 41,000 Sh | 1,219,340 | 1,219,340 |
| ViacomCBS Inc, 31,000 Sh | 1,301,070 | 1,301,070 |
| Wells Fargo & Co, 34,000 Sh | 1,829,200 | 1,829,200 |

Case 23-1260, Document 69-1, 12/15/2023, 3598437, Page94 of 150

# TY 2019 Investments - Other Schedule

**Name:** KahleAustin Foundation

**EIN:** 91-1816164

**Software ID:** 19009920

**Software Version:** 2019v5.0

**Investments Other Schedule 2**

| Category/ Item | Listed at Cost or FMV | Book Value | End of Year Fair Market Value |
|---|---|---|---|
| Open Library of San Francisco | FMV | 7,290,484 | 7,290,484 |
| Private Equity Investment | FMV | 100,000 | 100,000 |
| iShares MSCI ACWI ETF, 110,800 Sh | FMV | 8,780,900 | 8,780,900 |
| iShares MSCI Emerg Mkts ETF, 86,500 Sh | FMV | 3,881,255 | 3,881,255 |
| iShares MSCI Japan, 57,000 Sh | FMV | 3,376,680 | 3,376,680 |
| Vanguard Europe ETF, 52,200 Sh | FMV | 3,058,920 | 3,058,920 |
| Vanguard Intl Equity, 76,700 Sh | FMV | 4,122,625 | 4,122,625 |
| MS Alternatives | FMV | 2,301,986 | 2,301,986 |

Case 4:20-cv-04160-JGK-OTW Document 96-53 Filed 07/01/22 Page 22 of 31
Case 1:20-cv-04160-JGK-OTW Document 69-1, 12/15/2023, 3598437, Page95 of 150

**TY 2019 Legal Fees Schedule**

**Name:** KahleAustin Foundation

**EIN:** 91-1816164

**Software ID:** 19009920

**Software Version:** 2019v5.0

| Category | Amount | Net Investment Income | Adjusted Net Income | Disbursements for Charitable Purposes |
|---|---|---|---|---|
| Legal Fees | 586 | 0 | 0 | 586 |

A-1857

Case 1:20-cv-04160-JGK-OTW   Document 96-52   Filed 07/07/22   Page96 of 150

## TY 2019 Other Assets Schedule

**Name:** KahleAustin Foundation

**EIN:** 91-1816164

**Software ID:** 19009920

**Software Version:** 2019v5.0

**Other Assets Schedule**

| Description | Beginning of Year - Book Value | End of Year - Book Value | End of Year - Fair Market Value |
|---|---|---|---|
| PRI-RVLLC | 51,974 | 31,391 | 31,391 |

A-1858

Case 4:23-cv-12806-DPH-JCK ECF No. 69-1, 12/15/2023, 3698487, Page 24 of 151

**Name:** KahleAustin Foundation

**EIN:** 91-1816164

**Software ID:** 19009920

**Software Version:** 2019v5.0

**Other Expenses Schedule**

| Description | Revenue and Expenses per Books | Net Investment Income | Adjusted Net Income | Disbursements for Charitable Purposes |
|---|---|---|---|---|
| Direct Charitable Activity | 18,769 | | | 18,769 |
| Dues & Subscriptions | 533 | | | 533 |
| Filing Fees | 160 | | | 160 |
| Licenses | 635 | | | 635 |
| Miscellaneous Expenses | 8,334 | | | 8,334 |
| Payroll Fees | 1,541 | | | 1,541 |
| Rental Expenses | 101,872 | | | 101,872 |

A-1859

Case 1:20-cv-01195-JGK-OTW Document 90-52 Filed 07/07/22 Page 98 of 150

# TY 2019 Other Income Schedule

**Name:** KahleAustin Foundation

**EIN:** 91-1816164

**Software ID:** 19009920

**Software Version:** 2019v5.0

## Other Income Schedule

| Description | Revenue And Expenses Per Books | Net Investment Income | Adjusted Net Income |
|---|---|---|---|
| Rental Income - Noninvestment Property | 363,843 | | |
| Return of Capital | 20,145 | | |

A-1860

Case 1:20-cv-04160-JGK-OTW Document 96-53 Filed 07/07/22 Page 26 of 31
Case 1:20-cv-04160-JGK-OTW, 12/15/2023, 3598437, Page99 of 150

**Name:** KahleAustin Foundation

**EIN:** 91-1816164

**Software ID:** 19009920

**Software Version:** 2019v5.0

| Category | Amount | Net Investment Income | Adjusted Net Income | Disbursements for Charitable Purposes |
|---|---|---|---|---|
| Investment Management Fees | 488,563 | 488,563 | 0 | 0 |

A-1861

Case 1:20-cv-04160-JGK-OTW Document 96-53 Filed 07/07/22 Page 27 of 31

Case 1:20-cv-04160, Document 89-1, 12/15/2023, 3598437, Page100 of 150

**Name:** KahleAustin Foundation

**EIN:** 91-1816164

**Software ID:** 19009920

**Software Version:** 2019v5.0

| Category | Amount | Net Investment Income | Adjusted Net Income | Disbursements for Charitable Purposes |
|---|---|---|---|---|
| Excise Taxes | 133,540 | | | |

A-1862

# Schedule B

**(Form 990, 990-EZ, or 990-PF)**

Department of the Treasury
Internal Revenue Service

## Schedule of Contributors

▶ Attach to Form 990, 990-EZ, or 990-PF.
▶ Go to *www.irs.gov/Form990* for the latest information.

OMB No. 1545-0047

**2019**

| Name of the organization<br>KahleAustin Foundation | Employer identification number<br>91-1816164 |

**Organization type** (check one):

| Filers of: | Section: |
|---|---|
| Form 990 or 990-EZ | ☐ 501(c)( ) (enter number) organization |
| | ☐ 4947(a)(1) nonexempt charitable trust **not** treated as a private foundation |
| | ☐ 527 political organization |
| Form 990-PF | ☑ 501(c)(3) exempt private foundation |
| | ☐ 4947(a)(1) nonexempt charitable trust treated as a private foundation |
| | ☐ 501(c)(3) taxable private foundation |

Check if your organization is covered by the **General Rule** or a **Special Rule.**
**Note:** Only a section 501(c)(7), (8), or (10) organization can check boxes for both the General Rule and a Special Rule. See instructions.

**General Rule**

☑ For an organization filing Form 990, 990-EZ, or 990-PF that received, during the year, contributions totaling $5,000 or more (in money or other property) from any one contributor. Complete Parts I and II. See instructions for determining a contributor's total contributions.

**Special Rules**

☐ For an organization described in section 501(c)(3) filing Form 990 or 990-EZ that met the $33^{1}/3\%$ support test of the regulations under sections 509(a)(1) and 170(b)(1)(A)(vi), that checked Schedule A (Form 990 or 990-EZ), Part II, line 13, 16a, or 16b, and that received from any one contributor, during the year, total contributions of the greater of **(1)** $5,000 or **(2)** 2% of the amount on (i) Form 990, Part VIII, line 1h, or (ii) Form 990-EZ, line 1. Complete Parts I and II.

☐ For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, total contributions of more than $1,000 *exclusively* for religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals. Complete Parts I, II, and III.

