McNamara Declaration

Exhibit 46

part 1


**Open Libraries**
a project by the Internet Archive

# Internet Archive *Open Libraries* Proposal
## MacArthur Foundation *100&Change*



INTARC00151083



Internet Archive | 100&Change

# Table of Contents

**A. OVERVIEW**                                                     5

    Executive Summary                                        6

    Location for Proposed Project                            8

    Detailed Project Plan                                    9

**B. COMMUNITY ENGAGEMENT**                                        31

    Stakeholder Identification                              32

    Inclusiveness                                           34

    Persons With Disabilities                               35

    Stakeholder Engagement                                  36

    Stakeholder Influence                                   38

**C. SCALABILITY OF THE PROJECT**                                  40

    Planning for Scale                                      41

    Scaling Technologies                                    41

    Expanding Diversity                                     42

    The Credibility of the Proposed Solution                43

    Support for the Change                                  44

    Advantage of the Proposed Solution                      45

    Ease of Transferring and Applying the Solution at Scale  47

    Organizational Capacity to Implement at Scale           49

    Financial Sustainability of the Proposed Solution       50

INTARC00151084

A-1915



Internet Archive | 100&Change

D. MONITORING, EVALUATION, AND LEARNING      52

    **MONITORING**      53

        Results      53

        Tracking      55

        Milestones      57

    **EVALUATIONS**      60

        Changes for Beneficiaries      60

        Data Sources      62

        Methodology      63

        Gender Analysis      65

    **LEARNING**      66

        Findings      66

        Dissemination      68


E. ADDITIONAL INFORMATION      70

    Detailed Budget Narrative      71

    Project Risk Management      73


F. FINANCIAL STRENGTH AND STABILITY      76


G. TECHNICAL      81

    Technical Explanation      82

    Conclusion      86

INTARC00151085



**H. ANCILLARY MATERIALS**     87

   Evidence of Engagement     88

   Biographies of Key Staff     187

   Bibliography     226

   * Website: http://openlibraries.online

INTARC00151086

A-1917

🏛 **Open Libraries**
a project by the Internet Archive

# A. Overview











INTARC00151087



**Open** Libraries
a project by the Internet Archive

Internet Archive | 100&Change

# Executive Summary

Looking for a trusted source of information? For millions of citizens there's only one place to head: their local library—society's great equalizer, where Wi-Fi, computers, and knowledge are offered for free, to anyone entering the door. Yet, due to distance, time, cost or disability, people in marginalized populations are too often denied access to physical books. Today for many learners, if a book isn't digital, it's as if it doesn't exist. Yet there's almost a century of knowledge still living only on the printed page, missing from our digital shelves.

The Internet Archive's *Open Libraries* offers a solution bringing four million books online, through purchase or digitization, while honoring the rights of creators and expanding their online reach. Added to our existing 2.5 million ebooks, we can build the online equivalent of a great, modern public library. Working with US libraries and Benetech, operator of the world's largest digital library for people with disabilities that impact reading,[1] the Internet Archive (IA) will bring millions of free digital books to billions of people. For the blind, ebooks are a lifeline, yet less than one in ten exists in accessible formats.[2] Digital content becomes instantly available to people in rural areas, with widely ranging physical abilities. By digitizing millions of books, we unlock them for communities with limited or no access.

At the same time, we have a rare opportunity to shape digital collections serving communities that are increasingly diverse. In 2015, 50% of newborn US babies were children of color,[3] yet over a twenty-year span, on average only 10% of children's books contained multicultural content.[4] Because our library shelves can and must be as diverse as our readers, we will curate inclusive content.

6

INTARC00151088

A-1919



**Internet Archive** | *100&Change*

IA will select and preserve diverse collections and help libraries greatly expand their digital holdings. In 2013, ebooks comprised an average of 17% of US public libraries collections;[5] we can turn 80% of library collections digital by 2023. We'll build a financially sustainable infrastructure for at-scale ebook circulation so US libraries that own the hardcopy can offer their patrons temporary digital access, just like loaning a book. Working with Benetech, we'll expand ebooks for people with disabilities by 10x and share these books across 29 nations through global copyright agreements.[6]

In this era of disinformation, ready access to trustworthy sources is critical. Library books are trusted sources for lifelong learning. By bringing them online, we empower journalists, educators and Wikipedia editors to cite "snippets" directly, grounding readers in the vetted, published record.

A century ago, Andrew Carnegie funded a vast network of public libraries because he recognized democracy can only exist when citizens have equal access to diverse information. Libraries continue to play that vital role, welcoming the whole of society to use their free resources for individual learning, while respecting readers' privacy and dignity. Through its support, the MacArthur Foundation can help us build an enduring asset for libraries across this nation, ensuring that all citizens—including our most vulnerable—have equal and unfettered access to knowledge.

INTARC00151089



# Location for Proposed Project

We will not be conducting any work in nations that have been sanctioned by the US government.

Internet Archive staff members located in the United States will do the primary technology development for *Open Libraries*. We will digitize and re-publish approximately 3-4 million books at Internet Archive-run facilities in the United States, Hong Kong, Shenzhen, China, and possibly at a new center in Asia or Latin America. Book curation teams will be based in the United States with input from accessibility partners in the (currently) 29 nations that have ratified the "Marrakesh Treaty to Facilitate Access to Published Works by Visually Impaired Persons and Persons with Print Disabilities."1 Our current dissemination plan for the print disabled begins with India, Canada, and the 12 Latin American nations that have ratified the Marrakesh Treaty:  Argentina, Brazil, Chile, Ecuador, El Salvador, Guatemala, Honduras, Mexico, Panama, Paraguay, Peru, Uruguay.[2] (However, all of our texts will be available to people with disabilities worldwide.)

Through Benetech, we will remediate 10,000+ books to higher accessibility by working with their contractors in India, Laos, and Kenya.

INTARC00151090



# Five-Year Plan for *Open Libraries*— a project by the Internet Archive

At the **Internet Archive**, we believe passionately that access to knowledge is a fundamental human right. Knowledge makes us stronger and more resilient; it provides people pathways to education and the means to secure a job. But many people in marginalized communities encounter daunting barriers to knowledge. The Accessible Books Consortium states that for the blind, "the lack of accessible books is a very real barrier to getting an education and leading an independent, productive life."[1] By harnessing scalable technologies, social entrepreneurial capital, and leaders in the field who support this change, *Open Libraries* seeks to create a lifeline to trusted information by bringing millions of digital books to billions of learners around the world.

**How will we do this?** Through one of society's most respected and trusted institutions—the library. In the United States, libraries have long ceased to be places that just lend books. If you haven't been to a public library lately, you might be amazed. Large crowds stand outside each morning, waiting for the doors to open. Inside there are makerspaces, media labs, and massive open online courses (MOOCs). In U.S. cities, libraries have become front line providers of community services, from free Wi-Fi to literacy campaigns to citizenship classes for immigrants. Surveys show that low-income Americans, Latinos, and African Americans are the most likely to say closing libraries would have a major impact on their lives and communities.[2] By strengthening libraries we serve the needs of America's most vulnerable populations.

---

1 Accessible Books Consortium Bringing books to persons with print disabilities
 https://publishsa.co.za/file/1446643888wec-abc-brochure.pdf
2 Libraries at the Crossroad Pew Research Center September 2015  http://www.pewinternet.
org/2015/09/15/libraries-at-the-crossroads/

9

INTARC00151091



**Open** Libraries
a project by the Internet Archive

| Internet Archive | *100&Change* |

**Five-Year Plan for *Open Libraries*— a project by the Internet Archive**

The Internet Archive will help to transform the US library system by providing digital delivery of 80% of the average library's collection by 2023, reducing the barriers to information created by distance, time-constraints, cost, and disability. By leveraging this one-time investment in digitization, libraries may save as much as $3 billion in interlibrary loan fees over the next decade. Ebooks also free up shelf space, allowing librarians to buy new books from publishers and divert their valuable real estate to serve their core mission: to enrich, educate, and empower every individual in our diverse communities.[3]

**Internet Archive's *Open Libraries* project will:**

- **CURATE** diverse & inclusive collections
- **INCREASE ACCESSIBLE CONTENT** by 10x for all people with print disabilities
- **SCAN & PROVIDE DIGITAL ACCESS** to books through libraries that own the hard copy
- **ENSURE READER PRIVACY & LONG TERM PUBLIC ACCESS**
- **PRESERVE** millions of books now missing from our digital shelves

## Here is our Project Plan: (Please see attached Worksheets)

### A. Governance

The Internet Archive has rigorous fiscal policies and oversight to ensure our projects meet deliverables on time and within budget. We have a track record of successfully managing projects of enormous scale and marshalling our resources efficiently. *Open Libraries* will benefit from the guidance and oversight of several governing boards. As reflected in **Section A,** the Internet Archive Board of Directors (#2), our outside auditors (#3), and *Open Libraries*

---

3 From the Mission Statement of the Los Angeles Public Library:  https://www.lapl.org/about-lapl/about-library

INTARC00151092

🏛 **Open** Libraries
a project by the Internet Archive

Internet Archive    *100&Change*

**Five-Year Plan for *Open Libraries*— a project by the Internet Archive**

25-member Advisory Board (#1) will each meet annually to review the project's progress, and ensure our financial and operational accountability. Our Advisors will form seven working groups in Curation, Accessibility, Technology, Collection Development, Service Plan Development, Legal, and Financial Modeling. These global leaders in finance, law, libraries, and education will greatly inform the way we conceptualize and execute our plans.

Internally, our Finance Team and grant manager will conduct quarterly reviews against our benchmarks (#4-5). As a 501(c)(3), the Internet Archive has successfully completed IRS-required audits since 2006. Governance will be overseen by **Digital Librarian, Brewster Kahle.**

## B.  Building the *Open Libraries* Team

Internet Archive's staff is comprised of 164 employees and 18 contract employees, and we are in the process of hiring 12 additional staff. For this project we will add 25 new positions over the five-year grant period, a 14% increase. To prepare for this rapid round of hiring, our **Director of Human Resources, BZ Petroff** has spent the last six months implementing new software solutions to streamline our human capital management processes, from recruiting through onboarding. (Petroff has a stellar track record as an HR leader, once overseeing 35 recruitment consultants hiring 700 new employees for Lucasfilm in a single year). She will bring on an outside recruitment firm and one staff recruitment specialist to help us find, attract, and hire talented, mission-driven team members. Our brand: people who are passionate—about their families, their interests, their communities—and bring that passion to their work.

## C.  Curating Books for Maximum Impact

One of this project's most exciting opportunities is to select which four million books—the equivalent of a major urban public library—to carry

11

INTARC00151093



**Open Libraries**
a project by the Internet Archive

Internet Archive | 100&Change

*Five-Year Plan for Open Libraries— a project by the Internet Archive*

forward for today's online learners as well as future generations. We had to ask ourselves: How do you curate millions of books in a way that is inclusive, responsive to the community and transparent? **Section C** outlines our approach. We start with core lists serving diverse segments of our society: K-16 students, public library patrons, people with disabilities, Spanish-speakers. Curation at this scale is mostly about parsing data. Take, for example, how we might derive the College Core list. Our Curator of Books will start by taking the metadata (ISBNs) from a typical mid-size college library collection, and cross it with the Open Syllabus list of the books most-assigned in college classes. We could then run "scripts" to see which of these books are already in IA's collections. Our curator might analyze the books that remain for overlap with those most widely held by the 16,000 libraries who subscribe to OCLC's cataloging service. Doing these overlap studies gives us a prioritized wish list of books highly relevant to college students. But computers alone cannot build a good collection. That's why we are working with the Digital Public Library of America (DPLA), whose Curation Corps of 20 volunteer librarians will help hand-select a total of 100,000 books in Year One, and one million over the life of the project. These experienced librarians will help select titles reflecting our diverse communities (#6).

All of these wish lists will be posted on the new dashboard built by the Digital Library Federation (DLF), along with best practices in selecting culturally diverse books. DLF will lead a transparent process for community feedback. These activities are listed in #8, as the Inclusive Curation Project and overseen by **IA's Curator of Books.**

### D.  Book Sourcing—Developing a Pipeline of Books

Selecting the right books is only half the challenge. Next we have to find them. That's the job of the **Director of Books:** procuring the books on our

INTARC00151094



**Internet Archive** | *100&Change*

**Five-Year Plan for** *Open Libraries*—**a project by the Internet Archive**

curated lists. We will buy as many ebooks as we can from publishers and authors (#2). Others we will buy from booksellers as hard copies and digitize them. In many cases, libraries will give us an extra copy of the books that they are weeding. Our plan assumes that 585,000 books will come from partners who will pay to have their material digitized (#1). The third category is publishers such as MIT Press who are willing to digitize and lend their backlists (#3), in order to reach more people. Arcadia has agreed to under-write this effort to digitize the historic output of university presses with a $1 million grant.

We will also support the many global nonprofits who produce copyright-free books, inviting them to join *Open Libraries* to add their culturally-appropriate, high value texts to our collections (#4). We can ensure that their legacy of rich content is not lost to history or left to the exigencies of commercial services. Our friends at Worldreader got their start in our office space, with just a handful of staff.  We hope *Open Libraries* can support the work of all social good organizations providing access to knowledge around the world. Our **Books Business Development Manager** will oversee this scope of work.

## E.  Technology Plan

Here we broadly outline the technologies we will build or license for *Open Libraries.* Technology development is rarely a straight line, so like any suc-cessful plan, we will remain iterative and flexible.

### 1.  *Integrate ebooks purchased from or donated by publishers and authors*

Wherever possible, we will purchase books that have been authored and published in a digital format (ebooks). When policy and agreements allow, these "born digital" works will be added to the overall collection with minimal technical processing.

13

INTARC00151095

🏛 **Open** Libraries
a project by the Internet Archive

Internet Archive | 100&Change

**Five-Year Plan for *Open Libraries*— a project by the Internet Archive**

### 2. *Increase book digitization capacity*

The Internet Archive currently digitizes approximately 1,000 books per workday (250,000 per year). This project requires expanding our digitization capacity to peak at 750,000 books in 2020, 2021, and 2022. We will be refining our own hardware, the TableTop Scribe scanner, designed and built by the Internet Archive for this express purpose. Ordering parts, assembling, and testing the hardware requires planning and lead time. Additionally, we may need to refine and expand the capacity of the software infrastructure that helps convert the page images into digital books.

### 3. *Improve the accessibility of Internet Archive books*

Shifting books into digital formats is the first step to making them accessible for the approximately 10% of all people who have disabilities that impact reading. Once digital, book files can be magnified, automatically read aloud (using synthesized speech), or used with special software, according to the needs of each individual.

As part of our engagement with this community, we have learned that our technology and methods for producing accessible texts can be improved. Consequently, we propose to:

- improve our digitization processes for new materials

- selectively enhance some digitized materials to bring them to a higher level of accessibility

We are already engaging with Benetech (operator of the world's largest accessible library, Bookshare), National Federation of the Blind (NFB), LightHouse for the Blind, US Library of Congress' National Library Service (NLS) for the Blind and Physically Handicapped, Accessible Digital Library of India, Centre for Internet and Society (India), and Learning Ally. For many years we've partnered with the accessibility teams at universities, including the Scholars Portal for Ontario (led by the Accessibility Librarian for

14

**Five-Year Plan for *Open Libraries*— a project by the Internet Archive**

University of Toronto Libraries), and the Accessible Media Services group at the University of Illinois.

**4. *Improve the accessibility of our websites and bookreader***

Our plans include assessing the accessibility of our websites, archive.org and OpenLibrary.org. Where necessary, we will improve the websites to support better engagement, working closely with our partners who have deep experience serving in the practical needs of learners with disabilities.

**5. *Increase circulation of ebooks to global communities of people with disabilities***

This project makes books accessible and available to individuals with disabilities under current laws and treaties. Delivering to print-disabled populations requires both good-quality digital versions of materials (ebooks) and establishing the partnerships and distribution systems essential to getting these ebooks into their hands and reading devices.

There are three significant areas and phases for this expansion:

**a. Work with US providers of services to the blind to authorize large-scale access**

In the United States, there are several organizations chartered to provide accessible reading materials to blind and print-disabled communities, each with a significant user base and distinct online portal. The Chafee Amendment (Section 121 of the Copyright Act[4]) enables us to offer full download of any in-copyright text to any person with a certified print disability. We are working with the top four US organizations to authorize their members for full access to our millions of books.

We are partnering with teams from Benetech, the Library of Congress National Library Service (NLS) who operates Braille and Audio Reading Download (BARD), Learning Ally, and the National Federation of the Blind.

---

4 17 U.S. Code § 121 - Limitations on exclusive rights: Reproduction for blind or other people with disabilities
https://www.law.cornell.edu/uscode/text/17/121

INTARC00151097



**Open** Libraries
a project by the Internet Archive

**Five-Year
Plan for** *Open
Libraries—*
**a project by
the Internet
Archive**

A first step requires integration with each organization's user authorization system, allowing IA to recognize any print-disabled user member and authorize them to access any of our digitized texts in a format appropriate for adaptive devices. These organizations have already provided technical information and offered to help connect their user bases to archive.org. If you combined the top three accessible libraries in the United States, the size of the combined collection would be approximately 699,000 titles (538,000 at Benetech, 81,000 at NLS, and 80,000 at Learning Ally) and that aggregation certainly includes significant overlap. We propose bringing more than 6.5 million titles to this community of users, offering them the breadth and depth of topics, authors, and experiences enjoyed by those without the same disabilities. Our plan also includes working with Benetech to bring a special collection of 10-15,000 highly requested books to even fuller accessibility.

**b.  Expansion to selected Marrakesh Treaty ratifying nations**

With digital books, we can serve blind communities far beyond the US borders. The Marrakesh Treaty[5] enables ratifying nations to share published materials with each other. The provisions are currently being considered by the US Congress, however Canada has already ratified this global intellectual property treaty. The Internet Archive Canada will engage with targeted Marrakesh signatories to make digitized books available to their print-disabled communities. We will begin in India, home to the world's largest blind population.

**c.  International expansion to Marrakesh nations on a regional basis, starting with Spanish-speaking countries of Central and South America.**

We will support our partner, Benetech, to create and publicize a regional, language-centric portal for integration with organizations serving the blind

5 World Intellectual Property Organizations, Marrakesh Treaty http://www.wipo.int/treaties/en/ShowResults.jsp?lang=en&treaty_id=843

16

INTARC00151098



**Five-Year Plan for *Open Libraries*— a project by the Internet Archive**

of any Spanish-speaking Marrakesh nation. This portal will serve Spanish-speaking nations in Central and South-America (12 of which have ratified the Marrakesh Treaty) and ensure the bidirectional sharing of all digital books, including and especially those available in Spanish. Ten of the 12 nations do not have any national body serving the needs of people with print disabilities. This portal will fill an enormous gap.

**6. *Expand circulation and lending capacity***

Through OpenLibrary.org we have six years of experience lending digital books on behalf of 100+ partner libraries. This project proposes to expand significantly the infrastructure and services required to bring the collections of thousands of libraries online for lending, using tools that can be managed by the libraries themselves.

Our partners have made it clear: they need a turnkey solution that requires minimal technical investment on their part, so IA is developing a web-based portal that allows for easy collection curation by library administrators. Further, we will work to help integrate digital books with libraries' existing discovery systems, such as online card catalogs, subject collections, and lists of staff favorites.

To help augment libraries' existing digital lending programs, we will also build circulation systems for careful control over digital access. We will staff a partnership support team providing library staff with the necessary training for initial setup and ongoing curation.

**7. *Enable hyperlinks in citations to resolve to snippets of text***

In a time of growing disinformation, knowing your sources really matters. Ideally all books cited in Wikipedia, educator's lesson plans, and in news and journal articles would become hypertext links to those books, allowing the reader to click and open to the right passage or "snippet" for easy consumption. If readers want to read more, then they may need to borrow the book, a process we will attempt to simplify. By weaving large swaths

INTARC00151099

**Five-Year
Plan for *Open
Libraries*—
a project by
the Internet
Archive**

of published works into the web itself, we will be fulfilling one of the great promises of the hypertext web, to link concepts directly to their sources.

We will work toward this goal by creating stable URLs for pages into books, build translation tools for standard footnote formats to those URLs, and then work with Wikipedia, OER Commons, and others to integrate these new capabilities into editors' workflows.

Since 2013, we have worked with Wikipedia communities to automatically "heal" more than two million broken links in their articles, replacing them with links to the original page that we've archived in the Wayback Machine. Working with the 286 disparate communities[6] that make up Wikipedia has taken time, but we feel confident we can achieve integration with *Open Libraries'* books as well.

8. ***Enable research use of the digital book dataset***

A digital repository of more than four million books and related metadata creates a data set of great interest to researchers and data scientists. Researchers may derive significant scholarly benefit from analyzing data at this scale—such as the analysis of linguistic patterns or AI-enhanced analysis of historical trends.

We will enable what our profession calls "non-consumptive" research use—research that does not include reading a book or displaying large portions of in-copyright texts, but performs computational analysis of book data. Realizing this outcome will require us to build secure procedures and appropriate hosting that supports "bulk access" to book data at scale.

## F.  Building Partnerships with Key Stakeholders

We will achieve scale and impact by building partnerships throughout the

---

6 Wikimedia Foundation, List of Wikipedias  https://meta.wikimedia.org/wiki/List_of_Wikipedias

INTARC00151100



**Open Libraries**
a project by the Internet Archive

Internet Archive   *100&Change*

**Five-Year Plan for *Open Libraries*— a project by the Internet Archive**

entire ecosystem of libraries. That requires validation and support from key stakeholders. It means engaging in a community-centric process to design tools and services. This process is being led by **Director of Partnerships, Wendy Hanamura** and **Sr. Strategist, Jim Michalko.** As outlined in **Section F,** we've secured early endorsements from key stakeholders (#6). The boards of the largest associations representing libraries—the American Library Association (ALA), Public Library Association (PLA), and Chief Officers of State Library Agencies (COSLA)—support this effort. So do many authors and publishers. We are working with the Authors Alliance and MIT Press to align around our common goal: creating a new generation of readers and critical thinkers who love books.

