# 23-1260

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY
& SONS, INC., PENGUIN RANDOM HOUSE LLC,

*Plaintiffs-Appellees,*

v.

INTERNET ARCHIVE,

*Defendant-Appellant,*

DOES 1-5, inclusive,

*Defendants.*

Appeal from the United States District Court for the Southern District of New
York, Case No. 1:20-cv-4160, Hon. John G. Koeltl

### JOINT APPENDIX (PUBLIC) – VOLUME 9 OF 26 (A-2062-A-2332)

JOSEPH C. GRATZ
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

CORYNNE M. MCSHERRY
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

JOSEPH R. PALMORE
DIANA L. KIM
ADITYA V. KAMDAR
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-6940
JPalmore@mofo.com

*Counsel for Defendant-Appellant Internet Archive*
*Additional Counsel Listed on Inside Cover*

DECEMBER 15, 2023

MATTHEW JAN OPPENHEIM     ELIZABETH A. MCNAMARA
DANAE TINELLI               LINDA J. STEINMAN
SCOTT A. ZEBRAK          JOHN M. BROWNING
OPPENHEIM + ZEBRAK, LLP   JESSE M. FEITEL
4530 Wisconsin Avenue, NW,    CARL MAZUREK
5th Floor                    DAVIS WRIGHT TREMAINE LLP
Washington, DC 20016       1251 Avenue of the Americas, 21st Floor
                               New York, NY 10020

*Counsel for Plaintiffs-Appellees*

---

## Joint Appendix Table of Contents

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 1** | |
| 39 | 10/08/2020 | Stipulation And Protective Order | A-1 |
| 86 | 07/05/2022 | Sealing Order | A-16 |
| 114 | 07/11/2022 | Sealing Order | A-18 |
| | | District Court Docket Sheet | A-19 |
| 219 | 9/11/2023 | Notice Of Appeal | A-49 |
| 1 | 6/1/2020 | Complaint | A-105 |
| 33 | 07/28/2020 | Answer | A-158 |
| 47 | 08/09/2021 | Letter Motion For Local Rule 37.2 Conference | A-186 |
| 62 | 12/24/2021 | Transcript Of Proceedings – 12/2/21 Conference | A-189 |
| 68 | 01/14/2022 | Joint Letter/Status Report Re: Discovery Disputes | A-234 |
| | | Exhibit A – Current Scheduling Order | A-236 |
| | | Exhibit B – Proposed Scheduling Order | A-239 |
| 70 | 01/22/2022 | Revised Scheduling Order | A-242 |
| 87 | 07/07/2022 | Plaintiffs' Motion for Summary Judgment | A-244 |
| 89 | 07/07/2022 | Declaration Of Sandra Cisneros In Support Of Plaintiffs' Motion for Summary Judgment | A-247 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 2** | |
| 90 | 07/07/2022 | Declaration Of Ian Foster In Support Of Plaintiffs' Motion for Summary Judgment | A-254 |
| | | Appendix A – Ian Foster's Curriculum Vitae | A-301 |
| | | [FUS] Exhibit 1 – Numbered List Of 127 Works In Suit | A-347 |
| | | [FUS] Exhibit 2 – Loans For Each Scan That Matches Works In Suit | A-359 |
| | | [FUS] Exhibit 3 – Total Loans For Works In Suit | A-370 |
| | | [FUS] Exhibit 4 – List Of De-Duplicated ISBNs That Match Works In Suit | A-377 |
| | | [FUS] Exhibit 4A – Alternate Version of Exhibit 4 | A-387 |
| | | [FUS] Exhibit 5 – Number Of De-Duplicated ISBNs/Additions To Maximum Eligible Concurrent Loans For Each Work In Suit | A-397 |
| | | [FUS] Exhibit 5A – Alternative Version Of Exhibit 5 | A-404 |
| | | [FUS] Exhibit 6 – Works In Suit Data | A-411 |
| 91 | 07/07/2022 | Declaration Of Tracy Offner In Support Of Plaintiffs' Motion for Summary Judgment | A-421 |
| | | Exhibit A – List Of Internet Archive's URLs | A-448 |
| | | Exhibit B – Internet Archive's Webpages | A-452 |
| | | Exhibit C – Open Library Webpages | A-457 |
| | | Exhibit D – Open Library Webpages | A-461 |
| | | Exhibit E – Open Library Webpages | A-463 |
| | | Exhibit F – Open Library Webpages | A-469 |
| | | Exhibit G – Open Library Webpages | A-471 |
| | | Exhibit H – Open Library Webpages | A-473 |
| | | Exhibit I – Open Library Webpages | A-475 |
| | | Exhibit J – Open Library Webpages | A-477 |
| | | Exhibit K – Open Library Webpages | A-479 |
| 92 | 07/07/2022 | Declaration Of Ben Sevier In Support Of Plaintiffs' Motion for Summary Judgment | A-481 |
| | | [FUS*] Exhibit 1 – Hachette Business Data | A-514 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS*] Exhibit 2 – Hachette Backlist Ebook Data | A-515 |
| | | [FUS*] Exhibit 3 – Hachette Sales Data For All Of The Works In Suit | A-516 |
| | | **Vol. 3** | |
| | | [FUS] Exhibit 4 – Hachette Overdrive Data | A-517 |
| | | [FUS] Exhibit 5 – Hachette 2016 Digital Library Terms | A-562 |
| | | [FUS] Exhibit 6 – Hachette's Current Digital Library Terms | A-570 |
| | | [FUS*] Exhibit 7 – Hachette List Of Aggregators | A-577 |
| | | [FUS] Exhibit 8 – Excerpts From Expert Report Of Rasmus Jorgensen (Feb. 25, 2022) | A-578 |
| | | Exhibit 9 – Hachette Takedown Notice | A-580 |
| 93 | 07/07/2022 | Declaration Of Alan Pavese In Support Of Plaintiffs' Motion for Summary Judgment | A-589 |
| | | Exhibit 1 – Wiley Takedown Notice | A-602 |
| | | [FUS*] Exhibit 2 – Wiley Spreadsheet On Trade Books | A-612 |
| | | [FUS*] Exhibit 3 – Wiley's Sales Records For Works In Suit | A-613 |
| | | [FUS] Exhibit 4 – Wiley's Ebook Distribution Agreement With Proquest | A-614 |
| | | [FUS] Exhibit 5 – Wiley's Ebook Agreement With Overdrive | A-631 |
| | | [FUS*] Exhibit 6 – Wiley Spreadsheet Of Key Aggregator Partners | A-634 |
| | | [FUS*] Exhibit 7 – Wiley Spreadsheet | A-635 |
| 94 | 07/07/2022 | Declaration Of Chantal Restivo-Alessi In Support Of Plaintiffs' Motion for Summary Judgment | A-636 |
| | | [FUS*] Exhibit 1 – HarperCollins Ebooks Licenses Spreadsheet | A-667 |
| | | [FUS*] Exhibit 2 – HarperCollins Spreadsheet On U.S. Sales For Works In Suit | A-668 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 3 – Amazon Kindle Store Terms Of Use | A-669 |
| | | [FUS] Exhibit 4 – HarperCollins And Overdrive Agreement | A-674 |
| | | [FUS*] Exhibit 5 – Spreadsheet On 26-Circ Model | A-699 |
| | | [FUS*] Exhibit 6 – HarperCollins Sales To Libraries In All Formats For Works In Suit (2017-2020) | A-700 |
| | | Exhibit 7 – Excerpts From Expert Report Of Susan H. Hildreth (Feb. 25, 2022) | A-701 |
| | | Exhibit 8 – Open Libraries Agreement | A-705 |
| | | Exhibit 9 – Internet Archive's Presentation At Library Leaders Forum | A-709 |
| | | Exhibit 10 – Internet Archive's Presentation On "Maximizing Institutional Investment In Print Resources Through Controlled Digital Lending" | A-720 |
| | | Exhibit 11 – Internet Archive's And HarperCollins Correspondence | A-738 |
| 95 | 07/07/2022 | [Redacted] Declaration Of Jeffrey Weber In Support Of Plaintiffs' Motion for Summary Judgment | A-744 |
| | | [FUS*] Exhibit 1 – Penguin Random House Ebook Data | A-784 |
| | | [FUS*] Exhibit 2 – Penguin Random House Ebook Data | A-785 |
| | | Exhibit 3 – American Library Association Article, "National Survey Finds Libraries Play Expanded Role in Digital Equity, Bridging Gaps In Access To Technology" (Aug. 31, 2021) | A-786 |
| | | **Vol. 4** | |
| | | Exhibit 4 – Overdrive Press Release (Jan. 7, 2021) | A-788 |
| | | Exhibit 5 – Emails Between Penguin Random House And Internet Archive' | A-792 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 6 – Emails Between Penguin Random House And Internet Archive | A-795 |
| | | Exhibit 7 – Open Libraries Web Page | A-798 |
| | | Exhibit 8 – Internet Archive Blog Post, "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" (Nov. 6, 2019) | A-802 |
| | | Exhibit 9 – Internet Archive Blog Post, "Temporary National Emergency Library to close 2 weeks early, returning to traditional controlled digital lending" (June 10, 2020) | A-811 |
| | | [FUS] Exhibit 10 – Exhibit 12 To Expert Report of Rasmus Jorgensen (Feb. 25, 2022) | A-817 |
| | | [FUS] Exhibit 11 – Excerpts From Expert Report of Rasmus Jorgensen (Feb. 25, 2022) | A-819 |
| | | [FUS*] Exhibit 12 – Penguin Random House Sales Records Of Works In Suit | A-821 |
| | | Exhibit 13 – Internet Archive's Library Leaders Forum Presentation | A-822 |
| | | [FUS*] Exhibit 14 – Penguin Random House Annual Investment Spreadsheet | A-1004 |
| | | Exhibit 15 – Amazon Kindle Store Terms Of Use | A-1005 |
| | | Exhibit 16 – Public Libraries Data Spreadsheet | A-1009 |
| | | Exhibit 17 – Article, "Libraries Without Walls For Books Without Pages" By John A. Browning (1993) | A-1022 |
| | | [FUS] Exhibit 18 – Penguin Random House Jan. 1, 2016 Terms Of Sale | A-1029 |
| | | [FUS] Exhibit 19 – Penguin Random House Terms Of Buyback Program | A-1032 |
| | | [FUS*] Exhibit 20 – Penguin Random House Ebook Data | A-1035 |
| | | [FUS] Exhibit 21 – Penguin Random House Oct. 1, 2018 Public Library Terms | A-1036 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
|  |  | [FUS] Exhibit 22 – Penguin Random House Oct. 1, 2018 Academic Library Terms | A-1039 |
|  |  | [FUS] Exhibit 23 – Penguin Random House Ebook Terms For Classroom Distribution Channel (Feb. 2, 2020) | A-1042 |
|  |  | [FUS] Exhibit 24 – Penguin Random House Ebook Terms For Classroom Distribution Channel (Jan. 10, 2021) | A-1045 |
|  |  | [FUS] Exhibit 25 – Penguin Random House Covid-19 Model Terms | A-1048 |
|  | **Vol. 5** |  |  |
|  |  | Exhibit 26 – Excerpts From Deposition Of Skip Dye (Nov. 18, 2021) | A-1050 |
| 96 | 07/07/2022 | [Redacted] Declaration Of Elizabeth A. McNamara In Support Of Plaintiffs' Motion for Summary Judgment | A-1075 |
|  |  | Exhibit 1 – Complaint | A-1143 |
|  |  | Exhibit 2 – Answer | A-1201 |
|  |  | Exhibit 3 – Internet Archive's Webpage | A-1230 |
|  |  | Exhibit 4 – Declaration Of Brenton Cheng | A-1236 |
|  |  | Exhibit 5 – Excerpts From Deposition Of Brewster Kahle (Dec. 9, 2021) | A-1240 |
|  |  | Exhibit 6 – Internet Archive's Webpage | A-1283 |
|  | **Vol. 6** |  |  |
|  |  | Exhibit 7 – Excerpts From Deposition Of Chris Freeland (Dec. 17, 2021) | A-1287 |
|  |  | Exhibit 8 – Email From Chris Freeland | A-1347 |
|  |  | Exhibit 9 – Internet Archive Blog Post, "Libraries lend books, and must continue to lend books: Internet Archive responds to publishers' lawsuit" (July 29, 2020) | A-1351 |
|  |  | Exhibit 10 – Internet Archive Presentation On "Lending & Book Reader" | A-1354 |
|  |  | Exhibit 11 – Excerpts From Deposition Of Imke C. Reimers (June 3, 2022) | A-1368 |
|  |  | Exhibit 12 – Open Library Webpage | A-1373 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 13 – Excerpts From Deposition Of Laura Gibbs (Mar. 24, 2022) | A-1376 |
| | | Exhibit 14 – Internet Archive Communications | A-1386 |
| | | Exhibit 15 – Internet Archive's Webpage | A-1395 |
| | | Exhibit 16 – Internet Archive's Webpage | A-1402 |
| | | Exhibit 17 – Exhibit A To Complaint | A-1405 |
| | | Exhibit 18 – Stipulation Regarding Undisputed Facts (June 10, 2022) | A-1409 |
| | | Exhibit 19 – Excerpts From Deposition Of Susan Hildreth (May 17, 2022) | A-1415 |
| | | Exhibit 20 – Excerpts From Deposition Of Steve Potash (Jan. 31, 2022) | A-1425 |
| | | Exhibit 21A – Press Releases | A-1436 |
| | | [FUS*] Exhibit 21B – Overdrive Data | A-1443 |
| | | [FUS*] Exhibit 22 – Overdrive Data | A-1444 |
| | | Exhibit 23 – Institute Of Museum And Library Studies Data Spreadsheet | A-1445 |
| | | Exhibit 24 – Excerpts From Deposition Of Brenton Cheng (Dec. 3, 2011) | A-1448 |
| | | Exhibit 25 – Internet Archive's Objections & Responses To Plaintiffs' First Set Of Requests For Admission | A-1453 |
| | | Exhibit 26 –Expert Report Of Susan Hildreth (Feb. 25, 2022) | A-1468 |
| | **Vol. 7** | | |
| | | Exhibit 27 – Internet Archive's "Everyone Deserves To Learn" Document | A-1527 |
| | | Exhibit 28 – Email Between Mark Stein And Jeff Kaplan | A-1709 |
| | | Exhibit 29 – Email Between Brewster Kahle And Elliot Wrenn | A-1712 |
| | | Exhibit 30 – Email From Wiley To Internet Archive | A-1717 |
| | | Exhibit 31 – Open Library Webpage | A-1720 |
| | | Exhibit 32 – Emails Between Penguin Random House And Internet Archive | A-1724 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 33 – Email From Penguin Random House | A-1735 |
| | | [FUS*] Exhibit 34 – Penguin Random House Spreadsheet | A-1738 |
| | | Exhibit 35 – Email From HarperCollins To Internet Archive | A-1739 |
| | | Exhibit 36 – Takedown Notices | A-1745 |
| | | Exhibit 37 – Author Correspondence To Internet Archive | A-1783 |
| | | **Vol. 8** | |
| | | Exhibit 38 – Author Correspondence To Internet Archive | A-1790 |
| | | Exhibit 39 – Author Correspondence To Internet Archive | A-1815 |
| | | Exhibit 40 – Email From Zane Kesey To Chris Butler | A-1819 |
| | | Exhibit 41 – Open Library Author Page For Ken Kesey | A-1825 |
| | | Exhibit 42 – Author Correspondence To Internet Archive | A-1829 |
| | | Exhibit 43 – Open Library Webpage | A-1832 |
| | | Exhibit 44 – 990-PF Return Of The Kahle/Austin Foundation (2019) | A-1836 |
| | | Exhibit 45 – Excerpts From Deposition Of Jacques Cressaty (Oct. 22, 2021) | A-1867 |
| | | Exhibit 46 – Internet Archive's Open Libraries Proposal To The MacArthur Foundation (Part 1-5) | A-1913 |
| | | **Vol. 9** | |
| | | Exhibit 46 – Internet Archive's Open Libraries Proposal To The MacArthur Foundation (Part 6-8) | A-2062 |
| | | Exhibit 47 – Internet Archive's Webpage | A-2157 |
| | | Exhibit 48 – Scientific American Article, "Archiving the Internet" by Brewster Kahle (1997) | A-2160 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 49 – Brewster Kahle "Universal Access To Knowledge" Speech (2006) | A-2165 |
| | | Exhibit 50 – CNET Article, "Grant Funds Open-Source Challenge To Google Library" (Dec. 20, 2006) | A-2175 |
| | | Exhibit 51 – New York Times Article, "Libraries Shun Deals To Place Books On Web" by Katie Hafner (2007) | A-2190 |
| | | Exhibit 52 – Internet Archive Blog Post, "Internet Archive And Library Partners Develop Joint Collection Of 80,000+ Ebooks To Extend Traditional In-Library Lending Model" (Feb. 22, 2011) | A-2195 |
| | | Exhibit 53 – Internet Archive's Notes About Book Collections And Availability | A-2201 |
| | | Exhibit 54 – Internet Archive Blog Post, "Let's Build A Great Digital Library Together…Starting With A Wishlist" (Mar. 14, 2018) | A-2205 |
| | | Exhibit 55 – Internet Archive Blog Post, "Internet Archive's Modern Book Collection Now Tops 2 Million Volumes" (Feb. 3, 2021) | A-2209 |
| | | Exhibit 56 – The Guardian Article, "Internet Archive Founder Turns To New Information Storage Device – The Book," (Aug. 1, 2011) | A-2218 |
| | | Exhibit 57 – Internet Archive's Webpage | A-2223 |
| | | Exhibit 58 – Excerpts From Deposition Of Andrea Mills (Oct.14, 2021) | A-2227 |
| | | [FUS] Exhibit 59 – Internet Archive Digital Library Grant Application | A-2242 |
| | | [FUS*] Exhibit 60 – Internet Archive's Profit And Loss Statement For 2011-2020 | A-2246 |
| | | Exhibit 61 – Internet Archive's Flyer | A-2247 |
| | | Exhibit 62 – Internet Archive's Scanning Agreement With Providence Public Library | A-2249 |
| | | Exhibit 63 – Internet Archive's Webpage | A-2255 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 64 – Internet Archive Blog Post, "Most 20th Century Books Unavailable To Internet Users – We Can Fix That" (July 1, 2019) | A-2260 |
| | | Exhibit 65 – Internet Archive's Webpage | A-2270 |
| | | Exhibit 66 – Email From Brewster Kahle To Amy Brand | A-2274 |
| | | Exhibit 67 – CNBC Article, "Plagiarism Is Rampant In China, And Its Media Companies Are Raking In Billions" (Jan. 23, 2018) | A-2278 |
| | | Exhibit 68 – Internet Archive Blog Post, "Internet Archive and Library Partners Develop Joint Collection of 80,000. EBooks To Extend Traditional In-Library Lending Model" (Oct. 20, 2020) | A-2286 |
| | | Exhibit 69 – Internet Archive's Webpage | A-2292 |
| | | Exhibit 70 – Internet Archive Blog Post, "Calculating the True Value of A Library that is Free" (Oct. 22, 2019) | A-2298 |
| | | Exhibit 71 – Internet Archive Blog Post, "Pineapple Fund Gifts $1M in Bitcoin to the Internet Archive!" (Dec. 26, 2017) | A-2303 |
| | | Exhibit 72 – Internet Archive Presentation On "How Controlled Digital Lending Works for Libraries" | A-2308 |
| | | **Vol. 10** | |
| | | Exhibit 73 – Internet Archive Presentation On Lending And Digitization Programs | A-2333 |
| | | Exhibit 74 – Open Library Of Richmond Inc. 990 Return (2019) | A-2366 |
| | | Exhibit 75 – Internet Archive's 990 Return (2016) | A-2414 |
| | | Exhibit 76 – Better World Books Webpage | A-2432 |
| | | [FUS] Exhibit 77 – Excerpts From Deposition Of Ginger Patton-Schmitt (Dec. 6, 2021) | A-2435 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
|  |  | Exhibit 78 – Better World Books Webpage | A-2464 |
|  |  | [FUS] Exhibit 79 – Draft Memorandum Of Understanding | A-2468 |
|  |  | Exhibit 80 – Email From Brewster Kahle To Better World Books Director | A-2471 |
|  |  | Exhibit 81 – Emails Between Chris Freeland And Better World Books Project Manager | A-2473 |
|  |  | [FUS] Exhibit 82 – Internet Archive Shared Document | A-2477 |
|  |  | [FUS] Exhibit 83 – Emails Between Brewster Kahle And Xavier Helgesen | A-2480 |
|  |  | Exhibit 84 – Emails From Brewster Kahle | A-2482 |
|  |  | Exhibit 85 – Email From Brewster Kahle | A-2488 |
|  |  | [FUS] Exhibit 86 – Better World Books Financial Agreement | A-2491 |
|  |  | [FUS] Exhibit 87 – Donation Agreement Between Better World Books And Open Library of Richmond (July 10, 2019) | A-2494 |
|  |  | Exhibit 88 – Better World Libraries' 990 Return (2019) | A-2497 |
|  |  | Exhibit 89 – Internet Archive Blog Post, "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" (Nov. 6, 2019) | A-2524 |
|  |  | [FUS] Exhibit 90 – Better World Books Presentation | A-2533 |
|  |  | Exhibit 91 – Better World Books Webpage | A-2539 |
|  |  | Exhibit 92 – Better World Books Preview Page | A-2541 |
|  |  | Exhibit 93 – Internet Archive Links To Better World Books Webpage | A-2543 |
|  |  | Exhibit 94 – Better World Books Wikipedia Page | A-2555 |
|  |  | [FUS] Exhibit 95 – Better World Books Internal Metrics | A-2558 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 96 – Internet Archive Blog Post, "In-Library eBook Lending Program Launched" (Feb. 22, 2011) | A-2567 |
| | | Exhibit 97 – Emails Between Chris Butler And Zane Kesey | A-2573 |
| | | Exhibit 98 – Email From Chris Butler To James D. Jenkins | A-2579 |
| | | Exhibit 99 – Email From Library Of Michigan Librarian | A-2585 |
| | | Exhibit 100 – Internet Archive Blog Post, "Wasted: A case study for controlled digital lending" (Nov. 13, 2018) | A-2588 |
| | | Exhibit 101 – Brewster Kahle Statement | A-2594 |
| | | **Vol. 11** | |
| | | Exhibit 102 – Open Library Webpage | A-2605 |
| | | Exhibit 103 – Open Libraries Form Agreement | A-2607 |
| | | Exhibit 104 – Email From Chris Freeland To Librarian At Arizona State University | A-2612 |
| | | Exhibit 105 – Email From Chris Freeland To The Associate Dean Of University Of Oklahoma Libraries | A-2615 |
| | | Exhibit 106 – Email From Jeff Sharpe To Karl Stutzman Of Anabaptist Mennonite Biblical Seminary | A-2621 |
| | | Exhibit 107 – Internet Archive Presentation On "Open Libraries Introduction & Internet Archive Programs" | A-2628 |
| | | Exhibit 108 – Internet Archive's Presentation On "Addressing The 20th Century Gap: Controlled Digital Lending For In-Copyright Material" | A-2656 |
| | | Exhibit 109 – Internet Archive's Presentation On "Maximizing Institutional Investments In Print Resources Through Controlled Digital Lending" | A-2678 |
| | | Exhibit 110 – Email From Lauri McIntosh | A-2696 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 111 – Email From Lauri McIntosh | A-2704 |
| | | Exhibit 112 – Email From Chris Freeland | A-2721 |
| | | Exhibit 113 – Internet Archive Presentation On "Implementation & Integration" | A-2729 |
| | | Exhibit 114 – Defendant Internet Archive's Objections And Responses To Plaintiffs' Second Set Of Interrogatories | A-2732 |
| | | Exhibit 115 – Internet Archive Presentation on "Library Leaders Forum 2020 Partner Summit" | A-2744 |
| | | Exhibit 116 – Screen Captures Of Georgetown Law Library Catalog | A-2762 |
| | | Exhibit 117 – Screen Captures Of Dartmouth College Library Catalog | A-2765 |
| | | Exhibit 118 – Public Library Screen Captures | A-2769 |
| | | **Vol. 12** | |
| | | Exhibit 119 – U.S. Copyright Office, "Orphan Works And Mass Digitization: A Report Of The Register Of Copyrights 101" (2015) | A-2775 |
| | | **Vol. 13** | |
| | | Exhibit 120 – Judiciary Committee Of The House Of Representatives Hearing Transcript | A-3010 |
| | | Exhibit 121 – Excerpts From Deposition Of Lila Bailey (Oct.18 and 19, 2021) | A-3199 |
| | | Exhibit 122 – Internet Archive Blog Post, "Michelle Wu Receives Internet Archive Hero Award for Establishing the Legal Basis for Controlled Digital Lending" (Oct. 20, 2020) | A-3228 |
| | | Exhibit 123 – White Paper On Controlled Digital Lending By Courtney And Hansen | A-3233 |
| | | Exhibit 124 – Email From Kyle Courtney | A-3276 |
| | | Exhibit 125 – Email From Lila Bailey | A-3278 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 14** | |
| | | Exhibit 126 – Email From Lila Bailey | A-3283 |
| | | Exhibit 127 – Email From Chris Freeland | A-3295 |
| | | Exhibit 128 – Email From Lila Bailey | A-3297 |
| | | Exhibit 129 – Email From Wendy Hanamura | A-3304 |
| | | Exhibit 130 – Internet Archive Post, "Implementation & Integration: CDL For All Libraries" (July 14, 2021) | A-3307 |
| | | Exhibit 131 – Email From Peter Jaszi | A-3312 |
| | | Exhibit 132 – Email From Lila Bailey | A-3318 |
| | | Exhibit 133 – Bailey, Courtney, Hansen, Minow, Shultz And Wu Statement (Sept. 2018) | A-3323 |
| | | Exhibit 134 – AAP "Statement On Flawed Theory Of 'Controlled Digital Lending'" | A-3332 |
| | | Exhibit 135 – Author's Guild's Statement On "Controlled Digital Lending Is Neither Controlled Not Legal" | A-3336 |
| | | Exhibit 136 – Emails From Chris Freeland To Boston Public Library Librarian Tom Blake | A-3339 |
| | | Exhibit 137 – Internet Archive's Amicus Brief In *ReDigi* | A-3347 |
| | | Exhibit 138 – Article, "The Implications Of The ReDigi Decision For Libraries" | A-3377 |
| | | Exhibit 139 – Internet Archive Blog Post, "Internet Archive Responds: Why We Released The National Emergency Library" (Mar. 30, 2020) | A-3383 |
| | | Exhibit 140 – Signatories To Position Statement On Controlled Digital Lending By Libraries | A-3390 |
| | | Exhibit 141 – Emails From Amy Brand | A-3394 |
| | | Exhibit 142 – Email From Hansen To Bailey, Wu, Minow, Courtney And Schultz | A-3396 |
| | | Exhibit 143 – Email From Chris Freeland To Janet Snowhill | A-3399 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 144 – Email From Chris Freeland To Kristy Draper | A-3407 |
| | | Exhibit 145 – Internet Archive's Event Description (Feb. 2019) | A-3409 |
| | | Exhibit 146 – Blog Post Titled "Mythbusting Controlled Digital Lending: Community Rallies To Fight Misinformation About The Library Practice" (Feb. 11, 2019) | A-3414 |
| | | Exhibit 147 – Email From Chris Freeland To Duke University Librarian | A-3417 |
| | | Exhibit 148 – Emails Between Chris Freeland And Kevin French | A-3420 |
| | | Exhibit 149 – Not Filed | |
| | | Exhibit 150 – Internet Archive Blog Post, "How Internet Archive and controlled digital lending can help course reserves this fall" (July 30, 2020) | A-3424 |
| | | Exhibit 151 – Emails Between Chris Freeland And Michael Weiss | A-3429 |
| | | Exhibit 152 – Emails Between Chris Freeland And Wendy Knapp | A-3434 |
| | | Exhibit 153 – Open Libraries Form | A-3437 |
| | | Exhibit 154 – Open Library Webpage | A-3474 |
| | | Exhibit 155 – Email From Brewster Kahle To Carla Hayden | A-3478 |
| | | Exhibit 156 – Email From Michael "Mek" Karpeles To Brenton Cheng | A-3481 |
| | | Exhibit 157 – Excerpts From Deposition Of Michael "Mek" Karpeles (Oct. 27, 2021) | A-3484 |
| | | [FUS*] Exhibit 158 – Spreadsheet Of Internet Archive's Publication Year Data | A-3491 |
| | | Exhibit 159 – Internet Archive's Pre-Motion Letter For Motion for Summary Judgment | A-3492 |
| | | [FUS*] Exhibit 160 – Exhibit 13 To Deposition Of Steve Potash | A-3496 |
| | | Exhibit 161 – Men's Health Article, "Darin Olin Is More Than Zac Efron's Travel | A-3497 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Partner In Netflix's Down To Earth" by Adrianna Friedman (Jul. 10, 2020) | |
| | | Exhibit 162 – Email From Brewster Kahle To Carla Hayden | A-3501 |
| | | Exhibit 163 – Overdrive Homepage For Detroit And Austin Public Libraries | A-3504 |
| | | Exhibit 164 – Document Titled "Open Library Design Ecosystem" | A-3515 |
| | | Exhibit 165 – Excerpts From Deposition Of Daniel Smith (Apr. 6, 2022) | A-3524 |
| | | Exhibit 166 – Institute Of Museum And Library Services Report, "The Use And Cost Of Public Library Materials" (2021) | A-3531 |
| | | Exhibit 167 – Rural Public Library Webpages | A-3541 |
| | | **Vol. 15** | |
| | | Exhibit 168 –Internet Archive Blog Post, "Announcing a National Emergency Library to Provide Digitized Books to Students and the Public" (Mar. 24, 2020) | A-3548 |
| | | Exhibit 169 – Screen Captures From The Open Library Stats Page | A-3559 |
| | | Exhibit 170 – Screen Captures From The Open Library Homepage | A-3569 |
| | | Exhibit 171 – Email From Lila Bailey | A-3577 |
| | | Exhibit 172 – Sen. Udall's Letter And Register Strong's Response | A-3581 |
| | | Exhibit 173 – Email From Alan Harvey | A-3606 |
| | | Exhibit 174 – Email From Director The Univ. Of Minnesota Press | A-3610 |
| | | Exhibit 175 – Email From Mary E. Rasenberger | A-3612 |
| | | Exhibit 176 – Emails From Penguin Random House | A-3616 |
| | | Exhibit 177 – Email From Brewster Kahle To Executive Director Of The Authors Alliance And Pamela Samuelson | A-3619 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 178 – Author's Alliance Webpage | A-3621 |
| | | Exhibit 179 – Email From Brianna Schofield To Bailey, Samuelson And Freeland | A-3625 |
| | | Exhibit 180 – Internet Archive Blog Post, "The National Emergency Library – Who Needs It? Who Reads It? Lessons From The First Two Weeks" (Apr. 14, 2020) | A-3628 |
| | | Exhibit 181 – Internet Archive Blog Post, "Temporary National Emergency Library To Close 2 Weeks Early, Returning To Traditional Controlled Digital Lending" (June 10, 2020) | A-3638 |
| | | Exhibit 182 – Email From Mike Furlough | A-3647 |
| | | Exhibit 183 – Email From Skip Dye | A-3651 |
| | | Exhibit 184 – HathiTrust's Emergency Temporary Access Service | A-3653 |
| | | Exhibit 185 – Google Search For "Toni Morrison Beloved Free Read" | A-3656 |
| 97 | 07/07/2022 | Defendant Internet Archive's Motion for Summary Judgment | A-3662 |
| 98 | 07/07/2022 | [Redacted] Defendant Internet Archive's Rule 56.1 Statement | A-3666 |
| 99 | 07/07/2022 | Plaintiffs' Memorandum Of Law In Support Of Plaintiffs' Motion for Summary Judgment | A-3692 |
| 100 | 07/07/2022 | Declaration Of Joseph C. Gratz In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-3741 |
| | | Exhibit A – Stipulation Of Undisputed Facts (June 10, 2022) | A-3752 |
| | | Exhibit B – Excerpts From Supplemental Expert Report Of Ian Foster (Mar. 31, 2022) (Pages 1- 53) | A-3758 |
| | | **Vol. 16** | |
| | | Exhibit B – Excerpts From Supplemental Expert Report Of Ian Foster (Mar. 31, 2022) (Pages 54 – 122) | A-3813 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS] Exhibit C – Excerpts From Corrected Transcript Of Deposition Of Steve Potash (Jan. 31, 2022) | A-4041 |
| | | [FUS] Exhibit D – HarperCollins Doc. No. HC0030132 | A-4056 |
| | | [FUS] Exhibit E – Penguin Random House Doc. No. PRH0072194 | A-4058 |
| | | [FUS] Exhibit F – Hachette Doc. No. Hachette0012377 | A-4061 |
| | | Exhibit G – International Federation of Library Associations and Institutions' Position Statement On Controlled Digital Lending (June 2, 2021) | A-4062 |
| | | Exhibit H – Public Library Association Post, "Public Libraries Respond To COVID-19: Survey Of Response & Activities" | A-4068 |
| | | Exhibit I – EducationWeek Article, "Map: Coronavirus And School Closures In 2019-2020" (Mar. 6, 2020) | A-4071 |
| | | <u>**Vol. 17**</u> | |
| | | Exhibit J – Excerpts From Deposition Of Adam Silverman (Dec. 6, 2021) | A-4077 |
| | | Exhibit K – New Yorker Article, "The National Emergency Library Is A Gift To Readers Everywhere" by Jill Lepore (Mar. 26, 2020) | A-4086 |
| | | Exhibit L – Public Libraries Survey From Institute Of Museum And Library Services | A-4090 |
| | | Exhibit M – WorldCat For "The Lion, The Witch, And The Wardrobe" | A-4096 |
| | | Exhibit N – Excerpts From Deposition Of Skip Dye (Nov. 18, 2021) | A-4102 |
| | | Exhibit O – Publisher Weekly Article, "Ranking America's Largest Publishers" by Jim Milliot (Feb. 24, 2017) | A-4116 |
| | | Exhibit P – Excerpts From Annual Report Of Bertelsmann (2018) | A-4120 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit Q – Excerpts From Annual Report Of Bertelsmann (2019) | A-4125 |
| | | Exhibit R – Excerpts From Annual Report Of Bertelsmann (2021) | A-4130 |
| | | Exhibit S – Excerpts From John Wiley & Sons, Inc.'s SEC Form 10-K (2020) | A-4136 |
| | | Exhibit T – Excerpts From John Wiley & Sons, Inc.'s SEC Form 10-K (2021) | A-4142 |
| | | Exhibit U – Excerpts From Annual Report Of News Corp. (2019) | A-4146 |
| | | Exhibit V – Excerpts From Annual Report Of News Corp (2021) | A-4153 |
| | | Exhibit W – Excerpts From English-Language Version Of Lagardère's Universal Registration Document With French Government (2018) | A-4158 |
| | | Exhibit X – Excerpts From The English-Language Version Of Lagardère's Universal Registration Document With French Government (2020) | A-4161 |
| | | Exhibit Y – Excerpts From English-Language Version Of Lagardère's Universal Registration Document With French Government (2021) | A-4170 |
| | | Exhibit Z – Publisher Weekly Article, "A Year For The (Record) Books In Publishing" by Jim Milliot (Jan. 19, 2021) | A-4185 |
| | | Exhibit AA – Publisher Weekly Article, "America's Biggest Publishers Keep Posting Profits" by Jim Milliot (Apr. 1, 2022) | A-4189 |
| | | Exhibit BB – New York Times Article, "Surprise Ending For Publishers: In 2020, Business Was Good" by Elizabeth A. Harris (Dec. 29, 2020) | A-4193 |
| | | Exhibit CC – Excerpts From Deposition Of Josh Marwell (Dec. 3, 2021) | A-4198 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS*] Exhibit DD – Overdrive Doc. No. Overdrive_Supp_002 | A-4204 |
| | | Exhibit EE – Excerpts From Deposition Of Jeffrey Prince (June 9, 2022) | A-4205 |
| | | Exhibit FF – Excerpts From Deposition Of Alison Lazarus (Nov. 12, 2021) | A-4216 |
| | | Exhibit GG – Excerpts From Deposition Of Chantal Restivo-Alessi (Dec. 1, 2021) | A-4223 |
| | | Exhibit HH – Excerpts From Deposition Of Alan Pavese (Dec. 10, 2021) | A-4230 |
| | | Exhibit II – Excerpts From H.R. Report No. 94-1476 (Sept. 3, 1976) | A-4236 |
| | | [FUS*] Exhibit JJ – Hachette Doc. No. Hachette0002474 | A-4240 |
| | | [FUS*] Exhibit KK – Hachette Doc. No. Hachette0002475 | A-4241 |
| | | [FUS*] Exhibit LL – HarperCollins Doc. No. HC0010272 | A-4242 |
| | | [FUS*] Exhibit MM – Penguin Random House Doc. No. PRH0025907 | A-4243 |
| | | [FUS*] Exhibit NN – John Wiley & Sons Doc. No. Wiley0005650 | A-4244 |
| 101 | 07/07/2022 | Declaration Of Lauren Sherman In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4245 |
| 102 | 07/07/2022 | Declaration Of Ben Saracco In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4251 |
| 103 | 07/07/2022 | Declaration Of Laura Gibbs In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4258 |
| 104 | 07/07/2022 | Declaration Of Daniel Smith In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4265 |
| 105 | 07/07/2022 | Declaration Of Brewster Kahle In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4270 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 1 – Library Services And Technology Act Grant To Internet Archive (2007) | A-4281 |
| | | Exhibit 2 – Institute Of Museum And Library Services Grant To Internet Archive (2017) | A-4289 |
| | | Exhibit 3 – Internet Archive Blog Post, "In-Library eBook Lending Program Launched" (2011) | A-4291 |
| | | Exhibit 4 – Chief Officers Of State Library Agencies Endorsement (2011) | A-4299 |
| | | Exhibit 5 – White Paper On Controlled Digital Lending Of Library Books | A-4302 |
| | **Vol. 18** | | |
| | | Exhibit 6 – Position Statement On Controlled Digital Lending | A-4345 |
| | | Exhibit 7 – List Of Signatories On Position Statement On Controlled Digital Lending | A-4350 |
| | | Exhibit 8 –Internet Archive Blog Post, "Weaving Books Into The Web—Starting With Wikipedia" (Oct. 29, 2019) | A-4357 |
| | | Exhibit 9 – Wikipedia List (Pages 1-239) | A-4367 |
| | **Vol. 19** | | |
| | | Exhibit 9 – Wikipedia List (Pages 240-337) | A-4607 |
| | | Exhibit 10 – Internet Archive Blog Post, "What Happens When Everyone Who Experienced An Event Is Gone?" (Sept. 26, 2019) | A-4705 |
| | | Exhibit 11 – Internet Archive Blog Post, "As Calls To Ban Books Intensify, Digital Librarians Offer Perspective" (Nov. 24, 2021) | A-4713 |
| | | Exhibit 12– Internet Archive Blog Post, "Announcing A National Emergency Library | A-4728 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | To Provide Digitized Books To Students And The Public" (Mar. 24, 2020) | |
| | | Exhibit 13 – Brewster Kahle Statement On "Supporting Waitlist Suspension for Books Loaned by the Internet Archive During the US National Emergency" (Mar. 24, 2020) | A-4741 |
| | | Exhibit 14 – Internet Archive Blog Post, "Teachers & National Emergency Library: Stories From The Frontlines Of Online Schooling" (Apr. 13, 2020) | A-4746 |
| | | Exhibit 15 – Internet Archive Blog Post, "Impacts Of The Temporary National Emergency Library And Controlled Digital Lending" (June 11, 2020) | A-4755 |
| | | Exhibit 16 – Internet Archive Blog Post, "More Impacts Of The National Emergency Library" (June 22, 2020) | A-4763 |
| | | Exhibit 17 – Internet Archive Blog Post, "Even More Impacts Of The National Emergency Library And Controlled Digital Lending" (Aug. 10, 2020) | A-4770 |
| 106 | 07/07/2022 | [Redacted] Defendant Internet Archive's Memorandum of Law In Support Of Defendant's Motion for Summary Judgment | A-4774 |
| 108 | 07/07/2022 | Declaration Of Rasmus Jorgensen In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4819 |
| | | [Redacted] Exhibit 1 – Opening Expert Report Of Rasmus Jorgensen (Feb. 25, 2022) | A-4822 |
| | | **Vol. 20** | |
| | | [Redacted] Exhibit 2 – Rebuttal Expert Report Of Rasmus Jorgensen (May 27, 2022) | A-4871 |
| 109 | 07/07/2022 | Declaration Of Imke Reimers In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4894 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [Redacted] Exhibit 1 – Opening Expert Report Of Imke Reimers (Feb. 25, 2022) | A-4897 |
| | | [Redacted] Exhibit 2 – Rebuttal Expert Report Of Imke Reimers (May 27, 2022) | A-4945 |
| 110 | 07/07/2022 | Declaration Of Susan H. Hildreth In Support Of Defendant Internet Archive 's Motion for Summary Judgment | A-4967 |
| | | Exhibit 1 – Opening Expert Report Of Susan H. Hildreth (Feb. 25, 2022) | A-4970 |
| | | Exhibit 2 – Rebuttal Expert Report Of Susan H. Hildreth (May 27, 2022) | A-5022 |
| 113 | 07/08/2022 | [Redacted] Plaintiffs' Rule 56.1 Statement | A-5030 |
| **Vol. 21** | | | |
| 166 | 09/02/2022 | Declaration Of Elizabeth A. McNamara In Opposition To Defendant Internet Archive's Motion for Summary Judgment | A-5141 |
| | | Exhibit 1 – Defendants' Response To Interrogatory No. 21 | A-5147 |
| | | Exhibit 2 – Excerpts From Deposition Of Chantal Restivo-Alessi (Dec. 1, 2021) | A-5156 |
| | | Exhibit 3 – Excerpts From Deposition Of Jeffrey Weber (Nov. 19, 2021) | A-5163 |
| | | Exhibit 4 – Excerpts From Deposition Of Alan Pavese (Dec. 10, 2021) | A-5178 |
| | | Exhibit 5 – Exhibit 4 To Deposition Of Imke Reimers | A-5188 |
| | | Exhibit 6 – Excerpts From Deposition Of Alison Lazarus (Nov. 13, 2021) | A-5226 |
| | | [FUS*] Exhibit 7 – Spreadsheet Of Overdrive Checkout And Revenue Data | A-5239 |
| | | Exhibit 8 – Letters On Pre-Motion Discovery Conference | A-5240 |
| | | [FUS*] Exhibit 9 – Internet Archive's Second Amended Privilege Log | A-5256 |
| | | Exhibit 10 – Excerpts From Deposition Of Lila Bailey (Oct. 18 And 19, 2021) | A-5257 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 11 – Internet Archive's Blog Post Titled "Internet Archive Launches New Pilot Program For Interlibrary Loan" (Apr. 27, 2021) | A-5261 |
| | | Exhibit 12 – Excerpts From Deposition Of Jacques Cressaty (Oct. 22, 2021) | A-5264 |
| | | Exhibit 13 – Overdrive Book Webpages | A-5273 |
| | | Exhibit 14 – Overdrive Book Webpages | A-5278 |
| | | Exhibit 15 – Excerpts From Deposition Of Benjamin Saracco (Mar. 15, 2022) | A-5283 |
| | | Exhibit 16 – Webpage Titled "Signatories To The Position Statement On Controlled Digital Lending By Libraries" (Sept. 2, 2022) | A-5292 |
| | | Exhibit 17 – Emails From HarperCollins | A-5304 |
| | | **Vol. 22** | |
| 167 | 09/02/2022 | [Redacted] Declaration Of Jeffrey T. Prince In Opposition To Defendant Internet Archive's Motion for Summary Judgment | A-5365 |
| | | [Redacted] Exhibit 1 – Expert Report Of Jeffrey Prince (May 25, 2022) | A-5414 |
| | | [Redacted] Exhibit 2 – Excerpts From Deposition Of Jeffrey Prince (June 9, 2022) | A-5523 |
| | | [Redacted] Exhibit 3 – Excerpts From Deposition Of Rasmus Jorgensen (June 8, 2022) | A-5547 |
| | | **Vol. 23** | |
| | | Exhibit 4 – Excerpts From Deposition Of Imke Reimers (June 8, 2022) | A-5612 |
| | | Exhibit 5 – Excerpts From Deposition Of Susan Hildreth (June 8, 2022) | A-5720 |
| | | Exhibit 6 – Exhibit 3 To Deposition Of Imke Reimers | A-5745 |
| 168 | 09/02/2022 | [Redacted] Plaintiffs' Counter Statement to Defendant's Rule 56.1 Statement | A-5777 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| 169 | 09/02/2022 | [Redacted] Plaintiffs' Memorandum Of Law In Opposition To Defendant's Motion for Summary Judgment | A-5838 |
| 170 | 09/02/2022 | Declaration Of Joseph C. Gratz In Opposition To Plaintiffs' Motion for Summary Judgment | A-5879 |
| | | **Vol. 24** | |
| | | [FUS] Exhibit 1 – Exhibit 4 To Deposition Of Steve Potash (Jan. 31, 2022) | A-5883 |
| | | Exhibit 2 – Excerpts From Deposition Of Andrea Mills (Oct. 14, 2021) | A-5909 |
| | | Exhibit 3 – Excerpts From Deposition Of Ginger Patton-Schmitt (Dec. 6, 2021) | A-5918 |
| | | Exhibit 4 – Excerpts From Deposition Of Michael "Mek" Karpeles (Oct. 27, 2021) | A-5941 |
| | | Exhibit 5 – Excerpts From Deposition Of Susan Hildreth (May 17, 2021) | A-5949 |
| | | Exhibit 6 – Errata To Deposition Of Susan Hildreth | A-5960 |
| | | Exhibit 7 – Judgment From Court Of Justice Of The European Union In *Vereniging Openbare Bibliotheken V Stichting Leenrecht*, Case C-174/15 | A-5963 |
| | | Exhibit 8 – Opinion Of Advocate General In *Vereniging Openbare Bibliotheken V Stichting Leenrecht*, Case C-174/15 | A-5977 |
| 171 | 09/02/2022 | Declaration Of Brewster Kahle In Opposition To Plaintiffs' Motion for Summary Judgment | A-5997 |
| | | **Vol. 25** | |
| 172 | 09/02/2022 | [Redacted] Defendant Internet Archive's Counter Statement to Plaintiffs' Rule 56.1 Statement | A-6005 |
| 173 | 09/02/2022 | Defendant Internet Archive's Memorandum Of Law In Opposition to Plaintiffs' Motion For Summary Judgment | A-6173 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| 175 | 10/07/2022 | Defendant Internet Archive's Reply Memorandum Of Law In Support Of Defendant's Motion For Summary Judgment | A-6214 |
| 176 | 10/07/2022 | Declaration Of Joseph C. Gratz In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-6242 |
| | | Exhibit 1 – Excerpts From Deposition Of Jeffrey T. Prince (June 9, 2022) | A-6255 |
| | | **Vol. 26** | |
| | | Exhibit 2 – Excerpts From Deposition Of Rasmus Jørgensen (June 8, 2022) | A-6274 |
| 177 | 10/07/2022 | [Redacted] Defendant Internet Archive's Response to Plaintiffs' Counter Statement to Defendant's Rule 56.1 Statement | A-6279 |
| 178 | 10/07/2022 | [Redacted] Plaintiffs' Response To Defendant Internet Archive's Counter Statement to Plaintiffs' Rule 56.1 Statement | A-6367 |
| 179 | 10/07/2022 | [Redacted] Plaintiffs' Reply Memorandum Of Law In Support Of Plaintiffs' Motion for Summary Judgment | A-6381 |
| 189 | 03/28/2023 | Transcript Of Proceedings – 03/20/2023 Hearing | A-6407 |
| 216 | 08/11/2023 | Order | A-6458 |

