Case 1:23-cv-04660-JGK-OTW Document 41-96 Filed 07/22 Page 1 of 12

# McNamara Declaration
# Exhibit 56

Case 1:20-cv-04160-JGK-OTW Document 96-72 Filed 07/07/22 Page 12 of 5



**Libraries**

🕐 This article is more than **10 years old**

# Internet Archive founder turns to new information storage device – the book

*Agencies*

Mon 1 Aug 2011 11.43 BST

Tucked away in a small warehouse on a dead-end street, an internet pioneer is building a bunker to protect an endangered species: the printed word.

Brewster Kahle, 50, founded the non-profit Internet Archive in 1996 to save a copy of every webpage ever posted. Now the MIT-trained computer scientist and entrepreneur is expanding his effort to safeguard and share knowledge by trying to preserve a physical copy of every book ever published.

"There is always going to be a role for books," said Kahle, as he perched on the edge of a shipping container soon to be tricked out as a climate-controlled storage unit. Each container can hold about 40,000 volumes, the size of a branch library. "We want to see books live forever."

Case 1:20-cv-04160-JGK-OTW Document 96-32 Filed 07/07/22 Page 1 of 5

So far, Kahle has gathered about 500,000 books. He thinks the warehouse itself is large enough to hold about a million titles, with each one given a barcode that identifies the cardboard box, pallet and shipping container in which it resides.

That's far fewer than the nearly 130 million different books engineers involved in the Google book project estimate to exist worldwide. But Kahle says the ease with which they've acquired the first half-million donated texts makes him optimistic about reaching what he sees as a realistic goal of 10 million books – the equivalent of a major university library.

"The idea is to be able to collect one copy of every book ever published. We're not going to get there, but that's our goal," he said.

Recently, workers in offices above the warehouse floor unpacked boxes of books and entered information on each title into a database. The books ranged from Moby Dick and The Hunchback of Notre-Dame to The Complete Basic Book of Home Decorating and Costa Rica for Dummies.

At this early stage in the book-collection process, specific titles aren't being sought so much as large collections. Duplicate copies of books already in the archive are redonated elsewhere. If someone does need to see an actual physical copy of a book, Kahle said it should take no more than an hour to fetch it.

"The dedicated idea is to have the physical safety for these physical materials for the long haul, and then have the digital versions accessible to the world," Kahle said.

Along with keeping books cool and dry, which Kahle plans to accomplish using the modified shipping cointainers, book preservation experts say he'll have to contend with vermin and about a century's worth of books printed on wood pulp paper that decays over time because of its own acidity.

Peter Hanff, acting director of the Bancroft Library, the special collections and rare books archive at the University of California, Berkeley, says that just keeping the books on the west coast of the US will save them from the climate fluctuations that are the norm in other parts of the country.

He praises digitisation as a way to make books, manuscripts and other material more accessible. But he too believes that the digital does not render the physical object obsolete. He said people feel an "intimate connection" with artefacts – a letter written by Albert Einstein or a piece of papyrus dating back millennia.

A-2220

Case 1:20-cv-04160-JGK-OTW Document 86-72 Filed 07/07/22 Page 4 of 5

"Some people respond to that with just a strong emotional feeling," Hanff said. "You are suddenly connected to something that is really old and takes you back in time."

Kahle said he simply had a strong reaction to the idea of books being thrown away.

"Knowledge lives in lots of different forms over time," he said. "First it was in people's memories, then it was in manuscripts, then printed books, then microfilm, CD-ROMS, now on the digital internet. Each one of these generations is very important."

Each new format as it emerges tends to be hailed as the end-all way to package information. But Kahle points out that even digital books have a physical home on a hard drive somewhere. He sees saving the physical artefacts of information storage as a way to hedge against the uncertainty of the future. (Alongside the books, Kahle plans to store the Internet Archive's old servers, which were replaced late last year.)

Kahle envisions the book archive as less like another Library of Congress (which holds 33 million books, according to the library's website) and more like the Svalbard Global Seed Vault, an underground Arctic cavern built to shelter backup copies of the world's food-crop seeds. The books are not meant to be loaned out on a regular basis, but are protected as authoritative reference copies if the digital version somehow disappears or a question ever arises about an ebook's faithfulness to the original printed edition.

"The thing that I'm worried about is that people will think this is disrespectful to books. They think we're just burying them all in the basement," Kahle said. But he says it's his commitment to the survival of books that drives this project. "These are the objects that are getting to live another day."

---

## comments (13)
This discussion is closed for comments

**Sort by**
Oldest ⌄

**Per page**
100 ⌄

**Display threads**
Collapsed ⌄



**ohsocynical** 1 Aug 2011 6:59    0 ↑

That'll take a while!

Mute    Report

**Samanthajwright** 1 Aug 2011 7:08    0 ↑

People can predict what the future holds but no one can say with any certainty what awaits mankind in the future. Perhaps we may be endebted at some point to people like Brewster Kahle and the people behind the Svalbard Global Seed Vault, who knows.

A-2221

Case 1:20-cv-04160-JGK-OTW Document 96-72 Filed 07/07/22 Page 1 of 5

But in the meantime any project which engenders respect for printed books and encourages the continuation of the printing industry in an increasingly digital age is to be commended.

Mute    Report

**View more comments**

A-2222

Case 1:23-cv-04160-JGK-OTW Document 111-6 Filed 07/22 Page 6 of 112

# McNamara Declaration
# Exhibit 57

Page 1
Table Top Scribe System : Free Download, Borrow, and Streaming : Internet Archive
https://archive.org/details/tabletopscribesystem



## Table Top Scribe System

| | |
|---|---|
| Topics | scribe, ttscribe |

### Create content locally, share knowledge globally!

Digitize your content using our Table Top Scribe hardware. Share your collections of beautiful images online. Join our global library, and give your content the digital platform and viewing community it deserves.



Favorite Share Flag

28,435 Views
13 Favorites

**DOWNLOAD OPTIONS**

| ITEM TILE | 1 file |
|---|---|
| JPEG | 7 files |
| PNG | 2 files |
| TORRENT | 1 file |
| SHOW ALL | 24 Files |
| | 15 Original |

**IN COLLECTIONS**

Community Images



Community Collections

Uploaded by
admin-gemma-waterston@archive.org
on December 17, 2014

"Digitization through Internet Archive and Open Library has been helping us expand the reach of your collections and make them more accessible to our patrons, particularly to those with print disabilities." **Matt Rummele, American Printing House for the Blind**

## By using the Table Top Scribe System, you will benefit from:

- A long term digitally "future-proofed" safe location for your content on the web.
- Worry-free, safe and non-destructive digitization for both your bound and unbound items. Use the carefully engineered V-shaped cradle for standard shaped items, and the Large Image Capture System for your flat or archival items- including maps, photo diaries, or journals.
- Scholarly search, discovery, and full text search of non-handwritten content.
- Simple and low tech connectivity, with no special interconnection required. Image upload only needs a standard wifi connection.
- Easy-to-assemble and portable equipment.
- Technology blended with the human eye. Our software performs an algorithmic review of each image, while our trained staff checks each item while processing.
- Image processing includes cropping, structural metadata, and quality check of your images.
- No extra cost for color. Full color images are automatically generated.
- The ability to incorporate your collection with other forms of born digital and non-born digital media (CDs, LPs, Video, Moving images, Microfiche and Microfilm, etc.



## Who We Are

Founded in 1996, the Internet Archive is one of the world's largest public digital libraries, with an extensive collection of human culture: 2 million books, 430 billion Web pages, 3 million hours of television and more. Its purposes include offering permanent access for researchers, historians, scholars, people with disabilities, and the general public to historical collections that exist in digital format. By becoming a part of the Internet Archive global community, you will join over 1,250 contributing libraries and institutions (including Library of Congress, Harvard University, University of Toronto, University of California, and the Wellcome Trust) who are uploading content on a massive scale. The Internet Archive consistently ranks within the top 200 websites in the world, generating 30 million downloads per month of public domain items.

## Table Top Scribe Pricing and Specifications

Product Specifications Costing Information Browse the books that have been digitized on the Table Top Scribes around the world For further information, please contact us (digitallibraries@archive.org). Before we close, we want to recognize the early work of Daniel Reetz and the DIY community. They saw a need for a DIY image capture device and developed a working prototype offered under an OpenHardwareDesign license - CC-BY-SA[2]. You may find information about that here - http://www.diybookscanner.org

| Addeddate | 2014-12-17 19:13:46 |
| Identifier | tabletopscribesystem |
| Scanner | Internet Archive HTML5 Uploader 1.6.0 |

 ## Reviews

⊕ Add Review

There are no reviews yet. Be the first one to write a review.

Page 3
Table Top Scribe System : Free Download, Borrow, and Streaming : Internet Archive
https://archive.org/details/tabletopscribesystem

SIMILAR ITEMS (based on metadata)



# McNamara Declaration
# Exhibit 58

1              IN THE UNITED STATES DISTRICT COURT

2             FOR THE SOUTHERN DISTRICT OF NEW YORK

3

HACHETTE BOOK GROUP, INC.,                )

4     HARPERCOLLINS PUBLISHERS LLC, JOHN    )

WILEY & SONS, INC., and PENGUIN           )

5     RANDOM HOUSE LLC                      )

                                           )  Case No.

6                    Plaintiffs,           )  1:20-CV-04160-JGK

                                           )

7     v.                                   )

                                           )

8                                          )

INTERNET ARCHIVE and DOES 1 through

9     5, inclusive,

10                   Defendants.

       _____

11

12

13

14

              Videotaped Rule 30(b)(1) and Rule 30(b)(6)

15              Deposition OF ANDREA ROGINA MILLS

16                  Held via Veritext Virtual

                    Thursday, October 14, 2021

17                      10:30 a.m. EST

18

19

20

21

22     Reported by:

       Carissa Stabbler, Registered Professional Reporter

23

24

25

Page 84

```
1        going to ask that you just please try to focus on
2        my question.
3                  With respect to the universe of
4        in-copyright books that the Internet Archive has
5        digitized, it's a very small percentage of those
6        books that the Internet Archive digitized as new
7        copies; correct?  Well, strike that.
8                  A.   I would say that's --
9                  Q.   Strike that.
10                 A.   I would say that's correct, yes.
11                 Q.   Let me ask the question a little
12       more cleanly.
13                 With respect to the universe of books
14       that the Internet Archive has digitized, the copies
15       that the Internet Archive was digitizing, it was a
16       very small percentage that were new copies that the
17       Internet Archive purchased as opposed to used
18       copies; correct?
19                 A.   Yes, that's correct.
20                 Q.   And throughout the time that the
21       Internet Archive has been digitizing books, it does
22       so by creating images of each of the pages in those
23       books using a camera; correct?
24                 A.   Yes, that's right.  We use a
25       photographic process.
```

Page 85

```
 1                    Q.   And the photographic process is
 2          part of what the Internet Archive refers to as its
 3          Scribe machine; correct?
 4                    A.   Yes.  There's Scribe hardware in
 5          terms of machine, and the software we use is also
 6          called Scribe.
 7                    Q.   So is it fair for me to refer to
 8          the Scribe machine as consisting of both Scribe
 9          hardware and Scribe software?
10                    A.   I think that's fair.  We often say
11          "Scribe system."  That helps.
12                    Q.   Okay.  That's great.  Thank you.
13          And the Scribe system of hardware and software
14          consists of hardware and software that the Internet
15          Archive developed itself; correct?
16                    A.   Yes.  Yes, it has -- it has
17          developed over time.  The -- in terms of the
18          hardware, the Internet Archive doesn't build its
19          own computers or cameras, so those are commercial
20          products.
21                    But the hardware of the Scribe machine
22          is developed and has been manufactured by the
23          Internet Archive, and the software is developed and
24          maintained by the Internet Archive.
25                    Q.   And when the Internet Archive was
```

Page 113

1           BY MR. ZEBRAK:

2                Q.   So you mentioned that Internet

3      Archive purchases in-copyright books for scanning

4      from its digitization partner in China named Datum

5      Data; correct?

6                A.   Yes, that's right.

7                Q.   And to your knowledge, does

8      Internet Archive know anything about the source or

9      sources from which Datum Data obtains the

10     in-copyright books that it sells to Internet

11     Archive for scanning?

12               MS. LANIER:  Objection.  Scope.

13               THE WITNESS:  So not to my knowledge.

14     I'm not aware of where the books come from.

15               BY MR. ZEBRAK:

16               Q.   When Internet Archive obtains a

17     book for scanning that's in copyright, does

18     Internet Archive do anything to determine whether

19     that physical book is a lawful copy?

20               MS. LANIER:  Objection.  Scope.

21     Objection.  Calls for a legal conclusion.

22               THE WITNESS:  How would you define a

23     legal copy?

24               BY MR. ZEBRAK:

25               Q.   Are you familiar with what a

1          just mentioned of obtaining eBooks from the

2          publishers represents a very small percentage of

3          the in-copyright titles that Internet Archive is

4          delivering through its website?

5                    MS. LANIER:  Objection.  Scope.

6                    THE WITNESS:  It's my understanding

7          that there are not very -- some of the publishers

8          that we have approached or that we have been in

9          conversation with haven't been interested in

10         selling eBooks or physical books to the Internet

11         Archive even though we have this program.

12                   BY MR. ZEBRAK:

13                   Q.   So with respect to the physical

14         books that the Internet Archive digitizes, are

15         there any sources from which the Internet Archive

16         obtains those physical books besides library

17         donations and purchases from Better World Books or

18         perhaps other entities?

19                   A.   So one that comes to mind is our

20         partners at Datum Data who digitize for the

21         Internet Archive in China.  There are some books

22         purchased through them, through their connections

23         in China, so that is a source.

