# 23-1260

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., PENGUIN RANDOM HOUSE LLC,

*Plaintiffs-Appellees,*

v.

INTERNET ARCHIVE,

*Defendant-Appellant*,

DOES 1-5, inclusive,

*Defendants*.

Appeal from the United States District Court for the Southern District of New York, Case No. 1:20-cv-4160, Hon. John G. Koeltl

### JOINT APPENDIX (PUBLIC) – VOLUME 10 OF 26 (A-2333-A-2604)

JOSEPH C. GRATZ
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

CORYNNE M. MCSHERRY
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

JOSEPH R. PALMORE
DIANA L. KIM
ADITYA V. KAMDAR
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-6940
JPalmore@mofo.com

*Counsel for Defendant-Appellant Internet Archive*
*Additional Counsel Listed on Inside Cover*

DECEMBER 15, 2023

MATTHEW JAN OPPENHEIM  ELIZABETH A. MCNAMARA
DANAE TINELLI  LINDA J. STEINMAN
SCOTT A. ZEBRAK  JOHN M. BROWNING
OPPENHEIM + ZEBRAK, LLP  JESSE M. FEITEL
4530 Wisconsin Avenue, NW,  CARL MAZUREK
5th Floor  DAVIS WRIGHT TREMAINE LLP
Washington, DC 20016  1251 Avenue of the Americas, 21st Floor
 New York, NY 10020

*Counsel for Plaintiffs-Appellees*

---

## Joint Appendix Table of Contents

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 1** | |
| 39 | 10/08/2020 | Stipulation And Protective Order | A-1 |
| 86 | 07/05/2022 | Sealing Order | A-16 |
| 114 | 07/11/2022 | Sealing Order | A-18 |
| | | District Court Docket Sheet | A-19 |
| 219 | 9/11/2023 | Notice Of Appeal | A-49 |
| 1 | 6/1/2020 | Complaint | A-105 |
| 33 | 07/28/2020 | Answer | A-158 |
| 47 | 08/09/2021 | Letter Motion For Local Rule 37.2 Conference | A-186 |
| 62 | 12/24/2021 | Transcript Of Proceedings – 12/2/21 Conference | A-189 |
| 68 | 01/14/2022 | Joint Letter/Status Report Re: Discovery Disputes | A-234 |
| | | Exhibit A – Current Scheduling Order | A-236 |
| | | Exhibit B – Proposed Scheduling Order | A-239 |
| 70 | 01/22/2022 | Revised Scheduling Order | A-242 |
| 87 | 07/07/2022 | Plaintiffs' Motion for Summary Judgment | A-244 |
| 89 | 07/07/2022 | Declaration Of Sandra Cisneros In Support Of Plaintiffs' Motion for Summary Judgment | A-247 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 2** | |
| 90 | 07/07/2022 | Declaration Of Ian Foster In Support Of Plaintiffs' Motion for Summary Judgment | A-254 |
| | | Appendix A – Ian Foster's Curriculum Vitae | A-301 |
| | | [FUS] Exhibit 1 – Numbered List Of 127 Works In Suit | A-347 |
| | | [FUS] Exhibit 2 – Loans For Each Scan That Matches Works In Suit | A-359 |
| | | [FUS] Exhibit 3 – Total Loans For Works In Suit | A-370 |
| | | [FUS] Exhibit 4 – List Of De-Duplicated ISBNs That Match Works In Suit | A-377 |
| | | [FUS] Exhibit 4A – Alternate Version of Exhibit 4 | A-387 |
| | | [FUS] Exhibit 5 – Number Of De-Duplicated ISBNs/Additions To Maximum Eligible Concurrent Loans For Each Work In Suit | A-397 |
| | | [FUS] Exhibit 5A – Alternative Version Of Exhibit 5 | A-404 |
| | | [FUS] Exhibit 6 – Works In Suit Data | A-411 |
| 91 | 07/07/2022 | Declaration Of Tracy Offner In Support Of Plaintiffs' Motion for Summary Judgment | A-421 |
| | | Exhibit A – List Of Internet Archive's URLs | A-448 |
| | | Exhibit B – Internet Archive's Webpages | A-452 |
| | | Exhibit C – Open Library Webpages | A-457 |
| | | Exhibit D – Open Library Webpages | A-461 |
| | | Exhibit E – Open Library Webpages | A-463 |
| | | Exhibit F – Open Library Webpages | A-469 |
| | | Exhibit G – Open Library Webpages | A-471 |
| | | Exhibit H – Open Library Webpages | A-473 |
| | | Exhibit I – Open Library Webpages | A-475 |
| | | Exhibit J – Open Library Webpages | A-477 |
| | | Exhibit K – Open Library Webpages | A-479 |
| 92 | 07/07/2022 | Declaration Of Ben Sevier In Support Of Plaintiffs' Motion for Summary Judgment | A-481 |
| | | [FUS*] Exhibit 1 – Hachette Business Data | A-514 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS*] Exhibit 2 – Hachette Backlist Ebook Data | A-515 |
| | | [FUS*] Exhibit 3 – Hachette Sales Data For All Of The Works In Suit | A-516 |
| | | **Vol. 3** | |
| | | [FUS] Exhibit 4 – Hachette Overdrive Data | A-517 |
| | | [FUS] Exhibit 5 – Hachette 2016 Digital Library Terms | A-562 |
| | | [FUS] Exhibit 6 – Hachette's Current Digital Library Terms | A-570 |
| | | [FUS*] Exhibit 7 – Hachette List Of Aggregators | A-577 |
| | | [FUS] Exhibit 8 – Excerpts From Expert Report Of Rasmus Jorgensen (Feb. 25, 2022) | A-578 |
| | | Exhibit 9 – Hachette Takedown Notice | A-580 |
| 93 | 07/07/2022 | Declaration Of Alan Pavese In Support Of Plaintiffs' Motion for Summary Judgment | A-589 |
| | | Exhibit 1 – Wiley Takedown Notice | A-602 |
| | | [FUS*] Exhibit 2 – Wiley Spreadsheet On Trade Books | A-612 |
| | | [FUS*] Exhibit 3 – Wiley's Sales Records For Works In Suit | A-613 |
| | | [FUS] Exhibit 4 – Wiley's Ebook Distribution Agreement With Proquest | A-614 |
| | | [FUS] Exhibit 5 – Wiley's Ebook Agreement With Overdrive | A-631 |
| | | [FUS*] Exhibit 6 – Wiley Spreadsheet Of Key Aggregator Partners | A-634 |
| | | [FUS*] Exhibit 7 – Wiley Spreadsheet | A-635 |
| 94 | 07/07/2022 | Declaration Of Chantal Restivo-Alessi In Support Of Plaintiffs' Motion for Summary Judgment | A-636 |
| | | [FUS*] Exhibit 1 – HarperCollins Ebooks Licenses Spreadsheet | A-667 |
| | | [FUS*] Exhibit 2 – HarperCollins Spreadsheet On U.S. Sales For Works In Suit | A-668 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 3 – Amazon Kindle Store Terms Of Use | A-669 |
| | | [FUS] Exhibit 4 – HarperCollins And Overdrive Agreement | A-674 |
| | | [FUS*] Exhibit 5 – Spreadsheet On 26-Circ Model | A-699 |
| | | [FUS*] Exhibit 6 – HarperCollins Sales To Libraries In All Formats For Works In Suit (2017-2020) | A-700 |
| | | Exhibit 7 – Excerpts From Expert Report Of Susan H. Hildreth (Feb. 25, 2022) | A-701 |
| | | Exhibit 8 – Open Libraries Agreement | A-705 |
| | | Exhibit 9 – Internet Archive's Presentation At Library Leaders Forum | A-709 |
| | | Exhibit 10 – Internet Archive's Presentation On "Maximizing Institutional Investment In Print Resources Through Controlled Digital Lending" | A-720 |
| | | Exhibit 11 – Internet Archive's And HarperCollins Correspondence | A-738 |
| 95 | 07/07/2022 | [Redacted] Declaration Of Jeffrey Weber In Support Of Plaintiffs' Motion for Summary Judgment | A-744 |
| | | [FUS*] Exhibit 1 – Penguin Random House Ebook Data | A-784 |
| | | [FUS*] Exhibit 2 – Penguin Random House Ebook Data | A-785 |
| | | Exhibit 3 – American Library Association Article, "National Survey Finds Libraries Play Expanded Role in Digital Equity, Bridging Gaps In Access To Technology" (Aug. 31, 2021) | A-786 |
| | **Vol. 4** | | |
| | | Exhibit 4 – Overdrive Press Release (Jan. 7, 2021) | A-788 |
| | | Exhibit 5 – Emails Between Penguin Random House And Internet Archive' | A-792 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 6 – Emails Between Penguin Random House And Internet Archive | A-795 |
| | | Exhibit 7 – Open Libraries Web Page | A-798 |
| | | Exhibit 8 – Internet Archive Blog Post, "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" (Nov. 6, 2019) | A-802 |
| | | Exhibit 9 – Internet Archive Blog Post, "Temporary National Emergency Library to close 2 weeks early, returning to traditional controlled digital lending" (June 10, 2020) | A-811 |
| | | [FUS] Exhibit 10 – Exhibit 12 To Expert Report of Rasmus Jorgensen (Feb. 25, 2022) | A-817 |
| | | [FUS] Exhibit 11 – Excerpts From Expert Report of Rasmus Jorgensen (Feb. 25, 2022) | A-819 |
| | | [FUS*] Exhibit 12 – Penguin Random House Sales Records Of Works In Suit | A-821 |
| | | Exhibit 13 – Internet Archive's Library Leaders Forum Presentation | A-822 |
| | | [FUS*] Exhibit 14 – Penguin Random House Annual Investment Spreadsheet | A-1004 |
| | | Exhibit 15 – Amazon Kindle Store Terms Of Use | A-1005 |
| | | Exhibit 16 – Public Libraries Data Spreadsheet | A-1009 |
| | | Exhibit 17 – Article, "Libraries Without Walls For Books Without Pages" By John A. Browning (1993) | A-1022 |
| | | [FUS] Exhibit 18 – Penguin Random House Jan. 1, 2016 Terms Of Sale | A-1029 |
| | | [FUS] Exhibit 19 – Penguin Random House Terms Of Buyback Program | A-1032 |
| | | [FUS*] Exhibit 20 – Penguin Random House Ebook Data | A-1035 |
| | | [FUS] Exhibit 21 – Penguin Random House Oct. 1, 2018 Public Library Terms | A-1036 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS] Exhibit 22 – Penguin Random House Oct. 1, 2018 Academic Library Terms | A-1039 |
| | | [FUS] Exhibit 23 – Penguin Random House Ebook Terms For Classroom Distribution Channel (Feb. 2, 2020) | A-1042 |
| | | [FUS] Exhibit 24 – Penguin Random House Ebook Terms For Classroom Distribution Channel (Jan. 10, 2021) | A-1045 |
| | | [FUS] Exhibit 25 – Penguin Random House Covid-19 Model Terms | A-1048 |
| | | **Vol. 5** | |
| | | Exhibit 26 – Excerpts From Deposition Of Skip Dye (Nov. 18, 2021) | A-1050 |
| 96 | 07/07/2022 | [Redacted] Declaration Of Elizabeth A. McNamara In Support Of Plaintiffs' Motion for Summary Judgment | A-1075 |
| | | Exhibit 1 – Complaint | A-1143 |
| | | Exhibit 2 – Answer | A-1201 |
| | | Exhibit 3 – Internet Archive's Webpage | A-1230 |
| | | Exhibit 4 – Declaration Of Brenton Cheng | A-1236 |
| | | Exhibit 5 – Excerpts From Deposition Of Brewster Kahle (Dec. 9, 2021) | A-1240 |
| | | Exhibit 6 – Internet Archive's Webpage | A-1283 |
| | | **Vol. 6** | |
| | | Exhibit 7 – Excerpts From Deposition Of Chris Freeland (Dec. 17, 2021) | A-1287 |
| | | Exhibit 8 – Email From Chris Freeland | A-1347 |
| | | Exhibit 9 – Internet Archive Blog Post, "Libraries lend books, and must continue to lend books: Internet Archive responds to publishers' lawsuit" (July 29, 2020) | A-1351 |
| | | Exhibit 10 – Internet Archive Presentation On "Lending & Book Reader" | A-1354 |
| | | Exhibit 11 – Excerpts From Deposition Of Imke C. Reimers (June 3, 2022) | A-1368 |
| | | Exhibit 12 – Open Library Webpage | A-1373 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 13 – Excerpts From Deposition Of Laura Gibbs (Mar. 24, 2022) | A-1376 |
| | | Exhibit 14 – Internet Archive Communications | A-1386 |
| | | Exhibit 15 – Internet Archive's Webpage | A-1395 |
| | | Exhibit 16 – Internet Archive's Webpage | A-1402 |
| | | Exhibit 17 – Exhibit A To Complaint | A-1405 |
| | | Exhibit 18 – Stipulation Regarding Undisputed Facts (June 10, 2022) | A-1409 |
| | | Exhibit 19 – Excerpts From Deposition Of Susan Hildreth (May 17, 2022) | A-1415 |
| | | Exhibit 20 – Excerpts From Deposition Of Steve Potash (Jan. 31, 2022) | A-1425 |
| | | Exhibit 21A – Press Releases | A-1436 |
| | | [FUS*] Exhibit 21B – Overdrive Data | A-1443 |
| | | [FUS*] Exhibit 22 – Overdrive Data | A-1444 |
| | | Exhibit 23 – Institute Of Museum And Library Studies Data Spreadsheet | A-1445 |
| | | Exhibit 24 – Excerpts From Deposition Of Brenton Cheng (Dec. 3, 2011) | A-1448 |
| | | Exhibit 25 – Internet Archive's Objections & Responses To Plaintiffs' First Set Of Requests For Admission | A-1453 |
| | | Exhibit 26 –Expert Report Of Susan Hildreth (Feb. 25, 2022) | A-1468 |
| | | **Vol. 7** | |
| | | Exhibit 27 – Internet Archive's "Everyone Deserves To Learn" Document | A-1527 |
| | | Exhibit 28 – Email Between Mark Stein And Jeff Kaplan | A-1709 |
| | | Exhibit 29 – Email Between Brewster Kahle And Elliot Wrenn | A-1712 |
| | | Exhibit 30 – Email From Wiley To Internet Archive | A-1717 |
| | | Exhibit 31 – Open Library Webpage | A-1720 |
| | | Exhibit 32 – Emails Between Penguin Random House And Internet Archive | A-1724 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 33 – Email From Penguin Random House | A-1735 |
| | | [FUS*] Exhibit 34 – Penguin Random House Spreadsheet | A-1738 |
| | | Exhibit 35 – Email From HarperCollins To Internet Archive | A-1739 |
| | | Exhibit 36 – Takedown Notices | A-1745 |
| | | Exhibit 37 – Author Correspondence To Internet Archive | A-1783 |
| | | **Vol. 8** | |
| | | Exhibit 38 – Author Correspondence To Internet Archive | A-1790 |
| | | Exhibit 39 – Author Correspondence To Internet Archive | A-1815 |
| | | Exhibit 40 – Email From Zane Kesey To Chris Butler | A-1819 |
| | | Exhibit 41 – Open Library Author Page For Ken Kesey | A-1825 |
| | | Exhibit 42 – Author Correspondence To Internet Archive | A-1829 |
| | | Exhibit 43 – Open Library Webpage | A-1832 |
| | | Exhibit 44 – 990-PF Return Of The Kahle/Austin Foundation (2019) | A-1836 |
| | | Exhibit 45 – Excerpts From Deposition Of Jacques Cressaty (Oct. 22, 2021) | A-1867 |
| | | Exhibit 46 – Internet Archive's Open Libraries Proposal To The MacArthur Foundation (Part 1-5) | A-1913 |
| | | **Vol. 9** | |
| | | Exhibit 46 – Internet Archive's Open Libraries Proposal To The MacArthur Foundation (Part 6-8) | A-2062 |
| | | Exhibit 47 – Internet Archive's Webpage | A-2157 |
| | | Exhibit 48 – Scientific American Article, "Archiving the Internet" by Brewster Kahle (1997) | A-2160 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 49 – Brewster Kahle "Universal Access To Knowledge" Speech (2006) | A-2165 |
| | | Exhibit 50 – CNET Article, "Grant Funds Open-Source Challenge To Google Library" (Dec. 20, 2006) | A-2175 |
| | | Exhibit 51 – New York Times Article, "Libraries Shun Deals To Place Books On Web" by Katie Hafner (2007) | A-2190 |
| | | Exhibit 52 – Internet Archive Blog Post, "Internet Archive And Library Partners Develop Joint Collection Of 80,000+ Ebooks To Extend Traditional In-Library Lending Model" (Feb. 22, 2011) | A-2195 |
| | | Exhibit 53 – Internet Archive's Notes About Book Collections And Availability | A-2201 |
| | | Exhibit 54 – Internet Archive Blog Post, "Let's Build A Great Digital Library Together…Starting With A Wishlist" (Mar. 14, 2018) | A-2205 |
| | | Exhibit 55 – Internet Archive Blog Post, "Internet Archive's Modern Book Collection Now Tops 2 Million Volumes" (Feb. 3, 2021) | A-2209 |
| | | Exhibit 56 – The Guardian Article, "Internet Archive Founder Turns To New Information Storage Device – The Book," (Aug. 1, 2011) | A-2218 |
| | | Exhibit 57 – Internet Archive's Webpage | A-2223 |
| | | Exhibit 58 – Excerpts From Deposition Of Andrea Mills (Oct.14, 2021) | A-2227 |
| | | [FUS] Exhibit 59 – Internet Archive Digital Library Grant Application | A-2242 |
| | | [FUS*] Exhibit 60 – Internet Archive's Profit And Loss Statement For 2011-2020 | A-2246 |
| | | Exhibit 61 – Internet Archive's Flyer | A-2247 |
| | | Exhibit 62 – Internet Archive's Scanning Agreement With Providence Public Library | A-2249 |
| | | Exhibit 63 – Internet Archive's Webpage | A-2255 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 64 – Internet Archive Blog Post, "Most 20th Century Books Unavailable To Internet Users – We Can Fix That" (July 1, 2019) | A-2260 |
| | | Exhibit 65 – Internet Archive's Webpage | A-2270 |
| | | Exhibit 66 – Email From Brewster Kahle To Amy Brand | A-2274 |
| | | Exhibit 67 – CNBC Article, "Plagiarism Is Rampant In China, And Its Media Companies Are Raking In Billions" (Jan. 23, 2018) | A-2278 |
| | | Exhibit 68 – Internet Archive Blog Post, "Internet Archive and Library Partners Develop Joint Collection of 80,000. EBooks To Extend Traditional In-Library Lending Model" (Oct. 20, 2020) | A-2286 |
| | | Exhibit 69 – Internet Archive's Webpage | A-2292 |
| | | Exhibit 70 – Internet Archive Blog Post, "Calculating the True Value of A Library that is Free" (Oct. 22, 2019) | A-2298 |
| | | Exhibit 71 – Internet Archive Blog Post, "Pineapple Fund Gifts $1M in Bitcoin to the Internet Archive!" (Dec. 26, 2017) | A-2303 |
| | | Exhibit 72 – Internet Archive Presentation On "How Controlled Digital Lending Works for Libraries" | A-2308 |
| | | **Vol. 10** | |
| | | Exhibit 73 – Internet Archive Presentation On Lending And Digitization Programs | A-2333 |
| | | Exhibit 74 – Open Library Of Richmond Inc. 990 Return (2019) | A-2366 |
| | | Exhibit 75 – Internet Archive's 990 Return (2016) | A-2414 |
| | | Exhibit 76 – Better World Books Webpage | A-2432 |
| | | [FUS] Exhibit 77 – Excerpts From Deposition Of Ginger Patton-Schmitt (Dec. 6, 2021) | A-2435 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 78 – Better World Books Webpage | A-2464 |
| | | [FUS] Exhibit 79 – Draft Memorandum Of Understanding | A-2468 |
| | | Exhibit 80 – Email From Brewster Kahle To Better World Books Director | A-2471 |
| | | Exhibit 81 – Emails Between Chris Freeland And Better World Books Project Manager | A-2473 |
| | | [FUS] Exhibit 82 – Internet Archive Shared Document | A-2477 |
| | | [FUS] Exhibit 83 – Emails Between Brewster Kahle And Xavier Helgesen | A-2480 |
| | | Exhibit 84 – Emails From Brewster Kahle | A-2482 |
| | | Exhibit 85 – Email From Brewster Kahle | A-2488 |
| | | [FUS] Exhibit 86 – Better World Books Financial Agreement | A-2491 |
| | | [FUS] Exhibit 87 – Donation Agreement Between Better World Books And Open Library of Richmond (July 10, 2019) | A-2494 |
| | | Exhibit 88 – Better World Libraries' 990 Return (2019) | A-2497 |
| | | Exhibit 89 – Internet Archive Blog Post, "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" (Nov. 6, 2019) | A-2524 |
| | | [FUS] Exhibit 90 – Better World Books Presentation | A-2533 |
| | | Exhibit 91 – Better World Books Webpage | A-2539 |
| | | Exhibit 92 – Better World Books Preview Page | A-2541 |
| | | Exhibit 93 – Internet Archive Links To Better World Books Webpage | A-2543 |
| | | Exhibit 94 – Better World Books Wikipedia Page | A-2555 |
| | | [FUS] Exhibit 95 – Better World Books Internal Metrics | A-2558 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 96 – Internet Archive Blog Post, "In-Library eBook Lending Program Launched" (Feb. 22, 2011) | A-2567 |
| | | Exhibit 97 – Emails Between Chris Butler And Zane Kesey | A-2573 |
| | | Exhibit 98 – Email From Chris Butler To James D. Jenkins | A-2579 |
| | | Exhibit 99 – Email From Library Of Michigan Librarian | A-2585 |
| | | Exhibit 100 – Internet Archive Blog Post, "Wasted: A case study for controlled digital lending" (Nov. 13, 2018) | A-2588 |
| | | Exhibit 101 – Brewster Kahle Statement | A-2594 |
| | | **Vol. 11** | |
| | | Exhibit 102 – Open Library Webpage | A-2605 |
| | | Exhibit 103 – Open Libraries Form Agreement | A-2607 |
| | | Exhibit 104 – Email From Chris Freeland To Librarian At Arizona State University | A-2612 |
| | | Exhibit 105 – Email From Chris Freeland To The Associate Dean Of University Of Oklahoma Libraries | A-2615 |
| | | Exhibit 106 – Email From Jeff Sharpe To Karl Stutzman Of Anabaptist Mennonite Biblical Seminary | A-2621 |
| | | Exhibit 107 – Internet Archive Presentation On "Open Libraries Introduction & Internet Archive Programs" | A-2628 |
| | | Exhibit 108 – Internet Archive's Presentation On "Addressing The 20th Century Gap: Controlled Digital Lending For In-Copyright Material" | A-2656 |
| | | Exhibit 109 – Internet Archive's Presentation On "Maximizing Institutional Investments In Print Resources Through Controlled Digital Lending" | A-2678 |
| | | Exhibit 110 – Email From Lauri McIntosh | A-2696 |

12

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 111 – Email From Lauri McIntosh | A-2704 |
| | | Exhibit 112 – Email From Chris Freeland | A-2721 |
| | | Exhibit 113 – Internet Archive Presentation On "Implementation & Integration" | A-2729 |
| | | Exhibit 114 – Defendant Internet Archive's Objections And Responses To Plaintiffs' Second Set Of Interrogatories | A-2732 |
| | | Exhibit 115 – Internet Archive Presentation on "Library Leaders Forum 2020 Partner Summit" | A-2744 |
| | | Exhibit 116 – Screen Captures Of Georgetown Law Library Catalog | A-2762 |
| | | Exhibit 117 – Screen Captures Of Dartmouth College Library Catalog | A-2765 |
| | | Exhibit 118 – Public Library Screen Captures | A-2769 |
| | | **Vol. 12** | |
| | | Exhibit 119 – U.S. Copyright Office, "Orphan Works And Mass Digitization: A Report Of The Register Of Copyrights 101" (2015) | A-2775 |
| | | **Vol. 13** | |
| | | Exhibit 120 – Judiciary Committee Of The House Of Representatives Hearing Transcript | A-3010 |
| | | Exhibit 121 – Excerpts From Deposition Of Lila Bailey (Oct.18 and 19, 2021) | A-3199 |
| | | Exhibit 122 – Internet Archive Blog Post, "Michelle Wu Receives Internet Archive Hero Award for Establishing the Legal Basis for Controlled Digital Lending" (Oct. 20, 2020) | A-3228 |
| | | Exhibit 123 – White Paper On Controlled Digital Lending By Courtney And Hansen | A-3233 |
| | | Exhibit 124 – Email From Kyle Courtney | A-3276 |
| | | Exhibit 125 – Email From Lila Bailey | A-3278 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 14** | |
| | | Exhibit 126 – Email From Lila Bailey | A-3283 |
| | | Exhibit 127 – Email From Chris Freeland | A-3295 |
| | | Exhibit 128 – Email From Lila Bailey | A-3297 |
| | | Exhibit 129 – Email From Wendy Hanamura | A-3304 |
| | | Exhibit 130 – Internet Archive Post, "Implementation & Integration: CDL For All Libraries" (July 14, 2021) | A-3307 |
| | | Exhibit 131 – Email From Peter Jaszi | A-3312 |
| | | Exhibit 132 – Email From Lila Bailey | A-3318 |
| | | Exhibit 133 – Bailey, Courtney, Hansen, Minow, Shultz And Wu Statement (Sept. 2018) | A-3323 |
| | | Exhibit 134 – AAP "Statement On Flawed Theory Of 'Controlled Digital Lending'" | A-3332 |
| | | Exhibit 135 – Author's Guild's Statement On "Controlled Digital Lending Is Neither Controlled Not Legal" | A-3336 |
| | | Exhibit 136 – Emails From Chris Freeland To Boston Public Library Librarian Tom Blake | A-3339 |
| | | Exhibit 137 – Internet Archive's Amicus Brief In *ReDigi* | A-3347 |
| | | Exhibit 138 – Article, "The Implications Of The ReDigi Decision For Libraries" | A-3377 |
| | | Exhibit 139 – Internet Archive Blog Post, "Internet Archive Responds: Why We Released The National Emergency Library" (Mar. 30, 2020) | A-3383 |
| | | Exhibit 140 – Signatories To Position Statement On Controlled Digital Lending By Libraries | A-3390 |
| | | Exhibit 141 – Emails From Amy Brand | A-3394 |
| | | Exhibit 142 – Email From Hansen To Bailey, Wu, Minow, Courtney And Schultz | A-3396 |
| | | Exhibit 143 – Email From Chris Freeland To Janet Snowhill | A-3399 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 144 – Email From Chris Freeland To Kristy Draper | A-3407 |
| | | Exhibit 145 – Internet Archive's Event Description (Feb. 2019) | A-3409 |
| | | Exhibit 146 – Blog Post Titled "Mythbusting Controlled Digital Lending: Community Rallies To Fight Misinformation About The Library Practice" (Feb. 11, 2019) | A-3414 |
| | | Exhibit 147 – Email From Chris Freeland To Duke University Librarian | A-3417 |
| | | Exhibit 148 – Emails Between Chris Freeland And Kevin French | A-3420 |
| | | Exhibit 149 – Not Filed | |
| | | Exhibit 150 – Internet Archive Blog Post, "How Internet Archive and controlled digital lending can help course reserves this fall" (July 30, 2020) | A-3424 |
| | | Exhibit 151 – Emails Between Chris Freeland And Michael Weiss | A-3429 |
| | | Exhibit 152 – Emails Between Chris Freeland And Wendy Knapp | A-3434 |
| | | Exhibit 153 – Open Libraries Form | A-3437 |
| | | Exhibit 154 – Open Library Webpage | A-3474 |
| | | Exhibit 155 – Email From Brewster Kahle To Carla Hayden | A-3478 |
| | | Exhibit 156 – Email From Michael "Mek" Karpeles To Brenton Cheng | A-3481 |
| | | Exhibit 157 – Excerpts From Deposition Of Michael "Mek" Karpeles (Oct. 27, 2021) | A-3484 |
| | | [FUS*] Exhibit 158 – Spreadsheet Of Internet Archive's Publication Year Data | A-3491 |
| | | Exhibit 159 – Internet Archive's Pre-Motion Letter For Motion for Summary Judgment | A-3492 |
| | | [FUS*] Exhibit 160 – Exhibit 13 To Deposition Of Steve Potash | A-3496 |
| | | Exhibit 161 – Men's Health Article, "Darin Olin Is More Than Zac Efron's Travel | A-3497 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Partner In Netflix's Down To Earth" by Adrianna Friedman (Jul. 10, 2020) | |
| | | Exhibit 162 – Email From Brewster Kahle To Carla Hayden | A-3501 |
| | | Exhibit 163 – Overdrive Homepage For Detroit And Austin Public Libraries | A-3504 |
| | | Exhibit 164 – Document Titled "Open Library Design Ecosystem" | A-3515 |
| | | Exhibit 165 – Excerpts From Deposition Of Daniel Smith (Apr. 6, 2022) | A-3524 |
| | | Exhibit 166 – Institute Of Museum And Library Services Report, "The Use And Cost Of Public Library Materials" (2021) | A-3531 |
| | | Exhibit 167 – Rural Public Library Webpages | A-3541 |
| | **Vol. 15** | | |
| | | Exhibit 168 –Internet Archive Blog Post, "Announcing a National Emergency Library to Provide Digitized Books to Students and the Public" (Mar. 24, 2020) | A-3548 |
| | | Exhibit 169 – Screen Captures From The Open Library Stats Page | A-3559 |
| | | Exhibit 170 – Screen Captures From The Open Library Homepage | A-3569 |
| | | Exhibit 171 – Email From Lila Bailey | A-3577 |
| | | Exhibit 172 – Sen. Udall's Letter And Register Strong's Response | A-3581 |
| | | Exhibit 173 – Email From Alan Harvey | A-3606 |
| | | Exhibit 174 – Email From Director The Univ. Of Minnesota Press | A-3610 |
| | | Exhibit 175 – Email From Mary E. Rasenberger | A-3612 |
| | | Exhibit 176 – Emails From Penguin Random House | A-3616 |
| | | Exhibit 177 – Email From Brewster Kahle To Executive Director Of The Authors Alliance And Pamela Samuelson | A-3619 |

16

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 178 – Author's Alliance Webpage | A-3621 |
| | | Exhibit 179 – Email From Brianna Schofield To Bailey, Samuelson And Freeland | A-3625 |
| | | Exhibit 180 – Internet Archive Blog Post, "The National Emergency Library – Who Needs It? Who Reads It? Lessons From The First Two Weeks" (Apr. 14, 2020) | A-3628 |
| | | Exhibit 181 – Internet Archive Blog Post, "Temporary National Emergency Library To Close 2 Weeks Early, Returning To Traditional Controlled Digital Lending" (June 10, 2020) | A-3638 |
| | | Exhibit 182 – Email From Mike Furlough | A-3647 |
| | | Exhibit 183 – Email From Skip Dye | A-3651 |
| | | Exhibit 184 – HathiTrust's Emergency Temporary Access Service | A-3653 |
| | | Exhibit 185 – Google Search For "Toni Morrison Beloved Free Read" | A-3656 |
| 97 | 07/07/2022 | Defendant Internet Archive's Motion for Summary Judgment | A-3662 |
| 98 | 07/07/2022 | [Redacted] Defendant Internet Archive's Rule 56.1 Statement | A-3666 |
| 99 | 07/07/2022 | Plaintiffs' Memorandum Of Law In Support Of Plaintiffs' Motion for Summary Judgment | A-3692 |
| 100 | 07/07/2022 | Declaration Of Joseph C. Gratz In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-3741 |
| | | Exhibit A – Stipulation Of Undisputed Facts (June 10, 2022) | A-3752 |
| | | Exhibit B – Excerpts From Supplemental Expert Report Of Ian Foster (Mar. 31, 2022) (Pages 1- 53) | A-3758 |
| | | **Vol. 16** | |
| | | Exhibit B – Excerpts From Supplemental Expert Report Of Ian Foster (Mar. 31, 2022) (Pages 54 – 122) | A-3813 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS] Exhibit C – Excerpts From Corrected Transcript Of Deposition Of Steve Potash (Jan. 31, 2022) | A-4041 |
| | | [FUS] Exhibit D – HarperCollins Doc. No. HC0030132 | A-4056 |
| | | [FUS] Exhibit E – Penguin Random House Doc. No. PRH0072194 | A-4058 |
| | | [FUS] Exhibit F – Hachette Doc. No. Hachette0012377 | A-4061 |
| | | Exhibit G – International Federation of Library Associations and Institutions' Position Statement On Controlled Digital Lending (June 2, 2021) | A-4062 |
| | | Exhibit H – Public Library Association Post, "Public Libraries Respond To COVID-19: Survey Of Response & Activities" | A-4068 |
| | | Exhibit I – EducationWeek Article, "Map: Coronavirus And School Closures In 2019-2020" (Mar. 6, 2020) | A-4071 |
| | | **Vol. 17** | |
| | | Exhibit J – Excerpts From Deposition Of Adam Silverman (Dec. 6, 2021) | A-4077 |
| | | Exhibit K – New Yorker Article, "The National Emergency Library Is A Gift To Readers Everywhere" by Jill Lepore (Mar. 26, 2020) | A-4086 |
| | | Exhibit L – Public Libraries Survey From Institute Of Museum And Library Services | A-4090 |
| | | Exhibit M – WorldCat For "The Lion, The Witch, And The Wardrobe" | A-4096 |
| | | Exhibit N – Excerpts From Deposition Of Skip Dye (Nov. 18, 2021) | A-4102 |
| | | Exhibit O – Publisher Weekly Article, "Ranking America's Largest Publishers" by Jim Milliot (Feb. 24, 2017) | A-4116 |
| | | Exhibit P – Excerpts From Annual Report Of Bertelsmann (2018) | A-4120 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit Q – Excerpts From Annual Report Of Bertelsmann (2019) | A-4125 |
| | | Exhibit R – Excerpts From Annual Report Of Bertelsmann (2021) | A-4130 |
| | | Exhibit S – Excerpts From John Wiley & Sons, Inc.'s SEC Form 10-K (2020) | A-4136 |
| | | Exhibit T – Excerpts From John Wiley & Sons, Inc.'s SEC Form 10-K (2021) | A-4142 |
| | | Exhibit U – Excerpts From Annual Report Of News Corp. (2019) | A-4146 |
| | | Exhibit V – Excerpts From Annual Report Of News Corp (2021) | A-4153 |
| | | Exhibit W – Excerpts From English-Language Version Of Lagardère's Universal Registration Document With French Government (2018) | A-4158 |
| | | Exhibit X – Excerpts From The English-Language Version Of Lagardère's Universal Registration Document With French Government (2020) | A-4161 |
| | | Exhibit Y – Excerpts From English-Language Version Of Lagardère's Universal Registration Document With French Government (2021) | A-4170 |
| | | Exhibit Z – Publisher Weekly Article, "A Year For The (Record) Books In Publishing" by Jim Milliot (Jan. 19, 2021) | A-4185 |
| | | Exhibit AA – Publisher Weekly Article, "America's Biggest Publishers Keep Posting Profits" by Jim Milliot (Apr. 1, 2022) | A-4189 |
| | | Exhibit BB – New York Times Article, "Surprise Ending For Publishers: In 2020, Business Was Good" by Elizabeth A. Harris (Dec. 29, 2020) | A-4193 |
| | | Exhibit CC – Excerpts From Deposition Of Josh Marwell (Dec. 3, 2021) | A-4198 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS*] Exhibit DD – Overdrive Doc. No. Overdrive_Supp_002 | A-4204 |
| | | Exhibit EE – Excerpts From Deposition Of Jeffrey Prince (June 9, 2022) | A-4205 |
| | | Exhibit FF – Excerpts From Deposition Of Alison Lazarus (Nov. 12, 2021) | A-4216 |
| | | Exhibit GG – Excerpts From Deposition Of Chantal Restivo-Alessi (Dec. 1, 2021) | A-4223 |
| | | Exhibit HH – Excerpts From Deposition Of Alan Pavese (Dec. 10, 2021) | A-4230 |
| | | Exhibit II – Excerpts From H.R. Report No. 94-1476 (Sept. 3, 1976) | A-4236 |
| | | [FUS*] Exhibit JJ – Hachette Doc. No. Hachette0002474 | A-4240 |
| | | [FUS*] Exhibit KK – Hachette Doc. No. Hachette0002475 | A-4241 |
| | | [FUS*] Exhibit LL – HarperCollins Doc. No. HC0010272 | A-4242 |
| | | [FUS*] Exhibit MM – Penguin Random House Doc. No. PRH0025907 | A-4243 |
| | | [FUS*] Exhibit NN – John Wiley & Sons Doc. No. Wiley0005650 | A-4244 |
| 101 | 07/07/2022 | Declaration Of Lauren Sherman In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4245 |
| 102 | 07/07/2022 | Declaration Of Ben Saracco In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4251 |
| 103 | 07/07/2022 | Declaration Of Laura Gibbs In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4258 |
| 104 | 07/07/2022 | Declaration Of Daniel Smith In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4265 |
| 105 | 07/07/2022 | Declaration Of Brewster Kahle In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4270 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 1 – Library Services And Technology Act Grant To Internet Archive (2007) | A-4281 |
| | | Exhibit 2 – Institute Of Museum And Library Services Grant To Internet Archive (2017) | A-4289 |
| | | Exhibit 3 – Internet Archive Blog Post, "In-Library eBook Lending Program Launched" (2011) | A-4291 |
| | | Exhibit 4 – Chief Officers Of State Library Agencies Endorsement (2011) | A-4299 |
| | | Exhibit 5 – White Paper On Controlled Digital Lending Of Library Books | A-4302 |
| **Vol. 18** | | | |
| | | Exhibit 6 – Position Statement On Controlled Digital Lending | A-4345 |
| | | Exhibit 7 – List Of Signatories On Position Statement On Controlled Digital Lending | A-4350 |
| | | Exhibit 8 –Internet Archive Blog Post, "Weaving Books Into The Web—Starting With Wikipedia" (Oct. 29, 2019) | A-4357 |
| | | Exhibit 9 – Wikipedia List (Pages 1-239) | A-4367 |
| **Vol. 19** | | | |
| | | Exhibit 9 – Wikipedia List (Pages 240-337) | A-4607 |
| | | Exhibit 10 – Internet Archive Blog Post, "What Happens When Everyone Who Experienced An Event Is Gone?" (Sept. 26, 2019) | A-4705 |
| | | Exhibit 11 – Internet Archive Blog Post, "As Calls To Ban Books Intensify, Digital Librarians Offer Perspective" (Nov. 24, 2021) | A-4713 |
| | | Exhibit 12– Internet Archive Blog Post, "Announcing A National Emergency Library | A-4728 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | To Provide Digitized Books To Students And The Public" (Mar. 24, 2020) | |
| | | Exhibit 13 – Brewster Kahle Statement On "Supporting Waitlist Suspension for Books Loaned by the Internet Archive During the US National Emergency" (Mar. 24, 2020) | A-4741 |
| | | Exhibit 14 – Internet Archive Blog Post, "Teachers & National Emergency Library: Stories From The Frontlines Of Online Schooling" (Apr. 13, 2020) | A-4746 |
| | | Exhibit 15 – Internet Archive Blog Post, "Impacts Of The Temporary National Emergency Library And Controlled Digital Lending" (June 11, 2020) | A-4755 |
| | | Exhibit 16 – Internet Archive Blog Post, "More Impacts Of The National Emergency Library" (June 22, 2020) | A-4763 |
| | | Exhibit 17 – Internet Archive Blog Post, "Even More Impacts Of The National Emergency Library And Controlled Digital Lending" (Aug. 10, 2020) | A-4770 |
| 106 | 07/07/2022 | [Redacted] Defendant Internet Archive's Memorandum of Law In Support Of Defendant's Motion for Summary Judgment | A-4774 |
| 108 | 07/07/2022 | Declaration Of Rasmus Jorgensen In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4819 |
| | | [Redacted] Exhibit 1 – Opening Expert Report Of Rasmus Jorgensen (Feb. 25, 2022) | A-4822 |
| | | **Vol. 20** | |
| | | [Redacted] Exhibit 2 – Rebuttal Expert Report Of Rasmus Jorgensen (May 27, 2022) | A-4871 |
| 109 | 07/07/2022 | Declaration Of Imke Reimers In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4894 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [Redacted] Exhibit 1 – Opening Expert Report Of Imke Reimers (Feb. 25, 2022) | A-4897 |
| | | [Redacted] Exhibit 2 – Rebuttal Expert Report Of Imke Reimers (May 27, 2022) | A-4945 |
| 110 | 07/07/2022 | Declaration Of Susan H. Hildreth In Support Of Defendant Internet Archive 's Motion for Summary Judgment | A-4967 |
| | | Exhibit 1 – Opening Expert Report Of Susan H. Hildreth (Feb. 25, 2022) | A-4970 |
| | | Exhibit 2 – Rebuttal Expert Report Of Susan H. Hildreth (May 27, 2022) | A-5022 |
| 113 | 07/08/2022 | [Redacted] Plaintiffs' Rule 56.1 Statement | A-5030 |
| **Vol. 21** | | | |
| 166 | 09/02/2022 | Declaration Of Elizabeth A. McNamara In Opposition To Defendant Internet Archive's Motion for Summary Judgment | A-5141 |
| | | Exhibit 1 – Defendants' Response To Interrogatory No. 21 | A-5147 |
| | | Exhibit 2 – Excerpts From Deposition Of Chantal Restivo-Alessi (Dec. 1, 2021) | A-5156 |
| | | Exhibit 3 – Excerpts From Deposition Of Jeffrey Weber (Nov. 19, 2021) | A-5163 |
| | | Exhibit 4 – Excerpts From Deposition Of Alan Pavese (Dec. 10, 2021) | A-5178 |
| | | Exhibit 5 – Exhibit 4 To Deposition Of Imke Reimers | A-5188 |
| | | Exhibit 6 – Excerpts From Deposition Of Alison Lazarus (Nov. 13, 2021) | A-5226 |
| | | [FUS*] Exhibit 7 – Spreadsheet Of Overdrive Checkout And Revenue Data | A-5239 |
| | | Exhibit 8 – Letters On Pre-Motion Discovery Conference | A-5240 |
| | | [FUS*] Exhibit 9 – Internet Archive's Second Amended Privilege Log | A-5256 |
| | | Exhibit 10 – Excerpts From Deposition Of Lila Bailey (Oct. 18 And 19, 2021) | A-5257 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 11 – Internet Archive's Blog Post Titled "Internet Archive Launches New Pilot Program For Interlibrary Loan" (Apr. 27, 2021) | A-5261 |
| | | Exhibit 12 – Excerpts From Deposition Of Jacques Cressaty (Oct. 22, 2021) | A-5264 |
| | | Exhibit 13 – Overdrive Book Webpages | A-5273 |
| | | Exhibit 14 – Overdrive Book Webpages | A-5278 |
| | | Exhibit 15 – Excerpts From Deposition Of Benjamin Saracco (Mar. 15, 2022) | A-5283 |
| | | Exhibit 16 – Webpage Titled "Signatories To The Position Statement On Controlled Digital Lending By Libraries" (Sept. 2, 2022) | A-5292 |
| | | Exhibit 17 – Emails From HarperCollins | A-5304 |
| **Vol. 22** | | | |
| 167 | 09/02/2022 | [Redacted] Declaration Of Jeffrey T. Prince In Opposition To Defendant Internet Archive's Motion for Summary Judgment | A-5365 |
| | | [Redacted] Exhibit 1 – Expert Report Of Jeffrey Prince (May 25, 2022) | A-5414 |
| | | [Redacted] Exhibit 2 – Excerpts From Deposition Of Jeffrey Prince (June 9, 2022) | A-5523 |
| | | [Redacted] Exhibit 3 – Excerpts From Deposition Of Rasmus Jorgensen (June 8, 2022) | A-5547 |
| **Vol. 23** | | | |
| | | Exhibit 4 – Excerpts From Deposition Of Imke Reimers (June 8, 2022) | A-5612 |
| | | Exhibit 5 – Excerpts From Deposition Of Susan Hildreth (June 8, 2022) | A-5720 |
| | | Exhibit 6 – Exhibit 3 To Deposition Of Imke Reimers | A-5745 |
| 168 | 09/02/2022 | [Redacted] Plaintiffs' Counter Statement to Defendant's Rule 56.1 Statement | A-5777 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| 169 | 09/02/2022 | [Redacted] Plaintiffs' Memorandum Of Law In Opposition To Defendant's Motion for Summary Judgment | A-5838 |
| 170 | 09/02/2022 | Declaration Of Joseph C. Gratz In Opposition To Plaintiffs' Motion for Summary Judgment | A-5879 |
| | | **Vol. 24** | |
| | | [FUS] Exhibit 1 – Exhibit 4 To Deposition Of Steve Potash (Jan. 31, 2022) | A-5883 |
| | | Exhibit 2 – Excerpts From Deposition Of Andrea Mills (Oct. 14, 2021) | A-5909 |
| | | Exhibit 3 – Excerpts From Deposition Of Ginger Patton-Schmitt (Dec. 6, 2021) | A-5918 |
| | | Exhibit 4 – Excerpts From Deposition Of Michael "Mek" Karpeles (Oct. 27, 2021) | A-5941 |
| | | Exhibit 5 – Excerpts From Deposition Of Susan Hildreth (May 17, 2021) | A-5949 |
| | | Exhibit 6 – Errata To Deposition Of Susan Hildreth | A-5960 |
| | | Exhibit 7 – Judgment From Court Of Justice Of The European Union In *Vereniging Openbare Bibliotheken V Stichting Leenrecht*, Case C-174/15 | A-5963 |
| | | Exhibit 8 – Opinion Of Advocate General In *Vereniging Openbare Bibliotheken V Stichting Leenrecht*, Case C-174/15 | A-5977 |
| 171 | 09/02/2022 | Declaration Of Brewster Kahle In Opposition To Plaintiffs' Motion for Summary Judgment | A-5997 |
| | | **Vol. 25** | |
| 172 | 09/02/2022 | [Redacted] Defendant Internet Archive's Counter Statement to Plaintiffs' Rule 56.1 Statement | A-6005 |
| 173 | 09/02/2022 | Defendant Internet Archive's Memorandum Of Law In Opposition to Plaintiffs' Motion For Summary Judgment | A-6173 |

25

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| 175 | 10/07/2022 | Defendant Internet Archive's Reply Memorandum Of Law In Support Of Defendant's Motion For Summary Judgment | A-6214 |
| 176 | 10/07/2022 | Declaration Of Joseph C. Gratz In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-6242 |
| | | Exhibit 1 – Excerpts From Deposition Of Jeffrey T. Prince (June 9, 2022) | A-6255 |
| | | **Vol. 26** | |
| | | Exhibit 2 – Excerpts From Deposition Of Rasmus Jørgensen (June 8, 2022) | A-6274 |
| 177 | 10/07/2022 | [Redacted] Defendant Internet Archive's Response to Plaintiffs' Counter Statement to Defendant's Rule 56.1 Statement | A-6279 |
| 178 | 10/07/2022 | [Redacted] Plaintiffs' Response To Defendant Internet Archive's Counter Statement to Plaintiffs' Rule 56.1 Statement | A-6367 |
| 179 | 10/07/2022 | [Redacted] Plaintiffs' Reply Memorandum Of Law In Support Of Plaintiffs' Motion for Summary Judgment | A-6381 |
| 189 | 03/28/2023 | Transcript Of Proceedings – 03/20/2023 Hearing | A-6407 |
| 216 | 08/11/2023 | Order | A-6458 |

*Submitted to the Court on flash drive

# McNamara Declaration
# Exhibit 73



We're going to spend the next 30 minutes talking about the Internet Archive's lending library & digitization programs, and how your museum can participate.

About me

As we get started I wanted to address a question that you might have. In June it was announced that there is an active lawsuit against the Internet Archive for controlled digital lending & the National Emergency Library. I won't be able to answer questions about the litigation. I'll talk about controlled digital lending & how it works and how academic publishers are using controlled digital lending for their operations, but I won't be able to address anything about the litigation itself.

CONFIDENTIAL

INTARC00142715



So with that in mind, here's the game plan for today:



The Internet Archive is a non-profit library that provides access to millions of free books, movies, software, music, websites, and more. This is our headquarters in San Francisco, although like most if not all of you, our headquarters is here in the zoom box. The Internet Archive was founded by Brewster Kahle in 1996 and started its collection by archiving web sites. Brewster saw that the early web had almost entirely vanished-been rewritten, taken down, moved to new servers, otherwise inaccessible-and so he began crawling the web and archiving the content. Those web archives are now available for users to search via the Wayback Machine.

CONFIDENTIAL

INTARC00142717



This work kicked off our mission of providing "Universal Access to All Knowledge". After establishing web archiving, in the early 2000s the Internet Archive began partnering with libraries to scan books that were in the public domain (books published before 1923 at the time, now 1924, moving annually). I started working in collaboration with the Internet Archive during their early book scanning operations because I was the technical director of a project called the Biodiversity Heritage Library, which was scanning public domain scientific literature from natural history museum libraries all over the world.

CONFIDENTIAL

INTARC00142718



The Internet Archive also has a physical library. We have built a lending library of more than 1.5M modern books.  We acquire our books through purchase, from donations from libraries who are weeding their collections or closing, and from booksellers, like Better World Books.  These photos are showing the unloading of portions of a large donation of 250,000 books from Trent University in Ontario.

CONFIDENTIAL

INTARC00142719



We make that lending library available to the world, meaning that anyone with an internet connection can sign up for a library card and borrow books, providing equal access to library materials. We lend these books to users one a time through a legal framework known as controlled digital lending. If the book is checked out, then users join a waitlist.

The ability for anyone to be able to get a library card is important for unaffiliated researchers like myself. When I worked at WashU I had access to every database & journal imaginable. Now, I struggle to get research materials to continue my own research & writing.

CONFIDENTIAL

INTARC00142720



I want to walk you through how books come into our library and how they are digitized and displayed through controlled digital lending. I'm going to use Marygrove College library to illustrate our process.

CONFIDENTIAL

INTARC00142721



Marygrove College was founded in 1905 by the Sisters, Servants of the Immaculate Heart of Mary (Roman Catholic) & moved to its Detroit campus, shown here, in 1927. Marygrove was originally a women's college, became coed in the 1970s, and in recent years was known for its graduate programs in human resource management and social justice.



In 2017, facing financial hardship, Marygrove eliminated its undergraduate programs, and then in January of last year, announced that the entire college would close in December 2019. A central question for Dr. Elizabeth Burns, President of the College, was what would happen to the library and its 70,000 volumes of books and 3,000 journal volumes?

CONFIDENTIAL

INTARC00142723



That's where we come in



They spoke with Wayne State, but they weren't in a position to take the materials. The College didn't want the books to be sold off...

CONFIDENTIAL

INTARC00142725



...so after a series of conversations, Dr. Burns and the trustees at Marygrove College decided to donate the contents of the library, an interior shot you're seeing here, to the Internet Archive so that the library would be digitized and preserved, helping the legacy of the college live on for future scholars.

CONFIDENTIAL

INTARC00142726



We worked with Marygrove staff and a team of workers to box up the entire library and ship it to our physical archive for staging & storage before being sent for digitization. What you're seeing here is some of the results of that labor, with books in boxes, boxes on pallets, shrinkwrapped, and then put into storage containers for transport.

CONFIDENTIAL

INTARC00142727



In addition to acquiring books and digitizing them, we also work directly with publishers who want to add their books to our library.

CONFIDENTIAL

INTARC00142728

---

**Internet Archive awarded grant from Arcadia Fund to digitize university press collections**

Posted on May 21, 2019 by chrisfreeland



Internet Archive has received a $1 million dollar grant from Arcadia – a charitable fund of Lisbet Rausing and Peter Baldwin – to digitize titles from university press collections to make them available via controlled digital lending. The project, *Unlocking University Press Books*, will bring more than 15,000 titles online from university presses. This project extends the successful pilot with MIT Press, which has already made more than 400 books available for digital learners around the world.

Today, for many learners, if a book isn't digital or discoverable through a web search, it's as if it doesn't exist. Large-scale digitization projects have brought millions of books online, largely from the nineteenth and early twentieth centuries, but almost a century of knowledge still lives only on the printed page, inaccessible to scholars, journalists and online learners.

To bring important twentieth century scholarship online, the Internet Archive seeks partnerships with university presses to digitize their publications. These materials represent the preeminent scholarly output of research universities, presenting research and analysis of use to policymakers and scholars, and providing materials that help shape and inform a literate culture.

"Every online user should have access to a great digital library," said Brewster Kahle, Digital Librarian of the Internet Archive, "We are grateful to Arcadia for their support of this project, which will make the unique research published by university presses available to even wider audiences."

**Recent Posts**

- Things To Do Outdoors With The Internet Archive
- Digital Librarians – Now More Essential Than Ever
- Distance Learning Trends are Here to Stay
- Preparing for Our Digital Fall Semester
- Open Library: A Tool for Student Equity during our Digital Fall Semester

**Recent Comments**

- پارسی بی مرز on Digital Librarians – Now More Essential Than Ever
- Noah on Open Library: A Tool for Student Equity during our Digital Fall Semester
- Noah on Distance Learning Trends are Here to Stay
- Oliver on Digital Librarians – Now More Essential Than Ever

We're currently funded by Arcadia to digitize academic press content, and are partnering with Cornell University Press, UNC Press, MIT Press, Duke University Press, and others to digitize their backlists.



As part of the program, presses receive back digital copies of the files that result from scanning. You can do whatever you want with the files - there's no lock in.  And, for books that you choose, we can create high quality EPUB3 accessible files from the digitized books.

Publishers can also select whether to put their books into controlled digital lending or make them openly available, which we'll talk about a little later.

CONFIDENTIAL

INTARC00142730



We've been funded to do similar digitization projects in the past. Back in the late 00s we were part of a project funded by the Sloan Foundation and coordinated by Lyrasis to digitize materials from Lyrasis partners' collections, and that's how these 42 books from PMA were digitized. Note that these books are open, not in CDL, which means that users can redistribute the files.



CONFIDENTIAL

INTARC00142732



This is Lan Zhu, who was a scanner in our SF scanning center. She's using the custom-developed scanning equipment we developed to digitize books. You can see that there are two cameras that take pictures as the operator raises and lowers the glass plate to turn pages. Our scanning is non-destructive (meaning that the book stays intact) and follows FADGI, the Federal Agencies Digitization Guidelines Initiative.

We have scanning operations embedded in libraries in the US, Canada & the UK, including at the Boston Public Library, University of Toronto, and Wellcome Trust, to name but a few. We also operate digitization facilities in the Philippines where we scan the books that we own.

CONFIDENTIAL

INTARC00142733



So for the books that we acquire and own, after a book is digitized it follows a dual path - the book itself is preserved in our physical archive, and the files that result from scanning & post-production are stored and protected on our servers.

CONFIDENTIAL

INTARC00142734



We'll follow the book first - here's another shot of books prepped for shipping & storage.  Books in boxes, boxes on pallets, pallets in containers.

CONFIDENTIAL

INTARC00142735



CONFIDENTIAL

INTARC00142736



Books are stored in double-stacked shipping containers in our physical archive facilities in Richmond, CA and in Pennsylvania

CONFIDENTIAL

INTARC00142737



So the physical book is preserved.

CONFIDENTIAL                                                                                       INTARC00142738



Then we can follow the path of the digital files. First and foremost, every book we digitize is made available to the print-disabled community.

"Print disabled" is a term that includes people who are blind, who have low vision, are dyslexic, or have challenges in physically holding a book.

Our books are made available to the print disabled community through our web site, and in collaboration with other accessibility partners. We work with Benetech & are part of a multi-library project to make accessible texts available through student success departments at libraries, schools, and universities.

CONFIDENTIAL

INTARC00142739



The books are then made available to sighted users through controlled digital lending.

CONFIDENTIAL



CDL was described by librarians and copyright scholars like … who were all looking at how libraries can use their physical collections in an online environment.

The way CDL works is this: For a book in a library's collection, the library can decide to lend either the physical book or a scanned version of that book, but not both at the same time. "Owned to loaned ratio"

For the 1.5M books in our lending collection, we hold a physical copy in our physical archive
Physical copies don't circulate, only digital lending
Because we've scanned the book, no need to scan it again. If you have the book, you can lend it to your patrons.

What are the controls in controlled digital lending?

CONFIDENTIAL                                                                          INTARC00142741

# Controls in controlled digital lending

- "Owned to loaned" ratio
  - If no available copies, user joins a waitlist

- Books circulate for a limited time
  - Check it out again or join waitlist to read

- DRM-protected files
  - Prevent copying or redistribution using Adobe Digital Editions

CONFIDENTIAL

INTARC00142742



Most viewed books from PMA that are openly available

CONFIDENTIAL

INTARC00142743



CONFIDENTIAL

INTARC00142744



CONFIDENTIAL

INTARC00142745



**CONFIDENTIAL**                                                                                                  **INTARC00142746**

# McNamara Declaration
# Exhibit 74

# Form 990

### Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

► Do not enter social security numbers on this form as it may be made public.

► Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2019**

**Open to Public Inspection**

Department of the Treasury
Internal Revenue Service

**A** For the 2019 calendar year, or tax year beginning 01-01-2019 , and ending 12-31-2019

| B Check if applicable: | C Name of organization Open Library of Richmond Inc | D Employer identification number |
|---|---|---|
| ☑ Address change | | 94-3400461 |
| ☐ Name change | Doing business as | |
| ☐ Initial return | | |
| ☐ Final return/terminated | Number and street (or P.O. box if mail is not delivered to street address) Room/suite 17 Walnut Street | E Telephone number (415) 561-6768 |
| ☐ Amended return | | |
| ☐ Application pending | City or town, state or province, country, and ZIP or foreign postal code Rockland, ME 04841 | G Gross receipts $ 26,495,241 |

| F Name and address of principal officer: Brewster Kahle 17 Walnut Street ROCKLAND, ME 04841 | **H(a)** Is this a group return for subordinates? ☐ Yes ☑ No |
|---|---|
| | **H(b)** Are all subordinates included? ☐ Yes ☐ No If "No," attach a list. (see instructions) |
| **I** Tax-exempt status: ☑ 501(c)(3) ☐ 501(c) ( ) ◄ (insert no.) ☐ 4947(a)(1) or ☐ 527 | |
| **J** Website: ► N/A | **H(c)** Group exemption number ► |
| **K** Form of organization: ☑ Corporation ☐ Trust ☐ Association ☐ Other ► | **L** Year of formation: 2001 **M** State of legal domicile: DE |

## Part I | Summary

**1** Briefly describe the organization's mission or most significant activities:
Provide tools and services to facilitate universal access to all knowledge to researchers, historians, scholars and the general public.

**2** Check this box ► ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | |
|---|---|---|
| **3** Number of voting members of the governing body (Part VI, line 1a) . . . . . . | **3** | 4 |
| **4** Number of independent voting members of the governing body (Part VI, line 1b) . . . . | **4** | 2 |
| **5** Total number of individuals employed in calendar year 2019 (Part V, line 2a) . . . . | **5** | 0 |
| **6** Total number of volunteers (estimate if necessary) . . . . . . . . . | **6** | |
| **7a** Total unrelated business revenue from Part VIII, column (C), line 12 . . . . . . | **7a** | 0 |
| **b** Net unrelated business taxable income from Form 990-T, line 39 . . . . . . . | **7b** | |

| | Prior Year | Current Year |
|---|---|---|
| **8** Contributions and grants (Part VIII, line 1h) . . . . . . . . . | 6,474,324 | 25,811,311 |
| **9** Program service revenue (Part VIII, line 2g) . . . . . . . . . | | 0 |
| **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d ) . . . . | 11,881 | 6,125 |
| **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) . . | -224,230 | -35,001 |
| **12** Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 6,261,975 | 25,782,435 |

| | | |
|---|---|---|
| **13** Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) . . . | 4,470,000 | 5,442,600 |
| **14** Benefits paid to or for members (Part IX, column (A), line 4) . . . . . | | 0 |
| **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | | 0 |
| **16a** Professional fundraising fees (Part IX, column (A), line 11e) . . . . | | 0 |
| **b** Total fundraising expenses (Part IX, column (D), line 25) ►0 | | |
| **17** Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . | 24,464 | 128,383 |
| **18** Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 4,494,464 | 5,570,983 |
| **19** Revenue less expenses. Subtract line 18 from line 12 . . . . . . | 1,767,511 | 20,211,452 |

| | Beginning of Current Year | End of Year |
|---|---|---|
| **20** Total assets (Part X, line 16) . . . . . . . . . . . . | 12,839,368 | 32,940,773 |
| **21** Total liabilities (Part X, line 26) . . . . . . . . . . . | 178,529 | 22,721 |
| **22** Net assets or fund balances. Subtract line 21 from line 20 . . . . | 12,660,839 | 32,918,052 |

## Part II | Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ****** Signature of officer | 2020-11-13 Date |
|---|---|---|
| | Brewster Kahle Pres/Chair Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN P01471027 |
|---|---|---|---|---|---|
| | Firm's name ► Fontanello Duffield & Otake LLP | | | Firm's EIN ► 37-1420474 | |
| | Firm's address ► 44 Montgomery Street Suite 1305 San Francisco, CA 94104 | | | Phone no. (415) 983-0200 | |

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . ☐ Yes ☑ No

For Paperwork Reduction Act Notice, see the separate instructions.  Cat. No. 11282Y  Form **990** (2019)

Part III | Statement of Program Service Accomplishments

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . . ☐

**1** Briefly describe the organization's mission:

Provide tools and services to facilitate universal access to all knowledge to researchers, historians, scholars and the general public.


**2** Did the organization undertake any significant program services during the year which were not listed on

the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program

services? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

**4a** (Code: ) (Expenses $ 5,442,600 including grants of $ 5,442,600 ) (Revenue $ )
See Additional Data


**4b** (Code: ) (Expenses $ including grants of $ ) (Revenue $ )


**4c** (Code: ) (Expenses $ including grants of $ ) (Revenue $ )


**4d** Other program services (Describe in Schedule O.)
(Expenses $ including grants of $ ) (Revenue $ )

**4e** Total program service expenses ▶ 5,442,600

| Part IV | Checklist of Required Schedules | | Yes | No |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* | **1** | Yes | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? | **2** | Yes | |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | No |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | | No |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | No |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* | **6** | | No |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | **7** | | No |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | **8** | | No |
| **9** | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* | **9** | | No |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi-endowments? *If "Yes," complete Schedule D, Part V* | **10** | | No |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI.* | **11a** | Yes | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | **11b** | | No |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | **11c** | Yes | |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | **11d** | | No |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | Yes | |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | Yes | |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | **12a** | | No |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | Yes | |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | No |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | Yes | |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | Yes | |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | | No |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I* (see instructions) | **17** | | No |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | **18** | | No |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | **19** | | No |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | No |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | **21** | Yes | |

A-2369

**Part IV**  **Checklist of Required Schedules** *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . . . . . . . . . . . | **22** | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **23** | Yes | |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* . . . . . . . . . . . . . . . . . . . | **24a** | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . . . . | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . | **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* . . . . . | **25a** | | No |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **25b** | | No |
| 26 | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* . . . . . . . . . . . | **26** | | No |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **27** | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . . . . | **28a** | | No |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* . . . . . | **28b** | | No |
| c | A 35% controlled entity of one or more individuals and/or organizations described in lines 28a or 28b? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . . . . . . | **28c** | | No |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* . . | **29** | | No |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . . . . . . . . . | **30** | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **32** | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . . . . . . . | **33** | Yes | |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | Yes | |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . . . | **35a** | | No |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . . | **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . . . . . . | **36** | | No |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* . . . | **37** | | No |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. . . . . . . . . . . . . . . . | **38** | Yes | |

**Part V**  **Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . . □

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable . . | **1a** | 4 | | |
| b | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable . | **1b** | 0 | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . . . . . . . . . . | | **1c** | Yes | |

**Part V** Statements Regarding Other IRS Filings and Tax Compliance (continued)

| | | | | |
|---|---|---|---|---|
| **2a** Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . . . . . . . . . . . . . . . | **2a** | 0 | | |
| **b** If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file (see instructions) | | | **2b** | |
| **3a** Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | | | **3a** | No |
| **b** If "Yes," has it filed a Form 990-T for this year?*If "No" to line 3b, provide an explanation in Schedule O* . . . | | | **3b** | |
| **4a** At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . | | | **4a** | No |
| **b** If "Yes," enter the name of the foreign country: ▶ See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | |
| **5a** Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | | | **5a** | No |
| **b** Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | | **5b** | No |
| **c** If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . . | | | **5c** | |
| **6a** Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . | | | **6a** | No |
| **b** If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . . | | | **6b** | |
| **7** **Organizations that may receive deductible contributions under section 170(c).** | | | | |
| **a** Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . | | | **7a** | No |
| **b** If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | | | **7b** | |
| **c** Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . . . | | | **7c** | No |
| **d** If "Yes," indicate the number of Forms 8282 filed during the year . . . . | **7d** | 0 | | |
| **e** Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | | **7e** | No |
| **f** Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | | | **7f** | No |
| **g** If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . . . . | | | **7g** | No |
| **h** If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . . . . | | | **7h** | No |
| **8** **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . . | | | **8** | |
| **9** **Sponsoring organizations maintaining donor advised funds.** | | | | |
| **a** Did the sponsoring organization make any taxable distributions under section 4966? . . . . . . | | | **9a** | |
| **b** Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . | | | **9b** | |
| **10** **Section 501(c)(7) organizations.** Enter: | | | | |
| **a** Initiation fees and capital contributions included on Part VIII, line 12 . . . | **10a** | | | |
| **b** Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | | |
| **11** **Section 501(c)(12) organizations.** Enter: | | | | |
| **a** Gross income from members or shareholders . . . . . . . . . | **11a** | | | |
| **b** Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . . . . | **11b** | | | |
| **12a** **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | | **12a** | |
| **b** If "Yes," enter the amount of tax-exempt interest received or accrued during the year. | **12b** | | | |
| **13** **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| **a** Is the organization licensed to issue qualified health plans in more than one state? . . . . . . . **Note.** See the instructions for additional information the organization must report on Schedule O. | | | **13a** | |
| **b** Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . | **13b** | | | |
| **c** Enter the amount of reserves on hand . . . . . . . . . | **13c** | | | |
| **14a** Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | | | **14a** | No |
| **b** If "Yes," has it filed a Form 720 to report these payments?*If "No," provide an explanation in Schedule O* . . | | | **14b** | |
| **15** Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? . . . . . . . . . . . . . . . . If "Yes," see instructions and file Form 4720, Schedule N. | | | **15** | No |
| **16** Is the organization an educational institution subject to the section 4968 excise tax on net investment income? . . If "Yes," complete Form 4720, Schedule O. | | | **16** | No |

A-2371

**Part VI** Governance, Management, and Disclosure *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.*

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . . ☑

## Section A. Governing Body and Management

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1a** Enter the number of voting members of the governing body at the end of the tax year | **1a** | 4 | | | |
| If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | | | |
| **b** Enter the number of voting members included in line 1a, above, who are independent | **1b** | 2 | | | |
| **2** Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . . . . . . . | | | **2** | | No |
| **3** Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | | | **3** | | No |
| **4** Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . | | | **4** | | No |
| **5** Did the organization become aware during the year of a significant diversion of the organization's assets? . | | | **5** | | No |
| **6** Did the organization have members or stockholders? . . . . . . . . . . . . . . . . | | | **6** | | No |
| **7a** Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . . . . . | | | **7a** | | No |
| **b** Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . . . . . . | | | **7b** | | No |
| **8** Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | | |
| **a** The governing body? . . . . . . . . . . . . . . . . . . . . . . . . | | | **8a** | | No |
| **b** Each committee with authority to act on behalf of the governing body? . . . . . . . . . . . | | | **8b** | | No |
| **9** Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . . . . . . . . | | | **9** | | No |

## Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | Yes | No |
|---|---|---|---|
| **10a** Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . . . | **10a** | | No |
| **b** If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11a** | Yes | |
| **b** Describe in Schedule O the process, if any, used by the organization to review this Form 990. . . . . . . | | | |
| **12a** Did the organization have a written conflict of interest policy? *If "No," go to line 13* . . . . . . . | **12a** | | No |
| **b** Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . . . . . . | **12b** | | |
| **c** Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe in Schedule O how this was done* . . . . . . . . . . . . . . . . . . . . | **12c** | | |
| **13** Did the organization have a written whistleblower policy? . . . . . . . . . . . . . . | **13** | | No |
| **14** Did the organization have a written document retention and destruction policy? . . . . . . . . . | **14** | | No |
| **15** Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** The organization's CEO, Executive Director, or top management official . . . . . . . . . . | **15a** | | No |
| **b** Other officers or key employees of the organization . . . . . . . . . . . . . . . | **15b** | | No |
| If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). | | | |
| **16a** Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . . . . . | **16a** | | No |
| **b** If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . . . . | **16b** | | |

## Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed▶

CA , DE

**18** Section 6104 requires an organization to make its Form 1023 (or 1024-A if applicable), 990, and 990-T (501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website ☐ Another's website ☑ Upon request ☐ Other (explain in Schedule O)

**19** Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.

**20** State the name, address, and telephone number of the person who possesses the organization's books and records:
▶Meikle Hall  17 Walnut Street  Rockland, ME 04841 (415) 561-6768

A-2372

| Part VII | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . . ☐

### Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) Jacques Cressaty<br>................................<br>Secretary | 5.00<br>................<br>40.00 | | | X | | | | 0 | 160,203 | 10,198 |
| (2) Brewster Kahle<br>................................<br>Pres/Chair | 1.00<br>................<br>40.00 | X | | X | | | | 0 | 0 | 0 |
| (3) Richard Prelinger<br>................................<br>Dir/Treasurer | 10.00<br>................<br>5.00 | X | | X | | | | 0 | 0 | 0 |
| (4) Kathleen Burch<br>................................<br>Director | 2.00<br>................<br>0.00 | X | | | | | | 0 | 0 | 0 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

A-2373

| Part VII | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)* |

| (A)<br>Name and title | (B)<br>Average<br>hours per<br>week (list<br>any hours<br>for related<br>organizations<br>below dotted<br>line) | (C)<br>Position (do not check more<br>than one box, unless person<br>is both an officer and a<br>director/trustee) | | | | | | (D)<br>Reportable<br>compensation<br>from the<br>organization<br>(W-2/1099-<br>MISC) | (E)<br>Reportable<br>compensation<br>from related<br>organizations<br>(W-2/1099-<br>MISC) | (F)<br>Estimated<br>amount of other<br>compensation<br>from the<br>organization and<br>related<br>organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Sub-Total** . . . . . . . . . . . . . . . . ▶ | | | | | | | | | | |
| **c Total from continuation sheets to Part VII, Section A** . . . . ▶ | | | | | | | | | | |
| **d Total (add lines 1b and 1c)** . . . . . . . . . ▶ | | | | | | | | 160,203 | | 10,198 |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 0

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any **former** officer, director or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . . . . . **4** | Yes | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization?*If "Yes," complete Schedule J for such person* . . . . . . . . **5** | | No |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ 0

Form **990** (2019)

A-2374

| Part VIII | | | **(A)** Total revenue | **(B)** Related or exempt function revenue | **(C)** Unrelated business revenue | **(D)** Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . □

**Contributions, Gifts, Grants and Other Similar Amounts**

| | | | | | | |
|---|---|---|---|---|---|---|
| **1a** Federated campaigns . . | **1a** | | | | | |
| **b** Membership dues . . | **1b** | | | | | |
| **c** Fundraising events . . | **1c** | | | | | |
| **d** Related organizations . | **1d** | | | | | |
| **e** Government grants (contributions) | **1e** | | | | | |
| **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** | 25,811,311 | | | | |
| **g** Noncash contributions included in lines 1a - 1f:$ | **1g** | | | | | |
| **h Total.** Add lines 1a-1f . . . . . . . . ▶ | | | 25,811,311 | | | |

**Program Service Revenue**

| | | Business Code | | | | |
|---|---|---|---|---|---|---|
| **2a** | | | | | | |
| **b** | | | | | | |
| **c** | | | | | | |
| **d** | | | | | | |
| **e** | | | | | | |
| **f** All other program service revenue. | | | | | | |
| **g Total.** Add lines 2a–2f. . . . . ▶ | | | 0 | | | |

**Other Revenue**

| | | | | (A) | (B) | (C) | (D) |
|---|---|---|---|---|---|---|---|
| **3** Investment income (including dividends, interest, and other similar amounts) . . . . . . ▶ | | | | 6,125 | | | 6,125 |
| **4** Income from investment of tax-exempt bond proceeds ▶ | | | | 0 | | | |
| **5** Royalties . . . . . . . . . . . ▶ | | | | 0 | | | |

| | | (i) Real | (ii) Personal | | | | |
|---|---|---|---|---|---|---|---|
| **6a** Gross rents | **6a** | 677,772 | | | | | |
| **b** Less: rental expenses | **6b** | 712,806 | | | | | |
| **c** Rental income or (loss) | **6c** | -35,034 | | | | | |
| **d** Net rental income or (loss) . . . . . . . ▶ | | | | -35,034 | | | -35,034 |

| | | (i) Securities | (ii) Other | | | | |
|---|---|---|---|---|---|---|---|
| **7a** Gross amount from sales of assets other than inventory | **7a** | | | | | | |
| **b** Less: cost or other basis and sales expenses | **7b** | | | | | | |
| **c** Gain or (loss) | **7c** | | | | | | |
| **d** Net gain or (loss) . . . . . . . . . . ▶ | | | | 0 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **8a** Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . . . | **8a** | | | | | | |
| **b** Less: direct expenses . . . | **8b** | | | | | | |
| **c** Net income or (loss) from fundraising events . . ▶ | | | | 0 | | | |
| **9a** Gross income from gaming activities. See Part IV, line 19 . . . | **9a** | | | | | | |
| **b** Less: direct expenses . . . | **9b** | | | | | | |
| **c** Net income or (loss) from gaming activities . . ▶ | | | | 0 | | | |
| **10a** Gross sales of inventory, less returns and allowances . . | **10a** | | | | | | |
| **b** Less: cost of goods sold . . | **10b** | | | | | | |
| **c** Net income or (loss) from sales of inventory . . ▶ | | | | 0 | | | |

| Miscellaneous Revenue | | Business Code | | | | |
|---|---|---|---|---|---|---|
| **11a** Miscellaneous | | 900099 | 33 | 33 | | |
| **b** | | | | | | |
| **c** | | | | | | |
| **d** All other revenue . . . . | | | | | | |
| **e Total.** Add lines 11a–11d . . . . . . ▶ | | | 33 | | | |
| **12 Total revenue.** See instructions . . . . . ▶ | | | 25,782,435 | 33 | | -28,909 |

Form **990** (2019)

Case 20-cv-04160-JGK-OTW Document 96-90 Filed 07/07/22 Page 41 of 48

| Part IX | Statement of Functional Expenses | | | |
| --- | --- | --- | --- | --- |

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . . . ☐

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | **(A)** Total expenses | **(B)** Program service expenses | **(C)** Management and general expenses | **(D)** Fundraising expenses |
| --- | --- | --- | --- | --- |
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . | 4,316,000 | 4,316,000 | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . . . . . | 0 | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16. . . . . . . . . . . . . | 1,126,600 | 1,126,600 | | |
| **4** Benefits paid to or for members . . . . . . . | 0 | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . . . . . . . | 0 | | | |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . . . . . . | 0 | | | |
| **7** Other salaries and wages . . . . . . . . . | 0 | | | |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) . . . . | 0 | | | |
| **9** Other employee benefits . . . . . . . . . | 0 | | | |
| **10** Payroll taxes . . . . . . . . . . . . | 0 | | | |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . . | 0 | | | |
| **b** Legal . . . . . . . . . . . . | 0 | | | |
| **c** Accounting . . . . . . . . . . | 11,725 | | 11,725 | |
| **d** Lobbying . . . . . . . . . . | 0 | | | |
| **e** Professional fundraising services. See Part IV, line 17 | 0 | | | |
| **f** Investment management fees . . . . . . . | 0 | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | 3,000 | | 3,000 | |
| **12** Advertising and promotion . . . . . | 0 | | | |
| **13** Office expenses . . . . . . . . | 0 | | | |
| **14** Information technology . . . . . . . | 0 | | | |
| **15** Royalties . . . . . . . | 0 | | | |
| **16** Occupancy . . . . . . . . | 0 | | | |
| **17** Travel . . . . . . . . . . . | 0 | | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials . | 0 | | | |
| **19** Conferences, conventions, and meetings . . . . | 0 | | | |
| **20** Interest . . . . . . . . . . . | 0 | | | |
| **21** Payments to affiliates . . . . . . . | 0 | | | |
| **22** Depreciation, depletion, and amortization . . | 0 | | | |
| **23** Insurance . . . . | 23,843 | | 23,843 | |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** Acquisition Costs | 68,725 | | 68,725 | |
| **b** Other Expenses | 18,621 | | 18,621 | |
| **c** Due & Subscriptions | 1,373 | | 1,373 | |
| **d** Registration & Compliance | 776 | | 776 | |
| **e** All other expenses | 320 | | 320 | |
| **25** Total functional expenses. Add lines 1 through 24e | 5,570,983 | 5,442,600 | 128,383 | 0 |
| **26** Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720). | | | | |

A-2376

Case 1:20-cv-04160-JGK-OTW   Document 96-290   Filed 07/07/22   Page 12 of 48

| Part X | **Balance Sheet** |

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . . . ☐

|  |  |  | **(A)** Beginning of year |  | **(B)** End of year |
|---|---|---|---|---|---|
| **Assets** | **1** | Cash–non-interest-bearing . . . . . . . . . | 394,706 | **1** | 936,987 |
| | **2** | Savings and temporary cash investments . . . . . . . . . | 7,483 | **2** | 0 |
| | **3** | Pledges and grants receivable, net . . . . . | | **3** | 0 |
| | **4** | Accounts receivable, net . . . . . . . . . . . | 3,035 | **4** | 11,064 |
| | **5** | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . . . | | **5** | 0 |
| | **6** | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) . . . | | **6** | 0 |
| | **7** | Notes and loans receivable, net . . . . . . . . . . | | **7** | 0 |
| | **8** | Inventories for sale or use . . . . . . . . . | | **8** | 0 |
| | **9** | Prepaid expenses and deferred charges . . . . . . | | **9** | 0 |
| | **10a** | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D  **10a** 13,273,130 | | | |
| | **b** | Less: accumulated depreciation  **10b** 1,746,401 | 11,882,250 | **10c** | 11,526,729 |
| | **11** | Investments—publicly traded securities . | | **11** | 0 |
| | **12** | Investments—other securities. See Part IV, line 11 . . . . . . | | **12** | 0 |
| | **13** | Investments—program-related. See Part IV, line 11 . . | | **13** | 19,729,611 |
| | **14** | Intangible assets . . . . . . . . . . . | | **14** | 0 |
| | **15** | Other assets. See Part IV, line 11 . . . . . . . . . . | 551,894 | **15** | 736,382 |
| | **16** | **Total assets.** Add lines 1 through 15 (must equal line 34) . . . . | 12,839,368 | **16** | 32,940,773 |
| **Liabilities** | **17** | Accounts payable and accrued expenses . . . . . . | 158,829 | **17** | 2,934 |
| | **18** | Grants payable . . . | | **18** | |
| | **19** | Deferred revenue . . . . . . . . . | | **19** | |
| | **20** | Tax-exempt bond liabilities . . . . . . . . | | **20** | |
| | **21** | Escrow or custodial account liability. Complete Part IV of Schedule D | | **21** | |
| | **22** | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . . . . . . | | **22** | |
| | **23** | Secured mortgages and notes payable to unrelated third parties . . | | **23** | |
| | **24** | Unsecured notes and loans payable to unrelated third parties . . | | **24** | |
| | **25** | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24). Complete Part X of Schedule D | 19,700 | **25** | 19,787 |
| | **26** | **Total liabilities.** Add lines 17 through 25 . . | 178,529 | **26** | 22,721 |
| **Net Assets or Fund Balances** | | **Organizations that follow FASB ASC 958, check here ▶ ☑ and complete lines 27, 28, 32, and 33.** | | | |
| | **27** | Net assets without donor restrictions . . . . . . . . . . | 12,660,839 | **27** | 32,918,052 |
| | **28** | Net assets with donor restrictions . . . . . . . . | | **28** | |
| | | **Organizations that do not follow FASB ASC 958, check here ▶ ☐ and complete lines 29 through 33.** | | | |
| | **29** | Capital stock or trust principal, or current funds . . . . . | | **29** | |
| | **30** | Paid-in or capital surplus, or land, building or equipment fund . . . | | **30** | |
| | **31** | Retained earnings, endowment, accumulated income, or other funds | | **31** | |
| | **32** | Total net assets or fund balances . . . . . . . . . . . | 12,660,839 | **32** | 32,918,052 |
| | **33** | Total liabilities and net assets/fund balances . . . . . . . . | 12,839,368 | **33** | 32,940,773 |

Form **990** (2019)

A-2377

| Part XI | Reconciliation of Net Assets |

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . . ☐

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . . | **1** | 25,782,435 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . . . . | **2** | 5,570,983 |
| 3 | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . . . . . . . . | **3** | 20,211,452 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 33, column (A)) . . | **4** | 12,660,839 |
| 5 | Net unrealized gains (losses) on investments . . . . . . . . . . . . . . . . . | **5** | 45,761 |
| 6 | Donated services and use of facilities . . . . . . . . . . . . . . . . . . . | **6** | |
| 7 | Investment expenses . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Prior period adjustments . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . . . | **9** | |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 33, column (B)) | **10** | 32,918,052 |

| Part XII | **Financial Statements and Reporting** |

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . ☐

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990: ☐ Cash ☑ Accrual ☐ Other _____ <br> If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O. | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: <br> ☐ Separate basis ☐ Consolidated basis ☐ Both consolidated and separate basis | | | |
| **b** | Were the organization's financial statements audited by an independent accountant? | **2b** | Yes | |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: <br> ☐ Separate basis ☑ Consolidated basis ☐ Both consolidated and separate basis | | | |
| **c** | If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | Yes | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | | No |
| **b** | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | **3b** | | |

Form **990** (2019)

## Additional Data

**Software ID:** 19009920

**Software Version:** 2019v5.0

**EIN:** 94-3400461

**Name:** Open Library of Richmond Inc

Form 990 (2019)

**Form 990, Part III, Line 4a:**

Operating facilities and services with the goal of the preservation and accessing books and other cultural works.

A-2379

Case 1:20-cv-04160-JGK Document 96-90 Filed 07/07/22 Page 75 of 249

**SCHEDULE A**
**(Form 990 or 990EZ)**

Department of the Treasury
Internal Revenue Service

# Public Charity Status and Public Support

Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.
▶ Attach to Form 990 or Form 990-EZ.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2019**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| Open Library of Richmond Inc | |
| | 94-3400461 |

| **Part I** | **Reason for Public Charity Status** (All organizations must complete this part.) See instructions. |
|---|---|

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1 ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ).)

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state:

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☑ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8 ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9 ☐ An agricultural research organization described in **170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land grant college of agriculture. See instructions. Enter the name, city, and state of the college or university:

10 ☐ An organization that normally receives: (1) more than 331/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 331/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11 ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . . . . . _____

g Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1- 10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| | | | | | | |
| | | | | | | |
| **Total** | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.    Cat. No. 11285F    **Schedule A (Form 990 or 990-EZ) 2019**

**Part II** Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III.
If the organization failed to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grant.") . . | 7,972,768 | 900,004 | 5,526,766 | 6,474,324 | 25,811,311 | 46,685,173 |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . . | | | | | | 0 |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge.. | | | | | | 0 |
| **4** **Total.** Add lines 1 through 3 | 7,972,768 | 900,004 | 5,526,766 | 6,474,324 | 25,811,311 | 46,685,173 |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) . . . | | | | | | 0 |
| **6** **Public support.** Subtract line 5 from line 4. | | | | | | 46,685,173 |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4. . | 7,972,768 | 900,004 | 5,526,766 | 6,474,324 | 25,811,311 | 46,685,173 |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . . | 225 | 58,269 | 5,236 | 11,881 | 6,125 | 81,736 |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on. . | | | | | | 0 |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.). . | | | | | | 0 |
| **11** **Total support.** Add lines 7 through 10 | | | | | | 46,766,909 |

**12** Gross receipts from related activities, etc. (see instructions) . . . . . . . . . . . . . . . | **12** | |

**13** **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **14** Public support percentage for 2019 (line 6, column (f) divided by line 11, column (f)) . . . . . . . . . | **14** | 99.830 % |
| **15** Public support percentage for 2018 Schedule A, Part II, line 14 . . . . . . . . . . . . . . | **15** | 99.680 % |

**16a** **33 1/3% support test—2019.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . ▶ ☑

  **b** **33 1/3% support test—2018.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . ▶ ☐

**17a** **10%-facts-and-circumstances test—2019.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

  **b** **10%-facts-and-circumstances test—2018.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Schedule A (Form 990 or 990-EZ) 2019**

A-2381

**Part III** Case 2:25-cr-00460-DSF Document 9-25 Filed 07/07/22 Page 217 of 48

(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

### Section A. Public Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") . | | | | | | |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 . . . . . | | | | | | |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . | | | | | | |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **6** **Total.** Add lines 1 through 5 | | | | | | |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year. | | | | | | |
| **c** Add lines 7a and 7b. . | | | | | | |
| **8** **Public support.** (Subtract line 7c from line 6.) | | | | | | |

### Section B. Total Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6. . . | | | | | | |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . | | | | | | |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975. | | | | | | |
| **c** Add lines 10a and 10b. | | | | | | |
| **11** Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on. | | | | | | |
| **12** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . | | | | | | |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12.) . . | | | | | | |

**14** **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **15** Public support percentage for 2019 (line 8, column (f) divided by line 13, column (f)) . . . . . . . . . | **15** | |
| **16** Public support percentage from 2018 Schedule A, Part III, line 15 . . . . . . . . . . . . . . . | **16** | |

### Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| **17** Investment income percentage for **2019** (line 10c, column (f) divided by line 13, column (f)) . . . . . . | **17** | |
| **18** Investment income percentage from **2018** Schedule A, Part III, line 17 . . . . . . . . . . . . . . | **18** | |

**19a** **331/3% support tests—2019.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . ▶ ☐

**b** **33 1/3% support tests—2018.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . ▶ ☐

**20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions . . . . ▶ ☐

A-2382

| Part IV | Supporting Organizations _(continued)_ | | | |
|---|---|---|---|---|

(Complete only if you checked a box on line 12 of Part I. If you checked 12a of Part I, complete Sections A and B. If you checked 12b of Part I, complete Sections A and C. If you checked 12c of Part I, complete Sections A, D, and E. If you checked 12d of Part I, complete Sections A and D, and complete Part V.)

## Section A. All Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? _If "No," describe in **Part VI** how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain._ | **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509 (a)(1) or (2)? _If "Yes," explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2)._ | **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? _If "Yes," answer (b) and (c) below._ | **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? _If "Yes," describe in **Part VI** when and how the organization made the determination._ | **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? _If "Yes," explain in **Part VI** what controls the organization put in place to ensure such use._ | **3c** | | |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? _If "Yes" and if you checked 12a or 12b in Part I, answer (b) and (c) below._ | **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? _If "Yes," describe in **Part VI** how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations._ | **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? _If "Yes," explain in **Part VI** what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes._ | **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? _If "Yes," answer (b) and (c) below (if applicable). Also, provide detail in **Part VI**, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document)._ | **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? | **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? | **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? _If "Yes," provide detail in **Part VI**._ | **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? _If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ)_ . | **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described in line 7? _If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ)._ | **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? _If "Yes," provide detail in **Part VI**._ | **9a** | | |
| **b** | Did one or more disqualified persons (as defined in line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? _If "Yes," provide detail in **Part VI**._ | **9b** | | |
| **c** | Did a disqualified person (as defined in line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? _If "Yes," provide detail in **Part VI**._ | **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? _If "Yes," answer line 10b below._ | **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? _(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings)._ | **10b** | | |

**Schedule A (Form 990 or 990-EZ) 2019**

**Part IV**    Supporting Organizations *(continued)* Document 96290 35 filed 07/07/22 Page 49 of 48

| | | Yes | No |
|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described in (b) and (c) below, the governing body of a supported organization? | **11a** | |
| **b** | A family member of a person described in (a) above? | **11b** | |
| **c** | A 35% controlled entity of a person described in (a) or (b) above? *If "Yes" to a, b, or c, provide detail in Part VI.* | **11c** | |

### Section B. Type I Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in Part VI how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | **1** | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in Part VI how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised or controlled the supporting organization.* | **2** | |

### Section C. Type II Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in Part VI how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* | **1** | |

### Section D. All Type III Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | **1** | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization (s) or (ii) serving on the governing body of a supported organization? *If "No," explain in Part VI how the organization maintained a close and continuous working relationship with the supported organization(s).* | **2** | |
| **3** | By reason of the relationship described in (2), did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in Part VI the role the organization's supported organizations played in this regard.* | **3** | |

### Section E. Type III Functionally-Integrated Supporting Organizations

| **1** | Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions)**: |
|---|---|
| **a** | ☐   The organization satisfied the Activities Test. Complete **line 2** below. |
| **b** | ☐   The organization is the parent of each of its supported organizations. Complete **line 3** below. |
| **c** | ☐   The organization supported a governmental entity. Describe in **Part VI** how you supported a government entity (see instructions) |

| | | | Yes | No |
|---|---|---|---|---|
| **2** | Activities Test. **Answer (a) and (b) below.** | | | |
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in Part VI identify those supported organizations and explain how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* | | **2a** | |
| **b** | Did the activities described in (a) constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in Part VI the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* | | **2b** | |
| **3** | Parent of Supported Organizations. **Answer (a) and (b) below.** | | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *Provide details in Part VI.* | | **3a** | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs and activities of each of its supported organizations? *If "Yes," describe in Part VI. the role played by the organization in this regard.* | | **3b** | |

**Part V**   Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations

1   ☐   Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 (explain in Part VI). **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

| **Section A - Adjusted Net Income** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| 1   Net short-term capital gain | 1 | | |
| 2   Recoveries of prior-year distributions | 2 | | |
| 3   Other gross income (see instructions) | 3 | | |
| 4   Add lines 1 through 3 | 4 | | |
| 5   Depreciation and depletion | 5 | | |
| 6   Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | 6 | | |
| 7   Other expenses (see instructions) | 7 | | |
| 8   **Adjusted Net Income** (subtract lines 5, 6 and 7 from line 4) | 8 | | |
| **Section B - Minimum Asset Amount** | | (A) Prior Year | (B) Current Year (optional) |
| 1   Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | 1 | | |
|    a   Average monthly value of securities | 1a | | |
|    b   Average monthly cash balances | 1b | | |
|    c   Fair market value of other non-exempt-use assets | 1c | | |
|    d   **Total** (add lines 1a, 1b, and 1c) | 1d | | |
|    e   **Discount** claimed for blockage or other factors (explain in detail in Part VI): | | | |
| 2   Acquisition indebtedness applicable to non-exempt use assets | 2 | | |
| 3   Subtract line 2 from line 1d | 3 | | |
| 4   Cash deemed held for exempt use. Enter 1-1/2% of line 3 (for greater amount, see instructions). | 4 | | |
| 5   Net value of non-exempt-use assets (subtract line 4 from line 3) | 5 | | |
| 6   Multiply line 5 by .035 | 6 | | |
| 7   Recoveries of prior-year distributions | 7 | | |
| 8   **Minimum Asset Amount** (add line 7 to line 6) | 8 | | |
| **Section C - Distributable Amount** | | | Current Year |
| 1   Adjusted net income for prior year (from Section A, line 8, Column A) | 1 | | |
| 2   Enter 85% of line 1 | 2 | | |
| 3   Minimum asset amount for prior year (from Section B, line 8, Column A) | 3 | | |
| 4   Enter greater of line 2 or line 3 | 4 | | |
| 5   Income tax imposed in prior year | 5 | | |
| 6   **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | 6 | | |

7   ☐   Check here if the current year is the organization's first as a non-functionally-integrated Type III supporting organization (see instructions)

                              **Schedule A (Form 990 or 990-EZ) 2019**

**Part V** Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)*

| **Section D - Distributions** | **Current Year** |
|---|---|
| **1** Amounts paid to supported organizations to accomplish exempt purposes | |
| **2** Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | |
| **3** Administrative expenses paid to accomplish exempt purposes of supported organizations | |
| **4** Amounts paid to acquire exempt-use assets | |
| **5** Qualified set-aside amounts (prior IRS approval required) | |
| **6** Other distributions (describe in **Part VI**). See instructions | |
| **7** **Total annual distributions.** Add lines 1 through 6. | |
| **8** Distributions to attentive supported organizations to which the organization is responsive (provide details in **Part VI**). See instructions | |
| **9** Distributable amount for 2019 from Section C, line 6 | |
| **10** Line 8 amount divided by Line 9 amount | |

| **Section E - Distribution Allocations** (see instructions) | **(i)** **Excess Distributions** | **(ii)** **Underdistributions Pre-2019** | **(iii)** **Distributable Amount for 2019** |
|---|---|---|---|
| **1** Distributable amount for 2019 from Section C, line 6 | | | |
| **2** Underdistributions, if any, for years prior to 2019 (reasonable cause required-- explain in **Part VI**). See instructions. | | | |
| **3** Excess distributions carryover, if any, to 2019: | | | |
| **a** From 2014. . . . . . . | | | |
| **b** From 2015. . . . . . . | | | |
| **c** From 2016. . . . . . . | | | |
| **d** From 2017. . . . . . . | | | |
| **e** From 2018. . . . . . . | | | |
| **f** **Total** of lines 3a through e | | | |
| **g** Applied to underdistributions of prior years | | | |
| **h** Applied to 2019 distributable amount | | | |
| **i** Carryover from 2014 not applied (see instructions) | | | |
| **j** Remainder. Subtract lines 3g, 3h, and 3i from 3f. | | | |
| **4** Distributions for 2019 from Section D, line 7: $ | | | |
| **a** Applied to underdistributions of prior years | | | |
| **b** Applied to 2019 distributable amount | | | |
| **c** Remainder. Subtract lines 4a and 4b from 4. | | | |
| **5** Remaining underdistributions for years prior to 2019, if any. Subtract lines 3g and 4a from line 2. If the amount is greater than zero, explain in **Part VI**. See instructions. | | | |
| **6** Remaining underdistributions for 2019. Subtract lines 3h and 4b from line 1. If the amount is greater than zero, explain in **Part VI**. See instructions. | | | |
| **7** **Excess distributions carryover to 2020.** Add lines 3j and 4c. | | | |
| **8** Breakdown of line 7: | | | |
| **a** Excess from 2015. . . . . | | | |
| **b** Excess from 2016. . . . . | | | |
| **c** Excess from 2017. . . . . | | | |
| **d** Excess from 2018. . . . . | | | |
| **e** Excess from 2019. . . . . | | | |

Schedule A (Form 990 or 990-EZ) (2019)

## Additional Data

| | |
|---|---|
| **Software ID:** | 19009920 |
| **Software Version:** | 2019v5.0 |
| **EIN:** | 94-3400461 |
| **Name:** | Open Library of Richmond Inc |

Schedule A (Form 990 or 990-EZ) 2019                                                                 Page **8**

| Part VI | **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b; Part V, line 1; Part V, Section B, line 1e; Part V Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions). |
|---|---|

| **Facts And Circumstances Test** |
|---|
| |

A-2387

Case 1:20-cv-04160-JGK-OTW Document 96-90 Filed 07/07/22 Page 42 of 48

| SCHEDULE D | Supplemental Financial Statements | OMB No. 1545-0047 |
|---|---|---|
| (Form 990) | | |

**SCHEDULE D**
(Form 990)

# Supplemental Financial Statements

► **Complete if the organization answered "Yes," on Form 990,**
**Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.**
► **Attach to Form 990.**
► **Go to www.irs.gov/Form990 for instructions and the latest information.**

**2019**

Department of the Treasury
Internal Revenue Service

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| Open Library of Richmond Inc | 94-3400461 |

## Part I — Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year . . . . . . . . . | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year . . . . . . . . | | |

5 Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

6 Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

## Part II — Conservation Easements.
Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1 Purpose(s) of conservation easements held by the organization (check all that apply).

☐ Preservation of land for public use (e.g., recreation or education)    ☐ Preservation of an historically important land area

☐ Protection of natural habitat    ☐ Preservation of a certified historic structure

☐ Preservation of open space

2 Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

| | | Held at the End of the Year |
|---|---|---|
| a | Total number of conservation easements . . . . . . . . . . . . . . . . . . . . . | 2a | |
| b | Total acreage restricted by conservation easements . . . . . . . . . . . . . . . | 2b | |
| c | Number of conservation easements on a certified historic structure included in (a) . . . . . | 2c | |
| d | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register . . . | 2d | |

3 Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ►

4 Number of states where property subject to conservation easement is located ►

5 Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds? . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

6 Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
►

7 Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
► $

8 Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

9 In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements.

## Part III — Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a If the organization elected, as permitted under SFAS 116 (ASC 958), not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items.

b If the organization elected, as permitted under SFAS 116 (ASC 958), to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items:

**(i)** Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . . . . . . . . ► $ _____

**(ii)** Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . . . . . . . . ► $ _____

2 If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under SFAS 116 (ASC 958) relating to these items:

a Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . . . . . . . . . ► $ _____

b Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . . . . . . . . . ► $ _____

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**    Cat. No. 52283D    **Schedule D (Form 990) 2019**

**Part III**    **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)*

**3**   Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

**a** ☐ Public exhibition

**b** ☐ Scholarly research

**c** ☐ Preservation for future generations

**d** ☐ Loan or exchange programs

**e** ☐ Other ...............................................................

**4**   Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5**   During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?.  . . .    ☐ Yes    ☐ No

**Part IV**    **Escrow and Custodial Arrangements.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a**   Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X?  . . . . . .    ☐ Yes    ☐ No

**b**   If "Yes," explain the arrangement in Part XIII and complete the following table:

| | | Amount |
|---|---|---|
| **c** Beginning balance . . . . . . . . . . . . . | **1c** | |
| **d** Additions during the year . . . . . . . . . . | **1d** | |
| **e** Distributions during the year . . . . . . . . . | **1e** | |
| **f** Ending balance . . . . . . . . . . . . . . | **1f** | |

**2a**   Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . . ☐ Yes    ☐ No

**b**   If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII  . . .  ☐

**Part V**    **Endowment Funds.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

| | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance . . . . | | | | | |
| **b** Contributions . . . | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships . . . | | | | | |
| **e** Other expenditures for facilities and programs . . . | | | | | |
| **f** Administrative expenses . . . | | | | | |
| **g** End of year balance . . . | | | | | |

**2**   Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a**   Board designated or quasi-endowment ▶ ...................

**b**   Permanent endowment ▶ ...................

**c**   Temporarily restricted endowment ▶ ...................

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a**   Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

| | | Yes | No |
|---|---|---|---|
| **(i)** unrelated organizations . . . . . . . . . . . | **3a(i)** | | |
| **(ii)** related organizations . . . . . . . . . . . | **3a(ii)** | | |
| **b** If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . | **3b** | | |

**4**   Describe in Part XIII the intended uses of the organization's endowment funds.

**Part VI**    **Land, Buildings, and Equipment.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land . . . . . . | | 2,585,000 | | 2,585,000 |
| **b** Buildings . . . . . | | 9,765,000 | 1,370,201 | 8,394,799 |
| **c** Leasehold improvements | | 215,022 | | 215,022 |
| **d** Equipment . . . . | | | | |
| **e** Other . . . . . . | | 708,108 | 376,200 | 331,908 |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10(c).)* . . ▶ | | | | 11,526,729 |

Case 1:20-cv-04160-JGK-OTW Document 96-90 3 Filed 07/07/2285 Page 25 of 48

**Part VII** **Investments—Other Securities.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b.See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** Financial derivatives . . . . . . . | | |
| **(2)** Closely-held equity interests . . . . . . . | | |
| **(3)** Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col. (B) line 12.)* ▶ | | |

**Part VIII** **Investments—Program Related.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** | | |
| **(2)** | | |
| **(3)** | | |
| **(4)** | | |
| **(5)** | | |
| **(6)** | | |
| **(7)** | | |
| **(8)** | | |
| **(9)** | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 13.)* ▶ | 19,729,611 | |

**Part IX** **Other Assets.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| **(1)** | |
| **(2)** | |
| **(3)** | |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 15.)* . . . . . . . . . . . ▶ | |

**Part X** **Other Liabilities.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f.See Form 990, Part X, line 25.

| **1.** (a) Description of liability | (b) Book value |
|---|---|
| **(1)** Federal income taxes | |
| **(2)** | |
| **(3)** | |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 25.)* ▶ | 19,787 |

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII ☑

| Part XI | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** |
|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a.

| | | | | |
|---|---|---|---|---|
| **1** | Total revenue, gains, and other support per audited financial statements . . . . . . . . . | | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | | |
| **a** | Net unrealized gains (losses) on investments . . . . . | **2a** | | | |
| **b** | Donated services and use of facilities . . . . . . . . . . . | **2b** | | | |
| **c** | Recoveries of prior year grants . . . . . . . . . . . . | **2c** | | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **2d** | | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . . . . | | | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . . . | | | **3** | |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line **1**: | | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . | **4b** | | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . . | | | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 12.) . . . . . . . | | | **5** | |

| Part XII | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** |
|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a.

| | | | | |
|---|---|---|---|---|
| **1** | Total expenses and losses per audited financial statements . . . . . . . . . . . . | | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | | |
| **a** | Donated services and use of facilities . . . . . . . . . | **2a** | | | |
| **b** | Prior year adjustments . . . . . . . . . . . . . . | **2b** | | | |
| **c** | Other losses . . . . . . . . . . . . . . . . . | **2c** | | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **2d** | | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . . . | | | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . . . . | | | **3** | |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line **1**: | | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . . | **4b** | | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . . | | | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 18.) . . . . . . . | | | **5** | |

| Part XIII | **Supplemental Information** |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

| Return Reference | Explanation |
|---|---|
| See Additional Data Table | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule D (Form 990) 2019**

A-2391

Case 1:20-cv-04160-JGK-OTW   Document 96-90   Filed 07/07/22   Page 27 of 48

Case 23-1260, Document 77, 12/15/2023, 3598440, Page87 of 249

| **Part XIII** | **Supplemental Information** *(continued)* |

| Return Reference | Explanation |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

A-2392

# Additional Data

|  | |
|---|---|
| **Software ID:** | 19009920 |
| **Software Version:** | 2019v5.0 |
| **EIN:** | 94-3400461 |
| **Name:** | Open Library of Richmond Inc |

## Supplemental Information

| Return Reference | Explanation |
|---|---|
| Part X : FIN48 Footnote | As of December 31, 2018, the Organization had made no changes in the purpose, character or method of operations, and therefore there were no uncertain tax positions that qualify fo r either recognition or disclosure in the consolidated financial statements. |

A-2393

| | | | |
|---|---|---|---|
| **SCHEDULE F** | | | OMB No. 1545-0047 |

Case 3:20-cv-04160-JCS Document 90-20 Filed 04/07/22 Page 240 of 48

**SCHEDULE F**
**(Form 990)**

**Statement of Activities Outside the United States**

► Complete if the organization answered "Yes" to Form 990, Part IV, line 14b, 15, or 16.

► Attach to Form 990.

► Go to *www.irs.gov/Form990* for instructions and the latest information.

**2019**

Department of the Treasury
Internal Revenue Service

**Open to Public Inspection**

| Name of the organization | **Employer identification number** |
|---|---|
| Open Library of Richmond Inc | |
| | 94-3400461 |

| **Part I** | **General Information on Activities Outside the United States.** Complete if the organization answered "Yes" on Form 990, Part IV, line 14b. |
|---|---|

**1** **For grantmakers.** Does the organization maintain records to substantiate the amount of its grants and other assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance?   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   ☑ **Yes**  ☐ **No**

**2** **For grantmakers.** Describe in Part V the organization's procedures for monitoring the use of its grants and other assistance outside the United States.

**3** Activites per Region. (The following Part I, line 3 table can be duplicated if additional space is needed.)

| **(a)** Region | **(b)** Number of offices in the region | **(c)** Number of employees, agents, and independent contractors in the region | **(d)** Activities conducted in region (by type) (such as, fundraising, program services, investments, grants to recipients located in the region) | **(e)** If activity listed in (d) is a program service, describe specific type of service(s) in the region | **(f)** Total expenditures for and investments in the region |
|---|---|---|---|---|---|
| North America | 0 | 0 | Grants | N/A | 1,126,600 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **3a** Sub-total .   .   .   . | | | | | 1,126,600 |
| **b** Total from continuation sheets to Part I .   .   . | | | | | |
| **c Totals** (add lines 3a and 3b) | | | | | 1,126,600 |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**  Cat. No. 50082W  **Schedule F (Form 990) 2019**

A-2394

Case 1:23-cv-11195-SHS-OTW    Document 194-12    Filed 07/07/25    Page 20 of 46

**Part II**    **Grants and Other Assistance to Organizations or Entities Outside the United States.** Complete if the organization answered "Yes" on Form 990, Part IV, line 15, for any recipient who received more than $5,000. Part II can be duplicated if additional space is needed.

| **1** | **(a)** Name of organization | **(b)** IRS code section and EIN (if applicable) | **(c)** Region | **(d)** Purpose of grant | **(e)** Amount of cash grant | **(f)** Manner of cash disbursement | **(g)** Amount of noncash assistance | **(h)** Description of noncash assistance | **(i)** Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|---|---|
| | | | North America | Support | | Wire | | N/A | Cash |
| | | | North America | Support | 1,126,600 | Wire | | N/A | Cash |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**2** Enter total number of recipient organizations listed above that are recognized as charities by the foreign country, recognized as tax-exempt by the IRS, or for which the grantee or counsel has provided a section 501(c)(3) equivalency letter . . . . . . . . . ▶      1

**3** Enter total number of other organizations or entities . . . . . . . . . . . . . . . . . . . . . ▶      1

A-2395

**Part III** **Grants and Other Assistance to Individuals Outside the United States.** Complete if the organization answered "Yes" on Form 990, Part IV, line 16.
Part III can be duplicated if additional space is needed.

| (a) Type of grant or assistance | (b) Region | (c) Number of recipients | (d) Amount of cash grant | (e) Manner of cash disbursement | (f) Amount of noncash assistance | (g) Description of noncash assistance | (h) Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-2396

Case 23-1258, Document 71, 12/13/2023, 3596440, Page92 of 248

| **Part IV** | **Foreign Forms** |
|---|---|

1. Was the organization a U.S. transferor of property to a foreign corporation during the tax year? *If "Yes," the organization may be required to file Form 926, Return by a U.S. Transferor of Property to a Foreign Corporation (see Instructions for Form 926)* . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☑ No

2. Did the organization have an interest in a foreign trust during the tax year? *If "Yes," the organization may be required to separately file Form 3520, Annual Return to Report Transactions with Foreign Trusts and Receipt of Certain Foreign Gifts, and/or Form 3520-A, Annual Information Return of Foreign Trust With a U.S. Owner (see Instructions for Forms 3520 and 3520-A; don't file with Form 990)* . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☑ No

3. Did the organization have an ownership interest in a foreign corporation during the tax year? *If "Yes," the organization may be required to file Form 5471, Information Return of U.S. Persons with Respect to Certain Foreign Corporations. (see Instructions for Form 5471)* . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☑ No

4. Was the organization a direct or indirect shareholder of a passive foreign investment company or a qualified electing fund during the tax year? *If "Yes," the organization may be required to file Form 8621, Information Return by a Shareholder of a Passive Foreign Investment Company or Qualified Electing Fund. (see Instructions for Form 8621)* . ☐ Yes ☑ No

5. Did the organization have an ownership interest in a foreign partnership during the tax year? *If "Yes," the organization may be required to file Form 8865, Return of U.S. Persons with Respect to Certain Foreign Partnerships (see Instructions for Form 8865)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☑ No

6. Did the organization have any operations in or related to any boycotting countries during the tax year? *If "Yes," the organization may be required to separately file Form 5713, International Boycott Report (see Instructions for Form 5713; don't file with Form 990).* . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☑ No

Case 1:03-md-01570-GBD-SN   Document 7171-12   Filed 10/12/21   Page 33 of 48
Case 1:23-md-04160-GK-OTW   Document 96-90   Filed 07/07/22   Page 33 of 48

| **Part V** | **Supplemental Information** |

Provide the information required by Part I, line 2 (monitoring of funds); Part I, line 3, column (f) (accounting method; amounts of investments vs. expenditures per region); Part II, line 1 (accounting method); Part III (accounting method); and Part III, column (c) (estimated number of recipients), as applicable. Also complete this part to provide any additional information. See instructions.

| ReturnReference | Explanation |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

A-2398

**Note: To capture the full content of this document, please select landscape mode (11" x 8.5") when printing.**

| Schedule I (Form 990) | Grants and Other Assistance to Organizations, Governments and Individuals in the United States | OMB No. 1545-0047 |
|---|---|---|
| | Complete if the organization answered "Yes," on Form 990, Part IV, line 21 or 22. | **2019** |
| | ▶ Attach to Form 990. | |
| Department of the Treasury Internal Revenue Service | ▶ Go to *www.irs.gov/Form990* for the latest information. | Open to Public Inspection |

| Name of the organization Open Library of Richmond Inc | Employer identification number 94-3400461 |
|---|---|

**Part I** General Information on Grants and Assistance

1 Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance? . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

2 Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

**Part II** Grants and Other Assistance to Domestic Organizations and Domestic Governments. Complete if the organization answered "Yes" on Form 990, Part IV, line 21, for any recipient that received more than $5,000. Part II can be duplicated if additional space is needed.

| (a) Name and address of organization or government | (b) EIN | (c) IRC section (if applicable) | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of noncash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| (1) See Additional Data | | | | | | | |
| (2) | | | | | | | |
| (3) | | | | | | | |
| (4) | | | | | | | |
| (5) | | | | | | | |
| (6) | | | | | | | |
| (7) | | | | | | | |
| (8) | | | | | | | |
| (9) | | | | | | | |
| (10) | | | | | | | |
| (11) | | | | | | | |
| (12) | | | | | | | |

2 Enter total number of section 501(c)(3) and government organizations listed in the line 1 table . . . . . . . . . . . ▶ 2

3 Enter total number of other organizations listed in the line 1 table . . . . . . . . . . . . . . . . . ▶ 1

For Paperwork Reduction Act Notice, see the Instructions for Form 990.      Cat. No. 50055P      Schedule I (Form 990) 2019

Case 1:20-cv-04160-JGK-OTW Document 96-99 Filed 07/07/22 Page 35 of 48

| **Part III** | Grants and Other Assistance to Domestic Individuals. Complete if the organization answered "Yes" on Form 990, Part IV, line 22. |
| :--- | :--- |

Part III can be duplicated if additional space is needed.

| (a) Type of grant or assistance | (b) Number of recipients | (c) Amount of cash grant | (d) Amount of noncash assistance | (e) Method of valuation (book, FMV, appraisal, other) | (f) Description of noncash assistance |
| :--- | :--- | :--- | :--- | :--- | :--- |
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |
| (5) | | | | | |
| (6) | | | | | |
| (7) | | | | | |

| **Part IV** | **Supplemental Information.** Provide the information required in Part I, line 2; Part III, column (b); and any other additional information. |
| :--- | :--- |

| Return Reference | Explanation |
| :--- | :--- |

A-2400

# Additional Data

| | | |
|---|---|---|
| **Software ID:** | 19009920 | |
| **Software Version:** | 2019v5.0 | |
| **EIN:** | 94-3400461 | |
| **Name:** | Open Library of Richmond Inc | |

**Form 990,Schedule I, Part II, Grants and Other Assistance to Domestic Organizations and Domestic Governments.**

| **(a)** Name and address of organization or government | **(b)** EIN | **(c)** IRC section if applicable | **(d)** Amount of cash grant | **(e)** Amount of non-cash assistance | **(f)** Method of valuation (book, FMV, appraisal, other) | **(g)** Description of non-cash assistance | **(h)** Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| Internet Archive<br>300 Funston Ave<br>San Francisco, CA  94118 | 94-3400461 | 501(c)3 | 750,000 | 0 | N/A | N/A | General Support |
| Open Library of Pennsylvania<br>17 Walnut Street<br>Rockland, ME  04841 | 84-3637451 | | 3,550,000 | 0 | N/A | N/A | Building Purchase |

**Form 990, Schedule I, Part II, Grants and Other Assistance to Domestic Organizations and Domestic Governments.**

Case 1:20-cv-04160-JGK-OTW Document 96-90 Filed 07/07/22 Page 37 of 48
Case 23-1260, Document 4, 12/15/2023, 3596575, Page37 of 49

| (a) Name and address of organization or government | (b) EIN | (c) IRC section (if applicable) | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| Ulrich and Ruth Frank Fdn<br><br>3164 Dolphin Drive<br>Vancouver, BC  V9P9J2<br>CA | 23-2571610 | 501(c)3 | 16,000 | 0 | N/A | N/A | General Support |

A-2402

Case 1:20-cv-04160-JGK-OTW Document 96-31 Filed 07/07/22 Page 248 of 48

# Schedule J
(Form 990)

**Compensation Information**

OMB No. 1545-0047

For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees
▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 23.
▶ Attach to Form 990.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

## 2019

**Open to Public Inspection**

Department of the Treasury
Internal Revenue Service

| Name of the organization | Employer identification number |
|---|---|
| Open Library of Richmond Inc | 94-3400461 |

## Part I — Questions Regarding Compensation

|  |  | Yes | No |
|---|---|---|---|
| **1a** Check the appropiate box(es) if the organization provided any of the following to or for a person listed on Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items. | | | |

☐ First-class or charter travel      ☐ Housing allowance or residence for personal use
☐ Travel for companions      ☐ Payments for business use of personal residence
☐ Tax idemnification and gross-up payments      ☐ Health or social club dues or initiation fees
☐ Discretionary spending account      ☐ Personal services (e.g., maid, chauffeur, chef)

| | | | Yes | No |
|---|---|---|---|---|
| **b** | If any of the boxes on Line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain | **1b** | | |
| **2** | Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, officers, including the CEO/Executive Director, regarding the items checked on Line 1a? | **2** | | |
| **3** | Indicate which, if any, of the following the filing organization used to establish the compensation of the organization's CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III. | | | |

☐ Compensation committee      ☐ Written employment contract
☐ Independent compensation consultant      ☐ Compensation survey or study
☐ Form 990 of other organizations      ☐ Approval by the board or compensation committee

| | | | Yes | No |
|---|---|---|---|---|
| **4** | During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization: | | | |
| **a** | Receive a severance payment or change-of-control payment? | **4a** | | No |
| **b** | Participate in, or receive payment from, a supplemental nonqualified retirement plan? | **4b** | | No |
| **c** | Participate in, or receive payment from, an equity-based compensation arrangement? | **4c** | | No |
| | If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III. | | | |
| | **Only 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5-9.** | | | |
| **5** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of: | | | |
| **a** | The organization? | **5a** | | No |
| **b** | Any related organization? | **5b** | | No |
| | If "Yes," on line 5a or 5b, describe in Part III. | | | |
| **6** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of: | | | |
| **a** | The organization? | **6a** | | No |
| **b** | Any related organization? | **6b** | | No |
| | If "Yes," on line 6a or 6b, describe in Part III. | | | |
| **7** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described in lines 5 and 6? If "Yes," describe in Part III. | **7** | | No |
| **8** | Were any amounts reported on Form 990, Part VII, paid or accured pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If "Yes," describe in Part III. | **8** | | No |
| **9** | If "Yes" on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)? | **9** | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**      Cat. No. 50053T      **Schedule J (Form 990) 2019**

Case 1:20-cv-04160-JGK-OTW Document 96-30 Filed 07/07/22 Page 39 of 48

| **Part II** | Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees. Use duplicate copies if additional space is needed. |

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii). Do not list any individuals that are not listed on Form 990, Part VII.

**Note.** The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| **(A)** Name and Title | | **(B)** Breakdown of W-2 and/or 1099-MISC compensation | | | **(C)** Retirement and other deferred compensation | **(D)** Nontaxable benefits | **(E)** Total of columns (B)(i)-(D) | **(F)** Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | **(i)** Base compensation | **(ii)** Bonus & incentive compensation | **(iii)** Other reportable compensation | | | | |
| **1** Jacques Cressaty<br>Secretary | **(i)** | - - - - - - - - - - - - - | - - - - - - - - - - - - - | - - - - - - - - - - - - - | - - - - - - - - - - - - - | - - - - - - - - - - - - - | - - - - - - - - - - - - - | - - - - - - - - - - - - - |
| | **(ii)** | 160,203 | | | | 10,198 | 170,401 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Case 1:20-cv-04160-JGK-OTW   Document 96-90   Filed 07/07/22   Page 40 of 48

Case 2:21-bbb   Document 71   12/15/2022   3598440, Page100 of 249

**Part III**   Supplemental Information

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete this part for any additional information.

Return Reference

Explanation



Case 1:20-cv-04160-JGK-OTW Document 96-90 Filed 04/07/22 Page 101 of 249

**SCHEDULE O**
(Form 990 or 990-EZ)

Department of the Treasury

**Supplemental Information to Form 990 or 990-EZ**

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
▶ Attach to Form 990 or 990-EZ.
▶ Go to *www.irs.gov/Form990* for the latest information.

OMB No. 1545-0047

**2019**

Open to Public
Inspection

| Name of the Organization | Employer identification number |
|---|---|
| Open Library of Richmond Inc | 94-3400461 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Line 11b: Form 990 Review Process | A copy of the 990 is sent to the Board prior to filing. |

A-2406

Case 23-1260, Document 71, 12/15/2023, 3598440, Page102 of 249

| Return Reference | Explanation |
|---|---|
| Form 990, Part VI, Line 19: Other Organization Documents Publicly Available | Governing documents are available upon request |

A-2407

Case 3:20-cv-04160-DGK-ChNT Document 96-903 Filed 10/07/2021 Page 430 of 48

# SCHEDULE R
# (Form 990)

OMB No. 1545-0047

# Related Organizations and Unrelated Partnerships

▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or 37.
▶ Attach to Form 990.
▶ Go to www.irs.gov/Form990 for instructions and the latest information.

# 2019

Department of the Treasury
Internal Revenue Service

Open to Public
Inspection

Name of the organization
Open Library of Richmond Inc

Employer identification number
94-3400461

**Part I** | **Identification of Disregarded Entities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 33.

| (a) Name, address, and EIN (if applicable) of disregarded entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Total income | (e) End-of-year assets | (f) Direct controlling entity |
|---|---|---|---|---|---|
| **(1)** Kahle Austin Foundation House LLC 300 Funston Ave San Francisco, CA 94118 46-3689417 | Rental Real Estate | CA | 249,331 | 3,797,579 | Open Library of Richmond Inc |
| **(2)** Open Library of Pensylvania LLC 300 Funston Ave San Francisco, CA 94118 83-1532633 | Rental Real Estate | DE | 266,067 | 3,960,832 | Open Library of Richmond Inc |
| | | | | | |
| | | | | | |
| | | | | | |

**Part II** | **Identification of Related Tax-Exempt Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34 because it had one or more related tax-exempt organizations during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Exempt Code section | (e) Public charity status (if section 501(c)(3)) | (f) Direct controlling entity | (g) Section 512(b)(13) controlled entity? | |
|---|---|---|---|---|---|---|---|
| | | | | | | Yes | No |
| **(1)** KahleAustin Foundaiton 513B Simonds Loop San Francisco, CA 94129 91-1816164 | Grantmaking | WA | 501(c)3 | PF | NA | | No |
| **(2)** Internet Archive 300 Funston Avenue San Francisco, CA 94118 94-3242767 | Internet Archiving Books of Historical Collections | CA | 501(c)3 | 7 | NA | | No |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990. | Cat. No. 50135Y | Schedule R (Form 990) 2019

Case 1:20-cv-04160-DCK-OTW Document 96-90 Filed 07/07/22 Page 44 of 48

**Part III** | **Identification of Related Organizations Taxable as a Partnership.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a partnership during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Predominant income(related, unrelated, excluded from tax under sections 512-514) | (f) Share of total income | (g) Share of end-of-year assets | (h) Disproprtionate allocations? | | (i) Code V-UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? | | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No | | Yes | No | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**Part IV** | **Identification of Related Organizations Taxable as a Corporation or Trust.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34 because it had one or more related organizations treated as a corporation or trust during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Type of entity (C corp, S corp, or trust) | (f) Share of total income | (g) Share of end-of-year assets | (h) Percentage ownership | (i) Section 512(b) (13) controlled entity? | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Yes | No |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Case 1:20-cv-04160-JGK-OTW Document 96-90 Filed 07/07/22 Page 45 of 48

| **Part V** | **Transactions With Related Organizations** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, 35b, or 36. | | | | |
|---|---|---|---|---|---|

| | **Note.** Complete line 1 if any entity is listed in Parts II, III, or IV of this schedule. | | **Yes** | **No** |
|---|---|---|---|---|
| **1** | During the tax year, did the orgranization engage in any of the following transactions with one or more related organizations listed in Parts II-IV? | | | |
| **a** | Receipt of **(i)** interest, **(ii)** annuities, **(iii)** royalties, or **(iv)** rent from a controlled entity . . . . . . . . . . . . . . . | **1a** | | No |
| **b** | Gift, grant, or capital contribution to related organization(s) . . . . . . . . . . . . . . . . . . . | **1b** | Yes | |
| **c** | Gift, grant, or capital contribution from related organization(s) . . . . . . . . . . . . . . . . . . | **1c** | Yes | |
| **d** | Loans or loan guarantees to or for related organization(s) . . . . . . . . . . . . . . . . . . . | **1d** | Yes | |
| **e** | Loans or loan guarantees by related organization(s) . . . . . . . . . . . . . . . . . . . . . | **1e** | | No |
| **f** | Dividends from related organization(s) . . . . . . . . . . . . . . . . . . . . . . . . . | **1f** | | No |
| **g** | Sale of assets to related organization(s) . . . . . . . . . . . . . . . . . . . . . . . . | **1g** | | No |
| **h** | Purchase of assets from related organization(s) . . . . . . . . . . . . . . . . . . . . . . | **1h** | | No |
| **i** | Exchange of assets with related organization(s) . . . . . . . . . . . . . . . . . . . . . . | **1i** | | No |
| **j** | Lease of facilities, equipment, or other assets to related organization(s) . . . . . . . . . . . . . . | **1j** | Yes | |
| **k** | Lease of facilities, equipment, or other assets from related organization(s) . . . . . . . . . . . . . | **1k** | | No |
| **l** | Performance of services or membership or fundraising solicitations for related organization(s) . . . . . . . . . | **1l** | | No |
| **m** | Performance of services or membership or fundraising solicitations by related organization(s) . . . . . . . . . | **1m** | | No |
| **n** | Sharing of facilities, equipment, mailing lists, or other assets with related organization(s) . . . . . . . . . | **1n** | | No |
| **o** | Sharing of paid employees with related organization(s) . . . . . . . . . . . . . . . . . . . | **1o** | Yes | |
| **p** | Reimbursement paid to related organization(s) for expenses . . . . . . . . . . . . . . . . . . | **1p** | Yes | |
| **q** | Reimbursement paid by related organization(s) for expenses . . . . . . . . . . . . . . . . . . | **1q** | | No |
| **r** | Other transfer of cash or property to related organization(s) . . . . . . . . . . . . . . . . . . | **1r** | | No |
| **s** | Other transfer of cash or property from related organization(s) . . . . . . . . . . . . . . . . . | **1s** | | No |

**2** If the answer to any of the above is "Yes," see the instructions for information on who must complete this line, including covered relationships and transaction thresholds.

| **(a)**<br>Name of related organization | **(b)**<br>Transaction<br>type (a-s) | **(c)**<br>Amount involved | **(d)**<br>Method of determining amount involved |
|---|---|---|---|
| **(1)** Internet Archive | b | 750,000 | FMV |
| **(2)** Internet Archive | c | 16,750,000 | FMV |
| **(3)** Internet Archive | d | 2,600,000 | FMV |
| **(4)** Internet Archive | j | 182,858 | FMV |
| **(5)** Internet Archive | o | 170,401 | FMV |
| **(6)** Internet Archive | p | 24,685 | FMV |

**Schedule R (Form 990) 2019**

Case 1:20-cv-04160-JGK-OTW Document 96-102 Filed 07/07/22 Page 49 of 48

| **Part VI** | **Unrelated Organizations Taxable as a Partnership** Complete if the organization answered "Yes" on Form 990, Part IV, line 37. |

Provide the following information for each entity taxed as a partnership through which the organization conducted more than five percent of its activities (measured by total assets or gross revenue) that was not a related organization. See instructions regarding exclusion for certain investment partnerships.

| **(a)**<br>Name, address, and EIN of entity | **(b)**<br>Primary activity | **(c)**<br>Legal domicile (state or foreign country) | **(d)**<br>Predominant income (related, unrelated, excluded from tax under sections 512-514) | **(e)**<br>Are all partners section 501(c)(3) organizations? | | **(f)**<br>Share of total income | **(g)**<br>Share of end-of-year assets | **(h)**<br>Disproprtionate allocations? | | **(i)**<br>Code V-UBI amount in box 20 of Schedule K-1 (Form 1065) | **(j)**<br>General or managing partner? | | **(k)**<br>Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Yes | No | | | Yes | No | | Yes | No | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

A-2411

Case 23-1260, Document 71, 12/15/2023, 3598440, Page107 of 249

**Part VII** **Supplemental Information.**

Provide additional information for responses to questions on Schedule R. (see instructions).

| Return Reference | Explanation |
| --- | --- |
| | |

A-2412

**Additional Data**

| | |
|---|---|
| **Software ID:** | 19009920 |
| **Software Version:** | 2019v5.0 |
| **EIN:** | 94-3400461 |
| **Name:** | Open Library of Richmond Inc |

**Form 990, Schedule R, Part V - Transactions With Related Organizations**

| (a)<br>Name of related organization | (b)<br>Transaction<br>type(a-s) | (c)<br>Amount Involved | (d)<br>Method of determining amount involved |
|---|---|---|---|
| Internet Archive | b | 750,000 | FMV |
| Internet Archive | c | 16,750,000 | FMV |
| Internet Archive | d | 2,600,000 | FMV |
| Internet Archive | j | 182,858 | FMV |
| Internet Archive | o | 170,401 | FMV |
| Internet Archive | p | 24,685 | FMV |

A-2413

# McNamara Declaration

# Exhibit 75

# part 1

Form **990**

OMB No. 1545-0047

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

► Do not enter social security numbers on this form as it may be made public.
► Information about Form 990 and its instructions is at *www.irs.gov/form990*.

**2016**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A** For the 2016 calendar year, or tax year beginning _____ , 2016, and ending _____

| **B** Check if applicable: | **C** | | **D** Employer identification number |
|---|---|---|---|
| ☐ Address change | Internet Archive | | 94-3242767 |
| ☐ Name change | 300 Funston Avenue | | **E** Telephone number |
| ☐ Initial return | San Francisco, CA 94118-2116 | | 415-561-6767 |
| ☐ Final return/terminated | | | |
| ☐ Amended return | | | **G** Gross receipts $  17,530,524. |
| ☐ Application pending | **F** Name and address of principal officer: Jacques Cressaty | | **H(a)** Is this a group return for subordinates? ☐ Yes ☒ No |
| | Same As C Above | | **H(b)** Are all subordinates included? ☐ Yes ☐ No |
| | | | If 'No,' attach a list. (see instructions) |

**I** Tax-exempt status ☒ 501(c)(3)  ☐ 501(c) ( ) ◄ (insert no.)  ☐ 4947(a)(1) or  ☐ 527

**J** Website: ► www.archive.org

**H(c)** Group exemption number ►

**K** Form of organization: ☒ Corporation  ☐ Trust  ☐ Association  ☐ Other ►     **L** Year of formation: 1996    **M** State of legal domicile: CA

### Part I  Summary

**Activities & Governance**

1 Briefly describe the organization's mission or most significant activities: Internet Archive was founded in 1996 to build an Internet library with the purpose of offering permanent access for researchers, historians and scholars to historical collections that exist in digital format including texts, audio, movies, images, software and web pages.

2 Check this box ► ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | | |
|---|---|---|---|
| 3 Number of voting members of the governing body (Part VI, line 1a)............................ | **3** | 4 |
| 4 Number of independent voting members of the governing body (Part VI, line 1b)............. | **4** | 3 |
| 5 Total number of individuals employed in calendar year 2016 (Part V, line 2a)............... | **5** | 179 |
| 6 Total number of volunteers (estimate if necessary)........................................... | **6** | 17 |
| 7a Total unrelated business revenue from Part VIII, column (C), line 12......................... | **7a** | 0. |
| b Net unrelated business taxable income from Form 990-T, line 34 ............................ | **7b** | 0. |

**Revenue**

| | | Prior Year | Current Year |
|---|---|---|---|
| 8 | Contributions and grants (Part VIII, line 1h).......................................... | 4,787,757. | 7,981,032. |
| 9 | Program service revenue (Part VIII, line 2g)........................................... | 9,237,954. | 9,366,299. |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d)...................... | 119. | 129. |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e)............ | -49,962. | 183,064. |
| 12 | Total revenue — add lines 8 through 11 (must equal Part VIII, column (A), line 12)..... | 13,975,868. | 17,530,524. |

**Expenses**

| | | | |
|---|---|---|---|
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1-3) ..................... | 314,032. | 907,794. |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4) ....................... | | |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10)..... | 8,943,510. | 8,396,973. |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e)....................... | | |
| b | Total fundraising expenses (Part IX, column (D), line 25) ►  1,025. | | |
| 17 | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e)....................... | 6,404,860. | 7,128,590. |
| 18 | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25)............. | 15,662,402. | 16,433,357. |
| 19 | Revenue less expenses. Subtract line 18 from line 12............................... | -1,686,534. | 1,097,167. |

**Net Assets or Fund Balances**

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| 20 | Total assets (Part X, line 16)........................................................ | 2,952,483. | 3,556,529. |
| 21 | Total liabilities (Part X, line 26)..................................................... | 1,539,810. | 1,046,689. |
| 22 | Net assets or fund balances. Subtract line 21 from line 20........................... | 1,412,673. | 2,509,840. |

### Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| **Sign Here** | ► Signature of officer | | Date |
|---|---|---|---|
| | ► Jacques Cressaty | | Secretary |
| | Type or print name and title | | |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Michael Fontanello | Michael Fontanello | | | P01471027 |
| | Firm's name ► Fontanello, Duffield & Otake, LLP | | | | |
| | Firm's address ► 44 Montgomery Street, Suite 1305 | | Firm's EIN ► 37-1420474 | | |
| | San Francisco, CA 94104 | | Phone no. (415) 983-0200 | | |

May the IRS discuss this return with the preparer shown above? (see instructions)........................ ☐ Yes ☒ No

**BAA For Paperwork Reduction Act Notice, see the separate instructions.**          TEEA0113L  11/16/16          Form **990** (2016)

INTARC00136985

Form 990 (2016)  Internet Archive                                         94-3242767              Page 2

**Part III  Statement of Program Service Accomplishments**

Check if Schedule O contains a response or note to any line in this Part III............................................. ☒

1  Briefly describe the organization's mission:

See Schedule O
_____
_____
_____

2  Did the organization undertake any significant program services during the year which were not listed on the prior
    Form 990 or 990-EZ?..................................................................................... ☐ Yes ☒ No
    If 'Yes,' describe these new services on Schedule O.

3  Did the organization cease conducting, or make significant changes in how it conducts, any program services?.... ☐ Yes ☒ No
    If 'Yes,' describe these changes on Schedule O.

4  Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses.
    Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses,
    and revenue, if any, for each program service reported.

4a (Code: _____ ) (Expenses $  15,929,914. including grants of $       907,794.) (Revenue $   9,366,299.)
    In 2016 we increased collecting data (web, books, films) and we also increased
    curatorial input.
    We have experimented with "curators" in the Film, Music and software areas. We have
    positively tested 78 rpm records scanning and are testing a super scanning center in
    Hong Kong for both books and CD's.
    We have the same amount of employees as last year and about the same revenues, we
    increased by 4 Petabytes the total archive up to 30 Petabytes. We served about
    900,000 people per day through the Wayback Machine. We are in the top 250-300
    websites according to Alexa Internet.
    _____
    _____

4b (Code: _____ ) (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

4c (Code: _____ ) (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

4d Other program services (Describe in Schedule O.)
    (Expenses  $ _____ including grants of  $ _____ ) (Revenue $ _____ )

4e Total program service expenses ▶      15,929,914.

BAA                                TEEA0102L  11/16/16                           Form **990** (2016)

INTARC00136986

A-2416

Form 990 (2016)    Internet Archive         94-3242767      Page 3

| Part IV | Checklist of Required Schedules |

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If 'Yes,' complete Schedule A* | **1** | X | |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? | **2** | X | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If 'Yes,' complete Schedule C, Part I* | **3** | | X |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If 'Yes,' complete Schedule C, Part II* | **4** | | X |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If 'Yes,' complete Schedule C, Part III* | **5** | | X |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If 'Yes,' complete Schedule D, Part I* | **6** | | X |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If 'Yes,' complete Schedule D, Part II* | **7** | | X |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If 'Yes,' complete Schedule D, Part III* | **8** | | X |
| 9 | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If 'Yes,' complete Schedule D, Part IV* | **9** | | X |
| 10 | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi-endowments? *If 'Yes,' complete Schedule D, Part V* | **10** | | X |
| 11 | If the organization's answer to any of the following questions is 'Yes', then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If 'Yes,' complete Schedule D, Part VI* | **11a** | X | |
| **b** | Did the organization report an amount for investments – other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If 'Yes,' complete Schedule D, Part VII* | **11b** | | X |
| **c** | Did the organization report an amount for investments – program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If 'Yes,' complete Schedule D, Part VIII* | **11c** | | X |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If 'Yes,' complete Schedule D, Part IX* | **11d** | | X |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If 'Yes,' complete Schedule D, Part X* | **11e** | | X |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If 'Yes,' complete Schedule D, Part X* | **11f** | X | |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If 'Yes,' complete Schedule D, Parts XI and XII* | **12a** | X | |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If 'Yes,' and if the organization answered 'No' to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | | X |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If 'Yes,' complete Schedule E* | **13** | | X |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | X | |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If 'Yes,' complete Schedule F, Parts I and IV* | **14b** | X | |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If 'Yes,' complete Schedule F, Parts II and IV* | **15** | X | |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If 'Yes,' complete Schedule F, Parts III and IV* | **16** | | X |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If 'Yes,' complete Schedule G, Part I* (see instructions) | **17** | | X |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If 'Yes,' complete Schedule G, Part II* | **18** | | X |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If 'Yes,' complete Schedule G, Part III* | **19** | | X |

BAA           TEEA0103L   11/16/16          Form **990** (2016)

INTARC00136987

Form 990 (2016)    Internet Archive    94-3242767    Page **4**

| Part IV | Checklist of Required Schedules *(continued)* | | | |
|---|---|---|---|---|
| | | | Yes | No |
| **20a** | Did the organization operate one or more hospital facilities? *If 'Yes,' complete Schedule H.* | **20a** | | X |
| **b** | If 'Yes' to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If 'Yes,' complete Schedule I, Parts I and II.* | **21** | X | |
| **22** | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If 'Yes,' complete Schedule I, Parts I and III.* | **22** | | X |
| **23** | Did the organization answer 'Yes' to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If 'Yes,' complete Schedule J.* | **23** | X | |
| **24a** | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If 'Yes,' answer lines 24b through 24d and complete Schedule K. If 'No,' go to line 25a.* | **24a** | | X |
| **b** | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | **24b** | | |
| **c** | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | **24c** | | |
| **d** | Did the organization act as an 'on behalf of' issuer for bonds outstanding at any time during the year? | **24d** | | |
| **25a** | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If 'Yes,' complete Schedule L, Part I.* | **25a** | | X |
| **b** | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If 'Yes,' complete Schedule L, Part I.* | **25b** | | X |
| **26** | Did the organization report any amount on Part X, line 5, 6, or 22 for receivables from or payables to any current or former officers, directors, trustees, key employees, highest compensated employees, or disqualified persons? *If 'Yes,' complete Schedule L, Part II.* | **26** | | X |
| **27** | Did the organization provide a grant or other assistance to an officer, director, trustee, key employee, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity or family member of any of these persons? *If 'Yes,' complete Schedule L, Part III.* | **27** | | X |
| **28** | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| **a** | A current or former officer, director, trustee, or key employee? *If 'Yes,' complete Schedule L, Part IV.* | **28a** | | X |
| **b** | A family member of a current or former officer, director, trustee, or key employee? *If 'Yes,' complete Schedule L, Part IV.* | **28b** | | X |
| **c** | An entity of which a current or former officer, director, trustee, or key employee (or a family member thereof) was an officer, director, trustee, or direct or indirect owner? *If 'Yes,' complete Schedule L, Part IV.* | **28c** | | X |
| **29** | Did the organization receive more than $25,000 in non-cash contributions? *If 'Yes,' complete Schedule M.* | **29** | | X |
| **30** | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If 'Yes,' complete Schedule M.* | **30** | | X |
| **31** | Did the organization liquidate, terminate, or dissolve and cease operations? *If 'Yes,' complete Schedule N, Part I.* | **31** | | X |
| **32** | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If 'Yes,' complete Schedule N, Part II.* | **32** | | X |
| **33** | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If 'Yes,' complete Schedule R, Part I.* | **33** | | X |
| **34** | Was the organization related to any tax-exempt or taxable entity? *If 'Yes,' complete Schedule R, Part II, III, or IV, and Part V, line 1.* | **34** | X | |
| **35a** | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | **35a** | | X |
| **b** | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If 'Yes,' complete Schedule R, Part V, line 2* | **35b** | | |
| **36** | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If 'Yes,' complete Schedule R, Part V, line 2.* | **36** | | X |
| **37** | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If 'Yes,' complete Schedule R, Part VI.* | **37** | | X |
| **38** | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. | **38** | | X |

BAA    Form **990** (2016)

TEEA0104L  11/16/16

INTARC00136988

A-2418

Form 990 (2016)    Internet Archive                                                    94-3242767                    Page 5

**Part V** | **Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V.......................................................... ☐

| | | | Yes | No |
|---|---|---|---|---|
| **1 a** Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable............. | **1 a** | 31 | | |
| **b** Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable............. | **1 b** | 0 | | |
| **c** Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners?......................................................................................................... | | | **1 c** | | X |
| **2 a** Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return...... | **2 a** | 179 | | |
| **b** If at least one is reported on line 2a, did the organization file all required federal employment tax returns?............. | | | **2 b** | X | |
| **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file* (see instructions) | | | | | |
| **3 a** Did the organization have unrelated business gross income of $1,000 or more during the year?........................ | | | **3 a** | | X |
| **b** If 'Yes,' has it filed a Form 990-T for this year? *If 'No' to line 3b, provide an explanation in Schedule O*................ | | | **3 b** | | |
| **4 a** At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)?......... | | | **4 a** | | X |
| **b** If 'Yes,' enter the name of the foreign country: ▶ | | | | | |
| See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | | |
| **5 a** Was the organization a party to a prohibited tax shelter transaction at any time during the tax year?................... | | | **5 a** | | X |
| **b** Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction?............ | | | **5 b** | | X |
| **c** If 'Yes,' to line 5a or 5b, did the organization file Form 8886-T?.................................................................. | | | **5 c** | | |
| **6 a** Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions?............................................. | | | **6 a** | | X |
| **b** If 'Yes,' did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible?..................................................................................................................... | | | **6 b** | | |
| **7** Organizations that may receive deductible contributions under section 170(c). | | | | | |
| **a** Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor?............................................................................................................ | | | **7 a** | | X |
| **b** If 'Yes,' did the organization notify the donor of the value of the goods or services provided?........................... | | | **7 b** | | |
| **c** Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282?..................................................................................................................................... | | | **7 c** | | X |
| **d** If 'Yes,' indicate the number of Forms 8282 filed during the year.......................... | **7 d** | | | | |
| **e** Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract?........ | | | **7 e** | | X |
| **f** Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract?............ | | | **7 f** | | X |
| **g** If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required?................................................................................................................................ | | | **7 g** | | |
| **h** If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C?.................................................................................................................................. | | | **7 h** | | |
| **8** **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year?................................................... | | | **8** | | |
| **9** **Sponsoring organizations maintaining donor advised funds.** | | | | | |
| **a** Did the sponsoring organization make any taxable distributions under section 4966?..................................... | | | **9 a** | | |
| **b** Did the sponsoring organization make a distribution to a donor, donor advisor, or related person?..................... | | | **9 b** | | |
| **10** **Section 501(c)(7) organizations.** Enter: | | | | | |
| **a** Initiation fees and capital contributions included on Part VIII, line 12..................... | **10 a** | | | | |
| **b** Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities ..... | **10 b** | | | | |
| **11** **Section 501(c)(12) organizations.** Enter: | | | | | |
| **a** Gross income from members or shareholders ............................................. | **11 a** | | | | |
| **b** Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.)........................................... | **11 b** | | | | |
| **12a** **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041?............ | | | **12 a** | | |
| **b** If 'Yes,' enter the amount of tax-exempt interest received or accrued during the year ...... | **12 b** | | | | |
| **13** **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | | |
| **a** Is the organization licensed to issue qualified health plans in more than one state?................................... | | | **13 a** | | |
| **Note.** See the instructions for additional information the organization must report on Schedule O. | | | | | |
| **b** Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans ......................... | **13 b** | | | | |
| **c** Enter the amount of reserves on hand .................................................. | **13 c** | | | | |
| **14 a** Did the organization receive any payments for indoor tanning services during the tax year?.......................... | | | **14 a** | | X |
| **b** If 'Yes,' has it filed a Form 720 to report these payments? *If 'No,' provide an explanation in Schedule O*............... | | | **14 b** | | |

BAA                                                TEEA0105L  11/16/16                                    Form **990** (2016)

INTARC00136989

A-2419

Form 990 (2016) Internet Archive 94-3242767 Page 6

**Part VI** | Governance, Management, and Disclosure *For each 'Yes' response to lines 2 through 7b below, and for a 'No' response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.*

Check if Schedule O contains a response or note to any line in this Part VI .......................................... ☒

**Section A. Governing Body and Management**

| | | | Yes | No |
|---|---|---|---|---|
| 1a | Enter the number of voting members of the governing body at the end of the tax year ..... 1a 4 If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | |
| b | Enter the number of voting members included in line 1a, above, who are independent ..... 1b 3 | | | |
| 2 | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? ...................................... | 2 | | X |
| 3 | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, or trustees, or key employees to a management company or other person? ................ | 3 | | X |
| 4 | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? ............................................ | 4 | | X |
| 5 | Did the organization become aware during the year of a significant diversion of the organization's assets? ............ | 5 | | X |
| 6 | Did the organization have members or stockholders? ...................................... | 6 | | X |
| 7a | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? ............................................ | 7a | | X |
| b | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? ...................................... | 7b | | X |
| 8 | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | |
| a | The governing body? ............................................ | 8a | X | |
| b | Each committee with authority to act on behalf of the governing body? ...................................... | 8b | X | |
| 9 | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If 'Yes,' provide the names and addresses in Schedule O* ...................... | 9 | | X |

**Section B. Policies** *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | | Yes | No |
|---|---|---|---|---|
| 10a | Did the organization have local chapters, branches, or affiliates? ...................................... | 10a | | X |
| b | If 'Yes,' did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | 10b | | |
| 11a | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? .................... | 11a | | X |
| b | Describe in Schedule O the process, if any, used by the organization to review this Form 990. See Schedule O | | | |
| 12a | Did the organization have a written conflict of interest policy? *If 'No,' go to line 13.* ...................... | 12a | | X |
| b | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? ............................................ | 12b | | |
| c | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If 'Yes,' describe in Schedule O how this was done.* | 12c | | |
| 13 | Did the organization have a written whistleblower policy? ...................................... | 13 | X | |
| 14 | Did the organization have a written document retention and destruction policy? ...................................... | 14 | X | |
| 15 | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| a | The organization's CEO, Executive Director, or top management official ...................................... | 15a | | X |
| b | Other officers or key employees of the organization. ...................................... | 15b | | X |
| | If 'Yes' to line 15a or 15b, describe the process in Schedule O (see instructions). | | | |
| 16a | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? ............................................ | 16a | | X |
| b | If 'Yes,' did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? | 16b | | |

**Section C. Disclosure**

17 List the states with which a copy of this Form 990 is required to be filed ► CA

18 Section 6104 requires an organization to make its Forms 1023 (or 1024 if applicable), 990, and 990-T (Section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website ☐ Another's website ☒ Upon request ☐ Other (*explain in Schedule O*)

19 Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year. See Schedule O

20 State the name, address, and telephone number of the person who possesses the organization's books and records: ►

Jacques Cressaty 300 Funston Avenue San Francisco, CA 94118-2116 415-561-6767

BAA TEEA0106L 11/16/16 Form **990** (2016)

INTARC00136990

A-2420

Form 990 (2016)  Internet Archive                                  94-3242767                    Page 7

**Part VII** Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1 a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

 • List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

 • List all of the organization's **current** key employees, if any. See instructions for definition of 'key employee.'

 • List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

 • List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

 • List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

List persons in the following order: individual trustees or directors; institutional trustees; officers; key employees; highest compensated employees; and former such persons.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and Title | (B)<br>Average hours per week (list any hours for related organiza-tions below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) Rick Prelinger | 5 | | | | | | | | | |
| President | 0 | X | | X | | | | 0. | 0. | 0. |
| (2) Brewster Kahle | 40 | | | | | | | | | |
| Board Chair | 0 | X | | | | | | 0. | 0. | 0. |
| (3) Kathleen Burch | 1 | | | | | | | | | |
| Board Member | 0 | X | | | | | | 0. | 0. | 0. |
| (4) Jacques Cressaty | 40 | | | | | | | | | |
| Secretary | 0 | X | | X | | | | 134,062. | 0. | 7,483. |
| (5) John Gonzalez | 40 | | | | | | | | | |
| Dir Engineering | 0 | | | | | X | | 166,432. | 0. | 6,808. |
| (6) Tracey Jaquith | 40 | | | | | | | | | |
| Principal Engineer | 0 | | | | | X | | 152,353. | 0. | 7,497. |
| (7) Wendy Hanamura | 40 | | | | | | | | | |
| Dir of Partnership | 0 | | | | | X | | 160,966. | 0. | 322. |
| (8) Mark Graham | 40 | | | | | | | | | |
| Dir Wayback | 0 | | | | | X | | 158,012. | 0. | 7,476. |
| (9) Daniel Schultz | 40 | | | | | | | | | |
| Principal Engineer | 0 | | | | | X | | 146,649. | 0. | 6,892. |
| (10) | | | | | | | | | | |
| (11) | | | | | | | | | | |
| (12) | | | | | | | | | | |
| (13) | | | | | | | | | | |
| (14) | | | | | | | | | | |

**BAA**                                    TEEA0107L  11/16/16                         Form 990 (2016)

INTARC00136991

Form 990 (2016) Internet Archive                                      94-3242767        Page **8**

**Part VII** | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organiza-tions below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| _(15)_ _____ | | | | | | | | | | |
| _(16)_ _____ | | | | | | | | | | |
| _(17)_ _____ | | | | | | | | | | |
| _(18)_ _____ | | | | | | | | | | |
| _(19)_ _____ | | | | | | | | | | |
| _(20)_ _____ | | | | | | | | | | |
| _(21)_ _____ | | | | | | | | | | |
| _(22)_ _____ | | | | | | | | | | |
| _(23)_ _____ | | | | | | | | | | |
| _(24)_ _____ | | | | | | | | | | |
| _(25)_ _____ | | | | | | | | | | |
| **1 b** Sub-total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | | | | 918,474. | 0. | 36,478. |
| **c** Total from continuation sheets to Part VII, Section A . . . . . . . . . . . . . . . . . . . ▶ | | | | | | | | 0. | 0. | 0. |
| **d** Total (add lines 1b and 1c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | | | | 918,474. | 0. | 36,478. |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 24

| | | Yes | No |
|---|---|---|---|
| **3** Did the organization list any *former* officer, director, or trustee, key employee, or highest compensated employee on line 1a? *If 'Yes,' complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | | X |
| **4** For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If 'Yes,' complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | X | |
| **5** Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If 'Yes,' complete Schedule J for such person* . . . . . . . . . . . . . . . . . . . | **5** | | X |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| Ralf Muehlen 6200 California Street San Francisco, CA 94121 | Eng. Consulting | 106,962. |
| Nancy Watzman 2349 Dexter Street Denver, CO 80207 | News Consulting | 102,735. |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ 2

**BAA**                          TEEA0108L 11/16/16                          Form **990** (2016)

INTARC00136992

A-2422

Form 990 (2016)　Internet Archive　94-3242767　Page 9

| Part VIII | Statement of Revenue |

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □

|  |  |  | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512-514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | 1a Federated campaigns . . . . . . . . . | 1a | | | | |
| | b Membership dues . . . . . . . . . . . . | 1b | | | | |
| | c Fundraising events . . . . . . . . . . . | 1c | | | | |
| | d Related organizations . . . . . . . . . | 1d | 4,840,000. | | | |
| | e Government grants (contributions) . . . . | 1e | 225,696. | | | |
| | f All other contributions, gifts, grants, and similar amounts not included above . . . | 1f | 2,915,336. | | | |
| | g Noncash contributions included in lines 1a-1f: $ | | | | | |
| | h **Total.** Add lines 1a-1f . . . . . . . . . . . . . . . . . . ▶ | | 7,981,032. | | | |
| **Program Service Revenue** | | Business Code | | | | |
| | 2a Book Scanning | 900099 | 5,380,938. | 5,380,938. | | |
| | b Fees for Service | 900099 | 3,565,180. | 3,565,180. | | |
| | c Archive Fees | 900004 | 420,181. | 420,181. | | |
| | d | | | | | |
| | e | | | | | |
| | f All other program service revenue . . . | | | | | |
| | g **Total.** Add lines 2a-2f . . . . . . . . . . . . . . . . ▶ | | 9,366,299. | | | |
| **Other Revenue** | 3 Investment income (including dividends, interest and other similar amounts) . . . . . . . . . . . . . . . . . . . . . . ▶ | | 129. | | | 129. |
| | 4 Income from investment of tax-exempt bond proceeds . . ▶ | | | | | |
| | 5 Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | |
| | | (i) Real | (ii) Personal | | | | |
| | 6a Gross rents . . . . . . . . | | | | | | |
| | b Less: rental expenses | | | | | | |
| | c Rental income or (loss) . . . | | | | | | |
| | d Net rental income or (loss) . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | |
| | | (i) Securities | (ii) Other | | | | |
| | 7a Gross amount from sales of assets other than inventory | | | | | | |
| | b Less: cost or other basis and sales expenses . . . . . . | | | | | | |
| | c Gain or (loss) . . . . . . . | | | | | | |
| | d Net gain or (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | |
| | 8a Gross income from fundraising events (not including . $ of contributions reported on line 1c). See Part IV, line 18 . . . . . . . . . . . . . . . a | | | | | |
| | b Less: direct expenses . . . . . . . . . . . . . b | | | | | |
| | c Net income or (loss) from fundraising events . . . . . . . . ▶ | | | | | |
| | 9a Gross income from gaming activities. See Part IV, line 19 . . . . . . . . . . . . . . a | | | | | |
| | b Less: direct expenses . . . . . . . . . . . . . . b | | | | | |
| | c Net income or (loss) from gaming activities . . . . . . . . . . ▶ | | | | | |
| | 10a Gross sales of inventory, less returns and allowances . . . . . . . . . . . . . . . . . . . a | | | | | |
| | b Less: cost of goods sold . . . . . . . . . . b | | | | | |
| | c Net income or (loss) from sales of inventory . . . . . . . . . ▶ | | | | | |
| | | Miscellaneous Revenue | Business Code | | | | |
| | 11a Insurance Settlement | | 214,056. | | | 214,056. |
| | b Miscellaneous | 900099 | 5,572. | 5,572. | | |
| | c Exchange Income/Loss | | -36,564. | | | -36,564. |
| | d All other revenue | | | | | |
| | e **Total.** Add lines 11a-11d . . . . . . . . . . . . . . . . . . . . . ▶ | | 183,064. | | | |
| | 12 **Total revenue.** See instructions . . . . . . . . . . . . . . . . . . . . ▶ | | 17,530,524. | 9,371,871. | 0. | 177,621. |

BAA　　　　　　　　　　　TEEA0109L　11/16/16　　　　　　　　　　　　　Form **990** (2016)

INTARC00136993

A-2423

Form 990 (2016)  Internet Archive                                  94-3242767                    Page **10**

| Part IX | Statement of Functional Expenses |
| --- | --- |

*Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).*

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | (A)<br>Total expenses | (B)<br>Program service expenses | (C)<br>Management and general expenses | (D)<br>Fundraising expenses |
| --- | --- | --- | --- | --- |
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . . . . . . . . . . . . . . . . . . | 65,183. | 65,183. | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . . . . . . | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 | 842,611. | 842,611. | | |
| **4** Benefits paid to or for members . . . . . . . . . . . | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . . . . . . . . . . . | 141,545. | 139,051. | 2,494. | 0. |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . . . . . . . . . . . . . | 0. | 0. | 0. | 0. |
| **7** Other salaries and wages . . . . . . . . . . . . . . . . | 7,073,697. | 6,971,059. | 102,638. | |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) . . . . . . . . . . . . . . | 20,809. | 18,312. | 2,497. | |
| **9** Other employee benefits . . . . . . . . . . . . . . . . . | 580,373. | 537,772. | 42,601. | |
| **10** Payroll taxes . . . . . . . . . . . . . . . . . . . . . . . . | 580,549. | 571,948. | 8,601. | |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **b** Legal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 68,240. | 62,896. | 5,344. | |
| **c** Accounting . . . . . . . . . . . . . . . . . . . . . . . . . . | 11,107. | 10,218. | 889. | |
| **d** Lobbying . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **e** Professional fundraising services. See Part IV, line 17. . . | | | | |
| **f** Investment management fees . . . . . . . . . . . . . . | | | | |
| **g** Other. (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O.) . . . . | 758,761. | 745,322. | 13,439. | |
| **12** Advertising and promotion . . . . . . . . . . . . . . . | | | | |
| **13** Office expenses . . . . . . . . . . . . . . . . . . . . . . | 136,685. | 122,865. | 13,820. | |
| **14** Information technology . . . . . . . . . . . . . . . . . . | | | | |
| **15** Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **16** Occupancy . . . . . . . . . . . . . . . . . . . . . . . . . . | 322,829. | 222,029. | 100,800. | |
| **17** Travel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 368,210. | 354,410. | 13,800. | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials . . . . . . . . . . . . . . . . . . . . . | | | | |
| **19** Conferences, conventions, and meetings . . . . | | | | |
| **20** Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **21** Payments to affiliates . . . . . . . . . . . . . . . . . . | | | | |
| **22** Depreciation, depletion, and amortization . . . | 958,341. | 940,392. | 17,949. | |
| **23** Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . | 81,418. | 74,766. | 6,652. | |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) . . . . . . . . . . . . . . . | | | | |
| **a** Data Storage | 3,685,727. | 3,685,727. | | |
| **b** Computer Technology | 270,836. | 226,896. | 43,940. | |
| **c** Postage and Shipping | 170,196. | 142,217. | 27,979. | |
| **d** Staff Resources | 87,400. | 66,267. | 21,133. | |
| **e** All other expenses . . . . . . . . . . . . . . . . . . . . | 208,840. | 129,973. | 77,842. | 1,025. |
| **25** Total functional expenses. Add lines 1 through 24e . . . | 16,433,357. | 15,929,914. | 502,418. | 1,025. |
| **26** Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720) . . . . . . . . . . . . | | | | |

BAA                                      TEEA0110L  11/16/16                                  Form **990** (2016)

INTARC00136994

Form 990 (2016)   Internet Archive                                94-3242767              Page **11**

| Part X | Balance Sheet |
|---|---|

Check if Schedule O contains a response or note to any line in this Part X . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

|  |  | **(A)** Beginning of year |  | **(B)** End of year |
|---|---|---|---|---|
| **Assets** | 1 Cash — non-interest-bearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 205,171. | 1 | 1,024,858. |
| | 2 Savings and temporary cash investments . . . . . . . . . . . . . . . . . . . . . . . . | 510,574. | 2 | |
| | 3 Pledges and grants receivable, net . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 89,634. | 3 | 175,757. |
| | 4 Accounts receivable, net . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 937,403. | 4 | 1,268,885. |
| | 5 Loans and other receivables from current and former officers, directors, trustees, key employees, and highest compensated employees. Complete Part II of Schedule L . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 5 | |
| | 6 Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), persons described in section 4958(c)(3)(B), and contributing employers and sponsoring organizations of section 501(c)(9) voluntary employees' beneficiary organizations (see instructions). Complete Part II of Schedule L . . . . . | | 6 | |
| | 7 Notes and loans receivable, net . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 7 | |
| | 8 Inventories for sale or use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 8 | |
| | 9 Prepaid expenses and deferred charges . . . . . . . . . . . . . . . . . . . . . . . . . | 15,635. | 9 | 15,635. |
| | 10a Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D . . . . . . . . . . . . . . . . . | **10a** | 7,268,312. | | |
| | b Less: accumulated depreciation . . . . . . . . . . . . . . . . **10b** 6,278,977. | 1,167,618. | 10c | 989,335. |
| | 11 Investments — publicly traded securities . . . . . . . . . . . . . . . . . . . . . . . . | 26,448. | 11 | 82,059. |
| | 12 Investments — other securities. See Part IV, line 11 . . . . . . . . . . . . . . . . | | 12 | |
| | 13 Investments — program-related. See Part IV, line 11 . . . . . . . . . . . . . . . | | 13 | |
| | 14 Intangible assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14 | |
| | 15 Other assets. See Part IV, line 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 15 | |
| | 16 **Total assets.** Add lines 1 through 15 (must equal line 34) . . . . . . . . . . . . . | 2,952,483. | 16 | 3,556,529. |
| **Liabilities** | 17 Accounts payable and accrued expenses . . . . . . . . . . . . . . . . . . . . . . . . | 741,054. | 17 | 877,336. |
| | 18 Grants payable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 18 | |
| | 19 Deferred revenue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 798,756. | 19 | 169,353. |
| | 20 Tax-exempt bond liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 20 | |
| | 21 Escrow or custodial account liability. Complete Part IV of Schedule D . . . . . . . | | 21 | |
| | 22 Loans and other payables to current and former officers, directors, trustees, key employees, highest compensated employees, and disqualified persons. Complete Part II of Schedule L . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 22 | |
| | 23 Secured mortgages and notes payable to unrelated third parties . . . . . . . . | | 23 | |
| | 24 Unsecured notes and loans payable to unrelated third parties . . . . . . . . . . . . . | | 24 | |
| | 25 Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D | | 25 | |
| | 26 **Total liabilities.** Add lines 17 through 25 . . . . . . . . . . . . . . . . . . . . . . . . . | 1,539,810. | 26 | 1,046,689. |
| **Net Assets or Fund Balances** | **Organizations that follow SFAS 117 (ASC 958), check here ▶** ☒ **and complete lines 27 through 29, and lines 33 and 34.** | | | |
| | 27 Unrestricted net assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,412,673. | 27 | 2,509,840. |
| | 28 Temporarily restricted net assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 28 | |
| | 29 Permanently restricted net assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 29 | |
| | **Organizations that do not follow SFAS 117 (ASC 958), check here ▶** ☐ **and complete lines 30 through 34.** | | | |
| | 30 Capital stock or trust principal, or current funds . . . . . . . . . . . . . . . . . . . . | | 30 | |
| | 31 Paid-in or capital surplus, or land, building, or equipment fund . . . . . . . . . . . . . | | 31 | |
| | 32 Retained earnings, endowment, accumulated income, or other funds . . . . . . . . . | | 32 | |
| | 33 Total net assets or fund balances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,412,673. | 33 | 2,509,840. |
| | 34 Total liabilities and net assets/fund balances . . . . . . . . . . . . . . . . . . . . . . | 2,952,483. | 34 | 3,556,529. |

BAA                                                                            Form **990** (2016)

TEEA0111L  11/16/16

INTARC00136995

A-2425

Form 990 (2016)   Internet Archive                                94-3242767              Page **12**

## Part XI | Reconciliation of Net Assets

Check if Schedule O contains a response or note to any line in this Part XI .................................. ☐

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) | 1 | 17,530,524. |
| 2 | Total expenses (must equal Part IX, column (A), line 25) | 2 | 16,433,357. |
| 3 | Revenue less expenses. Subtract line 2 from line 1 | 3 | 1,097,167. |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 33, column (A)) | 4 | 1,412,673. |
| 5 | Net unrealized gains (losses) on investments | 5 | |
| 6 | Donated services and use of facilities | 6 | |
| 7 | Investment expenses | 7 | |
| 8 | Prior period adjustments | 8 | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) | 9 | 0. |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 33, column (B)) | 10 | 2,509,840. |

## Part XII | Financial Statements and Reporting

Check if Schedule O contains a response or note to any line in this Part XII .................................. ☐

| | | Yes | No |
|---|---|---|---|
| 1 Accounting method used to prepare the Form 990: ☐ Cash ☒ Accrual ☐ Other _____ | | | |
| If the organization changed its method of accounting from a prior year or checked 'Other,' explain in Schedule O. | | | |
| **2 a** Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | | X |
| If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | | |
| ☐ Separate basis ☐ Consolidated basis ☐ Both consolidated and separate basis | | | |
| **b** Were the organization's financial statements audited by an independent accountant? | **2b** | X | |
| If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | | |
| ☒ Separate basis ☐ Consolidated basis ☐ Both consolidated and separate basis | | | |
| **c** If 'Yes' to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | X | |
| If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | | |
| **3 a** As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | | X |
| **b** If 'Yes,' did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | **3b** | | |

**BAA**                                                                          Form **990** (2016)

TEEA0112L  11/16/16

INTARC00136996

| SCHEDULE A<br>(Form 990 or 990-EZ) | **Public Charity Status and Public Support** | OMB No. 1545-0047 |
|---|---|---|
| | Complete if the organization is a section 501(c)(3) organization or a section<br>4947(a)(1) nonexempt charitable trust. | **2016** |
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to Form 990 or Form 990-EZ.<br>▶ Information about Schedule A (Form 990 or 990-EZ) and its instructions is<br>at *www.irs.gov/form990*. | Open to Public<br>Inspection |

| Name of the organization | Employer identification number |
|---|---|
| Internet Archive | 94-3242767 |

**Part I** | **Reason for Public Charity Status** (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1 ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ).)

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii)** Enter the hospital's
name, city, and state: _____

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in
**section 170(b)(1)(A)(iv).** (Complete Part II.)

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described
in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8 ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9 ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college
or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or
university: _____

10 ☒ An organization that normally receives: (1) more than 33-1/3% of its support from contributions, membership fees, and gross receipts
from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33-1/3% of its support from gross
investment income and unrelated business income (less section 511 tax) from businesses acquired by the organization after
June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11 ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one
or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in
lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported
organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must
complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or
management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You
must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported
organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not
functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see
instructions). **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally
integrated, or Type III non-functionally integrated supporting organization.

f Enter the number of supported organizations ................................................................. ☐

g Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1-10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | Yes | No | | |
| (A) | | | | | | |
| (B) | | | | | | |
| (C) | | | | | | |
| (D) | | | | | | |
| (E) | | | | | | |
| Total | | | | | | |

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.** | **Schedule A (Form 990 or 990-EZ) 2016**

TEEA0401L 09/28/16

INTARC00136997

Schedule A (Form 990 or 990-EZ) 2016  Internet Archive                    94-3242767                    Page **2**

**Part II** **Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)**
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2012 | (b) 2013 | (c) 2014 | (d) 2015 | (e) 2016 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received. (Do not include any 'unusual grants.') . . . . . . | | | | | | |
| 2 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf . . . . . . . . . . . . . . . | | | | | | |
| 3 The value of services or facilities furnished by a governmental unit to the organization without charge . . . | | | | | | |
| 4 **Total.** Add lines 1 through 3 . . . | | | | | | |
| 5 The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) . . | | | | | | |
| 6 **Public support.** Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . | | | | | | |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2012 | (b) 2013 | (c) 2014 | (d) 2015 | (e) 2016 | (f) Total |
|---|---|---|---|---|---|---|
| 7 Amounts from line 4 . . . . . . . . . | | | | | | |
| 8 Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources . . . . . . . . . . . . . . | | | | | | |
| 9 Net income from unrelated business activities, whether or not the business is regularly carried on . . . . . . . . . . . . . . . . . . | | | | | | |
| 10 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . . . . . . . . . . . . . . . . . | | | | | | |
| 11 **Total support.** Add lines 7 through 10 . . . . . . . . . . . . . . . . | | | | | | |

12 Gross receipts from related activities, etc. (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | |

13 **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| 14 Public support percentage for 2016 (line 6, column (f) divided by line 11, column (f)) . . . . . . . . . . . . . . . . . . . . . | 14 | % |
| 15 Public support percentage from 2015 Schedule A, Part II, line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | % |

16a **33-1/3% support test—2016.** If the organization did not check the box on line 13, and line 14 is 33-1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

b **33-1/3% support test—2015.** If the organization did not check a box on line 13 or 16a, and line 15 is 33-1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

17a **10%-facts-and-circumstances test—2016.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the 'facts-and-circumstances' test, check this box and **stop here.** Explain in Part VI how the organization meets the 'facts-and-circumstances' test. The organization qualifies as a publicly supported organization . . . . . . . . . ▶ ☐

b **10%-facts-and-circumstances test—2015.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the 'facts-and-circumstances' test, check this box and **stop here.** Explain in Part VI how the organization meets the 'facts-and-circumstances' test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . ▶ ☐

18 **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . ▶ ☐

**BAA**                                                                     Schedule A (Form 990 or 990-EZ) 2016

TEEA0402L  09/28/16

INTARC00136998

Schedule A (Form 990 or 990-EZ) 2016    Internet Archive    94-3242767    Page **3**

**Part III**   Support Schedule for Organizations Described in Section 509(a)(2)

(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2012 | (b) 2013 | (c) 2014 | (d) 2015 | (e) 2016 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received. (Do not include any 'unusual grants.') | 6,119,536. | 5,409,748. | 5,345,554. | 4,787,757. | 7,981,032. | 29,643,627. |
| 2 Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | 6,945,455. | 7,143,762. | 7,417,330. | 9,237,954. | 9,366,299. | 40,110,800. |
| 3 Gross receipts from activities that are not an unrelated trade or business under section 513. | | | | | | 0. |
| 4 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | 0. |
| 5 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | 0. |
| 6 **Total.** Add lines 1 through 5 | 13064991. | 12553510. | 12762884. | 14025711. | 17347331. | 69,754,427. |
| 7a Amounts included on lines 1, 2, and 3 received from disqualified persons | 3,785,156. | 18,162. | 5,671. | 1,300,000. | 4,870,000. | 9,978,989. |
| b Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | 119,347. | 1,074,865. | 72,367. | 0. | 3,513,445. | 4,780,024. |
| c Add lines 7a and 7b | 3,904,503. | 1,093,027. | 78,038. | 1,300,000. | 8,383,445. | 14,759,013. |
| 8 **Public support.** (Subtract line 7c from line 6.) | | | | | | 54,995,414. |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2012 | (b) 2013 | (c) 2014 | (d) 2015 | (e) 2016 | (f) Total |
|---|---|---|---|---|---|---|
| 9 Amounts from line 6 | 13064991. | 12553510. | 12762884. | 14025711. | 17347331. | 69,754,427. |
| 10a Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources | 355. | 565. | 419. | 119. | 129. | 1,587. |
| b Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | | | | | | 0. |
| c Add lines 10a and 10b | 355. | 565. | 419. | 119. | 129. | 1,587. |
| 11 Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | | | | | | 0. |
| 12 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) | | | | | | 0. |
| 13 **Total support.** (Add lines 9, 10c, 11, and 12.) | 13065346. | 12554075. | 12763303. | 14025830. | 17347460. | 69,756,014. |

14 **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here.** ▶ ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| 15 Public support percentage for 2016 (line 8, column (f) divided by line 13, column (f)) | 15 | 78.84 % |
| 16 Public support percentage from 2015 Schedule A, Part III, line 15 | 16 | 87.83 % |

## Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| 17 Investment income percentage for **2016** (line 10c, column (f) divided by line 13, column (f)) | 17 | 0.00 % |
| 18 Investment income percentage from **2015** Schedule A, Part III, line 17 | 18 | 0.00 % |

19a **33-1/3% support tests—2016.** If the organization did not check the box on line 14, and line 15 is more than 33-1/3%, and line 17 is not more than 33-1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☒

b **33-1/3% support tests—2015.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33-1/3%, and line 18 is not more than 33-1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

20 **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions ▶ ☐

**BAA**     TEEA0403L 09/28/16     Schedule A (Form 990 or 990-EZ) 2016

INTARC00136999

Schedule A (Form 990 or 990-EZ) 2016    Internet Archive                94-3242767         Page 4

| Part IV | Supporting Organizations |
|---------|--------------------------|

(Complete only if you checked a box in line 12 on Part I. If you checked 12a of Part I, complete Sections A and B. If you checked 12b of Part I, complete Sections A and C. If you checked 12c of Part I, complete Sections A, D, and E. If you checked 12d of Part I, complete Sections A and D, and complete Part V.)

**Section A. All Supporting Organizations**

| | | Yes | No |
|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If 'No,' describe in Part VI how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* | **1** | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509(a)(1) or (2)? *If 'Yes,' explain in Part VI how the organization determined that the supported organization was described in section 509(a)(1) or (2).* | **2** | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If 'Yes,' answer (b) and (c) below.* | **3a** | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If 'Yes,' describe in Part VI when and how the organization made the determination.* | **3b** | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If 'Yes,' explain in Part VI what controls the organization put in place to ensure such use.* | **3c** | |
| **4a** | Was any supported organization not organized in the United States ('foreign supported organization')? *If 'Yes' and if you checked 12a or 12b in Part I, answer (b) and (c) below.* | **4a** | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If 'Yes,' describe in Part VI how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* | **4b** | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If 'Yes,' explain in Part VI what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* | **4c** | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If 'Yes,' answer (b) and (c) below (if applicable). Also, provide detail in Part VI, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* | **5a** | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? | **5b** | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? | **5c** | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If 'Yes,' provide detail in Part VI.* | **6** | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If 'Yes,' complete Part I of Schedule L (Form 990 or 990-EZ).* | **7** | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described in line 7? *If 'Yes,' complete Part I of Schedule L (Form 990 or 990-EZ).* | **8** | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If 'Yes,' provide detail in Part VI.* | **9a** | |
| **b** | Did one or more disqualified persons (as defined in line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If 'Yes,' provide detail in Part VI.* | **9b** | |
| **c** | Did a disqualified person (as defined in line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If 'Yes,' provide detail in Part VI.* | **9c** | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If 'Yes,' answer 10b below.* | **10a** | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings.)* | **10b** | |

BAA                                    TEEA0404L  09/28/16                Schedule A (Form 990 or 990-EZ) 2016

INTARC00137000

Schedule A (Form 990 or 990-EZ) 2016     Internet Archive        94-3242767        Page 5

## Part IV   Supporting Organizations *(continued)*

| | | Yes | No |
|---|---|---|---|
| 11 | Has the organization accepted a gift or contribution from any of the following persons? | | |
| a | A person who directly or indirectly controls, either alone or together with persons described in (b) and (c) below, the governing body of a supported organization? **11a** | | |
| b | A family member of a person described in (a) above? **11b** | | |
| c | A 35% controlled entity of a person described in (a) or (b) above? *If 'Yes' to a, b, or c, provide detail in* **Part VI.** **11c** | | |

### Section B. Type I Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Did the directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If 'No,' describe in* **Part VI** *how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* **1** | | |
| 2 | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If 'Yes,' explain in* **Part VI** *how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised, or controlled the supporting organization.* **2** | | |

### Section C. Type II Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If 'No,' describe in* **Part VI** *how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* **1** | | |

### Section D. All Type III Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? **1** | | |
| 2 | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization(s) or (ii) serving on the governing body of a supported organization? *If 'No,' explain in* **Part VI** *how the organization maintained a close and continuous working relationship with the supported organization(s).* **2** | | |
| 3 | By reason of the relationship described in (2), did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If 'Yes,' describe in* **Part VI** *the role the organization's supported organizations played in this regard.* **3** | | |

### Section E. Type III Functionally Integrated Supporting Organizations

1   *Check the box next to the method that the organization used to satisfy the Integral Part Test during the year* **(see instructions).**

a   ☐   The organization satisfied the Activities Test. *Complete* **line 2** *below.*

b   ☐   The organization is the parent of each of its supported organizations. *Complete* **line 3** *below.*

c   ☐   The organization supported a governmental entity. *Describe in* **Part VI** *how you supported a government entity (see instructions).*

| | | Yes | No |
|---|---|---|---|
| 2 | Activities Test. **Answer (a) and (b) below.** | | |
| a | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If 'Yes,' then in* **Part VI identify those supported organizations and explain** *how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* **2a** | | |
| b | Did the activities described in (a) constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If 'Yes,' explain in* **Part VI** *the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* **2b** | | |
| 3 | Parent of Supported Organizations. **Answer (a) and (b) below.** | | |
| a | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *Provide details in* **Part VI.** **3a** | | |
| b | Did the organization exercise a substantial degree of direction over the policies, programs, and activities of each of its supported organizations? *If 'Yes,' describe in* **Part VI** *the role played by the organization in this regard.* **3b** | | |

**BAA**                 TEEA0405L   09/28/16                 Schedule A (Form 990 or 990-EZ) 2016

INTARC00137001

# McNamara Declaration
# Exhibit 76

Page 1
Browse our online store | Better World Books
https://www.betterworldbooks.com/





SAVE BIG WITH BETTER WORLD BOOKS

4TH OF JULY $5 off
Used Book Orders of $25 or More

Shop Now    See Details

## Beach Reads

     

| The Judge's List: A Novel | The Thursday Murder Club: A Novel (A Thursday Murder Club Mystery) | The Vanishing Half: A Novel | Little Fires Everywhere: A Novel | Ready Player One | Silverview: A Novel |
|---|---|---|---|---|---|
| John Grisham | Richard Osman | Brit Bennett | Celeste Ng | Ernest Cline | John le Carré |
| Hardcover | Paperback | Hardcover | Paperback | Paperback | Hardcover |
| Used Good Library | Used Good | Used Good Library | Used Good | Used Good | Used Good Library |
| $5.73 USD | $8.22 USD | $5.72 USD | $4.14 USD | $4.14 USD | $5.24 USD |
| Add To Cart | Add To Cart | Add To Cart | Add To Cart | Add To Cart | Add To Cart |



Outdoor Activities

SHOP NOW



Reading Challenge JULY 2022
BIG SCREEN BOOKS
SHOP NOW

## Out of School Reads

    

| Book Thief | Ghost (Track) | Secret Garden | Monster at the End of This Book | Lightning Thief | Alexander and the Terrible, Horrible, No Good, Very Bad Day |
|---|---|---|---|---|---|
| Markus Zusak | Jason Reynolds | Frances Burnett, Tasha Tudor | Michael Smollin, Jon Stone | Rick Riordan | Ray Cruz, Judith Viorst |
| Paperback | Paperback | Paperback | Hardcover | Perfect | Paperback |
| Used Good | Used Good | Used Good | Used Good | Used Good | Used Good |
| $4.14 USD | $4.14 USD | $3.98 USD | $3.98 USD | $3.98 USD | $4.14 USD |
| Add To Cart | Add To Cart | Add To Cart | Add To Cart | Add To Cart | Add To Cart |

 HELP US SUPPORT UKRAINE    Donate $1 to sponsor the preservation of Ukrainian culture    Learn More

Page 2
Browse our online store | Better World Books
https://www.betterworldbooks.com/

## BookTok Favorites



**Verity**

Colleen Hoover
Paperback
New
$14.31 USD

[Add To Cart]



**Ugly Love**

Colleen Hoover
Paperback
New
$13.97 USD

[Add To Cart]



**It Ends With Us: A Novel**

Colleen Hoover
Paperback
New
$13.97 USD

[Add To Cart]



**Cemetery Boys**

Aiden Thomas
Hardcover
New
$14.95 USD

[Add To Cart]



**The Seven Husbands of Evelyn Hugo: A Novel**

Taylor Jenkins Reid
Paperback
New
$14.00 USD

[Add To Cart]



**Malibu Rising: A Novel (Random House Large Print)**

Taylor Jenkins Reid
Paperback
New
$21.87 USD

[Add To Cart]

### What Our Customers Are Saying

We strive to offer book enthusiasts the best possible buying experience - this includes an industry-leading customer service, mobile-friendly layout, free shipping (including international orders!), consistently affordable pricing, and access to the most sought-after books on the market. And each purchased book makes a difference in someone's life through our literacy partner programs. Don't just take our word for it, here are some reviews from our past customers have left!



**4.8** Out of 5.0

5 Star
4 Star
3 Star
2 Star
1 Star



**Overall Rating** ★★★★★

**96%** of customers that buy from this merchant give them a 4 or 5-Star rating.

★★★★☆ ✔ Verified Buyer

July 4, 2022 by Mahesh (KARNATAKA, India)

"I would shop more had the prices been more reasonable."

**Merchant Choice**
The reason is Better World Books ships to India at a reasonable shipping cost.

**Product Choice**
I wanted to read the biography.

CLICK HERE FOR MORE REVIEWS  Shopper Approved

Books donated
❤ **32,847,980**

Funds raised for literacy & libraries
🟩 **$33,416,377**

Books reused or recycled
🌳 **397,033,653**

### Support
Order Status
Shipping
Return Policy
Support Center
Payment Methods
Cookie Settings
Accessibility Menu

### Shop
Gift Certificate
Wholesale
Affiliates Program
Deals & Discounts
Reviews

### Our Services
Find a Drop Box
Libraries
Campus
Booksellers
Host a Drop Box
Individuals
Client Portal

### About Us
History
Impact
Purpose & Values
Better World Books Cares
Blog
Press & Media
Careers

### Get our deals in your inbox
[email address] [✉ Subscribe]

**Follow us on Social Media**

Terms | Privacy | CCPA | Copyright | Legal | © Better World Books

**Exhibit 77 to McNamara**
**Declaration**
**Filed Under Seal**
**(A-2435-2463)**

# McNamara Declaration
# Exhibit 78

Page 1
About The Company - Better World Books Press and Media
https://press.betterworldbooks.com/about/

 BetterWorldBooks

SHOP NOW  Menu 

# About Better World Books

Better World Books is a for-profit social enterprise that collects and sells books online to fund literacy initiatives worldwide. With more than eight million new and used titles in stock, Better World Books is a self-sustaining company that balances the social, economic and environmental values of its stakeholders. Since its founding in 2003, the company has raised millions for its nonprofit literacy and library partners; diverted hundreds of thousands tons of books from landfills; achieved tons of carbon offsets through carbon-neutral shipping and created hundreds of full-time jobs with meaningful benefits in multiple locations around the world.

Better World Books diverts books from landfills by collecting material from libraries, bookstores, college campuses through the community and in other areas where surplus materials exist. It then sells those used books and contributes a portion of the revenue on each sale to support literacy, libraries and education. Books that cannot be sold are frequently donated to at risk communities in the U.S.

## Mission

Better World Books is a global bookstore that harnesses the power of capitalism to bring literacy and opportunity to people around the world. Learn more.

## Drop Box Program

Two billion pounds of books each year are sent to landfills. Our Drop Box program addresses the environmental impact while also building advocacy around education and book donations. The free program helps raise funds for libraries and education, supports literacy efforts locally and globally. One parking spot can help change the world. To date we have over 800 Drop Box locations and counting. Learn more.

## Book for Book Program

Every time you buy a book at BetterWorldBooks.com, we donate a book to someone in need. That's it! No qualifications, no exceptions, no fine print. We want to make doing good as easy as possible for our outrageously passionate community. Learn more.

## Better World Books cares

We believe in the power of knowledge. So our goal is to help those who supply it and share it with those who crave it.Which is why every action we take, and every book purchase you make helps fund it. Learn more.

## Better World Books' Impact

Since its founding in 2003, the company has:
- Raised 10 Million for its non-profit literacy partners including
- 9.4 Million for over 80 literacy and education nonprofits
- 12 Million for libraries and thrift stores nationwide
- Donated over 6 million college textbooks, primarily to schools in Africa through Books for Africa.
- Established a relationship with Feed the Children in October 2009 to send them children's books. The first shipment of 31,910 books went out 10/7/2009.
- Diverted more than 171,000 tons of books from landfills.
- Achieved over 87,000 tons of carbon offsets through carbon-neutral shipping.
- Created more than 350 full-time jobs with meaningful benefits.

Our literacy & education nonprofit beneficiaries include:
- 3+ Million for Books for Africa.
- 865,000+ for Room to Read.
- 1.5+ Million for the National Center for Families Learning.
- 525,000+ for Worldfund.
- 215,000+ for the Robinson Community Learning Center.
- 80,000+ for the New Orleans Public Library Foundation.
- 4.3+ Million for additional literacy partners.

See our global impact. Donations and grants made around the world.

# Executive Team

**Dustin J. Holland**
President and CEO

"One person's trash is another person's treasure." This is an idiom that fueled Dustin to launch the Better World Books Library Discards & Donations program in 2004. After talking with more than 100 librarians about the challenges of surplus books, Dustin had an epiphany that has translated into the reuse or recycling of more than 350 million books.

Today, Dustin serves as president and CEO of Better World Books, the largest socially responsible bookstore on the planet, which has sold over 100 million books. Since the Company's inception, Dustin has continued to be impressed by the dedication and commitment of his co-workers to the Company's triple-bottom line and to the Company's mission of supporting literacy and libraries across the world.

Dustin graduated from the Terry College of Business at The University of Georgia in 2001 and earned his M.B.A. with a concentration in international business from Georgia State University in 2004. Dustin is married with two young children, owns one dog—Booker the Irish goldendoodle, serves on the board of Books for Africa, lives in northern Indiana, and loves to explore the world outside of books. Some of Dustin's best friends are librarians, and he is laser focused on making knowledge universally accessible to all people around the globe.

ON THIS PAGE

Mission
Literacy Partners
Drop Box Program
Book for Book
Better World Books cares
Better World Books' Impact
Executive Team

SOCIAL MEDIA

  

**Jeff Baer**
Vice President, Finance

Jeff joined Better World Books in 2015, bringing 25 years of senior-level finance and accounting experience from leaders in the software, consumer electronics, industrial products, and magnetics industries. He has an extensive background in international business and mergers & acquisitions, helping guide corporate expansions throughout North America, Europe and Asia. Jeff has worked with both publicly and privately held companies and has been involved with the successful execution of multiple private debt and equity placements.

In his spare time, in addition to being a voracious reader, Jeff has provided many years of volunteer leadership to both conservation and youth organizations, passing along a love of the outdoors to his son and many others, and is devoted to his wife and family dogs. Jeff earned a B.S. in accountancy from University of Illinois and is a CPA and Certified Global Management Accountant.

**Matt Byers**
Vice President, Technology

Matt joined Better World Books in 2014 to build a development team and to help improve the stability of the Company's software. Prior to joining Better World Books, Matt worked on several development teams in the area, learning the agile development process while delivering innovative solutions in incremental releases. Previously, Matt was a high school teacher where he worked to develop a program to challenge students in technology and software development.

Matt has been married to his high school sweetheart for over 20 years, and they have four kids. Outside of technology, Matt enjoys basketball and endurance cycling. Matt has a bachelor's degree in computer science from Indiana University South Bend and a master's in educational leadership from Bob Jones University.

**Frank McGerty**
*Vice President, Global Operations and Logistics*

Frank joined the team at Better World Books in 2016.  Frank initially served as a helicopter technician in the Royal Navy before moving into the commercial aerospace sector where he worked on and managed a number of aircraft programs for 17 years.

During his time in aerospace, Frank returned to school and obtained an engineering management diploma from Warwick University and then an M.B.A. from Strathclyde university.  Frank has been a keen rugby player and kiteboarder and enjoys keeping fit and hillwalking in the mountains of Scotland.

Frank has been married to Joyce for 24 years, and has four children, and one small dog named Mackie.

**Paul Miller**
Vice President, Business Analytics

Paul leads the analytics efforts for Better World Books. This includes responsibility for all data analysis and reporting as well as the Company's core inventory management and pricing algorithms. He also helps guide the Company's strategy across the online marketplaces and BetterWorldBooks.com. He graduated from the University of Notre Dame with a degree in English. After graduation, he served in Mali with the Peace Corps for two years. Upon his return from Africa, he joined Better World Books in 2004 as a warehouse associate. Over time, he became more involved in the software and technology side of the business and started completing data analysis and reporting for the Company. Eventually, he led a team of analysts and ultimately became responsible for business intelligence and analytics. In 2015, he decided to leave BWB to get additional work experience, and he returned to Notre Dame and its business intelligence team. After returning to Notre Dame, Paul worked on the university's enterprise data warehouse and later managed business intelligence for the development office. At Notre Dame, he honed his business intelligence and analytics skill set and taught some classes in master's degree programs. After three years at Notre Dame, and while missing the exciting challenges of used books and ecommerce, he rejoined Better World Books in December 2018.  When he is not working, Paul keeps busy with his five children.

**Ginger Patton-Schmitt, Esq.**
General Counsel

"Definitions belong to the definers, not the defined." Toni Morrison

Ginger has forged her own path as a working mother, serving as an educator, development professional, and attorney. Often working as the only woman at the table, she has pursued career opportunities that encompass her love of reading, writing, and public speaking. Ginger obtained a B.A. in English from Agnes Scott College, and also completed her secondary teaching certification.  After working as a high school English teacher and college admission professional, Ginger earned her law degree from the University of Georgia. She worked as both a securities and an employment law litigator in Atlanta before starting her own firm. After building a multi-office business from the ground up, her flourishing practice was acquired by Morris, Manning & Martin, Atlanta, where Ginger then served as a partner in the firm's real estate group. She took a brief sabbatical from the full-time practice of law and served as director of planned giving for her alma mater, and she then worked as director of development for the Truancy Intervention Project, Inc., Georgia. Ginger continued to manage her own corporate practice, and she joined BWB as general counsel and corporate secretary in 2012, eventually assuming full oversight of human resources in 2014. She advises the Company on matters ranging from corporate and business management to employment practices to mergers and acquisitions. Ginger's practice focus includes not only corporate management and employment and labor law, but also litigation, real estate, security and credit matters, banking and financing, and contractual considerations. She is an active volunteer in the Atlanta community, serving on numerous educational and philanthropic boards, including current and past involvement with the Wesleyan School,

Page 3
About The Company - Better World Books Press and Media
https://press.betterworldbooks.com/about/

BetterWorldBooks®

Shop

Learn More

About Us
Press
Careers

Services
Share Your Books

Connect

Explore

Find a Drop
Box near you

Donations
made around
the world

A Founding
B Corporation

© 2011-2022 Better World Books | BetterWorldBooks.com - All Rights Reserved. Deals | Terms of Use | Privacy Policy | CCPA | Copyright | Legal

A-2467

**Exhibit 79 to McNamara
Declaration
Filed Under Seal
(A-2468-2470)**

# McNamara Declaration
# Exhibit 80

| From: | Brewster Kahle |
|---|---|
| Sent: | Tuesday, April 19, 2016 10:49 AM EDT |
| To: | David Ebrite |
| CC: | Kelly Ransom; Jude Coelho |
| Subject: | Re: Better World Books - Obsolete Titles |
| Attachments: | signature.asc |

David,

We analyzed the list you prepared, and about 13k books that were of "desirable" for us--meaning we do not have them, and we have an indication that they are desirable books.   There were roughly 200k books that we do not think we have already (counting near-matches).

Therefore, if it makes sense for you guys, if we could start with the 13k books for $1 each, we would be thrilled.
What would we do next?

-brewster


On 4/1/16 12:24 PM, David Ebrite wrote:

> Hello Brewster,
> Last time we talked you had asked for an updated list of obsolete titles on our shelves.  These are books that are still listed for sale but could be pulled.  These would fall under the "$1/book" category.  Let us know if you have any interest or questions.  Have a great weekend.
> David
> --
> **David Ebrite**
> **Director, Strategic Sales & Partnerships**
> BetterWorld Books*
> 55740 Currant Road
> Mishawaka, IN 46545
> **O:** ████████  **C:** ████████  **F:** ████████
> ███████@betterworldbooks.com
> betterworldbooks.com | facebook.com/betterworldbooks | twitter.com/bwbooks
> *Better World Books is a for-profit social enterprise that collects and sells books online with each sale generating funds for literacy initiatives around the world.*

CONFIDENTIAL
INTARC00391222

Case 1:20-cv-04160-DLC Document 96-9 Filed 07/07/22 Page 41 of 4

# McNamara Declaration
# Exhibit 81

| From: | Chris Freeland |
|---|---|
| Sent: | Tuesday, July 24, 2018 12:36 PM EDT |
| To: | Mallory Meuninck |
| CC: | David Ebrite |
| Subject: | Re: [Warning: Potentially dangerous zip file attachment] Revised wish list |

Wonderful, Mallory, thanks! Will dig in now...


---
Chris Freeland
Director of Open Libraries
Internet Archive
chrisfreeland@archive.org
@chrisfreeland
███████████

On 2018-07-24 10:57, Mallory Meuninck wrote:

Hi Chris, I've attached the list of what we have available in our inventory from the list you sent me. Our obsolete books are already included in this list.

This can give you an idea of quantity and pricing. Both of these do change frequently so I will need to rerun the list for updated pricing and availability when you are ready to order.

We are starting our rush period, so it may not be possible to place any large orders until after August.

Once you review this list and know if you'll be planning orders let me know if you have an idea of order frequency and quantity. We'll likely need to plan extra labor and will want to give the team some notice to prep.

Let me know if you have any questions.

Thanks and have a great day!

📄 **IA Available 20180723.xlsx**

On Mon, Jul 23, 2018 at 4:41 PM, Mallory Meuninck
<████████@betterworldbooks.com> wrote:
Thanks Chris, I will take a look at the list and find out what we have available. I'll let you know what I find out and we can discuss the best way to proceed.

CONFIDENTIAL

INTARC00414923

Have a great day!

On Mon, Jul 23, 2018 at 3:45 PM, Chris Freeland
<███████████@archive.org> wrote:

David, Mallory,

I am attaching our revised wish list, which is now pared down to just
under 1.5M ISBNs.  Mallory, you had offered to run these against your
Obsolete list, as well as wholesale prices.  I had a good chat with
Brewster and I think we might be able to come up with some scenarios by
which we would make a significant purchase.  We agreed that our best
path to millions of books is arm-in-arm with BWB, so now it's a matter of
valuing the wish list and taking it from there.  Please let me know if you
have questions with the list.

David, I'll connect with you & Jeff about your trip through Fort Wayne.  I
might be able to join you, which could be fun!  More soon,


Chris

--
Chris Freeland
Director of Open Libraries
Internet Archive
███████████@archive.org
@chrisfreeland
████████████

--
Regards,

Mallory Meuninck
Project Manager

**BetterWorld**Books®
55740 Currant Road
Mishawaka, IN 46545
**O:** ██████     **F:** ███████████
████████@betterworldbooks.com
betterworldbooks.com | facebook.com/betterworldbooks | twitter.com/bwbooks

CONFIDENTIAL

INTARC00414924

*Better World Books is a for-profit social enterprise that collects and sells books online with each sale generating funds for literacy initiatives around the world.*

--
Regards,

Mallory Meuninck
Project Manager

**BetterWorld**Books®

55740 Currant Road
Mishawaka, IN 46545
**O:** ▇▇▇▇▇▇ **F:** ▇▇▇▇▇▇▇
▇▇▇▇▇▇@betterworldbooks.com
betterworldbooks.com | facebook.com/betterworldbooks | twitter.com/bwbooks

*Better World Books is a for-profit social enterprise that collects and sells books online with each sale generating funds for literacy initiatives around the world.*

CONFIDENTIAL

INTARC00414925

**Exhibit 82 to McNamara Declaration Filed Under Seal (A-2477-2479)**

**Exhibit 83 to McNamara Declaration**

**Filed Under Seal**

**(A-2480-2481)**

# McNamara Declaration
# Exhibit 84

| From: | Brewster Kahle |
|---|---|
| Sent: | Friday, April 19, 2019 6:15 PM EDT |
| To: | Peter Baldwin |
| Subject: | Re: Big steps to weave books into the web |
| Attachments: | signature.asc |

Peter,

You are right to be puzzled, and I go further than that into frustration. We have worked with 500 libraries over the years to digitize their books, but they have not been interested in moving into the modern books area, even if it is free to them. We believe that John Palfrey will let us digitize Phillips Andover's library of 65,000 modern books, but that has been about it. A library donated 1/2 of their books as part of a library remodel, which is going through. But we have not found an existing library that we can digitize their collection of modern materials. (and the cost of doing this in the US is high, which is often a requirement)

So then what do we do to get the books we want? We believe we can get a couple of million books that we do not already have for maybe $1 each. We have about 500k in stock now ready to be digitized, so maybe one year in stock. But getting particular books that we want will cost more, and looks like much more even if bought wholesale.

But your question is right-- why spend $17.5m to $20m rather than buy books? A few of our thoughts:

  * They have seen 7million different books over the last 3 years (based on collecting 90million books from 4,000 libraries). We would get one of each title, so maybe 7 million over the next few years. They have seen 800,000 of our top wish list over this time, so it shows how hard to find these books.

  * We want them to expand to handle pre-isbn (1923-1973) which none of the big vendors handle well, so they throw them out. Controlling bwb allows us to prioritize handling these.

  * we will get lots of other media types: currently they throw away the CDs, DVDs, LP's they get. We would get these as well.

  * and we may get the money back and more.

When I asked our director of Open Libraries, Chris Freeland a few weeks ago, he said:

  - To me, the value of BWB to our mission extends far beyond their physical inventory. It's not just backward-looking at books, but forward looking at new services. Their business processes (intake, sales, customer service, metadata, predictive analytics) advance our cause, and their relationships with libraries help weave us into the fabric of the library community in ways that we cannot do alone.

  - BWB solves a problem for libraries. Match their library

INTARC00397105

problem-solving with our library innovation, and I think we become a powerful partnership that not only benefits libraries, but helps them transform their physical collections and themselves.

    - "Will BWB get us the books we want?"  I think that answer is yes. BWB has seen more than half the wish list in 3 years through passive collecting; with their network of libraries and existing processes for book acquisition, we could run a more focused, active book drive with libraries at scale for our wish list titles without having to create the infrastructure and business processes to support it.

And Jim Michalko, the former-OCLC director, and consultant on the Open Libraries project:

    - The Internet Archive knows how important it is to have a trusted, efficient partner to manage de-accessioning books responsibly.  BWB has been a great partner to the Archive over the years and we wanted to be sure it continued operating for the benefit of all libraries.

    - IA acquired BWB which was already a socially-responsible B corporation and has made it into a 501c3 not-for-profit. As a NFP corporation it will be able to continue accepting your books, return a bigger commission and ensure your books reach worthy readers through book sales and book donations to charitable organizations.

    - The successful operation of BWB will provide funding back to The Internet Archive to help ensure that it can continue to deliver free services to the world and steward digital materials for use by generations to come.

And from David Fox, who has been lead on this deal here at the Internet Archive, and a M&A and investment background:

    - BWB has spent 17 years building working relationships with thousands of libraries to get 30million books a year.  It would take us years, if even possible, to fight our way into this stream to get the books we are looking for.


This is not to have rosey glasses, but when we looked at it, the putting at risk of this part of our endowment seemed like a worthwhile balance.   It would be a bold step and a fast step towards building a great digital library and physical collection.

-brewster




On 4/19/19 8:35 AM, Peter Baldwin wrote:
> I'll let you know when I can put you in direct contact.  But I'm still a little puzzled by what you get out of this. 20M is a lot to spend to get your hands on books.  Wouldn't it make more sense to ally with an existing library (rather than creating a new one) whose books you could digitize as though they were IA's?
>
> -----Original Message-----

CONFIDENTIAL

INTARC00397106

> From: Brewster Kahle <████████@archive.org>
> Sent: Friday, April 19, 2019 8:33
> To: Peter Baldwin <████████@history.ucla.edu>
> Cc: Ross Mounce ████████@arcadiafund.org.uk) <████████@arcadiafund.org.uk>
> Subject: Re: Big steps to weave books into the web
>
>
> We can definitely use the help on this process.  This is bigger than I have done-- but I love the combination of missions.   BWB explains it as an investment, but I have pitched it as money "with no teeth," in other words, the money might come back, might not.  But at least they should be self sustaining and not require more money.
>
> ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.
>
> ████████████████████████████████ They are good folks. As an investment, I think it would be risky, and should be thought of that way.  It can be done as a grant to the new 501c3 non-profit, the owning entity, but money might get paid back.  Or it can be structured as a loan, but risky.  Sounds more like a PRI than an MRI if I understand it correctly ( https://missioninvestors.org/resources/mris-and-pris-private-foundations
> ), but I am new to this.
>
> Look forward to talking with your investment folks.
>
> -brewster
>
>
> On 4/19/19 2:00 AM, Peter Baldwin wrote:
>> I've asked our investment guys, who are sharp as tacks, to have a look at your business plan and will put them in touch with you, with your permission.  Haven't heard back yet, but it's easter in this part of the world.  They might be useful for you in general, in terms of formulating the right questions to ask in Indiana and the things to look for.  Will be back in touch in the coming week.
>>
>> -----Original Message-----
>> From: Brewster Kahle <████████@archive.org>
>> Sent: Thursday, April 18, 2019 17:41
>> To: Peter Baldwin <████████@history.ucla.edu>
>> Cc: Ross Mounce (████████@arcadiafund.org.uk)
>> <████████@arcadiafund.org.uk>
>> Subject: Re: Big steps to weave books into the web
>>
>>
>> Thank you for the reply.   I am very excited about this as it solves
>> short term issue: how do we get good books, long term: how do we keep
>> going without having to buy them over time, and maybe
>> library-structural
>> issue:  how do libraries deaccession with a clearer conscience.
>>
>> It may be easier to talk about this on a call, but I will interweave answers here:
>>
>> On 4/18/19 2:22 AM, Peter Baldwin wrote:
>>> Very interesting Brewster.  Let me run this by a few people and get back to you.
>> Feel free, but please let people know this is under NDA.
>>> The ████████ this would cost would guarantee a supply of books, but leave the costs of digitization still to be found.
>> Yes.  there are other costs to this project and we are getting them quite screwed down:  roughly $5/book for

digitization, then physical storage (some options there) and then digital access: digital file maintenance forever and weaving them into things like wikipedia.

>>> Is the idea that the BWB -- despite debt -- is a going commercial proposition which would at least pay for itself?  If so, that means capital costs of █████████████████ tied up in the acquisition of books.  Does that make sense?

>> Yes, they are a going concern and hopefully even profitable.  If they generate money then they could pay for the digitization, for instance, but we will see.  I dont know how long used books will be a thing, but hopefully for 5-10 years at least.

>>> What is the difference in price between costs of assuming the debt and buying the whole business?

>> ████████████████████████████████████████████████████████████████ ██
████████████████████████████████████████████████████████████ ███
████████████████████████████████████████████████████████ ██████████.

>>

>> Again, I am quite available to talk about this.  I am going out to Indiana next week to start due diligence-- we have worked with them for many years and like them, and I have seen the operations, but I have not probed on legal/accounting/keyemployee type of things.  If you would like to talk, or even come, it is a trip you will remember, I guarantee it.

>>

>> cell: █████████████

>>

>> -brewster

>>

>>

>>> -----Original Message-----

>>> From: Brewster Kahle <████████@archive.org>

>>> Sent: Wednesday, April 17, 2019 9:23

>>> To: Ross Mounce <████████@arcadiafund.org.uk>; Peter Baldwin

>>> <████████@history.ucla.edu>

>>> Subject: Big steps to weave books into the web

>>>

>>>

>>> Peter and Ross,

>>>

>>> I thought I would write to see if you would like to be involved in a big step on bringing books to the Internet.  I mentioned the possibility of this when we had dinner in SF, and fantastically, it is happening. This is not meant to be more than an "if you are interested," and we could use the help, but again, it is up to you.

>>>

>>> We are working to "turn all wikipedia citations blue" as well as

>>> augmented online pdf viewers and the like with direct links into

>>> books to preview and offer them to be borrowed.   (this nicely helps

>>> with Wikipedia's whitepapers on Knowledge Integrity, but it is more

>>> broadly

>>> useful:

>>> https://meta.wikimedia.org/wiki/File:Knowledge_Integrity_-_Wikimedia_

>>> R

>>> esearch_2030.pdf

>>> )

>>>

>>> Example wikipedia page with links to our books:

>>> https://en.wikipedia.org/wiki/Martin_Luther_King_Jr.#cite_note-11   try clicking on the page numbers.

>>>

>>> Towards that we are looking to select and digitize another 4 million

>>> modern books on top of the almost 1 million we have already done.

>>>

CONFIDENTIAL

INTARC00397108

>>> We have had issues finding the books we want at the price points we
>>> are interested in.
>>>
>>> One of our major suppliers, Better World Books, has donated over 1 million books to us over the years, ████
████████████████████████████████ They get 30 million books a year, and
sell 10 million-- the others are donated or recycled.   We want more of the flow.
>>>
>>> ████████████████████████████████████ We have been talking
to them, and, this is under a Non Disclosure Agreement (NDA), but I wanted to share it with you:
>>>
>>> We now have an Letter of Intent to pay off the company's debt and have a new non-profit own all of its shares.
This is a bold move and our library colleagues believe it can help rearrange how books work in the library field in
general: libraries buy books, and now consign or donate them to BWB, the new non-profit would keep 1 copy for
digitization and preservation, the rest get sold.   This is what BWB does already, but we would ramp this up.   As a
self sustaining business, this will keep the books flowing year after year.
>>>
>>> We are looking for funding and will be looking for board members for
>>> the new non-profit.
>>>
>>> ████████████████████████████████████████████████████
████████████████████████████████ I have this much in the funds that endow the
Internet Archive, but hoping to share the risk and burden.  This deal is scheduled to close at the end of May.
>>>
>>> Might you be interested in participating?
>>>
>>>
>>> The next steps beyond this are also going well, and ramping up:
>>>
>>> Scanning the books: In Cebu Philippines we are digitizing at 800 books per day ramping up to 500k books per
year.  This easy can be doubled.
>>>
>>> Preserving the physical books: We are filling our second physical archive building and looking for the next
location.   We are looking at more remote locations that are dry cold and quiet.
>>>
>>> Serving the digitized books: Have this working now in production.
>>> Then there is weaving these into wikipedia, pdf viewers, and other systems to try to get them used more.
>>>
>>> I can fill in more details if you are interested.
>>>
>>>
>>> Hope this finds you well-- please let me know what you think.
>>>
>>> -brewster
>>>
>>>
>>>
>>>
>>>
>>>
>>>

CONFIDENTIAL

# McNamara Declaration
# Exhibit 85

| From: | Brewster Kahle |
|---|---|
| Sent: | Monday, May 6, 2019 11:58 AM EDT |
| To: | Peter Baldwin |
| Subject: | Re: World of Books |
| Attachments: | signature.asc |

not yet on bridges-- I feel that would be disingenuous at this due-diligence phase (should do it before or after our LOI).   I realize this may not be prudent.  Let me think about that offer again and talk it over with David Fox.

-brewster

On 5/6/19 8:29 AM, Peter Baldwin wrote:

> Gotcha.  We are eager to hear of upcoming projects and what you need to do them. I gather you do not want any introduction to the Bridges people.
>
> bEst,
>
> Peter
>
> ---------------------------------------------------------------------------
> **From:** Brewster Kahle <████████@archive.org>
> **Sent:** Monday, May 6, 2019 8:21
> **To:** Peter Baldwin <████████@history.ucla.edu>
> **Subject:** Re: World of Books
>
>
>
> Peter--
>
> Thank you for helping out on this.   Jake is very smart, as you said.  On Better World Books, at this point, I think we will play out the due diligence.  This was not our first thought on this front either, but we have put ourselves on a course-- the good news is that all the reports on the internal health are as expected (no skeletons jumping out of closets yet).
>
> Either way it turns out, it will make sense to find alliances that also make sense.   Bridges is making a play for consolidating used book vendors.
>
> ---
>
> Something that may be more down your alley are the next steps: Gearing up digitization, storing the physical books, and weaving the books into wikipedia and the rest of the net.
>
> On gearing up digitization, for instance, we are working towards 500k books/year, but with this, I hope we can get to 1mm books per year.   That is a $250k capital spend, but then about $5M/year in stripped-down digitizing cost.

INTARC00397183

We can postpone the physical storage for a year or two, but will need to solve that.   That is fun.   I imagine it like the seedvault, but I would be inclined to keep it quiet (not famous, not on anyone's map) as a preservation technique.   Only reason for fame, I would think, is for helping raise funds.

I am feeling urgency to get the digital library built, and texts preserved.   The US is looking less stable all the time.  That is why we are using our principle financial assets at this point.

Anyway, thank you for spending the time on the BWB's thing, I will keep you in touch. Hopefully we get many great books to work with.

-brewster


On 5/6/19 6:21 AM, Peter Baldwin wrote:

Dear Brewster

Jake O'Hear has been in touch with some helpful information about BWB and IA's proposed acquisition of it and it leads me to conclude that, while we will continue of course to support IA in its various endeavors over the coming years, as in the past, getting involved in the details of a semi-commercial operation, whose complexities are over our paygrade, is probably not a good idea.

Having said that, it also came up that one of the other bidders for BWB is World of Books, owned I believe by Bridges, where we have some contacts.  I wonder whether there is any value in exploring a common approach with WoB – that for a sharing of the costs you might leave the running of things to WoB while IA creams copies, or something like that?

If this makes any sense, I can put you in contact with the head of Bridges.  But of course I don't want to do anything that might jeopardize your position or violate confidentiality or anything like that, so please advise.

Best,

PEter

CONFIDENTIAL

INTARC00397184

**Exhibit 86 to McNamara
Declaration
Filed Under Seal
(A-2491-2493)**

**Exhibit 87 to McNamara Declaration Filed Under Seal (A-2494-2496)**

# McNamara Declaration
# Exhibit 88

**CT Number: 0135394**

| Form **990** | | | | |
|---|---|---|---|---|
| (Rev. January 2020) | **Return of Organization Exempt From Income Tax** | | | OMB No. 1545-0047 |
| | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations) | | | **2019** |
| Department of the Treasury Internal Revenue Service | ► Do not enter social security numbers on this form as it may be made public. ► Go to *www.irs.gov/Form990* for instructions and the latest information. | | | **Open to Public Inspection** |

**A** For the 2019 calendar year, or tax year beginning _____, 2019, and ending _____

| **B** Check if applicable: | | | **D** Employer identification number |
|---|---|---|---|
| ☐ Address change | Better World Libraries | | 20-3803359 |
| ☐ Name change | 300 Funston Avenue | | **E** Telephone number |
| ☐ Initial return | San Francisco, CA 94118 | | |
| ☐ Final return/terminated | | | |
| ☐ Amended return | | | **G** Gross receipts $ 3,255,156. |
| ☐ Application pending | **F** Name and address of principal officer: Brewster Kahle | | **H(a)** Is this a group return for subordinates? ☐ Yes ☒ No |
| | Same As C Above | | **H(b)** Are all subordinates included? ☐ Yes ☐ No |
| | | | If "No," attach a list. (see instructions) |

**I** Tax-exempt status: ☒ 501(c)(3)  ☐ 501(c) ( )◄ (insert no.)  ☐ 4947(a)(1) or ☐ 527

**J** Website: ► N/A

**H(c)** Group exemption number ►

**K** Form of organization: ☒ Corporation  ☐ Trust  ☐ Association  ☐ Other ►     **L** Year of formation: 2005  **M** State of legal domicile: CA

## Part I | Summary

**1** Briefly describe the organization's mission or most significant activities: The specific and primary purpose of this corporation is to engage in charitable and educational activities within the means of section 501(c)(3) of the Internal Revenue Code of 1986, as amended, or the corresponding provisions of any future United States Internal revenue law.

**2** Check this box ► ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | | |
|---|---|---|---|
| **3** Number of voting members of the governing body (Part VI, line 1a) | **3** | 3 |
| **4** Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 0 |
| **5** Total number of individuals employed in calendar year 2019 (Part V, line 2a) | **5** | 0 |
| **6** Total number of volunteers (estimate if necessary) | **6** | 0 |
| **7a** Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 0. |
| **b** Net unrelated business taxable income from Form 990-T, line 39 | **7b** | 0. |

| | | Prior Year | Current Year |
|---|---|---|---|
| Revenue | **8** Contributions and grants (Part VIII, line 1h) | | 3,250,050. |
| | **9** Program service revenue (Part VIII, line 2g) | | |
| | **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d) | | 5,106. |
| | **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | | |
| | **12** Total revenue — add lines 8 through 11 (must equal Part VIII, column (A), line 12) | | 3,255,156. |
| Expenses | **13** Grants and similar amounts paid (Part IX, column (A), lines 1-3) | | |
| | **14** Benefits paid to or for members (Part IX, column (A), line 4) | | |
| | **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | | |
| | **16a** Professional fundraising fees (Part IX, column (A), line 11e) | | |
| | **b** Total fundraising expenses (Part IX, column (D), line 25) ► | | |
| | **17** Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | | 836. |
| | **18** Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | | 836. |
| | **19** Revenue less expenses. Subtract line 18 from line 12 | | 3,254,320. |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| Net Assets or Fund Balances | **20** Total assets (Part X, line 16) | 40,028. | 3,294,348. |
| | **21** Total liabilities (Part X, line 26) | 0. | 0. |
| | **22** Net assets or fund balances. Subtract line 21 from line 20 | 40,028. | 3,294,348. |

## Part II | Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ► Signature of officer | | Date |
|---|---|---|---|
| | ► Brewster Kahle | | Chairman |
| | Type or print name and title | | |

| | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| Paid Preparer Use Only | Michael Fontanello | Michael Fontanello | | | P01471027 |
| | Firm's name ► Fontanello, Duffield & Otake, LLP | | | Firm's EIN ► 37-1420474 | |
| | Firm's address ► 44 Montgomery Street, Suite 1305 | | | | |
| | San Francisco, CA 94104 | | | Phone no. (415) 983-0200 | |

May the IRS discuss this return with the preparer shown above? (see instructions) ........ ☐ Yes ☐ No

**BAA  For Paperwork Reduction Act Notice, see the separate instructions.**     TEEA0101L 01/21/20     Form **990** (2019)

ATTORNEY GENERAL'S COPY

Form 990 (2019)  Better World Libraries                          20-3803359              Page 2

| Part III | Statement of Program Service Accomplishments |
|---|---|

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [X]

1  Briefly describe the organization's mission:

See Schedule O
_____
_____
_____

2  Did the organization undertake any significant program services during the year which were not listed on the prior
Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [X] No
If "Yes," describe these new services on Schedule O.

3  Did the organization cease conducting, or make significant changes in how it conducts, any program services? . . . . [ ] Yes  [X] No
If "Yes," describe these changes on Schedule O.

4  Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses.
Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses,
and revenue, if any, for each program service reported.

4a (Code: _____) (Expenses  $        675. including grants of  $ _____ ) (Revenue  $ _____ )

See Schedule O
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4b (Code: _____) (Expenses  $ _____ including grants of  $ _____ ) (Revenue  $ _____ )

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4c (Code: _____) (Expenses  $ _____ including grants of  $ _____ ) (Revenue  $ _____ )

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4d Other program services (Describe on Schedule O.)
(Expenses  $ _____ including grants of  $ _____ ) (Revenue  $ _____ )

4e Total program service expenses  ▶        675.

BAA                              TEEA0102L  07/31/19                      Form **990** (2019)

ATTORNEYS' EYES ONLY                                                    INTARC00402963

A-2499

Form 990 (2019)  Better World Libraries                                    20-3803359                    Page **3**

| **Part IV** | **Checklist of Required Schedules** | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If 'Yes,' complete Schedule A* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | X | |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? . . . . . . . . . . . . . . . . . . . . | **2** | X | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If 'Yes,' complete Schedule C, Part I* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | | X |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If 'Yes,' complete Schedule C, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | | X |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If 'Yes,' complete Schedule C, Part III*. . . . . . | **5** | | X |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If 'Yes,' complete Schedule D, Part I* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | X |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If 'Yes,' complete Schedule D, Part II* . . . . . . . . . . . . . . . . . . . | **7** | | X |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If 'Yes,' complete Schedule D, Part III*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | | X |
| 9 | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If 'Yes,' complete Schedule D, Part IV*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | | X |
| 10 | Did the organization, directly or through a related organization, hold assets in donor-restricted endowments or in quasi endowments? *If 'Yes,' complete Schedule D, Part V*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | | X |
| 11 | If the organization's answer to any of the following questions is 'Yes', then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If 'Yes,' complete Schedule D, Part VI*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11a** | | X |
| **b** | Did the organization report an amount for investments – other securities in Part X, line 12, that is 5% or more of its total assets reported in Part X, line 16? *If 'Yes,' complete Schedule D, Part VII*. . . . . . . . . . . . . . . . . . . . . . . . . . | **11b** | | X |
| **c** | Did the organization report an amount for investments – program related in Part X, line 13, that is 5% or more of its total assets reported in Part X, line 16? *If 'Yes,' complete Schedule D, Part VIII*. . . . . . . . . . . . . . . . . . . . . . . . . | **11c** | | X |
| **d** | Did the organization report an amount for other assets in Part X, line 15, that is 5% or more of its total assets reported in Part X, line 16? *If 'Yes,' complete Schedule D, Part IX* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11d** | | X |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If 'Yes,' complete Schedule D, Part X*. . . . . . | **11e** | | X |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If 'Yes,' complete Schedule D, Part X* . . . . | **11f** | | X |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? *If 'Yes,' complete Schedule D, Parts XI and XII*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12a** | | X |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If 'Yes,' and if the organization answered 'No' to line 12a, then completing Schedule D, Parts XI and XII is optional*. . . . . . . . . . . . . . . | **12b** | | X |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If 'Yes,' complete Schedule E*. . . . . . . . . . . . . . . . . . . . | **13** | | X |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? . . . . . . . . . . . . . . . . . . . . . . | **14a** | | X |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If 'Yes,' complete Schedule F, Parts I and IV*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14b** | | X |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If 'Yes,' complete Schedule F, Parts II and IV*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | | X |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If 'Yes,' complete Schedule F, Parts III and IV* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | | X |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If 'Yes,' complete Schedule G, Part I* (see instructions). . . . . . . . . . . . . . . . . . . . . . . . | **17** | | X |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If 'Yes,' complete Schedule G, Part II*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | | X |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If 'Yes,' complete Schedule G, Part III* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | | X |
| 20a | Did the organization operate one or more hospital facilities? *If 'Yes,' complete Schedule H*. . . . . . . . . . . . . . . . . . . . . . . | **20a** | | X |
| **b** | If 'Yes' to line 20a, did the organization attach a copy of its audited financial statements to this return? . . . . . . . . . . . . . . | **20b** | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If 'Yes,' complete Schedule I, Parts I and II*. . . . . . . . . . . . . . . . . . . . . | **21** | | X |

**BAA**                               TEEA0103L  07/31/19                               Form **990** (2019)

**ATTORNEYS' EYES ONLY**                                                              **INTARC00402964**

A-2500

Form 990 (2019)    Better World Libraries                                  20-3803359          Page **4**

| **Part IV** | **Checklist of Required Schedules** *(continued)* | | | |
|---|---|---|---|---|
| | | | **Yes** | **No** |
| **22** | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If 'Yes,' complete Schedule I, Parts I and III*. . . . . . . . . . . . . . . . . . . . . | **22** | | X |
| **23** | Did the organization answer 'Yes' to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If 'Yes,' complete Schedule J*. . . . . . . . . . . . . . . . | **23** | | X |
| **24a** | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If 'Yes,' answer lines 24b through 24d and complete Schedule K. If 'No,' go to line 25a*. . . . . . . . . . . . . . . . . . . . . . . | **24a** | | X |
| **b** | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception?. . . . . . . . . . . . . . . . | **24b** | | |
| **c** | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds?. . . . . . . . . . . . . . . . . . . . . . . . | **24c** | | |
| **d** | Did the organization act as an 'on behalf of' issuer for bonds outstanding at any time during the year?. . . . . . . . . . . . . . . | **24d** | | |
| **25a** | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If 'Yes,' complete Schedule L, Part I*. . . . . . . . . . . . . . . . . . . . | **25a** | | X |
| **b** | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If 'Yes,' complete Schedule L, Part I*. . . . . . . . . . . . . . . . . . . . . . . | **25b** | | X |
| **26** | Did the organization report any amount on Part X, line 5 or 22, for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If 'Yes,' complete Schedule L, Part II*. . . . . . . . . . . . . . . . | **26** | | X |
| **27** | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If 'Yes,' complete Schedule L, Part III*. . . . . . . . . . . . . . . . . . | **27** | | X |
| **28** | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions, for applicable filing thresholds, conditions, and exceptions): | | | |
| **a** | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If 'Yes,' complete Schedule L, Part IV*. . . . . . . . . . . . . . . . . . . . . | **28a** | | X |
| **b** | A family member of any individual described in line 28a? *If 'Yes,' complete Schedule L, Part IV*. . . . . . . . . . . | **28b** | | X |
| **c** | A 35% controlled entity of one or more individuals and/or organizations described in lines 28a or 28b? *If 'Yes,' complete Schedule L, Part IV*. . . . . . . . . . . . . . . . . . . . . | **28c** | | X |
| **29** | Did the organization receive more than $25,000 in non-cash contributions? *If 'Yes,' complete Schedule M*. . . . . . . . . . . | **29** | | X |
| **30** | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If 'Yes,' complete Schedule M*. . . . . . . . . . . . . . . . | **30** | | X |
| **31** | Did the organization liquidate, terminate, or dissolve and cease operations? *If 'Yes,' complete Schedule N, Part I*. . . . . . | **31** | | X |
| **32** | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If 'Yes,' complete Schedule N, Part II*. . . . . . . . . . . . . . . . . . . . . . | **32** | | X |
| **33** | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If 'Yes,' complete Schedule R, Part I*. . . . . . . . . . . . . . . . | **33** | | X |
| **34** | Was the organization related to any tax-exempt or taxable entity? *If 'Yes,' complete Schedule R, Part II, III, or IV, and Part V, line 1*. . . . . . . . . . . . . . . . . . . . . | **34** | | X |
| **35a** | Did the organization have a controlled entity within the meaning of section 512(b)(13)?. . . . . . . . . . . . . . . . | **35a** | | X |
| **b** | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If 'Yes,' complete Schedule R, Part V, line 2*. . . . . . . . . . . . . | **35b** | | |
| **36** | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If 'Yes,' complete Schedule R, Part V, line 2*. . . . . . . . . . . . . . . . | **36** | | X |
| **37** | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If 'Yes,' complete Schedule R, Part VI*. . . . . . . . . . | **37** | | X |
| **38** | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note:** All Form 990 filers are required to complete Schedule O. . . . . . . . . . . . . . . . | **38** | X | |

| **Part V** | **Statements Regarding Other IRS Filings and Tax Compliance** | | | |
|---|---|---|---|---|
| | Check if Schedule O contains a response or note to any line in this Part V. . . . . . . . . . . . . . . . . . . . . . . . . | | | ☐ |
| | | | **Yes** | **No** |
| **1a** | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable. . . . . . . . . . . . | **1a** | 0 | | |
| **b** | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable. . . . . . . . | **1b** | 0 | | |
| **c** | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners?. . . . . . . . . . . . . . . . . . . . . . | **1c** | | |

**BAA**                      TEEA0104L   07/31/19                                    Form **990** (2019)

ATTORNEYS' EYES ONLY                                        INTARC00402965

Form 990 (2019)  Better World Libraries                    20-3803359        Page **5**

| Part V | Statements Regarding Other IRS Filings and Tax Compliance *(continued)* | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **2a** Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax State-ments, filed for the calendar year ending with or within the year covered by this return..... | **2a** | 0 | | |
| **b** If at least one is reported on line 2a, did the organization file all required federal employment tax returns?............. | | | **2b** | |
| **Note:** If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file* (see instructions) | | | | |
| **3a** Did the organization have unrelated business gross income of $1,000 or more during the year?................. | | | **3a** | X |
| **b** If 'Yes,' has it filed a Form 990-T for this year? *If 'No' to line 3b, provide an explanation on Schedule O*............. | | | **3b** | |
| **4a** At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)?......... | | | **4a** | X |
| **b** If 'Yes,' enter the name of the foreign country▸ | | | | |
| See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | |
| **5a** Was the organization a party to a prohibited tax shelter transaction at any time during the tax year?................. | | | **5a** | X |
| **b** Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction?............. | | | **5b** | X |
| **c** If 'Yes,' to line 5a or 5b, did the organization file Form 8886-T?................. | | | **5c** | |
| **6a** Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions?................. | | | **6a** | X |
| **b** If 'Yes,' did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible?............. | | | **6b** | |
| **7** **Organizations that may receive deductible contributions under section 170(c).** | | | | |
| **a** Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor?................. | | | **7a** | X |
| **b** If 'Yes,' did the organization notify the donor of the value of the goods or services provided?................. | | | **7b** | |
| **c** Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282?................. | | | **7c** | X |
| **d** If 'Yes,' indicate the number of Forms 8282 filed during the year........ | **7d** | | | |
| **e** Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract?.......... | | | **7e** | X |
| **f** Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract?............. | | | **7f** | X |
| **g** If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required?................. | | | **7g** | |
| **h** If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C?................. | | | **7h** | |
| **8** **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year?................. | | | **8** | |
| **9** **Sponsoring organizations maintaining donor advised funds.** | | | | |
| **a** Did the sponsoring organization make any taxable distributions under section 4966?................. | | | **9a** | |
| **b** Did the sponsoring organization make a distribution to a donor, donor advisor, or related person?................. | | | **9b** | |
| **10** **Section 501(c)(7) organizations.** Enter: | | | | |
| **a** Initiation fees and capital contributions included on Part VIII, line 12.................. | **10a** | | | |
| **b** Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities..... | **10b** | | | |
| **11** **Section 501(c)(12) organizations.** Enter: | | | | |
| **a** Gross income from members or shareholders................. | **11a** | | | |
| **b** Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.)................. | **11b** | | | |
| **12a** **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041?............. | | | **12a** | |
| **b** If 'Yes,' enter the amount of tax-exempt interest received or accrued during the year....... | **12b** | | | |
| **13** **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| **a** Is the organization licensed to issue qualified health plans in more than one state?................. | | | **13a** | |
| **Note:** See the instructions for additional information the organization must report on Schedule O. | | | | |
| **b** Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans.................. | **13b** | | | |
| **c** Enter the amount of reserves on hand................. | **13c** | | | |
| **14a** Did the organization receive any payments for indoor tanning services during the tax year?................. | | | **14a** | X |
| **b** If 'Yes,' has it filed a Form 720 to report these payments? *If 'No,' provide an explanation on Schedule O*............. | | | **14b** | |
| **15** Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year?................. | | | **15** | X |
| If 'Yes,' see instructions and file Form 4720, Schedule N. | | | | |
| **16** Is the organization an educational institution subject to the section 4968 excise tax on net investment income?................. | | | **16** | X |
| If 'Yes,' complete Form 4720, Schedule O. | | | | |

BAA                            TEEA0105L  07/31/19                      Form **990** (2019)

ATTORNEYS' EYES ONLY                                        INTARC00402966

Form 990 (2019) Better World Libraries     20-3803359     Page **6**

| **Part VI** | **Governance, Management, and Disclosure** *For each 'Yes' response to lines 2 through 7b below, and for a 'No' response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes on Schedule O. See instructions.* |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VI. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☒

### Section A. Governing Body and Management

|  |  |  | Yes | No |
|---|---|---|---|---|
| **1a** Enter the number of voting members of the governing body at the end of the tax year. . . . . . . | **1a** | 3 | | |
| If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain on Schedule O. | | | | |
| **b** Enter the number of voting members included in line 1a, above, who are independent. . . . . . | **1b** | | | |
| **2** Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **2** | | X |
| **3** Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, trustees, or key employees to a management company or other person?. . . . . . . . . . . . . . . . . . . | | **3** | | X |
| **4** Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . . . . . . . . . . . . . . . . . . . . . . . . See Sch O . . . . . . . . | | **4** | X | |
| **5** Did the organization become aware during the year of a significant diversion of the organization's assets?. . . . . . . . . . . . | | **5** | | X |
| **6** Did the organization have members or stockholders?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **6** | | X |
| **7a** Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **7a** | | X |
| **b** Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **7b** | | X |
| **8** Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | |
| **a** The governing body?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **8a** | X | |
| **b** Each committee with authority to act on behalf of the governing body?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **8b** | | X |
| **9** Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If 'Yes,' provide the names and addresses on Schedule O* . . . . . . . . . . . . . . . . . . . . . | | **9** | | X |

### Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|  |  | Yes | No |
|---|---|---|---|
| **10a** Did the organization have local chapters, branches, or affiliates?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10a** | | X |
| **b** If 'Yes,' did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10b** | | |
| **11a** Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form?. . . . . . . . . . | **11a** | X | |
| **b** Describe in Schedule O the process, if any, used by the organization to review this Form 990.   See Schedule O | | | |
| **12a** Did the organization have a written conflict of interest policy? *If 'No,' go to line 13*. . . . . . . . . . . . . . . . . . . . . . . . . . | **12a** | | X |
| **b** Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12b** | | |
| **c** Did the organization regularly and consistently monitor and enforce compliance with the policy? *If 'Yes,' describe in Schedule O how this was done*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12c** | | |
| **13** Did the organization have a written whistleblower policy?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | | X |
| **14** Did the organization have a written document retention and destruction policy?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | | X |
| **15** Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** The organization's CEO, Executive Director, or top management official. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15a** | | X |
| **b** Other officers or key employees of the organization. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15b** | | X |
| If 'Yes' to line 15a or 15b, describe the process in Schedule O (see instructions). | | | |
| **16a** Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16a** | | X |
| **b** If 'Yes,' did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16b** | | |

### Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed ►    CA

**18** Section 6104 requires an organization to make its Forms 1023 (1024 or 1024-A, if applicable), 990, and 990-T (Section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website    ☐ Another's website    ☒ Upon request    ☐ Other (*explain on Schedule O*)

**19** Describe on Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.    See Schedule O

**20** State the name, address, and telephone number of the person who possesses the organization's books and records ►

Jacques Cressaty 300 Funston Avenue   San Francisco CA 94118 415-561-6767

| **BAA** | TEEA0106L 07/31/19 | Form **990** (2019) |
|---|---|---|

ATTORNEYS' EYES ONLY

INTARC00402967

Form 990 (2019)   Better World Libraries                                    20-3803359              Page **7**

| Part VII | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |

Check if Schedule O contains a response or note to any line in this Part VII......................................... ☐

**Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1 a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

• List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

• List all of the organization's **current** key employees, if any. See instructions for definition of 'key employee.'

• List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

• List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

• List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See instructions for the order in which to list the persons above.

☒ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) Brewster Kahle<br>Chairman | 1<br>0 | X | | X | | | | 0. | 0. | 0. |
| (2) Jacques Cressaty<br>Secretary | 1<br>0 | X | | X | | | | 0. | 0. | 0. |
| (3) Jeff Ubois<br>Treasurer | 1<br>0 | X | | X | | | | 0. | 0. | 0. |
| (4) | | | | | | | | | | |
| (5) | | | | | | | | | | |
| (6) | | | | | | | | | | |
| (7) | | | | | | | | | | |
| (8) | | | | | | | | | | |
| (9) | | | | | | | | | | |
| (10) | | | | | | | | | | |
| (11) | | | | | | | | | | |
| (12) | | | | | | | | | | |
| (13) | | | | | | | | | | |
| (14) | | | | | | | | | | |

BAA                          TEEA0107L   07/31/19                          Form **990** (2019)

ATTORNEYS' EYES ONLY                                    INTARC00402968

Form 990 (2019) Better World Libraries                                     20-3803359                    Page **8**

| Part VII | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)* |
|---|---|

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organiza- tions below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (15) | | | | | | | | | | |
| (16) | | | | | | | | | | |
| (17) | | | | | | | | | | |
| (18) | | | | | | | | | | |
| (19) | | | | | | | | | | |
| (20) | | | | | | | | | | |
| (21) | | | | | | | | | | |
| (22) | | | | | | | | | | |
| (23) | | | | | | | | | | |
| (24) | | | | | | | | | | |
| (25) | | | | | | | | | | |
| **1 b Subtotal** . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | | | | 0. | 0. | 0. |
| **c** Total from continuation sheets to Part VII, Section A . . . . . . . . . . ▶ | | | | | | | | 0. | 0. | 0. |
| **d Total (add lines 1b and 1c)** . . . . . . . . . . . . . . . ▶ | | | | | | | | 0. | 0. | 0. |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶    0

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any **former** officer, director, trustee, key employee, or highest compensated employee on line 1a? *If 'Yes,' complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . **3** | | X |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If 'Yes,' complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . **4** | | X |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If 'Yes,' complete Schedule J for such person* . . . . . . . . . . . . . . . . . . **5** | | X |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶    0

BAA                                 TEEA0108L  07/31/19                          Form **990** (2019)

ATTORNEYS' EYES ONLY                                                                  INTARC00402969

Form 990 (2019)   Better World Libraries                                    20-3803359                Page **9**

| Part VIII | Statement of Revenue |

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512-514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1 a** Federated campaigns . . . . . . . . . | **1a** | | | | |
| | **b** Membership dues . . . . . . . . . . | **1b** | | | | |
| | **c** Fundraising events . . . . . . . . . . . | **1c** | | | | |
| | **d** Related organizations . . . . . . . . | **1d** | | | | |
| | **e** Government grants (contributions) . . . . | **1e** | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above . . . | **1f** | 3,250,050. | | | |
| | **g** Noncash contributions included in lines 1a-1f . . . | **1g** | | | | |
| | **h** Total. Add lines 1a-1f . . . . . . . . . . . . . . . . . . . ▶ | | 3,250,050. | | | |
| **Program Service Revenue** | **2 a** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | Business Code | | | | |
| | **b** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | **c** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | **d** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | **e** _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | **f** All other program service revenue . . . | | | | | |
| | **g** Total. Add lines 2a-2f . . . . . . . . . . . . . . . . . . . ▶ | | | | | |
| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) . . . . . . . . . . . . . . . . . . . . . . ▶ | | 5,106. | | | 5,106. |
| | **4** Income from investment of tax-exempt bond proceeds . . ▶ | | | | | |
| | **5** Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | |
| | | (i) Real | (ii) Personal | | | | |
| | **6 a** Gross rents . . . . . . . . | **6a** | | | | | |
| | **b** Less: rental expenses | **6b** | | | | | |
| | **c** Rental income or (loss) | **6c** | | | | | |
| | **d** Net rental income or (loss) . . . . . . . . . . . . . . . . . . . . ▶ | | | | | |
| | **7 a** Gross amount from sales of assets other than inventory | **7a** (i) Securities | (ii) Other | | | | |
| | **b** Less: cost or other basis and sales expenses | **7b** | | | | | |
| | **c** Gain or (loss) . . . . . . | **7c** | | | | | |
| | **d** Net gain or (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | |
| | **8 a** Gross income from fundraising events (not including $ _ _ _ _ _ _ _ _ _ of contributions reported on line 1c). See Part IV, line 18 . . . . . . . . . . . | **8a** | | | | |
| | **b** Less: direct expenses . . . . . . | **8b** | | | | | |
| | **c** Net income or (loss) from fundraising events . . . . . . . . . ▶ | | | | | |
| | **9 a** Gross income from gaming activities. See Part IV, line 19 . . . . . . . . . . . . | **9a** | | | | |
| | **b** Less: direct expenses . . . . . . | **9b** | | | | | |
| | **c** Net income or (loss) from gaming activities . . . . . . . . . . ▶ | | | | | |
| | **10 a** Gross sales of inventory, less returns and allowances . . . . . | **10a** | | | | |
| | **b** Less: cost of goods sold . . . . | **10b** | | | | | |
| | **c** Net income or (loss) from sales of inventory . . . . . . . . . ▶ | | | | | |
| **Miscellaneous Revenue** | **11a** _ _ _ _ _ _ _ _ _ _ _ _ _ _ | Business Code | | | | |
| | **b** _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | **c** _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | |
| | **d** All other revenue . . . . . . . . . . | | | | | |
| | **e** Total. Add lines 11a-11d . . . . . . . . . . . . . . . . . . . ▶ | | | | | |
| | **12** Total revenue. See instructions . . . . . . . . . . . . . . . . . ▶ | | 3,255,156. | 0. | 0. | 5,106. |

BAA                                     TEEA0109L   07/31/19                              Form **990** (2019)

ATTORNEYS' EYES ONLY                                                                INTARC00402970

Form 990 (2019) Better World Libraries       20-3803359      Page **10**

| Part IX | Statement of Functional Expenses |
|---------|----------------------------------|

*Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).*

Check if Schedule O contains a response or note to any line in this Part IX. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| | *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | (A)<br>Total expenses | (B)<br>Program service expenses | (C)<br>Management and general expenses | (D)<br>Fundraising expenses |
|---|---|---|---|---|---|
| 1 | Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21. | | | | |
| 2 | Grants and other assistance to domestic individuals. See Part IV, line 22. . . . . . . . . . . | | | | |
| 3 | Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 | | | | |
| 4 | Benefits paid to or for members . . . . . . . . . . | | | | |
| 5 | Compensation of current officers, directors, trustees, and key employees . . . . . . . . . . . . . . . | 0. | 0. | 0. | 0. |
| 6 | Compensation not included above to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B). . . . . . . . . . . . . . . . . . | 0. | 0. | 0. | 0. |
| 7 | Other salaries and wages . . . . . . . . . . . . . . . . | | | | |
| 8 | Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions). . . . . . . . . . . . . . . . | | | | |
| 9 | Other employee benefits . . . . . . . . . . . . . . . . . | | | | |
| 10 | Payroll taxes . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 11 | Fees for services (nonemployees): | | | | |
| a | Management . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| b | Legal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| c | Accounting . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| d | Lobbying . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| e | Professional fundraising services. See Part IV, line 17. . . | | | | |
| f | Investment management fees . . . . . . . . . . . . . | | | | |
| g | Other. (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O.) . . . . | | | | |
| 12 | Advertising and promotion. . . . . . . . . . . . . . . | | | | |
| 13 | Office expenses . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 14 | Information technology. . . . . . . . . . . . . . . . . . | | | | |
| 15 | Royalties. . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 16 | Occupancy . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 17 | Travel. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 18 | Payments of travel or entertainment expenses for any federal, state, or local public officials. . . . . . . . . . . . . . . . . . . . . . | | | | |
| 19 | Conferences, conventions, and meetings. . . . | | | | |
| 20 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 21 | Payments to affiliates. . . . . . . . . . . . . . . . . . . | | | | |
| 22 | Depreciation, depletion, and amortization. . . | | | | |
| 23 | Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 24 | Other expenses. Itemize expenses not covered above (List miscellaneous expenses on line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) . . . . . . . . . . . . . . . | | | | |
| a | Miscellaneous Expenses | 515. | 515. | | |
| b | Books & Subscriptions | 150. | 150. | | |
| c | Organizational Expenses | 96. | | 96. | |
| d | Bank Fees | 65. | | 65. | |
| e | All other expenses. . . . . . . . . . . . . . . . . . . . . | 10. | 10. | | |
| 25 | **Total functional expenses.** Add lines 1 through 24e. . . . | 836. | 675. | 161. | 0. |
| 26 | **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720). . . . . . . . . . . | | | | |

BAA           TEEA0110L 07/31/19           Form **990** (2019)

ATTORNEYS' EYES ONLY        INTARC00402971

Form 990 (2019)   Better World Libraries                                          20-3803359                    Page **11**

| **Part X** | **Balance Sheet** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part X . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| | | | **(A)** Beginning of year | | **(B)** End of year |
|---|---|---|---|---|---|
| **Assets** | 1 | Cash — non-interest-bearing. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 31,595. | 1 | 50,900. |
| | 2 | Savings and temporary cash investments. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 2 | 2,281,880. |
| | 3 | Pledges and grants receivable, net. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3 | |
| | 4 | Accounts receivable, net . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8,433. | 4 | 8,432. |
| | 5 | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . . . . . . . . . . . . | | 5 | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) . . . . . . . . . . . . | | 6 | |
| | 7 | Notes and loans receivable, net. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 7 | 203,136. |
| | 8 | Inventories for sale or use. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 8 | |
| | 9 | Prepaid expenses and deferred charges. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 9 | |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D . . . . . . . . . . . . . . . . . . **10a** | | | |
| | b | Less: accumulated depreciation. . . . . . . . . . . . . . . . . . . **10b** | | 10c | |
| | 11 | Investments — publicly traded securities. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 11 | 750,000. |
| | 12 | Investments — other securities. See Part IV, line 11. . . . . . . . . . . . . . . . . . . . . . . . | | 12 | |
| | 13 | Investments — program-related. See Part IV, line 11 . . . . . . . . . . . . . . . . . . . . . . . | | 13 | |
| | 14 | Intangible assets. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14 | |
| | 15 | Other assets. See Part IV, line 11. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 15 | |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33). . . . . . . . . . . . . . . . . . . | 40,028. | 16 | 3,294,348. |
| **Liabilities** | 17 | Accounts payable and accrued expenses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 17 | |
| | 18 | Grants payable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 18 | |
| | 19 | Deferred revenue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 19 | |
| | 20 | Tax-exempt bond liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 20 | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D. . . . . . . . . | | 21 | |
| | 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . . . . . . . . . . . . | | 22 | |
| | 23 | Secured mortgages and notes payable to unrelated third parties . . . . . . . . . . . . . | | 23 | |
| | 24 | Unsecured notes and loans payable to unrelated third parties . . . . . . . . . . . . . . . | | 24 | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D. | | 25 | |
| | 26 | **Total liabilities.** Add lines 17 through 25. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. | 26 | 0. |
| **Net Assets or Fund Balances** | | Organizations that follow FASB ASC 958, check here ▶ ☒ and complete lines 27, 28, 32, and 33. | | | |
| | 27 | Net assets without donor restrictions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40,028. | 27 | 3,294,348. |
| | 28 | Net assets with donor restrictions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 28 | |
| | | Organizations that do not follow FASB ASC 958, check here ▶ ☐ and complete lines 29 through 33. | | | |
| | 29 | Capital stock or trust principal, or current funds . . . . . . . . . . . . . . . . . . . . . . . . . . | | 29 | |
| | 30 | Paid-in or capital surplus, or land, building, or equipment fund . . . . . . . . . . . . . . | | 30 | |
| | 31 | Retained earnings, endowment, accumulated income, or other funds . . . . . . . . . | | 31 | |
| | 32 | Total net assets or fund balances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40,028. | 32 | 3,294,348. |
| | 33 | Total liabilities and net assets/fund balances . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40,028. | 33 | 3,294,348. |

BAA                                        TEEA0111L   07/31/19                                 Form **990** (2019)

**ATTORNEYS' EYES ONLY**                                                                    INTARC00402972

Form 990 (2019) Better World Libraries                                20-3803359          Page **12**

| Part XI | Reconciliation of Net Assets | | |
|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part XI. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 3,255,156. |
| 2 | Total expenses (must equal Part IX, column (A), line 25). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 836. |
| 3 | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 3,254,320. |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)). . . . . . . . . . . . | **4** | 40,028. |
| 5 | Net unrealized gains (losses) on investments. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| 6 | Donated services and use of facilities. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| 7 | Investment expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Prior period adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| 9 | Other changes in net assets or fund balances (explain on Schedule O). . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | 0. |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 3,294,348. |

| Part XII | Financial Statements and Reporting | | |
|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part XII. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒

| | | Yes | No |
|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990:  ☐ Cash  ☐ Accrual  ☒ Other **See Sch. O** | | |
| | If the organization changed its method of accounting from a prior year or checked 'Other,' explain in Schedule O. | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? . . . . . . . . . . . . . . . . . . | **2a** | X |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | |
| b | Were the organization's financial statements audited by an independent accountant?. . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2b** | X |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | |
| c | If 'Yes' to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant?. . . . . . . . . . . . . . . . . . . . | **2c** | |
| | If the organization changed either its oversight process or selection process during the tax year, explain on Schedule O. | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3a** | X |
| b | If 'Yes,' did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why on Schedule O and describe any steps taken to undergo such audits . . . . . . . . . . . . . . . . . . . . . . | **3b** | |

BAA                                    TEEA0112L  01/21/20                              Form **990** (2019)

| **SCHEDULE A**<br>**(Form 990 or 990-EZ)** | **Public Charity Status and Public Support** | OMB No. 1545-0047 |
|---|---|---|
| | Complete if the organization is a section 501(c)(3) organization or a section<br>4947(a)(1) nonexempt charitable trust. | **2019** |
| Department of the Treasury<br>Internal Revenue Service | ► **Attach to Form 990 or Form 990-EZ.**<br>► Go to *www.irs.gov/Form990* for instructions and the latest information. | **Open to Public<br>Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| Better World Libraries | 20-3803359 |

## Part I  Reason for Public Charity Status (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1 ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ).)

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☒ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8 ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9 ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or university: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

10 ☐ An organization that normally receives: (1) more than 33-1/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33-1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11 ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

g Provide the following information about the supported organization(s).

| **(i)** Name of supported organization | **(ii)** EIN | **(iii)** Type of organization (described on lines 1-10 above (see instructions)) | **(iv)** Is the organization listed in your governing document? | | **(v)** Amount of monetary support (see instructions) | **(vi)** Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | Yes | No | | |
| **(A)** | | | | | | |
| **(B)** | | | | | | |
| **(C)** | | | | | | |
| **(D)** | | | | | | |
| **(E)** | | | | | | |
| **Total** | | | | | | |

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**         **Schedule A (Form 990 or 990-EZ) 2019**

TEEA0401L  07/03/19

**ATTORNEYS' EYES ONLY**                                                           **INTARC00402974**

Schedule A (Form 990 or 990-EZ) 2019   Better World Libraries                    20-3803359                  Page **2**

| Part II | Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi) |

(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received. (Do not include any 'unusual grants.') . . . . . . . | 4,825. | 353. | | | 3,250,050. | 3,255,228. |
| 2 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . . . . . . . . . . . | | | | | | 0. |
| 3 The value of services or facilities furnished by a governmental unit to the organization without charge . . . | | | | | | 0. |
| 4 **Total.** Add lines 1 through 3 . . . | 4,825. | 353. | 0. | 0. | 3,250,050. | 3,255,228. |
| 5 The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) . . | | | | | | 0. |
| 6 **Public support.** Subtract line 5 from line 4. . . . . . . . . . . . . . . . . . | | | | | | 3,255,228. |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| 7 Amounts from line 4 . . . . . . . . . | 4,825. | 353. | 0. | 0. | 3,250,050. | 3,255,228. |
| 8 Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources . . . . . . . . . . . . . | | | | | 5,106. | 5,106. |
| 9 Net income from unrelated business activities, whether or not the business is regularly carried on. . . . . . . . . . . . . . . | | | | | | 0. |
| 10 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . . . . . . . . . . . . . | | | | | | 0. |
| 11 **Total support.** Add lines 7 through 10 . . . . . . . . . . . . . | | | | | | 3,260,334. |
| 12 Gross receipts from related activities, etc. (see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | **12** | 0. |

13 **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| 14 Public support percentage for 2019 (line 6, column (f) divided by line 11, column (f)). . . . . . . . . . . . . . . . . | **14** | 99.84 % |
| 15 Public support percentage from 2018 Schedule A, Part II, line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | 93.18 % |

**16a 33-1/3% support test—2019.** If the organization did not check the box on line 13, and line 14 is 33-1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization. . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☒

**b 33-1/3% support test—2018.** If the organization did not check a box on line 13 or 16a, and line 15 is 33-1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**17a 10%-facts-and-circumstances test—2019.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the 'facts-and-circumstances' test, check this box and **stop here.** Explain in Part VI how the organization meets the 'facts-and-circumstances' test. The organization qualifies as a publicly supported organization. . . . . . . . . ▶ ☐

**b 10%-facts-and-circumstances test—2018.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the 'facts-and-circumstances' test, check this box and **stop here.** Explain in Part VI how the organization meets the 'facts-and-circumstances' test. The organization qualifies as a publicly supported organization. . . . . . . . . . . . . ▶ ☐

**18 Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . ▶ ☐

| | |
|---|---|
| **BAA** | **Schedule A (Form 990 or 990-EZ) 2019** |

TEEA0402L  07/03/19

**ATTORNEYS' EYES ONLY**                                              **INTARC00402975**

**Part III** **Support Schedule for Organizations Described in Section 509(a)(2)**
(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received. (Do not include any 'unusual grants.') | | | | | | |
| 2 Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose. | | | | | | |
| 3 Gross receipts from activities that are not an unrelated trade or business under section 513. | | | | | | |
| 4 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. | | | | | | |
| 5 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| 6 **Total.** Add lines 1 through 5 | | | | | | |
| 7a Amounts included on lines 1, 2, and 3 received from disqualified persons. | | | | | | |
| b Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year. | | | | | | |
| c Add lines 7a and 7b. | | | | | | |
| 8 **Public support.** (Subtract line 7c from line 6.) | | | | | | |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2015 | (b) 2016 | (c) 2017 | (d) 2018 | (e) 2019 | (f) Total |
|---|---|---|---|---|---|---|
| 9 Amounts from line 6 | | | | | | |
| 10a Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | | | | | | |
| b Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975. | | | | | | |
| c Add lines 10a and 10b | | | | | | |
| 11 Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | | | | | | |
| 12 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) | | | | | | |
| 13 **Total support.** (Add lines 9, 10c, 11, and 12.) | | | | | | |

**14 First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here.**   ▶ ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| 15 Public support percentage for 2019 (line 8, column (f), divided by line 13, column (f)) | 15 | % |
| 16 Public support percentage from 2018 Schedule A, Part III, line 15 | 16 | % |

## Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| 17 Investment income percentage for 2019 (line 10c, column (f), divided by line 13, column (f)) | 17 | % |
| 18 Investment income percentage from 2018 Schedule A, Part III, line 17 | 18 | % |

**19a 33-1/3% support tests—2019.** If the organization did not check the box on line 14, and line 15 is more than 33-1/3%, and line 17 is not more than 33-1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization  ▶ ☐

**b 33-1/3% support tests—2018.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33-1/3%, and line 18 is not more than 33-1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization  ▶ ☐

**20 Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions  ▶ ☐

BAA           TEEA0403L   07/03/19           Schedule A (Form 990 or 990-EZ) 2019

ATTORNEYS' EYES ONLY

INTARC00402976

Schedule A (Form 990 or 990-EZ) 2019   Better World Libraries          20-3803359          Page **4**

| Part IV | Supporting Organizations |
|---|---|

(Complete only if you checked a box in line 12 on Part I. If you checked 12a of Part I, complete Sections A and B. If you checked 12b of Part I, complete Sections A and C. If you checked 12c of Part I, complete Sections A, D, and E. If you checked 12d of Part I, complete Sections A and D, and complete Part V.)

**Section A. All Supporting Organizations**

|  |  | Yes | No |
|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If 'No,' describe in **Part VI** how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* |  |  |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509(a)(1) or (2)? *If 'Yes,' explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2).* |  |  |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If 'Yes,' answer (b) and (c) below.* |  |  |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If 'Yes,' describe in **Part VI** when and how the organization made the determination.* |  |  |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If 'Yes,' explain in **Part VI** what controls the organization put in place to ensure such use.* |  |  |
| **4a** | Was any supported organization not organized in the United States ('foreign supported organization')? *If 'Yes' and if you checked 12a or 12b in Part I, answer (b) and (c) below.* |  |  |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If 'Yes,' describe in **Part VI** how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* |  |  |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If 'Yes,' explain in **Part VI** what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* |  |  |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If 'Yes,' answer (b) and (c) below (if applicable). Also, provide detail in **Part VI**, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* |  |  |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? |  |  |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? |  |  |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If 'Yes,' provide detail in **Part VI**.* |  |  |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (as defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If 'Yes,' complete Part I of Schedule L (Form 990 or 990-EZ).* |  |  |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described in line 7? *If 'Yes,' complete Part I of Schedule L  (Form 990 or 990-EZ).* |  |  |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If 'Yes,' provide detail in **Part VI**.* |  |  |
| **b** | Did one or more disqualified persons (as defined in line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If 'Yes,' provide detail in **Part VI**.* |  |  |
| **c** | Did a disqualified person (as defined in line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If 'Yes,' provide detail in **Part VI**.* |  |  |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If 'Yes,' answer 10b below.* |  |  |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings.)* |  |  |

BAA                          TEEA0404L  07/03/19                          Schedule A (Form 990 or 990-EZ) 2019

ATTORNEYS' EYES ONLY                                                                    INTARC00402977

| Part IV | Supporting Organizations *(continued)* |
|---|---|

| | | Yes | No |
|---|---|---|---|
| 11 | Has the organization accepted a gift or contribution from any of the following persons? | | |
| a | A person who directly or indirectly controls, either alone or together with persons described in (b) and (c) below, the governing body of a supported organization? **11a** | | |
| b | A family member of a person described in (a) above? **11b** | | |
| c | A 35% controlled entity of a person described in (a) or (b) above? *If 'Yes' to a, b, or c, provide detail in* **Part VI.** **11c** | | |

## Section B. Type I Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Did the directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If 'No,' describe in* **Part VI** *how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* **1** | | |
| 2 | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If 'Yes,' explain in* **Part VI** *providing such benefit carried out the purposes of the supported organization(s) that operated, supervised, or controlled the supporting organization.* **2** | | |

## Section C. Type II Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If 'No,' describe in* **Part VI** *how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* **1** | | |

## Section D. All Type III Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? **1** | | |
| 2 | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization(s) or (ii) serving on the governing body of a supported organization? *If 'No,' explain in* **Part VI** *how the organization maintained a close and continuous working relationship with the supported organization(s).* **2** | | |
| 3 | By reason of the relationship described in (2), did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If 'Yes,' describe in* **Part VI** *the role the organization's supported organizations played in this regard.* **3** | | |

## Section E. Type III Functionally Integrated Supporting Organizations

| | |
|---|---|
| 1 | *Check the box next to the method that the organization used to satisfy the Integral Part Test during the year* **(see instructions).** |
| a | ☐ The organization satisfied the Activities Test. *Complete* **line 2** *below.* |
| b | ☐ The organization is the parent of each of its supported organizations. *Complete* **line 3** *below.* |
| c | ☐ The organization supported a governmental entity. *Describe in* **Part VI** *how you supported a government entity (see instructions).* |

| | | Yes | No |
|---|---|---|---|
| 2 | Activities Test. **Answer (a) and (b) below.** | | |
| a | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If 'Yes,' then in* **Part VI** *identify those supported organizations and explain* *how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* **2a** | | |
| b | Did the activities described in (a) constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If 'Yes,' explain in* **Part VI** *the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* **2b** | | |
| 3 | Parent of Supported Organizations. **Answer (a) and (b) below.** | | |
| a | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *Provide details in* **Part VI.** **3a** | | |
| b | Did the organization exercise a substantial degree of direction over the policies, programs, and activities of each of its supported organizations? *If 'Yes,' describe in* **Part VI** *the role played by the organization in this regard.* **3b** | | |

ATTORNEYS' EYES ONLY      INTARC00402978

**Part V**   **Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations**

1   ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 (explain in Part VI). **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

## Section A — Adjusted Net Income

| | | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| 1 | Net short-term capital gain | 1 | | |
| 2 | Recoveries of prior-year distributions | 2 | | |
| 3 | Other gross income (see instructions) | 3 | | |
| 4 | Add lines 1 through 3. | 4 | | |
| 5 | Depreciation and depletion | 5 | | |
| 6 | Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | 6 | | |
| 7 | Other expenses (see instructions) | 7 | | |
| 8 | **Adjusted Net Income** (subtract lines 5, 6, and 7 from line 4) | 8 | | |

## Section B — Minimum Asset Amount

| | | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| 1 | Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | | | |
| | **a** Average monthly value of securities | 1a | | |
| | **b** Average monthly cash balances | 1b | | |
| | **c** Fair market value of other non-exempt-use assets | 1c | | |
| | **d Total** (add lines 1a, 1b, and 1c) | 1d | | |
| | **e Discount** claimed for blockage or other factors (explain in detail in **Part VI**): | | | |
| 2 | Acquisition indebtedness applicable to non-exempt-use assets | 2 | | |
| 3 | Subtract line 2 from line 1d. | 3 | | |
| 4 | Cash deemed held for exempt use. Enter 1-1/2% of line 3 (for greater amount, see instructions). | 4 | | |
| 5 | Net value of non-exempt-use assets (subtract line 4 from line 3) | 5 | | |
| 6 | Multiply line 5 by .035. | 6 | | |
| 7 | Recoveries of prior-year distributions | 7 | | |
| 8 | **Minimum Asset Amount** (add line 7 to line 6) | 8 | | |

## Section C — Distributable Amount

| | | | Current Year |
|---|---|---|---|
| 1 | Adjusted net income for prior year (from Section A, line 8, Column A) | 1 | |
| 2 | Enter 85% of line 1. | 2 | |
| 3 | Minimum asset amount for prior year (from Section B, line 8, Column A) | 3 | |
| 4 | Enter greater of line 2 or line 3. | 4 | |
| 5 | Income tax imposed in prior year | 5 | |
| 6 | **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions). | 6 | |

7   ☐ Check here if the current year is the organization's first as a non-functionally integrated Type III supporting organization (see instructions).

TEEA0406L   07/03/19

ATTORNEYS' EYES ONLY        INTARC00402979

| **Part V** | **Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations** *(continued)* | | | |
|---|---|---|---|---|
| **Section D — Distributions** | | | | **Current Year** |
| 1 | Amounts paid to supported organizations to accomplish exempt purposes | | | |
| 2 | Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | | | |
| 3 | Administrative expenses paid to accomplish exempt purposes of supported organizations | | | |
| 4 | Amounts paid to acquire exempt-use assets | | | |
| 5 | Qualified set-aside amounts (prior IRS approval required) | | | |
| 6 | Other distributions (describe in **Part VI**). See instructions. | | | |
| 7 | **Total annual distributions.** Add lines 1 through 6. | | | |
| 8 | Distributions to attentive supported organizations to which the organization is responsive (provide details in **Part VI**). See instructions. | | | |
| 9 | Distributable amount for 2019 from Section C, line 6 | | | |
| 10 | Line 8 amount divided by line 9 amount | | | |

| **Section E — Distribution Allocations (see instructions)** | **(i)** Excess Distributions | **(ii)** Underdistributions Pre-2019 | **(iii)** Distributable Amount for 2019 |
|---|---|---|---|
| 1   Distributable amount for 2019 from Section C, line 6 | | | |
| 2   Underdistributions, if any, for years prior to 2019 (reasonable cause required — explain in Part VI). See instructions. | | | |
| 3   Excess distributions carryover, if any, to 2019 | | | |
| **a** From 2014 . . . . . . . . . . . . . . . | | | |
| **b** From 2015 . . . . . . . . . . . . . . . | | | |
| **c** From 2016 . . . . . . . . . . . . . . . | | | |
| **d** From 2017 . . . . . . . . . . . . . . . | | | |
| **e** From 2018 . . . . . . . . . . . . . . . | | | |
| **f Total** of lines 3a through e | | | |
| **g** Applied to underdistributions of prior years | | | |
| **h** Applied to 2019 distributable amount | | | |
| **i** Carryover from 2014 not applied (see instructions) | | | |
| **j** Remainder. Subtract lines 3g, 3h, and 3i from 3f. | | | |
| 4   Distributions for 2019 from Section D, line 7:                 $ | | | |
| **a** Applied to underdistributions of prior years | | | |
| **b** Applied to 2019 distributable amount | | | |
| **c** Remainder. Subtract lines 4a and 4b from 4. | | | |
| 5   Remaining underdistributions for years prior to 2019, if any. Subtract lines 3g and 4a from line 2. For result greater than zero, explain in Part VI. See instructions. | | | |
| 6   Remaining underdistributions for 2019. Subtract lines 3h and 4b from line 1. For result greater than zero, explain in Part VI. See instructions. | | | |
| 7   **Excess distributions carryover to 2020.** Add lines 3j and 4c. | | | |
| 8   Breakdown of line 7: | | | |
| **a** Excess from 2015 . . . . . . | | | |
| **b** Excess from 2016 . . . . . . | | | |
| **c** Excess from 2017 . . . . . . | | | |
| **d** Excess from 2018 . . . . . . | | | |
| **e** Excess from 2019 . . . . . . | | | |

BAA                                                                                  Schedule A (Form 990 or 990-EZ) 2019

TEEA0407L   07/03/19

ATTORNEYS' EYES ONLY

INTARC00402980

Better World Libraries     20-3803359

| **Part VI** | **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a, and 3b; Part V, line 1; Part V, Section B, line 1e; Part V, Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions.) |

TEEA0408L  07/03/19

ATTORNEYS' EYES ONLY     INTARC00402981

**Schedule B**

**(Form 990, 990-EZ, or 990-PF)**
Department of the Treasury
Internal Revenue Service

**Schedule of Contributors**

▶ Attach to Form 990, Form 990-EZ, or Form 990-PF.
▶ Go to *www.irs.gov/Form990* for the latest information.

OMB No. 1545-0047

**2019**

| Name of the organization | Employer identification number |
|---|---|
| Better World Libraries | 20-3803359 |

**Organization type** (check one):

**Filers of:** **Section:**

Form 990 or 990-EZ  [X] 501(c)( 3 ) (enter number) organization

[ ] 4947(a)(1) nonexempt charitable trust **not** treated as a private foundation

Form 990-PF  [ ] 527 political organization

[ ] 501(c)(3) exempt private foundation

[ ] 4947(a)(1) nonexempt charitable trust treated as a private foundation

[ ] 501(c)(3) taxable private foundation

Check if your organization is covered by the **General Rule** or a **Special Rule.**
**Note:** Only a section 501(c)(7), (8), or (10) organization can check boxes for both the General Rule and a Special Rule. See instructions.

**General Rule**

[ ]  For an organization filing Form 990, 990-EZ, or 990-PF that received, during the year, contributions totaling $5,000 or more (in money or property) from any one contributor. Complete Parts I and II. See instructions for determining a contributor's total contributions.

**Special Rules**

[X]  For an organization described in section 501(c)(3) filing Form 990 or 990-EZ that met the 33-1/3% support test of the regulations under sections 509(a)(1) and 170(b)(1)(A)(vi), that checked Schedule A (Form 990 or 990-EZ), Part II, line 13, 16a, or 16b, and that received from any one contributor, during the year, total contributions of the greater of (1) $5,000; or (2) 2% of the amount on (i) Form 990, Part VIII, line 1h; or (ii) Form 990-EZ, line 1. Complete Parts I and II.

[ ]  For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, total contributions of more than $1,000 *exclusively* for religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals. Complete Parts I, II, and III.

[ ]  For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, contributions *exclusively* for religious, charitable, etc., purposes, but no such contributions totaled more than $1,000. If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc., purpose. Don't complete any of the parts unless the **General Rule** applies to this organization because it received *nonexclusively* religious, charitable, etc., contributions totaling $5,000 or more during the year . ▶ $ _____

**Caution:** An organization that isn't covered by the General Rule and/or the Special Rules doesn't file Schedule B (Form 990, 990-EZ, or 990-PF), but it **must** answer 'No' on Part IV, line 2, of its Form 990; or check the box on line H of its Form 990-EZ or on its Form 990-PF, Part I, line 2, to certify that it doesn't meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF).

BAA  For Paperwork Reduction Act Notice, see the instructions for Form 990, 990-EZ, or 990-PF. **Schedule B (Form 990, 990-EZ, or 990-PF) (2019)**

TEEA0701L   08/09/19

ATTORNEYS' EYES ONLY

INTARC00402982

| | 1 | 1 | **Page 2** |
|---|---|---|---|

| Name of organization | Employer identification number |
|---|---|
| Better World Libraries | 20-3803359 |

**Part I**   **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | Internet Archive<br><br>300 Funston Avenue<br><br>San Francisco, CA 94118 | $ 1,250,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions.) |
| 2 | Fidelity Charitable<br><br>PO Box 770001<br><br>Cincinnati, OH 45277 | $ 2,000,050. | Person ☒<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions.) |

BAA     TEEA0702L   08/09/19     **Schedule B (Form 990, 990-EZ, or 990-PF) (2019)**

ATTORNEYS' EYES ONLY        INTARC00402983

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)

| | 1 | 1 | Page **3** |

| Name of organization | Employer identification number |
|---|---|
| Better World Libraries | 20-3803359 |

**Part II** Noncash Property (see instructions). Use duplicate copies of Part II if additional space is needed.

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
| | N/A | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

BAA

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)

TEEA0703L 08/09/19

ATTORNEYS' EYES ONLY

INTARC00402984

A-2520

Schedule B (Form 990, 990-EZ, or 990-PF) (2019)                                    1        1        Page **4**

| Name of organization | Employer identification number |
|---|---|
| Better World Libraries | 20-3803359 |

**Part III** *Exclusively* religious, charitable, etc., contributions to organizations described in section 501(c)(7), (8), or (10) that total more than $1,000 for the year from any one contributor. Complete columns **(a)** through **(e)** and the following line entry. For organizations completing Part III, enter the total of *exclusively* religious, charitable, etc., contributions of **$1,000 or less** for the year. (Enter this information once. See instructions.). . . . . . . . . . ▶ $ _ _ _ _ _ _ _ _ _ N/A
Use duplicate copies of Part III if additional space is needed.

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| ____ | N/A | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| ____ | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| ____ | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| ____ | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |

**BAA**                            TEEA0704L   08/09/19                   Schedule B (Form 990, 990-EZ, or 990-PF) (2019)

ATTORNEYS' EYES ONLY                                                          INTARC00402985

A-2521

| SCHEDULE O | Supplemental Information to Form 990 or 990-EZ | OMB No. 1545-0047 |
|---|---|---|
| **(Form 990 or 990-EZ)** | Complete to provide information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information. ► Attach to Form 990 or 990-EZ. | **2019** |
| Department of the Treasury Internal Revenue Service | ► Go to *www.irs.gov/Form990* for the latest information. | **Open to Public Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| Better World Libraries | 20-3803359 |

**Form 990, Part III, Line 1 - Organization Mission**

The specific and primary purpose of this corporation is to engage in charitable and educational activities within the means of section 501(c)(3) of the Internal Revenue Code of 1986, as amended, or the corresponding provisions of any future United States Internal revenue law.

**Form 990, Part III, Line 4a - Program Service Accomplishments**

In 2019 the Better World Libraries Board of Directors raised funds and voted to purchase and thus rescue Better World Books, Indiana and which was on verge of bankruptcy.

As the only shareholder in Better World Books, Better World Libraries established a new and fiscally responsible board of directors and officers for Better World Books to safeguard their important mission as a B corporation.

Through this acquisition, Better World Libraries enabled Better World Books to preserve their cultural heritage by continuing to provide an outlet for public libraries across the United States to sell their decommissioned books, offering these books to consumers at discounted prices through a secondary market and also donating millions of books to non-profits partners promoting literacy all around the world.

**Form 990, Part VI, Line 4 - Significant Changes to Organizational Documents**

By-Laws and Articles of Incorporation were amended.

**Form 990, Part VI, Line 11b - Form 990 Review Process**

The Board reviews before submission.

**Form 990, Part VI, Line 19 - Other Organization Documents Publicly Available**

Available upon request.

---

**BAA** For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.     TEEA4901L  08/19/19     **Schedule O (Form 990 or 990-EZ) (2019)**

ATTORNEYS' EYES ONLY

INTARC00402986

| Name of the organization | Employer identification number |
|---|---|
| Better World Libraries | 20-3803359 |

**Form 990, Part XII, Line 1 - Other Accounting Method**

Modified Cash

ATTORNEYS' EYES ONLY                                                          INTARC00402987

# McNamara Declaration
# Exhibit 89

Case 1:20-cv-04160-JGK-OTW Document 96-105 Filed 07/07/22 Page 2 of 9

# Internet Archive Blogs

*A blog from the team at archive.org*



# For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books

Posted on November 6, 2019 by chrisfreeland

A-2525



Announced today, Better World Books, the world's leading socially conscious online bookseller, is now owned by Better World Libraries, a mission-aligned, not-for-profit organization that is affiliated with longtime partner, the Internet Archive.  This groundbreaking partnership will allow both organizations to pursue their collective mission of making knowledge universally accessible to readers everywhere. This new relationship will provide additional resources and newfound synergies backed by a shared enthusiasm for advancing global literacy. Together, the two organizations are expanding the digital frontier of book preservation to ensure books are accessible to all for generations to come.

This new relationship will allow Better World Books to provide a steady stream of books to be digitized by the Internet Archive, thereby growing its digital holdings to millions of books. Libraries that work alongside Better World Books will now make a bigger impact than ever. Any book that

 

does not yet exist in digital form will go into a pipeline for future digitization, preservation and access.  According to Brewster Kahle, Founder and Digital Librarian at the Internet Archive, "The Better World Books origin story is inspiring, and the service they provide to libraries is invaluable. These are our kind of people. We share their values, and we

A-2526

are proud to partner with Better World Books and libraries around the world to promote the goal of universal access to all knowledge."

Better World Books was born in 2003, when a group of recent college graduates sold their used textbooks online. Their success eventually led to the creation of a revolutionary new business model where used books are collected primarily from libraries, booksellers, colleges, and universities in six countries and then are either resold online, donated or recycled. To date, Better World Books has donated almost 27 million books worldwide, has raised close to $29 million for libraries and literacy, and has saved more than 326 million books from landfills. With the backing of the not-for-profit Better World Libraries, Better World Books will enhance these valuable services to libraries and readers.

According to Jim Michalko, former president of The Research Libraries Group, Inc., and a Better World Books board member, "This new relationship is a win for the library community. One of the biggest challenges facing libraries today is responsibly removing materials from their shelves so they can bring in more desirable materials or repurpose space to fit community needs. Better World Books has always been a trusted partner in this activity. Now, libraries can provide books to Better World Books knowing that a digital copy will be created and preserved if one doesn't yet exist. That's responsible collection management."

The Internet Archive has long been committed to digitizing books and library materials so they can be accessed by users all over the world. Through digitization, these materials can be used by researchers in large-scale, data-driven computing investigations, preserved in both digital and physical form, and where appropriate, loaned to readers.

Dustin Holland, the newly appointed President and CEO of Better World Books, underscores, "We exist to make a difference in the world, and our customers make that possible. We are honored to join the Internet Archive family, and our partnership allows us to extract the maximum value out of every book we collect at scale, while continuing to delight readers all over the world."

Better World Books remains the bookstore that customers know and love, with its operations now enhanced for the services it offers to libraries and readers alike. Shop with confidence and help us celebrate this exciting new partnership with a 10% discount on purchases made through the end of the year using discount code "BWBIA". At checkout, you will have an opportunity to round up your purchase amount to benefit the Internet Archive and directly support our mission.

A-2527

Case 1:20-cv-04160-JGK-OTW Document 96-105 Filed 07/07/22 Page 5 of 9



For more about the Internet Archive click here. For more about Better World Books click here.

Posted in News | 18 Replies

---

**About chrisfreeland**

Chris Freeland is the Director of Open Libraries at Internet Archive.

View all posts by chrisfreeland →

---

## 18 thoughts on "For the Love of Literacy—Better World Books and the Internet Archive Unite to Preserve Millions of Books"


**a reader**
November 7, 2019 at 12:38 am

"Any book that does not yet exist in digital form will go into a pipeline for future digitization, preservation and access."

A-2528

I appreciate the need to prioritize preservation resources, but please do not limit the pipeline to books that have not already been scanned.

We probably don't need a hundred scans of the The Devil Wears Prada, but as we all know, many notable books (textbooks, monographs, etc.) have multiple editions and printings; many earlier scans were library holdings which were damaged/defaced; and many of the latest scans (e.g., many of the Trent books) have very low contrast, irregular warping, gutter shadowing, etc. Machine learning can do a lot, but it can't magically fix a book with unusual color/layout (e.g., art books) or typesetting (e.g., a lot of mathematics books) if no clean copy exists (or, perhaps, multiple semi-clean copies).

One way to help prioritization might be to enable (trusted) users to mark existing scans that are incomplete, contain illegible text, have color issues beyond the usual page yellowing, etc. (That is, a wish list for re-scans.) Someday, we may be sad when library holdings from 1950-2000 have been deaccessioned and recycled en masse (via BWB) and discover that we don't actually have good copies of important texts.

---

 **[رز موزیک](#)**
November 7, 2019 at 6:53 am

I am very happy to work together. Moving towards a world of digital books

---

 **Nemo**
November 7, 2019 at 10:29 am

Great! This was the best news of the year, made my day when I was told. So does this mean I can buy a pallet of books from BWB and have it dispatched to the IA as long as they're part of the wish list? 🙂
https://archive.org/download/open_libraries_wish_list

---

 **chrisfreeland**  `Post author`
November 7, 2019 at 9:31 pm

Hi Federico! Even better – you can sponsor a book: https://openlibrary.org/sponsorship

---

**Chris**
November 7, 2019 at 4:36 pm

So who has priority over new books received from libraries or other sources—customers of BWB or the IA? While I am a huge fan of IA, I also buy a lot of books from BWB.

---

**Andrew**

A-2529

Case 1:20-cv-04160-JGK-OTW    Document 96-105    Filed 07/07/22    Page 7 of 9



I would be interested in more details on the process here and about how it will impact the ecosystem of physical books in libraries. I'm concerned that this initiative will encourage shelf-clearing and the removal of physical books from library shelves. In fact, it seems like that's the primary goal — to get books off of the shelves. Via the Book Traces project, we have proven that many individual copies in libraries contain unique historical evidence that will be lost when this happens: http://booktraces.org



**آهنگ جدید**

November 7, 2019 at 9:37 pm

I am very happy to work together. Moving towards a world of digital books



**Naomi Fletcher**

November 7, 2019 at 10:32 pm

It's good to hear that Internet Archive has already taken steps to digitizing books and library materials.



**آهنگ**

November 8, 2019 at 1:05 pm

I'm concerned that this initiative will encourage shelf-clearing and the removal of physical books from library shelves



**Bàn ghế ́ inox giá rẻ**

November 8, 2019 at 1:32 pm

I would be interested in more details on the process here and about how it will impact the ecosystem of physical books in libraries. I'm concerned that this initiative will encourage shelf-clearing and the removal of physical books from library shelves.



**رز موزیک**

November 8, 2019 at 7:19 pm

Great! This was the best news of the year, how i can sponser a book?



chrisfreeland    Post author

November 8, 2019 at 7:45 pm

A-2530

Great to hear! You can sponsor a book through our new sponsorship program at:

https://openlibrary.org/sponsorship

---

 **رز موزیک**
November 10, 2019 at 10:07 am

thanks so much for quick response chrisfreeland. new sponsorship program is very good.

---

 **آهنگ جدید**
November 9, 2019 at 8:45 am

I appreciate the need to prioritize preservation resources, but please do not limit the pipeline to books that have not already been scanned.

---

 **آهنگ**
November 9, 2019 at 5:53 pm

I am very happy to work together. Moving towards a world of digital books

---

 **آهنگ جدید**
November 9, 2019 at 6:56 pm

I'm concerned that this initiative will encourage shelf-clearing and the removal of physical books from library shelves

---

 **Tractors**
November 12, 2019 at 8:52 am

Hello,
Am glad that I came across this article and got
to know such informative information
Thank you and keep sharing more such valuable information.

---

 **آهنگ**
November 17, 2019 at 8:00 am

It's good to hear that Internet Archive has already taken steps to digitizing books and library materials.

---

A-2531

Case 1:20-cv-04160-JGK-OTW Document 96-105 Filed 07/07/22 Page 9 of 9

Comments are closed.

A-2532

**Exhibit 90 to McNamara Declaration**
**Filed Under Seal**
**(A-2533-2538)**

# McNamara Declaration
# Exhibit 91



# Americanah

by Chimamanda Ngozi Adichie

Paperback Book

**Description**

One of "The" "New York Times""sTen Best Books of the Year Winner of the National Book Critics Circle Award for Fiction An NPR "Great Reads" Book, a "Chicago Tribune" Best Book, a "Washington Post "Notable Book, a "Seattle Times "Best Book, an "Entertainment Weekly" Top Fiction Book, a "Newsday "Top 10 Book, and a "Goodreads "Best of the Year pick.A powerful, tender story of race and identity by Chimamanda Ngozi Adichie, the award-winning author of "Half of a Yellow Sun." Ifemelu and Obinze are young and in love when they depart military-ruled Nigeria for the West. Beautiful, self-assured Ifemelu heads for America, where despite her academic success, she is forced to grapple with what it means to be black for the first time. Quiet, thoughtful Obinze had hoped to join her, but with post-9/11 America closed to him, he instead plunges into a dangerous, undocumented life in London. Fifteen years later, they reunite in a newly democratic Nigeria, and reignite their passion for each other and for their homeland."

**Other Available Editions**

| Hardcover |
|---|
| Starting at $6.35 USD |



See Preview

**Buy** *Used Good*

$5.09 USD

**FREE SHIPPING!**

Add to Cart

♡ Add To Wishlist

## All Available Copies

| Condition | Source | Price | Shipping | |
|---|---|---|---|---|
| **Used Good (11 available)** Former library book; used book that is in clean, average condition without any missing pages. | Ships directly from Better World Books  Ships from IN. | $5.09 USD | FREE | Add To Cart |
| **Digital** Borrow this item from our friends at Internet Archive | Digital edition from Internet Archive | | | Borrow |

## About the Book Find at your local library

| Format | Paperback Book | Language | |
|---|---|---|---|
| Publisher | Knopf Doubleday Publishing Group (Mar. 4th, 2014) | Edition | Unknown |



# McNamara Declaration

# Exhibit 92



INTERNET ARCHIVE Donate ♥

OPEN LIBRARY Browse ▾ More ▾ All ▾ Search Log In Sign Up

Borrow

Preview

Want to Read

Review Notes Share

**Check nearby libraries**

- Library.link
- WorldCat

**Buy this book**

- Better World Books
  $5.85 (used) - includes shipping
- Amazon
  $6.83
- ▸ More

When you buy books using these links the Internet Archive may earn a small commission.

*An edition of Loose Woman (1994)*

Last edited by ImportBot
October 4, 2021 | History

Edit

# Loose woman

*poems*
*1st ed.*

by Sandra Cisneros

0 Ratings · 4 Want to read · 0 Currently reading · 0 Have read

Overview | View 5 Editions | Details | Reviews | Lists | Related Books

| Publish Date | Publisher | Language | Pages |
|---|---|---|---|
| 1994 | Knopf, Distributed by Random House | English | 115 |

Previews available in: English

LOOSE WOMAN is by turns bawdy and introspective, flagrantly erotic and unabashedly funny, a work that is both a tour de force and a triumphant outpouring of pure soul.

Read more

▸ SUBJECTS Mexican American women, Poetry, Love poetry, American, American Love poetry, Women, Poetry (poetic...

PLACES United States

Showing 5 featured editions. View all 5 editions?

Show 3 entries Search:

| EDITION | AVAILABILITY ↑ |
|---|---|
|  Loose woman: poems<br>1994, Knopf, Distributed by Random House<br>in English - 1st ed. | Borrow<br>Libraries near you: WorldCat |
|  Loose Woman: Poems<br>March 14, 1995, Vintage<br>Paperback in English | Borrow<br>Libraries near you: WorldCat |
|  Loose Woman<br>December 2005, Books On Tape<br>Audio CD in English | Not in Library<br>Libraries near you: WorldCat |

Showing 1 to 3 of 5 entries

First Previous 1 2 Next Last

Add another edition?





## Book Details

### Published in

New York

### Classifications

| | |
|---|---|
| Dewey Decimal Class | 811/.54 |
| Library of Congress | PS3553.I78 L66 1994 |

### The Physical Object

| | |
|---|---|
| Pagination | xiii, 115 p. ; |
| Number of pages | 115 |

### ID Numbers

| | |
|---|---|
| Open Library | OL1424983M |
| Internet Archive | loosewomanpoems0000cisn_h2m9 |
| ISBN 10 | 0679416447 |
| LC Control Number | 93035937 |
| Library Thing | 71851 |
| Goodreads | 858400 |

## Community Reviews (0)

Feedback?

No community reviews have been submitted for this work.

+ Log in to add your community review

## Lists containing this Book

International Women's Day: Celebrate Women Authors
from BookLists

poetry list
from Adelmira Garrote

## You might also like

Borrow     Borrow     Borrow

Page 3
Loose woman (1994 edition) | Open Library
https://openlibrary.org/works/OL3243782W/Loose_Woman?edition=ia:loosewomanpoems0000cisn_h2m9



## More by Sandra Cisneros

Muller ceiba
*Sandra; Alexandre, Marilar (T ...*

Borrow

Borrow

Borrow

Borrow

Borrow

## History  Created December 10, 2009 · 8 revisions

Download catalog record: RDF / JSON

| October 4, 2021 | Edited by ImportBot | import existing book |
| March 2, 2020 | Edited by MARC Bot | remove fake subjects |
| July 20, 2017 | Edited by lalister | Added a description |
| July 14, 2017 | Edited by Mek | adding subject: Internet Archive Wishlist |
| December 10, 2009 | Created by WorkBot | add works page |

### Open Library

Vision
Volunteer
Partner With Us
Careers
Blog
Terms of Service
Donate

### Discover

Home
Books
Authors
Subjects
Collections
Advanced Search
Return to Top

### Develop

Developer Center
API Documentation
Bulk Data Dumps
Writing Bots
Add a Book

### Help

Help Center
Report A Problem
Suggesting Edits

### Change Website Language

Čeština (cs)
Deutsch (de)
English (en)
Español (es)
Français (fr)
Hrvatski (hr)
తెలుగు (te)
Українська (uk)
中文 (zh)

Open Library is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include the Wayback Machine, archive.org and archive-it.org

version a3ccdb306

Return now
Purchase at
Better World Books
SANDRA
CISNEROS
POEMS
NEVADA KILLING
APOLINERE ENAMELED
Loose
woman



INTERNET ARCHIVE Donate ♥

OPEN LIBRARY Browse ▾ More ▾ All ▾ Search Log In Sign Up

Checked Out

Preview

Want to Read ▾

Review Notes Share

**Check nearby libraries**

- Library.link
- WorldCat

**Buy this book**

- Better World Books
  $4.95 (used) - includes shipping
- Amazon
  $5.94

▸ More

When you buy books using these links the Internet Archive may earn a small commission.

*An edition of Outliers (2008)*

Last edited by Jenner
September 13, 2021 | History

Edit

# Outliers

*the story of success*
*1st large print ed.*

by Malcolm Gladwell

★★★★ 3.98 · 58 Ratings · 276 Want to read · 9 Currently reading · 74 Have read

**Overview** | **View 19 Editions** | **Details** | **Reviews** | **Lists** | **Related Books**

| Publish Date | Publisher | Language | Pages |
|---|---|---|---|
| 2008 | Little, Brown and Co. Large Print | English | 452 |

Previews available in: English

The best-selling author of Blink identifies the qualities of successful people, posing theories about the cultural, family, and idiosyncratic factors that shape high achievers, in a resource that covers such topics as the secrets of software billionaires, why certain cultures are associated with better academic performance, and why the Beatles

Read more

▸ SUBJECTS Psychology, Business, Successful people, Success, Nonfiction, nyt:paperback_business_books=2012-02-...

Showing 7 featured editions. View all 19 editions?

Show 3 entries Search:

| EDITION | AVAILABILITY ↑ |
|---|---|
|  Outliers: the story of success<br>2008, Little, Brown and Co. Large Print<br>in English - 1st large print ed. | Checked Out<br>Libraries near you: WorldCat |
|  Outliers Fueras De Serie Por Qu Unas Personas Tienen Xito Y Otras No<br>2009, Taurus | Borrow<br>Libraries near you: WorldCat |
|  Outliers<br>2011, Back Bay Books | Preview<br>Libraries near you: WorldCat |

Showing 1 to 3 of 7 entries

First Previous 1 2 3 Next Last

Add another edition?





Page 2
Outliers (2008 edition) | Open Library
https://openlibrary.org/works/OL5749847W/Outliers?edition=ia:outliersstoryofs0000glad_e0j9

## Book Details

**Published in**

New York

**Table of Contents**

The Roseto mystery
The Matthew effect (Matthew 25:29)
The 10,000 hour rule (Hamburg)
The trouble with geniuses & IQ
The lessons of Joe Flom
Harlan, Kentucky
The ethnic theory of plane crashes
Rice paddies and math tests
Marita's bargain (KIPP)
A Jamaican story.

**Edition Notes**

Includes bibliographical references (p. [431]-447).

**Classifications**

Dewey Decimal Class     302

**The Physical Object**

Pagination     x, 452 p. (large print) :
Number of pages     452

**ID Numbers**

| | |
|---|---|
| Open Library | OL23106215M |
| Internet Archive | outliersstoryofs0000glad_e0j9 |
| ISBN 10 | 031602497X |
| ISBN 13 | 9780316024976 |
| LC Control Number | 2008934571 |
| Library Thing | 5394345 |
| Goodreads | 3326467 |

**Work Description**

In this stunning new book, Malcolm Gladwell takes us on an intellectual journey through the world of "outliers"--the best and the brightest, the most famous and the most successful. He asks the question: what makes high-achievers different? His answer is that we pay too much attention to what successful people are like, and too

Read more

**Excerpts**

Those three things—autonomy, complexity, and a connection between effort and reward—are, most people agree, the three qualities that work has to have if it is to be satisfying.
added by George. "https://kindle.amazon.com/most_popular"

**Links outside Open Library**

New York Times review
New York Times review

## Community Reviews (0)

Feedback?

No community reviews have been submitted for this work.

+ Log in to add your community review

## Lists containing this Book

| Nonfiction | Wishlist | BOOKS I WANT TO READ |
|---|---|---|
| from Lara Klein Iouro | from clh7cb | from Bookworm0017 |
| To_read | Suggested for mkh | Just because |
| from Kaba1789 | from hankdog188 | from margiehharris |



## You might also like

Borrow Borrow Borrow Borrow Borrow

## More by Malcolm Gladwell

Borrow Borrow

## History

Created December 10, 2009 · 114 revisions

Download catalog record: RDF / JSON

| | | |
|---|---|---|
| September 13, 2021 | Edited by Jenner | Merge works |
| September 13, 2021 | Edited by Jenner | merge authors |
| September 12, 2021 | Edited by New York Times Bestsellers Bot | Add NYT review links |
| August 6, 2021 | Edited by New York Times Bestsellers Bot | Add NYT review links |
| December 10, 2009 | Created by WorkBot | add works page |

**Open Library**
Vision
Volunteer
Partner With Us
Careers
Blog
Terms of Service
Donate

**Discover**
Home
Books
Authors
Subjects
Collections
Advanced Search
Return to Top

**Develop**
Developer Center
API Documentation
Bulk Data Dumps
Writing Bots
Add a Book

**Help**
Help Center
Report A Problem
Suggesting Edits

**Change Website Language**
Čeština (cs)
Deutsch (de)
English (en)
Español (es)
Français (fr)
Hrvatski (hr)
తెలుగు (te)
Українська (uk)
中文 (zh)

Open Library is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include the Wayback Machine, archive.org and archive-it.org

version a3ccdb306

Return now ⌄   |   Purchase at Better World Books   |   ⓘ



MULTNOMAH COUNTY LIBRARY PORTLAND, OR

3 1168 09684 8906

LARGE PRINT

# Outliers

THE STORY OF SUCCESS

MALCOLM GLADWELL

INTERNET ARCHIVE    Donate ♥

OPEN LIBRARY    Browse ▾    More ▾    All ▾ Search    Log In    Sign Up

Borrow
Preview
Want to Read

Review    Notes    Share

**Check nearby libraries**

- Library.link
- WorldCat

**Buy this book**

- Better World Books
  $3.98 (used) - includes shipping
- Amazon
  $4.99

▸ More

When you buy books using these links the Internet Archive may earn a small commission.

*An edition of The lost continent: travels in small-town America (1989)*

Last edited by AgentSapphire
June 3, 2022 | History

Edit

# The Lost Continent

*Travels in Small-Town America*

by Bill Bryson

0 Ratings · 4 Want to read · 0 Currently reading · 0 Have read

**Overview** | View 33 Editions | Details | Reviews | Lists | Related Books

| Publish Date | Publisher | Language | Pages |
|---|---|---|---|
| September 12, 1990 | Harper Perennial | English | 320 |

Previews available in: Korean English

The Lost Continent: Travels in Small-Town America is a book by travel writer Bill Bryson, chronicling his 13,978 mile trip around the United States in the autumn of 1987 and spring 1988. It was Bryson's first travel book.

▸ SUBJECTS Cities and towns, Social life and customs, Description and travel, Travel, Journeys, Cities and towns, unite...

PEOPLE Bill Bryson

PLACES United States, United States of America, Iowa, Europe

TIMES 1971-, 1987, 1988, 1981-

Showing 7 featured editions. View all 33 editions?

Show 3 entries    Search:

| EDITION | AVAILABILITY ↑ |
|---|---|
|  The Lost Continent: Travels in Small-Town America<br>September 12, 1990, Harper Perennial<br>in English | Borrow<br>Libraries near you: WorldCat |
|  The Lost Continent: Travels in Small-Town America<br>September 12, 1990, Harper Perennial<br>Paperback in English | Borrow<br>Libraries near you: WorldCat |
|  The Lost Continent: Travels in Small Town America<br>1991, Abacus<br>Paperback | Borrow<br>Libraries near you: WorldCat |

Showing 1 to 3 of 7 entries

First | Previous | 1 | 2 | 3 | Next | Last

Add another edition?



Page 2
The Lost Continent (September 12, 1990 edition) | Open Library
https://openlibrary.org/works/OL74124W/The_lost_continent?edition=ia:lostcontinenttra0000brys



## Book Details

**First Sentence**

"I come from Des Moines."

**Classifications**

| | |
|---|---|
| Library of Congress | E169.04.B78 1989 |

**ID Numbers**

| | |
|---|---|
| Open Library | OL7284433M |
| Internet Archive | lostcontinenttra0000brys |
| ISBN 10 | 0060920084 |
| ISBN 13 | 9780060920081 |
| Library Thing | 4662 |
| Goodreads | 26 |

## Community Reviews (0)

Feedback?

No community reviews have been submitted for this work.

+ Log in to add your community review

## Lists containing this Book

Non-fiction
from VicksActoPlus

## You might also like

| Borrow | Borrow | Borrow | Borrow | Borrow | Borrow |

## More by Bill Bryson

| Borrow | Borrow | Borrow | Borrow | Borrow | Borrow |

Page 3
The Lost Continent (September 12, 1990 edition) | Open Library
https://openlibrary.org/works/OL74124W/The_lost_continent?edition=ia:lostcontinenttra0000brys



Return now
Purchase at
Better World Books
"The kind of book Steinbeck might have written if he'd traveled with David Letterman instead of Charlie the poodle." —New York magazine
bill bryson
The New York Times–bestselling author of
A WALK IN THE WOODS
the lost continent
TRAVELS IN SMALL-TOWN AMERICA



# McNamara Declaration
# Exhibit 94

Page 1
Better World Books - Wikipedia
https://en.wikipedia.org/wiki/Better_World_Books



WIKIPEDIA
The Free Encyclopedia

Article   Talk

Read   Edit   View history

Not logged in   Talk   Contributions   Create account   Log in

Search Wikipedia

Main page
Contents
Current events
Random article
About Wikipedia
Contact us
Donate

Contribute
Help
Learn to edit
Community portal
Recent changes
Upload file

Tools
What links here
Related changes
Special pages
Permanent link
Page information
Cite this page
Wikidata item

Print/export
Download as PDF
Printable version

Languages
العربية
বাংলা
Русский
Edit links

# Better World Books

From Wikipedia, the free encyclopedia

**Better World Books** (also known as Qumpus, Inc.) is an American online bookseller of used and new books, founded in 2002 by students of the University of Notre Dame, Indiana.

Better World Books' used book inventory comes primarily from regular book drives at over 1,800 colleges and universities and donations from over 3,000 library systems, in addition to donation boxes found on corners and on college campuses.[2] The company has distribution warehouses in Mishawaka, Indiana; Reno, Nevada; York, Pennsylvania; and Dunfermline, Scotland.[1][3][4]

| Contents [hide] |
| --- |
| 1 History |
| 2 Partners |
| 3 See also |
| 4 References |
| 5 External links |

### Better World Books

BetterWorldBooks®

| | |
| --- | --- |
| Type | Private<br>B Corporation |
| Industry | Online bookseller |
| Founded | 2002 |
| Founder | Christopher "Kreece" Fuchs<br>Xavier Helgesen<br>Jeff Kurtzman |
| Headquarters | Mishawaka, Indiana, US |
| Revenue | $65 million[1] |
| Number of employees | 340[1] |
| Parent | Better World Libraries |
| Website | betterworldbooks.com |

## History   [ edit ]

In 2001, shortly after their graduation from the University of Notre Dame, Better World Books founders Christopher Fuchs, Xavier Helgesen and Jeff Kurtzman sold their used college textbooks online.[5][6][7] The three then formulated a business plan using their experience selling books online.[5][6][7] In 2002, Fuchs and Helgesen held a book drive benefiting the Robinson Community Learning Center in South Bend, Indiana.[5][6][7] During the drive, they collected and sold 2,000 books, which raised $10,000.[5][6][7] Half of the drive's proceeds went to support literacy initiatives at the community center.[1]

In 2003, the three entered their business plan into the Notre Dame Social Venture Business Plan Competition, which was sponsored by the Gigot Center for Entrepreneurial Studies at the University of Notre Dame's Mendoza College of Business.[5] They won the competition, with a grand prize of $7,000 and mentorship from entrepreneur David Murphy.[5] Murphy served as Better World Books president and CEO from 2004 to 2011, before leaving to direct Notre Dame's Master of Entrepreneurship program (ESTEEM).[5][8][9]



Sign outside the Better World Books world headquarters in Mishawaka, Indiana.

Better World Books acquired a US Small Business Administration-backed credit line in 2004.[5] In April 2008, Better World Books secured an additional $4.5 million in venture capital via Good Capital, LLC and 18 private investors.[9]

In 2008, the company opened an operation in Dunfermline, Scotland, and started a UK website in 2010.[10][11][12][13][14] In 2016, the company opened a new distribution center in Reno, Nevada, creating 150 new jobs.[4]

The non-profit B Lab has certified "Better World Books" as a "B corporation", meaning it meets certain standards for social welfare, because it donates books or a percentage of its profit to literacy programs around the world.[15] As of 2013, the company had donated an estimated $14 million using this program.[1]

In March 2019, Better World Books announced the closure of their last retail location in Goshen, Indiana. The decision has been made in order for the organisation to improve its e-commerce operations and reach more people.[16]

The company discloses information about funds raised, books re-used or recycled, and books donated in a ticker on its "Impact" page.[17][18][19] As of 2019, Better World Books handles about 30 million incoming books per year, of which 10 gets sold and 10 donated to partners.

On November 6, 2019, Better World Books was acquired by Better World Libraries, a mission-aligned, non-for-profit organization that is affiliated with longtime partner, the Internet Archive. The plan is to digitize many more books and put them online.[20] Between July 2019 and March 2020, Better World Books donated over 700,000 books (counted by distinct ISBN) to the Internet Archive.[21] Over 1.4 million books were donated in 2020 and nearly a million in the first half of 2021.[22]

## Partners   [ edit ]

Better World Books donates one book to Feed the Children, Books for Africa, or smaller donation recipients for each book sold on BetterWorldBooks.com.[23][24] Better World Books provides additional support to literacy non-profits, including:

- Books for Africa – which collects, ships and distributes books to African children.[1]
- The National Center for Family Literacy – which provides educational opportunities and literacy programs to at-risk children and families.[1][25]
- Room to Read – which builds libraries and schools and provides scholarships in impoverished areas of the world, including Southeast Asia.[1][26] Room to Read also publishes books for children in multiple languages.[26]
- Worldfund – which provides resources to improve English-language skills in Latin America.[1][27]
- Prison Book Project – a Quincy, Massachusetts-based nonprofit, which provides inmates with books and legal resources.[28][29][30]
- Robinson Community Center – a University of Notre Dame-affiliated community center, which provides educational opportunities and tutoring services in South Bend, Indiana.[31]
- National Literacy Trust – an independent charity based in London, England, that promotes literacy.[12][13][14]
- READ International – a charity that aims to improve access to education in East Africa by relocating books which are no longer needed in UK secondary schools to Tanzania.[12][13][14]
- The National Adult Literacy Agency (NALA) – an independent Irish charity which is committed to making sure people with literacy and numeracy difficulties can fully take part in society and have access to learning opportunities that meet their needs.[12][13][14]
- Internet Archive – The Internet Archive and Better World Books announced a new partnership in November, 2019, to digitize books for preservation purposes.[32]

## See also   [ edit ]

- musicMagpie
- World of Books
- AbeBooks
- Alibris
- Momox
- ThriftBooks
- List of online booksellers

## References   [ edit ]

1. ^ a b c d e f g h i j Anne Field (May 4, 2013). "Secrets of a Successful Social Enterprise". Forbes. Retrieved September 18, 2013.
2. ^ Kristi York Wooten (August 16, 2011). "Can Buying a Book Help Kids and the Environment?". Huffington Post. Retrieved
3. ^ a b Gene Stowe (May 26, 2013). "A decade's worth of doing good". SouthBend Tribune. Archived from the original on October 10, 2015. Retrieved September 18, 2013.
4. ^ a b Jason Hidalgo (January 14, 2016). "Better World Books opens Reno distribution center, bringing 150 jobs". Reno Gazette-Journal. Gannett Company. Retrieved January 11, 2017.
5. ^ a b c d e Stephanie Elam (July 2, 2009). "Building better world a

12. ^ a b Ina Steiner (December 9, 2010). "Better World Books Launches Site in UK". eCommerce Bytes. Retrieved September 18, 2013.
13. ^ a b "Better World Books launches UK retail website". UK Fundraising. December 9, 2010. Retrieved September 22, 2013.
14. ^ a b c d Charlotte Williams (September 12, 2012). "Better World Books launches UK site". The Bookseller. Retrieved September 22, 2013.
15. ^ Kyle Westaway (December 2, 2011). "New Legal Structures for Social Entrepreneurs". Wall Street Journal. Retrieved September 18, 2013.
16. ^ Columnist, Marshall V. King Tribune. "Better World Books closes its

23. ^ David Markiewicz (August 24, 2011). "Better World Books tries to do good by doing business". Atlanta Journal-Constitution. Retrieved September 18, 2013.
24. ^ Ariel Schwartz. "Better World Books Takes a Page From Toms Shoes' 'One For One' Playbook". Fast Company. Retrieved September 18, 2013.
25. ^ Michel Marriott (August 21, 1991). "When Parents and Children Go to School Together". New York Times. Retrieved September 18, 2013.
26. ^ a b Nicholas D. Kristof (November 5, 2011). "His Libraries, 12,000 So Far, Change Lives". New York Times. Retrieved September 18, 2013.

book at a time 🔗. CNN. Retrieved September 18, 2013.

6. ^ a b c d e f g Elizabeth Station (Winter 2008). "Book Value" 🔗. Notre Dame Business. Archived from the original 🔗 on April 14, 2013. Retrieved September 18, 2013.

7. ^ a b c d Doug DeLoach (August 19, 2011). "Doing good, doing well" 🔗. Atlanta Business Chronicle. Retrieved September 18, 2013.

8. ^ "David Murphy Biography" 🔗. ESTEEM (Engineering, Science & Technology Entrepreneurship Excellence Master's Program) esteem.nd.edu. University of Notre Dame. Retrieved 15 October 2014.

9. ^ Good Capital, LLC (April 7, 2008). "Good-Capital-s-Social-Enterprise-Expansion-Fund-to-Invest-Up-to-2-5-Million-in-Better-World-Books" 🔗. Archived from the original 🔗 on November 14, 2014. Retrieved July 17, 2014.

10. ^ "'Responsible' book seller opens UK online shop" 🔗. IT Pro Portal. December 9, 2010. Retrieved September 22, 2013.

11. ^ Zak Stambor (December 8, 2010) "Better World Books opens an e-commerce site in Britain" 🔗. Internet Retailer. Retrieved September 22, 2013.

last retail location to focus on e-commerce" 🔗. South Bend Tribune. Retrieved 2019-07-29.

17. ^ "Our Impact" 🔗. Better World Books. Retrieved August 9, 2021.

18. ^ Ashley Booker (August 29, 2013). "Students help fight illiteracy through online book vendor" 🔗. The University Daily Kansan. Archived from the original 🔗 on September 19, 2013. Retrieved September 18, 2013.

19. ^ Zak Stambor (November 30, 2011). "A broader mission" 🔗. Internet Retailer. Retrieved September 18, 2013.

20. ^ See "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" Nov. 6, 2019) 🔗

21. ^ Internet Archive. "Book Donations from Better World Books" 🔗. Retrieved 2020-03-20. ^ ia search -f isbn "collection:booksdonationsfrombetterworldbooks" | jq ".isbn | [][" | cut -f2 -d"" | sort -u | grep -c "978 761436"

22. ^ Internet Archive. "Book Donations from Better World Books" 🔗. Retrieved 2021-05-31. "$ ia search -f isbn "collection:booksdonationsfrombetterworldbooks addeddate [2020-01-01 TO 2020-12-31]" | jq ".isbn | [][" | cut -f2 -d"" | sort -u | grep -c "978 1430873"

27. ^ Rebecca Bailey (June 21, 2007). "Dartmouth-based partnership aims to help English teaching in Latin America" 🔗. Dartmouth News. Archived from the original 🔗 on June 6, 2015. Retrieved September 18, 2013.

28. ^ Jamie Reysen (October 1, 2009). "Prison Book Program collects books for prisoners nationwide" 🔗. JSONS. Archived from the original 🔗 on March 3, 2016. Retrieved September 18, 2013.

29. ^ Dara Olmsted (November 5, 2010). "The Great American Book Drive" 🔗. Boston. Archived from the original 🔗 on April 16, 2012. Retrieved September 18, 2013.

30. ^ Emily Sweeney (June 10, 2012). "Helping inmates roam world of words" 🔗. Boston. Retrieved September 18, 2013.

31. ^ Amanda Gray (February 18, 2014). "Robinson Center celebrates 10th anniversary" 🔗. The Observer. Retrieved September 18, 2013.

32. ^ "For the Love of Literacy: Better World Books and the Internet Archive Unite to Preserve Millions of Books". Press release, Nov 6, 2019.

## External links [edit]

- Official website 🔗

 

Categories: Bookstores of the United States | Book selling websites | Independent bookstores of the United States | Online retailers of the United States | Antiquarian booksellers | Social enterprises | Companies based in Indiana | American companies established in 2002 | Retail companies established in 2002 | Bookstores established in the 21st century | B Lab-certified corporations

This page was last edited on 12 June 2022, at 23:43 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License 3.0; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy   About Wikipedia   Disclaimers   Contact Wikipedia   Mobile view   Developers   Statistics   Cookie statement

**Exhibit 95 to McNamara Declaration**

**Filed Under Seal**

**(A-2558-2566)**

# McNamara Declaration
# Exhibit 96

## Internet Archive Blogs

*A blog from the team at archive.org*



| Blog | Announcements | 25th Anniversary | archive.org | About | Events | Developers | Donate |

## In-Library eBook Lending Program Launched

Posted on February 22, 2011 by jeff kaplan

**Internet Archive and Library Partners Develop Joint Collection of 80,000+ eBooks To Extend Traditional In-Library Lending Model**

San Francisco CA – Today, a group of libraries led by the Internet Archive announced a new, cooperative, 80,000+ eBook lending collection of mostly 20th century books on OpenLibrary.org, a site where it's already possible to read over 1 million eBooks without restriction. During a library visit, patrons with an OpenLibrary.org account can borrow any of these lendable eBooks using laptops, reading devices or library computers. This new twist on the traditional lending model could increase eBook use and revenue for publishers.

"As readers go digital, so are our libraries," said Brewster Kahle, founder and Digital Librarian of the Internet Archive. "It's fabulous to work with such a great group of 150 forward-thinking libraries." (See the list of participating libraries below.)



This new digital lending system will enable patrons of participating libraries to read books in a web browser. "In Silicon Valley, iPads and other reading devices are hugely popular. Our partnership with the Internet Archive and OpenLibrary.org is crucial to achieving our mission – to meet the reading needs of our library visitors and our community," said Linda Crowe, Executive Director of the Peninsula Library System.

A recent survey of libraries across North America was conducted by Unisphere Research and Information Today, Inc. (ITI). It reported that of the 1,201 libraries canvassed, 73% are seeing increased demand for digital resources with 67% reporting increased demand for wireless access and 62% seeing a surge in demand for web access.

American libraries spend $3.4 billion each year on publishers' products. "I'm not suggesting we spend less, I am suggesting we spend smarter by buying and lending more eBooks," asserts Kahle. He is also encouraging libraries worldwide to join in the expansion of this pool of purchased and digitized eBooks so their patrons can borrow from this larger collection.

**How it Works**

Any OpenLibrary.org account holder can borrow up to 5 eBooks at a time, for up to 2 weeks. Books can only be borrowed by one person at a time. People can choose to borrow either an in-browser version (viewed using the Internet Archive's BookReader web application), or a PDF or ePub version, managed by the free Adobe Digital Editions software. This new technology follows the lead of the Google eBookstore, which sells books from many publishers to be read using Google's books-in-browsers technology. Readers can use laptops, library computers and tablet devices including the iPad.



### Recent Posts

- Building a Better Internet: Internet Archive Convenes DC Workshop
- July Book Talk: The Library: A Fragile History
- Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- June Book Talk: The Catalogue of Shipwrecked Books
- GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure

### Recent Comments

- Superman on Building a Better Internet: Internet Archive Convenes DC Workshop
- Superman on Building a Better Internet: Internet Archive Convenes DC Workshop
- Patrick Winn on Building a Better Internet: Internet Archive Convenes DC Workshop
- Sally G. on Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- Sally G. on Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office

### Categories

- 78rpm
- Announcements
- Archive Version 2
- Archive-It
- Audio Archive
- Books Archive
- Cool items
- Education Archive
- Emulation
- Event
- Image Archive

**What Participating Libraries Are Saying**

The reasons for joining the initiative vary from library to library. Judy Russell, Dean of University Libraries at the University of Florida, said, "We have hundreds of books that are too brittle to circulate. This digitize-and-lend system allows us to provide access to these older books without endangering the physical copy."

Digital lending also offers wider access to one-of-a-kind or rare books on specific topics such as family histories – popular with genealogists. This pooled collection will enable libraries like the Boston Public Library and the Allen County Public Library in Indiana to share their materials with genealogists around the state, the country and the world.

"Genealogists are some of our most enthusiastic users, and the Boston Public Library holds some genealogy books that exist nowhere else," said Amy E. Ryan, President of the Boston Public Library. "This lending system allows our users to search for names in these books for the first time, and allows us to efficiently lend some of these books to visitors at distant libraries."

"Reciprocal sharing of genealogy resources is crucial to family history research. The Allen County Public Library owns the largest public genealogy collection in the country, and we want to make our resources available to as many people as possible. Our partnership in this initiative offers us a chance to reach a wider audience," said Jeffrey Krull, director of the Allen County Public Library.

Publishers selling their eBooks to participating libraries include Cursor and OR Books. Books purchased will be lent to readers as well as being digitally preserved for the long-term. This continues the traditional relationship and services offered by publishers and libraries.



"Libraries are our allies in creating the best range of discovery mechanisms for writers and readers—enabling open and browser-based lending through the Internet Archive means more books for more readers, and we're thrilled to do our part in achieving that," said Richard Nash, founder of Cursor.

John Oakes, founder of OR Books said, "We're always on the lookout for innovative solutions to solve the conundrum of contemporary publishing, and we are excited to learn about the Internet Archive's latest project. For us, it's a way to extend our reach to the crucial library market. We look forward to the results."

**For More Information**

Here are a few eBooks that are only available to people in participating libraries.

Libraries interested in partnering in this program should contact: info@openlibrary.org.

To use this service, please visit a participating library: www.openlibrary.org.

For a list of participating libraries, see below.

### #

**List of Participating Libraries**

Aboite Branch Library, Allen County Public Library

Dupont Branch Library, Allen County Public Library

Georgetown Branch Library, Allen County Public Library

Grabill Branch Library, Allen County Public Library

Hessen Cassel Branch Library, Allen County Public Library

Little Turtle Branch Library, Allen County Public Library

Main Library, Allen County Public Library

Monroeville Branch Library, Allen County Public Library

New Haven Branch Library, Allen County Public Library

Pontiac Branch Library, Allen County Public Library

Shawnee Branch Library, Allen County Public Library

Tecumseh Branch Library, Allen County Public Library

Waynedale Branch Library, Allen County Public Library

Woodburn Branch Library, Allen County Public Library

Adams Street Branch Library, Boston Public Library

Brighton Branch Library, Boston Public Library

Charlestown Branch Library, Boston Public Library

Codman Square Branch Library, Boston Public Library

Connolly Branch Library, Boston Public Library

Dudley Branch Library, Boston Public Library



- Jobs
- Lending Books
- Live Music Archive
- Movie Archive
- Music
- News
- Newsletter
- Open Library
- Past Event
- Software Archive
- Technical
- Television Archive
- Upcoming Event
- Video Archive
- Wayback Machine – Web Archive
- Web & Data Services

## Archives

Select Month

## Meta

- Log in
- Entries feed
- Comments feed
- WordPress.org

East Boston Branch Library, Boston Public Library
Egleston Square Branch Library, Boston Public Library
Faneuil Branch Library, Boston Public Library
Fields Corner Branch Library, Boston Public Library
Grove Hall Branch Library, Boston Public Library
Honan-Allston Branch Library, Boston Public Library
Hyde Park Branch Library, Boston Public Library
Jamaica Plain Branch Library, Boston Public Library
Lower Mills Branch Library, Boston Public Library
Mattapan Branch Library, Boston Public Library
North End Branch Library, Boston Public Library
Orient Heights Branch Library, Boston Public Library
Parker Hill Branch Library, Boston Public Library
Roslindale Branch Library, Boston Public Library
South Boston Branch Library, Boston Public Library
South End Branch Library, Boston Public Library
Uphams Corner Branch Library, Boston Public Library
Washington Village Branch Library, Boston Public Library
West End Branch Library, Boston Public Library
West Roxbury Branch Library, Boston Public Library
Internet Archive
MBLWHOI Library, Marine Biological Laboratory, Woods Hole Oceanographic Institution
Atherton Library, Atherton, California
Bay Shore Library, Daly City, California
Belmont Library, Belmont, California
Brisbane Library, Brisbane, California
Burlingame Public Library, Burlingame, California
Burlingame Library Easton Branch, Burlingame, California
Cañada College Library, Redwood City, California
College of San Mateo Library, San Mateo, California
East Palo Alto Library, East Palo Alto, California
Fair Oaks Library, Redwood City, California
Foster City Library, Foster City, California
Grand Avenue Branch Library, South San Francisco, California
Half Moon Bay Library, Half Moon Bay, California
Hillsdale Branch Library, San Mateo, California
John Daly Library, Daly City, California
Marina Public Library, San Mateo, California
Menlo Park Library, Menlo Park, California
Menlo Park Library Belle Haven Branch, Menlo Park, California
Millbrae Library, Millbrae, California
Pacifica Sanchez Library, Pacifica, California
Pacifica Sharp Park Library, Pacifica, California
Portola Valley Library, Portola Valley, California
Redwood City Public Library, Redwood City, California
Redwood Shores Branch Library, Redwood City, California
San Bruno Library, San Bruno, California
San Carlos Library, San Carlos, California
San Mateo Public Library, San Mateo, California
Schaberg Library, Redwood City, California
Serramonte Main Library, Daly City, California
Skyline College Library, San Bruno, California
South San Francisco Public Library, South San Francisco, California
Westlake Library, Daly City, California
Woodside Library, Woodside, California
Anza Branch, San Francisco Public Library
Bayview/Anna E. Waden Branch, San Francisco Public Library
Bernal Heights, San Francisco Public Library
Chinatown/Him Mark Lai Branch, San Francisco Public Library
Eureka Valley/Harvey Milk Memorial Branch, San Francisco Public Library
Excelsior, San Francisco Public Library
Glen Park Branch, San Francisco Public Library
Golden Gate Valley Branch, San Francisco Public Library
Ingleside Branch, San Francisco Public Library
San Francisco Public Library, Main
Marina, San Francisco Public Library
Merced Branch Library, San Francisco Public Library

A-2570

Mission, San Francisco Public Library

Mission Bay, San Francisco Public Library

Noe Valley/Sally Brunn Branch, San Francisco Public Library

North Beach Branch, San Francisco Public Library

Ocean View, San Francisco Public Library

Ortega, San Francisco Public Library

Park Branch, San Francisco Public Library

Parkside, San Francisco Public Library

Portola Branch, San Francisco Public Library

Potrero Branch, San Francisco Public Library

Presidio Branch, San Francisco Public Library

Richmond/Senator Milton Marks Branch, San Francisco Public Library

Sunset, San Francisco Public Library

Visitacion Valley, San Francisco Public Library

West Portal, San Francisco Public Library

Western Addition, San Francisco Public Library

The Urban School of San Francisco

Augustana Campus Library, University of Alberta

Bibliothèque Saint-Jean (BSJ), University of Alberta

Cameron Library, University of Alberta

Herbert T. Coutts (Education & Physical Education) Library, University of Alberta

Rutherford Library, University of Alberta

John A. Weir Memorial Law Library, University of Alberta

John W. Scott Health Sciences Library, University of Alberta

Winspear Business Reference Library, University of Alberta

Architecture and Fine Arts Library, University of Florida

Education Library, University of Florida

Health Science Center Library, University of Florida

Borland Library, University of Florida

Veterinary Medicine Reading Room, University of Florida

Allen H. Neuharth Journalism and Communications Library, University of Florida

Library West, University of Florida

Marston Science Library, University of Florida

Mead Library, University of Florida

Music Library, University of Florida

Smathers Library (East), University of Florida

Robarts Library, University of Toronto

Gerstein Science Information Centre, University of Toronto

Centre for Reformation and Renaissance Studies, Victoria University

E J Pratt Library, Victoria University

Emmanuel College Library, Victoria University

Posted in Books Archive | 11 Replies

← In-Library eBook Lending Program Launched

K12 Web Archiving Program →

**11 thoughts on "In-Library eBook Lending Program Launched"**

Pingback: Tweets that mention In-Library eBook Lending Program Launched | Internet Archive Blogs -- Topsy.com

Pingback: Internet Archive Launches New eBook Lending Program - eBookNewser

Pingback: In-Library eBook Lending Program Launched « MPLIC Reference Highway

Pingback: Group of Libraries Launch eBook Lending Program « Legal Research Plus

**Dicas Google**
March 30, 2011 at 10:38 pm

It´s a good idea, that´s a good way to avoid google monopoly in ebooks

Pingback: Noe Valley Real Estate » Buyers Agents VS Sellers Agents

Pingback: eBook Webinar with Jo Budler Part 2 « Jybrarian

Pingback: 3 million texts for free | Internet Archive Blogs

Pingback: ALA Annual 2011: Internet Archive's In-Library Lending Program Signs 1,000 Libraries

Pingback: 3 Million Texts for Free | Break The Glass Ceiling

Pingback: In-Library eBook Lending Program | Web Search Guide and Internet News

Comments are closed.

Proudly powered by WordPress

# McNamara Declaration
# Exhibit 97

| From: | Chris Butler |
|---|---|
| Sent: | Monday, May 16, 2011 1:11 PM EDT |
| To: | Zane Kesey |
| Subject: | Re: Open Library use of Ken Kesey works |

The digital lending feature had been disabled for all titles listed on that catalog page as of my last communication. If you continue to see the "Borrow" option for any books, it is now listing the libraries around the world where one may obtain a physical copy or, in rarer instances, a licensed digital copy. The listings are now simply pointing out to people where they might buy a copy or check out a copy from a library, as well as providing the standard card catalog information. They are also pointing to the daisy file option, available only the blind and print-disabled who have been registered and approved by the Library of Congress NLS.

Best Regards,
Christopher Butler
www.archive.org

Zane Kesey wrote:

Yep....remove these http://openlibrary.org/authors/OL449110A/Ken_Kesey

It is best to ask first!

At 05:06 PM 5/12/2011, you wrote:

I'm sorry to hear that you feel that way. The files are protected by software designed to prevent copying and to "kill" the file after a certain period. Currently, for example, we use a program called Adobe Digital Editions for pdf files, but we are always looking for solid, reliable non-propriety options.

It has gotten back to me that we are in plans with the California State Librarian to launch a joint project later this year or next to honor Californian authors. Your father would likely be near the top of the list. I'm sure we'll make an announcement at archive.org about the program as it comes to fruition.

Best Regards,

_____
Christopher Butler
███████████
www.archive.org

CONFIDENTIAL

INTARC00405779

Zane Kesey wrote:

No...that's just wrong! If they each have one it would work, Or you can do it with your local people. how doe you keep people from downloading it permanently?

At 11:10 AM 5/9/2011, you wrote:

It's limited to cardholders of the libraries that are participating in the program (city, county, and university libaries).  These libraries pool their digital collections (along with materials scanned by Internet Archive) through our lending library service so that they can be loaned out to each other's cardholders.  So far, the list is as follows (or see map w/ libraries here: http://openlibrary.org/libraries).  Also, a lot more libraries from around the world have expressed interest in joining and the list will undoubtedly grow.

Allen County Public Library (14 branches)
Boston Public Library (26 branches)
Internet Archive (HQ in SF)
Marine Biological Laboratory, Woods Hole Oceanographic Institution
Atherton Library, Atherton, California
Bay Shore Library, Daly City, California
Belmont Library, Belmont, California
Brisbane Library, Brisbane, California
Burlingame Public Library, Burlingame, California
Burlingame Library Easton Branch, Burlingame, California
Cañada College Library, Redwood City, California
College of San Mateo Library, San Mateo, California
East Palo Alto Library, East Palo Alto, California
Fair Oaks Library, Redwood City, California
Foster City Library, Foster City, California
Grand Avenue Branch Library, South San Francisco, California
Half Moon Bay Library, Half Moon Bay, California
Hillsdale Branch Library, San Mateo, California
John Daly Library, Daly City, California
Marina Public Library, San Mateo, California
Menlo Park Library, Menlo Park, California
Menlo Park Library Belle Haven Branch, Menlo Park, California
Millbrae Library, Millbrae, California
Pacifica Sanchez Library, Pacifica, California
Pacifica Sharp Park Library, Pacifica, California
Portola Valley Library, Portola Valley, California
Redwood City Public Library, Redwood City, California
Redwood Shores Branch Library, Redwood City, California

INTARC00405780

San Bruno Library, San Bruno, California
San Carlos Library, San Carlos, California
San Mateo Public Library, San Mateo, California
Schaberg Library, Redwood City, California
Serramonte Main Library, Daly City, California
Skyline College Library, San Bruno, California
South San Francisco Public Library, South San Francisco, California
Westlake Library, Daly City, California
Woodside Library, Woodside, California
San Francisco Public Library (28 branches)
The Urban School of San Francisco
University of Alberta (8 libraries)
University of Florida (11 libraries)
University of Toronto (2 libraries)
Victoria University (3 libraries)


Zane Kesey wrote:

Interesting...I like the two weeks!

Is it only for card holders of your library?

z


At 09:14 AM 5/9/2011, you wrote:


Hi Zane,

We appreciate your understanding around the daisy file for the blind and
print-disabled.

Upon your insistence, we will disable lending access to protected Kesey titles,
but I hope that you will hear us out and reconsider.  I do want to be entirely
clear that "Demon Box" is not available for "free download" in the broad
sense of the meaning.  It may only be borrowed by one patron at a time –
what's more is that the electronic copy can only be borrowed by a patron of a
physical library that participates in our program (there is a blog post about the
program and list of participating libraries here:
http://www.archive.org/post/349420/in-library-ebook-lending-program-
launched ).   The patron must access our site from the physical library's
network for this option to be available.

Thus, disabling this access would mean that an online library would be

prevented from allowing patrons to use a copy that can only be checked out one at a time for a two week period. After this period, the electronic copy expires and throughout is protected ina manner similar to how ebooks are protected when distributed by booksellers.

I understand that online reproduction is a huge issue and that many sites and operators are out there to make a buck, but Internet Archive simply is not. So that it is clearly stated, we do not stand to gain materially from lending your father's books to patrons.

We know that reasonable people can view this program differently than we do, but would especially like the Kesey books to be in this library because of his role in society and, frankly, because we are great admirers.

I would be so bold as ask if allowing one person every two weeks be able to read your father's books might help more than it would hurt. Thank you for your consideration, but as it stands we will take Kesey titles out of our lending library.

Regards,

_____

Christopher Butler
Internet Archive
██████████
www.archive.org

Zane Kesey wrote:

Hi Chris

I am OK with the Daisy file!

Not OK with the copy created illegally that is used for free download illegally!

Do you have other illegal copies of Ken Kesey material on your site? Asking first on either of these would have been advisable!

Zane

At 05:34 PM 5/5/2011, you wrote:

CONFIDENTIAL

INTARC00405782

Hello,

I spoke earlier today on the phone with someone from your organization, I believe by the name of Zane (forgive me if I am mistaken). This gentleman had called to inquire about how Ken Kesey titles were being used on our site and provided me with a specific title name - Demon Box. This book is available in two very limited ways - the first is as an encryption-protected file in a specialized format (DAISY file) that works with devices designed to read aloud text for the blind and print-disabled. We do this in coordination with the Library of Congress' National Library Service for the Blind and Physically Handicapped (NLS), which provides registered and approved blind and print-disabled citizens with an encryption key that will enable the file to play. This is the same way the Library of Congress itself makes books of this sort available to this community.

Additionally, a single electronic copy of Demon Box is available to be borrowed by only one of our patrons at a time, either via streaming or digital rights management software (Adobe Digital Editions). This e-copy corresponds to a physical copy of the book which is NOT in use by anyone. As an officially recognized library by the State of California, we seek to make available titles in a manner analogous to traditional library lending using digital media and online communications. Moreover, for what it's worth, we are a non-profit, do not commercially exploit the materials in our collections, do not charge for access to our collections, and do not post paid advertisements on our site.

We hope that you would understand why we would be reluctant to remove this book before confirming that the conditions under which we make this book available are fully understood and appreciate whatever consideration this information affords the matter anew. Please let me know if you still take exception to this type of use.

Regards,
--
_____
Christopher Butler
Internet Archive
█████████
www.archive.org

# McNamara Declaration
# Exhibit 98

| | |
|---|---|
| **From:** | James D. Jenkins |
| **Sent:** | Monday, February 11, 2013 5:15 PM EST |
| **To:** | Internet Archive |
| **Subject:** | Re: Copyright infringement |

Dear Mr Butler,

The four books I wrote about are not being made available in any "limited" way: *they are available to any person to view the entire book at no charge* -- I know, because I signed up for an account and opened and looked at them.  It is a violation of the copyright law to store these books in your system and distribute them in this way, and, nonprofit or not, your company would presumably be subject to damages and injunctive relief, including perhaps substantial statutory damages in the case of John Braine's *Room at the Top*, which was duly registered and renewed with the U.S. Copyright Office.

Although I understand what the purpose of your organization is, it remains true that distributing copyright works in this way is a violation of the law and harms publishers and authors (or their estates), who depend on being able to sell the works for their livelihood.

Again, I ask that the four works I identified in my emails be removed without delay.  Although I sent takedown notices under DMCA this time in the hopes that this could be resolved quickly and easily, if this remains an ongoing problem, I may have no choice but to investigate other legal options.

Many thanks for your response and for your prompt attention to this matter.

Sincerely yours,

James D. Jenkins
Attorney at Law
Publisher & Editor
Valancourt Books
http://www.valancourtbooks.com
████████████

---

**From:** Internet Archive <info-reply@archive.org>
**To:** James D. Jenkins <████████@valancourtbooks.com>
**Sent:** Monday, February 11, 2013 4:06 PM
**Subject:** Re: Copyright infringement

Dear Mr. Jenkins, Esq.,

CONFIDENTIAL

INTARC00165237

Thank you for contacting us about this matter.

As it may not be entirely clear, I would like to ensure that you are aware of the very limited ways in which the texts of concern are made available at openlibrary.org, as well as the nature of our organization and services. Internet Archive is a 501.c3 non-profit online library and does not exploit materials in its collections at archive.org or openlibrary.org for commercial gain. The titles identified in your notices (attached) may be made available in two limited ways:

1. to registered blind and print-disabled patrons through a special initiative undertaken by our organization, as an encrypted file in a specialized format (DAISY file) that works with devices designed to read aloud text for the blind and print-disabled. We do this in coordination with the Library of Congress' National Library Service for the Blind and Physically Handicapped (NLS), which provides registered and approved blind and print-disabled citizens with an encryption key that will enable the file to play. We have posted more information about this program at http://blog.archive.org/2010/11/26/3424/ and you can find information about the Library of Congress' own program and requirements for eligibility at http://www.loc.gov/nls/eligible.html.

2. via our In-Library Lending Program, which enables an electronic copy to be borrowed by those in an area served by a physical library which participates in our program (you can see a list of libraries at openlibrary.org/libraries and find our announcement of the program at http://blog.archive.org/2011/06/25/in-library-ebook-lending-program-expands-to-1000-libraries/ ). When an electronic copy of a book is checked out by a patron, that copy is not available to others. After a two-week period, the electronic copy expires and throughout the lending period is protected from copying in a manner similar to how ebooks are protected when distributed by booksellers.

In short, we have sought to limit the availability of more recent books through our site to ways which are analogous to how physical libraries lend to the public and make available books to the print-disabled outside of the scope of licensing, such as inter-library loans and the special distribution of materials in accessible formats that libraries have been allowed to offer specifically for blind and print-disabled patrons.

Again, thank you for contacting us. We appreciate whatever consideration these explanations afford the matter anew. Please let us know if your claims still stand. I am at your service if you have continuing objections or further questions.

Best Regards,

Christopher Butler
Office Manager
Internet Archive
█████████
www.archive.org

On 2/11/2013 5:11 AM, James D. Jenkins wrote:

CONFIDENTIAL

INTARC00165238

Attn: Copyright Agent, Open Library

Pursuant to 17 USC 512(c)(3)(A), this communication serves as a statement that:

1. I am the exclusive U.S. rights holder for ROOM AT THE TOP by John Braine;
2. These exclusive rights are being violated by material available upon your site at the following URL(s): http://openlibrary.org/works/OL15392117W/Room_at_the_top
3. I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, the copyright holder's agent, or the law;
4. Under penalty of perjury in a United States court of law, I state that the information contained in this notification is accurate, and that I am authorized to act on the behalf of the exclusive rights holder for the material in question;
5. I may be contacted by the following methods (include all): Valancourt Books, P.O. Box 8852, Kansas City, MO 64114; ▇▇▇▇▇▇▇; ▇▇▇▇▇▇@valancourtbooks.com;

I hereby request that you remove or disable access to this material as it appears on your service in as expedient a fashion as possible. Thank you.

Regards,

**James D. Jenkins**
**Attorney at Law**
**Publisher & Editor**
**Valancourt Books**
http://www.valancourtbooks.com
▇▇▇▇▇▇▇▇▇▇

Attn: Copyright Agent, Open Library

Pursuant to 17 USC 512(c)(3)(A), this communication serves as a statement that:

1. I am the exclusive U.S. rights holder for THE PHILOSOPHER'S STONE by COLIN WILSON;
2. These exclusive rights are being violated by material available upon your site at the following URL(s): http://openlibrary.org/works/OL102106W/The_philosophers_stone
3. I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, the copyright holder's agent, or the law;
4. Under penalty of perjury in a United States court of law, I state that the information contained in this notification is accurate, and that I am authorized to act on the behalf of the exclusive rights holder for the material in question;
5. I may be contacted by the following methods (include all): Valancourt Books, P.O. Box 8852, Kansas City, MO 64114; (816) 416-9876; jjenkins@valancourtbooks.com;

I hereby request that you remove or disable access to this material as it appears on your service in as expedient a fashion as possible. Thank you.

Regards,

**James D. Jenkins**
**Attorney at Law**
**Publisher & Editor**
**Valancourt Books**

CONFIDENTIAL

INTARC00165239

http://www.valancourtbooks.com

████████████

Attn: Copyright Agent, Open Library

Pursuant to 17 USC 512(c)(3)(A), this communication serves as a statement that:
1. I am the exclusive U.S. rights holder for UNCLE STEPHEN by FORREST REID;
2. These exclusive rights are being violated by material available upon your site at the following URL(s): http://openlibrary.org/works/OL6189507W/Uncle Stephen
3. I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, the copyright holder's agent, or the law;
4. Under penalty of perjury in a United States court of law, I state that the information contained in this notification is accurate, and that I am authorized to act on the behalf of the exclusive rights holder for the material in question;
5. I may be contacted by the following methods (include all): Valancourt Books, P.O. Box 8852, Kansas City, MO 64114; ████████; ██████@valancourtbooks.com;

I hereby request that you remove or disable access to this material as it appears on your service in as expedient a fashion as possible. Thank you.

Regards,

**James D. Jenkins**
**Attorney at Law**
**Publisher & Editor**
**Valancourt Books**
http://www.valancourtbooks.com

████████████

Attn: Copyright Agent, Open Library

Pursuant to 17 USC 512(c)(3)(A), this communication serves as a statement that:
1. I am the exclusive U.S. rights holder for YOUNG TOM by FORREST REID;
2. These exclusive rights are being violated by material available upon your site at the following URL(s): http://openlibrary.org/works/OL15956762W/Young Tom http://openlibrary.org/works/OL15870113W/Young Tom
3. I have a good faith belief that the use of this material in such a fashion is not authorized by the copyright holder, the copyright holder's agent, or the law;
4. Under penalty of perjury in a United States court of law, I state that the information contained in this notification is accurate, and that I am authorized to act on the behalf of the exclusive rights holder for the material in question;
5. I may be contacted by the following methods (include all): Valancourt Books, P.O. Box 8852, Kansas City, MO 64114; ████████; ██████valancourtbooks.com;

I hereby request that you remove or disable access to this material as it appears on your service in as expedient a fashion as possible. Thank you.

Regards,

James D. Jenkins
Attorney at Law
Publisher & Editor
Valancourt Books
http://www.valancourtbooks.com
██████████

**CONFIDENTIAL**                                           **INTARC00165241**

# McNamara Declaration
# Exhibit 99

| From: | Chris Butler |
|---|---|
| Sent: | Thursday, October 11, 2012 7:03 PM EDT |
| To: | Robert Miller |
| Subject: | Fwd: Fwd: Is the entire State of Michigan geo-authenticated for Open Library? |

-------- Original Message --------
Subject: Fwd: Is the entire State of Michigan geo-authenticated for Open Library?
Date: Thu, 11 Oct 2012 12:00:07 -0700
From: internet archive <info@archive.org>
To: info-reply@archive.org

-------- Original Message --------
Subject: Is the entire State of Michigan geo-authenticated for Open Library?
Date: Thu, 11 Oct 2012 14:49:06 -0400
From: Watters, Tim (MDE) <███████@michigan.gov>
To: 'info@archive.org' <info@archive.org>

Dear Collection Team

It seems like anyone in Michigan can access copyrighted material available through your Open Library In-Library Lending program without authentication. They just have to set up a personal account with Open Library. For example it seems like anyone with an Open Library account can "borrow" this e-book for 2 weeks before it melts:

http://openlibrary.org/books/OL7419537M/Reluctant_Witness

Is the whole State of Michigan now geo-authenticated?  I thought they'd have to go through EZ proxy first but that does not seem to be the case, people just get right in.

Thank you very much. Any assistance is greatly appreciated.

Tim Watters
Special Materials Cataloger
Library of Michigan
702 West Kalamazoo St
P.O. Box 30007
Lansing, MI 48909-7507
Tel: ███████71
e-mail: ███████@michigan.gov

CONFIDENTIAL
INTARC00407188

CONFIDENTIAL

INTARC00407189

# McNamara Declaration
# Exhibit 100

Page 1
Wasted: A case study for controlled digital lending – Internet Archive Blogs
http://blog.archive.org/2018/11/13/wasted-a-case-study-for-controlled-digital-lending/

# Internet Archive Blogs

*A blog from the team at archive.org*



Blog    Announcements    25th Anniversary    archive.org    About    Events    Developers    Donate

## Wasted: A case study for controlled digital lending

Posted on November 13, 2018 by chrisfreeland





The recent nomination and appointment of Brett Kavanaugh to the U.S. Supreme Court offered a timely opportunity to demonstrate how controlled digital lending can be used by libraries to circulate digital copies of books that are out of print or not widely held. The basic premise of controlled digital lending is "own one, loan one"—rather than loaning a physical book in their collection, libraries can choose instead to loan a scanned version of that book to one user at a time, while the physical book remains on the shelf.

A key player during the confirmation hearing was Mark Judge, a friend of Kavanaugh's who wrote the book *Wasted: Tales of a GenX Drunk*, describing his raucous, alcohol-fueled high school years. Judge's memoir was published in 1997 by Hazelden Publishing, the publishing arm of the Hazelden Betty Ford Foundation, which runs the recovery centers where Judge was treated for addiction. The book had a limited print run and subsequent shelf life—it was not widely held by libraries outside of those focusing on addiction and recovery. Interest skyrocketed once Judge's book entered the public consciousness, but because the book was no longer being sold by the publisher and used copies were scarce, when available at all, its price on Amazon.com topped out just under $2,000.

Boston Public Library (BPL), a long-time scanning partner with Internet Archive, located a copy of *Wasted* in their research stacks. Those books are only available for use within the library, so the book was never going to circulate. Tom Blake, Manager of Content Discovery at BPL, sent the book down to be scanned by Internet Archive book scanners in their in-house digitization center. Internet Archive staff digitized the book using the same procedures and equipment that have been used to digitize more than 55,000 books from BPL's collection since the partnership with Internet Archive began in 2007. Using existing workflows and post-production processes, the physical book was scanned and turned into a digital book complete with page images, OCR text, and mobile-friendly formats before being placed online at https://archive.org/details/wastedtalesofgenxdrunk.

*Wasted* is currently still under copyright but out-of-print. BPL reached out to the publisher, Hazelden, to ask whether *Wasted* could be made available digitally without restrictions. In the years after the book was published, however, copyright had reverted from the publisher back to Judge, so

## Recent Posts

- Building a Better Internet: Internet Archive Convenes DC Workshop
- July Book Talk: The Library: A Fragile History
- Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- June Book Talk: The Catalogue of Shipwrecked Books
- GITCOIN Grants: Donate a Few Tokens, Defend a Public Treasure

## Recent Comments

- Superman on Building a Better Internet: Internet Archive Convenes DC Workshop
- Superman on Building a Better Internet: Internet Archive Convenes DC Workshop
- Patrick Winn on Building a Better Internet: Internet Archive Convenes DC Workshop
- Sally G. on Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office
- Sally G. on Save our Safe Harbor, continued: Internet Archive Supports Libraries and Nonprofits in Submission to the Copyright Office

## Categories

- 78rpm
- Announcements
- Archive Version 2
- Archive-It
- Audio Archive
- Books Archive
- Cool items
- Education Archive
- Emulation
- Event
- Image Archive
- Jobs
- Lending Books
- Live Music Archive

Page 2
Wasted: A case study for controlled digital lending · Internet Archive Blogs
http://blog.archive.org/2018/11/13/wasted-a-case-study-for-controlled-digital-lending/

Hazelden was unable to grant permission. Because BPL wanted to fulfill its mission in providing access to a book of cultural and political significance, BPL put the non-circulating copy it owns into Internet Archive's controlled digital lending service, where it can be digitally loaned to users one-at-a-time. Books in controlled digital lending follow the same circulation patterns as those in a traditional library; a user has access to the book for 14 days, and if a book is checked out users can join a waitlist for their turn to read it.

As BPL's copy of the book was being digitized and published online, two electronic copies of *Wasted* were uploaded to the Internet Archive's Community Texts collection, which does not have the same access restrictions as controlled digital lending. Instead, user uploads are governed by the Internet Archive's Copyright Policy.  One copy was noticed by Twitter users and its URL was widely circulated online, drawing considerable interest from the public and media.  At this point, there were three copies of *Wasted* available: two uploaded by users into Community Texts with no access restrictions, and one scanned by BPL and available to one user at a time. During the few days that all three copies were online, several news outlets began noticing the different modes of access.  Slate offered perhaps the best analysis of making *Wasted* available via controlled digital lending, reaching out to academics and legal scholars about the legality of the move, with the general agreement that the Archive's actions were very likely to be legal.

Mark Judge eventually e-mailed Internet Archive and requested that the copies of *Wasted* be taken down. Internet Archive takes prompt action on takedown requests. In this case, given that the book was out-of-print, we made an appeal to him to allow the book to be made available without restriction. Judge denied our request, as he is working on plans for the book to be republished. Ultimately, we came to agreement that only the two openly downloadable copies in Community Texts would be removed; the copy made available from BPL through controlled digital lending would remain online.

Before the two unrestricted copies were taken down, they were viewed more than 27,000 times.  Compare that with the 28 borrows to date that have occurred with the BPL copy, and the wait list that numbers more than 400, and you'll quickly come to realize that for controlled digital lending to work at scale, more physical copies are needed to loan against, especially for titles like this that enter the public zeitgeist and become part of a major news story.

And that's where other libraries come in. The Internet Archive's Open Libraries project is bringing together libraries that are committed to making their collections available via controlled digital lending and pooling their physical collections in order to make more lendable copies of digital books available to their users and the world.

The takeaway here is that controlled digital lending is a viable, but limited, way for libraries to provide digital access to the physical copies on their shelves.  This case study demonstrates the ways in which controlled digital lending works, and its limitations of scale for titles with wide appeal. A significant way of addressing those limitations is for more libraries to join Open Libraries and lend digitized versions of their print collections, making more copies of books available for loan and getting more books into the hands of researchers and readers all over the world.

Posted in Announcements, Books Archive, Lending Books, News | 16 Replies

---



**About chrisfreeland**
Chris Freeland is the Director of Open Libraries at Internet Archive.

View all posts by chrisfreeland →

---

← Bread and Puppet Theater: The Basic Bye-bye Show

Open Libraries Forum: recap & reflection →

---

**16 thoughts on "Wasted: A case study for controlled digital lending"**

Pingback: Wasted: A case study for controlled digital lending – Test Site 24



**Jason MacKenzie**
November 13, 2018 at 11:09 am

- Movie Archive
- Music
- News
- Newsletter
- Open Library
- Past Event
- Software Archive
- Technical
- Television Archive
- Upcoming Event
- Video Archive
- Wayback Machine – Web Archive
- Web & Data Services

**Archives**

Select Month

**Meta**

- Log in
- Entries feed
- Comments feed
- WordPress.org

>Mark Judge is evil.
>Agrees to make his book available under a shady 'fair use' claim by the Internet Archive so that people can access his work for free.

Pick one.
(And I say this as a librarian and supporter of the Archive and controlled digital lending.)



**Pyrocles**
November 15, 2018 at 6:57 pm

At what point did they say Mark Judge was evil? Also, how is the library utilizing its right to make digital access a thing shady? You do realize this this the whole purpose of this website?



**Jason MacKenzie**
November 22, 2018 at 2:58 pm

Not explicitly, but implicitly. Hence the ">". (Maybe you're not familiar with imageboard culture—you might be better off, tbh.)

Listen, I love the Archive, I really do, but everyone knows it's run by leftists. This is hardly a secret. The moment the whole thing came out about Kavanaugh and the yearbook, as well as Judge's 'Wasted,' they eagerly jumped on the chance to promote their political agenda by putting out a rush of posts both here on this blog and on their Twitter feed advertising that they had -just- uploaded both items. (Gee, I wonder what took them so long to archive these particular items... could the timing have been politically opportunistic, mayhap?)

I do give the Archive full credit for allowing items with differing opinions on their site, though (outside of one or two possible cases on censorship that I can think of off the top of my head). I just hope that this commitment to free speech continues (not entirely confident it will given the growing censorship all around us).



**Jason MacKenzie**
November 22, 2018 at 3:02 pm

Really, this is part of the whole politicization of libraries/archives trend that's been going on for the last few decades that, as an actual librarian (not a LARPer), I'm not particularly fond of. Librarians/archivists should be bureau-crats, not politicians.

The IA is not as bad as the APA, mind you, but it's close.



**Jason MacKenzie**
November 22, 2018 at 3:04 pm

Err, ALA. Been helping students with their citation a lot lately, and it's beginning to confuse me.



**AaronKing**
November 16, 2018 at 1:15 pm

Shady? Are you seriously referring to libraries lending books as shady?



**Jason MacKenzie**
November 22, 2018 at 2:43 pm

'Shady' as in their claim that uploading copyrighted works and lending them out is legal under some 'we can lend out an electronic reproduction of this work because we hold a physical copy' loophole is questionable at best. I guess the only way we'll know for sure is if it ever ends up before the courts (hope-fully not).

Did I say libraries lending books is shady? Seriously, go back and read what I actually wrote.



**Tim Niblett**
November 13, 2018 at 7:28 pm

My guess would be that most of the books you lend get seen be everyone who wants to see them (long tail theory). Do you have statistics available anywhere so I can see whether this guess is right. It would be interesting to see the waiting queue distribution over all your books.

Many thanks for all you do.



**Rick Middlebrooks**
November 14, 2018 at 7:25 pm

I noticed yesterday's newsletter email described Mike Judge's book as "…detailing THEIR [emphasis mine] alcohol-fueled high school years." Yet in this article's second paragraph, you characterize this book as "…describing HIS [emphasis mine] raucous, alcohol-fueled high school years."

As I haven't been able to read the book myself yet, could you tell me which is the correct case? Is it just Mike Judge's high school years, or is it his and Kavanaugh's? The implications matter.



**Rick Mancini**
November 14, 2018 at 11:40 pm

EXPLAIN IN DETAIL HOW THIS WORKS PLEASE



chrisfreeland  Post author
November 15, 2018 at 3:10 pm

Rick – You can find a detailed analysis of controlled digital lending at https://controlleddigitallending.org/

Pingback: Wasted: A case study for controlled digital lending | Internet Archive Blogs | PG_Kelly



**Kenneth H. Ryesky**
November 15, 2018 at 9:42 pm

As I noted a number of years ago, "The great shift to electronic media has transformed the librarian's role from gatekeeper to facilitator. Many instructors of undergraduate law courses came of age at a time when the librarian was more of a gatekeeper, and have had negative experiences with one or more librarians who overly relished their gatekeeping function."

[https://www.unew.edu/jet/articles/Vol7_2/Volume0702.pdf#page=35]

The gatekeeping goes way beyond the stereotypical "shushing." The librarians in my junior high schools clearly disliked having students in the library, and my high school librarian allowed herself to be co-opted by my English teacher into prohibiting me from using the library at all.

The most welcoming librarian I ever had during my formative years was a card-carrying Commie who was pleased to be a facilitator; she did more to foster positive attitudes towards libraries and librarians than many who, though nominally were loyal Americans, had unwelcoming attitudes which caused much damage.
[https://www.leagle.com/decision/1957166147fsupp191162].

[Ironically, I did achieve a sort of revenge against the gatekeepers in the library profession; I earned myself a MLS degree.].



**Nemo**
November 16, 2018 at 8:30 am

Well done!

I agree on making more copies available, but meanwhile it might be appropriate to automatically reduce the duration of the loan when there's a peak of interest, just like some libraries offer 1-day or "overnight" loans. A textbook, for instance, may be in huge demand in the days before an exam or assignment, but readers may need just a chapter or few pages from it, or at any rate be done with it very quickly.

 **Steve Phillips**

November 17, 2018 at 2:44 am

All very interesting but is it worth reading where are the reviews of this book, on an alcoholic's adventures? I recall my school days so drunk I peed on the floor while head master took morning assembly. In some respects I felt a sense of satisfaction that I didn't get any pee on my trouser. But was given away buy other boys laughing at me. Deputy head, Mr Errol Owen, told them off of course and rightly so; naughty boys laughing at me. Looking back I never really enjoyed being alcoholic but did have some laughs was not all misery.

Comments are closed.

Proudly powered by WordPress

# McNamara Declaration

# Exhibit 101

# Transforming Our Libraries into Digital Libraries:
## A digital book for every physical book in our libraries

**Brewster Kahle, Internet Archive**
**Library Leaders Forum Discussion Document, October 2016**

Today, people get their information online—often filtered through for-profit platforms. If a book isn't online, it's as if it doesn't exist. Yet much of modern knowledge still exists only on the printed page, stored in libraries. Libraries haven't met this digital demand, stymied by costs, e-book restrictions, policy risks, and missing infrastructure. We now have the technology and legal frameworks to transform our library system by 2020. The Internet Archive, working with library partners, proposes bringing millions of books online, through purchase or digitization, starting with the books most widely held and used in libraries and classrooms. Our vision includes at-scale circulation of these e-books, enabling libraries owning the physical works to substitute them with lendable digital copies. By 2020, we can spark a new "Carnegie moment" in which thousands of libraries unlock their analog collections for a new generation of learners, enabling free, long-term, public access to knowledge.

## The Problem

We all want to see the modern day Library of Alexandria, a digital library where the published works of humankind—all the books, music, video, webpages, and software—are available to anyone curious enough to want to access them. I believe now is the time to build it.

The technology and costs to achieve this vision are now understood, and in fact, projects such as Google Books and the Internet Archive are proving that it can be done. Yet bringing universal access to all books has not been achieved. Why? There are the commonly understood challenges: money, technology, and legal clarity. Our community has been fractured by disagreement about the path forward, with on-going resistance to some approaches that strike many as monopolistic. Indeed, the library community seems to be holding out for a healthy system that engages authors, publishers, libraries, and most importantly, the readers and future readers.

1

PLAINTIFFS0000857

I suggest that by working together, we can efficiently achieve our goal. This will require the library community working with philanthropists, booksellers, and publishers to unleash the full value of our existing and future collections by offering them digitally.

For the books we can not buy in electronic form, I am proposing a collaborative effort to select and digitize the most useful books of the 20th and 21st centuries, and to build a robust system to circulate the resulting e-books to millions, and eventually billions of people.

Mike Lesk, considered by many to be the father of digital libraries, once said that he was worried about the books of the 20th century and noted that we haven't figured out 'institutional responsibility' in our digital world. He believed that the materials up to the 19th century would be digitized and available, and the 21st-century materials, since they were born-digital, were going to be circulated effectively. But the 20th-century materials he thought, would be caught in machinations of copyright law—most remaining out-of-print, and all seemingly locked up by laws passed in the late 20th century that appeared to make digitization risky.

As we shift from the analog to the digital era, Mike Lesk's comment about 'institutional responsibility' is also apt. Today, public, university, and national library leaders are not clear how best to perform their preservation and access roles, at a time when subscribing to remote databases is increasingly common, and publishers are trying to adapt to a world in which distribution is increasingly consolidated among a few powerhouses. If we are to have healthy publishing and library ecosystems, we need many winners and not just a few dominant players. But how?

A step forward would be for libraries to buy e-books when they can, but to also efficiently transform the books currently on our physical shelves to live on our digital shelves as well. Patrons could then borrow either the physical books or electronic versions easily.

## Open Library: Building on a 6-year pilot

Since 2010, the Internet Archive's OpenLibrary.org site has been piloting collaborative collection and lending of 20th-century books contributed by dozens of libraries. For six years, we have been buying e-books or digitizing physical books to lend. We now lend more than 500,000 post-1923 digital volumes to one reader at a time via the Open

2

PLAINTIFFS0000858

Library website. This digital circulation mechanism employs the same protection technologies that publishers use for their in-print e-books distributed by commercial operations such as Overdrive and Google Books. Watching Open Library used by millions over the years, we have found this approach to work. The time is ripe to go much further!

Using the Open Library approach as a foundation, we can expand to bring all interested libraries digital by 2020. By building upon the collection of 2.5 million e-books that so many libraries have collaboratively digitized with the Internet Archive, we can bring the full breadth of books, both past and present, to millions of readers on portable devices, websites, and through online library catalogs. With the library community's extensive collections and strong public service mission, it can be central to this endeavor.

For instance, in each library's online card catalog, when a digital version of a book exists, we can include a web-link on the record for the physical book, giving readers the ability to browse the book on screen or to borrow it from the convenience of their homes. In this way, we can smoothly enhance a library's collection, from analog to digital, at scale, by coordinating through the library catalog cloud-based vendors. We would also collectively work with publishers, to purchase as many books as possible for library lending.

To build this future, we will need the participation of multiple sectors to bring thousands of libraries digital. That is one of the essential differences from the attempt ten years ago by Google, the Authors Guild, and a few large libraries to bring 20th-century books online in a centralized way. That path yielded the Google Books settlement which proposed a central controlling authority that the courts halted as monopolistic.

## A System with Many Winners

I believe this time we can pursue a decentralized approach, one that leads to many publishers and many libraries interacting through the market rather than having a single controlling entity. Libraries would purchase e-books with the same rights to lend and preserve them that they are granted when they purchase physical books today. Hopefully, going forward, all books would be available to libraries in this way—providing revenue to ensure healthy author and publisher sectors that would garner their support. But what about books that are not available in this form—including most of the existing library collections and some books published today? For these texts, libraries can work

3

PLAINTIFFS0000859

together to digitize the materials efficiently, minimizing duplication, and lend the digital texts with the same limitations placed on physical books.

In this way, patrons can read past and present books on the screens of their choice; librarians would perform their traditional roles of purchasing, organizing, presenting, and preserving the great works of humankind; publishers would sell e-books at market-based rates; and authors could choose how to distribute their works, including through publishers for payment. This may sound old-fashioned and not particularly "disruptive," but it bears the advantage that each institution plays a structurally similar role to the role it has played historically.

## Different Eras of Books Require Different Solutions

To bring our libraries digital, let's first discuss ways that groups are digitizing books at scale and then address how they can be made maximally available. The historical core of a great library, often pre-1923 books, reside in the public domain and thus does not have rights issues to hamper distribution. Libraries with their rich special collections must still catalog and digitize their books, and we continue to work with hundreds of libraries to bring their special collections digital. But the large swath of public domain works has largely been digitized twice in the last ten years: once by the libraries working with Google and once by the libraries collaborating with the Internet Archive. Google's project has been much more thorough in its scope, scanning an estimated 25 million books thus far, but unfortunately, access to these works is limited. Institutional subscribers can access the Google books through HathiTrust and the public can only download them one-at-a-time through the Google Books website. The Internet Archive's digitized older material, about 2 to 3 million books, are available in bulk for free public access. Indeed, content specialists from genealogy to biodiversity researchers actively download public domain materials from the Internet Archive at scale, fueling innovation, dissemination, and broad public good. While we still need to complete digitizing special collections and government documents, the pre-1923 corpus of published books is largely online and somewhat available.

The era that worried Mike Lesk, the 20th-century books, are the books librarians also fret about due to rights issues. In most of the developed world, an organization can digitize books for the blind and dyslexic, and through the Marrakesh Treaty, signatory countries can share these books with other signatories at scale in a way that is explicitly legal. In practice, this means Canada can now digitize and lend a book from any era for

4

PLAINTIFFS0000860

the reading disabled and share those digital copies with libraries in Australia or 17 other countries. Furthermore, the court's ruling in Authors Guild v. Google said the basic act of mass digitization of books, even by commercial entities, was found to be legal under the fair use doctrine in the United States. So the right to digitize has been settled in many countries.

I believe that building a major library at the scale of Princeton, Yale, or Boston Public Library would require institutions to offer access to a curated digital collection of 10 million books, most of which are post-1923. Collaborators can prioritize subsets of books, such as the 1.2 million books most widely held by libraries according to OCLC, or the one million books that appear on one or more syllabi as determined by the Open Syllabus Project. A team of collaborators could volunteer to ensure full coverage in the major subject areas, while building on the core collection. But for the purposes of argument, let's stipulate that ten million books is the number we would need to support a broadly useful public library system.

Three major entities have digitized modern materials at scale: Google, Amazon, and the Internet Archive, probably in that order of magnitude. Google's goal was to digitize texts to aid search and their internal artificial intelligence projects. Amazon's book digitization program has been used to help customers browse books before purchasing them; Amazon is quiet about the number of books it has scanned and any future plans for them. The Internet Archive has digitized more than 2.5 million public domain books and made them fully downloadable and 500,000+ modern books and made them available to the blind and dyslexic and through its lending system on openlibrary.org.

## Costs of Digitization

At the Internet Archive, the cost of digitization varies between $10 and $30 per book, depending on where the scanning occurs—offshore or in a library. Additional costs include acquisition, storage, and lifetime digital file management, which may come to be the predominant cost in the future.

Current in-print books are often available in e-book form, but there are few publishers willing to allow libraries to buy e-books with similar rights to the physical books they purchase. There is hope that if we coordinate our buying power, the book publishers will embrace selling e-books to libraries, much as the music publishers have come to embrace, or were forced to embrace, the selling of MP3s to services that provide broad

5

PLAINTIFFS0000861

access. When available, the purchase price for these e-books tends to be approximately the same as the cost of the physical book.

Therefore there are known costs and legal frameworks that govern the purchase of e-books and digitizing books for library use.

## Collaborating to Build a Digital Collection

Building a collaborative digital collection of 10 million books will require our libraries and our partners to efficiently perform three functions:
- Coordinated collection development to avoid duplicating effort
- Distributed preservation
- Local and cloud access

In very broad strokes, to build the collections, we need curators or curatorial approaches for selecting the most useful books, then a process to determine which books we already have digitized. We need institutions or vendors able to source the missing physical books to be digitized. The participating organizations would need to have the funding to staff these functions, either based on their internal budgets or funds raised from philanthropic sources. Maybe we could start with some already funded projects, as they might help shape the rest of the system.

## The Internet Archive's Funding & Technology

The Internet Archive has secured new funding to develop 'super scanning centers' to do mass digitization of millions of books per year, at a significant cost savings. With the first funded super scanning center in Asia, which we are now certifying for production, we anticipate being able to scan books for about one-third of the normal in-library rates achieved by the Internet Archive 28 Regional Scanning Centers. Through the Asian supercenter, the Internet Archive can offer partners a cost savings of 50-60% for those willing to scan large quantities of books and have them out of circulation for several months. We are now talking with a large university research library about a plan to digitize 500,000 modern books using an Internet Archive's super scanning center. This project offers them new options in collection management, allowing the library to offer digital access to books that are moving to an offsite repository. Librarians may find mass digitization at reduced cost to be a powerful tool for collection management.

6

PLAINTIFFS0000862

In the past year, the Internet Archive has developed an in-library book scanning system that integrates duplication detection, catalog lookup, digitization, and integrated delivery. This can be useful for organizations that want to move through their collections, discover what has not been digitized either by themselves or others, and digitize just these texts, while gaining access to the Internet Archive's digitized versions of all of their books, digitized from a large variety of source libraries.

Also, we now have a funding commitment to digitize millions of books and other materials that are donated to the Internet Archive. Through this initiative, the Internet Archive will seek to acquire and then digitize a core collection of books based on the recommendations of a curatorial team, while considering lists such as the OCLC's compilation of widely held books and books listed by the Open Syllabus Project. This funding gives other organizations the option to donate appropriate physical books to the Internet Archive and receive a digital copy in return, at no cost to their institution.

In these ways, libraries can choose the most appropriate means of scanning their holdings. We now offer options ranging from the Tabletop Scribe, where institutions purchase the hardware and supply their own staffing, to our regional centers in institutions such as Boston Public Library, University of Toronto, Princeton Theological Seminary, and the Library of Congress. We offer lower costs for mass digitization at our Asian super scanning center and free digitization for appropriate materials donated to the Archive. Our goal in offering this plethora of scanning options is to encourage all libraries to participate in the collaborative collection building in a paradigm that works for them.


## Curating a Collaborative Collection

Prioritizing the books is still an open question. One approach might be to break the collection into a widely-used core of books useful to K-16 learners, and important topical collections. The Internet Archive could focus on obtaining and scanning the core collection of perhaps 1-2 million volumes, and then partner libraries with strong specialties could develop and scan subject-based collections. An engineering school might take on engineering books, and a law school focus on law books.

We must continue to work with Google Books, HathiTrust, and Amazon.com to explore areas of alignment. No one in the library world wants to waste precious resources by

7

PLAINTIFFS0000863

digitizing a text more than once. It would be a public benefit if these large-scale digitizers would be willing to contribute to this collaborative effort.

There are a few efforts to research which books are emerging from copyright protection and to create a comprehensive list of all digitized works. These will be important areas of research to support.

## Various Levels of Access

Once we have established the core collections, each library can determine its own approach to providing access to modern works. Some might want to start by giving full access to the blind and dyslexic, as the University of Toronto is doing through OCUL and the ACE Portal; others such as the University of California might want to create a preservation copy; while some such as HathiTrust might prepare datasets for non-consumptive researcher access; and many others including the Internet Archive may choose to lend their copies while keeping the physical copy on the shelf. This flexibility in access models could be one of the great strengths of this overall approach to bringing 20th-century books online—different libraries in different countries can play varying roles as their environment permits.

Libraries can take a giant step forward in the digital era by lending purchased and digitized e-books. Our digital e-book lending program mirrors traditional library practices: one reader at a time can borrow a book, and others must wait for that one to be returned manually; alternatively after two weeks the book is automatically returned and offered to any waiting patrons. The technical protection mechanisms used to ensure access to only one reader at a time are the same technologies used by publishers to protect their in-print e-books. In this way, the OpenLibrary site is respectful of rights issues, and can leverage some of the learning and tools used by the publishers.

The California library consortium, Califa, has set up its own lending server, and it makes purchased and digitized books available through their own infrastructure to California residents. We understand the Department of Education in China also loans books they own one-reader-at-a-time at a major Chinese university. We all learn and benefit when different organizations in different countries test a range of approaches to access, balancing convenience and rights issues.

8

PLAINTIFFS0000864

How would we circulate the digital e-books? Some libraries are integrating links into their library catalogs, so information about the digital versions and physical copies are side by side in the same record. Libraries can always link to the copy in the Internet Archive's Open Library, but if this is a modern book, there may only be one copy available for the whole world. Libraries can also store their own digital copies, and administer their own lending system, as Califa has done. Another alternative is that the Internet Archive could create a circulation system that would administer the lending for them. In effect, then, each library can choose from a variety of methods to lend digital versions of the physical books in their collection. This would keep the local libraries in control but leverage the convenience of a cloud-based system that others maintain and update.

Turning on the e-book links in a catalog might be very easy now that many libraries have their catalogs on cloud services from major catalog vendors. If those providers collaborate with this community, it could help deliver e-books to millions of patrons with a flip of a digital switch.

## Distributed Preservation

If we are striving to build the modern-day Library of Alexandria, we should avoid a fate of the first Library of Alexandria: burning. If only they had made another copy and put it in India or China, we would have the complete works of Aristotle, and the lost plays of Euripides. So our community should preserve multiple copies of the books that are bought and digitized. While many libraries may be content with access to the collection on a cloud-based server, we can empower and encourage a number of libraries to store local digital copies of their books.

Fortunately, digitized books are compact enough to be affordable for libraries to store. Digital books, even with high-resolution images and all the derivative formats, are often 500 megabytes, so one million books would be 500 terabytes, which is increasingly affordable.

Distributed preservation of both the purchased e-books and the digitized books can help ensure the longevity of the precious materials in our libraries.

9

PLAINTIFFS0000865

## Financial Stability of Our New Circulation System

So far there has been little discussion of money changing hands, or any financial model to support maintaining and growing this system. If the libraries share the burden of the digitization and share the results, there would then be an incentive to "freeload" and wait until other libraries digitize the books and provide the services. To counter this, it would be understandable if we charged libraries that did not contribute digitization or backend services for access to digitized books. It would be equally understandable to charge a one-time transfer fee to libraries that wanted to store their own local copies. But we should think carefully about financial models, and avoid incentives that lead to dominant systems that limit innovation.

## Conclusion

Each of our organizations has a role to play to build this collaborative digital library collection and circulations system. The Internet Archive is ready to contribute scanning technology, backend infrastructure, and philanthropic funding to digitize a core set of books that will serve K-16 learners. We are calling for partners who will help curate and source the best collections beyond what we can do, vendors who will help circulate digital copies, and leaders bold enough to push into new territory.

Because today's learners seek knowledge online, we must enable every library patron to borrow e-books via their phone, by searching the web, or by browsing their online library catalog. By working together, thousands of libraries can unlock their analog collections for a new generation of learners, enabling digital access to millions of books now beyond their reach. The central goal—for learners to have access to all books without physical constraints—could be realized for millions of people worldwide.

10

PLAINTIFFS0000866