# 23-1260

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY
& SONS, INC., PENGUIN RANDOM HOUSE LLC,

*Plaintiffs-Appellees,*

v.

INTERNET ARCHIVE,

*Defendant-Appellant,*

DOES 1-5, inclusive,

*Defendants.*

Appeal from the United States District Court for the Southern District of New
York, Case No. 1:20-cv-4160, Hon. John G. Koeltl

## JOINT APPENDIX (PUBLIC) – VOLUME 11 OF 26 (A-2605-A-2774)

JOSEPH C. GRATZ
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

CORYNNE M. MCSHERRY
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

JOSEPH R. PALMORE
DIANA L. KIM
ADITYA V. KAMDAR
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-6940
JPalmore@mofo.com

*Counsel for Defendant-Appellant Internet Archive*
*Additional Counsel Listed on Inside Cover*

DECEMBER 15, 2023

MATTHEW JAN OPPENHEIM          ELIZABETH A. MCNAMARA
DANAE TINELLI                  LINDA J. STEINMAN
SCOTT A. ZEBRAK                JOHN M. BROWNING
OPPENHEIM + ZEBRAK, LLP        JESSE M. FEITEL
4530 Wisconsin Avenue, NW,     CARL MAZUREK
5th Floor                      DAVIS WRIGHT TREMAINE LLP
Washington, DC 20016           1251 Avenue of the Americas, 21st Floor
                               New York, NY 10020

*Counsel for Plaintiffs-Appellees*

---

## Joint Appendix Table of Contents

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 1** | |
| 39 | 10/08/2020 | Stipulation And Protective Order | A-1 |
| 86 | 07/05/2022 | Sealing Order | A-16 |
| 114 | 07/11/2022 | Sealing Order | A-18 |
| | | District Court Docket Sheet | A-19 |
| 219 | 9/11/2023 | Notice Of Appeal | A-49 |
| 1 | 6/1/2020 | Complaint | A-105 |
| 33 | 07/28/2020 | Answer | A-158 |
| 47 | 08/09/2021 | Letter Motion For Local Rule 37.2 Conference | A-186 |
| 62 | 12/24/2021 | Transcript Of Proceedings – 12/2/21 Conference | A-189 |
| 68 | 01/14/2022 | Joint Letter/Status Report Re: Discovery Disputes | A-234 |
| | | Exhibit A – Current Scheduling Order | A-236 |
| | | Exhibit B – Proposed Scheduling Order | A-239 |
| 70 | 01/22/2022 | Revised Scheduling Order | A-242 |
| 87 | 07/07/2022 | Plaintiffs' Motion for Summary Judgment | A-244 |
| 89 | 07/07/2022 | Declaration Of Sandra Cisneros In Support Of Plaintiffs' Motion for Summary Judgment | A-247 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 2** | |
| 90 | 07/07/2022 | Declaration Of Ian Foster In Support Of Plaintiffs' Motion for Summary Judgment | A-254 |
| | | Appendix A – Ian Foster's Curriculum Vitae | A-301 |
| | | [FUS] Exhibit 1 – Numbered List Of 127 Works In Suit | A-347 |
| | | [FUS] Exhibit 2 – Loans For Each Scan That Matches Works In Suit | A-359 |
| | | [FUS] Exhibit 3 – Total Loans For Works In Suit | A-370 |
| | | [FUS] Exhibit 4 – List Of De-Duplicated ISBNs That Match Works In Suit | A-377 |
| | | [FUS] Exhibit 4A – Alternate Version of Exhibit 4 | A-387 |
| | | [FUS] Exhibit 5 – Number Of De-Duplicated ISBNs/Additions To Maximum Eligible Concurrent Loans For Each Work In Suit | A-397 |
| | | [FUS] Exhibit 5A – Alternative Version Of Exhibit 5 | A-404 |
| | | [FUS] Exhibit 6 – Works In Suit Data | A-411 |
| 91 | 07/07/2022 | Declaration Of Tracy Offner In Support Of Plaintiffs' Motion for Summary Judgment | A-421 |
| | | Exhibit A – List Of Internet Archive's URLs | A-448 |
| | | Exhibit B – Internet Archive's Webpages | A-452 |
| | | Exhibit C – Open Library Webpages | A-457 |
| | | Exhibit D – Open Library Webpages | A-461 |
| | | Exhibit E – Open Library Webpages | A-463 |
| | | Exhibit F – Open Library Webpages | A-469 |
| | | Exhibit G – Open Library Webpages | A-471 |
| | | Exhibit H – Open Library Webpages | A-473 |
| | | Exhibit I – Open Library Webpages | A-475 |
| | | Exhibit J – Open Library Webpages | A-477 |
| | | Exhibit K – Open Library Webpages | A-479 |
| 92 | 07/07/2022 | Declaration Of Ben Sevier In Support Of Plaintiffs' Motion for Summary Judgment | A-481 |
| | | [FUS*] Exhibit 1 – Hachette Business Data | A-514 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS*] Exhibit 2 – Hachette Backlist Ebook Data | A-515 |
| | | [FUS*] Exhibit 3 – Hachette Sales Data For All Of The Works In Suit | A-516 |
| | | **Vol. 3** | |
| | | [FUS] Exhibit 4 – Hachette Overdrive Data | A-517 |
| | | [FUS] Exhibit 5 – Hachette 2016 Digital Library Terms | A-562 |
| | | [FUS] Exhibit 6 – Hachette's Current Digital Library Terms | A-570 |
| | | [FUS*] Exhibit 7 – Hachette List Of Aggregators | A-577 |
| | | [FUS] Exhibit 8 – Excerpts From Expert Report Of Rasmus Jorgensen (Feb. 25, 2022) | A-578 |
| | | Exhibit 9 – Hachette Takedown Notice | A-580 |
| 93 | 07/07/2022 | Declaration Of Alan Pavese In Support Of Plaintiffs' Motion for Summary Judgment | A-589 |
| | | Exhibit 1 – Wiley Takedown Notice | A-602 |
| | | [FUS*] Exhibit 2 – Wiley Spreadsheet On Trade Books | A-612 |
| | | [FUS*] Exhibit 3 – Wiley's Sales Records For Works In Suit | A-613 |
| | | [FUS] Exhibit 4 – Wiley's Ebook Distribution Agreement With Proquest | A-614 |
| | | [FUS] Exhibit 5 – Wiley's Ebook Agreement With Overdrive | A-631 |
| | | [FUS*] Exhibit 6 – Wiley Spreadsheet Of Key Aggregator Partners | A-634 |
| | | [FUS*] Exhibit 7 – Wiley Spreadsheet | A-635 |
| 94 | 07/07/2022 | Declaration Of Chantal Restivo-Alessi In Support Of Plaintiffs' Motion for Summary Judgment | A-636 |
| | | [FUS*] Exhibit 1 – HarperCollins Ebooks Licenses Spreadsheet | A-667 |
| | | [FUS*] Exhibit 2 – HarperCollins Spreadsheet On U.S. Sales For Works In Suit | A-668 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 3 – Amazon Kindle Store Terms Of Use | A-669 |
| | | [FUS] Exhibit 4 – HarperCollins And Overdrive Agreement | A-674 |
| | | [FUS*] Exhibit 5 – Spreadsheet On 26-Circ Model | A-699 |
| | | [FUS*] Exhibit 6 – HarperCollins Sales To Libraries In All Formats For Works In Suit (2017-2020) | A-700 |
| | | Exhibit 7 – Excerpts From Expert Report Of Susan H. Hildreth (Feb. 25, 2022) | A-701 |
| | | Exhibit 8 – Open Libraries Agreement | A-705 |
| | | Exhibit 9 – Internet Archive's Presentation At Library Leaders Forum | A-709 |
| | | Exhibit 10 – Internet Archive's Presentation On "Maximizing Institutional Investment In Print Resources Through Controlled Digital Lending" | A-720 |
| | | Exhibit 11 – Internet Archive's And HarperCollins Correspondence | A-738 |
| 95 | 07/07/2022 | [Redacted] Declaration Of Jeffrey Weber In Support Of Plaintiffs' Motion for Summary Judgment | A-744 |
| | | [FUS*] Exhibit 1 – Penguin Random House Ebook Data | A-784 |
| | | [FUS*] Exhibit 2 – Penguin Random House Ebook Data | A-785 |
| | | Exhibit 3 – American Library Association Article, "National Survey Finds Libraries Play Expanded Role in Digital Equity, Bridging Gaps In Access To Technology" (Aug. 31, 2021) | A-786 |
| **Vol. 4** | | | |
| | | Exhibit 4 – Overdrive Press Release (Jan. 7, 2021) | A-788 |
| | | Exhibit 5 – Emails Between Penguin Random House And Internet Archive' | A-792 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 6 – Emails Between Penguin Random House And Internet Archive | A-795 |
| | | Exhibit 7 – Open Libraries Web Page | A-798 |
| | | Exhibit 8 – Internet Archive Blog Post, "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" (Nov. 6, 2019) | A-802 |
| | | Exhibit 9 – Internet Archive Blog Post, "Temporary National Emergency Library to close 2 weeks early, returning to traditional controlled digital lending" (June 10, 2020) | A-811 |
| | | [FUS] Exhibit 10 – Exhibit 12 To Expert Report of Rasmus Jorgensen (Feb. 25, 2022) | A-817 |
| | | [FUS] Exhibit 11 – Excerpts From Expert Report of Rasmus Jorgensen (Feb. 25, 2022) | A-819 |
| | | [FUS*] Exhibit 12 – Penguin Random House Sales Records Of Works In Suit | A-821 |
| | | Exhibit 13 – Internet Archive's Library Leaders Forum Presentation | A-822 |
| | | [FUS*] Exhibit 14 – Penguin Random House Annual Investment Spreadsheet | A-1004 |
| | | Exhibit 15 – Amazon Kindle Store Terms Of Use | A-1005 |
| | | Exhibit 16 – Public Libraries Data Spreadsheet | A-1009 |
| | | Exhibit 17 – Article, "Libraries Without Walls For Books Without Pages" By John A. Browning (1993) | A-1022 |
| | | [FUS] Exhibit 18 – Penguin Random House Jan. 1, 2016 Terms Of Sale | A-1029 |
| | | [FUS] Exhibit 19 – Penguin Random House Terms Of Buyback Program | A-1032 |
| | | [FUS*] Exhibit 20 – Penguin Random House Ebook Data | A-1035 |
| | | [FUS] Exhibit 21 – Penguin Random House Oct. 1, 2018 Public Library Terms | A-1036 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS] Exhibit 22 – Penguin Random House Oct. 1, 2018 Academic Library Terms | A-1039 |
| | | [FUS] Exhibit 23 – Penguin Random House Ebook Terms For Classroom Distribution Channel (Feb. 2, 2020) | A-1042 |
| | | [FUS] Exhibit 24 – Penguin Random House Ebook Terms For Classroom Distribution Channel (Jan. 10, 2021) | A-1045 |
| | | [FUS] Exhibit 25 – Penguin Random House Covid-19 Model Terms | A-1048 |
| | | **Vol. 5** | |
| | | Exhibit 26 – Excerpts From Deposition Of Skip Dye (Nov. 18, 2021) | A-1050 |
| 96 | 07/07/2022 | [Redacted] Declaration Of Elizabeth A. McNamara In Support Of Plaintiffs' Motion for Summary Judgment | A-1075 |
| | | Exhibit 1 – Complaint | A-1143 |
| | | Exhibit 2 – Answer | A-1201 |
| | | Exhibit 3 – Internet Archive's Webpage | A-1230 |
| | | Exhibit 4 – Declaration Of Brenton Cheng | A-1236 |
| | | Exhibit 5 – Excerpts From Deposition Of Brewster Kahle (Dec. 9, 2021) | A-1240 |
| | | Exhibit 6 – Internet Archive's Webpage | A-1283 |
| | | **Vol. 6** | |
| | | Exhibit 7 – Excerpts From Deposition Of Chris Freeland (Dec. 17, 2021) | A-1287 |
| | | Exhibit 8 – Email From Chris Freeland | A-1347 |
| | | Exhibit 9 – Internet Archive Blog Post, "Libraries lend books, and must continue to lend books: Internet Archive responds to publishers' lawsuit" (July 29, 2020) | A-1351 |
| | | Exhibit 10 – Internet Archive Presentation On "Lending & Book Reader" | A-1354 |
| | | Exhibit 11 – Excerpts From Deposition Of Imke C. Reimers (June 3, 2022) | A-1368 |
| | | Exhibit 12 – Open Library Webpage | A-1373 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 13 – Excerpts From Deposition Of Laura Gibbs (Mar. 24, 2022) | A-1376 |
| | | Exhibit 14 – Internet Archive Communications | A-1386 |
| | | Exhibit 15 – Internet Archive's Webpage | A-1395 |
| | | Exhibit 16 – Internet Archive's Webpage | A-1402 |
| | | Exhibit 17 – Exhibit A To Complaint | A-1405 |
| | | Exhibit 18 – Stipulation Regarding Undisputed Facts (June 10, 2022) | A-1409 |
| | | Exhibit 19 – Excerpts From Deposition Of Susan Hildreth (May 17, 2022) | A-1415 |
| | | Exhibit 20 – Excerpts From Deposition Of Steve Potash (Jan. 31, 2022) | A-1425 |
| | | Exhibit 21A – Press Releases | A-1436 |
| | | [FUS*] Exhibit 21B – Overdrive Data | A-1443 |
| | | [FUS*] Exhibit 22 – Overdrive Data | A-1444 |
| | | Exhibit 23 – Institute Of Museum And Library Studies Data Spreadsheet | A-1445 |
| | | Exhibit 24 – Excerpts From Deposition Of Brenton Cheng (Dec. 3, 2011) | A-1448 |
| | | Exhibit 25 – Internet Archive's Objections & Responses To Plaintiffs' First Set Of Requests For Admission | A-1453 |
| | | Exhibit 26 –Expert Report Of Susan Hildreth (Feb. 25, 2022) | A-1468 |
| | Vol. 7 | | |
| | | Exhibit 27 – Internet Archive's "Everyone Deserves To Learn" Document | A-1527 |
| | | Exhibit 28 – Email Between Mark Stein And Jeff Kaplan | A-1709 |
| | | Exhibit 29 – Email Between Brewster Kahle And Elliot Wrenn | A-1712 |
| | | Exhibit 30 – Email From Wiley To Internet Archive | A-1717 |
| | | Exhibit 31 – Open Library Webpage | A-1720 |
| | | Exhibit 32 – Emails Between Penguin Random House And Internet Archive | A-1724 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 33 – Email From Penguin Random House | A-1735 |
| | | [FUS*] Exhibit 34 – Penguin Random House Spreadsheet | A-1738 |
| | | Exhibit 35 – Email From HarperCollins To Internet Archive | A-1739 |
| | | Exhibit 36 – Takedown Notices | A-1745 |
| | | Exhibit 37 – Author Correspondence To Internet Archive | A-1783 |
| | | **Vol. 8** | |
| | | Exhibit 38 – Author Correspondence To Internet Archive | A-1790 |
| | | Exhibit 39 – Author Correspondence To Internet Archive | A-1815 |
| | | Exhibit 40 – Email From Zane Kesey To Chris Butler | A-1819 |
| | | Exhibit 41 – Open Library Author Page For Ken Kesey | A-1825 |
| | | Exhibit 42 – Author Correspondence To Internet Archive | A-1829 |
| | | Exhibit 43 – Open Library Webpage | A-1832 |
| | | Exhibit 44 – 990-PF Return Of The Kahle/Austin Foundation (2019) | A-1836 |
| | | Exhibit 45 – Excerpts From Deposition Of Jacques Cressaty (Oct. 22, 2021) | A-1867 |
| | | Exhibit 46 – Internet Archive's Open Libraries Proposal To The MacArthur Foundation (Part 1-5) | A-1913 |
| | | **Vol. 9** | |
| | | Exhibit 46 – Internet Archive's Open Libraries Proposal To The MacArthur Foundation (Part 6-8) | A-2062 |
| | | Exhibit 47 – Internet Archive's Webpage | A-2157 |
| | | Exhibit 48 – Scientific American Article, "Archiving the Internet" by Brewster Kahle (1997) | A-2160 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 49 – Brewster Kahle "Universal Access To Knowledge" Speech (2006) | A-2165 |
| | | Exhibit 50 – CNET Article, "Grant Funds Open-Source Challenge To Google Library" (Dec. 20, 2006) | A-2175 |
| | | Exhibit 51 – New York Times Article, "Libraries Shun Deals To Place Books On Web" by Katie Hafner (2007) | A-2190 |
| | | Exhibit 52 – Internet Archive Blog Post, "Internet Archive And Library Partners Develop Joint Collection Of 80,000+ Ebooks To Extend Traditional In-Library Lending Model" (Feb. 22, 2011) | A-2195 |
| | | Exhibit 53 – Internet Archive's Notes About Book Collections And Availability | A-2201 |
| | | Exhibit 54 – Internet Archive Blog Post, "Let's Build A Great Digital Library Together…Starting With A Wishlist" (Mar. 14, 2018) | A-2205 |
| | | Exhibit 55 – Internet Archive Blog Post, "Internet Archive's Modern Book Collection Now Tops 2 Million Volumes" (Feb. 3, 2021) | A-2209 |
| | | Exhibit 56 – The Guardian Article, "Internet Archive Founder Turns To New Information Storage Device – The Book," (Aug. 1, 2011) | A-2218 |
| | | Exhibit 57 – Internet Archive's Webpage | A-2223 |
| | | Exhibit 58 – Excerpts From Deposition Of Andrea Mills (Oct.14, 2021) | A-2227 |
| | | [FUS] Exhibit 59 – Internet Archive Digital Library Grant Application | A-2242 |
| | | [FUS*] Exhibit 60 – Internet Archive's Profit And Loss Statement For 2011-2020 | A-2246 |
| | | Exhibit 61 – Internet Archive's Flyer | A-2247 |
| | | Exhibit 62 – Internet Archive's Scanning Agreement With Providence Public Library | A-2249 |
| | | Exhibit 63 – Internet Archive's Webpage | A-2255 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 64 – Internet Archive Blog Post, "Most 20th Century Books Unavailable To Internet Users – We Can Fix That" (July 1, 2019) | A-2260 |
| | | Exhibit 65 – Internet Archive's Webpage | A-2270 |
| | | Exhibit 66 – Email From Brewster Kahle To Amy Brand | A-2274 |
| | | Exhibit 67 – CNBC Article, "Plagiarism Is Rampant In China, And Its Media Companies Are Raking In Billions" (Jan. 23, 2018) | A-2278 |
| | | Exhibit 68 – Internet Archive Blog Post, "Internet Archive and Library Partners Develop Joint Collection of 80,000. EBooks To Extend Traditional In-Library Lending Model" (Oct. 20, 2020) | A-2286 |
| | | Exhibit 69 – Internet Archive's Webpage | A-2292 |
| | | Exhibit 70 – Internet Archive Blog Post, "Calculating the True Value of A Library that is Free" (Oct. 22, 2019) | A-2298 |
| | | Exhibit 71 – Internet Archive Blog Post, "Pineapple Fund Gifts $1M in Bitcoin to the Internet Archive!" (Dec. 26, 2017) | A-2303 |
| | | Exhibit 72 – Internet Archive Presentation On "How Controlled Digital Lending Works for Libraries" | A-2308 |
| | | **Vol. 10** | |
| | | Exhibit 73 – Internet Archive Presentation On Lending And Digitization Programs | A-2333 |
| | | Exhibit 74 – Open Library Of Richmond Inc. 990 Return (2019) | A-2366 |
| | | Exhibit 75 – Internet Archive's 990 Return (2016) | A-2414 |
| | | Exhibit 76 – Better World Books Webpage | A-2432 |
| | | [FUS] Exhibit 77 – Excerpts From Deposition Of Ginger Patton-Schmitt (Dec. 6, 2021) | A-2435 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 78 – Better World Books Webpage | A-2464 |
| | | [FUS] Exhibit 79 – Draft Memorandum Of Understanding | A-2468 |
| | | Exhibit 80 – Email From Brewster Kahle To Better World Books Director | A-2471 |
| | | Exhibit 81 – Emails Between Chris Freeland And Better World Books Project Manager | A-2473 |
| | | [FUS] Exhibit 82 – Internet Archive Shared Document | A-2477 |
| | | [FUS] Exhibit 83 – Emails Between Brewster Kahle And Xavier Helgesen | A-2480 |
| | | Exhibit 84 – Emails From Brewster Kahle | A-2482 |
| | | Exhibit 85 – Email From Brewster Kahle | A-2488 |
| | | [FUS] Exhibit 86 – Better World Books Financial Agreement | A-2491 |
| | | [FUS] Exhibit 87 – Donation Agreement Between Better World Books And Open Library of Richmond (July 10, 2019) | A-2494 |
| | | Exhibit 88 – Better World Libraries' 990 Return (2019) | A-2497 |
| | | Exhibit 89 – Internet Archive Blog Post, "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" (Nov. 6, 2019) | A-2524 |
| | | [FUS] Exhibit 90 – Better World Books Presentation | A-2533 |
| | | Exhibit 91 – Better World Books Webpage | A-2539 |
| | | Exhibit 92 – Better World Books Preview Page | A-2541 |
| | | Exhibit 93 – Internet Archive Links To Better World Books Webpage | A-2543 |
| | | Exhibit 94 – Better World Books Wikipedia Page | A-2555 |
| | | [FUS] Exhibit 95 – Better World Books Internal Metrics | A-2558 |

