I am a teacher in Ohio. I would like to know how many students can access one novel all at the same time?

I just want to be sure that all 121 students can access the California Blue novel by David Klass at the same time.

The school district had purchased more than 400 copies of the book, but couldn't distribute to the students because they were locked in the school

CONFIDENTIAL

INTARC00142697



Not all books have ebooks. The only available ebook for David Klass'
California Blue is our scanned copy.

CONFIDENTIAL

INTARC00142698



On March 24, Internet Archive announced that we are suspending waitlists while the world's libraries and schools are closed. We are calling this effort a national emergency library.

When we launched, we said that the NEL would run through June 30, 2020, or the end of the US national emergency. Our goal was to help educators and students who were disconnected from books while their schools and libraries were closed.

CONFIDENTIAL

INTARC00142699



- No. It is close to controlled digital lending but is significantly different while waitlists are suspended. This library is being mobilized in response to a global pandemic and US national emergency.  So then...

CONFIDENTIAL

INTARC00142700



Mentioned at the top that a lot has changed. What we're going to cover from here is the standard program/offering for Open Libraries. This is what will persist beyond the National Emergency Library.

Developed by the copyright community
Informed by Michelle Wu's work at University of Houston Law Library and its flood in 2001

CONFIDENTIAL

INTARC00142701



The way CDL works is this: For a book in a library's collection, the library can decide to lend either the physical book or a scanned version of that book, but not both at the same time. "Owned to loaned ratio"

For the 1.4M books in our lending collection, we hold a physical copy in our physical archive
Physical copies don't circulate, only digital lending
Because we've scanned the book, no need to scan it again. If you have the book, you can lend it to your patrons.

What are the controls in controlled digital lending?

CONFIDENTIAL
INTARC00142702

# Controls in Controlled Digital Lending

- "Owned to loaned" ratio
  - If no available copies, user joins a waitlist
  - Suspended for the National Emergency Library
- Books circulate for 14 days
  - Check it out again or join waitlist to read after 14 days
- DRM-protected files
  - Prevent copying or redistribution using Adobe Digital Editions

CONFIDENTIAL

INTARC00142703



One of the main controls in controlled digital lending is the "owned to loaned" ratio between the number of physical copies in the system and the number of digital copies lent.

Participating libraries ask, "Does that mean we have to control circulation for books in CDL?" The answer is yes. Circulation control is an important aspect of our program. How you implement is a local library decision, and we don't make local decisions. Let me give you some examples: some libraries only put materials into CDL that are inherently non-circulating, like materials in a reference collection, or special collections. Some libraries use CDL for materials in off-site storage, or closed branches, or as is the case today with many libraries, entire systems. I'll give you a couple more examples after our demo.



Stop for questions & then go into demo

CONFIDENTIAL
INTARC00142705



CONFIDENTIAL

INTARC00142706



- BPL has the Jordan collection of children's literature
- A historic collection: dates back to 19th century and has titles up through the 21st century
- It's a research collection, off-site -- in closed stacks, inaccessible to the public
- BPL wanted to see how they could use digitization to open access to these titles

CONFIDENTIAL

INTARC00142707



- When an overlap study with archive.org was done, we found about 46,000 books that could be included online
- These books physically have stayed at BPL, but now they link to the titles in their catalog so that their patrons can access the digitized versions
- These titles, which have been paid for and maintained with taxpayer dollars, are now far more open to the public than before
- A good example of how CDL solved a problem for a closed collection
- Tell the Ben Carson story -- we heard from BPL that librarians didn't want this title to be weeded, so it was moved to a collection that isn't weeded.

CONFIDENTIAL

INTARC00142708



INTARC00142709



# Takeaway / Appeal

- Controlled digital lending can help libraries reach patrons during normal operations as well as in times of closure & crisis

- The Internet Archive has more than 1.4M digital books you can claim & offer your patrons today

- Tell us how you used the NEL & the impact it had by leaving a testimonial

- Help others learn about the impacts of CDL & NEL by retweeting impact statements to your followers from our timeline at https://twitter.com/internetarchive

 INTARC00142712



CONFIDENTIAL                                                                    INTARC00142713



CONFIDENTIAL                                                                                                                INTARC00142714

McNamara Declaration
Exhibit 154

 **LIBRARY**

Browse ▾ | More ▾

Edit

Last edited by I'm Nick 
February 13, 2021 | History

# Volunteering @ Open Library

## Welcome!

Open Library (openlibrary.org) is a non-profit, open source, digital public library, hosted by the Internet Archive, which lends millions of ebooks to millions of patrons each year. Open Library is made possible by volunteers, like you, from more than 8 different countries (US, NL, NZ, ES, IN, UK, DE, GR, CA). We believe everyone deserves a say in how their library serves our community. A library should be not only for, but of the people. Together, let's build the World's library.

If you're busy but still like to show your generosity and support our cause, consider sponsoring a book or making a tax-deductible donation.

## How it Works:

Open Library hosts an invite-only community chat room on slack where book lovers and contributors can stay updated, ask questions, and collaborate towards improve OpenLibrary.org. Each week, Open Library also hosts an inclusive Community Call where members of the community may learn and participate in discussing the evolution of OpenLibrary.org.

To join our chat or participate in one of our weekly community calls, please "Choose Your Character" and click the relevant link to become involved. We're so excited to welcome you!

## Choose Your Character:

Want to get involved? First, lets choose your character: Which role best describes you?

### Librarian

Open Library's book catalog has millions of books and thousands of data errors. Sometimes author names are misspelled, book covers are missing, or works and authors are duplicated or conflated. Librarians work together and communicate using our Slack chat channel to identify and fix data issues in our catalog. If you've ever been interested in programming scripts, Open Library's engineering team has written guides and created basic tools to empower librarians to start fixing common problems at scale. Your contributions will help patrons find the books they are looking for, ensure patrons receive accurate data, and that our engineering team has the right feedback to build thoughtful tools for librarians and our greater Open Library community. Learn more about librarianship at Open Library or browse our librarian resources.

Contribute as a Librarian!

### Communications & Outreach

As a library, we're excited about how we're making our resources discoverable and accessible to book lovers around the world. Currently, our communications team is in great need of researchers, technical writers and storytellers, editors, video makers and marketers, idea persons, and project contributors. You're invited to join our next communications-community-discovery-call to learn how you can contribute to some really cool projects!

Join Our Communications Team!

### Software Engineer

Want to write code that empowers million of book lovers to discover books they'll love? Each year scores of volunteers help fix bugs on OpenLibrary.org and architect new features and programs that reach thousands of patrons: The Book

INTARC00151748

Sponsorship Program (featured on BoingBoing) has helped dozens of patrons sponsors missing books and the Reading Log has been used more than a million times by readers to track their reading progress!

Follow or Join Us on Github and join our slack; we have a handful of different software engineering roles available:

- Contribute as a Frontend Engineer! (javascript, vue, css/less)
- Contribute as a Backend Engineer! (python, web.py, infogami, solr, postgres)
- Contribute as a Data Engineer! (imports, bots, catalog)

### Designer & User Researcher

Does OpenLibrary.org look like it's from the the 90's? Help us fix that!

Contribute as a Designer!

### Accessibility Champion

We believe Open Library should be accessible to every patron, including those with print disabilities, and we need your help to ensure no one is left behind. Team up with Brian McNeilly, an accessibility expert with more than eight years of digital accessibility consulting experience, to help Open Library meet and exceed accessibility compliance across a variety of tests and considerations.

Why you'll love teaming up with Brian to help patrons access Open Library? Brian has presented at events nationwide including the National Forum on Principles of Accessibility and Inclusion for the Design of Library Systems hosted by MIT, the CSUN Assistive Technology Conference, and the Museums and the Web Conference. He has assisted hundreds of clients & helped develop web accessibility standards with the W3C (World Wide Web Consortium).

Learn how to join the effort:
Contribute as an Accessibility Champion!

### Translator

Help Open Library better serve an international audience and increase availability and accessibility across the globe by contributing as a translator. To learn more, please read our translator's wiki guide and check out this github issue.

Contribute as a Translator!

### Beta Tester's Group

You don't need to be an expert librarian or a professional engineer or designer to have a big impact. Can you help us test features before they go out to the world? Can you help us tweet out the latest news? Are you able to help answer questions for our community? Join our beta program and participate in community discussion:

Contribute as a Beta Tester!

## History  Created February 20, 2020 · 26 revisions

| February 13, 2021 | Edited by I'm Nick ✍ | Edited without comment. |
| February 13, 2021 | Edited by I'm Nick ✍ | Edited without comment. |
| February 2, 2021 | Edited by Mek | accessibility |
| February 2, 2021 | Edited by Mek | Edited without comment. |
| February 20, 2020 | Created by Mek | creating a volunteers page |

| Open Library | Discover | Develop | Help |
| Vision | Home | | |

INTARC00151749

A-3476

Vision

Volunteer

Careers

Blog

Terms of Service

Donate

Home

Books

Authors

Subjects

Advanced Search

Return to Top

Development Center

API Documentation

Bulk Data Dumps

Writing Bots

Add a Book

Help Center

Report A Problem

Suggesting Edits



Open Library is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include the Wayback Machine, archive.org and archive-it.org

version 8b81915

INTARC00151750

A-3477

# McNamara Declaration
# Exhibit 155

| From: | Brewster Kahle |
|---|---|
| Sent: | Thursday, September 27, 2018 7:30 PM EDT |
| To: | Hayden, Carla |
| BCC: | Lila Bailey |
| Subject: | upcoming documents on controlled digital lending |
| Attachments: | signature.asc |

Carla,

Hope all is well.   You may not remember, but we talked about lending digitized books, or "controlled digital lending" as a way to get 20th century books onto the net respectfully. Tomorrow there will be a whitepaper and position paper put out by copyright scholars (independent of the Internet Archive) on this subject.

If you would not mind not making this public, as it will be public tomorrow, I thought I would share the draft of the lawyer's post about it.   I am doing this so you would not be surprised.

We have found controlled digital lending to work well, as we have been doing it for 750,000 books for the last 7 years.
Maybe other libraries will now get on board if there is more clarity about how it works legally.

-brewster

**Controlled Digital Lending of Library Books**

*This post is co-authored by Dave Hansen (Duke University Libraries) and Kyle Courtney (Harvard Library)*

We're very pleased to announce the release of two documents that we believe have the potential to help greatly expand digital access to print library collections by helping libraries do online what we have always done in print: lend books.

Both are aimed at addressing the legal and policy rationales for what we term "controlled digital lending" -  a method by which libraries loan print books to digital patrons in a "lend like print" fashion similar to how non-digital patrons check out books in-person. Through CDL, libraries use technical controls to ensure a consistent "owned-to-loaned" ratio, meaning the library circulates the exact number of copies of a specific title it owns, regardless of format, putting controls in place to prevent users from redistributing or coping the digitized version.

CDL isn't itself a silver bullet for mass digital access to books. It's not meant to be a competitor to *Overdrive,* nor a replacement for licensing e-books of best-sellers or other currently licensable e-book content. But we think CDL does deserve significant attention as a legal strategy, particularly to help address access to the large number of books published in the "20[th] Century black hole" that have little hope of otherwise bring made available to readers online.

The first document is a *Position Statement on Controlled Digital Lending,* which is meant to help people understand the concept at a glance, give an opportunity for libraries and legal experts to communicate their support for CDL, and provide a centralizing statement around which libraries can build a

CONFIDENTIAL

INTARC00395593

community of practice. The *Statement* is signed by a number of leading libraries (some of which are currently employing CDL or actively exploring how to do so) and copyright experts.

The second document is *A White Paper on Controlled Digital Lending of Library Books*, which we co-authored. The *White Paper* delves much deeper into the legal and policy rationales for controlled digital lending, reviewing law, the fair use rationale for CDL, and practical risk and policy considerations for libraries that might consider implementing CDL for some parts of their collections. Our aim with the *White Paper* is to help libraries and their lawyers become more comfortable with the concept by more fully explaining the legal rationale as well as the situations in which the rationale is the strongest.

We, along with several colleagues, have posted more information at www.controlleddigitallending.org, which includes the *Statement* text.

The white paper can be found at:
David R. Hansen & Kyle K. Courtney, *A White Paper on Controlled Digital Lending of Library Books* (2018), https://doi.org/10.31228/osf.io/7fdyr.

CONFIDENTIAL

INTARC00395594

# McNamara Declaration
# Exhibit 156

| From: | Brenton Cheng |
|---|---|
| Sent: | Friday, November 3, 2017 4:02 AM EDT |
| To: | Michael (Mek) Karpeles |
| BCC: | Brenton Cheng |
| Subject: | Re: [internetarchive/openlibrary] Inconsistent carousels (#496) |

Nice.

On Nov 3, 2017, at 12:01 AM, Michael E. Karpeles <notifications@github.com> wrote:

████████████, I appreciate this perspective. We aspire to continuously improve as a metadata resource, both for librarians and for the average user. █████ and █████ have been doing amazing work, volunteering contributions almost every day (!) to help us achieve this mission.

Open Library also needs to remain sustainable as a project and provide value to its stakeholders -- our readers and the Internet Archive. One of the reasons we're allowed to continue development is that thousands of readers every day use us as a mechanism for discovery for finding their next book. Book borrows is one way we measure the value we give to our readers and the value we provide Internet Archive. Rather than trying to push books based on an agenda, we try really hard to choose carousels based on the anonymized analytics we receive from site use.

While a bookcover shouldn't be the only information we show to users (we have and are open to all sorts of ideas to display more information users have grown to expect), it is *by far* the number one most compelling thing which users look for, based on our analytics. And given reality has it that we are competing for eyeballs with Amazon, Goodreads (45M monthly users), Overdrive, OCLC Worldcat, and countless other websites, there's a certain degree of wisdom in listening to analytics and user feedback.

I don't say any of this to invalidate any of the feedback you're offering. As a lover of metadata, I'm doing everything I know how (given the resources we have) to help guide us towards a world of richer metadata. We've been working with Wikidata, Betterworldbooks, Onix feed providers, OPDS providers, and have even been building tools to empower our community to help with work/edition. And I'm also happy to invest my person hours, my weekends, reviewing any code contributions you want to offer to make our content more engaging, equitable, discoverable, and accessible to wider audiences.

Rather, I simply hope to communicate that on the other end of the equation, there are tens of thousands of readers on Open Library who are looking for romance novels, self-help books, kids books, and modern thrillers. And that performance and engagement are necessary criteria which determine our future. I know you aren't advocating that we ignore these things, but I think it's easy (and I only say this because I do it all the time) to view Open Library in a purist lends of being the open metdata catalog for the world, without strategizing for the elements

CONFIDENTIAL

INTARC00374675

which help us survive and hit these milestones. Said with the absolute highest degree of love and respect <3 - mek

---
You are receiving this because you are subscribed to this thread.
Reply to this email directly, view it on GitHub, or mute the thread.