☐ For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, contributions *exclusively* for religious, charitable, etc., purposes, but no such contributions totaled more than $1,000. If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc., purpose. Don't complete any of the parts unless the **General Rule** applies to this organization because it received *nonexclusively* religious, charitable, etc., contributions totaling $5,000 or more during the year . . . . . . . . . . ▶ $ _____

**Caution:** An organization that isn't covered by the General Rule and/or the Special Rules doesn't file Schedule B (Form 990, 990-EZ, or 990-PF), but it **must** answer "No" on Part IV, line 2, of its Form 990; or check the box on line H of its Form 990-EZ or on its Form 990PF, Part I, line 2, to certify that it doesn't meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF).

**For Paperwork Reduction Act Notice, see the Instructions for Form 990, 990-EZ, or 990-PF.**
Cat. No. 30613X
**Schedule B (Form 990, 990-EZ, or 990-PF) (2019)**

A-1863

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)
Page **2**

| Name of organization | Employer identification number |
|---|---|
| KahleAustin Foundation | 91-1816164 |

## Part I Contributors

**Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | Lurton Trust<br>513B Simonds Loop<br><br>San Francisco, CA 94129 | $ 21,298 | ☑ Person<br>☐ Payroll<br>☐ Noncash<br><br>(Complete Part II for noncash contributions.) |
| 2 | Kahle Austin Revocable Trust<br>513B Simonds Loop<br><br>San Francisco, CA 94129 | $ 17,567,545 | ☐ Person<br>☐ Payroll<br>☑ Noncash<br><br>(Complete Part II for noncash contributions.) |
| . | | $ | ☐ Person<br>☐ Payroll<br>☐ Noncash<br><br>(Complete Part II for noncash contributions.) |
| . | | $ | ☐ Person<br>☐ Payroll<br>☐ Noncash<br><br>(Complete Part II for noncash contributions.) |
| . | | $ | ☐ Person<br>☐ Payroll<br>☐ Noncash<br><br>(Complete Part II for noncash contributions.) |
| . | | $ | ☐ Person<br>☐ Payroll<br>☐ Noncash<br><br>(Complete Part II for noncash contributions.) |

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)

Case 23-11021, Document 60-1, 12/18/2023, 3584970, Page 80 of 150

| Name of organization | Employer identification number |
|---|---|
| KahleAustin Foundation | 91-1816164 |

| **Part II** | **Noncash Property** | | |
|---|---|---|---|

(see instructions). Use duplicate copies of Part II if additional space is needed.

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions) | (d) Date received |
|---|---|---|---|
| 2 | Amazon Stock | $ 17,567,545 | 2019-01-01 |
| - | | $ | |
| - | | $ | |
| - | | $ | |
| - | | $ | |
| - | | $ | |

A-1865

Case 23-12601 Doc 59-1 12/18/2023 Filed 07/07/22 Page 315 of 31

| Name of organization | Employer identification number |
|---|---|
| KahleAustin Foundation | 91-1816164 |

**Part III** | *Exclusively* religious, charitable, etc., contributions to organizations described in section 501(c)(7), (8), or (10) that total more than $1,000 for the year from any one contributor. Complete columns **(a)** through **(e) and** the following line entry. For organizations completing Part III, enter the total of *exclusively* religious, charitable, etc., contributions of **$1,000 or less** for the year. (Enter this information once. See instructions.) ▶ $ _____

Use duplicate copies of Part III if additional space is needed.

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |
| | **(e) Transfer of gift** | | |
| | Transferee's name, address, and ZIP 4 | | Relationship of transferor to transferee |
| | | | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |
| | **(e) Transfer of gift** | | |
| | Transferee's name, address, and ZIP 4 | | Relationship of transferor to transferee |
| | | | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |
| | **(e) Transfer of gift** | | |
| | Transferee's name, address, and ZIP 4 | | Relationship of transferor to transferee |
| | | | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |
| | **(e) Transfer of gift** | | |
| | Transferee's name, address, and ZIP 4 | | Relationship of transferor to transferee |
| | | | |

A-1866

# McNamara Declaration
# Exhibit 45

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4

5    HACHETTE BOOK GROUP, INC.,

     HARPERCOLLINS PUBLISHERS LLC,

6    JOHN WILEY & SONS, INC., and

     PENGUIN RANDOM HOUSE LLC,

7

                  Plaintiffs,

8

          vs.                    No. 1:20-cv-04160-JGK

9

     INTERNET ARCHIVE and DOES 1

10   through 5, inclusive,

11                Defendants.

     _____/

12

13

14

15        VIDEOTAPED RULE 30(b)(6) AND PERSONAL

16          DEPOSITION OF JACQUES CRESSATY

17             Remote Zoom Proceedings

18             San Francisco, California

19             Friday, October 22, 2021

20

21

22

23   REPORTED BY:

24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25   Pages 1 - 276                    Job No. 4857811

Page 37

1    person?

2          A.  I am not.

3          Q.  Are you currently on -- are you currently an

4    officer of any corporation other than Internet Archive?

5          A.  I am not.

6          Q.  Have you been an officer of any corporation

7    other than Internet Archive?

8          A.  Yes.

9          Q.  Which ones?

10         A.  I was the secretary for Television Archive.

11         Q.  And is the Television Archive now known as Open

12   Library of Richmond?

13         A.  That is correct.

14         Q.  Okay.  And we're going to come back to this, but

15   I just want to get a complete list.

16             Are you a -- or were you an officer of any other

17   entities apart from Open Library of Richmond and Internet

18   Archive?

19         A.  Yes, I was.  I wish I had a list.

20         Q.  I might be able to help you out.

21             How about Better World Libraries?

22         A.  Yes, I was.

23         Q.  And you were the secretary of that organization;

24   correct?

25         A.  I was, yes.

1      Q.  And going back to Open Library of Richmond, you

2  were the secretary of that organization; right?

3      A.  That is correct.

4      Q.  How about the Kahle-Austin Foundation?

5      A.  I was acting secretary.

6      Q.  When were you acting secretary?

7      A.  From -- I don't recall when I started, but until

8  the end.  Let me -- let me explain why I'm acting

9  secretary.

10      Q.  Please do.

11      A.  The Kahle-Austin Foundation board is

12  Brewster Kahle and Mary Austin and Jeffrey Ubois, and as

13  a volunteer, because I was not paid, I volunteered my

14  service to take minutes of board meetings.

15      Q.  All right.

16      A.  So I was not the secretary.  I would take the

17  minutes, and then the secretary, who is Mary Austin,

18  would sign -- would review the minutes and sign them.

19      Q.  Understood.

20      A.  So my job was clerical, basically.

21      Q.  Understood.

22      How about the Open Library of Canada?  Are you

23  an officer for that entity?

24      A.  Open Library of Canada?  I'm -- Open Library of

25  Canada?  I am not, no.

1    Q.  How about --

2    A.  I'm -- Open Library of Canada, I'm, again,

3  acting -- acting secretary.

4    Q.  Great.

5        And so you provide clerical services for the

6  company as an acting secretary?

7    A.  Correct.

8    Q.  How about Open Library of Pennsylvania LLC?  Do

9  you have any involvement with that entity?

10    A.  I do.  I was one of the managers.

11    Q.  And -- were you a member or a manager?

12    A.  No, I was a manager.

13    Q.  I'm looking down my list.  Any other entities

14  affiliated with Brewster Kahle or Internet Archive other

15  than the ones we've just discussed?

16    A.  I'm sure there's more.

17    Q.  Okay.  I might revisit this, but I want just to

18  go back through some of these companies.