Our scaling strategy involves engaging innovators from a broad range of archetypes to serve as first movers, championing *Open Libraries* within their associations and networks (#5). Our first calls were to educators and knowledge providers (#3) in the movement to adopt Open Educational Resources (OER). They will connect our resources to the learners who need them most—students who cannot afford textbooks, veterans getting their GEDs, and independent scholars who don't have the resources of a major university.

Our partners are building this service side-by-side with us. These include the curation specialists at the Digital Public Library of America (DPLA), the Digital Library Federation (DLF), and Benetech, operator of the world's largest accessible library, serving people in 70 countries (#1). We will see network effects when we integrate with the technologies of key service providers (#4) that already support thousands of libraries around the world. Likewise, we can reach millions of people with print disabilities by integrating

19

INTARC00151101

**Five-Year Plan for *Open Libraries*— a project by the Internet Archive**

services with the leading organizations in that sector (#2).

## G. Establishing Legal Frameworks and Agreements

The goal of *Open Libraries* is to forge a path that honors the rights of creators and expands their online reach, while serving the compelling interests of society, especially our most marginalized communities. As Georgetown's Associate Dean, Michelle Wu, explained in her presentation to MacArthur Foundation staff, "I'm here to address the lack of understanding about copyright law that I think has held libraries back for decades. Many do not realize that Congress enacted equally strong protections for society by way of fair use, which recognizes that under certain conditions, actions that would be copyright infringement are permitted as equitable and in the public interest." Clarifying this legal framework for the entire ecosystem of university counsel, public library leaders, authors, and publishers would be a major contribution to society. Without it, we are stuck in false opposition, afraid to challenge the status quo, poorly serving the interests of learners of every hue.

We have now gathered a cadre of library leaders willing to share the risk of legal opposition in order to move society forward. Refining a common understanding of fair use and digital library lending is a fundamental step to legitimizing this transformational system-wide change.

In May, our advisor, Pam Samuelson, one of the nation's preeminent copyright scholars, came to us with a proposition. She offered to convene a day-long meeting with 20 of America's most respected fair use experts. They would consider our plans, offer guidance about fair use in general, and form a working group willing to craft a joint statement for others to consider. This work is now in progress with plans to continue to gather the working group annually (#2) and disseminate their joint statement through events such as

20

INTARC00151102

🏛 **Open** Libraries

a project by the Internet Archive

Internet Archive   *100&Change*

**Five-Year
Plan for** *Open
Libraries—*
**a project by
the Internet
Archive**

"Fair Use Town Halls," proposed by Harvard University copyright advisor, Kyle Courtney, as part of his global Fair Use Week activities in 2018 (#1). This critical area of work is led by **Internet Archive's legal counsel, Lila Bailey,** who has spent her career defending the reader's rights to privacy and specializing in digital copyright law.

## H.  Establish Systems to Inventory, Track, and Store our Physical Assets

For the Internet Archive, reducing costs means controlling the supply chain at every point of the process. That's why we invented our own scanners, run our own data centers, and even staff our own warehouses—two facilities in Richmond, CA. We are developing systems to ensure the efficient preservation of millions of books for the long-term, under the leadership of **Director, Kelly Ransom.**

## I.  Researching, Testing, and Validating Financial Sustainability Models

Even before we start, the Internet Archive and our evaluation partner, New Knowledge, are planning how to sustain and grow the *Open Libraries* assets. Preservation is one of our most critical goals, and sharing the assets across a wide network of libraries is one of our fundamental strategies. As our advisors, LOCKSS founders, Victoria Reich and David Rosenthal would attest, *"Lots of Copies Keep Stuff Safe."*

The good news is that this project provides for the long-term file maintenance and storage of millions of books. That means we are committed to serving the files in myriad formats in decades to come, just as we do now for billions of web, video, audio, and software files. Planning for the long-term is part of our DNA.

21

INTARC00151103

**Five-Year Plan for *Open Libraries*— a project by the Internet Archive**

In the library world, OCLC is among the most adept at turning cooperative library services into self-sustaining businesses. They've done this for digital card catalogs, interlibrary loans, and now perhaps for e-delivery of the books themselves. We will work with OCLC to (#1) conduct market research and draft business plans for three business opportunities we've identified. Based on the results, we will pilot the most promising models (#2). If the pilots prove to be successful, we will refine our plans and launch a fee-based service (#3) to provide a sustainable source of revenue for the legacy phase of this project. These explorations will be led by our **Books Business Development Manager.**

IA has launched and runs two successful fee-based services: our web archiving business, Archive-It, and our book scanning services offered at 20 locations around the world. (See Financial Strength and Stability section.)

## J.  Training and Library Support

Our web archiving service, Archive-It, deploys a team of partner specialists—both librarians and engineers—who work with 500 partners for onboarding, training, and remediating glitches in the system. They run an efficient, supportive, community-oriented service, that emphasizes partnership over profit. With *Open Libraries* we will emulate our web team's model of training and support (#1-2). We will create online resources and tutorials to reduce the costs of direct customer service (#3). This effort will be led by our **Partner Support Manager.**

Over the last decade, our Books Team has successfully served more than 1000 contributing libraries who worked with us to scan their collections. We are digitizing the books of 272 active partners across 20 scanning centers today. Expanding to a digitize-and-lend service is a natural evolution of our model of financially sustainable social entrepreneurship.

22

INTARC00151104



Five-Year Plan for *Open Libraries*— a project by the Internet Archive

## K.  Measurement & Evaluation for Accountability, Feedback, and Recalibration

In selecting partners for measurement and evaluation, we searched for several things. We looked for team members who are whip-smart, data-driven, and who know the landscape of libraries well. We wanted our efforts to help not only the Internet Archive, but the entire library ecosystem, which is transitioning through radical technological change. If we were going to devote a substantial part of the budget to these activities, we hoped to leave behind an enduring asset that lives beyond the five-year project span. Thanks to program officers at the Bill and Melinda Gates Foundation, who have run the Global Libraries division for two decades, we were introduced to our two measurement and evaluation teams.

Leading our evaluation team is the New Knowledge Organization, directed by social scientist, Dr. John Fraser, and guided by Beverly Sheppard, former director of the Institute of Museum and Library Services (IMLS). We appreciated that they have been instrumental in creating strategies for the ALA and PLA on measuring the impact of libraries' public programming. Fraser is also the Editor-in-Chief of *Curator: The Museum Journal,* a Tier 1 journal published by Wiley; he has witnessed first hand the journal world's rapid shift to e-delivery. Understanding the intersection between publishers and libraries may be critical to our success. New Knowledge is designing a process that will challenge our direction at key intervals and help us to remain responsive, iterative, and true to our impact goals (#2).

Joining them are two research centers within the University of Washington's (UW) Information School: the Technology and Social Change (TASCHA) group and the DataLab. As the Gates Foundation winds down its Global Libraries program in 2018, it invested in three legacy partners, giving them

23

INTARC00151105



**Internet Archive**  *100&Change*

a project by the Internet Archive

**Five-Year Plan for *Open Libraries*— a project by the Internet Archive**

each a decade of funding to create a "strong and resilient" library field. TASCHA is one of those three, working to support libraries as they transform into "critical centers of learning, creativity, and community development." Joining them are the data scientists of the DataLab, led by Dr. Carole Palmer. We believe the University of Washington Information School is strategically placed to "direct and influence the practice of librarianship and the role that libraries must play in the lives of people and communities in the 21st century," as Dean Harry Bruce writes in his letter of commitment to this project.

We've asked TASCHA and the DataLab to create the **Impact Data Trust,** a transparent, public repository for library user data to be stored in the Internet Archive (#1). By aggregating use data from IA and all its partners, data scientists can glean more accurate analyses, not only for us, but for the field. The idea for this trust came from IA Advisor, Dr. Susan Hildreth, former director of IMLS and Professor in Practice in UW's Masters of Library and Information Sciences (MLIS) program. She knows that libraries have long desired a trusted place to aggregate data, in order to see the big picture and make compelling cases to agencies that fund them. But librarians also require the highest ethical standards around reader privacy. Dean Bruce writes about this project hitting a "sweet spot" where data scientists and library practitioners can "leverage data for the social good, in an ethical manner that can inform policy and impact lives for the better." That is indeed our goal.

TASCHA will work with New Knowledge to convene a yearly meeting of practitioners to share their data-driven insights (#3) and explore field-wide understanding of how *Open Libraries* is shifting use and access. The results of these meetings will inform our decisions in awarding evaluation sub-contracts to field-specific experts to conduct focus groups, surveys, and research that respond directly to questions as they arise. This plan

INTARC00151106



**Open Libraries**
a project by the Internet Archive

Internet Archive | *100&Change*

**Five-Year Plan for *Open Libraries—* a project by the Internet Archive**

focuses on three goals: accountability to our targets (#1), ongoing data-driven feedback for quick course correction (#2), and producing data-driven lessons that strengthen not only us, but the entire ecosystem we serve (#3).

## L. Outreach and Marketing to Key Influencers and Communities

While we work each day with technology, libraries, and books, it is people who are the heart of our project. Among them are half a billion people with disabilities that impact reading, the two-thirds of Americans who have library cards,[7] the 42 million people who have read a book online at one of our websites, archive.org and OpenLibrary.org in the last six months alone, another 319 million IA patrons who downloaded the text to read on their own devices in 2017, and above all, there are the individuals, who are enriched, educated, and empowered by the trusted information safeguarded by our libraries.

To capture the spirit and purpose of *Open Libraries,* we are launching OpenLibraries.online (#1), a website highlighting a few of these first person stories. We didn't have to go far. Every day our patrons send us their real life experiences. We talked to our mothers, our children, and our colleagues— all of whom will explain to you firsthand why having knowledge at their fingertips is so important. How ebooks have been game changers for them. How the public library is their only technical access point, and how having ebooks there that reflect their own stories makes all the difference between feeling included, or shut out.

Today, a lot of people think that Amazon has made libraries obsolete. But for-profit platforms including Google and Amazon make no guarantees

---

7 American Library Association, Library Cards: Home
http://libguides.ala.org/librarycards

25

INTARC00151107

A-1938



**Open Libraries**
a project by the Internet Archive

Internet Archive | *100&Change*

**Five-Year Plan for *Open Libraries*— a project by the Internet Archive**

about reader privacy, long-term public access, or preserving the best books produced by humankind. As John Palfrey writes in his book, *BiblioTech: Why Libraries Matter More than Ever in the Age of Google,* "Librarians worry, with some reason, about what protections readers will have when the police come calling for information about the books they have checked out...Their fear is justified: for-profit firms may not stand as firm as libraries would in the face of state pressure."[8]

So we need to remind Americans why libraries matter and that our world is split by an informational divide. We'll do that with our first digital media campaign, "Everyone Deserves to Learn," a primer in the ways ebooks can be lifelines for certain readers (#2). We will follow that with a second campaign, "Inspired to Lead," about the remarkable leaders who took a stand after internalizing a lesson they discovered in a book. Librarian of Congress, Carla Hayden, often quotes Frederick Douglass who said, "Once you learn to read, you will be forever free." "If you can absorb information yourself and make your own decisions, that's a freedom," Hayden explains.[9] In the midst of the Baltimore riots protesting Freddie Gray's killing, Hayden made her own decision: to keep a branch of her library open as a refuge. The power of an idea gleaned from history, translated into action. In the right hands, that is what a book empowers.

Our third campaign will engage directly with the public, encouraging them work with us to make this digital equivalent of a "great public library" a collective endeavor.

---

8 John Palfrey, BiblioTech: Why Libraries Matter More than Ever in the Age of Google, (New York: Basic Books, 2015), 204

9 Hayden, Carla. "Carla Hayden Thinks Libraries Are a Key to Freedom." The New York Times, January. 19, 2017 https://www.nytimes.com/2017/01/19/magazine/carla-hayden-thinks-libraries-are-a-key-to-freedom.html

INTARC00151108

**Open Libraries**
a project by the Internet Archive

| Internet Archive | 100&Change |

**Five-Year Plan for *Open Libraries*— a project by the Internet Archive**

Finally, our team members are fanning out far and wide to share the *Open Libraries* story (#3). We start this August in front of 2000 Wikipedians in Montreal and move on this Fall to 1800 librarians and publishers in Charleston. Throughout the next five years, we'll be telling our story, listening to our stakeholders, learning from our setbacks, and staying laser-focused on our mission:

## When *Open Libraries* is complete—

...access to knowledge will be more evenly distributed, especially to people in marginalized communities around the globe.

...the US library system will be transformed, offering nearly equal numbers of ebooks and hard copies, freeing up space and money so librarians can spend their resources providing critical services to patrons.

...the ebooks on library shelves will look more like the people who read them.

...a century of missing books will be preserved, held in dozens of institutions across borders.

...people in search of information they can trust will find it in the place they've always trusted: their local library.

INTARC00151109

# Open Libraries Project Plan

Summary View

| | Task Name | Duration | Start Date | End Date | Assigned To |
|---|---|---|---|---|---|
| 1 | **FIVE-YEAR PLAN FOR OPEN LIBRARIES**<br>**A Project of the Internet Archive** | | | | |
| 2 | **A. Governance: Establish teams for guidance, accountability, reporting** | 1540d | 10/11/17 | 09/05/23 | Brewster Kahle |
| 3 | 1. Establish Advisory Board in seven categories:  Tech; Curation; Collection Development; Legal; Service Plan; Accessibility & Financial Modelling | 1313d | 10/11/17 | 10/21/22 | Wendy Hanamura |
| 11 | 2. Internet Archive Board Review Scheduled | 1041d | 12/07/18 | 12/02/22 | Jacques Cressaty |
| 17 | 3. Internet Archive External Audit scheduled | 1113d | 06/01/19 | 09/05/23 | Jacques Cressaty |
| 24 | 4. Internal Grant Financial Management Quarterly and Annual Reviews | 1272d | 04/16/18 | 02/28/23 | Scott Fong |
| 45 | 5. MacArthur Grant Report & Internal Assessment (Half-yearly) | 1208d | 05/21/18 | 01/04/23 | Grant Manager |
| 56 | | | | | |
| 57 | **B. Hire team to execute Open Libraries** | 1221d | 05/01/17 | 01/03/22 | BZ Petroff |
| 91 | | | | | |
| 92 | **C. Curation** | 1305d | 01/01/18 | 12/30/22 | Curator of Books |
| 93 | 1. Establish College Core List | 1220d | 04/30/18 | 12/30/22 | Curator of Books |
| 98 | 2. Establish Public Library Core List | 1220d | 04/30/18 | 12/30/22 | Curator of Books |
| 102 | 3. Establish Bookshare List for People with Print Disabilities | 1304d | 01/02/18 | 12/30/22 | Curator of Books |
| 107 | 4. Establish Most Widely Held by Libraries List | 1240d | 04/02/18 | 12/30/22 | Curator of Books |
| 112 | 5.  Establish Wikipedia Books List | 1096d | 10/19/18 | 12/30/22 | Curator of Books |
| 117 | 6.  DPLA Curation Corps selects 1M books for K-16 Education & Diversity | 1302d | 01/01/18 | 12/27/22 | Curator of Books |
| 170 | 7.  Curate List for People with Disabilities in Marrakesh nations | 783d | 01/01/20 | 12/30/22 | Curator of Books |
| 174 | 8. Digital Library Federation (DLF) leads Inclusive Curation project to oversee diverse selection with community feedback | 1304d | 01/01/18 | 12/29/22 | Bethany Nowviskie |
| 230 | | | | | |
| 231 | **D. Book Sourcing—develop books pipeline for purchase and digitization** | 1175d | 07/02/18 | 12/30/22 | Director of Books |
| 232 | 1. Negotiate scanning agreements with partners for Super Scanning Centers (e.g.--Univ. of Alberta; Northeastern) | 180d | 01/01/19 | 09/09/19 | Director of Books |
| 236 | 2. Negotiate terms of purchase with publishers, vendors, authors, booksellers | 1044d | 01/01/19 | 12/30/22 | Books Business Development Manager |
| 242 | 3.  Negotiate with University Presses and other publishers to digitize their backlist books | 522d | 07/02/18 | 06/30/20 | Books Business Development Manager |
| 243 | 4.  Create a pipeline for quality, open access books by global NGOs | 1044d | 01/01/19 | 12/30/22 | Director of Books |

INTARC00151110

| Task Name | Duration | Start Date | End Date | Assigned To |
|---|---|---|---|---|
| 245 | **E. Technology Plan** | 1566d | 01/01/17 | 12/30/22 | |
| 246 | 1. Integrate purchased eBooks (from publishers, authors, etc.) | 1304d | 01/01/18 | 12/29/22 | |
| 247 | 2. Scale Book Digitization Capacity in Scanning Super Centers | 1566d | 01/01/17 | 12/30/22 | Head of Digitization |
| 254 | 3. Improve Internet Archive books for use by people with print disabilities(e.g. OCR, chapters, formats) | 720d | 05/01/17 | 01/31/20 | Hank Bromley |
| 255 | 4. Improve accessibility of web site for patrons with print disabilities | 360d | 06/01/18 | 10/17/19 | Brenton Cheng |
| 256 | 5. Increase circulation of ebooks to US and Global blind and print disabled communities | 1128d | 09/03/18 | 12/28/22 | Brenton Cheng |
| 260 | 6. Develop and implement technology for Circulation and Lending (e.g. OPDS, ILS and OPAC integration) | 1179d | 01/01/18 | 07/07/22 | Brenton Cheng |
| 261 | 7. Integrate capability to cite  directly from IA's ebooks with top sources for online information (e.g.--Wikipedia, OER Commons, etc.) | 923d | 06/01/19 | 12/13/22 | Brenton Cheng |
| 262 | 8. Enable (non-consumptive) Research Use of the Digital Book Dataset | 360d | 06/01/18 | 10/17/19 | John Gonzalez |
| 263 | | | | | |
| 264 | **F. Build Partnerships with Key Stakeholders** | 1480d | 05/01/17 | 12/30/22 | Wendy Hanamura |
| 265 | 1. Build Curation Partnerships | 1298d | 01/02/18 | 12/22/22 | Wendy Hanamura |
| 270 | 2. Secure Support and Guidance from  Organizations Serving People with Disabilities | 1274d | 01/02/18 | 11/18/22 | John Gonzalez |
| 276 | 3. Secure Support and Guidance from Partnerships for Education & Open Knowledge | 120d | 01/02/18 | 06/18/18 | Mark Graham |
| 280 | 4. Engage with Technology Providers | 1305d | 01/01/18 | 12/30/22 | John Gonzalez |
| 291 | 5. Engage Early Adopters & Archetype Innovators | 1302d | 01/02/18 | 12/28/22 | Jim Michalko |
| 301 | 6. Establish network of Key Influencers in Library Ecosystem | 243d | 05/01/17 | 04/04/18 | Jim Michalko |
| 309 | | | | | |
| 310 | **G. Establish Legal Frameworks and Agreements** | 1461d | 05/23/17 | 12/27/22 | Lila Bailey |
| 311 | 1. Create group of Copyright Scholars to advise on legal framework for D&LS | 1413d | 05/23/17 | 10/20/22 | Lila Bailey |
| 316 | 2. Legal Working Group continues to expand scholarship, disseminate learnings in wider ecosystem | 1045d | 10/19/18 | 10/21/22 | Lila Bailey |
| 322 | 3. Create contracts and legal guidelines for compliance with Copyright in D&LS | 1297d | 01/08/18 | 12/27/22 | Lila Bailey |
| 325 | | | | | |
| 326 | **H. Oversee Physical Storage, Inventory and Tracking of assets** | 1305d | 01/01/18 | 12/30/22 | Kelly Ransom |
| 327 | 1. Establish staffing, intake systems, pallet tracking plans to store 3+ million books | 1305d | 01/01/18 | 12/30/22 | Kelly Ransom |
| 333 | | | | | |
| 334 | **I. Financial Sustainability Model** | 1030d | 08/30/19 | 08/10/23 | Books Business |
| 335 | 1. Conduct Market Research and draft Business Plan for earned income from D&LS | 240d | 08/30/19 | 07/30/20 | Books Business Development Manager |

29

INTARC00151111

| | Task Name | Duration | Start Date | End Date | Assigned To |
|---|---|---|---|---|---|
| 340 | 2. Pilot most promising option(s) | 240d | 07/31/20 | 07/01/21 | Books Business |
| 343 | 3. Launch Service of most promising pilot | 200d | 07/02/21 | 04/07/22 | Books Business |
| 344 | 4. Analyze sustainability model for D&LS based on pilot market data | 90d | 04/08/22 | 08/11/22 | Books Business |
| 345 | 5. Continue to build fee-based service into sustainable source of revenue | 260d | 08/12/22 | 08/10/23 | Director of Books |
| 346 | | | | | |
| 347 | J. Training and Partner Support: create systems to on-board, train and support Library Partners | 657d | 07/01/19 | 01/04/22 | Partner Support Manager |
| 348 | 1. Build Partner Support Team | 657d | 07/01/19 | 01/04/22 | BZ Petroff |
| 353 | 2. Create plan for partner support, growth & sustainability | 120d | 07/01/19 | 12/13/19 | Partner Support Manager |
| 355 | 3. Create materials for training and service | 360d | 01/07/20 | 05/24/21 | |
| 359 | | | | | |
| 360 | K. Measurement & Evaluation for accountability, feedback and recalibration | 1295d | 01/05/18 | 12/22/22 | Director of Books |
| 361 | 1. Create and run the Impact Data Trust (Trust) | 1285d | 01/06/18 | 12/08/22 | TASCHA |
| 395 | 2. Metrics, Evaluation and Reporting | 1295d | 01/05/18 | 12/22/22 | New Knowledge |
| 483 | 3. Community Engagement with Open Libraries' Learnings:  Data Mobilization Discussions hosted by UW I-School | 1128d | 05/18/18 | 09/13/22 | TASCHA |
| 506 | | | | | |
| 507 | L. Outreach and Marketing to Key Influencers & Communities | 807d | 06/01/17 | 07/03/20 | Wendy Hanamura |
| 508 | 1. Launch Project website: OpenLibraries.online | 97d | 06/01/17 | 10/13/17 | Alexis Rossi |
| 509 | 2. Digital Media Campaigns for Public engagement | 807d | 06/01/17 | 07/03/20 | Communications Manager |
| 513 | 3. Public Presentations to Key Influencers & Communities | 101d | 06/24/17 | 11/10/17 | Brewster Kahle |
| 519 | | | | | |

INTARC00151112

Open Libraries
a project by the Internet Archive

# B. Community Engagement











INTARC00151113



# Stakeholder Identification

At the Internet Archive we are a conduit connecting learners with the published works of humankind. Like the internet itself, we're part of the infrastructure delivering the power of ideas to knowledge seekers and providers. Who benefits from the free flow of ideas? Who has a stake in keeping the power going?