*Submitted to the Court on flash drive

# McNamara Declaration

# Exhibit 46

# part 6



than the average public library but less than 1/30[th] the number at some of the
other research libraries in the Boston area, such as Harvard's. And we are a
relatively well-resourced university compared to thousands of others
nationally and internationally. Being able to join our collection digitally with
millions of other volumes from other libraries is an extremely exciting
prospect, one that we would relish pursuing.

It is clear from the Internet Archive's long track record of providing digital
access that they can bring this project to fruition. The project plan is hugely
ambitious but also quite doable with the combination of their infrastructure,
staff, and the many partners who have lined up in support of this proposal. I
hope that they are successful and that the great riches locked up in millions of
books can be made available to all.

*University Libraries*

320 Snell Library
360 Huntington Avenue
Boston, MA 02115

617.373.5001
f 617.373.5409

Sincerely,

Dan Cohen
Vice Provost for Information Collaboration
Dean, University Libraries
Professor of History
Northeastern University

d.cohen@northeastern.edu

145

INTARC00151227



**benetech**
TECHNOLOGY
SERVING HUMANITY

benetech.org

480 S. California Avenue, Suite 201
Palo Alto, CA 94306-1609
t 650.644.3400   f 650.475.1066

June 22, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

Re: Internet Archive Proposal for 100&Change

Dear Board Members,

I am writing to provide my enthusiastic support for the Internet Archive's 100&Change proposal, both as an individual leader in the field and in my capacity as CEO of Benetech and founder of Benetech's largest program, the Bookshare online library for people with disabilities such as blindness or dyslexia. I am personally serving as an advisor to the Open Libraries Project, and Benetech has committed to extensively support the Internet Archive in this project once funded.

The Internet Archive and Benetech share a vision of ensuring that the reinvention of the traditional library fully includes persons with disabilities. The digital book is intrinsically far more usable for readers with disabilities than the traditional printed book, and can reach far more of this community. The combined efforts of the largest digital library for the general public, Internet Archive's Open Library, and Benetech's largest digital library for people with disabilities, Bookshare, will make it possible for many millions of readers to have far greater access to the written word, both in the United States and around the globe. Digital libraries also offer terrific leverage in cost-effectiveness, making it practical to serve millions of people with modest resources compared to traditional print-book libraries.

Both Internet Archive and Benetech are trailblazers in using the public interest aspects of copyright law to maximize access to books for neglected communities. Our joint effort intends to expand that access by fully using the fair use exception and the 1:1 lending model inside the United States to help the Open Library deliver accessible books to American readers with a full range of disabilities (15-20% of all Americans), including the majority who do not meet the narrower disability copyright exception (less than 5% of Americans). At the same time, we'll use the newly in-force Marrakesh Treaty, which replicates the American disability copyright exception, to expand access to the combined collections of our two libraries.

This last point is the most ambitious objective of this partnership from Benetech's standpoint. We want to ensure that everybody in the world with a qualifying disability will have access to both the Open Library and Bookshare collections for free, expanding access to books for education, employment and social inclusion. In short, creating a global free library for people with disabilities!

Sincerely,

James R. Fruchterman
CEO and Founder, Benetech

*Benetech is a nonprofit organization*

146

INTARC00151228



Centre for Internet and Society
#194, 2nd 'C' Cross, Domlur 2nd Stage,
Bangalore - 560 071
Karnataka, India

Dated: 6/7/2017

Dear Members of the MacArthur Foundation Board,

We write to express our support to the Internet Archive for its proposal to make millions of books available in accessible digital formats for persons with print disabilities around the world.

The Centre for Internet and Society (CIS) is a non-profit organisation that undertakes interdisciplinary research on internet and digital technologies from policy and academic perspectives. The areas of focus include digital accessibility for persons with disabilities, access to knowledge, intellectual property rights, openness (including open data, free and open source software, open standards, open access, open educational resources, and open video), internet governance, telecommunication reform, digital privacy, and cyber-security.

The Accessibility and Inclusion Programme is an integral part of CIS, which envisions a world where all people, including those with disabilities can lead a life of full inclusion, participation, independence and dignity and are enabled to access the Internet using information and communications technologies on an equal basis without discrimination or barriers.

One of the true joys of life is that derived from reading books. It is always a cherished memory of childhood, a building block of one's growing years and a fundamental part of adult life. Unfortunately millions of persons with print disabilities around the world, more especially in developing countries around the APAC and other regions have severely limited access to books. The project proposed by Internet Archive to digitise millions of books in accessible formats is immensely important and timely for us. CIS has always been working towards the cause of opening up books for the print disabled in India, starting with our work to amend the Indian Copyright Act to include an exception on fair dealing for persons with disabilities, nearly a decade ago, conducting right to read campaigns around India, participating actively in the WIPO negotiations on the Marrakesh Treaty to which India was the first ratifying country, to our other work to digitise Educational content in regional languages in Daisy and creating text to speech engines for 10 Indian languages, we have tried to address the problem of non-availability of accessible content in different ways. The last year also witnessed the opening of the accessible digital library of India. Hence we were very excited to learn of this project and the opportunity to be an integral part of it. We hope to support through facilitating addition of regional language books in India and content that will benefit neighbouring countries sharing similar languages, building useful ties and networks to expand the work, provide technical and strategic advice and in any other way which is required of us to make this project successful and make available millions of books in the hands of Indians with print disabilities.

This project will positively impact the lives of millions of people in a wonderful way. We request MF to consider this with favour.

Yours sincerely

Sunil Abraham

+91 80 40926283      +91 80 25350055      www.cis-india.org

147

INTARC00151229



LearningAlly.org
20 Roszel Road
Princeton, NJ 08540
T 609.452.0606

July 3, 2017

Re: <u>100&Change - letter of support for Internet Archive</u>

Dear MacArthur Foundation Board Members:

Since 1948, Learning Ally has represented the critical difference between isolation and integration, between frustration and pride, and between struggle and success in the classroom and workplace for millions. Our history can be traced to the top floor of the New York Public Library in 1948, when we were founded as Recording for the Blind (RFB) to fulfill the need for recorded textbooks for soldiers blinded in WWII. Their sudden loss of vision and access to print precluded these capable and motivated young people from completing their educations and accessing knowledge.

Today, Learning Ally continues its heritage of enabling life-changing impact as we focus on the estimated 6 out of 10 students who read below grade level. For many of these young people, their print-based learning disabilities are the root cause of their reading struggles. Without reading, these students are inhibited from instruction, suffer academically, and develop negative attitudes to their abilities and self-worth.

Our solution provides K-12 public school educators with resources to help them better understand how their students learn and our audiobooks enable students to read and demonstrate their academic potential. As a result, they are able to better engage in classroom instruction, take ownership of their learning, and avoid social penalties around dropout, unemployment, and incarceration which research suggests are more likely to occur among students with learning disabilities.

The Internet Archive will expand the ability of libraries to deliver on their role as great equalizers, providing access to books and other resources to those who might not otherwise be able to access them. A new generation of learners will have public access to knowledge as the project curate, digitizes, and make available in digital form four million books to any library that owns the physical book.

As Internet Archive makes these formats digital, new opportunities are created to deliver these into today's classrooms and enable libraries to add their strengths in addressing the needs of struggling readers. Learning Ally is proud to partner with Internet Archive to find ways in making this knowledge both available but also integrated in the instruction of thousands of classrooms that we serve daily.

Our vision is for all people to have equal opportunities to learn. Our organizations share this vision. We are proud to endorse the Internet Archive as they work to unlock a century of knowledge from print and make libraries worldwide both accessible and equitable.

Sincerely,

Andrew Friedman
President and CEO
Learning Ally

INTARC00151230



June 23, 2017

Dear MacArthur Foundation Board Members:

The LightHouse for the Blind and Visually Impaired is extremely excited by the opportunity to collaborate with the Internet Archive on this innovative proposal for improving access to information for people with visual disabilities. The proposed project to bring 4 million books online and ensure they are available to the print disabled around the world would make a major difference to many blind and visually-impaired people in their ability to access the world's knowledge. Access to information helps provide personal independence, is necessary to succeed in education and employment and essential to participating in society.

Headquartered in San Francisco, California, the LightHouse strives to promote social equality and independence, providing education, training, advocacy, and community for blind individuals in California and around the world. It is the position of the LightHouse that everyone with a visual, physical or learning disability has a right to equal access to all forms of information available to the general public and one of our goals is to provide access to the printed word for individuals who are unable to read conventional print.

Expert in such things as web accessibility and adaptive technology, the LightHouse, through thorough consideration of access to information, can ensure the Internet Archive enhances the experience for blind and visually impaired visitors and does not inadvertently create access barriers for the 285 million people worldwide who are visually impaired.

Greg Kehret will serve as the LightHouse's primary contact for this project, and will coordinate with the Internet Archive and other project partners as needed. His responsibilities will include, but not be limited to:

- Coordination of usability studies and consumer feedback
- Consultation with Internet Archive on the archive.org visitor experience workflow;
- Assist and advise Internet Archive staff and other project partners as needed throughout the project period.

We look forward to beginning this exciting project.

Sincerely,

Greg Kehret

Director, Media and Accessible Design Lab

lighthouse-sf.org  |  Voice: 415.431.1481  |  Fax: 415.863.7568  |  VP: 415. 255. 5906

149

INTARC00151231

A-2067



One Tower Lane, Suite 1825, Oakbrook Terrace, IL – 60181
E-mail : sam@sampitroda.com Phone : +1.630.965.1253

July 7, 2017

To,
The Board of Directors
MacArthur Foundation

Re: Internet Archive's OpenLibraries Initiative for *100&Change*

Dear MacArthur Foundation Board Members,

I am writing to provide my support for the Internet Archive's proposal for the MacArthur Foundation's 100&Change grant.

I have dedicated my life to broadening access to information and bridging digital divide in developing countries. In the mid-1980s, I worked in India to establish the Center for Development of Telematics, commonly (C-DOT), to build human capacity and build Indian telecom & software industry. Then India had 2 million phones and now India is a country of connected billion with 1.2 billion phones. At the same time, India also generates over$140 billion in export for software & related services. The vision was to focus on digital telecom to brings about openness, accessibility, connectivity, networking, democratization and decentralization and as a result social transformation.

Recently I participated in announcing the Internet Archive's hosting of 500,000 digitized books from the Digital Library of India. The Internet Archive is a great partner for India in this. This project can take this another step.

To ensure that access to knowledge is available in India, I'm happy to endorse the Internet Archive as they work to bring four million books online and provide access to materials to those who might not otherwise be able to access them — specifically those with disabilities.

India is home to fifteen million blind people, one of the largest blind populations in the world, so it is crucial that we make information available to these people with print disabilities. Most of these are young with great hope and aspirations. They are also technology friendly and will benefit from digital library. We support Internet Archive's eBook dissemination plan for the print disabled beginning with India and other countries.

I support a wider distribution of digital texts across the world specially in developing countries with focus on inclusion, education, health & environment. Let's bring down the barriers and democratize information to educate and enhance quality of life for the people at the bottom of the economic pyramid in rural areas and in disabled communities.

Sincerely,

Sam Pitroda .

150

INTARC00151232

A-2068



# Whose Knowledge?

The Board of Directors,                                                    28 June 2017
The MacArthur Foundation.

**Letter of Support for Internet Archive's Open Libraries proposal
for the *100&Change* Competition**

Dear Board of Directors of the MacArthur Foundation,

As the founders of *Whose Knowledge?* — a global, multi-lingual campaign to make knowledge on the internet more diverse and plural — we strongly support the goals of the Internet Archive's Open Libraries initiative, a project that seeks to bring millions of books to billions of marginalised people around the globe.  Our mission is in great alignment with the Internet Archive's.  We seek to infuse the internet with the histories and knowledges of marginalised communities who make up the majority of the world's population, particularly: women, people of colour, LGBTQI communities, indigenous peoples, and others from the global South.  The Open Libraries project will not only give more diverse people access to knowledge, but it seeks to also bring a more diverse and inclusive mix of voices online through the books it digitises.

We founded the *Whose Knowledge?* campaign in 2016 after working at the intersections of social justice, human rights and technology movements for a collective 30 years. Before starting *Whose Knowledge?*, we were both at the Wikimedia Foundation, the non-profit that operates Wikipedia and its sister sites: <u>Anasuya</u> as Chief Grantmaking/Community Engagement Officer and <u>Siko</u> as Director of Community Resources.

We write to you today as proud partners of the Internet Archive, the pre-eminent online library for the world, particularly in its proposal to bring 4 million diverse and inclusive digitised books to those with accessibility and access issues. Anasuya is also honoured to be an <u>advisor</u> for this critical and ambitious vision of Open Libraries. We are helping the team reach beyond the United States and connect directly with populations they seek to serve, including in India.

As feminists from the global South and North and spaces between, we have constantly challenged the structural biases that exist against multiple and intersectional identities, including of gender, sexuality, race, class, geography, language and ability. However, through working in the free and open knowledge movement, we have learnt how significant these biases are when transmitted online, and what they imply.

If we use Wikipedia as a proxy indicator of online public knowledge, only <u>20% of the world</u> (primarily white male editors from North America and Europe) edits 80% of Wikipedia currently, and only <u>1 in 10 of the editors</u> is estimated to self-identify as female. Anecdotally, we know very few Wikipedia editors who are visually disabled. And yet, only a fourth of the <u>world's online population</u>

*Whose Knowledge?*
http://whoseknowledge.org/
*117 Wilkes Circle, Santa Cruz, CA 95060*
*We are an unincorporated nonprofit association with 501(c)3 fiscal sponsorship from Peace Development Fund.*          1

INTARC00151233



# Whose Knowledge?

comes from North America and Europe, and the 285 million people who are <u>visually disabled globally,</u> are nearly the population of the United States.

Why does the majority of the world not have voice and visibility on Wikipedia and the broader internet? One critical reason is that most of the world does not have easy access to knowledge - to the *sources* that are published books, journals and other materials - that constitute the foundation of Wikipedia and other forms of public knowledge. The majority of the world's libraries and their collections are in the global North, in places and spaces that privilege a minority of the world.

Why does this matter? When a young Dalit woman from Daulatabad with no easy access to libraries cannot read her own community's scholarship, she cannot fight back the oppression of centuries of being considered "untouchable," and having her history and knowledge denied. When a Native American scholar from a reservation in Southern California does not have easy access to the history of the Gold Rush as described by his own peoples, he cannot easily establish that the Gold Rush may have been "progress" for the white settlers, but it was genocide for the Native Americans. Without access to the cultures, histories and knowledges that are embodied in books, it is difficult to create reliable public knowledge, on sites such as Wikipedia. And as the internet becomes the default library of the world, and Wikipedia its default encyclopaedia, the reality is that if you're not online, you're not in Wikipedia, you don't exist.

For us, the free and open knowledge movement brings together some of the most critical human rights and social justice issues of our time. The historical oppressions of colonisation and imperialism, of sexism and racism, of power and privilege, have found a new space in which to entrench themselves: the internet. At the same time, the internet offers an unparalleled opportunity to deconstruct these oppressions and reconstruct freedom and dignity for all peoples. And it is only through efforts like that of the Internet Archive that we can begin to offer marginalised communities around the world access to different forms of knowledge, and in turn, celebrate and learn from the uncovering of their own rich and diverse knowledges.

As partners of the Internet Archive, we are committed to working with our global networks across the Wikimedia, feminist, indigenous, disability and human rights movements, to ensure that the 4 million books that are digitised reflect the needs and aspirations of these communities. We will work towards ensuring that the young Dalit woman can read her own community's scholarship online and feel empowered, and that the Native American scholar can use it to change the historical perspective on the Gold Rush. Free and open knowledge is not just free as in beer, it is truly free as in *libre*.

*Anasuya Sengupta*

Anasuya Sengupta and Siko Bouterse
Co-founders and Coordinators, ***Whose Knowledge?***

Whose Knowledge?
http://whoseknowledge.org/
*117 Wilkes Circle, Santa Cruz, CA 95060*
*We are an unincorporated nonprofit association with 501(c)3 fiscal sponsorship from Peace Development Fund.*      2

INTARC00151234



## College Promise Campaign

727 15th Street., NW, Suite 300,
Washington, DC, 20005

martha@civicnation.org
408-497-5939
collegepromise.org

Dear MacArthur Foundation Board Members,

I am writing on behalf of the College Promise Campaign and Civic Nation, to extend our wholehearted support of the Internet Archive (IA)'s submission to MacArthur's 100&Change competition. I also write from my perspective in my former capacities as President Obama's U.S. Under Secretary of Education (2009-2013), NYU professor, and a decades-long community college faculty member, president and chancellor.

The College Promise Campaign is a major initiative of Civic Nation, a nonprofit, nonpartisan corporation in Washington, D.C. that works with public and private U.S. partners to create and leverage tools and campaigns to build public awareness, organize and engage local communities, states and our nation to address America's most pressing problems in education, equity, violence, and citizenship. Home to seven national initiatives, Civic Nation houses the College Promise Campaign (CPC) dedicated to helping communities and states build the *"free college movement"* to make the first two years, at a minimum, universal and freely available to youth and adults seeking an education beyond high school.

Announced by President Obama in September 2015, the CPC has worked to triple the now more than 200 local communities and 8 states supporting College Promise programs. The CPC is focused on identifying and promoting evidence-based research, policy, communications, advocacy and leadership development to support cross-sector leaders from business, philanthropy, education and government committed to working together to make and keep some or all of a college education affordable for our nation's students, starting in but not limited to our nation's community colleges. IA's proposal would enable our nation's 7,000+ colleges and universities, and the 25 million undergraduate and graduate students to utilize the anticipated collection of 4 million digitized open books from diverse audiences and locations to serve youth and adults here and across the world. Of these institutions of higher education, half of U.S. students attend one of the 1200 community colleges in every state. The majority of college students who are low-income, first generation, disabled, and/or from minority communities attend an American community college. Further, a select number of leading community colleges are now making open, freely available textbooks available for entire departments, majors and disciplines to eliminate rising textbook costs that increase college costs and fall harshly on low-income students to cover. These institutions and community college students would reap enormous academic and financial benefits from their enabled access to a wealth of public domain books and materials generated from IA's proposal.

On a personal note, having worked with my Foothill-De Anza Community College District governing board in 2000 to pass the first Open Educational Resources policy for community colleges, I can think of no better investment in the world's future that the MacArthur Foundation can make than to enable 4 million more PD books to be put into our nation's classrooms and libraries. In doing so, the College

153

INTARC00151235



**College Promise Campaign**

727 15th Street , NW, Suite 300.
Washington, DC, 20005

martha@civicnation.org
408-487-5939
collegepromise.org

Promise Campaign would build on the work now underway to reduce or eliminate textbook costs in college courses across the country. Publishing companies are scrambling to identify alternate revenue streams to recover lost profits as the OER movement expands. This 20-year OER challenge would receive an enormous boost if the MacArthur Board were to select IA's ambitious proposal. Annually, millions of undergraduate and graduate students would benefit from this dramatic investment, replacing costly college textbooks with OER, on average saving students an estimated $1000 or more per year. If funded, IA would make PD resources available for use by more than 4 million U.S. professors and academic staff. Beyond the U.S., professors, K-12 teachers from around the world would avail themselves of these unparalleled PD resources. Further, prior major U.S. investments, including the Arab Open Book project, could leverage the IA repository and resources to advance new methods and connected networks for preserving and disseminating at-risk knowledge compilations and repositories as well as open repositories that exist today via OER Commons and other open collections at major universities.

IA is uniquely suited to take on this challenge. It has already built the largest, most diverse open collection of books and citations in the world. Its leaders and staff have the composite knowledge and expertise to engage the widest possible communities and, in turn, their leaders to ensure the proposal's success. And IA is unafraid to take risks and build the trusted networks beyond those it has already secured to advance momentum, engagement and deliverables outlined in its proposal.

Today, our nation and the world are at risk. We face an enormous national and international leadership predicament wrought by violence and discrimination challenging every civil and human right on earth. This conundrum exacerbated by the largely undereducated haves and have-nots will only subside in the long-term by growing a more highly educated population – people in local communities who gain knowledge and expertise to increase their social and economic mobility while garnering a deeper appreciation of differences, diversities, and communities. Access to knowledge that the IA would make available will provide a long-term, invaluable resource in curbing marginalization, fear, and ignorance across our world. I hope you will select IA's proposal to win MacArthur's100&Change competition.

Best regards,

Martha Kanter, Ed.D., Executive Director
College Promise Campaign @Civic Nation
U.S. Under Secretary of Education (2009-2013)
Senior Fellow, New York University

154

INTARC00151236



June 13, 2017

**Internet Archive's Library of 2020**
*Providing Libraries & Learners with Free Digital Access to 4 Million Books*

Dear MacArthur Foundation Board Members:

The Institute for the Study of Knowledge Management in Education (ISKME) is pleased to offer its committed support for the Internet Archive Library of 2020 project proposal for the *100&Change* competition. The project has the potential to uniquely transform access to books and knowledge globally, to impact millions of readers with print disabilities, and to advance a culture around the continuous improvement of teaching and learning generally. The project is well-aligned to ISKME's mission, and to our substantial body of research on accessing, using, co-creating, and sharing knowledge and digital resources, and the impact of those behaviors on teaching and learning.

ISKME is an independent education nonprofit whose mission is to improve the practice of continuous learning, collaboration, and change in the education sector. Founded in 2002, ISKME is well known for its pioneering open education initiatives and thought leadership. Launched in 2007, ISKME's OER Commons is a public digital library and collaboration platform built to ensure the adoption and continuous improvement of open educational resources (OER).

Defined as no-cost, openly licensed, and freely adaptable curricula, OER is seen as a legal, economic, technical, and pedagogical solution to the demand for access to high-quality teaching and learning materials. A survey of more than 22,000 higher education students in Florida – spanning all 11 state universities and 22 of its 28 colleges, community colleges and state colleges – found that 64 percent of students reported having not purchased a required textbook because of its high cost.

To meet an urgent need for equitable access to quality content for all, ISKME has been working with K-12 and higher education partners since 2004 to identify effective OER adoption and engagement strategies, formulate OER policy agendas for stakeholders at all levels, as well as to increase access to and improvement of the growing body of OER. ISKME works directly with teachers, administrators, librarians, technology specialists, learners, and others to better integrate OER across digital learning platforms and to support the effective use of digital resources by all.