24                   I don't recall off the top of my head

25         the throughput of that center off the top of my

```
                                                Page 130
 1                    Q.   Is it true that in the 2013 to '16
 2          period, Internet Archive was having a difficult
 3          time persuading libraries or other donors to donate
 4          in-copyright titles?
 5                    MS. LANIER:  Objection.  Scope.
 6                    THE WITNESS:  I couldn't comment on
 7          whether they were having a difficult time, that
 8          that was the reason.  I just -- I just know that it
 9          was a time when we were growing -- attempting to
10          grow the set that was to be digitized.  I don't
11          know the exact reason.
12                    BY MR. ZEBRAK:
13                    Q.   Okay.  But you do know that at
14          least in the 2013 to '16 time period, Internet
15          Archive was not receiving a large number of
16          in-copyright titles to digitize relative to the
17          period of 2016 onward; is that what you're saying?
18          Actually, strike that.  Strike that.
19                    What happened in the period of 2016
20          onward that led to a spike in the number of books
21          that Internet Archive began scanning per day?
22                    MS. LANIER:  Objection.  Scope.  Calls
23          for speculation.
24                    THE WITNESS:  It was a period when the
25          site in Hong Kong was established, so there was a
```

Page 131

```
 1        move from Mainland China to Hong Kong.  There was a
 2        larger footprint given to the project by Datum
 3        Data, and there was material prepared and ready to
 4        be sent for digitization which represented an
 5        uptick in material coming through.
 6                    BY MR. ZEBRAK:
 7                    Q.   How long has Internet Archive
 8        worked with Datum Data for digitization of books?
 9                    A.   I'm not aware of the exact date.
10        I believe it was at or prior to 2009.  I'm not -- I
11        don't know exactly.
12                    Q.   So working with Datum Data, the
13        digitization happened on Mainland China early on.
14        It then moved to Hong Kong, and now it's moved back
15        to Mainland China; correct?
16                    A.   Yes, that's right.
17                    Q.   Okay.  Are there -- are you
18        familiar with the terms within the Internet Archive
19        of scanning supercenter?
20                    A.   Yeah, I am familiar with the
21        supercenter term, yes.
22                    Q.   What does that mean?
23                    A.   So in general practice, that has
24        meant our sites that have, let's say, more than ten
25        Scribe stations.
```

Page 132

1          Q.   Are you familiar with how many

2     supercenters Internet Archive has currently?

3          A.   So I think in actuality, our only

4     supercenter is in Cebu, Philippines.  A close

5     second would be in Mainland China.  There's

6     currently just ten stations there, though.  It's

7     reduced from "super" slightly.

8          Q.   And are there other digitization

9     centers that are -- have five or more Scribe

10    machines outside the United States?

11         A.   Outside of the United States, yes.

12         Q.   And could you list for me where

13    those are?

14         A.   So the only site that currently

15    has more -- or ten stations is at our site in

16    London, U.K., and that is what I would call an

17    Internet Archive scanning center in the sense that

18    it's Internet Archive U.K., so it is a separate

19    entity as well but similar to Internet Archive

20    Canada that operates in London.

21         Q.   Regardless -- so you said you --

22    you're the executive director of Internet Archive

23    Canada; right?

24         A.   Yes, that's right.

25         Q.   And Internet Archive Canada, one

1     of its activities is to scan in-copyrighted books;

2     correct?

3           A.   We -- Internet Archive Canada has

4     digitized in-copyright material.  It is a genuine

5     fraction of the material that we've done in Canada.

6           Q.  So is it fair to say that with

7     respect to the in-copyright modern books that

8     appear on the Books to Borrow collection on

9     Internet Archive, most of those books are books

10    that -- well, strike that.

11           Internet Archive scans in-copyright

12    titles both in the United States and abroad;

13    correct?

14          A.   Yes, that's correct.

15          Q.   And Internet Archive does that

16    directly by having its employees doing the

17    scanning, and it also does it sometimes by hiring,

18    you know, an entity like Datum Data to do the

19    scanning for it; correct?

20          A.   Yes, that's right, yes.  Yes.

21          Q.   Where do Internet Archive

22    employees do the scanning of in-copyright books

23    themselves directly?  What locations?

24          A.   So -- and are you refer -- you're

25    interested in any of the locations no matter the

Page 134

1          country?

2                    Q.    Yes, please.

3                    A.    When Internet Archive employees of

4          any of the international entities are working, they

5          are in what we would call an Internet Archive

6          digitization center.

7                    Q.    Let me try to ask this more

8          simply.  Internet Archive has digitization centers

9          both in the United States and abroad; correct?

10                   A.    Yes, that's correct.

11                   Q.    Okay.  Could you list for me where

12         Internet Archive has digitization centers outside

13         the United States?

14                   A.    Sites with Internet Archive

15         employees that are employed by an international

16         Internet Archive entity would be Toronto, Ontario,

17         Edmonton, Alberta, London, U.K., and the other

18         sites that are outside of the United States are

19         not -- they don't include Internet Archive

20         employees.

21                   Q.    Internet Archive has what you've

22         been referring to as digitization centers; correct?

23                   A.    Yes, that's what we call them.

24                   Q.    And at these digitization centers,

25         Internet Archive is either having its employees

1    processes and workflows with those partners.  There

2    is some autonomy in how those procedures are

3    achieved, you know, as long as the policies are

4    followed.  They manage their own employees.  It

5    isn't an Internet Archive manager telling their

6    employees, you know, day to day what to do.

7              BY MR. ZEBRAK:

8              Q.   So Internet Archive buys a book

9    that's a modern in-copyright book from Datum Data,

10   and Internet Archive then asks Datum Data to

11   digitize the book for Internet Archive; correct?

12             A.   Yes, I think that's a -- yes, in

13   basic terms, yes.

14             Q.   And when Datum Data buys the --

15   sells the book to -- strike that.

16             When Datum Data sells a book to

17   Internet Archive for digitization, does Datum Data

18   deliver that book to Internet Archive for Internet

19   Archive to review and inspect?

20             A.   The Internet Archive does not

21   physically receive that book until it's digitized,

22   after it's digitized.

23             Q.   So is it the case that what

24   happens is Internet Archive buys a modern

25   in-copyrighted book from Datum Data in China, Datum

1          Data then digitizes the book, and then at some

2          point after digitization, Datum Data ships the book

3          to Internet Archive for storage?

4                    A.   Yes, that is the case.  We also

5          have a system of storage areas such that in the

6          digitization center, let's say, that Datum Data is

7          working in, when a book is scanned but before it

8          ships, it's in a storage area so we know its

9          location.  We fill that storage area until we have

10         enough for a shipping container, and then it gets

11         on the water.

12                   Q.   And then when Internet Archive has

13         these modern in-copyrighted books digitized at its

14         request by Datum Data or any other entity in a

15         foreign country, once it's digitized, that

16         digitized copy is then uploaded and sent to

17         Internet Archive's computers in the United States;

18         correct?

19                   A.   Yes, that's correct.

20                   Q.   When Datum -- strike that.

21                   How does Internet Archive determine

22         what books it wants to digitize?  Is it --

23                   A.   So in general, it's a -- again,

24         there's a set of criteria, so it's a book that we

25         have not digitized previously.  There are some what

Page 176

1        physical archive in California.

2                        Q.   And that physical archive, that's

3        locked away.  The books in that archive, those

4        physical copies aren't being loaned out; correct?

5                        A.   For books that Internet Archive

6        owns, they go into a closed pallet in a closed

7        container in the warehouse, and they do not

8        circulate.

9                        Q.   Is there a rule of thumb at

10       Internet Archive about Internet Archive's average

11       cost per book to digitize?

12                       MS. LANIER:  Objection.  Scope.

13                       THE WITNESS:  Are you referring to

14       material that we are paid to digitize or that we

15       pay to digitize?

16                       BY MR. ZEBRAK:

17                       Q.   How much does it cost Internet

18       Archive on average to digitize a book?

19                       MS. LANIER:  Same objection.

20                       THE WITNESS:  That's a good question.

21       I don't have an answer.  I'm sorry.  I can't give

22       you an answer.

23                       MR. ZEBRAK:  That's all right.

24                       Ms. Weissman, would you please publish

25       Tab 55, 56, and 59.

```
                                              Page 281
1                    REPORTER'S CERTIFICATE

2

3

4              I, CARISSA STABBLER, RPR, Registered

5       Professional Reporter, certify;

6              The foregoing proceedings were taken

7       before me at the time and place therein set forth,

8       at which time the witness was put under oath by me;

9              That the testimony of the witness and

10      all objections made at the time of the examination

11      were recorded stenographically by me and were

12      thereafter transcribed;

13              That the foregoing is a true and

14      correct transcript of my shorthand notes so taken.

15

16

17

18              Dated this 20th day of October 2021.

19

20

21

22              PER: Carissa Stabbler, RPR

23                   Court Reporter

24

25
```

**Exhibit 59 to McNamara**

**Declaration**

**Filed Under Seal**

**(A-2242-2245)**

**Exhibit 60 to McNamara**

**Declaration**

**Filed Under Seal**

**(A-2246)**

McNamara Declaration
Exhibit 61



# Digitize your Collections

At one of our Regional Digitization centers
or on your Table Top Scribe locally

The Internet Archive is a 501(c)(3) nonprofit founded in 1996 to build a digital library, freely available through the Internet. In partnership with libraries and universities around the world, we are preserving the knowledge of the world, offering free long term online access to historians, scholars, researchers and the general public.

**Internet Archive partners include:**
Biodiversity Heritage Library, Boston Library Consortium, Duke University, Library of Congress, Natural History Museum, London, Princeton Theological Seminary, Smithsonian Institution, The Getty Research Institute, University of Toronto, Wellcome Trust, LYRASIS, Allen County Public Library and over 1,400 other library partners.

**Experience:**
Over 2,000,000 books online
Over 200 million pages digitized
1,000 digitized books/day
7 regional digitization centers, and 11 satellite locations
Digitized printed materials, microfilm, microfiche, folios, partner supplied images and right-to-left bound items

**Benefits:**
**QUALITY ASSURANCE** is performed for accuracy and quality.
**PERSISTENT** unique identifiers are assigned to digital items, and can be used to link to library catalogs.
**METADATA** is attached to each digital item, both structural and bibliographic.
**MULTIPLE FORMATS** are created for each digital item. Both preservation and access file formats are processed, including PDF/A, JP2000, EPUB, DAISY, OCR text file, and several metadata files.
**UNLIMITED DOWNLOADS** of your items, with perpetual access. Keep and distribute copies!
**FUTURE-PROOF** your files. Internet Archive will ensure that your master files are stored and preserved, remaining accessible as technologies develop.
**SCHOLARLY ACCESS** is provided, as you develop your own corner of Internet Archive. Showcase your collection within our global library, and make your content accessible for scholarly research and discovery.

To contact us for more information on our digitization services, email digitallibraries@archive.org or visit us at archive.org/scanning.

INTARC00151080

# McNamara Declaration
# Exhibit 62



03/15/2018

Providence Public Library
Kate Wells
150 Empire Street, Providence RI 02903

Dear Kate Wells,

As we discussed, Internet Archive is willing to scan physical materials provided by your organization
("Library") in order to make these materials as freely available as permitted under applicable copyright laws.
This letter agreement sets forth the terms and conditions under which Internet Archive will perform this service.

<u>Delivery of Materials</u>: Library will deliver physical materials, including text and images, microfilm or
microfiche, CD's, VHS and 8 or 16 mm  film  (the "Items"), as identified in  <u>Exhibit A</u> to Internet Archive
using commercially reasonable shipping practices.  Library will be responsible for insuring the Items for
shipment and delivery.  If Internet Archive receives damaged Items from Library, Internet Archive will notify
Library of the status of such Items and will bear no liability for any such damage to any Item.

<u>Services</u>:  Before initiating any scanning of any Item, Internet Archive will examine the Item to determine its
suitability for scanning.  Any Item deemed unsuitable for scanning in Internet Archive's sole discretion will be
promptly returned to the Library.
Internet Archive will scan and process the Items using generally accepted industry standards and care.  The
parties will mutually agree upon any specific additional requirements requested by Library in writing prior to
the start of scanning.  Internet Archive will provide one digital copy of each digitized Item (a "Digital Copy") to
the Library and will retain additional Digital Copies.
Internet Archive will post Digital Copies on the Internet Archive website in a newly created sub-collection for
the Library Items.  The Digital Copies will be freely accessible and downloadable from Internet Archive via
HTTP, Torrent or a similar method.  In posting the Digital Copies, Internet Archive will use filenames and a
directory structure similar to those used in previous digitization projects of printed collections.
Internet Archive will use reasonable efforts to handle and store Items to be digitized to protect such Items from
damage, loss, or destruction.

<u>Return of Items</u>: Upon completion of the scanning services, Internet Archive will use reasonable efforts to
return the Items to Library using the same shipping packaging as used by Library, unless otherwise specified in

<u>Exhibit A</u>.  Internet Archive will ship the Items to Library via common carrier, and all risk of loss passes to
Library upon Internet Archive's delivery of the Items to such carrier.  The cost of return shipping will be borne
by the Library.

1



**Additional Items**: In its sole discretion, Internet Archive may accept delivery of additional Items for scanning that are not identified on Exhibit A, and will notify Library of the amount of any additional fees and costs related to Internet Archive's scanning of such Items. If Library agrees to pay such additional amounts, Internet Archive will initiate scanning of such Items in accordance with the terms and conditions of this Agreement.

**Use of Digital Copies**: As permitted under applicable copyright law, both Library and Internet Archive may freely use their Digital Copies of the Items in any manner, including reproducing, displaying, storing, modifying, or distributing the Digital Copies. Without limiting the foregoing, both parties may make improvements, revisions, or modifications to the Digital Copies or create other derived forms of the Digital Copies.

**Fees**: Library agrees to pay the amounts set forth on Exhibit A in exchange for Internet Archive's performance of the scanning services and for shipping costs Internet Archive incurs in returning the Items to Library. Internet Archive will invoice Library for such amounts upon completion of the scanning services, and Library will make payment within thirty (30) days of the date of such invoice. Payment will be made to: Internet Archive, 300 Funston Ave., San Francisco, CA, 94118.

**Insurance**: During the performance of its services, Internet Archive will maintain Commercial General Liability insurance covering, without limitation, property damage with a limit of not less than $1,000,000 per occurrence.

**Limitation of Liability; Warranty Disclaimer**: In no event will either party be liable to the other party for any consequential, indirect, exemplary, special, or incidental damages or any lost profits arising from or relating to this agreement or the services performed by Internet Archive hereunder, whether in contract or tort or otherwise, even if such party knew or should have known of the possibility of such damages. If Library establishes that Internet Archive damaged, lost, or destroyed any Item, Internet Archive will, at its option and as Library's sole remedy, either repair or replace the damaged, lost, or destroyed material, or pay Library for such repair or replacement, up to a maximum of $200 per Item. Internet Archive's cumulative liability relating to this agreement will not exceed $5,000.