11

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 96 – Internet Archive Blog Post, "In-Library eBook Lending Program Launched" (Feb. 22, 2011) | A-2567 |
| | | Exhibit 97 – Emails Between Chris Butler And Zane Kesey | A-2573 |
| | | Exhibit 98 – Email From Chris Butler To James D. Jenkins | A-2579 |
| | | Exhibit 99 – Email From Library Of Michigan Librarian | A-2585 |
| | | Exhibit 100 – Internet Archive Blog Post, "Wasted: A case study for controlled digital lending" (Nov. 13, 2018) | A-2588 |
| | | Exhibit 101 – Brewster Kahle Statement | A-2594 |
| | | **Vol. 11** | |
| | | Exhibit 102 – Open Library Webpage | A-2605 |
| | | Exhibit 103 – Open Libraries Form Agreement | A-2607 |
| | | Exhibit 104 – Email From Chris Freeland To Librarian At Arizona State University | A-2612 |
| | | Exhibit 105 – Email From Chris Freeland To The Associate Dean Of University Of Oklahoma Libraries | A-2615 |
| | | Exhibit 106 – Email From Jeff Sharpe To Karl Stutzman Of Anabaptist Mennonite Biblical Seminary | A-2621 |
| | | Exhibit 107 – Internet Archive Presentation On "Open Libraries Introduction & Internet Archive Programs" | A-2628 |
| | | Exhibit 108 – Internet Archive's Presentation On "Addressing The 20th Century Gap: Controlled Digital Lending For In-Copyright Material" | A-2656 |
| | | Exhibit 109 – Internet Archive's Presentation On "Maximizing Institutional Investments In Print Resources Through Controlled Digital Lending" | A-2678 |
| | | Exhibit 110 – Email From Lauri McIntosh | A-2696 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 111 – Email From Lauri McIntosh | A-2704 |
| | | Exhibit 112 – Email From Chris Freeland | A-2721 |
| | | Exhibit 113 – Internet Archive Presentation On "Implementation & Integration" | A-2729 |
| | | Exhibit 114 – Defendant Internet Archive's Objections And Responses To Plaintiffs' Second Set Of Interrogatories | A-2732 |
| | | Exhibit 115 – Internet Archive Presentation on "Library Leaders Forum 2020 Partner Summit" | A-2744 |
| | | Exhibit 116 – Screen Captures Of Georgetown Law Library Catalog | A-2762 |
| | | Exhibit 117 – Screen Captures Of Dartmouth College Library Catalog | A-2765 |
| | | Exhibit 118 – Public Library Screen Captures | A-2769 |
| | | **Vol. 12** | |
| | | Exhibit 119 – U.S. Copyright Office, "Orphan Works And Mass Digitization: A Report Of The Register Of Copyrights 101" (2015) | A-2775 |
| | | **Vol. 13** | |
| | | Exhibit 120 – Judiciary Committee Of The House Of Representatives Hearing Transcript | A-3010 |
| | | Exhibit 121 – Excerpts From Deposition Of Lila Bailey (Oct.18 and 19, 2021) | A-3199 |
| | | Exhibit 122 – Internet Archive Blog Post, "Michelle Wu Receives Internet Archive Hero Award for Establishing the Legal Basis for Controlled Digital Lending" (Oct. 20, 2020) | A-3228 |
| | | Exhibit 123 – White Paper On Controlled Digital Lending By Courtney And Hansen | A-3233 |
| | | Exhibit 124 – Email From Kyle Courtney | A-3276 |
| | | Exhibit 125 – Email From Lila Bailey | A-3278 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 14** | |
| | | Exhibit 126 – Email From Lila Bailey | A-3283 |
| | | Exhibit 127 – Email From Chris Freeland | A-3295 |
| | | Exhibit 128 – Email From Lila Bailey | A-3297 |
| | | Exhibit 129 – Email From Wendy Hanamura | A-3304 |
| | | Exhibit 130 – Internet Archive Post, "Implementation & Integration: CDL For All Libraries" (July 14, 2021) | A-3307 |
| | | Exhibit 131 – Email From Peter Jaszi | A-3312 |
| | | Exhibit 132 – Email From Lila Bailey | A-3318 |
| | | Exhibit 133 – Bailey, Courtney, Hansen, Minow, Shultz And Wu Statement (Sept. 2018) | A-3323 |
| | | Exhibit 134 – AAP "Statement On Flawed Theory Of 'Controlled Digital Lending'" | A-3332 |
| | | Exhibit 135 – Author's Guild's Statement On "Controlled Digital Lending Is Neither Controlled Not Legal" | A-3336 |
| | | Exhibit 136 – Emails From Chris Freeland To Boston Public Library Librarian Tom Blake | A-3339 |
| | | Exhibit 137 – Internet Archive's Amicus Brief In *ReDigi* | A-3347 |
| | | Exhibit 138 – Article, "The Implications Of The ReDigi Decision For Libraries" | A-3377 |
| | | Exhibit 139 – Internet Archive Blog Post, "Internet Archive Responds: Why We Released The National Emergency Library" (Mar. 30, 2020) | A-3383 |
| | | Exhibit 140 – Signatories To Position Statement On Controlled Digital Lending By Libraries | A-3390 |
| | | Exhibit 141 – Emails From Amy Brand | A-3394 |
| | | Exhibit 142 – Email From Hansen To Bailey, Wu, Minow, Courtney And Schultz | A-3396 |
| | | Exhibit 143 – Email From Chris Freeland To Janet Snowhill | A-3399 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 144 – Email From Chris Freeland To Kristy Draper | A-3407 |
| | | Exhibit 145 – Internet Archive's Event Description (Feb. 2019) | A-3409 |
| | | Exhibit 146 – Blog Post Titled "Mythbusting Controlled Digital Lending: Community Rallies To Fight Misinformation About The Library Practice" (Feb. 11, 2019) | A-3414 |
| | | Exhibit 147 – Email From Chris Freeland To Duke University Librarian | A-3417 |
| | | Exhibit 148 – Emails Between Chris Freeland And Kevin French | A-3420 |
| | | Exhibit 149 – Not Filed | |
| | | Exhibit 150 – Internet Archive Blog Post, "How Internet Archive and controlled digital lending can help course reserves this fall" (July 30, 2020) | A-3424 |
| | | Exhibit 151 – Emails Between Chris Freeland And Michael Weiss | A-3429 |
| | | Exhibit 152 – Emails Between Chris Freeland And Wendy Knapp | A-3434 |
| | | Exhibit 153 – Open Libraries Form | A-3437 |
| | | Exhibit 154 – Open Library Webpage | A-3474 |
| | | Exhibit 155 – Email From Brewster Kahle To Carla Hayden | A-3478 |
| | | Exhibit 156 – Email From Michael "Mek" Karpeles To Brenton Cheng | A-3481 |
| | | Exhibit 157 – Excerpts From Deposition Of Michael "Mek" Karpeles (Oct. 27, 2021) | A-3484 |
| | | [FUS*] Exhibit 158 – Spreadsheet Of Internet Archive's Publication Year Data | A-3491 |
| | | Exhibit 159 – Internet Archive's Pre-Motion Letter For Motion for Summary Judgment | A-3492 |
| | | [FUS*] Exhibit 160 – Exhibit 13 To Deposition Of Steve Potash | A-3496 |
| | | Exhibit 161 – Men's Health Article, "Darin Olin Is More Than Zac Efron's Travel | A-3497 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Partner In Netflix's Down To Earth" by Adrianna Friedman (Jul. 10, 2020) | |
| | | Exhibit 162 – Email From Brewster Kahle To Carla Hayden | A-3501 |
| | | Exhibit 163 – Overdrive Homepage For Detroit And Austin Public Libraries | A-3504 |
| | | Exhibit 164 – Document Titled "Open Library Design Ecosystem" | A-3515 |
| | | Exhibit 165 – Excerpts From Deposition Of Daniel Smith (Apr. 6, 2022) | A-3524 |
| | | Exhibit 166 – Institute Of Museum And Library Services Report, "The Use And Cost Of Public Library Materials" (2021) | A-3531 |
| | | Exhibit 167 – Rural Public Library Webpages | A-3541 |
| | | **Vol. 15** | |
| | | Exhibit 168 –Internet Archive Blog Post, "Announcing a National Emergency Library to Provide Digitized Books to Students and the Public" (Mar. 24, 2020) | A-3548 |
| | | Exhibit 169 – Screen Captures From The Open Library Stats Page | A-3559 |
| | | Exhibit 170 – Screen Captures From The Open Library Homepage | A-3569 |
| | | Exhibit 171 – Email From Lila Bailey | A-3577 |
| | | Exhibit 172 – Sen. Udall's Letter And Register Strong's Response | A-3581 |
| | | Exhibit 173 – Email From Alan Harvey | A-3606 |
| | | Exhibit 174 – Email From Director The Univ. Of Minnesota Press | A-3610 |
| | | Exhibit 175 – Email From Mary E. Rasenberger | A-3612 |
| | | Exhibit 176 – Emails From Penguin Random House | A-3616 |
| | | Exhibit 177 – Email From Brewster Kahle To Executive Director Of The Authors Alliance And Pamela Samuelson | A-3619 |

16

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 178 – Author's Alliance Webpage | A-3621 |
| | | Exhibit 179 – Email From Brianna Schofield To Bailey, Samuelson And Freeland | A-3625 |
| | | Exhibit 180 – Internet Archive Blog Post, "The National Emergency Library – Who Needs It? Who Reads It? Lessons From The First Two Weeks" (Apr. 14, 2020) | A-3628 |
| | | Exhibit 181 – Internet Archive Blog Post, "Temporary National Emergency Library To Close 2 Weeks Early, Returning To Traditional Controlled Digital Lending" (June 10, 2020) | A-3638 |
| | | Exhibit 182 – Email From Mike Furlough | A-3647 |
| | | Exhibit 183 – Email From Skip Dye | A-3651 |
| | | Exhibit 184 – HathiTrust's Emergency Temporary Access Service | A-3653 |
| | | Exhibit 185 – Google Search For "Toni Morrison Beloved Free Read" | A-3656 |
| 97 | 07/07/2022 | Defendant Internet Archive's Motion for Summary Judgment | A-3662 |
| 98 | 07/07/2022 | [Redacted] Defendant Internet Archive's Rule 56.1 Statement | A-3666 |
| 99 | 07/07/2022 | Plaintiffs' Memorandum Of Law In Support Of Plaintiffs' Motion for Summary Judgment | A-3692 |
| 100 | 07/07/2022 | Declaration Of Joseph C. Gratz In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-3741 |
| | | Exhibit A – Stipulation Of Undisputed Facts (June 10, 2022) | A-3752 |
| | | Exhibit B – Excerpts From Supplemental Expert Report Of Ian Foster (Mar. 31, 2022) (Pages 1- 53) | A-3758 |
| | | **Vol. 16** | |
| | | Exhibit B – Excerpts From Supplemental Expert Report Of Ian Foster (Mar. 31, 2022) (Pages 54 – 122) | A-3813 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS] Exhibit C – Excerpts From Corrected Transcript Of Deposition Of Steve Potash (Jan. 31, 2022) | A-4041 |
| | | [FUS] Exhibit D – HarperCollins Doc. No. HC0030132 | A-4056 |
| | | [FUS] Exhibit E – Penguin Random House Doc. No. PRH0072194 | A-4058 |
| | | [FUS] Exhibit F – Hachette Doc. No. Hachette0012377 | A-4061 |
| | | Exhibit G – International Federation of Library Associations and Institutions' Position Statement On Controlled Digital Lending (June 2, 2021) | A-4062 |
| | | Exhibit H – Public Library Association Post, "Public Libraries Respond To COVID-19: Survey Of Response & Activities" | A-4068 |
| | | Exhibit I – EducationWeek Article, "Map: Coronavirus And School Closures In 2019-2020" (Mar. 6, 2020) | A-4071 |
| | | **Vol. 17** | |
| | | Exhibit J – Excerpts From Deposition Of Adam Silverman (Dec. 6, 2021) | A-4077 |
| | | Exhibit K – New Yorker Article, "The National Emergency Library Is A Gift To Readers Everywhere" by Jill Lepore (Mar. 26, 2020) | A-4086 |
| | | Exhibit L – Public Libraries Survey From Institute Of Museum And Library Services | A-4090 |
| | | Exhibit M – WorldCat For "The Lion, The Witch, And The Wardrobe" | A-4096 |
| | | Exhibit N – Excerpts From Deposition Of Skip Dye (Nov. 18, 2021) | A-4102 |
| | | Exhibit O – Publisher Weekly Article, "Ranking America's Largest Publishers" by Jim Milliot (Feb. 24, 2017) | A-4116 |
| | | Exhibit P – Excerpts From Annual Report Of Bertelsmann (2018) | A-4120 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit Q – Excerpts From Annual Report Of Bertelsmann (2019) | A-4125 |
| | | Exhibit R – Excerpts From Annual Report Of Bertelsmann (2021) | A-4130 |
| | | Exhibit S – Excerpts From John Wiley & Sons, Inc.'s SEC Form 10-K (2020) | A-4136 |
| | | Exhibit T – Excerpts From John Wiley & Sons, Inc.'s SEC Form 10-K (2021) | A-4142 |
| | | Exhibit U – Excerpts From Annual Report Of News Corp. (2019) | A-4146 |
| | | Exhibit V – Excerpts From Annual Report Of News Corp (2021) | A-4153 |
| | | Exhibit W – Excerpts From English-Language Version Of Lagardère's Universal Registration Document With French Government (2018) | A-4158 |
| | | Exhibit X – Excerpts From The English-Language Version Of Lagardère's Universal Registration Document With French Government (2020) | A-4161 |
| | | Exhibit Y – Excerpts From English-Language Version Of Lagardère's Universal Registration Document With French Government (2021) | A-4170 |
| | | Exhibit Z – Publisher Weekly Article, "A Year For The (Record) Books In Publishing" by Jim Milliot (Jan. 19, 2021) | A-4185 |
| | | Exhibit AA – Publisher Weekly Article, "America's Biggest Publishers Keep Posting Profits" by Jim Milliot (Apr. 1, 2022) | A-4189 |
| | | Exhibit BB – New York Times Article, "Surprise Ending For Publishers: In 2020, Business Was Good" by Elizabeth A. Harris (Dec. 29, 2020) | A-4193 |
| | | Exhibit CC – Excerpts From Deposition Of Josh Marwell (Dec. 3, 2021) | A-4198 |