CONFIDENTIAL

INTARC00374676

# McNamara Declaration
# Exhibit 157

Page 1

1             IN THE UNITED STATES DISTRICT COURT

2            FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4

5    HACHETTE BOOK GROUP, INC.,

     HARPERCOLLINS PUBLISHERS LLC,

6    JOHN WILEY & SONS, INC., and

     PENGUIN RANDOM HOUSE LLC,

7

                   Plaintiffs,

8

           vs.                    No. 1:20-cv-04160-JGK

9

     INTERNET ARCHIVE and DOES 1

10   through 5, inclusive,

11                 Defendants.

     _____/

12

13

14

15

16         DEPOSITION OF MICHAEL "MEK" KARPELES

17              Remote Zoom Proceedings

18             Somerville, Massachusetts

19            Wednesday, October 27, 2021

20

21

22

23   REPORTED BY:

24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25

Page 19

1    be internal email at Internet Archive?

2         A.   What is internal email?

3         Q.   Well, between Internet Archive employees.

4         A.   I don't recall e actly who was on the emails.  I

5    would have to see the documents again.

6         Q.   Okay.  What is your current  ob title?

7         A.   I'm not positive.  I would probably say that my

8     ob title officially is senior software engineer.

9         Q.   Why are you unsure about your  ob title?

10        A.   At least on my team,  ob titles are seldom used

11   in any capacity.

12        Q.   Who do you work for?  Who's your employer?

13        A.   The Internet Archive.

14        Q.   That's the defendant in this action?

15        A.   Yes.

16        Q.   And have you described yourself as the program

17   lead for OpenLibrary.org?

18        A.   Yes, I have described myself as that.

19        Q.   Have you also described yourself as running

20   OpenLibrary.org?

21        A.   I have said that before.

22        Q.   When did you first become an Internet Archive

23   employee?

24        A.   In April of 2016.

25        Q.   And when you became an Internet Archive employee

Page 240

1    from Libgen, and then uploaded those copies to the

2    Internet Archive's website?

3            MS. LEE:  Ob ection.  Lacks foundation.

4            THE WITNESS:  I have no idea what Aaron Zimm may

5    or may not have done.

6        Q.  BY MR. ZEBRAK:  Okay.  And can you turn your

7    attention to E hibit 153, please?

8             E hibit 153, INTARC00374675 - 76, marked for

9             identification electronically by counsel.

10       Q.  BY MR. ZEBRAK:  It's a document that bears the

11   Bates Number INTARC 374675.

12       A.  Just waiting for it to load.

13           I see 153.  Yes, I can see this document.

14       Q.  Do you recall sending this email to LeadSongDog?

15       A.  I don't have a specific recollection of -- of

16   this email.  And that's probably because there is a --

17   the sub ect means that this conversation may have

18   occurred on GitHub rather than email.

19       Q.  Right.

20           It indicates that you wrote the email to

21   LeadSongDog; correct?

22       A.  No, it doesn't.  It -- it suggests that there

23   would have been a conversation on GitHub which resulted

24   in an email notification being sent to Brenton.

25       Q.  Did you write the te t that is in the body of

Page 241

1  this email?

2      A.  I believe from what I'm writing that -- that,

3  yes.

4      Q.  And who is LeadSongDog?  Do you know?

5      A.  I don't know who LeadSongDog is, other than they

6  are a contributor -- a volunteer to the Open Library

7  pro ect.

8      Q.  So this is -- the te t is content you wrote to

9  one of the volunteers for OpenLibrary.org; right?

10     A.  I believe that's correct.

11     Q.  And if you look in the third paragraph that

12  begins with, "While a book cover."

13         Do you see that paragraph?

14     A.  I do.

15     Q.  And in the second sentence, you indicate that --

16  that, "We are competing for eyeballs with Overdrive,"

17  among others; correct?

18     A.  The sentence says that it's a reality that, "We

19  are competing for eyeballs with Ama on, Goodreads,

20  Overdrive, OCLC WorldCat and countless other websites."

21     Q.  So Overdrive was one of the sites that you were

22  competing for eyeballs with; correct?

23     A.  I imagine that Costco is one of the websites

24  that we are competing for eyeballs with.

25     Q.  My question to you, sir, is not about Costco.

Page 242

1    My question is:  You wrote here that Overdrive is one of

2    the websites that you were competing for eyeballs with;

3    correct?

4         A.  No more so than any of the other websites listed

5    in this sentence.

6         Q.  And in the last paragraph, you wrote that:

7    "There are tens of thousands of readers on Open Library

8    who are looking for romantic novels, self-help books,

9    kids books, and modern thrillers"; correct?

10        A.  I believe that's correct.

11        Q.  And that's an accurate statement; correct, that

12   many of Open Library's individuals that use it are

13   looking for those types of books?

14        A.  I don't see any analytics that would make me

15   believe that I meant anything, other than to colloquially

16   use a number for reference back in 2017 on a GitHub

17   developers' chat channel.

18             But I do see that written here.

19        Q.  Okay.  Well, I think we're done for the day.

20             MR. ZEBRAK:  Thank you, Counsel, and

21   Mr. Karpeles for your time.  And especially our

22   stenographer -- court reporter and videographer as well.

23   I know it's been a long day for everyone, so thank you

24   for your time.

25             MS. LEE:  Yeah, thank you so much.

Page 244

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF MARIN        )
 3
 4         I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do
 5   hereby certify:
 6         That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9         That testimony of the witness and all objections
10   made by counsel at the time of the examination were
11   recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16         I further certify that I am neither counsel for
17   any party to said action, nor am I related to any party
18   to said action, nor am I in any way interested in the
19   outcome thereof.
20         IN WITNESS WHEREOF, I have subscribed my name
21   this 2nd day of November, 2021.
22
23
24
25         LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

**Exhibit 158 to**

**McNamara Declaration**

**Filed Under Seal**

**(A-3491)**

# McNamara Declaration
# Exhibit 159

# Durie Tangri

<div align="right">

Joseph C. Gratz
jgratz@durietangri.com

</div>

June 9, 2022

**VIA ECF**

The Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

Re:    *Hachette Book Group, Inc. et al. v. Internet Archive*, Case No. 1:20-CV-04160-JGK

Your Honor:

I write on behalf of Defendant Internet Archive pursuant to Paragraph 2-B of Your Honor's Individual Practices to request a pre-motion conference on a motion for summary judgment in the above matter.

## I.    The Basis for the Anticipated Motion

This case raises two distinct questions. *First*, may a nonprofit library that owns a lawfully made and acquired print copy of a book loan a digital copy of that book to a library patron, if the library (1) loans the book to only one patron at a time for each non-circulating print copy it owns (thus maintaining a one-to-one "owned-to-loaned" ratio); (2) implements technical protections that prevent access to the book by anyone other than the current borrower; and (3) limits its digital lending to books published in the past five or more years? This describes Internet Archive's implementation of a practice known as "Controlled Digital Lending," or "CDL."

*Second*, during a twelve-week period when a global pandemic forced the closure of substantially all physical libraries, such that they could not physically loan any of the millions of print books they owned, was a nonprofit library permitted to lend books digitally *without* imposing the one-to-one owned-to-loaned ratio, so long as the library (1) implemented the same technical protections and five-year limitation it implements under CDL, and (2) reimposed the one-to-one owned-to-loaned ratio as soon as libraries were once again widely able to lend physical books? This short-lived service was called the "National Emergency Library," or "NEL."

The answers to these questions will shape how libraries continue to serve the public interest in the digital age. They come to this Court in the context of a suit for copyright infringement brought by major book publishers against a decades-old 501(c)(3) nonprofit library, Internet Archive. The publishers assert that both CDL and the NEL infringe their copyrights. Internet Archive intends to move for summary judgment that both the CDL and NEL are lawful fair uses.

217 Leidesdorff Street     953 East 3rd Street
San Francisco, California 94111     Los Angeles, California 90013
(415) 362-6666     (213) 992-4499
www.durietangri.com

The Honorable John G. Koeltl
June 9, 2022
Page 2

### A. Controlled Digital Lending by a nonprofit library is fair use.

As to the first fair use factor, "the purpose and character of the use," courts inquire into the commercial or noncommercial character of the use, to its transformativeness, and to the relationship of the use to the purposes of copyright. As to commerciality, the Internet Archive is a 501(c)(3) nonprofit public charity that lends books for free; it could hardly be less commercial. "There is no doubt that a finding that copying was not commercial in nature tips the scales in favor of fair use." *Google LLC v. Oracle Am., Inc.*, 141 S. Ct. 1183, 1204 (2021). As to transformativeness, CDL "utilizes technology to achieve the transformative purpose of improving the efficiency of delivering content without unreasonably encroaching on the commercial entitlements of the rights holder." *Fox News Network, LLC v. TVEyes, Inc.*, 883 F.3d 169, 177 (2d Cir. 2018). Digital lending of library books is more efficient than physical lending in some respects; a library need not deliver or mail a book to a patron when the lending occurs digitally. And CDL does not encroach on the commercial entitlements of the rights holder; just as with physical lending, only one patron can borrow the book at a time, and the one patron who has borrowed a particular print copy from a library is entitled to read it. Thus, "the improved delivery was to one entitled to receive the content." *Capitol Recs., LLC v. ReDigi Inc.*, 910 F.3d 649, 661 (2d Cir. 2018). And lending library books serves the ultimate purposes of copyright by encouraging "the intellectual enrichment of the public." *Cariou v. Prince*, 714 F.3d 694, 705 (2d Cir. 2013).

As to the second factor, "the nature of the copyrighted work," this factor "has rarely played a significant role in the determination of a fair use dispute," *Authors Guild v. Google, Inc.*, 804 F.3d 202, 220 (2d Cir. 2015), and this case is no exception. The works that the publishers selected are "of every type of work imaginable," and so the "fair-use analysis hinges on the other three factors." *Authors Guild, Inc. v. HathiTrust*, 755 F.3d 87, 98 (2d Cir. 2014). And the fact that they were previously published—almost all more than five years before availability for lending—tilts this factor in favor of fair use.

As to the third factor, "the amount and substantiality of the portion used in relation to the copyrighted work as a whole," borrowing a book from a library necessarily entails borrowing the whole thing. Thus, lending out an entire book to the one patron at a time who has borrowed it from the library is "reasonable in relation to the purpose of the copying." *Authors Guild*, 804 F.3d at 221.

The fourth factor examines "the effect of the use upon the potential market for or value of the copyrighted work." "Analysis of this factor requires us to balance the benefit the public will derive if the use is permitted and the personal gain the copyright owner will receive if the use is denied." *Wright v. Warner Books, Inc.*, 953 F.2d 731, 739 (2d Cir. 1991) (internal quotation marks omitted). The record overflows with public benefits: increasing the efficiency with which libraries can lend print books saves library staff time, saves library patrons trips (or postage), and gets library books to the people who want to read them, one at a time. And when it comes to harm, analysis of lending data shows that neither Plaintiffs' book sales nor Plaintiffs' licensed library ebook lending saw any decrease in demand when the works in suit were made available via CDL, nor any increase in demand when the works in suit were no longer available. Plaintiffs' feared harms simply never materialized; indeed, analysis of the available data shows that they would not materialize even if CDL became a more widespread practice. Further, courts "must consider not just the amount but also the source of the loss." *Google LLC*, 141 S. Ct. at 1206. Here, that claimed source is a nonprofit library lending books it owns. To the extent that the feared market harms are the very same ones that would flow from handing a particular copy to a library

The Honorable John G. Koeltl
June 9, 2022
Page 3

patron, or mailing it to them, rather than lending that copy digitally, those harms are not ones that copyright takes into account. Every copy Internet Archive lends out was bought from the publishers, and it is not fair to demand that libraries pay again to lend the copy they already own.

For those reasons, CDL easily passes the "ultimate test of fair use," which asks "whether the copyright law's goal of 'promoting the Progress of Science and useful Arts,' would be better served by allowing the use than by preventing it." *Blanch v. Koons*, 467 F.3d 244, 251 (2d Cir. 2006) (cleaned up). American copyright law has never regarded one-at-a-time library lending as copyright infringement, and now is no time to start.

> **B.** **Under the unique circumstances of Spring 2020, the National Emergency Library was fair use.**

In the spring of 2020, an unprecedented global pandemic forced all of the libraries to close. Library patrons could not access the millions of books that libraries had bought from publishers. Under those unique circumstances, Internet Archive lifted its one-to-one owned-to-loaned ratio. And under those unique circumstances, lending a single library book to more than one patron at a time was fair use. As with CDL, analysis of the data reflects that the publishers did not actually lose out on any revenues as a result of the NEL. But even if they had, the public benefits of reuniting students with the books locked up in their shuttered classrooms, and reuniting the public with the books locked up in their shuttered libraries, justified that temporary measure. As the headline on Jill Lepore's article in The New Yorker read: "The National Emergency Library Is a Gift to Readers Everywhere." It was—and it was a fair use.

In addition, Internet Archive expects to move for summary judgment that, in the event either CDL or the NEL was found not to be fair use, statutory damages should be remitted based on the Copyright Act's requirement that a "court shall remit statutory damages in any case where an infringer believed and had reasonable grounds for believing that his or her use of the copyrighted work was a fair use under section 107, if the infringer was . . . a nonprofit educational institution, library, or archives . . . which infringed by reproducing the work in copies or phonorecords[.]" 17 U.S.C. § 504(c)(2).

## II. Procedural Matters Relating to the Motion

The schedule for the anticipated motion was previously set by order of Magistrate Judge Wang, ECF No. 70, with the deadline for dispositive motions set for July 7, 2022; oppositions due September 2, 2022; and replies due October 7, 2022. Because of the complexity of the issues presented, the parties both request enlarged word limits for the briefing: 12,000 words for opening briefs, 10,000 words for oppositions, and 6,000 words for reply briefs.

We look forward to discussing the anticipated motion with Your Honor.

Respectfully submitted,

Joseph C. Gratz
cc:     All Counsel (via ECF)

**Exhibit 160 to
McNamara Declaration
Filed Under Seal
(A-3496)**

# McNamara Declaration
# Exhibit 161

Page 1
Who Is Darin Olien on Netflix's 'Down to Earth' with Zac Efron?
https://www.menshealth.com/entertainment/a33265319/down-to-earth-netflix-darin-olien/



Our product picks are editor-tested, expert-approved. We may earn a commission through links on our site.

# Darin Olien is More Than Zac Efron's Travel Partner in Netflix's *Down to Earth*

**Among his many accolades? He discovered a super nut.**

 BY ADRIANNA FREEDMAN    JUL 10, 2020



If you're one who's nostalgic for traveling the world while stuck at home, then chances are you've discovered *Down to Earth*, the newest docuseries to drop on Netflix. With Zac Efron as the host (someone you probably never thought of as a travel expert), he goes all over the globe to search for healthier and cleaner ways to live—while also taking the time to explore different cultures throughout his various adventures.

As Efron says in the show's trailer, he's "searching for healthy, sustainable living solutions for the planet and all who live on it."

Efron doesn't travel alone, though—he takes Darin Olien with him for the ride, an author and podcast host who is well-versed in the world of sustainability. But there is a lot more to him than being the actor's right-hand man. Get to know a little more about Olien and exactly what makes him the right person to join Efron on his ride.