19    A.  Okay.

20    Q.  You mentioned -- we were talking about the Open

21  Library of Richmond before.  What does the Open Library

22  of Richmond do?

23        MS. LANIER:  Objection.  Scope.

24    Q.  BY MR. BROWNING:  You can answer as a personal

25  witness.

1     A.   What do they do?  They're 501(c)(3), public

2  charity, and they make grants.

3     Q.   What kind of grants?

4         MS. LANIER:  Objection.  Scope.

5     Q.  BY MR. BROWNING:  You can answer.

6     A.   They make grants to other nonprofits.

7     Q.   And would Internet Archive be one of those

8  nonprofits?

9         MS. LANIER:  Objection.  Scope.

10     Q.  BY MR. BROWNING:  You can answer.

11     A.   Yes.

12     Q.   Okay.  How about Better World Libraries?  What

13  does Better World Libraries do?

14         MS. LANIER:  Objection.  Scope.

15         MR. BROWNING:  For the record, you know, he's an

16  officer of this country -- country -- company.

17     Q.   And you can answer in your capacity as such.

18         MS. LANIER:  I'm just trying to make the record

19  clear, Jack, that any answers he gives to your questions

20  here would be in his capacity with respect to his

21  personal knowledge, so --

22         MR. BROWNING:  That's fine, so I'll use that as

23  a shorthand for next time.

24         THE WITNESS:  Better World Libraries, I was --

25  what do they do?

Page 41

1    Q.  BY MR. BROWNING:  What do they do?

2    A.  Better World Library owns stock in Better World

3  Books.

4    Q.  What is Better World Books?

5         MS. LANIER:  Objection.  Scope.

6         THE WITNESS:  Better World Books is a book

7  retailer.

8    Q.  BY MR. BROWNING:  Okay.  And does Better World

9  Libraries own Better World Books?

10        MS. LANIER:  Objection.  Scope.

11        THE WITNESS:  They own the stock.

12   Q.  BY MR. BROWNING:  Do they own all the stock?

13   A.  Yes.

14        MS. LANIER:  Objection.  Scope.

15   Q.  BY MR. BROWNING:  Great.

16        And the Kahle-Austin Foundation, what does that

17  do?

18        MS. LANIER:  Objection.  Scope.

19        THE WITNESS:  Kahle-Austin Foundation is a

20  family foundation, and they make grants.

21   Q.  BY MR. BROWNING:  And actually, I'm going to

22  loop in Open Library of Richmond here, and you can tell

23  me if it's different, but where does Open Library of

24  Richmond and the Kahle-Austin Foundation get their money

25  from?

1        MS. LANIER:  Objection.  Scope.

2        THE WITNESS:  Well, the Kahle-Austin Foundation

3  is funded by Brewster Kahle.

4      Q.  BY MR. BROWNING:  From his personal finances?

5      A.  Yes.

6        MS. LANIER:  Objection.  Scope.

7      Q.  BY MR. BROWNING:  I'm sorry.  I believe the

8  answer was "yes"; is that correct?

9      A.  That is correct.

10     Q.  And how about Open Library of Richmond, does

11  Brewster Kahle fund the Open Library of Richmond from his

12  personal finances?

13        MS. LANIER:  Objection.  Scope.

14        THE WITNESS:  I believe he does.

15     Q.  BY MR. BROWNING:  Great.

16        And the Open Library of Canada, what does the

17  Open Library of Canada do?

18        MS. LANIER:  Objection.  Scope.

19        THE WITNESS:  Open Library of Canada makes

20  grants.

21     Q.  BY MR. BROWNING:  All right.  And the Open

22  Library of Pennsylvania, what does it do?

23        MS. LANIER:  Objection.  Scope.

24        THE WITNESS:  Open Library of Pennsylvania is an

25  LLC, and the sole member is Open Library of Richmond, and

1  they own an office building in Fort Washington,

2  Pennsylvania.

3      Q.  BY MR. BROWNING:  And I'm asking this to you in

4  your personal capacity as an officer of all -- of these

5  companies.  Why does Internet Archive -- strike that.

6          I am asking you this question in your capacity

7  as an officer of all these companies.  Why is it

8  necessary for all of these entities to exist?

9          MS. LANIER:  Objection.  Vague.

10     Q.  BY MR. BROWNING:  You can answer.

11         MS. LANIER:  Vague as to "necessary."

12         THE WITNESS:  I really don't know.

13     Q.  BY MR. BROWNING:  So all of the companies we

14  have just talked about are related to Internet Archive;

15  is that correct?

16         MS. LANIER:  Objection.  Scope.

17         THE WITNESS:  No, they're not.

18     Q.  BY MR. BROWNING:  But all of the entities we

19  have just discussed have a link to Brewster Kahle and the

20  Internet Archive project, written more broadly; is that

21  correct?

22         MS. LANIER:  Objection.  Scope.

23         THE WITNESS:  They have a link to Brewster

24  Kahle, yes.

25     Q.  BY MR. BROWNING:  So I'm trying to understand

Page 44

1   why it is necessary for all of these linked companies to

2   exist.  What is the purpose?

3           MS. LANIER:  Objection.  Scope, vague.

4           THE WITNESS:  I cannot tell you.  This is a

5   question for Brewster Kahle.

6       Q.  BY MR. BROWNING:  Do you have -- do you have an

7   opinion?

8       A.  I just follow orders.

9       Q.  So Brewster made the decision to create all of

10  these entities; right?

11      A.  Yes, he did.

12          MS. LANIER:  Objection.  Scope.

13      Q.  BY MR. BROWNING:  Great.

14          And you just do what Brewster tells you with

15  respect to these entities?

16          MS. LANIER:  Objection.  Scope, mischaracterizes

17  previous testimony.

18      Q.  BY MR. BROWNING:  You can answer.

19      A.  Yes, that is correct.

20      Q.  Okay.  And as we go through today, if you

21  remember any other entities that you are an officer of --

22  or I'm sorry.  Strike that.

23          If you recall any other entities related to

24  Brewster Kahle that you were an officer of, please let me

25  know.  I know sometimes things come up, and I'd

Page 45

1    appreciate -- I'll probably ask you at the end.

2         A.  Yeah, I remember a couple of them.

3         Q.  Oh, please tell me.

4         A.  There's the Open Library of San Francisco LLC.

5         Q.  Okay.  Any others?

6         A.  The sole member is the Kahle-Austin Foundation.

7         Q.  And what does that entity do, the Open Library

8    of San Francisco?

9         A.  It owns --

10             MS. LANIER:  Objection.  Scope.

11             THE WITNESS:  It owns the -- our headquarter at

12   300 Funston.

13        Q.  BY MR. BROWNING:  And you are a secretary -- or

14   you were a secretary of that entity; is that correct?

15        A.  I was.

16        Q.  And any other entities?

17        A.  No, I was not a secretary.  It's an LLC.  I was

18   a manager.