**Just about everyone.**

Open Libraries will empower **119,000 US libraries:** academic and public library systems, along with the **373,000 library professionals** and associations who serve them.[1] Surveys show when a library offers ebooks, more patrons visit and more books circulate,[2] but ebooks represent only 17% of their holdings.[3] Meanwhile, libraries are bursting at the seams—pressured to preserve ever growing numbers of books, while opening up spaces for public programming. Ebooks enable efficient preservation and community-centric spaces.

**Content creators** have a huge stake in seeing their works bought and read. Some **authors and publishers** have joined *Open Libraries*, to extend their online reach. The Author's Alliance writes, "Keeping valuable knowledge and creativity out of the reach of readers benefits no one. For authors, the lack of an online version of their books can be tantamount to oblivion."[4] Other authors and publishers, along with their trade associations, question the idea that libraries' digital lending is fair use. We acknowledge that tension, but believe we can demonstrate that Open Libraries controls circulation in ways greatly benefitting readers without harming creators.

**People with disabilities** are stakeholders and beneficiaries of our project. They describe a great global "book famine"5 and say this effort would open the doors to a world-class accessible digital library.

INTARC00151114

**Open** Libraries
a project by the Internet Archive

Internet Archive | 100&Change

**Educators, journalists, scholars and Wikipedia's 116,000 active editors worldwide**[6] all share a stake in preserving public trust in information during this "Post-Truth" era. Our project links information to the trustworthy vetted sources directly in books.

**And the beneficiaries?**

Every **school, university or public library patron**, including the people who physically visit public libraries 1.5 billion times a year.[7]

More than a **billion people with print disabilities**, including **285 million with visual impairments.**[8]

**Online readers** whose habits are increasingly monitored and monetized. Librarians staunchly defend reader privacy in stark contrast to for-profit alternatives.

**Underserved communities in the US,** who will see books reflecting their own lives in libraries.

**Wikipedia readers** who view **15 billion pages** every month.[9]

**College students** who could replace costly textbooks with Open Educational Resources, saving on average an estimated $1000 or more per year.[10]

**Scientists** using computational analysis of books' data to fuel discovery.

**Authors** whose creative output will be discovered by future generations. As historian, Abby Rumsey, writes, "In 20 years, if a collection cannot be discovered through a web search, people will effectively not know it exists."[11]

**American Democracy** which cannot flourish without informed citizens.

INTARC00151115



Ultimately, we all have a moral stake in connecting the citizenry to freely-accessible knowledge. As Georgetown Law's Michelle Wu writes, this project "holds the promise of bridging one of the most dangerous divides of our time: an informational divide caused by the growing economic inequality in the United States."

# Inclusiveness

We know that access to knowledge is not evenly distributed. Surveys show that for many marginalized communities, distance, time, cost, and disability pose barriers to knowledge.[1] *Open Libraries* seeks to eliminate those barriers through e-delivery of the critical information locked in books. Working with the National Federation for the Blind (NFB), Benetech, and others, IA will enable people with print disabilities around the world to access a collection of **6.5M ebooks—10x the size of the world's largest accessible library today.**

A 2015 Pew survey reveals "lower-income Americans, Hispanics, and African Americans are more likely to say that libraries impact their lives and communities than other Americans." The most frequent library visitors are Hispanics: 21% say they go to the public library at least once a week, versus 14% of all respondents.[2] Thus, increasing libraries' e-resources and communal spaces will have outsize impact for these communities.

For readers at the 80% of public libraries that are small and rural,[3] we'll expand access to more ebooks, **from an average of 17% in 2013[4] to 80% in 2023.** This enables anyone with an internet connection or mobile device to access a wider range of library information, at any time, from anywhere.

Finally, like many institutions, US libraries have helped perpetuate discrimination—sexism, racism, classism—by curating collections based

INTARC00151116



on values and norms that reflect the biases of the majority population. We'll curate digital collections as diverse as our readers through a transparent, inclusive selection process, with public feedback loops from diverse community panels.

## Persons With Disabilities

Less than 10% of published works can be read by people with viewing impairments.[1] To address this book famine, we're teaming with Benetech to produce 10-15,000 fully accessible member-requested books.

Benetech will use its long-tail user data to create lists of books tailored to the needs and desires of people with disabilities. Then we'll post these lists on the Digital Library Federation's dashboard, inviting public feedback. We believe this transparent, community-responsive process can serve as a model for selecting more inclusive collections everywhere.

Our most ambitious plan ensures that everybody in the world with a qualifying disability can access both the IA and Bookshare platforms in a pay-what-you-can model; for most, access will be free. Benetech will launch a Latin American accessible book portal in the 12 Marrakesh Spanish-speaking nations—10 of which have no accessible ebook platforms at all.

We're partnering with organizations worldwide to provide one-click authorization for their certified print disabled members on archive.org, allowing them to download 6.5 million books in formats compatible with adaptive devices. The Accessible Digital Library of India will deliver these ebooks to the world's largest blind population.

Together, the e-collections of these organizations now total 699,000 accessible books—akin to a small college library. We can increase that collection 10x—providing them with the equivalent of a major urban public

INTARC00151117



library. As the president of the National Federation of the Blind wrote, this project "constitutes the greatest single increase in accessible materials for the blind since… 1931."

## Stakeholder Engagement

At our 2015 Library Leaders Forum,[1] we asked 80 partners this provocative question: *What if IA could wave a wand over your collections and make them digital? Would you lend them in keeping with traditional practices?*

Many agreed it would transform their libraries, unlocking the true value of their collections. But they were concerned they couldn't explain this conception of fair use to their lawyers.

Library law panelist, Mary Minow, walked us through fair use's application to controlled digital lending (CDL); Georgetown Law volunteered to launch the first pilot.

University of Alberta's Gerald Beasley came away inspired, working to clear a path to digitize 500,000 modern books later this year.

In 2016, Georgetown's Michelle Wu, published her groundbreaking article,[2] detailing the legal framework for *Open Libraries.* Meanwhile, Kahle travelled the world, sharing our vision with dozens of CTO's, university leaders, and librarians. Interest was building.

But the costs, the lack of infrastructure, and potential risks made progress slow. We knew creators might question this project, so we began directly engaging with authors and publishers, answering their questions. Authors Alliance members signed on, and we're digitizing their books for open access. MIT Press Director, Amy Brand, wanted to take control over her titles, after discovering thousands were circulating unauthorized on the web.

INTARC00151118

McNamara Declaration

Exhibit 46

part 2



MIT Press became the first publisher to digitize-and-lend its backlist. The philanthropy Arcadia pledged $1M to bring on other publishers.[3]

Meanwhile, our idea took hold at Boston Public Library, owners of the full trade collection of Houghton-Mifflin (HM). HM's Archivist convinced her president to digitize-and-lend their backlist, emphasizing in their MOU that "accessibility to all published literature is possible while still protecting the rights of authors, illustrators, designers and publishers."

In 2016, momentum continued with Kahle presenting "Transforming Our Libraries into Digital Libraries"[4] to 90 leaders. We were invited to lunch with the new Librarian of Congress, Carla Hayden, seeding interest at the world's largest library.

We're now in dialogue with the  Author's Guild to ensure them of the strict circulation controls this framework offers, seeking common ground. Remember that as recently as 2012, publishers weren't licensing any ebooks to libraries. The ALA played a pivotal role brokering consensus then, and we've asked their board to consider doing the same for digital lending now.

This year alone, IA teams have met with 1000 librarians, educators, Wikimedians, and legal experts. We've solicited feedback at DPLAFest, WikiCite, and the ALA Annual, where we received key endorsements from ALA and the PLA boards. (See Evidence.)

Media coverage continues to grow, including *EDUCAUSE Review, Library Journal*, and BBC. We're engaging the public through FacebookLive and YouTubeLive. Every week books from our wish list arrive, donated by Book Mooch members.

INTARC00151119



**Open Libraries**
a project by the Internet Archive

Internet Archive | 100&Change

Public libraries are embracing *Open Libraries*, driven by their pressing needs for space and funds. You'll read letters from 35+ influencers and partners. After several years, *100&Change* has started a groundswell. Today we have the technology, buy-in from key leaders, and perhaps, with support from MacArthur, all the prerequisites for transformational change.

## Stakeholder Influence

Through deep dialogue with learners, advocates for the blind, and engineers, we're discovering how better to serve the wide-ranging needs of people with disabilities. Since 2010, IA has been providing books in DAISY format and text-to-speech in our bookreader. But the community has told us that this is out-of-date. We now plan to improve accessibility of the navigation within books and produce more up-to-date formats, with consultation from LightHouse for the Blind and Benetech.

Our partners were clear about another point: reduce friction for their members. They're requesting one-touch authorization using their member databases, seamless integration with existing tools, and interoperability with the vendors they already employ. Many statewide library consortia plan to use New York Public Library's new mobile bookreader, *SimplyE*,[1] so we're integrating a seamless flow of our ebooks into this device. Fewer silos, more coordinated efforts.

We were surprised to learn that space is one of the biggest concerns for our early adopters. Many cities impose strict policies around weeding books, so libraries are renting expensive off-site storage for older titles. Storing books more compactly, while providing digital access to them will solve many problems for library budgets, space, and preservation. Counter to our assumptions, this suggests starting with the oldest post-1923 titles and working forward.

38

INTARC00151120



Internet Archive   100&Change

We approached the Digital Library Federation as a partner because of its explicit social justice mission. They have intentionally built a diverse membership of librarians who volunteer time to develop best practices around inclusion. It was DLF who suggested the "Inclusive Curation" methodology--a transparent, community-responsive process that we will be adopting. We're learning from our partners at DLF everyday.

To truly serve global communities we need boots on the ground and community leaders at the table. With guidance from *Whose Knowledge?,* we are adding advisors in India, who are tying us to the on-the-ground networks with the most momentum.

In response to feedback from 20 top copyright experts, we are shifting our service plans and timelines. It makes sense to move swiftly to digitize and offer millions of the most useful ebooks to the print disabled, where copyright exemptions are clear-cut. Similarly, we can move forward with journalists and Wikipedians to ground their articles in citation "snippets." We'll increase efforts to buy ebooks directly from publishers and build partnerships with them akin to our understanding with Houghton-Mifflin-Harcourt. We're also talking with the Author's Guild directly.

But in response to the legal opinions we've heard, in Year 3 we may adjust our library circulation practices to start with those books that have negligible market impact: scholarly works, out-of-print works, and books filling in the missing century from 1924-on. Luckily, those are precisely the books that libraries want to transition off-site. Legal experts concur: we can clearly digitize any in-copyright book and share it with the print disabled. But we'll work with all library partners to modulate circulation according to risk. In all these ways, our stakeholders are helping us to recalibrate our plans, honor their values, and address the concerns of creators.

INTARC00151121



# C. Scalability of the Project











INTARC00151122



## Planning for Scale

10% of the world experience disabilities that impact their ability to read.[1] For the blind, less than one in ten books are now accessible.[2] We have sustainable technologies to solve that. *Open Libraries* will scale across many dimensions, bringing more diverse books to millions of learners, in more accessible formats, to an increasing number of nations around the world. In the US, libraries offer free information services for all, but 80% of libraries are small and rural,[3] where time-constraints and geography present barriers to access. We will address that by transforming the US public library system itself. In 2013, an average of 17% of their books were digital,[4] by 2023, we'll make 80% digital. IA will ensure the long-term preservation of four million 20th-century books, now missing from our digital shelves. And we'll increase the number of ebooks available to the print disabled by 10x.

To achieve these goals, we must increase our technological capacity to scan books at scale while dramatically reducing costs, and also expanding the capacity of US libraries to lend their own ebooks.

## Scaling Technologies

Starting with IA's collection of 2.5 million public domain ebooks, we plan to scale to approximately 6.5 million volumes. Scanning four million new books in five years requires increasing capacity at every juncture of our workflow— from tracking physical items to improving metadata and search. Since 2015, our engineering teams have been tackling every one of these areas. In 2014, IA released its next-generation scanner, the TableTop Scribe, featuring higher quality imaging and faster processing.[5]

Cost-effectiveness will be critical. Many libraries spend more than a dollar per page to digitize their materials. At our twenty North American scanning

INTARC00151123



centers, we charge 10 cents per page. IA estimates reducing that by 66% at our new super scanning centers in Hong Kong and Shenzhen.

IA has also refined our own data storage—at a fraction of the cost of Amazon cloud services.

# Expanding Diversity

The Digital Library Federation (DLF) and Digital Public Library of America's (DPLA) Curation Corps of 40-50 librarian specialists will shape targeted lists of books from traditionally underrepresented communities. On a public website, community members can vet the books we select. Working with ALA's *Our Voices* Project, we will buy everything in their pipeline from minority publishers and authors.

We plan to digitize some of the nation's finest collections of multicultural children's literature and LGBTQIA collections from the San Francisco Public Library, focusing on the experiences of people of color, the disabled, and other marginalized groups. We'll focus on books in Spanish and Indian languages to better serve the print disabled in those regions.

# Activating Library Networks

Launching with early archetype innovators of diverse library types, from public to academic, we will scale up through a group of key influencers who can move peer networks forward. We will activate large-scale adoption through centralized leverage points: vendors such as OCLC supporting 16,000 libraries,6 state-wide consortia, and certain state librarians who oversee public library systems for entire states.

INTARC00151124



Internet Archive | 100&Change

# The Credibility of the Proposed Solution:

In 2011, when IA launched its digital lending library, OpenLibrary.org, we recruited 100 libraries to contribute books for scanning and lending on their behalf. All 50 State Librarians endorsed the project.[1] These early partners form the network of innovators we can scale with again.

We **built an extensive digitization supply chain** for this pilot: IA receives free books from used-booksellers and libraries. We run 20 facilities, scanning books for 1,000 contributing institutions.

Today, **IA holds 2.5+ million ebooks and executes 1.5 million annual loans.** In the last six months, **43 million people** have used our online bookreader; **319.5 million learners have downloaded ebooks.** For six years, OpenLibrary has offered temporary digital access to copyrighted works in a manner respectful of creators, without major incident. We've proved that one library can succeed, but to scale we need to replicate this model with others.

In 2016, we launched a second-stage pilot with Georgetown University Law Library, our first archetype innovator. Today, Georgetown's community has the option to check out a physical or digital copy of a growing number of its books. Over the last few years, Georgetown's Michelle Wu, has presented her model to approximately 100 libraries, encouraging them to build  "collaborative digital libraries" for the entire nation. Through her journal articles[2] and as a first mover, Wu is one of a dozen key influencers validating this legal path forward. She's part of a group of copyright experts drafting a joint statement on digital lending, establishing a legal basis for major adoption.

INTARC00151125



# Support for the Change

At the recent American Library Association (ALA) Annual Conference in Chicago, 70 members of the Consortial Ebook Interest Group met to vent their "E-Grievances." They listed the "silo thinking between print and e-;" the urgent need to aggregate data as an industry; and that "Librarians aren't actually engaged in ebook issues—we just accept what we have been given." Open Libraries addresses each of these pressing problems. It empowers US librarians to shape their own digital collections.

We're enlisting a broad cadre of early adopters of every archetype, each representing an association of peers:

- Specialty:  Georgetown Law Library, Washington DC
- Independent:  Society Library, New York City, NY
- Mid-size college:  Northeastern University, Boston, MA
- Large University:  University of Alberta, Edmonton, Canada
- Small Public:  Delaware County Public Library, Ohio
- Major Urban Public:  San Francisco & Los Angeles Public Libraries, California

These widely trusted champions can influence their social networks toward adoption.

We've established an Advisory Board of 25 global influencers in education, law, technology, accessibility, and libraries, who mobilize constituents and legitimize our solution. Open Libraries is now endorsed by the Boards of the Public Library Association, ALA and the Chief Officers of State Library Agencies (COSLA), representing 50 State Librarians.

To mitigate legal opposition, we're following the guidance of 20 copyright experts. A working group from Harvard, Duke, NYU, and Georgetown

44

INTARC00151126



Internet Archive   *100&Change*

Universities will publish a joint statement on the legal issues involved. This common understanding will reduce risk and speed adoption by clarifying the legal framework for university and state decision makers.

## Advantage of the Proposed Solution to Alternative Solutions and to the Status Quo

In *BiblioTech: Why Libraries Matter More Than Ever in the Age of Google,*[1] John Palfrey writes, "People's information habits have undergone a sea change—a major shift toward the digital…The problem is that libraries need to provide both physical materials and spaces as well as state-of-the-art digital access."

Libraries haven't met this demand, stymied by digitization costs, legal risks, and missing infrastructure. A look at IA's own ebooks and Amazon's physical holdings reveals a missing century of books between 1923 when public domain is clear-cut, and the digital era **(See Charts).** This status quo compromises research and learning.

**Google Books** is the largest program to digitize millions of volumes. The resulting lawsuits sanctioned massive book digitization and access to snippets of in-copyright works. Meanwhile, as a for-profit company, Google makes no guarantees about reader privacy, preservation or long-term access.

Some Google scans are preserved in an academic repository called **HathiTrust**, where university subscribers can access public domain volumes. However, in-copyright works are not accessible even to paid subscribers. Publishers now license ebooks to libraries, but only very recent and popular books, often on temporary or restrictive terms.

The growth of crowd-sourced sharing sites such as **Library Genesis** (3M

45

INTARC00151127



The growth of crowd-sourced sharing sites such as **Library Genesis** (3M ebooks) and **Sci-Hub** (52M articles) reflects a pent-up demand for easy, free access to books and journals. *Open Libraries* provides a legal path to some of that content. As MIT Press Director Amy Brand writes, "I see this effort as a proactive alternative to widespread circulation of unauthorized digital files."

## Internet Archive Digitized Books by Decade  1800 - 2010



INTARC00151128

🏛 **Open** Libraries
a project by the Internet Archive

Internet Archive | 100&Change

## Books in Amazon Warehouse by Decade 1800 - 2000



Taken from a random sample of 2500 new fiction titles available in the Amazon warehouse in 2012. Creator: Paul Heald, Professor of Law, Univ. Illinois Urbana-Champaign

# Ease of Transferring and Applying the Solution at Scale

Over the past decade, IA has assembled the key elements to transition all US libraries to become digital libraries:

- Scanning capacity and a robust digitization supply chain,

- The legal foundation to support a Digitize and Lend Service (D&LS),

- Affordable, scalable technology,

- Demonstrable a model that can be replicated by other motivated institutions,

- Mobilized leaders in key constituencies to endorse the D&LS,

- A project plan to make a D&LS part of every US library's services.

47

INTARC00151129



The pathway to a D&LS at-scale features two work streams to broad, ubiquitous adoption. The first creates a large, compelling inventory of digital books. The second is a network of institutional advisors and service partners who will demonstrate how to launch the D&LS with minimal effort and proselytize the benefits to the community.

**Why 4 million ebooks?** We believe that a curated collection of 4 million titles, added to our 2.5 million public domain works, reaches an important threshold: our collection will overlap with the majority of most partners' collections, exerting the gravitational pull on later adopters to participate.

According to a 2013 survey of US public libraries, the average proportion of ebooks to physical books hovers around 17%. By analyzing data from 1200 library systems, our early results show we already hold 40% of the books in the average public library. With a more targeted inventory of 4M modern books, we can offer digital access to 80% of most library collections. These are the books that will overlap with college libraries and the millions of volumes in major public libraries.

Our greatest challenge is that libraries are heterogeneous—in type, technology, and funding-source—requiring multiple solutions. To scale, we will leverage centralized service providers and statewide networks that can activate large numbers through a centralized, single-point of contact. Perhaps our most important partner will be OCLC, the cooperative providing metadata infrastructure for the vast majority of US libraries (16,000 worldwide) and runs the cloud-based management systems for 600 academic libraries. Working with OCLC delivers two crucial capabilities—a widely available, easy-to-use matching service and the capability to surface those digital items in local catalog searches.

We're also integrating with mobile ebook platforms, including New York

48

INTARC00151130



Public Library's *SimplyE*, which is poised for adoption by hundreds of US libraries. *SimplyE* enables us instantly to offer highly motivated user groups with turnkey mobile access to their own ebooks.

IA has targeted the statewide consortia with the most advanced ebook strategies, including California, Connecticut, Georgia, Illinois, Minnesota and Wisconsin. At our webinar for State Librarians, the greatest interest came from rural states where library patrons travel great distances: Alaska, South Dakota, Tennessee, West Virginia and Florida.

We foresee a day when libraries everywhere will be expected to offer all their collections in digital formats. Amazon and Apple began that demand with the Kindle, iPad and iPhone, and patrons will demand it in their libraries, too. We offer the ecosystem an open infrastructure, high degrees of overlap, ease of transfer, and reduced risk.

## Organizational Capacity to Implement the Solution at Scale

Since 2014, the Internet Archive has been engaged in organizational change and expansion. Our staff grew by 22% between 2014-16, adding five new directors who have the passion, expertise, and ability to sustain this project to fruition. We embrace Brewster's vision, and are capable of executing it.

Since 2014, we've been tweaking our engineering culture. It hasn't been easy—but we've evolved from a staff of brilliant individual contributors to one where skilled teams produce the most impact. During this project, we'll grow the number and size of teams along a path we've been forging for three years.