As a committed partner of the proposed project, ISKME strongly supports the Internet Archive's vision to enable millions with print disabilities, and, educators and learners everywhere, to access and make the best use of the digitized content. As a project adviser around the interoperability of and engagement with the digitized book content, and through integrated use of the OER Commons platform with the Internet Archive, ISKME sees the project as advancing an unprecedented opportunity to advance open and freely available curriculum around digitized book content, as a primary outcome of this supported access.

The project offers an innovative and viable plan for libraries to expand their abilities to impact lives, and for readers and learners everywhere to take advantage of important books as digital technologies and support systems continue to evolve into the future.

Sincerely,

*Lisa Petrides*

Lisa Petrides, Ph.D.
ISKME CEO and Founder

**About ISKME**

The Institute for the Study of Knowledge Management in Education (iskme.org) is a pioneer in knowledge sharing and educational innovation.

ISKME is best-known for its award-winning OER Commons initiative as well as its international research agenda on information and knowledge use in the education sector.

An independent, education nonprofit established in 2002, ISKME's research and development efforts enable schools, colleges, universities, and the organizations that support them to expand their capacity to collect and share information, and create knowledge-driven environments focused on learning and success.

323 Harvard Ave. ▪ Half Moon Bay ▪ CA ▪ 94019 ▪ (650) 728-3322 voice ▪ (650) 728-3344 fax

155

INTARC00151237



UNIVERSITY OF
ALBERTA

OFFICE OF THE VICE-PROVOST AND CHIEF LIBRARIAN

July 4, 2017

5-07 Cameron Library
Edmonton, Alberta, Canada T6G 2J8
Tel: 780.492.5170
Fax: 780.492.7925
www.ls.ualberta.ca

Dear MacArthur Foundation Board Members,

The University of Alberta, with a student population of over 37,000, is a public university regularly named among the top five research-intensive universities in Canada, dedicated to the promise made by Founding President Henry Marshall Tory that "knowledge shall not be the concern of scholars alone. The uplifting of the whole people shall be its final goal."

As Vice-Provost and Chief Librarian, I have overall responsibility for the University of Alberta's library, the second-largest academic library in Canada, as well as the university's bookstores, Museums and Collections Services, Technology Training Centre and Copyright Office. I am proud to be writing this letter of support for our partner, the Internet Archive.

Over the last hundred years or so, the University of Alberta Libraries has collected more than seven million library items in all languages from all over the world. We are currently constructing a building to preserve and make accessible these physical collections on our South Campus. It will be completed this September.

Like other libraries, we have also been steadily digitizing materials with the assistance of the Internet Archive. After nearly a decade, we are up to about 90,000 items. More importantly, we now have total confidence in our partner that it is uniquely positioned to deliver high quality digitized materials through an openly accessible platform to all readers – including those with visual impairments - while respecting the library's stringent copyright and privacy requirements. By enabling the University of Alberta to return digitized versions of its books to the world, MacArthur Foundation support for the Internet Archive will help us realize a critical component of the promise President Tory made over a century ago.

During the next five years, we will grow our contribution to IA's goal by routing 500,000 additional items through the IA's super scanning center. We would not be able to achieve this without our partner. We are so proud to be part of a project that will provide public access to the authentic foundations for knowledge creation in this way.

Thank you for giving me an opportunity to provide this enthusiastic letter of support for the Internet Archive's "100&Change" proposal.

Sincerely,

Gerald Beasley
Vice-Provost & Chief Librarian

cc    Geoff Harder, AUL Digital Initiatives

156

INTARC00151238



**John D. & Catherine T. MacArthur Foundation**                                      July 10, 2017
140 s. Dearborn St.
Chicago, IL 60603

Attn:  **Board of Directors**

Re:  **Internet Archive Proposal for 100&Change**

Dear MacArthur Foundation Board Members:

I am writing to confirm New Knowledge Organization Ltd.'s commitment to the Internet Archive's Open Libraries Project, and to convey our intent to serve as independent external evaluators to monitor the evolving nature of the initiative, provide the team with timely information on the context in which it is working, and to identify paths for them to achieve maximum impact with the MacArthur Foundation's investment.

New Knowledge Organization Ltd. (NewKnowledge) is an interdisciplinary charitable 501(c)(3) social science think tank collaborating with change-makers to build a strong, healthy democracy and thriving biosphere. We are committed to helping organizations increase access to and promote effective use of information to build stronger social capacity. Core to our mission is providing critical thinking and empirical data to build our partners' effectiveness and efficiency. We are committed to principles of pluralism and believe that everyone benefits from effective partnerships. We look forward to a close working relationship with the UW's Information School to understand the lived experience of users and the cultural groups who rely on their libraries as a critical path to knowledge development.

We feel this project is aligned to our expertise as researchers who are deeply engaged with social change initiatives. With support from the Bill & Melinda Gates Foundation and the Institute of Museum and Library Services, we have helped develop national impact measurement programs to fully assess how libraries are serving more important social functions than ever before. For US residents living at the lower end of the socio-economic strata, and those challenged to overcome physical barriers, the digital divide has abandoned them to minimal to no service from the commercial enterprises that dominate the Web. Low-income status and lack of learning resource accessibility has made libraries the sole lifeline to knowledge work and personal advancement for many members of our society. Our own reanalysis of data developed by UW's TASCHA found a nearly 1:1 correlation between those using libraries to develop new small businesses and the total number of entrepreneurs building the United States' new economy on which GDP growth depends. Despite political statements that seem to imply that everything is online and free, the Open Libraries project offers the first opportunity to help the digital universe live up to the promise and fulfill the needs of those people left behind in the rapid commercialization, monetizing, and paywall protections that perpetuate the cycle of poverty in our country.

tel: (347) 766-3399        tel: (442) 222-8814                        New Knowledge Organization Ltd.
13 East 37th St., 7th FL    3630 Ocean Ranch Blvd.                  *Facing Society's Grand Challenges Head On*
New York, NY 10016         Oceanside, CA 92056

INTARC00151239

The collaboration with Internet Archive affords unique opportunities to leverage our work with cultural institutions and human rights education. The large-scale effort and strategic partnerships are structured to ensure we can collaborate with a growing community of communities who seek to see their cultures represented in their public libraries and academic collections. As the US becomes a majority minority country, too often the dominant cultural narrative present in library collections and now more tellingly in digital collections, has been the story of an oversimplified western paradigm. To meet this need, our team of human rights workers have developed strategies for helping communities raise their voices and share their priorities as central to any success measure. By applying these strategies to the Open Libraries Project, we are confident we can help ensure the collections acquisition priorities are articulated, vetted within service communities, and that value is placed on diversity of content with utility to all people, including underserved communities. Our overall evaluation goal is to use best practices in social science to ensure the Open Libraries project advances good for those left behind in the digital revolution.

We were pleased to collaborate with the Internet Archive team, our colleagues at the UW Information School, and the Digital Library Foundation to create a culturally responsive monitoring and evaluation plan that is now embedded in this submission to the 100&Change initiative. We believe this plan is culturally responsive and has the flexibility to adapt to change as the program grows.

As outlined in the submission, NewKnowledge is committed to implementing the work through a series of specific activities that build understanding of the evolving nature of impact and to stress-test assumptions or project strategies. We will: (1) Oversee the integrated overall evaluation program and provide reporting to the field and back to Internet Archive to ensure data is representative of the lived experience of users; (2) Lead community responsive evaluation and benchmarking to ensure all voices are providing input to the program; (3) Coordinate the project leadership and M&E team on development of annual evaluation priorities and undertake or commission expert evaluation to assess these issues; (4) Coordinate risk assessment and monitoring of the changing contexts that shape the cultural engagement with digital content; and (5) Assess legacy plans and anticipated impacts at the conclusion of the funded effort.

We look forward to supporting this initiative as it finally helps the Information Age evolve to a place where digital assets serve all people. Thank you for opportunity to help you build and realize this vision.

Sincerely,

John Fraser, PhD AIA
President & CEO

INTARC00151240



# UNIVERSITY OF WASHINGTON

THE INFORMATION SCHOOL

July 5, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago IL 60603

SUBJECT: Internet Archive Proposal for 100&Change

Dear MacArthur Foundation Board Members:

I am writing to express the University of Washington Information School's commitment to the Internet Archive's Open Libraries Project, and to convey our intent to support, advise, and fully participate in this initiative.

The Information School believes that access to and effective use of information is key to making a better world. Core to our mission is researching the problems and opportunities of information and designing solutions to information challenges. As a partner in supporting the Internet Archive's efforts, we can play a role in answering important questions that arise at the outset and throughout the implementation of the proposed program, developing and testing information solutions to meet specific needs and opportunities, and leveraging our standing in the library community to support the transformation of libraries worldwide. We believe that the Information School is strategically positioned to address questions surrounding the future of libraries through collaboration with our peers in the academy and the profession, and to direct and influence the practice of librarianship and the role that libraries must play in the lives of people and communities in the 21st century. The Information School's participation in this project will provide benefits through applying our strengths as a multi-disciplinary, research focused institution that addresses important questions about how information can improve lives.

In addition to the general support of the Information School, this project will draw upon specialized expertise that resides in two research groups within the School. The Technology & Social Change Group (TASCHA) is a globally recognized center for the study of information and communication technologies, public libraries, and international development. TASCHA, along with the International Federation of Library Associations and Institutions (IFLA), and the United States Public Library Association (PLA), have received major, long-term support from the Bill & Melinda Gates Foundation to accelerate the transformation of public libraries as critical centers of learning, creativity, and community development. TASCHA's role is to drive research and innovation, engaging thought leaders from within and outside the library sector to incubate new ideas and solutions in partnership with organizations at the forefront of fostering societal change. The Open Libraries work will build upon TASCHA's track record of research around the impact of technologies in more than 50 countries over 10 years, including research on public libraries as venues for access to information.

The DataLab is a research community at the Information School focused on developing and applying data science methods to projects that involve data, people and decisions. The DataLab has received numerous awards from the National Science Foundation, Sloan Foundation, Knight Foundation, Microsoft Research, Intel Research, and USAID, among many others. The Lab consists of six core faculty, 12 PhD students, and

INTARC00151241

John D. and Catherine T. MacArthur Foundation, re Internet Archive Proposal for 100&Change
July 5, 2017
Page 2

2 postdocs with specialties in data curation, information visualization, computational social science, database engineering, scientometrics and machine learning. The Internet Archive collaboration is a sweet spot for the Lab's skillset and research interests. It involves a large-scale, heterogeneous dataset within the library community that requires more than just skills in designing APIs, computational infrastructure, visual analytics platforms and statistical inference but also careful consideration of ethical practices in delivering these data and results to the broader community. Our overall research goal is to leverage data for the social good, in an ethical manner that can inform policy and impact lives for the better. The Internet Archive project helps the Lab meet these goals and the faculty are excited to engage with the work proposed.

We believe that the Internet Archive's proposed project is a unique one that addresses the immediate challenge of expanding access to the world's knowledge through a digitize-and-lend model while collaborating with the research and practice communities to develop a sustainable model that will result in a systemic shift in how information is provided at scale. The careful attention to existing practices within the publishing and distribution industry will provide a solid substrate to build upon, and engage key partners in a way that meets their diverse needs, while reaching a wide audience that currently does not have access to digital materials.

We will work to implement this vision through a set of three inter-related activities centered on the aggregation of project-generated data along with data already available from others to provide a resource designed to answer questions related to key challenges around access to and use of digital knowledge. This project offers a unique, large-scale opportunity to provide access to this data through a systematic approach that the research and practice communities can use to investigate and improve the delivery and use of digital knowledge.

The first activity will involve working in partnership with Internet Archive and others to create the Impact Data Trust, a transparent, public repository for the impact data generated from the project. This work stream will focus on designing a conceptual model of the policies and processes necessary to foster successful access to and use of the data for researchers, library practitioners, and the IA. This repository and access model will serve as the basis for the second activity, which focuses on developing analytic tools to query and use the aggregated data to answer basic research questions and more advanced inquiries regarding the impact of the project, as well as providing support for the ongoing project evaluation. The third activity will ensure that the repository becomes a resource for the broader community; we will undertake a variety of activities designed to mobilize the research and practice communities to use the repository to analyze and share their data-driven insights with each other and the broader community. All of these activities will focus on understanding and answering questions related to the impact of expanded access to the resources provided through the IA project.

The Information School looks forward to bringing its expertise and resources to this multi-partner collaboration to bring the unique vision of the Internet Archive to reality. We embrace the opportunity for transforming the digital knowledge landscape and look forward to participating over the project's lifespan.

Sincerely,

Harry Bruce
Dean and Professor

160

INTARC00151242



PRESIDENT'S OFFICE
THE CENTRAL LIBRARY AT COPLEY SQUARE | BOSTON PUBLIC LIBRARY
700 BOYLSTON STREET | BOSTON | MA 02116 | 617.536.5400 | WWW.BPL.ORG

John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603-5285

7/10/17

Dear MacArthur Foundation Board Members,

Please accept this letter in support of the Internet Archive's application to the MacArthur 100&Change Competition. This effort and project by the Internet Archive, with its direct and supporting partners, has the potential to truly democratize access to information and knowledge on a global scale. It is particularly opportune - now is the moment for such a project due to the following: we continue to approach global ubiquity of internet access and internet-enabled devices; the universe of published works is in fact still a finite number and thus addressable at scale; there is a strong desire for globalization to deliver on its promises of greater benefit to humanity, and this project promises a baseline and model for continued global access to information and standards of knowledge sharing.

The Boston Public library was a bold and transformative idea in 1848, when its charter was formalized, combining visionary leadership, private resources and an understanding of the public good, all to deliver unprecedented access to printed materials for the education and cultural enrichment of the general population.

We live in times that are both very different, yet filled with many challenges which resonate with that founding time. The Internet Archive's program, funded by the MacArthur Challenge, could be that new bold idea, one with global reach in our ever more connected society, one focused on ensuring no one is left behind in the race for greater access to knowledge, information access and technological enablement.

The Boston Public Library is committed to contributing to this initiative and to continue its long standing partnership with the Internet Archive, making our resources available to the greatest number of users possible.

In this respect, the phrase 'free to all' captures the essence of our mission and partnering with the Internet Archive scales that mission.

Our recent pilot program of lending digital copies of specific in-copyright Houghton Mifflin books provides a model of "one-to-one" lending that allows us to unlock previously unavailable out of print

161

INTARC00151243

materials for general public lending. This is a big step forward in crafting productive partnerships with publishers for in-copyright lending of previously non-digital titles, which the MacArthur grant could further leverage.

We have also identified special collections materials from the golden ages of English and Spanish literature, for example, of staggering rarity and which are not currently available in one place. While subsets are available behind paywalls, this is not material that should in any way be a revenue generator in its own right. Materials that seem obscure or interesting only from a historian's point of view, when considered in aggregate and in context (which online cross-linking makes possible), turn into a rich educational and cultural opportunity for learning.

The Boston Public Library fully endorses this application and stands ready to engage with this initiative.

Sincerely,

David Leonard

President, Boston Public Library

162

INTARC00151244

A-2080

LOS ANGELES PUBLIC LIBRARY

July 11, 2017


Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

Re: Letter of Support for Internet Archive's proposal for 100&Change

Dear MacArthur Foundation Board Members,

I am pleased to offer the enthusiastic support of the Los Angeles Public Library to the Internet Archive's Open Library Project and declare our intent to advise and fully participate in the project. The proposal's objectives of increasing digital access to critical learning and research missing from the online environment matches up with the mission of the Los Angeles Public Library to provide free and easy access to information to enrich, educate, and empower every individual in our city's diverse communities. Librarians throughout the world are often asked about the relevance of libraries, since "everything is online now." The misperception that all information is available for free on the internet illustrates the need for libraries to develop partnerships to make available the breadth of human knowledge in a digital format.

The Los Angeles Public Library has deep collections in several subject areas that we are interested in sharing with the larger research community. We have an extensive collection of plays and screenplays and one of the largest drama collections in the country, which is heavily used by both the entertainment industry and local theater groups. The Social Sciences collection has a focus on books related to the history of social and civil unrest, which mirrors the social and political history of Los Angeles and the nation.

Our extensive international language collection could greatly expand the opportunity to make works available from under-represented communities. Spanish language is our largest collection, followed by Chinese, Korean, Russian, Armenian, Japanese, Vietnamese, and many other languages that reflect the rich history of the diverse urban population in Los Angeles. Several other collections at the Los Angeles Public Library are candidates for digitization including an extensive history of culinary arts, computer manuals from the inception of the PC to present, tracking the historical development of our contended world, and a rich collection of fiction set in Los Angeles dating back to the founding of the city.

**John F. Szabo**, City Librarian

Los Angeles Public Library ▪ 630 W. Fifth St. ▪ Los Angeles CA 90071 ▪ 213-228-7515 ▪ Fax: 213-228-7519 ▪ **www.lapl.org**

163

INTARC00151245

A-2081

Board of Directors
John D. and Catherine T. MacArthur Foundation
July 11, 2017 – Page 2 of 2

We are thrilled to be a part of the initiative, and hope that it will bring some much-needed innovative thinking to inter-library loan systems, streamlining the process and making digital editions available while respecting the rights of authors. Currently, this process is slow and expensive – because of potential loss of items, some of the most valuable works are often unavailable for researchers.

The Internet Archive Open Library's digitize-and-lend model has the potential of freeing information from closed stacks, allowing the Library to move materials to offsite storage without compromising accessibility. Library spaces are evolving, and a greater variety of activities are happening in libraries, including providing spaces for active learning, co-working, and community gathering.

We are looking forward to collaborating with the Internet Archive and other partners in this venture and participate in unlocking analog collections and expanding access to information and knowledge.

Sincerely,

John F. Szabo
City Librarian

164

INTARC00151246

 SACRAMENTO PUBLIC LIBRARY

July 10, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

**SUBJECT: Internet Archive Proposal for 100&Change**

Dear MacArthur Foundation Board Members:

I am writing to express Sacramento Public Library's strong endorsement of the Internet Archive's Open Libraries Project, and to convey our intent to support and fully participate in this initiative. Our mission of providing access to information so that our communities will discover, learn and grow will be significantly furthered by this exciting project. As a library system that covers California's capital region, and serves urban, suburban and rural communities, we are excited by the idea of sharing our rich history and collections beyond our boundaries. This project addresses critical issues of access. That access benefits the community served by the most fundamental of democratic institutions, the public library.

Sacramento Public Library witnessed the impact of the Internet Archive's prototype Open Libraries prototype, and this project represents a logical next step for that important work and we want to be part of it.

Sacramento Public Library would be pleased to share the following:

- **Hmong-language materials** Sacramento's Hmong population is estimated to be the third largest in the United States, and while Sacramento Public Library's collection of Hmong-language materials is small, we purchase materials as they become available. In addition to classic Hmong materials, we avidly collect children's materials to help Hmong children discover classic picture books such as *Leo the Late Bloomer* and *It Looked Like Spilt Milk.*

- **Sacramento Room Special Collections** This resource collection is national and international in scope with a primary focus on Northern California. It includes books, pamphlets, photographs, scrapbooks, yearbooks, maps, videos, audio recordings, ephemera and other printed material. The collection pays particular attention to the experience of people of color, the disabled, youth, the elderly, and other groups which are often marginalized. As we know from the requests that we receive, there is voracious interest in these collections in locations far and wide.

INTARC00151247

A-2083

Sacramento Public Library — Letter of Support
Internet Archive Proposal for 100&Change
Page 2

- **California State Fair** Sacramento Public Library has had an annual presence at the California State Fair since 2014, providing programming as well as a glimpse of library services and innovations such as 3D printing, ebooks and electronic resources. We would like to expand people's awareness of digitized collections and can imagine our booth featuring real-time digitization of historic materials. Imagine the excitement on the part of the general public as they make the connection between those family photographs and preserving them for future generations.

Sacramento Public Library is busy inventing the future of public libraries. We know that our communities need to have access and opportunity and to experience the known and unknown. We are keenly excited about the potential of this project to make new strides in how the general population may find access to our shared history.  This projects allows the sharing of collections and creates a new model that recognizes the importance of both copyright and provenance. Just as importantly, this project has the potential to realize enormous cost savings to libraries, savings that can go into building collections instead of slowly and laboriously moving physical materials. It will help libraries with their ongoing on-site space management needs, another way that that costs can be contained and services expanded at the same time.

As California's fourth largest public library and has a history of innovation including our I Street Press, a Library of Things and a fully-formed program to enable adults to receive accredited high school diplomas. We are excited about the opportunity to share our collections, resources and enthusiasm in this unique and exciting venture.

Sincerely,

Rivkah K. Sass | Executive Director

166

INTARC00151248



# CHICAGO PUBLIC LIBRARY

### CITY OF CHICAGO

July 10, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn St.
Chicago, IL 60603

SUBJECT: Internet Archive Proposal for 100&Change

Dear MacArthur Foundation Board Members,

I am writing to express Chicago Public Library's endorsement of the Internet Archive's Open Libraries Project.

Libraries have always been, and continue to be, in the knowledge business. This does not mean however that that we are static and unchanging institutions. Instead libraries have evolved to support knowledge creation and dissemination in ways that are relevant to our communities' changing needs. Chicago Public Library started as a small library with a few thousand books in 1873 and has expanded to 80 locations throughout the City. How our users access and interact with information over that time has changed and thus we provide a plethora of library materials both print and digital, as well as multimedia and collaboration spaces like YOUmedia and the Maker Lab where patrons become content creators.

Chicago Public Library's strategic vision is to create and implement innovative solutions that meet our patrons' changing needs as we provide access to all in order to nurture learning, support economic advancement and strengthen communities. The 100&Change project specifically aligns with the Library's strategy of delivering services not only within our walls, but also in patrons' homes, schools and workplaces through an online presence as well as by promoting fully inclusive policies that support a principle of free and open access. As we look to Internet Archive as a leader in our digital world, specifically when it comes to increasing the number of published materials available online, we believe their proposal holds immense possibility for enabling and empowering this work. The incredible possibility that the 100&Change opportunity would provide Internet Archive to move the digital library world boldly forward is one that holds great promise for Chicago and far beyond.

Thank you for your consideration of Internet Archive's innovative proposal. We look forward to the impact it can have on us all.

Sincerely,

Brian Bannon
Commissioner

### 400 SOUTH STATE STREET, CHICAGO, ILLINOIS 60605

INTARC00151249



New York
Public
**Library**

June 29, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

Dear MacArthur Foundation Board Members,

I am writing in support for the Internet Archive's grant proposal for the 100&Change program.

The Internet Archive has long been a leader and champion of efforts to build universal access to knowledge, a goal the New York Public Library also shares. As a public library -- in particular, with both research and circulating functions -- we are committed to the free availability of information for everyone across the world, especially those who face the greatest challenges. To this end, we support Internet Archive's effort to expand access to e-books and applaud their focus on individuals with print disabilities.

Over the past several years, the NYPL has been involved in an effort to improve the e-reading experience by creating an open library e-reader called SimplyE. This service is designed to allow libraries to provide e-books to their patrons for free, regardless of whether the content originates from commercial or non-commercial sources. Internet Archive is precisely the type of resource that SimplyE is designed to serve -- interested libraries and readers -- and we hope that other libraries will join us in such a partnership as we look to greatly expand upon the collections available to all.

Again, we fully support the Internet Archive's proposal and look forward to partnering with them in this latest endeavor.

Sincerely,

Anthony W. Marx

**Office of the President**
Stephen A. Schwarzman Building | Fifth Avenue and 42nd Street, New York, NY 10018
Phone: 212.930.0736 | Fax: 212.930.9299 | president@nypl.org

168

INTARC00151250



919 NE 19th Avenue | Suite 250 • Portland OR 97232 • 503.988.7870
**Vailey Oehlke | Director of Libraries**

July 5, 2017

Board of Directors
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

Dear Board of Directors:

I am very pleased to offer this letter of support on behalf of Multnomah County Library for the Internet Archive's proposal to provide libraries and learners free digital access to four million books. We applaud the Internet Archive for being selected as a semi-finalist for 100&Change, the competition for a $100 million grant from the John D. and Catherine T. MacArthur Foundation.

Providing access to learning and the knowledge found in books, has long been a priority for Multnomah County Library and it is still one of our key priorities. "We champion reading" and our mission is "Empowering our community to learn and create." The library circulates over 19 million items annually (the fourth highest in the nation), but we realize that the use of physical books is declining while the demand for ebooks continues to climb.

In addition to the changing nature of the expectations of readers, Multnomah County Library has serious space constraints and new demands on our locations which limit the number of physical books that can be displayed in our libraries. We place a high priority on offering a rich and relevant collection, but libraries are for people and should not be warehouses for books in the modern age. As as library with increasing demands on our spaces for community connections, group learning opportunities and more, Libraries should not be book warehouses, but community forums. We can store the physical books we own offsite and make them available digitally through this model, freeing up spaces in libraries for people.

Partners like the Internet Archive are critical to helping libraries achieve a new vision for patrons. With $100 million they could make 4 million books available anywhere, forever. In addition they will digitize many books published after 1923 that are just not available in ebook format yet, and for current and future generations this will be essential for their discoverability and to prevent their impending obscurity. Internet Archive has the capacity and technology to do this cost effectively, efficiently, and legally. Libraries should be able to lend the physical books we own in digital formats, based on the current and sound interpretation of copyright laws.

We value the work of the Internet Archive and look forward to seeing this proposal selected as the winner of 100&Change and for our participation to lead to more positive outcomes for Multnomah County residents in the coming years.

Sincerely,

Vailey Oehlke
Director of Libraries

169

INTARC00151251



# GEORGETOWN LAW

**Michelle M. Wu**
Associate Dean for Library Services
Professor of Law

June 30, 2017

Dear MacArthur Foundation Board Members,

I am writing today to express my strong support for the Internet Archive's (IA) vision to democratize access to information in its proposal to the MacArthur Foundation's 100&Change competition.

As the largest law school and second largest law school library in the nation, the Georgetown University Law Center and its library are committed to social justice, as reflected in our motto, "Law is but the means, justice is the end." Through the efforts of our faculty, centers, institutes, student groups, and alumni, we seek to make the law accessible, understandable, and effective in representing the many different interests worldwide. Past examples of our library's efforts include our hosting of federal circuit court opinions on our website before the courts themselves had the ability to provide access, partnering with the District of Columbia to post opinions from their historic preservation offices, and serving as the home for the National Equal Justice Library. Currently, we have been seeking collaborative partners to digitize and make publicly available public documents (e.g., circuit record and briefs) generally found only in microformat. We are also partnering with the Internet Archive to lend our digital collections.

The project outlined by the IA in their 100&Change proposal holds the promise of bridging one of the most dangerous divides of our time: an informational divide caused by the growing economic inequality in the United States. Poorer regions suffer from a variety of deficiencies, including lack of adequate funding for schools, public services, and libraries. This project would make possible the maximization of public investment in informational resources, not just for the benefit of the wealthy but also the neighborhoods that would otherwise never have access to rich information stores. Books purchased by wealthier neighborhoods could be made available for lower-resourced communities through interlibrary loan as they are now, but without incurring the shipping costs associated with ILL. Without the reduction in transaction costs made possible by digital delivery, these poorer communities may never have the opportunity to hear from diverse voices on issues stretching across the globe. Granted, even if this project succeeds, it is only one step. There are other barriers, like the digital divide, that will influence how impactful this would be, but the potential benefits themselves are staggering even should other divides persist.

111 G Street, NW, Washington, DC 20001-2075
PHONE 202-662-6191
michelle.wu@law.georgetown.edu

170

INTARC00151252

IA's vision echoes back to the Founders' vision for copyright in the United States. Article I, Section 8, Clause 8, of the United States Constitution grants Congress the power **"To promote the progress of science and useful arts**, by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries." (emphasis added) The end purpose of copyright was always for the public benefit, as knowledge was seen as being essential to an informed democracy. In crafting the nation's copyright framework, therefore, Congress enacted laws to maintain a balance between copyright holders and the public interest and has reiterated that necessary balance in every subsequent major piece of copyright legislation.

Copyright owners have already taken advantage of technology to expand their reach; where works used to be sold only by itinerant booksellers, they can now be distributed to millions instantaneously through the use of technology. Through technology, they have cut printing and shipping costs dramatically and reduced the necessity for overruns. Copyright owners have also developed new formats and new streams of commerce, some of which artificially limit the usefulness of works through the adoption of technology that has a limited lifespan. It is past time that technology is added to the other side of the scale, the side that speaks for the public interest. The concepts of collaboration, shared online collections, and controlled digital lending contained in IA's proposal restore copyright's balance, by allowing libraries to achieve the full value for the works they have purchased throughout the lifetime of the work. Libraries will continue to purchase works, ensuring that authors continue to receive remuneration for their creations, but they will also exercise the right to use what they have purchased even as technology changes.

Words cannot express how enthusiastic I am about IA's proposal, the promise it holds, and the necessity for it in a world where the divide between the haves and have nots only grows. This project contemplates a world in which resources can be used for the good of the whole of the nation, not just for the few.

Sincerely,

Michelle M. Wu
Associate Dean for Library Services

171

INTARC00151253



Openwater
- Wearable MRI -

233 Front Street, Suite C1A
San Francisco, CA 94111
USA
www.openwater.io

Dear MacArthur Foundation and Board Members,

It was in 1999 when I first started to say "If you want to figure out what Google is going to do look at what Brewster Kahle and the Internet Archive did 5 years ago". It was true then and remains true today - archiving the web, scanning books, scaling it globally, the WayBack Machine. And on and on.

There is no organization on Earth more committed to creating, preserving and distributing our digital heritage.

I say this as a former top engineering executive at Google and Facebook. As a co-founder of One Laptop per Child and its first CTO, and as a lauded technology innovator. When I die my estate is going to the Internet Archive.

The Internet Archive, and the world of information users (that's all of us) would benefit greatly from some small fraction of the muscle that the Archive's powerful for-profit peers have, for it to effect the enormous positive change that it has in its mission.

There is a lost century of books from when copyright laws changed in the 1920s. Changes in law and policy have blocked the digitization and the dissemination of books since then. We lose our very history as it gets blocked and re-written - the books that formed many of us are not - and can not be - digitized and thus part of our history becomes inaccessible to future generations.

Luckily the town libraries have copies of these books.

The partnership of the Internet Archive with the country's town libraries can enable modern digital access for the libraries. Perhaps more important is that working with these libraries' archives can vastly extend the digitized lending library for the lost century of books. For each copy of Rachel Carson's Silent Spring on the shelves of local libraries - another copy can be put into perpetual worldwide digital lending. And so it is for each book on the shelves of these libraries.

172

INTARC00151254

The Internet Archive embodies the best spirit of our time - to make information available to all - without profit motive, without discrimination or censorship on what the information is to be. Today, as the idea of knowledge as core to our culture is itself under attack, the Archive is our Library of Alexandria. Let's defend and propagate it!

Sincerely,

Dr, Mary Lou Jepsen
Founder and CEO, Openwater (www.opnwatr.io)

173

INTARC00151255

Abby Smith Rumsey

24 Beulah Street

San Francisco CA 94117

███████████.com

rumseywrites.com

June 30, 2017

Dear MacArthur Foundation Board Members:

I write to offer strong support for the Internet Archive's proposal for the 100 & Change competition. Bringing 4 million books online through purchase and digitization represents a breakthrough model for libraries to continue their vital work of providing access to knowledge in the digital age.

My three decades of professional experience working at the Library of Congress, the Council on Library Information Resources, the Scholarly Communication Institute at the University of Virginia, and service on the National Science Foundation's Blue Ribbon Task Force on the Economics of Digital Preservation and Access has given me front-line exposure to the promise and turmoil of digital delivery of information. For digital natives, online access—be it on the web, through apps, or via cloud services—is the default mode of reading. If a book is not accessible online, it will not be found and used. The knowledge held within it will be as good as lost. That is why libraries and archives are dedicating what resources they have to put the pre-1923 heritage of public domain knowledge online.

Paradoxically, it is the 90 years of recent publications, from 1923 to the present, that libraries cannot deliver to their readers online. The Internet Archive is assembling a network of libraries to provide at-scale circulation of 4 million books from this period. This will enable libraries that own a physical book to provide their patrons with temporary access to that book in digital

174

INTARC00151256

form, under the same restrictions libraries currently impose—one eBook to one reader at a time.

The founders of the American republic believed that a self-governing people have the right to unfettered access to information in order to fulfill their responsibility to be informed citizens. That is why libraries have long been pillars of democratic practice, supported by both public and private funding and undergirded by a copyright regime that enables libraries to lend books, moving images, and recorded sound while protecting the privacy of each reader and the rights of creators. This critical linchpin of democracy is imperiled by a copyright regime that has yet to catch up with the realities of digital access. The Internet Archive is offering a secure, scalable solution to this challenge while the sociopolitical system normalizes the access our democracy demands.

The Internet Archive is uniquely positioned to move this vital project forward. Libraries are committed to continue their core mission in the midst of powerful technological and format changes. Yet they cannot operate at the scale that is required for providing new service models without collaboration with the Internet Archive. The Archive's modeling and testing of new digital services is uniquely influential, as the adoption of their web crawling tools attests. Pioneered by the Internet Archive, these tools are now commonly used by research institutions and libraries to collect, preserve, and make accessible web-based content for the communities that they serve.

What is at risk if we do not act now is not just the content of these books. At this juncture in time, democratic practices are threatened by floods of unvetted, unverified media feeds about current and past events. We need more, not less access to information that has been vetted for quality, the very definition of what a published book is. Writers, editors, proofreaders, publishers, reviewers, and the librarians who make informed decisions about what to acquire are all vital links in the chain of quality intrinsic to published books.

INTARC00151257

The Internet Archive is keenly aware of what is at risk in this time of transition from hard copy to digital. To ensure access, they have dedicated decades of hard work, informed by innovative thinking and powered by a zeal to serve the public good that is widely recognized and honored in the United States and abroad. I respectfully urge the members of the board to fund this project. It will greatly enhance the ability of individuals to seek knowledge today and for generations to come.

Sincerely yours,

Abby Smith Rumsey

176

INTARC00151258

A-2094


**ELECTRONIC FRONTIER FOUNDATION**
Protecting Rights and Promoting Freedom on the Electronic Frontier

July 7, 2017

MacArthur Foundation Board Members
John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603

Re: Internet Archive's *OpenLibraries* Initiative

Dear MacArthur Foundation Board Members,

I am writing to express the Electronic Frontier Foundation's strong support for the Internet Archive's proposal to the MacArthur Foundation's *100&Change* competition. EFF supports this proposal because we know that the Internet Archive's work will help fulfill the promise of the Internet—truly universal access to knowledge. We are particularly excited by the Archive's vision to maximize access to knowledge for traditionally disadvantaged communities, including those constricted by distance, time, income and disabilities. With support from the MacArthur Foundation, the Archive can make that dream a reality.

I've known and worked with Brewster Kahle for more than ten years, as an EFF client, as a fellow advocate on a range of issues and as a member of EFF's board of directors. The Archive's mission aligns easily with EFF's: we share a fundamental commitment to ensuring that new technologies serve, rather than inhibit, the public interest. In line with that goal, we have worked closely with the Internet Archive to find ways to expand their collections and to defend a library's right to protect the privacy of its readers, including from improper government demands for information. We know that libraries have a special dedication not just to access, but also to preservation. We also know that, unlike some commercial entities, libraries like the Archive protect reader privacy by never unnecessarily harvesting, or selling, the personal information of patrons. The Archive's leadership in upholding that tradition in the 21st century has been vital to protecting open knowledge and Internet freedom.