EACH PARTY DISCLAIMS ALL WARRANTIES, WHETHER EXPRESS, IMPLIED, OR STATUTORY, REGARDING ITS PERFORMANCE UNDER THIS AGREEMENT, INCLUDING ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT.

**Term and Termination**: This letter agreement will be effective as of the date of Library's signature, below, and will continue until terminated. Either party may terminate this letter agreement upon thirty (30) days notice to the other party. Upon any such termination, Internet Archive will return the Items to Library and invoice Library on a pro-rata basis for services performed, calculated based on the portion of the services rendered through the date of termination, and Library will pay such invoice in accordance with terms of this Agreement.

2



General: Library agrees that this letter agreement states the entire agreement of Internet Archive and Library with respect to the performance of services by Internet Archive. Library agrees that the terms and conditions of this letter will be governed and construed in accordance with federal law and the laws of the State of California, without regard to conflicts of law principles that would require the application of the laws of any other state. If Library acknowledges and agrees to the terms and conditions of this letter, please sign below and return two original signature copies to Internet Archive. We look forward to working together with you to provide increased public access to these materials.

| The undersigned represents that he or she is authorized to enter into this Agreement on behalf of **Internet Archive**: | The undersigned represents that he or she is authorized to enter into this Agreement on behalf of **Providence Public Library**: |
|---|---|
| By: *Brewster Kahle* <br> D3A82F06778D463... | By: *[signature]* <br> 8D53EF285B1D4A2... |
| Name: Brewster Kahle | Name: Kate Wells |
| Title: Digital Librarian, Internet Archive | Title: Curator of Rhode Island Collections |
| Date: 4/17/2018 | Date: 4/3/2018 |

| For Admin Use ONLY | |
|---|---|
| Standard Agreement | Yes |
| Renewal | No |
| CC to: | Tim Bigelow - ████@archive.org ; Boston, Massachusetts ; financedirector@archive.org ; accountsreceivable@archive.org |

3



CONFIDENTIAL

## Exhibit A

Items:

The first 12 months of the project is expected to include the following estimates, indicated below. (These estimates will be used for planning purposes only, and do not constitute a commitment)

- Mediatypes: Printed material
- Estimated Item Count: 20 volumes
- Estimated Image Count: 1500 pages / volume Images

Includes bound volumes of various years of the Providence City Directories. All bindings are in good condition. Items should remain bound.

Estimated Scanning Schedule:

Work on this collection is expected to commence: 03/28/2018

Shipments will be processed in priority sequence and be returned to the partner in a safe and timely manner.

Ship to/Return Shipping Procedures:

Content provider will provide IA with return shipping tags and waybill for each shipment. If no arrangements are provided, return shipping costs via FedEx or similar courier, will be invoiced to the Library.

Items will be delivered and picked up by Kate Wells, PPL.

Shipping:

Please be in touch with Digitization Manager for shipment scheduling and logistics: **Tim Bigelow - Tim.B@archive.org ; Boston, Massachusetts**

VHS, CDs and 8 or 16 mm will be only digitized at the Internet Archive's headquarters located at 300 Funston Street, San Francisco, CA 94118.

Fees:

For printed materials considered to be in general circulation condition the pricing will be:

*$3.00 (USD) set up fee per book/item plus $0.10 per image; folios and large format items $3.00 per item and $0.25 per image; Foldouts will be charged at $2.00 per image.*

General circulation materials are defined as bound books or pamphlets less than 12 x 14 inches (31 x 35 cm); a $3.00 USD set up fee will be charged per book/item along with a flat rate of $.10 USD per digitized page, which will include 2 target pages along with the front/back covers. For example a 300-page book including

4



covers would be billed at $33.20 USD (300 pages x $.10 USD + 2 target pages x $.10USD + $3.00USD set up charge).

Bound dissertations, thesis, pamphlets and the like with less than 25 images may be priced differently based on the specific collection.

Folios, newspapers, archival materials not requiring the removal of staples, removal of items from envelops, or special handling, that are larger in format than 12x14 (31cmx35cm) will be billed at $3.00 USD per item and $.25 USD per page. Foldouts will be charged at $2.00 USD per image.

Microform –

For microfilm text like (i.e. book-like, monograph-like, etc) images a set up charge of $3.00 USD per assigned ID and $.10 per digitized image will be charged. For newspaper like images (i.e. Toronto Star, New York Times, tabloid-sized newspaper), a set up charge of $3.00 USD per assigned ID and a $.15 per digitized image will be charged. For example, if a reel has 1,000 text images and there are 5 books on that reel, the total charge for that reel will be 5 books * $3.00 set up + 1,000 * $.10 = $15.00 + $100 or $115.

VHS, CDs, 8 and 16 mm film can be digitized. Please contact Internet Archive Digitization Manager for details.

**Contact details:**

*Authorized Signatory Contact:*
Kate Wells
Curator of Rhode Island Collections

████ @provlib.org

*Billing Contact:*
Matt Margetta
Grant and Contract Manager
████████
 @brown.edu

*Internet Archive Primary Contact:*
Tim Bigelow - ████ @archive.org ; Boston, Massachusetts

5

McNamara Declaration

Exhibit 63

**Can You Chip In?**

The Internet Archive is growing faster than ever before, and we need your help. As an independent nonprofit, we build and maintain all our own systems, but we don't charge for access, sell user information, or run ads—instead we're powered by donations averaging $30. Unfortunately, fewer than 1 in 1000 of our patrons donate.

**We don't ask often, but right now, we have a 2-to-1 Matching Gift Campaign, tripling the impact of every donation.** If you find all these bits and bytes useful, please pitch in.

*—Brewster Kahle, Founder, Internet Archive*

### Choose an amount (USD)



| $3 | $25 |
| $100 | Custom: $ |

☐ I'll generously add $0.37 to cover fees.
☐ Make this monthly

**Continue**                    *Maybe later*

 INTERNET ARCHIVE 25 

**Renewable every hour, pending availability.** ⓘ    Borrow for 1 hour ▾

Get print disability access



**Exhibit**
**Pls. 0295**

A-2256

Case 1:20-cv-04160-JGK-OTW Document [illegible] Filed [illegible] Page 3 of 5
Case 23-1260, Document 70-2, 12/15/2023, 3598439, Page37 of 112

Preview (1 of 353)

# The Passmores in America : a Quaker family through six generations

by Smith, Robert Houston

Publication date 1992

| Topics | Passmore family, Passmore, William, ca. 1655-1730, |
| --- | --- |
| | Passmore, John, 1678-1746, Quakers |
| Publisher | Lewiston, N.Y. : E. Mellen Press |
| Collection | inlibrary; printdisabled; bostonpubliclibrary; americana |
| Digitizing sponsor | Boston Public Library |
| Contributor | Boston Public Library |
| Language | English |

Includes bibliographical references (p. [273]-298) and index

| Access-restricted-item | true |
| --- | --- |
| Addeddate | 2012-02-02 15:39:06 |
| Bookplateleaf | 0010 |
| Call number | 39999066635986 |
| Camera | Canon 5D |
| City | Lewiston, N.Y. |
| External-identifier | urn:oclc:record:1036765295 |
| Foldoutcount | 0 |
| Identifier | passmoresinameri00smit |
| Identifier-ark | ark:/13960/t24b44m7n |
| Isbn | 0773495657 |
| Lccn | 92018928 |

SHOW MORE

| Full catalog record | MARCXML |
| --- | --- |

# 💬 Reviews

➕ Add Review

There are no reviews yet. Be the first one to write a review.

## 218 Previews

## 2 Favorites

### DOWNLOAD OPTIONS

A-2258

ENCRYPTED DAISY
For print-disabled users

1 file

---

14 day loan required to access EPUB and PDF files.

---

**IN COLLECTIONS**

---

Books to Borrow

---

Books for People with Print Disabilities

---

Boston Public Library

---

American Libraries

---

Uploaded by

# Associate-Tim-Bigelow

on February 2, 2012

---

Terms of Service (last updated 12/31/2014)

A-2259

# McNamara Declaration

# Exhibit 64

Page 1
Most 20th Century Books Unavailable to Internet Users - We Can Fix That - Internet Archive Blogs
http://blog.archive.org/2019/07/01/most-20th-century-books-unavailable-to-internet-users-we-can-fix-that/

# Internet Archive Blogs

*A blog from the team at archive.org*



Blog    Announcements    25th Anniversary    archive.org    About    Events    Developers    Donate

## Most 20th Century Books Unavailable to Internet Users – We Can Fix That

Posted on July 1, 2019 by Brewster Kahle



The books of the 20th century are largely not online. They are mostly not available from even the biggest booksellers. And, libraries who have collected hard copies of these books have not been able to deliver them in a cost-efficient, simple, digital form to their patrons.

The way libraries could fill that gap is to adopt and deliver a controlled digital lending service. The Internet Archive is trying to do its part but needs others to join in.

The Internet Archive has worked with 500 libraries over the last 15 years to digitize 3.5 million books. But based on copyright concerns the selection has often been restricted to pre-1923 books. We need complete libraries and comprehensive access to nurture a well-informed citizenry. The following graph shows the number of books digitized by the Internet Archive, binned by decade:

 Search

### Recent Posts

- Building a Better Internet: Internet Archive Convenes DC Workshop
- July Book Talk: The Library: A Fragile History
- Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- June Book Talk: The Catalogue of Shipwrecked Books
- GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure

### Recent Comments

- Superman on Building a Better Internet: Internet Archive Convenes DC Workshop
- Superman on Building a Better Internet: Internet Archive Convenes DC Workshop
- Patrick Winn on Building a Better Internet: Internet Archive Convenes DC Workshop
- Sally G. on Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office



Up until 1923 the graph shows our collection increasing and mirroring the rise in publications. Then it dips and slows because of concerns and confusion about copyright protections for books published after that date. It picks up again in the 1990s because these books are more readily available and separate funding has helped us digitize some recent modern books Nevertheless, the end result is that the gap is big – the digital world is *missing* a huge chunk of the 20th Century.

Users can't even fill that gap by buying the books from that time period. According to a recent paper by Professor Rebecca Giblin, the commercial life of a book is typically exhausted 1.4 to 5 years from publication; some 90% of titles become unavailable in physical form within just two years. Most older books are therefore not available to be purchased in either physical or digital form. The following graph, pulled from a study by Professor Paul Heald, shows books by decade that are available on Amazon.com. It shows that the world's largest bookseller has the same huge gap – the 20th century is simply missing.



The 20th Century represents a significant portion of published knowledge – approximately one-third of all books – as shown in the graph below. These books are largely unavailable commercially, BUT they are not completely lost. Many of these books are on library shelves, accessible only if you physically visit the library that owns those books. Even if you're willing to visit, those books might still not be accessible. Libraries, pressed to repurpose their buildings, have increasingly moved volumes to off-site storage facilities.

- Sally G. on Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office

**Categories**

- 78rpm
- Announcements
- Archive Version 2
- Archive-It
- Audio Archive
- Books Archive
- Cool items
- Education Archive
- Emulation
- Event
- Image Archive
- Jobs
- Lending Books
- Live Music Archive
- Movie Archive
- Music
- News
- Newsletter
- Open Library
- Past Event
- Software Archive
- Technical
- Television Archive
- Upcoming Event
- Video Archive
- Wayback Machine – Web Archive
- Web & Data Services

**Archives**

Select Month

**Meta**

- Log in
- Entries feed
- Comments feed
- WordPress.org



Figure 4: Print Manifestations by Year of Publication, 1800-2000

Books without Boundaries: A Brief Tour of the System-wide Print Book Collection
Brian F. Lavoie and Roger C. Schonfeld
Journal of Electronic Publishing, Volume 9, Issue 2, Summer 2006
DOI http://dx.doi.org/10.3998/3336451.0009.208

The way to make 20th Century books available to library patrons is to digitize those books and let every library who owns a physical copy lend that book in digital form. This type of service has come to be known as controlled digital lending (CDL).  The Internet Archive has been doing this for years. We lend out-of-copyright and in-copyright volumes that we physically own. We've reformatted the physical volume, produced a digital version and lend only that digital version to one user at a time. Our experience shows that this responds to a real demand, fills a genuine need satisfactorily, gives new life to older books, and brings important knowledge to a new audience. Check out this case study for CDL involving the book *Wasted* which figured prominently in the Brett Kavanaugh Supreme Court nomination hearings.

Our experience has been replicated by other early adopters and providers of a CDL service. Here's a list of some of them. We believe every library can transform itself into a digital library. If you own the physical book, you can choose to circulate a digital version instead.

We urge more libraries to join Open Libraries and lend digitized versions of their print collections, making more copies of books available for loan and getting more books into the hands of digital readers everywhere.

Posted in Announcements, Books Archive, Lending Books, News | 30 Replies

← Internet Archive Responds to UK Online Harms White Paper

Getting Ready for DWeb Camp: A Conversation with Kelsey Breseman →

### 30 thoughts on "Most 20th Century Books Unavailable to Internet Users – We Can Fix That"



**Lost in the 21st century**
July 1, 2019 at 10:12 pm

[quote]
This type of service has come to be known as controlled digital lending (CDL). The Internet Archive has been doing this for years.
[/quote]

Yes, you have. Unfortunately, your particular implementation of CDL seems to be wholly dependent on my first installing Adobe Reader. Alas, my computer's 12-year-old OS (OS X 10.5/Leopard) will not allow me to install a version of Adobe Reader that would allow me to borrow books from the Internet Archive (Oh, how I would love to be mistaken about this!).

If you have ever stood outside a closed bookstore looking in the window, then you know just how I feel. I can visit the Internet Archive all I like via TenFourFox (a browser still being supported for OS X 10.4/5), but nary a book can I hope to borrow.

Is the IA working on eventually implementing CDL in a way that does not depend on an end user installing Adobe Reader? Would it be possible for the IA to lend books using, say, an encrypted cookie, instead, so that one only needs a web browser to borrow books?



**Brewster Kahle** Post author

July 8, 2019 at 3:55 pm

Yes, you can borrow the book and read it in the web browser. so Adobe software is not needed.



**Adam**

July 2, 2019 at 7:20 pm

Short commercial-life, long copyright lifespan. Same goes with software, called abandonware. Video games you cannot obtain legally have a similar story with books.