19

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS*] Exhibit DD – Overdrive Doc. No. Overdrive_Supp_002 | A-4204 |
| | | Exhibit EE – Excerpts From Deposition Of Jeffrey Prince (June 9, 2022) | A-4205 |
| | | Exhibit FF – Excerpts From Deposition Of Alison Lazarus (Nov. 12, 2021) | A-4216 |
| | | Exhibit GG – Excerpts From Deposition Of Chantal Restivo-Alessi (Dec. 1, 2021) | A-4223 |
| | | Exhibit HH – Excerpts From Deposition Of Alan Pavese (Dec. 10, 2021) | A-4230 |
| | | Exhibit II – Excerpts From H.R. Report No. 94-1476 (Sept. 3, 1976) | A-4236 |
| | | [FUS*] Exhibit JJ – Hachette Doc. No. Hachette0002474 | A-4240 |
| | | [FUS*] Exhibit KK – Hachette Doc. No. Hachette0002475 | A-4241 |
| | | [FUS*] Exhibit LL – HarperCollins Doc. No. HC0010272 | A-4242 |
| | | [FUS*] Exhibit MM – Penguin Random House Doc. No. PRH0025907 | A-4243 |
| | | [FUS*] Exhibit NN – John Wiley & Sons Doc. No. Wiley0005650 | A-4244 |
| 101 | 07/07/2022 | Declaration Of Lauren Sherman In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4245 |
| 102 | 07/07/2022 | Declaration Of Ben Saracco In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4251 |
| 103 | 07/07/2022 | Declaration Of Laura Gibbs In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4258 |
| 104 | 07/07/2022 | Declaration Of Daniel Smith In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4265 |
| 105 | 07/07/2022 | Declaration Of Brewster Kahle In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4270 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 1 – Library Services And Technology Act Grant To Internet Archive (2007) | A-4281 |
| | | Exhibit 2 – Institute Of Museum And Library Services Grant To Internet Archive (2017) | A-4289 |
| | | Exhibit 3 – Internet Archive Blog Post, "In-Library eBook Lending Program Launched" (2011) | A-4291 |
| | | Exhibit 4 – Chief Officers Of State Library Agencies Endorsement (2011) | A-4299 |
| | | Exhibit 5 – White Paper On Controlled Digital Lending Of Library Books | A-4302 |
| | **Vol. 18** | | |
| | | Exhibit 6 – Position Statement On Controlled Digital Lending | A-4345 |
| | | Exhibit 7 – List Of Signatories On Position Statement On Controlled Digital Lending | A-4350 |
| | | Exhibit 8 –Internet Archive Blog Post, "Weaving Books Into The Web—Starting With Wikipedia" (Oct. 29, 2019) | A-4357 |
| | | Exhibit 9 – Wikipedia List (Pages 1-239) | A-4367 |
| | **Vol. 19** | | |
| | | Exhibit 9 – Wikipedia List (Pages 240-337) | A-4607 |
| | | Exhibit 10 – Internet Archive Blog Post, "What Happens When Everyone Who Experienced An Event Is Gone?" (Sept. 26, 2019) | A-4705 |
| | | Exhibit 11 – Internet Archive Blog Post, "As Calls To Ban Books Intensify, Digital Librarians Offer Perspective" (Nov. 24, 2021) | A-4713 |
| | | Exhibit 12– Internet Archive Blog Post, "Announcing A National Emergency Library | A-4728 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | To Provide Digitized Books To Students And The Public" (Mar. 24, 2020) | |
| | | Exhibit 13 – Brewster Kahle Statement On "Supporting Waitlist Suspension for Books Loaned by the Internet Archive During the US National Emergency" (Mar. 24, 2020) | A-4741 |
| | | Exhibit 14 – Internet Archive Blog Post, "Teachers & National Emergency Library: Stories From The Frontlines Of Online Schooling" (Apr. 13, 2020) | A-4746 |
| | | Exhibit 15 – Internet Archive Blog Post, "Impacts Of The Temporary National Emergency Library And Controlled Digital Lending" (June 11, 2020) | A-4755 |
| | | Exhibit 16 – Internet Archive Blog Post, "More Impacts Of The National Emergency Library" (June 22, 2020) | A-4763 |
| | | Exhibit 17 – Internet Archive Blog Post, "Even More Impacts Of The National Emergency Library And Controlled Digital Lending" (Aug. 10, 2020) | A-4770 |
| 106 | 07/07/2022 | [Redacted] Defendant Internet Archive's Memorandum of Law In Support Of Defendant's Motion for Summary Judgment | A-4774 |
| 108 | 07/07/2022 | Declaration Of Rasmus Jorgensen In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4819 |
| | | [Redacted] Exhibit 1 – Opening Expert Report Of Rasmus Jorgensen (Feb. 25, 2022) | A-4822 |
| | | **Vol. 20** | |
| | | [Redacted] Exhibit 2 – Rebuttal Expert Report Of Rasmus Jorgensen (May 27, 2022) | A-4871 |
| 109 | 07/07/2022 | Declaration Of Imke Reimers In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4894 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [Redacted] Exhibit 1 – Opening Expert Report Of Imke Reimers (Feb. 25, 2022) | A-4897 |
| | | [Redacted] Exhibit 2 – Rebuttal Expert Report Of Imke Reimers (May 27, 2022) | A-4945 |
| 110 | 07/07/2022 | Declaration Of Susan H. Hildreth In Support Of Defendant Internet Archive 's Motion for Summary Judgment | A-4967 |
| | | Exhibit 1 – Opening Expert Report Of Susan H. Hildreth (Feb. 25, 2022) | A-4970 |
| | | Exhibit 2 – Rebuttal Expert Report Of Susan H. Hildreth (May 27, 2022) | A-5022 |
| 113 | 07/08/2022 | [Redacted] Plaintiffs' Rule 56.1 Statement | A-5030 |
| **Vol. 21** | | | |
| 166 | 09/02/2022 | Declaration Of Elizabeth A. McNamara In Opposition To Defendant Internet Archive's Motion for Summary Judgment | A-5141 |
| | | Exhibit 1 – Defendants' Response To Interrogatory No. 21 | A-5147 |
| | | Exhibit 2 – Excerpts From Deposition Of Chantal Restivo-Alessi (Dec. 1, 2021) | A-5156 |
| | | Exhibit 3 – Excerpts From Deposition Of Jeffrey Weber (Nov. 19, 2021) | A-5163 |
| | | Exhibit 4 – Excerpts From Deposition Of Alan Pavese (Dec. 10, 2021) | A-5178 |
| | | Exhibit 5 – Exhibit 4 To Deposition Of Imke Reimers | A-5188 |
| | | Exhibit 6 – Excerpts From Deposition Of Alison Lazarus (Nov. 13, 2021) | A-5226 |
| | | [FUS*] Exhibit 7 – Spreadsheet Of Overdrive Checkout And Revenue Data | A-5239 |
| | | Exhibit 8 – Letters On Pre-Motion Discovery Conference | A-5240 |
| | | [FUS*] Exhibit 9 – Internet Archive's Second Amended Privilege Log | A-5256 |
| | | Exhibit 10 – Excerpts From Deposition Of Lila Bailey (Oct. 18 And 19, 2021) | A-5257 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 11 – Internet Archive's Blog Post Titled "Internet Archive Launches New Pilot Program For Interlibrary Loan" (Apr. 27, 2021) | A-5261 |
| | | Exhibit 12 – Excerpts From Deposition Of Jacques Cressaty (Oct. 22, 2021) | A-5264 |
| | | Exhibit 13 – Overdrive Book Webpages | A-5273 |
| | | Exhibit 14 – Overdrive Book Webpages | A-5278 |
| | | Exhibit 15 – Excerpts From Deposition Of Benjamin Saracco (Mar. 15, 2022) | A-5283 |
| | | Exhibit 16 – Webpage Titled "Signatories To The Position Statement On Controlled Digital Lending By Libraries" (Sept. 2, 2022) | A-5292 |
| | | Exhibit 17 – Emails From HarperCollins | A-5304 |
| | | **Vol. 22** | |
| 167 | 09/02/2022 | [Redacted] Declaration Of Jeffrey T. Prince In Opposition To Defendant Internet Archive's Motion for Summary Judgment | A-5365 |
| | | [Redacted] Exhibit 1 – Expert Report Of Jeffrey Prince (May 25, 2022) | A-5414 |
| | | [Redacted] Exhibit 2 – Excerpts From Deposition Of Jeffrey Prince (June 9, 2022) | A-5523 |
| | | [Redacted] Exhibit 3 – Excerpts From Deposition Of Rasmus Jorgensen (June 8, 2022) | A-5547 |
| | | **Vol. 23** | |
| | | Exhibit 4 – Excerpts From Deposition Of Imke Reimers (June 8, 2022) | A-5612 |
| | | Exhibit 5 – Excerpts From Deposition Of Susan Hildreth (June 8, 2022) | A-5720 |
| | | Exhibit 6 – Exhibit 3 To Deposition Of Imke Reimers | A-5745 |
| 168 | 09/02/2022 | [Redacted] Plaintiffs' Counter Statement to Defendant's Rule 56.1 Statement | A-5777 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| 169 | 09/02/2022 | [Redacted] Plaintiffs' Memorandum Of Law In Opposition To Defendant's Motion for Summary Judgment | A-5838 |
| 170 | 09/02/2022 | Declaration Of Joseph C. Gratz In Opposition To Plaintiffs' Motion for Summary Judgment | A-5879 |
| **Vol. 24** | | | |
| | | [FUS] Exhibit 1 – Exhibit 4 To Deposition Of Steve Potash (Jan. 31, 2022) | A-5883 |
| | | Exhibit 2 – Excerpts From Deposition Of Andrea Mills (Oct. 14, 2021) | A-5909 |
| | | Exhibit 3 – Excerpts From Deposition Of Ginger Patton-Schmitt (Dec. 6, 2021) | A-5918 |
| | | Exhibit 4 – Excerpts From Deposition Of Michael "Mek" Karpeles (Oct. 27, 2021) | A-5941 |
| | | Exhibit 5 – Excerpts From Deposition Of Susan Hildreth (May 17, 2021) | A-5949 |
| | | Exhibit 6 – Errata To Deposition Of Susan Hildreth | A-5960 |
| | | Exhibit 7 – Judgment From Court Of Justice Of The European Union In *Vereniging Openbare Bibliotheken V Stichting Leenrecht*, Case C-174/15 | A-5963 |
| | | Exhibit 8 – Opinion Of Advocate General In *Vereniging Openbare Bibliotheken V Stichting Leenrecht*, Case C-174/15 | A-5977 |
| 171 | 09/02/2022 | Declaration Of Brewster Kahle In Opposition To Plaintiffs' Motion for Summary Judgment | A-5997 |
| **Vol. 25** | | | |
| 172 | 09/02/2022 | [Redacted] Defendant Internet Archive's Counter Statement to Plaintiffs' Rule 56.1 Statement | A-6005 |
| 173 | 09/02/2022 | Defendant Internet Archive's Memorandum Of Law In Opposition to Plaintiffs' Motion For Summary Judgment | A-6173 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| 175 | 10/07/2022 | Defendant Internet Archive's Reply Memorandum Of Law In Support Of Defendant's Motion For Summary Judgment | A-6214 |
| 176 | 10/07/2022 | Declaration Of Joseph C. Gratz In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-6242 |
| | | Exhibit 1 – Excerpts From Deposition Of Jeffrey T. Prince (June 9, 2022) | A-6255 |
| | | **Vol. 26** | |
| | | Exhibit 2 – Excerpts From Deposition Of Rasmus Jørgensen (June 8, 2022) | A-6274 |
| 177 | 10/07/2022 | [Redacted] Defendant Internet Archive's Response to Plaintiffs' Counter Statement to Defendant's Rule 56.1 Statement | A-6279 |
| 178 | 10/07/2022 | [Redacted] Plaintiffs' Response To Defendant Internet Archive's Counter Statement to Plaintiffs' Rule 56.1 Statement | A-6367 |
| 179 | 10/07/2022 | [Redacted] Plaintiffs' Reply Memorandum Of Law In Support Of Plaintiffs' Motion for Summary Judgment | A-6381 |
| 189 | 03/28/2023 | Transcript Of Proceedings – 03/20/2023 Hearing | A-6407 |
| 216 | 08/11/2023 | Order | A-6458 |

*Submitted to the Court on flash drive

# McNamara Declaration
# Exhibit 102

Open Libraries                          Join    Learn more    Libraries    Accessibility    Diversity    Preservation    Trust    People

## Join Open Libraries

Libraries that are interested in lending digital books to their patrons should join Open Libraries and contribute to the community of practice we are building together.

By joining Open Libraries, libraries can identify the overlap in their physical holdings with our digital holdings and provide free digital books to patrons where there are matches. Additionally, libraries can add their holdings into Open Libraries to increase lending counts. Leading public, academic, and special libraries have already signed on and are lending copies through Open Libraries today.

To join Open Libraries, please complete our online form.

Technical requirements for contributing & using data.



## Open Libraries
a project by the Internet Archive

Project Inquiries: Chris Freeland

Photo credit: Mitchell Maher

# McNamara Declaration
# Exhibit 103

5/11/2020                                      Agreement to participate in Open Libraries

Case 1:20-cv-04160-JGK-OTW    Document 96-119    Filed 07/07/22    Page 2 of 5

A-2608



# INTERNET ARCHIVE

## Agreement to participate in Open Libraries

*Required

**Email address ***

Your email address

**Your Name ***

Your answer

**Your Title ***

Your answer



https://docs.google.com/forms/d/e/1FAIpQLSc_8y_ahE6gtOGVInd5y0R74AnHhz7RsX6cMmwpbjmDxYrOnQ/viewform

1/4

CONFIDENTIAL                                                                                          INTARC00439657

Case 1:20-cv-04160-JGK-OTW    Document 96-119    Filed 07/07/22    Page 3 of 5

5/11/2020                                    Agreement to participate in Open Libraries

## RECITALS

By participating in the Open Libraries project, libraries, together, are building an at-scale controlled digital lending service to provide digital learners and print-disabled patrons access to digital versions of books residing in their stacks.

Internet Archive's Open Libraries project offers the prospect of making every library's collection into a digital collection by allowing a library to lend a digital version of physical volumes they own.  Our priority is to provide access to books that are not yet available in digital form.

Leveraging the Internet Archive's controlled digital lending platform we aim to eventually offer access to four million books, through purchase or digitization, while honoring the rights of creators using digital rights management software.

## AGREEMENT

Your Organization's Name ("the Library") *

Your answer

A-2609

https://docs.google.com/forms/d/e/1FAIpQLSc_8y_ahE6gtOGVInd5y0R74AnHhz7RsX6cMmwpbjmDxYrOnQ/viewform                2/4

CONFIDENTIAL                                                                     INTARC00439658

Agreement to participate in Open Libraries

The Library will share their catalog of books with the number of copies of each book with the Internet Archive. The Library has the option to do this via MARC record exports, OCLC, or through Library Link. This will be updated quarterly.

The Library may set parameters as to which books may be lent digitally ("Books"), and adjust this from time to time. The Internet Archive will make appropriate adjustments to those offered for lending as time permits.

The Library may sign up for the Books for the Print Disabled program via https://docs.google.com/forms/d/e/1FAIpQLSfClhUkTvF5z29hhxoi5UgaB1_50Ir8F7HV5Cq0ABdztX9CkA/viewform and promote it to the appropriate communities they serve.

The Library may integrate links to the borrowable Books in their catalog and other services.

The Internet Archive will add Books to the collections offered on the Internet Archive's sites. The Internet Archive has the option to exclude any Books for any reason.

The Internet Archive will offer online access to statistics as to how many Books were borrowed each month in their state or country.

Termination of participation in Open Libraries can be made by the Library at any time with 7 days notice by emailing info@archive.org.

A copy of your responses will be emailed to the address that you provided.



Never submit passwords through Google Forms.

 reCAPTCHA
Privacy Terms

This content is neither created nor endorsed by Google. Report Abuse - Terms of Service - Privacy Policy

 Google Forms

CONFIDENTIAL

INTARC00439659

A-2610



Agreement to participate in Open Libraries

Case 1:20-cv-04160-JGK-OTW    Document 96-119    Filed 07/07/22    Page 5 of 5

A-2611



CONFIDENTIAL

INTARC00439660

# McNamara Declaration
# Exhibit 104

| From: | Chris Freeland |
|---|---|
| Sent: | Monday, October 15, 2018 7:46 PM EDT |
| To: | Jim O'Donnell |
| Subject: | Re: ASU & Open Libraries |

Jim - Our borrowing program is built around <u>Controlled Digital Lending</u> - the idea that if my library has a physical copy of a book, we can choose to lend either the physical copy or a digital copy, as long as only one copy is in circulation at a time.  The Internet Archive has an active book acquisition program, and we currently have more than 1.5M books in our physical archive in Richmond, CA.  Of that 1.5M, more than 750,000 have been digitized in our scanning center in Hong Kong, and we are opening a new scanning center in the Philippines.  Those 750,000 books are now online at https://archive.org/details/inlibrary.

Our proposition to libraries is this: we want to compare our digital holdings with your physical holdings. Where there is a match, we would like to use your physical copy to increase our lending counts by 1, giving us one more copy to lend.  That copy goes into a pool for each book, and we lend from the pool.  The more libraries who sign onto Open Libraries and share their collections, the more copies we have to lend to Internet Archive library cardholders.  We have a code snippet that libraries can integrate into their catalog that shows the availability of a digital book and whether the patron can borrow that book now or join a waitlist.

That's the basics.  Let me know what else you need to make the case.

Chris

---
Chris Freeland
Director of Open Libraries
Internet Archive
███████████@archive.org
@chrisfreeland
████████████

On 2018-10-12 17:18, Jim O'Donnell wrote:

Great.  What's your best explicit description of what the borrowing program is and how it works?

jo'd

On Fri, Oct 12, 2018 at 4:59 PM Chris Freeland <███████████@archive.org> wrote:

CONFIDENTIAL

INTARC00416930

Jim,

Great talking with you just now.  Wanted to recap our discussion via e-mail:

I understand that ASU is not deaccessioning materials at this time, following your storage buildout.  Should that change, we would love to work with you on getting those materials digitized and housed in our physical archive.  We've done this with other universities, including Trent University in Canada, who published the following release about our partnership: Worthington Libraryhttps://www.trentu.ca/news/story/22235

As for our lending collection, we are keen to run an overlap study between the materials you hold in print and those that we have digitized. Where there's a match, we would use your physical inventory to increase our lending counts by 1 for those books.  What we would need from ASU is either a MARC dump from your catalog or an ISBN export and then we can run that analysis.  As I mentioned there is no cost involved - free ebooks for your patrons.  Once that is going we can work with your systems librarians to integrate our code snippet/widget into your catalog, which would link out from an item page to the digitized text at IA and show whether the books is available for loan or waitlisted.

As mentioned, the agreement that you already submitted/signed covers this.  All we need to move forward is the data export.  Glad to have a major library like ASU taking this step - it's a big statement, and one we're happy to work with you to fulfill.

Let me know where you have questions.  My best,

Chris

--
Chris Freeland
Director of Open Libraries
Internet Archive
█████████████@archive.org
@chrisfreeland
████████████

CONFIDENTIAL

INTARC00416931

McNamara Declaration

Exhibit 105

| | |
|---|---|
| **From:** | Reiss, Fredrick A. |
| **Sent:** | Thursday, October 31, 2019 2:49 PM EDT |
| **To:** | Chris Freeland |
| **CC:** | Watson, Jennifer E.; Roberts, Cari L.; Rupp Serrano, Karen J. |
| **Subject:** | RE: Joining Open Libraries |

Hi, Chris,

I'll be handling the record extract for our site. I have a few clarifying questions for you.

1) Are you looking for just monograph records, or do you want serial records as well?
2) Are there any particular date ranges I need to respect for the extract?
3) For record matching purposes, are you wanting just records with standard identification numbers (like OCLC #, ISSN, ISBN), or do you want all records within the specified categories?
4) For HathiTrust, we relayed records for items that were missing/lost, but were once owned by us. Do you want a similar extract, or do you only want to know about "still held" titles that might be useful for your digitization purposes?
5) Do you need extra information appended via MARC fields in the extracted records, or otherwise need certain fields updated/removed?
6) Are there material types for which you are not interested in receiving records (such as maps, theses/dissertations, government documents, etc.)?
7) Are there other metadata requirements of which you're aware?