**WHAT'S MORE IMPORTANT TO YOU?**

| WORKING OUT | EATING WELL |
|---|---|

## He is a wellness expert.



Olien has become widely recognized for being a "superfoods hunter," traveling globally to find foods and plants that will benefit your health without resorting to various medicines. According to his official website, he also worked with the fitness company Beachbody to create some of their most popular food programs, including their "Shakeology" and "Ultimate Reset 21-Day" detoxes.

## He discovered a new super food in Brazil.

While going through remote areas in South America, Olien and his fellow travelers stumbled upon the Barùkas, a nut popular to indigenous tribes, but unheard of throughout the rest of the world. He considers it to be one of the healthiest nuts you can find on the planet, as it contains specific micronutrients and vegan proteins.

## He published a book about his life's work.



Subscribe to Men's Health

SHOP NOW

ADVERTISEMENT - CONTINUE READING BELOW



MARIA TASH    Fine Jewelry & Luxury Piercing
Maria Tash

In 2017, Olien published *SuperLife: The 5 Simple Fixes That Will Make You Healthy, Fit and Eternally Awesome* (a book that Efron likes to name drop at the beginning of every episode). The book uses what Olien calls "life forces" (quality nutrition, hydration, detoxification, oxygenation and alkalization) to create a lifestyle that could determine whether a person is healthy and able to fight a sickness. The book also contains recipes, a user's guide for his lifestyle and how to effectively take certain supplements.

As you watch the series, be on the lookout for some of his theories and how many times Efron talks about the book (hint: it's a lot).

## He is a vegan.

Olien chose to cut animal products from his diet as part of an experiment to see if he needed animal protein to maintain a higher level of fitness. It's also something Efron keeps in mind throughout the series, as the duo often go to restaurants in the respective location they're in to taste some local cuisine… and based on some of the dishes we see them order, Olien might be onto something with his vegan diet.





MARIA TASH    Fine Jewelry & Luxury…
Maria Tash

Want six-pack abs? Start here.

**Fat-burning workouts and expert weight loss advice, delivered daily.**

Enter your email address here.    LET'S DO THIS.

By signing up, I agree to Hearst Magazines' Terms of Use (including the dispute resolution procedures); my information will be used as described in the Privacy Notice.

Page 3
Who Is Darin Olien on Netflix's 'Down to Earth' with Zac Efron?
https://www.menshealth.com/entertainment/a33265319/down-to-earth-netflix-darin-olien/



MORE FROM

# ENTERTAINMENT



**Drake Performed On-Stage With Backstreet Boys**



**How Stranger Things Season 4 Mishandles That Death**





**How Stranger Things Ruined Max's Big Finale Moment**



**Taron Egerton Had Talks to Play MCU's Wolverine**



**'Stranger Things' Star Cried When She Saw Vecna**



**The Boys Season 3 Has a Kink-Shaming Problem**



**Creepy Burger King Found in Mall**



**Ms Marvel's Red Dagger Debut Needs Clearing Up**



**Everything We Know About Stranger Things Season 5**



**Elizabeth Olsen Wants Marvel to Bring Wanda Back**





# McNamara Declaration
# Exhibit 162

| | |
|---|---|
| **From:** | Brewster Kahle |
| **Sent:** | Thursday, September 27, 2018 7:30 PM EDT |
| **To:** | Hayden, Carla |
| **Subject:** | upcoming documents on controlled digital lending |
| **Attachments:** | signature.asc |

Carla,

Hope all is well.   You may not remember, but we talked about lending digitized books, or "controlled digital lending" as a way to get 20th century books onto the net respectfully. Tomorrow there will be a whitepaper and position paper put out by copyright scholars (independent of the Internet Archive) on this subject.

If you would not mind not making this public, as it will be public tomorrow, I thought I would share the draft of the lawyer's post about it.   I am doing this so you would not be surprised.

We have found controlled digital lending to work well, as we have been doing it for 750,000 books for the last 7 years.
Maybe other libraries will now get on board if there is more clarity about how it works legally.

-brewster

**Controlled Digital Lending of Library Books**

*This post is co-authored by Dave Hansen (Duke University Libraries) and Kyle Courtney (Harvard Library)*

We're very pleased to announce the release of two documents that we believe have the potential to help greatly expand digital access to print library collections by helping libraries do online what we have always done in print: lend books.

Both are aimed at addressing the legal and policy rationales for what we term "controlled digital lending" -  a method by which libraries loan print books to digital patrons in a "lend like print" fashion similar to how non-digital patrons check out books in-person. Through CDL, libraries use technical controls to ensure a consistent "owned-to-loaned" ratio, meaning the library circulates the exact number of copies of a specific title it owns, regardless of format, putting controls in place to prevent users from redistributing or coping the digitized version.

CDL isn't itself a silver bullet for mass digital access to books. It's not meant to be a competitor to *Overdrive,* nor a replacement for licensing e-books of best-sellers or other currently licensable e-book content. But we think CDL does deserve significant attention as a legal strategy, particularly to help address access to the large number of books published in the "20[th] Century black hole" that have little hope of otherwise bring made available to readers online.

The first document is a *Position Statement on Controlled Digital Lending,* which is meant to help people understand the concept at a glance, give an opportunity for libraries and legal experts to communicate their support for CDL, and provide a centralizing statement around which libraries can build a

community of practice. The *Statement* is signed by a number of leading libraries (some of which are currently employing CDL or actively exploring how to do so) and copyright experts.

The second document is *A White Paper on Controlled Digital Lending of Library Books*, which we co-authored. The *White Paper* delves much deeper into the legal and policy rationales for controlled digital lending, reviewing law, the fair use rationale for CDL, and practical risk and policy considerations for libraries that might consider implementing CDL for some parts of their collections. Our aim with the *White Paper* is to help libraries and their lawyers become more comfortable with the concept by more fully explaining the legal rationale as well as the situations in which the rationale is the strongest.

We, along with several colleagues, have posted more information at www.controlleddigitallending.org, which includes the *Statement* text.

The white paper can be found at:
David R. Hansen & Kyle K. Courtney, *A White Paper on Controlled Digital Lending of Library Books* (2018), https://doi.org/10.31228/osf.io/7fdyr.

CONFIDENTIAL

INTARC467710

# McNamara Declaration
# Exhibit 163

Detroit Library

Overdrive



DETROIT PUBLIC LIBRARY

Feedback | Help

Subjects | Collections | Kindle Books | Kids | Teens | Magazines | Search | Sign in

## MI-83 Digital Library Connection

SEE ALL

The MI-83 Digital Library Connection is funded by an ARPA grant, provided in part by the Institute of Museum and Library Services through the Library of Michigan, an agency of the Michigan Department of Education.

AVAILABLE

Fun with Addition
by Lorenzo McLellan
EBOOK
BORROW

AVAILABLE

Master the NCLEX-...
by Peterson's
EBOOK
BORROW

AVAILABLE

Tiny Creatures
by Nicola Davies
EBOOK
BORROW

AVAILABLE

Sheep Won't Sleep
by Judy Cox
EBOOK
BORROW

AVAILABLE

Alexa for Dummies
by Paul McFedries
EBOOK
BORROW

AVAILABLE

Beginning Handwri...
by Brighter Child
EBOOK
BORROW

Meet Libby.
A fresh and easy way to borrow and read from your library.
Learn more at meet.libbyapp.com
Download on the App Store
GET IT ON Google Play

## Just added

SEE ALL

AVAILABLE

I Guess I Haven't Lea...
by Shauna Niequist
EBOOK
BORROW

AVAILABLE

Batman: Year One
by Frank Miller
EBOOK
BORROW

AVAILABLE

Teenage Mutant Ninj...
by Kevin Eastman
EBOOK
BORROW

AVAILABLE

Star Trek: The Next G...
by David Tipton
EBOOK
BORROW

AVAILABLE

Game
by Grant Hill
AUDIOBOOK
BORROW

AVAILABLE

How to Live in Detroi...
by Aaron Foley
EBOOK
BORROW

Page 2
Detroit Public Library - OverDrive
https://detroitpubliclibrary.overdrive.com/



### Black Joy ›

SEE ALL

| | | | | | |
|---|---|---|---|---|---|
| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
| President of the Whol… by Sherri Winston 🎧 AUDIOBOOK | The Wedding Date by Jasmine Guillory 📖 EBOOK | While We Were Dating by Jasmine Guillory 🎧 AUDIOBOOK | Take a Hint, Dani Bro… by Talia Hibbert 📖 EBOOK | The Proposal by Jasmine Guillory 🎧 AUDIOBOOK | Year of Yes by Shonda Rhimes 🎧 AUDIOBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

### History By and About Black Women ›

SEE ALL

| | | | | | |
|---|---|---|---|---|---|
| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
| The 1619 Project by Nikole Hannah-Jones 📖 EBOOK | Until I Am Free by Keisha N. Blain 📖 EBOOK | This Is Your Time by Ruby Bridges 🎧 AUDIOBOOK | Reclamation by Gayle Jessup White 🎧 AUDIOBOOK | A Taste of Power by Elaine Brown 📖 EBOOK | Vanguard by Martha S. Jones 🎧 AUDIOBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

### 2022 Adult African American Booklist ›

SEE ALL

| | | | | | |
|---|---|---|---|---|---|
| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |
| The 1619 Project by Nikole Hannah-Jones 🎧 AUDIOBOOK | Harlem Shuffle by Colson Whitehead 🎧 AUDIOBOOK | The 1619 Project by Nikole Hannah-Jones 📖 EBOOK | The Love Songs of W… by Honoree Fanonne Je… 📖 EBOOK | The Sweetness of Wa… by Nathan Harris 📖 EBOOK | Will by Will Smith 📖 EBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

### Mocha Girls Read ›

SEE ALL

Page 3
Detroit Public Library - OverDrive
https://detroitpubliclibrary.overdrive.com/


**Becoming**
by Michelle Obama
AUDIOBOOK
BORROW


**Educated**
by Tara Westover
AUDIOBOOK
BORROW


**Educated**
by Tara Westover
EBOOK
BORROW


**The Hate U Give**
by Angie Thomas
EBOOK
BORROW


**Becoming**
by Michelle Obama
EBOOK
BORROW


**The Fifth Season**
by N. K. Jemisin
EBOOK
BORROW

### ♥Happy Birthday Detroit♥ ＞    SEE ALL


**The Story of Motown**
by Peter Benjaminson
EBOOK
BORROW


**Faith in the City**
by Angela Denise Dillard
EBOOK
PLACE A HOLD


**Detroit's Birwood Wall**
by Gerald Van Dusen
EBOOK
PLACE A HOLD


**Diamond In the Rough**
by Sylvia Hubbard
EBOOK
BORROW


**The Detroit Public Lib...**
by Barbara Madgy Cohn
EBOOK
BORROW


**Hidden History of De...**
by Amy Elliott Bragg
EBOOK
PLACE A HOLD

### J.D. Robb's In Death Series ＞    SEE ALL




**Forgotten in Death**
by J. D. Robb
AUDIOBOOK
BORROW


**Naked in Death**
by J. D. Robb
EBOOK
BORROW


**Faithless in Death**
by J. D. Robb
AUDIOBOOK
BORROW


**Connections in Death**
by J. D. Robb
AUDIOBOOK
BORROW


**Golden in Death--An ...**
by J. D. Robb
AUDIOBOOK
BORROW


**Vendetta in Death**
by J. D. Robb
AUDIOBOOK
BORROW

Page 4
Detroit Public Library - OverDrive
https://detroitpubliclibrary.overdrive.com/

## Popular Magazines ›

SEE ALL



**The New Yorker**
July 11-18, 2022
MAGAZINE
BORROW

**The Economist**
Jul 02 2022
MAGAZINE
BORROW

**Cook's Illustrated**
July/August 2022
MAGAZINE
BORROW



**Us Weekly**
July 11, 2022 / July 18, 2...
MAGAZINE
BORROW



**Amateur Photographer**
Jul 05 2022
MAGAZINE
BORROW



**HGTV Magazine**
July/August 2022
MAGAZINE
BORROW

## Romance by Black Authors ›

SEE ALL



**The Wedding Date**
by Jasmine Guillory
EBOOK
BORROW



**While We Were Dating**
by Jasmine Guillory
AUDIOBOOK
BORROW



**Take a Hint, Dani Bro...**
by Talia Hibbert
EBOOK
BORROW



**Ace of Spades**
by Faridah Àbíké-Íyímídé
AUDIOBOOK
BORROW



**The Worst Best Man**
by Mia Sosa
AUDIOBOOK
BORROW



**Ace of Spades**
by Faridah Àbíké-Íyímídé
EBOOK
BORROW

LOAD MORE

**MY ACCOUNT**
Sign in
Need a library card?

**SUPPORT**
Help
Get support

**STAY CONNECTED**
Detroit Public Library home
Share feedback

powered by
**OverDrive**
Get the app

**kindle**
Read anywhere on any device

© 2022 OverDrive, Inc. All Rights Reserved. Privacy Policy · Cookie settings · Accessibility · Important Notice about Copyrighted Materials

Austin Library

Overdrive



Page 1
Austin Public Library - OverDrive
https://austinlibrary.overdrive.com/

AUSTIN PUBLIC LIBRARY

Language | Feedback | Help

Subjects | Collections | Kindle Books | Magazines | Teens | Kids | Español | Search | Sign in

OverDrive videos will be removed on September 1, 2022. For more streaming video options, **Ask Us**.

## Lucky Day Collection

Titles shown in this list are available for immediate 7-day checkout. No holds. No renewals. If you already have a hold on this title, it won't be canceled by a Lucky Day check-out.

See all >

## Meet Libby.

A fresh and easy way to borrow and read from your library.