19        Q.  Thank you for clarifying.

20             Any other entities?

21        A.  Yes.  I'm trying to think of the name.  The

22   Foundation House.

23        Q.  Foundation House?

24        A.  LLC.

25        Q.  What is that?

```
 1              MS. LANIER:  Objection.  Scope.
 2              THE WITNESS:  The LLC owns an apartment building
 3      located at 19th Avenue in San Francisco and Clement
 4      Street.  It's an apartment building with 11 units and
 5      garages.
 6         Q.  BY MR. BROWNING:  Okay.  And are you a member of
 7      that LLC -- or were you -- sorry.  Go ahead.
 8         A.  I was a manager.
 9         Q.  All right.  Any other entities?
10         A.  Open Library of Western Pennsylvania LLC.  Sole
11      member is the Kahle-Austin -- sole member is the Open
12      Library of Richmond.
13         Q.  And are you a manager of that -- or were you a
14      manager of that LLC?
15         A.  I was.
16         Q.  And what does the Open Library of Western
17      Pennsylvania do?
18              MS. LANIER:  Objection.  Scope.
19              THE WITNESS:  It -- it holds a warehouse.
20         Q.  BY MR. BROWNING:  What's in that warehouse?
21              MS. LANIER:  Objection.  Scope.
22              THE WITNESS:  Physical collections.
23         Q.  BY MR. BROWNING:  Collections of what?
24              MS. LANIER:  Objection.  Scope.
25              THE WITNESS:  Books, records.  I think mostly
```

Page 47

1   books.  I am not 100 percent sure.

2       Q.  BY MR. BROWNING:  Understood.

3           Any other entities come to mind?

4       A.  Not that I can think of right now.

5       Q.  So we are going to -- actually, I have one more

6   question on this front.

7           When you retired earlier this year, did you

8   retire from your position as an officer of all of the

9   companies we have just discussed?

10      A.  Yes and no.

11      Q.  So which companies yes, and which companies no?

12      A.  I did -- I did retire from all of the companies,

13  but some of them it was prior to my retirement.

14      Q.  Understood.

15          But you are now currently retired from all of

16  these companies?

17      A.  That is correct.

18      Q.  Great.

19          And for all of these companies, were your duties

20  clerical?

21      A.  Could you define that?

22      Q.  Sure.

23          When we were discussing your role as secretary

24  of Internet Archive previously, you said your duties were

25  clerical in nature.  Were -- did you have similar duties

1      A.  I don't know what the IRS considers a related

2   organization, but I've -- I would think it's money that

3   we receive from other nonprofit that are within the

4   sphere of the -- what I call the Khale-Austin Empire.

5      Q.  That's a helpful definition, Mr. Cressaty.

6          So the Khale-Austin Empire, as you've defined

7   it, are all of the entities related to Internet Archive

8   or Brewster Kahle.  Is that a fair definition?

9          MS. LANIER:  Objection.

10          THE WITNESS:  No, not -- not related to -- could

11   you repeat that?

12      Q.  BY MR. BROWNING:  Sure.

13          I'm just trying -- so you mentioned the

14   Khale-Austin Empire, and I'm just trying to be precise

15   because there are so many entities floating about.

16          Let's try it this way:  Is it fair to say that

17   the Khale-Austin Empire includes all the companies we

18   discussed prior for which you were an officer?

19      A.  Except the Kahle-Austin Foundation.  I'm not an

20   officer of the Kahle-Austin Foundation.

21      Q.  Yes.

22          So those entities plus the Kahle-Austin

23   Foundation would be part of the Khale-Austin Empire; is

24   that correct?

25      A.  Yeah, that's -- the Khale-Austin Empire is my --

Page 61

1    is my definition of it.

2         Q.   Understood.

3              And so I think I can help you out with related

4    entities.  If we scroll down to Schedule R -- and I'll

5    get you a page number in a second, but it's towards the

6    back.  It is page 43, Schedule R.

7              And let me know when you're there.

8         A.   Forty-three, did you say?

9         Q.   Yes.  And it's Schedule R in the top left-hand

10   corner.

11        A.   Yep, I'm there.

12        Q.   It says next to that, "Related Organization and

13   Unrelated Partnerships."

14             Do you see that?

15        A.   Yeah.

16        Q.   Okay.  We're going to go down a couple more

17   pages, to page 45, the heading "Transactions With Related

18   Organizations."

19        A.   Yes.

20        Q.   Okay.  And do you see at the bottom there are

21   two related organizations named -- or one related

22   organization named twice, Open Library of Richmond, Inc.?

23             Do you see that?

24        A.   I do.

25        Q.   And on that top entry, it says, "Open Library of

1  Richmond, Inc."  Then next to that, it says, "Transaction

2  type C."  And if you look up, transaction type C is

3  defined as, "Gift, grant or capital contribution from

4  related organizations."

5       Do you see that?

6       A.  I do.

7       Q.  And then next to "Transactions type," it says,

8  "Amount involved:  $4,840,000."

9       Do you see that?

10      A.  I do.

11      Q.  Would you agree with me that this document

12 indicates that Open Library of Richmond paid Internet

13 Archive $4,840,000 in 2016?

14      A.  Yeah.  As a grant, yes.

15      Q.  Great.

16      Do you know where that money came from -- or

17 originated?

18      MS. LANIER:  Objection.  Scope.

19      THE WITNESS:  I -- I don't know for sure,

20 because -- well, let me explain something.

21      Q.  BY MR. BROWNING:  Please do.

22      A.  Brewster Kahle would donate funds to support

23 Internet Archive, and he would use various ways of

24 channeling these funds.  And I am not privy to how these

25 were channeled.  I'm not privy to how he channeled -- you

Page 78

1    company for that?

2        A.  That's correct.

3        Q.  And miscellaneous $5,000, I'm just curious --

4    curious to know where that $5,000 came from.

5        A.  I have no idea.

6        Q.  It seems like it wasn't a big part of your

7    revenue, so I'll let you off the hook.

8            Can we go to the next page, page 10?  And this

9    is the Statement of Functional Expenses.

10           Let me know when you're there.

11       A.  I'm there.

12       Q.  And correct me if I'm wrong, but this part of

13   the form requires you to list Internet Archive -- list

14   and categorize Internet Archive's expenses; right?

15       A.  That is correct.

16       Q.  Okay.  And the first line on that is, "Grants

17   and assistance to domestic organizations and domestic

18   governments."

19           And the expenses recorded are 65,183; right?

20       A.  Yes.

21       Q.  That is money Internet Archive paid to domestic

22   organizations and domestic governments; right?

23       A.  That is correct.

24       Q.  Two lines down, on number 3, we've got a similar

25   category, but this is, "Grants and assistance to foreign

1   organizations, foreign governments and foreign

2   individuals."

3           And there the expenses are $842,611.  Do you

4   know which foreign organizations, governments and foreign

5   individuals received that money?

6       A.  Yes.  IA Canada -- Internet Archive Canada and

7   Internet Archive UK, Limited.

8       Q.  Are you aware of any other grants to foreign

9   organizations?

10      A.  No.

11      Q.  Do you know what the grants to IA Canada and IA

12  UK were for?

13      A.  Sure.

14      Q.  What were they for?

15      A.  Internet Archive Canada -- and this is 1996?

16      Q.  2000 -- or, sorry.

17      A.  I mean 2016?

18      Q.  Right.

19      A.  The way we -- so Internet Archive Canada is

20  essentially a scanning center in Toronto.  And the reason

21  we set up Internet Archive Canada as a nonprofit in

22  Canada was we were advised by our friends in Canada that

23  if we wanted to get more business from universities and

24  libraries, that it would help to be nonprofits.

25          So we created a nonprofit Internet Archive

Page 80

1    Canada.  And it is essentially a scanning center.  And,

2    in fact, it was our first scanning center ever.

3            All the contracts were written between Canadian

4    customers and Internet Archive.