We're partnering with industry leaders, including OCLC and Benetech, that bring in-depth experience in their specialties. Benetech is the global leader in accessible digital content for people with disabilities. OCLC offers the

INTARC00151131



business and marketing teams that IA lacks.

Meanwhile, our evaluation partner, NewKnowledge, will be on hand to assist us in identifying roadblocks and adapting to new problems as they arise. We've intentionally structured the evaluation funds to be flexible and directed to outside experts in areas that may evolve.

There's something about the very DNA of IA's organizational culture that promotes scaling: we share deeply-held values and mission alignment; an open source ethos and a willingness to forego brand recognition as a provider of infrastructure. Librarians tend to be extremely collaborative, building upon the morals of our profession: reader privacy, commitment to sharing and open knowledge. All of these values will take us a long way toward scale.

## Financial Sustainability of the Proposed Solution

MacArthur's support builds an enduring asset: a collection of 4M ebooks and the infrastructure to share them across an ecosystem.

To grow the collection, IA digitizes a steady influx of 250,000 books per year for paying partners.

To maintain the technology, we've identified three strong possibilities for sustainable income:

- One-time transfer fee for institutions that want to hold their own ebook files; this would allow them to build moneymaking services atop the collection.

- Activation fee when institutions "turn on" the ebook lending service. After early adopters turn on for free, we could charge a nominal fee for late adopters, with a sliding scale.

- Interlibrary Loan Digital Fulfillment:  A 2013 survey shows public and university libraries paid between $300-600 million to ship materials for interlibrary loans. OCLC runs an ILL matching service, executing 4.5 million ILL book requests

50

INTARC00151132



each year, averaging $17. We can provide lower-cost ebook alternatives for ILL
 fulfillment. As the dominant ILL middleman, OCLC already has robust
marketing, and service teams poised to expand to e-delivery.

In Year Three, IA and OCLC will conduct market research and build business
plans for these three opportunities. In Year Four, we'll select the most
promising and pilot them.  In Year Five, we can start charging for some
services.

Our plans expand the staff by 14% and reduce back to a 6% increase after
Year Five. That growth seems sustainable with or without additional income.

When we are done, diverse communities will see their stories, now missing
from library shelves, preserved forever.

INTARC00151133

**Open Libraries**
a project by the Internet Archive

# D. Monitoring, Evaluation & Learning











INTARC00151134



# MONITORING

## Results

*Open Libraries* will transform the lives of millions of people around the globe by giving them unprecedented, free, long-term access to knowledge. This transformation will occur through one of society's most trusted institutions— the public library. Our goal is to bridge the informational divide that separates us along lines of income, geography, education, and physical ability. For many of the people who visit libraries 1.5 billion times each year,[1] the library has become their sole lifeline to trustworthy information—a place that is free of paywalls, ensures their privacy and preserves the stories that reflect their lives. Our solution combines scalable technologies developed by the Internet Archive, the information infrastructure anchored by libraries, and the membership networks of organizations with intimate knowledge of the needs of our most vulnerable populations.

Because *Open Libraries* has many facets, the monitoring and evaluation will be constructed around these key goals:

- Expanding global access to knowledge
- Increasing diversity in digital content to meet the needs of people from underserved racial, ethnic, gender and age populations, as well as those requiring special accommodations
- Expanding libraries' digital assets to maximize adoption nationwide and preserve their collections

To monitor progress in meeting these goals, we will focus on these outcomes:

- growth in digital assets made available to libraries and learners
- changes in usership patterns of digital assets compared to historical circulation
- expansion and use of assets for blind, low vision and dyslexic communities

INTARC00151135



Open Libraries
a project by the Internet Archive

Internet Archive  |  100&Change

- growth in titles and the digital content reflecting needs and interests of diverse communities
- growth in use and ebook availability to minority and underserved communities
- change in ratio of ebook vs. hard copy in library collections

The monitoring and evaluation strategy will be led by two teams with deep experience measuring change in the global library ecology. The first, **NewKnowledge Organization Ltd,** is a social science think tank that was recommended to us by the Gates Foundation's Global Libraries Program. With a decade of practice helping the Public Library Association (PLA) and the American Library Association (ALA) assess their impact, NewKnowledge is strategically placed to help align our efforts with other global library initiatives.

The second, are two research centers at the **University of Washington's (UW) Information School: the Technology and Social Change (TASCHA) group and the DataLab,** who will serve as the technical backbone of the project. TASCHA brings global experience measuring the impact of digital knowledge in the developing world; it's one of three "legacy partners" endowed with a decade of support by the Gates Foundation as Gates winds down its Global Libraries project.

Our evaluation teams will challenge our direction at key intervals, helping us to remain responsive, iterative, and true to our impact goals. Our monitoring program is designed as a transparent process tracking the "digital footprints" of our ebooks, how communities are using these materials, and their impact on the evolving ways libraries are helping communities bridge the informational divide.

INTARC00151136

A-1968



## Tracking

To track results, we're establishing two parallel initiatives. First, with TASCHA and DataLab, we'll create an **Impact Data Trust** to manage the quantitative measures of our project. The Trust will be a transparent, public repository for the ebook usage data that IA and others generate, held by institutions that maintain strict protocols for reader privacy and anonymity—something no for-profit analytics company guarantees. IA will preserve this data, but the UW teams will oversee its use, assisting researchers who want to query these results. By aggregating data from many sources, we hope to see the bigger picture, benefiting not only this project but the entire ecosystem. DataLab will develop the Trust's tools, protocols, and strategies to leverage these resources through its academic networks.

TASCHA and DataLab will issue data quarterly reports, using their teams to look for untold impact stories within our results. This work builds upon TASCHA's track record of investigating the impact of technologies in more than 50 countries, over a decade, including research on public libraries as venues for access to information.

The **Impact Data Trust** will capture the "digital footprint" of IA's growing ebook collection as it travels through libraries, Bookshare, and organizations for the blind to readers worldwide. Throughout the project, NewKnowledge will use an integrated set of quantitative measures and qualitative evaluation tools to provide a detailed understanding of the multiple impacts of this project for each beneficiary group.

Digital footprint data will tell us what content is being used and at what frequency. These data will point us in the direction of where to deploy targeted focus group studies. Working with Benetech and the Digital Library Federation, NewKnowledge will set up community panels to better

55

INTARC00151137



understand the information needs and priorities of different groups. Blind versus low-vision users, dyslexic learners, and ethnic communities all have unique ways of considering need and equity in library collections. DLF and Benetech's community feedback will complement IA's digital use metrics to tell a fuller story.

As questions arise about sub-populations arise, we'll respond to the evolving context.  We've reserved 1.5% of the budget for specialized sub-contractors who will conduct surveys, focus groups, or other investigations to address new questions as they arise.

Meanwhile, NewKnowledge and TASCHA already monitor the library ecosystem, analyzing data to help increase libraries' impact at scale. We can leverage their wider work to add to our own, including resources from: the International Federation of Library Associations, the Public Library Association, Benetech, the Digital Library Federation, the Gates Foundation-supported *Libraries Transforming Communities and the National Impact of Library Public Programs Assessment.* The Internet Archive's data scientist, Vinay Goel, has already found insights by crossing the collections of 1200 library systems with our own book collections. We can only imagine what he will find once we establish the Impact Data Trust.

It's exciting to imagine IA engineers, librarians, social scientists, data scientists and community panelists working together to analyze what it means for people when they have free and unfettered access to more and better information.

INTARC00151138



## Milestones:

## Year 1:  Building Infrastructure: Influencers, Validators, and Innovation Partners

*Year One rolls out in three phases: A) building the human and technical infrastructure; B) securing outside validation; and C) engaging the first wave of partners for testing & community feedback loops.*

- Core Staff hired, including Key Books Leaders
- Advisory Board meets in 7 Working Groups
- Legal scholars build consensus around fair use arguments
- Create College Core/Public Library Core Book Lists
- Purchase ebooks (from publishers, authors)
- Scanning Center capacity—174,000 books
- Engage Archetype Innovators in first-wave testing
- Establish the Promise: Media Campaign "Everyone Deserves to Learn"
- Secure key endorsements
- DLF launches Inclusive Curation Project & dashboard for public feedback
- M&E: assumption testing, goal setting, forming sampling frames, and feedback panels
- TASCHA establishes Impact Data Trust

## Year 2:  Refining Technologies & Setting Priorities

*In 2019, we focus on A) refining our technologies; B) building a compelling collection of books; and C) expanding through established library networks.*

- DPLA Curation Corps select books for diversity and education
- Establish "Most Widely Held" and "People with Disabilities" lists

57

INTARC00151139



- IA improves accessibility of site & books

- Scanning Center capacity—198,000 books

- Books flowing in from many sources (booksellers, paying partners, libraries)

- Scaling through statewide library networks and service partners

- Raising Awareness: Media Campaign "Inspired to Lead"

- M&E: diversity feedback and priority setting among collaborators

- TASCHA: first data subcontracts issued for outside learning

- Financial modelling: Three Business Options with OCLC

## Year 3: Expanding Reach, Reassessing Impact, & Gap Analysis

*In 2020, IA builds a compelling collection & circulation system. We expect to see network effects in both reach and impact.*

- Large user groups engaged:  Wikipedians, OER Educators

- Certified People with Disabilities now authorized for ebook delivery

- Global expansion towards Marrakesh Treaty nations; Benetech launches Spanish Portal

- Scanning Center capacity—723,000 books

- Circulation & Integration systems built

- IA Partner Support Teams conduct training, onboarding

- Media Campaign to engage public participation

- M&E: reassess impact, recalibrate priorities, gap analysis

- TASCHA: administering Impact Data Trust research for data-driven insights

- Business model trial

58

INTARC00151140



# Year 4:  Recalibrating for the Final Sprint

*In 2021 our focus shifts to A) content discovery and B) understanding impact. We have a final chance to recalibrate and fill gaps.*

- Discovery through Wikipedia citations & direct links
- Close to turning 80% of the average public library collection digital
- Global expansion towards Marrakesh Treaty nations
- Scanning Center(s) capacity: 742,500 books
- Overlap with majority of major public libraries' collections
- Partner Support team builds self-guided tutorials
- M&E Team: final priority setting and recalibration
- Business Model validation—service ramp up

# Year 5:  Legacy Planning for Infrastructure & Support

*In 2022, we focus on building the legacy infrastructure and institutional support to sustain and grow Open Libraries' assets.*

- Staff ramp down as key infrastructure is built and stable
- Scanning Center(s) capacity: 742,000 books
- Ramp up: paying scanning partners in super centers
- Major overlap with mid-size college collections & books cited in Wikipedia
- Late adopters join
- M&E:  retrospective impact analysis
- TASCHA: support planning for Impact Data Trust
- Decisions re: business for legacy support

INTARC00151141

Internet Archive   100&Change

**Open Libraries**
a project by the Internet Archive

# EVALUATIONS

## Changes for Beneficiaries:

For the purposes of evaluation, we divide beneficiaries into five categories:

- **Learners who both seek and need greater access** to books in digital format, including people living far from a library, housebound, elderly, or those physically unable to get to a library to borrow physical materials. They may also be people who increasingly rely on and use digital materials in their daily lives.

- **Individuals who require physical accommodations** to benefit from print resources, including blind, low vision, mobility-restricted, and dyslexic learners, and others who require digital tools to access learning content.

- **Groups excluded by the informational divide,** including minority communities and lower-income Americans, many of whom rely on library services to fulfill their information-driven needs.

- **Diverse communities** whose cultures are underrepresented in library collections.

- **Library professionals** in the midst of a significant transformation of services they provide.

One of the reasons we chose NewKnowledge is their impressive track record designing evaluation programs that recognize the need to work directly with those most at-risk. They recognize that data representing majority audiences can conceal the needs of minority groups. Thus, NewKnowledge's strategy is built upon qualitative feedback from a network of community-based panels. Throughout the monitoring process, NewKnowledge will measure not only how many titles we've added or what kind of content we've made available, but they'll work with all of these communities, ensuring each addition reflects their needs. They will report to us each quarter, informing us if the data is representative of the lived experience of library patrons. These evaluation strategies bring new communities into the planning process over our five-year project.

60

INTARC00151142



NewKnowledge will recruit representatives from each beneficiary group in waves over the five years for qualitative research. This includes community panels of users from partner libraries—coordinated by leaders from the Digital Library Federation. Working with their cultural assessment model and expert knowledge of each cultural group's needs, DLF works to develop a community voice that helps set priorities for book selection and independent cultural review of how needs are being met. TASCHA will issue quarterly benchmark updates to support review and priority-setting for the work's next phase.

As part of a consolidated needs report, NewKnowledge will undertake regular community-wide surveys, benchmark reviews from across the library field, including both early adopter sites and user interviews. They will work with Benetech to evaluate how their 486,000 members are using and benefitting from access to 10x the books they had before. Perhaps more importantly, they will gather data from libraries who have not adopted the Digitize and Lend Service (D&LS) and people with print disabilities who are not downloading a broader range of books, to learn why some of these areas have stalled. These reports will highlight how *Open Libraries* is removing barriers to knowledge, which books have multiplier value across sub-groups, opportunities for expansion, and the status of persistent barriers to adoption. If we aren't hitting scale or reaching people, NewKnowledge will work with us to discover why.

INTARC00151143



Internet Archive   100&Change

## Data Sources

The Internet Archive sits at the nexus of three data-driven professions: technology organizations with our ability to gather data dynamically at scale; libraries, creators of the union catalog of books featuring the best structured metadata of any profession; and the Open Knowledge world of Wikimedia Foundation, dedicated to posting all its data in an open, transparent fashion. We will be able to gather data from all these sources—most likely lots of data. But there's a difference between gathering data and making sense of it.

That's why our strategy includes the data scholars at University of Washington's DataLab. UW is renowned for its cross-disciplinary research, pairing social scientists like TASCHA's Chris Coward with data scientists like Dr. Carole Palmer. It will take the stellar reputation of the UW Information School to convince libraries to entrust their readers' data to an outside institution. But once convinced, we have the opportunity to gather data from the hundreds of libraries using NYPL's mobile e-reader *SimplyE,* data about the 9 million interlibrary loan exchanges brokered each year by OCLC, not to mention the circulation data of thousands of partner libraries. These data will tell us which library's patrons are borrowing the books and other key use data. Using sampling metrics, NewKnowledge will be able to extrapolate understanding about who is reading. But understanding why these results are important will take a mix of quantitative and qualitative methods.

Mixed-method evaluation relies on the careful arrangement of quantitative data and parallel qualitative data that can explain potential variations in results. Surveys, interviews, and large scale user and non-user data will inform this project. For *Open Libraries,* these data will come from an array of sources, including IA digital activity, data aggregated by project partners, circulation data about physical books from a stratified targeted sample of

INTARC00151144



partners, and formative evaluation studies of users vs. non-users.

Big data alone does not always tell an accurate story of impact. Given our wide array of beneficiaries, our methods require validation of any quantitative data for its truthfulness to each community. To assure validity, we'll use benchmarking templates for each service community. DLF will help us convene community panels, issue surveys of their working groups, and gather public feedback via their dashboard.  NewKnowledge will conduct case study interviews exploring how the service is evolving, with everyone from Chief Technology Officers to end users.

Our plans call for TASCHA to lead a yearly "Data Mobilization Discussion" to review the data, consolidate feedback, and conduct case study interviews with our peers about how the practice is evolving. We will award small sub-contracting grants to specialists who want to dig deeper into these troves of data.

## Methodology

Our evaluation team is committed to **"Mixed Methods" evaluation,** a strategy that recognizes the importance of collecting both quantitative and qualitative measures to gain a full picture of impact. This approach will assess the impacts of the project for each group of beneficiaries listed earlier in this document.

Evaluation studies will collect data from each beneficiary community over the life of the project, studying patterns and needs as they emerge. Working with each partner, the evaluation team will monitor how new titles are selected and how they represent the voice of the communities they serve. It will track adoption rates among libraries and identify challenges as well as successes as the process continues. It will validate the growth in digital collections and

INTARC00151145



document their usage. It will further look at the effectiveness and learnings among the many project partners.

We will draw data samples about usage and collection growth from a wide range of public, academic, and specialist libraries, urban and large libraries, rural or small libraries, stand-alone destination libraries, early adopters and those who remain resistant or minimally involved. To assure the growth of materials reflects the needs and interests of diverse communities, we anticipate using public forums, open discussion groups, spot surveys and open response tools to gather feedback throughout the project. New data will be benchmarked against other information residing in the DataLab, the research group residing at the UW Information School. Methodologies also include the organization of annual "Data Mobilization" summits, bringing together partners to review activities and findings, as well as publications to share with all partners.

All data will become part of the **Impact Data Trust,** developed and managed by TASCHA. This information will not only be useful to help us develop the best line of inquiry and data gathering as we move forward, it will also serve the larger needs of the field. We anticipate new avenues of inquiry to arise throughout this project.  We will therefore support sub-contractors with an interest in pursuing relevant questions, designed to add continually to the understanding necessary for the overall project to be effective.

The expertise of NewKnowledge, TASCHA, and DataLab will continually inform the evaluation process, determining the range and type of relevant methodologies, recognizing new opportunities for pertinent data collection and research, and being fully responsive should a change in direction be warranted.

64

INTARC00151146



Our measurement and evaluation strategy—focusing on regular updates, rapid feedback reports, and teams that collaborate closely on data implications—outlines an approach that will allow us to make continual course corrections to ensure our work is equitably serving those most in need, identify paths to broaden or deepen our impact as the program evolves, and ensure we are able to leverage resources as ebooks shift the access landscape.

## Gender Analysis

*Open Libraries* seeks to provide a more equitable distribution of assets to all members of society. For girls with disabilities, the divide is even wider; fewer attend school than boys, exacerbated by a lack of accessible books. *Open Libraries* addresses this issue, particularly in India, where we'll partner with Centre for Internet and Society to address girls' education needs. In June, the Digital Library of India contributed 463,000 Indian ebooks to IA (50 languages). By analyzing this collection with a gender frame, we'll prioritize improving the quality of certain ebooks to achieve the greatest impact for girls.

We'll also focus on balancing representation of women in digital collections. As Advisor, Anasuya Sengupta, writes:[2]

*When a young Dalit woman from Daulatabad with no easy access to libraries cannot read her own community's scholarship, she cannot fight back the oppression of centuries of being considered "untouchable," and having her history and knowledge denied...The reality is that if you're not online, you're not in Wikipedia, you don't exist.*

65

INTARC00151147



Today, there are few histories written by or about women and even fewer online. To redress this, our evaluation prioritizes equity as a measure of collections development, to find female authors from the early 20th century and those representing the history of non-binary gender representation. In his paper *M or F*, our evaluator John Fraser explored fallacies that accrue from using binary data analysis to report on gender impacts. These critical questions are where our qualitative evaluation will ensure IA's approach is inclusive and accurate.

# LEARNING

## Findings

To quote Chicago Public Library's Commissioner, Brian Bannon, "Libraries always have been, and continue to be, in the knowledge business, not "static or unchanging institutions. Instead, libraries have evolved to support knowledge creation and dissemination in ways that are relevant to our communities' changing needs." One focus of our work, then, is to accelerate this evolution.

*Open Libraries* is, by nature, a learning endeavor, working iteratively with the library community to shape greater understanding of how digital access can liberate all learners.

Our learning outcomes include:

• Digital Infrastructure innovation, an enduring public legacy of this investment.

• Process innovation that moves libraries' decision-making about collections from behind-the-scenes to a national dialogue on the needs of the underserved.

• Collection Development innovation based on analysis of aggregated data

INTARC00151148



about circulation.

- Inclusive Curation Innovation from the community panels and working groups at DLF.

- Data-Driven research from TASCHA that can guide strategic library growth.

- Learning about the aspirations of print disabled communities who have traditionally been offered a minimum of services rather than the full range of opportunities.

- Shifting perceptions of value encouraging long-term preservation of collections for future generations.

- Understanding changing space allocations that may expand opportunities for new library learning programs.

- Expanded legal understanding of the necessary strategies for public institutions to serve their online, networked communities.

- Identifying how readily available, trustworthy information can combat the trend toward "alternative facts" that undermines democratic reasoning and decision-making.

These learnings will impact how we set our priorities, allocate our budgets, and rebalance resources to address problems or accelerate successes. We'll monitor different signals with our legal advisors to adjust our plans according to perceived risks. In India, we'll have on-the-ground advisors to monitor how 6.5M books are reaching people with print disabilities and sub-contractors to investigate any "last-mile" issues.

But data, impact reports, colloquia—these only go so far in understanding a dynamic system. So we'll go out in the field, hang out in youth medialabs, and talk to librarians and leaders to get a holistic picture of the systems we're helping to change.

Two years ago, we led a summer reading program for children of Internet Archive staff. Each week we'd digitize an award-winning book and come together to discuss it. A few children came and went, but the program was really set up for Eileen Alfaro, a bright 4th-grader whose mother Roxana works with us. It became apparent from our conversations though, that

67

INTARC00151149



Eileen wasn't finishing the reading. She had a computer, we digitized the books—*was this straight-A student slacking off?* We came to understand the problem was the poor Wi-Fi in Eileen's apartment that made it almost impossible for her to flip the pages in our browser-based bookreader. Eileen needed to *borrow* the book, to download it for a 2-week span, in order to read successfully.

As we're building this global service, we remember Eileen. We'll take the time to meet others like her, to make sure all the signals line up with the lived experiences of those we serve.

## Dissemination

As outlined in the Project Plan, *Open Libraries* is an open, transparent, community-responsive project that has scheduled milestones and staff dedicated to sharing our findings.