I also know that Brewster leads a dedicated, hard-working team that has accomplished extraordinary things on a shoestring budget. Many organizations set ambitious goals. The Archive fulfills them. As a result, the Archive has become an invaluable resource for people all over the world.

EFF and the Archive have worked together many times on briefs and public advocacy concerning the careful balance between the incentives copyright law offers to authors and publishers with the broad public interest goals of digital libraries. We believe the Internet Archive's plan to expand the collection of digital books and make them available to the print disabled, journalists, scholars and the public will serve the purposes of copyright by fostering new creativity and innovation, encouraging new transformative uses, and promoting access to

815 Eddy Street • San Francisco, CA 94109 USA
*voice* +1 415 436 9333      *fax* +1 415 436 9993      *web* www.eff.org      *email* information@eff.org

177

INTARC00151259

July 7, 2017
Page 2 of 2

works that are now hidden away in the dusty archives of small and large libraries around the United States.

We join the Internet Archive in believing that access to knowledge is an inalienable right —and a pillar of our democratic system.  When some of our citizens face towering barriers to knowledge, democracy suffers. Now more than ever we need to put the best information in front of our citizens, while at the same time protecting their right to access that information without sacrificing their privacy.  We know the Archive is committed to doing both.

We wholeheartedly support the Internet Archive's proposal and look forward to working with them to make this program a success.

Sincerely,

Corynne McSherry
Legal Director
Electronic Frontier Foundation

178

INTARC00151260



1875 Explorer Street, 10th Floor
Reston, VA 20190

The President and the Board of the John D. and Catherine T. MacArthur Foundation
140 S. Dearborn Street
Chicago, IL 60603-5285

Dear Board Members,

I am writing in support of the proposal from the Internet Archive to expand its efforts to preserve modern digital artifacts (among other media) in response to the call for proposal from the MacArthur Foundation. I have known and worked with the Internet Archive's founder, Brewster Kahle, for many years and have found his leadership and his team's dedication to be refreshing and vital to the effort to preserve our digital heritage. I am sure that the Archive team has documented its work to date so I will not reiterate that here.

They have been extraordinarily clever in their implementation of a Web archive and recently added a browser plug-in so that a "404 page not found" message from the browser automatically invokes a search of the Internet Archive in case that page sought was captured in their "crawl" of the WWW. The WWW can barely contain itself let alone archive itself, so efforts to explicitly capture our increasingly digital history require extraordinary measures and it is gratifying to know that the MacArthur Foundation recognizes that need.

Brewster and his team understand big visions - something the MacArthur Foundation has demonstrated a remarkable ability to discover and support. The 100&Change effort is a good example of that.

I am strongly persuaded that the selection of the Internet Archive for digital preservation will be an investment well made and endorse without reservation their proposal.


Sincerely,

Vint Cerf
VP and Chief Internet Evangelist
Google

INTARC00151261

McNamara Declaration

Exhibit 46

part 7



**Open Libraries**
a project by the Internet Archive

# Evidence of Engagement
## Social Media, Videos & Web



INTARC00151262



a project by the Internet Archive

# Social Media @InternetArchive

## #100andChange



**+242k Unique Impressions**

35 Posts about Open Libraries

**+ 118k Followers**

392,854 Total Impressions

7,165 Engaged Users



Internet Archive
February 16 ·

We want to put 4 million modern books into the hands of today's digital learners with the #100andchange grant. Access to physical libraries is neither universal nor equitable - we can change that..

Internet Archive Reaches Semifinals in MacArthur Foundation's Competition for $100 Million Grant | Internet Archive Blogs

BLOG.ARCHIVE.ORG

Like    Comment    Share

278    Top Comments



Internet Archive
@opentextbooks

Today-more books 4 more people who need them. @MITPress to scan classics in archit, tech, science #100andChange
blog.archive.org/2017/05/30/mit …

**85.3K Followers**



59 #100andChange mentions

165 Average Engagements

**14,194 Average Impressions**

92 Tweets about the Open Libraries Project

181

INTARC00151263

🏛 **Open** Libraries
a project by the Internet Archive

# Multimedia and Awards

Brewster Kahle presents "The Library of 2020 — Building a Collaborative Digital Collection of 4 Million Books" during a **Facebook Live event at the 2017 American Library Association** meeting in Chicago in June. The livestreamed session reached over 15k people with 4.2k views.


http://bit.ly/2tmaYWF


http://bit.ly/2suivzK

Wendy Hanamura, Brewster Kahle, and John Gonzalez field 25 questions during an Internet Archive AMA. Over **38 participants commented or asked questions** during the 90-minute conversation in June 2017. The video has over 500 views online.

## "...one of the Internet's highest honors..."

*-New York Times*

Tracey Jaquith, Brewster Kahle, and Alexis Rossi accept a Lifetime Achievement Award on behalf of the Internet Archive at the 21st Webby Awards in May 2017. The Archive was lauded in by the host for being "the web's most knowledgeable historian."


http://bit.ly/2tmaYWF

182

INTARC00151264



Open Libraries
a project by the Internet Archive

| Internet Archive | Web |



**The Wayback Machine team has curated a collection featuring 1,795 100&Change submission videos to host online forever.**

**Launched in 2001, the Wayback Machine preserves the history of the web.**

INTERNET ARCHIVE

WayBackMachine

We all want to see the modern day Library of Alexandria, a digital library where the published works of humankind—all the books, music, video, webpages, and software—are available to anyone curious enough to want to access them. I believe now is the time to build it.

- Brewster Kahle

183

INTARC00151265


**Open Libraries**
a project by the Internet Archive

# Biographies of Key Staff







INTARC00151266





**Brewster Kahle**

Founder &
Digital Librarian

A passionate advocate for public Internet access and a successful entrepreneur, **Brewster Kahle** has spent his career intent on a singular focus: providing Universal Access to All Knowledge. He is the founder and Digital Librarian of the Internet Archive, one of the largest digital libraries in the world, serving over one million patrons each day. With 170 staff members in the United States, Canada, England, and China and digitization centers at the Library of Congress, Princeton University, University of Toronto, and Boston Public Library, the Internet Archive works with more than 500 library and university partners to create a free digital library, accessible to all.

Since founding the Internet Archive in 1996, Kahle continues to guide all aspects of the organization including policy, strategic direction, and the development of new technologies. He is a prolific writer, speaker, and advocate for ways we can create technology that reflects our deepest values: privacy, security, and accessibility. Under Kahle's leadership, the Internet Archive launched the Wayback Machine, the only public archive of the web, and archive.org remains one of the 300 most popular websites in the world.

Soon after graduating from the Massachusetts Institute of Technology where he studied artificial intelligence, Kahle helped found the company Thinking Machines, a parallel supercomputer maker. He is an Internet pioneer, creating the Internet's first publishing system called Wide Area Information Server (WAIS) in 1989. With The Wall Street Journal as its first customer, the company helped revolutionize the electronic publishing market. Kahle eventually sold the company to America Online. In 1996, Kahle co-founded Alexa Internet, with technology that helps catalog the web, selling it to Amazon in 1999.

185

INTARC00151267



**Brewster Kahle**

Founder & Digital
Librarian

Kahle and his wife, Mary Austin started the Kahle-Austin Foundation, which supports the Internet Archive along with other non-profit causes. Kahle is a founder of the Open Content Alliance, a group of organizations contributing to a permanent, publicly accessible archive of digitized texts. He is a Fellow of the American Academy of Arts and Sciences, a member of the National Academy of Engineering, and serves on the boards of the Electronic Frontier Foundation, Public Knowledge, The European Archive, and the Television Archive.

Elected to the Internet Hall of Fame, Kahle is also the recipient of the 2004 IP3 Award from Public Knowledge, the 2009 Free Software Foundation Award, and the Paul Evan Peters Award, which is bestowed jointly by the Coalition of Networked Information, the Association of Research Libraries, and EDUCAUSE. For his innovative use of technology and continuous efforts to provide universal access to all human knowledge, Simmons College presented Kahle with the degree Doctor of Computer Science, honoris causa. In 2009, he was named by Utne Reader as one of the "50 Visionaries Changing Your World."

INTARC00151268



| Internet Archive | Team Bios |



**Wendy Hanamura**

Director of Partnerships

**Wendy Hanamura** is the Director of Partnerships at the Internet Archive, one of the world's largest digital libraries. Passionate about using stories to accelerate social change, Hanamura uses her communication skills to share the remarkable mission of the Internet Archive—providing people everywhere with equal, unfettered access to knowledge. After decades working as a journalist and a leader at a nonprofit national television network, Hanamura has helped guide the strategic direction of the Internet Archive since 2014.

Hanamura manages the Internet Archive's *Open Libraries* project, which seeks to bring millions of digital books to billions of people around the world. As the project lead, Hanamura helps shape both the project's design and the team who is building this new digital infrastructure for US libraries. A master juggler, she is equally at home writing copy, managing teams of hundreds, balancing budgets, and communicating a compelling vision for transformational change to everyone from presidents to public television audiences.

At the Internet Archive, Hanamura helped stage the world's first Decentralized Web Summit in 2016. She built a partnership with the Japanese American historical organization, *Densho*, to preserve thousands of first-person oral history videos about the WWII incarceration of Japanese Americans within archive.org. Nothing is more important to her than preserving the stories of the past for future generations, so they might avoid our mistakes and learn from our triumphs.

Previously, Hanamura served as Chief Digital Officer of KCETLink and Vice President and General Manager of Link TV, a national nonprofit television network dedicated to connecting Americans to the world. There she launched an international film contest highlighting solutions to some of the world's toughest global development problems. She led a campaign sharing

INTARC00151269



**Internet Archive** | **Team Bios**

**Wendy Hanamura**

Director of
Partnerships

the diverse stories of Muslims in America. She helped build a global news video app that provided readers with facts, context, and possible actions related to the issues.

Hanamura began her career in journalism as a researcher and photo editor for Time magazine. She's reported and produced television content around the world for CBS, World Monitor Television, NHK (Japanese Broadcasting Corporation), and PBS. Her favorite project remains *Honor Bound: A Personal Journey,* the national documentary she produced about her father and his storied WWII unit, the Japanese American 442nd Regimental Combat Team.

Hanamura serves on the boards of the Ruddie Memorial Youth Foundation, supporting innovative programs for at-risk youth, and Whose Knowledge?, a global campaign to make the information on the internet more diverse. She volunteers her time as a moderator at the Clinton Global Initiative University, an interviewer for Harvard College, and a fundraiser for the Topaz Museum. Hanamura graduated *summa cum laude* and Phi Beta Kappa from Harvard University, and she was a Rotary International Fellow at the University of Tokyo, studying architecture with Fumihiko Maki.

188

INTARC00151270



**John Gonzalez**

Director of
Engineering

**John Gonzalez** has been at the Internet Archive for three years working to support, coach, and lead the technology and operation teams at the heart of the Internet Archive service delivery. His role has allowed him to apply over 30 years of experience in business and technology management to the Internet Archive mission of Universal Access to All Knowledge.

Immediately prior to his position at Internet Archive, Gonzalez directed product strategy and development for multiple content management offerings. From 2005 to 2014 he was Director of Content Management Products at Xerox where he managed a $22 million product line of document management products. From 2001 to 2005 he was VP of Product Management and Strategy for Clearstory Systems (WebWare Digital Asset Management software). In the late 1990's Gonzalez was part of the Getty Images Corporate Business Development team as VP of Business Development where he participated in the acquisition and integration of multiple digital stock photography companies and negotiated business partnerships with Adobe, Lycos, AltaVista, and other iconic early-internet organizations.

Gonzalez has consistently demonstrated passion for improving access and opportunity for youth in underserved populations. Throughout his professional career, he has volunteered time tutoring and mentoring students from families of color and contributing skills and resources to organizations focused on advancing the availability and quality of education for underserved youth. This commitment was redoubled when Gonzalez's oldest child, Raphael, was diagnosed with dyslexia.

Starting in 2009, Gonzalez served on the Board of Directors for the San Francisco Children's Creativity Museum, including two years as Chairman and two years as Treasurer. The Children's Creativity Museum provides

INTARC00151271



**John Gonzalez**

Director of
Engineering

youth (ages 2-12) with experiences and programs designed to expand creative literacy and design thinking. During his six-year tenure, Gonzalez worked with and then led the CCM board to expand patron demographics and to stabilize financial and organizational scaffolding. Located in the heart of low-income neighborhoods of San Francisco, CCM continues to provide highly engaging and educational experiences for youth of all backgrounds and demographics.

In May 2017, Gonzalez joined the board of the Buck Institute for Education (BIE), an organization whose highest priority is to help teachers prepare K-12 students for successful lives. The strategic focus of BIE is to enhance educational outcomes for all students, but especially for those in the US who are furthest from opportunity and resources.

He earned a BS in Computer Science with honors from MIT and a MBA from Stanford Graduate School of Business.

190

INTARC00151272





**Jim Michalko**

Senior Strategist

**Jim Michalko** became the Sr. Strategist for the Internet Archive's *Open Libraries* after retiring from his position as VP, Research Libraries at Online Computer Library Center (OCLC) in March 2016. Known for his success coordinating large-scale, national, collaborative multi-stakeholder library projects, Michalko leads the outreach efforts for the Internet Archive's ambitious project to digitize and lend millions of books.

At OCLC, a nonprofit global library cooperative with more than 16,000 member libraries in 100 countries, Michalko had primary responsibility for research library relations and the OCLC Research Library Partnership. The transformative impact of technology on the delivery of library and information services has been the primary thread through Michalko's long career. He was the CEO of the Research Libraries Group (RLG), a US-based international consortium of research libraries, archives, law and museum libraries that operated collaborative library programs and technical systems.

During his career at RLG, it grew from a small operation funded by the four founding institutions and operated out of a trailer on the Stanford campus to a global library cooperative sustained and governed by 165 of the world's great libraries. These member libraries built and operated the RLG Union Catalog which supported cataloging and discovery services for more than 1200 major libraries across the US, Europe and Asia.

In addition to the technical infrastructure and services that RLG delivered to the library community, it mobilized its members to address shared problems that required collaborative solutions. A generation of current senior library leaders launched their careers and grew their expertise and networks in the dozens of working groups that RLG created and coordinated over the decades.

INTARC00151273



**Jim Michalko**

Senior Strategist

Similar to many in the library community, the work runs in the family. His mother worked as a librarian in his neighborhood Carnegie library near the steel mills in Cleveland, Ohio where he grew up. He has fond memories of freely roaming the library while his mother gave English classes to the Czech and Slovak residents of the neighborhood.

Since then Jim has been privileged to have many of the great research librarians as mentors and has paid it forward by mentoring many of the next generation who are now senior managers running great libraries in the US, UK and Australia.

Michalko holds graduate degrees from the University of Chicago (MBA and MLS) and was an undergraduate at Georgetown University (BA). He's a dedicated reader and a supporter of various women's shelters and restorative justice groups on the San Francisco Peninsula.

INTARC00151274





**Lila Bailey**

Policy Counsel and Lecturer at Berkeley Law, University of California

**Lila Bailey** is Policy Counsel for the Internet Archive where she advises on the complex legal and policy issues associated with democratizing access to knowledge. She is also a lecturer at Berkeley Law, most recently teaching a course in the Fundamentals of Internet Law.

Prior to becoming the Internet Archive's in-house counsel, Bailey was the founder and principal attorney at The Law Office of Lila Bailey, specializing in digital copyright and privacy issues for individual entrepreneurs and creators, early stage startups, Internet platforms, and libraries. From 2011-2013, Bailey was a Clinical Teaching Fellow at Berkeley's Samuelson Law, Technology & Public Policy Clinic, where she managed and mentored student attorneys as they tackled cutting edge work in public interest technology law and policy. Bailey's work there included advising a Civil Rights group on the copyright issues involved in making historical materials available in digital form, working on privacy issues associated with California's "smart" electricity grid, and drafted a white paper on the benefits of flexible copyright exceptions and limitations for libraries outside the U.S.

Prior to this, Bailey was counsel for Creative Commons, a nonprofit organization offering open copyright licenses that allow the sharing of creative works under flexible licensing terms. In this capacity, Bailey worked with the Open Educational Resources community, to make high-quality educational materials freely available under terms that allow anyone, anywhere, to access, customize, and share those resources via the Internet. Bailey held an Intellectual Property Fellowship with the Electronic Frontier Foundation in 2007, helping Internet users push back against abusive DMCA takedown notices and supporting EFF staff on the early stages of the *Lenz v. Universal Music Group* case (a.k.a. "the Dancing Baby case"). Bailey served as an associate at Perkins Coie, where she worked on copyright, patent, and

193

INTARC00151275



**Lila Bailey**

Policy Counsel and Lecturer at Berkeley Law, University of California

trademark litigation. In 2006, she won the firm-wide Pro Bono Leadership Award for billing over 600 pro bono hours for the Internet Archive.

Bailey is a frequent speaker on digital copyright issues nationwide. She received her JD from Berkeley Law and her bachelor's degree in Philosophy from Brown University.

INTARC00151276



**Open** Libraries
a project by the Internet Archive

**Brenton Cheng**

Senior Engineer,
Books Presentation

**Brenton Cheng** spearheads the technical and product development of Open Library, a user-curated catalog of over 16 million books, as well as book presentation and services on Archive.org. He combines deep technical experience with decades of project leadership.

Open Library's mission is to provide "One web page for every book." In addition to displaying complete metadata listings used by book aficionados, librarians, researchers, and casual browsers, Open Library links to a storehouse of book information: 2.5 million books readable on Internet Archive, WorldCat's holdings information, and listings from online bookstores such as Better World Books and Amazon.com. Open Library relies on the strength of its volunteer community members, from editors to software developers who contribute to the site's evolving codebase.

Cheng is also responsible for the book-related services and front-end user experience on the Archive.org website. He has made numerous improvements to the book ingestion pipeline, from scanning and optical character recognition (OCR), to the design and functionality of the Internet Archive BookReader, a custom-built open source in-browser ebook reader.

Previously, Brenton was Senior Director of Product and Technologies at Stringwire, a live streaming video platform for citizen journalists. There he led a team of six developers across five countries in website development for mobile apps.

Brenton received a BSE Magna Cum Laude in Mechanical Engineering from Princeton University and an MSME in Biomechanical Engineering from Stanford University. He is also an adjunct professor in the Performing Arts and Social Justice program at University of San Francisco, specializing in movement awareness and training for actors and dancers.

195

INTARC00151277



🏛 **Open** Libraries
a project by the internet archive

**Internet Archive** | **Team Bios**

**Tracey Jaquith**

Senior Engineer & Architect

**Tracey Jaquith** is a founding engineer and system architect for Internet Archive since 1996, writing multi-threaded servers, crawlers, and more. She wrote the "what's related" services that ultimately led to Alexa Internet's acquisition by Amazon. An inventor with two patents, she is the Archive's longest tenured employee after founder, Brewster Kahle.

In 2000, Jaquith left for four years to be the technical lead and founding engineer at a financial startup focusing on more efficiently trading convertible bonds.

Recently, Jaquith rewrote Internet Archive's TV recording system as an open source single server system, capable of preserving 75 simultaneous 24x7 channels, and developed the Television Archive's "full stack" first and second versions. For more than a decade, Jaquith held primary responsibility for archive.org and its full stack infrastructure, later launching a fully responsive "Version 2" of the archive.org website—migrating to jQuery, bootstrap, LESS, modern faceting, ElasticSearch, postgreSQL and more. She is leading the core infrastructure migration to Docker for archive.org's in-house AWS and S3-like system. *Open Libraries* services will rest upon the infrastructure Jaquith is designing.

Jaquith's first job was at Xerox PARC, writing core low-level C-language image processing and comparison algorithms using novel computational geometry based on research from her Master's degree.

Jaquith holds a Master's and Bachelor's in Computer Science from Cornell University where she focused on machine vision, robotics and mathematics. Jaquith presents at conferences (Demuxed 2016, MozFest) and is a regular guest lecturer at colleges about news and broadcast technologies.

196

INTARC00151278

# Open Libraries
a project by the Internet Archive



**Micah May**

Ebook Strategist

**Micah May** is a global industry thought leader in e-content service and digital platform building for nonprofit communities. May is currently helping the Internet Archive and Digital Public Library of America to develop ebook strategies for libraries. He is also guiding operations for Library for All, an NYC-based nonprofit dedicated to delivering reading to the developing world. May recently helped five large publishers identify ways to leverage data across their core businesses and develop new data-driven publishing business models.

From 2009-2016, May was a Senior Director at the New York Public Library, where he led innovation and partnerships, business development, and strategy. While at NYPL, May worked closely with the White House to secure more than $250M in ebook donations from publishers for *Open Ebooks,* an app-based library for children in low-income communities. He conceived and directed the development of *SimplyE,* an open source platform that delivers ebooks from diverse sources to users in three clicks or less. May also led the founding of NYPL Labs, an award-winning experimental design group that launched the first library crowdsourcing project in the US.

Before joining NYPL, May worked at McKinsey & Company where, in addition to serving clients in banking, insurance and pharma, he helped to spearhead and manage a new research and development group for advanced problem-solving techniques being used by the firm for the first time.

May received his Juris Doctorate from Harvard Law School in 2005 and his B.A. in Philosophy and Political Science, magna cum laude, from the University of Colorado at Boulder in 2001.

197

INTARC00151279



**Open Libraries**
a project by the Internet Archive

**John Fraser**

President & CEO,
New Knowledge
Organization Ltd.

**John Fraser** is President & CEO of New Knowledge Organization Ltd., an interdisciplinary social science think tank collaborating with change-makers to build a strong, healthy democracy and thriving biosphere. He is a conservation psychologist, architect, and educator whose research focuses on how our experience with cultural institutions influences learning, attitudes, and motivations for engagement with solving the problems that face society.

Over the past 15 years, he has worked with libraries on public programming impacts, and co-edited of The Language of Conservation, a book summarizing research on the role of libraries, museums, and poetry as cultural change agents. He has studied and published on the convergence of library and museum practice. Fraser was a key partner in the development of the National Impact of Library Public Programs Assessment strategy, which was implemented by the American Library Association's Public Programs office and was an advisor to the Public Library Association as they developed their Measuring Impact program.

 He is Adjunct Professor at the Center for Public Health at Indiana University Purdue University Indianapolis (IUPUI) and a Media Impact Fellow at the USC Annenberg School for Communication and Journalism. He is the Editor-in-Chief of *Curator: The Museum Journal* and President-Elect of the American Psychological Association's Division 34, Society for Environment, Population and Conservation Psychology.

INTARC00151280





**Beverly Sheppard**

Research Fellow,
New Knowledge
Organization Ltd.

**Beverly Sheppard** is a Research Fellow at New Knowledge Organization Ltd. and has deep expertise in strategic and interpretive analysis and planning for non-profit institutions. She has led numerous projects developing and exploring the learning intersections between museums, libraries, and other community-based institutions. She was President and CEO of the Institute for Learning Innovation, a center for learning research and evaluation in informal settings.

Ms. Sheppard's museum experience spans nearly thirty years and includes positions such as former Acting Director of the federal agency Institute of Museum and Library Services and President and CEO of Old Sturbridge Village in Massachusetts. She has long been engaged in leadership activities within the museum field, serving on both the Board of Directors of the American Association of Museums and the Council of the American Association for State and Local History.

Ms. Sheppard is a frequent speaker and writer in the informal learning field, with publications including *An Alliance of Spirit, Museum and School Partnerships,* and *Thriving in a Knowledge Age* with co-author John H. Falk. Sheppard was a key member of the team developing the National Impact of Library Public Programs Assessment.

INTARC00151281





**Chris Coward**

Director of the
Technology &
Social Change
Group (TASCHA),
University of
Washington

**Chris Coward** is the co-founder, Principal Research Scientist, and Director of the Technology & Social Change Group (TASCHA) at the University of Washington Information School. Under his leadership, TASCHA has grown in size and scope, encompassing research in over 50 countries, exploring opportunities for information and communication technologies to foster equitable social change. As an applied research center, TASCHA devotes particular energy to designing projects in collaboration with partners to advance insights and innovations for practitioner and policy communities.

Over his career, Coward's research interests have focused around impact evaluation, digital inclusion, digital skills, employability and entrepreneurship, and innovation spaces. For the past decade, he has devoted his energy to advancing the role of public libraries around the world as centers of learning, creativity, and community development. Much of this work explores ways for libraries to develop innovative programs and services that combine the library's core assets—social space, trained professionals, digital infrastructure, and community standing, among others—with ongoing advances in information and communication technologies. As one of three Legacy Grant recipients from the Bill and Melinda Gates Foundation's *Global Libraries,* TASCHA is exploring public libraries as platforms for civic engagement, an effort that seeks to create novel approaches for libraries to engage their communities on issues of common importance.

Coward serves on a number of professional committees and grant review panels and is a frequent contributor at conferences and other convenings as a proponent of a globally inclusive internet. He holds a Master of Public Administration and a Master of Arts in International Studies, both from the University of Washington.

200

INTARC00151282


| Internet Archive | Team Bios |
|---|---|



**Carole Palmer**

Professor, Associate Dean for Research, University of Washington Information School

**Carole Palmer** is a Professor and the Associate Dean for Research at the Information School at the University of Washington. She holds a Ph.D. in Library and Information Science from the University of Illinois at Urbana-Champaign. Her research investigates information work in the digital age, with a focus on data curation and digital research collections for interdisciplinary inquiry. Her current work examines the reuse value of data, the access and use of data and information across disciplines, and emerging best practices in data services. Currently, Palmer leads the IMLS funded Open Data Literacy project aimed at preparing information professionals to curate collections of open data of value to local communities and to build the infrastructure and preservation environments needed to sustain open data collections. She is also co-PI on the NSF-funded Qualitative Data Repository project.

As an educator, Palmer has been a leader in data curation workforce development for more than a decade, recognized in 2013 with the Information Science Teacher of the Year Award from the Association for Information Science & Technology.

She has served on two National Academy of Sciences study committees — Preparing the Workforce for Digital Curation and Building Cyberinfrastructure for Combustion Research. She is currently an elected member of the technical advisory board for the Research Data Alliance, she sits on the steering committee for the National Data Service, and she serves on the external advisory board for the National Socio-Environmental Synthesis Center (SESYNC). From 2007-2014, before joining the Information School at the University of Washington, she was Director of the Center for Informatics Research in Science & Scholarship at the School of Information Sciences at the University of Illinois.

INTARC00151283





**Nic Weber** is an Assistant Professor at the Information School and a member of the Technology & Social Change Group (TASCHA) and the Data Lab at the University of Washington. He received his PhD in Information Science from the University of Illinois in 2015. His dissertation—which received the Beta Phi Mu Eugene Garfield Doctoral Dissertation award—looked at the sustainability of eScience infrastructures in the field of Climate Science.

**Nic Weber**

Assistant Professor,
University of
Washington
Information School

While conducting this work, Weber was named a visiting researcher at the National Center for Atmospheric Research and an early–career scholar with the Research Data Alliance (RDA).

Weber's current research focuses broadly on the design and implementation of information systems, and in particular the development of tools that enable transparency for public sector information. He is currently the technical director of the NSF-funded Qualitative Data Repository and a co–PI on the Open Data Literacy project funded by IMLS.

With TASCHA, Weber will be creating the Impact Data Trust, housing the impact data from the Internet Archive's *Open Libraries* project and that of its partners. As a trusted repository for aggregating library data while preserving the privacy of all patrons, the Impact Data Trust will allow researchers such as Weber to search for the deeper lessons that can serve the entire library ecosystem.

202

INTARC00151284



# Open Libraries
a project by the Internet Archive



**Abby Smith Rumsey** is a writer and historian focusing on the creation, preservation, and use of the cultural record in all media. She has written and lectured widely on digital preservation, online scholarship, the nature of evidence, the changing roles of libraries and archives, intellectual property policies in the digital age, and the impact of new information technologies on perceptions of history and time.

## Abby Smith Rumsey

Writer and Historian

Rumsey served as director of the Scholarly Communication Institute at the University of Virginia, and has advised universities and their research libraries on strategies to integrate digital information resources into existing collections and services.

For over a decade, Rumsey worked with the Library of Congress's National Digital Information Infrastructure and Preservation Program (NDIIPP) to develop of a national strategy to identify, collect, and preserve digital content of long-term value.

Rumsey served as director of programs at the Council on Library and Information Resources and was responsible for projects that addressed the use and preservation of historical and cultural materials in all genres, formats, and media. She wrote, edited, and commissioned numerous reports on the challenges of migrating our shared intellectual and cultural heritage from paper, film, and audio formats to digital media. Her work also examines the consequences of organizational disruptions, threats of information loss, and changing conceptions about intellectual property and the value inherent in information.

Abby Smith Rumsey holds a BA from Radcliffe College and MA and PhD degrees in history from Harvard University, where she specialized in Early Modern Russia and intellectual history. She has been a Fulbright Fellow and taught at Harvard and Johns Hopkins Universities.

203

INTARC00151285




**Anasuya Sengupta**

Co-Founder and
Coordinator, Whose
Knowledge?

**Anasuya Sengupta** is co-founder and coordinator of the global campaign Whose Knowledge?, work supported by a 2017 Shuttleworth Fellowship. She has worked in India, across the Global South, and internationally for more than 20 years, leading initiatives to amplify voices from the margins in virtual and real worlds.

Her work has supported free knowledge, feminist and social justice movements, and communities of practice. Most recently, as chief grantmaking officer of the Wikimedia Foundation, she created and headed the grant-making department (now community engagement), supporting Wikimedia communities worldwide in their efforts to create and enable free and open knowledge.

Before that, Sengupta was the regional program director for Asia and the Pacific Islands at the Global Fund for Women, one of the world's largest grant-making organizations focused exclusively on women's human rights. She has led initiatives challenging violence against women and children, combating religious and cultural fundamentalism, and supporting sexual and reproductive rights and women's health.

Sengupta is the author of *Defending Our Dreams: global feminist voices for a new generation* (Association of Women's Rights in Development and Zed Books, 2006), arguably the first international anthology of young feminist analyses and experience. She is currently on the board of the *Nonprofit Quarterly* and /The Rules.

Sengupta holds an M.Phil. in Development Studies from the University of Oxford, where she studied as a Rhodes Scholar. She also has an under-graduate degree in Economics (Honours) from Lady Shri Ram College, Delhi University.

INTARC00151286

🏛 **Open** Libraries
a project by the Internet Archive

**Internet Archive** | **Advisor Bios**



**Bethany Nowviskie**

Director, Digital
Library Federation

**Bethany Nowviskie** is director of the Digital Library Federation (DLF) at the Council on Library and Information Resources (CLIR). She also serves as research associate professor of Digital Humanities in the Department of English at the University of Virginia (U.Va.).

From 2007-2015, Nowviskie directed the Scholars' Lab and Digital Research & Scholarship Department at the University of Virginia Library. While there, she also served as special advisor to the university's provost for the advancement of digital humanities research, and as chair of the General Faculty Council. Nowviskie's past roles include serving as distinguished presidential fellow at CLIR, president of the Association for Computers and the Humanities, chair of the Modern Language Association's Committee on Information Technology, and associate director of the Scholarly Communication Institute. Her projects include:

- Neatline, toolset for geotemporal interpretation of archival collections unded by the National Endowment for Humanities (NEH) and the Library of Congress;

- the UVa Praxis Program, international Praxis Network, and #Alt-Academy collection, which address graduate education reform and alternative academic careers;

- the open-source library discovery platform, Project Blacklight;

- two NEH-funded programs: the Institute for Enabling Geospatial Scholarship and Speaking in Code, a summit on tacit knowledge exchange in software development.

Nowviskie holds a bachelor's degree in English and Archaeology (summa cum laude) from the University of Virginia, a master's in Education from Wake Forest University, and a PhD in English from U.Va., with a dissertation entitled Speculative Computing. *The Chronicle of Higher Education* pretty much summed her up in a "Ten Tech Innovators" profile: "Bethany Nowviskie likes to build things."

INTARC00151287

# McNamara Declaration
# Exhibit 46
# part 8





**Dan Cohen**

Vice Provost for Information Collaboration, Dean of the Libraries, and Professor of History, Northeastern University

**Dan Cohen** is vice provost for information collaboration, dean of the libraries, and professor of History at Northeastern University.

Prior to his work at Northeastern, Cohen was the founding executive director of the Digital Public Library of America (DPLA), where he worked to further the DPLA's mission to make the cultural and scientific heritage of humanity available, free of charge, to all.

At the DPLA, Cohen led Open E-books, a program with President Barack Obama and nonprofit partners that provides thousands of award-winning ebooks for free to millions of in-need children. At the Roy Rosenzweig Center for History and New Media, he oversaw projects ranging from PressForward to the September 11 Digital Archive to the popular Zotero research tool.

Cohen was an inaugural recipient, in 2006, of the American Council of Learned Societies' Digital Innovation Fellowship. In 2011, he received the Frederick G. Kilgour Award from the American Library Association, and in 2016 he was given the LITA/Library Hi Tech Award for Outstanding Communication for Continuing Education in Library and Information Science. In 2012, he was named one of the top "tech innovators" in academia by *The Chronicle of Higher Education.*

Cohen received his bachelor's degree from Princeton, a master's from Harvard, and his doctorate from Yale.

INTARC00151288





**David Rosenthal**

Chief Scientist,
LOCKSS Program,
Stanford University

**Dr. David Rosenthal** started the LOCKSS (Lots of Copies Keep Stuff Safe) Program, which enables long-term preservation of web published materials (ejournals, books, blogs, websites, archival materials, etc). He built and tested the initial prototype, developed the OpenBSD-based network appliance technology that LOCKSS peers used for the first five years of production, and was part of the research team that developed the award-winning fault- and attack-resistant peer-to-peer network technology that underlies the LOCKSS network. He currently works on economic models for long-term storage.

Rosenthal joined Sun Microsystems in 1985 from the Andrew project at Carnegie-Mellon University. He worked on window systems with James Gosling at Sun, and was part of the teams that developed both NeWS and the X Window System, now the open-source standard. He also worked on graphics hardware, the operating system kernel, and system and network administration.

Rosenthal left Sun in 1993 to be chief scientist and employee #4 at Nvidia, now the leading supplier of high-performance graphics chips for the PC industry. In 1996 he joined Vitria Technology, now a leading supplier of e-business infrastructure technology. There, he worked on reliable multicast protocols and on testing industrial-strength software. After starting the LOCKSS Program at Stanford with National Science Foundation funding, he brought his work on LOCKSS to Sun Labs from 1999 to 2002, before returning to Stanford Library in 2002 where he continues the work today.

Rosenthal received an MA degree from Trinity College, Cambridge and a PhD from Imperial College, London. He is the author of several technical publications and holds 23 patents. His interests include backpacking and the theater.

INTARC00151289





**David Rumsey**

Founder, David Rumsey Map Collection

**David Rumsey** is president of Cartography Associates, a digital publishing company based in San Francisco, and is chairman of Luna Imaging, a provider of enterprise software for online image collections. He was a founding member of Yale Research Associates in the Arts, also known as PULSA, a group of artists working with electronic technologies. He subsequently became associate director of the American Society for Eastern Arts in San Francisco.