**Adam S Yik**

July 3, 2019 at 12:11 am

Sadly, unlike books, the law prohibits even personal copies of software, books can get 3 copies which is beneficial since most old books uses outdated technology, causing them to age faster but you follow this exception to prevent them from being lost.



زر موزیک

July 3, 2019 at 6:19 pm

I hope that all books will be digitized as soon as possible



**Brewster Kahle** Post author

July 3, 2019 at 6:24 pm

we are working on it! the donations went up last year, which is helping.



**Ed Brown**

July 6, 2019 at 4:20 pm

In the 19th Century, as public education gradually became universal in Europe and North America, Australia, NZ and elsewhere, public libraries were seen as a solution to the problem that although most people could now read and write, many could not afford to own books – not in any quantity – because they were quite expensive to buy. Libraries were a solution to the problem, because one book could sit on a shelf, and over many years be read by thousands of people.

Today, libraries are no longer the solution: they are now the problem. Terrified of the fact that technology has rendered them obsolete, they now want to prevent one book being read by many people.

Publishers and authors only sell any one book for maybe a couple of years. Very few (paper) books remain in print 5 years after publication. Very few authors make money on a book after that point, because of that. But libraries and publishing companies want to prevent public access to out of print books, except through them.

They feel threatened by the new technologies that make digital access available to everyone of their customers in their own homes. Copyright used to be their way of locking other commercial publishers out of the marketplace, but now that anyone with a home computer can publish any book that exists as a digital edition, those who were formerly their customers have become their competitors, and they want to oppose that, as it threatens their survival. But it means locking their customers out of the marketplace, which has unexpectedly become a vastly bigger marketplace.

They are dinosaurs, and they have no future, they just can't accept it. Publishers will probably survive, because they create new product (books). But libraries, which don't create anything, probably have no future. The future is online, not in a 19th century mausoleum.

Case 1:23-cv-04160-JGK-OTW Document 96-30 Filed 07/07/22 Page 46 of 10
Case 1:20-cv-04160-JGK-OTW Document 96-30 Filed 07/07/22 Page 46 of 10

Page 5
Most 20th Century Books Unavailable to Internet Users - We Can Fix That - Internet Archive Blogs
http://blog.archive.org/2019/07/01/most-20th-century-books-unavailable-to-internet-users-we-can-fix-that/

It would make sense to abolish the obsolete copyright laws, and replace them with a term not exceeding 5 years, which is the longest that 99 percent of (paper) books remain in print. That would help preserve publishers. But libraries, in their 19th century form, look to have no future.



**Carl A. Librarian**
July 9, 2019 at 7:40 pm

I believe your evaluation of libraries as an enemy is misinformed.

Libraries now provide access to both digital and print versions of published works. They circulate both and concentrate on providing the most service to their communities.

In fact libraries can purchase access to multiple digital copies of a title, often less expensively than buying an equivalent number of print copies.

Libraries are coping with some of the same problems of availability as the general public plus publisher's restrictive policies. there is also the problem that once a digital book is "purchased" the supplier may be able to discontinue access to it.

I do agree that we should probably review the copyright laws. But, we should remember that it exists to ensure there is an incentive and a benefit to authors who produce valuable content.

It is not so simple as we all wish.



**CarynW**
July 10, 2019 at 5:08 pm

Thanks for saying that!

I think libraries are in the right place at the right time now. Librarians don't see their patrons as the enemy; if there is an enemy in this, it's the publishers, with their fears that more than one reader per book will have a negative impact on their sales. Library patrons are justifiably angry when only one "copy" of a digital book can be read at a time, when everyone knows that they could lend millions of copies concurrently if the publisher allowed it.

But I really don't want to paint anyone as an enemy. I think it would be difficult to make a case for leaving the copyright laws as they are – we need to fix them, and soon. Then libraries will be able to return to their mission of supplying all patrons with all reading materials, and all books that deserve to be read will be.



**اهنگ جدید**
July 7, 2019 at 7:26 am

It would make sense to abolish the obsolete copyright laws, and replace them with a term not exceeding 5 years, which is the longest that 99 percent of (paper) books remain in print



**اهنگ**
July 7, 2019 at 10:20 am

Anything that does not match the technology of the day will be lost
The book is the same



**James**
July 7, 2019 at 10:50 am

How far is the digitization process as of today? this is a really great initiative.



**Brewster Kahle** Post author
July 7, 2019 at 1:54 pm

We are digitizing about 1,000 books a day. We are always looking for more books and more donations.



**Toni**
July 7, 2019 at 2:44 pm

I can't count the number of times I have wanted to read an out of print history to use in genealogy research only to hit a new brick wall. The book is still in copyright but not for sale anywhere and the two libraries that have it are in another country. If every library would lend to all the other libraries I would have a chance of seeing that book.



**K Manion**
July 9, 2019 at 8:35 pm

Most libraries participate in an "interlibrary loan" system that allows them to borrow books from other libraries across the country (sometimes a small fee is charged). Outside of the country can be more difficult. However, you could contact the owning library to ask if they would send photocopies or scans of the relevant pages. Most libraries are eager to help with information requests.



[آهنگ جدید](#)
July 7, 2019 at 3:10 pm

Short commercial-life, long copyright lifespan. Same goes with software, called abandonware. Video games you cannot obtain legally have a similar story with books.



**Ed Brown**
July 8, 2019 at 7:02 am

The initiative by the Internet Archive to digitise/digitize books is a terrific step forward. It moves libraries on-line, by enabling anyone with internet access to read a book held in the Archive's online collection from anywhere in the world.

The only negative aspect of the project is the restriction that a book in the collection can only be accessed by one user at a time. Presumably this is done to comply with the copyright law in certain countries, by providing the same service as in an ordinary library, where only one borrower at a time can take a (printed) book out.

However, the restriction makes no sense in the new online world: a book no longer need be borrowed only by one user at a time: the technology has now abolished that limitation, since a "book" is no longer a collection of paper pages glued together.

As the book can only be read online, in the web browser, the notion of restricting viewing to one user at a time is not necessary. It does not matter that two or more users are reading it, since it cannot be taken away (i.e. cannot be downloaded).

What has been done, by limiting access to reading it only in a browser, is to create, in effect, a Reference library. In that context, there is no copyright issue, because the book never leaves the "building". So there is no point in restricting access to one reader at a time.

There is no value in having the new technology but not using it. It is not desirable to retain the old ways just for the sake of it. In a digital library, single-user access is undesirable, and should not be enforced just for the sake of "doing things the way they've always been done".



**Nathan**
July 8, 2019 at 12:59 pm

The last time I borrowed a book via archive.org or openlibrary.org, I was able to download the encrypted ebook and read it offline for 14 days.



[licensenod32](#)
July 8, 2019 at 12:24 pm

Case 1:23-cv-04160-JGK-OTW Document 96-30 Filed 07/07/22 Page 82 of 10
Case 1:20-cv-04160-JGK-OTW Document 79 Filed 07/07/22 Page 8 of 10

Page 7
Most 20th Century Books Unavailable to Internet Users - We Can Fix That - Internet Archive Blogs
http://blog.archive.org/2019/07/01/most-20th-century-books-unavailable-to-internet-users-we-can-fix-that/

Thank you for the useful information you provided

Most of the books are copyright

I hope all books will be available to all people

It should also respect the rights of the journalists

thank you



**george46**

July 8, 2019 at 2:13 pm

god work guys hoping to see some texts from Gian Bernini soon



اهنگ جدید

July 8, 2019 at 4:00 pm

I hope that all books will be digitized as soon as possible



**Emilio de Gogorza**

July 10, 2019 at 7:03 am

Is it possible for me as a private person and a collector of music books to "open" a library at Archive.org in order to make rare books, which are still under Copyright restrictions, available to other collectors? If yes, how can I do this?



**Brewster Kahle**   Post author

July 13, 2019 at 10:53 am

We have not started working with individuals that lend from their collections through the mechanisms on Archive.org. You an do it yourself, or if you are ever interested, you could donate the books to the Internet Archive.



**Elmer Steele**

July 13, 2019 at 10:44 pm

Some folks might consider their books like their children… not to be parted from until circumstances allow nothing less. However, that begs the question as to whether you have a process in place whereby folks that have no one who would appreciate such a 'gift' to present you with their 'library' of physical specimens. Certainly some sort of list of library contents could be provided by individuals to predetermine whether any items might be worthy of preservation (not a duplicate). Subsequently, arranging a distribution to the archive could be planned. Just a thought. Another in a similar vein is that Crowd-Sourcing donors in larger cities might produce a wealth of similarly adoptable or orphaned books, recordings, etc. The later logically requires an infrastructure of volunteers to consolidate and intermediate.



**Ryan H**

July 14, 2019 at 6:46 pm

What I don't understand is why there are so many duplicates of scanned books on the CDL platform. It seems every public library is tasked with scanning their book collection, even if a scanned version of the same book already exists on archive. Why can you not use another scan of a book in CDL? No one is going to want to go through the cost of digitization when it's already been done somewhere else on the internet, for pete's sake. This type of redundancy is an impediment to widespread adoption by many public libraries. Is it because of legal reasons? D.R.Y. (don't repeat yourself) principal seems particularly relevant here.



**Ryan H**

July 14, 2019 at 6:55 pm

It would also be helpful if, instead of many redundant links to multiple copies of the same book, there was a single page for each book and then you can "check out" a book from a public library whereever in the nation it hosts one. I maintain many lists of archive.org books available for CDL on my github page, and I'm responsible now for continuously updating the list each time a new scan comes out (I, for example, have

A-2267

six different links for a single book on my custom syllabi). This means I have to continuously check archive.org for new scans if I ever want to add a copy. If there was a single link for each book, with discrete copies available from that single source at various public libraries, I could just link to that single archive.org page for each book on my curriculum. This "multiple links for each book" is somewhat unsustainable, and I'm forced with not having new links to new copies of books just because I can't continuously go through each book on my syllabi and check if there are any new copies (let alone determine if I have already linked to the previous copies already on my syllabi). Just a note from someone who is creating open source curriculum using archive.org CDL books. Obviously I could just add a note to the top of my repos that says something like "If there are no available copies of a book at all of the links provided for each book, be sure to re-search for that book on archive.org as there may be new links to new copies that I haven't yet included on the list." But my ideal situation would be something like worldcat, where there's a single point of entry for each book that I can link to on my syllabi with a listing of each public library on archive that makes the book available for checkout.

Thank you for the service.

 **Brewster Kahle** Post author
July 14, 2019 at 7:13 pm

We try not to digitize the same book twice unless there is some reason, like a special edition. But we have not always succeeded, as you have found.

 اهنگ جدید
July 14, 2019 at 8:28 pm

god work guys hoping to see some texts from Gian Bernini soon

 اهنگ جدید
July 15, 2019 at 10:00 am

My life wouldn't be the same without archive org. Well done Pine..

 Preziosia
July 15, 2019 at 11:49 am

My ONLY problem with Archive.org is the fact that you often make patrons "check out" books that are already, at least in the legal sense, no longer valid, time wise, in regards to their publication dates.

Copyright neutral titles should be screened and put up for public consumption, i.e., direct"Downloading", rather than making someone "check the book out".

I do however, love and support Archive.org, warts (and it has many, but in the name of Free Speech, I [at least try to] understand) and all.

Keep up the good work, but by the same token, please try and upload tomes that can be downloaded freely.

BTW...either Microsoft or Google Chrome do NOT like Archive.org. Whenever I stay on site beyond 5-7 minutes, "bubbles" appear on the right upper corner of my PC screen and forcibly mess with my ability to explore your site, due to constant screen shrinkages or even kicking me off, at times, forcing me to wait a few minutes in order to restart the process.

If I'm Downloading, it will "TRY" the same tactics, but cannot/will not kick me off because of the downloading process itself.

Have you heard of any similar instances or complaints?

Comments are closed.

*Proudly powered by WordPress*

# McNamara Declaration
# Exhibit 65



Page 1
Song of Solomon : Morrison, Toni : Free Download, Borrow, and Streaming : Internet Archive
https://archive.org/details/songsolomon00morr_536

## Song of Solomon
by Morrison, Toni

| | |
|---|---|
| Publication date | 2004 |
| Topics | African American families, African Americans |
| Publisher | New York : Vintage International |
| Collection | litigationworks |
| Contributor | Library Genesis |
| Language | English |

Milkman Dead was born shortly after a neighborhood eccentric hurled himself off a rooftop in a vain attempt at flight. For the rest of his life, too, will be trying to fly. With this brilliantly imagined novel, Toni Morrison transfigures the coming-of-age story as audaciously as Saul Bellow or Gabriel Garc?a M?rquez. As she follows Milkman from his rustbelt city to the place of his family's origins, Morrison introduces an entire cast of strivers and seeresses, liars and assassins, the inhabitants of a fully realized black world.

Issue: 2011 12 30

Edition: 1st Plume Printing

| | |
|---|---|
| Access-restricted-item | true |
| Addeddate | 2013-07-17 23:21:17 |
| City | New York |
| Edition | 1st Vintage International ed. |
| External-identifier | urn:lcc:PZ4.M883 So FT MEADE |
| | urn:googlebookid:RxkWfF2s7EUC |
| | urn:libgen:778000/df5492f1897f7801fd5ce4538f838c03 |
| Foldoutcount | 0 |
| Identifier | songsolomon00morr_536 |
| Identifier-ark | ark:/13960/t09w2898h |
| Isbn | 140003342X |
| Lccn | 2004555325 |
| | 77000874 |
| | 77000875 |
| Neverindex | true |
| Noindex | true |

SHOW MORE

| | |
|---|---|
| Full catalog record | MARCXML |

## Reviews

There are no reviews yet. Be the first one to write a review.

14 Views

PURCHASE OPTIONS

Better World Books

DOWNLOAD OPTIONS

| | |
|---|---|
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| SHOW ALL | 14 Files |
| | 13 Original |

IN COLLECTIONS

Litigation Works in Suit. FOR LITIGATION USE ONLY.