Fred Reiss
University of Oklahoma Libraries

**From:** Rupp Serrano, Karen J.
**Sent:** Thursday, October 31, 2019 12:47 PM
**To:** Chris Freeland
**Cc:** Watson, Jennifer E.; Reiss, Fredrick A.; Roberts, Cari L.
**Subject:** Re: Joining Open Libraries

Chris,

That new agreement is lovely, I can't see anything objectionable in it. I have signed us up and some of the folks cc'd on this message will follow up about the records.

Karen

**From:** Chris Freeland <███████@archive.org>
**Date:** Thursday, October 31, 2019 at 11:11 AM
**To:** Karen Rupp-Serano ███@ou.edu>
**Cc:** "Watson, Jennifer E." <███████@ou.edu>, "Reiss, Fredrick A." <███████@ou.edu>,

CONFIDENTIAL

INTARC00426084

"Roberts, Cari L." <██████████@ou.edu>
**Subject:** Re: Joining Open Libraries

Karen - We've actually struck the line from our agreement, since it was causing confusion & barriers to adoption.  You can review at https://forms.gle/h7myroiZSZfbEjHt9 and hopefully now you'll be able to join in full!

For the catalog export, we'd like your records in MARC or MARCXML format.  You can make them available for download via Drive or similar, and our engineers will do the rest.  Please let me know as you have questions,

Chris

On 10/28/19 1:52 PM, Rupp Serrano, Karen J. wrote:

> Chris,
>
> Thank you for responding so promptly to my message.
>
> Can we move forward with the overlap report and then sign the revised Open Libraries participation agreement when it becomes available in the spring?  If yes, please have someone provide me with details as to how you wish to receive our catalog export.
>
> Best regards,
>
> Karen
>
> ------------------------------------------------------------
>
> **From:** Chris Freeland <██████████@archive.org>
> **Date:** Monday, October 28, 2019 at 1:36 PM
> **To:** Karen Rupp-Serrano ██████@ou.edu>
> **Cc:** "Watson, Jennifer E." ██████████@ou.edu>
> **Subject:** Re: Joining Open Libraries
>
> Hi Karen,
>
> Just left you a voicemail.  Apologies for the delayed response; last week was our Library Leaders Forum and annual celebration.
>
> The bit in the agreement about access to your collection for scanning is one that we're going to revise, because it unfortunately causes more concern (as here) than intended.  The idea behind the clause was that if IA set out to create a new collection based on a particular

theme or research topic, and your library had relevant materials that we didn't already have, we could digitize them from your collection. However, we've never taken action on that clause, and because it causes confusion, we are removing it in the next iteration of the agreement (date still TBD in early 2020).

To answer your specific questions below, yes, the intention was to scan something unique in your collection, return the book to you, and then acquire it through other means (donation, purchase). To reiterate, we have never taken action on this.

The main offer we have in hand with Open Libraries today is the ability to match your physical holdings with the 1.1M in-copyright books we have *already* digitized and where there's a match, provide you back a link to the digitized book. If you'd like to move forward, we can run that overlap using a full export of your catalog in MARC format.

If you have additional questions or would like to discuss further, please don't hesitate to call me at ███████████ My best,

Chris


--
Chris Freeland
Director of Open Libraries
Internet Archive
███████████@archive.org
@chrisfreeland
███████████


On 10/28/19 1:03 PM, Rupp Serrano, Karen J. wrote:

> Chris,
>
> Since I have not received a response to the questions below, I called IA today and got your direct email. I'm hoping you can respond or can ask a member of your staff to respond.
>
> Many thanks,
>
> **Karen Rupp-Serrano**
> Associate Dean | University of Oklahoma Libraries | ███████████

CONFIDENTIAL

INTARC00426086

**From:** Karen Rupp-Serano ▮▮▮@ou.edu>
**Date:** Wednesday, October 16, 2019 at 10:55 AM
**To:** "info@archive.org" <info@archive.org>
**Cc:** "Watson, Jennifer E." ▮▮▮▮▮▮@ou.edu>
**Subject:** Joining Open Libraries

Colleagues,

I have reviewed the agreement to participate in Open Libraries. It isn't clear to me why a participating library would be required to offer IA access to the books in its collection for digitization at an IA scanning center for a mutually agreed handling fee. Questions:

- What good does it do for IA to scan a book from our collection if IA does not also hold a physical copy of the book in its collection in order to facilitate controlled digital lending? Or is the idea that IA will have the scan in hand, and will then seek to acquire a physical copy of the work that can be added to the IA collection and thus facilitate controlled digital lending at some point in the future?

- My institution has a digitization program in place. If we have the ability to provide scans that meet IA requirements, may we provide the scans to IA rather than ship to a scanning center?

- What is the average cost of the 'mutually agreed handling fee'?

- Would it be possible to agree in advance that only a certain number of volumes be scanned (by us or a scanning center) each year? That would allow us to budget for such costs.

Many thanks for your prompt attention.

**Karen Rupp-Serrano**
Associate Dean | University of Oklahoma Libraries | ▮▮▮▮▮▮▮▮

```
--
Chris Freeland
Director of Open Libraries
Internet Archive
████████████@archive.org
@chrisfreeland
████████████
```

CONFIDENTIAL

INTARC00426088

# McNamara Declaration
# Exhibit 106

| | |
|---|---|
| **From:** | Chris Freeland |
| **Sent:** | Friday, June 14, 2019 2:05 PM EDT |
| **To:** | Karl Stutzman |
| **CC:** | Jeff Sharpe |
| **Subject:** | Re: Controlled Digital Lending |

Karl - Apologies for the delayed response. The short answer is yes, you can send in-copyright materials to Jeff for digitization and Jeff can get them into our controlled digital lending service. I think starting small & understanding what that means for your library is an excellent approach! Kudos for launching in,

Chris

On 6/14/19 12:06 PM, Karl Stutzman wrote:

> Jeff and Chris,
> Just following up here. Wondering if I could send some books that are in copyright to have them scanned and end up in the Controlled Digital Lending program. What setup is needed? I'd like to dip my toe in the water. Let me know if I need to wait until a later date for that. :)
> Thanks again!
> Karl
> --
> Karl Stutzman, Director of Library Services
> Anabaptist Mennonite Biblical Seminary
>
>
> On Mon, May 20, 2019 at 1:53 PM Karl Stutzman <███████@ambs.edu> wrote:
>> Just following up on this exchange. I don't know that we need to do the full work up I described in the earlier email, but we would like to experiment with Controlled Digital Lending. If I sent a book in for scanning that's in copyright, could it be entered into the program?
>> Thanks!
>> Karl
>> --
>> Karl Stutzman, Director of Library Services
>> Anabaptist Mennonite Biblical Seminary
>>
>>
>> On Fri, Nov 9, 2018 at 11:13 AM Karl Stutzman <███████@ambs.edu> wrote:
>>> Chris,
>>>
>>> I know that "oh my goodness, it's Friday" feeling - I have it more often than "thank goodness it's Friday." :) I really appreciate hearing this report. No worries on taking the time needed to make sure this all works properly. Early adopters need to have patience (especially when they're adopting a *free* service).

INTARC00421687

If there is any way to deliver the **OCLC number** (which should be in our MARC file) and the Internet Archive identifier in the data you return, that would be really helpful. We can definitely work with the ISBN, but having the OCLC number from our database would help facilitate more precise linking on our end. We have a fair bit of our collection that doesn't have ISBNs and the OCLC number is really the key for data matching in our system.

FYI, what I'm basically thinking is that I'll flip the list you give me into a KBART file that can be uploaded to OCLC WorldCat Collection Manager KB. We use OCLC WorldCat Discovery as our catalog, so activating a KB collection would turn on links from our catalog to all the IA items. In OCLC's KB, the OCLC number is a key to getting accurate linking. The other benefit of OCLC numbers is more precise linking to library copies so we can put them on restricted access for the CDL.

One of the questions I realize I don't have clarity on is authentication. Do you do IP authentication? We use EZproxy here. We can explore other ideaas as well, but EZProxy would be... easy.

I'm happy to test whenever you're ready. Thanks for your work making libraries open!
Peace,
Karl

--
Karl Stutzman, Director of Library Services
Anabaptist Mennonite Biblical Seminary


On Fri, Nov 9, 2018 at 10:15 AM Chris Freeland <██████@archive.org> wrote:

Hi Karl,

You've been on my list to reach out to this week, and I can't believe we've gotten to Friday already!

I wanted to give you an update on where we are with processing the AMBS catalog. Last month we finished the engineering required to reflect multiple copies of books, and since then have been steadily working through our backlog of library catalogs to run overlaps against. AMBS is high on that queue and should be completed next week. What we'll be able to return to you is a list of your ISBNs that match our digital holdings and the corresponding Internet Archive identifier/URL to the online book. Is that sufficient for your needs? It's what we've sent other libraries, but since we're in the early stages of the program we're always looking for ways of improving & expanding to make it easy for libraries to consume our data & use them in your local or shared catalog.

We'll also create a collection on archive.org with your overlap titles. You are among a handful of libraries that are both scanning partners as well as Open Libraries partners, and we're still working out the best

CONFIDENTIAL
INTARC00421688

way to reference & display both your scanned books as well as your overlap books. Once we get that collection online we'll run it by you for consideration on the best way to make that display - again, good to get feedback from you as early adopters so we can improve the service overall.

Please let me know if you have questions. I'm happy to chat with you directly if you'd like more info - feel free to ring me at ████████████. Will send you a note as soon as the overlap is done. Best,

Chris

```
---
Chris Freeland
Director of Open Libraries
Internet Archive
████████████@archive.org
@chrisfreeland
████████████
```

On 2018-11-07 09:58, Karl Stutzman wrote:

Jeff,
Thanks for reaching out. This reminds me of the piles of things I am hoping to send to Internet Archive. :) Things have been a bit busier than I expected this semester. Realistically it's going to be a bit hectic here until classes end on December 14, so I'm not sure if I'll get around to it beofre that time, but I do have at least a small collection of materials in mind to send.

I've followed up on another thread with Chris in which we were doing an analysis of materials in our collection that are already scanned for CDL. Finishing out that data analysis may help us get to the next step of activating CDL. We may do some more scanning depending on how that goes.

I've had a couple opportunities recently to mention your services to other libraries, so I hope that continues to bring resources your direction. I really appreciate your services.

Peace,
Karl
--
Karl Stutzman, Director of Library Services
Anabaptist Mennonite Biblical Seminary

CONFIDENTIAL

INTARC00421689

On Thu, Nov 1, 2018 at 3:07 PM Jeff Sharpe <█████@archive.org>
wrote:
Hi Karl,

As we look towards the end of the year, I wanted to reach out and
check to
see if you have any other digitization projects we could help you with,
and let you know of some exciting advances the Internet Archive has
been
working on. It appears your material is getting a considerable number
of
views;
https://archive.org/details/anabaptistmennonitedigitallibrary&tab=ab
out
We still charge incredibly reasonable fees for digitizing and hosting
your
material online, providing your collections with local and global
exposure.

Microfilm and sheetfed scanning.
The Midwest Regional Digitization Center in the Allen County Public
Library in Fort Wayne Indiana
now provides microfilm scanning services. We also have a sheetfed
scanner
for loose leaf materials.

Controlled digital lending
Of particular interest, the Internet Archive's controlled digital lending
service is up and running, giving libraries and archives a way of
scanning
and delivering in-copyright books in a way that is respectful of
copyright.  Leading copyright scholars recently released a white paper
and
Position Statement on Controlled Digital Lending, explaining the legal
framework in detail.  With the release of these documents, libraries
are
now well-positioned to scan materials published after 1923, the
current
cut-off for public domain materials in the U.S.  You can find both of
the
documents attached to this message and online at
https://controlleddigitallending.org.

Open Libraries

CONFIDENTIAL
INTARC00421690

Beyond digitization, we can also leverage controlled digital lending to provide your patrons with free ebooks of your physical collections. As an
Open Libraries member, we match your in-copyright holdings with our
digital holdings and serve free ebooks where they overlap. Join Open Libraries, access free ebooks—so simple, we had to share! Our recent Open
Libraries Forum was a success, and we are already planning Open Libraries
meetups in 2019. Learn more and sign up at
https://archive.org/details/openlibraries.

Our partnership with you in 2019 and beyond
With these two developments, we've heard from many of our library partners
that they are eager to start scanning modern books, and we are actively
working to queue up materials for end of the calendar year and into 2019.
 If you've had in-copyright materials that you've previously withheld from
digitization, we now have the appropriate legal documentation and technical infrastructure in place to make those books available to your
users in ways that respect copyright.

I'm cc:ing Chris Freeland, Director of Open Libraries, with whom I work
closely on our scanning operations.  We would welcome an opportunity to
talk with you about  Open Libraries.  We can also do a live walkthrough of
Open Libraries for you and your staff, if interested. Please contact me or
reach out to Chris at ▇▇▇▇▇▇▇▇@archive.org to schedule a time to find
out more about this exciting opportunity.

I want to thank you for your partnership in digitization and your commitment to making your library materials available to local, national,
and international audiences of patrons and researchers.

INTARC00421691

Again, I would be happy to hear about any projects you are contemplating,
as well as answer any questions or comments. Please feel free to contact
me via email at ███@archive.org or give me a call at ███████

Thank you for your time and consideration!
Sincerely,

Jeff

Internet Archive
Senior Digitization Manager, Mid-West Region, US
Allen County Public Library
900 Library Plaza
Fort Wayne, IN 46802
███████████

"Universal Access To All Knowledge"
WWW.Archive.org
WWW.OpenLibrary.org


--
Chris Freeland
Director of Open Libraries
Internet Archive
███████████@archive.org
@chrisfreeland
███████████

Case 1:20-cv-04160-JPO Document 96-123 Filed 07/07/22 Page 1 of 28

# McNamara Declaration
# Exhibit 107

# Open Libraries Introduction
## &
## Internet Archive programs

Chris Freeland
Director, Open Libraries

Jim Michalko
Open Libraries Advisor
Internet Archive

chrisfreeland@archive.org

**Zoom Basics:**
1. Hover over the screen to see the Zoom Menu
2. You can Mute/Unmute your audio and Start/Stop your video
   a. To avoid background noise, stay on Mute until you want to talk
3. Click on Chat to view the chat box
4. Click on Participants to see who is attending



CONFIDENTIAL

INTARC00141826



CONFIDENTIAL

INTARC00141827



Internet Archive was founded in 1996 by Brewster Kahle and began
archiving the Internet itself, thus the name Internet Archive.
This is our HQ in SF. The mission of Internet Archive has always been: "Universal
Access to All Knowledge." Though much has changed since we began in 1996,
the web can be the 'highway' for equitable access to cultural heritage for
anyone with access to the internet.

CONFIDENTIAL

INTARC00141828



Today we are a non profit digital library, with a growing amount of material. From software, movies, audio, to 5MM+ hours of television. We've scanned and made available more than 3 million eBooks.  The collection we are often known for: more than 300 billion Web pages which can be accessed via the Wayback Machine.

CONFIDENTIAL

INTARC00141829

Let's turn all Wikipedia references blue
121. ^ Cohen & Taylor 2000, p. 347.
122. ^ Cohen & Taylor 2000, p. 416.
123. ^ Fairclough, Adam (1987). To Redeem the Soul of America: The Southern Christian Leadership Conference & Martin Luther King Jr. University of Georgia Press. p. 299. ISBN 0-8203-2346-2. [Read on Archive.org]
Let's give Wikipedia contributors access to the best library ever

# Martin Luther King Jr.

From Wikipedia, the free encyclopedia

*"Martin Luther King" and "MLK" redirect here. For other uses, see Martin Luther King (disambiguation) and MLK (disambiguation).*

## Chicago open housing movement, 1966 [ edit ]

*Main article: Chicago Freedom Movement*

The SCLC formed a coalition with CCCO, Coordinating Council of Community Organizations, an organization founded by Albert Raby, and the combined organizations' efforts were fostered under the aegis of the Chicago Freedom Movement.[120] During that spring, several white couple/black couple tests of real estate offices uncovered racial steering: discriminatory processing of housing requests by couples who were exact matches in income, background, number of children, and other attributes.[121] Several larger marches were planned and executed: in Bogan, Belmont Cragin, Jefferson Park, Evergreen Park (a suburb southwest of Chicago), Gage Park, Marquette Park, and others.[120][122][123]

https://en.wikipedia.org/wiki/Martin_Luther_King_Jr.

INTARC00141831

# Martin Luther King Jr.

From Wikipedia, the free encyclopedia

*"Martin Luther King" and "MLK" redirect here. For other uses, see Martin Luther King (disambiguation) and MLK (disambiguation).*

## Chicago open housing movement, 1966 [ edit ]

*Main article: Chicago Freedom Movement*

The SCLC formed a coalition with CCCO, Coordinating Council of Community Organizations, an organization founded by Albert Raby, and the combined organizations' efforts were fostered under the aegis of the Chicago Freedom Movement.[120] During that spring, several white couple/black couple tests of real estate offices uncovered racial steering: discriminatory processing of housing requests by couples who were exact matches in income, background, number of children, and other attributes.[121] Several larger marches were planned and executed: in Bogan, Belmont Cragin, Jefferson Park, Evergreen Park (a suburb southwest of Chicago), Gage Park, Marquette Park, and others.[120][122][123]

https://en.wikipedia.org/wiki/Martin_Luther_King_Jr.

CONFIDENTIAL    INTARC00141832



121. ^ Cohen & Taylor 2000, p. 347.
122. ^ Cohen & Taylor 2000, p. 416.
123. ^ Fairclough, Adam (1987). *To Redeem the Soul of America: The Southern Christian Leadership Conference & Martin Luther King Jr*. University of Georgia Press. p. 299. ISBN 0-8203-2346-2. [Read on Archive.org]

https://en.wikipedia.org/wiki/Martin_Luther_King,_Jr.