Learn more at meet.libbyapp.com

Download on the App Store | GET IT ON Google Play

## Top Romance >

SEE ALL

AVAILABLE

Pride and Prejudice
by Jane Austen
AUDIOBOOK
BORROW

AVAILABLE

Portrait of a Scotsman
by Evie Dunmore
EBOOK
BORROW

AVAILABLE

Love Lettering
by Kate Clayborn
EBOOK
BORROW

AVAILABLE

A Rogue of One's Own
by Evie Dunmore
EBOOK
BORROW

AVAILABLE

Payback's a Witch
by Lana Harper
EBOOK
BORROW

AVAILABLE

Virgin River
by Robyn Carr
EBOOK
BORROW

## Senior Sleuths >

SEE ALL

Page 2
Austin Public Library · OverDrive
https://austinlibrary.overdrive.com/


AVAILABLE

At Bertram's Hotel
by Agatha Christie
🎧 AUDIOBOOK
BORROW


AVAILABLE

The Shadow of Death
by Jane Willan
📖 EBOOK
BORROW


AVAILABLE

Motive v. Opportunity
by Agatha Christie
📖 EBOOK
BORROW


AVAILABLE

Come Death and Hig...
by Ann Cleeves
📖 EBOOK
BORROW


AVAILABLE

The Tale of Castle Co...
by Susan Wittig Albert
🎧 AUDIOBOOK
BORROW


AVAILABLE

Biggie and the Fricas...
by Nancy Bell
🎧 AUDIOBOOK
BORROW

## A Shore Thing ›

SEE ALL


AVAILABLE

Same Beach, Next Year
by Dorothea Benton Fra...
📖 EBOOK
BORROW


AVAILABLE

Summer Breeze
by Nancy Thayer
📖 EBOOK
BORROW


AVAILABLE

Drawing Home
by Jamie Brenner
📖 EBOOK
BORROW


AVAILABLE

Beyond the Break
by Heather Buchta
📖 EBOOK
BORROW


AVAILABLE

A Lowcountry Wedding
by Mary Alice Monroe
🎧 AUDIOBOOK
BORROW


AVAILABLE

Summer Hours
by Amy Mason Doan
📖 EBOOK
BORROW

## Disability Visibility ›

SEE ALL


AVAILABLE

Just Breathe
by Cammie McGovern
📖 EBOOK
BORROW


AVAILABLE

The Survival List
by Courtney Sheinmel
🎧 AUDIOBOOK
BORROW


AVAILABLE

The Reason I Jump
by Naoki Higashida
🎧 AUDIOBOOK
BORROW


AVAILABLE

Whirligig
by Paul Fleischman
🎧 AUDIOBOOK
BORROW

AVAILABLE

The World in Flames
by Jerald Walker
📖 EBOOK
BORROW

AVAILABLE

Aspergirls
by Rudy Simone
📖 EBOOK
BORROW

Page 3
Austin Public Library · OverDrive
https://austinlibrary.overdrive.com/



## American History ›

SEE ALL

**Buses Are a Comin'**
by Charles Person
AUDIOBOOK
BORROW

**Killers of the Flower ...**
by David Grann
EBOOK
BORROW

**Reclamation**
by Gayle Jessup White
EBOOK
BORROW

**Theodore Roosevelt f...**
by David Fisher
EBOOK
BORROW

**Killing Crazy Horse**
by Bill O'Reilly
AUDIOBOOK
BORROW

**First Friends**
by Gary Ginsberg
AUDIOBOOK
BORROW

## Just added ›

SEE ALL

**Conhecendo Crenças...**
Jul 03 2022
MAGAZINE
BORROW

**El impostor**
by Javier Cercas
AUDIOBOOK
BORROW

**Tokyo Revengers, Vol...**
by Ken Wakui
EBOOK
BORROW

**Where Cowards Go t...**
by Benjamin Sledge
AUDIOBOOK
BORROW

**El vientre de la ballena**
by Javier Cercas
AUDIOBOOK
BORROW

**Relatos reales**
by Javier Cercas
AUDIOBOOK
BORROW

## OverDrive Magazines ›

SEE ALL

**The Economist**
Jul 02 2022
MAGAZINE
BORROW

**The New Yorker**
July 11-18, 2022
MAGAZINE
BORROW

**Us Weekly**
July 11, 2022 / July 18, 2...
MAGAZINE
BORROW

**HGTV Magazine**
July/August 2022
MAGAZINE
BORROW

**Cook's Illustrated**
July/August 2022
MAGAZINE
BORROW

**Good Housekeeping**
July/August 2022
MAGAZINE
BORROW



## Dig in the Dirt >

SEE ALL

AVAILABLE

Now Is the Time for T...
by Arbor Day Foundation
EBOOK
BORROW

AVAILABLE

The Edible Ecosyste...
by Zach Loeks
EBOOK
BORROW

AVAILABLE

Introduction to Bonsai
by Bonsai Sekai Magazi...
EBOOK
BORROW

AVAILABLE

Grow Now
by Emily Murphy
EBOOK
BORROW

AVAILABLE

Container and Raised...
by Jill Edward Wylie
EBOOK
BORROW

AVAILABLE

Creative Garden Desi...
by Jack Wallington
EBOOK
BORROW

## Literature in Translation >

SEE ALL

WAIT LIST

Simple Passion
by Annie Ernaux
EBOOK
PLACE A HOLD

WAIT LIST

Happening
by Annie Ernaux
EBOOK
PLACE A HOLD

WAIT LIST

The Hitchhiker
by Gerwin van der Werf
EBOOK
PLACE A HOLD

WAIT LIST

Life Ceremony
by Sayaka Murata
EBOOK
PLACE A HOLD

WAIT LIST

Brisbane
by Eugene Vodolazkin
EBOOK
PLACE A HOLD

WAIT LIST

The Brothers Karama...
by Fyodor Mikhail Dosto...
AUDIOBOOK
PLACE A HOLD

LOAD MORE

**MY ACCOUNT**
Sign in
Need a library card?

**SUPPORT**
Help
Get support

**STAY CONNECTED**
Austin Public Library home
Share feedback

**LANGUAGE**
English
Español
中文(简体)
中文(繁體)
日本語

powered by OverDrive
Get the app

kindle
Read anywhere on any device

© 2022 OverDrive, Inc. All Rights Reserved. Privacy Policy · Cookie settings · Accessibility · Important Notice about Copyrighted Materials

# McNamara Declaration
# Exhibit 164

# Open Library Design Ecosystem

## Typical Users

(Note: We have little hard data on exactly who uses OL, but the following represent our best qualitative guesses. Also, note that the categories can overlap.)

- **Readers**: They use OL like a library, searching for books they want to read, using waitlists, checking out books, saving items on personal lists.
- **Loggers:** They use OL like a GoodReads to keep track of what they're reading and are looking to discover new book recommendations
- **Researchers**: They use OL like a book metadata database, using our API's to download and analyze large amounts of book metadata.
- **Librarians & Wiki Contributors**: They use OL like a wiki, using the site's editing features to add new info, correct existing info, and donate their time to improving OL.
- **Moderators & Admin**: They use OL with privileged access to administrative functions, merging and cleaning data, managing users, etc.
- **Developers**: They use OL as a code project, accessing the developer documentation and GitHub account, donating their time and smarts to improving the codebase.

**What channels do patrons come from?**
- Google search
- Twitter
- Facebook
- Wikipedia
- Archive.org

**What features do book lovers want?**
- Offline reading (app)

**When a patron lands on OpenLibrary.org, what are they trying to do?**
1. Find / Discover a book
   a. By [some combination of] (decreasing order?)
      i. Title
      ii. Author
      iii. Subject
      iv. Friends / Lists
      v. Recommendation
      vi. Full-text
      vii. Language
      viii. Identifier

**Exhibit
Pls. 0127c**

    b. To
        i. Read / Borrow
        ii. Preview
        iii. Buy
        iv. Cite
2. See their books (i.e. borrows, waitlists, reading log, lists)
3. <u>Find</u> a Book Club / Reading Group
4. <u>Track</u> book progress
5. <u>Set</u> yearly goals
6. <u>Read</u> a book
7. Do Librarian Tasks
    a. Edit books (works / editions)

**Open Questions**
- How (e.g. # clicks?) does a patron accomplish each of these goals?
- What prevents them from being successful?

# Similar Services

| Service | Home | Book Page | Search |
|---|---|---|---|
| Google Books | Google Books Home | Google Books Book Page | Google Books Search |
| Goodreads | Goodreads Home | Goodreads Work / Edition | Goodreads Search |
| Overdrive | Overdrive Home | Overdrive Book Page | Overdrive Search |
| Librarything | Librarything Home | Librarything Book Page | Librarything Search |
| Amazon | Amazon Home | Amazon Book Page | Amazon Search |
| ShelfJoy | ShelfJoy Home Deprecated | **N/A** | **N/A** |
| Better World Books | BWB Home | BWB Book Page | BWB Search |
| Hoopla | Hoopla Home | Hoopla Book Page | Hoopla Search |
| Worldcat | Worldcat | Worldcat Book Page | |
| Bibliogs | Bibliogs Home | Bibliogs Book | |
| Digital Library | https://www.digitallibrary.io/offline | | |

| https://fivebooks.com | | | |
|---|---|---|---|
| The Free Library | https://www.thefreelibrary.com/ | Free Library Article Page | |
| World Library | http://worldlibrary.org/ | | |

Analogous Services (spanning multimedia)
- servicedesignbooks.org/browse/
- netflix.com/
- discogs.com/
- imdb.com
- Rotten tomatoes
- https://9to5mac.com/2016/06/13/new-ios-10-music-app-design

# Considerations

- Incremental surprise: While the final result of this design process may look radically different from the current site, we will need to be able to roll out changes slowly and strategically.
- Accessibility: We aim to serve those who require enabling, such as the dyslexic & visually impaired. This should be reflected in language, markup, and visual components, following modern standards.
  - Mobile responsiveness: a more optimized experience for people on phones and tablets, in addition to desktop.
- Device support: As much as possible and practical, we aim to support people on older devices and connected via lower quality networks. We generally don't offer special support for browsers with <2% general usage.

# What services do we offer?

- **Reading:** Read / Borrow 3.5M books
  - Audio Reading experience
  - In-browser BookReader experience
  - Offline DRM Epub + PDF
  - Sponsorship
- **Editors:**
- **Logging:** Personal book-reading catalog (Want to Read button)
- **Search:**
  - Full-text Search (across books)
  - Search-Inside
- APIs & Data dumps

# Analytics

**Devices & Browsers**
March 27 - April 2 (5 days) ~2017

Desktop: ~292k
- 175,000 Chrome
- 60,000 Safari
- 40,000 Firefox
- 17,000 IE

Mobile: ~106k
- 60,000 android
- 45,000 ios
- 1,500 windows

**Funnel**
direct: 45%, google, 35%, archive.org 7%, wikipedia 2%, bing 2%, referrals

# Page Components & Mocks

- **Global / Header** components and concepts / wireframes
- **Home Page** components and concepts / wireframes
- **Books Page** requirements / components and concepts / wireframes
- **Search Page** requirements / components and concepts / wireframes

# Appendix

Design concept wireframes for new Book (Work+Editions) page from Alex Savakis:

R2: https://www.dropbox.com/sh/aii0z9j8a4505f1/AABFExKzYJn692IDtQKpWD3Ia?dl=0

R3: https://www.dropbox.com/sh/ygos5y3irmqynf5/AABGuhr2HBxP6V2D6PkyS3PEa?dl=0

In particular, I think we should consider these designs in R2 as reasonable starting points:

- Description-ClosedState_Details-Ed_List.png
- Description-OpenState_Details-Ed_List.png
- Alternate edition list: Description-OpenState_Details-Ed_Cards.png

Current homepage:



Concepts:

# Stats from 2020-07-17



| | Browser | Users ↓ | New Users | Sessions | Bounce Rate | Pages / Session | Avg. Session Duration |
|---|---|---|---|---|---|---|---|
| | | **417,154**<br>% of Total: 100.00%<br>(417,154) | **416,648**<br>% of Total: 100.00%<br>(416,645) | **498,497**<br>% of Total: 100.00%<br>(498,497) | **38.45%**<br>Avg for View:<br>38.45% (0.00%) | **4.36**<br>Avg for View:<br>4.36 (0.00%) | **00:02:47**<br>Avg for View:<br>00:02:47 (0.00%) |
| ☐ | 1. Chrome | **259,646** (61.37%) | 256,161 (61.48%) | 304,137 (61.01%) | 37.51% | 4.53 | 00:02:49 |
| ☐ | 2. Safari | **84,407** (19.95%) | 83,499 (20.04%) | 101,972 (20.46%) | 40.00% | 3.82 | 00:02:34 |
| ☐ | 3. Firefox | **29,738** (7.03%) | 29,175 (7.00%) | 34,305 (6.88%) | 40.51% | 3.96 | 00:02:56 |
| ☐ | 4. Edge | **14,330** (3.39%) | 14,019 (3.36%) | 16,991 (3.41%) | 37.72% | 4.89 | 00:03:09 |
| ☐ | 5. Samsung Internet | **9,134** (2.16%) | 8,629 (2.07%) | 10,675 (2.14%) | 40.77% | 4.78 | 00:02:45 |
| ☐ | 6. Android Webview | **8,428** (1.99%) | 8,189 (1.97%) | 9,740 (1.95%) | 30.75% | 4.91 | 00:02:53 |
| ☐ | 7. Opera | **4,717** (1.11%) | 4,625 (1.11%) | 5,609 (1.13%) | 45.21% | 3.72 | 00:02:19 |
| ☐ | 8. Internet Explorer | **3,026** (0.72%) | 2,954 (0.71%) | 3,471 (0.70%) | 44.19% | 4.73 | 00:02:33 |
| ☐ | 9. Amazon Silk | **2,979** (0.70%) | 2,874 (0.69%) | 4,267 (0.86%) | 25.78% | 7.43 | 00:05:17 |
| ☐ | 10. Opera Mini | **1,695** (0.40%) | 1,691 (0.41%) | 1,893 (0.38%) | 50.66% | 3.01 | 00:02:11 |

| Country | | Users | | New Users | | Sessions | | Bounce Rate | Pages / Session | Avg. Session Duration |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 417,154 | | 416,648 | | 498,497 | | 38.45% | 4.36 | 00:02:47 |
| | | % of Total: 100.00% (417,154) | | % of Total: 100.00% (416,645) | | % of Total: 100.00% (498,497) | | Avg for View: 38.45% (0.00%) | Avg for View: 4.36 (0.00%) | Avg for View: 00:02:47 (0.00%) |
| 1. | United States | 96,115 | (23.02%) | 95,724 | (22.97%) | 119,508 | (23.97%) | 36.14% | 4.69 | 00:03:03 |
| 2. | (not set) | 73,616 | (17.63%) | 73,761 | (17.70%) | 89,572 | (17.97%) | 37.65% | 4.47 | 00:02:54 |
| 3. | India | 49,632 | (11.89%) | 49,648 | (11.92%) | 56,532 | (11.34%) | 40.08% | 4.24 | 00:02:26 |
| 4. | United Kingdom | 18,883 | (4.52%) | 18,624 | (4.47%) | 22,970 | (4.61%) | 37.53% | 4.39 | 00:02:55 |
| 5. | Brazil | 16,126 | (3.86%) | 16,014 | (3.84%) | 17,758 | (3.56%) | 37.22% | 3.61 | 00:02:00 |
| 6. | Canada | 12,968 | (3.11%) | 12,979 | (3.12%) | 16,401 | (3.29%) | 35.02% | 4.66 | 00:02:59 |
| 7. | Australia | 10,371 | (2.48%) | 10,535 | (2.53%) | 13,114 | (2.63%) | 35.50% | 4.57 | 00:03:05 |
| 8. | Indonesia | 9,338 | (2.24%) | 9,280 | (2.23%) | 10,436 | (2.09%) | 33.34% | 4.44 | 00:02:36 |
| 9. | South Africa | 7,905 | (1.89%) | 7,870 | (1.89%) | 9,597 | (1.93%) | 38.11% | 4.20 | 00:03:10 |
| 10. | Italy | 7,050 | (1.69%) | 6,977 | (1.67%) | 7,802 | (1.57%) | 47.80% | 3.62 | 00:01:59 |

| | Device Category | Users | | New Users | | Sessions | | Bounce Rate | Pages / Session | Avg. Session Duration |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 417,154 | | 416,648 | | 498,497 | | 38.45% | 4.36 | 00:02:47 |
| | | % of Total: 100.00% (417,154) | | % of Total: 100.00% (416,645) | | % of Total: 100.00% (498,497) | | Avg for View: 38.45% (0.00%) | Avg for View: 4.36 (0.00%) | Avg for View: 00:02:47 (0.00%) |
| ☐ | 1. desktop | 223,329 | (52.96%) | 219,886 | (52.78%) | 264,122 | (52.98%) | 36.85% | 4.45 | 00:03:01 |
| ☐ | 2. mobile | 172,018 | (40.79%) | 171,281 | (41.11%) | 198,769 | (39.87%) | 42.26% | 3.95 | 00:02:12 |
| ☐ | 3. tablet | 26,382 | (6.26%) | 25,481 | (6.12%) | 35,606 | (7.14%) | 29.04% | 6.03 | 00:04:20 |

Page 1

1                    UNITED STATES DISTRICT COURT

                              FOR THE

2                  SOUTHERN DISTRICT OF NEW YORK

3                  CASE NO:  1:20-cv-04160-JGK

4

5     HACHETTE BOOK GROUP, INC.,

      ET AL.,

6

             Plaintiffs,

7

      vs.