5        Q.  Internet Archive US, the 501 --

6        A.  Internet Archive, yeah.

7        Q.  Okay.

8        A.  We -- so we would get all the revenues, but they

9    would incur expenses in Canada.  Like, payroll and office

10   supplies and so on.

11           So what they would do is we would send them on a

12   regular basis, funds through the -- to the payroll

13   company so they could meet the payroll.

14       Q.  And was Internet Archive Canada collecting

15   revenue on its own books?

16       A.  In 1996, no.

17       Q.  Or 2016, rather; right?

18       A.  I mean, 2016, no.

19       Q.  Does it currently receive revenue on its own

20   books?

21       A.  Yes.  A couple of years ago we decided that we

22   would switch that.  And now the majority of the contracts

23   are in Canadian dollars, payable in Canada.

24       Q.  Got it.

25           But for 2016, any revenue that was garnered by

Page 81

```
 1   the IA Canada scanning center is on Internet Archive's

 2   books; right?

 3        A.   That is correct.

 4        Q.   And is it the same deal with Internet Archive

 5   UK, that Interne Archive US, for want of a better term,

 6   is forwarding them money to operate?

 7        A.   That is correct.

 8        Q.   Got it.

 9             I'm going to go through --

10        A.   And it's still the case nowadays for UK.

11        Q.   Got it.

12             I'm going to go through this quick, because I

13   think it's all standard and pretty self-explanatory.

14             But compensation of current officers, directors,

15   trustees and key employees, $141,545.  That is for

16   payments to board members like yourself; right?  Or

17   not -- strike that.

18             Not board members, but officers like yourself;

19   right?

20        A.   Officers and employees, yes.

21        Q.   Okay.  I guess my question is:  How is that

22   different from line 7, "Other salaries and wages"?  I'm

23   just trying to understand the distinction.

24        A.   I -- I think what they -- the way it was done,

25   and my recollection is kind of fuzzy on this, but that
```

1   it's much more complicated than that, but that's kind of

2   a gross explanation of it.

3        Q.  So if I understand you correctly, a 501(c)(3)

4   corporation needs to pass a test or meet certain

5   criteria?

6        A.  Yes.

7        Q.  And this document is recording which of those

8   tests Internet Archive meets; right?

9        A.  Yes.

10       Q.  Okay.  So if you go to line 10 -- I think this

11   is what you're mentioning -- there's a checkmark there;

12   right?

13       A.  That is correct.

14       Q.  So -- and that category says, "The organization

15   normally receives more than 33-1/3 percent of its support

16   from contributions" -- and I'm omitting some language.

17   And then, two, "No more than 33.3 percent of its support

18   from gross investment."  I'm going to omit the rest of

19   that.

20            Do you see that?

21       A.  Yes.

22       Q.  So in plain English, this means that the

23   Internet Archive is a 501(c)(3) because it receives

24   33-1/3 percent of its support from contributions,

25   membership fees and gross receipts from activities

1   related to its functions, and no more of 33-1/3 percent

2   of its support from gross investment income, unrelated

3   business taxable income, from business acquired by the

4   organization after June 30th, 1975.  And I apologize.

5   That's a mouthful.

6          But this records the basis on which Internet

7   Archive is a 501(c)(3) corporation; correct?

8       A.  That is correct.  And that test is a five-year

9   test.

10      Q.  So over the last five years, the proportion of

11  contributions needs to balance out in the ways stated by

12  this rule; right?

13      A.  That is correct.

14      Q.  Okay.  So going to -- I'm looking up this list

15  of ways you can be a 501(c)(3).  Number 5 says, "An

16  organization operated for the benefit of a college or

17  university owned or operated by a governmental unit,"

18  described in an institute that I won't quote.

19          Do you see that?

20      A.  Yes, I do.

21      Q.  And Internet Archive does not qualify as a

22  501(c)(3) under that basis; right?

23      A.  It does not, no.

24          MS. LANIER:  Sorry.

25          Objection.  Calls for a legal conclusion.

Page 114

1      Q.  I think we can slide through some of this to
2  page -- page 8 of the physical document, but it's page 10
3  of the PDF.
4      A.  Okay.
5      Q.  Okay.  Do you see the line beginning with the
6  heading "Donated Assets and Services?
7      A.  No.  I'm on page 10 of the PDF.
8      Q.  Oh, does it say, "Note A, Nature of Activities
9  and Significant Accounting Policies"?
10      A.  Let me change here.  What page of the document
11  do you want me to be on?
12      Q.  Sure.  Yeah, it's page -- if you're looking at
13  the page numbers on the -- what would be paper document,
14  it's page 8.
15      A.  Okay.  "Note A, Nature of Activities"?
16      Q.  Exactly right.  And I'm interested in the
17  paragraph beginning, "Donated Assets and Services."
18          Do you see that?
19      A.  Yes.
20      Q.  Okay.  So it says, "Donated non-cash assets are
21  recorded as contributions at their estimated fair values
22  at the date of donation"; right?
23      A.  Yes.
24      Q.  Correct me if I'm wrong, but the way I read this
25  is that Internet Archive needs to record any non-cash

```
 1    assets that it receives from donations and estimate their

 2    fair value; right?

 3         A.   That's correct.

 4         Q.   Okay.  And then if you go to the next page,

 5    "Note B, Fair Value Estimates."  This explains how the

 6    assets are valued; right?  Take your time to read it.  I

 7    don't -- I don't want to put words in your mouth.

 8         A.   Okay.

 9         Q.   So was I correct when I said that Note D starts

10    by telling you how these assets are fairly valued?

11         A.   That is correct.

12         Q.   Okay.  And then at the bottom, we have a couple

13    of assets that were valued, Bitcoins and common stock.

14              Do you see that?

15         A.   I see it.

16         Q.   And my first question is:  Do you know where the

17    Bitcoins came from, who donated them?

18         A.   We get Bitcoin donations, and we don't know who

19    gave it to us because it's Bitcoin.

20         Q.   Oh, okay.  So --

21         A.   But it's on the donation page.

22         Q.   So somebody -- do you know if it's a single

23    donation?

24         A.   Oh, no.  It's, like, many, many donations.

25         Q.   So each year --
```

```
 1        A.   But usually very small.

 2        Q.   But you don't know who's making those donations;

 3   right?

 4        A.   No, there's no way you can tell.

 5        Q.   It could be ISIS, for all you know?

 6        A.   For all I know.

 7             MS. LANIER:  Objection.  Calls for speculation.

 8             Come on.

 9        Q.   BY MR. BROWNING:  It underlines the point.

10             But these are small donations of Bitcoin that

11   are made every review; right?

12        A.   Yes.

13        Q.   And they are valued as an asset?

14        A.   Yes.

15        Q.   Okay.  Because they are donated?

16        A.   (Nods head.)

17        Q.   And they have a value as an asset?

18        A.   (Nods head.)

19        Q.   Okay.  Common stock.  What stock are we talking

20   about?

21        A.   So we have some donors that say, "I want to make

22   a donation, and I want to donate stocks."  And we give

23   them information to transfer the stock from their account

24   to our account at Morgan Stanley.  And once we receive

25   the stock, then Brewster authorizes the sale of the stock
```

 1    Q.  And so I'm going to read a bunch of categories

 2  that are blank.  But there's:  "Art - works of art,"

 3  "Art - historical treasures," "Art - fractional

 4  interests," and "Books and publications."  And there's a

 5  bunch of other stuff that -- that they are not checked.

 6         Does this mean that Internet Archive did not

 7  receive non-cash contributions of this nature?