## Strategies include

- Annual Data Mobilization Workshop (UW Information School)
- Annual Library Leaders Forum
- Annual IA Celebration with 700 supporters
- Two-way communication through DLF's Dashboard
- Public dissemination through IA's blog, Facebook page (118,000 followers), newsletter (circulation: 750,000), OpenLibraries.online website
- Legal presentations at Fair Use Week events
- Wikimedia's public documentation and engagement at Wikimania, Wikicite

Our **M&E Teams and advisors**—who include nationally recognized experts in law, education, technology and library sciences—will disseminate findings

INTARC00151150



Internet Archive | 100&Change

through academic articles and professional circles. **Brewster Kahle** is a frequent keynote speaker. *Open Libraries* Team members will present our findings at dozens of conferences and fora. Through all these channels we will share our lessons with decision makers in law, education, local government, libraries and philanthropy to amplify impact.

INTARC00151151



# E. Additional Information











INTARC00151152



# Detailed Budget Narrative

This five-year budget reflects **expenses totaling $101,142,290,** offset by **$1,143,096 in project income, including an $1 million Arcadia grant** to digitize publisher's backlists in 2018-2019.

**Largest budget categories:** acquisition/shipping of physical and digital books (13% of budget); scanning and storing those books (46%); and staff and fringe (23%). These figures assume:

- Since 2006, IA has scanned approximately 2.5 million public domain books and 540,000 modern works.

- In our 4M book lending collection, we assume 825,000 books (20%) of our curated list will come from our existing collections or those uploaded by others. For instance, the Digital Library of India recently contributed 465,000 books in 50 languages.

- 585,000 books will be added by libraries that pay IA to scan their books. (Since 2004, IA has digitized approximately 250,000+ books per year for paying partners.)

- 10,000 ebooks will be purchased directly from publishers/authors. This is a modest figure, since there is no current pathway for libraries to purchase ebooks rather than license them.

- 2,580,000 books will be purchased or donated to IA, scanned, and physically archived in our repository.

Our **long-term storage rate** of $5/book reflects the cost to store a physical book in our existing repositories. These warehouses are owned by a separate non-profit entity, The Open Library of Richmond, which charges IA below market rates.

**Digital storage and serving** cost is $2.00 per book, representing an average 1.5 gigabytes for a typical high resolution set of files. We base this on **Stanford researcher, David Rosenthal's** study of our long-term data center costs. This is significantly lower than commercial cloud storage rates.

Approximately 4% goes to **Benetech,** to help us increase the accessibility

INTARC00151153



of our texts and provide authorization for its 475,000 members to download any book on archive.org. Benetech will also develop a new platform serving people with print disabilities in the 12 Spanish-speaking Marrakesh Treaty signatories, 10 of which do not have any national ebook platform for people with disabilities.

We devote 4% to measurement and evaluation activities with outside teams, **NewKnowledge Organization, and University of Washington's Technology and Social Change (TASCHA) Research Center,** which will oversee an "Impact Data Trust" for libraries, an open repository for user data from IA and others. We allocate flexible funds for expert consultants to use this data to analyze our impacts and system-wide effects.

In Year 3, we'll research three possible lines of business, construct business plans for the most promising and establish a pilot by Year 4. For instance, OCLC will research the potential for integrating IA's electronic lending library with OCLC's Inter-library Loan (ILL) system. In 2013, libraries spent approximately $300M for ILL fulfillment, so we see tremendous market potential to provide e-delivery of those same books. However, this 5-year plan is not dependent upon earned income.

IA reserves 6.8% of the budget for indirect expenses supporting this work.

Your support creates an enduring information asset and the financially sustainable infrastructure to access it globally.

INTARC00151154

# McNamara Declaration

# Exhibit 46

# part 3



a project by the Internet Archive

# Project Risk Management

Our greatest risk lies in working with in-copyright books. Over the last decade, there have been two major copyright lawsuits[1] against libraries. In both cases, libraries have prevailed, greatly expanding what they can do with in-copyright materials under fair use.

**This project expands ebook access in five ways:**

1) **To the certified print disabled**—defined as the visually impaired, people with perceptual disabilities such as dyslexia, and those with physical disabilities unable to manipulate books. Explicitly permitted by statute.[2]

2) **To researchers**—for "non-consumptive" data analysis.[3] Upheld by US court.[4]

3) **To journalists & Wikipedia editors**—for "snippets" when citing books for footnotes or fact checking. Upheld by US court.[5]

4) **To libraries for distributed preservation**—digitize a book once and make it available to libraries owning the physical book. Upheld by US court.[6]

5) **To authorized U.S. library patrons**—by providing controlled digital lending (CDL) of library materials. IA has operated OpenLibrary.org with CDL for 6 years, without contest.

In May 2017, copyright scholar, Pam Samuelson, convened a workshop of twenty fair use experts to consider each of the cases above. They agreed that #1-4 are clearly supported by the Chafee Amendment,7 the Marrakesh Treaty, and recent court decisions. Therefore, we believe there's minimal risk in executing large-scale book digitization for the print disabled in 29 countries and transformative uses for journalists and educators. Distributing

73

INTARC00151155



copies to libraries is also sanctioned.

The risk, if any, lies in providing temporary digital access to a library's physical books (#5). Following Samuelson's meeting, copyright experts began crafting a joint "Statement on Controlled Digital Lending of Physical Library Collections," (see Technical Review) to build widespread understanding of this legal framework.

However, neither IA nor its library partners is interested in lawsuits. For 20 years we have worked successfully with legal advisors and publishers to help avoid them. One reason we maintain good relations is that we avoid creating negative market effects by purchasing publisher's products when available.

We follow a "bend not break" approach to takedown requests: by engaging with rights holders, explaining our nonprofit mission, and when necessary, removing an item from our site. Since IA's lending library launched in 2011, approximately 116 rights holders inquired about takedown; 64% chose to leave their books on archive.org once they understood we make no money from their content. By showing authors respect, we have made 540,000 modern works from 100 libraries available since 2011 via OpenLibrary.org, all without incident.

We're also actively working with authors and publishers whose goal is to expand readership. Houghton-Mifflin-Harcourt and MIT Press have signed MOUs allowing us to scan their backlists and lend them via OpenLibrary. org. We're partnering with the Author's Alliance, supporting writers who own digital rights to their books. We've engaged in conversation with Authors Guild Executive Director, Mary Rasenberger.

INTARC00151156



a project by the Internet Archive

To further reduce risk, we can control which ebooks we lend; we will start by avoiding textbooks and newer titles publishers may already license to libraries.

We monitor our files for cyber threats and maintain multiple copies in different locations.

75

INTARC00151157



# F. Financial Strength and Stability











INTARC00151158

🏛 **Open Libraries**
a project by the Internet Archive

Internet Archive    *100&Change*

With IA's core services stable, in 2014 our founder, Brewster Kahle, decided to make a strategic shift. IA would focus on making its 30 petabytes of cultural heritage materials have greater impact for our 1+M daily patrons. Kahle also wanted to add resiliency to our finances and staffing. From 2014-2016, we added 5 new directors and 21 staff **(22% increase),** including key second-in-command positions. **IA's total budget increased 21%.** (See 2014-2016 financials.)

Since 2006, IA has run **two successful fee-based technology services** that allow us to grow our collections, while financing the teams that maintain them: **Web Archiving [$3.7M]** and **Book Scanning [$5.4M]**. Earned income in 2016 was **$9.4 million (55% of our total annual budget)**. Over the last five years, earned income has comprised a healthy 54-62% of our total expenses **(Exhibit A).** Between 2014-16, our Web Archiving service continued to grow at a rate of 55%.

## Earned + Contributed Income vs Expenses 2012 - 2016



Exhibit A

77

INTARC00151159



**Open** Libraries

a project by the Internet Archive

Internet Archive    100&Change

This self-sustaining business model allows us to make 3 million books and 300 billion web pages accessible to all, for free.

The rest of IA's income comes from three sources: **foundation grants**, **small individual donors**, and **one major donor**. In 2014, IA added a Director of Partnerships who oversees institutional and individual giving, increasing foundation support by almost **$3 million** in 2015. (Our periodic negative net income reflects grants reported on an accrual basis.) Foundations have contributed in excess of **$17,745,000** over our 20-year history **(Exhibit B)**. By design, IA does not depend on foundation funding for core services, only for one-time innovations or scaling. This ensures stability as grants fluctuate.

## Foundation Funding 1996 - 2017



**Exhibit B**

INTARC00151160

A-1993

🏛 **Open** Libraries
a project by the Internet Archive

**Internet Archive** | *100&Change*

## Individual Small Donors by Year 2012 - 2016

| YEAR | TOTAL DONATIONS | # DONORS | AVERAGE DONATION |
|------|-----------------|----------|------------------|
| 2012 | $251,267* | 1918 | $131.00 |
| 2013 | $461,988* | 5314 | $86.94 |
| 2014 | $580,759* | 14,071 | $41.27 |
| 2015 | $1,008,438 | 24,377 | $41.37 |
| 2016 | $1,471,000 | 38,054 | $38.66 |

\* = Does not include Bitcoin

**Exhibit C**

To add another stable funding source, IA launched its **first fundraising campaign in 2013**. By posting fundraising banners only at year's end, we've seen the number of **small donors grow 65%**, and **donations increase 46% annually** since 2014 **(Exhibit C)**. In 2017, we expect our patrons will contribute $2.1 million to sustain the services they've come to rely upon.

Meanwhile, **a single major donor, Brewster Kahle**, contributes the balance IA needs each year. Over the last five years, this amount ranged between **$2.3 million to $5.2 million (Exhibit D)**. As a strategy to mitigate risk, IA has never established an endowment; however it has a guaranteed source of philanthropic support to sustain its basic services in perpetuity. For similar reasons, the capital assets that the Internet Archive draws upon—its headquarters, warehouses, and some distributed data centers— are owned by other philanthropic entities whose missions are closely aligned with IA's.

INTARC00151161



The goal of our financial structure is to ensure the continued basic operation of the Internet Archive in perpetuity, with access to necessary storage at affordable rates, while minimizing the risk of exposure that a large endowment creates. We believe our business model will support continued growth through a sustainable flow of earned income. IA also has the potential to build new services on top of a digitize-and-lend operation for libraries. We are planning for the day when Kahle's financial contribution will be unnecessary.

## Individual Donations  2012 - 2016



**Exhibit D**

80

INTARC00151162

🏛 **Open** Libraries

a project by the Internet Archive

# G. Technical











INTARC00151163



Internet Archive   100&Change

# Technical Explanation

*(This section focuses on technical legal questions—rather than technology.)*

*Open Libraries* will provide marginalized populations with access to millions of digitized books that they cannot access otherwise. We will do so by making public domain works available to all users without restriction (in contrast to Google, which places certain restrictions on its public domain scans) and in-copyright works available in a limited manner consistent with copyright law.

Providing digitized copies of works to certain populations, such as those with visual impairments, has already been codified,[1] so this response will focus only on the issue that has not been tested by courts: Controlled Digital Lending (CDL) which provides temporary digital access to a library book for a two-week period, one reader at a time. IA has employed CDL since 2011 via OpenLibrary.org without incident. OpenLibrary.org lending mirrors traditional library practices permitted by copyright law, and our project would enable other libraries to do the same: to lend only as many copies as they lawfully own and each copy only to a single user at a time, for a limited time.

We have structured our project to expand access to a "missing century of books" from 1924-on, while remaining respectful of copyright owner interests. We believe that CDL is fair use—a central tenet in United States copyright law, allowing for socially beneficial uses of a work without permission from the copyright owner in limited instances. Fair use serves the ultimate goal of copyright: to expand public knowledge and understanding. The Copyright Act provides four nonexclusive factors for courts to consider in determining whether a particular use is fair, discussed below.[2] When read together with the first sale right, which limits the rights of a copyright holder to control the further sale, donation, or lending of lawful copies of her work

INTARC00151164



once they have been distributed, fair use supports CDL for titles libraries already own in physical form.

Below we offer a more detailed understanding of how fair use and first sale work together to effectuate CDL practices:

## Factor One: The Purpose and Character of the Use

IA lends books "for nonprofit educational purposes." These include providing access to information in order to encourage literacy, education, criticism, comment, news reporting, teaching, scholarship, and research, creating the informed citizenry essential to a functioning democracy. Both physical lending and CDL can facilitate these purposes, but CDL substantially enhances them by providing non-discriminatory access and informational self-sufficiency to people who live in rural communities, the elderly or physically disabled, and others for whom a trip to their local library is a barrier to access. These noncommercial and socially beneficial purposes strongly favor fair use,[3] especially given that the CDL one-to-one model effectuates the first sale right, which has been part of Anglo-American law for centuries and consistently codified in U.S. law by Congress.[4]

## Factor Two: The Nature of the Copyrighted Work

The published works lent may range from the highly factual to the highly creative, which could weigh for or against fair use in any given instance. Courts have generally recognized that this factor is rarely dispositive and must be considered in light of the other factors.[5]

## Factor Three: The Amount and Substantiality of the Portion Used

The amount used must be reasonable in light of the purpose of the use[6] and courts have found use of entire works fair for many purposes.[7] With CDL,

83

INTARC00151165

A-1998


a project by the Internet Archive

a user is granted temporary access to the entire work. After the two-week lending period, the user may no longer access the book, unless she checks it out again. If the library only owns one physical copy of the work, then additional users must join a waitlist. Just as it's reasonable and customary for brick-and-mortar libraries to lend out entire physical copies of books for a short period, providing temporary access to an entire digital work is reasonable for the purpose of short-term, controlled lending in response to a user's request for, and expectation of, access to the entire work.

## Factor Four: The Market Effect

Fair use jurisprudence recognizes a long-established principle that not all market harms are cognizable copyright injuries.[8] The classic example is the market harm from a negative book review—although sales may be lost, this does not "count" as harm under the fourth factor. Library lending is another such example, as it is based on the first sale right permitting certain harms to the original market of a work.[9] Indeed, the Supreme Court recently reaffirmed the principle that a copyright owner is not—and never has been—entitled to maximize every available profit.[10] While all library loans have the potential to substitute for users purchasing new copies of titles, any alleged market harm from such functions is accommodated by copyright law.[11] Given that CDL maintains the same number of circulating copies as physical loan systems and does not generate any profits for libraries, there is no evidence that CDL will create any greater market harm than the lending of physical books. Moreover, because CDL depends on all copies having been legitimately acquired, the rights holder will have been compensated for all CDL copies at the time of first acquisition. Maintaining the same "owned to loaned" ratio of library books in circulation, regardless of format, mitigates undue market harm. This factor strongly favors fair use.

INTARC00151166



Open Libraries
a project by the Internet Archive

Internet Archive | 100&Change

Copyright law, court decisions, and scholarly works show it is likely that CDL is a winning fair use argument.[12] Further, libraries engaging in CDL need not digitize their own books in order to participate in CDL. Courts have recognized that libraries may contract with third parties to digitize books for the library's benefit when this is done for fair use purposes.[13] Accordingly, the provision of digitized versions of books libraries already own in order to engage in CDL is also legally permissible.

IA is no stranger to bringing massive collections of materials, from web pages and software to TV news and music, online. Our legal framework allows *Open Libraries* to do the same for books without breaking copyright rules.

85

INTARC00151167



## Conclusion

### How do we know we'll succeed?

### Because we've done it before.

20 years ago, the Internet Archive invented some of the first crawlers capturing the web. We scaled that technology into a global service—the world's only free, public, long-term web archive, the "Wayback Machine." Since then we've archived 298 billion web pages; by the time you read this, it'll be 300 billion. As Jill Lepore writes in the New Yorker, "If it's not in the Wayback Machine it doesn't exist."[1]

Here's the thing to remember: when we launched in 2001, legal advisors told us we'd certainly be sued. After all, these billions of web pages are in-copyright. But here we are sixteen years later, without major incident, providing an indispensable social good.

Meanwhile, storing it all became expensive, so in 2006, we launched a web archiving service for paying customers. At one time, we crawled most of the world's domains for them, but a world with only one archive is a bad idea—so we gave the technology away. Today, most of the world uses our open source Wayback code. We helped establish a multi-stakeholder governing body to set standards for this new global ecosystem.

Who within 100 miles of Silicon Valley would build a tech monopoly, only to give it away? A social entrepreneur, a digital utopian, dedicated to launching an entire global field because it seemed no one else would. Where is the internet's memory? It's in our digital library. Together we can preserve all the books now, too.

INTARC00151168



# H. Ancillary Materials











INTARC00151169



# Evidence of Engagement
Building the *Open Libraries* Community







INTARC00151170

By 2020, we can spark a new 'Carnegie Moment' in which thousands of libraries unlock their analog collections for a new generation of learners, enabling free, long-term, public access to knowledge.

-Brewster Kahle

INTARC00151171



Internet Archive   *100&Change*

*Evidence of Engagement* **Table of Contents**

Highlights from the Letters of Support                    91

Photos from Key Convenings                               99

Letters of Support                                       117

Social Media, Video, and Web                             113



90

INTARC00151172

A-2005



🏛 **Open** Libraries
a project by the Internet Archive

# Evidence of Engagement
## Highlights from the Letters of Support







INTARC00151173



**Internet Archive** **Highlights**

## *Open Libraries* Highlights from Supporters

A project such as now envisioned by IA's *Open Libraries*, with its aim to enable free public access to millions of digital books that would serve research, art, culture, and education, would fall squarely within the constitutional objectives that motivated the founders to enable the creation of copyright. Thomas Jefferson would support this initiative, and Benjamin Franklin too.

*Pamela Samuelson*
*Richard M. Sherman Distinguished Professor of Law & Information*
*Berkeley Law, University of California*

The Internet Archive's proposal to digitize four million books would constitute the greatest single increase in accessible materials for the blind since the passage of the Pratt-Smoot Act, which created what is now the NLS, in 1931. It would benefit millions of blind people, both in the United States and around the world.

*National Federation for the Blind*

The more books that can be brought online, the more we can meet the goal of democratized access to knowledge and culture for all individuals and all communities. As individual libraries transform individual communities and individual lives, an online library containing much of the cultural heritage of the Twentieth Century can help transform the world.

*American Library Association*

92

INTARC00151174



Annually, **millions of undergraduate and graduate students would benefit** from this dramatic investment, replacing costly college textbooks with Open Educational Resources, on average saving students an estimated $1000 or more per year.

*Martha Kanter, Ed.D., Executive Director*
*College Promise Campaign @CivicNation*
*U.S. Under Secretary of Education (2009-2013)*

Of all the incredibly worthy proposals you are considering as part of the 100&Change program, only the Internet Archive's—because of its focus on broad and socially just access to information, which is the chief driver of human creativity, liberty, and potential worldwide—promises to solve multiple problems **and be generative of an endless number of solutions.**

*Digital Library Federation*

Given HMH's long history, we are acutely aware that there are books and other historic materials that are no longer available for readers who may want to access them. Furthermore, there are readers today who do not even know that this important legacy of American literary history exists. We do not want this legacy to get lost and we are committed to preserving and making it accessible to all... The Internet Archive's Open Libraries will make HMH's books accessible to everyone, regardless of a reader's location, physical ability, or economic status.

*Houghton Mifflin Harcourt*

This effort breathes new life into older books, benefitting authors as well as readers around the globe.

*Amy Brand, Director*
*MIT Press*

**Many organizations set ambitious goals. The Archive fulfills them.** As a result, the Archive has become an invaluable resource for people all over the world.

*Electronic Frontier Foundation*

93

INTARC00151175



**Brewster and his team understand big visions —** something the MacArthur Foundation has demonstrated a remarkable ability to discover and support.

*Vint Cerf, VP and Chief Internet Evangelist*
*Google*

**There is no organization on Earth more committed to creating, preserving and distributing our digital heritage.** I say this as a former top engineering executive at Google and Facebook, as a co-founder of One Laptop per Child and its first CTO, and as a lauded technology innovator. When I die my estate is going to the Internet Archive.

*Dr. Mary Lou Jepsen*

Keeping valuable knowledge and creativity out of the reach of readers benefits no one. **For authors, the lack of an online version of their books can be tantamount to oblivion.** For readers, it restricts the universe of available knowledge and culture.

*Authors Alliance*

The Internet Archive's proposal maps out extraordinarily well a mechanism and process for all libraries to participate in a network that will support a vastly increased common collection—literally increasing that collection by several orders of magnitude for the average library.

*Dan Cohen*
*Northeastern University*
*former Director, Digital Public Library of America*

The Internet Archive's program, funded by the MacArthur Challenge, could be that **new bold idea**, one with global reach in our ever more connected society, **one focused on ensuring no one is left behind** in the race for greater access to knowledge, information access and technological enablement.

*Boston Public Library*

94

INTARC00151176



**Open Libraries**
a project by the Internet Archive

| Internet Archive | Highlights |

The proposal's objectives of increasing digital access to critical learning and research missing from the online environment matches up with the mission of the Los Angeles Public Library to provide free and easy access to information to enrich, educate, and empower every individual in our city's diverse communities. ... The misperception that all information is available for free on the internet illustrates the need for libraries to develop partnerships to make available the breadth of human knowledge in a digital format.

*Los Angeles Public Library*

This **critical linchpin of democracy** is imperiled by a copyright regime that has yet to catch up with the realities of digital access. The Internet Archive is offering a secure, scalable solution to this challenge while the socio-political system normalizes the access our democracy demands.

*Abby Smith Rumsey*

Our mission of access to information will be significantly furthered by this model, allowing us to share our collections beyond regional boundaries more broadly than has ever been possible, while at the same time **giving our local communities greater access to desired knowledge** held far away.

*San Francisco Public Library*

Without access to the cultures, histories and knowledges that are embodied in books, it is difficult to create reliable public knowledge, on sites such as Wikipedia. And as the internet becomes the default library of the world, and Wikipedia its default encyclopaedia, **the reality is that if you're not online... you don't exist.**

*Whose Knowledge?*
*a global, multi-lingual campaign to make knowledge on the internet*
*more diverse and plural*

INTARC00151177



**Internet Archive** | **Highlights**

Hundreds of thousands of volunteer Wikipedia editors would be able to include citations from 4 million additional eBooks, with live links that take readers directly into the books themselves, grounding them in the published record. This project will weave a rich and reliable explanation of our world into Wikipedia and the web for generations to come.