Rumsey began building a collection of North and South American historical maps and related cartographic materials in 1980. His collection, with more than 150,000 maps, is one of the largest private map collections in the United States. In 1995, Rumsey launched the David Rumsey Historical Map Collection, www.davidrumsey.com. The free, public online website contains more than 30,000 high resolution images of maps.

In 2002, Rumsey was given an Honors Award from the Special Libraries Association for making his private map collection available to the public online. In the same year his map website won a Webby Award for Technical Achievement. The site has won numerous other web awards and has been featured in *Wired* magazine, *MIT Technology Review*, *Mercator's World* magazine, *San Francisco Chronicle*, *The New York Times*, and on TechTV.

Rumsey received his BA and MFA from Yale University where he was a lecturer at the Yale Art School. He has served on the boards of the John Carter Brown Library, the Internet Archive, The Long Now Foundation, the Stanford University Library Advisory Board, CLIR, the American Antiquarian Society, Yale Library Associates and the Samuel H. Kress Foundation.

208

INTARC00151290

A-2128





**Geoff Harder**

Associate University Librarian, Information Resources and Digital Initiatives, University of Alberta

**Geoff Harder** is the associate university librarian for digital initiatives at the University of Alberta. The University is dedicated to the promise made by founding president Henry Marshall Tory that "… knowledge shall not be the concern of scholars alone. The uplifting of the whole people shall be its final goal." To this end, Harder leads the strategic development of the University of Alberta Libraries' digital initiatives, positioning library services and collections to support broader, more open and improved forms of access and use. Harder and the teams he works with are known for their interest and commitment to developing digital library services to support emerging needs around research data management, repositories, and preservation. To further increase capacity in these areas, he is currently leading the planning and development of a new digital scholarship centre to open in 2018 on University of Alberta's main campus.

Harder contributes to the work of many data, preservation, and research organizations, including the Consortia for Advancing Standards in Research Administrative Data (CASRAI). He is on the Board of Directors for CLOCKSS, a not-for-profit joint venture between the world's leading academic publishers and research libraries whose mission is to build a sustainable, geographically distributed dark archive with which to ensure the long-term survival of web-based scholarly publications for the benefit of the greater global research community. Harder is also on the Advisory Committee for the Public Knowledge Project (PKP), a multi-university initiative developing (free) open source software and conducting research to improve the quality and reach of scholarly publishing.

Harder has been developing the partnership between the University of Alberta and the Internet Archive since 2008.

209

INTARC00151291





**Gerald Beasley**

Carl A. Kroch
University Librarian,
Cornell University

**Gerald Beasley** is the Carl A. Kroch university librarian at Cornell University, a position he accepted in 2017.

Prior to his work at Cornell, Beasley was vice-provost and chief librarian at the University of Alberta, where he oversaw the second largest academic research library and archives system in Canada, as well as the University of Alberta Press, bookstores, museum collections, copyright office and Technology Training Centre.

He is an elected member of the International Federation of Libraries and Institutions' (IFLA) Academic and Research Libraries Standing Committee; chair of the Canadian Association of Research Libraries' Policy Committee; and vice-chair of the Association of Research Libraries' Diversity and Inclusion Committee. His previous library experience includes leadership positions at the Canadian Centre for Architecture, Montreal; the Avery Architectural and Fine Arts Library, Columbia University, New York; and Concordia University, Montreal. He has also worked at the Royal Institute of British Architects and the Wellcome Institute for the History of Medicine in London, England.

Beasley is a graduate of Oxford University (MA, English Lang. & Lit.) and University College, London (MA, Library Studies). He is past-president of the Canadian Association of Research Libraries (2013-2015).

INTARC00151292





**Hannah Scates Kettler**

Digital Humanities Research & Instruction Librarian, University of Iowa

**Hannah Scates Kettler** is a digital humanities research & instruction librarian in the Digital Scholarship & Publishing Studio at the University of Iowa. She leads digital humanities projects from inception to preservation, managing the process of creation as well as providing research and development support. Her interests include issues raised by 3D creation and preservation, and she advocates for diverse representations in cultural heritage collections and digital humanities.

She is the founding member and current chair of the Digital Library Federation Cultural Assessment Interest Group, formed in February 2016 to discuss ways to assess how well digital collections represent, present, and allow for the discoverability of cultural artifacts. The Cultural Assessment group identifies institutional data and practices that may be relevant to understanding cultural assessment. Then, the group investigates underlying assumptions within these data and practices to help the community better understand the social structures that both influence cultural heritage collection work and result from it. The group strives to raise awareness of cultural bias and institutional blind spots, as well as recommend a set of data points to create more inclusive cultures within memory institutions.

Scates Kettler holds a BA from the University of Iowa in Anthropology with minors in Art History and Classics. She also holds a MA from King's College London in Digital Humanities, where she specialized in virtual cultural heritage.

INTARC00151293





**Jim Fruchterman**

Founder, Benetech

**Jim Fruchterman** is a social entrepreneur who has adapted the Silicon Valley technology approach to empower communities in need by creating scalable software to support social good solutions for accessible education, global literacy, and human rights. As a Caltech-trained engineer and veteran Silicon Valley tech entrepreneur, he was inspired to found Benetech when his venture capital investors vetoed a socially beneficial product idea.

Under Fruchterman's leadership, Benetech has created and scaled multiple software for social good enterprises and continues to develop and launch new software applications. Benetech's work in global education and literacy has transformed how a half million people with disabilities read and access information, delivered more than 10,000,000 accessible ebooks, and built an online collection of more than 500,000 titles.

Fruchterman is a MacArthur Fellow, a recipient of the Skoll Award for Social Entrepreneurship, the Outstanding Social Entrepreneur Award from the Schwab Foundation for Social Entrepreneurship, and the Migel Medal—the highest honor in the blindness field—from the American Foundation for the Blind. Fruchterman also provides thought leadership on software for social good by frequently working with technologists, for-profit companies, other nonprofits, and policy-makers to explore how software and data can better serve disadvantaged segments of humanity.

INTARC00151294



Internet Archive | Advisor Bios



**Kyle K. Courtney**

Copyright Advisor,
Harvard University

**Kyle K. Courtney**, both lawyer and librarian, is the copyright advisor for Harvard University. Working out of the Office for Scholarly Communication, Courtney works to establish a culture of shared understanding of copyright law within the Harvard community and beyond. He also serves as copyright and information policy advisor for HarvardX/edX, and he continues to teach first year legal research sessions through Harvard Law School's Legal Research & Writing Program. The State Copyright Resource Center, part of Courtney's "Copyright First Responders" initiative, was profiled in Library Journal in 2013, and he was named a National Library Mover & Shaker in 2015.

Courtney co-founded Fair Use Week in 2014, which is now an international annual celebration sponsored by more than 140 universities, libraries, and other institutions. In 2016 he won a Knight Foundation grant to develop technology for crowdsourcing copyright and fair use assessments. He runs a copyright law consulting practice for libraries, higher education institutions, non-profit groups, and specialized archives. He has a dual appointment at Northeastern University as a faculty scholar for the Program on Human Rights and the Global Economy (PHRGE) at the School of Law and is in his tenth year of teaching "Cyberlaw: Privacy, Ethics, and Digital Rights" for the interdisciplinary Information Assurance Program at the College of Computer and Information Science. He holds a JD with distinction in Intellectual Property/High Technology Law and an MSLIS.

He is a published author and nationally recognized speaker on the topics of copyright, technology, libraries, and the law. His writing has appeared in *Politico, Slate, Library Journal*, and other publications. His most recent book is *MOOCs and Libraries in the 21st Century* (Rowman & Littlefield Ltd., 2015.)

213

INTARC00151295

**Open** Libraries
a project by the Internet Archive

Internet Archive | Advisor Bios



**Lawrence Wilkinson**

Chairman, Heminge & Condell

**Lawrence Wilkinson** is chairman of Heminge & Condell (H&C), an investment and strategic advisory firm, and co-founder of Global Business Network (GBN). Through H&C, Wilkinson is involved in venture formation work, and serves as a director and counselor to several companies that he helped create. At the same time, Wilkinson continues to offer strategic counsel to a number of organizational clients and governments around the world. Wilkinson is a widely consulted and cited authority on strategic issues; a frequent speaker in academic, industry, and corporate settings; and works with a variety of not-for-profit organizations.

In 1987, Wilkinson co-founded GBN, a strategic consulting firm, where he served as president through 1998 and helped pioneer the use of scenario planning for organizations. His clients have included Harvard University, Oxford University, University of California/UC Press, O'Reilly Media, Apple, Google, IBM, Intel, Microsoft, AT&T, Verizon, The Walt Disney Co, The Capital Group, The Coca-Cola Co., NPR, CPB, BBC, the World Bank, The World Trade Organization, the World Economic Forum, and the governments of the United States, the United Kingdom, Mongolia, and Singapore. Wilkinson has authored several of the GBN Scenario Books, led GBN's work on the Future of R&D, and has designed and directed or co-directed several of GBN's major meetings.

Wilkinson graduated with honors from Davidson College, Oxford University, and Harvard Business School. He is an advisor to The Dalai Lama Fellows Program and The Library of the Future Project at The Bodleian Library, Oxford, an advisor and Visitor at the Harvard University Library, and is a Fellow of the MIT Center for Transportation and Logistics.

214

INTARC00151296

🏛 **Open** Libraries
a project by the Internet Archive

**Internet Archive** | **Advisor Bios**



**Lisa Petrides**

Founder and CEO,
Institute for the Study
of Knowledge
Management in
Education

**Lisa Petrides**, PhD is founder and CEO of the Institute for the Study of Knowledge Management in Education (ISKME), an independent, education nonprofit established in 2002, and a pioneer in knowledge sharing and innovation in the education sector.

Petrides is a scholar and international open educational resources (OER) expert who has helped lead the development of tools and strategies to create and support the field of open educational practice. Her work includes the creation of the award winning OER Commons, a digital public library of open educational resources. This collaboration platform enables users to discover and improve high-quality digital resources that are free, openly licensed, and available for a diverse range of learners. She has advised foreign governments and U.S. government agencies, states, schools, and colleges on implementing OER at all levels. ISKME also produces an international event dedicated to catalyzing education innovation, Big Ideas Fest.

A former professor in the Department of Organizational Leadership at Columbia University, Teachers College, her research has been at the forefront of understanding how education can be made relevant to learning through open access, social learning, information sharing, and knowledge collaboration.

Petrides has led development efforts that have enabled schools, colleges, universities, ministries of education, and support organizations to expand their capacity to collect and share information. She received an MBA from Sonoma State University, and a PhD in Education Policy from Stanford University.

215

INTARC00151297





**Martha Kanter**

Executive Director, College Promise Campaign

**Dr. Martha Kanter** leads the College Promise Campaign's national initiative to increase college access, affordability and completion in American higher education. She is also a senior fellow at New York University's Steinhardt Institute for Higher Education Policy. She specializes in policy efforts to identify innovative education interventions, financing models, and behavioral incentives at the local, state and national levels to raise America's high school and college graduation rates from two- and four-year colleges and universities. Her academic interests include: The Confluence of Access, Equity and Excellence; The Intersection of Policy and Politics in American Higher Education; and The Contributions of America's Community Colleges to the Nation's Social Fabric, Civic Future and Economy.

In 2009, President Barack Obama nominated Kanter to serve as the U.S. Under Secretary of Education, with oversight responsibility for all federal postsecondary statutory, regulatory, and administrative policies and programs for the U.S. Department of Education. From 2009-2013, Kanter and her team took bold steps to increase college access, affordability, quality, and completion to implement President Obama's goal to have the best educated, most competitive workforce in the world by 2020. She oversaw the successful implementation of the Direct Student Loan program that resulted in a 50-percent increase in college enrollment of low-income students, growing from six to more than nine million Pell Grant recipients. Previously, Kanter served as president of De Anza College and then chancellor of the Foothill-De Anza Community College District for sixteen years. She began her career as an alternative high school teacher. She holds a BA degree in Sociology from Brandeis University, an MEd from Harvard University, and an EdD from the University of San Francisco.

216

INTARC00151298



Internet Archive | Advisor Bios



**Michelle M. Wu**

Associate Dean and
Professor of Law,
Georgetown
University Law
Center

**Michelle M. Wu** is the associate dean for library services and professor of law at Georgetown University Law Center. She has served in this role since 2010, mapping a strategic course for the management and use of legal information, as well as teaching in the areas of copyright and copyright licensing. She has also served as acting associate dean for administration and finance and acting head of human resources.

Prior to joining Georgetown, Wu worked for Hofstra University as associate dean for information services, professor of law, and interim senior vice dean for academic affairs. As part of the law school's leadership team, she served as a key player in strategic planning and helped to build the infrastructure necessary for a law school in a period of transition. Wu also served as the associate director and then acting law library director for the University of Houston Law Center.

Wu is a frequent speaker on library and information management and has written widely on these topics as well as copyright. Her publications include *Technology and Future Directions for Law Libraries; Building a Collaborative Digital Collection: A Necessary Evolution in Libraries; Collaborative Academic Library Digital Collections Post-Cambridge University Press*, *HathiTrust and Google Decisions on Fair Use;* and *Food for Thought: Should Libraries Partner with Nonlibrary Search Engine Providers for Their OPACs and Discovery Layers?*

Wu received her Bachelor of Arts degree in Psychology from the University of California, San Diego, her JD from California Western School of Law, and her MLibr. from the University of Washington.

INTARC00151299





**Mike Furlough**

Executive Director,
HathiTrust Digital
Library

**Mike Furlough** is executive director of HathiTrust, an organization dedicated to collecting and preserving the scholarly and cultural record. Furlough oversees the full suite of its programs and services, which include a trusted digital library holding more than 15 million digitized books, providing collections access for print disabled users, large-scale copyright research and investigation, innovative support for text and datamining, and the establishment of a distributed print archive among its members.

Prior to joining HathiTrust, Furlough was the associate dean for research and scholarly communications at the Pennsylvania State University Libraries, where he established new programs to ensure the preservation and curation of original scholarship as well as traditional collections. In his roles at the University of Virginia Library, Furlough developed and led digital scholarship services that supported researchers in the sciences, social sciences, and in the then-emerging field of digital humanities.

His research and publications have focused on how libraries and universities develop new organizational supports for changing scholarly communication practices. *Getting the Word Out: Academic Libraries as Scholarly Publishers*, which he co-edited with Maria Bonn, was published by the Association of College and Research Libraries in 2015. From 2011 to 2013, he was a member of the faculty of the E-Science Institute, sponsored by the Association of Research Libraries, the Digital Library Federation, and Duraspace. He sits on the board of directors of the Digital Preservation Network and is a member of The Future of the Print Record working group sponsored by the Modern Language Association and American Historical Association. Before he ran away to join the library, Furlough studied American Literature at the University of Virginia.

218

INTARC00151300





**Nirmita Narasimhan** is a policy director with the Centre for Internet and Society, working in the areas of policy research and advocacy related to technology access for persons with disabilities. She was involved in drafting the Indian National Universal Electronic Accessibility Policy and also worked closely with different departments of the government of India to bring accessibility into their policies and programmes.

**Nirmita Narasimhan**

Policy Director,
Centre for Internet
and Society

Narasimhan has authored several reports on accessibility that are being used by policymakers worldwide. She has also presented papers on Information and Communication Technologies and Accessibility at conferences such as the Internet Governance Forum (IGF) and is the director, global reports, for G3ict. She has also participated in the World Blind Union Treaty negotiations at the World Intellectual Property Organization.

Narasimhan has won several awards for her work, including the National Award for Empowerment of Persons with Disabilities, which she received from the president of India in December 2010. Her educational background includes degrees in Law, German and Music.

219

INTARC00151301

**Open** Libraries
a project by the internet Archive

**Internet Archive** | **Advisor Bios**



**Pamela Samuelson**

Richard M. Sherman
Distinguished
Professor of Law
and Information at
the University of
California, Berkeley

**Pamela Samuelson** is the Richard M. Sherman distinguished professor of law and information at the University of California, Berkeley. She is recognized as a pioneer in digital copyright law, intellectual property, cyberlaw, and information policy. Since 1996, she has held a joint appointment at Berkeley Law School and UC Berkeley's School of Information. Samuelson is a director of the Berkeley Center for Law & Technology, and she has written and published extensively in the areas of copyright, software protection and cyberlaw. She serves on the board of directors of the Electronic Frontier Foundation and the Electronic Privacy Information Center, as well as on the advisory boards for the Center for Democracy & Technology, Public Knowledge, and the Berkeley Center for New Media.

For more than 20 years, Samuelson has been a contributing editor of *Communications of the ACM,* a computing professionals journal respected for its coverage of existing and emerging technologies, for which she has written more than 60 "Legally Speaking" columns. From 1997 through 2002, Samuelson was a fellow of the John D. & Catherine T. MacArthur Foundation. She is also a fellow of the Association of Computing Machinery. The Anita Borg Institute honored Samuelson with its Women of Vision Award for Social Impact in 2005, and the public interest organization Public Knowledge awarded her its IP3 Award for her contributions to Internet law and policy in October 2010.

INTARC00151302

A-2140





**Paula MacKinnon**

Interim Director,
Califa Group

**Paula MacKinnon** is interim director of Califa Group (califa.org), a nonprofit library consortium of more than 220 libraries, the largest library network in California. Founded in 2004, Califa manages statewide and national grant projects that benefit the library community; brokers library product and service agreements; advocates with publishers and vendors on behalf of libraries; operates the enki Library (enkilibrary.org) ebook platform, the first and only ebook platform to support library ebook ownership; and provides library Continuing Education and Professional Development training through the Infopeople project (infopeople.org).

In 2016, MacKinnon was awarded the California Library Association Technology Professional Award. Her recent projects include award-winning library services Discover & Go, a downloadable museum pass platform for California libraries; LiveChat, an eGovernment Customer Relationship Management service provided by the Library; enki Library, a California ebook platform that makes ebook ownership a reality for libraries; and Snap & Go, a smartphone application that uses QR codes to put library service, literally, into the hands of commuters.

MacKinnon holds a master's degree in Library Science from Dalhousie University, Canada.

INTARC00151303

🏛 **Open** Libraries
a project by the Internet Archive

Internet Archive | Advisor Bios



**Peter Jaszi**

Emeritus Professor, American University, Washington College of Law

**Peter Jaszi** is an emeritus professor at American University Washington College of Law who writes and lectures about copyright law in historical and cultural contexts. At American, he was a founder of the Glushko-Samuelson Intellectual Property Law Clinic and the Program on Intellectual Property and Information Justice. Having served as a trustee of the Copyright Society of the U.S.A., Professor Jaszi remains a member of its journal editorial board.

With Craig Joyce, Marshall Leaffer and Tyler Ochoa, he co-authors a standard copyright textbook, *Copyright Law* (Lexis, 7th ed., 2006). Alone and with Martha Woodmansee, he has written several articles on copyright history and theory; together they edited *The Construction of Authorship,* published by Duke University Press.

In 1994, Professor Jaszi was a member of the Librarian of Congress' Advisory Commission on Copyright Registration and Deposit, and in 1995 he was an organizer of the Digital Future Coalition. In 2007, he received the American Library Association's L. Ray Patterson Copyright Award, and in 2009 the Intellectual Property Section of the District of Columbia Bar honored him as the year's Champion of Intellectual Property.

Since 2005, Professor Jaszi has been working with Professor Patricia Aufderheide of the American University's Center for Social Media on projects designed to promote the understanding of fair use by documentary filmmakers and other creators. In 2006-07, he led an interdisciplinary research team, funded by the Ford Foundation, which investigated the connections between intellectual law and the traditional arts in Indonesia. Professor Jaszi also serves as the Intellectual Property Scholar of the Center for Intellectual Property at the University of Maryland University College.

INTARC00151304



**Susan Hildreth**

Practitioner in Residence, University of Washington Information School

**Susan Hildreth** is the inaugural, Gates-funded distinguished practitioner in residence (professor of practice) at the University of Washington Information School in Seattle. She recently stepped down as the executive director, Peninsula Library System, Pacific Library Partnership and the Califa Group. She also serves as an Aspen fellow in the Communications and Society Program at the Aspen Institute, advancing the work of the Dialogue on the Future of Public Libraries. In June 2016, she began a three-year term as the treasurer of the American Library Association.

She served as the director of the Institute of Museum and Library Services, a presidentially appointed, Senate confirmed position, from January 2011 through January 2015. Hildreth is the former city librarian of Seattle, where she managed the Seattle Public Library. Hildreth has also served as the state librarian of California, appointed by California Gov. Arnold Schwarzenegger. She also served as the city librarian of the San Francisco Public Library and in other leadership positions in California public libraries. She began her career as a branch librarian in the Edison Township, NJ, public library system.

Hildreth graduated cum laude from Syracuse University and holds a master's degree in Library Science from the State University of New York at Albany and a master's degree in business from Rutgers University.

INTARC00151305





**Victoria Reich**

Executive Director,
LOCKSS Program,
Stanford University

**Victoria Reich** is executive director of the LOCKSS (Lots of Copies Keep Stuff Safe) Program, Stanford University Library. The LOCKSS Program empowers local and national communities to ensure perpetual access to a wide range of materials, including for-fee and open access books and journals. In a 2014 audit, the LOCKSS technology received the first ever perfect score in the "Technologies, Technical Infrastructure, Security" category.

Reich has extensive library experience, having held positions at Stanford University Libraries, the U.S. National Agricultural Library, the Library of Congress and the University of Michigan. She was also instrumental in founding the CLOCKSS Archive and HighWire Press.

INTARC00151306



Internet Archive | Advisor Bios



**Vint Cerf**

Vice President
and Chief Internet
Evangelist, Google

**Vinton Gray Cerf** is an American internet pioneer, who is recognized as one of "the fathers of the internet," sharing this title with TCP/IP co-inventor Bob Kahn. His contributions have been acknowledged and lauded, repeatedly, with honorary degrees and awards that include the National Medal of Technology, the Turing Award, the Presidential Medal of Freedom, the Marconi Prize and membership in the National Academy of Engineering.

In the early days, Cerf was a manager for the United States' Defense Advanced Research Projects Agency (DARPA), funding various groups to develop TCP/IP technology. When the Internet began to transition to a commercial opportunity during the late 1980s, Cerf moved to MCI where he was instrumental in the development of the first commercial email system (MCI Mail) connected to the Internet. In 2005 he left MCI to become vice president and "chief Internet evangelist" at Google Inc.

Cerf is active in many organizations that are working to help the internet deliver humanitarian value in our world today. He is supportive of innovative projects that are experimenting with new approaches to global problems, including the digital divide, the gender gap, and the changing nature of jobs.

INTARC00151307


**Open Libraries**
a project by the Internet Archive

# Bibliography





INTARC00151308

# Internet Archive Proposal Bibliography
Footnotes – by section

## A. Overview

## Executive Summary

[1]
Benetech, "*Accessible eBooks for People with Print Disabilities*"
https://www.benetech.org/booksharelanding/

[2]
World Blind Union, "*WBU Priorities and Goals*"
http://www.worldblindunion.org/English/our-work/our-priorities/Pages/default.aspx

[3]
D'Vera Cohn, "*It's official: Minority babies are the majority among the nation's infants, but only just*", Pew Research (2016)
http://www.pewresearch.org/fact-tank/2016/06/23/its

[4]
Cooperative Children's Book Center, "*Publishing Statistics on Children's Books about People of Color and First/Native Nations and by People of Color and First/Native Nations Authors and Illustrators*"
http://ccbc.education.wisc.edu/books/pcstats.asp

[5]
Institute of Museum and Library Service, "*Public Libraries in the United States Survey: Fiscal Year 2013*" (2016)
https://www.imls.gov/sites/default/files/publications/documents/plsfy2013.pdf

[6]
Marrakesh Treaty to Facilitate Access to Published Works for Persons Who Are Blind, Visually Impaired or Otherwise Print Disabled
http://www.wipo.int/treaties/en/ip/marrakesh/

INTARC00151309

**Location for Proposed project**

[1]
Marrakesh Treaty to Facilitate Access to Published Works for Persons Who Are Blind, Visually Impaired or Otherwise Print Disabled
http://www.wipo.int/treaties/en/ip/marrakesh/

[2]
World Intellectual Property Organizations, "*Administered Treaties - Marrakesh*"
http://www.wipo.int/treaties/en/ShowResults.jsp?lang=en&treaty_id=843

B. **Community Engagement**

**Stakeholder Identification**

[1]
Department for Professional Employees, *Library Fact Sheet 2011* (AFL-CIO 2011)  http://ala-apa.org/files/2012/03/Library-Workers-2011.pdf

[2]
Institute of Museum and Library Service, "*Public Libraries in the United States Survey: Fiscal Year 2012*" (2014), 9  https://www.imls.gov/assets/1/AssetManager/PLS_FY2012.pdf

[3]
Institute of Museum and Library Service, "*Public Libraries in the United States Survey: Fiscal Year 2013*" (2016)
https://www.imls.gov/sites/default/files/publications/documents/plsfy2013.pdf

[4]
Brianna Schofield, Authors Alliance, excerpted from her letter of support.

5]
Lea Shaver, "Copyright and Inequality," *Washington University Law Review*, Vol. 92 Issue 1 (2014), 117-168
http://openscholarship.wustl.edu/cgi/viewcontent.cgi?article=6112&context=law_lawreview

[6]
Wikimedia Foundation, *List of Wikipedias*
 https://en.wikipedia.org/wiki/Wikipedia:Wikipedians

[7]
American Library Association, "*ALA Library Fact Sheet 6*"
http://www.ala.org/tools/libfactsheets/alalibraryfactsheet06

INTARC00151310

[8]
World Health Organization, "*Visual impairment and blindness*" (2014)
3.8% (285 million) people are estimated to be visually impaired worldwide:
https://www.imls.gov/sites/default/files/publications/documents/plsfy2013.pdf
The International Dyslexia Association, "*Dyslexia Basics*", cites a 15%-20% range for those
who experience some symptoms of Dyslexia.
https://dyslexiaida.org/dyslexia-basics/

[9]
Pew Research "*Wikipedia at 15: Millions of readers in scores of languages*" (2016)
http://www.pewresearch.org/fact-tank/2016/01/14/wikipedia-at-15/

[10]
Dr. Martha Kanter (former Under Secretary of Education) excerpt from letter of support
https://docs.google.com/document/d/1-qeN-
xEovlqnGoFFu64Kwla_Pa4FM4EKUueyWOrX0HA/edit?ts=59619516

[11]
Abby Smith Rumsey, "*The Risk of Digital Oblivion--What Knowledge should we Save?*" The
Chronicle of Higher Education:
2016. https://archive.org/details/TheRiskOfDigitalOblivion


**Inclusiveness**

[1]
Kathryn Zickuhr, Lee Rainie, Kristen Purcell and Maeve Duggan, "*How Americans Value
Public Libraries in Their Communities*" Pew Research Center, (2013)

[2]
Pew Research Center, "*LIBRARIES AT THE CROSSROADS Chapter 1: Who Uses Libraries and
What They do at Their Libraries*" (2015)
http://www.pewinternet.org/2015/09/15/who-uses-libraries-and-what-they-do-at-their-
libraries/

[3]
Deanne W. Swan, Justin Grimes, and Timothy Owens, "*Research Brief No. 5*" Institute of
Museum and Library Sciences (2013)
https://www.imls.gov/assets/1/AssetManager/Brief2013_05.pdf

[4]
Institute of Museum and Library Service, "*Public Libraries in the United States Survey: Fiscal
Year 2013*" (2016) The average number of e-books at U.S. public libraries in FY 2013 was
20,170.0 The average collection size across all public libraries was 116,481.6 items
https://www.imls.gov/sites/default/files/publications/documents/plsfy2013.pdf

229

INTARC00151311

**Persons with Disabilities**

[1]
World Blind Union, "*WBU Priorities and Goals*"
http://www.worldblindunion.org/English/our-work/our-priorities/Pages/default.aspx

**Stakeholder Engagement**

[1]
Internet Archive, "*Library Leaders Forum 2015 — Exploring the Future of Digital Libraries*"
https://blog.archive.org/2015/09/01/library-leaders-forum-2015-exploring-the-future-of-digital-libraries/

[2]
Michelle Wu, "*Collaborative Academic Library Digital Collections Post-Cambridge University Press, Hathitrust and Google Decisions on Fair Use*", Journal of Copyright in Education and Librarianship, Volume 1, Issue 1 (2016)
https://papers.ssrn.com/sol3/papers.cfm?abstract_id=2838898

[3]
Wendy Hanamura, "*MIT Press Classics Available Soon at Archive.org*" (2017)
http://blog.archive.org/2017/05/30/mit-press-classics-available-soon-at-archive-org/

[4]
Brewster Kahle, "*Transforming Our Libraries into Digital Libraries: A digital book for every physical book in our libraries*" 2016
https://archive.org/details/TransformingourLibrariesintoDigitalLibraries102016

**Evidence of Engagement**

**Stakeholder Influence**

[1]
Johannes Neuer, "*Introducing SimplyE: 300,000 E-Books to Browse, Borrow, and Read*", New York Public Library (July 21, 2016)
https://www.nypl.org/blog/2016/07/21/introducing-simplye

INTARC00151312

## C. Scalability of the Project

**Planning for Scale**

[1]
World Health Organization, "*Visual impairment and blindness*" (2014)
3.8% (285 million) people are estimated to be visually impaired worldwide:
http://www.worldblindunion.org/English/our-work/our-priorities/Pages/default.aspx
The International Dyslexia Association, "*Dyslexia Basics*", cites a 15%-20% range for those who experience some symptoms of Dyslexia.
https://dyslexiaida.org/dyslexia-basics/

[2]
World Blind Union, "*WBU Priorities and Goals*"
http://www.worldblindunion.org/English/our-work/our-priorities/Pages/default.aspx

[3]
Deanne W. Swan, Justin Grimes, and Timothy Owens, "*Research Brief No. 5*"  Institute of Museum and Library Sciences (2013)
https://www.imls.gov/assets/1/AssetManager/Brief2013_05.pdf

[4]
Institute of Museum and Library Service, "*Public Libraries in the United States Survey: Fiscal Year 2013*" (2016) The average number of e-books at U.S. public libraries in FY 2013 was 20,170.0  The average collection size across all public libraries was 116,481.6 items
https://www.imls.gov/sites/default/files/publications/documents/plsfy2013.pdf

[5]
Brewster Kahle, "*Building Libraries Together: New Tools for a New Direction*" (2014)
http://blog.archive.org/2014/10/28/building-libraries-together/

[6]
OCLC "*In support of library funding*" (2017)
http://www.oclc.org/blog/main/in-support-of-library-funding/


**The Credibility of the Proposed Solution**

[1]
Michael Kelley, "All 50 State Librarians Vote to Form Alliance With Internet Archive's Open Library", The Digital Shift (November 4, 2011)
http://www.thedigitalshift.com/2011/11/ebooks/all-50-state-librarians-vote-to-form-alliance-with-internet-archives-open-library/

INTARC00151313

[2]
Internet Archive's Library of 2020, "Advanced Reading"
http://library2020.blog.archive.org/learn-more/


**Support for the Change**
(no footnotes)

**Advantage of the Proposed Solution to Alternative Solutions and to the Status Quo**

[1]
John Palfrey, "*BiblioTech: Why Libraries Matter More than Ever in the Age of Google*", (New York: Basic Books, 2015)
https://www.amazon.com/BiblioTech-Libraries-Matter-More-Google/dp/0465042996


**Ease of Transferring and Applying the Solution at Scale**

[1]
Institute of Museum and Library Service, "*Public Libraries in the United States Survey: Fiscal Year 2013*" (2016) The average number of e-books at U.S. public libraries in FY 2013 was 20,170.0  The average collection size across all public libraries was 116,481.6 items
https://www.imls.gov/sites/default/files/publications/documents/plsfy2013.pdf

[2]
Johannes Neuer, "*Introducing SimplyE: 300,000 E-Books to Browse, Borrow, and Read*", New York Public Library (July 21, 2016)
https://www.nypl.org/blog/2016/07/21/introducing-simplye


**Organizational Capacity to Implement the Solution at Scale**
(no footnotes)

**Financial Sustainability of the Proposed Solution**
(no footnotes)


**D. Monitoring, Evaluation, and Learning**

**Results**

[1]
American Library Association, "*ALA Library Fact Sheet 6*"
http://www.ala.org/tools/libfactsheets/alalibraryfactsheet06

232

INTARC00151314

**Tracking**
(no footnotes)

**Milestones**
(no footnotes)

**Changes for Beneficiaries**
(no footnotes)

**Data Sources**
(no footnotes)

**Methodology**
(no footnotes)

**Gender Analysis**

[1]
Global Partnership for Education, "*All Children Reading: A Grand Challenge for Development*" (2014)
http://www.globalpartnership.org/blog/all-children-reading-grand-challenge-development

[2]
Anasuya Sengupta (Founder, Whose Knowledge?), from a letter of support (June 28, 2017)

**Findings**
(no footnotes)

**Dissemination**
(no footnotes)

**E. ADDITIONAL INFORMATION**

**Detailed Budget Narrative**
(no footnotes)

**Detailed Budget**

**Income Statement**

233

INTARC00151315

**Project Risk Management**

[1]
Authors Guild, Inc. v. HathiTrust
https://www.courtlistener.com/opinion/2677701/authors-guild-inc-v-hathitrust/
University Press et al. v. Patton et al.
http://www.arl.org/focus-areas/court-cases/106-cambridge-press-v-georgia-state-university

[2] Section 121 of the US Copyright Act.

[3] Authors Guild, Inc. v. HathiTrust, 755 F. 3d 87 (2nd Cir. 2014)

[4] Authors Guild, Inc. v. HathiTrust, 755 F.3d 87 (2d Cir. 2014)
https://www.courtlistener.com/opinion/2677701/authors-guild-inc-v-hathitrust/

[5] Authors Guild v. Google, Inc., 804 F.3d 202 (2d Cir. 2015)

[6] Authors Guild v. Google, Inc., 804 F.3d 202 (2d Cir. 2015)

[7] Section 121 in U.S. copyright law.


**F. Financial**

**Financial Strength and Stability**
(no footnotes)


**G. Technical**

**Technical Explanation**

[1]
17 U.S.C. §108 and 17 U.S.C. § 121.

[2]
"In determining whether the use made of a work in any particular case is a fair use the factors to be considered shall include— (1) the purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes; (2) the nature of the copyrighted work; (3) the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and (4) the effect of the use upon the potential market for or value of the copyrighted work." 17 U.S.C. § 107.

[3]

INTARC00151316

See e.g., Authors Guild, Inc. v. HathiTrust, 755 F.3d 87 (2d Cir. 2014).

[4] The first sale right is codified, in part, at 17 U.S.C. § 109.

[5] See e.g., Mattel Inc. v. Walking Mountains Prods., 353 F.3d 792, 803 (9th Cir. 2003), Cambridge University Press v. Patton, 769 F.3d at 1270.

[6] Campbell v. Acuff-Rose Music, Inc., 510 U.S. 569, 586 (1994).