Uploaded by
Aaron Ximm
on July 17, 2013

Page 2
Song of Solomon : Morrison, Toni : Free Download, Borrow, and Streaming : Internet Archive
https://archive.org/details/songsolomon00morr_536

SIMILAR ITEMS (based on metadata)



Gathering of waters
by bernice l. mcfadden
40 0 0

The twelve tribes of Hattie
by mathis, ayana
210 5 0

Gathering of waters
by mcfadden, bernice l
39 2 0

Roots
by haley, alex
542 0 0

Roots
by haley, alex
101 0 0

Roots
by haley, alex
111 0 0

Terms of Service (last updated 12/31/2014)

Page 1
Internet Books : Free Texts : Free Download, Borrow and Streaming : Internet Archive
https://web.archive.org/web/20210623192901/https://archive.org/details/librarygenesis

https://archive.org/details/librarygenesis

**Internet Books**

Digitized books from the Internet.

Share
Favorite
RSS

ABOUT          COLLECTION

DESCRIPTION

Digitized books from the Internet.

ACTIVITY

Created on
June 5
2013

Aaron Ximm
Archivist

VIEWS — About the New Statistics
Total Views 6,342,492

*loading graph*

**Collection Info**

| | |
|---|---|
| Access-restricted | true |
| Addeddate | 2013-06-05 23:53:29 |
| Collection | texts |
| Identifier | librarygenesis |
| Mediatype | collection |
| Num-recent-reviews | 5 |
| Num-top-dl | 5 |
| Public-format | Metadata |
| | ISO Image |
| | Scandata |
| | Animated GIF |
| | Dublin Core |
| | MARC |
| | MARC Binary |
| | MARC Source |
| | Item Tile |
| Publicdate | 2013-06-05 23:53:29 |
| Title | Internet Books |

DISCONTINUED VIEWS
Total Views 6,341,661

*loading graph*

ITEMS
Total Items 920,366

*loading graph*

TOP REGIONS (LAST 30 DAYS)

(data not available)

# McNamara Declaration
# Exhibit 66

| | |
|---|---|
| **From:** | Brewster Kahle |
| **Sent:** | Sunday, February 12, 2017 5:59 PM EST |
| **To:** | Amy Brand |
| **Subject:** | Re: MIT Press books we have digitized |
| **Attachments:** | signature.asc, .png, .png |

Are you coming out here tomorrow, monday, or a week from tomorrow?

I hope we can get all of this to work.

oh, one last thing-- would you be ok with our opening up the 3k mit press books from libgen for one-at-a-time lending on openlibrary (we do not have the borrow in your local library thing yet)? that would mean we would have something until we replace them with good scans.

-brewster

On 2/12/17 1:51 PM, Amy Brand wrote:

> Thanks again Brewster. I'll touch base with staff this week. I'm in SF next Monday night and Tuesday day, if we can meet then, or perhaps the morning of the 24th in Cambridge makes more sense. But I'll be in contact before then.
> Amy

**AMY BRAND** | DIRECTOR

THE MIT PRESS | One Rogers Street  Cambridge, MA 02142

617 253 4078  (cell ████████)

mitpress.mit.edu

---

**From:** Brewster Kahle <████@archive.org>
**Date:** Thursday, February 9, 2017 at 4:48 PM
**To:** Kelly McDougall <████@mit.edu>, Amy Brand <████@mit.edu>
**Cc:** Anna Pollock-Nelson <████@mit.edu>, Caitlin Olson <████@archive.org>
**Subject:** Re: MIT Press books we have digitized

we believe there are a bit over 3,000 MIT press books on library genesis.   Enclosed the list.

-brewster

On 2/8/17 9:34 AM, Brewster Kahle wrote:

> looking forward to connecting.  caitlin will juggle times.

CONFIDENTIAL
INTARC00393109

for the bigger picture of what we are trying to do, this is the whitepaper that was discussed at a meeting late last year:

https://ia801204.us.archive.org/26/items/TransformingourLibrariesintoDigitalLibraries102016/TransformingourLibrariesintoDigitalLibraries-10-2016.pdf

-brewster


On 2/8/17 9:28 AM, Kelly McDougall wrote:

Hi Brewster,
I think you and I may have crossed paths over email already, but it's nice to finally meet you. To give you some background, I think we're mostly just curious to just get some details about the current MIT Press books on the Open Library and how they were digitized. I think we're also interested to know what your approach is to lending policies going forward and how that fits into this project.
Tomorrow certainly works for Anna and I. How does your morning look? Anna and I are both free anytime between 2:30EST/11:30PST – 5:30EST/2:30PST. Did you want to carve out some time in there?
Let me know if tomorrow works and I would be happy to setup a call.
All the best,
**Kelly McDougall**
 Digital Products Coordinator
**The MIT Press**
One Rogers Street
Cambridge, MA  02142-1209

**From:** Brewster Kahle <████@archive.org>
**Date:** Tuesday, February 7, 2017 at 9:24 PM
**To:** Amy Brand <████@mit.edu>
**Cc:** Kelly McDougall <████@mit.edu>, Anna Pollock-Nelson <████@mit.edu>, Caitlin Olson <████@archive.org>
**Subject:** Re: MIT Press books we have digitized

Happy to talk.   I am cc'ing caitlin who can help find a time that works.  maybe even tomorrow morning.

-brewster


On 2/7/17 4:01 PM, Amy Brand wrote:

Thanks so much Brewster. My colleagues Anna and Kelly have some questions about this list and so it is probably most efficient if they speak with you directly, if you don't mind? I'm cc-ing them here so that can be coordinated.

**CONFIDENTIAL**

INTARC00393110

Best,
Amy

**AMY BRAND** | DIRECTOR

THE MIT PRESS | One Rogers Street   Cambridge, MA 02142

|||||||  617 253 4078  (cell ▮▮▮▮▮▮▮)

mitpress.mit.edu

---

**From:** Brewster Kahle <▮▮▮▮▮@archive.org>
**Date:** Tuesday, February 7, 2017 at 9:06 AM
**To:** Amy Brand <▮▮▮▮▮@mit.edu>
**Subject:** Fwd: Re: MIT Press books we have digitized

Alexis Rossi, who runs our collections group, listed these books we have scanned already.

I hope this is helpful.

-brewster

-------- Forwarded Message --------
**Subject:** Re: MIT Press books we have digitized
**Date:** Thu, 2 Feb 2017 13:02:22 -0800
**From:** Alexis Rossi <▮▮▮@archive.org>
**To:** Brewster Kahle <▮▮▮▮▮@archive.org>

Hi Brewster,

I've attached two xlsx files.

MITPress.xlsx is items that we scanned ourselves that have MIT Press in the publisher field.

MassInstTech.xlsx is items that we scanned ourselves that have Massachusetts Institute of Technology in the publisher field.

In addition to your fields below I included the ISBN, LCCN, and OCLC ID fields in case they are helpful for deduplication. (There are a lot in the MIT Press file, not in the MassInstTech file.)

Alexis

CONFIDENTIAL

INTARC00393111

# McNamara Declaration
# Exhibit 67

Page 1
IP: Plagiarism is rampant in China, and media companies profit from it
https://www.cnbc.com/2018/01/23/ip-plagiarism-is-rampant-in-china-and-media-companies-profit-from-it.html



**MEDIA**

# Plagiarism is rampant in China, and its media companies are raking in billions

PUBLISHED TUE, JAN 23 2018•9:27 PM EST | UPDATED TUE, JAN 23 2018•9:27 PM EST

 Qian Chen
@CNBCQIAN

SHARE   


**Shark Tank** WATCH LIVE ⊙
UP NEXT | **Shark Tank** 06:00 pm ET    Listen

**KEY POINTS**

- An expert in intellectual property law says that it's unambiguously against China's own rules for new media companies to commit plagiarism, but many in newsrooms there have been ignorant of the laws

- An editor for an outlet that previously copied foreign articles into Chinese said her company has instituted new rules against plagiarism as Beijing begins to crack down on intellectual property theft


Passengers using their mobile phones on the Chengdu Subway in 2017.
VCG | Getty Images

A decade ago, almost everything could be downloaded for free in China: from music and books, to movies and software.

But today, there's an increasing awareness of intellectual property rights in the country, as China tops the rest of the world in patent filings. In fact, the world's second-largest economy received more patent applications than the U.S., Japan, South Korea and the European Union combined in 2016, according to the United Nations.

**TRENDING NOW**


**Child psychologist: The No. 1 skill that sets mentally strong kids apart from 'those who give up easily'**


**Here's how much money it takes to be considered wealthy in 12 major U.S. cities**


**Rent prices are starting to cool down: The 5 cities with the most significant decreases**


**Rihanna is now worth $1.4 billion—making her America's youngest self-made billionaire woman**


**Another crypto lender Vauld pauses withdrawals as market crash takes its toll**

Sponsored Links by Taboola

**FROM THE WEB**

Page 2
IP: Plagiarism is rampant in China, and media companies profit from it
https://www.cnbc.com/2018/01/23/ip-plagiarism-is-rampant-in-china-and-media-companies-profit-from-it.html

Accordingly, there's been an increasing number of lawsuits for copyright infringement in China.

Despite all that, plagiarism is still rampant in the media industry, generating multibillion-dollar businesses.

### I should know — it's happened to me

With nearly every news article I've written for CNBC.com, within a few hours of publishing, I could easily search certain keywords and find a Chinese-language doppelgänger online.

Translated word-for-word by media companies in China and published without citing CNBC or my name, those articles often boasted millions of interactions and thousands of comments.

In March 2017, after a few of my sources complained about the misrepresentation of their words in translated versions of a story published by Chinese news websites, CNBC's legal department sent copyright infringement warnings for inappropriately republishing and falsely elaborating on CNBC's content.

Nearly all the websites removed the translated article immediately after receiving our legal letters, but my subsequent stories were still plagiarized by Chinese outlets.

In November, my article "China's LeEco set out to change the world. Its failure has changed China" was again translated and published by major Chinese portals including Sina and NetEase, Beijing-based news and information content platform Jinri Toutiao, and technology news website cnBeta, which together generated more than 10,000 comments from readers.



**Amazon Left Scrambling As Shoppers Find Out About Secret...**
Online Shopping Tools



**"Move your money in 2022," Wall street legend warns**
Chaikin Analytics



*Image: Chinese web portal NetEase copied CNBC's reporting directly into Chinese, adding the characters for "foreign media" at the front of the headline.*

None of those sites reached out to CNBC for content-reproduction permission, and they all violated CNBC's rights, according to Chinese intellectual property lawyers.

When reached for comment, a representative from Toutiao acknowledged the company had taken down the offending article, but they offered no explanation. Sina, NetEase and cnBeta did not return requests for comment.

It is unambiguously against the law for private digital outlets to copy a story from CNBC — or any foreign outlet — word-for-word into Chinese, according to Shao, a senior intellectual property lawyer in China, who requested not to disclose his full name due to potential conflict of interests with his law firm's clients.

## A booming industry

With the emergence of hundreds of news apps and information-sharing websites, China's digital media are growing quickly. According to China Internet Watch, a Singapore-based digital consulting company, China had 613 million consumers of online news in 2017. That audience demands fast information, and it craves uncensored news content.

China has such a massive audience base that successful domestic news websites have quickly become multibillion-dollar enterprises.

News app Jinri Toutiao — meaning "Today's Headlines" — raised more than $2 billion at a valuation of over $20 billion in its latest funding round in August 2017, according to Reuters. The app, ranked fifth overall in China by total time spent by users, prides itself on its machine learning algorithms to create personalized news feeds, which pulled in $869 million in advertising revenue in 2016.

Along with Jinri Toutiao, China's most popular news websites and mobile apps, including Tencent's QQ.com, Sina and Sohu, are all trying to cash in on China's online news sector.

## What's behind the plagiarism?

"Content is king" has been one of the most cliched marketing taglines for China's new media, which, ironically, are not permitted to generate their own original news reporting on the ground in China, according to legislation.

Private digital media companies are not allowed to hire journalists in China or publish unique stories that come from domestic reporting. Instead, they can only aggregate news stories from non-digital Chinese media and state-owned digital

outlets such as Xinhuanet.com and People.cn.

To learn more about how content gets created, CNBC spoke via WeChat messenger with a web editor employed by a Chinese digital media organization.

"For new media platforms, only good stories and in-depth analytical articles can attract viewers, but we are very much troubled by not being able to get the media license for original reporting," she said.

That editor, whose role includes writing Chinese summaries of foreign media stories, requested to remain anonymous out of concern for her career. Her employer, a financial news website, gets more than 15 million monthly active users.

Craving web traffic and the advertising dollars that follow, that website, like many of its peers in China, aggregates its stories by translating content from various western news sources, including CNBC, Bloomberg, Business Insider and TechCrunch, the editor said.

"It's not only us. Other Chinese websites are doing the same thing," said the financial site's employee, who publishes about four articles every day by her estimate. "We thought translating articles would be OK, because we mentioned the name of the original source. We don't mean to violate Western media's copyrights."

That sentiment was echoed by Shao, the intellectual property lawyer, who suggested that most Chinese plagiarism is due to ignorance of the law rather than disregard for it.

"Lacking of clear journalism guidance and awareness of intellectual property laws are two main reasons," Shao told CNBC. "There's massive demand for information in China at this information explosion era — and punishment for plagiarism could be negligible."

Current Chinese laws, he added, are relatively lenient toward online plagiarism — with a maximum compensation of 500,000 yuan (about $76,700) for lawsuits.

Changes to the industry, however, may be on the horizon.

### Rights have 'definitely' been violated

China's own rules allow for its newspapers, periodicals, radio and television programs to freely show or cite already-publicized stories of another medium, except when the author has expressly prohibited the publication and broadcast thereof, according to Shao. But, he added, "news websites, including the so-called new media or digital media, are not protected by the law for the free use for reproduction of copyrighted work."

"These Chinese websites definitely violate foreign media's IPR [intellectual property rights] when they translate entire articles from English to Chinese," Shao told CNBC in a phone interview conducted in Mandarin. "No matter whether these websites cite

content owners' names or not, they have no content-reproduction rights and they are not pardoned by China's IP law."

## Time for a change?

Since 2017, the Chinese government has imposed punishments for intellectual property infringement and counterfeiting.

During an executive meeting of China's State Council in November 2017, officials focused on the subject of intellectual property rights (IPR), concluding: "Penalties for IPR infringements will be increased and the cost of safeguarding such rights will be lowered. Quick and low-cost ways of safeguarding IPR must be expanded," according to Xinhua News Agency.

The statement added that Beijing plans to establish a system of fines for infringements, and it will step up law enforcement and judicial protection, Xinhua reported.