CONFIDENTIAL INTARC00141833

121. ^ Cohen & Taylor 2000, p. 347.
122. ^ Cohen & Taylor 2000, p. 416.
123. ^ Fairclough, Adam (1987). *To Redeem the Soul of America: The Southern Christian Leadership Conference & Martin Luther King Jr*. University of Georgia Press. p. 299. ISBN 0-8203-2346-2. [Read on Archive.org]

https://en.wikipedia.org/wiki/Martin_Luther_King,_Jr.



https://archive.org/details/toredeemsoulofam00fair/page/299



**CONFIDENTIAL**

INTARC00141836





CONFIDENTIAL

INTARC00141838





INTARC00141840



https://controlleddigitallending.org/

CONFIDENTIAL

INTARC00141841



CONFIDENTIAL

INTARC00141842





CONFIDENTIAL

INTARC00141844





CONFIDENTIAL

INTARC00141846



https://archive.org/details/trent_university

# How do you participate?

Join Open Libraries

Share your catalog

**Cost: $0**

- Overlap study by IA engineers
- Returns matches, used to increase lending counts

Integrate links back into your catalog

# Upcoming

- **June 20:** Library advocates meet with members of Congress ahead of ALA
  - ○ Interested in participating? Email Chris Freeland

- **June 22:** ALA panel "Empowering libraries to lend digital books via controlled digital lending"

- **October 23:** Library Leaders Forum & Internet Archive's Annual Celebration

## Takeaway / Appeal

Endorse the Statement on Controlled Digital Lending

Join Open Libraries & lend digital books to your patrons

Donate books to us for reformatting



CONFIDENTIAL

INTARC00141850





CONFIDENTIAL

INTARC00141852

# McNamara Declaration
# Exhibit 108



INTARC00141472



INTARC00141473



CONFIDENTIAL

INTARC00141474



CONFIDENTIAL

INTARC00141475



Data limitations: ⅔ of items in BHL don't have year designation in Item export

CONFIDENTIAL

INTARC00141476



75% of the collection is in the public domain

CONFIDENTIAL

INTARC00141477



**Number of new animal names published since 1864**

Animalia

1864    1900    1923    1950    2000    2015

Trends of numbers of new names published each year for animals as a whole, and various taxonomic groups based on data in *Index to organism names* (ION) and BioNames (1923 is the year most published works became out of copyright in the USA). Animal pictures are from http://phylopic.org, and are either in the public domain or available under a Creative Commons CC-BY licence (Hymenoptera by Melissa Broussard; Nematoda by Michelle Site).

Page, R. (2016). DNA barcoding and taxonomy: dark taxa and dark texts. *Philosophical Transactions of the Royal Society B 371* (1702). DOI: 10.1098/rstb.2015.0334 Retrieved from http://rstb.royalsocietypublishing.org/content/371/1702/20150334



CONFIDENTIAL

INTARC00141479



CONFIDENTIAL

INTARC00141480



CONFIDENTIAL

INTARC00141481



We want to make every library in the US a digital library.  If you have the physical book, we will give you access to a digital version.

CONFIDENTIAL

INTARC00141482



Controlled digital lending offers: temporary digital access to books and circulation control. This ensures that a library will not have to buy the same content over and over, simply because of a change in format, AND that the author is not hurt by the proliferation of unauthorized copies into the market.

CONFIDENTIAL

INTARC00141483











CONFIDENTIAL

INTARC00141488

# Services for the print disabled

## Signup available now

Authorized users who are blind, low vision, or have other print disabilities can get instant loans for our lending collection (no waitlist). We are piloting a program where libraries can help their users sign up for access. If anyone is interested in the program, please see me after the presentation.

CONFIDENTIAL

INTARC00141489



We have the capacity for scanning
We have the platform for protecting in-copyright works

CONFIDENTIAL

INTARC00141490





CONFIDENTIAL

INTARC00141492

# McNamara Declaration
# Exhibit 109



# Maximizing institutional investment in print resources through controlled digital lending

Chris Freeland
Director of Open Libraries
Internet Archive
@chrisfreeland



# Overview

- About controlled digital lending (CDL) & Open Libraries
- The offer: 1.3M digitized books...and growing!
- 3 examples of CDL in action
  - Boston Public Library: closed stacks
  - Phillips Academy: scan & return
  - Trent University: donation
- Learn more

CONFIDENTIAL
INTARC00142196



-Show of hands
-Developed by copyright community
-

CONFIDENTIAL                                                   INTARC00142197



Our physical inventory

CONFIDENTIAL                                                  INTARC00142198



This is the basis of our lending collection. This is the collection we offer to our library partners for consideration of how to use in your library.

CONFIDENTIAL

INTARC00142199





CONFIDENTIAL

INTARC00142201



Turn a private resource into a public good

CONFIDENTIAL INTARC00142202









CONFIDENTIAL

INTARC00142206

# Shared Print/Print Retention

allow your group to shed more of designated titles without jeopardizing last copy and ensure that they have access to those books that they do choose to take off the shelf
Use our collection as a comparitor in OCLC to make decisions about your holdings

CONFIDENTIAL

## Recap

- Libraries are actively participating in CDL
- Open Libraries has a growing collection of digitized books that you can offer your patrons & use to make decisions about your physical collections
- Our new partnership with Better World Books is helping build out that collection

CONFIDENTIAL

INTARC00142208

# Learn more...

- OpenLibraries.online
- Talk to me
  - Chris Freeland - chrisfreeland@archive.org
- Next webinar:
  - Tues, Feb 11 @ 11am CST - register



 INTARC00142210

A-2695

# McNamara Declaration
# Exhibit 110

| | |
|---|---|
| **From:** | Chris Freeland |
| **Sent:** | Monday, January 7, 2019 11:58 AM EST |
| **To:** | Knapp, Wendy |
| **CC:** | Lauri McIntosh; Clifton, Jennifer |
| **Subject:** | RE: Free eBooks for Indiana Evergreen |

**Thanks, Wendy! I've sent out a calendar invite with zoom call-in information for Wednesday at 10am EST. Talk soon,**

**Chris**

```
---
Chris Freeland
Director of Open Libraries
Internet Archive
██████@archive.org
@chrisfreeland
██████████
```

**On 2019-01-07 10:25, Knapp, Wendy wrote:**

And the Zoom meeting. This Wednesday at either 10 Eastern or 3 Eastern would work for me.

Wendy Knapp

Deputy Director of Statewide Services

Indiana State Library

140 N Senate Ave

Indianapolis, IN 46204

---

**From:** Lauri McIntosh [mailto:███@zepheira.com]
**Sent:** Monday, January 07, 2019 10:35 AM
**To:** Chris Freeland ████████████@archive.org>
**Cc:** Knapp, Wendy <████████@library.IN.gov>; Clifton, Jennifer ████████@library.in.gov>
**Subject:** Re: Free eBooks for Indiana Evergreen

**** This is an EXTERNAL email. Exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ****

---

**CONFIDENTIAL**                                    **INTARC00418710**

My Friday is open as well. Wendy can you give us a couple of times and I will get it on our calendars.


Chris, if you'd like I can join for the zoom call as well.


Lauri



On Mon, Jan 7, 2019 at 7:02 AM Chris Freeland
< ▓▓▓▓▓▓@archive.org> wrote:

> Wendy - Good to make your acquaintance virtually.  I also arrive on
> Thursday, and have good availability on Friday.  What time might work for
> you?
>
> I'd also be interested in talking with you this week or next a little bit more
> broadly about Open Libraries and some of the discussions we've been
> having with other state libraries.  Any chance you have time this
> Wednesday (Jan 9) or next Tues (Jan 15) for a 30 min zoom call?
>
> Chris
>
> ---
> Chris Freeland
> Director of Open Libraries
> Internet Archive
> ▓▓▓▓▓▓▓▓@archive.org
> @chrisfreeland
> ▓▓▓▓▓▓▓▓
>
> On 2019-01-07 06:51, Knapp, Wendy wrote:
>
>> Saturday is looking really tight.  We get in on Thursday to attend COSLA meetings on Friday, and we
>> fly out on Tuesday. Could we do closer to the beginning or end?
>>
>>
>> Wendy Knapp

CONFIDENTIAL

INTARC00418711

Deputy Director of Statewide Services

Indiana State Library

140 N Senate Ave

Indianapolis, IN 46204

---

**From:** Lauri McIntosh [mailto:███@zepheira.com]
**Sent:** Friday, January 04, 2019 7:18 PM
**To:** Knapp, Wendy <███@library.IN.gov>; Goben, Anna <███@library.IN.gov>
**Cc:** Chris Freeland <███archive.org>; Lauri McIntosh <███@zepheira.com>
**Subject:** Re: Free eBooks for Indiana Evergreen

**** This is an EXTERNAL email. Exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ****

---

Wendy - this is not exclusive to Evergreen - any library in Indiana can take part -

The Evergreen libraries have the advantage of us already having the files to determine the overlap - but anyone can participate.

Let's get together in Seattle - Chris and I both have Saturday open what time works for you?

Lauri

On Thu, Jan 3, 2019 at 11:28 AM Lauri McIntosh <███@zepheira.com> wrote:

Wendy and Anna,

** Even though you are canceling - this opportunity is still available for Indiana Evergreen - If you would like to chat more I would welcome a call, meet up at MidWinter - and can organize a chat with Chris from Open Libraries.  This is a no cost, no risk opportunity for Indiana to provide eBooks for items you hold in print - hands-free to you folks! ***
  Lauri

As a direct subscriber of the Library.Link Network I'm excited to share with you a new opportunity to bring more value to your annual subscription.  Zephera has been partnering with Internet Archive to help bring visibility to your collection on their Open Library item pages.  When looking for a print copy of a digitized item, folks can now click on library.link and have a list of libraries that hold that item within a 500-mile radius.

In addition, our partnership with Internet Archive now offers FREE eBooks for all Library.Link libraries when you participate in the Open Libraries Controlled Digital Lending (CDL)  project.  How do you join and what do you get when you join Open Libraries?

1. Join Open Libraries.  Simply sign onto the project, our simple Google Form is available here: https://goo.gl/forms/MS335xRFe3aiQ5Fh2 By joining, your library will get a collection at https://archive.org/details/openlibraries and you will become part of the community of practice we're building to support the responsible lending of in-copyright materials.  By participating, you'll continue to help shape Internet Archive's controlled digital lending service for your patrons and the world.

2.  Share your catalog. After joining Open Libraries, Zepheira will provide an export of your ISBN's that you have in print that match the collection of digitized books at https://archive.org/details/inlibrary. We will use those matches to increase our lending counts by 1.

3.  The Archive has MARCXML records for all of their digitized books in lending - they include the new OCLC number for the electronic resource, as well as links out in 856. Here's a

CONFIDENTIAL

INTARC00418713

sample: https://archive.org/download/plantphysiology00bidw/plantp
hysiology00bidw_archive_marc.xml

I can provide you a list of the number of overlap for your libraries if interested.

If you would like to get started complete the link to the form above and we will do the rest!  Once the collection is created on the Open Libray site, the Archive will work with you to get the MARC records so that you can then load them into your catalog for easy access to your patrons.

Open Libraries provides a way for you to offer digitized books to your patrons for free.  At the Internet Archive, we've invested a significant amount of energy into making more than 800,000 modern ebooks available and we want to help libraries make use of those books in support of their patrons' reading & research.  Happy to answer other questions or provide other points as needed!

Specific questions can be emailed to Chris Freeland, Director of Open Libraries at the Internet Archive, █████████@archive.org.

We look forward to you joining other Library.Link Network libraries to bring this added value to your libraries.

Lauri McIntosh

██@zepheira.com

████████

Here is more information from the Internet Archive on how you can support and participate in the CDL conversation.

1. Endorse the Position Statement on Controlled Digital Lending.  You can sign on to the Statement via the online form at https://controlleddigitallending.org/sign Having more organizations endorse the Statement is valuable in building that community of practice.

CONFIDENTIAL
INTARC00418714

2.  Start a discussion about controlled digital lending at your library.  As we've talked with the wider library community about controlled digital lending, we've found that holding smaller, local discussions have helped librarians understand how controlled digital lending works and how it benefits the library as well as its patrons. We can provide you with materials to use in those discussions, and would also welcome an opportunity to join your discussion virtually.

\-\-

******

Lauri McIntosh

Director, Sales and Channel Management

Zepheira,  Library.Link Network

tel:  ██████████

Cell:  ██████████

Learn more about Zepheira and the

Library.Link Network on our websites.

Subscribe to the Library.Link Newsletter.

CONFIDENTIAL                                                                        INTARC00418715

--

\*\*\*\*\*\*

Lauri McIntosh

Director, Sales and Channel Management

Zepheira, Library.Link Network

tel: ███████████

Cell: ███████████

Learn more about Zepheira and the

Library.Link Network on our websites.

Subscribe to the Library.Link Newsletter.

CONFIDENTIAL

INTARC00418716

McNamara Declaration
Exhibit 111A

| From: | Lauri McIntosh |
|---|---|
| Sent: | Friday, November 16, 2018 7:07 PM EST |
| To: | John Goodyear |
| CC: | Lauri McIntosh; Chris Freeland |
| Subject: | BCV - Opportunity for free eBooks |

Hi John,

I was getting ready for our visit next month and wanted to check with you about the participation with the Open Libraries.  I know you have heard bits and pieces, but if this is something you would be interested in I would like to have it live before my visit.

The formal "invite" is the info below, but the 1, 2, 3 of it is, once you sign the form we do the rest.  A collection of the overlap between your print and Open Libraries is 122,248.  The Archive would create a collection on their site as they have done for Delaware County Library (Ohio), SFPL, Worthington, and others.Open Libraries Collections.

You could easily have a link on an item page that would direct users back to the full Open Libraries Collection for CCRLS. We will be looking for folks to take OPAC Integration to the next level, be it importing of MARC records that can be converted to ERC, or a widget - if you would like to be part of that, we would love to have you come on board.

But, regardless, at the very least, would you like to participate and get free eBooks for your end users? The more official invite information is below.

Lauri



i statesman

nternet Archive now offers FREE eBooks for all Library.Link libraries when you participate in the Open Libraries Controlled Digital Lending (CDL)  project.  How do you join and what do you get when you join Open Libraries?

1. Join Open Libraries.  Simply sign onto the project, our simple Google Form is available here: https://goo.gl/forms/MS335xRFe3aiQ5Fh2 By joining, your library will get a collection at https://archive.org/details/openlibraries and you will become part of the community of practice we're building to support the responsible lending of in-copyright materials.  By participating, you'll continue to help shape Internet Archive's controlled digital lending service for your patrons and the world.

2. Share your catalog. After joining Open Libraries, Zepheira will provide an export of your ISBN's that you have in print that match the collection of digitized books at https://archive.org/details/inlibrary. We will use those matches to increase our lending counts by 1.

CONFIDENTIAL

INTARC00417976

3. The Archive has MARCXML records for all of their digitized books in lending - they include the new OCLC number for the electronic resource, as well as links out in 856. Here's a sample: https://archive.org/download/plantphysiology00bidw/plantphysiology00bidw_archive_marc.xml

I did a quick scan for your library and the overlap is currently 122,248.

If you would like to get started complete the link to the form above and we will do the rest! Once the collection is created on the Open Library site, the Archive will work with you to get the MARC records so that you can then load them into your catalog for easy access to your patrons.

Specific questions can be emailed to Chris Freeland, Director of Open Libraries at the Internet Archive, ████████@archive.org.

We look forward to you joining other Library.Link Network libraries to bring this added value to your libraries.

Lauri McIntosh
████@zepheira.com

CONFIDENTIAL

INTARC00417977

# McNamara Declaration
# Exhibit 111B

| | |
|---|---|
| **From:** | Lauri McIntosh |
| **Sent:** | Friday, November 16, 2018 7:15 PM EST |
| **To:** | Robert Roose |
| **CC:** | Lauri McIntosh; Chris Freeland |
| **Subject:** | More Information about Open Libraries CDL and free eBooks |

Robert,

This project is just getting underway and will evolve over time.
For now, you don't have to do a thing. We already have created a file of the overlap ISBN's. It is not made available to the Internet Archieve until after you sign the form agreeing to participate.

The formal "invite" is the info below, but the 1, 2, 3 of it is, once you sign the form we do the rest. A collection of the overlap between your print and Open Libraries is 39197. The Archive would create a collection on their site as they have done for Delaware County Library (Ohio), SFPL, Worthington, and others.Open Libraries Collections.

You could easily have a link on an item page that would direct users back to the full Open Libraries Collection for Spokane Public. We will be looking for folks to take OPAC Integration to the next level, be it importing of MARC records that can be converted to ERC, or a widget - if you would like to be part of that, we would love to have you come on board.

But, regardless, at the very least, would you like to participate and get free eBooks for your end users? The link to sign up is in the information below.

Lauri



Internet Archive now offers FREE eBooks for all Library.Link libraries when you participate in the Open Libraries Controlled Digital Lending (CDL) project. How do you join and what do you get when you join Open Libraries?

1. Join Open Libraries. Simply sign onto the project, our simple Google Form is available here: https://goo.gl/forms/MS335xRFe3aiQ5Fh2 By joining, your library will get a collection at https://archive.org/details/openlibraries and you will become part of the community of practice we're building to support the responsible lending of in-copyright materials. By participating, you'll continue to help shape Internet Archive's controlled digital lending service for your patrons and the world.

2. Share your catalog. After joining Open Libraries, Zepheira will provide an export of your ISBN's that you have in print that match the collection of digitized books at https://archive.org/details/inlibrary. We will use those matches to increase our lending counts by 1.

3. The Archive has MARCXML records for all of their digitized books in lending - they include the new OCLC number for the electronic resource, as well as links out in 856. Here's a sample: https://archive.org/download/plantphysiology00bidw/plantphysiology00bidw_archive_marc.xml

I did a quick scan for your library and the overlap is currently   39197

If you would like to get started complete the link to the form above and we will do the rest!   Once the collection is created on the Open Library site, the Archive will work with you to get the MARC records so that you can then load them into your catalog for easy access to your patrons.

Specific questions can be emailed to Chris Freeland, Director of Open Libraries at the Internet Archive, ████████@archive.org.

We look forward to you joining other Library.Link Network libraries to bring this added value to your libraries.

Lauri McIntosh
████████@zepheira.com

On Tue, Nov 13, 2018 at 3:11 PM Robert Roose <████@spokanelibrary.org> wrote:

I guess I need more information on this.  What would it mean for us?  Work?  Exposure of our content?



**Robert Roose**
Support Services Director | Spokane Public Library
Office: ████████
spokanelibrary.org

Stream award-winning cinema free with your library card on Kanopy, thanks to the support of the Friends of the Library.

**From:** Lauri McIntosh <████@zepheira.com>
**Sent:** Tuesday, November 13, 2018 1:37 PM
**To:** Robert Roose <████@spokanelibrary.org>
**Subject:** Re: Next Testing Opportunity

And ... what about the Open Libraries project ... interested?

CONFIDENTIAL
INTARC00417979

Lauri

On Tue, Nov 13, 2018 at 12:56 PM Robert Roose <█████@spokanelibrary.org> wrote:

It certainly argues for good authority control on our end. I look forward to the official preview.