8

      INTERNET ARCHIVE, ET AL.,

9

             Defendants.

10    _____/

11

12

13

14

                         Wednesday, April 6, 2022

15                       11:03 a.m. - 1:44 p.m.

16

17

18         VIDEOTAPED DEPOSITION OF DANIEL SMITH

19

20         Taken via Zoom videoconference on behalf of the

21    Plaintiff before Eli abeth Cordoba, RMR, CRR, FPR,

22    Notary Public in and for the State of Florida at

23    Large, pursuant to Plaintiff's Notice of Taking

24    Deposition in the above cause.

25

Page 73

 1          marked for Identification.

 2               E hibit 10, iDiscover Search On Bullshit, was

 3          marked for Identification.

 4               MR. BROWNING:  For the record, this is Smith

 5          E hibit 10, a screenshot of the page that resulted

 6          when I searched for On Bullshit on the iDiscover

 7          platform.

 8    BY MR. BROWNING:

 9        Q.    I reali e you haven't seen this before, Daniel,

10    or I would be very surprised if you had.  But is this

11    screenshot consistent with your e perience of what happens

12    when you search for a book on iDiscover?

13        A.    Yes.

14        Q.    Okay.  And do you see on the results list the

15    first entry is book On Bullshit, Harry G. Frankfort and at

16    the bottom in green writing it says "online access"?  Do

17    you see that?

18        A.    Yes.

19        Q.    Do you know what online access means?

20        A.    Yes.

21        Q.    What does it mean?

22        A.    It would give me access to an eBook of the

23    book.

24        Q.    Great.  And can you please turn to E hibit 9.

25        A.    Yep.

1    Q.    And for the record, this is E hibit 9 for the

2  Smith deposition.  It is a copy of the page that opens

3  when you click on the first result for On Bullshit from

4  the previous e hibit, E hibit 10.

5         Daniel, do you see where it says under the

6  heading "View It," full te t available at DeGruyter?  I am

7  not sure if I am pronouncing that but it's

8  D-E-G-R-U-Y-T-E-R eBooks complete?  Do you see that?

9    A.    Yes.

10    Q.    And is that a link or -- strike that.

11         Do you know what DeGruyter eBooks is?

12    A.    No.

13    Q.    Okay.  So have you read a book through

14  DeGruyter eBooks portal, to the best of your recollection?

15    A.    I don't recall reading a book through -- when

16  using this, there are often like a lot of different

17  websites that we can be linked to.  DeGruyter, I believe

18  is a publishing company.  And I may have used DeGruyter

19  eBooks before when looking at eBooks through iDiscover,

20  but I don't have that specific recollection of doing so.

21    Q.    Do you recogni e this interface though where it

22  says full te t available at:  and then there is a link to

23  a publisher's website?  Is that what usually happens when

24  eBooks are available?

25    A.    Yes.  Or it says online access in green te t

1    above, which that would usually be a hyperlink.

2         Q.    And is it your understanding that the eBooks

3    that you accessed through that hyperlink are licensed by

4    the publisher?

5         A.    I would assume that Cambridge has licensing

6    deals with the various publishers.

7         Q.    And I think we have already established this.

8    I  ust want to confirm it.  Did you ever access the

9    Cambridge University library's eBook version of On

10   Bullshit?

11        A.    I don't recall, but I don't believe so, because

12   the only time I looked at the book was in April 2020.

13        Q.    And when you looked at the book in April 2020,

14   you looked at it on Internet Archive's website, correct?

15        A.    Yes.

16        Q.    Do you remember reading the whole book or most

17   of the book when you pulled it up on Internet Archive's

18   website?

19        A.    No.  I remember reading the introduction and

20   maybe probably some of the conclusion.  It is quite a

21   short book, from what I recall.  But I didn't read the

22   full book.  I read -- I recall reading the introduction

23   and I likely read the conclusion --

24        Q.    But you read the -- sorry.  Didn't mean to

25   interrupt you.  Please go ahead.

1     A.   I was -- that may be a ma ority of the book in

2  terms of the length.  I'm not sure.

3     Q.   I will stipulate it is a very short book.  But

4  did you read the parts of the book that you felt you

5  needed to read for your academic purposes?

6     A.   I read the part of the books that I read.

7  Maybe there are things I didn't read that would have been

8  valuable.  But I read what I read and I don't recall

9  e actly how much or what it was.

10     Q.   Got it.  Was there a reason that you used the

11  Internet Archive version and not the eBook version

12  provided by Cambridge University libraries?

13          MR. KAMDAR:  Ob ection to form.

14          THE WITNESS:  Not that I recall.

15  BY MR. BROWNING:

16     Q.   At this time were you using the Internet

17  Archive's website as your primary resource for reading

18  eBooks?  And by at this time I mean the period between

19  April 2020 and June 2020.

20     A.   No.  I wouldn't say it was my primary resource.

21     Q.   What were the other resources you were using?

22     A.   IDiscover.

23     Q.   And is there a reason generally not related to

24  this book why you would choose to find a book on iDiscover

25  as opposed to Internet Archive or vice versa?

Page 77

1    A.    No.

2    Q.    Did it matter to you which platform you used as

3    long as you could find an eBook version of the book you

4    were looking for?

5    A.    It didn't -- it didn't matter to me where --

6    like which -- whether I was using Internet Archive or

7    iDiscover.  I can't recall my e act thinking in terms of

8    when I would be looking things up and why.  It is a fairly

9    unconscious process in a way when you have a million tabs

10   open on your computer and you are kind of looking through

11   these sort of things.

12         But I don't -- I don't -- it didn't really --

13   it didn't matter to me.  Or it didn't factor into my

14   thinking because I was more concerned with getting these

15   materials I needed and writing and making progress on my

16   thesis.

17   Q.    Got it.  And as you sit here today, are you

18   aware that Cambridge University libraries e panded the

19   electronic te t resources available to students like

20   yourself during COVID-19?

21   A.    I am vaguely familiar with that.  I think I got

22   some emails about it --

23   Q.    And do you remember --

24   A.    -- during the time.

25   Q.    Sorry, I keep interrupting you.  I didn't mean

Page 96

1                   REPORTER'S DEPOSITION CERTIFICATE

2

3             I, ELIZABETH CORDOBA, RMR, CRR, FPR,

4    certify that I was authori ed to and did stenographically

5    report the deposition of DANIEL SMITH, the witness herein

6    on April 6, 2022; that a review of the transcript was

7    requested; that the foregoing pages numbered from 1 to

8    100 inclusive is a true and complete record of my

9    stenographic notes of the deposition by said witness; and

10   that this computer-assisted transcript was prepared under

11   my supervision.

12             I further certify that I am not a relative,

13   employee, attorney or counsel of any of the parties, nor

14   am I a relative or employee of any of the parties'

15   attorney or counsel connected with the action.

16             DATED this April 8, 2022.

17

18                       *E cordoba*

19             ELIZABETH CORDOBA, RMR, CRR,

               FPR

20

21

22

23

24

25

Veritext Legal Solutions

www.veritext.com                                    888-391-3376

A-3530

# McNamara Declaration
# Exhibit 166


INSTITUTE *of*
**Museum** and **Library**
SERVICES

# The Use and Cost of Public Library Materials: Trends Before the COVID-19 Pandemic

JANUARY 2021

## Highlights

Between FY 2014 and FY 2018,

- the percentage of libraries offering electronic collection materials increased from 80 percent to 90 percent;

- median per person spending on physical materials decreased by 6 percent, while median per person spending on electronic materials increased by 31 percent; and

- median cost for physical items circulated increased by 11 percent, while median cost for e-circulation decreased by 26 percent.

In FY 2018, libraries in rural areas and libraries serving smaller populations paid less per electronic circulation than libraries situated in other locales or serving larger populations.

**Institute of Museum and Library Services**
www.imls.gov
imlsinfo@imls.gov
202-653-IMLS (4657)

    

## Introduction

In the past decade, public libraries in the United States have made major shifts in the means by which they offer information resources to their communities. Historically, public libraries were physical spaces in communities where books and other print materials were systematically housed. Generally, in order to obtain library materials, people would visit the library. During the past several years, however, libraries have been making an increasing volume of electronic books (e-books) and downloadable audio and video content available. As a result, people have been able to make greater use of these materials outside of the physical library space (Hoffert, 2019).

The shift has been most pronounced for smaller libraries that do not have the physical space to expand their physical collections to the extent that they have been able to expand their collections electronically. The Public Libraries Survey (PLS) captures measures of public library spending on materials, types of collection materials, and use of these materials. With these data, we can document the transition by public libraries from the primacy of physical materials to the emergence of electronic materials.

In response to the COVID-19 ("Coronavirus Disease 2019") pandemic, 74 percent of public libraries that responded to the Public Library Association's March 2020 survey indicated that they were expanding their online checkout services because their physical locations were closed to the public (Public Library Association, 2020). Public libraries reported markedly increased demand for e-books, digital audiobooks, and other much needed resources as library patrons adjusted to the lack of access to physical materials at the beginning of the pandemic (Enis, 2020).

This brief uses PLS data from FY 2014[1] and FY 2018 to explore the trends of public libraries' physical and electronic collections expenditures and circulation, including comparisons among subgroups by locale and population size served.[2] Because of the rapid acceleration of public demand for electronic materials and circulation, it is important to establish the prior availability and usage of these electronic materials with data from before the COVID-19 pandemic.

---

[1] FY 2014 and FY 2018 are the only two cycles with high-quality data that can be used in this analysis. Circulation of Electronic Materials was added to the PLS in FY 2013, and the national item response rate that year was about 75 percent. In FY 2014, the item response rate was 97 percent, and all states had item response rates above 75 percent. Missing data were imputed for this item in FY 2014, and imputed values were included in the analysis. The definition of Circulation of Electronic Materials underwent minor methodological revision in FY 2015, and as a result it was not imputed in FYs 2015–2017.
[2] The locale code system, developed by the U.S. Department of Education's National Center for Education Statistics (NCES), classifies a territory into four major categories: city, suburb, town, and rural. Population size served is measured using the population of the Legal Service Area (LSA) (i.e., the geographic space that a library serves). Population size served is separated into four categories: Very large (>25,000), Large (10,000–25,000), Medium (2,500–9,999), and Small (<2,500).

The brief answers three sets of research questions:[3]

1. Does the trend in overall circulation per person hold for both physical and electronic circulation? How do electronic circulation trends differ between locale and population size subgroups?

2. How much has the median library's per person spending on electronic materials changed in the past four years? How does that change compare with per person spending on physical materials?[4] How do these spending trends differ between locale and population size subgroups?

3. Do electronic materials enable libraries to provide greater value to their communities than traditional print materials based on cost per item circulated?

To contextualize the locale and population size subgroup comparisons presented in this brief, **Table 1** below shows the total number of libraries and their distribution by subgroups in FY 2018 and FY 2014, which have remained relatively consistent over the four-year period.

Libraries offer a wide range of collection materials that provide rich information in diverse formats, including physical books, e-books, audio materials, and video materials. The percentage of libraries offering electronic collection materials increased from 80 percent in FY 2014 to 90 percent in FY 2018 (**Figure 1**). The change was larger among rural libraries (14 percent) compared to other locales (between 1 and 8 percent) and was larger for libraries serving small populations (19 percent) compared to other population size groups (between 4 and 9 percent) (**Figure 1**).

**Table 1.** Public Libraries by Locale and Population Size Served, FY 2018 and FY 2014

| | FY 2018 Number | FY 2018 Percent | FY 2014* Number | FY 2014* Percent |
|---|---|---|---|---|
| **Total** | **9,058** | **100.0%** | **9,070** | **100.0%** |
| **Locale** | | | | |
| City | 492 | 5.4% | 476 | 5.2% |
| Suburb | 2,348 | 25.9% | 2,286 | 25.2% |
| Town | 2,191 | 24.2% | 2,191 | 24.2% |
| Rural | 4,027 | 44.5% | 4,013 | 44.2% |
| **Population Groups** | | | | |
| Very large (>25,000) | 2,148 | 23.7% | 2,117 | 23.3% |
| Large (10,000–25,000) | 1,756 | 19.4% | 1,760 | 19.4% |
| Medium (2,500–9,999) | 2,751 | 30.4% | 2,744 | 30.3% |
| Small (<2,500) | 2,403 | 26.5% | 2,449 | 27.0% |

* In FY 2014, 104 libraries were not assigned a locale code.

**Figure 1.** Percentage of Libraries With Electronic Collections by Locale and Population Size Served, FY 2014 and FY 2018



NOTE: Excludes libraries with missing data.
SOURCE: Institute of Museum and Library Services, Public Libraries Survey, FY 2014 and FY 2018.

[3] The analyses focus on the median per capita value of each measure using the population of the LSA for each library system. Data from libraries in U.S. outlying territories are excluded, as are data for libraries not classified as meeting the Federal-State Cooperative System definition of a public library (see the FY 2018 PLS Data File Documentation for more information). All financial data are in constant FY 2018 dollars.
[4] For consistency with the circulation format categories (physical and electronic), data from Print Materials Expenditures and Other Materials Expenditures were summed to derive a Physical Materials Expenditures category.

# Does the trend in overall circulation per person hold for both physical and electronic circulation? How do electronic circulation trends differ between locale and population size subgroups?

The number of libraries offering electronic collection materials increased during the past four years, while the use of these items measured by overall circulation[5] decreased. Separating circulation for electronic and physical materials illustrates whether declines in overall circulation are the result of decreases in either or both physical and electronic circulation rates.

As spending on and availability of electronic collection materials increased, so did the usage of these materials. Although median circulation of physical materials per person decreased 16 percent nationally from FY 2014 to FY 2018,

the median circulation of electronic materials per person increased by nearly 150 percent (**Figure 2**). However, in FY 2018, the median circulation of electronic materials per person was less than one tenth of the median circulation of physical materials per person.