 8    A.  I'm not quite sure I understand your question.

 9    Q.  Sure.

10         Let's put it another way:  According to this

11  form, did Internet Archive receive contribution of art -

12  works of arts, art - historical treasures, art -

13  fractional interest, books and other publications, or any

14  other category listed before line 25, "Other"?

15    A.  No, we did not.

16    Q.  And then on line 25, "Other," there's an X mark

17  indicate- -- strike that.

18         On line 25, "Other," next to the parenthesis, it

19  says, "Bitcoin"; right?

20    A.  Yes, it does.

21    Q.  So this was a -- is it correct to say this was a

22  Bitcoin donation?

23    A.  That is correct.

24    Q.  And it says there was one item contributed.

25         Do you see that?  And I assume that's one

1    Bitcoin or chunk of Bitcoins; right?

2        A.  No.  That was -- that was $1 million worth of

3    Bitcoin.

4        Q.  Right.

5            But what I'm trying to figure out is:  Was that

6    donated by one person?  Because previously you testified

7    you got Biocin from a whole bunch of different people.

8        A.  No, this --

9        Q.  Was this one person?

10       A.  This donation was -- is an anonymous donation

11   from the Pineapple Fund.  We don't know who's behind the

12   Pineapple Fund.

13           But the Pineapple Fund at some point donated to

14   several charities a big chunk of Bitcoin.

15       Q.  And do you know -- what do you know about the

16   Pineapple Fund?

17       A.  Nothing.  We tried to figure out who it was, but

18   we never could figure it out.

19       Q.  Do you have any -- who's your best guess?

20       A.  Oh, I don't know.

21           MS. LANIER:  Objection.  Calls for speculation.

22       Q.  BY MR. BROWNING:  Fair enough.

23           I wish someone -- some random organization would

24   give me a million dollars worth of Bitcoin.  That's a

25   nice windfall.

1  similar to Schwab or what you call investment banks or,

2  you know --

3      Q.  Okay.  The money came --

4      A.  Morgan Stanley or, you know.  So it came from --

5  from a DAF, which is a D-A-F, which is donor advised

6  fund.

7      Q.  And who is the donor?

8      A.  The donor is -- I don't know who the donor is,

9  but it's coming from Brewster.

10     Q.  So this is Brewster's personal wealth coming

11 through a mechanism you don't quite understand into

12 Fidelity Charitable.  And that was paid to Internet

13 Archive, who then paid Open Library of Richmond, who then

14 purchased Better World Books?

15     A.  That is correct.

16         MS. LANIER:  Objection.  Mischaracterizes

17 previous testimony.

18     Q.  BY MR. BROWNING:  I heard -- you answered

19 correct.

20         MR. BROWNING:  But objection noted.

21     Q.  Do you know where Brewster got $16,750,000 from?

22         MS. LANIER:  Objection.  Calls for speculation,

23 outside the scope.

24     Q.  BY MR. BROWNING:  You can answer.

25     A.  I do not.

Page 167

```
 1      A.  From prior year smaller amounts?

 2      Q.  Yes.

 3      A.  It's typically individual donations that are

 4  earmarked for books.

 5      Q.  For the purchase of books?

 6      A.  For the scanning of books.

 7      Q.  For the scanning of books.

 8          So individual donors give you money and say,

 9  "Contribute this to scanning.  Pay someone to scan

10  books"?

11      A.  Well, I would say -- I could give $100 to

12  Internet Archive and say, "I want that money to go to the

13  Books Group."

14      Q.  Got it.

15          And to your knowledge, does this line include

16  income from Internet Archive's book sponsorship program?

17  Actually, let me back up a step.

18          Are you aware that Internet Archive offers a

19  book sponsorship program?

20      A.  I am.

21      Q.  And what is your knowledge about what that

22  program entails?

23      A.  It's fairly general.  If you have a book that

24  you are interested in and interested in having a digital

25  copy of it, you can send us money or you can send us a
```

1    book plus a donation to cover the cost of -- to cover the

2    cost of the digitization of that book.

3         Q.  Got it.

4             And so if I understand correctly, the deal is

5    essentially you -- the donor gives Internet Archive money

6    in excess of the price of the book, and that money covers

7    the purchase of the book and its scanning?

8         A.  That is correct.

9         Q.  And potentially other expenses, you know,

10   related to the -- funding the organization?

11        A.  (Nods head.)

12        Q.  Is -- sorry.  You're nodding "yes"; right?

13        A.  Yes, I am.

14        Q.  Is that income reported as part of contributed

15   income on this P&L?

16        A.  It should be, yes.

17        Q.  Let's keep going down now through the

18   expenses -- or actually, let me take a step back.

19            At the bottom line -- at the bottom of the

20   income section, I guess, there's a line that's gross

21   profit, and at the end there's a -- far right-hand end of

22   the column it says, "Total," and it looks like the

23   Internet Archive made $36,491,732 of gross profit from

24   its commercial digitization -- book digitization

25   activities; is that correct?  Sorry, between 2011 and

Page 169

1   2020; is that correct?

2       A.  Yes.  That's the gross profit, yes.  Before

3   expenses.

4       Q.  Right.  And we'll get to expenses now.

5           What -- just going through each of these, what

6   is entailed by administrative expenses?

7       A.  It's the portion of administrative expenses that

8   relates to the Books Group.

9       Q.  So that's sort of office management for the

10  Books Groups, essentially; right?

11      A.  That is correct.

12      Q.  And what is community outreach?

13      A.  Community outreach is the amount of money that

14  was spent to go visit libraries and obtain contracts to

15  have them give us their books to digitize.

16      Q.  Okay.  And that's money you paid employees to do

17  this, or what was that money for specifically?

18      A.  That is money that is -- covers travel expenses,

19  trade shows, hotels, you know, restaurants, you know,

20  transportation in general.

21      Q.  Got it.

22      A.  It's basically a selling expense.

23      Q.  Got it.

24          And how about contractors, what's in there?

25      A.  Contractors are basically contractors that we

Page 174

1     Q.  And then it had a loss each year from 2017 to

2  2020; right?

3     A.  That is correct.

4     Q.  And ultimately, over the ten-year period there

5  was a $2,279,859 loss; right?

6     A.  That is correct.

7     Q.  Do you know why book scanning was no longer

8  profitable after 2016?

9     A.  I do.

10     Q.  Why?

11     A.  In 2016, the director of books, a gentleman by

12  the name of Robert Miller, left the organization to take

13  the CEO post at the concession of library called Lyraris.

14  It's L-Y-R-A-R-I-S.

15     And Robert Miller was a super salesman.  He had

16  more energy than the Eveready Bunny, and he brought in a

17  lot of business.  When Robert left, Brewster decided that

18  he will not replace him and he would put the burden of

19  getting the work to us on the scanning coordinators.

20  Unfortunately, the scanning coordinators are not equipped

21  to do that.  They're equipped to manage a team of

22  scanners, and that's about it.  That's the number one

23  factor.

24     The number two factor is our library partners

25  ran out of books that were out of copyright, so pre-1923,

1  and they're reluctant to give us books that were in

2  copyright.

3      Q.  And are you aware of communications from

4  libraries telling you that they are wary of scanning

5  copyrighted books?