*Wikimedia Foundation*

We want to ensure that everybody in the world with a qualifying disability will have access to both the Open Library and Bookshare collections for free, expanding access to books for education, employment and social inclusion. In short, creating a global free library for people with disabilities!

*Benetech*

ISKME sees the project as advancing an unprecedented opportunity to advance open and freely available curriculum around digitized book content, as a primary outcome of this supported access.

*The Institute for the Study of Knowledge Management in Education*

One of the true joys of life is that derived from reading books. It is always a cherished memory of childhood, a building block of one's growing years and a fundamental part of adult life. Unfortunately millions of persons with print disabilities around the world, more especially in developing countries around the APAC and other regions have severely limited access to books. The project proposed by The Internet Archive to digitize millions of books in accessible formats is immensely important and timely for us.

*Centre for Internet and Society*

96

INTARC00151178

A-2011



Content will be simple to get. Books that will otherwise be lost will remain in the human record. **Readers will benefit from access to free, valid and quality information, better able to explore, learn and develop intellectually and emotionally** in a time when funding cuts threaten our ability to fulfill our vital mission.

*Readers First*
*a coalition of 300 library systems representing 200 million readers*

For the CNI community, we believe that this initiative would be very useful to print-disabled students who need access to a wide range of texts in their college or university program. Universities are under increasing pressure to provide accessible resources to their students and this large-scale program by IA would do much to assist their efforts.

*Coalition for Networked Information*

As Internet Archive makes these formats digital, new opportunities are created to deliver these into today's classrooms and enable **libraries to add their strengths** in addressing the needs of struggling readers.

*Learning Ally*

How can we leverage the extraordinary presence of almost 120,000 libraries in the United States to build literate and knowledgeable communities—the surest, and most cost-effective path to a self- sustaining society? Your very innovative approach, using existing technologies, and respecting author's rights, is **among the most promising directions I have seen.**

*James LaRue, Office for Intellectual Freedom*
*American Library Association*

INTARC00151179


a project by the Internet Archive

| Internet Archive | Highlights |

The proposed project to bring 4 million books online and ensure they are available to the print disabled around the world would make a major difference to many blind and visually-impaired people in their ability to access the world's knowledge. Access to information helps provide personal independence, is necessary to succeed in education and employment and essential to participating in society.

*LightHouse for the Blind and Visually Impaired*

This project allows the sharing of collections and creates a new model that recognizes the importance of both copyright and provenance. Just as importantly, this project has the potential to realize enormous cost savings to libraries, savings that can go into building collections instead of slowly and laboriously moving physical materials.

*Sacramento Public Library*

We place a high priority on offering a rich and relevant collection, but libraries are for people and should not be warehouses for books in the modern age. As a library with increasing demands on our spaces for community connections, group learning opportunities and more; Libraries should not be book warehouses, but community forums.

*Multnomah County Public Library (Portland, OR)*

The project outlined by the IA in their *100&Change* proposal holds the promise of bridging one of the most dangerous divides of our time: an informational divide caused by the growing economic inequality in the United States.

*Michelle Wu, Georgetown University Law Center*

98

INTARC00151180



**Open** Libraries
a project by the Internet Archive

# Evidence of Engagement
## Photos from Key Convenings











INTARC00151181

McNamara Declaration

Exhibit 46

part 4



🏛 **Open Libraries**
a project by the Internet Archive

**Internet Archive** | **Photo Gallery**

## Meeting at Boston Public Library with Houghton Mifflin Harcourt

**February 24, 2017,
April 28, 2017
Boston Public Library**

*"We are thrilled to ally ourselves with a project that will make our 19th and 20th century history available through 21st century technology. This project aligns perfectly with our mission to improve educational outcomes in underserved communities, foster curiosity, and provide materials easily and at no cost to learners of all ages.  We wholeheartedly support it."*

--John Lynch, Jr.  President and CEO, Houghton Mifflin Harcourt

These are some of the tens of thousands of classic books from Houghton Mifflin Harcourt's publishing history, dating back to 1852. HMH's authors include some of the world's most renowned women writers and poets. They are the publishers of Orwell, Sexton, Galbraith, Tolkein, and Paddington Bear.

100

INTARC00151182

🏛 **Open Libraries**
a project by the Internet Archive

**Internet Archive**   **Photo Gallery**



# Copyright Scholars Meeting

**May 24, 2017**
**San Francisco, CA**

Twenty copyright experts, gathered in San Francisco, listen to their remote colleague, **Jason Schultz**, Director of NYU's Technology Law & Policy Clinic.





**Pam Samuelson**, the Richard M. Sherman Distinguished Professor of Law at University of California, Berkeley, sets the agenda at the copyright scholar's gathering.



**Peter Jaszi**, Professor Emeritus at American University's Washington College of Law (right) debates the issues with **Krista Cox**, of the Association of Research Libraries (left) and **Carrie Russell** of the American Library Association (center).

20 of the nation's top copyright scholars gathered in San Francisco to consider controlled digital lending by libraries and fair use—the legal foundation for the *Open Libraries* model.



101

INTARC00151183

 **Open Libraries**
a project by the Internet Archive

Internet Archive | Legal Forum

## *Open Libraries* Copyright Workshop

**Date:** May 23-24, 2017

**Location:** Denton's Law Offices, One Market Street, San Francisco, CA 94104

**Pamela Samuelson,** Professor of Law and Information at the University of California, Berkeley, School of Law, convened a gathering of Copyright and Fair Use experts to consider the digitize and lend model that the Internet Archive is proposing to expand through the MacArthur Foundation's 100&Change grant.

The workshop opened with an overview of the Internet Archive's Open Libraries project. Following that introduction, participants leapt into a robust discussion of the copyright issued raised by the project and the legal basis of the project in relation to the Constitutional objectives that movtivated the founders' creation of copyright.

## Participants:

**Aaron Perzanowski**
Professor of Law
Case Western Reserve University School of Law

**Brewster Kahle**
Founder and Digital Librarian
Internet Archive

**Brianna Schofield**
Executive Director
Authors Alliance

**Carrie Russell**
Director, Program on Public Access to Information
American Library Association

**Corynne McSherry**
Legal Director
Electronic Frontier Foundation

**David Hansen**
Director of Copyright and Scholarly Communication
Duke University Libraries

**Greg Cram**
Associate Director of Copyright and Information Policy
New York Public Library

**Jason Scultz (remote)**
Professor of Clinical Law and Director of the Technology Law & Policy Clinic
New York University School of Law



INTARC00151184



**Jim Michalko**
Senior Strategist
Internet Archive

**Joe Gratz**
Vice-chair of the American Bar Association IP Section's Committee on Copyright & New Technologies
Durie Tangi, LLP
University of California, Hastings College of the Law

**John Gonzalez**
Director of Engineering and Service Availability
Internet Archive

**Kathy Hashimoto**
Copyright Research Fellow
Berkeley Center for Law & Technology

**Krista Cox**
Director of Public Policy Initiatives
Association of Research Libraries

**Kyle Courtney**
Copyright Advisor
Harvard University

**Lila Bailey**
Legal Counsel
Internet Archive

**Lydia Loren**
Professor of Law
Lewis and Clark Law School



**Mary Minow**
Fellow, Harvard Advanced Leadership Initiative
Board Member, Institute of Museum and Library Services

**Michelle Wu**
Associate Dean for Library Services and Professor of Law
Georgetown University Law Library

**Molly Van Houweling (remote)**
Professor of Law, Associate Dean, and Co-Director of the Berkeley Center for Law & Technology
University of California, Berkeley, School of Law

**Pamela Samuelson**
Professor of Law & Information and Co-Director, Berkeley Center for Law & Technology
University of California, Berkeley, School of Law

103

INTARC00151185



**Open** Libraries
a project by the Internet Archive

Internet Archive | Legal Forum

**Peter Jaszi**
Professor of Law
American University Washington College of Law

**Stanley Sater**
Graduate Student
Tulane University

**Tomi Aina**
Graduate Student
Tulane University

**Tony Reese (remote)**
Professor of Law
University of California School of Law

**Wendy Hanamura**
Director of Partnerships
Internet Archive



104

INTARC00151186

A-2020



Meeting with
Dr. Carla Hayden,
14th Librarian of
Congress

April 21, 2017
San Francisco, CA

**Dr. Carla Hayden,** Librarian of Congress, holds a digital copy from OpenLibrary.org of her favorite book *Bright April*, by Marguerite de Angelia (1946); with **Brewster Kahle** at the San Francisco Public Library. Earlier this year, the *Open Libraries* team met with Dr. Hayden at the Library of Congress, the world's largest library to discuss digitization strategies.

*"It meant a lot to see a little brown, rather skinny girl, in a Brownie outfit, complete with the beanie—and that's what I had on. Books should be mirrors, and they should be windows."*
--Dr. Carla Hayden, Librarian of Congress, talking about her favorite book "Bright April"



**Dr. Hayden** often talks about *Bright April*, a story about a young African American girl who experiences difficult lessons about racial prejudice. *Open Libraries* plans to curate more diverse stories like this one to add to the nation's digital library shelves.

105

INTARC00151187

A-2021

# ⛪ Open Libraries
### a project by the Internet Archive

**Internet Archive** | **Photo Gallery**



## American Library Association Annual Meeting

**June 21-26, 2017
Chicago, IL**

Some of the library stakeholders calling for a collaborative strategy for controlled digital lending.

> *"I have focused throughout my forty-two years of professional work on expanding the accessibility and usability of information through technology....The Internet Archive, throughout its distinguished history, has always been a leader in this arena, setting the standards for access to digitized materials."*
>
> **Jim Neal, President, American Library Association**



The board of the **Public Library Association** met to learn and offer feedback on IA's Open Libraries initiative. During the board meeting, two board members pledged their library's participation in the project: Sacramento Public Library and Multnomah County, OR.



During a hectic Annual meeting with 38,000 participants, the **American Library Association Board of Directors** met to consider *Open Libraries*; they gave it the Association's full endorsement.

The Association of Specialized and Cooperative Library Agencies **(ASCLA)'s Consortial Ebook Interest Group** meeting at ALA drew 70 active participants. These are the national decision makers leading ebook strategies for their states.

INTARC00151188

**Open Libraries**
a project by the Internet Archive

**Internet Archive**

**Photo Gallery**



Kelly Macdougall, Digital Products Coordinator and Director, **Amy Brand** holding one of the award-winning titles from MIT Press' deep backlist— soon to be digitized and lent at archive.org.

## MIT Press Meeting

**April 28, 2017**
**Cambridge, MA**

*"...this is an incredibly important effort of vast proportions and world-changing potential..."*
Amy Brand,
Director, MIT Press

Some of the classic titles from science, architecture and art from MIT Press' 80 years of publishing that will soon be available for lending thanks to a grant from **Arcadia**. When complete, any US library that owns a MIT Press title will be able to offer digital—or physical—access to its many patrons.





Amy Brand, Director of the MIT Press, and **Wendy Hanamura** meet in Cambridge, MA to plan the launch of the digitize-and-lend project. MIT Press became the first university press to scan its classic titles and lend them through libraries.

107

INTARC00151189

🏛 **Open Libraries**
a project by the Internet Archive

**Internet Archive** | **Photo Gallery**



## DPLA (Digital Public Library of America) Fest

**April 201, 2017**
**Chicago, IL**



**Brenton Cheng,** IA Senior Engineer, reports back to the group at a brainstorming session on ebooks and accessibility at DPLA Fest.

*"As a partner (in Open Libraries,) DPLA brings a rich network of 2,500 libraries, museums and archives that are passionate about expanding the breadth and depth of digitized materials to their patrons."*

**Michele Kimpton, Acting Executive Director, DPLA**

**Micah May,** IA Ebook Strategist, mapping the future of ebooks to a roomful of ebook consortia.





*How do we make books more accessible?* That was the topic of one brainstorming session IA joined at DPLA Fest.

INTARC00151190



**Open Libraries**
a project by the Internet Archive

**Internet Archive** | **Photo Gallery**



# Technology and Social Change (TASCHA) Group Summit on "Libraries as Platforms of Civic Engagement"

**May 9-11, 2017**
**Seattle, WA**

Global library leaders, Gates Foundation staff, and University of Washington Information School professors spend time with **Wendy Hanamura**, IA Director of Partnerships, to offer insights and suggestions for *Open Libraries*.



**John Palfrey,** Head of School at Phillips Academy; **Ana Mari Cauce**, President of the University of Washington; **Carol Palmer**, Professor and Associate Dean for Research at the University of Washington Information School; and **Chris Coward**, Director of the Technology & Social Change Group at the University of Washington.

*This project offers a unique, large-scale opportunity to provide access to this data through a systematic approach that the research and practice communities can use to investigate and improve the delivery and use of digital knowledge."*
Harry Bruce, Dean and Professor, University of Washington Information School

INTARC00151191

🏛 **Open Libraries**
a project by the Internet Archive

**Internet Archive** | **Photo Gallery**



## 100&Change Advisors Dinner

**March 31, 2017**
**San Francisco, CA**

*"For digital natives, online access—be it on the web, through apps, or via cloud services—is the default mode of reading. If a book is not accessible online, it will not be found and used."* Abby Smith Rumsey

At a dinner for West Coast advisors, **Brewster Kahle** presents an overview of 100&Change and the progress of *Open Libraries*.

## 100&Change Advisors Dinner at ALA Annual

**June 24, 2017**
**Chicago, Il**

A gathering of *Open Libraries* east coast partners and advisors during the ALA Annual in Chicago. The spirited conversation drew from the legal scholars, social scientists, librarians, engineers, authors, publishers and MacArthur staff who attended.



INTARC00151192

# 🏛 Open Libraries
### a project by the Internet Archive

## Access to Knowledge in India and America

**June 14, 2017**
**San Francisco, CA**



> *"Let's bring down the barriers and democratize information to educate and enhance quality of life for the people at the bottom of the economic pyramid in rural areas and in disabled communities."*
> Dr. Sam Pitroda

**Brewster Kahle** and **Carl Malamud** with **Dr. Sam Pitroda** (center), widely regarded as the father of modern communications in India. He helped "bring a phone to every village," vastly improving the lives of every Indian.

**Brewster Kahle**; Hon. Ambassador **Venkatesan Ashok**, Consul General of San Francisco; and **Carl Malamud**, Founder, Public.Resource.org listen to **Dr. Sam Pitroda**, at the dedication of the Digital Library of India Collection. This collection of 465,000 ebooks in 50 languages is now available on archive.org. These books were originally digitized as part of the NSF-funded "Million Books Project." We have become the long-term preservation partner for this government-funded project.



111

INTARC00151193



**Open Libraries**
a project by the Internet Archive

**Internet Archive** | **Photo Gallery**



# Whose Knowledge?
# Dalit Edit-a-thon

April 15, 2017
Berkeley, CA

**Anasuya Sengupta** and **Siko Bouterse**, co-founders of Whose Knowledge? almost hidden behind a stack of books related to Dalit culture for this editing session. With IA, they hope to bring these critical resources online.

*"Why does the majority of the world not have voice and visibility on Wikipedia and the broader internet? One critical reason is that most of the world does not have easy access to knowledge -- to the sources"*
--Anasuya Sengupta and Siko Bouterse, co-founders of Whose Knowledge?



IA Advisor, **Anasuya Sengupta**, collaborates with a fledgling Wikipedia editor to bring Dalit histories into relevant Wikipedia articles.



**Wendy Hanamura** and **Heather Wallis**, Communications Director of the Wikimedia Foundation collaborate to improve a Wikipedia article on Dalit history by linking citations to their sources.

INTARC00151194



# Evidence of Engagement
## Letters of Support



INTARC00151195

McNamara Declaration

Exhibit 46

part 5

🏛 **Open Libraries**
a project by the Internet Archive

**Internet Archive** | *100&Change*

## *Open Libraries* **Letters of Support**

**Pamela Samuelson**   119

Samuelson is the Richard M. Sherman Distinguished Professor of Law at the University of California, Berkeley. She is an intellectual property scholar and co-director of the Berkeley Center for Law and Technology. She was a MacArthur Fellow in the class of 1997.

**American Library Association**   123

The ALA is a member organization representing 58,000 member libraries of all types —academic, public, school, and special— in the U.S. and more than 100 other nations.

**Digital Library Federation**   125

The Federation represents 162 research and memory institutions housing significant digital initiatives and works to advance research, learning, social justice, and the public good through the creative design and use of digital library technologies.

**National Federation of the Blind**   127

NFB is the oldest and largest nationwide organization of blind people and a leading advocate for equal access to information by the blind.

**San Francisco Public Library**   128

**Coalition for Networked Information**   130

CNI is a non-profit program of the Association of Research Libraries and EDUCAUSE. With more than 240 institutional members, EDUCAUSE is dedicated to supporting the transformative promise of digital information technology for the advancement of scholarly communication. .

**Houghton Mifflin Harcourt**   132

**Authors Alliance**   133

The Authors Alliance represents more than 1,200 authors who want to take advantage of digital age opportunities to share their creations with readers, promote the ongoing progress of knowledge, and advance the public good.

INTARC00151196



a project by the Internet Archive

Internet Archive   |   *100&Change*

**MIT Press**                                                                 135

**Wikimedia Foundation**                                                      136

The Wikimedia Foundation is a non-profit that supports and operates
Wikipedia, Wikimedia Commons, Wikidata, and other free knowledge projects.

**Public Library Association**                                                138

PLA works with 9000+ member libraries to enhance their abilities to provide
an array of services to their communities.

**Digital Public Library of America**                                        139

The DPLA is a network of 2,500 libraries, museums, and archives working
to expand the breadth and depth of digitized materials.

**Califa**                                                                    140

Califa is a non-profit library consortium representing 230 libraries in California.
It is a recognized leader in e-content advocacy, access, and innovation.

**ReadersFirst**                                                              142

ReadersFirst is a open and cost-free organization dedicated to ensuring
access to free and easy-to-use ebook content. They represent 300 library
systems and 200 million readers across the globe.

**American Library Association Office for Intellectual Freedom**             143

The Office of Intellectual Freedom implements ALA policies concerning
the concept of intellectual freedom as codified in the Library Bill of Rights.

**Northeastern University Libraries**                                        144

This library is led by the former director of the Digital Public Library of America.

**Benetech**                                                                  146

Benetech's Bookshare online library is the largest library for people with
disabilities such as blindness or dyslexia.

INTARC00151197



Internet Archive   100&Change

**Center for Internet and Society**                                        147

CIS is a non-profit organization that does policy and academic research on internet and digital technologies. Main areas of focus include digital access for persons with disabilities, access to knowledge, intellectual property rights, openness, and digital privacy.

**Learning Ally**                                                          148

Learning Ally is a national non-profit dedicated to helping students with print disabilities, including blindness, visual impairment, and dyslexia, learn at home and in the classroom.

**LightHouse for the Blind**                                               149

The LightHouse promotes social equality and independence through providing training, education, advocacy, and community for blind individuals in California and around the world.

**Dr. Sam Pitroda**                                                        150

Pitroda has dedicated his life to broadening access to information and bridging the digital divide in developing countries, in particular in India. He is an advocate in particular for those with print disabilities, including India's 15 million blind.

**Whose Knowledge?**                                                       151

Whose Knowledge? is a global, multi-lingual campaign to make knowledge on the internet more diverse and plural.

**Martha Kanter**                                                          153

Kanter served as the U.S. Under Secretary of Education from 2009-2013 under President Obama and is a founder of the College Promise Campaign at Civic Nation.

**The Institute for the Study of Knowledge Management in Education**        155

ISKME is an independent education non-profit whose mission is to improve the practice of continuous learning, collaboration, and change in the education sector.

**University of Alberta**                                                  156

INTARC00151198



Internet Archive | *100&Change*

## New Knowledge Organization, Ltd. 157

New Knowledge is an interdisciplinary social sciences think tank collaborating with changemakers to build a strong, healthy democracy and thriving biosphere. NKO will serve as an independent external evaluator to monitor the Open Libraries initiative.

## University of Washington Information School 159

The ISchool is home to researchers who recognize that access to and effective use of information is key to building a better world. A partner to the Internet Archive, ISchool researchers design solutions to complex information challenges.

## Boston Public Library 161

## Los Angeles Public Library 163

## Sacramento Public Library 165

## Chicago Public Library 167

## New York Public Library 168

## Multnomah County Library (Portland, OR) 169

## Michelle M. Wu 170

Wu is the Associate Dean for Library Services and Professor of Law at Georgetown Law where her research focuses on copyright, intellectual property licensing, and information management.

## Mary Lou Jepson 172

Jepson has served as a top engineering executive at Google and Facebook. She is one of the co-founders of One Laptop per Child and its first CTO.

INTARC00151199

A-2034



**Internet Archive** | *100&Change*

## Abby Smith Rumsey                                          174

Rumsey is a writer and historian focused on the creation, preservation, and use of the cultural record in all media. She has worked at the Library of Congress, the Council on Library and Information Resources, and the Scholarly Communication Institute at the University of Virginia.

## Electronic Frontier Foundation

177

EFF is a non-profit organization defending civil liberties in a digital world. Their work includes policy, litigation, grassroots activism, and technology development in pursuit of use privacy, free expression, and innovation.

## Vint Cerf                                                    179

Cerf is a VP and the Chief Internet Evangelist at Google. Widely known as a "Father of the Internet," Cerf co-designed the TCP/IP protocols and the architecture of the internet.

118

INTARC00151200



Pamela Samuelson
Richard M. Sherman Distinguished
Professor of Law
University of California, Berkeley
School of Law
892 Simon Hall
Berkeley, CA 94720
Tel: 510-642-6775
Fax: 510-643-5814

28 June 2017

John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, Illinois 60603
Attn: Board of Directors

**Re: 100&Change – letter of support for the Internet Archive**

To the MacArthur Foundation Board Members:

I am pleased to offer this letter to support the Internet Archive (IA) in the Foundation's 100&Change competition. IA's Open Libraries initiative to create a free, online collection of four million books presents an at-scale solution to a global problem, namely, that in this digital age we have not yet succeeded in bringing our vast resources of information online for broader public access. At present, only a small percentage of our accumulated heritage is available online than could be or should be. IA and Open Libraries, under the auspices of the 100&Change grant, would make major strides towards addressing this problem by providing far greater public access to the contents of books from library collections in digital form. Many, and perhaps most, of these books are currently underutilized because they exist only in analog form and can only be obtained by physical presence in library facilities. The framework established by Open Libraries will not only promote efficient growth and expansion of a major database containing much of the cultural heritage of the 20th century, but will also serve affiliated libraries around the U.S. and be a model for other digital library initiatives. It will provide long-lasting and far-reaching public welfare benefits for generations to come.