[7]
For example:
- the creation of accessible versions of works for the print disabled in Authors Guild, Inc. v. HathiTrust, 755 F.3d 87, 98 (2nd Cir. 2014); and
- time shifting and space shifting of entertainment content in Sony Corp. of Am. v. Universal City Studios, Inc., 464 U.S 417 (1984) and Recording Industry Ass'n of Am. v. Diamond Multimedia Sys., Inc., 180 F.3d 1072, 1079 (9th Cir. 1999).
- reverse engineering of software to achieve interoperability in Sega v. Accolade, 977 F.2d 1510 (9th Cir. 1992), Atari v. Nintendo, 975 F.2d 832 (Fed. Cir. 1992), and Sony v. Connectix, 203 F.3d 596 (9th Cir. 2000);
- the operation of search engines in Authors Guild, Inc. v. Google, (2d Cir 2015), Authors Guild, Inc. v. HathiTrust, 755 F.3d 87, 98 (2nd Cir. 2014), Kelly v. Arriba Soft, 336 F.3d 811 (9th Cir. 2003), Perfect 10 v. Amazon.com, 508 F.3d 1146, 1166 (9th Cir. 2007), and Field v. Google, 412 F. Supp. 2d 1106 (D. Nev. 2006);
- the operation of plagiarism detection software in A.V. v. iParadigms, LLC, 562 F.3d 630 (4th Cir. 2009); and
- the recognition of images as historical artifacts in Bill Graham Archives v. Dorling Kindersley Ltd., 448 F.3d 605 (2d Cir. 2006).

[8]
See e.g., Campbell, 510 U.S at 591, Bill Graham Archives, 448 F.3d at 615; New Era Publications, Mattel v Pitt

[9]
Bobbs-Merrill Co. v. Straus, 210 U.S. 339 (1908).

[10]
Kirtsaeng v. John Wiley & Sons, 133 S. Ct. (pick either U.S. or S. Ct. but don't use both) 1351, 1371 (2013).

[11]
17 U.S.C. § 109. For another example, the sale of a used book clearly cuts into sales of the original book, but this market harm is allowed under the first sale right.

[12]

235

Wu, Michelle M., Collaborative Academic Library Digital Collections Post-Cambridge University Press, Hathitrust and Google Decisions on Fair Use (2016). Journal of Copyright in Education and Librarianship, Volume 1, Issue 1. Available at SSRN: https://ssrn.com/abstract=2838898

[13]
Authors Guild v. Google, Inc., 804 F.3d 202 (2d Cir. 2015). ("If the [HathiTrust] library had created its own digital copy to enable [fair uses] the making of the digital copy would not have been infringement. Nor does it become an infringement because, instead of making its own digital copy, the library contracted with Google that Google would use its expertise and resources to make the digital conversion for the library's benefit").

**Other**

[1]
Jill Lepore, *"The Cobweb Can the Internet be archived?"* The New Yorker (January 26, 2015) http://www.newyorker.com/magazine/2015/01/26/cobweb

INTARC00151318

# McNamara Declaration
# Exhibit 47

Page 1
Internet Archive: About IA
https://archive.org/about/

**INTERNET ARCHIVE**

SIGN UP | LOG IN    UPLOAD    Search

ABOUT    BLOG    PROJECTS    HELP    DONATE ▼    CONTACT    JOBS    VOLUNTEER    PEOPLE

## Read More

Server Statistics

Archive Statistics

Job Opportunities at the Internet Archive

Events

## News  [more]

Re: Far Out Magazine: Over 100,000 historic vinyl records are being digitised and made available to stream online for free

Hooniverse: Wayback Machine Allows a Peek into Defunct Detroit Automaker Websites

Laughing Squid: An Amazing Collection of Pulp Magazines Going Back 75 Years Is Available Online at The Internet Archive

Far Out Magazine: Over 100,000 his-toric vinyl records are being digitised and made available to stream online for free

GigaZine: ウェブ上の情報を記録・保存する「インターネット・アーカイブ」の存続をひっそりと脅かしているものと

ActuaLitte: Plongez dans l'art japonais de la fin du XIXe siècle grâce à ce mag-azine numérisé

Library Journal: Better World Libraries, Internet Archive Partner, Acquires Better World Books

Open Culture: The Internet Archive Is Digitizing & Preserving Over 100,000 Vinyl Records: Hear 750 Full Albums Now

Against The Grain: ATG Newsflash: For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books

Research Information: Better World Books affiliates with Internet Archive

# About the Internet Archive



The Internet Archive, a 501(c)(3) non-profit, is building a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, people with print disabilities, and the general public. Our mission is to provide Universal Access to All Knowledge.

We began in 1996 by archiving the Internet itself, a medium that was just beginning to grow in use. Like newspapers, the content published on the web was ephemeral - but unlike newspapers, no one was saving it. Today we have 25+ years of web history accessible through the Wayback Machine and we work with 950+ library and other partners through our Archive-It program to identify important web pages.

As our web archive grew, so did our commitment to providing digital versions of other published works. Today our archive contains:

- 625 billion web pages
- 38 million books and texts
- 14 million audio recordings (including 240,000 live concerts)
- 7 million videos (including 2 million Television News programs)
- 4 million images
- 790,000 software programs

Anyone with a free account can upload media to the Internet Archive. We work with thousands of partners globally to save copies of their work into special collections.

Because we are a library, we pay special attention to books. We began providing free access to books available to a public or academic library with a good collection, so to provide universal access we need to provide digital versions of books. We began a program to digitize books in 2005 and today we scan 4,000 books per day in 18 locations around the world. Books published prior to 1927 are available for download, and hundreds of thousands of modern books can be borrowed through our Open Library store. One of the Internet Archive's missions is to serve people who have difficulty interacting with physical books, so most of our digitized books are available to people with print disabilities (learn about access here).

Like the Internet, television is also an ephemeral medium. We began archiving television programs in late 2000, and our first public TV project was an archive of TV news surrounding the events of September 11, 2001. In 2009 we began to make selected U.S. television news broadcasts searchable by captions in our TV News Archive. This service allows researchers and the public to use television as a citable and sharable reference.

The Internet Archive serves millions of people each day and is one of the top 300 web sites in the world. A single copy of the Internet Archive library collection occupies 99+ Petabytes of server space (and we store at least 2 copies of everything). We are funded through donations, grants, and by providing web archiving and book digitization services for our partners. As with most libraries we value the privacy of our patrons, so we avoid keeping the IP (Internet Protocol) addresses of our readers and offer our site in https (secure) protocol.

You can find information about our projects on our blog (including important announcements), contact us, buy swag in our store, and follow us on Twitter and Facebook. Welcome to the library!

Generous funding has come from Foundations including:

- Andrew W. Mellon Foundation
- Council on Library and Information Resources
- Democracy Fund
- Federal Communications Commission Universal Service Program for Schools and Libraries (E-Rate)
- Institute of Museum and Library Services (IMLS)
- Knight Foundation
- Laura and John Arnold Foundation
- National Endowment for the Humanities, Office of Digital Humanities
- National Science Foundation
- The Peter and Carmen Lucia Buck Foundation
- The Philadelphia Foundation
- Rita Allen Foundation

The Internet Archive is a member of:

- American Library Association (ALA)
- Association for Recorded Sound Collections (ARSC)
- Biodiversity Heritage Library (BHL)
- Boston Library Consortium (BLC)
- Califa
- Council on Library and Information Resources (CLIR)
- Coalition for Networked Information (CNI)
- Digital Library Federation (DLF)
- Digital Preservation Coalition (DPC)
- Digital Public Library of America (DPLA)
- International Federation of Library Associations and Institutions (IFLA)
- International Internet Preservation Consortium (IIPC)
- Music Library Association
- National Digital Stewardship Alliance (NDSA)
- ReShare

Page 2
Internet Archive: About IA
https://archive.org/about/

      

      

# McNamara Declaration
# Exhibit 48

| From: | Brewster Kahle |
| Sent: | Tuesday, June 9, 2015 7:50 PM EDT |
| To: | ███@archive.org |
| Subject: | archiving the internet article in scientific american |
| Attachments: | signature.asc |

<br/>

### Archiving the Internet



Brewster Kahle
Internet Archive
11/4/96
Bold efforts to record the entire Internet are expected to lead to new services.
Submitted to Scientific American for March 1997 Issue

The early manuscripts at the Library of Alexandria were burned, much of early printing was not saved, and many early films were recycled for their silver content. While the Internet's World Wide Web is unprecedented in spreading the popular voice of millions that would never have been published before, no one recorded these documents and images from 1 year ago. The history of early materials of each medium is one of loss and eventual partial reconstruction through fragments. A group of entrepreneurs and engineers have determined to not let this happen to the early Internet.

Even though the documents on the Internet are the easy documents to collect and archive, the average lifetime of a document is 75 days and then it is gone. While the changing nature of the Internet brings a freshness and vitality, it also creates problems for historians and users alike. A visiting professor at MIT, Carl Malamud, wanted to write a book citing some documents that were only available on the Internet's World Wide Web system, but was concerned that future readers would get a familiar error message "404 Document not found" by the time the book was published. He asked if the Internet was "too unreliable" for scholarly citation.

Where libraries serve this role for books and periodicals that are no longer sold or easily accessible, no such equivalent yet exists for digital information. With the rise of the importance of digital information to the running of our society and culture, accompanied by the drop in costs for digital storage and access, these new digital libraries will soon take shape.

The Internet Archive is such a new organization that is collecting the public materials on the Internet to construct a digital library. The first step is to preserve the contents of this new medium. This collection will include all publicly accessible World Wide Web pages, the Gopher hierarchy, the Netnews bulletin board system, and downloadable software.

If the example of paper libraries is a guide, this new resource will offer insights into human endeavor and lead to the creation of new services. Never before has this rich a cultural artifact been so easily available for research. Where historians have scattered club newsletters and fliers, physical diaries and letters, from past epochs, the World Wide Web offers a substantial collection that is easy to gather, store, and sift through when compared to its paper antecedents. Furthermore, as the Internet becomes a serious publishing system, then these archives and similar ones will also be available to serve documents that are no longer "in print".

Apart from historical and scholarly research uses, these digital archives might be able to help with some common infrastructure complaints:

- Internet seems unreliable: "Document not found"
- Information lacks context: "Where am I? Can I trust this information?"
- Navigation: "Where should I go next?"

When working with books, libraries help with some of these issues, with "the stacks" of books, links to other libraries and librarians to help patrons.

### *Preservation of our Digital History*

Where we can read the 400 year-old books printed by Gutenberg, it is often difficult to read a 15 year-old computer disk. The Commission for Preservation and Access in Washington DC has been researching the thorny problems faced trying to ensure the usability of the digital data over a period of decades. Where the Internet Archive will move the data to new media and new operating systems every 10 years, this only addresses

CONFIDENTIAL

INTARC00390085

part of the problem of preservation.

Using the saved files in the future may require conversion to new file formats. Text, images, audio, and video are undergoing changes at different rates. Since the World Wide Web currently has most of its textual and image content in only a few formats, we hope that it will be worth translating in the future, whereas we expect that the short lived or seldom used formats not be worth the future investment. Saving the software to read discarded formats often poses problems of preserving or simulating the machines that they ran on.

The physical security of the data must also be considered. Natural and political forces can destroy the data collected. Political ideologies change over time making what was once legal becomes illegal. We are looking for partners in other geographic and national locations to provide a robust archive system over time. To give some level of security from commercial forces that might want exclusive access to this archive, the data is donated to a special non-profit trust for long-term care taking. This non-profit organization is endowed with enough money to perform the necessary maintenance on the storage media over the years.

Packaging enough meta-data (information about the information) is necessary to inform future users. Since we do not know what future researchers will be interested in, we are documenting the methods of collection and attempt to be complete in those collections. As researchers start to use these data, the methods and data recorded can be refined.

### Technical Issues of Gathering Data

Building the Internet Archive involves gathering, storing, and serving the terabytes of information that at some point were publicly accessible on the Internet.

Gathering these distributed files requires computers to constantly probe the servers looking for new or updated files. The Internet has several different subsystems to make information available such as the World Wide Web (WWW), File Transfer Protocol (FTP), Gopher, and Netnews. New systems for three-dimensional environments, chat facilities, and distributed software require new efforts to gather these files. Each of these systems requires special programs to probe and download appropriate files. Estimating the current size, turnover, and growth of the public Internet has proven tricky because of the dynamic nature of the systems being probed.

Protocol Number of Sites Total Data Change rate

WWW 400,000 1,500GB 600GB/month

Gopher 5,000 100GB declining (from Veronica Index)

FTP 10,000 5,000GB not known

Netnews 20,000 discussions 240GB 16GB/month

The World Wide Web is vast, growing rapidly, and filled with transient information. Estimated at 50 million pages with the average page online for only 75 days, the turnover is considerable. Furthermore, the number of pages is reported to be doubling every year. Using the average web page size of 30 kilobytes (including graphics) brings the current size of the Web to 1.5 terabytes (or million megabytes).

To gather the World Wide Web requires computers specifically programmed to "crawl" the net by downloading a web page, then finding the links to graphics and other pages on it, and then downloading those and continuing the process. This is the technique that the search engines, such as Altavista, use to create their indices to the World Wide Web. The Internet Archive currently holds 600GB of information of all types. In 1997 we will have collected a snapshot of the documents and images.

The information collected by these "crawlers" is not, unfortunately, all the information that can be seen on the Internet. Much of the data is restricted by the publisher, or stored in databases that are accessible through the World Wide Web but are not available to the simple crawlers. Other documents might have been inappropriate to collect in the first place, so authors can mark files or sites to indicate that crawlers are not welcome. Thus the collected Web will be able to give a feel of what the web looked like at a particular time, but will not simulate the full online environment.

While the current sizes are large, the Internet is continuing to grow rapidly. When it is common to connect one's home camcorder to the upcoming high bandwidth Internet, it will not be practical to archive it all. At some point we will have to become more select what data will be of the most value in the future, but currently we can be afford to gather it all.

### Storing Terabytes of Data Cost Effectively

Crucial to archiving the Internet, and digital libraries in general, is the cost effective storage of terabytes of data while still allowing timely access. Since the costs of storage has been dropping rapidly, the archiving cost is dropping. The flip side, of course, is that people are making more information available.

To stay ahead of this onslaught of text, images, and soon video information we believe we have to store the information for much less money

INTARC00390086

than the original producers paid for their storage. It would be impractical to spend as much on our storage as everyone else combined.

Storage Technologies Cost per GigaByte Random access time

Memory (RAM) $12,000/GB 70nanoSeconds

Hard Disk $200/GB 15miliSeconds

Optical Disk Jukebox $140/GB 10seconds

Tape Jukebox $20/GB 4minutes

Tapes on shelf $2/GB human assistance required

(1 GigaByte = 1000 MegaBytes, 1TeraByte = 1000GigaBytes. A GigaByte is roughly enough to store 1000 books or 1 hour of compressed video)

With these prices, we chose hard disk storage for a small amount of the frequently accessed data combined with tape jukeboxes. In most applications we expect a small amount of information to be accessed much more frequently than the rest, leveraging the use of the faster disk technology rather than the tape jukebox.

### Providing Access and New Services

After gathering and storing the public contents of the Internet, what services would then be of greatest value with such a repository? While it is impossible to be certain, digital versions of paper services might prove useful.

For instance, we can provide a "reliability service" for documents that are no longer available from the original publisher. This is similar to one of the roles of a library. In this way, one document can refer, through a hypertext link, to a document on another server and a reader will be able to follow that link even if the original is gone. We see this as an important piece of infrastructure if the global hypertext system is to become a medium for scholarly publishing.

Another application for a central archive would be to store an "official copy of record" of public information. These records are often of legal interest, helping to determine what was said or known at a particular time.

Historians have already found the material useful. David Allison of the Smithsonian Institution has used the materials for an exhibit on Presidential Election websites, which he thinks might be the equivalent to saving videotapes of early TV campaign advertisements. David Eddy Spicer of Harvard's Kennedy School of Government has used the materials for their "case studies" in much the same way they collect old newspapers articles to capture a point in time.

With copies of the Internet over time and cross correlation of data from multiple sources, new services might help users understand what they are reading, when it was created, and what other people thought of it. With these services, people might be able to give a context to the information they are seeing and therefore know if they can trust it. Furthermore, the coordination of this meta-information and usage data can help build services for navigating the sea of data that is available.

Companies are also interested in saving similar information and building similar services based on their internal information to help employees effectively learn from the experiences of others.

The technologies and the services that will grow out of building digital archives and digital libraries could lead towards building a reliable system of information interchange based on electrons rather than paper. Using the "library" might be done many times a day to use documents that are no longer available on the Internet.

### Legal and Social Issues

Creating an archive of informal and personal information has many difficult legal and social issues even if the material was intended to be publicly accessible at some point. Such a collection treads into the murky area intellectual property in the digital era. What can be done with the digital works that are collected gets into the area of copyright, privacy, import/export restrictions, and possession of stolen property.

To give a few examples: what if a college student made a web page that had pictures of her then-current boyfriend, but later wanted to take it down and "tear it up", yet it lived on in digital archives (whether accessible or not). Should she have the right to remove that document? Should a candidate for political office be able to go back 15 years to erase his postings to public bulletin boards that have been saved in the Archive? What if a software program that is legal to publish in Denmark, but illegal in the United States is collected by an archive: should this program be removed and hidden even from historians and scholars? The legal and social issues raised by the construction of the Archive are not easily resolved.

**CONFIDENTIAL**

**INTARC00390087**

By allowing authors to exclude their information from the Archive we hope to avoid some of the immediate issues, and allow enough time to pass to understand the larger issues at hand.

The Internet Archive might be able to help resolve some of these issues by publicly drawing the issues out and by participating in the debates. While many of these questions will take years to resolve, we feel it is important to proceed with the collection of the material since it can never be recovered in the future.

### *Where does it go from here?*

The new technologies and services currently being created might be useful in all digital libraries and help make the Internet more robust and useful.

Through an archive of what millions of people are interested in making public, we might be able to detect new trends and patterns. Since these materials are in computer readable form, searching them, analyzing them, and distributing them has never been easier. A variety of services built on top of large data sets will allow us to connect people and ideas in new ways.

For instance, Firefly Inc. is using the individual tastes in music and movies to help suggest other CD's and videos based on finding "similar" people. They have even found that people are interested in communicating with the other "similar" people directly thus forming communities based on similar interests. This kind of computer matchmaking which is based on detailed portraits of people's preferences suggests similar services based on reading habits.

Trends in academic fields might be able to be detected more easily by studying gross statistics of the communications in the field. The hypertext links of the World Wide Web form an informal citation system to the footnote system already in use. Studying the topography of these links and their evolution might provide insights into what any given community thought was important.

If archiving cultural and personal histories become useful commercially, then the efforts can be expanded to record radio and video broadcasts. These systems might allow us to study these effects and influences on our lives.

Current terabyte technologies (storage hardware and management software) are relatively rare and specialized because of their costs, but as the costs drop we might see new applications that have traditionally used non-computer media. For instance,

- A video store holds about 5,000 video titles, or about 7 terabytes of compressed data.
- A music radio station holds about 10,000 LP's and CD's or about 5 terabytes of uncompressed data.
- The Library of Congress contain about 20 million volumes, or about 20 terabytes text if typed into a computer.
- A semester of classroom lectures of a small college is about 18 terabytes of compressed data.

Therefore the continued reduction in price of data storage, and also data transmission, could lead to interesting applications as all the text of a library, music of a radio station, and video of a video store become cost effective to store and later transmitted in digital form.

In the end, our goal is to help people answer hard questions. Not "what is my bank balance?", or "where can I buy the cheapest shoes", or "where is my friend Bill?" - these will be answered by smaller commercial services. Rather, answer the hard questions like: "Should I go back to graduate school?" or "How should I raise my children?" or "What book should I read next?". Questions such as these can be informed by the experiences of others. Can machines and digital libraries really help in answering such questions? In the long term, we believe yes, but perhaps in new ways which would have importance in education and day-to-day life.

### *Further Reading:*

Preserving Digital Objects: Recurrent Needs and Challenges, December 1995 presentation at 2nd NPO conference on Multimedia Preservation, Brisbane, Australia.

The Vanished Library, Luciano Canfora. University of Berkeley Press, 1990.

### Biography:

Brewster Kahle is a founder of the Internet Archive in April 1996. Before that, he was the inventor of the Wide Area Information Servers (WAIS) system in 1989 and founded WAIS Inc in 1992. WAIS helped bring commercial and government agencies onto the Internet by selling Internet publishing tools and production services to companies such as Encyclopaedia Britannica, New York Times, and the Government Printing Office.

Schooled at MIT (BSEE '82), Brewster designed super computers in the 80's at Thinking Machines Corporation.

**CONFIDENTIAL**  **INTARC00390088**

# McNamara Declaration
# Exhibit 49

PERSPECTIVE

# Universal Access to All Knowledge

Brewster Kahle

I like the idea that there's a God somewhere looking after us. But sometimes I think it's a wrathful God. Who are the right gods? Janus sounds nice, but the idea of Sisyphus having to roll a rock continuously up a hill strikes me as more appropriate. When tending files on spinning magnetic storage systems and trying to preserve them for centuries, I think of Damocles' sword hanging over us. One major slip and it could be a very, very bad day at the Archive.

I thought I'd go over some of the Internet Archive's experience working with digital materials in large numbers from an archival point of view. What are the technological issues? What are the access and use issues? What are the institutional problems and issues? What are the copyright issues? How should this all work?

I'm happy to say that after ten years of running the Internet Archive, it's all going very well.[1] In many ways, we're *cool*. The idea of archives being popular and in demand is happening in a big way. I leave from here to go to Boston to give a keynote at Wikimania. How cool is this? That we archivists have our day? This is our day—certainly for access. And, in this time of digital transition, we will discover new forms of preservation, even if not in exactly the same way we've always thought of it, as well as radically opening up our archives. This is the librarians' and the archivists' day, if we step forward and take it.

I'd like to give you an idea of some of the gritty stuff. How much does it cost? What's it like working with different organizations? Which organizations are going to do what? What about the skills required? What can we outsource, what

Brewster Kahle was invited to give a keynote address at the Society of American Archivists Annual Meeting, Washington, D.C., 4 August 2006, as part of the plenary session on technology following Richard Pearce-Moses' Presidential Address. The presentations complemented each other, with Pearce-Moses touching on the challenges of the digital era and Kahle describing efforts to address those challenges at the Internet Archive.

[1] Visit the Internet Archive at www.archive.org.

PLAINTIFFS0001109

Case 1:20-cv-04160-JGK-OTW Document 96-53 Filed 07/07/22 Page 133 of 10

can we not? What do we take in ourselves? Do we want to create a repository in one place or in lots of places? At the Internet Archive we're wrestling with these questions by just *trying* things.

We could actually make the dream of the Library of Alexandria a reality—the dream of having it all. The idea of having all published—and I'd even suggest the bulk of unpublished—things be universally accessible. In general, archivists are used to being overwhelmed. We're trying to deal with the small. What can we do a little bit more of next year? We should rethink the question. Why don't we put it *all* on-line? Sometimes it's a lot less expensive, because often the selection process is more expensive than the digitization process. And sometimes technology can help us find what we're seeking in a way that prohibitively expensive record-by-record cataloging cannot. Let me suggest some radical ways of thinking that could put the goal of universal access to all knowledge within our grasp.

The goal will not be achieved by a bunch of folks out in California. It's got to be a large-scale societal effort. Let me try to emphasize that it's actually possible. I'll be emphasizing published materials, even though I realize I'm in a room full of archivists.

Let's start with text. How hard is it to bring printed materials, whether bound or unbound, on-line on a large scale? Well, we started to look around. How big is the task? Take the largest library collection of published materials, the Library of Congress, which I understand holds between 26 and 28 million bound volumes in its collections. If you take the text of a book and digitize it in Microsoft Word format, it's about a megabyte. If a book is about a megabyte, 26 million books is 26 million megabytes. The units go mega, giga, tera, so it would take 26 terabytes to store all the words in the Library of Congress. In current terms, that's a computer that's about the size of this podium and costs about $60,000. So for $60,000 you could buy a computer system that could store all the words in all the books of the Library of Congress. Pretty cool. So for much less than the cost of a house, you can have the Library of Congress. Or in California, you could have a garage, or a really nice rose garden, or a parking space. But it's within our grasp to talk about having all the words in the Library of Congress on spinning storage that could be accessible from a large number of places. So then, the question is, "How do we get it there?"

It is a little bit more difficult to go through and image every one of those pages and then run them through optical character recognition (OCR), but even that process is getting much, much cheaper. If we add OCR, we end up with books that are searchable so that you can go and find things within a book, rather than just finding the catalog record or a picture of a page. Books are starting to appear on the Net with little tabs: If you search for "Boston" in a given book, these little tabs say "look here" and highlight the text.

After digitizing, we can do other things that we couldn't do before. One thing is the ability to deliver paper materials to people remotely. Take the

24

PLAINTIFFS0001110

UNIVERSAL ACCESS TO ALL KNOWLEDGE

archives' and the libraries' stuff, digitize it and put it on the Net, and then turn it back into paper. Maybe I'm a little old-fashioned, but I like books. The idea of actually delivering books to people is, I think, a good thing. It isn't that hard to build a whole print-on-demand bookmobile. You can actually do it in a little van with a satellite dish, a printer, a binder, and a book cutter. Kids can actually print their own books. Turns out if you're printing a hundred-page book—okay that's not a very big book—but a hundred-page book costs a buck. A dollar a book to print and bind for the paper, toner, and cover. That's not the capital costs and that's not the labor, but for a buck a book you can afford to give away books. Which is kind of nice in the sense that you don't have to give out the only copy that you have. I think of the librarian's dilemma, wondering every time somebody walks out the door with a book, "Is it going to come back?" If we have the ability to print on demand, we can get around that particular problem.

Other people are doing this. Eric Eldred, the guy who[2] got to the Supreme Court challenging the copyright term extension, has his own bookmobile. There are bookmobiles in India, Egypt, and Uganda. We found out that this technology worked quite well for printing and binding in the field.

We also found out that there weren't enough good books. The real challenge is to go back and scan these materials so we can make them available to be distributed this way. We started with out-of-copyright materials to assess the institutional responsibilities, such as, "Who can do what?" And "Who *should* be doing what?" And "How much does it *really* cost?" What we found is that if you ship your books to India, it costs about ten dollars to scan one book. That's not too bad.

Unfortunately, a lot of people don't like sending their books to India. We sent 100,000 books to India, and we haven't gotten them back yet. It's not a problem with the Indians, it's this whole coordination thing. People generally don't want to send their books out of house. The Library of Alexandria in Egypt is starting to do in-library scanning. They've scanned about 20,000 books. The idea of scanning inside libraries made a lot of sense, so we tried out some robotic technologies. We found out they weren't reliable. And they were quite expensive. The experience foretells good things for these advanced technologies in the future, but we found that going back and doing a simpler system—manual page turning—was easier. So we developed our own little book scanner to get the cost per page—if you were to scan inside the United States—down to ten cents. It holds the books in a cradle and is nondestructive. It uses glass to flatten the page to get really good images, 300 dots per inch at a minimum, but more likely 500 or 600 dpi with the current digital cameras. So, at ten cents a page, if it's a three-hundred page book, it's about $30 a book. If you're trying to do a million books—which is a lot—it's $30 million. Which is more than I happen to have at the moment. But that figure is not that large by the total economics of

[2] 537 US Supreme Court 186, *Eldred et al. v. John D. Ashcroft, Attorney General,* 15 January 2003.

PLAINTIFFS0001111

what our institutions spend. In the United States, libraries and archives are a
$12-billion-a-year industry. So, if it's $30 million to scan a million books, you can
imagine starting to think large.

We've started to build these scanning stations and put them into partner
libraries, including the University of Toronto and the University of California.
We'll be going into the Boston Library Consortium, the Boston Public Library,
and a number of other places as well. We'll be like an in-house service bureau.
They could have done it themselves, but they actually wanted an in-house
service bureau at ten cents a page. That's been working out very well, and we've
been getting sponsorship from Yahoo! and Microsoft to digitize these materials
in such a way that they're openly accessible, as opposed to digitization that goes
into just a single commercial company's offerings as we've seen in some other
projects. I think we've got some opportunities to get sponsorship or support
for the early days, but in general it's going to be our responsibility to bring some
of these collections forward. I would suggest that the cost of digitizing some
26 million books, at $30 a book—even if it were all done in the United States—
is $750 million. It doesn't have to be done all in one year, but in time we could
get all the books of the Library of Congress scanned and put on-line. Pretty neat.
It's doable.

We started doing some work with the University of North Carolina, testing
digitizing single pages, such as loose-leaf papers. We're still in the early stages to
see if we can get that cost down to ten cents a page and do really high-quality
imaging. In some ways, this project is reminiscent of microfilm, but with color,
better resolution, and better accessibility.

So, audio. If we're trying to do the same thing with our audio collections, how
much is there? As best we can tell, two to three million disks, 78s, long-playing
records, and CDs have been published. Again, a couple of these podiums full of
computers would do it; it's not that much stuff. The question is, "*Can* we do these
sorts of things?"

We're working in a fairly litigious environment, especially in the published
music area. However, we've found that a lot of communities aren't served very
well by the current publishing industry. Niches of people who live by their
music—people who aren't Madonna or Nirvana—have an interest in getting
their music up and out. We made an offer to musical communities to host their
materials. We provide unlimited storage, unlimited bandwidth, forever, for free,
for those who want to share materials that, broadly defined, belong in a library.
Lots of people are taking us up on that offer. They like the longevity of being
archived. They also like the savings in bandwidth bills.

In this country, it generally doesn't cost you to give something away. If you
give something to the public or to a charity, not only do you not get taxed for it,
you get a pat on the back and a tax deduction. Except on the Internet. If you put
something really popular up on the Internet, and it gets blogged, and somehow

26

PLAINTIFFS0001112

it becomes very popular, your bandwidth bill from your ISP can go through the roof. And you could go broke. This makes no sense. The idea that it costs people to give things away makes no sense at a societal level. So, we in the library and archives world, I think, have a role to play. Let's provide room on our shelves for those who want to provide these things. They'll do a whole heck of a lot of work cataloging and doing all sorts of interesting things to make these works available. They'll do a lot of work for us if we do this *quid pro quo*.

The community of rock-and-rollers really took us up on our offer. In the rock-and-roll world, the Grateful Dead started a tradition of allowing people to record their concerts and pass around their tapes as long as no one makes any money. The key is: No one makes any money. You're allowed to pass around the tapes. Lots of bands copied them. Thousands of bands copied them. There's a whole community of people who trade concert recordings—bootlegs. When the Internet came along, they started trading over the Internet. We went to this community and said, "Would you like unlimited storage, and unlimited bandwidth, forever, for free?" They wrote back, "We don't believe you." So we said, "Try us— we know how to do big servers." People have been uploading their musical recordings. We went back to the bands and asked permission. Because trading tapes is different from putting something on a Web site, we went back to the bands and asked, "Is it okay to make this available?" The key thing we heard back from them was, "Are you going to make any money off it?" We said, "No. We're a nonprofit; we have no ads, no nothing." And they said, "Okay. Good. Let's give this a shot." Now we have over two thousand bands and over thirty thousand concert recordings. We have everything the Grateful Dead ever did. All these recordings are available on the Internet Archive, and it's providing both preservation and access to a type of material that was very difficult to get to before.

So the audio collections are small enough that we can do the whole thing. Audio, I would suggest, is within our grasp. We're not technologically limited. It's finding the niches that really make sense at this particular time that's the key component. And then, there are the rights issues, but I won't go into that much.

Within your collections, I'll bet you have a lot of audio recordings. It costs about $10 to digitize a long-playing record if you do them in bulk. That's not too bad. It costs quite a bit more if you're dealing with old tapes. But if you're dealing with relatively modern tapes and you can go through them without restoration, you can do it in bulk. Look into making your audio collections available. It's worth putting them out there.

We've also found that if you put things out there in a nonprofit setting, it works for people in the sense that they don't gripe. The idea of opt-out as opposed to opt-in—putting it up and then if somebody complains, taking it down—works very well in these sorts of communities. I would suggest being a bit bold and making things available, as Richard Pearce-Moses is coaching us to do.

PLAINTIFFS0001113

Now, moving images. How many are there? If you take the Hollywood films, theatrical releases, I'm told there are between one and two hundred thousand. That's the universe of works designed for theatrical release. These works are quite heavily mined and used, so the rights issues are pretty thorny. We could get about six hundred works up on the Web site because the copyright registration lapsed. They're in DVD format, as well as other lower-resolution formats. Lots of old Westerns and so on; they're quite popular.

What we've found, actually, is that the archival films are a really big boon for us. I was introduced to Rick Prelinger, who runs one of the largest private film libraries, and we did a collaboration where the Internet Archive paid for the digitization of his top thousand films and put them up on the Internet for free. He supported himself from his library, and he found his business did better. People continued to go back to Getty Images[3] and pay fees to be able to get to his works, even though these same works were available on the Net. He expanded the program to two thousand films.

We're finding that lots and lots of people, untraditional people, are using our archives in ways that we've never imagined before. This stuff is popular. We've gotten over two million downloads just this year from just the Prelinger collection. Two million! And they're using them in untraditional ways. They're making mash-ups and other fun things. They're making new music videos. They're learning from them. We're injecting the past into the present in an interesting and accessible way to millions of people.

So, it's all working, both from a business model sense and a cost sense. We've gotten digitization down to about $15 per video hour. We helped put a guy in business based on $15 an hour. Almost all of us have cupboards full of videotapes; if you just send them to this guy, he'll put them on-line for $15 per video hour. It's cheap. Right? You can get a thousand hours done for $15,000. And we'll do all the hosting. So the cost of doing bulk digitization of video is quite inexpensive. We've even done some with 35 mm films, and that's on the order of $100, $150 per hour. Again, doable. Is this perfect restoration? No. But it's great access.

Take television. We estimate about four hundred channels of television. We've been archiving twenty channels of television twenty-four hours a day at DVD quality. It is like a big TiVo box, if you will. We hit the record button and started recording twenty channels, Russian, Chinese, Japanese, Iraqi, Al Jazeera, BBC, NBC, CBS, ABC. For a couple of years, we've only made one week available, 11 September through 18 September 2001. It was the news from around the world, what the world saw. We put that out one month after September 11th. So the idea of taking our archives and injecting them back into the common discourse immediately is within our grasp because of this

---

[3] See http://gettyimages.mediaroom.com/index.php?s=company_overview, accessed 22 January 2007.

28

PLAINTIFFS0001114

technological capability. Collecting on the large scale of television is also within our grasp, even in terms of the finances of small organizations such as ours.

We've found that there's a real growth in new types of movies. Because people have cell phones and video cameras, they're doing different kinds of movies. Again, we've offered free hosting for them. We've been getting all sorts of things. There's this whole Lego community (who would have thought?) that makes movies with Legos as actors. You know, still cameras and sound effects. Some of these are cool. Some are terrible. But they're small, and it's easy to help support that community, as well as a lot of political videos that are now being put up on the Net. We're starting to get large numbers of universities putting out their archives of lectures. What a great thing. So a kid in Uganda who's a real math whiz could start to learn from the great university lectures. Isn't that right? If it cost $15 a video hour, why not? So I would say that video is also doable.

We've been working on software as well. We believe there are only approximately thirty thousand titles. Most of the issues in their preservation pertain to law and policy. Technical issues include how to emulate the old platforms. Some of the best archival work is being done by underground communities that support gaming. We can help those guys by giving them an umbrella to work under.