"Local courts are accepting more IPR cases," said Shao. "Novelists, screenwriters and journalists who feel violated of their rights are now starting to seek legal protection. In 2017, quite a few of them won lawsuits and were compensated with a large sum of money."

"Those winning cases have largely encouraged more content creators, who encounter IPR infringement, to speak out," he added.

According to Xinhua, China's State Intellectual Property Office said that 15,411 national patent administrative law enforcement cases were reported in the first half of 2017. That was reportedly a jump of 23.3 percent from the same period a year ago.

As the legal landscape shifts, digital media in China are changing their practices.

"Since October 2017, our editorial guidelines have become much stricter," the financial news web editor said. "We are no longer allowed to translate entire articles from foreign websites. Instead, when we cite foreign media, we will have to at least cite three different sources — by only summarizing and paraphrasing, not directly translating."

Chief editors at the company will conduct additional reviews for every article, checking from headlines to the bottom of the page, she said, adding that "anyone found plagiarism will be publicly criticized."

## 'Cultural confidence'

Since his ascension to the presidency in 2012, Chinese President Xi Jinping has been pushing efforts to build what he calls "cultural confidence."

"We, the Chinese people, have greater confidence in our own culture," Xi said during his report to the 19th Communist Party Congress in October 2017. "Cultural confidence represents a fundamental and profound force that sustains the development of a country and a nation."

To Shao, Xi's speech depicts a promising future for China's intellectual property protection.

"All industries related to Chinese culture will start to flourish — mobile games, animation, movies and content providers," Shao predicted. "They represent China's cultural images, leading to greater capitalization and IPR protection."

**Shark Tank**

UP NEXT | **Shark Tank** 06:00 pm ET





Those winning cases have largely encouraged more content creators, who encounter IPR infringement, to speak out," he added.

According to Xinhua, China's State Intellectual Property Office said that 15,411 national patent administrative law enforcement cases were reported in the first half of 2017. That was reportedly a jump of 23.3 percent from the same period a year ago.

As the legal landscape shifts, digital media in China are changing their practices.

"Since October 2017, our editorial guidelines have become much stricter," the financial news web editor said. "We are no longer allowed to translate entire articles from foreign websites. Instead, when we cite foreign media, we will have to at least cite three different sources — by only summarizing and paraphrasing, not directly translating."

Chief editors at the company will conduct additional reviews for every article, checking from headlines to the bottom of the page, she said, adding that "anyone found plagiarism will be publicly criticized."

### 'Cultural confidence'

Since his ascension to the presidency in 2012, Chinese President Xi Jinping has been pushing efforts to build what he calls "cultural confidence."



Case 1:20-cv-04160-JGK-OTW Document 96-34 Filed 07/07/22 Page 1 of 6

# McNamara Declaration

# Exhibit 68

Page 1
Digitization Saves Marygrove College Library After Closure – Internet Archive Blogs
http://blog.archive.org/2020/10/20/digitization-saves-marygrove-college-library-after-closure/

# Internet Archive Blogs

*A blog from the team at archive.org*



| Blog | Announcements | 25th Anniversary | archive.org | About | Events | Developers | Donate |

## Digitization Saves Marygrove College Library After Closure

Posted on October 20, 2020 by Caralee Adams

*When Marygrove College in Detroit decided to close its doors in 2019 due to financial pressures, the first question on the minds of many community members was: what about the library? Today, the entire Marygrove College community is celebrating the reopening of the* Marygrove College Library *in partnership with the Internet Archive.*



*Valerie Deering, Marygrove College Class of 1972, in the closed Marygrove College Library stacks.*

Marygrove College's roots go back to 1905 when it was started by the Sisters, Servants of the Immaculate Heart of Mary, a progressive Catholic order known for its commitment to social justice. Founded as a women's institution, it became co-ed and predominantly African American over time, changing with the demographics of its neighborhood in northwest Detroit.

The liberal arts college, which typically had an enrollment of less than 1,000, attracted students interested in teacher education and social work programs, as well as English, history, philosophy and religious studies. The college offered graduate programs and some alumni went on to become physicians, lawyers and scientists.

True to its mission, Marygrove often served students from marginalized communities with limited means. Changes in access to federal Pell grants hurt the institution's finances, and enrollment dwindled in recent years.



<div align="right">

**Search**

### Recent Posts

- Decentralized Apps, the Metaverse, and the "Next Big Thing"
- Building a Better Internet: Internet Archive Convenes DC Workshop
- July Book Talk: The Library: A Fragile History
- Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- June Book Talk: The Catalogue of Shipwrecked Books

### Recent Comments

- aho on Decentralized Apps, the Metaverse, and the "Next Big Thing"
- Superman on Decentralized Apps, the Metaverse, and the "Next Big Thing"
- Superman on Decentralized Apps, the Metaverse, and the "Next Big Thing"
- Superman on Decentralized Apps, the Metaverse, and the "Next Big Thing"
- Superman on Decentralized Apps, the Metaverse, and the "Next Big Thing"

### Categories

- 78rpm
- Announcements
- Archive Version 2
- Archive-It
- Audio Archive
- Books Archive
- Cool items

</div>

Page 2
Digitization Saves Marygrove College Library After Closure - Internet Archive Blogs
http://blog.archive.org/2020/10/20/digitization-saves-marygrove-college-library-after-closure/

## Marygrove Library: A Living Legacy

Founded as a women's institution, it became co-ed and predominantly African American over time, changing with the demographics of its neighborhood in northwest Detroit.

The liberal arts college, which typically had an enrollment of less than 1,000, attracted students interested in teacher education and social work programs, as well as English, history, philosophy and religious studies. The college offered graduate programs and some alumni went on to become physicians, lawyers and scientists.

True to its mission, Marygrove often served students from marginalized communities with limited means. Changes in access to federal Pell grants hurt the institution's finances, and enrollment dwindled in recent years.

## Marygrove Library: A Living Legacy

Founded as a women's institution, it became co-ed and predominantly African American over time, changing with the demographics of its neighborhood in northwest Detroit.

The liberal arts college, which typically had an enrollment of less than 1,000, attracted students interested in teacher education and social work programs, as well as English, history, philosophy and religious studies. The college offered graduate programs and some alumni went on to become physicians, lawyers and scientists.

True to its mission, Marygrove often served students from marginalized communities with limited means. Changes in access to federal Pell grants hurt the institution's finances, and enrollment dwindled in recent years.

## Marygrove Library: A Living Legacy

Founded as a women's institution, it became co-ed and predominantly African American over time, changing with the demographics of its neighborhood in northwest Detroit.

The liberal arts college, which typically had an enrollment of less than 1,000, attracted students interested in teacher education and social work programs, as well as English, history, philosophy and religious studies. The college offered graduate programs and some alumni went on to become physicians, lawyers and scientists.

True to its mission, Marygrove often served students from marginalized communities with limited means. Changes in access to federal Pell grants hurt the institution's finances, and enrollment dwindled in recent years.

## Marygrove Library: A Living Legacy

As the college emptied its buildings, the fate of Marygrove's beloved library was up in the air. No other library was able to house the entire collection, which included more than 70,000 books and 3,000 journals, in addition to microfilm, maps, visual media, and more. The college explored selling the books, but buyers were only interested in portions of the collection. Even disposing of the library content would cost thousands of dollars that the college couldn't afford.

- Education Archive
- Emulation
- Event
- Superman on Decentralized Apps, the Metaverse, and the "Next Big Thing"

**Categories**

- 78rpm
- Announcements
- Archive Version 2
- Archive-It
- Audio Archive
- Books Archive
- Cool items
- Education Archive
- Emulation
- Event
- Superman on Decentralized Apps, the Metaverse, and the "Next Big Thing"

**Categories**

- 78rpm
- Announcements
- Archive Version 2
- Archive-It
- Audio Archive
- Books Archive
- Cool items
- Education Archive
- Emulation
- Event
- Superman on Decentralized Apps, the Metaverse, and the "Next Big Thing"

**Categories**

- 78rpm
- Announcements
- Archive Version 2
- Archive-It
- Audio Archive
- Books Archive
- Cool items
- Education Archive
- Emulation
- Event

Page 3
Digitization Saves Marygrove College Library After Closure - Internet Archive Blogs
http://blog.archive.org/2020/10/20/digitization-saves-marygrove-college-library-after-closure/

Marygrove's solution: Donate the entire library to the Internet Archive for digitization and preservation.

"We were able to preserve the entire collection that we had built over the decades and make it available to everyone," Burns says.

The board and alumni, while sad to see the college close, were supportive of the decision.

"There was a sense that all was not lost," Burns says. "The legacy of the collection will be available for ongoing education. That really helped ease the pain of the transition."

The library had a rich collection of books in history (particularly primary sources on local Detroit studies and Michigan), English, philosophy, religious studies, social work, political science, economics, psychology, business and social justice.

"The library was the best kept secret at Marygrove," says Brenda Bryant, who started the nation's first master's degree program in social justice at the college 20 years ago. While the closure of the building was heartbreaking, she says having the collection digitized provides access to its great array of nonfiction and fiction books (such as *The God of Small Things* by Arhundati Roy) , as well as films about social justice movements.



*The God of Small Things* by Arhundati Roy, showing the Marygrove College Library stamp on the title page.

Bryant says the college was ahead of its time in recognizing the importance of studying these issues. With racial equity, immigration and other social justice issues so relevant today, she hopes people will take the opportunity to read about the history of prior movements.

The value of the collection extends well beyond the Marygrove community. Librarians from Wayne State University, also located in Detroit, share an admiration for Marygrove's collection and decision to digitize.

"Marygrove has been fundamental for Detroit in educating first-generation, low-income college students and providing high quality education to the community," says Alexandra Sarkozy, a liaison librarian for history at Wayne State. "The librarians built a robust academic collection and took beautiful care of it. I think it's wonderful that it was able to be preserved."

And, as Wayne State thinks about how to lend out its own digital materials, it may consider Controlled Digital Lending as a model, adds Sarkozy, which is how the Marygrove collections are being made available to users.

Page 4
Digitzation Saves Marygrove College Library After Closure - Internet Archive Blogs
http://blog.archive.org/2020/10/20/digitization-saves-marygrove-college-library-after-closure/



*Marygrove College Library materials packed for shipping, digitization and preservation by Internet Archive.*

Using Controlled Digital Lending practices with the Marygrove collections—lending out a digital copy one at a time—felt like a responsible way to continue to provide access, says Burns. And rare materials that aren't traditionally prioritized are not lost to history.

Rashid says he was initially reluctant to let go of the print materials, but realized that digital lending opened up the possibility of access around the globe. "We are trying to share resources with scholars and students elsewhere," says Rashid, noting it also has the additional convenience of researchers being able to look up information from home.

The Archive hired local help to pack up the Marygrove books, load them onto trucks, and transport them to centers for storage and scanning. The empty library was repurposed as a lecture hall, sports facility and cafeteria for a new high school that now operates on the campus.

Mary Kickham-Samy served as the director of the library at Marygrove from 2017 until its closure in December 2019. She was glad to see the collection donated intact and thinks alumni, in particular, will enjoy browsing through the library. "It's beautiful the way Internet Archive has captured the materials...It's just a win-win situation," said Kickham-Samy, who is grateful that community members and researchers everywhere will now have access to the collection.



*Valerie Deering using the [Marygrove College Library collection](#) at Internet Archive in the former physical library.*

"When I heard Marygrove was going to be closing, it broke my heart," said Valerie Deering, a poet and 1972 graduate of Marygrove. Deering didn't fully realize what it would mean to digitize the library until she started [browsing the collection online](#). "Actually seeing it now—this was a stroke of genius. This Internet library stuff is a pretty good idea."

#### ####

Posted in Lending Books | Tagged Catholic, CDL, controlled digital lending, Deering, Detroit, digital, dona-
tions, libraries, Marygrove | 1 Reply

---

← Advertising powers the Web. What if it just doesn't work?

Michelle Wu Receives Internet Archive Hero Award for Establishing the Legal Basis for Controlled Digital Lending →

**1 thought on "Digitization Saves Marygrove College Library After Closure"**

Pingback: Library Leaders Forum Explores Impact of Controlled Digital Lending - Internet Archive Blogs

Comments are closed.

---

*Proudly powered by WordPress*

McNamara Declaration

Exhibit 69



INTERNET ARCHIVE
SIGN UP | LOG IN UPLOAD Search
ABOUT BLOG PROJECTS HELP DONATE CONTACT JOBS VOLUNTEER PEOPLE

# Marygrove College Library

Share
Favorite
RSS
Play All

When Marygrove College closed in 2019, the Board of Trustees donated the library to the Internet Archive for digitization and preservation. With more than 70,000 books and nearly 3,000 journal volumes, the Geschke Library is a well-curated, world class collection with strengths in the humanities, education, and social justice. Video about the reopening online.

More...