**Robert Roose**
Support Services Director | Spokane Public Library
Office: ████████
spokanelibrary.org

Stream award-winning cinema free with your library card on Kanopy, thanks to the support of the Friends of the Library.

**From:** Lauri McIntosh <████zepheira.com>
**Sent:** Tuesday, November 13, 2018 12:53 PM
**To:** Robert Roose <████@spokanelibrary.org>
**Cc:** Lauri McIntosh <████@zepheira.com>
**Subject:** Re: Next Testing Opportunity

Good morning...

At the moment they are still testing, but I expect any day they will be ready to put into your sandbox.

We do not have every author linked - so they were looking at how they can remove the widget when an author isn't fully vetted.

But you are at the top of the list when it is ready.

Here is a sneak peak - (shhhh don't let on I showed you )

CONFIDENTIAL

INTARC00417980

https://dcpltest.ent.sirsi.net/client/en_US/dcpl/search/detailnonmodal/ent:$002f$002fS D_ILS$002f0$002fSD_ILS:942577/ada?qu=fantastic+beasts#tabs-5

** I just told our DEV team that you were to be next - right now the testing is done from a mockup of DC Public.

Once it is ready for a live 'sandbox' you and DC will happen at the same time.

Another update/opportunity for you to consider ...

First - check this out ..  notice to the right the LIBRARY.LINK - click on that

https://openlibrary.org/books/OL21618175M/If_tomorrow_comes

or

https://openlibrary.org/books/OL24298559M/50_Harbor_Street

And - the opportunity is for free Ebooks from the Internet Archive for items you currently have in print, when you participate in the Open Libraries project.

We are looking for the first SirsiDynix library to come on board?  You interested?  You would be highlighted as such at the online summet being held tomorrow and Thursday.

Here are the particulars:

In addition, our partnership with Internet Archive now offers FREE eBooks for all Library.Link libraries when you participate in the Open Libraries Controlled Digital Lending (CDL)  project.  How do you join and what do you get when you join Open Libraries?

CONFIDENTIAL

INTARC00417981

1. Join Open Libraries.  Simply sign onto the project, our simple Google Form is available here: https://goo.gl/forms/MS335xRFe3aiQ5Fh2 By joining, your library will get a collection at https://archive.org/details/openlibraries and you will become part of the community of practice we're building to support the responsible lending of in-copyright materials.  By participating, you'll continue to help shape Internet Archive's controlled digital lending service for your patrons and the world.

2. Share your catalog. After joining Open Libraries, Zepheira will provide an export of your ISBN's that you have in print that match the collection of digitized books at https://archive.org/details/inlibrary. We will use those matches to increase our lending counts by 1.

3. The Archive has MARCXML records for all of their digitized books in lending - they include the new OCLC number for the electronic resource, as well as links out in 856. Here's a sample: https://archive.org/download/plantphysiology00bidw/plantphysiology00bidw_archive_marc.xml

I did a quick scan for your library and the overlap is currently 39583.

If you would like to get started complete the link to the form above and we will do the rest!  Once the collection is created on the Open Library site, the Archive will work with you to get the MARC records so that you can then load them into your catalog for easy access to your patrons.

Specific questions can be emailed to Chris Freeland, Director of Open Libraries at the Internet Archive, ████████@archive.org or ███@zepheira.com

We look forward to you joining other Library.Link Network libraries to bring this added value to your libraries.

Lauri McIntosh

███@zepheira.com

█████████

Here is more information from the Internet Archive on how you can support and participate in the CDL conversation.

1. Endorse the Position Statement on Controlled Digital Lending. You can sign on to the Statement via the online form at https://controlleddigitallending.org/sign Having more organizations endorse the Statement is valuable in building that community of practice.

2. Start a discussion about controlled digital lending at your library. As we've talked with the wider library community about controlled digital lending, we've found that holding smaller, local discussions have helped librarians understand how controlled digital lending works and how it benefits the library as well as its patrons. We can provide you with materials to use in those discussions, and would also welcome an opportunity to join your discussion virtually.

On Tue, Nov 13, 2018 at 11:50 AM Robert Roose <████@spokanelibrary.org> wrote:

Lauri,

Any news on testing the graph pages?



**Robert Roose**
Support Services Dir██████
█████ 509.444.5320
spokanelibrary.org

Stream award-winning cinema free with your library card on Kanopy, thanks to the support of the Friends of the Library.

CONFIDENTIAL

INTARC00417983

**From:** Lauri McIntosh <████@zepheira.com>
**Sent:** Tuesday, October 16, 2018 4:00 PM
**To:** Robert Roose <████@spokanelibrary.org>
**Subject:** Re: Next Testing Opportunity


I feel your pain (on the email pile) ...


I will, we are starting with a small group of authors and will be adding more over time.

Stay tuned.  Most likely early preview will be the end of next week.

I'll keep you posted.


Lauri


Thanks again!   I do love bragging rights for Washington libraries!  :)


On Tue, Oct 16, 2018 at 3:54 PM Robert Roose <████@spokanelibrary.org> wrote:

  Sorry, my email pile got away from me.


  Yes, I am interested in testing the person/author knowledge graphs.  Please let me know when we can look at a test site.




**Robert Roose**
Support Services Director | Spokane Public Library
Office: ████
spokanelibrary.org

Save the Date for the Friends of the Library Fall Book Sale October 17–20.

CONFIDENTIAL
INTARC00417984



2018
TOP INNOVATOR
URBAN LIBRARIES COUNCIL

**From:** Lauri McIntosh [mailto:■■@zepheira.com]
**Sent:** Tuesday, October 16, 2018 3:50 PM
**To:** Robert Roose <■■@spokanelibrary.org>
**Cc:** Lauri McIntosh <■■@zepheira.com>
**Subject:** Next Testing Opportunity

Hi Robert,

I was wondering if you had given any more thought to the next item we are looking to test.

This would be primarily in your sandbox, we are not scheduled to put into production at this time.

Please let me know if you have any issue with our using Spokane for testing the Person/Author page local graph pages.

Best,

Lauri

On Thu, Oct 11, 2018 at 7:02 PM Lauri McIntosh <■■@zepheira.com> wrote:

I don't know if you have had an opportunity to review the stats for this past month. You might have noticed

CONFIDENTIAL

INTARC00417985

I also noticed the bot traffic has been over 300,000 for the last couple of months. I pulled the data detail and there is no direct increase after the Related Resources tab went into effect. But found the data interesting. You can also see the number of impressions viewed since the widget went live in your catalog. Here is a quick screenshot:

We are ready to start work on the next integration of BCV data into your discovery platform. With your permission, we would like to embed the Author Local Knowledge graph widget into your sandbox. Would you be willing to continue being one of our first libraries to test this out?

There is more discussion taking place at SirsiDynix on how this will be put into production, for the time being, we are starting out small and making sure things work as expected.

To give you a bit of a preview of the work we are doing, we are connecting both catalog and web data about authors/persons so that when an end user is on an item page they could see a widget representing a knowledge panel of the Author for the item. Here is a look at the work we are doing so far.

I look forward to hearing back from you.

Lauri

******

Lauri McIntosh

Director, Sales and Channel Management

Zepheira, Library.Link Network

tel: █████████

Cell: █████████

CONFIDENTIAL

INTARC00417986

--

******

Lauri McIntosh

Director, Sales and Channel Management

Zepheira, Library.Link Network

tel: ▉▉▉▉▉▉▉

Cell: 3▉▉▉▉▉▉▉

Learn more about Zepheira and the

Library.Link Network on our websites.

Subscribe to the Library.Link Newsletter.

--

\*\*\*\*\*\*

Lauri McIntosh

Director, Sales and Channel Management

Zepheira,  Library.Link Network

tel: ███████

Cell: ███████

Learn more about Zepheira and the

Library.Link Network on our websites.

Subscribe to the Library.Link Newsletter.

--

\*\*\*\*\*\*

Lauri McIntosh

Director, Sales and Channel Management

Zepheira,  Library.Link Network

tel: ███████

Cell: ███████

CONFIDENTIAL

INTARC00417988

Learn more about Zepheira and the

Library.Link Network on our websites.


Subscribe to the Library.Link Newsletter.


--


******

Lauri McIntosh

Director, Sales and Channel Management

Zepheira,  Library.Link Network

tel: ████████

Cell: ████████


Learn more about Zepheira and the

Library.Link Network on our websites.


Subscribe to the Library.Link Newsletter.

CONFIDENTIAL INTARC00417989

--

\*\*\*\*\*\*
Lauri McIntosh
Director, Sales and Channel Management
Zepheira, Library.Link Network
tel: ███████████
Cell: ███████████

Learn more about Zepheira and the
Library.Link Network on our websites.

Subscribe to the Library.Link Newsletter.

CONFIDENTIAL                                                  INTARC00417990

# McNamara Declaration
# Exhibit 112

| From: | Chris Freeland |
|---|---|
| Sent: | Wednesday, November 28, 2018 5:18 PM EST |
| To: | Janet Snowhill |
| CC: | ███████zepheira.com; Doug Yancey; Robena Barton; John Goodyear |
| Subject: | Re: BCV - Opportunity for free eBooks |

Janet - I wanted to follow up on this thread from last week regarding the copyright issues. Last October, a group of copyright scholars, including Michelle Wu from Georgetown Law, Kyle Courtney from Harvard Library, Dave Hansen from Duke University Libraries, and Lila Bailey from Internet Archive worked together on two documents meant to help libraries understand the legal framework for our digital lending, described as "controlled digital lending." Those two documents have been released at https://controlleddigitallending.org/:

- The Statement on Controlled Digital Lending is meant to be a high level overview, suitable for conversations among your administrators and other stakeholders. That document is online at: https://controlleddigitallending.org/statement
- To satisfy your legal counsel or similar, the authors developed a more detailed white paper that goes deep into the details of controlled digital lending. That 42 page white paper is available at: https://controlleddigitallending.org/whitepaper

We've been operating our controlled digital lending service with libraries in the Boston area since 2011 without issue. That experience, coupled with the documents that our community of scholars contributed, have helped other libraries like Los Angeles Public Library, San Francisco Public Library, and others sign onto our program. Hopefully you can consider the same. Would be happy to chat more about these issues if you'd like! My best,

Chris

```
---
Chris Freeland
Director of Open Libraries
Internet Archive
██████████@archive.org
@chrisfreeland
████████
```

On 2018-11-26 14:20, Janet Snowhill wrote:

Both of these make it appear that the Oregon State Library has the books, when they do not. Is it the case that it will always display a link to every library in our system, even when they don't actually have the book? I'm guessing this is a Yes, since it's only matching on ISBN, not on actual holdings. I can't decide whether that would be helpful,

INTARC00418249

or misleading, from a patron perspective. It bothers me less, that Amity is listed for both titles, but doesn't own either, than that the State Library is listed for both/owns neither, as an Amity patron can simply request it, and pick it up at Amity. The State Library doesn't have the same relationship with CCRLS, though.

**Janet Snowhill**
System Librarian
Chemeketa Cooperative Regional Library Service
██████████

Need support from CCRLS? Use the helpdesk portal to open a ticket or email support@ccrls.org

On Tue, Nov 20, 2018 at 12:45 PM Lauri McIntosh <████@zepheira.com> wrote:
A couple of other things to let you know about ..

First - Links to the physical copy of books they have, represented in the Network, are now showing up. Here are a couple of links -
https://labs.library.link/services/borrow/?isbn=9781601420619&embed=True&radius=500&refer=https:/
/dev.openlibrary.org/books/OL18285347M/Redeeming_love

or https://labs.library.link/services/borrow/?isbn=9780778326823&embed=True&radius=500&refer=http
s://openlibrary.org/books/OL24030253M/The_Perfect_Christmas

These are done by ISBN match, so at times you will see multiple additions and need to keep in mind you may have the item but a different edition.  This is the first phase of our making your library present within their web pages.  We started with a single item page and will be expanding to other pages over the next few weeks.

Lauri

On Tue, Nov 20, 2018 at 12:11 PM Lauri McIntosh <████ zepheira.com> wrote:
No, we do all the work.  On a quarterly basis we will get the ISBN list from the Archive, and then do a match again the most recent refresh of your data.  Right now, we have tentatively scheduled it for Jan/April/July and October.

If you are interested I can send you the list of ISBN's we have for the first overlap.

Lauri

On Tue, Nov 20, 2018 at 10:39 AM Doug Yancey <████████@ccrls.org> wrote:
Hi Lauri,

Is your awareness of the overlap between our collection and Open Libraries derived from a list of unique ISBNs which are teased out of our regular/ongoing BC Visibility harvests? If so, does Zepheira commit to routinely sync/compare our holdings with the OL collection? Or, does this task fall to us?

Doug Yancey | Web Services & ILL Librarian

CONFIDENTIAL

INTARC00418250

Chemeketa Cooperative Regional Library Service

███████████

On Tue, Nov 20, 2018 at 9:36 AM Robena Barton
<████████@ccrls.org> wrote:
This sounds great but are we talking about a batch extract, edit, and load process for our existing records or just the MARCXML files for the electronic copies if we want 856 link fields in our OPAC? I am not crazy about the idea of having a print, large print, audio, and electronic item record for over 120,000 titles potentially in addition to our ERC titles, at least until our system is better at grouping. My preference would be an 856 to the electronic version on IA in the existing print record if this is possible. Thanks,

Robena

On Tue, Nov 20, 2018 at 9:18 AM Lauri McIntosh
<████@zepheira.com> wrote:
Hi Janet,

I'm going to refer you directly to Chris Freeland, Director of Open Libraries at the Archive.
He can give you the full scoop, I just know that they have worked through all the legal issues.

Chris - can you give Janet the information on copyright?

Lauri

On Tue, Nov 20, 2018 at 9:15 AM Janet Snowhill <████████@ccrls.org>
wrote:
Lauri, can you explain how the copyright works, with this? How does this avoid fair use issues?

It's pretty cool, but we'd need to know what makes it legal, because people are bound to ask!

**Janet Snowhill**
System Librarian
Chemeketa Cooperative Regional Library Service
███████
Need support from CCRLS? Use the helpdesk portal to open a ticket or email support@ccrls.org

On Tue, Nov 20, 2018 at 9:01 AM John Goodyear
<████████@ccrls.org> wrote:

John Goodyear
Executive Director
Chemeketa Cooperative Regional Library Service

CONFIDENTIAL
INTARC00418251

@ccrls.org

---------- Forwarded message ---------
From: **Lauri McIntosh** <██████@zepheira.com>
Date: Fri, Nov 16, 2018 at 4:08 PM
Subject: BCV - Opportunity for free eBooks
To: John Goodyear <████████@ccrls.org>
Cc: Lauri McIntosh <████████@zepheira.com>, Chris Freeland
<████████@archive.org>

Hi John,

I was getting ready for our visit next month and wanted to check with you about the participation
with the Open Libraries. I know you have heard bits and pieces, but if this is something you
would be interested in I would like to have it live before my visit.

The formal "invite" is the info below, but the 1, 2, 3 of it is, once you sign the form we do the
rest. A collection of the overlap between your print and Open Libraries is 122,248. The Archive
would create a collection on their site as they have done for Delaware County Library (Ohio),
SFPL, Worthington, and others.Open Libraries Collections.

You could easily have a link on an item page that would direct users back to the full Open
Libraries Collection for CCRLS. We will be looking for folks to take OPAC Integration to the next
level, be it importing of MARC records that can be converted to ERC, or a widget - if you would
like to be part of that, we would love to have you come on board.

But, regardless, at the very least, would you like to participate and get free eBooks for your end
users? The more official invite information is below.

Lauri



nternet Archive now offers FREE eBooks for all Library.Link libraries when you participate in the
Open Libraries Controlled Digital Lending (CDL) project. How do you join and what do you get
when you join Open Libraries?

1. Join Open Libraries.  Simply sign onto the project, our simple Google Form is available here: https://goo.gl/forms/MS335xRFe3aiQ5Fh2 By joining, your library will get a collection at https://archive.org/details/openlibraries and you will become part of the community of practice we're building to support the responsible lending of in-copyright materials.  By participating, you'll continue to help shape Internet Archive's controlled digital lending service for your patrons and the world.

2. Share your catalog. After joining Open Libraries, Zepheira will provide an export of your ISBN's that you have in print that match the collection of digitized books at https://archive.org/details/inlibrary. We will use those matches to increase our lending counts by 1.

3. The Archive has MARCXML records for all of their digitized books in lending - they include the new OCLC number for the electronic resource, as well as links out in 856. Here's a sample: https://archive.org/download/plantphysiology00bidw/plantphysiology00bidw_archive_marc.xml

I did a quick scan for your library and the overlap is currently   122,248.

If you would like to get started complete the link to the form above and we will do the rest!   Once the collection is created on the Open Libray site, the Archive will work with you to get the MARC records so that you can then load them into your catalog for easy access to your patrons.

Specific questions can be emailed to Chris Freeland, Director of Open Libraries at the Internet Archive, ███████████@archive.org.

We look forward to you joining other Library.Link Network libraries to bring this added value to your libraries.

Lauri McIntosh
███@zepheira.com
████████████

--

CONFIDENTIAL

INTARC00418253

\*\*\*\*\*\*
Lauri McIntosh
Director, Sales and Channel Management
Zepheira, Library.Link Network
tel: █████████
Cell: █████████

Learn more about Zepheira and the
Library.Link Network on our websites.

Subscribe to the Library.Link Newsletter.

\-\-
**Robena Barton**
**Technical Services Coordinator**
**Chemeketa Regional Library Service**
████████
But if this is what a book is... then a library is an extraordinary thing.

\-\-

\*\*\*\*\*\*
Lauri McIntosh
Director, Sales and Channel Management
Zepheira, Library.Link Network
tel: █████████
Cell: █████████

Learn more about Zepheira and the
Library.Link Network on our websites.

Subscribe to the Library.Link Newsletter.

CONFIDENTIAL
INTARC00418254

--

\*\*\*\*\*\*
Lauri McIntosh
Director, Sales and Channel Management
Zepheira, Library.Link Network
tel: ███████
Cell: ███████

Learn more about Zepheira and the
Library.Link Network on our websites.

Subscribe to the Library.Link Newsletter.

CONFIDENTIAL

INTARC00418255

# McNamara Declaration
# Exhibit 113

Page 1
Implementation & Integration: CDL For All Libraries : Free Download, Borrow, and Streaming : Internet Archive
https://archive.org/details/implementation-and-integration-CDL



## Implementation & Integration: CDL For All Libraries

| | | | |
|---|---|---|---|
| ☆ Favorite | ↗ Share | ⚑ Flag | |

Publication date     2021-07-14

Topics     cdl, controlled digital lending

Learn about building institutional Controlled Digital Lending policies, user experience for patrons and staff, technological platforms, and how you can get involved with the CDL community.