Between FY 2014 and FY 2018, circulation trends were consistent across all locale and population size subgroups (**Figure 2**). All locale and population size subgroups saw tremendous increases in median circulation of electronic materials per person, ranging from 94 percent for city libraries to 2,287 percent for libraries serving small communities

with populations fewer than 2,500. At the same time, large decreases in median circulation of physical materials per person were pervasive across the subgroups, ranging from 11 percent to 19 percent for libraries in towns and suburbs, respectively (**Table A2** in the Appendix).

In FY 2018, the median library serving small communities of fewer than 2,500 circulated more physical collection materials than the median library serving very large communities with populations greater than 25,000, but circulated less electronic materials (**Table A2** in the Appendix).

**Figure 2.** Median Circulation per Person by Material Type, Locale, and Population Size Served, FY 2014 and FY 2018



NOTE: Calculations are based on unrounded estimates; therefore, reported totals may differ because of rounding. Per person estimates use the population of the LSA and exclude libraries with missing data.
SOURCE: Institute of Museum and Library Services, Public Libraries Survey, FY 2014 and FY 2018.

---

[5] "Overall circulation" refers to both physical and electronic circulation.

# How much has the median library's per person spending on electronic materials changed in the past four years? How does that change compare with per person spending on physical materials? How do these spending trends differ between locale and population size subgroups?

Public libraries use expenditures to pay for operating expenses, staffing, and collection materials. Collections expenditures are operating expenditures used to pay for print materials, electronic materials, and other materials (e.g. microform). Trends in per person spending on electronic versus physical materials during the past four years serve as indicators for the degree to which libraries are shifting to more digital offerings.

Between FY 2014 and FY 2018, library collections expenditures per person decreased by four percent at the national level (**Table A3** in the

Appendix). During this time, per person spending on physical materials decreased by six percent, while median per person spending on electronic materials increased 31 percent (**Table A3** in the Appendix). Although electronic collections expenditures increased between FY 2014 and FY 2018, in FY 2018, electronic collections made up only a small portion (10 percent) of collections expenditures per person at the national level (**Table A3** in the Appendix).

Between FY 2014 and FY 2018, locale and population size subgroup trends for library collections expenditures

per person were consistent with the national trend (**Figure 3**). Both sets of subgroups increased per person spending on electronic materials. In FY 2018, the median library serving small communities of fewer than 2,500 spent nearly double per person on physical collection materials compared with the median library serving very large communities (populations greater than 25,000). However, libraries in small service areas spent a little over one-third as much on electronic materials per person as the libraries serving very large communities; these patterns were similar in FY 2014 (**Figure 3**).

**Figure 3.** Median Collections Expenditures per Person by Material Type, Locale, and Population Size Served, FY 2014 and FY 2018



NOTE: All financial data are in constant FY 2018 dollars. Calculations are based on unrounded estimates; therefore, reported totals may differ because of rounding. Per person estimates use the population of the LSA.

SOURCE: Institute of Museum and Library Services, Public Libraries Survey, FY 2014 and FY 2018.

# Do electronic materials enable libraries to provide greater value to their communities than traditional print materials based on cost per item circulated?

Public libraries are spending more on electronic materials and less on physical materials per person. Given that overall circulation per person has decreased during the past four years, libraries may differ in terms of the value they offer patrons through item circulation.

Nationally, the median cost per physical circulation increased 11 percent from FY 2014 ($0.57) to FY 2018 ($0.63), while the median cost per electronic circulation decreased 26 percent from $1.13 to $0.83 during the same period (**Figure 4**).[6] However, there are some differences between how costs for the two materials formats are annualized. Specifically, some physical materials may last for more than the year in which they are purchased, whereas

electronic materials costs must be renewed each year.

Between FY 2014 and FY 2018, costs per circulation trends were consistent across all locale and population size subgroups (**Figure 4**). There were increased median costs per physical circulation ranging from 6 percent for city libraries to 12 percent for rural libraries. Median costs per electronic circulation decreased less than one percent among libraries serving small communities of fewer than 2,500 and more than 20 percent among libraries serving other communities (**Table A4** in the Appendix). In FY 2018, libraries in cities, suburbs, and towns (55 percent of libraries) paid more per electronic item circulation than physical item

circulation (**Figure 4**). Conversely, libraries in rural areas (44 percent of libraries) paid less per electronic circulation than libraries in other locales and paid less per electronic circulation than per physical circulation. However these libraries paid more per physical circulation than other locales (**Figure 4**). In FY 2018, libraries serving medium and small populations paid more per physical circulation than other population size groups. They also paid more per physical circulation than per electronic circulation. By contrast, in FY 2018, city libraries and libraries serving very large populations paid about three times as much per electronic circulation as physical circulation, although this difference has decreased since FY 2014 (**Table A4** in the Appendix).

**Figure 4.** Median Collection Expenditures per Circulation by Material Type, Locale, and Population Size Served, FY 2014 and FY 2018



NOTE: All financial data are in constant FY 2018 dollars. Calculations are based on unrounded estimates; therefore, reported totals may differ because of rounding. Per person estimates use the population of the LSA.
SOURCE: Institute of Museum and Library Services, Public Libraries Survey, FY 2014 and FY 2018.

---

[6] Electronic materials expenditures include costs related to databases (i.e., electronic collections), whereas electronic circulation does not include usage of these databases. Also, the electronic materials expenditures data do not reflect variations in pricing structures of electronic materials platforms (i.e., fixed, per-unit, or per-use costs).

## Conclusions

Physical visits to the library and physical circulation are certainly mainstays of public library usage metrics. But as electronic materials become more available, public libraries need different metrics to demonstrate how their communities are utilizing these resources. Library use based on physical visits and circulation has been declining during the past decade (IMLS, June 2020); however, the findings presented in this brief suggest that these declines during the past four years may be at least partially offset by the increasing body of resources and materials available electronically. Furthermore, the short-term return on investment for electronic materials, conceptualized here as decreasing costs per electronic circulation, improved substantially from FY 2014 to FY 2018. Nearly 45 percent of all public libraries

in the United States are in rural areas and more than a quarter of all public libraries served a population of fewer than 2,500 people. These are the libraries achieving the lowest costs per electronic circulation.

However, although the vast majority of public libraries in all settings are offering electronic materials to their patrons, there still may be a broadband access gap or an awareness gap that is suppressing even broader use of these resources. In 2016, the Pew Research Center reported that fewer than half of U.S. adults were aware that their public library loaned e-books (Horrigan, 2016). The COVID-19 pandemic may have narrowed this awareness gap for electronic resources (Albanese, 2020); it may also indelibly shift the relationship between the physical library and the community.

## Future Research

The findings described in this brief help establish pre-COVID-19 pandemic trends in public library spending on and use of physical and electronic materials. Future research could examine ways in which trends in public library expenditures, patron use, and information access have changed as a result of the pandemic.

Declining physical visits to libraries may indicate fewer people using the library's public computers. Future research could investigate the role and impact of public libraries in enabling members of their communities to access the Internet in places other than library spaces via lending of WiFi hotspots and smart devices (e.g., tablets).

Lastly, future research could examine how direct financial support from SLAAs for libraries to provide electronic materials affect costs per circulation.

## References

Albanese, A. (2020, October 9). A reset for library e-books. *Publisher's Weekly*. Retrieved from https://www.publishersweekly.com/pw/by-topic/industry-news/libraries/article/84571-a-reset-for-library-e-books.html

Enis, M. (2020, March 31). Ebooks, streaming resources grow as libraries close branches. *Library Journal*. Retrieved from https://www.libraryjournal.com/?detailStory=library-ebooks-streaming-video-audiobooks-grow-as-public-libraries-close-branches-covid-19

Hoffert, B. (2019, March 19). Circ shift. *Library Journal*. Retrieved from https://www.libraryjournal.com/?detailStory=Circ-Shift

Horrigan, J. B. (2016, September). *Libraries 2016*. Washington, DC: Pew Research Center. Retrieved from http://www.pewinternet.org/2016/09/09/2016/Libraries-2016/

Institute of Museum and Library Services. (2020, April). *State Library Administrative Agencies Survey: Fiscal Year 2018*. Washington, DC: Institute of Museum and Library Services. Retrieved from https://www.imls.gov/sites/default/files/publications/documents/state-library-administrative-agency-survey-fy2018.pdf

Institute of Museum and Library Services. (2020, June). *Public libraries in the United States: Fiscal year 2017, Volume I*. Washington, DC: The Institute. Retrieved from https://www.imls.gov/sites/default/files/publications/documents/publiclibrariesintheunitedstatessurveyfiscalyear2017volume1.pdf

Public Library Association. (2020, April 9). *Public libraries respond to COVID-19: Survey of response & activities*. Chicago, IL: Author. Retrieved from http://www.ala.org/pla/sites/ala.org.pla/files/content/advocacy/covid-19/PLA-Libraries-Respond-Survey_Aggregate-Results_FINAL2.pdf

A-3537

## Appendix

**Table A1. Percentage of Libraries With Electronic Collection Materials, FY 2018 and FY 2014**

| Category | Percentage of Libraries With Electronic Materials | | Percent Change From FY 2014 to FY 2018 |
|---|---|---|---|
| | FY 2018 | FY 2014 | |
| **Overall** | **90.1%** | **80.1%** | **11.2%** |
| **Locale** | | | |
| City | 99.0% | 97.7% | 1.3% |
| Suburb | 96.8% | 94.4% | 2.6% |
| Town | 93.7% | 85.5% | 9.6% |
| Rural | 83.2% | 69.1% | 20.5% |
| **Population Size Served** | | | |
| Very large (>25,000) | 97.9% | 94.3% | 2.4% |
| Large (10,000–25,000) | 96.2% | 90.2% | 5.9% |
| Medium (2,500–9,999) | 90.9% | 81.5% | 10.2% |
| Small (<2,500) | 77.8% | 59.0% | 30.1% |

SOURCE: Institute of Museum and Library Services, Public Libraries Survey, FY 2014 and FY 2018.

**Table A2. Median Circulation per Person by Material Type, Locale, and Population Size Served, FY 2018 and FY 2014**

| Category | FY 2018 Circulation per Person | | | | FY 2014 Circulation per Person | | | | Percent Change from FY 2014 to FY 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Median Total | Median Physical | Median Electronic | Ratio of Median Electronic to Median Physical | Median Total | Median Physical[1] | Median Electronic | Ratio of Median Electronic to Median Physical | Total | Physical | Electronic |
| **Overall** | **5.7** | **5.1** | **0.5** | *0.1* | **6.4** | **6.1** | **0.2** | *0.0* | **-11.1%** | **-15.7%** | **148.4%** |
| **Locale** | | | | | | | | | | | |
| City | 6.1 | 5.3 | 0.7 | *0.1* | 6.8 | 6.4 | 0.3 | *0.1* | -9.6% | -16.8% | 94.2% |
| Suburb | 6.6 | 5.9 | 0.6 | *0.1* | 7.6 | 7.3 | 0.3 | *0.0* | -13.3% | -18.8% | 126.7% |
| Town | 5.5 | 4.9 | 0.5 | *0.1* | 5.8 | 5.5 | 0.2 | *0.0* | -6.2% | -11.4% | 112.2% |
| Rural | 5.4 | 4.8 | 0.4 | *0.1* | 6.0 | 5.7 | 0.1 | *0.0* | -10.0% | -15.3% | 261.1% |
| **Population Size Served** | | | | | | | | | | | |
| Very large (>25,000) | 5.3 | 4.7 | 0.5 | *0.1* | 6.0 | 5.6 | 0.3 | *0.0* | -10.9% | -16.6% | 107.0% |
| Large (10,000–25,000) | 5.7 | 5.1 | 0.5 | *0.1* | 6.6 | 6.2 | 0.2 | *0.0* | -12.5% | -17.8% | 109.9% |
| Medium (2,500–9,999) | 5.7 | 5.2 | 0.5 | *0.1* | 6.3 | 6.0 | 0.2 | *0.0* | -10.1% | -14.0% | 135.4% |
| Small (<2,500) | 6.0 | 5.5 | 0.4 | *0.1* | 6.8 | 6.6 | 0.0 | *0.0* | -11.9% | -16.3% | 2,286.8% |

[1] FY 2014 Physical Materials Circulation is derived by subtracting Electronic Materials Circulation from Total Circulation. FY 2018 Physical Materials Circulation is a reported variable.

NOTE: Median totals do not equal sum of median detail. Calculations are based on unrounded estimates; therefore, reported totals may differ because of rounding. Per person estimates in the table use the population of the legal service area and exclude libraries with missing data.

SOURCE: Institute of Museum and Library Services, Public Libraries Survey, FY 2014 and FY 2018.

A-3538

**Table A3. Median Collections Expenditures per Person by Material Type, Locale, and Population Size Served, FY 2018 and FY 2014**

| Category | FY 2018 Collections Expenditures | | | | FY 2014 Collections Expenditures | | | | Percent Change from FY 2014 to FY 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Median Total | Median Physical[1] | Median Electronic | Ratio of Median Electronic to Median Physical | Median Total | Median Physical[1] | Median Electronic | Ratio of Median Electronic to Median Physical | Total | Physical[1] | Electronic |
| **Overall** | **$3.93** | **$3.39** | **$0.35** | *0.1* | **$4.08** | **$3.59** | **$0.27** | *0.1* | **-3.6%** | **-5.6%** | **30.7%** |
| **Locale** | | | | | | | | | | | |
| City | $3.90 | $2.87 | $1.02 | *0.4* | $4.02 | $3.16 | $0.75 | *0.2* | -3.0% | -9.1% | 36.7% |
| Suburb | $4.48 | $3.62 | $0.70 | *0.2* | $4.65 | $3.93 | $0.55 | *0.1* | -3.6% | -8.0% | 28.3% |
| Town | $3.26 | $2.84 | $0.28 | *0.1* | $3.39 | $3.02 | $0.24 | *0.1* | -3.8% | -5.8% | 17.5% |
| Rural | $4.09 | $3.70 | $0.22 | *0.1* | $4.29 | $3.92 | $0.14 | *0.0* | -4.5% | -5.6% | 50.8% |
| **Population Size Served** | | | | | | | | | | | |
| Very large (>25,000) | $3.32 | $2.50 | $0.68 | *0.3* | $3.36 | $2.77 | $0.52 | *0.2* | -1.4% | -9.7% | 29.8% |
| Large (10,000–25,000) | $3.55 | $3.01 | $0.42 | *0.1* | $3.69 | $3.18 | $0.34 | *0.1* | -3.8% | -5.3% | 22.6% |
| Medium (2,500–9,999) | $3.81 | $3.42 | $0.27 | *0.1* | $3.94 | $3.57 | $0.19 | *0.1* | -3.3% | -4.2% | 36.8% |
| Small (<2,500) | $5.32 | $4.92 | $0.20 | *0.0* | $5.57 | $5.22 | $0.12 | *0.0* | -4.5% | -5.6% | 71.9% |

[1] The sum of Print Materials Expenditures and Other Materials Expenditures. The latter includes expenditures for materials such as microform, physical audio, physical video, DVD, and new formats.
NOTE: Median totals do not equal sum of median detail. Calculations are based on unrounded estimates; therefore, reported totals may differ because of rounding. Per person estimates in the table use the population of the legal service area.
SOURCE: Institute of Museum and Library Services, Public Libraries Survey, FY 2014 and FY 2018.