6      A.  I am not.

7      Q.  Well, who told you that then?

8      A.  I heard it through the organization.

9      Q.  But you can't remember a specific person?

10     A.  No.

11     Q.  And is it your opinion that book scanning could

12  be profitable again if Internet Archive had someone like

13  Robert Miller to bring in more business from libraries?

14     A.  Probably not.

15     Q.  And that's because why?

16     A.  Because libraries are not -- are reluctant to

17  give us books past 1923 or 1925 now, I think.

18     Q.  It is 1925.  Understood.

19         MR. BROWNING:  Carl, could you queue up the

20  other profit and loss document, please?

21         MR. MAZUREK:  Will do.

22         MS. LANIER:  Excuse me.  We've been going for

23  about an hour 20.  It may be time for another ten-minute

24  break, and maybe that will afford your colleagues a

25  little more time to respond to your email if they have

Page 179

```
 1    paid royalty payments.  What are those for?
 2         A.  I'm not sure.  I don't want to guess what it's
 3    for.
 4         Q.  Okay.  Well, put a pin in it.
 5              Then I'm jumping down half a page to line 41,
 6    "Contributed Income."  These definitions of corporate --
 7    these appear to be line items for corporate donations,
 8    foundation donations, government donations and individual
 9    donations; is that correct?
10         A.  That's correct, yes.
11         Q.  And the definitions of those terms we previously
12    discussed.
13              I'd like to direct your attention to the
14    government donations, and I'm going to ask you to do a
15    bit more math for me.  So I can represent to you the
16    percentages, if you'd like to do it yourself.  I would
17    like to know the -- or I know, but I would like to put on
18    the record the percentage of government funding that
19    Internet Archive has received as a fraction of its
20    income.
21         A.  1.8 percent.
22         Q.  That's what I got, too.  Thanks.
23              So the government funding for Internet Archive
24    between January 2011 and December 2020 is 1.8 percent of
25    its total income; right?
```

1    A.  That is correct.

2    Q.  Great.

3        And these figures are accurate, to the best of

4    your knowledge, based on Internet Archive's books?

5    A.  They are.

6    Q.  Okay.  And can we roll down to page 3 and

7    technology expenses.  Oh, sorry.  There's no pages on

8    this.  Can we roll down to technology expense?  I think

9    it's line 167 of the spreadsheet.

10   A.  Yep.

11   Q.  And you'll see there's expenses for bandwidth.

12   Am I correct to assume that that is the money Internet

13   Archive pays for the bandwidth required to transmit its

14   services or website?

15   A.  That is correct.

16   Q.  And driver storage hardware, less than $5,000,

17   so this is expenses for drives and storage hardware that

18   costs less than $5,000; right?

19   A.  That is correct.

20   Q.  And then servers and hardware more than $5,000

21   is the price -- or any expenses for servers and hardware

22   above that price; right?

23   A.  Correct.

24   Q.  And then there's miscellaneous hardware.  Do you

25   know what goes into the miscellaneous hardware category?

Page 202

1      Q.  And that sentence -- correct me if you disagree,

2    but the plain meaning of that sentence:  That the

3    2.5 million ebooks in IA's collection is relevant to the

4    credibility of the proposed solution in this application

5    for a $100 million grant?

6          MS. LANIER:  Objection.  Scope, calls for

7    speculation.

8          THE WITNESS:  Okay.

9      Q.  BY MR. BROWNING:  Do you agree?

10          MS. LANIER:  Same objections.

11          THE WITNESS:  I do.

12      Q.  BY MR. BROWNING:  Okay.  Great.  I think we can

13    move on.

14          I'm going to ask you a general question,

15    Jacques.  Does Internet Archive monetize its website?

16          MS. LANIER:  Objection.  Scope --

17          THE WITNESS:  What do you mean by "monetize"?

18          MS. LANIER:  -- vague.

19      Q.  BY MR. BROWNING:  Monetize, as in collect

20    revenue from.

21      A.  From the website?

22      Q.  Yes.  Well, let's be specific.  Let's talk about

23    the OpenLibrary.org lending library.  Is that monetized

24    under the definition I just gave you?

25      A.  I don't --

Page 203

1          MS. LANIER:  Same objection.

2          THE WITNESS:  I don't believe it does.

3          MR. BROWNING:  Okay.  Carl, can you pull up Tab

4   14, please.

5          (Exhibit 87, Screenshot, Open Library, marked

6          for identification electronically by counsel.)

7          MR. MAZUREK:  Okay.  It should be in the shared

8   folder, Exhibit 87.

9          THE WITNESS:  Is that Exhibit 0087?

10     Q.  BY MR. BROWNING:  Yes.  Sorry.  It's slow on my

11  end, so pull that up.

12          Okay.  Jacques, is it up in front of you --

13     A.  Yes.

14     Q.  -- Exhibit 87?

15          I am going to represent to you that this is the

16  page for a book being distributed through the lending

17  library book.  The book is called Wolf Hall.  This is a

18  printout of a web page on OpenLibrary.org.

19          Do you see towards the bottom of that front page

20  where it says, "Buy this book"?

21     A.  Where do you see that?

22     Q.  Under "Check nearby libraries."

23     A.  Oh, yeah.  Okay.

24     Q.  "Buy this book."  And then it says, "Better

25  World Books," and a price, Amazon, and if you follow it

Page 204

```
 1    through to the next page, Bookshop.org.

 2             Do you see that?

 3        A.  I do.

 4        Q.  Okay.  Under that it says, "When you buy books

 5    using these links, the Internet Archive may earn a small

 6    commission."

 7             Do you see that?

 8        A.  I do.

 9        Q.  Is that not an example of Internet Archive

10    monetizing this web page?

11             MS. LANIER:  Objection.  Scope.

12             THE WITNESS:  Well, I mean, I didn't think of

13    that.

14        Q.  BY MR. BROWNING:  That's not an answer to my

15    question, so let's take a half step back.

16             This -- we discussed earlier Internet Archive's

17    affiliate program.  This is, as I understand it, part of

18    Internet Archive's affiliate program, and the way that

19    works is every time someone clicks through to one of

20    those buy this book links, Internet Archive gets money.

21    Is that your understanding of how that works?

22        A.  Yes.

23        Q.  So my question is:  Do you now agree with me

24    that Internet Archive monetizes the web pages on its

25    lending library?
```

```
 1            MS. LANIER:  Objection.  Scope, vague.
 2            THE WITNESS:  Just for the books, yes.
 3       Q.  BY MR. BROWNING:  Great.
 4            MR. BROWNING:  Carl, could you pull up Tab 13,
 5   please?
 6            MR. MAZUREK:  Yes.
 7            Sorry.  One more minute.  I'm having some
 8   technical difficulties.
 9            MR. BROWNING:  Sure.  I'm frankly surprised it
10   took this long for us to have technical difficulties, so
11   it's completely understandable.
12            (Exhibit 88, Screenshot, Open Library, marked
13            for identification electronically by counsel.)
14            MR. MAZUREK:  Okay.  I think the exhibit should
15   be in the shared folder as Exhibit 88.
16            MR. BROWNING:  Thank you, Carl.
17       Q.  Jacques, after you've refreshed your browser,
18   please pull up Exhibit 88 and let me know when you see
19   it.
20            Do you have it up?
21       A.  Yes.
22       Q.  Does -- this Exhibit 88 is a copy of a web page
23   on OpenLibrary.org, and the result of a search for Wolf
24   Hall, which is a copyrighted book distributed through the
25   lending library.
```

1       Jacques, do you see at the top right-hand corner

2  there's a button that says, "Donate"?