As an intellectual property scholar, I have been greatly influenced by the aspiration the nation's founders built into the Constitution. The founders gave Congress the power "to promote the progress of science and useful arts" by granting exclusive rights for limited times to the original writings of authors. In Thomas Jefferson's day, these rights—collectively called copyright—lasted only fourteen years, and could be renewed for only fourteen additional years. If copyright had the same duration today as back then, all works of authorship created before 1990 would be in the public domain and freely available for reproduction and dissemination. Copyright lasts longer than that nowadays, and makes it more difficult for libraries to carry out their historically important mission to enable public access not only to public domain materials, but also to in-copyright works. A project such as now envisioned by IA's Open Libraries, with its aim to enable free public access to millions of digital books that would serve research, art, culture, and education, would fall squarely within the constitutional objectives that motivated the founders to enable the creation of copyright. Thomas Jefferson would support this initiative, and Benjamin Franklin too.

INTARC00151201

John D. and Catherine T. MacArthur Foundation: 100&Change
June 28, 2017
page 2

I've been working with Brewster Kahle and IA for more than a decade to provide support and guidance for the creative efforts IA has made to respect and work within the rules of copyright while at the same time providing as much access to creative works as fair use and other flexible doctrines of copyright permit. By partnering with other libraries and enabling them to lend digital copies of works in their physical collections, IA's mission "to provide Universal Access to All Knowledge" will be much furthered.

The Open Libraries Project reflects IA's ongoing commitment to ensuring better access to information for all. IA started with archiving the contents of open sites in today's digital networked environment. It went on to make available a wide range of additional information resources such as television news broadcasts and other video and audio recordings, still images, and software programs. This lofty undertaking expanded logically to digitizing books. As I wrote in 2011, "A digital library containing all the world's knowledge is a laudable goal; just ask Brewster Kahle, who established the Internet Archive in 1996, years before Google was founded, and who has worked tirelessly to create it as a non-profit true digital library."[1]

IA's efforts have intersected with my own academic and professional interests. Over the course of my thirty-plus-year-career as a scholar, educator, and advocate, especially at Berkeley Law where I teach courses in intellectual property law and serve as co-director of the Berkeley Center for Law & Technology, my research and writings have explored the boundaries of intellectual property law and the challenges posed by new information technologies.[2] Securing broad public access to our cultural heritage through mass digitization is a particularly compelling issue, one that I have focused on throughout the past decade.

My professional interest in mass digitization was first piqued by the Google Book Search project and then by the lawsuit that the Authors Guild brought against Google. When Google, the Guild, and the Association of American Publishers proposed a settlement that would have created a digital library of millions of books that would be publicly accessible, I was supportive of the overall goal, but not of the means the settling parties planned to use to achieve it. Contrary to Sergey Brin's claim, the Google Book settlement would not have created a library to last forever, but rather a shopping mall whose commercialization of books and destruction of reader privacy would have created a monster. IA and I objected to this settlement, in part because it would have allowed Google—and only Google—to commercialize all out-of-print books in the world. I filed objections to the settlement on behalf of academic authors because the Authors Guild did not adequately represent our interests in the negotiations. After that settlement failed, I supported Google's fair use defense by filing a brief amicus curiae with the courts to explain why Google's fair use defense should succeed, as it ultimately did.

Although I opposed the Google Books settlement, I have been working hard since then to figure out a way to achieve the laudable goal of the proposed settlement—to enable millions of books to be available online to as broad a public as possible—while respecting copyright and enabling nonprofit public libraries to provide greater public access to the accumulated knowledge of humankind. While technological and financial obstacles to creating a comprehensive digital library are not trivial, copyright may be the most confounding hurdle of all, due in part to the complex rights copyright law confers on owners and because copyright terms are so long. Thus the question remained: how to do it?

---

[1] Pamela Samuelson, "Google Books Is Not a Library," *Huffington Post Blog,* Mar. 18, 2010 (updated May 25, 2011), http://www.huffingtonpost.com/pamela-samuelson/google-books-is-not-a-lib_b_317518.html.
[2] My c.v. and list of published works are available on the Berkeley Law website: https://www.law.berkeley.edu/our-faculty/faculty-profiles/pamela-samuelson/.

INTARC00151202

John D. and Catherine T. MacArthur Foundation: 100&Change
June 28, 2017
page 3

To that end, my work has addressed copyright challenges for digital libraries and mass digitization projects. I have written, for instance, about fair use as an enabler of broad public access to orphan works, digital lending, and greater access for print-disabled persons. My commitment to fostering greater public access to knowledge motivated me to serve, from 2011 to 2014, as a principal investigator of the Berkeley Digital Library Copyright Project, which was funded by a Sloan Foundation grant. This three-year project focused on how to overcome the copyright obstacles faced by libraries in the digital age.[3] Over the course of the Project, we explored the issues and concerns of library communities and other stakeholders about copyright issues, working with librarians at the University of California, University of Michigan, Harvard University, among others, as well as with library associations in the U.S. and beyond in our research initiatives. We also hosted academic symposia and workshops. Brewster Kahle, IA's Founder, was on the Project's advisory board and participated in several Project events. Our outputs included a series of reports, articles, white papers, and written comments to the U.S. Copyright Office and others, communicating views about how copyright obstacles might be overcome and how coalitions of support for the initiatives to overcome the obstacles might be built. The Project also supported several workshops and conferences to bring together the best minds in the U.S. to address copyright issues posed by mass digitization.

One of the objectives of the Digital Library Copyright Project was to facilitate actual, real-world applications. As an advisor to IA's Open Libraries project, I and other intellectual property law scholars, practicing attorneys, and university research and public library professionals have discussed practical strategies for architecting a large-scale digital library system such as that envisioned by IA. There are a series of measures that IA can take to creatively increase public access without breaking copyright rules. This project will be especially useful to promote public access to older works that are no longer commercially available, and to provide access to underserved communities such as blind and print-disabled users, all while observing traditional library principles such as safeguarding reader privacy. As a nonprofit organization, IA could operate with greater transparency and promote the public interest better than commercial platforms such as Google, Amazon, or Facebook could in running a digital book marketplace.

In addition, as a co-founder of Authors Alliance, a 501(c)(3) not-for-profit organization dedicated to promoting authorship for the public good by supporting authors who write to be read, to be seen, and to be heard, I have a direct interest in broadening public access to my own work and the works of our 1200 members. The Alliance's mission is to further the public interest in facilitating widespread access to works of authorship.[4] The organization has developed a guide to rights reversions for authors who want to reclaim copyrights in their works. We plan to work with IA to help it spread the word about the advantages of rights reversions as a tool to enable broader public access to older but still culturally valuable works. We are working on resources and tools designed to help authors better understand and manage key legal, technological, and institutional aspects of authorship in the digital age.

---

[3] The Project is digitally archived on the Berkeley Law website:
https://www.law.berkeley.edu/experiential/clinics/samuelson-law-technology-public-policy-clinic/digital-library-copyright-project/ (research and project outputs can be accessed by clicking on the link in the menu bar on the right side of the page).
[4] More information from and about Authors Alliance can be found on its website:
http://www.authorsalliance.org/.

INTARC00151203

John D. and Catherine T. MacArthur Foundation: 100&Change
June 28, 2017
page 4

I hope this letter has conveyed the steady development of interest and support for projects such as IA's Open Libraries. Throughout the United States and abroad there are authors, scholars, educators, students, readers and other individuals, libraries and other institutions, all who share with IA a unified vision of a modern library system providing broad public access to knowledge. The 100&Change grant can make possible a marshalling of such communal commitment that just a few years ago might have seemed impossible. The more books that can be brought online, the closer the goal of democratized access to knowledge and culture for all communities can be attained.

We are at a historic moment: Brewster Kahle and the Internet Archive are attempting to do something profoundly important. Let us all work together to move this worthy project further forward and help this and coming generations connect to the world's knowledge.

Thank you for your time and attention. I am happy to provide further information if necessary.

Sincerely,

Pamela Samuelson
Richard M. Sherman Distinguished Professor of Law & Information

INTARC00151204

50 East Huron Street
Chicago, Illinois 60611-2795
USA

Telephone: 312-944-6780
Fax: 312-280-5014
Toll Free: 800-545-2433
E-mail: ala@ala.org
http://www.ala.org

**James G. (Jim) Neal**
ALA President-elect

University Librarian Emeritus
Columbia University
420 W. 118th Street
New York, NY 10027
212-854-2423
E-mail: jneal0@columbia.edu

# ALAAmericanLibraryAssociation

July 11, 2017

John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, Illinois 60603
Attn: Board of Directors

To the MacArthur Foundation Board Members:

On behalf of the American Library Association, I am pleased to offer this letter of support for the Internet Archive's 100&Change Open Libraries proposal to the MacArthur Foundation to create a free, online collection of four million books.

Despite technological advances in information delivery, the vast majority of digital resources are not currently available to the public in this country and across the world.  This is particularly true of printed book materials, the majority of which are housed in libraries where these materials are only available to those who can physically access them.  This lack of access negatively impacts research, education and economic development both here in the US and abroad.

The Internet Archive and Open Libraries project would address this problem by providing digital access to the contents of books from library collections.  The more books that can be brought online, the more we can meet the goal of democratized access to knowledge and culture for all individuals and all communities. As individual libraries transform individual communities and individual lives, an online library containing much of the cultural heritage of the Twentieth Century can help transform the world.

The 58,000 members of the American Library Association represent tens of thousands of libraries of all types – academic, public, school and special – here in the United States and in over 100 countries around the world. Working together over the last 140 years, ALA has led the way in providing "leadership for the development, promotion, and improvement of library and information services… in order to enhance learning and ensure access to information for all."

This work has included the introduction of many advances in library and information services over the years, and has increasingly focused on increasing access to information and learning through use of digital technologies. With the advent of the Internet, we have led efforts to make print materials available online. This has included working with publishers to increase public access to published books.

On a personal note, I have focused throughout my forty-two years of professional work on expanding the accessibility and usability of information through technology.  This has included numerous initiatives in mass digitization, delivering and preserving critical resources for a global audience.  The Internet Archive,



LIBRARIES
TRANSFORM

123

INTARC00151205

throughout its distinguished history, has always been a leader in this arena, setting the standards for access to digitized materials and to born digital resources.

Thank you for your time and attention. I would be happy to provide further information if necessary.

Sincerely,

James G. Neal
President
American Library Association

LIBRARIES
TRANSFORM

INTARC00151206



COUNCIL ON LIBRARY AND INFORMATION RESOURCES
1707 L Street NW, Suite 650, Washington DC 20036-4201
Telephone: 202.939.4750  •  CLIR: www.clir.org  •  DLF: www.diglib.org
──────────── The Digital Library Federation is a program of CLIR ────────────

29 June 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

*Re: Internet Archive Proposal, 100&Change*

Dear MacArthur Foundation Board Members,

I write on behalf of the **Digital Library Federation** (DLF) to express our professional community's enthusiastic support for the Internet Archive's *Open Libraries* 100&Change proposal—but more than that, to offer the complete commitment of DLF's leadership and active working groups to helping the project succeed, through an innovative partnership we're calling "Inclusive Curation."

The Digital Library Federation was founded in 1995 and currently represents 162 institutions— colleges and universities housing research libraries and significant digital initiatives; public libraries, museums, and other cultural heritage organizations using technology to reach new audiences; and government agencies, archives, research labs, and nonprofits with holdings to share and ambitious information access goals. DLF member organizations and the engaged faculty, staff, and students within them come together with a broad, international digital library practitioner community extending well beyond our institutional membership to develop new systems and best practices in support of a common DLF mission. Together, we *advance research, learning, social justice, and the public good through the creative design and wise application of digital library technologies.*

We do this because digital libraries are the essential intellectual infrastructure of the 21st century.

And, just like the brick-and-mortar libraries whose collections feed them, digital libraries are only as rich, expansive, and generative as the content they house. The Internet Archive's proposal to remediate four million minimally-accessible print-bound volumes into digital form, freely placing them in the hands of readers, teachers, seekers, and learners, will not only help realize the potential of libraries to transfer knowledge across generations and to audiences barely anticipated at the moment of a book's production—it will open up a world of learning to members of communities who have been unjustly shut out of information access, because of quirks of geography, economic and social inequities, or physical/cognitive disability, including those for whom print will never be an accessible medium. What will these individuals and

home office • 2400 Monroe Street • Waynesboro, VA 22980 • nowviskie.org • 540.241.5341 • bnowviskie@clir.org

125

INTARC00151207

communities do with greater access to information? What discoveries and breakthroughs will they achieve? What new art and literature will they be inspired to create? What changes will they make in the world? We're excited to find out.

But this project is not just an opportunity to make 4 million books widely accessible in new forms. It is also a chance to be radically more thoughtful about matters of diversity, equity, and inclusion in the digital collections we create—an issue that has never been more pressing on the American scene and which we see as fundamental to MacArthur's global vision to create a more just, verdant, and peaceful world. DLF's contribution to the *Open Libraries* project will be to design model digitization selection processes and workflows in alignment with our deep commitment to social justice and the common good, developing shared practices and understandings that will serve diverse information communities better, now and into the future. We are eager to integrate an IA/100&Change "Inclusive Curation" platform and toolkit into the dashboard of related digital library design and assessment tools our DLF working groups are currently developing to make freely available to the worldwide digital library community.

"Inclusive Curation" will be guided by our energetic DLF Cultural Assessment working group, chaired by Hannah Scates Kettler, who joins me on the advisory board for IA's proposal. It will serve to coordinate the efforts of various Internet Archive curatorial partners, helping to make their book selection decisions transparent and open to a user-friendly mechanism for public feedback on matters of diversity and representation. DLF's goal is to establish and promote a welcoming, community-responsive form of book selection for the Internet Archive project that ultimately results in fewer homogenous collections—and in digital libraries that better represent and share the lived experiences of readers and writers with differing cultures, lifestyles, orientations, interests, and local or indigenous knowledge. Because of the prominence and reach of our two organizations in the global digital library community, DLF and IA are confident our toolkits, resources, and collaboration on "Inclusive Curation" within *Open Libraries* can serve as a model for the creation of more diverse and democratized digital collections everywhere.

Of all the incredibly worthy proposals you are considering as part of the 100&Change program, only the Internet Archive's—because of its focus on broad and socially just access to information, which is the chief driver of human creativity, liberty, and potential worldwide—promises to solve *multiple problems* and be generative of *an endless number of solutions.*

The Digital Library Federation is proud to support this project, and I urge you to do the same.

Sincerely,

Bethany Nowviskie, MA Ed., Ph.D.
Executive Director of the Digital Library Federation,
Council on Library and Information Resources;
and Research Associate Professor of Digital Humanities, University of Virginia

INTARC00151208



NATIONAL FEDERATION
OF THE BLIND
*Live the life you want.*

July 7, 2017

John D. and Catherine T. MacArthur Foundation
140 S Dearborn Street
Chicago, IL 60603-5285

Dear MacArthur Foundation Board Members:

The National Federation of the Blind urges The MacArthur Foundation to award the 100&Change grant to the Internet Archive in order to provide libraries and learners free digital access to over four million books. The National Federation of the Blind is the oldest and largest nationwide organization of blind people and the leading advocate for equal access to information by the blind. Every day we raise the expectations of blind people, because low expectations create obstacles between blind people and our dreams.

Despite the technological feasibility of converting print books into accessible formats like Braille, audio, and digital copies, which is easier to do now than it has ever been, over 95 percent of published works are unavailable to people with print disabilities. Even though the National Library Service for the Blind and Physically Handicapped of the Library of Congress (NLS) makes accessible books available to blind people on a national scale and some electronic booksellers, like Apple and Amazon, are producing accessible ebooks, too many publishers remain technically unable or simply unwilling to make their materials accessible.

Literacy and knowledge are critical to equal participation in society and to a productive and fulfilling life. The scarcity of accessible books means that print-disabled people have been unable to learn, work, and enjoy life to as great an extent as their non-disabled counterparts. They may be unable to complete research for school, progress in their career, or fully participate in cultural life.

For these reasons, the National Federation of the Blind urges The MacArthur Foundation to award this grant to the Internet Archive. The Internet Archive 's proposal to digitize four million books would constitute the greatest single increase in accessible materials for the blind since the passage of the Pratt-Smoot Act, which created what is now the NLS, in 1931. It would benefit millions of blind people, both in the United States and around the world.

Sincerely,

Mark A. Riccobono, President
National Federation of the Blind

Mark Riccobono, *President* | 200 East Wells Street *at Jernigan Place* Baltimore, MD 21230 | 410 659 9314 | www.nfb.org

127

INTARC00151209



## San Francisco Public Library

City Librarian's Office
100 Larkin Street, San Francisco, CA   Phone: (415) 557-4236

June 27, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

SUBJECT: Internet Archive Proposal for 100&Change

Dear MacArthur Foundation Board Members,

I am writing to express San Francisco Public Library's strong endorsement of the Internet Archive's Open Libraries Project, and to convey our intent to support, advise and fully participate in this initiative. Our mission of access to information will be significantly furthered by this model, allowing us to share our collections beyond regional boundaries more broadly than has ever been possible, while at the same time giving our local communities greater access to desired knowledge held far away. Equity is one of our primary values and this project addresses critical issues of access for people who do not share the benefits of a well-funded urban library system such as ours.

San Francisco Public Library was one of 100 partners that participated in the Internet Archive's Open Libraries prototype and for us, this project represents a logical and dramatic scaling of that work.

Collections we particularly want to share include:

- Extensive San Francisco, Bay Area, California and the West collections: Our Daniel E. Koshland San Francisco History Center is the official archive of the City and County of San Francisco and documents all aspects of San Francisco life and history and to a lesser extent, the San Francisco Bay Area, California and the West, from its earliest days to the present. These collections cover important subject areas for the K-12 state curriculum, such as books about the California Missions. SFPL holdings also include City and County of San Francisco government document monographs that have yet to be digitized.
- Effie Lee Morris Historic and Research Collection of Children's Literature: This collection of over 15,000 books emphasizes outdated or out-of-print books considered important to children's literature and books containing ethnic stereotypes. It includes the Changing Portrayals Collection of Ethnic and Social Groups with an Emphasis on Pacific Rim Peoples as well as complete collections of Newbery and Caldecott Award winners.

128

INTARC00151210

- American and European history: An extensive collection on American and European history with books published starting in 1900. The European history collection focuses on World War II, current conflicts and social conditions affected by historical movements.
- Literature: A broad collection that is international in scope, including an in-depth poetry collection that serves our local poetry community. The collection includes translations of plays, speeches, drama, essays and humor from all over the world and includes books from 1900 to current. One likely candidate for digitization would be the J. Francis McComas science fiction collection which contains more than 3,000 books and series dating from the 1920s to the 1970s.
- International language collections, especially strong in Chinese and Russian language materials.
- Books – many rare - from our James Hormel LGBTQIA collections: This resource collection is national and international in scope with a primary focus on Northern California. It pays particular attention to the experience of people of color, the disabled, youth, the elderly, and other groups which are often marginalized within this community. As we know from the requests that we receive, there is voracious interest in these collections in locations far and wide.

We are keenly excited about the potential of this project to make new strides in the inter-library loan conundrum, by creating instantaneous interlibrary loan access respectful of copyright. This would allow us to share our collections and participate in an ILL model that would be nothing short of revolutionary in its ability to meet the information needs of our communities and other communities. It also has the potential to realize enormous cost savings to libraries, savings that can go into building collections instead of slowly and laboriously moving physical materials. It will help libraries with their ongoing on-site space management needs, another way that that costs can be contained and services expanded at the same time.

As a major urban library with extensive research collections that serve both San Franciscans and many residents of surrounding counties, we look forward to collaborating closely with the leadership of the Internet Archive and its many partners who have also agreed to share collections, resources and expertise in this unique and exciting venture.

Sincerely,

Luis Herrera
City Librarian

129

INTARC00151211



21 Dupont Circle • Suite 800
Washington, D.C. 20036
Phone 202-296-5098
Fax 202-872-0884
http://www.cni.org

Coalition for Networked Information

June 28, 2017

MacArthur Foundation Board
**Via E-mail**

Dear Members of the MacArthur Foundation Board:

We are writing to support the Internet Archive's application to be considered for the MacArthur's 100&Change. Our organization, the Coalition for Networked Information (CNI), has had a close relationship with the Internet Archive since its inception, and we have given our highest award to Brewster Kahle, the IA's founder. CNI (see www.cni.org) is a non-profit program of the Association of Research Libraries and EDUCAUSE, a higher education information technology association, which promotes the transformative promise of networked information technology for the advancement of scholarly communication and the enrichment of intellectual productivity. Our members, which include most major US higher education institutions, libraries such as the Library of Congress and National Library of Medicine, publishers and scholarly societies, foundations such as the Andrew W. Mellon foundation, and technology service providers, have been at the forefront of developing, disseminating, and preserving digital content for the research and education community.