I've tried to look at these different media and show that they can be brought on-line. We're probably best known for our Web collection. We have 55 billion Web pages. We take a snapshot of the Web every two months. It's a full public snapshot of the Web since 1996. We can show you what Yahoo! looked like in 1996. Or Pets.com. In fact, most people use our Wayback Machine to look at their old stuff. We get a couple hundred thousand users a day, which we're very proud of.

## Preservation

How do we preserve *and* facilitate access to the materials? That is a real problem. If there's one lesson from the first library of Alexandra—which is probably best known for burning—it's "don't have just one copy." Living on the San Andreas Fault line in San Francisco, we're aware of what can happen. As a result, we've built relationships with other organizations and are giving copies of the things that are most precious to us to people who are as far away and as different from us as we could find. A copy of the Internet Archive is at the new Library of Alexandria in Egypt. We've given a copy of our collections to them, and they're giving a copy of their collections to us. We've also started the same kind of thing in Amsterdam.

So preservation means "make copies." It may be the best way to start. There's a lot of hand wringing. You're going to lose stuff. So go and put things in other people's hands who are friends enough that you can go to them and say, "Mind if I get a copy of that back?" These digital technologies erode very

29

PLAINTIFFS0001115

quickly. The current digital technologies only last about three years. In the last ten years, we've moved—transitioned—our materials three times. It's painful. And lossy. It's very difficult. We're in the process of doing it again right now. So I would suggest you put it under different administrations so that they'll have different faults than you do. At some point, maybe there will be some digital technologies that work for the long term. But demands that technology companies think about what we archivists need are unlikely to be heeded. They're going for the commercial sectors. They don't really care about the longevity of this stuff. They just want to get their Microsoft Word documents fast. So we get to suffer and use these technologies as best we can. Copying things forward within our own organizations is key. The other is making copies in far away places.

## Access

We've tried different access methods. I've said we've gotten a couple hundred thousand users a day, which is pretty good. It should be more. We've put the Wayback Machine up, and you can go and see old Web pages. We've tried some different search services that use time-graphs on top showing the frequency of use of particular words that you're using. I think time-based search is going to be pretty interesting as a mechanism to bring broader access to these materials.

Will we live up to this opportunity? I don't know. A bunch of us are really throwing ourselves at it. We're trying really hard. But it's got to be a much broader effort. We really need help. We want it to be in the public sector for all the reasons of longevity and openness. If you could help, that would be fantastic. If we can help you, that would be fantastic. It's not as hard as you might think. It's not as costly as you might think. One of the key areas is to be bold and try things.

What are some of the issues? The network layer is kind of working, and we have some issues at the software layer. We're facing unknowns at the content layer. Will the future of these libraries and archives be public or private? Is it going to be Elseviers, ProQuests, and Googles, or is it going to be the Library of Congress, NARA, the Internet Archive, and similar places that will really provide the service layers to get to collections? It's a big unknown right now. I think there's definitely a role for the commercial guys. But libraries and archives really have to keep our roles whole and moving forward because we have a very different point of view than the commercial guys. Will access be open or proprietary? Will it all go under digital rights management, or are we going to help push some of these systems to be more open to fulfill the democratic ideals that are baked into our profession? I'd say those are a couple of the big, open questions that we haven't figured out even as the technologies are moving along.

30

PLAINTIFFS0001116

One organization that might help is the Open Content Alliance.[4] It's an organization of technology companies and libraries that is working on the issues of dealing with rights to our holdings. How do we build joint collections with joint service models that make sense so that people don't have to poke into every random archives server? We can have joint collections that users can search in groups so that people can get what they're looking for without having archives and libraries feel like they've sold out. How do we strike that balance? The Open Content Alliance is attempting to achieve it.

In conclusion, I argue for universal access to all knowledge. I argue that it is within our grasp financially. It's within our grasp technologically. It's within our grasp politically. It's a great project to work on. In many ways, we've been working on it for centuries. It's a project in many ways we're *all* working on. Technologies make it possible to do things that, with paper, were very, very difficult. Universal access to all knowledge is possible, and I'd say it could be measured as one of the great achievements of humankind, along with putting a man on the moon or assembling the Library of Alexandria. I think our generation could bring universal access to all knowledge, and that's something we'd be proud of for centuries.

[4] See http://www.opencontentalliance.org/, accessed 22 January 2007.

31

PLAINTIFFS0001117

# McNamara Declaration
# Exhibit 50

Page 1
Grant funds open-source challenge to Google library | ZDNet
https://www.zdnet.com/article/grant-funds-open-source-challenge-to-google-library/






Trending    Innovation    Security    Business    Finance    Education    Home & Office    More

     Join / Log In

Home  |  Business  |  Enterprise Software

# Grant funds open-source challenge to Google library

Internet Archive receives $1 million from charitable trust to help boost up its open-source alternative to book-scanning efforts.

 Written by Candace Lombardi on Dec. 20, 2006

  

**MUST READ**



These are the cybersecurity threats of tomorrow you should be thinking about today

Read now →

The nonprofit Internet Archive announced Wednesday it has received $1 million from the Alfred P. Sloan Foundation to continue its effort to scan public domain works for open online accessibility.

The archiving organization's Open-Access Text Archive is an open-source alternative to book-scanning efforts like the ones from Google and Microsoft. Internet Archive, perhaps best known for its WayBack Machine archive of Web pages by date--is also an online digital library of text, audio, software, images and video content.

"Brewster Kahle and the Internet Archive are pioneers in this exciting and historic opportunity to create a universal digital library that is both open-access and non-proprietary," said Doron Weber, who oversees public understanding of science and technology at the Sloan Foundation, in a statement.

Kahle was one of the inventors of Wide Area Information Servers (WAIS), a text-based search system that searched database indexes on remote servers before there were Internet search engines. After WAIS was sold to AOL in 1995 for several million dollars, Kahle founded the Internet Archive, which works closely with the Open Content Alliance (OCA). The OCA developed a set of principles dedicated to a "permanent archive of multilingual digitized text and multimedia content" for free and open access.

The grant from the Sloan charitable trust will enable Internet Archive and the OCA to scan collections from several major institutions, including the entire collection of publications from the Metropolitan Museum of Art as well as several thousand images from the museum; John Adams' personal library of over 3,800 works at the Boston Public Library; and other collections from The Getty Research Institute, Johns Hopkins University and the University of California, Berkeley.



**RELATED**

This is the ultimate security key. Here's why you need one

Security

He flew American Airlines, she flew United. For both, the unthinkable happened

Business

Cloud computing is about to hit another big milestone

Cloud






Page 2
Grant funds open-source challenge to Google library | ZDNet
https://www.zdnet.com/article/grant-funds-open-source-challenge-to-google-library/

The announcement comes just after the San Francisco-based Internet Archive reached the milestone of scanning 100,000 books. That may not sound like a lot compared to Google Book Search's claim of millions within a decade, but the OCA has ramped up its scanning recently to about 12,000 books a month. According to its own statistics, the organization has also archived 65 billion pages from 50 million Web sites.

"Google is so good at the media being their PR machine, that you would not know there was an alternative out there," Kahle said. "We have brand name institutions going open and foundations like the Sloan are funding (us). It shows that the Open Content Alliance is viable, that there is support for public interest. We don't have to privatize the library system."

Google has begun to offer full-text, printable PDFs of public domain works with plans to add more as it scans more books. But its platform is closed, and its PDF pages have a "Digitized by Google" watermark. The company is not planning to share its scanned material with the OCA or Internet Archive, according to Kahle.

"We think they (Google) are doing great stuff. If the materials would be made available for broad public search and educational use we'd be all for it, but in my discussion with the founders (Google co-founders Larry Page and Sergey Brin) they aren't going to," said Kahle.

**The opposite of doomscrolling**  

Google did not respond to requests for comment about its book scanning project.

*"It shows that the Open Content Alliance is viable, that there is support for public interest. We don't have to privatize the library system."*

*--Brewster Kahle, Internet Archive founder*

Google scans and indexes both public domain and copyright works, an issue that has raised legal concerns. The Google Book Search engine restricts full access to copyright works while still offering snippet views, instead of excluding the work from its search feature altogether, according to the Google Book Search Web site.

"This whole Google Book Search looks like Amazon's Search Inside the Book," said Kahle. "Let's go open with these collections...These are beautiful books."

Yahoo is a supporter of the OCA and has helped the OCA index some of the scanned content, but its project is smaller than those of Google and Microsoft, according to Gregory Crane, a classics professor and digital library expert at Tufts University.

A-2177

Page 3
Grant funds open-source challenge to Google library | ZDNet
https://www.zdnet.com/article/grant-funds-open-source-challenge-to-google-library/

Microsoft was an early supporter of the OCA and in June worked with it on a project scanning and indexing materials from the University of California and the University of Toronto libraries as part of its Windows Live Book Search project. But Microsoft has become more proprietary in recent months, Kahle said.

"We continue to work with Microsoft, but the results going forward are not strictly OCA principles," Kahle later added in an e-mail. "To their credit, they are interested in helping get more scanning done in the open, of course because they can use the books as well, but still, this is more than other projects.



Jay Girotto, who heads Microsoft's Live Book Search selection team, further explained his company's position.

"We support the fundamental mission of the OCA, and hope that many more partners like the Sloan Foundation will step forward and contribute significant resources to scan public-domain materials under the OCA principles," he said in a statement.

### Research impacts

Tufts' Crane thinks the companies are reluctant to share for fear of helping the competition.

"My impression is that both Microsoft and Google don't want the other benefiting from their investment, he wrote in an e-mail. "Now each is hoarding. Ideally, each would split the cost of digitizing content and then make the public domain material available in the OCA. At the moment, Google is well ahead, and I would think that they would feel that Microsoft would benefit too much."

A lack of open-source access, Crane explained, impedes research that requires access to multiple groups of works in bulk, and prevents researchers from applying more nuanced OCR (optical character recognition) searches to those texts.

"We are evaluating OCR on classical Greek. Google runs OCR on all its texts--that's how it generates searchable OCR. The Google OCR, though, doesn't know Greek and produces no usable text as far as we can tell. Google says that you have to get permission to run OCR, etc...on its PDF books," Crane said, further explaining, "Even if the PDF books are good enough quality to support OCR--they might be lower than the archival resolution.



Page 4
Grant funds open-source challenge to Google library | ZDNet
https://www.zdnet.com/article/grant-funds-open-source-challenge-to-google-library/

"I am sure that Google would be open to us doing this work, but that means (for each academic project) getting their attention, writing letters, and a lot of hassle," Crane said. "I think it's easier and better in the long run to open the library up and let the world have at it," he said.

<div align="center">Show Comments</div>

 

The opposite of doomscrolling

**CNET**

Why you can trust ZDNet   ZDNet independently tests and researches products to bring you our best recommendations and advice. When you buy through our links, we may earn a commission. Our process

Home | Innovation | Security

# This is the ultimate security key. Here's why you need one

I've tested a lot of security accessories. This is by far my favorite and the one I use.

 Written by Adrian Kingsley-Hughes, Contributor on July 5, 2022

MUST READ



These are the cybersecurity threats of tomorrow that you should be thinking about today
Read now →

It's not often that I say you absolutely need to buy something. But this is something you need to buy.

Two-factor authentication -- a combination of something you remember (such as a password) and something you have (a smartphone or a token) -- offers far better security than relying on passwords alone. And while SMS-based authentication is better than nothing, what's even better is hardware-based authentication.

I've tested dozens of hardware-based security keys, and the one that I use to secure my online accounts is the Yubikey 5C NFC.



Yubikey 5C NFC

$55 at Amazon

RELATED

 Microsoft: This Android malware will switch off your Wi-Fi, empty your wallet

Security

 Endless cyber-threat pressure could leave security staff burnt out. Here's what you need to

Page 5
Grant funds open-source challenge to Google library | ZDNet
https://www.zdnet.com/article/grant-funds-open-source-challenge-to-google-library/



*Yubikey 5C NFC*

change

Security

 CISA: Here's how to apply this key Windows patch without breaking certificate authentication

Windows




This, for me, is the ultimate security key, offering simple, easy-to-use, yet effective security.

The Yubikey 5C NFC is a two-factor, multi-factor and passwordless authentication security key that also offers touch-to-sign functionality. It supports a wide array of protocols -- FIDO2, U2F, Smart card, OTP, OpenPGP 3 -- which means it an offer strong security for legacy and modern environments.

What I like about the Yubikey 5C NFC is that if offers the best of all worlds.

Along with all the cryptographic wizardry that handles the security functionality, the 5C NFC features both a USB-C and NFC for connecting the key to devices, giving it a really broad compatibility.

You get the convenience of both a hardwired and wireless connection.

ZDNET RECOMMENDS



**The best security key**

While robust passwords help you secure your valuable online accounts, hardware-based two-factor authentication takes that security to the next level.

Read now →

I use this on laptops and desktop systems (you can even use it on systems that only have USB-A ports if you have an adapter), Android smartphones, and even on my iPhone on and iPad.

Yes, you can use NFC on the iPhone.

A-2180

Page 6
Grant funds open-source challenge to Google library | ZDNet
https://www.zdnet.com/article/grant-funds-open-source-challenge-to-google-library/

Everything is packaged into a tough, IP68 rated, crush resistant plastic shell. And the keys don't need batteries or recharging.



*Yubikey 5C NFC*

This one key works on everything I need it to work on.

I've been carrying my Yubikey 5C NFC keyring for some time now, and it stands up to the rough abuse that things in my possession have to endure. That said, it's recommended that you have a backup key in case your main key is lost, stolen, or damaged in some way. Note that you will have to register your second key, but that some services don't support multiple keys.

The Yubikey 5C NFC is an accessory that I use pretty much every day. For me, it's one of those must-have things that isn't as shiny and exciting as a new smartphone, but it's absolutely indispensable.

And for $55, it's far more affordable than a new smartphone or laptop.

---

**FEATURED**

**CERN is firing up its Large Hadron Collider in search of dark matter**

**This is the ultimate security key. Here's why you need one**

**The best early Prime Day deals on Amazon right now**

**Giant data breach? 1 billion people's personal data is for sale on the dark web**

---

Show Comments



Yes, you can use NFC on the iPhone.

Page 7
Grant funds open-source challenge to Google library | ZDNet
https://www.zdnet.com/article/grant-funds-open-source-challenge-to-google-library/

Everything is packaged into a tough, IP68 rated, crush resistant plastic shell. And the keys don't need batteries or recharging.



Home | Business

# He flew American Airlines, she flew United. For both, the unthinkable happened

Airlines are currently letting a lot of passengers down. Just how bad is it? These two stories offer a clue.

 Written by **Chris Matyszczyk, Contributor** on July 3, 2022





*Not all flights are the same. Even now.(A screenshot from a United video)*

A screenshot from a United video.

A lot of Americans are thinking twice these days.

Should they fly somewhere, anywhere? Or should they tolerate the high price of gas and drive somewhere, anywhere?

Currently, America's airlines seem to enjoy all the efficiency and competence of, well,

**MUST READ**



These are the cybersecurity threats of tomorrow that you should be thinking about today

Read now →

**CUSTOMER EXPERIENCE**

The #1 way AI is transforming grocery shopping

Banks aren't supporting customers enough through financial hardship: Study

Chick-fil-A is quietly making a huge customer service change

**RELATED**

 Scholarships for STEM subjects: Fund your future in STEM

Education

 Amazon debuts CodeWhisperer, its ML-powered "coding companion"

Developer

 Pulsar Xlite V2 Mini Wireless review: This mouse made me a believer

Gaming Accessories

Page 8
Grant funds open-source challenge to Google library | ZDNet
https://www.zdnet.com/article/grant-funds-open-source-challenge-to-google-library/

America's politicians.

Delta, for example, got so desperate that it essentially begged passengers to fly at any other time than the Fourth of July weekend, by offering them free flight changes to any other time of the year.

But is it all so bad? Two surprising stories may offer a certain perspective on the madness.

Welcome to the trusted experiences-led economy

The opposite of doomscrolling



**CNET**

## Driven Mad.

First, the tale of Brian Driver. He was flying on business. He was booked on American Airlines. He was aware this was the Thursday before the long Father's Day weekend.

He wanted to change his return flights. So, as the *Wall Street Journal* recounts it, he first tried using modern technology. You know, things like the app and the American Airlines website. He couldn't make the changes.

He resorted to more ancient technology -- the phone. A machine told him the wait time was eight hours.

The opposite of doomscrolling **CNET**

Back to more modern ways, he tried the chat option. Within a piffling ninety minutes, he talked to an agent. But then he wasn't able to get the seat he wanted. He tried calling again. Oh, the futility of a system when an airline simply doesn't have enough customer service staff to operate it.

This drove Driver to distraction. It drove him to drive for forty-five minutes to Denver Airport. He marched up to the ticket counter and finally got what he wanted -- customer service.

The airline, naturally, blamed a combination of factors for slow customer service -- air traffic control and weather, for example -- but not, oddly enough, the possibility that it doesn't have enough staff to cope with significant disruptions.

It does seem extreme that a customer has to do something so extreme to finally receive what some might call basic customer service.

It also seems extreme that airlines are blaming operational issues, staff shortages, weather, and air traffic control for what appears to be an insufficient number of actual employees hired in advance of what was clearly going to be an enormous surge in demand.

Page 9
Grant funds open-source challenge to Google library | ZDNet
https://www.zdnet.com/article/grant-funds-open-source-challenge-to-google-library/

## Please Don't Do It. It'll Drive You Mad.

So when my wife told me she was flying to a conference in Orlando last week, I was a little concerned. (Alright, a lot.)

**The opposite of doomscrolling**  

A cross country flight to Orlando in June? This was asking for mayhem.

It isn't just the weather that's always likely to disrupt the Floridian air in the summer. It's, well, flying right now. The horror of it. Even pilots at Delta, Southwest, and American are declaring that their bosses have no idea what they're doing.

Pilots at United, slightly less so. This may have something to do with the fact that they've just reached an agreement with their bosses on a new contract -- which the other three airlines' pilots haven't.

My wife booked an early morning flight out of San Francisco but was forced to book an evening flight out of Orlando a few days later. Both flights were with United, as she believed that a non-stop option offered the best hope.

The night before her flight, a colleague going to the same conference texted that she'd had a torrid time on Delta. She'd sat on the tarmac for two hours. Worse, those two hours were in Tampa.

I wished my wife much good fortune, shut my eyes, and waited for the bad news.

After a few hours, she texted: "Guess which airport we landed at."

"I give up," I replied. "New Orleans?"

"Orlando."

A tinge of disbelief coursed through my soul. The flight was on time? It landed in the right city? She could get to her conference's opening ceremony?

It seemed so. I felt sure, though, that her return flight would offer discomfort. It had to, right?

## Finally, Not On Time.

Oh, the lines at Orlando airport were long. Yet, said my wife, they kept on moving. It only took her twelve minutes to get through security.

**The opposite of doomscrolling**  

Page 10
Giant funds open-source challenge to Google library | ZDNet
https://www.zdnet.com/article/giant-funds-open-source-challenge-to-google-library/

But the flight was delayed, you wonder? No. It wasn't on time, either. It actually arrived early. There wasn't even a crying baby to be heard, said my wife.

Just as Brian Driver's experience was unthinkable, so was my wife's. Two extremes in absurdly extreme times.

This isn't for a moment to suggest American is less competent than United -- even though American's own pilots believe that's true.

It's more to honor those airline employees who are working as hard as they can, in the face of laughable levels of mismanagement, to get as many people to their destinations as possible.

Many of them can't work from home. They have to face the disgruntled, the desperate, and the angry.

It's always the service employees -- especially those who face customers every day -- who suffer the most and are paid among the least.

The opposite of doomscrolling  

And, peculiarly, it's always the service employees who get laid off -- or encouraged to take early retirement -- first in a downturn, even when airlines take billions of the people's money.

It doesn't seem quite right, does it?

**FEATURED**

CERN is firing up its Large Hadron Collider in search of dark matter

This is the ultimate security key. Here's why you need one

The best early Prime Day deals on Amazon right now

Giant data breach? 1 billion people's personal data is for sale on the dark web

Show Comments

The opposite of doomscrolling  

Home  |  Business  |  Cloud

Page 11
Grant funds open-source challenge to Google library | ZDNet
https://www.zdnet.com/article/grant-funds-open-source-challenge-to-google-library/

# Cloud computing is about to hit another big milestone

The amount spent on shared cloud IT infrastructure will overtake spending on traditional IT gear for data centers in 2022 for the first time.

 Written by **Liam Tung, Contributor** on July 4, 2022

💬 in ▶ f 🐦

**MUST READ**



These are the cybersecurity threats of tomorrow that you should be thinking about today

Read now →



*Image: Shutterstock*

Spending on cloud services is about to hit another key tipping point, as business customers spent $18.3 billion on cloud computing and storage infrastructure in the first quarter (Q1) of 2022, up 17.2% year over year.

The total includes budgets on shared and dedicated infrastructure. A major driver of growth was spending on shared cloud infrastructure, which made up $12.5 billion (68%) of the total. That sub-category was also up 15.7% compared to Q1 2021, according to tech analyst IDC.

With growing demand for shared cloud spending in particular, IDC expects spending on shared cloud infrastructure to overtake non-cloud spending in 2022 -- for the first time.

IDC has been monitoring relative spending between cloud and non-cloud infrastructure to measure the change in purchasing of traditional data center compute, storage equipment and IT infrastructure in public clouds from Amazon Web



**RELATED**

 Azure's capacity limitations are continuing. What can customers do?

Cloud

 Credit cards are now dominant method for purchasing cloud computing services

Credit Cards

 Autonomous freight truck due to hit U.S. roads

AI & Robotics



**CXO**

Remote work or hybrid? Why employers have changed their minds

The unrelenting threat of ransomware is pushing cybersecurity workers to quit

The world's biggest four-day work week trial has begun

A-2186

Page 12
Grant funds open-source challenge to Google library | ZDNet
https://www.zdnet.com/article/grant-funds-open-source-challenge-to-google-library/

Services (AWS), Microsoft Azure, Google Cloud, and others such as Digital Ocean.

**How decentralization and Web3 will impact the enterprise**

**SEE: <u>What is cloud computing? Everything you need to know about the cloud explained</u>**

The outlook appears solid for non-cloud IT infrastructure providers, but not as rosy as it is for cloud providers. In this quarter, spending on non-cloud infrastructure still grew year over year to $14.8 billion, up 9.8%. It was the fifth consecutive quarter of growth.

IDC doesn't provide a snapshot of the revenue share between public cloud providers, but <u>analyst Canalys recently reported</u> AWS received 33% of the $53.5 billion spent globally on cloud infrastructure in Q4 2021, followed by 22% to Azure, and 9% to Google Cloud. Other providers took the remaining 36%.

Spending on cloud infrastructure has <u>accelerated since the pandemic began in March 2020</u>, as businesses accelerated digital transformations. Spending had grown for seven consecutive quarters since Q3 2019, with the exception of a 1.9% year over year decline in Q2 2021. Q2 2020 saw the highest year over year growth of 38.4%. In Q4 2021, <u>spending on cloud infrastructure was up 13.5% in the quarter year on year to $21.1 billion</u>.



Non-cloud spending remains a huge market and is expected to grow for the full year -- albeit at a much slower pace than cloud spending.

For the full year 2022, IDC forecasts cloud infrastructure spending to grow 22% compared to 2021 and reach $90.2 billion. This is the highest annual growth rate since 2018, it notes. Spending on traditional IT infrastructure is expected to grow 1.8% to $60.7 billion.

Greater purchasing of cloud-delivered infrastructure only explains part of the rise in spending. Other contributing factors include inflation and the gradual recovery of the world's snarled supply chains and logistics networks.

At a regional level, IDC expects annual growth in cloud infrastructure spending to grow in the 20% to 25% range in Asia Pacific/Japan, China, the US, and Western Europe. Due to Russia's attack on Ukraine, speeding in Central and Eastern Europe is expected to decline 54% in 2022.

**SEE: <u>Why cloud security matters and why you can't ignore it</u>**

Page 13
Grant funds open-source challenge to Google library | ZDNet
https://www.zdnet.com/article/grant-funds-open-source-challenge-to-google-library/

The analyst expects spending on compute and storage cloud infrastructure to have a compound annual growth rate (CAGR) of 14.5% between 2021 and 2026. It forecasts spending to reach $145.2 billion in 2026, when it will account for 69.7% of total compute and storage infrastructure spend.

 

It expects spending on non-cloud infrastructure to grow at 1.2% CAGR, reaching $63.1 billion in 2026.

IDC also looks at spends of cloud service providers, digital service providers, communications service providers, and managed service providers, which account for 55.3% of IT infrastructure spending. This group spent $18.3 billion on computing and storage infrastructure in Q1 2022, up 14.5% year on year.

Spending by non-service providers rose 12.9% year over year in Q1 2022, which was the highest growth for 14 quarters.

Spending by service providers on IT infrastructure grew 18.7% over the year to $89.1 billion in 2022.

CLOUD

Cloud computing security: 5 things you're probably doing wrong

The best cloud providers compared: AWS, Azure, Google Cloud, and more

We're in the cloud. What happens when something goes wrong?

Google makes Earth Engine available to all businesses and governments

Show Comments

 



Page 14
Grant funds open-source challenge to Google library | ZDNet
https://www.zdnet.com/article/grant-funds-open-source-challenge-to-google-library/

# McNamara Declaration
# Exhibit 51

Case 1:23-cv-04016-JGK-OTW Document 96-73 Filed 07/07/23 Page 2 of 5

**The New York Times** | https://www.nytimes.com/2007/10/22/technology/22library.html

# *Libraries Shun Deals to Place Books on Web*



Workers scan books for the Internet Archive. Its founder conceived the Open Content Alliance to distribute library books online.
Ann Johansson for The New York Times

**By Katie Hafner**

Oct. 22, 2007

Several major research libraries have rebuffed offers from Google and Microsoft to scan their books into computer databases, saying they are put off by restrictions these companies want to place on the new digital collections.

The research libraries, including a large consortium in the Boston area, are instead signing on with the Open Content Alliance, a nonprofit effort aimed at making their materials broadly available.

Libraries that agree to work with Google must agree to a set of terms, which include making the material unavailable to other commercial search services. Microsoft places a similar restriction on the books it converts to electronic form. The Open Content Alliance, by contrast, is making the material available to any search service.

Google pays to scan the books and does not directly profit from the resulting Web pages, although the books make its search engine more useful and more valuable. The libraries can have their books scanned again by another company or organization for dissemination more broadly.

It costs the Open Content Alliance as much as $30 to scan each book, a cost shared by the group's members and benefactors, so there are obvious financial benefits to libraries of Google's wide-ranging offer, started in 2004.

Many prominent libraries have accepted Google's offer — including the New York Public Library and libraries at the University of Michigan, Harvard, Stanford and Oxford. Google expects to scan 15 million books from those collections over the next decade.

A-2191

But the resistance from some libraries, like the Boston Public Library and the Smithsonian Institution, suggests that many in the academic and nonprofit world are intent on pursuing a vision of the Web as a global repository of knowledge that is free of business interests or restrictions.

Even though Google's program could make millions of books available to hundreds of millions of Internet users for the first time, some libraries and researchers worry that if any one company comes to dominate the digital conversion of these works, it could exploit that dominance for commercial gain.

"There are two opposed pathways being mapped out," said Paul Duguid, an adjunct professor at the School of Information at the University of California, Berkeley. "One is shaped by commercial concerns, the other by a commitment to openness, and which one will win is not clear."

Last month, the Boston Library Consortium of 19 research and academic libraries in New England that includes the University of Connecticut and the University of Massachusetts, said it would work with the Open Content Alliance to begin digitizing the books among the libraries' 34 million volumes whose copyright had expired.

"We understand the commercial value of what Google is doing, but we want to be able to distribute materials in a way where everyone benefits from it," said Bernard A. Margolis, president of the Boston Public Library, which has in its collection roughly 3,700 volumes from the personal library of John Adams.

Mr. Margolis said his library had spoken with both Google and Microsoft, and had not shut the door entirely on the idea of working with them. And several libraries are working with both Google and the Open Content Alliance.

Adam Smith, project management director of Google Book Search, noted that the company's deals with libraries were not exclusive. "We're excited that the O.C.A. has signed more libraries, and we hope they sign many more," Mr. Smith said.

"The powerful motivation is that we're bringing more offline information online," he said. "As a commercial company, we have the resources to do this, and we're doing it in a way that benefits users, publishers, authors and libraries. And it benefits us because we provide an improved user experience, which then means users will come back to Google."

The Library of Congress has a pilot program with Google to digitize some books. But in January, it announced a project with a more inclusive approach. With $2 million from the Alfred P. Sloan Foundation, the library's first mass digitization effort will make 136,000 books accessible to any search engine through the Open Content Alliance. The library declined to comment on its future digitization plans.

Case 1:20-cv-04160-JGK-OTW Document 96-73 Filed 07/07/22 Page 143 of 5

Bernard Margolis, president of The Boston Public
Library.
Robert Spencer for The New York Times

The Open Content Alliance is the brainchild of Brewster Kahle, the founder and director of
the Internet Archive, which was created in 1996 with the aim of preserving copies of Web
sites and other material. The group includes more than 80 libraries and research
institutions, including the Smithsonian Institution.

Although Google is making public-domain books readily available to individuals who wish to
download them, Mr. Kahle and others worry about the possible implications of having one
company store and distribute so much public-domain content.

"Scanning the great libraries is a wonderful idea, but if only one corporation controls access
to this digital collection, we'll have handed too much control to a private entity," Mr. Kahle
said.

The Open Content Alliance, he said, "is fundamentally different, coming from a community
project to build joint collections that can be used by everyone in different ways."

Mr. Kahle's group focuses on out-of-copyright books, mostly those published in 1922 or
earlier. Google scans copyrighted works as well, but it does not allow users to read the full
text of those books online, and it allows publishers to opt out of the program.

Microsoft joined the Open Content Alliance at its start in 2005, as did Yahoo, which also has
a book search project. Google also spoke with Mr. Kahle about joining the group, but they
did not reach an agreement.

A year after joining, Microsoft added a restriction that prohibits a book it has digitized from
being included in commercial search engines other than Microsoft's.

"Unlike Google, there are no restrictions on the distribution of these copies for academic
purposes across institutions," said Jay Girotto, group program manager for Live Book
Search from Microsoft. Institutions working with Microsoft, he said, include the University
of California and the New York Public Library.

Some in the research field view the issue as a matter of principle.

A-2193

Doron Weber, a program director at the Sloan Foundation, which has made several grants to libraries for digital conversion of books, said that several institutions approached by Google have spoken to his organization about their reservations. "Many are hedging their bets," he said, "taking Google money for now while realizing this is, at best, a short-term bridge to a truly open universal library of the future."

The University of Michigan, a Google partner since 2004, does not seem to share this view. "We have not felt particularly restricted by our agreement with Google," said Jack Bernard, a lawyer at the university.

The University of California, which started scanning books with the Open Content Alliance, Microsoft and Yahoo in 2005, has added Google. Robin Chandler, director of data acquisitions at the University of California's digital library project, said working with everyone helps increase the volume of the scanning.

Some have found Google to be inflexible in its terms. Tom Garnett, director of the Biodiversity Heritage Library, a group of 10 prominent natural history and botanical libraries that have agreed to digitize their collections, said he had had discussions with various people at both Google and Microsoft.

"Google had a very restrictive agreement, and in all our discussions they were unwilling to yield," he said. Among the terms was a requirement that libraries put their own technology in place to block commercial search services other than Google, he said.

Libraries that sign with the Open Content Alliance are obligated to pay the cost of scanning the books. Several have received grants from organizations like the Sloan Foundation.

The Boston Library Consortium's project is self-funded, with $845,000 for the next two years. The consortium pays 10 cents a page to the Internet Archive, which has installed 10 scanners at the Boston Public Library. Other members include the Massachusetts Institute of Technology and Brown University.

The scans are stored at the Internet Archive in San Francisco and are available through its Web site. Search companies including Google are free to point users to the material.

On Wednesday the Internet Archive announced, together with the Boston Public Library and the library of the Marine Biological Laboratory and Woods Hole Oceanographic Institution, that it would start scanning out-of-print but in-copyright works to be distributed through a digital interlibrary loan system.

# McNamara Declaration
# Exhibit 52



http://www.archive.org/post/349420/in-library-ebook-lending-program-launched Go MAR APR MAY
122 captures 21
26 Feb 2011 - 25 Apr 2022 2010 2011 2012 About this capture

INTERNET ARCHIVE
Web Moving Images Texts Audio Software Patron Info About IA Projects
Universal access to all knowledge
Home Donate | Forums | FAQs | Contributions | Terms, Privacy, & Copyright | Contact | Jobs | Bios
Search: Forums GO! Advanced Search Anonymous User (login or join us) Upload

**View Post [edit]** **Reply to this post | Go Back**

| | | | |
|---|---|---|---|
| **Poster:** | brewster | **Date:** | February 22, 2011 04:14:06pm |
| **Forum:** | announcements | **Subject:** | In-Library eBook Lending Program Launched |

**Internet Archive and Library Partners Develop Joint Collection of 80,000+ eBooks To Extend Traditional In-Library Lending Model**

San Francisco, CA – Today, a group of libraries led by the Internet Archive announced a new, cooperative 80,000+ eBook lending collection of mostly 20th century books on OpenLibrary.org, a site where it's already possible to read over 1 million eBooks without restriction. During a library visit, patrons with an OpenLibrary.org account can borrow any of these lendable eBooks using laptops, reading devices or library computers. This new twist on the traditional lending model could increase eBook use and revenue for publishers.

INTO SPACE WITH THE ASTRONAUTS
Borrow in partner library

"As readers go digital, so are our libraries," said Brewster Kahle, founder and Digital Librarian of the Internet Archive. "It's fabulous to work with such a great group of 150 forward-thinking libraries." (See the list of participating libraries below.)

This new digital lending system will enable patrons of participating libraries to read books in a web browser. "In Silicon Valley, iPads and other reading devices are hugely popular. Our partnership with the Internet Archive and OpenLibrary.org is crucial to achieving our mission – to meet the reading needs of our library visitors and our community," said Linda Crowe, Executive Director of the Peninsula Library System.

A recent survey of libraries across North America was conducted by Unisphere Research and Information Today, Inc. (ITI). It reported that of the 1,201 libraries canvassed, 73% are seeing increased demand for digital resources with 67% reporting increased demand for wireless access and 62% seeing a surge in demand for web access.

American libraries spend $3-4 billion each year on publishers' products. "I'm not suggesting we spend less, I am suggesting we spend smarter by buying and lending more eBooks," asserts Kahle. He is also encouraging libraries worldwide to join in the expansion of this pool of purchased and digitized eBooks so their patrons can borrow from this larger collection.

**How it Works**
Any OpenLibrary.org account holder can borrow up to 5 eBooks at a time, for up to 2 weeks. Books can only be borrowed by one person at a time. People can choose to borrow either an in-browser version (viewed using the Internet Archive's BookReader web application), or a PDF or ePub version, managed by the free Adobe Digital Editions software. This new technology follows the lead of the Google eBookstore, which sells books from many publishers to be read using Google's books-in-browsers technology. Readers can use laptops, library computers and tablet devices including the iPad.