ABOUT COLLECTION

65,254 RESULTS

SORT BY VIEWS · TITLE · DATE PUBLISHED · CREATOR

Search this Collection

- Metadata
- Text contents

**Part Of**

American Libraries
eBooks and Texts

**Media Type**

| | |
|---|---|
| texts | 65,254 |

**Availability**

| | |
|---|---|
| Lending Library | 42,685 |
| Borrow 14 Days | 24,021 |
| Always Available | 2,866 |

**Year**

| | |
|---|---|
| 2012 | 836 |
| 2011 | 839 |
| 2010 | 898 |
| 2009 | 954 |
| 2008 | 771 |
| 2007 | 765 |

More

**Topics & Subjects**

| | |
|---|---|
| United States | 9,991 |
| USA | 3,506 |

Pictures of the floating world
by Lowell, Amy, 1874-1925
159 5 0

Diagnostic and statistical manual of mental
12,431 203 1

The three waves of volunteers and the new
by Cannon, Dolores, 1931- author
3,475 81 0

Giovanni's room
by Baldwin, James, 1924-1987
2,578 45 0

The sacred prostitute : eternal aspect of the
by Qualls-Corbett, Nancy
740 44 0

The Labyrinth of solitude : life and thought in Mexico
by Paz, Octavio, 1914-1998
2,189 20 0

Dancing through history
by Cass, Joan, 1924-2018
1,156 19 0

The hero with a thousand faces
by Campbell, Joseph, 1904-1987, author

Memoirs and correspondence of
by Londonderry, Robert Stewart, 2nd marquess of, 1769-1822
74 0 0

Artistic anatomy
by Richer, Paul, 1849-1933
3,650 89 0



| | |
|---|---|
| Politics and government | 1,659 |
| Catholic Church | 1,441 |
| Great Britain | 1,100 |
| Aufsatzsammlung | 1,051 |

More

Collection

| | |
|---|---|
| Internet Archive Books | 65,235 |
| Books for People with Print Disabilities | 60,747 |
| Books to Borrow | 60,725 |
| binghamton-ol | 12,010 |
| University of Arizona Libraries | 11,035 |
| uni-ol | 10,916 |

More

Creator

| | |
|---|---|
| belloc, hilaire, 1870-1953 | 52 |
| shakespeare, william, 1564-1616 | 49 |
| thomas, aquinas, saint, 1225?-1274 | 40 |
| maritain, jacques, 1882-1973 | 37 |
| augustine, of hippo, saint, 354-430 | 33 |
| rahner, karl, 1904-1984 | 30 |

More

Language

| | |
|---|---|
| English | 63,173 |
| French | 811 |
| Spanish | 314 |
| German | 301 |
| undetermined | 240 |
| Latin | 103 |

More

1,968 119 0

Watership Down
by Adams, Richard, 1920-2016
2,091 53 0

Africa's world war : Congo, the Rwandan
by Prunier, Gérard, author
359 17 0

Leaders eat last : why some teams pull together
by Sinek, Simon
2,631 50 0

Motown : music, money, sex, and power
by Posner, Gerald
221 3 0

Content-area writing : every teacher's guide
by Daniels, Harvey, 1947-
327 8 0

Coming of age in Mississippi
by Moody, Anne, 1940-2015
1,767 25 0

Readings for diversity and social justice
2,989 56 0

Miranda's marriage
by Hilton, Margery
855 13 1

A critical history of Western philosophy
by O'Connor, D. J. (Daniel John), 1914-2012, editor
1,008 12 0

Crowded Hours. Reminiscences
by LONGWORTH, Alice Roosevelt
231 12 0

Dizionario di erudizione storico-ecclesiastica da S.
by Moroni, Gaetano, 1802-1883
3,394 0 0

Second-class citizen
by Emecheta, Buchi
2,266 22 0

Music theory for dummies
by Pilhofer, Michael
1,527 74 0

Aristotle and Dante discover the secrets of the
by Sáenz, Benjamin Alire
2,013 73 2

X-ray equipment for student radiographers
by Chesney, D. Noreen
1,001 10 0

A handbook of legendary and mythological art
by Waters, Clara Erskine Clement, 1834-1916
2,995 18 0

The god of small things
by Roy, Arundhati, author
1,246 15 0

The new Jerome biblical commentary
4,704 67 0

Material for a history of Pope Alexander VI his
by De Roo, Peter, 1839-1926
130 2 0

The courage to heal workbook : for women and
by Davis, Laura, 1956-
407 15 0



Page 3
Marygrove College Library : Free Texts : Free Download, Borrow and Streaming : Internet Archive
https://archive.org/details/marygrovecollege

Human development
by Papalia, Diane E
580 5 0

Transpiration and the ascent of sap in plants
by Dixon, Henry Horatio, 1869-1953
88 0 0

The innocence of Father Brown
by Chesterton, G. K. (Gilbert Keith), 1874-1936, author
212 6 0

Arshile Gorky : his life and work
by Herrera, Hayden
93 2 0

Meggs' history of graphic

By the shores of Silver Lake
by Wilder, Laura Ingalls, 1867-1957, author
1,057 9 0

Pattern drafting and dressmaking
by Moore, Dorothy
1,375 172 0

A canticle for Leibowitz : a novel
by Miller, Walter M., Jr., 1923-1996
579 16 0

Microbiology : an introduction
by Tortora, Gerard J
601 7 0

The Norton Shakespeare
by Shakespeare, William, 1564-1616
896 21 0

Understanding by Design : Professional Development
by McTighe, Jay, author
387 10 0

Readings for diversity and social justice
1,677 19 0

Microbiology : a human perspective
56 1 0

The tale of Genji
by Murasaki Shikibu, 978?- author
626 20 0

Tropic of Cancer
by Miller, Henry, 1891-1980, author
337 10 0

Twelve who ruled : the year of the terror in the
by Palmer, R. R. (Robert Roswell), 1909-2002
238 7 0

The diary of Virginia Woolf
by Woolf, Virginia, 1882-1941
543 24 0

A casual view of America : the home letters of
by Rothschild, Salomon de, 1836-1864
179 15 0

One crazy summer
by Williams-Garcia, Rita
883 5 0

The well-crafted sentence : a writer's guide to style
by Bacon, Nora
415 8 0

Black boy : (American hunger) : a record of
by Wright, Richard, 1908-1960
308 3 0

Crazy like us : the globalization of the
by Watters, Ethan, author
694 23 0

Here's to the women : 100 songs for and about
89 1 0

The lessons of history
by Durant, Will, 1885-1981



design
by Meggs, Philip B
1,525 80 0

A primer of visual literacy
by Dondis, Donis A., 1924-1984
959 28 0

The myth of Sisyphus, and other essays
by Camus, Albert, 1913-1960
1,055 39 0

Wanderings : Chaim Potok's history of the Jews
by Potok, Chaim
160 5 0

World mythology : an anthology of the great
by Rosenberg, Donna
1,607 26 0

Imagined communities : reflections on the origin
by Anderson, Benedict R. O'G. (Benedict Richard O'Gorman), 1936-
2,340 23 0

The Chicago manual of style
1,483 40 0

Richard Schmid paints landscapes
by Schmid, Richard, 1934- author
1,548 41 0

The world of late antiquity : AD 150-750
by Brown, Peter, 1935-
1,661 59 0

A skeleton key to Finnegans Wake
by Campbell, Joseph (1904-1987)
535 18 0

Children's literature : a textbook of sources for
by Curry, Charles Madison, 1869-1944, editor
1,720 33 0

Think like a programmer : an introduction to creative
by Spraul, V. Anton
391 22 0

Silent spring
by Carson, Rachel, 1907-1964
268 6 0

The functional art : an introduction to information
by Cairo, Alberto, 1974- author
241 27 0

George Washington's world
by Foster, Genevieve, 1893-1979
924 41 0

Poetics of relation
by Glissant, Édouard, 1928-2011
355 1 0

The African unconscious : roots of ancient mysticism
by Bynum, Edward Bruce, 1948-
259 18 0

The Dalemark quartet : Cart and cwidder ;
by Jones, Diana Wynne
132 2 0

461 9 0

Ginger & Pickles
by Potter, Beatrix, 1866-1943
1,014 6 0

Magical realism : theory, history, community
415 19 0

Leadership and performance beyond
by Bass, Bernard M
1,764 20 0

The Flash. Volume 1, Move forward
by Manapul, Francis
432 8 0



Page 5
Marygrove College Library : Free Texts : Free Download, Borrow and Streaming : Internet Archive
https://archive.org/details/marygrovecollege

Fetching more results ⟲

# McNamara Declaration
# Exhibit 70

Page 1
Calculating the True Value of A Library that is Free - Internet Archive Blogs
http://blog.archive.org/2019/10/22/calculating-the-true-value-of-a-library-that-is-free/

# Internet Archive Blogs

*A blog from the team at archive.org*



Blog · Announcements · 25th Anniversary · archive.org · About · Events · Developers · Donate

## Calculating the True Value of A Library that is Free

Posted on October 22, 2019 by Wendy Hanamura

**By Omar Rafik El-Sabrout**



*A new program at OpenLibrary.org encourages you to "put your money behind something that matters to you:" sponsoring a book so everyone can read and borrow it online for free.*

We live in the era of Venmo and CashApp, when after a nice meal with friends, you no longer have to argue over who will pick up the bill. On the surface, this is an extremely promising way to keep people from accidentally going into debt with each other. But it also reinforces interactions that are extremely transactional. The old idea of "I'll get you back next time" is part of the give and take that members of a close community engage in. In our transactional present, people don't have to rely on the idea of trust—trusting the butcher at the farmer's market won't price gouge me, trusting my friend will pay me back. People aren't learning that you can vote by caring, by putting your money behind something that matters to you. At a moment when "you get what you pay for" is the capitalist norm, enter the Internet Archive, which today is asking you to make an investment in community-wide sharing.

The Internet Archive, which runs the project Open Library, is working to create a vast network of online book lending in order to make all books accessible to all people. Open Library cares about the input of its readers. As Open librarian and Internet Archive Software Engineer Mek Karpeles describes, "Open Library's theory is that readers deserve a say in what's on their bookshelves," which is why he and his team have created a new Book Sponsorship feature.



*A blue box on the book page lets you know that this is a book you can sponsor. With your donation, we will buy the book, digitize it, store it, and make the ebook available for borrowing—first for you.*

## Recent Posts

- Building a Better Internet: Internet Archive Convenes DC Workshop
- July Book Talk: The Catalogue of Shipwrecked Books
- Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- June Book Talk: The Catalogue of Shipwrecked Books
- GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure

## Recent Comments

- Superman on Building a Better Internet: Internet Archive Convenes DC Workshop
- Superman on Building a Better Internet: Internet Archive Convenes DC Workshop
- Patrick Winn on Building a Better Internet: Internet Archive Convenes DC Workshop
- Sally G. on Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- Sally G. on Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office

## Categories

- 78rpm
- Announcements
- Archive Version 2
- Archive-It
- Audio Archive
- Books Archive
- Cool Items
- Education Archive
- Emulation
- Event
- Image Archive
- Jobs
- Lending Books

Founded on the idea that a library ought to have books that "reflect [a] community's needs and values," Book Sponsorship allows any of the more than two and a half-million users of Open Library to #saveabook. This is a natural follow-up to the long standing "Want to Read" functionality whereby a reader can indicate a book is missing from the Archive that they wish to read.



With our new book sponsorship program, readers are given the option to put money towards directly sponsoring the acquisition of a particular book, after which the Internet Archive will digitize, store, and make the ebook available for lending—for free. Among other possibilities, this would allow people to combat the lack of representation of young black protagonists that Marley Dias, creator of the #1000BlackGirlBooks, found at her school and local library. We currently feature almost 400 of the #1000BlackGirlBooks on archive.org and with your support, we can buy and digitize all of them.

*You can contribute just $11.32 to make sure this book from Marley Dias' #1000BlackGirlBooks list is available for all.*



*When people are given the opportunity to be generous in an obligation-free way, we find that typically brings out their desire to do good.*

By giving people a say and making them feel represented, they become more invested. The care that comes from the investment of individuals is what eventually creates a community, and our hope is that the Open Library community will use this feature to help disenfranchised patrons gain access to materials that would enrich their education. When people are given the opportunity to be generous in an obligation-free way, we find that typically brings out their desire to do good. It's relatively easy to put a price on a book, to calculate printing costs and publishing costs, but what's harder to determine is the value of giving a gift. If you're interested in sponsoring a book, either for yourself or for someone else, just click on a Sponsor an eBook button or visit https://openlibrary.org/sponsorship to learn more.



*Go to https://openlibrary.org/sponsorship to lear more about how to #saveabook*

Posted in Announcements, News | 17 Replies

← "History Needs a Soundtrack": Minot State University Donates Large 78rpm Record Archive for Digitization and Preservation

Everyone Deserves to Learn →

- Live Music Archive
- Movie Archive
- Music
- News
- Newsletter
- Open Library
- Past Event
- Software Archive
- Technical
- Television Archive
- Upcoming Event
- Video Archive
- Wayback Machine – Web Archive
- Web & Data Services

### Archives

Select Month

### Meta

- Log in
- Entries feed
- Comments feed
- WordPress.org

### 17 thoughts on "Calculating the True Value of A Library that is Free"



**Naukry**

October 22, 2019 at 2:47 pm

Great and really nicely written post that I've seen in a while. It's great to see people like you
continuing to serve the humanity with this sort of amazing content. This content is literally
King!



**Nemo**

October 22, 2019 at 5:31 pm

I can't wait to sponsor some Italian-language books! I don't see a filter in the advanced search
yet, but DuckDuckGo seems to work fine.

https://duckduckgo.com/?
q="sponsor+ebook"+"written+in+french"+site%3Aopenlibrary.org%2Fbooks%2F



**Wendy Hanamura** Post author

October 23, 2019 at 6:51 am

We can't wait for you to sponsor Italian language books either!
I've sent your comment to our lead engineer, Mek, who will be happy to help you find
some on our wish list!
Grazie!

Pingback: Scan On Demand: Building the World's Open Library, Together



**medesthetica**

October 24, 2019 at 9:21 am

how to make a donation of multiple books?



**mek**

October 24, 2019 at 4:43 pm

Hi mdesthetica,

If you email donation@archive.org, we'd be happy to help you sponsor multiple books.
https://openlibrary.org/sponsorship#bulk-sponsorship

In the future, we may add a mechanism to sponsor multiple books by isbn in a single
donation order.



**Tractors**

October 24, 2019 at 11:36 am

Hello,

I totally agree with this blog, library is very much important in todays time
I've going to the library from a very long time.

Great Article man...



**آهنگ جدید**

October 24, 2019 at 5:21 pm

It's great to see people like you continuing to serve the humanity with this sort of amazing
content. This content is literally King!



**آهنگ**

October 25, 2019 at 8:47 am

Hope you succeed on this great path

Page 4
Calculating the True Value of A Library that is Free - Internet Archive Blogs
http://blog.archive.org/2019/10/22/calculating-the-true-value-of-a-library-that-is-free/

Pingback: [Scan On Demand: Building The World's Open Library, Together - RSSFeeds](#)

 **xpmirq4**
October 26, 2019 at 9:09 pm

It was really interesting to read this...

how can I get in touch with you?

 **اهنگ جدید**
October 28, 2019 at 8:24 am

Hello, I totally agree with this blog, library is very much important in todays time
I've going to the library from a very long time.

 **شهر موزیک**
October 29, 2019 at 7:58 am

good The larger point, however, is that openness is a potentially robust topic that will influence the ways all of us think about the decentralized Web.

 **Jen Ruzich**
November 1, 2019 at 9:27 pm

How is this not illegal? How do authors make any money after every book is available for free both in libraries and online? Will people will want to write books if one person can buy it and make it available to 7 billion people online with instant access?