View slides
Download slides

**Links shared during the webinar:**
- Library Futures: https://libraryfutures.net
- Project ReShare: https://projectreshare.org
- Internet Archive: https://archive.org
- Open Library Foundation: https://openlibraryfoundation.org
- CDL Implementers: https://sites.google.com/view/cdl-implementers
- What is Controlled Digital Lending? https://www.youtube.com/watch?v=t5eLlv8nuC8&t=1s
- Controlled Digital Lending statement: https://controlleddigitallending.org
- FAQ's about CDL: https://archive.org/details/FAQCDL
- Mythbusting CDL: https://www.libraryfutures.net/post/mythbusting-controlled-digital-lending-watch-the-videos-learn-the-facts
- ASERL CDL Resource Guide: http://www.aserl.org/wp-content/uploads/2021/03/Future_Thinking__ASERL_CDL_Resource_Guide__text-only__March_2021.docx
- CDL white paper: https://controlleddigitallending.org/whitepaper
- Fordham CDL Instance Code: https://github.com/Fordham-University-Libraries/G-CDL
- Fordham CDL Interest Form: http://bit.ly/38I9SZQ
- International Image Interoperability Framework: https://iiif.io/
- Universal Viewer: https://universalviewer.io/
- CIRC/CDL Co-Op statement: https://docs.google.com/document/d/1Sm3QwrzgBmXO_XNiwrxnRhIrkHwTOQNILAM6CrhoqvE/edit?usp=sharing
- Empowering Libraries: http://empoweringlibraries.org
- Apply to join the Library Futures Coalition: https://docs.google.com/forms/d/e/1FAIpQLSc6cdANv2r2Qp7KsFTDz1d7TkhgTr9idF-OOHyWRUEk4rK3Qw/viewform

| | |
|---|---|
| Addeddate | 2021-07-15 04:04:32 |
| Color | color |
| Identifier | implementation-and-integration-CDL |
| Scanner | Internet Archive HTML5 Uploader 1.6.4 |
| Sound | sound |
| Year | 2021 |



437 Views

2 Favorites

**DOWNLOAD OPTIONS**

| | |
|---|---|
| H.264 720P | 1 file |
| ITEM TILE | 1 file |
| MP3 | 1 file |
| MPEG4 | 1 file |
| TORRENT | 1 file |
| SHOW ALL | 99 Files |
| | 6 Original |

**IN COLLECTIONS**



Internet Archive Presents

The Internet Archive

Uploaded by
chrisfreeland27
on July 15, 2021

## 💬 Reviews

➕ Add Review

There are no reviews yet. Be the first one to write a review.

Page 2
Implementation & Integration: CDL For All Libraries : Free Download, Borrow, and Streaming : Internet Archive
https://archive.org/details/implementation-and-integration-CDL



# McNamara Declaration
# Exhibit 114

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC<br><br>Plaintiffs,<br><br>   v.<br><br>INTERNET ARCHIVE and DOES 1 through 5, inclusive<br><br>Defendants. | Case No. 1:20-CV-04160-JGK |

**DEFENDANT INTERNET ARCHIVE'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES**

6.      The fact that the Internet Archive has responded to part or all of an Interrogatory is not intended to and shall not be construed as a waiver by the Internet Archive of any objection to such request.

7.      The Internet Archive hereby incorporates by reference each and every objection to instructions and definitions set forth above into each and every specific response set forth below, whether or not separately set forth therein.  A specific response may repeat an objection to an instruction or definition for emphasis or for some other reason.  Failure to include any objection in any specific response is not a waiver of any objection to that response.  In addition, where any Plaintiff has objected to a parallel interrogatory on the ground that a particular inquiry is not the proper subject of interrogatories, the Internet Archive incorporates by reference those parallel objections.

## RESPONSES AND OBJECTIONS

### INTERROGATORY NO. 11:

State, per year, the number of libraries who asked Internet Archive to digitize physical books not in the public domain and include the resulting digital copies in the Internet Archive's inlibrary collection (https://archive.org/details/inlibrary) for lending.

### RESPONSE TO INTERROGATORY NO. 11:

In addition to its General Objections, the Internet Archive objects to this Interrogatory as overly broad, unduly burdensome, and disproportionate to the needs of this case, to the extent that the Interrogatory is requiring the Internet Archive particularly to ascertain the copyright status of books, and in responding to this Interrogatory, the Internet Archive will refer to items in the "inlibrary" collection, which relate to books the Internet Archive does not know to be in the public domain.  In responding to this interrogatory, the Internet Archive is not making any representation as to the copyright status of the items in its inlibrary collection.  The Internet

3

Archive objects to this Interrogatory as overly broad, unduly burdensome, and disproportionate to the needs of this case, particularly to the extent it is not limited to a time relevant to the above-captioned lawsuit. The Internet Archive objects to this Interrogatory to the extent it is not limited to the Works. The Internet Archive objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, work-product doctrine, common-interest privilege, or any other applicable privilege or protection. The Internet Archive also objects to this Interrogatory as improper under Local Rule 33.3 which permits the service of non-contention Interrogatories, other than with respect to the topics outlined in Local Rule 33.3(a), only where they are a more practical method of obtaining the information sought than a request for production or a deposition, or if ordered by the Court. This Interrogatory does not meet those requirements.

Further, the phrase "[s]tate, per year, the number of libraries who asked Internet Archive to digitize physical books" is unintelligible, impermissibly vague, and unclear, as well as unduly burdensome as it purports to seek information that Plaintiffs may derive from the Internet Archive's voluminous document production in this case. Hence, in a good faith effort to respond fully to the Interrogatory as written, the Internet Archive will provide, for the 2017–2021 period, per-year numbers of libraries other than the Internet Archive, based on the earliest scan date of the item associated with that library that has been digitized by the Internet Archive and currently included in the inlibrary collection. Inclusion of a library in this count does not necessarily indicate that books physically in that library's possession are currently included in the inlibrary collection.

Subject to and without waiving the foregoing General and Specific Objections, the Internet Archive responds as follows: The number of libraries contributing an item currently in

4

the "inlibrary" collection, divided by the year of the earliest scan date of such an item

contributed by that library (other than Internet Archive), is:

- Year 2017: 5 libraries

- Year 2018: 6 libraries

- Year 2019: 6 libraries

- Year 2020: 1 library

- Year 2021: 3 libraries

The Internet Archive's investigation is ongoing. To the extent necessary, the Internet

Archive will amend or supplement this Response as discovery continues.

**INTERROGATORY NO. 12:**

State, per year, the number of libraries who participated in the Open Libraries program

(https://openlibraries.online) in a manner that the alleged overlap between the library's physical

holdings and the Internet Archive's digital holdings resulted in an increase in the eligible number

of concurrent loans from Internet Archive for one or more titles not in the public domain.

**RESPONSE TO INTERROGATORY NO. 12:**

In addition to its General Objections, the Internet Archive also objects to this

Interrogatory as overly broad, unduly burdensome, and disproportionate to the needs of this case,

to the extent that the Interrogatory is requiring the Internet Archive particularly to ascertain the

copyright status of books, and, in responding to this Interrogatory, the Internet Archive will refer

to items in the "inlibrary" collection, which relate to books the Internet Archive does not know to

be in the public domain. In responding to this Interrogatory, the Internet Archive is not making

any representation as to the copyright status of the items in its inlibrary collection. The Internet

Archive objects to this Interrogatory as overly broad, unduly burdensome, and disproportionate

to the needs of this case, particularly to the extent it is not limited to a time relevant to the above-

5

captioned lawsuit. The Internet Archive objects to this Interrogatory to the extent it is not limited to the Works. The Internet Archive objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, work-product doctrine, common-interest privilege, or any other applicable privilege or protection. The Internet Archive also objects to this Interrogatory as improper under Local Rule 33.3 which permits the service of non-contention Interrogatories, other than with respect to the topics outlined in Local Rule 33.3(a), only where they are a more practical method of obtaining the information sought than a request for production or a deposition, or if ordered by the Court. This Interrogatory does not meet those requirements.

Subject to and without waiving the foregoing General and Specific Objections, the Internet Archive responds as follows:

| Partner Library | Date Added | Date Removed |
|---|---|---|
| American University | 2021-01-15 | |
| American University Washington College of Law | 2020-12-11 | |
| Anabaptist Mennonite Biblical Seminary Library | 2018-11-19 | |
| Barry University | 2020-05-08 | |
| Belmont University | 2020-07-28 | |
| Binghamton University | 2020-09-21 | |
| Boston University Libraries | 2019-01-09 | |
| Boston Public Library Jordan Collection | 2019-01-16 | |
| Bowdoin College Library | 2020-04-20 | |
| Bryn Mawr | 2021-01-28 | |
| California Academy of Sciences | 2018-11-19 | |
| California State University Fresno | 2019-07-26 | |
| The Catholic University of America | 2020-11-02 | |
| City University of New York | 2020-07-02 | 2021-07-28 |
| The Claremont Colleges | 2020-03-26 | |
| CMS Business School | 2020-09-21 | |
| Corona-Norco Unified School District | 2020-06-24 | |
| Cowles Library | 2019-12-12 | |
| Denver Public Library | 2019-03-18 | |
| Dartmouth Library | 2020-04-07 | |

6

| | | |
|---|---|---|
| Framingham State University | 2021-03-07 | |
| George Washington University | 2020-05-11 | |
| Georgetown University Law Library | 2018-11-19 | |
| Hamilton Public Library | 2019-05-01 | |
| Howard University Libraries | 2020-12-17 | |
| Ithaca College | 2020-09-09 | |
| John Stewart Memorial Library at Wilson College | 2020-12-21 | |
| Johns Hopkins | 2020-03-30 | |
| Kalamazoo College Library | 2018-11-14 | |
| Kalamazoo Public Library | 2019-03-18 | |
| Longwood Gardens | 2020-11-02 | |
| Manchester City Library | 2020-05-28 | |
| Marymount University | 2020-12-21 | |
| Occidental College Library | 2020-03-26 | |
| Philadelphia Museum of Art | 2021-01-28 | |
| Randolph-Macon College | 2020-03-24 | |
| Rhodes College | 2020-08-07 | |
| Rice University | 2020-04-02 | |
| Ruth Enlow Library | 2018-08-27 | |
| Salisbury Free Library | 2020-04-20 | |
| San Francisco Public Library | 2018-11-19 | |
| Sonoma County Libraries | 2019-01-09 | |
| South Asia Institute of Advanced Christian Studies (SAIACS) | 2021-04-20 | |
| Spokane Public Library | 2019-01-29 | |
| St. Mary's County Library (MD) | 2018-11-19 | |
| Swarthmore College | 2020-09-13 | |
| Texas A&M University Evans Library | 2020-03-24 | 2021-07-28 |
| Texas A&M University Medical Sciences Library | 2020-03-24 | 2021-07-28 |
| Tulsa Community College | 2020-08-07 | |
| UH Maui College | 2020-09-09 | |
| University of Arizona Libraries | 2020-04-11 | |
| University of Colorado Boulder | 2020-04-17 | |
| University of the District of Columbia | 2020-12-11 | |
| University of New Brunswick | 2021-05-17 | |
| University of Northern Iowa | 2021-04-20 | |
| University of Oklahoma Libraries | 2019-12-02 | |
| University of Rochester River Campus Libraries | 2020-09-21 | |
| University of the West | 2020-06-06 | |

7

**INTERROGATORY NO. 16:**

     State, per year, the number of Internet Archive accounts held by people with print disabilities (https://archive.org/details/printdisabled?tab=about).

**RESPONSE TO INTERROGATORY NO. 16:**

     In addition to its General Objections, the Internet Archive objects to this Interrogatory as vague and ambiguous, specifically with regard to the terms "accounts held by people with print disabilities." The Internet Archive maintains records of how many users with print disabilities have accounts that have been given access to materials limited to those with print disabilities, and provides this Response based on those records. The Internet Archive objects to this Interrogatory as overly broad, unduly burdensome, and disproportionate to the needs of this case, particularly to the extent it is not limited to a time relevant to the above-captioned lawsuit. The Internet Archive objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, work-product doctrine, common-interest privilege, or any other applicable privilege or protection.

     Subject to and without waiving the foregoing General and Specific Objections, the Internet Archive responds as follows:

| Year | Print Disability Access Eligible Users Added | Total Print Disability Access Eligible Users |
| --- | --- | --- |
| 2017 | 2 | 2 |
| 2018 | 282 | 284 |
| 2019 | 2257 | 2541 |
| 2020 | 4116 | 6657 |
| 2021 | 4234 | 10891 |

     The Internet Archive's investigation is ongoing. To the extent necessary, the Internet Archive will amend or supplement this Response as discovery continues.

13

**INTERROGATORY NO. 17:**

State, per year, the number of loans by Internet Archive of digitized copies of books not in the public domain in the Internet Archive's inlibrary collection (https://archive.org/details/inlibrary) to accounts held by people with print disabilities (https://archive.org/details/printdisabled?tab=about).

**RESPONSE TO INTERROGATORY NO. 17:**

In addition to its General Objections, the Internet Archive objects to this Interrogatory as vague and ambiguous, specifically with regard to the terms "accounts held by people with print disabilities." The Internet Archive maintains records of how many users with print disabilities have accounts that have been given access to materials limited to those with print disabilities, and provides this Response based on those records. The Internet Archive objects to this Interrogatory as overly broad, unduly burdensome, and disproportionate to the needs of this case, to the extent that the Interrogatory is requiring the Internet Archive particularly to ascertain the copyright status of books, and, in responding to this Interrogatory, the Internet Archive will refer to items in the "inlibrary" collection, which relate to books the Internet Archive does not know to be in the public domain. In responding to this Interrogatory, the Internet Archive is not making any representation as to the copyright status of the items in its inlibrary collection. The Internet Archive further objects to this Interrogatory to the extent it is not limited to a time relevant to the above-captioned lawsuit. The Internet Archive objects to this Interrogatory to the extent it is not limited to the Works. The Internet Archive objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, work-product doctrine, common-interest privilege, or any other applicable privilege or protection.

Further, the term "loans" is unintelligible, impermissibly vague, and unclear. In responding to this Interrogatory, the Internet Archive provides the number of loans, but

14

represents that it is not synonymous with the number of downloads, which is a number that is not reasonably accessible to the Internet Archive. Indeed, the number of "loans" does not include the number of DAISY downloads.

Subject to and without waiving the foregoing General and Specific Objections, the Internet Archive responds as follows: The following are the number of loans to print disabled users, by month, starting with April 2019, which is the earliest full month in which such data exists:

| Month and Year | Print Disabled Loans |
|---|---|
| April 2019 | 1076 |
| May 2019 | 1841 |
| June 2019 | 1660 |
| July 2019 | 1784 |
| August 2019 | 1466 |
| September 2019 | 2091 |
| October 2019 | 1761 |
| November 2019 | 1624 |
| December 2019 | 1549 |
| January 2020 | 2485 |
| February 2020 | 2307 |
| March 2020 | 2643 |
| April 2020 | 3492 |
| May 2020 | 3892 |
| June 2020 | 3660 |
| July 2020 | 7309 |
| August 2020 | 7134 |
| September 2020 | 6653 |
| October 2020 | 8580 |
| November 2020 | 10045 |
| December 2020 | 9547 |
| January 2021 | 10576 |
| February 2021 | 13382 |
| March 2021 | 10540 |
| April 2021 | 10332 |
| May 2021 | 11499 |
| June 2021 | 10241 |
| July 2021 | 14061 |

15

CONFIDENTIAL

| August 2021 | 13363 |
|---|---|
| September 2021 | 14535 |
| October 2021 | 14915 |
| November 2021 | 14180 |
| December 2021[1] | 16844 |
| TOTAL to Date (as of December 21, 2021) | **237067** |

The Internet Archive's investigation is ongoing.  To the extent necessary, the Internet Archive will amend or supplement this Response as discovery continues.

**INTERROGATORY NO. 18:**



**RESPONSE TO INTERROGATORY NO. 18:**



---

[1] This is the total number of loans for December 1–21, 2021.  Additional loans may have been made during the remainder of the month.

matt@oandzlaw.com
scott@oandzlaw.com

Attorneys for Plaintiffs
HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC,
JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on December 24, 2021, at Los Angeles, California.

_____

Moon Hee Lee

29

# McNamara Declaration
# Exhibit 115



CONFIDENTIAL

INTARC00142801



CONFIDENTIAL

INTARC00142802





CONFIDENTIAL                                                                                          INTARC00142804



CONFIDENTIAL

INTARC00142805

# 2.8M copies

added to Open Libraries through your participation

CONFIDENTIAL
INTARC00142806



INTARC00142807



The Forum marks the beginning of the #EmpoweringLibraries campaign, which will draw on the themes discussed at the event and turn them into action.

CONFIDENTIAL

INTARC00142808



Digital lending empowers...
*distance learners*

#EmpoweringLibraries

Libraries rely on controlled digital lending to reach marginalized communities
who cannot access physical books.

CONFIDENTIAL
INTARC00142809



The publishers lawsuit threatens these crucial library practices. In attempting to outlaw controlled digital lending, the publishers challenge the right of libraries to own and lend digital books. The impact on our most vulnerable communities, as well as on our cultural heritage, would be severe.

CONFIDENTIAL

INTARC00142810



The #EmpoweringLibraries campaign therefore aims to rally support for controlled digital lending and raise awareness of its key role in a society where knowledge is accessible for all and preserved for future generations.

CONFIDENTIAL

INTARC00142811



### Evangelical Seminary Decides Digital Library is Best for Students

Posted on September 28, 2020 by Caralee Adams

*Evangelical Seminary's Rostad Library, donates 80,000 books to the Internet Archive for digitization and preservation (July 14, 2020). Image courtesy Jason Smit, CC BY 2.0.*

As the global pandemic forced schools to remote instruction earlier this year, the pressure was on to make as many resources as possible available in digital form.

Evangelical Seminary moved its classes entirely online in March, closing most of its campus in Myerstown, Pennsylvania—including access to materials in the library. At the same time, the seminary

CONFIDENTIAL

INTARC00142812



**PM Press Sells Ebooks to Internet Archive: "We want our books to be in every library"**

Posted on September 21, 2020 by Caralee Adams

Like any commercial publisher, Ramsey Kanaan wants to make money and have as many people as possible read his books. But he says his company, PM Press, can do both by selling his books to the public and to libraries for lending – either in print or digitally.

While most publishers only license ebooks to libraries, PM Press has donated and sold both print and ebook versions of its titles to the Internet Archive to use in its Controlled Digital Lending (CDL) program. By owning the copies, the Internet Archive ensures that the press's collection of publications is available to the public and preserved.