**Table A4. Median Collections Expenditures per Circulation by Material Type, Locale, and Population Size Served, FY 2018 and FY 2014**

| Category | FY 2018 Expenditures per Circulation | | | | FY 2014 Expenditures per Circulation | | | | Percent Change from FY 2014 to FY 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Median Total | Median Physical[1] | Median Electronic | Percent Missing Circulation[2] | Median Total | Median Physical[1] | Median Electronic | Percent Missing Circulation[2] | Total | Physical | Electronic |
| **Overall** | **$0.68** | **$0.63** | **$0.83** | *11.8%* | **$0.62** | **$0.57** | **$1.13** | *18.5%* | **9.7%** | **11.3%** | **-26.0%** |
| **Locale** | | | | | | | | | | | |
| City | $0.61 | $0.50 | $1.60 | *1.6%* | $0.58 | $0.48 | $2.23 | *2.5%* | 6.0% | 5.5% | -28.2% |
| Suburb | $0.67 | $0.59 | $1.33 | *4.3%* | $0.61 | $0.54 | $1.75 | *5.9%* | 9.6% | 10.4% | -24.4% |
| Town | $0.60 | $0.57 | $0.70 | *7.9%* | $0.56 | $0.52 | $0.99 | *15.4%* | 7.8% | 10.0% | -29.1% |
| Rural | $0.75 | $0.74 | $0.59 | *19.5%* | $0.69 | $0.66 | $0.69 | *29.3%* | 7.7% | 12.2% | -14.2% |
| **Population Size Served** | | | | | | | | | | | |
| Very large (>25,000) | $0.61 | $0.52 | $1.49 | *2.7%* | $0.56 | $0.48 | $2.06 | *4.9%* | 9.0% | 8.7% | -27.7% |
| Large (10,000–25,000) | $0.64 | $0.58 | $0.94 | *5.0%* | $0.57 | $0.53 | $1.31 | *10.2%* | 11.0% | 10.9% | -28.4% |
| Medium (2,500–9,999) | $0.67 | $0.66 | $0.60 | *11.3%* | $0.62 | $0.60 | $0.75 | *17.8%* | 7.5% | 10.9% | -20.5% |
| Small (<2,500) | $0.85 | $0.88 | $0.52 | *25.5%* | $0.82 | $0.79 | $0.52 | *37.0%* | 4.7% | 10.8% | -0.2% |

[1] FY 2014 Physical Materials Circulation is derived by subtracting Electronic Materials Circulation from Total Circulation.
[2] Libraries reporting zero (0) for Physical Materials Circulation or Electronic Materials Circulation are excluded from calculations. The percentage of these records is shown for context.
NOTE: Median totals do not equal sum of median detail. Calculations are based on unrounded estimates; therefore, reported totals may differ because of rounding. Per person estimates in the table use the population of the legal service area and exclude libraries with missing data.
SOURCE: Institute of Museum and Library Services, Public Libraries Survey, FY 2014 and FY 2018.

A-3539

## About the Institute of Museum and Library Services

The Institute of Museum and Library Services is the primary source of federal support for the nation's libraries and museums. Our mission is to enable libraries and museums to promote lifelong learning, improve the well-being of their communities, and increase access to ideas and information. Our grant making, policy development, and research help libraries and museums work together and deliver valuable services that transform the lives of individuals and communities. To learn more, visit www.imls.gov.

## Office of Digital and Information Strategy

Matthew Birnbaum, Supervising Social Scientist
Lisa Frehill, Senior Statistician
Marisa Pelczar, Program Analyst

## American Institutes for Research

Evan Nielsen
Jennifer Hudson
Arifah Hasanbasri

## Suggested Citation

The Institute of Museum and Library Services. (2021). *The Use and Cost of Public Library Materials: Trends Before the COVID-19 Pandemic.* Washington, DC: The Institute.

## About the Public Libraries Survey

The Public Libraries Survey (PLS) is a national census of public library systems. It is conducted annually by the Institute of Museum and Library Services in partnership with State Library Administrative Agencies and the Library Statistics Working Group, with the American Institutes for Research as the data collection agent. Its data elements cover library service measures of public library services, resources, and funding. The PLS is designed as a universe survey; the FY 2018 survey frame consisted of 9,249 public libraries in the 50 states, the District of Columbia, and selected U.S. territories. A total of 9,046 active public libraries in the United States responded to the PLS, for a response rate of 97.8 percent.

A-3540

# McNamara Declaration
# Exhibit 167

Case 1:20-cv-04160-JGK-OTW Document 95-194 Filed 07/07/22 Page 2 of 7

# Library2Go
Digital Media

Feedback | Help

Subjects    Collections ⌄    Kindle Books    Kids

🔍 Search    🔖 Sign in

We offer eBooks for your Kindle device or reading app. Try one today!    ✕

## Color Your World
Colorful covers                                                    SEE ALL



| LaRose | The Silence Between... | Summer Green to A... | Drum Dream Girl | When | The Revisioners |
|--------|----------------------|---------------------|-----------------|------|-----------------|
| by Louise Erdrich | by Alison Gervais | by Mia Posada | by Margarita Engle | by Daniel H. Pink | by Margaret Wilkerson... |
| 📖 EBOOK | 📖 EBOOK | 📖 EBOOK | 📖 EBOOK | 📖 EBOOK | 📖 EBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |



**Meet Libby.**
A fresh and easy way to borrow and read from your library.
Learn more at meet.libbyapp.com

 App Store     Google Play

## She Persisted ›                                                  SEE ALL

| My Life on the Road | Drum Dream Girl | Hunger | Shark Lady | Broad Band | She Persisted |
|---------------------|-----------------|--------|------------|------------|---------------|
| by Gloria Steinem | by Margarita Engle | by Roxane Gay | by Jess Keating | by Claire L. Evans | by Chelsea Clinton |
| 🎧 AUDIOBOOK | 📖 EBOOK | 🎧 AUDIOBOOK | 📖 EBOOK | 🎧 AUDIOBOOK | 📖 EBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

      

     

## Just Added! ›                                                    SEE ALL

| From Strength to Stre... | Zora and Langston | Let's Get Physical | Black American Refug... | Goodnight Punpun, V... | Goodnight Punpun, V... |
|--------------------------|-------------------|--------------------|-----------------------|------------------------|------------------------|
| by Arthur C. Brooks | by Yuval Taylor | by Danielle Friedman | by Tiffany Drayton | by Inio Asano | by Inio Asano |
| 📖 EBOOK | 📖 EBOOK | 📖 EBOOK | 📖 EBOOK | 📖 EBOOK | 📖 EBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

     

## Romance, Illustrated ›                                           SEE ALL

| My Not So Perfect Life | The Switch | Puddin' | Serena Singh Flips the... | The Two Lives of Lydia... | The Heir Affair |
|------------------------|------------|---------|---------------------------|---------------------------|-----------------|
| by Sophie Kinsella | by Beth O'Leary | by Julie Murphy | by Sonya Lalli | by Josie Silver | by Heather Cocks |
| 📖 EBOOK | 📖 EBOOK | 🎧 AUDIOBOOK | 📖 EBOOK | 📖 EBOOK | 📖 EBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## Black Voices and Black History >

SEE ALL

AVAILABLE

The Fire This Time
by Jesmyn Ward
EBOOK
BORROW

AVAILABLE

The Girl Who Smiled B...
by Clemantine Wamariya
AUDIOBOOK
BORROW

AVAILABLE

Gone Crazy in Alabama
by Rita Williams-Garcia
AUDIOBOOK
BORROW

AVAILABLE

Why I'm No Longer Tal...
by Reni Eddo-Lodge
EBOOK
BORROW

AVAILABLE

Follow the Drinking G...
by Jeanette Winter
EBOOK
BORROW

AVAILABLE

Hidden Figures Young...
by Margot Lee Shetterly
EBOOK
BORROW

## Something for EveryBODY >

SEE ALL

AVAILABLE

Wonder
by R. J. Palacio
EBOOK
BORROW

AVAILABLE

Radical Acceptance
by Tara Brach, PhD
AUDIOBOOK
BORROW

AVAILABLE

Love Is a Revolution
by Renée Watson
EBOOK
BORROW

AVAILABLE

Shapesville
by Andy Mills
EBOOK
BORROW

AVAILABLE

Wintergirls
by Laurie Halse Anderson
EBOOK
BORROW

AVAILABLE

Turtle Boy
by M. Evan Wolkenstein
AUDIOBOOK
BORROW

## Disability Visability >

SEE ALL

AVAILABLE

On the Edge of Gone
by Corinne Duyvis
EBOOK
BORROW

AVAILABLE

Insignificant Events in ...
by Dusti Bowling
EBOOK
BORROW

AVAILABLE

The First Time She Dr...
by Kerry Kletter
EBOOK
BORROW

AVAILABLE

Black Helicopters
by Blythe Woolston
EBOOK
BORROW

AVAILABLE

Darius the Great Is No...
by Adib Khorram
AUDIOBOOK
BORROW

AVAILABLE

Gadget Girl
by Suzanne Kamata
EBOOK
BORROW

## Thank You for Being a Friend >

SEE ALL

AVAILABLE

Paper Hearts
by Ali Novak
EBOOK
BORROW

AVAILABLE

Wanted
by Sara Shepard
AUDIOBOOK
BORROW

AVAILABLE

The Hate U Give
by Angie Thomas
AUDIOBOOK
BORROW

AVAILABLE

Unlikely Friendships
by Jennifer S. Holland
EBOOK
BORROW

AVAILABLE

Let's Take the Long W...
by Gail Caldwell
EBOOK
BORROW

AVAILABLE

The Serpent King
by Jeff Zentner
AUDIOBOOK
BORROW

## True Crime >

SEE ALL

AVAILABLE

Foxcatcher
by Mark Schultz
EBOOK
BORROW

AVAILABLE

The Dinosaur Artist
by Paige Williams
EBOOK
BORROW

AVAILABLE

The Snowden Files
by Luke Harding
EBOOK
BORROW

AVAILABLE

American Heiress
by Jeffrey Toobin
EBOOK
BORROW

AVAILABLE

Killers of the Flower M...
by David Grann
EBOOK
BORROW

AVAILABLE

All-American Murder-...
by James Patterson
EBOOK
BORROW

Project Parenthood  ›

SEE ALL

| | | | | | |
|---|---|---|---|---|---|
| AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE | AVAILABLE |

**Let's Just Say It Wasn't't...**
by Diane Keaton
🎧 AUDIOBOOK
BORROW

**The Opposite of Spoiled**
by Ron Lieber
📖 EBOOK
BORROW

**The Kindest Lie**
by Nancy Johnson
🎧 AUDIOBOOK
BORROW

**Becoming Nicole**
by Amy Ellis Nutt
🎧 AUDIOBOOK
BORROW

**Simplicity Parenting**
by Kim John Payne
📖 EBOOK
BORROW

**Traveling with Pomegr...**
by Sue Monk Kidd
📖 EBOOK
BORROW

LOAD MORE

**MY ACCOUNT**
Sign in
Need a library card?

**SUPPORT**
Help
Get support

**STAY CONNECTED**
Member libraries
Share feedback

powered by
**OverDrive**
Get the app

kindle
Read anywhere on any device

© 2022 OverDrive, Inc. All Rights Reserved. Privacy Policy · Cookie settings · Accessibility · Important Notice about Copyrighted Materials

MISSISSIPPI eBOOK CONSORTIUM

Subjects   Collections ⌄   Kindle Books

Feedback   Help

Search   Sign in

Try Libby, our new app for enjoying ebooks and audiobooks!   ✕

## Top 100 in Mississippi
Mississippi's top 100 faves   SEE ALL



**Five Total Strangers**
by Natalie D. Richards
▸ EBOOK
PLACE A HOLD

**A Time for Mercy**
by John Grisham
BORROW

**The Last Thing He T...**
by Laura Dave
▸ EBOOK
PLACE A HOLD

**The Midnight Library**
by Matt Haig
▸ EBOOK
PLACE A HOLD

**The Judge's List**
by John Grisham
▸ EBOOK
PLACE A HOLD

**The Midnight Library**
by Matt Haig
▸ EBOOK
PLACE A HOLD

### Meet Libby.
A fresh and easy way to borrow and read from your library.
Learn more at meet.libbyapp.com
 App Store    Google Play

## Listen on the Go ›
SEE ALL

     

**Atomic Habits**
by James Clear
🎧 AUDIOBOOK
PLACE A HOLD

**The Last Thing He To...**
by Laura Dave
🎧 AUDIOBOOK
PLACE A HOLD

**The Seven Husbands ...**
by Taylor Jenkins Reid
🎧 AUDIOBOOK
PLACE A HOLD

**The Midnight Library**
by Matt Haig
🎧 AUDIOBOOK
PLACE A HOLD

**The Four Winds**
by Kristin Hannah
🎧 AUDIOBOOK
PLACE A HOLD

**Dune**
by Frank Herbert
🎧 AUDIOBOOK
PLACE A HOLD

## New Mysteries ›
SEE ALL

     

**City of the Dead**
by Jonathan Kellerman
▸ EBOOK
PLACE A HOLD

**Autopsy**
by Patricia Cornwell
▸ EBOOK
PLACE A HOLD

**False Witness**
by Karin Slaughter
▸ EBOOK
PLACE A HOLD

**The Maid**
by Nita Prose
▸ EBOOK
PLACE A HOLD

**One Step Too Far**
by Lisa Gardner
▸ EBOOK
PLACE A HOLD

**The Madness of Crow...**
by Louise Penny
▸ EBOOK
PLACE A HOLD

SEE ALL

**The Seven Husbands ...**
by Taylor Jenkins Reid
▸ EBOOK
PLACE A HOLD

**The Seven Husbands ...**
by Taylor Jenkins Reid
▸ EBOOK
PLACE A HOLD

**Go Tell the Bees That I...**
by Diana Gabaldon
▸ EBOOK
PLACE A HOLD

**A Court of Thorns and...**
by Sarah J. Maas
▸ EBOOK
PLACE A HOLD

**Ugly Love**
by Colleen Hoover
▸ EBOOK
PLACE A HOLD

**Beach Read**
by Emily Henry
▸ EBOOK
PLACE A HOLD

## Christian Fiction ›
SEE ALL

    

**Redeeming Love**
by Francine Rivers
▸ EBOOK
PLACE A HOLD

**A Stranger's Game**
by Colleen Coble
▸ EBOOK
PLACE A HOLD

**The Masterpiece**
by Francine Rivers
▸ EBOOK
PLACE A HOLD

**When Crickets Cry**
by Charles Martin
▸ EBOOK
PLACE A HOLD

**Hope Harbor**
by Irene Hannon
BORROW

**Lean on Me**
by Pat Simmons
▸ EBOOK
PLACE A HOLD

## African American Fiction ›
SEE ALL



**The Personal Librarian**
by Marie Benedict
▸ EBOOK
PLACE A HOLD

**The Personal Librarian**
by Marie Benedict
🎧 AUDIOBOOK
PLACE A HOLD

**Harlem Shuffle**
by Colson Whitehead
BORROW

**The Other Black Girl**
by Zakiya Dalila Harris
BORROW

**The Hate U Give**
by Angie Thomas
▸ EBOOK
PLACE A HOLD

**The Other Black Girl**
by Zakiya Dalila Harris
🎧 AUDIOBOOK
PLACE A HOLD

## Science Fiction ›
SEE ALL



**The Midnight Library**
by Matt Haig
▸ EBOOK
PLACE A HOLD

**Project Hail Mary**
by Andy Weir
▸ EBOOK
PLACE A HOLD

**The Midnight Library**
by Matt Haig
▸ EBOOK
PLACE A HOLD

**Dune**
by Frank Herbert
🎧 AUDIOBOOK
PLACE A HOLD

**Dune**
by Frank Herbert
▸ EBOOK
PLACE A HOLD

**Klara and the Sun**
by Kazuo Ishiguro
▸ EBOOK
PLACE A HOLD

## Fantasy ›
SEE ALL

**The Invisible Life of A...**
by V. E. Schwab
▸ EBOOK
PLACE A HOLD

**Harry Potter and the G...**
by J. K. Rowling
🎧 AUDIOBOOK
PLACE A HOLD

**The Invisible Life of A...**
by V. E. Schwab
▸ EBOOK
PLACE A HOLD

**Go Tell the Bees That I...**
by Diana Gabaldon
▸ EBOOK
PLACE A HOLD

**A Court of Thorns and...**
by Sarah J. Maas
▸ EBOOK
PLACE A HOLD

**Dune**
by Frank Herbert
▸ EBOOK
PLACE A HOLD

MY ACCOUNT
Sign in
Need a library card?