3     A.  Yes.

4     Q.  And what happens if you click on that button, to

5  the best of your knowledge?

6       MS. LANIER:  Objection.  Scope.

7       THE WITNESS:  It takes you to the donate page.

8     Q.  BY MR. BROWNING:  And what can you do on the

9  donate page?

10     A.  You can donate --

11       MS. LANIER:  Objection.  Scope.  Pardon me.

12       Objection.  Scope.

13       THE WITNESS:  You can -- you can donate to the

14  Internet Archive.

15     Q.  BY MR. BROWNING:  Great.

16       So people who are using the lending library are

17  given the option via the website to donate money to the

18  Internet Archive; right?

19       MS. LANIER:  Objection.  Scope, mischaracterizes

20  previous testimony.

21       THE WITNESS:  I believe every single page of the

22  website that you're looking at, Open Library or other,

23  has a donate button on it.

24     Q.  BY MR. BROWNING:  Got it.

25       But someone who is looking to use the lending

1 library, specifically looking for this Wolf Hall book,

2 would be presented with the donate button.  We can agree

3 on that; right?

4     A.  Yes.

5     Q.  And would you agree with me that this is another

6 way in which Internet Archive monetizes its lending

7 library web pages?

8         MS. LANIER:  Objection.  Scope, vague.

9         THE WITNESS:  That is a very broad

10 interpretation.

11     Q.  BY MR. BROWNING:  Of monetizing?  You know, if

12 you want to define it, but I mean, as I understand

13 monetize is makes money from, and what -- you know, do

14 you disagree with me that the donate button is not a way

15 to make money from the lending library?

16         MS. LANIER:  Same objection.

17         THE WITNESS:  It's -- the donate button takes

18 you to the general page of the Internet Archive, and it

19 doesn't mean that the money that's being given would

20 specifically go to the Open Library.

21     Q.  BY MR. BROWNING:  I understand that, but it will

22 go to Internet Archive.

23     A.  It will go to Internet Archive.

24     Q.  Okay.  So I'm going to have one more try at

25 this.  So would you agree with me that this web page is

Page 208

```
1     monetized?
2              MS. LANIER:  Objection.  Scope, vague.
3              THE WITNESS:  I mean, every single page of the
4     Archive is monetized.
5         Q.  BY MR. BROWNING:  Okay.  Mr. Cressaty, let's
6     move on.
7              MR. BROWNING:  Carl, there's going to be a jump
8     here.  Can we go to Tab 28, please?
9              MR. MAZUREK:  Yes.
10             (Exhibit 89, INTARC00138102, marked for
11             identification electronically by counsel.)
12             MR. MAZUREK:  It should be in the shared folder.
13        Q.  BY MR. BROWNING:  And before I pull -- or we
14    pull this up, Jacques, I have a question for you.  Do you
15    believe that Internet Archive is a public library?
16        A.  I do.
17        Q.  What is the basis for that belief?
18        A.  We make the books available to patrons for free.
19        Q.  Are you aware of Internet Archive being
20    accredited as a library by any governmental institution?
21        A.  Yes, I am.
22             MS. LANIER:  Objection.  Scope.
23        Q.  BY MR. BROWNING:  Who -- what -- tell me what
24    you know about that.
25             MS. LANIER:  Same objection.
```

1    Income Tax for Better World Libraries for 2019, also

2    known as Form 990.

3         Q.  Do you see this?  Pardon me, Jacques?

4         A.  I'm sorry, what is the exhibit number?

5         Q.  Ninety-seven.

6         A.  Okay.

7         Q.  Sir, previously, Mr. Cressaty, we discussed

8    Better World Libraries, and you testified that Better

9    World Libraries is a company within the Austin Kahle

10   Empire that purchased Better World Books; is that right?

11        MS. LANIER:  Objection.  Mischaracterizes

12   previous testimony.

13        Q.  BY MR. BROWNING:  I think that's a perfectly

14   fair characterization, but you can answer, Mr. Cressaty.

15   And tell me if it's not.

16        A.  Yes.  It got the stock from the --

17        Q.  Got it.

18            And Better World Books, is that a not-for-profit

19   corporation or a for-profit corporation?

20        MS. LANIER:  Objection.  Scope.

21        THE WITNESS:  It's a corporate -- it's an S

22   corp.

23        Q.  BY MR. BROWNING:  What is an S corp?

24        A.  An S corp is a corporation that has a public

25   benefit scope.  Or whatever you want to call it.

1    And so here I'm going to read some more, and
2  we'll read slowly. ████████████████████████████

3  ██████████████████████████████████████████████

4  █████████████████████████████████████████████

5  ███████████████████████████

6        ███████████████████████████████████

7  ██████████████████████████████████████████████

8  █████████████████████████████████████

9        ██████████████████████████████████████

10 ██████████████████

11    ████████████████████████████████████████████

12 ████████████████████████████████████

13     ███████████████

14    Q.   Okay.  "As the only shareholder in Better World

15 Books, Better World Libraries established a new and

16 physically responsible board of directors and officers

17 for Better World Books to safeguard their important

18 Mission as a B corporation."

19    Who is on the new and fiscally responsible board

20 of directors and officers for Better World Books?

21    MS. LANIER:  Objection.  Scope.

22    THE WITNESS:  I think the old board had

23 something, like, 12 people.  The new board has Brewster,

24 Kahle, Dustin -- I can't think of his last name.

25 Hoffman, I think.

Page 249

1     Q.  BY MR. BROWNING:  Holland?

2     A.  I'm sorry?  Holland?  Yeah, Dustin Holland,

3  who's the CEO.  And Jim Michalko, I think, is on the

4  board.

5     Q.  Okay.  So by my count, people affiliated with

6  the Austin Kahle Empire have a controlling interest on

7  the Better World Books' board; is that right?

8     MS. LANIER:  Objection.  Misstates previous

9  testimony.  Objection.  Scope.

10     THE WITNESS:  Yes.

11     Q.  BY MR. BROWNING:  You can answer.  Yes.

12     A.  Well, Dustin Holland doesn't, and I think

13  Jim Michalko is the other director, but I can't -- my

14  memory is failing me there.

15     Q.  Sorry.  Jim Michalko is or was a -- I don't know

16  if he's a director or officer of Internet Archive; right?

17     A.  No.

18     Q.  Jim Michalko is affiliated with Internet

19  Archive; right?

20     A.  He was -- I believe he was a contractor for us

21  at some point.

22     Q.  Okay.  But he had no connection with Better

23  World Books before he was on the board for it; correct?

24     A.  Say that again.

25     Q.  Sure.

Page 276

```
1   STATE OF CALIFORNIA      ) ss:

2   COUNTY OF MARIN          )

3

4           I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do

5   hereby certify:

6           That the foregoing deposition testimony was

7   taken before me at the time and place therein set forth

8   and at which time the witness was administered the oath;

9           That testimony of the witness and all objections

10  made by counsel at the time of the examination were

11  recorded stenographically by me, and were thereafter

12  transcribed under my direction and supervision, and that

13  the foregoing pages contain a full, true and accurate

14  record of all proceedings and testimony to the best of my

15  skill and ability.

16          I further certify that I am neither counsel for

17  any party to said action, nor am I related to any party

18  to said action, nor am I in any way interested in the

19  outcome thereof.

20          IN WITNESS WHEREOF, I have subscribed my name

21  this 28th day of October, 2021.

22

23

24

25          LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```