In its application for the MacArthur 100&Change competition, the Internet Archive highlights some of the significant roadblocks to broad access to published content in the digital environment, particularly copyright restrictions and accessibility. Many individuals assume that libraries can scan any book they please and make it available in digital form; they are unaware of the copyright restrictions that make that difficult if not impossible for most uses. However, there are exceptions to copyright for materials that will be used by the blind and handicapped, and this is where the Internet Archive, with its deep expertise in large-scale digitization, could make a great difference. Importantly, these digital books would be globally available under conditions that comply with US law, and the IA will also safeguard the privacy of its users. For the CNI community, we believe that this initiative would be very useful to print-disabled students who need access to a wide range of texts in their college or university program. Universities are under increasing pressure to provide accessible resources to their students, and this large-scale program by IA would do much to assist their efforts. The IA's goal to provide more equitable public access to knowledge is consistent with the goals of our own organization. An additional benefit of this project would be the large corpus of digital texts created, which IA could make available for scholars studying big data or using techniques such as text mining to study linguistic or historical trends. This project will have a long-lasting payoff for education around the globe. We strongly support the Internet Archive's application for this award.

A joint program of ARL/EDUCAUSE
To Advance Scholarship and Intellectual Productivity

INTARC00151212

Brewster Kahle and the Internet Archive have already changed the world for good by ensuring that our society has access to the history of the WorldWide Web. Many said this could not be done, and they have done it. With the MacArthur Foundation's support, they can seize the chance to change the world again, and to set right some shameful failures to take advantage of the opportunities of the digital age.

We of course would be delighted to provide any further information or clarifications

Sincerely,

Clifford A Lynch, Ph.D.
Executive Director, Coalition for Networked Information

And

Joan Lippincott, Ph.D.
Associate Executive Director, Coalition for Networked Information

131

INTARC00151213



Houghton
Mifflin
Harcourt

July 13, 2017

To the MacArthur Foundation Board Members:

Houghton Mifflin Harcourt supports the Internet Archive's application for the MacArthur Foundation's 100&Change grant.

Houghton Mifflin Harcourt is a global learning company dedicated to changing people's lives by fostering passionate, curious learners. Since 1832 we have been bringing to bookshelves works by some of the world greatest authors and most iconic literary characters, such as Nathaniel Hawthorne, Willa Cather, Virginia Woolf, Curious George, Mike Mulligan and his Steam Shovel, and Alice Walker. We have been serving the K-12 market with outstanding products since the founding of our education department in 1882; today, we service over 150 million students and 3 million educators globally.

Given HMH's long history, we are acutely aware that there are books and other historic materials that are no longer available for readers who may want to access them. Furthermore, there are readers today who do not even know that this important legacy of American literary history exists. We do not want this legacy to get lost and we are committed to preserving and making it accessible to all.

The Internet Archive's *Open Libraries* will make HMH's books accessible to *everyone*, regardless of a reader's location, physical ability, or economic status. We are eager to work with the Internet Archive to make our archive of published works available through *Open Libraries*. One of our legacy founding companies, The Riverside Press, was at the forefront of printing technology from its founding in 1852. We are thrilled to ally ourselves with a project that will make our 19th and 20th century history available through 21st century technology. This project aligns perfectly with our mission to improve educational outcomes in underserved communities, foster curiosity, and provide materials easily and at no cost to learners of all ages. We whole heartedly support it.

Sincerely,

John J. Lynch, Jr.
President & CEO
Houghton Mifflin Harcourt

132

INTARC00151214



AUTHORS ALLIANCE | authorsalliance.org 510.480.8302 | 2705 Webster St. #5805 Berkeley, CA 94705

June 30, 2017

**Re: 100&Change Semi-Finalist Support - Internet Archive's Open Libraries**

Dear MacArthur Foundation Board Members,

We write on behalf of Authors Alliance to express our support for the Internet Archive's Open Libraries proposal for the MacArthur Foundation's 100&Change grant. Authors Alliance is a nonprofit organization representing the interests of authors who want to take advantage of opportunities of the digital age to share their creations with readers, promote the ongoing progress of knowledge, and advance the public good. Our more than 1,200 members—including academics, novelists, nonfiction authors, and librarians—share the goal of making works of authorship broadly available in order to keep books in the hands of readers.

The Internet has made information and creative works available on an unprecedented scale, but its potential in this regard is still largely unrealized. Authors face a host of technical, legal, and financial barriers that prevent them from sharing their works that are out of print, un-digitized, and/or subject to copyrights signed away long before the digital age. Their books are effectively locked away, creating a gap in the public availability of important works. Keeping valuable knowledge and creativity out of the reach of readers benefits no one. For authors, the lack of an online version of their books can be tantamount to oblivion. For readers, it restricts the universe of available knowledge and culture.

We at Authors Alliance have firsthand knowledge of this problem. Many of our members want to give a second life to their books that have fallen out of print, but they signed over the copyrights in their works to publishers years ago. Fortunately, the educational materials we have developed on rights reversion have helped our members work with their publishers to regain rights to their out-of-print books and make them newly available in the ways that they want. Our partnership with the Internet Archive, and in particular its assistance with scanning reverted books, has allowed some of our members to make their works newly available to the public, for the first time in decades, on our Internet Archive collection page—and that's just a tiny fraction of what Open Libraries could accomplish at scale.

Our successful partnership is just one of many reasons why we wholeheartedly endorse the Internet Archive's vision for Open Libraries and its ambitious goal to digitize 4 million books and put them in the hands of readers. But reviving out-of-print works is not the only way authors hope that digitization will ensure that their works reach readers. For many readers around the world, digitized books are not merely a more convenient means to access works—they may be the only way to do so. Even if a book happens to be available in a local library, there are many readers who are nonetheless unable to access it due to infirmity or a print disability. Moreover, readers in the developing world are hungry for knowledge, but their access to it is often severely

133

INTARC00151215

limited. Online books may well be their only route to an education and its lifelong benefits. Many authors care deeply about making sure their works are available to these readers and worry that gaps in digital availability prevent these readers from accessing their books.

Digital libraries also create new opportunities for authors from under-represented communities to reach readers. Communities of color, the disabled, students, seniors, the incarcerated, LGBTQI people, and religious minorities are just some of the voices that have historically been at the margins of mainstream publishing. By working with partner organizations to proactively identify and include works that may be largely unavailable via traditional channels, Open Libraries will dramatically increase the diversity of knowledge available online and put it in the hands of readers and scholars who would otherwise have limited or no access to these works.

The Open Libraries project will not only make the pool of available knowledge and creativity broader and deeper, but it will also make it accessible to the print disabled, the elderly, and those in under-served communities around the world on an unprecedented scale. In doing so, we believe that the project is an ambitious vision honoring the spirit of 100&Change and also an undertaking that benefits authors—such as our members—whose goal is to share their works as widely as possible. We support the Internet Archive in this ambitious vision, and urge you to consider the Open Libraries proposal as a worthy recipient of the 100&Change award from the MacArthur Foundation.

Sincerely,


Brianna Schofield
*Executive Director, Authors Alliance*

Pamela Samuelson
*President, Authors Alliance*


Carla Hesse
*Board of Directors, Authors Alliance*

Jeffrey MacKie-Mason
*Board of Directors, Authors Alliance*

Thomas Leonard
*Board of Directors, Authors Alliance*

Molly Shaffer Van Houweling
*Board of Directors, Authors Alliance*

134

INTARC00151216

A-2051

**The MIT Press**   One Rogers Street   Cambridge, Massachusetts 02142-1209

617 253 4078
617 258 6779 fax
http://mitpress.mit.edu

Massachusetts
Institute of
Technology

June 30, 2017

To: MacArthur Foundation Board Members

I'm Amy Brand, Director of the MIT Press. Known for digital innovation and excellence in content and design, the MIT Press advances knowledge by publishing significant works from leading thinkers around the globe for the broadest possible access, impact, and audience.

I'm extremely delighted to be partnering with the Internet Archive in its ambitious and important digitization efforts, and I fully endorse IA's application to the exciting 100&*Change* opportunity. We've already committed to digitize hundreds of backlist MIT Press books where we have the relevant rights, and to enable open access where legal and practical as well. At a minimum, the digitized books will be available for free one-at-a-time lending through openlibrary.org and through libraries that participate in the proposed OpenLibraries project, which is intended to enable libraries that own the physical books to lend digital copies to their patrons. This effort breathes new life into older books, benefitting authors as well as readers around the globe.

When I started as Director of the MIT Press a couple of years ago, one of my top ambitions was to make sure that everything we've published and have the rights to digitize be made accessible, searchable, discoverable, mineable, now and in perpetuity. When I connected with Brewster Kahle at the Internet Archive, we realized that partnering to achieve this made great sense for both parties. IA is looking to bring as many print-only books online as possible, and working directly with publishers is a key part of his strategy. For the MIT Press, the relationship means we also get back digital files for our own use. In addition to making older works newly available and significantly growing our open access program, I see this effort as a proactive alternative to widespread circulation of unauthorized digital files for these works.

In short, this is an incredibly important effort of vast proportions and world-changing potential, and I urge the Board to fund the Internet Archive's application.

Sincerely,



Amy Brand, PhD
Director, The MIT Press

135

INTARC00151217

A-2052



**WIKIMEDIA**
F O U N D A T I O N

July 10, 2017

To: MacArthur Foundation Board of Directors

Via The Internet Archive

Re: Internet Archive's OpenLibraries Initiative for 100&Change

Dear Board of the MacArthur Foundation,

The Internet Archive is a trusted partner of the Wikimedia Foundation in our shared objective of helping to make the global web, and vast collections of human knowledge, more reliable and accessible. The Wikimedia Foundation is the non-profit organization that supports and operates Wikipedia, Wikimedia Commons, Wikidata, and other free knowledge projects. The Wikimedia sites are viewed more than 15 billion times every month by people from every corner of the globe. All of our work is guided by our mission to enable every person on the planet to share in the sum of all knowledge. As such, we welcome and appreciate the opportunity to support the Internet Archive's OpenLibraries Initiative as part of the MacArthur Foundation's 100&Change competition.

At Wikimedia, we know that knowledge is constantly in flux. Our understanding of the world changes as new information becomes available, giving us new opportunities to build on what we once knew to be true. Services that the Internet Archive offer are critical to supporting this system -- tying us to published records and source material so that we may continue to learn, understand, and build for the future.

One issue that Wikimedia and the Internet Archive can solve together is the critical issue of "link rot". Link rot is what happens as material on the web disappears, and its associated links -- often critical citations -- are broken forever. For the past several years the Wikimedia Foundation, and volunteers from the Wikipedia community, have partnered with the Internet Archive to make near real-time backups of web-based resources which Wikipedia editors reference in their articles. This helps make Wikipedia more reliable and useful after web links used in Wikipedia articles have changed, moved, or otherwise become inaccessible in their original form. More than two million of those "broken links" on English Wikipedia have been repaired thanks to archived copies on the Wayback Machine.

The trust users have in the credibility of Wikipedia articles, built up by volunteers over more than 15 years, is key to its success -- and the reason why users read around 15 billion pages every month. A key element of trust is the requirement that information is backed up with published sources, referenced on Wikipedia. Even as information is digitized to the web, books remain a critical source of our shared knowledge - and a foundation for Wikipedia articles.

*Imagine a world in which every single human being can freely share in the sum of all knowledge.*

wikimediafoundation.org · 149 New Montgomery St, 6th Floor, San Francisco CA 94105 · 1-415-839-6885 · 1-415-882-0495 fax

136



**WIKIMEDIA**

FOUNDATION

Substantial support from the MacArthur Foundation to help advance the Internet Archive's effort to accelerate and expand their book digitization, transformation, and dissemination efforts would be a gift not only to knowledge and open culture organizations, but to humanity at large. Hundreds of thousands of volunteer Wikipedia editors would be able to include citations from 4 million additional eBooks, with live links that take readers directly into the books themselves, grounding them in the published record. This project will weave a rich and reliable explanation of our world into Wikipedia and the web for generations to come.

 We applaud what the Internet Archive has accomplished, we rely on and appreciate our ongoing work together, and we look forward to collaborating with them in the years ahead.

Good luck!


Sincerely,


Katherine Maher

Executive Director, Wikimedia Foundation

Imagine a world in which every single human being can freely share in the sum of all knowledge.

wikimediafoundation.org · 149 New Montgomery St, 6th Floor, San Francisco CA 94105 · 1-415-839-6885 · 1-415-882-0495 fax

137

INTARC00151219



50 East Huron Street, Chicago, IL 60611

July 7, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

SUBJECT:  Internet Archive Proposal for 100&Change

Dear MacArthur Foundation Board Members,

On behalf of the Public Library Association (PLA) Board of Directors, I am writing to express support of
the Internet Archive's Open Libraries Project, and to share our intent to advise and disseminate
information to the public library field about the project. PLA works in partnership with public libraries to
enhance their abilities to provide an array of services to their communities. The proposed project is in
strong alignment with our goals as it seeks to help librarians become digital leaders, sharing their
collections both locally and well beyond traditional boundaries and at the same time, increasing their
own community's access to even richer collections.

The Public Library Association exists to strengthen public libraries and their contribution to the
communities they serve. PLA provides a diverse program of communication, publication, advocacy,
continuing education, and programming for its 9,000+ members and others interested in the
advancement of public library service. PLA is eager to team with Internet Archive on this project as the
resources to be developed support the goals of our strategic plan, helping libraries transform and
supporting literacy and the information needs of our communities.

Public libraries have vital roles to play in ensuring our communities have the access to information they
need for success in the 21st century. PLA is delighted to collaborate with the Internet Archive on this
important work. Please do not hesitate to contact me if you have any questions.


Sincerely,


Pam Sandlian Smith
PLA President 2017-2018
Director, Anythink Libraries
Thornton, Colorado


p (800) 545-2433 ext. 5PLA

f (312) 280-5029

www.pla.org

138

INTARC00151220



June 30, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

SUBJECT:  Internet Archive Proposal for 100&Change

Dear MacArthur Foundation Board Members,

DPLA (Digital Public Library of America) is a strong supporter and partner with Internet Archive, as we share a common mission, providing free and open access to digital materials.  In particular, we look forward to be a strategic curation partner with Internet Archive if their proposal for digitizing and providing access to four million books is funded.

We are acutely aware at DPLA there is a large inequities in the distribution and access of digitized books, and the project, as proposed by Internet Archive, can significantly reduce the gap and digital divide that exists between those that have access to published curated content and those that do not.

As a partner DPLA brings a rich network of 2,500 libraries, museums and archives that are passionate about expanding the breadth and depth of digitized materials to their patrons, and would welcome the opportunity to participate in a national initiative focused on expanding access to a broader audience of patrons.

We look forward in working with Internet Archive to enable access to an additional four million digital books, many unavailable anywhere in digital form, and  partnering with libraries providing free open access to  knowledge.

Sincerely,

Michele Kimpton
Acting Executive Director
DPLA

139

INTARC00151221



July 6, 2017


John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603-5285
Attn: Board of Directors

RE: 100&Change – letter of support for Internet Archive


Dear MacArthur Foundation Board Members:

The **Califa Group** strongly supports the **Internet Archive's Open Libraries** project, a finalist in the **MacArthur Foundation _100 & Change_** grant competition.

The **Califa Group** is a non-profit library consortium representing 230 libraries in California and is a recognized leader in e-content advocacy, access and innovation. All public libraries in California are Califa members, benefiting from the resource sharing, procurement, grant projects, continuing education and e-content services we provide.  And all of these libraries and their 23 million California cardholders will benefit from digital access to 4 million books!

Specifically, the Internet Archive Open Libraries project is good for libraries and good for the public we serve because it will:

- provide individuals with access to materials that would otherwise be inaccessible because of local availability, cost to purchase, or vision impairment;
- provide libraries the ability to loan a digital OR a print version of a book without having to purchase a single title in multiple formats; making it possible for library budgets to purchase more new titles rather than digital copies of the same titles they already have;
- provide libraries the ability to offer more materials without the need for physical space to store them;

2471 Flores Street, San Mateo, California 94403-2273
Toll Free-CA 866 209 5439    T 650 356 2131    F 650 349 5089    E califa@califa.org  |  www.califa.org

140

A-2057

INTARC00151222



- provide the world with access to rare and out-of-print and local and international language materials where no digital version exists.

Throughout the history of the United States, and even long prior to 1776, American libraries have served as stewards of the public good, providing the public with access to a wealth of resources well beyond what any one person would otherwise be able to access, and preserving our cultural heritage by protecting the records of our history. Current digital licensing models threaten the expansion of knowledge for the public good and undermine the public's rights under the law to use copyright protected works.  The Internet Archive's Open Libraries project aims to surge forward the ability for libraries to continue this important public service.

On behalf of the Califa Group, I encourage the MacArthur Foundation to fund the Internet Archive's proposal. We are eager to see this explosion of access to digitized materials which will benefit readers and learners and knowledge explorers everywhere. And forever.

Sincerely,

Paula MacKinnon
Director, Califa Group

2471 Flores Street, San Mateo, California 94403-2273
Toll Free-CA 866 209 5439   T 650 356 2131   F 650 349 5089   E califa@califa.org   |   www.califa.org

INTARC00151223

 

June 28, 2017

To: The MacArthur Foundation Board of Directors

Subject: The Internet Archive's Grant Application for 100&Change

Dear Directors,

I am writing to support the Internet Archive's application for the 100&Change Grant. Their Open Libraries initiative is a bold proposal that would increase access to and preservation of important information, solving problems with which libraries struggle in our efforts to share and maintain access to our intellectual heritage.

I write on behalf not only of my own library but also of ReadersFirst. We are an open and cost-free organization of some three hundred library systems representing 200 million readers across the globe. We are dedicated to ensuring access to free and easy-to-use eBook content. To learn more about us, please visit http://www.readersfirst.org/.

Open Libraries, if funded, would allow libraries to overcome many obstacles they face in sharing their collections digitally. The cost of digitizing, restrictions on the use of eBooks through licensing and other legal issues, and lack of interoperability of different library systems all stymie access to readers and threaten the very survival of millions of works published since 1923. By digitizing millions of works in a content exchange operating across many platforms, thus realizing the promise of technology to improve the eBook experience, the project will allow libraries to share content while respecting the rights of authors and publishers, mirroring borrowing of physical items. Content will be simple to get. Books that will otherwise be lost will remain in the human record. Readers will benefit from access to free, valid, and quality information, better able to explore, learn, and develop intellectually and emotionally. In a time when funding cuts threaten our ability to fulfil our vital mission and when access to information is becoming increasingly commercialized and unavailable to many who most need it, this project will assist libraries in extending their reach and fulfilling their vital mission as an essential and necessary element of the democratic experiment. Libraries will extend this initiative's reach to millions upon millions of readers. The project is meaningful, verifiable implementation, durable in impact, and eminently feasible. Please give it favorable consideration.

Sincerely,

Michael Blackwell
Director, St Mary's County Library; ReadersFirst Communication and Advocacy Project Leader
23250 Hollywood Rd
Leonardtown, MD 20650
614-707-3865
mblackwell@stmalib.org

142

INTARC00151224

50 East Huron Street
Chicago, Illinois 60611-2795
USA

Telephone 312 280 4222
Fax 312 280 4227
Toll Free 800 545 2433
E-mail: oif@ala.org
www.ala.org/oif

# ALAAmericanLibraryAssociation
## Office for Intellectual Freedom

June 9, 2017

MacArthur Foundation Board
140 S. Dearborn Street
Chicago, IL 60603

Dear MacArthur Foundation Board,

I am writing in support of the Internet Archive's proposal to the John D. and Catherine T. MacArthur Foundation. As a father, I know the vital importance of libraries in the promotion of literacy – a skill that has profound, positive and lifelong effects on childhood health, longevity, the likelihood of avoiding incarceration, educational attainment, and income. As a longtime public library director involved in the promotion of ebooks, I understand the urgency of bridging the digital divide, and getting to people the content not currently available to them. As the director of the American Library Association's Office for Intellectual Freedom, I have learned that shared, open, digital platforms may provide the best single strategy to get the emerging voices of literature – diverse authors now shut out of traditional distribution systems of content – to the eager and increasingly diverse communities libraries serve.

Over the years, the Internet Archive has demonstrated that it is not only capable of dreaming big, but also of delivering big. The Internet Archive's proposal addresses an almost existential problem: how can libraries remain players in an increasingly digital age? How can we connect emerging content to emerging library users? How can we leverage the extraordinary presence of almost 120,000 libraries in the United States to build literate and knowledgeable communities – the surest, and most cost-effective path to a self-sustaining society? The Internet Archive's very innovative approach, using existing technologies, and respecting author's rights, is among the most promising directions I have seen. It solves an important problem and holds great promise for all the people libraries serve.

The Office for Intellectual Freedom strongly endorses the Internet Archive's proposal, and wishes them good fortune.

Sincerely,

James LaRue, Director
Office for Intellectual Freedom &
Freedom to Read Foundation

**LIBRARIES TRANSFORM**

143

INTARC00151225



June 30, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

*Re: Internet Archive Proposal, 100&Change*

Dear MacArthur Foundation Board Members,

I am writing with my strong support for the Internet Archive's exciting and transformative proposal to the 100&Change grant program. As the current Dean of the Libraries at Northeastern University, and having led a national nonprofit to provide access to ebooks and other digital library materials, the Digital Public Library of America, I believe that I am in a very good position to evaluate the substantive impact of the Internet Archive's planned work and its important connections to libraries across the country and the world.

The Internet Archive is entirely correct that the state of access to ebooks in the United States and elsewhere is surprisingly and distressingly poor. As I learned at DPLA, among the nearly 17,000 branch libraries in the United States, most of them have the resources and capacity to provide access to only a very limited set of ebooks—often well under a thousand. Given the centrality of books in our culture, providing a much larger array of them to all libraries is of utmost importance. The Internet Archive's proposal maps out extraordinarily well a mechanism and process for all libraries to participate in a network that will support a vastly increased common collection—literally increasing that collection by several orders of magnitude for the average library.

Moreover, as the proposal highlights, there are populations that are especially disadvantaged in their access to ebooks. Those with vision disabilities are only one segment of a very large portion of the global public that currently has a set of hurdles to reading the full range of human expression held within the book collections of our libraries. The Internet Archive's proposed project would knock down these hurdles in relatively short order.

Moving from the public library world to the world of academic libraries that I now inhabit, I can see similar, quite major inequalities. Here at Northeastern, we have roughly a half-million book titles in our library, significantly more

144

INTARC00151226