School for Sillies
Borrow in partner library

**What Participating Libraries Are Saying**
The reasons for joining the initiative vary from library to library. Judy Russell, Dean of University Libraries at the University of Florida, said, "We have hundreds of books that are too brittle to circulate. This digitize-and-lend system allows us to provide access to these older books without endangering the physical copy."

Digital lending also offers wider access to one-of-a-kind or rare books on specific topics such as family histories – popular with genealogists. This pooled collection will enable libraries like the Boston Public Library and the Allen County Public Library in Indiana to share their materials with genealogists around the state, the country and the world.

> "Libraries are our allies in creating the best range of discovery mechanisms for writers and readers..."
>
> **Richard Nash**
> *Founder of Cursor, Publisher*

"Genealogists are some of our most enthusiastic users, and the Boston Public Library holds some genealogy books that exist nowhere else," said Amy E. Ryan, President of the Boston Public Library. "This lending system allows our users to search for names in these books for the first time, and allows us to efficiently lend some of these books to visitors at distant libraries."

"Reciprocal sharing of genealogy resources is crucial to family history research. The Allen County Public Library owns the largest public genealogy collection in the country, and we want to make our resources available to as many people as possible. Our partnership in this initiative offers us a chance to reach a wider audience," said Jeffrey Krull, director of the Allen County Public Library.

Publishers selling their eBooks to participating libraries include Cursor and OR Books. Books purchased will be lent to readers as well as being digitally preserved for the long-term. This continues the traditional relationship and services offered by publishers and libraries.

Page 2
Internet Archive Forums: In-Library eBook Lending Program Launched
https://web.archive.org/web/20110421000339/http://www.archive.org/post/349420/in-library-ebook-lending-program-launched

"Libraries are our allies in creating the best range of discovery mechanisms for writers and readers—enabling open and browser-based lending through the Internet Archive means more books for more readers, and we're thrilled to do our part in achieving that," said Richard Nash, founder of Cursor.

John Oakes, founder of OR Books said, "We're always on the lookout for innovative solutions to solve the conundrum of contemporary publishing, and we are excited to learn about the Internet Archive's latest project. For us, it's a way to extend our reach to the crucial library market. We look forward to the results. "

**For More Information**
Here are some eBooks that are only available to people in participating libraries.
Libraries interested in partnering in this program should contact: info@archive.org.
To use this service, please visit a participating library:

###



Borrow in partner library

**List of Participating Libraries**

Aboite Branch Library, Allen County Public Library

Dupont Branch Library, Allen County Public Library

Georgetown Branch Library, Allen County Public Library

Grabill Branch Library, Allen County Public Library

Hessen Cassel Branch Library, Allen County Public Library

Little Turtle Branch Library, Allen County Public Library

Main Library, Allen County Public Library

Monroeville Branch Library, Allen County Public Library

New Haven Branch Library, Allen County Public Library

Pontiac Branch Library, Allen County Public Library

Shawnee Branch Library, Allen County Public Library

Tecumseh Branch Library, Allen County Public Library

Waynedale Branch Library, Allen County Public Library

Woodburn Branch Library, Allen County Public Library

Adams Street Branch Library, Boston Public Library

Brighton Branch Library, Boston Public Library

Charlestown Branch Library, Boston Public Library

Codman Square Branch Library, Boston Public Library

Connolly Branch Library, Boston Public Library

Dudley Branch Library, Boston Public Library

East Boston Branch Library, Boston Public Library

Egleston Square Branch Library, Boston Public Library

Faneuil Branch Library, Boston Public Library

Fields Corner Branch Library, Boston Public Library

Grove Hall Branch Library, Boston Public Library

Honan-Allston Branch Library, Boston Public Library

Hyde Park Branch Library, Boston Public Library

Jamaica Plain Branch Library, Boston Public Library

Lower Mills Branch Library, Boston Public Library

Mattapan Branch Library, Boston Public Library

North End Branch Library, Boston Public Library

Orient Heights Branch Library, Boston Public Library

Parker Hill Branch Library, Boston Public Library

Roslindale Branch Library, Boston Public Library

South Boston Branch Library, Boston Public Library

South End Branch Library, Boston Public Library

Uphams Corner Branch Library, Boston Public Library

Washington Village Branch Library, Boston Public Library

West End Branch Library, Boston Public Library

West Roxbury Branch Library, Boston Public Library

Internet Archive

MBLWHOI Library, Marine Biological Laboratory, Woods Hole Oceanographic Institution

Atherton Library, Atherton, California

Bay Shore Library, Daly City, California

Belmont Library, Belmont, California

Brisbane Library, Brisbane, California

Burlingame Public Library, Burlingame, California

Burlingame Library Easton Branch, Burlingame, California

Cañada College Library, Redwood City, California

College of San Mateo Library, San Mateo, California

East Palo Alto Library, East Palo Alto, California

Fair Oaks Library, Redwood City, California

Foster City Library, Foster City, California

Grand Avenue Branch Library, South San Francisco, California

Half Moon Bay Library, Half Moon Bay, California

Hillsdale Branch Library, San Mateo, California

John Daly Library, Daly City, California

Marina Public Library, San Mateo, California

Menlo Park Library, Menlo Park, California

Menlo Park Library Belle Haven Branch, Menlo Park, California

Millbrae Library, Millbrae, California

Pacifica Sanchez Library, Pacifica, California

Pacifica Sharp Park Library, Pacifica, California

Portola Valley Library, Portola Valley, California

Redwood City Public Library, Redwood City, California

Redwood Shores Branch Library, Redwood City, California

San Bruno Library, San Bruno, California

San Carlos Library, San Carlos, California

San Mateo Public Library, San Mateo, California

Schaberg Library, Redwood City, California

Serramonte Main Library, Daly City, California

Skyline College Library, San Bruno, California

South San Francisco Public Library, South San Francisco, California

Westlake Library, Daly City, California

Woodside Library, Woodside, California

Anza Branch, San Francisco Public Library

Bayview/Anna E. Waden Branch, San Francisco Public Library

Bernal Heights, San Francisco Public Library

Chinatown/Him Mark Lai Branch, San Francisco Public Library

Eureka Valley/Harvey Milk Memorial Branch, San Francisco Public Library

Excelsior, San Francisco Public Library

Glen Park Branch, San Francisco Public Library

Golden Gate Valley Branch, San Francisco Public Library

Ingleside Branch, San Francisco Public Library

San Francisco Public Library, Main

Marina, San Francisco Public Library

Merced Branch Library, San Francisco Public Library

Mission, San Francisco Public Library

Mission Bay, San Francisco Public Library

Noe Valley/Sally Brunn Branch, San Francisco Public Library

North Beach Branch, San Francisco Public Library

Ocean View, San Francisco Public Library

Ortega, San Francisco Public Library

Park Branch, San Francisco Public Library

Parkside, San Francisco Public Library

Portola Branch, San Francisco Public Library

Potrero Branch, San Francisco Public Library

Presidio Branch, San Francisco Public Library

Richmond/Senator Milton Marks Branch, San Francisco Public Library

Sunset, San Francisco Public Library

Visitacion Valley, San Francisco Public Library

West Portal, San Francisco Public Library

Western Addition, San Francisco Public Library

The Urban School of San Francisco

Augustana Campus Library, University of Alberta

Bibliothèque Saint-Jean (BSJ), University of Alberta

Cameron Library, University of Alberta

Herbert T. Coutts (Education & Physical Education) Library, University of Alberta

Rutherford Library, University of Alberta

John A. Weir Memorial Law Library, University of Alberta

John W. Scott Health Sciences Library, University of Alberta

Winspear Business Reference Library, University of Alberta

Architecture and Fine Arts Library, University of Florida

Education Library, University of Florida

Health Science Center Library, University of Florida

Borland Library, University of Florida

Veterinary Medicine Reading Room, University of Florida

Allen H. Neuharth Journalism and Communications Library, University of Florida

Library West, University of Florida

Marston Science Library, University of Florida

Mead Library, University of Florida

Music Library, University of Florida

Smathers Library (East), University of Florida

Robarts Library, University of Toronto

Gerstein Science Information Centre, University of Toronto

Centre for Reformation and Renaissance Studies, Victoria University

E J Pratt Library, Victoria University

Emmanuel College Library, Victoria University

This post was modified by ARossi on 2011-02-22 23:14:06

Terms of Use (10 Mar 2001)

A-2200

# McNamara Declaration
# Exhibit 53

## Notes about Book Collections and Availability

Alexis Rossi, July 27, 2018
Also useful: metadata schema

**printdisabled**
- Presence of the printdisabled collection indicates that qualified low vision users have special access to this item.
- Any modern book (1925 or later) without some sort of special circumstances should be scanned into printdisabled. (Special circumstances might include government documents, specific partner request, etc.)
- Currently a book that is in printdisabled but is NOT in inlibrary should always be noindex=true.  Check
- printdisabled should always be the first collection in the string, unless it is in inlibrary
- Low vision users can always borrow the book, regardless of whether another user has it checked out - there are no waiting lists for these users.
- An encrypted DAISY will be created, and an NLS key is required for decryption.


**inlibrary**
- Presence of the inlibrary collection indicates that any user with an archive.org account can borrow this book through controlled digital lending. All lending is administered by archive.org (including loans made to people on openlibrary.org - ol is just used as an interface for the lending process that lives on a.o)
- Currently only Alexis Rossi or Jeff Kaplan should manually add the inlibrary collection for a text.
- No books should be scanned with this in their collection string.
- When present, inlibrary is the first collection in the string and printdisabled is second. All other collections follow those.
- There should never be a book in inlibrary that is not ALSO in printdisabled. Check. For books contributed by Internet Archive (which should always have an IA* boxid), we have a set of criteria that we use to determine whether the book qualifies for lending.  A script runs hourly to move books from printdisabled into inlibrary lending.  If a printdisabled book does NOT end up in inlibrary automatically, there is probably a reason for it included in this list - but please feel free to check with Alexis or Jeff if you have questions.
  - At the moment, for an IA contributed book to be moved to inlibrary:
    - Has an IA* boxid
    - Date is between 1925 (inclusive) and ~5 years ago
    - Text is in printdisabled as the first collection
    - Repub state is 4, 19, 20 or 22
    - At least one ACS format has been derived
    - Curatestate is not dark or freeze
    - Source does not include the word "removed"

**CONFIDENTIAL**

**INTARC00471120**

- Neverindex is not set to true
- Some creators, collections, publishers, and specific books are excluded

**Pre-1925 books**
- A script tries to find printdisabled or inlibrary books that were published prior to 1925 and remove those collections to make them freely available.
- Currently the script uses these criteria to find books to move
  - mediatype:texts
  - date:[* TO 1925]
  - collection:printdisabled OR collection:inlibrary
  - NOT collection:librarygenesis
  - repub_state:(4 OR 19 OR 20 OR 22)
- If the above criteria are met, the following happens
  - printdisabled and/or inlibrary collection(s) is removed
  - noindex is removed if present
  - neverindex is removed if present
  - Item is rederived

**internetarchivebooks**
- Presence of the internetarchivebooks collection indicates that the Internet Archive owns the physical copy of the book that was digitized to create this item
- internetarchivebooks should only (**and always**) be used when there is an IA* boxid on the text item.
- There should never be a texts item that has an IA* boxid and is NOT in internetarchivebooks. Check.
- There should never be a text item in internetarchivebooks that does NOT have an IA* boxid (there are some historical items that missed this back in the day, but this should be true going forward) Check.

**stream_only**
- Presence of the stream_only collection restricts downloads of the files in the item, but makes the text freely available for reading via the bookreader.
- This collection should NEVER be included if an item is in printdisabled or inlibrary, or some other restricted collection - it will override the restrictions from those collections.
- This collection should only be used if the contributor wants the content to be freely available for reading to all users - many at once, without being logged in - but does not want the files themselves to be downloadable for some reason.
- We do not encourage the use of this collection, but it can be used as a last resort if it is the only way we can make content available.
- Example item.

CONFIDENTIAL
INTARC00471121

**noindex**

Setting <noindex>true<noindex> in meta.xml does the following:

- Excludes item from the archive.org search engine for **unprivileged** users (general public)
- Record for the item will not be created on Open Library, UNLESS it is also in one of these collections:
  - printdisabled
  - opensource
  - additional_collections
- Noindex does NOT impose any restrictions on accessing the book files or the details page, so it is only useful for preventing people from finding the item.
- NOTE: the desired value for the noindex field is 'true' but the mere presence of the field in meta.xml - even if it is blank or set to 'false' - will cause all of the above to happen. So if you would like to move a book into the search engine, you must REMOVE the entire field from meta.xml.

**Open Libraries membership**

To determine which Open Libraries institutions have copies of a book, you can use the metadata API to access the holdings metadata for an item.

Use a URL like this: https://archive.org/**metadata**/[identifier]/**simplelists**

Example: https://archive.org/metadata/moveablefeast00hemi_mxe/simplelists

In holdings you will see collection identifiers for the institutions that have copies of this (at the moment, phillipsacademy-preview and stmaryscountylibrary")

**CONFIDENTIAL**

INTARC00471122

# McNamara Declaration
# Exhibit 54

Page 1
Let's Build a Great Digital Library Together...Starting with a Wishlist – Internet Archive Blogs
http://blog.archive.org/2018/03/14/lets-build-a-great-digital-library-together-starting-with-a-wishlist/

## Internet Archive Blogs

*A blog from the team at archive.org*



Blog    Announcements    25th Anniversary    archive.org    About    Events    Developers    Donate

### Let's Build a Great Digital Library Together…Starting with a Wishlist

Posted on March 14, 2018 by chrisfreeland

We are looking for partners to help us build a great physical collection of books to be preserved, digitized, and made available through our Open Libraries project. Working with more than 500 library partners, the Internet Archive has already helped make more than 3 million public domain books available online for free access through archive.org. We have also brought more than 500,000 in-copyright books online to provide full access to those with print disabilities.

Our goal is to bring 4 million more books online, so that all digital learners have access to a great digital library on par with a major metropolitan public library system. We know we won't be able to make this vision a reality alone, which is why we're working with libraries, authors, and publishers to build a collaborative digital collection accessible to any library in the country.

Building a great library starts with great books. We have already gathered more than 1.5 million books in our physical archive. We aspire to have one copy of every book, but enroute to that dream we have created a  wishlist to help prioritize preservation and access. This wishlist was compiled using data and assistance from several great projects:

- OCLC's list of one million most widely held books, based on holdings records of libraries worldwide;
- Library Link's holdings records of North American libraries, leveraging the decisions of thousands of librarians in prioritizing collections for patron use;
- Open Syllabus Project, which has collected syllabi from the Internet to compile the most assigned books in classrooms;
- Data about book and scholarly article citations in Wikipedia, published by the Wikimedia Foundation, which is currently being refreshed and extended to more languages.

**Download the wishlist here.**

We are using these datasets to help define a collection of books that has wide appeal and impact for libraries across the US and the patrons they serve. This wishlist is a work-in-progress and will evolve as we incorporate more datasets and review our approach with community input. We've made 3 versions our wishlist available to help facilitate use within the library and publishing communities, featuring ISBN-13, ISBN-10, & OCLC identifiers.

**Here's how you can help!** We are looking for libraries, authors, publishers, and individual book lovers to help us build this collection. You can help in the following ways:

- Donate books
  - You can donate books on our wishlist to our physical archive. If you are a library, a publisher, or have a private collection with more than 1,000 books to donate, please contact Chris Freeland, Director of Open Libraries, at chrisfreeland@archive.org. If you have a private collection or small number of volumes to donate, please use this form to begin the donation process.  We will add these books to our digitization queue and they will become ebooks available through Open Libraries as funding becomes available.
  - If you already have digital versions of these books, we would love to add them to our print-disabled collection.

### Recent Posts

- Building a Better Internet: Internet Archive Convenes DC Workshop
- July Book Talk: The Library: A Fragile History
- Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- June Book Talk: The Catalogue of Shipwrecked Books
- GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure

### Recent Comments

- Patrick Winn on Building a Better Internet: Internet Archive Convenes DC Workshop
- Sally G. on Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- Sally G. on Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- Matthew LV on GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure
- aho on GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure

### Categories

- 78rpm
- Announcements
- Archive Version 2
- Archive-It
- Audio Archive
- Books Archive
- Cool Items
- Education Archive
- Emulation
- Event
- Image Archive
- Jobs
- Lending Books
- Live Music Archive

- **Scan books**
  - If you have books on our wishlist but don't want to donate them to our physical archive, we offer scanning services and can digitize your books in one of our regional scanning centers.
- **Identify books**
  - If you are an author who would like to add your own books to the list, you can donate physical copies, and/or contact us to let us know you'd like us to ensure that your work will be preserved and available to future generations. If you're a librarian, educator, or other book lover would like to help us continue to curate the wishlist to ensure that it includes the most useful, important and culturally diverse books, please reach out to us.

And of course, if you don't have any books to donate but would like to help offset digitization expenses, please donate today! All monetary donations made by April 30, 2018, will be matched by a Challenge Grant from the Pineapple Fund.

If you are interested in participating, or have questions about our program or plans, please contact **Chris Freeland, Director of Open Libraries**, at chrisfreeland@archive.org.

Posted in Announcements, News, Open Library | Tagged metadata, wishlist | 5 Replies



**About chrisfreeland**

Chris Freeland is the Director of Open Libraries at Internet Archive.

View all posts by chrisfreeland →

---

← TV News Record: Glorious ContextuBot making progress

Some Very Entertaining Plastic, Emulated in the Archive →

## 5 thoughts on "Let's Build a Great Digital Library Together...Starting with a Wishlist"



**Md**
March 17, 2018 at 1:34 pm

Hello,
I have already given books to your physical archive. Will they be scanned too ?
Thanks in advance 🙂



**chrisfreeland** Post author
March 20, 2018 at 7:36 pm

Md – Thanks for your donation! To answer your question, yes, donations made to our physical archive will go into our digitization queue and will be scanned as funding is available.



**Md**
March 17, 2018 at 1:43 pm

Hello again,

Why not asking openlibrary.org's users when they search for a book that is not scanned (or an author that they like...) if they would like that such XXX related books be scanned (maybe adding limits like 1 book/author per month) ?

Thanks in advance 🙂



**Nemo**
March 18, 2018 at 3:08 pm

Exciting! I wonder if this list could be embedded in the process used by booksellers like BetterWorldBooks, DiscoverBooks or momox to decide what books to acquire or discard. I can imagine that some of the books in the wishlist are offered to them but get rejected as unmar-

### Sidebar

- Movie Archive
- Music
- News
- Newsletter
- Open Library
- Past Event
- Software Archive
- Technical
- Television Archive
- Upcoming Event
- Video Archive
- Wayback Machine – Web Archive
- Web & Data Services

**Archives**

Select Month

**Meta**

- Log in
- Entries feed
- Comments feed
- WordPress.org

ketable, so they have no chance to be donated either.

I checked 10 random ISBN on AbeBooks. 3 cost 5 $ or less, 2 were 5-10 $, 2 were 10-30 $ and 2 were missing.

**chrisfreeland** Post author

March 20, 2018 at 7:42 pm

Great suggestion, Nemo. We have active collaborations with booksellers and they are certainly a key part of our strategy.

Comments are closed.

Proudly powered by WordPress

# McNamara Declaration
# Exhibit 55

# Internet Archive Blogs

*A blog from the team at archive.org*



Blog    Announcements    25th Anniversary    archive.org    About    Events    Developers    Donate

## Internet Archive's Modern Book Collection Now Tops 2 Million Volumes

Posted on February 3, 2021    by chrisfreeland



The Internet Archive has reached a new milestone: 2 million. That's how many modern books are now in its lending collection—available free to the public to borrow at any time, even from home.

"We are going strong," said Chris Freeland, a librarian at the Internet Archive and director of the Open Libraries program. "We are making books available that people need access to online, and our patrons are really invested. We are doing a library's work in the digital era."

The lending collection is an encyclopedic mix of purchased books, ebooks, and donations from individuals, organizations, and institutions. It has been curated by Freeland and other librarians at the Internet Archive according to a prioritized wish list that has guided collection development. The collection has been purpose-built to reach a wide base of both public and academic library patrons, and to contain books that people want to read and access online—titles that are widely held by libraries, cited in Wikipedia and frequently assigned on syllabi and course reading lists.

"The Internet Archive is trying to achieve a collection reflective of great research and public libraries like the Boston Public Library," said Brewster Kahle, digital librarian and founder of the Internet Archive, who began building the diverse library more than 20 years ago.

"Libraries from around the world have been contributing books so that we can make sure the digital generation has access to the best knowledge ever written," Kahle said. "These wide ranging collections include books curated by educators, librarians and individuals, that they see are critical to educating an informed populace at a time of massive disinformation and misinformation."

The 2 million modern books are part of the Archive's larger collection of 28 million texts that include older books in the public domain, magazines, and documents. Beyond texts, millions of movies, television news programs, images, live music concerts, and other sound recordings are also available, as well as more than 500 billion web pages that have been archived by the Wayback Machine. Nearly 1.5 million unique patrons use the Internet Archive each day, and about 17,000 items are uploaded daily.

### Presenting the (representative) 2 millionth book

Every day about 3,500 books are digitized in one of 18 digitization centers operated by the Archive worldwide. While there's no exact way of identifying a singular 2 millionth book, the Internet Archive has chosen a representative title that helped push past the benchmark to highlight why its collection




[ Search ]    Search

## Recent Posts

- Building a Better Internet: Internet Archive Convenes DC Workshop
- July Book Talk: The Library: A Fragile History
- Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- June Book Talk: The Catalogue of Shipwrecked Books
- GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure

## Recent Comments

- Patrick Winn on Building a Better Internet: Internet Archive Convenes DC Workshop
- Sally G. on Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- Sally G. on Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- Matthew LV on GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure
- aho on GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure

## Categories

- 78rpm
- Announcements
- Archive Version 2
- Archive-It
- Audio Archive
- Books Archive
- Cool Items
- Education Archive
- Emulation
- Event
- Image Archive
- Jobs
- Lending Books
- Live Music Archive

is so useful to readers and researchers online.

On December 31, *The dictionary of costume* by R. Turner Wilcox was scanned and added to the Archive, putting the collection over the 2 million mark. The book was first published in 1969 and reprinted throughout the 1990s, but is now no longer in print or widely held by libraries. This particular book was donated to Better World Books via a book bank just outside of London in August 2020, then made its way to the Internet Archive for preservation and digitization.



*"The dictionary of costume"* by R. Turner Wilcox, now available for borrowing at archive.org.

As expected from the title, the book is a dictionary of terms associated with costumes, textiles and fashion, and was compiled by an expert, Wilcox, the fashion editor of *Women's Wear Daily* from 1910 to 1915. Given its authoritative content, the book made it onto the Archive's wish list because it is frequently cited in Wikipedia, including on pages like Petticoat and Gown.

Now that the book has been digitized, Wikipedia editors can update citations to the book and include a direct link to the cited page. For example, users reading the Petticoat page can see that page 267 of the book has been used to substantiate the claim that both men & women wore a longer underskirt called a "petticote" in the fourteenth century. Clicking on that reference will takes users directly to page 267 in *The dictionary of costume* where they can read the dictionary entry for petticoat and verify that information for themselves.



*Screenshots showing how Wikipedia users can verify references that cite "The dictionary of costume" with a single click.*

An additional reason why this work is important is that there is no commercial ebook available for *The dictionary of costume*. This book is one of the millions of titles that reached the end of its publishing lifecycle in the 20th century, so there is no electronic version available for purchase. That means that the only way of accessing this book online and verifying these citations in Wikipedia—doing the kind of research that students of all ages perform in our connected world—is through a scanned copy, such as the one now available at the Internet Archive.

## Donations play an important role

Increasingly, the Archive is preserving many books that would otherwise be lost to history or the trash bin.

In recent years, the Internet Archive has received donations of entire library collections. Marygrove College gave more than 70,000 books and nearly 3,000 journal volumes for digitization and preservation in 2019 after the small liberal arts college in Detroit closed. The well-curated collection, known for its social justice, education and humanities holdings, is now available online at https://archive.org/details/marygrovecollege.

Several seminaries have donated substantial or complete collections to the Archive to preserve items or to give them a new life as their libraries were being moved or downsized. Digital access is now available for items from the Claremont School of Theology, Hope International University, Evangelical Seminary, Princeton Theological Seminary, and Anabaptist Mennonite Biblical Seminary.

Just like *The dictionary of costume*, many of the books supplied for digitization come to the Archive from Better World Books. In its partnership over the past 10 years, the online book seller has donated millions of books to be digitized and preserved by the Archive. Better World Books acquires books from thousands of libraries, book suppliers, and through a network of book donation drop boxes (known as "book banks" in the UK), and if a title is not suitable for resale and it's on the Archive's wish list, the book is set aside for donation.

"We view our role as helping maximize the life cycle and value of each and every single book that a library client, book supplier or donor entrusts to us," said Dustin Holland, president and chief executive officer of Better World Books. "We make every effort to make books available to readers and keep books in the reading cycle and out of the recycle stream. Our partnership with the Internet Archive makes all this possible."



The Archive provides another channel for customers to find materials, Holland added.

"We view archive.org as a way of discovering and accessing books," said Holland. "Once a book is discoverable, the more interest you are going to create in that book and the greater the chance it will end up in a reader's hands as a new or gently used book."

### Impact

Having books freely available for borrowing online serves people with a variety of needs including those with limited access to libraries because of disabilities, transportation issues, people in rural areas, and those who live in under-resourced parts of the world.

Sean, an author in Oregon said he goes through older magazines for design ideas, especially from cultures that he wouldn't be exposed to otherwise: "It gives me a wider understanding of my small place in the global historical context." One parent from San Francisco said she uses the lending library to learn skills like hand drawing to draw characters and landscapes to interact deeper with her child.



The need for information is more urgent than ever.

"We are all homeschoolers now. This pandemic has driven home how important it is to have online access to quality information," Kahle said. "It's gratifying to hear from teachers and parents that are now given the tools to work with their children during this difficult time."

Kahle's vision is to have every reference in Wikipedia linked to a book and for every student writing a high school report to have access to the best published research on their subject. He wants the next generation to become authors of the books that should be in the library and the most informed electorate possible.

Adds Kahle: "Thank you to all who have made this possible – all the funders, all the donors, the thousands who have sent books to be digitized. If we all work together, we can do another million this year."

### Take action

If you're interested in making a physical donation to the Internet Archive, there are instructions and an online form that start the process in the Internet Archive's Help Center: How do I make a physical donation to the Internet Archive?

Posted in Announcements, Books Archive, Education Archive, Lending Books, News | Tagged CDL, controlled digital lending | 21 Replies



**About chrisfreeland**
Chris Freeland is the Director of Open Libraries at Internet Archive.
View all posts by chrisfreeland →

← Suggested Reading List for At Home Learners          Thank you Ubuntu and Linux Communities →

### 21 thoughts on "Internet Archive's Modern Book Collection Now Tops 2 Million Volumes"



**Jack El-Hai**
February 3, 2021 at 2:23 pm

I applaud much of what the Internet Archive accomplishes, and I used to be a donor. Real libraries, however, do not make loans of unlimited duplicates of copyrighted materials, without a license from the copyright holder, as you did earlier in the pandemic. These loans directly hurt literary creators when many were financially vulnerable. That's why I no longer contribute money to you.



**Jennie Rose Halperin**
February 5, 2021 at 2:18 pm

Hi Jack!

Thanks for commenting on this post – my organization Library Futures is in a coalition and community with the Internet Archive to champion the right to equitable access to knowledge for all libraries. We're also working with author's rights organizations like Author's Alliance to ensure that authors are fairly compensated and libraries can do what they do – buy and lend materials. Learn more at https://libraryfutures.net

Without commenting on the specifics of the National Emergency Library, I think we're both in agreement that libraries not only provide a public good to society, they also buy books (lots of them!) This podcast lays out how library lending and ebook sales were way up this year, and sales are definitely one metric of a healthy publishing ecosystem: https://beyondthebookcast.com/up-for-2020-book-business-braces-for-2021/

What's not healthy in publishing, and I am sure you know this, is the way in which both authors and writers are taken advantage of through restrictive licensing agreements that cut off knowledge and lock down rather than facilitate access. Library budgets have not kept pace with the astronomical price of digital content, and most authors don't see their fair share of these rising costs. We believe that in order to provide equitable access, the system needs to work for everyone – authors, libraries, publishers of all size, schools, and the public sector. We are fighting for digital first sale, which uses technology to mirror the library's right to loan legally acquired books under controlled conditions while respecting copyright. The Internet Archive's Open Libraries program is at the cutting edge of this technology, working with hundreds of libraries to facilitate access to content.

Our principles (https://www.libraryfutures.net/our-principles) lay out what we're working towards. I'd also encourage you to take a look at this pricing explainer from the Canadian Library Council (https://econtentforlibraries.org/) and this article from Maria Bustillos in the New Republic (https://newrepublic.com/article/160640/book-companies-follett-overcharge-public-schools)

I appreciate your contribution and look forward to a continuing conversation. As a writer myself, I know how difficult it is to build a career. I believe that it's time for all of us (particularly creators) to think critically about the power structures at play between large corporations, nonprofits, libraries, and writers, how this interplay is exploitative to knowledge in the service of the public good, and how we can make it better together.

Feel free to reach out!

---

 **Jack El-Hai**
February 7, 2021 at 8:34 pm

Jennie, thank you for your comment. I wonder, however, if you misunderstand the objections of authors to the actions of the National Emergency Library during the early months of the pandemic. I don't know any authors who object to the work of libraries in lending books or to fair terms for libraries in the acquisition of books and ebooks to lend.

Instead, we object that the Internet Archive took advantage of the pandemic to supplant the role of bookstores in providing books to readers who otherwise would have bought their books. I am not talking about students and other library users. By providing unlimited digital duplicates of books to its users for an unlimited period of time, the National Emergency Library deprived bookstores and authors of sales – at an economically precarious time – that would have otherwise been made. And the Internet Archive had no legal license to do so.

Authors are dependent upon libraries, not the enemies of those institutions. We are the enemies of organizations that violate copyright and pirate our work, contrary to the practices of legitimate library lenders, in the guise of librarianship.

---

 **Joseph**
February 10, 2021 at 1:36 am

There were no bookstores open, there were no libraries open. No one was deprived of anything.

---

 **Dean**
February 12, 2021 at 12:56 pm

Please rethink your comment. Amazon never closed. Deliveries never stopped. Books were available to order to receive a regular print copy or purchase for download on Kindle or other e-devices. Yes. Revenue was lost.



**Jack El-Hai**
February 12, 2021 at 5:06 pm

I don't know of any online bookstores and online libraries that
were closed, even during the pandemic's earliest weeks. In ad-
dition, many brick-and-mortar bookstores and libraries were
offering curbside pickup.



**Sylvester Wrzesinski**
February 10, 2021 at 9:19 pm

As someone who does a fair amount of research, I think you are per-
haps... overstating how accessible many of these books are. Older
books especially. As someone who does research into tall ships (sailing
ships like the tea clippers, and smaller and slower coasters), the best
and indeed only books that have been published on this were last
printed back in the '70s. And the better and more detailed copies are
usually even older.

They are not available in bookstores, except for a few that have enough
older used books that somehow a few copies of R.H. Dana's works have
somehow fallen into their laps. A few books I have only seen in univer-
sity research libraries or cited elsewhere. And while I don't know if
Dana's books have been archived like others here have, I certainly hope
they will. Otherwise it will be direct knowledge lost, never to be appre-
ciated or available.



**Jack El-Hai**
February 12, 2021 at 5:11 pm

A high percentage of the books available through the National
Emergency Library were available for sale during the
pandemic's worst days by online booksellers. These retailers
suffered financial harm as a result.



**Ken**
February 10, 2021 at 4:20 pm

Good day Jack,

I am from the Philippines. We are looking for a machine like this for our school library
and records. Please help.



**Crawford**
February 3, 2021 at 7:08 pm

The law might be on your side, but you know very well that part of the people loaning "dupli-
cates" via the Internet Archive did so because they couldn't access those works due to the pan-
demic. Many of the loans wouldn't result in any additional revenue to authors.

Being affected by the pandemic, I get the position of (some) creators, but the lack of under-
standing in the context of a pandemic, where many people couldn't leave their home and visit
the library, lost their jobs, and were also financially vulnerable, left me a bit disappointed.

Personally, I won't be supporting some authors from now on.



**Jack El-Hai**
February 7, 2021 at 8:35 pm

Please see my comment to Jennie above. You misunderstand the objections of authors.



**Joseph**
February 10, 2021 at 1:38 am

That's exactly what you argued, along with accusing the IA of "taking advantage of the pandemic", as if they were part of some nefarious plot.

"By providing unlimited digital duplicates of books to its users for an unlimited period of time" – it wasn't an unlimited period of time; it was until the general lockdown was lifted.



**Jack El-Hai**
February 12, 2021 at 5:14 pm

If you ask the folks at the IA whether they took advantage of the pandemic to challenge U.S. copyright law, and they replied honestly, their answer would be yes. They needed no fellow plotters or conspirators to do so, and I didn't suggest there were any.



**Stephen Plotkin**
February 15, 2021 at 1:46 am

Mr. El-Hai:

You have reiterated many times now that bookstores and authors have been deprived of sales. But I think you need to quantify this deprivation. To what extent have booksellers of all sorts – authors, publishers, and stores – lost sales because of the IA initiative? What methodology is being used to make those estimates? In the absence of some supporting argument, your repeated insistence looks more and more like begging the question. Certainly if you have studies that underwrite your claims, I, for one, would be interested to see them. It would be helpful if they were more or less impartial, but I'll look at anything I can get.

I appreciate that you may believe this kind of support is unnecessary because the law obviously is on your side, but first of all, that is precisely one of the things that is being challenged here, and secondly even if it is "the law" that doesn't mean it is good law. I will freely show my hand here, and say that I am skeptical of the current copyright regime. Although it may be benefiting some – and you may be one of them – I think it is bad for the larger community of creators and their audiences.

Like anything human, copyright has a history, and anything with a history eventually reaches an end.



**Rom of Jefferson CIty**
February 4, 2021 at 4:10 am

This is incredible! Well done and thank you to everyone involved in gathering all these books together!

Pingback: Internet Archive's Modern Book Collection Now Tops 2 Million Volumes – Modding The World



**Ramses Braun**
February 8, 2021 at 8:07 pm

Spines.
Please scan books' spines too, as that is a nice way to browse them.



**Ramsey Nolan**
February 9, 2021 at 5:13 am

How one contribute/donate articles etc., which are rare. Germany Univ. has a receiving such archival material. The goal is rare materials are not thrown into garbage by inheriters of estate.



**Gavin Koh**

February 13, 2021 at 12:52 pm

The link is here https://help.archive.org/hc/en-us/articles/360017876312-How-do-I-make-a-physical-donation-to-the-Internet-Archive-

**giso**

February 11, 2021 at 6:11 pm

Please scan books' spines too, as that is a nice way to browse them.

**giso**

February 14, 2021 at 7:21 am

This is incredible! Well done and thank you to everyone involved in gathering all these books together!

Comments are closed.

*Proudly powered by WordPress*