 **Wendy Hanamura**
November 3, 2019 at 8:50 pm

Dear Jen,
Our lending program uses controlled digital lending to make modern books available to one user at a time. You can learn more about CDL at
[https://controlleddigitallending.org/](https://controlleddigitallending.org/)

 **doug**
November 2, 2019 at 1:35 pm

great work,
im asking if i got a book and it is not on your list of books, what can i do?

 **David Rodarm**
November 3, 2019 at 8:03 pm

The last link, below the #saveabook graphic, is incorrect!

Comments are closed.

*Proudly powered by WordPress*

A-2302

# McNamara Declaration
# Exhibit 71

Page 1
Pineapple Fund Gifts $1M in Bitcoin to the Internet Archive! - Internet Archive Blogs
http://blog.archive.org/2017/12/26/pineapple-fund-pledges-1m-in-bitcoin-to-the-internet-archive/

# Internet Archive Blogs

*A blog from the team at archive.org*



| Blog | Announcements | 25th Anniversary | archive.org | About | Events | Developers | Donate |

## Pineapple Fund Gifts $1M in Bitcoin to the Internet Archive!

Posted on December 26, 2017 by Katie Barrett



This year, Christmas came early to the Internet Archive. On Saturday, the generous philanthropist behind the Pineapple Fund gave $1 million dollars in Bitcoin to the Internet Archive. This anonymous crypto-philanthropist explains, "I saw the promise of decentralized money and decided to mine/buy/trade some magical internet tokens. ...Donating most of it to charity is what I'm doing." We so admire this donor using Bitcoin as the currency of giving this season, and are honored to be the recipients of such a gift. Whoever you are, you are doing a world of good. Thank you.

Permanent access to websites, software, books, music...that is our mission. These gifts help make it happen.

It is especially gratifying to see those who dreamed big about Bitcoin using their wealth to support innovation across the world. The Internet Archive has been actively involved in this community since 2011. Encouraged, we are dreaming big and dreaming open.

Thank you to Pineapple Fund and thank you to the thousands that have contributed already.

Please consider donating this year— it really helps. Looking forward to 2018!

More information about the Pineapple Fund:
Original Reddit Post
Reddit Post Update
Pineapple Fund Interview with Hacker Noon
Pineapple Fund Interview with Bitcoin Magazine

Posted in Announcements, News | 20 Replies

### Recent Posts

- Decentralized Apps, the Metaverse, and the "Next Big Thing"
- Building a Better Internet: Internet Archive Convenes DC Workshop
- July Book Talk: The Library: A Fragile History
- Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- June Book Talk: The Catalogue of Shipwrecked Books

### Recent Comments

- aho on Decentralized Apps, the Metaverse, and the "Next Big Thing"
- Superman on Decentralized Apps, the Metaverse, and the "Next Big Thing"
- Superman on Decentralized Apps, the Metaverse, and the "Next Big Thing"
- Superman on Decentralized Apps, the Metaverse, and the "Next Big Thing"
- Superman on Decentralized Apps, the Metaverse, and the "Next Big Thing"

### Categories

- 78rpm
- Announcements
- Archive Version 2
- Archive-It
- Audio Archive
- Books Archive
- Cool items

Page 2
Pineapple Fund Gifts $1M in Bitcoin to the Internet Archive! - Internet Archive Blogs
https://blog.archive.org/2017/12/26/pineapple-fund-pledges-1m-in-bitcoin-to-the-internet-archive/

← TV News Record: Face-o-Matic on Trump, McConnell, and Pelosi; PolitiFact picks "2017 Lie of the Year"

TV News Record: The year in TV news visualizations →

- Education Archive
- Emulation
- Event
- Image Archive
- Jobs
- Lending Books
- Live Music Archive
- Movie Archive
- Music
- News
- Newsletter
- Open Library
- Past Event
- Software Archive
- Technical
- Television Archive
- Upcoming Event
- Video Archive
- Wayback Machine – Web Archive
- Web & Data Services

## Archives

Select Month

## Meta

- Log in
- Entries feed
- Comments feed
- WordPress.org

## 20 thoughts on "Pineapple Fund Gifts $1M in Bitcoin to the Internet Archive!"



**Noobie**

December 26, 2017 at 8:55 pm

Well, I read in the news that BitCoin is quite a volatile type of currency. At the moment, the rates are soaring high. Then comes the bubble burst, where things can crash fucking hard to eternity. It's like the stock market crash of the Great Depression(s) and asset price bubble burst. I can see that while the generous amount is amusing, it is technically still a stock market fluctuation behavior. Don't get all riled up about about this unstable banking firm!



**Painkiller**

December 27, 2017 at 5:26 pm

You read that in the news, huh?

It's really not like the stock market crash, and has nothing to do with the asset price bubble.

Bitcoin is not a banking firm, it's decentralized. It's not like any sort of thing you've worked with before. It's new.

And none of this has anything to do with the generousness of the donation. The money is transferred, the donation is done. It's not going to go away.



**Jolia**

December 27, 2017 at 1:16 am

I agree with this



**Maurice C.**

December 27, 2017 at 2:06 am

My life wouldn't be the same without archive org. Well done Pine!



**Radar696**

December 28, 2017 at 3:18 am

That is very nice indeed.
I hope you put it to good use!

Well just to be safe I would pull the cash value out and place it into a regular savings account or maybe invest it into a 24 month bond or something.



**Afolabi Sunday Amos**

December 28, 2017 at 3:22 am

NiLL

Page 3
Pineapple Fund Gifts $1M in Bitcoin to the Internet Archive! - Internet Archive Blogs
http://blog.archive.org/2017/12/26/pineapple-fund-pledges-1m-in-bitcoin-to-the-internet-archive/



### 9Apps

December 28, 2017 at 10:00 am

Registered nonprofits interested in receiving a Bitcoin donation from The Pineapple Fund can apply on its website. The application period lasts until the end of Wednesday.



### Vidmate

December 28, 2017 at 10:01 am

On Wednesday, Pine also announced a $5 million donation to GiveDirectly, a non-profit that is fighting poverty in Africa. The group itself later confirmed the donation.



### Mobdro

December 28, 2017 at 10:01 am

So far, the fund has donated $15 million in Bitcoin, with the number of recipients growing to 14.



### Sarah

December 28, 2017 at 10:37 am

Hi how can i contact with you guys?



**Katie Barrett** `Post author`

December 28, 2017 at 3:47 pm

You can email us at info@archive.org



### Instagram Web-Viewer

December 28, 2017 at 10:43 am

My life wouldn't be the same without archive org. Well done Pine..



**David Mishra**

December 28, 2017 at 10:40 pm

WOW! A million as gift? The bitcoin guy is insanely helpful.



**Jack Flynn**

December 28, 2017 at 10:41 pm

$86 million in charity? What? Man. I am shocked!



**Mrs. Ex-Progressive Sustainability Analyst**

December 31, 2017 at 8:24 pm

Well, I came in here and related IA sites to see how to give a bequest, but a) there are no guidelines for that supplied and b) I see my meager legacy would likely do more elsewhere.

Having said that, I use IA extensively, have for nearly all its existence, consider it a very good project so long as it maintains genuinely free speech and doesn't pander to snowflakes on any part of the political/social spectrum. This results in a knowledge base that has a lot of chaff, and I do wish the search engine capacity were stronger.

 **Sebastien Petiquay**

January 1, 2018 at 8:36 am

C'est ce qu'il faut !

Bravo!

 **Musicgram**

January 3, 2018 at 1:08 am

WOW! A million as gift? The bitcoin guy is insanely helpful.

 **2018 calendar**

January 3, 2018 at 11:48 pm

On Wednesday, Pine also announced a $5 million donation to GiveDirectly, a non-profit that is fighting poverty in Africa. The group itself later confirmed the donation.

 **february 2018 calendar**

January 3, 2018 at 11:50 pm

Permanent access to websites, software, books, music…that is our mission. These gifts help make it happen.

 **Lekan**

January 5, 2018 at 1:46 pm

I so much love the archive's cause.

Great work. I will surely donate to that effect.

Comments are closed.

# McNamara Declaration

# Exhibit 72

# part 1



Hi Everyone! My name is Chris Freeland and I'm a librarian at the Internet Archive. As we get started today I'd like to draw your attention to the box at the bottom. This session will not be recorded. I'll send you an email after our session that includes link to the slides I'm using and relevant links from the session.

I want to welcome you to today's webinar on how controlled digital lending works. Over the next 50 minutes or so we'll walk through the Internet Archive's controlled digital lending service, covering how we acquire books, how they are digitized and preserved, and how they're made available to readers and scholars through controlled digital lending.

CONFIDENTIAL

INTARC00142757



A lot has changed with the Open Libraries program in a very short time.

As we get started I wanted to address a question that you might have. On Monday it was announced that there is an active lawsuit against the Internet Archive for controlled digital lending & the National Emergency Library. I won't be able to answer questions about the litigation. I'll talk about controlled digital lending & how it works and the impact it's making while our libraries and schools are closed, but I won't be able to address anything about the litigation itself.

So with that in mind, here's the game plan for today:

CONFIDENTIAL

INTARC00142758

CONFIDENTIAL

INTARC00142759



So let's dive in...



The Internet Archive is a non-profit library that provides access to millions of free books, movies, software, music, websites, and more.  This is our headquarters in San Francisco, which, you'll notice, matches our logo (the logo came first).  The Internet Archive was founded by Brewster Kahle in 1996 and started its collection by archiving web sites.  Brewster saw that the early web had almost entirely vanished-been rewritten, taken down, moved to new servers, otherwise inaccessible-and so he began crawling the web and archiving the content.  Those web archives are now available for users to search via the Wayback Machine.

CONFIDENTIAL

INTARC00142761



This work kicked off our mission of providing "Universal Access to All Knowledge". After establishing web archiving, in the early 2000s the Internet Archive began scanning books that were in the public domain (books published before 1923 at the time, now 1924, moving annually). I started working in collaboration with the Internet Archive during their early book scanning operations because I was the technical director of a project called the Biodiversity Heritage Library, which was scanning public domain scientific literature from natural history museum libraries all over the world.

CONFIDENTIAL

INTARC00142762



The Internet Archive also has a physical library. We have built a lending library of more than 1.4M modern books, growing at 2k / day. We acquire our books through purchase, from donations from libraries who are weeding their collections or closing, and from booksellers, like Better World Books. These photos are showing the unloading of portions of a large donation of 250,000 books from Trent University in Ontario.

CONFIDENTIAL

INTARC00142763



We make that lending library available to the world, meaning that anyone with an internet connection can sign up for a library card and borrow books, providing equal access to library materials. We lend these books to users one a time through a legal framework known as controlled digital lending. If the book is checked out, then users join a waitlist.

The ability for anyone to be able to get a library card is important for unaffiliated researchers like myself. When I worked at WashU I had access to every database & journal imaginable. Now, I struggle to get research materials to continue my own research & writing.

INTARC00142764



I mentioned that we get donations from Better World Books. IA & BWB have a special relationship, and as part of our partnership we get a copy of any book we don't already have. So for those of you who are library partners with BWB, your discards and weeded materials are flowing into our digitization queue & our digital library shelves. Today we have _____ on the call from BWB to tell us more.

CONFIDENTIAL

INTARC00142765



CONFIDENTIAL

INTARC00142766



CONFIDENTIAL

INTARC00142767



CONFIDENTIAL

INTARC00142768

A-2320



I want to walk you through how books come into our library and how they are digitized and displayed through controlled digital lending. I'm going to use Marygrove College library to illustrate our process.

CONFIDENTIAL

INTARC00142769



Marygrove College was founded in 1905 by the Sisters, Servants of the Immaculate Heart of Mary (Roman Catholic) & moved to its Detroit campus, shown here, in 1927. Marygrove was originally a women's college, became coed in the 1970s, and in recent years was known for its graduate programs in human resource management and social justice.

CONFIDENTIAL

INTARC00142770



Facing financial hardship, in 2017 Marygrove eliminated its undergraduate programs, and then in January of last year, announced that the entire college would close in December 2019.  A central question for Dr. Elizabeth Burns, President of the College, was what would happen to the library and its 70,000 volumes of books and 3,000 journal volumes?

CONFIDENTIAL

INTARC00142771



That's where we come in

CONFIDENTIAL

INTARC00142772



They spoke with Wayne State, but they weren't in a position to take the materials. The College had a relationship with BWB & used them for weeded materials, but because the entire institution was closing they wanted the library materials to stay together as an intellectual unit - a complete collection.

CONFIDENTIAL

INTARC00142773



...so after a series of conversations, Dr. Burns and the trustees at Marygrove College decided to donate the contents of the library, an interior shot you're seeing here, to the Internet Archive so that the library would be digitized and preserved, helping the legacy of the college live on for future scholars.

CONFIDENTIAL

INTARC00142774



We worked with Marygrove staff and a team of workers to box up the entire library and ship it to our physical archive for staging & storage before being sent for digitization.  What you're seeing here is some of the results of that labor, with books in boxes, boxes on pallets, shrinkwrapped, and then put into storage containers for transport.

CONFIDENTIAL

INTARC00142775

"I feel that, sadly, the College is closing, but the library is not. It is re-emerging in a different form."

*Mary Kickham-Samy*
*Director of Geschke Library, Marygrove College*

From "Preserving the legacy of a library when a college closes"

CONFIDENTIAL
INTARC00142776



CONFIDENTIAL

INTARC00142777



This is Lan Zhu, who was a scanner in our SF scanning center. She's using the custom-developed scanning equipment we developed to digitize books. You can see that there are two cameras that take pictures as the operator raises and lowers the glass plate to turn pages. Our scanning is non-destructive (meaning that the book stays intact) and follows FADGI, the Federal Agencies Digitization Guidelines Initiative.

We have scanning operations embedded in libraries in the US, Canada & the UK, including at the Library of Congress, Boston Public Library, University of Toronto, and Wellcome Trust, to name but a few. We also operate digitization facilities in the Philippines where we scan the books that we own.

CONFIDENTIAL

INTARC00142778



Here are some shots of our scanning operations embedded at the Boston Public Library, with books pulled & queued for digitization. These books were published before the 1920s, so they are in the public domain and their files don't need protections through controlled digital lending.

CONFIDENTIAL INTARC00142779



So for the books that we acquire and own, after a book is digitized it follows a dual path - the book itself is preserved in our physical archive, and the files that result from scanning & post-production are stored and protected on our servers.

CONFIDENTIAL