"We're not above profit making. It's with sales that we pay our salaries. Nevertheless, the reason we are also doing this is we actually believe in the information we are selling and we want to make it ac-



### Author Shares Mentoring Expertise Through Controlled Digital Lending

Posted on *September 17, 2015* by *Coralee Adams*

Rik Nemanick believes in the power of mentoring in the workplace. As an author, corporate consultant, and university instructor, he explains to business leaders and students how a mentor can bring the best out in others.

"A mentor is different from a teacher who imparts knowledge," Nemanick says. "A good mentor broadens someone's perspective and opens doors. It's about challenging someone's thinking and creating a relationship."

Over the years, the St. Louis businessman was urged to put his leadership development research and expertise into a book. Published in 2016 by Routledge, *The Mentor's Way: Eight Rules for Bringing Out the Best in Others*, is now available for lending through the Internet Archive.

"I want my message out there. I saw the Internet Archive as a way to make it more available to more people," Nemanick says of his recent donation to the Controlled Digital Lending program. "The book sitting on Amazon or a shelf

CONFIDENTIAL
INTARC00142814



CONFIDENTIAL

INTARC00142815



What's next

CONFIDENTIAL INTARC00142816



CONFIDENTIAL
INTARC00142817

# McNamara Declaration

# Exhibit 116



INTARC00141514



This book can be borrowed for 14 days. Log in and Borrow


# Liquid assets : the critical need to safeguard freshwater ecosystems
by Postel, Sandra; Mastny, Lisa; Worldwatch Institute

Publication date 2005
Topics Wildlife, Life Sciences - Ecology, Science, Nature, Ecosystem management, Freshwater ecology, Watershed management, Science/Mathematics, Water-supply
Publisher Washington, D.C. : Worldwatch Institute
Collection inlibrary; printdisabled; internetarchivebooks; china
Digitizing sponsor Internet Archive

Link


24 Borrows

DOWNLOAD OPTIONS

INTARC00141515

# McNamara Declaration

# Exhibit 117



Library | HELP | JOURNAL TITLES | DATABASE TITLES | INTERLIBRARY LOAN | BROWSE BY | | | Login | Menu ⌄

BOOK
## The catcher in the rye

Salinger, J. D. (Jerome David), 1919-2010.

Boston : Little, Brown, 2001.

📖 Not available - Lost ›

🔗 Available Online ›

TOP

SEND TO

VIEW ONLINE

GET IT

LINKS

DETAILS

VIRTUAL BROWSE

### Send to


EXPORT BIBTEX

🖨 PRINT


ZOTERO/RIS

" CITATION


QR


PERMALINK

✉ EMAIL

### View Online

#### Full text availability

**Open Libraries**                                                    ↗
🛡 Access requires free Internet Archive account. Items are not always available.
📄 Internet Archive identifier: catcherinrye0000sali_u5n7

**Open Libraries**                                                    ↗
🛡 Access requires free Internet Archive account. Items are not always available.
📄 Internet Archive identifier: catcherinrye0000sali_n7t7

**DartDoc**                                                           ↗
📄 Service for requesting items



Ask Us Now!

Exhibit OD 17

### Get It

REQUEST:   Borrow Direct↗  /  DartDoc↗

Please login to check if there are any request options.  🔑 Login

LOCATION ITEMS

**Baker-Berry Library**

Out of library , Stacks PS3537.A426 C3 2001
(1 copy, 0 available, 2 requests)

Lost since 01/21/2021 11:59 PM
Login to request item(s).

Request a Scan: Book Cha

Borrow Direct⧉

## Links

Send Us Feedback ⧉ ›
*Report a problem with this page.*

Display Source Record⧉ ›

Ask Us Now!

## Details

| | |
|---|---|
| Title | The catcher in the rye |
| Creator | Salinger, J. D. (Jerome David), 1919-2010. › |
| Publisher | Boston : Little, Brown |
| Creation Date | 2001 |
| Edition | 1st Back Bay paperback ed. |
| Format | 277 pages ; 21 cm. |
| Identifier | LC : 00108915 |
| | ISBN : 0316769177 |
| | ISBN : 9780316769174 |
| | OCLC : (OCoLC)ocm45798952 |
| Language | English |
| Record Source | Library Catalog |
| MMS ID | 991023021459705706 |
| Local ID | b28717338 |

## Virtual Browse




Salinger, a biography ... ©1999

The catcher in the rye ... 2001

Critical essays on Salinger's The catcher in the rye

J.D. Salinger's The catcher in the rye 2007



# McNamara Declaration
# Exhibit 118

MY ACCOUNT    HOURS & LOCATIONS    SERVICES    ABOUT    CITY HOME

Translate      Today 63 °
                                                                            HAZE



eLibrary    Events    Explore

Research

Search  [ SEARCH ]
○ Our Website    ○ Our Catalog




### Explore

Art in the Library

Book Club

Books and Media

Burlingame and Hillsborough
Newspaper Collection

Burlingame Reads

CA State Library Databases

Census 2020

Digital Magazines

eBooks

First Friday Art Series

Library Equity Work

Me, You, We Podcast

The New York Times

News Literacy

Pride

Streaming Video

Summer Learning

United Against Hate

Winter Reading

Home  ›  Explore  ›  EBooks

# eBooks and eAudiobooks

## OverDrive eBooks, eAudiobooks, and Digital Magazines

An extensive collection of popular fiction, non-fiction, children's and teen books available
in a variety of formats, including Kindle, EPUB, Adobe PDF eBooks and WMA and MP3 eAudiobooks.
The Overdrive collection now includes digital versions of popular magazines.

You can browse, select, and download a book and be reading in minutes. OverDrive is our main supplier of eBooks and is compatible with many devices, including Kindles, Nooks, iPads/iPhones, Android, and
Windows. You can even read eBooks right in your web browser.

You can access the collection through the OverDrive site or the Libby app.

Download the Libby app

  

CLICK HERE for more information about getting started with Overdrive and the Libby app.



Troubleshooting:
Libby Help

## Tumble Books



Animated books to enhance children's reading.

## Safari Tech Books

A specifically-tailored collection of over 36,000 technology, creative, and business books from leading publishers.

## Open Library

Access to 1.7 million scanned versions of books, and link to external sources like WorldCat and Amazon. Useful when tracking down a book no longer in print or held by a library.


Kids


Teens


Book A Room


Streaming Video


FAQ


Suggest A Purchase



© 2018 | Burlingame Public Library | 480 Primrose Road, Burlingame, CA 94010 | 650-558-7400

Powered by Revize  •  Login

Contact Us
Search The Catalog
Site Map

Library Foundation
Careers @ The Library
Suggest A Purchase



# READ ★ PLAY ★ LEARN



Photo by Michael Morse from Pexels

## Online Resources for Reading at Home With Kids in Kindergarten-2nd Grade

Here are some excellent online resources for reading at home with kids in Kindergarten-2nd grade, featuring children's literature, authors, and eBooks and audiobooks that you can access from your computer or device.

### Books and Authors

**100+ Free Video Read Alouds:** High quality picture book video read alouds collected by The Indianapolis Public Library.

**The Big List of Children's Authors Doing Online Read-Alouds & Activities:** Comprehensive and updated list provided by We Are Teachers.

**KidLit TV:** KidLit TV is the place to discover great children's books and connect with the people who create them. Includes video read alouds, podcasts, book trailers, drawing tutorials, crafts and activities.

**Read Wonder and Learn: Authors & Illustrators Share Resources for Learning Anywhere – Spring 2020:** A growing collection of resources that include everything from first-chapter and picture book read-alouds (all shared with permission!) to drawing and writing mini-lessons. Be sure to check back often, as new resources will be added every day. Click here for resources for PreK-2nd grade.

**Storyline Online:** The SAG-AFTRA Foundation's award-winning children's literacy website, Storyline Online, streams videos featuring celebrated actors reading children's books alongside creatively produced illustrations. Readers include Viola Davis, Chris Pine, Lily Tomlin, Kevin Costner, Annette Bening, James Earl Jones, Betty White and dozens more.

### eBooks and Audiobooks

**Audible Free Streaming:** Great selection of kids audiobooks for instant streaming. All stories are free to stream on your desktop, laptop, phone or tablet.

**AudioBookCloud:** All-ages audiobook database.

**International Children's Digital Library:** A digital library of outstanding children's books from around the world, available online free of charge.

**Kanopy for Kids Animated Picture Books:** Did you know that besides movies, Kanopy for Kids also has more than 200 animated picture books? To access them, sign in to Kanopy and then go to Kids-->Browse-->Story Time to access the collection!

**Open Library:** The ultimate goal of the Open Library is to make all the published works of humankind available to everyone in the world. They provide access to 1.7 million scanned versions of books. Here are some Children's and Young Adult collections to get you started: Children's Literature, Baby Books, Picture Books, Bedtime Books, Stories in Rhyme, Juvenile Literature, Young Adult Fiction.

**Oxford Owl:** Free eBook containing over 100 books for children ages 3–11.

**Sora:** Sora is Overdrive's app designed for K-12 schools. Denver Public Schools (DPS) and Denver Public Library (DPL) have turned on the Sora Public Library Connect feature that allows students to access the DPL Overdrive collection from their DPS Overdrive account. One login now gives students access to two eBook collections! Our DPS library friends have created this great video about how to link accounts in Sora. Happy eBook reading!

**Tumblebooks:** eBook database for children Kindergarten-6th grade.

**Unite for Literacy:** Unite online library provides free access to more than 400 original picture books, one fourth of them written in Spanish. The digital books provide audio narrations in more than 40 languages, spoken by native speakers in warm, expressive voices. The languages of narration include indigenous and endangered languages along with languages most widely spoken in the US.

### ASL Storytimes, Books and Resources

**ASLized Library:** Videos of community-owned literary works that were produced by the authors themselves. Great ASL storytime videos selected for the sake of preservation and promotion.

**ASL Literacy Activities by Motion Light Lab:** Free ASL Literacy resources for everyone with over 17 weeks worth of content. Sign up for free to access ASL storytelling, ASL lessons, worksheets, and more!

**Boston University's Deaf Education Library:** Crowdsourced collection of lessons for many academic subjects, all in ASL and English.

**Transformed Deaf ASL Booktime:** ASL storytimes that offer that representation for Black and Brown Deaf students.

**VL2 Storybook Apps:** Award-winning VL2 Storybook Apps service is now being offering an app for free each week! These apps are designed based on research on visual learning and bilingualism, and support literacy development in deaf children. Storybook apps are available in ASL/English as well as in other languages.

For more listening fun, here are some great podcasts to share with kids of all ages!

For DPL's Live Storytimes, check out our schedule!

---

Does this page inspire you to Read · Play · Learn with your child?

[ Yes ]  [ No ]

Contact Us    Location & Hours    Events & Classes    Catalog    Educator Services    Read About Volunteers    ADA Accessibility    denverlibrary.org

A-2771

My Account | Hours & Locations

**Mesa County LIBRARIES**

Select Language ▼   Ask Us

| Home | Books + More | eResources | Events | Services | Kids | Teens | About Us |

Mesa County Libraries Home / LibGuides / Downloadable and Streaming Media / OverDrive eBooks, eAudio, eVideo

## Downloadable and Streaming Media: OverDrive eBooks, eAudio, eVideo

Download ebooks, audiobooks, video and magazines from your library.

Search this Guide | Search

| Downloadable and Streaming Media Home | Libby - ebooks, audiobooks, magazines | OverDrive eBooks, eAudio, eVideo | Hoopla |
| Lifelong Learning (Universal Class, Mango Languages, Learning Express) | Kanopy Streaming Movies | Library Podcast |
| Help and Troubleshooting | Just for Kids |

### ANNOUNCEMENT

The OverDrive App will be removed from the Apple App Store, Google Play Store, and the Microsoft Store on February 23, 2022 and will not be available for redownload. Users with Apple, Android, and PC devices will need to use the Libby app or libbyapp.com instead or access the OverDrive website from a browser at marmot.overdrive.com.

### Get Help

- OverDrive Help - help for all devices and formats
- Troubleshooting - various topics
- Tech Table @ Central 5-6 pm every Monday, drop-in help
- Tech Table @ Central 12-2 every Tuesday, drop-in help
- Call local branch for class availability
- Book a Librarian
- Contact Us

### Free eBooks from the web

- Project Gutenberg
  Public domain ebooks ready for tons of devices
- Many Books
  Easy to use, more than 29,000 free ebooks
- Open Library
  Open Library is an open, editable library catalog, building towards a web page for every book ever published
- Internet Archive
  Non-profit library of millions of free ebooks, movies, software, music, and more
- Book Boon
  Free ebooks and textbooks

### Free eAudio from the web

- Librivox
  Public domain audiobooks
- Free Classic Audiobooks
  Public domain audiobooks
- Learn Out Loud
  Free education audio and video
- Project Gutenberg
  More public domain audiobooks

### OverDrive How-To Handouts

### OverDrive How-To Handouts

- Audiobooks for PC/Mac/Transfer to Device
- Ebooks for PC/Mac
- Kindle and Kindle App (all models)
- Microsoft Surface Tablet
- Nook GlowLight PLUS
- Nook - SimpleTouch, Glow (old model) and Sony (non-wifi model)
- OverDrive Read & OverDrive Listen (streaming from browser)
- Libby - eBooks, eAudiobooks, eMagazines

Last Updated: Feb 4, 2022 1:17 PM | URL: https://guides.mesacountylibraries.org/downloads | 🖶 Print Page

Login to LibApps
Report a problem.

Subjects: Computers and Technology, Reader Resources   Tags: audiobooks, books, downloadable media, downloads, ebooks, emedia, emusic, evideo, kindle, nook, overdrive, portable devices, sony, troubleshooting



**Mesa County LIBRARIES**

443 North 6th Street | Grand Junction, CO 81501 | (970) 243-4442





# E-Books And More

All | Audio Books | eBooks | eMagazines | Music | Video

## Family History Books

Family Search

Search and view thousands of books from our collection scanned and digitized by Family Search.

## Freegal

Download songs from the Sony Music Entertainment catalog as well as thousands of other labels, and keep them for free. Library users have a weekly download limit and the library may have an overall weekly limit, too.

Click here for more information

## Gale eBooks

Gale Virtual Reference Library

Access to OCPL's collection of Gale/Cengage reference ebooks, which can be searched simultaneously or individually.

Topics include biography, business, fashion, history, law, literature, medicine, religion, science, and social science.

Tutorial Video

## Hoopla

Hoopla

Please Note: Access to Hoopla is determined by your 'home' library. [See which libraries have access to Hoopla]
http://www.onlib.org/find/e-books-and-more/hoopla

Patrons can stream movies, TV shows, audiobooks and music when they have a connection OR download movies, TV shows, audiobooks and music to their device and enjoy them offline. The download button appears when the item is checked out. Please note that this service has a daily checkout limit that resets at midnight. Borrowing halts for the day when the limit is reached, and re-starts at midnight.

PLEASE NOTE: Central and City of Syracuse branch patrons can have up to six (6) checkouts per month per patron.

Click here for more information

## Overdrive

OverDrive Digital collection

The OverDrive Digital collection includes currently popular e-books in epub, Kindle, and pdf formats, as well as downloadable audiobooks, and music.

You can download the items and check them out on your library card just like a regular book.

Titles can be read or played on tablets, e-readers, computers and more.

Meet LIBBY, the new eBook / Audiobook app by Overdrive.

Click here for more information

## Salem Press Online

Salem Press Online

Individual ebook titles covering topics in history, biography, health, science and careers. Unlimited simultaneous use means these titles are always available. Search one title or across all Salem content.

## The Following are Free Services - No Library Card Needed

## Audible

Audible.com

For as long as schools are closed, we're open. Starting today, kids everywhere can instantly stream an incredible collection of stories, including titles across six different languages, that will help them continue dreaming, learning, and just being kids.

All stories are free to stream on your desktop, laptop, phone or tablet.

Explore the collection, select a title and start listening.

## Google Books

Google Books

Google Books is a great way to find millions of great books you can preview or read for free.

## Internet Archive

The Internet Archive

The Internet Archive provides access to ebooks, music, audiobooks, and a lot more, and is a 501(c)(3) non-profit. Its purpose includes offering permanent access to historical

collections that exist in digital format to researchers, historians, scholars, people with disabilities, and to the general public. The Internet Archive includes texts, audio, moving images, and software as well as archived web pages.

## Jamendo



Jamendo hosts over 7,000 albums for you to download for free and then review or share.

**Jamendo**

## LibriVox



LibriVox provides free audiobooks from the public domain. There are several options for listening. They are powered by volunteers, and are a non-commercial, non-profit, and ad-free project, donating their recordings to the public domain.

**LibriVox**

## New York State Talking Book & Braille Library



The New York State Talking Book and Braille Library (TBBL) lends audio and braille books and magazines, and the necessary playback equipment, to residents of the 55 upstate counties of New York State who are unable to use standard printed materials because of a visual or physical disability.

**TBBL**

## NFB-NEWSLINE - Breaking News



NFB-NEWSLINE is a free audio news service for anyone who is blind, low-vision, deafblind, or otherwise print-disabled that offers access to Breaking News.

**Find Out More**

## Open Library



Open Library is an ever growing virtual catalog with individual webpages for millions of books. Contains a collection of over 1,000,000 free eBooks as well as an eBook lending program for registered users. [Project of the Internet Archive.]

**Open Library**

## Project Gutenberg



Largest collection of free eBooks on the internet. This collection is mainly focused on many classic works and other titles in the public domain. Available in a wide variety of formats to use on different devices.

**Project Gutenberg**

## PureVolume



PureVolume is a website for the discovery and promotion of new music and emerging artists. Each artist has a profile that typically contains basic info, updates, photos, shows and music for streaming. Artists have the option of making each of their songs available for free download. Listeners and fans can also create profiles to interact with artists and each other, as well as track and share music they like.

**PureVolume**

## The Internet Archive Music Collection



The Internet Archive music collection provides access to nearly 600 virtual record labels found in the Netlabels collection, the unique contemporary compositions and performances found in the Other Minds collection, and the hundreds of popular songs from the early 20th Century found in the 78 RPM collection.

**The Internet Archive Music Collection**

**Onondaga County Public Libraries**
Central Library & Administrative Offices
447 S. Salina St.
Syracuse, NY 13202
Phone: 315.435.1900
Email: reference@onlib.org

Privacy Policy

**About OCPL**
Administration
Board Of Trustees
Employment at OCPL
Mission & History
OCPL System Information

Language or Disability
Access Assistance

**Using The Library**
How To Get a Card
Using Your Library Card
Library Takeout
Librarian Specials
Fines & Fees

Onondaga County does not discriminate on the basis of race, color, national origin, gender or gender identity, sexual orientation, or disability in employment or the provision of services..