SUPPORT
Help
Get support

STAY CONNECTED
Member libraries
Share feedback

powered by
**OverDrive**
Get the app
🍎 ▸

kindle
Read anywhere on any device
🍎 ▸ ⊞

© 2021 OverDrive, Inc. All Rights Reserved. Privacy Policy · Cookie settings · Accessibility · Important Notice about Copyrighted Websites

A-3545

OK Virtual Library

Language · Feedback · Help

Subjects · Collections · Kindle Books · Kids · Teens · Magazines · Search · Sign in

## Just Added!

SEE ALL

| LATINA Attitude Ma... | EW The Ultimate Gu... | Booklist Reader | LA Rams Superbowl... | Digital Camera User | Photoshop User |
|---|---|---|---|---|---|
| Feb 01 2022 | EW The Ultimate Guid... | Mar 01 2022 | LA Rams Superbowl C... | Issue 1 | Issue 1 |
| MAGAZINE | MAGAZINE | MAGAZINE | MAGAZINE | MAGAZINE | MAGAZINE |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## Meet Libby.

A fresh and easy way to borrow and read from your library.

Learn more at meet.libbyapp.com

A fresh and easy way to borrow and read from your library.

Learn more at meet.libbyapp.com

Download on the App Store · GET IT ON Google Play · GET IT ON Google Play

## A Bouquet of Books

SEE ALL

| New Moon | See Me | How to Do Nothing | The Gilded Wolves | The Immortalists | With the Fire on High |
|---|---|---|---|---|---|
| by Stephenie Meyer | by Nicholas Sparks | by Jenny Odell | by Roshani Chokshi | by Chloe Benjamin | by Elizabeth Acevedo |
| EBOOK | EBOOK | AUDIOBOOK | EBOOK | EBOOK | EBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## For Fans of Sherlock Holmes

SEE ALL

| The Hollow of Fear | A Lady's Guide to Etiq... | The Last of August | A Question of Holmes | The Case for Jamie | Mycroft and Sherlock |
|---|---|---|---|---|---|
| by Sherry Thomas | by Dianne Freeman | by Brittany Cavallaro | by Brittany Cavallaro | by Brittany Cavallaro | by Kareem Abdul-Jabbar |
| EBOOK | EBOOK | EBOOK | EBOOK | AUDIOBOOK | EBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## Classics

SEE ALL

| My Antonia | The Story of My Boyh... | Bleak House | Main Street | The Woman in White | Wuthering Heights |
|---|---|---|---|---|---|
| by Willa Cather | by John Muir | by Charles Dickens | by Sinclair Lewis | by Wilkie Collins | by Emily Brontë |
| EBOOK | EBOOK | EBOOK | EBOOK | EBOOK | EBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## Up Close and Personal: Biographies and Autobiographies

SEE ALL

| Maybe You Should Tal... | Becoming | When Breath Become... | Know My Name | The Year of Less | The Glass Castle |
|---|---|---|---|---|---|
| by Lori Gottlieb | by Michelle Obama | by Paul Kalanithi | by Chanel Miller | by Cait Flanders | by Jeannette Walls |
| EBOOK | AUDIOBOOK | EBOOK | AUDIOBOOK | AUDIOBOOK | AUDIOBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## Most popular eBooks

SEE ALL

| Sooley | White Fragility | 28 Summers | Fortune and Glory | The Return | Ocean Prey |
|---|---|---|---|---|---|
| by John Grisham | by Dr. Robin DiAngelo | by Elin Hilderbrand | by Janet Evanovich | by Nicholas Sparks | by John Sandford |
| EBOOK | EBOOK | EBOOK | EBOOK | EBOOK | EBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## Most popular audiobooks

SEE ALL

| Where the Crawdads ... | Girl, Wash Your Face | Girl, Stop Apologizing | Look Alive Twenty-Five | The President Is Missi... | The Rooster Bar |
|---|---|---|---|---|---|
| by Delia Owens | by Rachel Hollis | by Rachel Hollis | by Janet Evanovich | by Bill Clinton | by John Grisham |
| AUDIOBOOK | AUDIOBOOK | AUDIOBOOK | AUDIOBOOK | AUDIOBOOK | AUDIOBOOK |
| BORROW | BORROW | BORROW | BORROW | BORROW | BORROW |

## Guides to Antiracism

SEE ALL

| The Warmth of Other ... | I Know Why the Cage... | Just Mercy | Between the World an... | White Fragility | The Bluest Eye |
|---|---|---|---|---|---|
| AVAILABLE | WAIT LIST | WAIT LIST | WAIT LIST | WAIT LIST | WAIT LIST |
| by Isabel Wilkerson | by Maya Angelou | by Bryan Stevenson | by Ta-Nehisi Coates | by Dr. Robin DiAngelo | by Toni Morrison |
| EBOOK | AUDIOBOOK | EBOOK | AUDIOBOOK | AUDIOBOOK | AUDIOBOOK |
| BORROW | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD | PLACE A HOLD |

**MY ACCOUNT**
Sign in
Need a library card?

**SUPPORT**
Help
Get support

**STAY CONNECTED**
Member libraries
Share feedback

**LANGUAGE**
English
Español
Français (Canada)

powered by OverDrive
Get the app

kindle
Read anywhere on any device

© 2022 OverDrive, Inc. All Rights Reserved. Privacy Policy · Cookie settings · Accessibility · Important Notice about Copyrighted Materials



Partner libraries NEW! | Feedback | Help

IDAHO DIGITAL CONSORTIUM

Subjects | Collections | Kindle Books | Magazines | Search | Sign in

We offer eBooks for your Kindle device or reading app. Try one today!

## Just added

SEE ALL

| Status | Title | Issue | Format | Action |
|---|---|---|---|---|
| AVAILABLE | LATINA Attitude Ma... | Feb 01 2022 | MAGAZINE | BORROW |
| AVAILABLE | Ebby Magazine | Issue 3 | MAGAZINE | BORROW |
| AVAILABLE | EW The Ultimate Gu... | EW The Ultimate Guid... | MAGAZINE | BORROW |
| AVAILABLE | Complete Guide to ... | Complete Guide to Ca... | MAGAZINE | BORROW |
| AVAILABLE | Windows User | Vol 1 2022 | MAGAZINE | BORROW |
| AVAILABLE | Celtic Life Internatio... | January/February 202... | MAGAZINE | BORROW |

Meet Libby.
A fresh and easy way to borrow and read from your library.
Learn more at meet.libbyapp.com
Download on the App Store
GET IT ON Google Play

## Music in My Bones

SEE ALL

| Status | Title | Author | Format | Action |
|---|---|---|---|---|
| AVAILABLE | The Song of the Lark | by Willa Cather | EBOOK | BORROW |
| AVAILABLE | Drum Dream Girl | by Margarita Engle | EBOOK | BORROW |
| AVAILABLE | She Come by It Natural | by Sarah Smarsh | EBOOK | BORROW |
| AVAILABLE | The Phantom of the O... | by Gaston Leroux | EBOOK | BORROW |
| AVAILABLE | How to Kill a Rock Star | by Tiffanie DeBartolo | EBOOK | BORROW |
| AVAILABLE | Solo | by Kwame Alexander | EBOOK | BORROW |

## Draw Up Some Romance

SEE ALL

| Status | Title | Author | Format | Action |
|---|---|---|---|---|
| AVAILABLE | An Unexpected Peril | by Deanna Raybourn | EBOOK | BORROW |
| AVAILABLE | Missing Christmas | by Kate Clayborn | EBOOK | BORROW |
| AVAILABLE | The Two Lives of Lydia... | by Josie Silver | EBOOK | BORROW |
| AVAILABLE | My Not So Perfect Life | by Sophie Kinsella | EBOOK | BORROW |
| AVAILABLE | Passion on Park Avenue | by Lauren Layne | EBOOK | BORROW |
| AVAILABLE | The Shaadi Set-Up | by Lillie Vale | EBOOK | BORROW |

## Being Young and In Love

SEE ALL

| Status | Title | Author | Format | Action |
|---|---|---|---|---|
| AVAILABLE | The Sky Is Everywhere | by Jandy Nelson | EBOOK | BORROW |
| AVAILABLE | Yolk | by Mary H. K. Choi | EBOOK | BORROW |
| AVAILABLE | The Color of Lies | by Cj Lyons | EBOOK | BORROW |
| AVAILABLE | Tweet Cute | by Emma Lord | EBOOK | BORROW |
| AVAILABLE | Anatomy of a Misfit | by Andrea Portes | EBOOK | BORROW |
| AVAILABLE | Love and Other Perish... | by Laura Buzo | EBOOK | BORROW |

## Best Books of 2021

SEE ALL

| Status | Title | Author | Format | Action |
|---|---|---|---|---|
| AVAILABLE | Any Way the Wind Blo... | by Rainbow Rowell | AUDIOBOOK | BORROW |
| AVAILABLE | Act Your Age, Eve Bro... | by Talia Hibbert | EBOOK | BORROW |
| AVAILABLE | Sunny Song Will Neve... | by Suzanne Park | EBOOK | BORROW |
| AVAILABLE | Dream Girl | by Laura Lippman | EBOOK | BORROW |
| AVAILABLE | Good Company | by Cynthia D'Aprix Sween... | EBOOK | BORROW |
| AVAILABLE | The Bomber Mafia | by Malcolm Gladwell | EBOOK | BORROW |

## Something for EveryBODY: Body Positivity

SEE ALL

| Status | Title | Author | Format | Action |
|---|---|---|---|---|
| AVAILABLE | Smile | by Raina Telgemeier | EBOOK | BORROW |
| AVAILABLE | The Ugly Truth | by Jeff Kinney | EBOOK | BORROW |
| AVAILABLE | Act Your Age, Eve Bro... | by Talia Hibbert | EBOOK | BORROW |
| AVAILABLE | El Deafo | by Cece Bell | EBOOK | BORROW |
| AVAILABLE | Act Your Age, Eve Bro... | by Talia Hibbert | AUDIOBOOK | BORROW |
| AVAILABLE | Starfish | by Lisa Fipps | EBOOK | BORROW |

## It's a First!

SEE ALL

| Status | Title | Author | Format | Action |
|---|---|---|---|---|
| AVAILABLE | Seconds to Live | by Susan Sleeman | EBOOK | BORROW |
| AVAILABLE | The Reasons for Marri... | by Stephanie Laurens | EBOOK | BORROW |
| AVAILABLE | The Girl and the Stars | by Mark Lawrence | EBOOK | BORROW |
| AVAILABLE | The Perfect Husband | by Lisa Gardner | EBOOK | BORROW |
| AVAILABLE | Mr. Mercedes | by Stephen King | EBOOK | BORROW |
| AVAILABLE | The Next Always | by Nora Roberts | EBOOK | BORROW |

## Thank You for Being a Friend

SEE ALL

| Status | Title | Author | Format | Action |
|---|---|---|---|---|
| AVAILABLE | Giant Days (2015), Vol... | by John Allison | EBOOK | BORROW |
| AVAILABLE | The Kitchen Front | by Jennifer Ryan | EBOOK | BORROW |
| AVAILABLE | Red Queen | by Victoria Aveyard | EBOOK | BORROW |
| AVAILABLE | Ruthless | by Sara Shepard | EBOOK | BORROW |
| AVAILABLE | A Question of Holmes | by Brittany Cavallaro | AUDIOBOOK | BORROW |
| AVAILABLE | Girl, Woman, Other | by Bernardine Evaristo | EBOOK | BORROW |

## Trending on BookTok

SEE ALL

| Status | Title | Author | Format | Action |
|---|---|---|---|---|
| AVAILABLE | Such a Fun Age | by Kiley Reid | EBOOK | BORROW |
| AVAILABLE | The Priory of the Oran... | by Samantha Shannon | EBOOK | BORROW |
| AVAILABLE | The Sun Is Also a Star | by Nicola Yoon | EBOOK | BORROW |
| AVAILABLE | Circe | by Madeline Miller | EBOOK | BORROW |
| AVAILABLE | Legend | by Marie Lu | AUDIOBOOK | BORROW |
| AVAILABLE | When the Stars Go Dark | by Paula McLain | EBOOK | BORROW |

## Killer Thrillers

SEE ALL

| Status | Title | Author | Format | Action |
|---|---|---|---|---|
| AVAILABLE | The Snowman | by Jo Nesbo | AUDIOBOOK | BORROW |
| AVAILABLE | The Perfect Husband | by Lisa Gardner | EBOOK | BORROW |
| AVAILABLE | Walk the Wire | by David Baldacci | EBOOK | BORROW |
| AVAILABLE | 21st Birthday | by James Patterson | EBOOK | BORROW |
| AVAILABLE | Paradise Valley | by C.J. Box | AUDIOBOOK | BORROW |
| AVAILABLE | Blindside | by James O. Born | AUDIOBOOK | BORROW |

LOAD MORE

You can use your Idaho Digital Consortium card to borrow titles from these partner libraries:

- Blackfoot Public Library
- IDEA by ICfL
- LYNX Library Consortium
- Cooperative Information Network
- Kuna District Library
- Meridian Library District
- East Bonner County Library District
- LIBRI System, Inc.
- Valnet

powered by OverDrive
Get the app

kindle
Read anywhere on any device

**MY ACCOUNT**
Sign in
Need a library card?

**SUPPORT**
Help
Get support

**STAY CONNECTED**
Member libraries
Share feedback

© 2022 OverDrive, Inc. All Rights Reserved. Privacy Policy · Cookie settings · Accessibility · Important Notice about Copyrighted Materials