# 23-1260

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., PENGUIN RANDOM HOUSE LLC,

*Plaintiffs-Appellees,*

v.

INTERNET ARCHIVE,

*Defendant-Appellant*,

DOES 1-5, inclusive,

*Defendants*.

Appeal from the United States District Court for the Southern District of New York, Case No. 1:20-cv-4160, Hon. John G. Koeltl

### JOINT APPENDIX (PUBLIC) – VOLUME 16 OF 26 (A-3813-A-4076)

JOSEPH C. GRATZ
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

CORYNNE M. MCSHERRY
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

JOSEPH R. PALMORE
DIANA L. KIM
ADITYA V. KAMDAR
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-6940
JPalmore@mofo.com

*Counsel for Defendant-Appellant Internet Archive*
*Additional Counsel Listed on Inside Cover*

DECEMBER 15, 2023

MATTHEW JAN OPPENHEIM     ELIZABETH A. MCNAMARA
DANAE TINELLI               LINDA J. STEINMAN
SCOTT A. ZEBRAK          JOHN M. BROWNING
OPPENHEIM + ZEBRAK, LLP    JESSE M. FEITEL
4530 Wisconsin Avenue, NW,     CARL MAZUREK
5th Floor                       DAVIS WRIGHT TREMAINE LLP
Washington, DC 20016        1251 Avenue of the Americas, 21st Floor
                                  New York, NY 10020

*Counsel for Plaintiffs-Appellees*

---

### Joint Appendix Table of Contents

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 1** | |
| 39 | 10/08/2020 | Stipulation And Protective Order | A-1 |
| 86 | 07/05/2022 | Sealing Order | A-16 |
| 114 | 07/11/2022 | Sealing Order | A-18 |
| | | District Court Docket Sheet | A-19 |
| 219 | 9/11/2023 | Notice Of Appeal | A-49 |
| 1 | 6/1/2020 | Complaint | A-105 |
| 33 | 07/28/2020 | Answer | A-158 |
| 47 | 08/09/2021 | Letter Motion For Local Rule 37.2 Conference | A-186 |
| 62 | 12/24/2021 | Transcript Of Proceedings – 12/2/21 Conference | A-189 |
| 68 | 01/14/2022 | Joint Letter/Status Report Re: Discovery Disputes | A-234 |
| | | Exhibit A – Current Scheduling Order | A-236 |
| | | Exhibit B – Proposed Scheduling Order | A-239 |
| 70 | 01/22/2022 | Revised Scheduling Order | A-242 |
| 87 | 07/07/2022 | Plaintiffs' Motion for Summary Judgment | A-244 |
| 89 | 07/07/2022 | Declaration Of Sandra Cisneros In Support Of Plaintiffs' Motion for Summary Judgment | A-247 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 2** | |
| 90 | 07/07/2022 | Declaration Of Ian Foster In Support Of Plaintiffs' Motion for Summary Judgment | A-254 |
| | | Appendix A – Ian Foster's Curriculum Vitae | A-301 |
| | | [FUS] Exhibit 1 – Numbered List Of 127 Works In Suit | A-347 |
| | | [FUS] Exhibit 2 – Loans For Each Scan That Matches Works In Suit | A-359 |
| | | [FUS] Exhibit 3 – Total Loans For Works In Suit | A-370 |
| | | [FUS] Exhibit 4 – List Of De-Duplicated ISBNs That Match Works In Suit | A-377 |
| | | [FUS] Exhibit 4A – Alternate Version of Exhibit 4 | A-387 |
| | | [FUS] Exhibit 5 – Number Of De-Duplicated ISBNs/Additions To Maximum Eligible Concurrent Loans For Each Work In Suit | A-397 |
| | | [FUS] Exhibit 5A – Alternative Version Of Exhibit 5 | A-404 |
| | | [FUS] Exhibit 6 – Works In Suit Data | A-411 |
| 91 | 07/07/2022 | Declaration Of Tracy Offner In Support Of Plaintiffs' Motion for Summary Judgment | A-421 |
| | | Exhibit A – List Of Internet Archive's URLs | A-448 |
| | | Exhibit B – Internet Archive's Webpages | A-452 |
| | | Exhibit C – Open Library Webpages | A-457 |
| | | Exhibit D – Open Library Webpages | A-461 |
| | | Exhibit E – Open Library Webpages | A-463 |
| | | Exhibit F – Open Library Webpages | A-469 |
| | | Exhibit G – Open Library Webpages | A-471 |
| | | Exhibit H – Open Library Webpages | A-473 |
| | | Exhibit I – Open Library Webpages | A-475 |
| | | Exhibit J – Open Library Webpages | A-477 |
| | | Exhibit K – Open Library Webpages | A-479 |
| 92 | 07/07/2022 | Declaration Of Ben Sevier In Support Of Plaintiffs' Motion for Summary Judgment | A-481 |
| | | [FUS*] Exhibit 1 – Hachette Business Data | A-514 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS*] Exhibit 2 – Hachette Backlist Ebook Data | A-515 |
| | | [FUS*] Exhibit 3 – Hachette Sales Data For All Of The Works In Suit | A-516 |
| | | **Vol. 3** | |
| | | [FUS] Exhibit 4 – Hachette Overdrive Data | A-517 |
| | | [FUS] Exhibit 5 – Hachette 2016 Digital Library Terms | A-562 |
| | | [FUS] Exhibit 6 – Hachette's Current Digital Library Terms | A-570 |
| | | [FUS*] Exhibit 7 – Hachette List Of Aggregators | A-577 |
| | | [FUS] Exhibit 8 – Excerpts From Expert Report Of Rasmus Jorgensen (Feb. 25, 2022) | A-578 |
| | | Exhibit 9 – Hachette Takedown Notice | A-580 |
| 93 | 07/07/2022 | Declaration Of Alan Pavese In Support Of Plaintiffs' Motion for Summary Judgment | A-589 |
| | | Exhibit 1 – Wiley Takedown Notice | A-602 |
| | | [FUS*] Exhibit 2 – Wiley Spreadsheet On Trade Books | A-612 |
| | | [FUS*] Exhibit 3 – Wiley's Sales Records For Works In Suit | A-613 |
| | | [FUS] Exhibit 4 – Wiley's Ebook Distribution Agreement With Proquest | A-614 |
| | | [FUS] Exhibit 5 – Wiley's Ebook Agreement With Overdrive | A-631 |
| | | [FUS*] Exhibit 6 – Wiley Spreadsheet Of Key Aggregator Partners | A-634 |
| | | [FUS*] Exhibit 7 – Wiley Spreadsheet | A-635 |
| 94 | 07/07/2022 | Declaration Of Chantal Restivo-Alessi In Support Of Plaintiffs' Motion for Summary Judgment | A-636 |
| | | [FUS*] Exhibit 1 – HarperCollins Ebooks Licenses Spreadsheet | A-667 |
| | | [FUS*] Exhibit 2 – HarperCollins Spreadsheet On U.S. Sales For Works In Suit | A-668 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 3 – Amazon Kindle Store Terms Of Use | A-669 |
| | | [FUS] Exhibit 4 – HarperCollins And Overdrive Agreement | A-674 |
| | | [FUS*] Exhibit 5 – Spreadsheet On 26-Circ Model | A-699 |
| | | [FUS*] Exhibit 6 – HarperCollins Sales To Libraries In All Formats For Works In Suit (2017-2020) | A-700 |
| | | Exhibit 7 – Excerpts From Expert Report Of Susan H. Hildreth (Feb. 25, 2022) | A-701 |
| | | Exhibit 8 – Open Libraries Agreement | A-705 |
| | | Exhibit 9 – Internet Archive's Presentation At Library Leaders Forum | A-709 |
| | | Exhibit 10 – Internet Archive's Presentation On "Maximizing Institutional Investment In Print Resources Through Controlled Digital Lending" | A-720 |
| | | Exhibit 11 – Internet Archive's And HarperCollins Correspondence | A-738 |
| 95 | 07/07/2022 | [Redacted] Declaration Of Jeffrey Weber In Support Of Plaintiffs' Motion for Summary Judgment | A-744 |
| | | [FUS*] Exhibit 1 – Penguin Random House Ebook Data | A-784 |
| | | [FUS*] Exhibit 2 – Penguin Random House Ebook Data | A-785 |
| | | Exhibit 3 – American Library Association Article, "National Survey Finds Libraries Play Expanded Role in Digital Equity, Bridging Gaps In Access To Technology" (Aug. 31, 2021) | A-786 |
| | | **Vol. 4** | |
| | | Exhibit 4 – Overdrive Press Release (Jan. 7, 2021) | A-788 |
| | | Exhibit 5 – Emails Between Penguin Random House And Internet Archive' | A-792 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 6 – Emails Between Penguin Random House And Internet Archive | A-795 |
| | | Exhibit 7 – Open Libraries Web Page | A-798 |
| | | Exhibit 8 – Internet Archive Blog Post, "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" (Nov. 6, 2019) | A-802 |
| | | Exhibit 9 – Internet Archive Blog Post, "Temporary National Emergency Library to close 2 weeks early, returning to traditional controlled digital lending" (June 10, 2020) | A-811 |
| | | [FUS] Exhibit 10 – Exhibit 12 To Expert Report of Rasmus Jorgensen (Feb. 25, 2022) | A-817 |
| | | [FUS] Exhibit 11 – Excerpts From Expert Report of Rasmus Jorgensen (Feb. 25, 2022) | A-819 |
| | | [FUS*] Exhibit 12 – Penguin Random House Sales Records Of Works In Suit | A-821 |
| | | Exhibit 13 – Internet Archive's Library Leaders Forum Presentation | A-822 |
| | | [FUS*] Exhibit 14 – Penguin Random House Annual Investment Spreadsheet | A-1004 |
| | | Exhibit 15 – Amazon Kindle Store Terms Of Use | A-1005 |
| | | Exhibit 16 – Public Libraries Data Spreadsheet | A-1009 |
| | | Exhibit 17 – Article, "Libraries Without Walls For Books Without Pages" By John A. Browning (1993) | A-1022 |
| | | [FUS] Exhibit 18 – Penguin Random House Jan. 1, 2016 Terms Of Sale | A-1029 |
| | | [FUS] Exhibit 19 – Penguin Random House Terms Of Buyback Program | A-1032 |
| | | [FUS*] Exhibit 20 – Penguin Random House Ebook Data | A-1035 |
| | | [FUS] Exhibit 21 – Penguin Random House Oct. 1, 2018 Public Library Terms | A-1036 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS] Exhibit 22 – Penguin Random House Oct. 1, 2018 Academic Library Terms | A-1039 |
| | | [FUS] Exhibit 23 – Penguin Random House Ebook Terms For Classroom Distribution Channel (Feb. 2, 2020) | A-1042 |
| | | [FUS] Exhibit 24 – Penguin Random House Ebook Terms For Classroom Distribution Channel (Jan. 10, 2021) | A-1045 |
| | | [FUS] Exhibit 25 – Penguin Random House Covid-19 Model Terms | A-1048 |
| **Vol. 5** | | | |
| | | Exhibit 26 – Excerpts From Deposition Of Skip Dye (Nov. 18, 2021) | A-1050 |
| 96 | 07/07/2022 | [Redacted] Declaration Of Elizabeth A. McNamara In Support Of Plaintiffs' Motion for Summary Judgment | A-1075 |
| | | Exhibit 1 – Complaint | A-1143 |
| | | Exhibit 2 – Answer | A-1201 |
| | | Exhibit 3 – Internet Archive's Webpage | A-1230 |
| | | Exhibit 4 – Declaration Of Brenton Cheng | A-1236 |
| | | Exhibit 5 – Excerpts From Deposition Of Brewster Kahle (Dec. 9, 2021) | A-1240 |
| | | Exhibit 6 – Internet Archive's Webpage | A-1283 |
| **Vol. 6** | | | |
| | | Exhibit 7 – Excerpts From Deposition Of Chris Freeland (Dec. 17, 2021) | A-1287 |
| | | Exhibit 8 – Email From Chris Freeland | A-1347 |
| | | Exhibit 9 – Internet Archive Blog Post, "Libraries lend books, and must continue to lend books: Internet Archive responds to publishers' lawsuit" (July 29, 2020) | A-1351 |
| | | Exhibit 10 – Internet Archive Presentation On "Lending & Book Reader" | A-1354 |
| | | Exhibit 11 – Excerpts From Deposition Of Imke C. Reimers (June 3, 2022) | A-1368 |
| | | Exhibit 12 – Open Library Webpage | A-1373 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 13 – Excerpts From Deposition Of Laura Gibbs (Mar. 24, 2022) | A-1376 |
| | | Exhibit 14 – Internet Archive Communications | A-1386 |
| | | Exhibit 15 – Internet Archive's Webpage | A-1395 |
| | | Exhibit 16 – Internet Archive's Webpage | A-1402 |
| | | Exhibit 17 – Exhibit A To Complaint | A-1405 |
| | | Exhibit 18 – Stipulation Regarding Undisputed Facts (June 10, 2022) | A-1409 |
| | | Exhibit 19 – Excerpts From Deposition Of Susan Hildreth (May 17, 2022) | A-1415 |
| | | Exhibit 20 – Excerpts From Deposition Of Steve Potash (Jan. 31, 2022) | A-1425 |
| | | Exhibit 21A – Press Releases | A-1436 |
| | | [FUS*] Exhibit 21B – Overdrive Data | A-1443 |
| | | [FUS*] Exhibit 22 – Overdrive Data | A-1444 |
| | | Exhibit 23 – Institute Of Museum And Library Studies Data Spreadsheet | A-1445 |
| | | Exhibit 24 – Excerpts From Deposition Of Brenton Cheng (Dec. 3, 2011) | A-1448 |
| | | Exhibit 25 – Internet Archive's Objections & Responses To Plaintiffs' First Set Of Requests For Admission | A-1453 |
| | | Exhibit 26 –Expert Report Of Susan Hildreth (Feb. 25, 2022) | A-1468 |
| | **Vol. 7** | | |
| | | Exhibit 27 – Internet Archive's "Everyone Deserves To Learn" Document | A-1527 |
| | | Exhibit 28 – Email Between Mark Stein And Jeff Kaplan | A-1709 |
| | | Exhibit 29 – Email Between Brewster Kahle And Elliot Wrenn | A-1712 |
| | | Exhibit 30 – Email From Wiley To Internet Archive | A-1717 |
| | | Exhibit 31 – Open Library Webpage | A-1720 |
| | | Exhibit 32 – Emails Between Penguin Random House And Internet Archive | A-1724 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 33 – Email From Penguin Random House | A-1735 |
| | | [FUS*] Exhibit 34 – Penguin Random House Spreadsheet | A-1738 |
| | | Exhibit 35 – Email From HarperCollins To Internet Archive | A-1739 |
| | | Exhibit 36 – Takedown Notices | A-1745 |
| | | Exhibit 37 – Author Correspondence To Internet Archive | A-1783 |
| | | **Vol. 8** | |
| | | Exhibit 38 – Author Correspondence To Internet Archive | A-1790 |
| | | Exhibit 39 – Author Correspondence To Internet Archive | A-1815 |
| | | Exhibit 40 – Email From Zane Kesey To Chris Butler | A-1819 |
| | | Exhibit 41 – Open Library Author Page For Ken Kesey | A-1825 |
| | | Exhibit 42 – Author Correspondence To Internet Archive | A-1829 |
| | | Exhibit 43 – Open Library Webpage | A-1832 |
| | | Exhibit 44 – 990-PF Return Of The Kahle/Austin Foundation (2019) | A-1836 |
| | | Exhibit 45 – Excerpts From Deposition Of Jacques Cressaty (Oct. 22, 2021) | A-1867 |
| | | Exhibit 46 – Internet Archive's Open Libraries Proposal To The MacArthur Foundation (Part 1-5) | A-1913 |
| | | **Vol. 9** | |
| | | Exhibit 46 – Internet Archive's Open Libraries Proposal To The MacArthur Foundation (Part 6-8) | A-2062 |
| | | Exhibit 47 – Internet Archive's Webpage | A-2157 |
| | | Exhibit 48 – Scientific American Article, "Archiving the Internet" by Brewster Kahle (1997) | A-2160 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 49 – Brewster Kahle "Universal Access To Knowledge" Speech (2006) | A-2165 |
| | | Exhibit 50 – CNET Article, "Grant Funds Open-Source Challenge To Google Library" (Dec. 20, 2006) | A-2175 |
| | | Exhibit 51 – New York Times Article, "Libraries Shun Deals To Place Books On Web" by Katie Hafner (2007) | A-2190 |
| | | Exhibit 52 – Internet Archive Blog Post, "Internet Archive And Library Partners Develop Joint Collection Of 80,000+ Ebooks To Extend Traditional In-Library Lending Model" (Feb. 22, 2011) | A-2195 |
| | | Exhibit 53 – Internet Archive's Notes About Book Collections And Availability | A-2201 |
| | | Exhibit 54 – Internet Archive Blog Post, "Let's Build A Great Digital Library Together…Starting With A Wishlist" (Mar. 14, 2018) | A-2205 |
| | | Exhibit 55 – Internet Archive Blog Post, "Internet Archive's Modern Book Collection Now Tops 2 Million Volumes" (Feb. 3, 2021) | A-2209 |
| | | Exhibit 56 – The Guardian Article, "Internet Archive Founder Turns To New Information Storage Device – The Book," (Aug. 1, 2011) | A-2218 |
| | | Exhibit 57 – Internet Archive's Webpage | A-2223 |
| | | Exhibit 58 – Excerpts From Deposition Of Andrea Mills (Oct.14, 2021) | A-2227 |
| | | [FUS] Exhibit 59 – Internet Archive Digital Library Grant Application | A-2242 |
| | | [FUS*] Exhibit 60 – Internet Archive's Profit And Loss Statement For 2011-2020 | A-2246 |
| | | Exhibit 61 – Internet Archive's Flyer | A-2247 |
| | | Exhibit 62 – Internet Archive's Scanning Agreement With Providence Public Library | A-2249 |
| | | Exhibit 63 – Internet Archive's Webpage | A-2255 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 64 – Internet Archive Blog Post, "Most 20th Century Books Unavailable To Internet Users – We Can Fix That" (July 1, 2019) | A-2260 |
| | | Exhibit 65 – Internet Archive's Webpage | A-2270 |
| | | Exhibit 66 – Email From Brewster Kahle To Amy Brand | A-2274 |
| | | Exhibit 67 – CNBC Article, "Plagiarism Is Rampant In China, And Its Media Companies Are Raking In Billions" (Jan. 23, 2018) | A-2278 |
| | | Exhibit 68 – Internet Archive Blog Post, "Internet Archive and Library Partners Develop Joint Collection of 80,000. EBooks To Extend Traditional In-Library Lending Model" (Oct. 20, 2020) | A-2286 |
| | | Exhibit 69 – Internet Archive's Webpage | A-2292 |
| | | Exhibit 70 – Internet Archive Blog Post, "Calculating the True Value of A Library that is Free" (Oct. 22, 2019) | A-2298 |
| | | Exhibit 71 – Internet Archive Blog Post, "Pineapple Fund Gifts $1M in Bitcoin to the Internet Archive!" (Dec. 26, 2017) | A-2303 |
| | | Exhibit 72 – Internet Archive Presentation On "How Controlled Digital Lending Works for Libraries" | A-2308 |
| | | **Vol. 10** | |
| | | Exhibit 73 – Internet Archive Presentation On Lending And Digitization Programs | A-2333 |
| | | Exhibit 74 – Open Library Of Richmond Inc. 990 Return (2019) | A-2366 |
| | | Exhibit 75 – Internet Archive's 990 Return (2016) | A-2414 |
| | | Exhibit 76 – Better World Books Webpage | A-2432 |
| | | [FUS] Exhibit 77 – Excerpts From Deposition Of Ginger Patton-Schmitt (Dec. 6, 2021) | A-2435 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 78 – Better World Books Webpage | A-2464 |
| | | [FUS] Exhibit 79 – Draft Memorandum Of Understanding | A-2468 |
| | | Exhibit 80 – Email From Brewster Kahle To Better World Books Director | A-2471 |
| | | Exhibit 81 – Emails Between Chris Freeland And Better World Books Project Manager | A-2473 |
| | | [FUS] Exhibit 82 – Internet Archive Shared Document | A-2477 |
| | | [FUS] Exhibit 83 – Emails Between Brewster Kahle And Xavier Helgesen | A-2480 |
| | | Exhibit 84 – Emails From Brewster Kahle | A-2482 |
| | | Exhibit 85 – Email From Brewster Kahle | A-2488 |
| | | [FUS] Exhibit 86 – Better World Books Financial Agreement | A-2491 |
| | | [FUS] Exhibit 87 – Donation Agreement Between Better World Books And Open Library of Richmond (July 10, 2019) | A-2494 |
| | | Exhibit 88 – Better World Libraries' 990 Return (2019) | A-2497 |
| | | Exhibit 89 – Internet Archive Blog Post, "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" (Nov. 6, 2019) | A-2524 |
| | | [FUS] Exhibit 90 – Better World Books Presentation | A-2533 |
| | | Exhibit 91 – Better World Books Webpage | A-2539 |
| | | Exhibit 92 – Better World Books Preview Page | A-2541 |
| | | Exhibit 93 – Internet Archive Links To Better World Books Webpage | A-2543 |
| | | Exhibit 94 – Better World Books Wikipedia Page | A-2555 |
| | | [FUS] Exhibit 95 – Better World Books Internal Metrics | A-2558 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 96 – Internet Archive Blog Post, "In-Library eBook Lending Program Launched" (Feb. 22, 2011) | A-2567 |
| | | Exhibit 97 – Emails Between Chris Butler And Zane Kesey | A-2573 |
| | | Exhibit 98 – Email From Chris Butler To James D. Jenkins | A-2579 |
| | | Exhibit 99 – Email From Library Of Michigan Librarian | A-2585 |
| | | Exhibit 100 – Internet Archive Blog Post, "Wasted: A case study for controlled digital lending" (Nov. 13, 2018) | A-2588 |
| | | Exhibit 101 – Brewster Kahle Statement | A-2594 |
| | | **Vol. 11** | |
| | | Exhibit 102 – Open Library Webpage | A-2605 |
| | | Exhibit 103 – Open Libraries Form Agreement | A-2607 |
| | | Exhibit 104 – Email From Chris Freeland To Librarian At Arizona State University | A-2612 |
| | | Exhibit 105 – Email From Chris Freeland To The Associate Dean Of University Of Oklahoma Libraries | A-2615 |
| | | Exhibit 106 – Email From Jeff Sharpe To Karl Stutzman Of Anabaptist Mennonite Biblical Seminary | A-2621 |
| | | Exhibit 107 – Internet Archive Presentation On "Open Libraries Introduction & Internet Archive Programs" | A-2628 |
| | | Exhibit 108 – Internet Archive's Presentation On "Addressing The 20th Century Gap: Controlled Digital Lending For In-Copyright Material" | A-2656 |
| | | Exhibit 109 – Internet Archive's Presentation On "Maximizing Institutional Investments In Print Resources Through Controlled Digital Lending" | A-2678 |
| | | Exhibit 110 – Email From Lauri McIntosh | A-2696 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 111 – Email From Lauri McIntosh | A-2704 |
| | | Exhibit 112 – Email From Chris Freeland | A-2721 |
| | | Exhibit 113 – Internet Archive Presentation On "Implementation & Integration" | A-2729 |
| | | Exhibit 114 – Defendant Internet Archive's Objections And Responses To Plaintiffs' Second Set Of Interrogatories | A-2732 |
| | | Exhibit 115 – Internet Archive Presentation on "Library Leaders Forum 2020 Partner Summit" | A-2744 |
| | | Exhibit 116 – Screen Captures Of Georgetown Law Library Catalog | A-2762 |
| | | Exhibit 117 – Screen Captures Of Dartmouth College Library Catalog | A-2765 |
| | | Exhibit 118 – Public Library Screen Captures | A-2769 |
| | | **Vol. 12** | |
| | | Exhibit 119 – U.S. Copyright Office, "Orphan Works And Mass Digitization: A Report Of The Register Of Copyrights 101" (2015) | A-2775 |
| | | **Vol. 13** | |
| | | Exhibit 120 – Judiciary Committee Of The House Of Representatives Hearing Transcript | A-3010 |
| | | Exhibit 121 – Excerpts From Deposition Of Lila Bailey (Oct.18 and 19, 2021) | A-3199 |
| | | Exhibit 122 – Internet Archive Blog Post, "Michelle Wu Receives Internet Archive Hero Award for Establishing the Legal Basis for Controlled Digital Lending" (Oct. 20, 2020) | A-3228 |
| | | Exhibit 123 – White Paper On Controlled Digital Lending By Courtney And Hansen | A-3233 |
| | | Exhibit 124 – Email From Kyle Courtney | A-3276 |
| | | Exhibit 125 – Email From Lila Bailey | A-3278 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 14** | |
| | | Exhibit 126 – Email From Lila Bailey | A-3283 |
| | | Exhibit 127 – Email From Chris Freeland | A-3295 |
| | | Exhibit 128 – Email From Lila Bailey | A-3297 |
| | | Exhibit 129 – Email From Wendy Hanamura | A-3304 |
| | | Exhibit 130 – Internet Archive Post, "Implementation & Integration: CDL For All Libraries" (July 14, 2021) | A-3307 |
| | | Exhibit 131 – Email From Peter Jaszi | A-3312 |
| | | Exhibit 132 – Email From Lila Bailey | A-3318 |
| | | Exhibit 133 – Bailey, Courtney, Hansen, Minow, Shultz And Wu Statement (Sept. 2018) | A-3323 |
| | | Exhibit 134 – AAP "Statement On Flawed Theory Of 'Controlled Digital Lending'" | A-3332 |
| | | Exhibit 135 – Author's Guild's Statement On "Controlled Digital Lending Is Neither Controlled Not Legal" | A-3336 |
| | | Exhibit 136 – Emails From Chris Freeland To Boston Public Library Librarian Tom Blake | A-3339 |
| | | Exhibit 137 – Internet Archive's Amicus Brief In *ReDigi* | A-3347 |
| | | Exhibit 138 – Article, "The Implications Of The ReDigi Decision For Libraries" | A-3377 |
| | | Exhibit 139 – Internet Archive Blog Post, "Internet Archive Responds: Why We Released The National Emergency Library" (Mar. 30, 2020) | A-3383 |
| | | Exhibit 140 – Signatories To Position Statement On Controlled Digital Lending By Libraries | A-3390 |
| | | Exhibit 141 – Emails From Amy Brand | A-3394 |
| | | Exhibit 142 – Email From Hansen To Bailey, Wu, Minow, Courtney And Schultz | A-3396 |
| | | Exhibit 143 – Email From Chris Freeland To Janet Snowhill | A-3399 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
|  |  | Exhibit 144 – Email From Chris Freeland To Kristy Draper | A-3407 |
|  |  | Exhibit 145 – Internet Archive's Event Description (Feb. 2019) | A-3409 |
|  |  | Exhibit 146 – Blog Post Titled "Mythbusting Controlled Digital Lending: Community Rallies To Fight Misinformation About The Library Practice" (Feb. 11, 2019) | A-3414 |
|  |  | Exhibit 147 – Email From Chris Freeland To Duke University Librarian | A-3417 |
|  |  | Exhibit 148 – Emails Between Chris Freeland And Kevin French | A-3420 |
|  |  | Exhibit 149 – Not Filed |  |
|  |  | Exhibit 150 – Internet Archive Blog Post, "How Internet Archive and controlled digital lending can help course reserves this fall" (July 30, 2020) | A-3424 |
|  |  | Exhibit 151 – Emails Between Chris Freeland And Michael Weiss | A-3429 |
|  |  | Exhibit 152 – Emails Between Chris Freeland And Wendy Knapp | A-3434 |
|  |  | Exhibit 153 – Open Libraries Form | A-3437 |
|  |  | Exhibit 154 – Open Library Webpage | A-3474 |
|  |  | Exhibit 155 – Email From Brewster Kahle To Carla Hayden | A-3478 |
|  |  | Exhibit 156 – Email From Michael "Mek" Karpeles To Brenton Cheng | A-3481 |
|  |  | Exhibit 157 – Excerpts From Deposition Of Michael "Mek" Karpeles (Oct. 27, 2021) | A-3484 |
|  |  | [FUS*] Exhibit 158 – Spreadsheet Of Internet Archive's Publication Year Data | A-3491 |
|  |  | Exhibit 159 – Internet Archive's Pre-Motion Letter For Motion for Summary Judgment | A-3492 |
|  |  | [FUS*] Exhibit 160 – Exhibit 13 To Deposition Of Steve Potash | A-3496 |
|  |  | Exhibit 161 – Men's Health Article, "Darin Olin Is More Than Zac Efron's Travel | A-3497 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Partner In Netflix's Down To Earth" by Adrianna Friedman (Jul. 10, 2020) | |
| | | Exhibit 162 – Email From Brewster Kahle To Carla Hayden | A-3501 |
| | | Exhibit 163 – Overdrive Homepage For Detroit And Austin Public Libraries | A-3504 |
| | | Exhibit 164 – Document Titled "Open Library Design Ecosystem" | A-3515 |
| | | Exhibit 165 – Excerpts From Deposition Of Daniel Smith (Apr. 6, 2022) | A-3524 |
| | | Exhibit 166 – Institute Of Museum And Library Services Report, "The Use And Cost Of Public Library Materials" (2021) | A-3531 |
| | | Exhibit 167 – Rural Public Library Webpages | A-3541 |
| | | **Vol. 15** | |
| | | Exhibit 168 –Internet Archive Blog Post, "Announcing a National Emergency Library to Provide Digitized Books to Students and the Public" (Mar. 24, 2020) | A-3548 |
| | | Exhibit 169 – Screen Captures From The Open Library Stats Page | A-3559 |
| | | Exhibit 170 – Screen Captures From The Open Library Homepage | A-3569 |
| | | Exhibit 171 – Email From Lila Bailey | A-3577 |
| | | Exhibit 172 – Sen. Udall's Letter And Register Strong's Response | A-3581 |
| | | Exhibit 173 – Email From Alan Harvey | A-3606 |
| | | Exhibit 174 – Email From Director The Univ. Of Minnesota Press | A-3610 |
| | | Exhibit 175 – Email From Mary E. Rasenberger | A-3612 |
| | | Exhibit 176 – Emails From Penguin Random House | A-3616 |
| | | Exhibit 177 – Email From Brewster Kahle To Executive Director Of The Authors Alliance And Pamela Samuelson | A-3619 |

16

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 178 – Author's Alliance Webpage | A-3621 |
| | | Exhibit 179 – Email From Brianna Schofield To Bailey, Samuelson And Freeland | A-3625 |
| | | Exhibit 180 – Internet Archive Blog Post, "The National Emergency Library – Who Needs It? Who Reads It? Lessons From The First Two Weeks" (Apr. 14, 2020) | A-3628 |
| | | Exhibit 181 – Internet Archive Blog Post, "Temporary National Emergency Library To Close 2 Weeks Early, Returning To Traditional Controlled Digital Lending" (June 10, 2020) | A-3638 |
| | | Exhibit 182 – Email From Mike Furlough | A-3647 |
| | | Exhibit 183 – Email From Skip Dye | A-3651 |
| | | Exhibit 184 – HathiTrust's Emergency Temporary Access Service | A-3653 |
| | | Exhibit 185 – Google Search For "Toni Morrison Beloved Free Read" | A-3656 |
| 97 | 07/07/2022 | Defendant Internet Archive's Motion for Summary Judgment | A-3662 |
| 98 | 07/07/2022 | [Redacted] Defendant Internet Archive's Rule 56.1 Statement | A-3666 |
| 99 | 07/07/2022 | Plaintiffs' Memorandum Of Law In Support Of Plaintiffs' Motion for Summary Judgment | A-3692 |
| 100 | 07/07/2022 | Declaration Of Joseph C. Gratz In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-3741 |
| | | Exhibit A – Stipulation Of Undisputed Facts (June 10, 2022) | A-3752 |
| | | Exhibit B – Excerpts From Supplemental Expert Report Of Ian Foster (Mar. 31, 2022) (Pages 1- 53) | A-3758 |
| | | **Vol. 16** | |
| | | Exhibit B – Excerpts From Supplemental Expert Report Of Ian Foster (Mar. 31, 2022) (Pages 54 – 122) | A-3813 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS] Exhibit C – Excerpts From Corrected Transcript Of Deposition Of Steve Potash (Jan. 31, 2022) | A-4041 |
| | | [FUS] Exhibit D – HarperCollins Doc. No. HC0030132 | A-4056 |
| | | [FUS] Exhibit E – Penguin Random House Doc. No. PRH0072194 | A-4058 |
| | | [FUS] Exhibit F – Hachette Doc. No. Hachette0012377 | A-4061 |
| | | Exhibit G – International Federation of Library Associations and Institutions' Position Statement On Controlled Digital Lending (June 2, 2021) | A-4062 |
| | | Exhibit H – Public Library Association Post, "Public Libraries Respond To COVID-19: Survey Of Response & Activities" | A-4068 |
| | | Exhibit I – EducationWeek Article, "Map: Coronavirus And School Closures In 2019-2020" (Mar. 6, 2020) | A-4071 |
| | **Vol. 17** | | |
| | | Exhibit J – Excerpts From Deposition Of Adam Silverman (Dec. 6, 2021) | A-4077 |
| | | Exhibit K – New Yorker Article, "The National Emergency Library Is A Gift To Readers Everywhere" by Jill Lepore (Mar. 26, 2020) | A-4086 |
| | | Exhibit L – Public Libraries Survey From Institute Of Museum And Library Services | A-4090 |
| | | Exhibit M – WorldCat For "The Lion, The Witch, And The Wardrobe" | A-4096 |
| | | Exhibit N – Excerpts From Deposition Of Skip Dye (Nov. 18, 2021) | A-4102 |
| | | Exhibit O – Publisher Weekly Article, "Ranking America's Largest Publishers" by Jim Milliot (Feb. 24, 2017) | A-4116 |
| | | Exhibit P – Excerpts From Annual Report Of Bertelsmann (2018) | A-4120 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit Q – Excerpts From Annual Report Of Bertelsmann (2019) | A-4125 |
| | | Exhibit R – Excerpts From Annual Report Of Bertelsmann (2021) | A-4130 |
| | | Exhibit S – Excerpts From John Wiley & Sons, Inc.'s SEC Form 10-K (2020) | A-4136 |
| | | Exhibit T – Excerpts From John Wiley & Sons, Inc.'s SEC Form 10-K (2021) | A-4142 |
| | | Exhibit U – Excerpts From Annual Report Of News Corp. (2019) | A-4146 |
| | | Exhibit V – Excerpts From Annual Report Of News Corp (2021) | A-4153 |
| | | Exhibit W – Excerpts From English-Language Version Of Lagardère's Universal Registration Document With French Government (2018) | A-4158 |
| | | Exhibit X – Excerpts From The English-Language Version Of Lagardère's Universal Registration Document With French Government (2020) | A-4161 |
| | | Exhibit Y – Excerpts From English-Language Version Of Lagardère's Universal Registration Document With French Government (2021) | A-4170 |
| | | Exhibit Z – Publisher Weekly Article, "A Year For The (Record) Books In Publishing" by Jim Milliot (Jan. 19, 2021) | A-4185 |
| | | Exhibit AA – Publisher Weekly Article, "America's Biggest Publishers Keep Posting Profits" by Jim Milliot (Apr. 1, 2022) | A-4189 |
| | | Exhibit BB – New York Times Article, "Surprise Ending For Publishers: In 2020, Business Was Good" by Elizabeth A. Harris (Dec. 29, 2020) | A-4193 |
| | | Exhibit CC – Excerpts From Deposition Of Josh Marwell (Dec. 3, 2021) | A-4198 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS*] Exhibit DD – Overdrive Doc. No. Overdrive_Supp_002 | A-4204 |
| | | Exhibit EE – Excerpts From Deposition Of Jeffrey Prince (June 9, 2022) | A-4205 |
| | | Exhibit FF – Excerpts From Deposition Of Alison Lazarus (Nov. 12, 2021) | A-4216 |
| | | Exhibit GG – Excerpts From Deposition Of Chantal Restivo-Alessi (Dec. 1, 2021) | A-4223 |
| | | Exhibit HH – Excerpts From Deposition Of Alan Pavese (Dec. 10, 2021) | A-4230 |
| | | Exhibit II – Excerpts From H.R. Report No. 94-1476 (Sept. 3, 1976) | A-4236 |
| | | [FUS*] Exhibit JJ – Hachette Doc. No. Hachette0002474 | A-4240 |
| | | [FUS*] Exhibit KK – Hachette Doc. No. Hachette0002475 | A-4241 |
| | | [FUS*] Exhibit LL – HarperCollins Doc. No. HC0010272 | A-4242 |
| | | [FUS*] Exhibit MM – Penguin Random House Doc. No. PRH0025907 | A-4243 |
| | | [FUS*] Exhibit NN – John Wiley & Sons Doc. No. Wiley0005650 | A-4244 |
| 101 | 07/07/2022 | Declaration Of Lauren Sherman In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4245 |
| 102 | 07/07/2022 | Declaration Of Ben Saracco In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4251 |
| 103 | 07/07/2022 | Declaration Of Laura Gibbs In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4258 |
| 104 | 07/07/2022 | Declaration Of Daniel Smith In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4265 |
| 105 | 07/07/2022 | Declaration Of Brewster Kahle In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4270 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 1 – Library Services And Technology Act Grant To Internet Archive (2007) | A-4281 |
| | | Exhibit 2 – Institute Of Museum And Library Services Grant To Internet Archive (2017) | A-4289 |
| | | Exhibit 3 – Internet Archive Blog Post, "In-Library eBook Lending Program Launched" (2011) | A-4291 |
| | | Exhibit 4 – Chief Officers Of State Library Agencies Endorsement (2011) | A-4299 |
| | | Exhibit 5 – White Paper On Controlled Digital Lending Of Library Books | A-4302 |
| | | **Vol. 18** | |
| | | Exhibit 6 – Position Statement On Controlled Digital Lending | A-4345 |
| | | Exhibit 7 – List Of Signatories On Position Statement On Controlled Digital Lending | A-4350 |
| | | Exhibit 8 –Internet Archive Blog Post, "Weaving Books Into The Web—Starting With Wikipedia" (Oct. 29, 2019) | A-4357 |
| | | Exhibit 9 – Wikipedia List (Pages 1-239) | A-4367 |
| | | **Vol. 19** | |
| | | Exhibit 9 – Wikipedia List (Pages 240-337) | A-4607 |
| | | Exhibit 10 – Internet Archive Blog Post, "What Happens When Everyone Who Experienced An Event Is Gone?" (Sept. 26, 2019) | A-4705 |
| | | Exhibit 11 – Internet Archive Blog Post, "As Calls To Ban Books Intensify, Digital Librarians Offer Perspective" (Nov. 24, 2021) | A-4713 |
| | | Exhibit 12– Internet Archive Blog Post, "Announcing A National Emergency Library | A-4728 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | To Provide Digitized Books To Students And The Public" (Mar. 24, 2020) | |
| | | Exhibit 13 – Brewster Kahle Statement On "Supporting Waitlist Suspension for Books Loaned by the Internet Archive During the US National Emergency" (Mar. 24, 2020) | A-4741 |
| | | Exhibit 14 – Internet Archive Blog Post, "Teachers & National Emergency Library: Stories From The Frontlines Of Online Schooling" (Apr. 13, 2020) | A-4746 |
| | | Exhibit 15 – Internet Archive Blog Post, "Impacts Of The Temporary National Emergency Library And Controlled Digital Lending" (June 11, 2020) | A-4755 |
| | | Exhibit 16 – Internet Archive Blog Post, "More Impacts Of The National Emergency Library" (June 22, 2020) | A-4763 |
| | | Exhibit 17 – Internet Archive Blog Post, "Even More Impacts Of The National Emergency Library And Controlled Digital Lending" (Aug. 10, 2020) | A-4770 |
| 106 | 07/07/2022 | [Redacted] Defendant Internet Archive's Memorandum of Law In Support Of Defendant's Motion for Summary Judgment | A-4774 |
| 108 | 07/07/2022 | Declaration Of Rasmus Jorgensen In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4819 |
| | | [Redacted] Exhibit 1 – Opening Expert Report Of Rasmus Jorgensen (Feb. 25, 2022) | A-4822 |
| **Vol. 20** | | | |
| | | [Redacted] Exhibit 2 – Rebuttal Expert Report Of Rasmus Jorgensen (May 27, 2022) | A-4871 |
| 109 | 07/07/2022 | Declaration Of Imke Reimers In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4894 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [Redacted] Exhibit 1 – Opening Expert Report Of Imke Reimers (Feb. 25, 2022) | A-4897 |
| | | [Redacted] Exhibit 2 – Rebuttal Expert Report Of Imke Reimers (May 27, 2022) | A-4945 |
| 110 | 07/07/2022 | Declaration Of Susan H. Hildreth In Support Of Defendant Internet Archive 's Motion for Summary Judgment | A-4967 |
| | | Exhibit 1 – Opening Expert Report Of Susan H. Hildreth (Feb. 25, 2022) | A-4970 |
| | | Exhibit 2 – Rebuttal Expert Report Of Susan H. Hildreth (May 27, 2022) | A-5022 |
| 113 | 07/08/2022 | [Redacted] Plaintiffs' Rule 56.1 Statement | A-5030 |
| **Vol. 21** | | | |
| 166 | 09/02/2022 | Declaration Of Elizabeth A. McNamara In Opposition To Defendant Internet Archive's Motion for Summary Judgment | A-5141 |
| | | Exhibit 1 – Defendants' Response To Interrogatory No. 21 | A-5147 |
| | | Exhibit 2 – Excerpts From Deposition Of Chantal Restivo-Alessi (Dec. 1, 2021) | A-5156 |
| | | Exhibit 3 – Excerpts From Deposition Of Jeffrey Weber (Nov. 19, 2021) | A-5163 |
| | | Exhibit 4 – Excerpts From Deposition Of Alan Pavese (Dec. 10, 2021) | A-5178 |
| | | Exhibit 5 – Exhibit 4 To Deposition Of Imke Reimers | A-5188 |
| | | Exhibit 6 – Excerpts From Deposition Of Alison Lazarus (Nov. 13, 2021) | A-5226 |
| | | [FUS*] Exhibit 7 – Spreadsheet Of Overdrive Checkout And Revenue Data | A-5239 |
| | | Exhibit 8 – Letters On Pre-Motion Discovery Conference | A-5240 |
| | | [FUS*] Exhibit 9 – Internet Archive's Second Amended Privilege Log | A-5256 |
| | | Exhibit 10 – Excerpts From Deposition Of Lila Bailey (Oct. 18 And 19, 2021) | A-5257 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 11 – Internet Archive's Blog Post Titled "Internet Archive Launches New Pilot Program For Interlibrary Loan" (Apr. 27, 2021) | A-5261 |
| | | Exhibit 12 – Excerpts From Deposition Of Jacques Cressaty (Oct. 22, 2021) | A-5264 |
| | | Exhibit 13 – Overdrive Book Webpages | A-5273 |
| | | Exhibit 14 – Overdrive Book Webpages | A-5278 |
| | | Exhibit 15 – Excerpts From Deposition Of Benjamin Saracco (Mar. 15, 2022) | A-5283 |
| | | Exhibit 16 – Webpage Titled "Signatories To The Position Statement On Controlled Digital Lending By Libraries" (Sept. 2, 2022) | A-5292 |
| | | Exhibit 17 – Emails From HarperCollins | A-5304 |
| | **Vol. 22** | | |
| 167 | 09/02/2022 | [Redacted] Declaration Of Jeffrey T. Prince In Opposition To Defendant Internet Archive's Motion for Summary Judgment | A-5365 |
| | | [Redacted] Exhibit 1 – Expert Report Of Jeffrey Prince (May 25, 2022) | A-5414 |
| | | [Redacted] Exhibit 2 – Excerpts From Deposition Of Jeffrey Prince (June 9, 2022) | A-5523 |
| | | [Redacted] Exhibit 3 – Excerpts From Deposition Of Rasmus Jorgensen (June 8, 2022) | A-5547 |
| | **Vol. 23** | | |
| | | Exhibit 4 – Excerpts From Deposition Of Imke Reimers (June 8, 2022) | A-5612 |
| | | Exhibit 5 – Excerpts From Deposition Of Susan Hildreth (June 8, 2022) | A-5720 |
| | | Exhibit 6 – Exhibit 3 To Deposition Of Imke Reimers | A-5745 |
| 168 | 09/02/2022 | [Redacted] Plaintiffs' Counter Statement to Defendant's Rule 56.1 Statement | A-5777 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| 169 | 09/02/2022 | [Redacted] Plaintiffs' Memorandum Of Law In Opposition To Defendant's Motion for Summary Judgment | A-5838 |
| 170 | 09/02/2022 | Declaration Of Joseph C. Gratz In Opposition To Plaintiffs' Motion for Summary Judgment | A-5879 |
| **Vol. 24** | | | |
| | | [FUS] Exhibit 1 – Exhibit 4 To Deposition Of Steve Potash (Jan. 31, 2022) | A-5883 |
| | | Exhibit 2 – Excerpts From Deposition Of Andrea Mills (Oct. 14, 2021) | A-5909 |
| | | Exhibit 3 – Excerpts From Deposition Of Ginger Patton-Schmitt (Dec. 6, 2021) | A-5918 |
| | | Exhibit 4 – Excerpts From Deposition Of Michael "Mek" Karpeles (Oct. 27, 2021) | A-5941 |
| | | Exhibit 5 – Excerpts From Deposition Of Susan Hildreth (May 17, 2021) | A-5949 |
| | | Exhibit 6 – Errata To Deposition Of Susan Hildreth | A-5960 |
| | | Exhibit 7 – Judgment From Court Of Justice Of The European Union In *Vereniging Openbare Bibliotheken V Stichting Leenrecht*, Case C-174/15 | A-5963 |
| | | Exhibit 8 – Opinion Of Advocate General In *Vereniging Openbare Bibliotheken V Stichting Leenrecht*, Case C-174/15 | A-5977 |
| 171 | 09/02/2022 | Declaration Of Brewster Kahle In Opposition To Plaintiffs' Motion for Summary Judgment | A-5997 |
| **Vol. 25** | | | |
| 172 | 09/02/2022 | [Redacted] Defendant Internet Archive's Counter Statement to Plaintiffs' Rule 56.1 Statement | A-6005 |
| 173 | 09/02/2022 | Defendant Internet Archive's Memorandum Of Law In Opposition to Plaintiffs' Motion For Summary Judgment | A-6173 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| 175 | 10/07/2022 | Defendant Internet Archive's Reply Memorandum Of Law In Support Of Defendant's Motion For Summary Judgment | A-6214 |
| 176 | 10/07/2022 | Declaration Of Joseph C. Gratz In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-6242 |
| | | Exhibit 1 – Excerpts From Deposition Of Jeffrey T. Prince (June 9, 2022) | A-6255 |
| | | **Vol. 26** | |
| | | Exhibit 2 – Excerpts From Deposition Of Rasmus Jørgensen (June 8, 2022) | A-6274 |
| 177 | 10/07/2022 | [Redacted] Defendant Internet Archive's Response to Plaintiffs' Counter Statement to Defendant's Rule 56.1 Statement | A-6279 |
| 178 | 10/07/2022 | [Redacted] Plaintiffs' Response To Defendant Internet Archive's Counter Statement to Plaintiffs' Rule 56.1 Statement | A-6367 |
| 179 | 10/07/2022 | [Redacted] Plaintiffs' Reply Memorandum Of Law In Support Of Plaintiffs' Motion for Summary Judgment | A-6381 |
| 189 | 03/28/2023 | Transcript Of Proceedings – 03/20/2023 Hearing | A-6407 |
| 216 | 08/11/2023 | Order | A-6458 |

*Submitted to the Court on flash drive

publishers are listed. Twelve of these are in a section under a comment "Added 2020-01-13 per Alexis." None of these eighteen publisher names match in whole or in part the names of the Plaintiffs in this suit (Hachette Book Group, Inc.; HarperCollins Publishers LLC; John Wiley & Sons, Inc.; and Penguin Random House LLC).

122. Finally, the program checks whether the scan's creator metadata (that is, the authors of the scanned book) contain any names on a list of authors to exclude (see lines 5879–5885). If so, the scan is not added to the inlibrary collection. In addition, the "source" metadata field for the scan is set as "removed" so that the scan will not be found by the **get_results** function in the future. The list of authors to exclude is present within the source code at lines 219–5756. It contains 5,537 names. At the top of the list is a comment, "Added 2020-01-13 per Alexis."

123. These are the technical implementations in computer source code of the criteria in the document INTARC00471120 discussed above. The allowed publication date range seen in the code (1927 to 2016, inclusive) has moved forward relative to that in the document ("1925 (inclusive) and ~5 years ago"), presumably due to the passage of time between the creation of the document and the production of the source code.

124. Any scans that remain following execution of program (2) **get_books_to_add_to_inlibrary_browserlending.py** are then subject to assignment to the inlibrary collection by program (3), **add_to_inlibrary_browserlending.py**. This program adds "inlibrary" to the scan's "collection" metadata field at line 52 within a function named **insert_cols** called from line 99.

125. I note that the "Notes about Book Collections and Availability" document INTARC00471120, under the heading "Pre-1925 books," describes a script that "tries to find printdisabled or inlibrary books that were published prior to 1925" and that "remove[s] those

54

A-3813

restricted collections to make them freely available." Presumably, the 1925 date is incremented annually. Through use of this script, scans would be removed from the inlibrary collection.

**C. Increasing concurrent lending limits for books: Open Libraries project and overlap analyses**

126. As I described in the previous section, when IA scans a physical book, places it in storage, and then adds the scan to the inlibrary collection, the scan becomes lendable to users. Specifically, prior to June 2020, IA offered only 14-day loans.[56] Commencing in June 2020, IA now makes the scan available for a 1-hour loan and potentially for a 14-day loan too.[57]

127. When a user takes such a loan, the scan becomes unavailable to other users until the hour has passed. At any given time, except for when IA sets aside its rules (*e.g.*, NEL), only one user has access to the scan at any one point in time. Also, as I described earlier, a scan provided as a 1-hour loan may be read only in the BookReader interface on the IA Site. It cannot be downloaded in encrypted form for offline reading.

128. IA has developed an initiative known as "Open Libraries" to increase the number of users who can read a given scan at one time.[58] I refer to this number as the "maximum eligible concurrent loan limit" for the scan. In the Open Libraries initiative, IA partners with libraries to leverage their holdings of physical books to, in effect, count their print copies as additional copies that IA may lend as digital books, without doing any re-scanning.

129. At a high level, the process works as follows: (1) A partner library provides a list of ISBNs of its physical book holdings to IA. (2) IA compares these ISBNs to the ISBNs of the scans in the inlibrary collection. This comparison of lists to determine the items they have in

---

[56] Freeland Deposition Transcript, December 17, 2021, 179:6-12.
[57] Freeland Tr. 177:18-22.
[58] The website for the Open Libraries initiative is at http://openlibraries.online. It is distinct from, but related to, IA's similarly named Open Library project at https://openlibrary.org.

common is referred to as an "overlap analysis." (3) For each ISBN that overlaps, IA increases its concurrent loan limit for the associated scan by one.[59]

130. In this way, IA considers a scan to be backed by multiple physical copies: the one that IA photographed and placed in storage, and one or more other different physical books with the same ISBN numbers purportedly maintained in the collections of partner libraries. IA then allows multiple users to have access to copies of a scan concurrently. The maximum eligible concurrent loan limit is equal to one plus the number of partner libraries holding a book with the same ISBN.[60]

131. When the maximum eligible concurrent loan limit is more than one, IA makes the scan available for 14-day loans in addition to the 1-hour loans.

132. Each user who takes a loan receives a separate copy of the same scan. Thus, when two users have a loan of a scan at the same time, each is reading a separate copy sent to their device.[61]

133. The Open Libraries program does not involve scanning the physical books held by partner libraries, but instead involves only comparing their ISBNs. As mentioned, the partner library's copy of a book may be in substantially different physical condition than the copy IA scanned.

134. Further, in many cases, IA assigns multiple ISBNs to a single scan, even though only one 10-digit and one 13-digit ISBN correlates to its print edition. In a subsequent section, I show that this is a common occurrence among IA's scans for the WIS. These ISBNs assigned by IA may

---

[59] When a partner library's ISBN matches multiple scans, IA increments the concurrent loan limit for only one of the scans (see generate-final-list.sh in the source code production INTARC00170849).

[60] This is a simplified presentation of the situation because, as discussed below, IA sometimes associates multiple ISBNs with a single scan.

[61] In the case of reading using IA's online BookReader, the copy is sent to the user's device page-by-page as the user reads the book.

represent different editions of a book. Each additional ISBN that IA assigns to a scan provides an additional chance for a match with a partner library's holdings, thus inflating the matches found in overlap analyses. For example, suppose IA has assigned ISBN A and ISBN B to a scan, with ISBN A being the ISBN appropriate for the physical copy in storage, and ISBN B being the ISBN for a different edition of the same work. If a partner library's holdings include ISBN B, which is a different edition than IA has in storage (and perhaps a less desirable or older edition), IA nonetheless will consider it a match to the scan of ISBN A and increase the scan's concurrent loan limit by one.

135. The design of the IA system for adjusting concurrent loan limits based on overlap analyses does not take into account the fact that a partner library's holdings may be borrowed by the partner's patrons.[62] Although a partner library may have a book with a given ISBN in its holdings, it may have loaned that physical copy to one of its patrons or could have discarded or lost it. Likewise, a patron could be reading it in the library's reading room. IA's system is concerned only with whether a book is recorded as being in a partner library's holdings, not with whether that book presently is available for borrowing. In using the Open Libraries initiative to sweep in partner libraries' holdings as extensions of IA's holdings, IA's emphasis is on what the partner library's records indicate the library *owns*, not what the partner library currently has in its stacks for borrowing. To take into account a partner library's lending to its own patrons, IA would need to run overlap analyses in tight synchronization with the library's activities (i.e., stay in real-time synch with which books actually are on the library's shelves). As I will show next, in practice, IA generally runs overlap analyses monthly (since late 2020), and it is relatively rare for a partner library to provide IA with updates to its holdings list. Moreover, there is no reporting

---

[62] *See* Freeland Tr. 166:22-167:2.

from IA to the partner library as users borrow the digital copies from IA—which could lead to a patron borrowing the library's physical copy at the same time one of IA's users borrows the digital copy attributed to that physical copy.

136. The identities and numbers of the books in each partner library's physical collection are subject to change over time, including as old books are discarded and new books acquired. Thus, an accurate determination of the number of "copies contributed by partners" requires a method for updating the list of books in partner collections over time. To this end, IA provides a mechanism that a partner library can use to report changes in their "library holdings"; IA can then repeat the overlap analysis for that partner library.

137. IA maintains a collection on its site, named openlibraries, that contains the partner library collections as members. At present, the openlibraries collection contains 89 items, of which 87 are collections representing partner libraries and two are ancillary collections associated with IA itself.

138. IA also maintains a collection for each Open Libraries partner library that provides information about activities involving that partner library. Each collection has a unique identifier, such as denverpubliclibrary-ol for the Denver Public Library, and is at the URL https://archive.org/download/<lib>-ol, where <lib> is the partner library name. For example, information about the partner "denverpubliclibrary" is at:

    https://archive.org/download/denverpubliclibrary-ol

Exhibit B shows the contents of this directory on February 18, 2022. Among the files listed are:

- A file denverpubliclibrary-ol_files.xml, which provides a list of the files in the directory.

- Multiple files with names of the form:

58

denverpubliclibrary_<date>_physical_direct_matches.tsv,

where <date> is a date in YYYYMMDD format, each containing many lines giving

an ISBN and an IA identifier. For example, the file:

denverpubliclibrary_20190213_physical_direct_matches.tsv contains 111404 lines,

with the first being "978000200019 journeytosourceo00onda," indicating that the

edition with ISBN 978000200019 has been matched with the IA scan with identifier

journeytosourceo00onda. These 111404 links contain in total 100302 unique ISBNs

and 98067 unique Internet Archive identifiers.

- Multiple files with names of the form:

denverpubliclibrary_<date>_ overlap_summary.txt,

containing summary information about the overlap analysis. For example, the file

denverpubliclibrary_20190213_overlap_summary.txt contains the following, stating

that "denverpubliclibrary" has 100382 unique ISBNs, of which 98067 are "inlibrary

direct matches" with IA items.

```
Overlap Summary for denverpubliclibrary @ 20190213

Total unique ISBNs from denverpubliclibrary :    100382

. Match type   .              ISBNs  %   IA items
------------------------:------------------------------
inlibrary direct matches      100302  99    98067
physical direct matches       100061  99    98238
promised direct matches        19299  19      723
------------------------:
```

139. The "denverpubliclibrary-ol" directory contains a total of 17 "overlap_summary" files,

allowing me to examine how the information recorded about this partner library changes over

time. For example, the file "denverpubliclibrary_20201001_overlap_summary.txt", contains the

following information:

```
Overlap Summary for denverpubliclibrary @ 20201001
```

59

```
Total unique ISBNs from denverpubliclibrary :   100382

. Match type    .              ISBNs     %   IA items
------------------------:----------------------------
inlibrary direct matches     89954     89    94151
physical direct matches     100151     99   105901
promised direct matches         28      0       35
------------------------:
```

Curiously, despite being dated 19 months after the file presented in the preceding paragraph, this file reports exactly the same value for "total unique ISBNs" (the number in the second line). Indeed, every one of the 17 "overlap_summary" files for "denverpubliclibrary," from 2019/02/13 to 2022/01/01, reports the same number, 100382. It seems highly unlikely that over a period of 33 months, there were no changes to the inventory of books contained in this library (*i.e.*, nothing removed from or added to the partner library's physical holdings).

140. I performed a similar analysis for each of the IA partner libraries for which information is available via files of the type just discussed. As set forth below, I find that the majority of them show no change in the number of ISBNs reported.

141. In *Figure 32* below, I have plotted the current reported size of each of these 87 partner library collections (using the abbreviated names provided by IA). A total of 31 collections are reported to be empty. The University of Arizona Libraries collection (universityofarizona-ol) is the largest, with a reported 379,113 items. Among partners with a non-zero number of items, the median reported collection size is 66743. There are 19 partners with more than reported 100,000 items in their collections.

60



Case 23-1260, Document 77, 12/15/2023, 3598467, Page35 of 274

*Figure 32: Number of items in partner library collections, as reported in IA records.*

142. For each partner library, IA makes available to the public a set of files pertaining to the partner's collection. These are available on "Files" pages at URLs of the form https://archive.org/download/{collection_name}, such as https://archive.org/download/denverpubliclibrary-ol for the Denver Public Library.

143. Among the different sorts of items on a partner library's Files page are (1) files containing results of overlap analyses and (2) summaries of these analyses. The names of these files include the dates the overlap analyses were executed. For example, the file named "denverpubliclibrary_20190213_inlibrary_direct_matches.tsv" contains results of an overlap analysis performed with respect to the Denver Public Library collection on February 13, 2019. Each summary file indicates the number of ISBNs in the partner library's holdings that were provided to IA for the overlap analysis.

144. For each library currently in the Open Libraries program (that is, for each library listed in the openlibraries collection), I have used files on the library's Files page, as just described, to determine the dates on which overlap analyses were carried out. I also have determined the dates on which the library's holdings list changed in size, as indicated by the "Total unique ISBNs from <collection_name>" number in the overlap summary file.

145. Figure 33 below indicates with a dot the date of each overlap analysis for each partner library. A star is used in place of a dot to indicate dates on which the size of the library's holdings list changed.

62

A-3821



*Figure 33: Dots represent overlap analysis reports for partner libraries; stars represent reports that indicate a change in collection size. Those libraries that report at least one change in size are in boldface.*

146. From *Figure 33*, it is clear that IA instituted a routine of monthly overlap analyses for most partners in late 2020. The red dotted line indicates the June 1, 2020 date the complaint in this matter was filed. Prior to late 2020, overlap analyses were sporadic and few in number for the current partners. The relative scarcity of stars in the figure reveals that it in general is uncommon for IA to use updated holdings lists from partners. Indeed, changes in the holding lists are reported for only 21 (24%) of the 87 partners, and only in 60 (6%) of all 992 size reports. Only three libraries (Delaware County District Library, Milton Public Library, and Goffs Town Library) show regular and frequent changes in holdings size.

147. As an example, the overlap analysis summary file for the February 13, 2019 Denver Public Library overlap analysis is shown in the excerpt below, as downloaded from

https://archive.org/download/denverpubliclibrary-ol/denverpubliclibrary_20190213_overlap_summary.txt:

```
Overlap Summary for denverpubliclibrary @ 20190213

Total unique ISBNs from denverpubliclibrary    :       100382

.   Match type         .     ISBNs   %    IA items
------------------------:----------------------------
inlibrary direct matches      100302   99      98067
physical direct matches       100061   99      98238
promised direct matches        19299   19        723
------------------------:
```

148. The excerpt immediately above shows the holdings for the Denver Public Library consisted of 100,382 ISBNs. These were matched against IA's holdings in a few different ways. The "inlibrary direct matches" match type compares the partner's holdings against IA's scans in the inlibrary collection, while the "physical direct matches" compares against IA's holdings that have Box IDs (that is, books IA has in storage).[63] Recall that only a subset of books that have

---

[63] The "inlibrary," "physical," and "promised" sets referenced here are defined in the source code file "update.sh" in the source code production designated INTARC00170849.

Box IDs are in the inlibrary collection, for reasons such as the publication date range restriction for addition to the inlibrary collection.

149. The inlibrary direct matches file contains 111,167 matches.[64] These reflect 100,302 ISBNs paired in different combinations with 98,067 scans. The 98,067 scans are able to match with more than 98,067 ISBNs, because, as discussed, IA's records for some scans maintain more than one ISBN for those scans. Through this process, IA found that its inlibrary collection matched with 100,302, or 99.9%, of Denver's 100,382 ISBNs. This enabled IA, pursuant to its practices, to increase the concurrent loan limit for up to 98,067 of its scans.[65]

150. After running an overlap analysis with a partner library, IA puts the results of the analysis into effect by updating the "Holdings" list. This is a list that IA maintains and, as described in an earlier section, consults to determine the concurrent loan limit for a given scan. IA adds the partner to the Holdings list in association with each inlibrary scan identifier for which the partner had a match.[66]

151. Because IA is continually scanning books, overlap analyses can show an increase in matches over time even if a partner library's holdings remain unchanged.

**D. Takedown processing.**

**A. <u>Background</u>**

152. IA's publicly posted Copyright Policy, dated March 2001 and still posted today, indicates that "[t]he Internet Archive respects the intellectual property rights and other proprietary rights of others" and invites anyone who believes that their "copyright has been

---

[64] https://archive.org/download/denverpubliclibrary-ol/denverpubliclibrary_20190213_inlibrary_direct_matches.tsv.
[65] The script "generate-final-list.sh" includes a comment stating: "This ensures only one matched archive.org item is added for any source ISBN, even though we may have matched more than one in the overlap process."
[66] The scripts "cdl-audit.sh" and "cdl-adjust.sh" in the source code production designated INTARC00170849 accomplish this update. Note that items also may be removed from the Holdings list in the course of this process based on a change in the partner library's holdings.

A-3824

violated by material available through the Internet Archive" to send a notice with certain required information to the Internet Archive Copyright Agent via email to info@archive.org. *See* https://archive.org/about/terms.php.

153. In this section, I review IA's technical capabilities to receive and respond to such copyright notices, also known as takedown notices. In more detail in a later section of this report, I discuss how IA exercised its capabilities to receive and respond to copyright notices concerning Plaintiffs' works.

**B.  IA's Processes**

154. IA's approach to receiving and processing notices has changed over time.[67]

155. Dating back many years, IA's approach relied upon an individual checking an inbox, looking into the notice, and then taking whatever action IA deemed appropriate. There was no database or spreadsheet with tracking of incoming notices, the status of responses, and any related issues. Emails yet to be actioned were supposed to be marked as unread or flagged in some other manner. There were no audits or reviews to determine whether incoming notices were being missed or whether appropriate action was not being taken. This approach relied almost entirely on individuals to execute correctly, without technological safeguards.

156. Starting in Summer of 2020, IA began to use a tool called Zendesk for its handling of copyright notices. Zendesk is a software tool that, among other potential uses, can be used to create support tickets from emails. It can automate responses, as well as enable users to view

---

[67] The information in the next 6 paragraphs [157 to 162] is largely drawn from the deposition testimony of Chris Butler. He testified as Defendant's corporate representative on topics involving IA's practices regarding infringement notices. Mr. Butler has been an employee of Defendant since 2009. *See* Butler Tr. 27:1-2. Mr. Butler has been the primary person in charge of fielding, processing, and responding to infringement notices since about 2013 or 2014. *See* Butler Tr. 26:2-23, 27:1-34:21, 41:11-83:1, and 93:1-97:13. *See also* Pls. Ex. 188 (INTARC00141406), which describes IA's procedures for responding to takedown notices concerning items in its "lending library" (inlibrary collection).

66

tickets, initiate responses, and generate reports or analytics. *See* www.zendesk.com. Use of a tool like Zendesk, if properly implemented, would be expected to increase the organization, transparency, and reliability of IA's response to infringement notices.

157. When IA removes a scan from its in-library collection in response to a takedown notice, from a technical matter, it is done by employees with certain permissions (also referred to as "administrative privileges").

158. In taking action to remove or disable access to an alleged infringement, IA's employee accesses a web page associated with the scan named in the complaint called its "manage page." This page has, for a scan with identifier <id>, the address "https://archive.org/manage/<id>". A scan's manage page allows a person with administrative privileges to check a box or click a button to change various aspects of the scan's status. This is done using an interface that IA refers to as the "book dashboard."

159. The administrative interface that IA calls "ROMM"—standing for Revenge of MetaManager—which also is known as the book dashboard, allows for addressing a single identifier or multiple scan identifiers and applying tasks. That tool also allows the user to search by publisher name, author name or other fields and then to apply tasks against the results.

160. In past years, an IA employee would need to edit the scan's metadata via an "edit XML page", with XML being the format in which the metadata are maintained. But it is no longer necessary to manually edit metadata fields on the XML page, because an IA employee can now use the book dashboard to effect the change. The book dashboard is accessed via a scan's manage page.

161. As I described above, IA can ensure that scans of books with particular titles, authors, publishers, and ISBNs, are not placed in the inlibrary collection. The code includes lists of titles,

67

authors, and publishers to preclude from appearing in the inlibrary collection. The code I reviewed lists 123 titles, 5,537 authors, and 18 publishers.[68] The code also retrieves a private ISBN list from the IA Site and uses it to prevent scans with matching ISBNs from being added to the inlibrary collection. I have not seen this list and do not know its size.

162. In a section below, I explore IA's responses to copyright notices from Plaintiffs and how that compared to IA's technical capabilities.

**E. Metadata maintenance.**

**1.  Overview**

163. "Metadata" generally refers to data concerning other data. By way of example, consider digital photography. A digital photograph is stored as a set of data, a series of numbers that represent the image itself, in a file. A typical digital camera will record metadata—data about this image—as extra information within the file. Such metadata might include the date and time the photo was taken, the location of the shot, the image resolution, and various camera settings. Additional metadata will be maintained about the image outside of the file, including the name of the file and the data that it was last modified. If the image is uploaded to a photo-sharing service, additional metadata typically will be attached, including the username of the uploader and a description provided by the uploader. As can be seen from this example, metadata may be generated and revised through both automatic and manual means. It may be stored either within the same file as the data or external to it.

164. Websites offering media items such as music, video, books, and images invariably maintain some metadata about those items. Titles, dates, names of creators, descriptions,

---

[68] The code provides these names as patterns that each may match multiple sufficiently similarly named items, as I discussed earlier regarding the 123 titles matching the titles of the 127 works-in-suit.

68

comments, ratings, and so on are all examples of metadata encountered by users of services as diverse as Spotify (music), YouTube (video), Amazon (Kindle ebooks), and Instagram (images). Metadata are crucial to the presentation, discovery, and selection of content. When users browse or search services offering media, they commonly are browsing and searching the metadata, not the data that they metadata describe. If an item's metadata are incorrect, users may not be able to find it. Metadata are also crucial to a service's tracking of usage. Imagine a case in which a song is mislabeled with the wrong title and artist on a music service: users will not find it under the expected names, and compensation for streams of the song may go to the wrong rightsholder. For reasons such as these, quality and accuracy of certain key metadata are of substantial significance to sites offering media.

165. IA's frontend and backend systems related to its Book System rely upon the use of metadata regarding scans (*i.e.*, the digitized version of the print book with a designated scan identifier). These metadata include the fields of information displayed on a details page for each item on the IA Site, such as the name of the book and its author; topics; publisher; publication date; collections(s) into which IA designated the item; and whether it is an access-restricted item. Some of the metadata, such as title, author, and ISBN serve to identify a book; these are identifying metadata. Other metadata, such as the list of collections to which the book belongs, have other purposes. Together, these metadata facilitate a number of functions, such as finding the book by keyword query and dictating if IA's system will provide the book for permanent download rather than only temporary viewing / download.

166. The IA Site has webpages relating to IA's use of metadata. One webpage indicates, "Metadata is data about data. In the case of Internet Archive items, the metadata describes the contents of the items. Metadata can include information such as the performance date for a

A-3828

concert, the name of the artist, and a set list for the event. Metadata is a very important element of items in the Internet Archive. Metadata allows people to locate and view information. Items with little or poor metadata may never be seen and can become lost."

https://help.archive.org/hc/en-us/articles/360018818271-Internet-Archive-Metadata (hyperlink omitted).

167. Another webpage on the IA Site indicates, "All metadata for archive.org items are stored in `<identifier>_meta.xml` and `<identifier>_files.xml`. The meta.xml file contains all of the item-level metadata for an item (e.g. title, description, creator, etc.)." https://archive.org/services/docs/api/metadata-schema/index.html. The webpage at the foregoing URL describes "common metadata fields used on archive.org." That list of fields explained includes, among others, the following: access-restricted; access-restricted-item; addeddate; boxid; collection; contributor; identifier; openlibrary_edition; openlibrary_work; operator; possible-copyright-status; publicdata; publisher; repub_state; republisher_date; republisher_operator; scandate; scanfee; scanner; scanningcenter; source; sponsor; subject; and title. For ease of reference, I have prepared a glossary of those terms, along with some of IA's other terminology, as Appendix E to my report.

## 2. **Importance**

168. In the cases of scans for which the metadata that IA uses is inaccurate, IA's frontend and backend systems do not function reliably with respect to features that rely upon the inaccurate metadata. When the metadata in question are identifying metadata, such as title, author, and ISBN, one book may be confused with another. This can lead to inaccuracies in other metadata, such as the list of collections to which the book is assigned. For example, inaccurate metadata can lead to situations such as the following:

a.  IA delivering a copy of Book A to someone who wants Book B;

b.  IA designating Book A for viewing or downloading on an unrestricted basis, rather than designating it into its inlibrary collection for temporary viewing / download;

c.  IA exceeding its intended lending limits for Book A by confusing it with Book B;

d.  IA under-counting loans (eligible concurrent, actual concurrent, and total) for Book A by attributing those loans to Book B; and

e.  IA having an incorrect accounting of its digital holdings and how its digital holdings compare to a library's physical holdings.

169. These concerns are not merely theoretical. I have encountered several examples of IA's metadata substantially misidentifying books, which I detail below. IA does not have in place extensive quality-control systems to proactively detect and correct such misidentifications. Consequently, IA's Book System in cases includes and operates based on flawed identification metadata, which leads to problems such as those that I outlined in the prior paragraph occurring in actuality.

170. IA's difficulties with metadata can be seen in several ways. First, IA's documents produced in discovery contemplate and discuss metadata problems. Second, examples of bad metadata can be seen in public-facing view on the IA Site. Third, IA's selection of scans containing Plaintiffs' WIS included several whose identifying metadata did not match with the content of the scan.

**3.  IA's Processes**

71

171. IA obtains metadata from a number of sources that it then associates with its digitized copies of print books.[69] If IA is digitizing a print book while providing a scanning service to a library, it typically obtains metadata from the library—either directly (e.g., via a spreadsheet, CSV file, or some other online data feed) or indirectly (such as via the WorldCat website, a third-party service). Where a scanning service for a library is not involved, IA obtains metadata from other sources. Sometimes the metadata are provided by a library as it donates physical books that they no longer wish to hold in their collections. In other instances, IA may search on the WorldCat website for metadata to associate with the item. In any event, IA creates or adds metadata during its digitization process. Both prior to republication and even after republication, IA also makes additions and/or changes to the metadata.

172. IA has created a variety of documents that describe its processes for digitizing print books, republishing the digital versions, and managing the items. A document entitled "Books Digitization Documentation Hub" depicts a number of such process documents.[70]

173. One of the documents at the Books Digitization Documentation Hub sets forth a list of "curate codes" within IA's quality assurance process.[71] They include:

123 Possibly not in public domain. Can be made dark by QA, loaders, or coordinators.

124 Removed by request of copyright holder or library. Can be made dark by QA, loaders, or coordinators.

140 Book and metadata do not match. Books with this problem should be fixed immediately in the scanning center (i.e., use post-Biblio to retrieve the correct record for the book that was scanned). The 140 code should only be used when something prevents this from being done right away, i.e., as a flag to fix the problem later.

152 Copyright evidence was reported incorrectly.

---

[69] Mills Tr. 182:8-183:24.
[70] Pls. Ex. 18 (INTARC00140369).
[71] Pls. Ex. 20 (INTARC00140897).

72

A-3831

174. Andrea Mills served as IA's corporate designee for certain deposition topics related to IA's digitization efforts. When asked about Curate Code 123, Ms. Mills explained how she is aware of metadata errors whereby IA's systems associate a digital scan with the wrong book.[72]

175. Another document at the Books Digitization Documentation Hub is entitled "Item Corrections Processes," and describes processes to be used for "correct[ing] various scribe item issues due to software, hardware, or operator error" after the item has been uploaded to Republisher.[73] The document, at subsection 3.9, recognizes that sometimes items are "created with an incorrect MARC record." As Ms. Mills confirmed, a MARC record is a library's record that identifies the book and data about the book.[74]

176. Another document at the Books Digitization Documentation Hub is entitled "Catalogue Item Tasks."[75] It explains that "[a]ll changes to the files or metadata of an item on archive.org are accomplished by catalog tasks." The document provides a glossary of tasks that describe the change being performed. The list of tasks explained includes: archive.php (a file is uploaded to an item), derive.php (the book is done and derivative access formats are being created), make_dark.php (making an item unviewable on archive.org), and other tasks. Each task that is run is given its own unique id, called a "task_id". Another one of the listed tasks is called "modify_xml.php" which the document explains as "Changes are being written to the metadata of an item. These changes can be submitted manually by a user, or automatically by software like

---

[72] "Q. So does this mean that at this point in the process, Internet Archive's data for a book indicates that it's Book A, but the actual scan is of Book B? A. Yes, I would say that's the case. Q. And if the operator doesn't catch that difference, thereafter Internet Archive would be providing one book thinking -- where a system was actually thinking it was a different book; correct? A. Yes, that is possible. Q. And you've seen instances where the book scan didn't match the book metadata, and as a result, Internet Archive was delivering a different book than it thought it was delivering; correct? A. Yes, I've seen examples like that." (Mills Tr. 181:1-19) (objections removed from transcript).
[73] Pls. Ex. 23 (INTARC00141119).
[74] Mills Tr. 187:6-188:3.
[75] Pls. Ex. 170 (INTARC00138517).

Scribe3 or RePublisher, or by another task like a book_op.php." foregoing documents illustrate that IA recognizes that metadata problems occur during the course of operations that need to be corrected.

177. In a later section, I explore specific examples of metadata inaccuracies that would cause IA's frontend and backend systems relying on such metadata not to function reliably.

## VI. PLAINTIFFS' WORKS

### A. Data and scan productions

178. Plaintiffs attached as Exhibit A to the Complaint in this matter a numbered list of 127 WIS, providing for each a title, author, copyright registration number, and publisher. For example, item number 44 in their list has author "Grisham, John", title *Theodore Boone: The Accused*, copyright registration number "TX0007558149", and publisher "Penguin Random House." For convenience, this can be referred to as WIS #44.

179. IA subsequently identified to Plaintiffs 379 scans in its Book System responsive to requests for documents pertaining to the 127 WIS. For each of these 379 scans it provided data in files with conventional formats known as CSV and JSON.

180. For 254 scans, IA produced a version of each scan as a black-and-white PDF file based on its digitized copy of the book, with a Bates number added to each page. For the remaining 125 scans, IA produced a TXT file containing the text derived from the scan of each book, but not an image-based version of the scan. For two of the 379 scans, IA in addition produced the scan in a number of different formats it maintains on its system (INTARC00463344-45), including JP2 image files and unencrypted PDF and EPUB files based on those images.

74

181. The CSV files contain records of updates made to IA's files and metadata regarding a scan. IA refers to these records as the "catalog task history" for the scan; a document titled "Catalog Item Tasks" provides an overview of the sorts of tasks recorded in these files (INTARC00138517). Each CSV file pertains to one scan, and contains multiple lines, each comprising seven fields. Table 2 shows an example line from one file, INTARC00136118.csv. The file name indicates the Bates number for the file, in this case INTARC00136118. The first field, the "identifier," specifies the identifier assigned to that work by IA, in this case accused0000gris. The "cmd" field specifies a command applied to the metadata database, in this case "modify_xml", and the "args" field provides details of the update to be performed, which in this case involves updating the status of the scan to be "UNAVAILABLE", the number of active loans to be "1", and the total number of loans performed to be "2".

*Table 2: Example data from a CSV file provided by IA for a copy corresponding to a WIS. The file in this case is "INTARC00136118.csv." The data from one line are shown here as a table in which the first column provides the field names and the second column gives an example of the content provided for each field.*

| Field name | Example contents |
|---|---|
| Identifier | accused0000gris |
| task_id | 1759110427 |
| Server | ia601507.us.archive.org |
| Submittime | 2020-06-13 02:02:44.002889 |
| Cmd | modify_xml.php |
| Submitter | lendingbot@archive.org |
| Args | `{ '-changes':`<br>`  [ {"target":"metadata",`<br>`    "patch":`<br>`     [ {"op":"add", "path":"/loans__status__status",`<br>`        "value":"UNAVAILABLE",`<br>`       {"op":"add", "path":"/loans__status__num_loans", "value":"1",`<br>`       {"op":"add", "path":"/loans__status__num_waitlist", "value":"0",`<br>`       {"op":"add", "path":"/loans__status__num_history", "value":"2",`<br>`       {"op":"add", "path":"/loans__status__last_loan_date",`<br>`        "value":"2020-06-13T02:02:43Z"}`<br>`     ],`<br>`     ...`<br>`  }` |

75

A-3834

182. The JSON file provides a wide range of metadata about the scan, including author name

("creator"), title, ISBN(s), and publisher: for example, see Figure 34.

```
 1 { "files": [ ... list of files associated with entry ...],
 2 "page_numbers": {"confidence": 91.78082191780823,
 3     "identifier": "/var/tmp/autoclean/derive/accused0000gris/accused0000gris",
 4     "pages": [... page information ...]}
 5 "uniq": 1700626130,
 6 "created": 1606937399,
 7 "workable_servers": ["ia803206.us.archive.org", "ia903206.us.archive.org"],
 8 "server": "ia803206.us.archive.org",
 9 "item_size": 467625951,
10 "files_count": 23,
11 "item_last_updated": 1599457784,
12 "metadata":
13 { "noindex": "true",
14 "isbn": ["9781444728880", "1444728881", "144472889X", "9781444728897", "9781444756654",
15     "1444756656", "9781444728903", "1444728903", "9781444758474", "1444758470"],
16 "scanner": "station18.cebu.archive.org",
17 "creator": "Grisham, John",
18 "external-identifier":
19     ["urn:acs6:accused0000gris:epub:ccf77c33-3bdd-4b00-b6f3-dea9f6e6971e",
20     "urn:acs6:accused0000gris:pdf:5b3ed182-dca4-4ed8-9fae-ff25fbec51a1"],
21 "ppi": "300",
22 "republisher_date": "20200602122615",
23 "contributor": "Internet Archive",
24 "old_pallet": "IA18099",
25 "sponsor": "Kahle/Austin Foundation",
26 "invoice": "1652",
27 "operator": "associate-sahara-balio@archive.org",
28 "partner": "Innodata",
29 "scanfee": "0;1.00;200",
30 "subject": "Boone,
31 Theodore (Fictitious character) -- Fiction",
32 "scribe3_search_catalog": "isbn",
33 "page_number_confidence": "91.78",
34 "title": "The accused",
35 "repub_state": "19",
36 "scribe3_search_id": "9781444728903",
37 "openlibrary_edition": "OL28190499M",
38 "camera": "Sony Alpha-A6300 (Control)",
39 "ocr": "ABBYY FineReader 11.0 (Extended OCR)",
40 "scanningcenter": "cebu",
41 "description": ["271 pages ; 23 cm", "Theodore Boone is the thirteen year old who knows
42     more about the law than most adult lawyers. He certainly never expected to be the
43     victim of crime himself. But then his bike is vandalised, he's attacked while doing
44     his homework and, worst of all, framed for a robbery"],
45 "publisher": "London : Hodder & Stoughton",
46 "republisher_operator": "associate-meriam-bapilar@archive.org",
47 "collection_set": "printdisabled",
48 "identifier-ark": "ark:/13960/t54g0m29x",
49 "mediatype": "texts",
50 "collection": "litigationworks",
51 "access-restricted-item": "true",
52 "uploader": "station18.cebu@archive.org",
53 "date": "2012",
54 "addeddate": "2020-06-02 07:04:44",
55 "rcs_key": "24143",
56 "boxid": "IA1813618",
57 "openlibrary_work": "OL2823388W",
58 "publicdate": "2020-05-30 07:43:24",
59 "language": "eng",
60 "notes": "obscured text back cover<br />",
61 "republisher_time": "268",
62 "foldoutcount": "0",
63 "neverindex": "true",
64 "identifier-access": "http://archive.org/details/accused0000gris",
65 "tts_version": "3.6-initial-119-gda8d7dc",
66 "identifier": "accused0000gris",
67 "sponsordate": "20200531",
68 "imagecount": "294",
69 "scandate": "20200530100421"
70 },
71 "d2": "ia803206.us.archive.org",
72 "events": {"checkin_0": ["associate-meriam-bapilar", 1591071978, ""]},
73 "dir": "/11/items/accused0000gris",
```

*Figure 34: JSON file provided by IA for the digital copy with scan identifier accused0000gris (INTARC00136608). To fit the JSON file on this page, its "files" and "pages" sections have been abridged, with comments denoted by "[... ...]" replacing their data.*

76

**B. Associating WIS with scans**

183. IA did not provide a key to connect the 379 scans to the 127 WIS. That is, IA produced each scan as responsive to one or more WIS, but IA did not indicate which WIS those were. The JSON file for each scan contains a title for the book, but it does not necessarily exactly match that in Plaintiffs' Complaint Exhibit A listing the WIS.

184. The JSON files sometime differ in minor ways from Complaint Exhibit A in how they give author names and/or titles. For example, we find *Judgment Call* by "Jance, J.A." in Complaint Exhibit A (WIS #5), but *Judgment Call: A Brady Novel of Suspense* by "J. A. Jance" in the JSON file (INTARC00136632). Similarly, *Theodore Boone: The Accused* by John Grisham (WIS #43) appears in one JSON file (INTARC00136604) as *Theodore Boone, the accused* and as simply *The accused* in another (INTARC00136608). Thus, I used a mix of automated and manual methods to associate each of the 379 scans with the 127 WIS. In a first pass, I made associations based on title matching. Subsequently, I manually reviewed the remainder, looking at the scan file containing the content of the scan as needed. I found that:

- Eight of the scans do not match to any of the WIS. I excluded these in subsequent work, meaning I worked with a set of 379 – 8 = 371 distinct scans.

- Five of the scans match with two WIS. This is possible because these five scans are anthologies; that is, single books that each contain multiple novels. Consequently, when I list the scans for these WIS, five scans appear two times each. This means a full list of scans for the WIS, including five duplicates, has 371 + 5 = 376 scans.

- All 127 WIS have at least one associated scan.

185. Table 3 lists the eight scans that I excluded and a description as to the reason.

*Table 3: Scans that I did not match to a WIS.*

| Identifier | PDF/TXT Bates | Note |
|---|---|---|
| catcherinrye0000sali_q3k8 | INTARC00105596 | Book about WIS #98 (*The Catcher in the Rye*); does not contain the WIS. |
| chroniclesofnarn0000lewi | INTARC00135582 | Contains *The Voyage of the Dawn Treader*, which is not a WIS. |
| fivedysfunctions00patr | INTARC00044264 | Workbook for use with WIS #64 (*The Five Dysfunctions of a Team: a Leadership Fable*); does not contain the WIS. |
| foulplay0000evan | INTARC00108452 | Contains *Foul Play* by Steffie Hall, which is not a WIS. |
| isbn_9780439799256 | INTARC00042040 | Contains *Measle and the Wrathmonk*, which is not a WIS. |
| jdsalingerscatch00sali | INTARC00071898 | Book about WIS #98 (*The Catcher in the Rye*); does not contain the WIS. |
| lordoffliesfathe00reil | INTARC00070668 | Book about WIS #36 (*Lord of the Flies*); does not contain the WIS. |
| onlythreequestio00fish | INTARC00021250 | A distinct earlier edition of WIS #25 (*The Only Three Questions that Still Count: Investing by Knowing What Others Don't*) |

186. Table 4 lists the five scans that matched with two WIS.

*Table 4: Scans that I matched to two WIS.*

| Identifier | PDF/TXT Bates | Note |
|---|---|---|
| littlehousetreas00wild | INTARC00004546 | Contains WIS #118 (*Little House in the Big Woods*) & WIS #119 (*Little House on the Prairie*) |
| chroniclesofnar00lewi | INTARC00016602 | Contains WIS #70 (*The Lion, the Witch and the Wardrobe*) & #71 (*The Magician's Nephew*) |
| chroniclesofnarn00lewi | INTARC00030140 | Contains WIS #70 (*The Lion, the Witch and the Wardrobe*) & #71 (*The Magician's Nephew*) |
| completechronicl0000lewi | INTARC00120238 | Contains WIS #70 (*The Lion, the Witch and the Wardrobe*) & #71 (*The Magician's Nephew*) |
| isbn_9780060598242 | INTARC00072160 | Contains WIS #70 (*The Lion, the Witch and the Wardrobe*) & #71 (*The Magician's Nephew*) |

187. The results of this matching process are provided in the Excel file named

"Tabulation.xlsx" that I prepared with this report. This is a comprehensive table that presents my

association of scans with the WIS and various data derived from IA's JSON and CSV files.

    a. The first three columns (A to C) contain the WIS number, title, and author,

       respectively, as listed in Exhibit A of the Complaint.

78

A-3837

b.  The fourth column (D) contains the Bates number of the corresponding scan file in PDF or TXT form IA produced containing the content of the scan.

c.  The fifth column (E) contains the Bates number of the JSON file that IA produced for the scan.

d.  Columns #6 through #36 (F to AJ) contain data derived from this JSON file.

e.  Column #37 (AK) contains the Bates number of the CSV file that IA produced for the scan.

f.  Columns #38 through #51 (AL to AY) contain data derived from this CSV file.

g.  Columns #52 & #53 (AZ & BA) contain data derived from INTARC00474639, an Excel file IA produced to Plaintiffs on February 22, 2022 containing columns titled "Date Added to inlibrary" and "Date Darkened (Remove from inlibrary)" for the scan.[76]

188. The Tabulation table contains 376 data rows reflecting the association of 371 distinct scans with 127 WIS. Five scans appear twice as described above.

189. Due to its large number of columns, the Tabulation table is not well suited for printing or presentation in a document. Instead, I have attached at the end of this report various exhibits that are based upon the Tabulation table, as described here and in the next section. See Exhibits T1-T10. I may create additional exhibits or summaries based upon the Tabulation table.

190. In Appendix C, I present my methodological notes regarding preparing the Tabulation table and exhibits derived from it.

---

[76] This data source for "Date Added to inlibrary" has such dates for all scans of WIS except one (scan identifier "songsolomon00morr_536", which IA obtained from Library Genesis). My method (described in Appendix C) of determining the date of addition to the inlibrary collection is based on events recorded in the CSV files. In brief, it is to look for an explicit "add" event with value "inlibrary." However, the CSV files for many scans do not contain an "add" event, even though the data reflects that those scans are "inlibrary." The "Date Added to inlibrary" field in file INTARC00474639 both (a) agrees with the date of the "add" event in each CSV for which such an event is present and (b) provides inlibrary addition dates for all scans (but one) lacking such an "add" event in their CSV file.

191. The first exhibit I present based on the Tabulation table is simply a list associating the WIS with scans. **Exhibit T1** is an association of the WIS to the Scans provided by IA. For each Work-in-Suit, the first three columns are from Exhibit A to the Complaint, and the last column lists the one or more matching Scan identifier(s). From this, one can see that IA has one or two scans for some WIS and up to over 10 or 20 scans for others.

192. The second exhibit that I present adds information on Contributor and Digitizing Sponsor. In **Exhibit T2**, the first four columns are as in Exhibit T1; the last two provide, in addition, information about the Contributor and Digitizing Sponsor. The Contributor, as explained in Appendix E, is the person or entity that provided (and owns) the physical book being digitized. The Digitizing Sponsor is the person or entity who paid for the digitization.[77]

## C. History of Internet Archive's Usage of Works-in-Suit

193. Based on the Tabulation table, I have prepared several exhibits reflecting IA's usage of the WIS.

194. I note that the loan data from the CSV files are incomplete. According to the February 14, 2022 declaration of Brenton Cheng, these contain loan information from on or around March 2017 though on or around September 2, 2020 and exclude a few short durations ("generally less than a couple days") within this period. Also, I note that IA ceased lending the 371 WIS scans in the period following Plaintiffs' filing the complaint in this matter on June 1, 2020. Thus, the loan data that IA provided excludes data on any loans prior to March 2017 or after around early September 2020.

195. My exhibits reflecting IA's usage of WIS include the following:

---

[77] Mills Tr. 210:1-3.

196. **Exhibit T3** sets forth the maximum eligible concurrent loans and the total loans for each Scan that matches with a WIS, from March 2017 to on or about Sept 2, 2020 (the earliest and latest loan dates, respectively, for which IA provided data). Data are divided into three periods: prior to 2019, 2019, and 2020. There is also a column that provides the overall number of loans. In Exhibit T3, the maximum actual concurrent loans data shows many instances in which IA provided a scan to more than one user at a time. By way of example, as to the book *Ship Breaker* by Paolo Bacigalupi (WIS # 4), while IA has only a single scan, IA provided 5 users with copies at a time in 2019. Moreover, IA provided up to 15 users at a time with copies in 2020.

197. **Exhibit T4** sets forth the total loans for each WIS, from March 2017 to on or about Sept 2, 2020 (the earliest and latest loan dates, respectively, for which IA provided data). Here, I divided the data into three periods: prior to 2019, 2019, and 2020–obtained by summing across all Scans that match that WIS, with the number of such scans also specified. There is also a column that provides the overall number of loans. Exhibit T4 is a WIS-level view of Exhibit T2, summing, for each WIS, the loans made for the various scans that IA has created of that WIS. The exhibit illustrates that another way in which IA provides more users with access to a work is simply to have multiple scans for that work.

198. **Exhibit T5** sets forth total loans for each WIS, during the period from March 2017 to on or about Sept 2, 2020 (the earliest and latest loan dates, respectively, for which IA provided data). As with the other exhibits, the loan data that IA provided does not include loans that occurred prior to March 2017 or after early September 2020. Numbers are obtained by summing across all scans that match that WIS, for all available data, with the number of such scans also specified. Exhibit T5 results from summing the loans in each time period in Exhibit T4. The lending totals vary by work-in-suit, with some having 1,000 or more.

199. **Exhibit T6** presents a closer look at 2020: Maximum actual concurrent loans and total loans for each WIS before, during, and after the National Emergency Library period–obtained by summing across all Scans that match that WIS. The National Emergency Library period is set to be March 17, 2020 (representing a one-week buffer before Internet Archive's announced start date of March 24, 2020) to June 17, 2020. Exhibit T6 results from focusing on the year 2020 in Exhibit T4, breaking it into three periods.

200. **Exhibit T7** sets forth the number of de-duplicated ISBNs and additions to maximum eligible concurrent loans for each scan that matches with a Work-in-Suit. As with the other exhibits, the loan data that IA provided does not include loans that occurred prior to March 2017 or after early September 2020. Exhibit T7 is thus based on loan data only for the period roughly from March 2017 to early September 2020. In Exhibit T7, the additions to the maximum eligible concurrent loans are due to data matches with collections of partner libraries in IA's Open Libraries initiative. The more ISBNs that IA associates with a single scan, the greater the opportunity that the scan has to match with ISBNs in partner collections. This exhibit shows how IA scales a single scan of a particular physical book in its possession into a much larger dissemination scheme that involves copies of that scan being provided to multiple users at a time.

201. **Exhibit T8** sets forth Number of de-duplicated ISBNs and additions to maximum eligible concurrent loans for each WIS—obtained by summing across all Scans that match that Work-in-Suit. Exhibit T8 is likewise based on loan data only for the period roughly from March 2017 to early September 2020. Exhibit T8 is a WIS-level view of Exhibit T7, summing over the scans comprising each WIS. This again shows the effect on availability of a work simply by having more scans of the work.

202. **Exhibit T9** sets forth maximum actual concurrent loans, total loans, scan date,

82

A-3841

republisher date, and inlibrary date, for each scan associated with a WIS, during the period from March 2017 to on or about Sept 2, 2020 (the earliest and latest loan dates, respectively, for which IA provided data). Exhibit T9 reveals the dates when the scans associated with the WIS were scanned, republished, and made available for lending in the inlibrary collection. However, the data supplied by IA only covers dates that the Works in Suit were put in the inlibrary collection during the March 2017 – September 2, 2020 time period; it does not include inlibrary dates outside that time period. The same issue appears to exist for some of the republication dates. All of the WIS were included in the inlibrary (i.e., "Books to Borrow") collection at some point in time, and the subject of loans. However, for some scans, IA did not fully produce all the loan data or dates as to when republished and when moved into the inlibrary collection.

203. **Exhibit T10** is a series of one-pagers per scan per WIS. Each corresponds to a unique Identifier. Each sets forth the image of the book cover that IA shows for that scan, as well as data as to scanning date, uploading date, republishing date, date added to inlibrary, and lending date. It further sets forth the contributor, digitizing sponsor, box id, and number of distinct ISBNs.

204. Figure 35 is a tabulation that shows the scan dates for scans of the WIS. The figure depicts scan dates on a quarterly basis from Q3 2009 through Q3 2020. The two highest quarters of IA's scanning of WIS were Q4 2019 and Q1 2020.

83



*Figure 35: A tabulation of scandates for the scans of the WIS.*

## D. Recently provided materials regarding usage patterns—general and of WIS

205. I understand that in the final few weeks before this report was due, IA provided two declarations dated January 31, 2022 and February 14, 2022 by Brenton Cheng, a Senior Engineer at IA, and produced associated data and source code. These materials contain information regarding, among other topics, usage activity of scans in general and usage activity of scans containing the WIS in particular. The February 14 Cheng declaration (the "2/14 Cheng Declaration") appears to be a subsequent version of the January 31 declaration, with generally the same content but including some revisions and some additions.

**Book Loan Return Data**

206. A document titled "Book Loan Return Data" with a subtitle "generated by Brenton Cheng, 12/2/2021" contains two pie charts regarding 14-day and 1-hour loans.[78] The 2/14 Cheng Declaration at paragraph 10 explains (a) the 14-day chart shows the percentage of 14-day loans returned by users during each day of the 14-day period and (b) the 1-hour chart shows the percentage of 1-hour loans returned by users during each ten-minute segment of the 1-hour period. The 14-day chart is based on "all available data from October 2019 through December 2, 2021." The 1-hour chart is based on "all available data from June 2020 through December 2, 2021."

207. I observe that the pie chart for 14-day loans shows that 25% of such loans expire at the 14-day mark. As to the rest, 54% of such loans are returned on the first day, the second day is a much smaller fraction, the third day smaller still, and so on. This accounts for the final 75% of the loans.

208. I observe that the pie chart for 1-hour loans shows that 29% of such loans are returned within the first 10-minute segment, 5% in the second 10-minute segments, and the percentages for the third, fourth, and fifth 10-minute segments are smaller and smaller in series. The final pie segment does not differentiate between loans returned in the sixth 10-minute segment and loans that expire at the 1-hour mark, but together they comprise 58% of 1-hour loans. In other words, over half of all these 1-hour loans are returned or expire between 50-60 minutes after the loan commences.

209. This document also contains two line graphs. The first line graph shows the number of 14-day loans returned within the first day across what appears to be the stated October 2019 through December 2, 2021 range of the data. The graph reveals first-day returns increased

---

[78] INTARC00471123.

substantially during the period of the National Emergency Library initiative and decreased substantially after the introduction of 1-hour loans. The second line graph shows the number of 1-hour loans returned within the first 10-minute segment across what appears to be the stated June 2020 to December 2, 2021 range of the data.

210. Per paragraph 10 of the 2/14 Cheng Declaration, the data underlying the preceding charts, within the "Book Loan Return Data" document, "is stored on the Internet Archive servers within the StatsD system." URLs to obtain exports of the data are provided under each chart.

**Loans Staleness Project**

211. IA also produced handwritten document titled "Loans Staleness Project" which indicates that it "summarizes some findings about our loans system usage pattern in an effort to characterize staleness."[79] It states its objectives are measuring and reducing "stale time." To do so, it purports to examine loan activity for the single day of April 30, 2020. The 2/14 Cheng Declaration at paragraphs 11-38 addresses questions regarding the Loans Staleness Project. Per Paragraph 15 of the 2/14 Cheng Declaration, the project examined "the web logs alongside the loan analytics database" in May 2020.

212. Per paragraph 25 of the 2/14 Cheng Declaration, the data were accessed by using several scripts. I understand these scripts were very recently produced with Bates numbers DSC_EXT000000201-24. There are 19 programs (Python and shell scripts) within this production, and one documentation file.

213. Per paragraph 27 of the 2/14 Cheng Declaration, the date April 30, 2020 was chosen "as

---

[79] INTARC00151679.

a starting point to see whether the patterns of loan activity reflected the loan return patterns, exemplified by the pie chart referred to above in INTARC00471123." This is the Book Loan Return Data analysis dated December 2, 2021 and discussed above.

214. Per paragraph 31 of the 2/14 Cheng Declaration, this project measured "interaction with pages of books in the online BookReader" and not interaction with downloaded books (such as books downloaded in PDF or EPUB formats). Moreover, even as to the BookReader, per paragraph 37 of the 2/14 Cheng Declaration, BookReader page view events were analyzed, not other BookReader events such as bookmarking or changing font size.

215. Nothing within what IA called its "Loan Staleness Project" depicts or analyzes user activity with the digital books once downloaded from the IA Site.

216. I am not able to verify the accuracy or reliability of the handwritten document titled "Loans Staleness Project." IA has not provided either the data that the handwritten document purports to summarize and analyze, or the weblogs from which that data can be derived.

**Download and Loan Counts**

217. Paragraph 38 of the 2/14 Cheng Declaration presents two line charts reflecting the numbers of PDF and EPUB download attempts per day during the period November 1, 2019 through January 31, 2022. These charts include URLs for exports of the data shown.

218. Paragraph 38 of the 2/14 Cheng Declaration also present two line charts showing the numbers of 14-day loans and 1-hour loans during the period November 1, 2019 through January 31, 2022. These charts include URLs for exports of the data shown. I note that the number of 14-day loans taken by users per day increased about threefold, from 25K to 75K, at the beginning of the period of the National Emergency Library. It declined to 50K by the end of the NEL period. Around the date of the end of the NEL, IA instituted its 1-hour loan option. These shorter-term

loans began at around 48K per day and have generally trended up since then, to about 66K per day when the data set ended on January 31, 2022. Meanwhile, in the post-NEL period, 14-day loans have continued steadily at about 50% of their pre-NEL level. Altogether, IA issued more loans per day after the NEL period than prior to it. Some of this boost must be due to the rapid expiration of 1-hour loans necessitating repeat borrows to finish the use of a book. However, the fact that the scale of post-NEL activity is comparable to the rate of borrowing during NEL is suggestive that some of the boost is due the exposure generated by the NEL.

219. Paragraph 38 of the 2/14 Cheng Declaration states "the percentage of total PDF download attempts relative to total borrow events is 15.8%." He also states that "The percentage of total ePub download attempts relative to total borrow events is 3.3%." In sum, downloads constituted 19.1% of total borrow events during the defined time period. As I explain in the next paragraph, the 19.1% figure is far below the percentage of PDF and ePub downloads relative to total borrow events where downloading to PDF and ePub is an option (*i.e.*, 14-day loans).

220. I have used the data exports referenced above to confirm the 15.8% and 3.3% figures reported by Mr. Cheng. However, I note that in arriving at these numbers, he divided by the sum of 14-day and 1-hour loans, despite the fact that PDF and EPUB downloads are available only for 14-day loans. A more meaningful download-to-loan ratio is obtained by dividing the number of download attempts by the number of loans that permit such downloads; that is, the number of 14-day loans. In the table below, I present counts of each sort of event across the full date range considered by Mr. Cheng along with percentages with respect to 14-day loans. I find that the number of PDF and EPUB download attempts together is 62.8% of the number of 14-day loans. Separately, PDFs are 51.9% and EPUBs are 10.9%.

| 14-day loans | 13,793,385 |
|---|---|

| | |
|---|---|
| 1-hour loans | 31,437,549 |
| | |
| PDF download attempts | 7,154,753 |
| EPUB download attempts | 1,506,489 |
| | |
| PDF as % of 14-day loans | 51.9% |
| EPUB as % of 14-day loans | 10.9% |
| PDF and EPUB as % of 14-day loans | 62.8% |

**Loan Analytics Database Output for Works-in-Suit**

221. I have reviewed an Excel file named INTARC00471125-CONFIDENTIAL.xlsx that I understand IA produced to Plaintiffs on January 31, 2022, and which the 2/14 Cheng Declaration describes at paragraphs 5, 9, and 39.

222. Based on Mr. Cheng's description, I understand the Excel file to contain output from a "Loan Analytics Database" reflecting events related to loans from April 25, 2020 onward of scans that IA associated with the WIS. Further, I observe that this loan data would pertain to loan events for only a limited period thereafter. As explained above, IA attempted to remove the WIS from its inlibrary collection shortly after Plaintiffs commenced this lawsuit on June 1, 2020.

223. I found that the file contains records for 43,255 events between April 25, 2020 and September 14, 2020. These events involve 26,253 distinct loans as indicated by a "loan_id" column. They pertain to 350 distinct scans as indicated by an "identifier" column. I recognize many of the identifiers as among those pertaining to the WIS and reflected in my Tabulation table described in a previous section.

89

A-3848

224. The records include 14,889 "borrow" and 2,019 "browse" events, both related to the initiation of loans. As these numbers sum to fewer than 26,253 distinct loans, I conclude that the data do not contain a record of initiation of every loan_id.

225. Along similar lines, the records include 14,084 "expire", 1,578 "expire_browse", 5,761 "return", and 854 "return_browse" events, all related to the ending of loans. As these numbers sum to fewer than 26,253 loans, I conclude that the data do not contain a record of the ending of every loan_id.

226. Some loans will have begun before the period covered by the data, and some will have finished after the period covered by the data. It remains to be determined if that explanation accounts for all of the shortfalls noted above. In any case, the data apparently do not contain the complete histories for the 26,253 loan_ids active during the April 25 to September 14 time period. For 12,863 loan_ids, only a single event is indicated in the data.

227. In addition to the above sorts of events, the records include 3,048 "access_pdf" and 1,022 "access_epub" events, reflecting a step in the process of users downloading PDF or EPUB versions of books that they have borrowed.

228. I have determined that the "Loan Analytics Database" contains data for at least one scan identifier for every WIS. In addition, I have determined that the database indicates at least one download event ("access_pdf" or "access_epub") for every WIS except WIS #72 (*Legend* by Marie Lu) and WIS #73 (*Station Eleven*, by Emily St. John Mandel). These two WIS are unusual, and may represent a breakdown in IA's recordkeeping or production of data as to these

90

two WIS, in that the only events in the Loan Analytics Database for their scan identifiers are "expire" events dated May 22, 2020.[80]

**Web Log Data for Works-in-Suit**

229. Per paragraph 9 of the 2/14 Cheng Declaration, IA produced web log data reflecting "usage of items displayed in BookReader, usage of the read aloud feature, and requests for encrypted PDF or encrypted ePub token files." IA recently produced INTARC00472081 consisting of 17 files that appear to be this sort of web log data.

230. These files have filenames indicating they collectively contain data from on or about March 8, 2017 through on or about September 10, 2020. These files together have a total of 2,217,092 lines, with one line per logged event.

231. Within the logged events are URLs of scans on the IA Site, including the scan identifiers. I recognize many of the identifiers as among those pertaining to the WIS and reflected in my Tabulation table described in a previous section. I preliminarily conclude these web log data are limited to events regarding the scans IA associated with WIS.

232. After processing the logged events, I found they are limited to just 33 days within a 1,284-day period between March 8, 2017 and September 11, 2020, inclusive. In other words, the logged events occurred on only 2.6% of the days in the period.

233. Despite this sparseness of the logs with respect to days covered, I examined them for instances of use of the BookReader's Read Aloud feature. This is the only set of data produced by IA in this matter that contains usage records of this feature.

---

[80] These expire events consist of 34 for WIS #72 identifier legend00luma, and 212 total for WIS #73 identifiers stationeleven0000mand and stationelevennov0000mand. Based on the other data, the likelihood of 246 loans but with no engagement or downloading is extremely slim.

91

234. Using BookReader on the IA site, I observed that when the Read Aloud feature is active, the browser issues requests to an IA web server for a script named BookReaderGetTextWrapper.php. Each such request contains the scan identifier for the scan being viewed in the BookReader and simultaneously read aloud.

235. From the web log data, I extracted all the scan identifiers found in requests for the BookReaderGetTextWrapper.php script. I found these consisted of 142 (38%) of the 371 distinct scan identifiers for the WIS. These 142 scan identifiers are associated with 76 (60%) of the 127 WIS. I conclude that for 60% of the WIS, there are instances of usage of the Read Aloud feature reflected in the available web log data. I list these WIS in Exhibit C.

### E. The works-in-suit are members of a much larger population of Plaintiffs' works that Internet Archive scanned and provides to users

236. The WIS consist of 127 works drawn from the catalogs of the four Plaintiffs. I was asked to assess how IA has copied and used books from Plaintiffs' broader "in-print" catalogs, which collectively consist of hundreds of thousands of items. In order to address this question, I studied the extent to which IA's inlibrary ("Books to Borrow") collection contains scans for works that the four Plaintiffs have in their catalogs in both print (hardcover or paperback) and electronic forms. For this project, I made use of catalogs for Hachette Book Group (67,550 items, HACHETTE0002576), HarperCollins Publishers (112,221 items, HC0003508), Penguin Random House (190,471 items, PRH0068115), and John Wiley & Sons (157,110 items, WILEY0011680). I understand that these in-print catalogs reflect items that the Plaintiffs currently make commercially available. Each item in the catalog has a distinct ISBN and represents the publication of a work in particular format. For example, a work (that is, a given title by a given author) available in one hardcover, one paperback, and one electronic format would have a distinct ISBN for each format and appear three times in the catalog.

92

237. To accomplish this study, I wrote and executed several programs to process Plaintiffs' catalogs, determine the availability of Plaintiffs' works for borrowing on the IA Site, and present the results. In Appendix D, I present my methodology in detail. Here, I provide a brief overview.

238. I first used a program **prepare_data.py** that reads a publisher's catalog file and outputs, for each work for which the catalog contains entries for both physical (hardcover or paperback) and electronic copies, a line containing a type, either P (physical) or E (electronic) plus the item's ISBN, author, title, and publication date.[81] This output is written to a file named "<publisher>_all_lookups.csv." For example, analysis of the Penguin Random House catalog results in two lines for the work "The Shape of Water" by Andrea Camilleri, corresponding to physical and electronic editions, respectively:

> P,9780142004715,Andrea Camilleri,the shape of water,2005
> E,9781440623332,Andrea Camilleri,the shape of water,2005

This program also writes a file named "<publisher>_counts.txt" containing the following statistics based on the publisher's catalog: the number of ISBNs, the number of physical (hardcover and paperback) ISBNs, the number of electronic ISBNs, the number of works having both physical and electronic ISBNs (which I refer to as "qualifying works")[82], and the number of physical and electronic ISBNs for the qualifying works. In this analysis, as above, I define a work as a unique combination of author and title. The focus of my analysis will be the qualifying works in Plaintiffs' catalogs, and in particular their physical (hardcover and paperback) and electronic ISBNs.

239. I then used a second program, **ia_lookup.py**, that queries the IA Site to determine

---

[81] Note that the HarperCollins catalog does not contain publication dates. Consequently, HarperCollins is not included in reports described in this section that depend on publication dates.
[82] I used the "qualifying works" for my technical analysis, not to suggest any legal implications.

93

whether each of the physical and electronic ISBNs for the qualifying works is present in the Internet Archive. This program queries the IA Site by using the program "ia," also known as the IA Command-Line Interface (or Tool), available from the Internet Archive.[83] For example, running the ia program with the command indicated below yields the identifier "shapeofwaterinsp00andr" in response from the IA Site, indicating that this ISBN 9780142004715 exists in the inlibrary collection:

> *Command issued:* ia search -i isbn:9780142004715 collection:inlibrary
>
> *Response from IA:* shapeofwaterinsp00andr

The output of **ia_lookup.py** is written to a file named "<publisher>_all_results.csv" containing one line for each ISBN examined, indicating with a "Y" or "N" whether or not the ISBN was found in the inlibrary collection, and if so, its IA scan identifiers that were received from IA.[84] For example, the following line in an "all_results" file indicates that ISBN 9780142004715 is to be found in Internet Archive's inlibrary collection with identifier "shapeofwaterinsp00andr":

> Y,9780142004715,Andrea Camilleri,the shape of water,['shapeofwaterinsp00andr']

240. I then used a third program, **analyze_results.py**, to take the "all_lookups" and "all_results" files for a publisher and produce a report on the results of the lookups. This program adds to the file "<publisher>_counts.txt" the following statistics: the number of attempted ISBNs that the lookup program found in the inlibrary collection; the number of works represented by these ISBNs (which I refer to as the inlibrary works); and the ratio of the inlibrary works to the qualifying works, which is the percentage of qualifying works that were found in the inlibrary collection. This program also prepares a file named

---

[83] https://archive.org/services/docs/api/internetarchive/cli.html.
[84] The response to a lookup for a single ISBN will contain multiple scan identifiers in cases in which IA has assigned the same ISBN to multiple scans.

94

A-3853

"<publisher>_all_year_info.csv" that breaks down the lookup results by publication year. For each publication year, this file lists the number of qualifying works and the number of inlibrary works (that is, the number of the qualifying works published that year that were found in the inlibrary collection).

241. I used a fourth program, **plot_year_data_all.py** to plot, for each publisher, the numbers of qualifying works (green) and inlibrary works (red). In *Figure 36* below, I present this for two publication date ranges: all available dates, and all dates through 2015. I chose 2015 because, as I described in an earlier section, IA's policy calls for it not to add to the inlibrary collection scans of books published in the past five years. Thus, in searching the inlibrary collection for works in the Plaintiffs' catalogs, it is to be expected that works published in 2016 or later will be absent. My results show that this is indeed generally the case. While IA may have scanned works published in the past five years, its normal process prevents them from being assigned to the inlibrary collection.



*Figure 36: Availability on IA Site of unique qualifying works that are found in IA's inlibrary collection (Red) vs. all published works for the four publishers (Green), for two different time periods: through 2015, and for the full period over which IA provided data.*

242. The same program plots, for each publisher, the percentage of qualifying works that were found in the inlibrary collection. This is shown below. Again, I present this for two publication date ranges: all available dates, and all dates through 2015.

96



*Figure 37: Alternative version of Figure 36 that gives, as a percentage for each publisher, the proportion of all unique qualifying works that are found in IA's inlibrary collection, for two different time periods: through 2015, and for the full period over which IA provided data.*

243. Based on my analysis, and as shown in Figure 37 above, I found that the following percentages of Plaintiffs' qualifying works were present in the IA's inlibrary "Books to Borrow" collection across all publication dates:

     h.  34.6% for Hachette Book Group

     i.  36.7% for HarperCollins

     j.  35.8% for Penguin Random House

     k.  15.5% for John Wiley & Sons

244. Based on my analysis, and as shown in the figure above, I found that the following percentages of Plaintiffs' qualifying works were present in the IA Site's inlibrary "Books to Borrow" collection for all publication dates through 2015:

     l.  54.6 for Hachette Book Group

     m.  48.4% for Penguin Random House

     n.  21.3% for John Wiley & Sons

97

245. In Table 5 below, I present these results with the underlying work numbers on which they are based.

*Table 5: Number of qualifying works in publisher catalogs, and the number of those works found in IA's inlibrary collection, for all provided data (left) and for all data through 2015 (right).*

| Publisher | All provided data | | | All provided data through 2015 | | |
|---|---|---|---|---|---|---|
| | IA | Catalog | % | IA | Catalog | % |
| **Hachette** | 4519 | 13057 | 34.6 | 4220 | 7734 | 54.6 |
| **Harper** | 7055 | 19205 | 36.7 | n/a | n/a | n/a |
| **Penguin** | 16496 | 46059 | 35.8 | 15746 | 32520 | 48.4 |
| **Wiley** | 4933 | 31870 | 15.5 | 4889 | 22985 | 21.3 |

246. Finally, I used a fifth program, **plot_year_data.py**, to plot the data in the "<publisher>_all_year_info.csv" files for the period 1990 to 2015, inclusive. I plot in *Figure 38* to *Figure 40* for each of Hachette, Penguin, and Wiley, the yearly numbers of published qualifying works, and the number of those works that are to be found in IA's inlibrary collection. In each figure, the green bars indicate the total number of qualifying works published in each year, while the red bars indicate the number of those works to be found in IA's inlibrary collection; the numbers above the red columns express the percentage of all qualifying works published in each year that are to be found in IA's inlibrary collection.

98

A-3857



*Figure 38: Availability of works within IA's inlibrary collection vs. all qualifying works published by Hachette during the years 1990-2015, inclusive.*



*Figure 39: Availability of works within IA's inlibrary collection vs. all qualifying works published by Penguin Random House during the years 1990-2015, inclusive.*



*Figure 40: Availability of works within IA's inlibrary collection vs. all qualifying works published by Wiley during the years 1990-2015, inclusive.*

247. As a supplement to the above analysis, I examined the dates on which IA created the scans found, per the preceding analysis, to be present the inlibrary collection and contain Plaintiffs' qualifying works from their catalogs. I used a program **fetch_ia_metadata.py** to obtain from the IA Site the metadata record (in JSON format) for each of the scans. I then used a program **review_metadata.py** to extract the scan dates and plot their distribution for each publisher. Each of the figures below (*Figure 41* to *Figure 44*) shows the number of scans created by IA each month between mid 2009 and the present (February 2022) for the qualifying works in the indicated publisher's catalog.

248. These figures reveal that IA's addition of Plaintiffs' works to the inlibrary collection has increased substantially since the June 1, 2020 date of the complaint in this matter.

101



*Figure 41: Distribution indicating the number of inlibrary scans made by IA each month of qualifying works in the Hachette catalog.*



*Figure 42: Distribution indicating the number of inlibrary scans made by IA each month of qualifying works in the Harper catalog.*

102



*Figure 43: Distribution indicating the number of inlibrary scans made by IA each month of qualifying works in the Penguin catalog.*



*Figure 44: Distribution indicating the number of inlibrary scans made by IA each month of qualifying works in the Wiley catalog.*

103

## VII.    IA's Response to Takedown Notices and the Complaint

249. In many instances, anti-piracy companies working for Plaintiffs have sent copyright notices to IA identifying unauthorized copies of works to be removed.

    o. An anti-piracy company, named MarkMonitor, sent notices to IA on behalf of Hachette[85] and on behalf of Penguin Random House.[86]

    p. Another anti-piracy company, named Link-Busters, sent notices to IA on behalf of Penguin Random House[87] and on behalf of HarperCollins.[88]

    q. Another anti-piracy company, named Digimarc (formerly Attributor), sent notices to IA on behalf of Hachette.[89]

    r. As IA has acknowledged, sometimes these infringement notices can identify hundreds of alleged infringements in a single notice.[90]

    s. As to IA's production of discovery in this matter, I understand there are over 20,000 emails to IA from the following email addresses:[91]

- piracytool@link-busters.com
- abuse@link-busters.com
- hachette.antipiracy.services@ap.markmonitor.com
- prh.antipiracy.services@ap.markmonitor.com
- remedies@attributor.com
- ingridbearpark@link-busters.com

---

[85] *See, e.g.*, INTARC00193275 (approx. 560 URLs), INTARC00193296 (approx. 245 URLs) and INTARC00193420 (approx. 250 URLs)
[86] *See, e.g.*, INTARC00328847 (7 URLs) and INTARC00328828 (4 URLs)
[87] *See, e.g.*, Pls. Ex. 223, INTARC00328300 (approx. 23 pages of URLs), INTARC00328325 (approx. 20 pages of URLs), and INTARC00328346 (approx. 21 pages of URLs)
[88] *See, e.g.*, INTARC00324652 (approx. 27 pages of URLs)
[89] *See, e.g.*, INTARC00328780 (approx. 100 URLs)
[90] "Q. Some of the takedown notices you receive from anti-piracy firms such as Link-Busters can have -- contain many identifiers or URLs in them that the anti-piracy firm is asking the Internet Archive to remove or disable access to; correct? A. Yes. Q. And this is a 38-page document with URL after URL for which the Internet Archive is being asked to remove or disable access to; correct? A. This document reflects 38 pages with many URLs and a takedown notice request for those URLs." Butler Tr. 187:8-18.
[91] I understand that the search was via the "DocAuthor" lookup function in Relativity.

250. Plaintiffs have also directly sent copyright notices to IA demanding the removal from IA's inlibrary collection of unauthorized copies of their works. By way of example:

t.   Wiley sent take down notices directly to IA.[92]

u.   Hachette sent IA letters asking IA to take down the entire catalogue of a specific author's work.[93] The examples cited here are for the authors David Baldacci, Jonathan Safran Foer and David Sedaris.

v.   PRH sent IA a list of all the books in its catalogue and demanded that IA not include them in its inlibrary collection.[94]

w.   HarperCollins, via its in-house legal department, sent a letter to IA requesting IA to discontinue lending for books still under copyright.[95]

251. There were copyright notices from Plaintiffs to IA as early as April 13, 2011. *See* INTARC00405704. Plaintiffs have continued sending infringement notices into the period after this suit commenced. *See* INTARC00302443 (notice from June 10, 2020).

252. In response to this lawsuit, as explained above, IA could have searched by publisher name to obtain a results set of scan identifiers, and then removed or disabled access to them, and kept them out of the inlibrary collection, including using the techniques described above.

253. Plaintiffs commenced this lawsuit with the filing of the Complaint on June 1, 2020. Plaintiffs' Complaint describes the list of works in Exhibit A to the Complaint as an "illustrative, non-exhaustive list of in-copyright works."[96]

---

[92] *See* e.g., WILEY0000344, WILEY0000349 and WILEY0000444.
[93] *See*, *e.g.*, Pls. Ex. 211 (INTARC00297349) and its attachment Pls. Ex. 212 (INTARC00298622), INTARC00297304 and its attachment INTARC00297305 and INTARC00297353 and its attachment INTARC00297354.
[94] PRH's 2014 email PRH0072294 with the catalogue as the attached spreadsheet, PRH0072296.
[95] Exhibit 198, INTARC00409351 with attachment INTARC00409352 and INTARC00462002 with attachment INTARC00462005.
[96] Complaint, paragraph 20.

256. Following filing of this lawsuit, IA removed the books specifically listed in the Complaint from IA's inlibrary collection. Today, per IA production of JSON data files, these scans are in a collection named "litigationworks."

257. However, following filing of this lawsuit, IA did not remove or disable access to thousands of other scanned copies of Plaintiffs' books in IA's inlibrary collection. As I explained above, there are thousands of scans of books in Plaintiffs' in-print catalogues that are in IA's inlibrary collection for users to access.

258. As to copyright notices IA received before the lawsuit, IA also failed to remove or disable access to certain of the alleged infringements cited in those notices, both for WIS and for other works.

259. One of the WIS is the book *Franny & Zooey* by J.D. Salinger. The identifier "frannyzooey00saliric" corresponds to that book, and it was listed (including by identifier) in copyright notices sent to IA on July 5, 2018 and November 9, 2018.[97] Even though it appeared in those two prior notices, IA did not remove or disable access to its scanned copy. Just before commencing this lawsuit, IA's scanned copy of *Franny & Zooey* by J.D. Salinger, with the same identifier, "frannyzooey00saliric," remained available for download, and was indeed downloaded, from IA's "inlibrary" collection.[98]

260. Another Work in Suit is *The Mysterious Benedict Society* by Trenton Lee Stewart. The identifier "mysteriousbenedi00stew" corresponds to that book, and it was listed (including by identifier) in 35 copyright notices sent to IA between March 26, 2018 and May 22, 2018.[99] Nonetheless, IA did not remove or disable access to its scanned copy. Just before commencing

---

[97] Pls. Ex. 201 (INTARC00168439) and Pls. Ex. 202 (INTARC00168554).
[98] T. Offner Decl., 2-7-2022, para. 118 and AG0000555 (describing and depicting download on May 27, 2020).
[99] See Appendix F

106

this lawsuit, IA's scanned copy of *The Mysterious Benedict Society* by Trenton Lee Stewart, with the identifier "mysteriousbenedi00stew," remained available for download, and was indeed downloaded, from IA's "inlibrary" collection.[100]

261. One of the WIS is *The Mysterious Benedict Society and the Perilous Journey* by Trenton Lee Stewart. The identifier "mysteriousbenedi00stew_0" corresponds to the book, and it was listed (including by identifier) in 36 copyright notices between March 26, 2018 and May 22, 2018.[101] Nonetheless, IA did not remove or disable access to its scanned copy. Just before commencing this lawsuit, IA's scanned copy of *The Mysterious Benedict Society and the Perilous Journey* by Trenton Lee Stewart, with the identifier "mysteriousbenedi00stew_0," remained available for download, and was indeed downloaded, from IA's "inlibrary" collection.[102]

262. WIS also include the following books written by author James Patterson: (a) *I Funny: A Middle School Story*; (b) *Invisible*; and (c) *Middle School: The Worst Years of My Life*. On April 13, 2020, Hachette emailed IA requesting that it remove or disable access to all James Patterson books. IA responded on April 14, 2020 acknowledging the email and confirming a good faith effort to identify and disable lending access for James Patterson books.[103] Nonetheless, the following WIS remained available for download, and were indeed downloaded, from Defendant's "inlibrary" collection on May 20-21, 2020:

> i. *I Funny: A Middle School Story* by James Patterson, with the identifier "ifunny0000patt_w7e5."[104]

---

[100] T. Offner Decl. para. 129 and AG0000780 (describing and depicting download on May 20, 2020).
[101] Appendix F
[102] T. Offner Decl. para. 131 and AG0000848 (describing and depicting download on May 20, 2020).
[103] Pls. Ex. 217 (INTARC00299976).
[104] T. Offner Decl. para. 105 and AG0000435-63 (describing and depicting download on May 20, 2020).

    ii.  *I Funny: A Middle School Story* by James Patterson, with the identifier "ifunny0000patt."[105]

    iii.  *Invisible* by James Patterson and David Ellis, with the identifier isbn_9780316405348."[106]

    iv.  *Middle School: The Worst Years of My Life* by James Patterson, with the identifier "isbn_9780316101691."[107]

    v.  *Middle School: The Worst Years of My Life* by James Patterson, with the identifier "middleschoolwors0000patt."[108]

263. Besides works specifically listed in the Complaint, IA failed to remove or disable access to other works that were cited, including by identifier, in numerous copyright notices. Below are some examples, involving authors who have at least one title specifically listed in the Complaint.

264. The URL http://archive.org/details/treasureworthsee00brow corresponds to the book *A Treasure Worth Seeking* by Sandra Brown. The identifier "treasureworthsee00brow" was subject to 79 take down notices from January 23, 2018 to May 22, 2018.[109] As of February 22, 2022, the book remains available to borrow via the "inlibrary" collection: see *Figure 45*.

---

[105] T. Offner Decl. para. 104 and AG0000400-34 (describing and depicting download on May 20, 2020).
[106] T. Offner Decl. para. 106 and AG0000464-88 (describing and depicting download on May 21, 2020).
[107] T. Offner Decl. para. 102 and AG0000489-525 (describing and depicting download on May 21, 2020).
[108] T. Offner Decl. para. 103 and AG0000526 and AG0000554 (describing and depicting download on May 20, 2020).
[109] Pls. Ex. 217 (INTARC00299976).



*Figure 45: The book A Treasure Worth Seeking by Sandra Brown is available to borrow on Feb 22, 2022.*

265. The URL http://archive.org/details/temptationskiss00sand corresponds to the book *Temptation's Kiss* by Sandra Brown. The identifier "temptationskiss00sand" was subject to 88 take down notices from December 29, 2017 to May 22, 2018.[110] As of February 22, 2022, the book remains available to borrow via the "inlibrary" collection: see *Figure 46*.



*Figure 46: The book Temptation's Kiss by Sandra Brown is available to borrow on Feb 22, 2022.*

---

[110] Pls. Ex. 217 (INTARC00299976).

109

266. The URL http://archive.org/details/slowheatinheaven00sand corresponds to the book *Slow Heat in Heaven* by Sandra Brown. The identifier "slowheatinheaven00sand" was subject to 92 take down notices from December 15, 2017 to May 22, 2018.[111] As of February 22, 2022, the book remains available to borrow via the "inlibrary" collection: see Figure 47.



*Figure 47: Slow Heat in Heaven by Sandra Brown is available to borrow on Feb 22, 2022.*

267. The URL http://archive.org/details/rosiedunne00aher corresponds to the book *Rosie Dunne* by Cecelia Ahern. The identifier "rosiedunne00aher" was subject to 75 take down notices from January 29, 2018 to May 22, 2018.[112] As of February 22, 2022, the book remains available to borrow via the "inlibrary" collection: see Figure 48.

---

[111] Pls. Ex. 217 (INTARC00299976).
[112] Pls. Ex. 217 (INTARC00299976).



*Figure 48: The book Rosie Dunne by Cecelia Ahern is available to borrow on Feb 22, 2022.*

268. On April 6, 2020, Hachette sent IA an email requesting the removal of all David Baldacci works. *See* INTARC00297349 email and attachment INTARC00297350. On April 9, 2020 IA acknowledged the email and confirmed a good faith effort to identify and disable lending access for David Baldacci books.[113] But, as shown in Pls. Ex. 214, IA failed to disable lending access to two of David Baldacci's books. In addition, subsequent to that email, IA scanned and uploaded additional copies of books authored by David Baldacci.[114]

269. Hachette sent IA a similar request for author Jonathan Safran Foer. IA acknowledged receiving and confirmed a good faith effort to identify and disable lending access.[115] Nonetheless, many copies of Mr. Foer's books remained available for downloading from IA's inlibrary collection. Table 6 lists those that appear in the inlibrary collection as of February 19, 2022:

---

[113] INTARC00298622.
[114] Pls. Exs. 215-16, 225-51.
[115] INTARC00297304, INTARC00297305 and INTARC00298619.

111

A-3870

*Table 6: Copies of books by Jonathan Safran Foer in the IA inlibrary collection as of February 19, 2022.*

| URL | Title | Author |
|---|---|---|
| https://archive.org/details/everythingisillu0000foer | Everything is Illuminated | Jonathan Safran Foer |
| https://archive.org/details/hereiam0000foer_h8m6 | Here I Am | Jonathan Safran Foer |
| https://archive.org/details/extremelyloudinc0000foer_h8a2 | Extremely Loud & Incredibly Close | Jonathan Safran Foer |
| https://archive.org/details/everythingisillu0000foer_k5a0 | Everything is Illuminated | Jonathan Safran Foer |
| https://archive.org/details/extremelyloudinc0000foer_u8u5 | Extremely Loud & Incredibly Close | Jonathan Safran Foer |
| https://archive.org/details/everythingisillu0000foer_p5l2 | Everything is Illuminated | Jonathan Safran Foer |
| https://archive.org/details/hereiam0000foer_t0u7 | Here I Am | Jonathan Safran Foer |
| https://archive.org/details/hereiam0000foer_u9e5 | Here I Am | Jonathan Safran Foer |

270. The foregoing examples are illustrative, not exhaustive. I may cite or testify to additional examples of the same type as the case proceeds.

271. On July 23, 2014, Plaintiff Penguin Random House ("PRH") emailed its catalog to IA in an Excel spreadsheet, demanding that IA remove "[u]nauthorized, scanned versions of Penguin Random House titles being lent to patrons... immediately." The email added that the "attached file includes both print and eBook isbn for all Random House titles, and print isbns (only) for Penguin titles. It includes close to 60,000 unique isbns. Please let us know the time frame in which we can expect these titles to be removed, and if you need anything additional from us to facilitate this process." In subsequent email, IA indicated it reviewed the list and disabled lending access to the items.[116]

272. I assessed whether scanned copies of the books listed in PRH's catalog, as provided to IA in July 2014, are in IA's inlibrary collection presently. I did this by querying the IA Site for availability in the inlibrary collection of the books listed in that spreadsheet. Of the 58,754 ISBNs listed in the July 2014 PRH catalog, 35,413 (60.3%) remain in PRH's current commercial catalog, and 23,341 (39.7%) do not. Looking at what fraction of these books are to be found in IA's inlibrary collection, I determined that the inlibrary collection contained:

---

[116] *See* PRH0072294 (email); PRH0072296 (excel attachment); and PRH0052943 (further email).

- 47.1% (16,681[117] of 35,413) of the 2014 catalog books that are in the current catalog;

- 48.7% (11,366 of 23,341) of the 2014 catalog books that are not in the current catalog;

- 47.7% (28,047 of 58,754) of all 2014 catalog books.

273. I further reviewed the catalog that PRH provided to IA in July 2014, in order to see whether it included any of the PRH WIS. That review revealed that WIS were listed in the catalog provided to IA in July 2014. Nonetheless, IA thereafter loaned digitized copies of those WIS to users.[118] Some examples are listed in Table 7.

*Table 7: Seven WIS titles that were listed in the catalog provided to IA by PRH in July 2014.*

| ISBN | Title | Author | WIS# | Scan identifier |
|------|-------|--------|------|-----------------|
| 9780448463322 | Who Is Bill Gates? | Patricia Demuth | 21 | whoisbillgates0000demu |
| 9780143038412 | Eat Pray Love 10th-Anniversary Edition | Elizabeth Gilbert | 31 | eatprayloveonewo00eliz_0 |
| 9780140283334 | Lord of the Flies | William Golding | 36 | lordofflies00gold_1 |
| 9780803733046 | How I Discovered Poetry | Marilyn Nelson | 80 | howidiscoveredpo0000nels |
| 9781583334676 | NeuroTribes | Steve Silberman | 106 | neurotribeslegac0000silb |

274. Based on the observations above, I conclude that IA's actions with respect to copyright notices have been inconsistent and fallen short of its technical capabilities.

## VIII.    A Look At Specific Examples, And Impact, Of Bad Metadata

275. Earlier in my report, I explained above how inaccurate metadata causes frontend systems and backend systems that depend upon such data to function unreliably. I overviewed how IA's formal process documents contemplate that IA's records will include metadata errors.

---

[117] I note that 12,318 of these 16,681 works are "qualifying works" in the sense used in this report, i.e., works for which there is both a physical and electronic ISBN in the PRH catalog.
[118] *See, e.g.*, Exh. T3. *Also see* T. Offner Decl. (describing and depicting capturing and downloading inlibrary WIS).

As I describe below, public-facing pages on the IA Site also reveal the existence of metadata inaccuracies. IA's internal communications also reveal the existence of metadata problems.

276. An example of public-facing pages of the IA Site revealing the existence of problematic metadata can be seen at https://archive.org/details/thomasberrym00patt. Here, the item is a digitized copy of the book "Total Control" by the author David Baldacci. However, the metadata on the details page is for a different book, entitled "The Thomas Berryman number" by James Patterson: see

*Figure 49.*



*Figure 49: The scan with identifier "thomasberrym00patt" has metadata for "The Thomas Berryman number" but is in fact a scan of Total Control by David Baldacci.*

114

277. By way of another example, *Figure 50* shows a screenshot of a details page on the IA Site for identifier "isbn_9780439799256."[119] The metadata are for the C.S. Lewis book entitled *The Lion, the Witch, and the Wardrobe*, but the scan is a copy of a different book, entitled *Measle and the Wrathmonk*.[120] Because the C.S. Lewis book is a work in suit, IA produced a copy of the scan. I reviewed the scan and, just as shown in Figure 51 below, it is indeed a copy of *Measle and the Wrathmonk*. As with the James Patterson / David Baldacci example above, this example shows how IA's records can indicate that a scan of Book A is a scan of Book B.



*Figure 50: The cover shown on the IA Site for the book with identifier "isbn_9780439799256" does not match its metadata.*

---

[119] *See* https://archive.org/details/isbn_9780439799256.
[120] *See* INTARC00042040.

```
measle
nd the
Wrathmonk
/
•£
measle
nd the
Wrathmonk
IAN OGILVY
SCHOLASTIC INC.
New York Toronto London Auckland Sydney
Mexico City New Delhi Hong Kong Buenos Aires

Thanks to Kitty, Sam and Lee,
for some superlative suggestions
No part of this publication may be reproduced, stored in a
retrieval system, or transmitted in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without written permission of the publisher. For information
regarding permission, write to HarperCollins Publishers, 1350
Avenue of the Americas, New York, NY 10019.
ISBN 0-439-79791-8
Copyright © 2004 by Ian Ogilvy. All rights reserved.
Published by Scholastic Inc., 557 Broadway, New York, NY
10012, by arrangement with HarperCollins Publishers.
SCHOLASTIC and associated logos are trademarks and/or
registered trademarks of Scholastic Inc.
12 111098 76 543 2 1 5 6 7 8 9 10/0
Printed in the U.S.A. 40
First Scholastic printing, September 2005
Typography by Amy Ryan

For Barnaby and Matilda

••£
CONTENTS
1 THE HORRIBLE HOUSE 1
2 THE TRAIN SET 15
3 THE CURE 38
4 THE VICTIMS 63
5 THE THING 88
6 THE TUNNEL 108
7 THE REBELLION 123
8 THE STEEL BOX 152
9 THE ENGINE 171
10 THE FALL of the HOUSE
```

*Figure 51: The first part of the file INTARC00042040.txt provided by IA for the scan with identifier "isbn_9780439799256." This file contains the text of "Measle and the Wrathmonk."*

278. In this matter, IA produced 379 digitized copies of books, along with associated metadata, for which the identifying metadata suggested the scans contained the 127 WIS. As I reviewed these scans, I found six cases, listed in Table 8, in which the title and author metadata substantially misidentified the content of the scan.

*Table 8: Six cases in which title and author metadata substantially misidentified the content of the associated scan.*

| Identifier | Title and author per IA's metadata | Title and Author, per content of the scan |
|---|---|---|
| catcherinrye0000sali_q3k8 | *The Catcher in the Rye* by J.D. Salinger | SparkNotes guide to *The Catcher in the Rye* |
| chroniclesofnarn0000lewi | *The chronicles of Narnia* 7-volume compilation by C.S. Lewis | *The Voyage of the Dawn Treader* by C.S. Lewis |
| foulplay0000evan | *Foul Play* by Janet Evanovich | *Foul Play* by Steffie Hall |
| isbn_9780439799256 | *The Lion, the Witch, and the Wardrobe* by C.S. Lewis and Pauline Baynes | *Measle and the Wrathmonk* by Ian Ogilvy |
| jdsalingerscatch00sali | *J.D. Salinger's The catcher in the Rye: A Contemporary Literary Views Book* by J.D. Salinger, "1919- Catcher in the Rye," and Harold Bloom | Bloom's Notes commentary on *The Catcher in the Rye*, edited by Harold Bloom |
| mysteriousbenedi00tren | *The Mysterious Benedict Society and the Perilous Journey*, by Trenton Lee Stewart and Diana Sudyka (illustrator) | *The Mysterious Benedict Society* by Trenton Lee Stewart |

116

279. These misidentifications remain apparent on the details pages of these scans on the IA Site. For each, IA tracks and delivers the scan purportedly as being Book A but the scan is actually a copy of Book B.

280. In addition to the foregoing, IA's metadata has excess ISBNs in the ISBN field. As described earlier, IA sometimes has multiple different ISBNs for a single digitized copy of a print book.

281. For instance, identifier "psiloveyou00aherx" is for the book *P.S. I Love You* by Cecelia Ahern. The scan is a copy of the paperback version, published in 2005, with the ISBN 0786890754. *See* AG0000025; INTARC00019086; and Amazon webpage below.[121] IA's metadata for that scan lists multiple different ISBNs, including both 0786890754 (the paperback published in 2005) and 9781401300906. The ISBN 9781401300906 is a hardcover copy, published in 2004.[122]

282. The identifier "isbn_9780316101691" is for the book *Middle School: The Worst Years of My Life* by James Patterson. See AG0000489. The scan is a copy of the hardcover version, published in 2011, with the ISBN 9780316101875. See AG0000523; INTARC00071038; and Hachette webpage below.[123] IA's metadata for that scan lists multiple different ISBNs, including both 9780316101875 (the hardcover published in 2011) and 9780316101691 (a paperback copy, published in 2012 and the ISBN reflected in the identifier title). See AG0000489.[124]

---

[121] https://www.amazon.com/s?i=stripbooks&rh=p_66%3A0786890754&s=relevanceexprank&Adv-Srch-Books-Submit.x=25&Adv-Srch-Books-Submit.y=12&unfiltered=1&ref=sr_adv_b.
[122] https://www.hachettebookgroup.com/titles/cecelia-ahern/ps-i-love-you/9781401300906/
[123] https://www.hachettebookgroup.com/titles/james-patterson/middle-school-the-worst-years-of-my-life/9780316101875/.
[124] https://www.hachettebookgroup.com/titles/james-patterson/middle-school-the-worst-years-of-my-life/9780316101691/.

283. Where there are excess ISBNs in the ISBN field, this results in confusion as to which of the ISBNs actually corresponds to the scan. In such situations, IA will have an unclear understanding as to the contents of its digital holdings; *i.e.*, IA will identify its scan as corresponding with any or all of the multiple ISBNs listed in the ISBN field.[125]

284. There are additional examples of IA's difficulties with metadata, such as:

- Pls. Ex. 38, INTARC00294182 (discussed at Mills Tr. 244:19-248:11), which involves an internal discussion following OCLC reporting to IA that a scan was associated with the wrong book and that a matching MARC record was needed.

- Pls. Ex. 40, INTARC00292933 (discussed at Mills Tr. at 251:23-255:12), which involves an internal discussion recognizing that "we have a class of books which were once Public Domain / unrestricted and have since been moved into `inlibrary`."

- Pls. Ex. 41, INTARC00293378 (discussed at Mills 255:14-259:03), which involves an internal discussion describing IA overwriting the existing metadata with incorrect MARC data. The documentation further indicates that some of the incorrect metadata was originally sourced from the Library Genesis site.

## IX.        Summary of Certain Opinions

285. As I mentioned at the beginning of my report, I was asked to conduct a technical analysis concerning IA's digitization of print books and use of the resulting digital books. Part of that assignment included analyzing five specific questions, which I recap below along with a

---

[125] This is significant because, as discussed earlier, the process of increasing the concurrent lending limit for a scan depends on matching of ISBNs with the holdings of partner libraries.

summary of my answers to these questions.

**Q1: Where does copying and distribution of books occur within IA's processes?**

286. As I have described, IA makes a copy of print books when it scans those books to create a digital version of a physical book. The initial copy consists of JPEG images on IA's Scribe machines. A subsequent copy is made when uploaded to IA's servers. IA then makes over 10 different copies of that scan in various formats. Thereafter, IA distributes yet additional copies of the digitized book to users, either for display in their online browser (in IA's BookReader) or in the form of a download for offline reading. Copies are also made as users employ the listen feature of IA's BookReader, in order to have the book read to them. IA copies and disseminates the digital books in their entirety (or, in the case of BookReader access, in response to user navigation actions), so that registered users of IA's Site can read the complete book.

**Q2: What is the history of IA copying and distributing the books listed in the Complaint?**

287. I discuss this topic above. More detail is in Exhibits T1-T10. For each Work in Suit, IA has made one or more initial scanned copies; uploaded each of those copies to its servers; from those copies then made 10 or more different digital copies in various formats; and then provided the digital books to users. In almost all instances, IA provided the book for digitization and either IA or the Kahle/Austin Foundation sponsored the digitization. The loan information that IA provided depicts IA lending copies of each Work in Suit to users, with some WIS having been the subject of thousands of loans. The information that IA provided also shows many instances of IA providing multiple users at a time with access to copies of a single scan of a particular book (both before and during the period IA calls the "National Emergency Library"). The data that IA produced is for a limited snapshot in time (i.e., roughly March 2017 until early September 2020); as a result, for some scans, the data IA provided is not a full accounting of all

119

loans and additionally may not reflect the actual maximum number of users who had access to copies at a time.

**Q3: How has IA copied and used books from Plaintiffs' respective in-print catalogs?**

288. As I describe above, my analysis reflects that for each Plaintiff, the WIS are essentially the "tip of the iceberg." IA has digitized, and is distributing to users, substantial portions of each Plaintiffs' respective in-print catalogues. I found that, in addition to the WIS, IA has scanned and has in its inlibrary collection for borrowing more than 32,000 other books from Plaintiffs' in-print catalogues. Those are books for which Plaintiffs offer both a physical book and an eBook or audio book.

**Q4: How has Internet Archive's distribution of digitized books evolved over time?**

289. As I explained above, my analysis is that IA's scanning of physical books and online dissemination of the resulting digital books has expanded significantly, especially since 2018. The number of scans in the inlibrary collection has increased from (a) 648,117 scans on April 1, 2018; to (b) 965,499 scans on April 1, 2019; (c) 1,476,344 scans on May 26, 2020; and (d) 3,211,204 scans on February 19, 2022. The data further reflects heavy scanning of Plaintiffs' works in 2020 and 2021, as compared to prior years. In addition, I note that for many of these digital books IA provides multiple users with copies of the book at the same time. The impact of IA's willingness to make simultaneous loans of a single scan can be seen in my exhibits that lay out, for the WIS, the maximum eligible concurrent lending limit and the maximum actual concurrent loans made, both of which often have a value much greater than one. Indeed, as demonstrated by Exhibit T8, there are many Works in Suit for which IA's records show more than 30 eligible concurrent loans as a result of the Open Libraries overlap analysis; for the C.S.

120

Lewis book *The Lion, the Witch and the Wardrobe*, the records list 61 eligible concurrent loans that IA will lend out at any given time based on its one scan.

**Q5: Are IA's methodologies for digitizing print books and then providing the digital copies for lending well-developed and reliable from a technological perspective?**

290. IA digitizes books systematically and at enormous scale. However, I have observed problems that occur thereafter from a technological perspective. I discuss this topic in several section above. I list some of my analysis and opinions here as follows:

- IA does not have a rigorous system for ensuring the reliability of metadata. That, in turn, leads to errors in IA's understanding as to the contents of its digitized scans, how many loans it has made, and how many copies of a particular book are eligible (under IA's policies) for user access at a time.

- IA's methodologies are inconsistently applied. For instance, while IA has a policy regarding what can be put into the inlibrary collection, and has a script that applies that policy, IA sometimes fails to adhere to it (*e.g.*, 2 WIS published in 2019 were placed in the inlibrary collection as early as 2020).

- IA's approach to overlap analyses with partner libraries (a) treats all copies of a book as interchangeable items, without regard to differences in their respective physical condition; (b) inflates the likelihood of finding a match by using excess ISBNs that do not correlate with IA's copy; (c) does not verify that the library actually possesses what its records depict; and (d) does not stay in synch with events such as the library discarding, losing, or loaning its book, or a local patron reading it in the physical library.

- When IA chooses to do so, it provides many users at a time with copies of IA's scan of a particular book.

121

Dated: March 31, 2022

_____

Dr. Ian Foster

**Appendix B: DR. IAN FOSTER CV**

# Ian T Foster

Data Science and Learning Division
Argonne National Laboratory
Lemont, IL 60439-4843
Tel: (630) 252-4619
foster@anl.gov

Department of Computer Science
University of Chicago
Chicago, Illinois 60637
(773) 702 3487
foster@uchicago.edu

## Education

| | |
|---|---|
| 1988 | Doctor of Philosophy, Computer Science, Imperial College, University of London, United Kingdom. Advisor: Prof. Keith Clark. |
| 1979 | Bachelor of Science, 1st class honors, Computer Science, University of Canterbury, New Zealand |

## Current Positions

| | |
|---|---|
| 2021- | INRIA International Chair, Grenoble, France |
| 2018- | Director, Data Science and Learning Division, Argonne National Laboratory (ANL) |
| 2014- | Fellow, Institute for Molecular Engineering, University of Chicago (UC) |
| 2010- | Argonne Distinguished Fellow, ANL |
| 2004- | Arthur Holly Compton Distinguished Service Professor, UC |
| 1998- | Senior Scientist, ANL |

## Other Professional Experience

| | |
|---|---|
| 2007-16 | Senior Fellow, Institute on Genomic and Systems Biology, ANL and UC |
| 2006-16 | Director, Computation Institute, ANL and UC |
| 2000-09 | Associate Director, Mathematics and Computer Science Division, ANL |
| 2000-04 | Professor, Department of Computer Science, UC |
| 1998-2017 | Senior Fellow, Computation Institute, ANL and UC |
| 1992-98 | Scientist, Mathematics and Computer Science Division, ANL |
| 1996-99 | Associate Professor, Department of Computer Science, UC |
| 1991-92 | Assistant Scientist, Mathematics and Computer Science Division, ANL |
| 1989-90 | Postdoctoral Fellow, Mathematics and Computer Science Division, ANL |
| 1985-88 | Research Associate, Department of Computing, Imperial College |
| 1983-84 | Technical Consultant, BRS Europe |
| 1980-82 | Professional sailor, Pacific, Caribbean, Atlantic |

## Honors

| | |
|---|---|
| 2020 | DOE Office of Science Distinguished Scientists Fellow |
| 2020 | IEEE-CS Goode Award |
| 2019 | Best Paper, SC'19 Supercomputing Conference |
| 2019 | IEEE-CS Charles Babbage Award |
| 2018 | R&D 100 Award for Swift |
| 2018 | Best Paper, International Conference on Machine Learning for Networking |
| 2018 | Best Paper, TridentCom 2018 |
| 2017 | Euro-Par Achievement Award |
| 2016 | Best Paper Award, 18th IEEE Intl Conf on High Performance Computing and Comms |
| 2016 | Best Paper Award, 12th International Conference on eScience |
| 2016 | Distinguished Carl Adam Petri Lecture |
| 2014 | IEEE TCSC Award for Excellence in Scalable Computing |
| 2012 | Inaugural ACM High Perf. Distributed Computing Lifetime Achievement Award |

| 2012 | Technologist of the Year, Illinois Technology Association |
| 2011 | R&D 100 Award for Globus Online |
| 2011 | IEEE Tsutomu Kanai Award |
| 2011 | Best Paper Award, IEEE International Conference on Services Computing |
| 2009 | DSc (Honoris Causi), Research and Advanced Studies Center of the National Polytechnic Institute of Mexico (CINVESTAV), Mexico |
| 2009 | Fellow, Association for Computing Machinery |
| 2009 | WORLDCOMP Outstanding Achievement Award |
| 2008 | Professor Jean-Claude Healy Distinguished Lecture |
| 2007 | Data Analysis Challenge Award, SC07 |
| 2006 | GridWorld "Industry Leadership Award" |
| 2005 | Network World's 50 Most Powerful People in Networking |
| 2005 | D.Sc (Honoris Causi), University of Canterbury, New Zealand |
| 2003, 04 | Silicon.com Top 50 Agenda Setter |
| 2003 | Fellow, American Association for the Advancement of Science |
| 2003 | R&D Magazine Innovator of the Year |
| 2003 | Illinois Innovation Award |
| 2003 | InfoWorld Innovator |
| 2003 | MIT Technology Review, one of "Ten Technologies That Will Change the World" |
| 2003 | University of Chicago Distinguished Service Award |
| 2002 | Federal Laboratory Consortium Technology Transfer Award |
| 2002 | Lovelace Medal |
| 2002 | Fellow, British Computer Society |
| 2002 | R&D100 "Most Promising New Technology" Award |
| 2002 | R&D 100 Award for Globus Toolkit |
| 2001 | Gordon Bell Award |
| 1997 | Global Information Infrastructure "Next Generation" Award |
| 1995 | Best Paper Award, Supercomputing Conference |
| 1989 | British Computer Society Award for Technical Innovation |

## Personal Data

U.S citizen, New Zealand citizen.

Languages: English (native), French (rusty)

## Research

Throughout his career, Foster has pioneered new approaches to the use of distributed computing for accelerating scientific discovery, both within supercomputers and over networks. He has repeatedly proposed out-of-the-box ideas that proved transformative for computer science and DOE: ideas such as large-scale task-parallel programming, on-demand distributed computations ("grid computing"), virtual organizations, universal data transfer and trust fabrics, and cloud management services for data-intensive science.

<u>High-level task parallelism</u>: Parallelism has long meant, primarily, data parallelism and low-level message passing. Recognizing that many interesting task-parallel computations were difficult to realize with such tools, Foster developed new programming methods that eased the specification of interacting tasks, enabled composition of existing programs, used deterministic constructs to avoid race conditions, and scaled to large distributed and parallel computer systems. Tools such as Strand, Virtual Data Language, Swift, and most recently, Parsl have been used to develop pioneering implementations of task-parallel program structures—in areas as diverse instrument data analysis pipelines, large model intercomparisons, and hyper-parameter optimization—that

today are mainstream. Foster is exploring related problems within the exascale Codesign center for Online Data Analysis and Reduction project.

<u>Grid computing</u>: Noting the opportunities offered by high-speed networks in the 1990s, Foster ith colleagues Carl Kesselman and Steven Tuecke launched an effort to create a unifying fabric of protocols, software, and policies for remote and coordinated use of computers, data, instruments, and software, regardless of location: what came to be known as *grid computing*. (The idea was that one could request computing when needed, much like plugging into an electrical socket: a radical concept at the time, but now routine thanks to commercial clouds.) The realization of this vision required new methods for resource description and discovery; authentication, authorization, and delegation of authority; reliable, efficient data movement; distributed computation management; distributed system monitoring; and replication and indexing of distributed data. That work led to numerous technical advances, innovative applications, and improvements in scientific infrastructure. For example, the climate community uses these methods to distribute climate data used in IPCC assessments, and the HEP community to aggregate hundreds of thousands of CPUs contributed by hundreds of LHC participants worldwide. Data transfer, security, and workflow management methods developed in this work underpin the data infrastructure used by many science projects worldwide.

<u>Cloud services for data-intensive science</u>: Foster realized that the emergence of commercial ("public") cloud services offered exciting opportunities to rethink research infrastructure, in particular by offloading responsibility for previously manual processes to cloud-hosted services. The resulting Globus service provides managed identity management, data transfer and replication, data sharing, data publication, and other services to the research community. As of early 2020, Globus is used at 13 national laboratories and more than 1,000 institutions, has 250,000 registered users, and has been used to transfer more than 100 billion files and 1 exabyte. Globus has become an essential data infrastructure element at national computing and experimental facilities and within many science projects.

<u>Network dynamics</u>: Foster's interest in how networks are used has led to pioneering studies of the structure and dynamics of peer-to-peer networks; data replication and discovery strategies in distributed systems; innovation networks in science; the behavior of network protocols in low-loss networks; and behaviors within modern science networks.

<u>Scientific applications</u>: Foster has also made important contributions via the development of computational methods and infrastructures in climate science, biomedical science, x-ray imaging, materials science, and other fields.

## Collaboration and Communication

Foster has conceived of and led numerous successful intralab, multilab, US, and international projects, from early grid initiatives to recent collaborations in network modeling and exascale co-design. He has worked with hundreds of scientists and engineers at national laboratories to advance science and infrastructure: for example, with HEP scientists on the creation and application of the computing infrastructure for the LHC; with climate scientists on parallel climate models and, later, the Earth System Grid; with materials scientists on online analysis for light sources; and with computational scientists on innovative distributed computing applications and technologies.

Foster is a tireless communicator and proponent of computational methods for science in his speaking and writing. His eight books have all been influential. For example, his 1994 text, *Designing and Building Parallel Programs*, the first book published on the web, has introduced

many to parallel programming; his 1998 and 2003 books on grid computing, with Carl Kesselman, defined a research agenda for a large community; and his 2016 book on *Big Data and Social Science* communicated advanced data science methods developed within DOE and elsewhere to government statistical agencies.

## Selected Professional Activities

<u>Chair/Organizer</u>: ParCo (2019), IEEE Cloud (2016, 2017), CCGrid (2014), eScience (2012), NSF Workshop on Building Effective Virtual Organizations (2008), NSF Workshop on Virtual Organization Research (2007), International Provenance and Annotation Workshop (2006),Workshop on Data Annotation and Provenance (2002), IEEE International Symposium On High-Performance Distributed Computing (1998, 2000, 2001), IEEE Symposium on the Frontiers of Massively Parallel Computation (1999), DARPA/DOE/NASA/DOE Computational Grids Workshop (1997), DARPA/NSF Workshop on Performance (1996), DOE DP/ER Workshop on Public Key Infrastructure (1996), Interagency Workshop on the Peta ops Software Model (1996), Interagency Summer School on Petaops Software (1996), DOE DP/ER Workshop on Future Security Research (1995), 4th PDEs on the Sphere Conference (1994), Workshop on Parallel Algorithms for Semi-Lagrangian Transport (1994), NSF Workshop on High Performance Computing and Communications and Health Care (1994), Workshop on Task Parallelism in Fortran (1994).

<u>Member</u>: Computing Community Consortium (2018-), SLAC Board of Overseers (2017-2020); New Zealand National eScience Infrastructure Study Group (2015-); BESAC Subcommittee on Challenges at the Frontiers of Matter and Energy (2015); National Data Service Consortium Executive Committee (2015-); Joint DOE ASCAC/BERAC Subcommittee on Computational and Informational Technology Rate Limiters to the Advancement of Climate Change Science (2007); DOE ASCAC Subcommittee on the Role of Networking and Networking Research within the Office of Science (2007-2008); Open Grid Forum Advisory Committee (2002-2007), NSF Linked Environments for Atmospheric Discovery (LEAD) project External Advisory Committee (2003-2007); Canadian HPC Advisory Committee (2002-2003), IBM Autonomic Computing Council (2002-2003), Editorial Board, IEEE Internet Computing (since 2002), IIT Computer Science Advisory Board (2002-2004), UK eScience Technical Advisory Group (2001-2004), EU DataGrid Architecture Board (2001-2004), NSF CISE Advisory Committee, Subcommittee on Middleware (2000-2001); Editorial Board, IEEE Trans. on Parallel and Distributed Systems (1997-2002); Middleware Working Group, Next Generation Internet Symposium (1997); Advisory committee, IBM International Conference On Parallel Computing; Information Architecture Committee, Supercomputing '95; Advisory Panel, International Conference on High Performance Computing (1995-2000); Technical Steering Committee, NSF Center for Research on Parallel Computation (1992-2001); CHAMMP Science Team (1992-2001); Editorial Board, IEEE Parallel and Distributed Technology (1992-2001).

## Books

1. **Big Data and Social Science**, I Foster, R Ghani, R Jarmin, F Kreuter, J Lane, eds., Taylor and Francis. Second edition, 2020.
2. **Parallel Computing: Technology Trends**, I Foster, G Joubert, L Kučera, eds., IOS Press, 2020.
3. **Cloud Computing for Science and Engineering**, I Foster and Dennis Gannon, CRC Press and at https://cloud4scieng.org, 2017.
4. **Big Data and Social Science**, I Foster, R Ghani, R Jarmin, F Kreuter, J Lane, eds., Taylor and Francis, 2016.

5. **Transition of HPC towards Exascale Computing**, E D'Hollander, J Dongarra, I Foster, L Grandinetti, G Joubert, eds. IOS Press, 2013.

6. **The Grid: Blueprint for a New Computing Infrastructure, 2nd Edition**, I Foster and C Kesselman, eds., Morgan-Kaufmann, 2004.

7. **Sourcebook of Parallel Computing**, J Dongarra, I Foster, W Gropp, K Kennedy, L Torczon, A White, eds., Morgan-Kaufman, 2002.

8. **The Grid: Blueprint for a New Computing Infrastructure**, I Foster and C Kesselman, eds., Morgan-Kaufmann, 1999.

9. **Designing and Building Parallel Programs: Concepts and Tools for Parallel Software Engineering**, I Foster, Addison-Wesley and at http://www.mcs.anl.gov/dbpp/, 1995.

10. **Strand: New Concepts in Parallel Programming**, I Foster, S Taylor, Prentice-Hall, 1990.

11. **Systems Programming in Parallel Logic Languages**, I Foster, Prentice-Hall, 1989.

## Journal Articles and Book Chapters (see scholar.google.com for latest)

12. "Productive parallel programming with Parsl," K Chard, Y Babuji, A Woodard, B Clifford, Z Li, M Hategan, I Foster, M Wilde, D Katz, **ACM SIGAda Ada Letters**, 40(2):73-75, 2021.

13. "Online data analysis and reduction: An important co-design motif for extreme-scale computers," I Foster, M Ainsworth, J Bessac, F Cappello, J Choi, S Di, Z Di, A Gok, H Guo, K Huck, XXX, **The International Journal of High Performance Computing Applications**, 2021.

14. "The Exascale Framework for High Fidelity coupled Simulations (EFFIS): Enabling whole device modeling in fusion science," E Suchyta, S Klasky, N Podhorszki, M Wolf, A Adesoji, Abolaji, C Chang, J Choi, P Davis, J Dominski, S Ethier, XXX., **The International Journal of High Performance Computing Applications**, 2021.

15. "Cyberinfrastructure and system software for online analysis of large-scale data: Challenges and design choices," R Kettimuthu, Z Liu, T Bicer, I Foster, **Handbook on Big Data and Machine Learning in the Physical Sciences: Volume 2. Advanced Analysis Solutions for Leading Experimental Techniques**,333-360, 2020.

16. "End-to-end online performance data capture and analysis for scientific workflows," G Papadimitriou, C Wang, K Vahi, R da Silva, A Mandal, Z Liu, R Mayani, M Rynge, M Kiran, V Lynch, **Future Generation Computer Systems**, 117:387-400, 2021.

17. "Fast and accurate learned multiresolution dynamical downscaling for precipitation," J Wang, Z Liu, I Foster, W Chang, R Kettimuthu, V Kotamarthi, **Geoscientific Model Development Discussions**, 1-24, 2021

18. "Enabling deeper learning on big data for materials informatics applications," D Jha, V Gupta, L Ward, Z Yang, C Wolverton, I Foster, W Liao, A Choudhary, A Agrawal, **Scientific Reports**, 11(1): 1-12, 2021.

19. "Automated development of molten salt machine learning potentials: Application to LiCl," G Sivaraman, J Guo, L Ward, N Hoyt, M Williamson, I Foster, C Benmore, N Jackson, **The Journal of Physical Chemistry Letters**, 12(17):4278-4285, 2021.

20. "Graph-based approaches for predicting solvation energy in multiple solvents: Open datasets and machine learning models," L Ward, N Dandu, B Blaiszik, B Narayanan, R Assary, P Redfern, I. Foster, L Curtiss, **The Journal of Physical Chemistry A**, 2021.

21. "Design and evaluation of a simple data interface for efficient data transfer across diverse storage," Z Liu, R Kettimuthu, J Chung, R Ananthakrishnan, M Link, I Foster **ACM Transactions on Modeling and Performance Evaluation of Computing Systems**, 1(6):1-25, 2021.

22. "2′-O methylation of RNA cap in SARS-CoV-2 captured by serial crystallography," M Wilamowski, D Sherrell, G Minasov, Y Kim, L Shuvalova, A Lavens, R Chard, N Maltseva, R Jedrzejczak, M Rosas-Lemus, N Saint, I Foster, K Michalska, K Satchell, A Joachimiak **Proceedings of the National Academy of Sciences**, 118(21), 2021.

23. "Translating the grid: How a translational approach shaped the development of grid computing," I Foster, C Kesselman, **Journal of Computational Science**, 52, 2021.

24. "Prevalence of inherited mutations in breast cancer predisposition genes among women in Uganda and Cameroon," B Adedokun, Y Zheng, P Ndom, A Gakwaya, T Makumbi, A Zhou, T Yoshimatsu, A Rodriguez, R Madduri, I Foster, A Sallam, O Olopade, D Huo, **Cancer Epidemiology and Prevention Biomarkers**, 29(2):359-367, 2020.

25. "Quantum-Chemically Informed Machine Learning: Prediction of Energies of Organic Molecules with 10 to 14 Non-hydrogen Atoms," N Dandu, L Ward, R Assary, P Redfern, B Narayanan, I Foster, L Curtiss, **The Journal of Physical Chemistry A**, 124(28):5804-5811, 2020.

26. "Crowd-Sourced Data and Analysis Tools for Advancing the Chemical Vapor Deposition of Graphene: Implications for Manufacturing," J Schiller, R Santamaria, A Shah, M Surana, K Zhang, M Robertson, K Miller, K Cruse, K Liu, B Seong, C Seol, I Foster, B Blaiszik, B Galewsky, D Adams, D Katz, P Ferreira, E Ertekin, S Tawfick, **ACS Applied Nano Materials**, 2020.

27. "DLHub: Simplifying publication, discovery, and use of machine learning models in science," Z Li, R Chard, L Ward, K Chard, T Skluzacek, Y Babuji, A Woodard, S Tuecke, B Blaiszik, M Franklin, I Foster, **Journal of Parallel and Distributed Computing**, 2020.

28. "TomoGAN: Low-dose synchrotron x-ray tomography with generative adversarial networks," Z Liu, T Bicer, R Kettimuthu, D Gursoy, F De Carlo, I Foster, **JOSA A**, 37(3), 422-434, 2020.

29. "A regional nuclear conflict would compromise global food security," J Jägermeyr, A Robock, J Elliott, C Müller, L Xia, N Khabarov, C Folberth, E Schmid, W Liu, F Zabel, S Rabin, M Puma, A Heslin, J Franke, I Foster, S Asseng, C Bardeen, O Toon, C Rosenzweig, **Proceedings of the National Academy of Sciences**, 117(13), 7071-7081, 2020.

30. "Exascale applications: Skin in the game," F Alexander, A Almgren, J Bell, A Bhattacharjee, J Chen, P Colella, D Daniel, J DeSlippe, L Diachin, E Draeger, A Dubey, T Dunning, T Evans, I Foster, M Francois, T Germann, M Gordon, S Habib, M Halappanavar, S Hamilton, W Hart, Z Huang, A Hungerford, D Kasen, P Kent,T Kolev, D Kothe, A Kronfeld, Y Luo, P Mackenzie, D McCallen, B Messer, S Mniszewski, C Oehmen, A Perazzo, D Perez, D Richards, W J Rider, R Rieben, K Roche, A Siegel, M Sprague, C Steefel, R Stevens, M Syamlal, M Taylor, J Turner, J-L Vay, A Voter, T Windus, K Yelick, **Philosophical Transactions of the Royal Society A**, 378(2166), 20190056, 2020.

31. "Atlas of Transcription Factor Binding Sites from ENCODE DNase Hypersensitivity Data Across 27 Tissue Types," C Funk, A Casella, S Jung, M Richards, A Rodriguez, P Shannon, R Donovan-Maiye, B Heavner, K Chard, Y Xiao, G Glusman, N Ertekin-Taner, T Golde, A Toga, L Hood, J Van Horn, C Kesselman, I Foster, R Madduri, N Price, S Ament, **Cell Reports** 32(7), 108029, 2020.

32. "Using the FACE-IT portal and workflow engine for operational food quality prediction and assessment: An application to mussel farms monitoring in the Bay of Napoli, Italy," R Montella, A Brizius, D Di Luccio, C Porter, J Elliot, R Madduri, D Kelly, I Foster, **Future Generation Computer Systems**, 110:453-467, 2018.

33. "A data ecosystem to support machine learning in materials science," B Blaiszik, L Ward, M Schwarting, J Gaff, R Chard, D Pike, K Chard, I Foster, **MRS Communications**, 9(4):1125-1133, 2019.

34. "Machine learning prediction of accurate atomization energies of organic molecules from low-fidelity quantum chemical calculations," L Ward, B Blaiszik, I Foster, R Assary, B Narayanan, L Curtiss, **MRS Communications**, 9(3):891-899, 2019.

35. "HACC cosmological simulations: First data release," K Heitmann, T Uram, H Finkel, N Frontiere, S Habib, A Pope, E Rangel, J Hollowed, D Korytov, P Larsen, B Allen, K Chard, I Foster, **The Astrophysical Journal Supplement Series**, 244(1):17, 2019.

36. "Virtual Excited State Reference for the Discovery of Electronic Materials Database: An Open-Access Resource for Ground and Excited State Properties of Organic Molecules." B Abreha, S Agarwal, I Foster, B Blaiszik, S Lopez, **The Journal of Physical Chemistry Letters** 10(21): 6835-6841, 2019.

37. "Jetstream: A novel cloud system for science," C Stewart, D Hancock, T Miller, J Fischer, L Liming, G Turner, J Lowe, S Gregory, E Skidmore, M Vaughn, D Stanzione, N Merchant, I Foster, J Taylor, P Rad, V Brendel, A efgan, M Packard, T Miller, W Snapp-Childs, **Contemporary High Performance Computing**, 189-222, 2019.

38. "Reproducible big data science: A case study in continuous FAIRness," R Madduri, K Chard, M D'Arcy, S Jung, A Rodriguez, D Sulakhe, E Deutsch, C Funk, Cory, B Heavner, M Richards, P Shannon, G Glusman, N Price, C Kesselman, I Foster, **PloS One**, 14(4), e0213013, 2019.

39. "Workflow-based automatic processing for Internet of Floating Things crowdsourced data," R Montella, D Di Luccio, L Marcellino, A Galletti, S Kosta, G Giunta, I Foster, **Future Generation Computer Systems** 94, 103-119, 2019.

40. "Toward a smart data transfer node," Z Liu, R Kettimuthu, I Foster, P Beckman, **Future Generation Computer Systems** 89, 10-18, 2018.

41. "Transferring a petabyte in a day," R Kettimuthu, Z Liu, D Wheeler, I Foster, K Heitmann, F Cappello, **Future Generation Computer Systems** 88, 191-198, 2018.

42. "Matminer: An open source toolkit for materials data mining," L Ward, A Dunn, A Faghaninia, NER Zimmermann, S Bajaj, Q Wang, I Foster, **Computational Materials Science** 152, 60-69, 2018.

43. "Strategies for accelerating the adoption of materials informatics," L Ward, M Aykol, B Blaiszik, I Foster, B Meredig, J Saal, S Suram, **MRS Bulletin** 43 (9), 683-689, 2018.

44. "BioWorkbench: A high-performance framework for managing and analyzing bioinformatics experiments," M Mondelli, T Magalhães, G. Loss, M Wilde, I Foster, M Mattoso, D Katz, **PeerJ** 6:e5551, 2018.

45. "Bridging the gap between peak and average loads on science networks," S Nickolay, E.S Jung, R Kettimuthu, I Foster, **Future Generation Computer Systems** 79, 169-179, 2018.

46. "Advance reservation access control using software-defined networking and tokens," J Chung, ES Jung, R Kettimuthu, N.S.V Rao, I Foster, R Clark, H Owen, **Future Generation Computer Systems** 79, 225-234, 2018.

47. "The Modern Research Data Portal: A design pattern for networked, data-intensive science," K Chard, E Dart, I Foster, D Shifflett, S Tuecke, J Williams, **PeerJ Computer Science**, e144, 2018.

48. "Research infrastructure for the safe analysis of sensitive data," I Foster, **The Annals of the American Academy of Political and Social Science**, 675(1), 2018.

49. "Characterizing agricultural impacts of recent large-scale US droughts and changing technology and management," J Elliott, M Glotter, A Ruane, K Boote, J Hatfield, J Jones, C Rosenzweig, L Smith, I Foster, **Agricultural Systems** 159:275-281, 2018.

50. "Trace: A high-throughput tomographic reconstruction engine for large-scale datasets," T Bicer, D Gursoy, V De Andrade, R Kettimuthu, W Scullin, F De Carlo, I Foster., **Advanced Structural and Chemical Imaging** 3(1):6, 2017.

51. "Globus Nexus: A platform-as-a-service provider of research identity, profile, and group management," K Chard, M Lidman, B McCollam, J Bryan, R Ananthakrishnan, S Tuecke, I Foster, **Future Generation Computer Systems**, 56:571-583, 2016.

52. "Cost-Aware Cloud Profiling, Prediction, and Provisioning as a Service," R Chard, K Chard, R Wolski, R Madduri, B Ng, K Bubendorfer, I Foster, **IEEE Cloud Computing** 4(4):48-59, 2017.

53. "Bridging the gap between peak and average loads on science networks," S Nickolay, E Jung, R Kettimuthu, I Foster, **Future Generation Computer Systems**, 2017.

54. "Machine learning algorithms for modeling groundwater level changes in agricultural regions of the US," S Sahoo, T Russo, J Elliott, I Foster, **Water Resources Research**, 2017.

55. "Advance reservation access control using software-defined networking and tokens," J Chung, E Jung, R Kettimuthu, N Rao, I Foster, R Clark, H Owen, **Future Generation Computer Systems**, 2017

56. "A hybrid human-computer approach to the extraction of scientific facts from the literature," R Tchoua, K Chard, D Audus, J Qin, J de Pablo, I Foster. **Procedia Computer Science** 80:386-397, 2016.

57. "Towards a new generation of agricultural system data, models and knowledge products: Information and communication technology," S Janssen, C Porter, A Moore, I Athanasiadis, I Foster, J Jones, J Antle. **Agricultural Systems**, 2016.

58. "Toward a new generation of agricultural system data, models, and knowledge products: State of agricultural systems science," J Jones, J Antle, B Basso, K Boote, R Conant, I Foster, H Godfray, et al. **Agricultural Systems**, 2016.

59. "Brief history of agricultural systems modeling," J Jones, J Antle, B Basso, K Boote, R Conant, I Foster, H Godfray, et al., **Agricultural Systems**, 2016.

60. "Blending Education and Polymer Science: Semiautomated Creation of a Thermodynamic Property Database." R Tchoua, J Qin, D Audus, K Chard, I Foster, J de Pablo. **Journal of Chemical Education** 93(9):1561-1568, 2016.

61. "Globus Nexus: A Platform-as-a-Service provider of research identity, profile, and group management," K Chard, M Lidman, B McCollam, J Bryan, R Ananthakrishnan, S Tuecke, I Foster, **Future Generation Computer Systems**, 56:571-583, 2016.

62. "Predictive Big Data Analytics: A Study of Parkinson's Disease Using Large, Complex, Heterogeneous, Incongruent, Multi-Source and Incomplete Observations," I Dinov, B Heavner, M Tang, G. Glusman, K Chard, M Darcy, R Madduri, et al. **PLoS ONE** 11(8):e0157077, 2016.

63. "The Materials Data Facility: Data services to advance materials science research," B Blaiszik, K Chard, J Pruyne, R Ananthakrishnan, S Tuecke, I Foster. **Journal of Materials** 68(8):2045-2052, 2016.

64. "Optimization of tomographic reconstruction workflows on geographically distributed resources," T Bicer, D Gürsoy, R Kettimuthu, F De Carlo, I Foster. **Journal of Synchrotron Radiation** 23:4, 2016.

65. "Integrative genomics analyses unveil downstream biological effectors of disease-specific polymorphisms buried in intergenic regions," H Li, I Achour, L Bastarache, J Berghout, V Gardeux, J Li, Y Lee, et al. **NPJ Genomic Medicine** 1:16006, 2016.

66. "Data publication with the structural biology data grid supports live analysis," P Meyer, S Socias, J Key, E Ransey, E Tjon, A Buschiazzo, et al. **Nature Communications** 7, 2016.

67. "Networking materials data: Accelerating discovery at an experimental facility," I Foster, R Ananthakrishnan, B Blaiszik, K Chard, R Osborn, S Tuecke, M Wilde, J Wozniak, **Big Data and High Performance Computing**, 2015.

68. "Globus platform-as-a-service for collaborative science applications," R Ananthakrishnan, K Chard, I Foster, S Tuecke, **Concurrency and Computation: Practice and Experience**, 27(2):290-305, 2015.

69. "Estimating graph distance and centrality on shared nothing architectures," A Balkir, H Oktay, I Foster, **Concurrency and Computation: Practice and Experience**, 27(14):3587-3613, 2015.

70. "A case study for cloud based high throughput analysis of NGS data using the Globus Genomics system," K Bhuvaneshwar, D Sulakhe, R Gauba, A Rodriguez, R Madduri, U. Dave, L Lacinski, I Foster, Y Gusev, S Madhavan, **Computational and Structural Biotechnology Journal,** 13:64-74, 2015.

71. "FACE-IT: A science gateway for food security research," R Montella, D Kelly, W Xiong, A Brizius, J Elliott, R Madduri, K Maheshwari, C Porter, P Vilter, M Wilde, M Zhang, I Foster, **Concurrency and Computation: Practice and Experience**, 27(16):4423-4436, 2015.

72. "The Globus Galaxies platform: Delivering science gateways as a service," R Madduri, K Chard, Chard, Ryan, L Lacinski, A Rodriguez, D Sulakhe, Kelly, David, Dave, Utpal, I Foster, **Concurrency and Computation: Practice and Experience,** 27(16):4344-4360, 2015.

73. "Zodiac: a comprehensive depiction of genetic interactions in cancer by integrating TCGA data," Y Zhu, Y Xu, D Helseth, K Gulukota, Kamalakar, Yang, Shengjie, L Pesce L, Mitra, Riten, Mueller,

Peter, Sengupta, Subhajit, Guo, Wentian. **Journal of the National Cancer Institute**, 107(8):djv129, 2015.

74. "Sharing and reproducing database applications," Q. Pham, S Thaler, T Malik, I Foster, B Glavic, **Journal of the VLDB Endowment**, 8(12):1988-1991, 2015.

75. "Big Biomedical data as the key resource for discovery science," A Toga, I Foster, C Kesselman, R Madduri, K Chard, E Deutsch, N Price, G. Glusman, B Heavner, I Dinov, **Journal of the American Medical Informatics Association**, 22,6,1126-1131, 2015.

76. "A community-oriented workflow reuse and recommendation technique," J Zhang, C Lee, P Votava, T Lee, R Nemani, I Foster, **International Journal of Business Process Integration and Management**, 7(3):197-212, 2015.

77. "Choosing experiments to accelerate collective discovery," A Rzhetsky, J Foster, I Foster, J Evans, **Proceedings of the National Academy of Sciences**, 112(47):14569-14574, 2015.

78. "Computer Architectures for Health Care and Biomedicine," J Silverstein, I Foster, In **Biomedical Informatics**, pp. 149-184, 2014.

79. "Special Issue for Emerging Computational Methods for the Life Sciences Workshop," J Qiu, I Foster, R Taylor, **Concurrency and Computation: Practice and Experience**, 26(4):851-853, 2014.

80. "The parallel system for integrating impact models and sectors (pSIMS)," J Elliott, D Kelly, J Chryssanthacopoulos, M Glotter, K Jhunjhnuwala, N Best, M Wilde, I Foster, **Environmental Modelling & Software**, 62:509-516, 2014.

81. "Emerging Computational Methods for the Life Sciences Workshop 2012," J Qiu, I Foster, C Goble, **Concurrency and Computation: Practice and Experience**, 26(6):1231-1233, 2014.

82. "Experiences building Globus Genomics: a next-generation sequencing analysis service using Galaxy, Globus, and Amazon Web Services," R Madduri, D Sulakhe, L Lacinski, B Liu, A Rodriguez, K Chard, U. Dave, I Foster, **Concurrency and Computation: Practice and Experience**, 26(13):2266-2279, 2014.

83. "Constraints and potentials of future irrigation water availability on agricultural production under climate change," J Elliott, D Deryng, C Mueller, K Frieler, M Konzmann, D Gerten, M Glotter, M Florke, Y Wada, N Best, **Proceedings of the National Academy of Sciences**, 111(9):3239-3244, 2014.

84. "A spatial modeling framework to evaluate domestic biofuel-induced potential land use changes and emissions," J Elliott, Sharma, Bhavna, N Best, M Glotter, J Dunn, I Foster, F Miguez, S Mueller, M Wang, **Environmental Science & Technology**, 48,4,2488-2496, 2014.

85. "Consensus Genotyper for Exome Sequencing (CGES): improving the quality of exome variant genotypes," V Trubetskoy, A Rodriguez, U. Dave, N Campbell, E Crawford, E Cook, J Sutcliffe, I Foster, R Madduri, N Cox, **Bioinformatics**, btu591, 2014.

86. "Supercomputing for the parallelization of whole genome analysis," M Puckelwartz, L Pesce, V Nelakuditi, L Dellefave-Castillo, J Golbus, S Day, T Cappola, G. Dorn, I Foster, E McNally, **Bioinformatics**, 30(11):1508-1513, 2014.

87. "Evaluating the utility of dynamical downscaling in agricultural impacts projections," M Glotter, J Elliott, D McInerney, N Best, I Foster, E Moyer, **Proceedings of the National Academy of Sciences**, 111(24):8776-8781, 2014.

88. "Cloud-based bioinformatics workflow platform for large-scale next-generation sequencing analyses," B Liu, R Madduri,, B Sotomayor, K Chard, L Lacinski, U. Dave, J Li, C Liu, I Foster, **Journal of Biomedical Informatics**, 49,119-133, 2014

89. "Lynx web services for annotations and systems analysis of multi-gene disorders," D Sulakhe, A Taylor, S Balasubramanian, B Feng, B Xie, D Bernigen, U. Dave, I Foster, C Gilliam, N Maltsev, **Nucleic Acids Research**, 42,W1,W473-W477, 2014.

90. "The Global Gridded Crop Model intercomparison: data and modeling protocols for Phase 1 (v1. 0)," J Elliott, C Mueller, D Deryng, J Chryssanthacopoulos, K Boote, M Buechner, I Foster, M Glotter, J Heinke, T Iizumi, **Geoscientific Model Development Discussions**, 7(4):4383-4427, 2014.

91. "XSEDE: accelerating scientific discovery," J Towns, T Cockerill, M Dahan, I Foster, K Gaither, A Grimshaw, V Hazlewood, S Lathrop, D Lifka, G. Peterson, **Computing in Science & Engineering**, 16,5,62-74, 2014.

92. "NCI workshop report: clinical and computational requirements for correlating imaging phenotypes with genomics signatures," R Colen, I Foster, R Gatenby, M Giger, R Gillies, D Gutman, M Heller, R Jain, A Madabhushi, S Madhavan, **Translational Oncology**, 7(5):556-569, 2014.

93. "A case study for cloud based high throughput analysis of NGS data using the Globus Genomics system," U. Dave, L Lacinski, I Foster, Y Gusev, S Madhavan, **Genomics**, 2,3, 2014.

94. "Efficient and secure transfer, synchronization, and sharing of big data," K Chard, S Tuecke, I Foster, **IEEE Cloud Computing**, 1(3):46-55, 2014.

95. "N-of-1-pathways unveils personal deregulated mechanisms from a single pair of RNA-Seq samples: towards precision medicine," V Gardeux, I Achour, J Li, M Maienschein-Cline, H Li, L Pesce, G. Parinandi, N Bahroos, R Winn, I Foster, **Journal of the American Medical Informatics Association**, 21(6):1015-1025, 2014.

96. "Swift/T: Scalable data flow programming for many-task application," J Wozniak, T Armstrong, M Wilde, D Katz, E Lusk, I Foster, **ACM SIGPLAN Notices**, 4 8,8,309-310, 2013.

97. "Turbine: A distributed-memory dataflow engine for high performance many-task applications," J Wozniak, T Armstrong, K Maheshwari, E Lusk, D Katz, M Wilde, I Foster, **Fundamenta Informaticae**, 128,3,337-366, 2013.

98. "Ophidia: toward big data analytics for escience," S Fiore, A D'Anca, C Palazzo, I Foster, D Williams, G. Aloisio, **Procedia Computer Science**, 18:2376-2385, 2013.

99. "Unilateral carbon taxes, border tax adjustments and carbon leakage," J Elliott, I Foster, S Kortum, G. Khun Jush, T Munson, D Weisbach. **Theoretical Inquiries in Law**, 14(1):207-244, 2013.

100. "Propagation of data error and parametric sensitivity in computable general equilibrium models," J Elliott, M Franklin, I Foster, T Munson, M Loudermilk. **Computational Economics**, 39(3):219-241, 2012.

101. "Software as a service for data scientists," B Allen, J Bresnahan, L Childers, I Foster, G. Kandaswamy, R Kettimuthu, J Kordas, M Link, S Martin, K Pickett, **Communications of the ACM**, 55(2):81-88, 2012.

102. "MTCProv: a practical provenance query framework for many-task scientific computing," L Gadelha Jr, M Wilde, M Mattoso, I Foster, **Distributed and Parallel Databases**, 30, 6-May, pp. 351-370, 2012.

103. "Shining light into black boxes," A Morin, J Urban, P Adams, I Foster, A Sali, D Baker, P Sliz. **Science**, 336(6078):159, 2012.

104. "Swift: A language for distributed parallel scripting," M Wilde, M Hategan, J Wozniak, B Clifford, D Katz, I Foster, **Parallel Computing**, 37,9,633-652, 2011.

105. "The small world of file sharing," A Iamnitchi, M Ripeanu, E Santos-Neto, I Foster, **IEEE Transactions on Parallel and Distributed Systems**, 22,7,1120-1134, 2011.

106. "Globus Online: Accelerating and democratizing science through cloud-based services," I Foster. **IEEE Internet Computing**, 3,70-73, 2011.

107. "Provenance management in Swift," L Gadelha, B Clifford, M Mattoso, M Wilde, I Foster, **Future Generation Computer Systems**, 27,6,775-780, 2011.

108. "Reshaping text data for efficient processing on Amazon EC2," G. Turcu, I Foster, S Nestorov, **Scientific Programming**, 19,3-Feb,133-145, 2011.

109. "Moving huge scientific datasets over the Internet," W Liu, B Tieman, R Kettimuthu, I Foster, **Concurrency and Computation: Practice and Experience**, 23(18):2404-2420, 2011.

110. "Enabling collaborative research using the biomedical informatics research network (BIRN)," K Helmer, J Ambite, J Ames, R Ananthakrishnan, G. Burns, A Chervenak, I Foster, L Liming, D

Keator, F Macciardi, **Journal of the American Medical Informatics Association**, 18(4):416-422, 2011.

111. "How computation changes research," I Foster, In **Switching Codes: Thinking through Digital Technology in the Humanities and the Arts**, 16-37, 2011.

112. "Building a secure learning health system," I Foster. **Digital infrastructure for the learning health system**. Workshop series summary, pp. 161-165, 2011.

113. "Using hybrid grid/cloud computing technologies for environmental data elastic storage, processing, and provisioning," R Montella, I Foster. In **Handbook of Cloud Computing**, 595-618, Springer, 2010.

114. "Trade and carbon taxes," J Elliott, I Foster, S Kortum, T Munson, F Cervantes, D Weisbach, **The American Economic Review**, 100(2):465-469, 2010.

115. "Network analysis of scientific workflows: a gateway to reuse," W Tan, J Zhang, I Foster, **IEEE Computer**, 54, 2010.

116. "CaGrid Workflow Toolkit: A taverna based workflow tool for cancer grid," W Tan, R Madduri, A Nenadic, S Soiland-Reyes, D Sulakhe, I Foster, C Goble, **BMC Bioinformatics**, 11(1):1, 2010.

117. "A comparison of using Taverna and BPEL in building scientific workflows: the case of caGrid," W Tan, P Missier, I Foster, R Madduri, D De Roure, C Goble, **Concurrency and Computation: Practice and Experience**, 22(9):1098-1117, 2010

118. "In search of simplicity: a self-organizing group communication overlay," M Ripeanu, A Iamnitchi, I Foster, A Rogers, **Concurrency and Computation: Practice and Experience**, 22(7):788-815, 2010

119. "Middleware support for many-task computing," I Raicu, I Foster, M Wilde, Z Zhang, K Iskra, P Beckman, Y Zhao, A Szalay, A Choudhary, P Little, **Cluster Computing**, 13(3):291-314, 2010.

120. "CIM-EARTH: Framework and case study," J Elliott, I Foster, K Judd, E Moyer, T Munson, **The BE Journal of Economic Analysis & Policy**, 10, 2, 2010.

121. "Global-scale distributed I/O with ParaMEDIC," P Balaji, W Feng, H Lin, J Archuleta, S Matsuoka, A Warren, J Setubal, E Lusk, R Thakur, I Foster, **Concurrency and Computation: Practice and Experience**, 22(16):2266-2281, 2010.

122. "CIM-EARTH: Framework and case study," J Elliott, I Foster, K Judd, E Moyer, T Munson, **The BE Journal of Economic Analysis & Policy**,10,2, 2010.

123. "Global-scale distributed I/O with ParaMEDIC," ,P Balaji, W Feng, H Lin, J Archuleta, S Matsuoka, A Warren, J Setubal, E Lusk, R Thakur, I Foster, **Concurrency and Computation: Practice and Experience**, 22(16):2266-2281, 2010.

124. "Virtual infrastructure management in private and hybrid clouds," B Sotomayor, R Montero, I Llorente, I Foster, **IEEE Internet Computing"**,13,5,14-22, 2009.

125. "Parallel scripting for applications at the petascale and beyond," M Wilde, I Foster, K Iskra, P Beckman, Z Zhang, A Espinosa, M Hategan, B Clifford, I Raicu, **IEEE Computer**,11,50-60, 2009.

126. "The Globus replica location service: design and experience," A Chervenak, R Schuler, M Ripeanu, M Amer, S Bharathi, I Foster, A Iamnitchi, C Kesselman, **IEEE Transactions on Parallel and Distributed Systems**, 20(9):1260-1272, 2009.

127. "The Earth System Grid," D Williams, R Ananthakrishnan, D Bernholdt, S Bharathi, D Brown, M Chen, A Chervenak, L Cinquini, R Drach, I Foster. **Bulletin of the American Meteorological Society**, 90(2):195, 2009.

128. "A flexible attribute based access control method for grid computing," B Lang, I Foster, F Siebenlist, R Ananthakrishnan, T Freeman, **Journal of Grid Computing**,7(2):169-180, 2009.

129. "caGrid 1.0: an enterprise Grid infrastructure for biomedical research," S Oster, S Langella, S Hastings, D Ervin, R Madduri, J Phillips, T Kurc, F Siebenlist, P Covitz, K Shanbhag, **Journal of the American Medical Informatics Association**,15(2):138-149, 2008.

130. "Tracking provenance in a virtual data grid," B Clifford, I Foster, J Voeckler, M Wilde, Y Zhao, **Concurrency and Computation: Practice and Experience**, 20(5):565-575, 2008.Wiley Online Library

131. "Terascale turbulence computation using the FLASH3 application framework on the IBM Blue Gene/L system," P.Constantin, I Foster, M Papka, S Abarzhi, S Asida, P Rich, C Glendenin, K Antypas, D Sheeler, L Reid, **IBM Systems Journal**, 52(1/2):127, 2008.

132. "Toward an autonomic service management framework: A holistic vision of SOA, AON, and autonomic computing," Y Cheng, A Leon-Garcia, I Foster, **IEEE Communications Magazine**, 46(5):138-146, 2008.

133. "e-Science, caGrid, and translational biomedical research," J Saltz, T Kurc, S Hastings, S Langella, S Oster, D Ervin, A Sharma, T Pan, M Gurcan, J Permar, **IEEE Computer**, 41(11):58, 2008.

134. "How do I model state? Let me count the ways," I Foster, S Parastatidis, P Watson, M Mckeown, **Communications of the ACM**, 51(9)34-41, 2008.

135. "Combining the power of Taverna and caGrid: scientific workflows that enable web-scale collaboration," W Tan, I Foster, R Madduri, **IEEE Internet Computing**,12(6):61-68, 2008.

136. "Interoperability of GADU in using heterogeneous grid resources for bioinformatics applications," D Sulakhe, A Rodriguez, M Wilde, I Foster, N Maltsev, **IEEE Transactions on Information Technology in Biomedicine**,12(2):241-246, 2008.

137. "Provisioning for dynamic instantiation of community services," L Qi, H Jin, I Foster, J Gawor, **IEEE Internet Computing**,12(2):29-36, 2008.

138. "Efficient Incremental Maintenance of Derived Relations and BLAST Computations in Bioinformatics Data Warehouses," G. Turcu, S Nestorov, I Foster, **Data Warehousing and Knowledge Discovery**,135-145, 2008.

139. "A roadmap for caGrid, an enterprise Grid architecture for biomedical research," J Saltz, S Hastings, S Langella, S Oster, T Kurc, P Payne, R Ferreira, B Plale, C Goble, D Ervin, **Studies in Health Technology and Informatics**, 138:224, 2008.

140. "A tool for prioritizing DAGMan jobs and its evaluation," G. Malewicz, I Foster, A Rosenberg, M Wilde, **Journal of Grid Computing**, 5(2):197-212, 2007.Kluwer Academic Publishers

141. "Accelerating medical research using the Swift workflow system," T Stef-Praun, B Clifford, I Foster, U. Hasson, M Hategan, S Small, M Wilde, Y Zhao, **Studies in Health Technology and Informatics**,126,207, 2007.

142. "Usage SLA-based scheduling in Grids," C Dumitrescu, I Raicu, I Foster, **Concurrency and Computation: Practice and Experience**,19(7):945-963, 2007.

143. "The design, usage, and performance of GRUBER: A grid usage service level agreement based brokering infrastructure," C Dumitrescu, I Raicu, I Foster, **Journal of Grid Computing**, 5(1):99-126, 2007.

144. "The earth system grid center for enabling technologies: Enabling community access to petascale climate datasets," D Williams, D Bernholdt, I Foster, D Middleton, **CTWatch Quarterly**, 3(4), 2007.

145. "End-to-end data solutions for distributed petascale science," J Schopf, A Chervenak, I Foster, D Fraser, D Gunter, N LeRoy, B Tierney, **CTWatch Quarterly**, 3(4):1, 2007.

146. "Breaking Boundaries: Scaling Collaboration in Time and Space," I Foster, C Kesselman. In **Scale-Up in Education: Volume 1: Ideas in Principle**, Rowman and Littlefield Publishers, 189-201, 2007.

147. "NEESgrid: Lessons Learned for Future Cyberinfrastructure Development," B Spencer, R Butler, K Ricker, D Marcusiu, T Finholt, I Foster, C Kesselman, J Birnholtz. In Olson, G.M., Zimmerman, A and Bos, N eds. **Science on the Internet**, MIT Press, 2007.

148. "Scaling System-level Science: Scientific Exploration and IT Implications," I Foster, C Kesselman, **IEEE Computer** (November). 32-39. 2006.

149. "Virtual Data Grid Middleware Services for Data-intensive Science," Y Zhao, M Wilde, I Foster, J Voeckler, T Jordan, E Quigg, J Dobson, **Concurrency and Computation: Practice and Experience**, 18(6):595-608, 2005.

150. "2020: A Two-Way Street to Science's Future," I Foster, **Nature**, 440:419, 2006.

151. "The Design, Performance, and Use of DiPerF: An automated Distributed PERformance evaluation Framework, I Raicu, C Dumitrescu, M Ripeanu, I Foster, **J Grid Computing**, 4(3):287-309, 2006.

152. "Streamlining Grid Operations: Definition and Deployment of a Portal-based User Registration Service," I Foster, V Nefedobva. M Ahsant, R Ananthakrishnan, L Liming, R Madduri, O. Mulmo, L Pearlman, F Siebenlist, **J Grid Computing**, 4(2):135-144, 2006.

153. "Creating and Operating National-Scale Cyberinfrastructure Services," C Catlett, P Beckman, D Skow, I Foster, **CTWatch Quarterly**, 2(2), May 2006.

154. "Grid-Based Computing and the Future of Neuroscience Computation," J Van Horn, J Dobson, J Woodward, M Wilde, Y Zhao, J Voeckler, I Foster. In **Methods in Mind**, MIT Press, 141-170, 2006.

155. "Globus Toolkit Version 4: Software for Service-Oriented Systems," I Foster, **Journal of Computational Science and Technology**, 21(4):523-530, 2006. (Expanded version of paper with the same title in **IFIP International Conference on Network and Parallel Computing**, 2005, Springer-Verlag LNCS 3779, 2-13.)

156. "Virtual Workspaces: Achieving Quality of Service and Quality of Life in the Grid," K Keahey, I Foster, T Freeman, X. Zhang, **Scientific Programming**, 13(4):265-275, 2005.

157. "Service-Oriented Science," I Foster, **Science**, 308:814-817, 2005.

158. "Describing the Elephant: The Different Faces of IT as Service," I Foster, S Tuecke, **ACM Queue**, 3 (6): 26-29, 2005.

159. "GNARE: An Environment for Grid-Based High-Throughput Genome Analysis," D Sulakhe, A Rodriguez, M D'Souza, M Wilde, V Nefedova, I Foster, N Maltsev, **Journal of Clinical Monitoring and Computing**, 19:361-369, 2005.

160. "A Notation and System for Expressing and Executing Cleanly Typed Workflows on Messy Scientific Data," Y Zhao, J Dobson, I Foster, L Moreau, M Wilde, **SIGMOD Record**, 34(3):37-43, 2005.

161. "The Earth System Grid: Supporting the Next Generation of Climate Modeling Research," D Bernholdt, S Bharathi, D Brown, K Chanchio, M Chen, A Chervenak, L Cinquini, B Drach, I Foster, P Fox, J Garcia, C Kesselman, R Markel, D Middleton, V Nefedova, L Pouchard, A Shoshani, A Sim, G. Strand, D Williams, **Proceedings of the IEEE**, 93(3):485-495, 2005.

162. "Modeling and Managing State in Distributed Systems: The Role of OGSI and WSRF," I Foster, K Czajkowski, D Ferguson, J Frey, S Graham, T Maguire, D Snelling, S Tuecke, **Proceedings of the IEEE**, 93(3):604-612, 2005.

163. "Agreement-Based Resource Management," K Czajkowski, I Foster, C Kesselman, **Proceedings of the IEEE**, 93(3):631-643, 2005.

164. "Predicting Application Run Times with Historical Information," W Smith, I Foster, V Taylor, **Journal of Parallel and Distributed Computing**, 64(9):1007-1016, 2004.

165. "End-to-end Quality of Service for High-end Applications," I Foster, M Fidler, A Roy, V Sander, L Winkler, **Computer Communications,** 27(14):1375-1388, 2004.

166. "Data Grids," I Foster. In **Databasing the Brain**, Wiley, 89-110, 2005.

167. "Concepts and Architecture," I Foster, C Kesselman. In **The Grid: Blueprint for a New Computing Infrastructure, 2nd Edition,** Morgan-Kaufmann, 2004, pp. 37-63.

168. "Distributed Telepresence: The NEESgrid Earthquake Engineering Collaboratory," C Kesselman, I Foster, T Prudhomme. In **The Grid: Blueprint for a New Computing Infrastructure, 2nd Edition,** Morgan-Kaufmann, 2004, pp. 81-93.

169. "The Open Grid Services Architecture," I Foster, C Kesselman, S Tuecke. In **The Grid: Blueprint for a New Computing Infrastructure, 2nd edition,** Morgan-Kaufmann, 2004, pp. 215-257.

170. "Resource and Service Management," K Czajkowski, I Foster, C Kesselman. In **The Grid: Blueprint for a New Computing Infrastructure, 2nd Edition,** Morgan-Kaufmann, 2004, pp. 259-283.

171. "Data Integration in a Bandwidth-Rich World," I Foster, R Grossman, **Communications of the ACM**, 46(11):51-57, 2003.

172. "Simulation Studies of Computation and Data Scheduling Algorithms for Data Grids," K Ranganathan, I Foster. **Journal of Grid Computing**, 1(1):53-62, 2003.

173. "The Grid in a Nutshell," I Foster, C Kesselman. In **Grid Resource Management**, Kluwer Publishing, 2003, pp. 3-13.

174. "Scheduling in the Grid Application Development Software Project," H Dail, O. Sievert, F Berman, H Casanova, A YarKhan, S Vadhiyar, J Dongarra, C Liu, L Yang, D Angulo, I Foster. In **Grid Resource Management**, Kluwer Publishing, 2003, pp. 73-98.

175. "Grid Service Level Agreements," K Czajkowski, I Foster, C Kesselman, S Tuecke. In **Grid Resource Management**, Kluwer Publishing, 2003, pp. 119-134.

176. "Computation Scheduling and Data Replication Algorithms for Data Grids," K Ranganathan, I Foster. In **Grid Resource Management**, Kluwer Publishing, 2003, pp. 359-374.

177. "A Peer-to-Peer Approach to Resource Location in Grid Environments," A Iamnitchi, I Foster. In **Grid Resource Management**, Kluwer Publishing, 2003, pp. 413-430.

178. "Quasi-Realtime Microtomography Experiments at Photon Sources," G. von Laszewski, M.-H Su, J Insley, I Foster, C Kesselman. In **Sourcebook of Parallel Computing**, Morgan Kaufman, 2003, pp. 258-265.

179. "Software Technologies," I Foster, J Dongarra, K Kennedy, C Koelbel. **Sourcebook of Parallel Computing**, Morgan Kaufman, 2003, pp. 293-312.

180. "Message Passing and Threads," I Foster, W Gropp, C Kesselman. **Sourcebook of Parallel Computing**, Morgan Kaufman, 2003, pp. 313-329.

181. "Resuable Software and Algorithms," J Dongarra, I Foster, K Kennedy. **Sourcebook of Parallel Computing**, Morgan Kaufman, 2003, pp. 483-490.

182. "MPICH-G2: A Grid-Enabled Implementation of the Message Passing Interface," N Karonis, B Toonen, I Foster, **Journal of Parallel and Distributed Computing**, 63(5):551-563, 2003.

183. "The Physiology of the Grid," I Foster, C Kesselman, J Nick, S Tuecke. In **Grid Computing: Making the Global Infrastructure a Reality**, Wiley, 2003, pp. 217-250.

184. "Computational Grids in Action: The National Fusion Collaboratory," K Keahey, T Fredian, Q. Peng, D.P Schissel, M Thompson, I Foster, M Greenwald, D McCune, **Future Generation Computer Systems**, 2002, pp. 1005-1015.

185. "End-to-End Quality of Service for High-end Applications," I Foster, M Fidler, A Roy, V, Sander, L Winkler, **Computer Communications**, 27(14):1375-1388, 2002.

186. "Grid Services for Distributed System Integration," I Foster, C Kesselman, J Nick, S Tuecke. **IEEE Computer**, 35(6):37-46, 2002.

187. "Grid Technologies Empowering Drug Discovery," A Chien, I Foster, D Goddette, **Drug Discovery Today**, 7(20 Suppl):S176-180, 2002.

188. "Condor-G: A Computation Management Agent for Multi-Institutional Grids," J Frey, T Tannenbaum, I Foster, M Livny, S Tuecke, **Cluster Computing**, 5(3):237-246, 2002.

189. "File and Object Replication in Data Grids," H Stockinger, A Samar, W Allcock, I Foster, K Holtman, B Tierney, **Cluster Computing**, 5(3):305-314, 2002.

190. "The Astrophysics Simulation Collaboratory: A Science Portal Enabling Community Software Development," M Russell, G. Allen, G. Daues, I Foster, E Seidel, J Novotny, J Shalf, G. von Laszewski, **Cluster Computing**, 5(3):297-304, 2002.

191. "Grids and Research Networks as Drivers and Enablers of Future Internet Architectures," K Baxevanidis, H Davies, I Foster, F Gagliardi, **Computer Networks**, 40(1):5-17, 2002.

192. "The Grid: A New Infrastructure for 21st Century Science," I Foster, **Physics Today**, 55(2):42-47, 2002. (Reprinted in: **Grid Computing: Making the Global Infrastructure a Reality**, 2003.)

193. "Disk Resident Arrays: An Array-Oriented I/O Library for Out-of-Core Computations," I Foster, J Nieplocha. In **High-Performance Mass Storage and Parallel I/O**, IEEE and Wiley Press, 2002, pp. 488-498.

194. "Data Management and Transfer in High-Performance Computational Grid Environments," W Allcock, J Bester, J Bresnahan, A Chervenak, I Foster, C Kesselman, S Meder, V Nefedova, D Quesnel, S Tuecke, **Parallel Computing**, 28(5):749-771, 2002.

195. "A High-Throughput X-ray Microtomography System at the Advanced Photon Source," Y Wang, F De Carlo, D Mancini, I McNulty, B Tieman, J Bresnahan, I Foster, J Insley, P Lane, G. von Laszewski, C Kesselman, M.-H Su, M Thiebaux. **Review of Scientific Instruments**, 72(4):2062–2068, 2001.

196. "The Cactus Worm: Experiments with Dynamic Resource Selection and Allocation in a Grid Environment," G. Allen, D Angulo, I Foster, G. Lanfermann, C Liu, T Radke, E Seidel, J Shalf, **International J High Performance Computing Applications**, 15(4):345-358, 2001.

197. "Performance Predictions for a Numerical Relativity Package in Grid Environments," M Ripeanu, A Iamnitchi, I Foster, **International Journal High Performance Computing Applications**, 15(4):375-387. 2001.

198. "The GrADS Project: Software Support for High-Level Grid Application Development," F Berman, A Chien, K Cooper, J Dongarra, I Foster, D Gannon, L Johnsson, K Kennedy, C Kesselman, J Mellor-Crummey, D Reed, L Torczon, R Wolski, **International J High Performance Computing Applications**, 15(4):327-344, 2001.

199. "The Emergence of the Grid," I Foster. In **Nature Yearbook of Science and Technology**, Nature Publishing Group, 2001.

200. "The Anatomy of the Grid: Enabling Scalable Virtual Organizations," I Foster, C Kesselman, S Tuecke, **International Journal of High Performance Computing Applications**, 15(3):200-222, 2001. (Reprinted in: **Grid Computing: Making the Global Infrastructure a Reality**, 2003.)

201. "Multiparadigm Communications in Java for Grid Computing," V Getov, G. von Laszewski, M Philippsen, I Foster, **Communications of the ACM**, 44(10):118-125, 2001.

202. "The Data Grid: Towards an Architecture for the Distributed Management and Analysis of Large Scientific Datasets," A Chervenak, I Foster, C Kesselman, C Salisbury, S Tuecke, **J of Network and Computer Applications**, 23:187-200, 2001.

203. "Generalized Communicators in the Message Passing Interface." E Demaine, I Foster, C Kesselman, M Snir, **IEEE Trans. Parallel and Distributed Systems**, 12(6):610-616, 2001.

204. "The Emerging Grid," I Foster, C Kesselman. In **Computational Aerosciences in the 21st Century**, Kluwer Academic, 2000, pp. 29-46.

205. "A National-Scale Authentication Infrastructure." R Butler, D Engert, I Foster, C Kesselman, S Tuecke, J Volmer, V Welch, **IEEE Computer**, 33(12):60-66, 2000.

206. "Distance Visualization: Data Exploration on the Grid." I Foster, J Insley, G. von Laszewski, C Kesselman, M Thiebaux, **IEEE Computer**, 32(12):36-43, 1999.

207. "A Fault Detection Service for Wide Area Distributed Computations," P Stelling, C DeMatteis, I Foster, C Kesselman, C Lee, G. von Laszewski, **Cluster Computing**, 2:117-128, 1999.

208. "The Data Grid: Towards an Architecture for the Distributed Management and Analysis of Large Scientific Data Sets," A Chervenak, I Foster, C Kesselman, C Salisbury, S Tuecke, **Journal of Network and Computer Applications**, 23:187-200, 2001.

209. "A Java Commodity Grid Toolkit." G. von Laszewski, I Foster, J Gawor, P Lane. **Concurrency: Practice and Experience**, 13(8-9):645-662, 2001.

210. "Using Computational Grid Capabilities to Enhance the Ability of an X-ray Source for Structural Biology." G. von Laszewski, M Westbrook, I Foster, E Westbrook, C Barnes. Cluster **Computing**, 3(3):187-199, 2000.

211. "Parallel Programming Languages," I Foster, **Handbook on Parallel and Distributed Processing**, Springer-Verlag, 92-165, 1999.

212. "Implementing Noncollective Parallel I/O In Cluster Environments Using Active Message Communication," J Nieplocha, H Dachsel, I Foster, **Cluster Computing**, 2(4):271-280, 2000.

213. "Computational Grids," I Foster, C Kesselman, **The Grid: Blueprint for a New Computing Infrastructure**, Morgan-Kaufmann, 1999, pp. 15-52.

214. "The Globus Toolkit," I Foster, C Kesselman, **The Grid: Blueprint for a New Computing Infrastructure**, Morgan-Kaufmann, 1999, pp. 259-278.

215. "A Computational Framework for Telemedicine," I Foster, G. von Laszewski, B Toonen, G. Thiruvathukal, **Future Generation Computer Systems**, 14:109-123, 1998.

216. "Wide-Area Implementation of the Message Passing Interface," I Foster, J Geisler, W Gropp, N Karonis, E Lusk, G. Thiruvathukal, S Tuecke, **Parallel Computing**, 24(12):1735-1749, 1998.

217. "Managing Security in High-Performance Distributed Computations," I Foster, N Karonis, C Kesselman, S Tuecke, **Cluster Computing**, 1(1):95-107, 1998.

218. "Software Infrastructure for the I-WAY Metacomputing Experiment," I Foster, J Geisler, W Nickless, W Smith, S Tuecke, **Concurrency: Practice and Experience**, 10(7):567-581, 1998. (Reprinted in: **Grid Computing: Making the Global Infrastructure a Reality**, 2003.)

219. "ChemIO: High-Performance Parallel I/O for Computational Chemistry Applications," J Nieplocha, I Foster, R Kendall, **International Journal of Supercomputer Applications**, 12(3):260-266, 1998.

220. "A Library-Based Approach to Task Parallelism in a Data-Parallel Language," I Foster, D Kohr, R Krishnaiyer, A Choudhary, **Journal of Parallel and Distributed Computing**, 46(2):148-158, 1997.

221. "Technologies for Ubiquitous Supercomputing: A Java Interface to the Nexus Communication System," I Foster, G. Thiruvathukal, S Tuecke, **Concurrency: Practice and Experience**, 9(6):465-475, 1197.

222. "Globus: A Metacomputing Infrastructure Toolkit," I Foster, C Kesselman, **International Journal of Supercomputer Applications**, 11(2):115-128, 1997.

223. "Managing Multiple Communication Methods in High-Performance Networked Computing Systems," I Foster, J Geisler, C Kesselman, S Tuecke, **Journal of Parallel and Distributed Computing**, 40:35-48, 1997.

224. "Explicit Management of Memory Hierarchy," J Nieplocha, R Harrison, I Foster. In **Advances in High Performance Computing**, Kluwer Academic, 185-198, 1997.

225. "Relative Debugging: A New Methodology for Debugging Scientific Applications," D Abramson, I Foster, J Michalakes, R Sosic, **Communications of the ACM**, 39(11):69-77, 1996.

226. "The Nexus Approach to Integrating Multithreading and Communication," I Foster, C Kesselman, S Tuecke, **Journal of Parallel and Distributed Computing**, 37:70-82, 1996.

227. "Exploring Coupled Atmosphere-Ocean Models Using Vis5D," W Hibbard, J Anderson, I Foster, B Paul, R Jacob, C Schafer, M Tyree, **International Journal of Supercomputer Applications**, 10(2):199-207, 1996.

228. "Overview of the I-WAY: Wide Area Visual Supercomputing," T DeFanti, I Foster, M Papka, R Stevens, T Kuhfuss, **International Journal of Supercomputer Applications**, 10(2):123-130, 1996.

229. "Performance of Massively Parallel Computers for Spectral Atmospheric Models," I Foster, B Toonen, P Worley, **Journal of Atmospheric and Oceanic Technology**, 13(5):1031-45, 1996.

230. "Parallel Algorithms for the Spectral Transform Method," I Foster, P Worley, **SIAM J.ournal of Scientific Computing**, 18(3):806-837, 1997.

231. "Towards High Performance Computational Chemistry: (I) Scalable Fock Matrix Construction Algorithms," I Foster, J Tilson, A Wagner, R Shepard, R Harrison, R Kendall, R Littlefield, **Journal of Computational Chemistry**, 17(1):109-123, 1996.

232. "Towards High Performance Computational Chemistry: (II) A Scalable SCF Program," R Harrison, I Foster, et al. (19 authors), **Journal of Computational Chemistry**, 17(1):124-132, 1996.

233. "Compositional Parallel Programming Languages," I Foster, **ACM Trans. Prog. Lang. Syst.**, 18(4):454-476, 1996.

234. "Design and Performance of a Scalable Parallel Community Climate Model," J Drake, I Foster, J Michalakes, B Toonen, P Worley, **Parallel Computing**, 21(10):1571-1591, 1995.

235. "Point-to-Point Communications Using Migrating Ports," I Foster, D Kohr, R Olson, S Tuecke, M Xu, **Languages, Compilers, and Run-Time Systems for Scalable Computers**, Kluwer Academic Publishers, 199-212, 1995.

236. "A Deterministic Notation for Cooperating Processes," K M Chandy, I Foster, **IEEE Trans. Parallel and Distributed Systems**, 6(8):863-871, 1995.

237. "Fortran M: A Language for Modular Parallel Programming," I Foster, K M Chandy, **Journal of Parallel and Distributed Computing**, 26(1):24-35, 1995.

238. "Productive Parallel Programming: The PCN Approach," I Foster, R Olson, S Tuecke, **Scientific Programming**, 1(1):51-66, 1992. Reprinted in **Programming Languages for Parallel Processing**, D Skillicorn, D Talia (eds.), IEEE, 358-373, 1995.

239. "Task Parallelism and High-Performance Languages," I Foster, **IEEE Parallel and Distributed Technology**, 2(3):27-36, 1994. Extended version reprinted in **Readings in Data Parallelism**, Springer-Verlag LNCS, 1996.

240. "Integrated Support for Task and Data Parallelism," K M Chandy, I Foster, K Kennedy, C Koelbel, C.-W Tseng, **International Journal of Supercomputer Applications**, 8(2):80-98, 1994.

241. "A Compiler Approach to Scalable Concurrent Program Design," I Foster, S Taylor, **ACM Trans. Prog. Lang. Syst.**, 16(3):577-604, 1994.

242. "The Parallel Scalability of the Spectral Transform Method," I Foster, W Gropp, R Stevens, **Monthly Weather Review**, 120(5):835-850, 1992.

243. "Efficient Computation Control in Concurrent Logic Languages," I Foster, **New Generation Computing**, 10(1):1-22, 1991.

244. "Automatic Generation of Self-Scheduling Programs," I Foster, **IEEE Transactions on Parallel and Distributed Systems**, 2(1):68-78, 1991.

245. "Aligning Multiple RNA Sequences," R Overbeek, I Foster. In **Festschrift for W Bledsoe**, R Boyer (ed.), Kluwer Academic Publishers, 231-248, 1991.

246. "A Declarative State Transition System," I Foster, **Journal of Logic Programming**, 10:45-67, 1991.

247. "Concurrency: Simple Concepts and Powerful Tools," I Foster, C Kesselman, S Taylor, **Computer J.**, 33(6):501-507, 1990.

248. "A Multicomputer Garbage Collector for a Single-Assignment Language," I Foster, **International Journal of Parallel Programming**, 18(3):181-203, 1989.

249. "Aligning Genetic Sequences," R Butler, T Butler, I Foster, N Karonis, R Olson, R Overbeek, N Pluger, M Price, S Tuecke, in **Strand: New Concepts in Parallel Programming**, 1989, pp. 253-271.

250. "Implementation of a Declarative State Transition System," I Foster, **Software - Practice and Experience**, 19(4):351-370, 1989.

251. "An Abstract Machine for the Implementation of Parlog on Uniprocessors," S Gregory, I Foster, A Burt, G. Ringwood, **New Generation Computing**, 6:389-420, 1989.

252. "Flat Parlog: A Basis for Comparison," I Foster, S Taylor, **International Journal of Parallel Programming**, 16(2):87-125, 1988.

## Conference and Workshop Proceedings

253. "Expanding cost-aware function execution with multidimensional notions of cost," M Baughman, R Kumar, I Foster, K Chard, **1st Workshop on High Performance Serverless Computing**, 9-12, 2021.

254. "Coding the computing continuum: Fluid function execution in heterogeneous computing environments," R Kumar, M Baughman, R Chard, Z Li, Y Babuji, I Foster, K Chard, **IEEE International Parallel and Distributed Processing Symposium Workshops (IPDPSW)**, 66-75, 2021.

255. "FuncX: A federated function serving fabric for science," R Chard, Y Babuji, Z Li, T Skluzacek, A Woodard, B Blaiszik, I Foster, K Chard, **29th International Symposium on High-Performance Parallel and Distributed Computing**, 65-76, 2020.

256. "The Manufacturing Data and Machine Learning Platform: Enabling real-time monitoring and control of scientific experiments via IoT," J Elias, R Chard, J Libera, I Foster, S Chaudhuri, **IEEE 6th World Forum on Internet of Things**, 1-2, 2020.

257. "Convolutional neural network training with distributed K-FAC," J Pauloski, Z Zhang, L Huang, W Xu, I Foster, **SC20: International Conference for High Performance Computing, Networking, Storage and Analysis**, 1-12, 2020.

258. "Petascale XCT: 3d image reconstruction with hierarchical communications on multi-GPU nodes," M Hidayetoğlu, T Bicer, S De Gonzalo, B Ren, V De Andrade, D Gursoy, R Kettimuthu, I Foster, W Wen-mei, **SC20: International Conference for High Performance Computing, Networking, Storage and Analysis**, 1-13, 2020.

259. "Deep learning-based low-dose tomography reconstruction with hybrid-dose measurements," Z Wu, T Bicer, Z Liu, V De Andrade, Y Zhu, I Foster, **IEEE/ACM Workshop on Machine Learning in High Performance Computing Environments (MLHPC) and Workshop on Artificial Intelligence and Machine Learning for Scientific Applications (AI4S)**, 88-95, 2020.

260. "Towards online steering of flame spray pyrolysis nanoparticle synthesis," M Levental, R Chard, J Libera, K Chard, A Koripelly, J Elias, M Schwarting, B Blaiszik, M Stan, S Chaudhuri, **IEEE/ACM 2nd Annual Workshop on Extreme-scale Experiment-in-the-Loop Computing (XLOOP)**, 35-40, 2020.

261. "Tomographic reconstruction of dynamic features with streaming sliding subsets," T Bicer, V Nikitin, S Aslan, D Gürsoy, R Kettimuthu, I Foster, **IEEE/ACM 2nd Annual Workshop on Extreme-scale Experiment-in-the-Loop Computing (XLOOP)**, 8-15, 2020.

262. "Real-time HEP analysis with funcX, a high-performance platform for function as a service," A Woodard, A Trisovic, Z Li, Y Babuji, R Chard, T Skluzacek, B Blaiszik, D Katz, I Foster, K Chard, **EPJ Web of Conferences**, 245, 2020.

263. "Topology-aware optimizations for multi-GPU ptychographic image reconstruction," X Yu, T Bicer, R Kettimuthu, I Foster, **ACM International Conference on Supercomputing**, 354-366, 2021.

264. "Proxima: Accelerating the integration of machine learning in atomistic simulations," Y Zamora, Yuliana, L Ward, G Sivaraman, I Foster, H Hoffmann, **ACM International Conference on Supercomputing**, 242-253, 2021.

265. "A serverless framework for distributed bulk metadata extraction," T Skluzacek J, R Wong, Z Li, R Chard, K Chard, I Foster, **30th International Symposium on High-Performance Parallel and Distributed Computing**, 7-18, 2020.

266. "SciNER: Extracting Named Entities from Scientific Literature," Z Hong, R Tchoua, K Chard, I Foster, **International Conference on Computational Science**, 308-321, 2020.

267. "Characterization and identification of HPC applications at leadership computing facility," Z Liu, R Lewis, R Kettimuthu, K Harms, P Carns, N Rao, I Foster, M Papka, **34th ACM International Conference on Supercomputing**, 1-12, 2020,

268. "Efficient I/O for Neural Network Training with Compressed Data," Z Zhang, L Huang, J Pauloski, I Foster, **IEEE International Parallel and Distributed Processing Symposium**, 409-418, 2020.

269. "OAuth SSH with Globus Auth," J Alt, R Ananthakrishnan, K Chard, R Chard, I Foster, L Liming, S Tuecke, **Practice and Experience in Advanced Research Computing**, 34-40, 2020.

270. "An Open Ecosystem for Pervasive Use of Persistent Identifiers," R Ananthakrishnan, K Chard, M D'Arcy, I Foster, C Kesselman, B McCollam, J Pruyne, P Rocca-Serra, R Schuler, R Wagner, **Practice and Experience in Advanced Research Computing**, 99-105, 2020,

271. "Feature-preserving Lossy Compression for In Situ Data Analysis," I Yakushin, K Mehta, J Chen, M Wolf, I Foster, S Klasky, T Munson, **49th International Conference on Parallel Processing-ICPP: Workshops**, 2020.

272. "Estimation of RTT and loss rate of wide-area connections using MPI measurements," N Rao, N Imam, Z Liu, R Kettimuthu, I Foster, **IEEE/ACM Innovating the Network for Data-Intensive Science**, 17-24, 2019.

273. "Aggregating Local Storage for Scalable Deep Learning I/O," Z Zhang, L Huang, J Pauloski, I Foster, **IEEE/ACM 3rd Workshop on Deep Learning on Supercomputers**, 69-75, 2019.

274. "Toward an Elastic Data Transfer Infrastructure," J Chung, Z Liu, R Kettimuthu, I Foster, **15th IEEE International Conference on eScience**, 262-265, 2019.

275. "Machine learning methods for connection RTT and loss rate estimation using MPI measurements under random losses," N Rao, N Imam, Z Liu, I Foster, **International Conference on Machine Learning for Networking**, 154-174, 2019.

276. "Creating training data for scientific named entity recognition with minimal human effort," R Tchoua, A Ajith, Z Hong, L Ward, K Chard, A Belikov, D Audus, S Patel, J de Pablo, I Foster, **International Conference on Computational Science**, 398-411, 2019.

277. "MemXCT: Memory-centric x-ray CT reconstruction with massive parallelization," M Hidayetoğlu, T Biçer, S De Gonzalo, B Ren, D Gürsoy, R Kettimuthu, I Foster, W Hwu, **SC'19**, 2019.

278. "Deep learning accelerated light source experiments," Z Liu, T Bicer, R Kettimuthu, I Foster, **IEEE/ACM 3rd Workshop on Deep Learning on Supercomputers**, 20-28, 2019.

279. "Scientific image restoration anywhere," V Abeykoon, Z Liu, R Kettimuthu, G Fox, I Foster, **IEEE/ACM 1st Annual Workshop on Large-scale Experiment-in-the-Loop Computing**, 8-13, 2019.

280. "StormSeeker: A Machine-Learning-Based Mediterranean Storm Tracer," R Montella, D Di Luccio, A Ciaramella, I Foster, **International Conference on Internet and Distributed Computing Systems**, 444-456, 2019.

281. "Serverless Workflows for Indexing Large Scientific Data," T Skluzacek, R Chard, R Wong, Z Li, Y Babuji, L Ward, B Blaiszik, K Chard, I Foster, **5th International Workshop on Serverless Computing**, 43-48, 2019

282. "Towards High Performance Data Analytics for Climate Change," S Fiore, D Elia, C Palazzo, F Antonio, A D'Anca, I Foster, G Aloisio, **International Conference on High Performance Computing**, 240-257, 2019.

283. "Measuring, Quantifying, and Predicting the Cost-Accuracy Tradeoff," M Baughman, N Chakubaji, H Truong, K Kreics, K Chard, I Foster, **IEEE International Conference on Big Data**, 3616-3622, 2019.

284. "Parsl: Pervasive parallel programming in Python," Y Babuji, A Woodard, Z Li, D Katz, B Clifford, R Kumar, L Lacinski, R Chard, J Wozniak, I Foster, **28th International Symposium on High-Performance Parallel and Distributed Computing**, 25-36, 2019.

285. "Deconstructing the 2017 changes to AWS spot market pricing," M Baughman, S Caton, C Haas, R Chard, R Wolski, I Foster, K Chard, **10th Workshop on Scientific Cloud Computing**, 19-26, 2019.

286. "IRnet: A general purpose deep residual regression framework for materials discovery," D Jha, L Ward, Z Yang, C Wolverton, I Foster, W Liao, A Choudhary, A Agrawal, **25th ACM SIGKDD International Conference on Knowledge Discovery & Data Mining**, 2385-2393, 2019.

287. "Petrel: A Programmatically Accessible Research Data Service," W Allcock, B Allen, R Ananthakrishnan, B Blaiszik, K Chard, R Chard, I Foster, L Lacinski, M Papka, R Wagner, **Practice and Experience in Advanced Research Computing**, 2019.

288. "Publishing and Serving Machine Learning Models with DLHub," R Chard, L Ward, Z Li, Y Babuji, A Woodard, S Tuecke, K Chard, B Blaiszik, I Foster, **Practice and Experience in Advanced Research Computing**, 2019.

289. "Scalable Parallel Programming in Python with Parsl," Y Babuji, A Woodard, Z Li, D Katz, B Clifford, I Foster, M Wilde, K Chard, **Practice and Experience in Advanced Research Computing**, 2019.

290. "FSMonitor: Scalable File System Monitoring for Arbitrary Storage Systems," A Paul, R Chard, K Chard, S Tuecke, A Butt, I Foster, **IEEE International Conference on Cluster Computing**, 2019

291. "A Codesign Framework for Online Data Analysis and Reduction," K Mehta, B Allen, M Wolf, J Logan, E Suchyta, J Choi, K Takahashi, I Yakushin, T Munson, I Foster, **IEEE/ACM Workflows in Support of Large-Scale Science**, 11-20, 2019.

292. "ParaOpt: Automated application parameterization and optimization for the cloud," C Wu, T Summer, Z Li, A Woodard, R Chard, M Baughman, Y Babuji, K Chard, J Pitt, I Foster, **IEEE International Conference on Cloud Computing Technology and Science**, 255-262, 2019.

293. "Serverless science for simple, scalable, and shareable scholarship", K Chard, I Foster, **IEEE 15th International Conference on eScience**, 432-438, 2019.

294. "Active learning yields better training data for scientific named entity recognition," R Tchoua, A Ajith, Z Hong, L Ward, K Chard, D Audus, S Patel, J de Pablo, I Foster, **IEEE 15th International Conference on eScience**, 126-135, 2019.

295. "Coupling Exascale Multiphysics Applications: Methods and Lessons Learned," JY Choi, CS Chang, J Dominski, S Klasky, G Merlo, E Suchyta, I Foster, **IEEE 14th International Conference on e-Science**, 442-452, 2018.

296. "Throughput Analytics of Data Transfer Infrastructures," N.S.V Rao, R Kettimuthu, I Foster, **13th EAI International Conference on Testbeds and Research Infrastructures for the Development of Networks & Communities (TRIDENTCOM'18)**, 2018.

297. "DLHub: Model and data serving for science," R Chard, Z Li, K Chard, L Ward, Y Babuji, A Woodard, S Tuecke, I Foster, **International Parallel and Distributed Processing Symposium**, 2019.

298. "Data automation at light sources," B Blaiszik, K Chard, R Chard, I Foster, L Ward, **AIP Conference Proceedings** 2054 (1), 020003, 2019

299. "Measurements and analytics of wide-area file transfers over dedicated connections," N.S.V Rao, Q. Liu, S Sen, Z Liu, R Kettimuthu, I Foster, **20th International Conference on Distributed Computing and Networking**, 2019.

300. "Towards an Open (Data) Science Analytics-Hub for Reproducible Multi-Model Climate Analysis at Scale," S Fiore, D Elia, C Palazzo, A D'Anca, F Antonio, DN Williams, I Foster, **IEEE International Conference on Big Data**, 3226-3234, 2018.

301. "Profiling and Predicting Application Performance on the Cloud," M Baughman, R Chard, L Ward, J Pitt, K Chard, I Foster, **IEEE/ACM 11th International Conference on Utility and Cloud Computing**, 2018

302. "Scaling Deep Learning for Cancer with Advanced Workflow Storage Integration," JM Wozniak, PE Davis, T Shu, J Ozik, N Collier, M Parashar, I Foster, **IEEE/ACM Machine Learning in HPC Environments**, 114-123, 2018.

303. "Skluma: An Extensible Metadata Extraction Pipeline for Disorganized Data," TJ Skluzacek, R Kumar, R Chard, G Harrison, P Beckman, K Chard, I Foster, **IEEE 14th International Conference on e-Science**, 256-266, 2018.

304. "Performance, resilience, and security in moving data from the fog to the cloud: The DYNAMO transfer framework approach," R Montella, D Di Luccio, S Kosta, G Giunta, I Foster, **International Conference on Internet and Distributed Computing Systems**, 197-208, 2018.

305. "Democratizing Network Reservations through Application-Aware Orchestration," J Chung, R Kettimuthu, N.S.V Rao, I Foster, **27th International Conference on Computer Communication and Networks**, 2018.

306. "Globus platform services for data publication," R Ananthakrishnan, B Blaiszik, K Chard, R Chard, B McCollam, J Pruyne, I Foster, **Practice and Experience on Advanced Research Computing**, 2018.

307. "A comprehensive study of wide area data movement at a scientific computing facility," Z Liu, R Kettimuthu, I Foster, Y Liu, **Scalable Network Traffic Analytics workshop** in conjunction with the IEEE 38th International Conference on Distributed Computing Systems, 2018.

308. "Predicting Amazon Spot Prices with LSTM Networks," M Baughman, C Haas, R Wolski, I Foster, K Chard, **9th Workshop on Scientific Cloud Computing**, 2018.

309. "Towards Autonomic Science Infrastructure: Architecture, Limitations, and Open Issues," R Kettimuthu, Z Liu, I Foster, P Beckman, A Sim, K Wu, W Liao, Q. Kang, **1st Workshop on AI for Science**, 2018

310. "High-Throughput Neuroanatomy and Trigger-Action Programming: A Case Study in Research Automation," R Chard, R Vescovi, M Du, H Li, K Chard, S Tuecke, N Kasthuri, I Foster, **1st Workshop on AI for Science**, 2018.

311. "DYNAMO: Distributed leisure yacht-carried sensor-network for atmosphere and marine data crowdsourcing applications," R Montella, S Kosta, I Foster, **IEEE International Conference on Cloud Engineering**, 333-339, 2018.

312. "Toward scalable monitoring on large-scale storage for software defined cyberinfrastructure," A Paul, R Chard, K Chard, S Tuecke, A Butt, I Foster, **2nd Joint International Workshop on Parallel Data Storage and Data Intensive Computing**, 2017.

313. "Convergent downstream candidate mechanisms of independent intergenic polymorphisms between co-classified diseases implicate epistasis among noncoding elements," J Han, J Li, I Achour, L Pesce, I Foster, H Li, Y Lussier, **Pac Symp Biocomput**. 23:524-535, 2018.

314. "Towards a Hybrid Human-Computer Scientific Information Extraction Pipeline, RB Tchoua, K Chard, D Audus, L Ward, J Lequieu, J De Pablo, I Foster. **IEEE 13th International Conference on eScience**, 109-118, 2017.

315. "Real-Time Data Analysis and Autonomous Steering of Synchrotron Light Source Experiments, T Bicer, D Gursoy, R Kettimuthu, I Foster, B Ren, V De Andrede, et al., **IEEE 13th International Conference on eScience**, 59-68, 2017.

316. "Software Defined Cyberinfrastructure for Data Management," R Chard, K Chard, S Tuecke, I Foster, **IEEE 13th International Conference on eScience**, 456-457, 2017.

317. "Safe Collections and Stewardship on Cloud Kotta," Y.. Babuji, K Chard, E Duede, I Foster, **Workshop on Safe Data: Paradigms and Platforms**, 498-503, 2017.

318. "Safe Double Blind Studies as a Service," T Skluzacek, S Rehman, I Foster, **Workshop on Safe Data: Paradigms and Platforms**, 504-509, 2017.

319. "On Analytics of File Transfer Rates over Dedicated Wide-Area Connections," S Sen, N S V Rao, Q. Liu, N Imam, R Kettimuthu, I Foster, **1st International Workshop on Workflow Science**, 576-585, 2017.

320. "A Mathematical Programming- and Simulation-Based Framework to Evaluate Cyberinfrastructure Design Choices," Z Liu, R Kettimuthu, S Leyffer, P Palkar, I Foster, **IEEE 13th International Conference on eScience**, 148-157, 2017.

321. "Computing just what you need: online data analysis and reduction at extreme scales," I Foster, M Ainsworth, B Allen, J Bessac, F Cappello, J Choi, et al., **European Conference on Parallel Processing**, 3-19, 2017.

322. Globus: Research data management as service and platform, K Chard, I Foster, S Tuecke, **Conference on Practice and Experience in Advanced Research Computing**, 2017.

323. Numerical and Implementation Issues in Food Quality Modeling for Human Diseases Prevention., A Galletti, R Montella, L Marcellino, A Riccio, D Di Luccio, A Brizius, et al. **HEALTHINF**, 526-534, 2017.

324. "Processing of Crowd-sourced Data from an Internet of Floating Things," R Montella, D Di Luccio, L Marcellino, A Galletti, S Kosta, A Brizius, et al., **12th Workshop on Workflows in Support of Large-scale Science**, 2017.

325. "Globus: A Case Study in Software as a Service for Scientists," I Foster, R Madduri, J Pruyne, S Tuecke, **Workshop on Scientific Cloud Computing**, 2017.

326. "Skluma: A Statistical Learning Pipeline for Taming Unkempt Data Repositories," P Beckman, T Skluzacek, K Chard, I Foster, **29th International Conference on Scientific and Statistical Database Management**, 2017.

327. "TCP Throughput Profiles Using Measurements Over Dedicated Connections," N Rao, Q. Liu, S Sen, D Towlsey, G Vardoyan, R Kettimuthu, I Foster, **26th International Symposium on High-Performance Parallel and Distributed Computing**, 2017.

328. "Explaining wide area data transfer performance," Z Liu, P Balaprakash, R Kettimuthu, I Foster, **26th International Symposium on High-Performance Parallel and Distributed Computing**, 2017.

329. "Exacution: Enhancing Scientific Data Management for Exascale," S Klasky, E Suchyta, M Ainsworth, Q. Liu, B Whitney, M Wolf, J Choi, et al., **IEEE 37th International Conference on Distributed Computing Systems**, 2017.

330. "Software Defined Cyberinfrastructure," I Foster, B Blaiszik, K Chard, R Chard, **IEEE 37th International Conference on Distributed Computing Systems**, 2017.

331. Ripple: Home automation for research data management, R Chard, K Chard, J Alt, D Parkinson, S Tuecke, I Foster, **IEEE 37th International Conference on Distributed Computing Systems Workshops**, 2017.

332. "Klimatic: A virtual data lake for harvesting and distribution of geospatial data." T Skluzacek, K Chard, I Foster. **1st Joint International Workshop on Parallel Data Storage & Data Intensive Scalable Computing Systems**, pp. 31-36, 2016.

333. "An ensemble-based recommendation engine for scientific data transfers," W Agnew, M Fischer, I Foster, K Chard. **7th International Workshop on Data-Intensive Computing in the Cloud**, pp. 9-16, 2016.

334. "Experimental Analysis of File Transfer Rates over Wide-Area Dedicated Connections," N Rao, Q Liu, S Sen, G. Hinkel, N Imam, I Foster, R Kettimuthu, **IEEE 14th International High Performance Computing and Communications**, 5, 2016.

335. "I'll take that to go: Big data bags and minimal identifiers for exchange of large, complex datasets," K Chard, M D'Arcy, B Heavner, I Foster, C Kesselman, R Madduri, et al. **IEEE International Conference on Big Data**, 319-328, 2016.

336. "WaComM: A parallel Water quality Community Model for pollutant transport and dispersion operational predictions," R Montella, D Di Luccio, P Troiano, A Riccio, A Brizius, I Foster, **12th Conference on Signal-Image Technology & Internet-Based Systems**, 2016.

337. "Measurement-based performance profiles and dynamics of UDT over dedicated connections," Q. Liu, N Rao, C Wu, D Yun, R Kettimuthu, I Foster. **24th IEEE International Conference on Network Protocols**, pp. 1-10, 2016.

338. "Energy-efficient data transfer: Bits vs. atoms," I Marincic, I Foster. **24th International Conference on Software, Telecommunications and Computer Networks**, pp. 1-6, 2016.

339. "Improving Data Transfer Throughput with Direct Search Optimization," P Balaprakash, V Morozov, R Kettimuthu, K Kumaran, I Foster. **45th International Conference on Parallel Processing**, pp. 248-257, 2016.

340. "Globus: Recent enhancements and future plans," K Chard, S Tuecke, I Foster. **XSEDE16 Conference on Diversity, Big Data, and Science at Scale**, p. 27, 2016.

341. "Differentiated Scheduling of Response-Critical and Best-Effort Wide-Area Data Transfers," R Kettimuthu, G. Agrawal, P Sadayappan, I Foster, **IEEE International Parallel and Distributed Processing Symposium**, pp. 1113-1122, 2016.

342. "An automated tool profiling service for the cloud," R Chard, K Chard, B Ng, K Bubendorfer, A Rodriguez, R Madduri, I Foster. " **16th IEEE/ACM International Symposium on Cluster, Cloud and Grid Computing**, pp. 223-232, 2016.

343. "An in-memory based framework for scientific data analytics," D Elia, S Fiore, A D'Anca, C Palazzo, I Foster, D N Williams. **ACM International Conference on Computing Frontiers**, pp. 424-429, 2016.

344. "Globus Auth: A research identity and access management platform," S Tuecke, R Ananthakrishnan, K Chard, M Lidman, B McCollam, I Foster. **12th IEEE International Conference on e-Science**. 2016.

345. "LDV: Light-weight database virtualization," Q. Pham, T Malik, B Glavic, I Foster, **IEEE 31st International Conference on Data Engineering**, 1179-1190, 2015.

346. "Using active data to provide smart data surveillance to e-science users," A Simonet, K Chard, G. Fedak, I Foster, **23rd Euromicro International Conference on Parallel, Distributed and Network-Based Processing**, 269-273, 2015.

347. "Jetstream: A Distributed Cloud Infrastructure for Underresourced higher education communities," J Fischer, S Tuecke, I Foster, C Stewart, **1st Workshop on The Science of Cyberinfrastructure: Research, Experience, Applications and Models**, 53-61, 2015.

348. "Rapid tomographic image reconstruction via large-scale parallelization," T Bicer, D Gursoy, R Kettimuthu, F De Carlo, G. Agrawal, I Foster, **Euro-Par: Parallel Processing,** 289-302, 2015.

349. "Jetstream: a self-provisioned, scalable science and engineering cloud environment," C Stewart, Cockerill, M Timothy, I Foster, D Hancock, N Merchant, E Skidmore, D Stanzione, J Taylor, S Tuecke, G. Turner, **XSEDE Conference: Scientific Advancements Enabled by Enhanced Cyberinfrastructure**, 29, 2015.

350. "Cost-Aware Elastic Cloud Provisioning for Scientific Workloads" R Chard, K Chard, K Bubendorfer, L Lacinski, R Madduri, I Foster, **IEEE 8th International Conference on Cloud Computing**, 971-974, 2015.

351. "Building Bridges from the Campus to XSEDE," L Liming, I Foster, S Tuecke, **IEEE International Conference on Cluster Computing**, 865-868, 2015.

352. "An elegant sufficiency: load-aware differentiated scheduling of data transfers," R Kettimuthu, Vardoyan, Gayane, Agrawal, Gagan, P Sadayappan, I Foster, **International Conference for High Performance Computing, Networking, Storage and Analysis**, 46, 2015.

353. "Globus Data Publication as a Service: Lowering Barriers to Reproducible Science," K Chard, Pruyne, Jim, B Blaiszik, R Ananthakrishnan, S Tuecke, I Foster, **IEEE 11th International Conference on e-Science**, 401-410, 2015.

354. "Cost-aware cloud provisioning," R Chard, K Chard, K Bubendorfer, L Lacinski, R Madduri, I Foster, **IEEE 11th International Conference on e-Science**, 136-144, 2015.

355. "Toward interlanguage parallel scripting for distributed-memory scientific computing," J Wozniak, T Armstrong, K Maheshwari, D Katz, M Wilde, I Foster, **IEEE International Conference on Cluster Computing**, 482-485, 2015.

356. "Interlanguage parallel scripting for distributed-memory scientific computing," J Wozniak, T Armstrong, K Maheshwari, D Katz, M Wilde, I Foster, **10th Workshop on Workflows in Support of Large-Scale Science**, 6, 2015.

357. "Big data remote access interfaces for light source science," J Wozniak, K Chard, B Blaiszik, R Osborn, M Wilde, I Foster**, IEEE/ACM International Symposium on Big Data Computing**, 2015.

358. "Sustained Wide-Area TCP Memory Transfers Over Dedicated Connections," N Rao, D Towsley, G. Vardoyan, B Settlemyer, I Foster, R Kettimuthu, **International Conference on High Performance Computing and Communications**, 1603-1606, 2015.

359. "Lessons from industry for science cyberinfrastructure: Simplicity, scale, and sustainability via SaaS/PaaS," I Foster, **1st Workshop on The Science of Cyberinfrastructure: Research, Experience, Applications and Models**, 2015.

360. "Compiler Optimization for Extreme-Scale Scripting," T Armstrong, J Wozniak, M Wilde, I Foster, **14th IEEE/ACM International Symposium on Cluster, Cloud and Grid Computing**, 571-574, 2014.

361. "A Community-Driven Workflow Recommendations and Reuse Infrastructure," J Zhang, C Lee, S Xiao, P Votava, T Lee, R Nemani, I Foster**, IEEE 8th International Symposium on Service Oriented System Engineering**, 162-172, 2014.

362. "Design and evaluation of the gemtc framework for GPU-enabled many-task computing," S Krieder, J Wozniak, T Armstrong, M Wilde, D Katz, B Grimmer, I Foster, I Raicu, **23rd international symposium on High-performance parallel and distributed computin**g, 153-164, 2014.

363. "Compiler techniques for massively scalable implicit task parallelism," T Armstrong, J Wozniak, M Wilde, I Foster, **International Conference for High Performance Computing, Networking, Storage and Analysis**, 299-310, 2014.

364. "Benchmarking cloud-based tagging services," T Malik, K Chard, I Foster, **IEEE 30th International Conference on Data Engineering Workshops**, 231-238, 2014.

365. "Language features for scalable distributed-memory dataflow computing," J Wozniak, M Wilde, I Foster, **4th Workshop on Data-Flow Execution Models for Extreme Scale Computing**, 50-53, 2014.

366. "Ophidia: A full software stack for scientific data analytics," S Fiore, A D'Anca, Elia, Donatello, C Palazzo, I Foster, D Williams, G. Aloisio, **2014 International Conference High Performance Computing & Simulation (HPCS)**, 343-350, 2014.

367. "Big data staging with MPI-IO for interactive X-ray science," J Wozniak, H Sharma, T Armstrong, M Wilde, J Almer, I Foster**, IEEE/ACM International Symposium on Big Data Computing**, 26-34, 2014.

368. "A cloud-based image analysis gateway for traumatic brain injury research," K Chard, R Madduri, X. Jiang, F Dahi, M Vannier, I Foster, **9th Gateway Computing Environments Workshop**, 13-16, 2014.

369. "Globus Nexus: Research identity, profile, and group management as a service," K Chard, M Lidman, J Bryan, T Howe, B McCollam, R Ananthakrishnan, S Tuecke, I Foster, **IEEE 10th International Conference on e-Science**,31-38, 2014.

370. "Auditing and maintaining provenance in software packages," Q. Pham, T Malik, I Foster, **Provenance and Annotation of Data and Processe**s, 97-109, 2014.

371. "A model for tracing and debugging large-scale task-parallel programs with MPE,LASH-C," J Wozniak, Chan, Anthony, T Armstrong, M Wilde, E Lusk, I Foster, at PPoPP, 2014.

372. "Swift/T: large-scale application composition via distributed-memory dataflow processing," J Wozniak, T Armstrong, M Wilde, D Katz, E Lusk, I Foster, **13th IEEE/ACM International Symposium on Cluster, Cloud and Grid Computing**, 95-102, 2014.

373. "Provenance traces of the swift parallel scripting system," L Gadelha Jr, M Wilde, M Mattoso, I Foster, **Joint EDBT/ICDT 2013 Workshops**, 325-326, 2013.

374. "Using provenance for repeatability" Q. Pham, T Malik, I Foster, **5th USENIX Workshop on the Theory and Practice of Provenance**, 2013.

375. "Dataflow coordination of data-parallel tasks via MPI 3.0," J Wozniak, T Peterka, T Armstrong, J Dinan, E Lusk, M Wilde, I Foster, **20th European MPI Users' Group Meeting**, 2013.

376. "MTC Envelope: Defining the capability of large scale computers in the context of parallel scripting applications," Z Zhang, D Katz, M Wilde, J Wozniak, I Foster, **22nd international symposium on High-performance parallel and distributed computing**, 37-48, 2013.

377. "Science as a service: how on-demand computing can accelerate discovery," I Foster, R Madduri, **4th ACM workshop on Scientific cloud computing**, 2013.

378. "Parallelizing the execution of sequential scripts," Z Zhang, D Katz, T Armstrong, J Wozniak, I Foster, **International Conference on High Performance Computing, Networking, Storage and Analysis,** 31, 2013.

379. "Experiences in building a next-generation sequencing analysis service using galaxy, globus online and Amazon web service," R Madduri, P Dave, D Sulakhe, L Lacinski, B Liu, I Foster, **Conference on Extreme Science and Engineering Discovery Environment: Gateway to Discovery**, 34, 2013.

380. "Enabling Multi-task computation on Galaxy-based Gateways using Swift," K Maheshwari, A Rodriguez, Kelly, Denis, R Madduri, J Wozniak, M Wilde, I Foster, **IEEE International Conference on Cluster Computing**, 2013.

381. "Distributed tools deployment and management for multiple galaxy instances in globus genomics," D Sulakhe, A Rodriguez, N Prozorovsky, N Kavthekar, R Madduri, A Parikh, U. Dave, L Lacinski, I Foster, **8th Workshop on Workflows in Support of Large-Scale Science**, 106-111, 2013.

**382.** "Globus Nexus: An identity, profile, and group management platform for science gateways and other collaborative science applications," R Ananthakrishnan, J Bryan, K Chard, I Foster, T Howe, M Lidman, S Tuecke, **IEEE International Conference on Cluster Computing, 2013.**

383. "Lens: A Faceted Browser for Research Networking Platforms," Whaling, Richard, Malik, Tania, I Foster, **IEEE 9th International Conference on eScience**, 196-203, 2013.

384. "A big data analytics framework for scientific data management," S Fiore, C Palazzo, A D'Anca, I Foster, D Williams, G. Aloisio, **IEEE International Conference on Big Data**, 2013.

385. "Scientific big data analytics challenges at large scale," G. Aloisio, S Fiore, I Foster, D Williams, **Big Data and Extreme-scale Computing**, 2013.

386. "Turbine: A distributed-memory dataflow engine for extreme-scale many-task applications," J Wozniak, T Armstrong, K Maheshwari, E Lusk, D Katz, M Wilde, I Foster, **1st ACM SIGMOD Workshop on Scalable Workflow Execution Engines and Technologies**, 5, 2012.

387. "Instant gridftp**,"** R Kettimuthu, L Lacinski, M Link, Pickett, Karl, S Tuecke, I Foster, **IEEE 26th International Parallel and Distributed Processing Symposium Workshops & PhD Forum**, 1104-1112, 2012.

388. "Job and data clustering for aggregate use of multiple production cyberinfrastructures," K Maheshwari, A Espinosa, D Katz, M Wilde, Z Zhang, I Foster, S Callaghan, P Maechling, **5th ACM International Workshop on Data-Intensive Distributed Computing**, 2012.

389. "Campus bridging made easy via Globus services," I Foster, R Kettimuthu, S Martin, S Tuecke, D Milroy, B Palen, T Hauser, J Braden, **1st Conference of the Extreme Science and Engineering Discovery Environment: Bridging from the eXtreme to the Campus and Beyond,** 50, 2012.

390. "What is Campus Bridging and what is XSEDE doing about it?" C Stewart, R Knepper, J Ferguson, F Bachmann, I Foster, A Grimshaw, V Hazlewood, D Lifka, **1st Conference of the Extreme Science and Engineering Discovery Environment: Bridging from the eXtreme to the campus and beyond**, 47, 2012.

391. "On using virtual circuits for GridFTP transfers," Z Liu, M Veeraraghavan, X Yan, C Tracy, J Tie, I Foster, J Dennis, J Hick, Y Li, W Yang, **International Conference on High Performance Computing, Networking, Storage and Analysis, 81**, 2012.

392. "SOLE: linking research papers with science objects," Q. Pham, T Malik, I Foster, R Di Lauro, R Montella, **Provenance and Annotation of Data and Processes**, 203-208, 2012.

393. "Design and analysis of data management in scalable parallel scripting," Z Zhang, D Katz, J Wozniak, A Espinosa, I Foster, **International Conference on High Performance Computing, Networking, Storage and Analysis**, 85, 2012.

394. "SaaS for science: the path to reality for research in the cloud," I Foster, V Vasiliadis, **1st Conference of the Extreme Science and Engineering Discovery Environment: Bridging from the eXtreme to the campus and beyond**, 66, 2012.

395. "Deploying bioinformatics workflows on clouds with Galaxy and Globus Provision," B Liu, B Sotomayor, R Madduri, K Chard, I Foster, **Workshop on High Performance Computing, Networking, Storage and Analysis**, 1087-1095, 2012.

396. "Addressing data access needs of the long-tail distribution of geoscientists," T Malik, I Foster, **IEEE International Geoscience and Remote Sensing Symposium**, 5348-5351, 2012.

397. "Bringing Task and Data Parallelism to Analysis of Climate Model Output," R Jacob, J Krishna, X. Xu, S Mickelson, T Tautges, M Wilde, R Latham, I Foster, R Ross, **High Performance Computing, Networking, Storage and Analysis (SCC), 2012 SC Companion:**1493-1494, 2012.

398. "Towards an Oncology Database (ONCOD) using a data warehousing approach," X. Wang, L Liu, J Fackenthal, P Chang, G. Newstead, S Chmura, I Foster, O. Olopade, **AMIA Summits on Translational Science Proceedings, 2012. American Medical Informatics Association**, 105, 2012

399. "Managed GridFTP," J Bresnahan, M Link, R Kettimuthu, I Foster, **IEEE International Symposium on Parallel and Distributed Processing Workshops and Phd Forum**, 907-913, 2011.

400. "Toward semantics empowered biomedical web services," J Zhang, R Madduri, W Tan, K Deichl, J Alexander, I Foster, **IEEE International Conference on Web Services**, 371-378, 2011.

401. "AME: An anyscale many-task computing engine," Z Zhang, D Katz, M Ripeanu, M Wilde, I Foster, **6th workshop on Workflows in support of large-scale science**, 137-146, 2011.

402. "Making a case for distributed file systems," I Raicu, I Foster, P Beckman, **3rd International Workshop on Large-scale system and application performance**, 2011.

403. "Providing map and GPS assistance to service composition in bioinformatics," W Tan, J Zhang, R Madduri, I Foster, D De Roure, **IEEE International Conference on Services Computing**, 608-615, 2011.

404. "Globus xio pipe open driver: enabling gridftp to leverage standard unix tools," R Kettimuthu, S Link, J Bresnahan, M Link, I Foster, **TeraGrid Conference: Extreme Digital Discovery**, 20, 2011.

405. "A distributed look-up architecture for text mining applications using MapReduce," A Balkir, I Foster, A Rzhetsky, **High Performance Computing, Networking, Storage and Analysis (SC) International Conference,** 2011.

406. "Recommend-as-you-go: a novel approach supporting services-oriented scientific workflow reuse," J Zhang, W Tan, J Alexander, I Foster, R Madduri, **IEEE International Conference on Services Computing**, 48-55, 2011.

407. "Exploring provenance in high performance scientific computing," L Gadelha Jr, M Wilde, M Mattoso, I Foster, **1st Annual Workshop on High Performance Computing Meets Databases**, 17-20, 2011.

408. "Improving the efficiency of subset queries on raster images," T Malik, N Best, J Elliott, R Madduri, I Foster, **ACM SIGSPATIAL 2nd International Workshop on High Performance and Distributed Geographic Information Systems**, 34-37, 2011.

409. "Distance estimation for very large networks using MapReduce and network structure indices," H Oktay, A Balkir, I Foster, D Jensen, **Workshop on Information Networks**, 2011.

410. "Data-intensive CyberShake computations on an opportunistic cyberinfrastructure," A Espinosa, D Katz, M Wilde, K Maheshwari, I Foster, S Callaghan, P Maechling, **TeraGrid Conference: Extreme Digital Discovery**, 14, 2011.

411. "Lessons learned from moving earth system grid data sets over a 20 gbps wide-area network," R Kettimuthu, A Sim, D Gunter, W Allcock, P Bremer, J Bresnahan, A Cherry, L Childers, E Dart, I Foster, **19th ACM International Symposium on High Performance Distributed Computing**, 316-319, 2010.

412. "A Data Management Framework for Distributed Biomedical Research Environments," R Kettimuthu, R Schuler, D Keator, M Feller, D Wei, M Link, J Bresnahan, L Liming, J Ames, A Chervenak, **6th IEEE International Conference on e-Science Workshops**, 72-79, 2010.

413. "A data transfer framework for large-scale science experiments," W Liu, B Tieman, R Kettimuthu, I Foster, **19th ACM International Symposium on High Performance Distributed Computing**, 717-724, 2010.

414. "An adaptive strategy for scheduling data-intensive applications in grid environments," W Liu, R Kettimuthu, Li, Bo, I Foster, **IEEE 17th International Conference on Telecommunications**, 642-649, 2010.

415. "Scheduling many-task workloads on supercomputers: Dealing with trailing tasks," T Armstrong, Z Zhang, D Katz, M Wilde, I Foster, **IEEE Workshop on Many-Task Computing on Grids and Supercomputers**, 2010.

416. "Towards a threat model for provenance in e-Science," L Gadelha Jr, M Mattoso, M Wilde, I Foster, **Provenance and Annotation of Data and Processes**, 277-279, 2010

417. "NONUS: A No-Onus Platform for Generating Grant Reports," T Malik, I Foster, A Rzhetsky, J Foster, J Evans, **6th IEEE International Conference on e-Science Workshops**, 136-140, 2010.

418. "Some economic and societal implications of a biofuel based economy: Results from CIM-EARTH a new integrated assessment model," R Kotamarthi, J Elliott, B Drewniak, M Franklin, I Foster, T Munson, R Doctor, M Wang**, Fifth Symposium on Policy and Socio-economic Research**, 2010.

419. "Resource leasing and the art of suspending virtual machines," B Sotomayor, R Montero, I Llorente, I Foster, **11th IEEE International Conference on High Performance Computing and Communications**, 59-68, 2009.

420. "The quest for scalable support of data-intensive workloads in distributed systems," I Raicu, I Foster, Y Zhao, P Little, C Moretti, A Chaudhary, D Thain, **18th ACM international symposium on High performance distributed computing**, 207-216, 2009.

421. "Scientific workflows as services in caGrid: a Taverna and gRAVI approach," W Tan, K Chard, D Sulakhe, R Madduri, I Foster, S Soiland-Reyes, C Goble, **IEEE International Conference on Web Services**, 413-420, 2009.

422. "Wrap scientific applications as WSRF grid services using gRAVI," K Chard, W Tan, J Boverhof, R Madduri, I Foster, **IEEE International Conference on Web Services**, 83-90, 2009.

423. "GridFTP GUI: an easy and efficient way to transfer data in grid," W Liu, R Kettimuthu, B Tieman, R Madduri, B Li, I Foster, **Networks for Grid Applications**, 57-66, 2009

424. "ADEM: automating deployment and management of application software on the open science grid," Hou, Zhengxiong, Tie, Jing, Zhou, Xingshe, I Foster, M Wilde, **10th IEEE/ACM International Conference on Grid Computing**, 130-137, 2009.

425. "Extreme-scale scripting: Opportunities for large task-parallel applications on petascale computers," M Wilde, I Raicu, A Espinosa, Z Zhang, B Clifford, M Hategan, S Kenny, K Iskra, P Beckman, I Foster, **Journal of Physics: Conference Series**,180(1):12046, 2009.

426. "Enabling petascale science: Data management, troubleshooting, and scalable science services," A Baranovski, K Beattie, S Bharathi, J Boverhof, J Bresnahan, A Chervenak, I Foster, T Freeman, D Gunter, K Keahey, **Journal of Physics: Conference Series**,125,1,12068, 2008.

427. "Data management and analysis for the Earth System Grid," D Williams, R Ananthakrishnan, D Bernholdt, S Bharathi, D Brown, M Chen, A Chervenak, L Cinquini, R Drach, I Foster, **Journal of Physics: Conference Series**,125,1,12072, 2008

428. "The Open Science Grid: Status and architecture," R Pordes, D Petravick, W Kramer, D Olson, M Livny, A Roy, P Avery, K Blackburn, T Wenaus, F Wuerthwein, **Journal of Physics: Conference Series**,119(5):52028, 2008.

429. "The Open Science Grid," R Pordes, D Petravick, W Kramer, D Olson, M Livny, A Roy, P Avery, K Blackburn, T Wenaus, F Wuertheim, ", **Journal of Physics: Conference Series**,78(1):12057, 2007.

430. "Building a global federation system for climate change research: the earth system grid center for enabling technologies (ESG-CET)," R Ananthakrishnan, D Bernholdt, S Bharathi, D Brown, M Chen, A Chervenak, L Cinquini, R Drach, I Foster, P Fox, **Journal of Physics: Conference Series**,78,1,12050, 2007.

431. "Enabling distributed petascale science," A Baranovski. Bharathi, J Bresnahan, A Chervenak, I Foster, D Fraser, T Freeman, D Gunter, K Jackson, K Keahey, **Journal of Physics: Conference Series**,78(1):12020, 2007.

432. "TeraGrid's integrated information service," L Liming, Navarro, John-Paul, Blau, Eric, Brechin, Jason, C Catlett, Dahan, Maytal, Diehl, Diana, Dooley, Rion, Dwyer, Michael, Ericson, Kate, Ian Foster, **5th Grid Computing Environments Workshop**, 8, 2009.

433. "UDT as an alternative transport protocol for GridFTP," J Bresnahan, M Link, R Kettimuthu, I Foster, **7th International Workshop on Protocols for Future, Large-Scale and Diverse Network Transports**, 2009.

434. "Enhancing the earth system grid security infrastructure through single sign-on and autoprovisioning," F Siebenlist, R Ananthakrishnan, Bernholdt, David E, Cinquini, Luca, I Foster, Middleton, DE, Miller, Neill, D Williams **5th Grid Computing Environments Workshop**, 13, 2009.

435. "Building Scientific Workflow with Taverna and BPEL: A Comparative Study in caGrid," W Tan, Missier, Paolo, R Madduri, I Foster, **Service-Oriented Computing**, 2009.

436. "GridFTP Multilinking," J Bresnahan, M Link, R Kettimuthu, I Foster, **TeraGrid Conference**, 2009.

437. "Modeling the human dimensions of climate change: The CIM-EARTH project," Moyer, Elisabeth, I Foster, K Judd, T Munson, **IOP Conference Series: Earth and Environmental Science**, 6,49,492007, 2009.

438. "Experiences of On-Demand Execution for Large Scale Parameter Sweep Applications on OSG by Swift," Hou, Zhengxiong, M Wilde, M Hategan, Zhou, Xingshe, I Foster, Clifford, Bryan, **11th IEEE International Conference on High Performance Computing and Communications**, 527-532, 2009.

439. "Combining batch execution and leasing using virtual machines," B Sotomayor, K Keahey, I Foster, **17th international symposium on High performance distributed computing**, 87-96, 2008.

440. "Capacity leasing in cloud systems using the opennebula engine," B Sotomayor, R Montero, I Llorente, I Foster, **Workshop on Cloud Computing and its Applications**, 3, 2008.

441. "Toward loosely coupled programming on petascale systems," I Raicu, Z Zhang, M Wilde, I Foster, P Beckman, K Iskra, B Clifford, **ACM/IEEE Conference on Supercomputing**, 22, 2008.

442. "Scientific workflow systems for 21st century, new bottle or new wine?" Y Zhao, I Raicu, I Foster, **IEEE Congress on Services**, 467-471, 2008.

443. "Accelerating large-scale data exploration through data diffusion," I Raicu, Y Zhao, I Foster, Szalay, Alex, **International Workshop on Data-aware Distributed Computing**, 2008.

444. "Building scientific workflow with taverna and bpel: A comparative study in cagrid," W Tan, Missier, Paolo, R Madduri, I Foster, **Service-Oriented Computing**, 118-129, 2008.

445. "Design and evaluation of a collective io model for loosely coupled petascale programming," Z Zhang, A Espinosa, K Iskra, I Raicu, I Foster, M Wilde, **Workshop on Many-Task Computing on Grids and Supercomputers**, 2008.

446. "Using overlays for efficient data transfer over shared wide-area networks," G. Khanna, U. Catalyurek, T Kurc, R Kettimuthu, P Sadayappan, I Foster, K Saltz, **ACM/IEEE conference on Supercomputing**, 47, 2008.

447. "Distributed I/O with ParaMEDIC: Experiences with a worldwide supercomputer," Balaji, Pavan, Feng, Wu-chun, Lin, Heshan, Archuleta, Jeremy, Matsuoka, Satoshi, Warren, Andrew, Setubal, Joao, E Lusk, Thakur, R, I Foster**, IEEE International Supercomputing Conference**, 2008.

448. "Engaging with the LEAD science gateway project: lessons learned in successfully deploying complex system solutions on TeraGrid," D Fraser, I Foster, **TeraGrid Conference**, 2008.

449. "Build Grid Enabled Scientific Workflows Using Gravi and Taverna," K Chard, C Onyuksel, W Tan, D Sulakhe, R Madduri, I Foster, **IEEE 4th International Conference on eScience**, 614-619, 2008.

450. "Multi-hop path splitting and multi-pathing optimizations for data transfers over shared wide-area networks using GridFTP," G. Khanna, U. Catalyurek, T Kurc, P Sadayappan, K Saltz, R Kettimuthu, I Foster, **17th International Symposium on High Performance Distributed Computing**, 225-226, 2008.

451. "Orchestrating caGrid services in Taverna," W Tan, R Madduri, Keshav, Kiran, Suzek, Baris E, S Oster, I Foster, **IEEE International Conference on Web Services**, 14-20, 2008.

452. "Communicating security assertions over the GridFTP control channel," R Kettimuthu, L Wantao, F Siebenlist, I Foster, **IEEE 4th International Conference on eScience**, 426-427, 2008.

453. "Data intensive scalable computing on TeraGrid: A comparison of MapReduce and Swift," Q. Pham, A Balkir, J Tie, I Foster, M Wilde, I Raicu, **TeraGrid Conference**, 2008.

454. "Swift: Fast, reliable, loosely coupled parallel computation," Y Zhao, M Hategan, B Clifford, I Foster, G. Von Laszewski, V Nefedova, I Raicu, T Stef-Praun, M Wilde, **IEEE Congress on Services**,199-206, 2007.

455. "Falkon: a Fast and Light-weight tasK executiON framework," I Raicu, Y Zhao, C Dumitrescu, I Foster, M Wilde, **ACM/IEEE conference on Supercomputing**, 43, 2007.

456. "GT4 GRAM: a functionality and performance study," M Feller, I Foster, S Martin, **TeraGrid Conference**, 2007.

457. "Hand: Highly available dynamic deployment infrastructure for Globus Toolkit 4," L Qi, H Jin, I Foster, J Gawor, **15th EUROMICRO International Conference on Parallel, Distributed and Network-Based Processing**, 155-162, 2007.

458. "Globus GridFTP: What's new in 2007," J Bresnahan, M Link, G. Khanna, Z Imani, R Kettimuthu, I Foster, **1st International Conference on Networks for Grid Applications**, 19,

459. "GridFTP pipelining," J Bresnahan, M Link, R, Kettimuthu, D Fraser, I Foster, **TeraGrid Conference**, 2007.

460. "Enabling cost-effective resource leases with virtual machines," B Sotomayor, K Keahey, I Foster, T Freeman, **Hot Topics session in ACM/IEEE International Symposium on High Performance Distributed Computing 2007**, 2007.

461. "caGrid 1.0: a Grid enterprise architecture for cancer research," S Oster, Langella, Stephen, Hastings, Shannon, Ervin, David, R Madduri, T Kurc M, F Siebenlist, P Covitz, Shanbhag, Krishnakant, I Foster, **AMIA**, 2007.

462. "Provenance Query Patterns for Many-Task Scientific Computing," L Gadelha, M Mattoso, M Wilde, I Foster, **USENIX Workshop on the Theory and Practice of Provenance**, 2011.

463. "Anomaly detection and diagnosis in grid environments," L Yang, C Liu, J Schopf, I Foster, **ACM/IEEE Conference on Supercomputing**, 33, 2007.

464. "Gridcopy: Moving data fast on the grid," R Kettimuthu, W Allcock, J Navarro, I Foster, **IEEE International Parallel and Distributed Processing Symposium**, 363, 2007.

465. "Dynamic resource provisioning in grid environments," I Raicu, C Dumitrescu, I Foster. **TeraGrid conference**, 2007.

466. "Virtual Data Language: A typed workflow notation for diversely structured scientific data," "Y Zhao, M Wilde, I Foster. **Workflows for e-Science**, 258-275, 2007.

467. "Scaling TeraGrid access: A testbed for identity management and attribute-based authorization," V Welch, I Foster, T Scavo, F Siebenlist, C Catlett, J Gemmill, D Skow. **TeraGrid Conference**, 2007.

468. "A scalable cluster algorithm for internet resources," C Liu, I Foster. **IEEE International Parallel and Distributed Processing Symposium**, 2007.

469. "TeraGrid's GRAM Auditing and Accounting and its Integration with the LEAD Science Gateway," S Martin, P Lane, I Foster, M Christie. TeraGrid Conference, 7, 2007.

470. "Harnessing Multicore Processors for High-Speed Secure Transfer," J Bresnahan, R Kettimuthu, M Link, I Foster. **High-Speed Networks Workshop**, 56-59, 2007.

471. "In Search of Simplicity: A Self-Organizing Group Communication Overlay," M Ripeanu, A Iamnitchi, I Foster, A Rogers. In **First IEEE International Conference on Self-Adaptive and Self-Organizing Systems**, 2007, pp. 371-374.

472. "Efficient Processing of Relational Queries with Sum Constraints," S Nestorov, C Liu, I Foster. In **Lecture Notes in Computer Science,** vol. 4505, Springer, 2007, pp. 440-451.

473. "XIOPerf : A Tool for Evaluating Network Protocols," J Bresnahan, R Kettimuthu, I Foster. In **3rd International Workshop on Networks for Grid Applications**, 2006, pp. 1-9.

474. "Planning Spatial Workflows to Optimize Grid Performance," L Meyer, J Annis, M Wilde. M Mattoso, I Foster, **ACM Symposium on Applied Computing**, 2006. pp. 786-790.

475. "An Opportunistic Algorithm for Scheduling Workflows on Grids," L Meyer, D Scheftner, J Voeckler, M Mattoso, M Wilde, I Foster. In **Lecture Notes in Computer Science**, vol. 4395, Springer, 2006, pp. 1-12.

476. "Applying the Virtual Data Provenance Model," Y Zhao, M Wilde, I Foster. In **Lecture Notes in Computer Science,** vol. 4145, Springer, 2006, pp. 148-161.

477. "A Multipolicy Authorization Framework for Grid Security," B Lang, I Foster, F Siebenlist, R Ananthakrishnan, T Freeman. In **5th IEEE Symposium on Network Computing and Application**s, Cambridge, Mass., IEEE, 2006, pp. 269-272.

478. "A Tool for Prioritizing DAGMan Jobs and Its Evaluation," G. Malewicz, I Foster, A Rosenberg, M Wilde. In **IEEE International Symposium on High Performance Distributed Computing**, IEEE, 2006, pp. 156-167.

479. "Statistical Data Reduction for Efficient Application Performance Monitoring," L Yang, J Schopf, C Dumitrescu, I Foster. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, 2006, pp. 327-334.

480. "Using Multiple Grid Resources for Bioinformatics Applications in GADU," D Sulakhe, Alex Rodriguez, M Wilde, I Foster, N Maltsev. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, 41, 2006.

481. "Virtual Clusters for Grid Communities," I Foster, T Freeman, K Keahey, D Scheftner, B Sotomayor, X. Zhang. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, vol. 1, 2006, pp. 513-520.

482. "Experiences in Running Workloads over Grid3," C Dumitrescu, I Raicu, I Foster. In **4th International Conference on Grid and Cooperative Computing**, 274-286, 2005.

483. "GNARE: an environment for grid-based high-throughput genome analysis," D Sulakhe, A Rodrigue, M D'Souza, M Wilde, V Nefedova, I Foster, N Maltsev. In **International Symposium on Cluster Computing and the Grid**, vol. 1, 2005, pp. 455-462.

484. "The Globus Striped GridFTP Framework and Server," W Allcock, J Bresnahan, R Kettimuthu, M Link, C Dumitrescu, I Raicu, I Foster. In **SC05**, November 2005, p. 54.

485. "Data Grid Tools: Enabling Science on Big Distributed Data," W Allcock, A Chervenak, I Foster, C Kesselman, M Livny. In **2005 SciDAC Conference**, 571-575, 2005.

486. "A Model for Usage Policy-based Resource Allocation in Grids, C Dumitrescu, M Wilde, I Foster. In **6th IEEE International Workshop on Policies for Distributed Systems and Networks**, 2005, pp. 191-200.

487. "Efficient and Robust Computation of Resource Clusters in the Internet," C Liu, I Foster. In **6th IEEE International Conference on Cluster Computing**, 1-9, 2005.

488. "Efficient Relational Joins with Arithmetic Constraints on Multiple Attributes," C Liu, L Yang, I Foster. In **9th International Database Applications & Engineering Symposium**, 2005, pp. 210-220.

489. "GRUBER: A Grid Resource SLA Broker," C Dumitrescu, I Foster. In **EuroPar**, 2005, pp. 465-474.

490. "Virtual Workspaces in the Grid," K Keahey, I Foster., T Freeman, H Zhang, D Galron. In **Lecture Notes in Computer Science,** vol. 3648, 2005, pp. 421-431.

491. "Interest-Aware Information Dissemination in Small-World Communities," A Iamnitchi, I Foster. In **IEEE International Symposium on High Performance Distributed Computing**, IEEE Computer Society, 2005, pp. 167-175.

492. "A Comparison of WSRF and WS-Notification Implementations: Globus Toolkit V4, pyGridWare, WSRF:Lite, and WSRF.NET," M Humphrey, G. Wasson, K Jackson, J Boverhof, S Meder, J Gawor, S Lang, S Pickles, M McKeown, I Foster. In **IEEE International Symposium on High Performance Distributed Computing**, 2005.

493. "XDTM: XML Data Type and Mapping for Specifying Datasets," L Moreau, Y Zhao, I Foster, J Voeckler, M Wilde. In **European Grid Conference**, 2005, pp. 495-505.

494. "Improving Parallel Data Transfer Times Using Predicted Variances in Shared Networks," L Yang, J Schopf, I Foster. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, 2005, pp. 734-742.

495. "GangSim: A Simulator for Grid Scheduling Studies," C Dumitrescu, I Foster. In **IEEE/ACM International Symposium on Cluster Computing and Grid**, col. 2, 2005, pp. 1151-1158.

496. "From Sandbox to Playground: Dynamic Virtual Environments in the Grid," K Keahey, K Doering, I Foster. In **5th International Workshop in Grid Computing**, IEE Computer Society, 2004, pp. 34-42.

497. "Usage Policy-based CPU Sharing in Virtual Organizations," C Dumitrescu, I Foster. In **5th International Workshop in Grid Computing**, 2004, pp. 53-60.

498. "DiPerF: Automated DIstributed PeRformance testing Framework," C Dumitrescu, I Raicu, M Ripeanu, I Foster. In **5th International Workshop in Grid Computing**, 2004, 8 pp.

499. "Brain Meets Brawn: Why Grid and Agents Need Each Other," I Foster, N Jennings, C Kesselman. In **Autonomous Agents and Multi-Agent Systems**, 2004, pp. 8-15.

500. "Grid Middleware Services for Virtual Data Discovery, Composition, and Integration," Y Zhao, M Wilde, I Foster, J Voeckler, T Jordan, E Quigg, J Dobson. In **2nd International Workshop on Middleware for Grid Computing**, 2004, pp. 57-62.

501. "NEESgrid: A Distributed Collaboratory for Advanced Earthquake Engineering Experiment and Simulation," B Spencer, T Finholt, I Foster, C Kesselman, C Beldica, J Futrelle, S Gullapalli, P Hubbard, L Liming, D Marcusiu, L Pearlman, C Severance, G. Yang. In **13th World Conference on Earthquake Engineering**, Vancouver, B.C., Canada, 2004, Paper No. 1674.

502. "Distributed Hybrid Earthquake Engineering Experiments: Experiences with a Ground-Shaking Grid Application," L Pearlman, C Kesselman, S Gullapalli, B Spencer, J Futrelle, K Ricker, I Foster, P Hubbard, C Severance. In **13th IEEE International Symposium on High Performance Distributed Computing**, 2004, pp. 14-23.

503. "Globus and PlanetLab Resource Management Solutions Compared," M Ripeanu, M Bowman, J Chase, I Foster, M Milenkovic. In **13th IEEE International Symposium on High Performance Distributed Computing**, 2004, pp. 246-255.

504. "The Grid2003 Production Grid: Principles and Practice," I Foster et al. In **13th IEEE International Symposium on High Performance Distributed Computing**, IEEE Computer Society, 2004, pp. 236-245.

505. "X.509 Proxy Certificates for Dynamic Delegation," V Welch, I Foster, C Kesselman, O. Mulmo, K Pearlman, S Tuecke, J Gawor, S Meder, F Siebenlist. In **PKI04**, 2004.

506. "Reliable Data Transport: A Critical Service for the Grid," W Allcock, I Foster, R Madduri, **Building Service Based Grids Workshop**. In Global Grid Forum 11, 2004.

507. "A Constraint Language Approach to Matchmaking," C Liu, I Foster. In **14th International Workshop on Research Issues on Data Engineering**, IEEE Computer Society, 2004, pp. 7-14.

508. "Ouroboros: A Tool for Building Generic, Hybrid, Divide & Conquer Algorithms," J Johnson, I Foster. In **International Parallel and Distributed Processing Symposium**, Santa Fe, 2004, p. 78a.

509. "Small-World File-Sharing Communities," A Iamnitchi, M Ripeanu, Ian Foster. In **Infocom 2004**, vol. 2, Hong Kong, 2004, pp. 952-963.

510. "To Share or Not to Share: An Analysis of Incentives to Contribute in Collaborative File-Sharing Environments," K Ranganathan, M Ripeanu, A Sarin, I Foster. In **Workshop on Economics of Peer-to-Peer Systems**, 2003.

511. "Conservative Scheduling: Using Predicted Variance to Improve Scheduling Decisions in Dynamic Environments," L Yang, J Schopf, I Foster. **SC'03**, 2003.

512. "Homeostatic and Tendency-based CPU Load Prediction," L Yang, I Foster, J Schopf. In **International Parallel and Distributed Processing Symposium**, 2003, 9 pp.

513. "The Virtual Data Grid: A New Model and Architecture for Data-Intensive Collaboration," I Foster, J Voeckler, M Wilde, Y Zhao. **Conference on Innovative Data Systems Research**, 2003.

514. "On Death, Taxes, and the Convergence of Peer-to-Peer and Grid Computing," I Foster, A Iamnitchi, **2nd International Workshop on Peer-to-Peer Systems**, 118-128, 2003.

515. "Giggle: A Framework for Constructing Scalable Replica Location Services," A Chervenak, E Deelman, I Foster, L Guy, W Hoschek, A Iamnitchi, C Kesselman, P Kunst, M Ripeanu, B, Schwartzkopf, H, Stockinger, K Stockinger, B Tierney. In **SC'2002**, 2002, pp. 58ff.

516. "Applying Chimera Virtual Data Concepts to Cluster Finding in the Sloan Sky Survey," J Annis, Y, Zhao, J Voeckler, M Wilde, S Kent, I Foster. In **SC'2002**, IEE Computer Society, 2002, pp. 1-14.

517. "SNAP: A Protocol for Negotiating Service Level Agreements and Coordinating Resource Management in Distributed Systems," K Czajkowski, I Foster, C Kesselman, V Sander, S Tuecke. In **Lecture Notes in Computer Science,** vol. 3726, 2002, pp. 1-14.

518. "Decoupling Computation and Data Scheduling in Distributed Data-Intensive Applications," K Ranganathan, I Foster. In **11th IEEE International Symposium on High Performance Distributed Computing**, 2002, pp. 352-358.

519. "GridMapper: A Tool for Visualizing the Behavior of Large-Scale Distributed Systems," W Allcock, J Bester, J Bresnahan, I Foster, J Gawor, J Insley, J Link, M Papka. In **11th IEEE International Symposium on High Performance Distributed Computing**, 2002, pp. 179-187.

520. "A Decentralized, Adaptive, Replica Location Service," M Ripeanu, I Foster. In **11th IEEE International Symposium on High Performance Distributed Computing**, IEEE Compouter Society, 2002, p. 24.

521. "Design and Evaluation of a Resource Selection Framework for Grid Applications," C Liu, L Yang, D Angulo, I Foster. In **11th IEEE International Symposium on High Performance Distributed Computing**, 2002, pp. 63-72.

522. "InfoGram: A Grid Service that Supports Both Information Queries and Job Execution," G. von Laszewski, I Foster, J Gawor, A Schreiber, C Pena. In **11th IEEE International Symposium on High-Performance Distributed Computing**, 2002, pp. 333-342.

523. "Chimera: A Virtual Data System for Representing, Querying, and Automating Data Derivation," I Foster, J Voeckler, M Wilde, Y Zhao. In **14th Conference on Scientific and Statistical Database Management**, 2002, pp. 37-46.

524. "Improving Data Availability through Dynamic Model-Driven Replication in Large Peer-to-Peer Communities," K Ranganathan, A Iamnitchi, I Foster. In **Global and Peer-to-Peer Computing on Large Scale Distributed Systems Workshop**, 2002, p. 376.

525. "Locating Data in (Small-World?) Peer-to-Peer Scientific Collaborations," A Iamnitchi, M Ripeanu, I Foster. In **Lecture Notes in Comoputer Science,** vol. 2429, 2002, pp. 232-241.

526. "Mapping the Gnutella Network: Macroscopic Properties of Large-Scale Peer-to-Peer Systems," M Ripeanu, I Foster. In **Lecture Notes in Comoputer Science,** vol. 2429, 2002, pp. 85-93.

527. "A Community Authorization Service for Group Collaboration," L Pearlman, V Welch, I Foster, C Kesselman, S Tuecke. In **IEEE 3rd International Workshop on Policies for Distributed Systems and Networks**, 2002, pp. 50-59.

528. "Toward a Framework for Preparing and Executing Adaptive Grid Programs," K Kennedy, M Mazina, J Mellor-Crummey, K Cooper, L Torczon, F Berman, A Chien, H Dail, O. Sievert, D

Angulo, I Foster, D Gannon, L Johnsson, C Kesselman, R Aydt, D Reed, J Dongarra, S Vadhiyar, R Wolski. In **14th International Parallel Distributed Processing Symposium**, 2002, pp. 171-175.

529. "Grid Technologies & Applications: Architecture & Achievements," I Foster, **International Conference on Computing in High Energy and Nuclear Physics**, 2001; reprinted in **Astronomical Data Analysis Systems and Software** (ADASS), 2002.

530. "Exploiting Hierarchy in Parallel Computer Networks to Optimize Collective Operation Performance," N Karonis, B de Supinski, I Foster, W Gropp, E Lusk, J Bresnahan. In **14th International Parallel Distributed Processing Symposium**, 2002, pp. 377-84.

531. "Supporting Efficient Execution in Heterogeneous Distributed Computing Environments with Cactus and Globus," G. Allen, T Dramlitsch, I Foster, T Goodale, N Karonis, M Ripeanu, E Seidel, B Toonen, **SC'2001**, ACM Press, 2001, p. 52.

532. "Designing Grid-based Problem Solving Environments and Portals," G. von Laszewski, I Foster, J Gawor, P Lane, N Rehn, M Russell. In **34th Hawai'i International Conference on System Science**, vol. 9, 2001, p. 9028.

533. "The Earth System Grid II: Turning Climate Datasets into Community Resources," I Foster, E Alpert, A Chervenak, B Drach, C Kesselman, V Nefedova, D Middleton, A Shoshani, A Sim, D Williams. In **American Meteorological Society Conference**, 2001.

534. "High-Performance Remote Access to Climate Simulation Data: A Challenge Problem for Data Grid Technologies," W Allcock, I Foster, V Nefedova, E Deelman, C Kesselman, J Lee, A Sim, A Shoshani, B Drach, D Williams. In **SC'2001**, ACM Press, 2001, p. 20.

535. "Identifying Dynamic Replication Strategies for a High Performance Data Grid," K Ranganathan, I Foster, **International Workshop on Grid Computing**, 2001, pp. 75-86.

536. "On Fully Decentralized Resource Discovery in Grid Environments," A Iamnitchi, I Foster. In **Lecture Notes in Computer Science,** vol. 2242, Springer, 2001, pp. 51-62.

537. "Design and Evaluation of Dynamic Replication Strategies for a High Performance Data Grid," K Ranganathan, I Foster. In **Lecture Notes in Computer Science**, vol. 3758, Springer, 2001, pp. 108-118.

538. "Globus Toolkit Support for Distributed Data-Intensive Science," W Allcock, A Chervenak, I Foster, L Pearlman, V Welch, M Wilde. In **International Conference on Computing in High Energy and Nuclear Physics**, 2001.

539. "Grid Information Services for Distributed Resource Sharing," K Czajkowski, S Fitzgerald, I Foster, C Kesselman. In **10th IEEE International Symposium on High Performance Distributed Computing**, IEEE Press, 2001, pp. 0181-0194.

540. "File and Object Replication in Data Grids," H Stockinger, A Samar, W Allcock, I Foster, K Holtman, B Tierney. In **10th IEEE International Symposium on High Performance Distributed Computing**, IEEE Press, 2001, pp. 76-86.

541. "Replica Selection in the Globus Data Grid," S Vazhkudai, S Tuecke, I Foster. In **First IEEE/ACM International Conference on Cluster Computing and the Grid**, 2001, pp. 106-113.

542. "Condor-G: A Computation Management Agent for Multi-Institutional Grids," J Frey, T Tannenbaum, I Foster, M Livny, S Tuecke. In **10th IEEE International Symposium on High Performance Distributed Computing**, IEEE Press, 2001, pp. 55-66.

543. "End-to-End Provision of Policy Information for Network QoS," V Sander, W Adamson, I Foster, A Roy. In **10th IEEE International Symposium on High Performance Distributed Computing**, IEEE Press, 2001, pp. 115-126.

544. "The Astrophysics Simulation Collaboratory: A Science Portal Enabling Community Software Development," M Russell, G. Allen, G. Daues, I Foster, E Seidel, J Novotny, J Shalf, G. von Laszewski. In **10th IEEE International Symposium on High Performance Distributed Computing**, IEEE Press, 2001, pp. 207-215.

545. "Computational Design and Performance of the Fast Ocean Atmosphere Model, Version One," R Jacob, C Schafer, I Foster, M Tobis, J Anderson. In **Lecture Notes in Computer Science,** vol. 2073, Springer-Verlag, 2001, pp. 171-184.

546. "The Model Coupling Toolkit," J Larson, R Jacob, I Foster, J Guo. In **Lecture Notes in Computer Science,** vol. 2073, Springer-Verlag, 2001, pp. 185-194.

547. "Cactus Application: Performance Predictions in Grid Environments," M Ripeanu, A Iamnitchi, I Foster. In **Lecture Notes in Computer Science,** vol. 2150, 2001, pp. 807-816.

548. "Secure, Efficient Data Transport and Replica Management for High-Performance Data-Intensive Computing," W Allcock, J Bester, J Bresnahan, A Chervenak, I Foster, C Kesselman, S Meder, V Nefedova, D Quesnel, S Tuecke. In **IEEE Mass Storage Conference**, 2001, p. 13.

549. "A Quality of Service Architecture that Combines Resource Reservation and Application Adaptation," I Foster, A Roy, V Sander. In **8th International Workshop on Quality of Service**, 2000, pp. 181-188.

550. "A Differentiated Services Implementation for High-Performance TCP Flows," V Sander, I Foster, A Roy, L Winkler. In Computer NEtowrks: The International Journal of Computer and Telecommunications Networking, 34(6):915-929, 2000**.**

551. "A Problem-Specific Fault-Tolerance Mechanism for Asynchronous, Distributed Systems," A Iamnitchi, I Foster. In **2000 International Conference on Parallel Processing**, 2000, pp. 4-13.

552. "CoG Kits: A Bridge between Commodity Distributed Computing and High-Performance Grids," G. von Laszewski, I Foster, J Gawor, W Smith, S Tuecke. In **ACM 2000 Java Grande Conference**, 2000, pp. 97-106.

553. "MPICH-GQ: Quality-of-Service for Message Passing Programs," A Roy, I Foster, W Gropp, N Karonis, V Sander, B Toonen. In **IEEE/ACM SC2000 Conference**, 2000, p. 19.

554. "Using CORBA and Globus to Coordinate Multidisciplinary Aeroscience Applications," I Lopez, G Follen, R Gutierrez, I Foster, B Ginsburg, O Larsson, S Tuecke. In **NASA HPCC/CAS Workshop**, 2000, pp. 15-17.

555. "Protocols and Services for Distributed Data-Intensive Science," W Allock, A Chervenak, I Foster, C Kesselman, S Tuecke. In **Advanced Computing and Analysis Techniques in Physics Research (ACAT)**, 2000, pp. 161-163.

*556.* "Scheduling with Advanced Reservations," W Smith, I Foster, V Taylor. In **International Parallel and Distributed Processing Symposium**, 127-132, 2000.

557. "Grid Computing," I Foster. In **Advanced Computing and Analysis Techniques in Physics Research**, 2000, pp. 51-56.

558. "The Data Grid: Towards an Architecture for the Distributed Management and Analysis of Large Scientific Data Sets," A Chervenak, I Foster, C Kesselman, C Salisbury, S Tuecke. **Journal of Network and Computer Applications**, 23(3):187-200, 1999.

559. "The Beta Grid: A National Infrastructure for Computer Systems Research," I Foster. In **1999 Extreme Linux Workshop**; also published in **NetStore Conference**, 1999.

560. "Resource Co-Allocation in Computational Grids," K Czajkowski, I Foster, C Kesselman. In **8th IEEE International Symposium on High Performance Distributed Computing**, IEEE, 219-228. 1999.

561. "QoS as Middleware: Bandwidth Reservation System Design," G. Hoo, W Johnston, I Foster, A Roy. **8th IEEE International Symposium on High Performance Distributed Computing**, 1999, pp. 345-346.

562. "Communication Services for Advanced Network Applications," J Bresnahan, I Foster, J Insley, S Tuecke, B Toonen. In **International Conference on Parallel and Distributed Processing Techniques and Applications**, vol. 4, 1999, pp. 1861-1867.

563. "A Distributed Resource Management Architecture that Supports Advance Reservations and Co-Allocation," I Foster, C Kesselman, C Lee, R Lindell, K Nahrstedt, A Roy. In **International Workshop on Quality of Service**, 1999, pp. 27-36.

564. "Using Run-Time Predictions to Estimate Queue Wait Times and Improve Scheduler Performance," W Smith, V Taylor, I Foster. In **IPPS/SPDP '99 Workshop on Job Scheduling Strategies for Parallel Processing**, 1999, pp. 202-219.

565. "Large-Scale Distributed Computational Fluid Dynamics on the Information Power Grid using Globus," S Barnard, R Biswas, S Saini, R Van der Wijngaart, M Yarrow, L Zechter, I Foster, O. Larsson. In **Frontiers '99 Conference**, IEEE, 1999.

566. "Grid Infrastructure to Support Science Portals for Large Scale Instruments," G. von Laszewski, I Foster. In **Workshop Distributed Computing on the Web**, 1999, pp. 1-16.

567. "The International Grid (iGrid): Empowering Global Research Community Networking Using High Performance International Internet Services," M Brown, T DeFanti, I Foster, et al. In **INET'99**, 1999, pp. 3-9.

568. "A Review of Tele-Immersive Applications in the CAVE Research Network," J Leigh, A Johnson, T DeFanti, M Brown, I Foster, et al. In **IEEE Virtual Reality '99**, 1999, pp. 180-87.

569. "GASS: A Data Movement and Access Service for Wide Area Computing Systems," J Bester, I Foster, C Kesselman, J Tedesco, S Tuecke. In **IOPADS'99**, 1999, pp. 78-88.

570. "Real-time Analysis, Visualization, and Steering of Microtomography Experiments at Photon Sources," G. von Laszewski, I Foster, J Insley, J Bresnahan, C Kesselman, M Su, M Thiebaux. M Rivers, I McNulty, B Tieman, S Wang. In **9th SIAM Conference on Parallel Processing for Scientific Computing**, 1999.

571. "Numerical Relativity in a Distributed Environment," W Benger, I Foster, J Novotny, E Seidel, J Shalf, W Smith, P Walker. In **9th SIAM Conference on Parallel Processing for Scientific Computing**, 1999.

572. "A Grid-Enabled MPI: Message Passing in Heterogeneous Distributed Computing Systems," I Foster and N Karonis. In **SC'98**, 1998, pp. 1-11.

573. "Distant I/O: One-Sided Access to Secondary Storage on Remote Processors," J Nieplocha, I Foster, and H Dacshel. In **7th IEEE Symposium on High Performance Distributed Computing**, 1998, pp. 148-154.

574. "Application Experiences with the Globus Toolkit," S Brunett, K Czajkowski, S Fitzgerald, I Foster, A Johnson, C Kesselman, J Leigh, S Tuecke. In **7th IEEE Symposium on High Performance Distributed Computing**, 1998, in 81-89.

575. "A Fault Detection Service for Wide Area Distributed Computations," P Stelling, I Foster, C Kesselman, C Lee, G. von Laszewski. In **7th IEEE Symposium on High Performance Distributed Computing**, 1998, pp. 268-279.

576. "The Globus Project: A Status Report," I Foster and C Kesselman. In **Heterogeneous Computing Workshop**, IEEE Press, 1998, pp. 4-18. (Reprinted in **Future Generation Computer Systems**.)

577. "A Security Architecture for Computational Grids," I Foster, C Kesselman, G. Tsudik, S Tuecke. In **ACM Conference on Computers and Security**, 1998, pp. 83-91.

578. "The Quality of Service Component for the Globus Metacomputing System," C Lee, C Kesselman, J Stepanek, R Lindell, S Hwang, B Michel, J Bannister, I Foster, A Roy. In **Intl Workshop on Quality of Service**, 1998, pp. 140-142.

579. "A Resource Management Architecture for Metacomputing Systems," K Czajkowski, I Foster, N Karonis, C Kesselman, S Martin, W Smith, S Tuecke. In **Lecture Notes in Computer Science**, vol. 1459, Springer-Verlag, 1998, pp. 62-82.

580. "Predicting Application Run Times Using Historical Information," W Smith, I Foster, V Taylor. In **Lecture Notes in Computer Science,** vol. 1459, Springer-Verlag, 1998, pp. 122-142.

581. "FOAM: Expanding the Horizons of Climate Modeling," M Tobis, I Foster, C Schafer, R Jacob, J Anderson. In **SC'97**, ACM, 1997, pp. 1-15.

582. "Architecture of the Multi-Modal Organizational Research and Production Heterogeneous Network (MORPHnet)," R Aiken, R Carlson, I Foster, T Kuhfuss, R Stevens, L Winkler, **International Conference on Intelligent Network and Intelligence in Networks**, 1997.

583. "Remote I/O: Fast Access to Distant Storage," I Foster, D Kohr, R Krishnaiyer, J.Mogill. In **IOPADS'97**, 1997, pp. 14-25.

584. "NeXeme: A Distributed Scheme Based on Nexus," L Moreau, D De Doure, I Foster. In **Europar '97**, 1997, pp. 581-590.

585. "A Directory Service for Configuring High-Performance Distributed Computations," S Fitzgerald, I Foster, C Kesselman, G. von Laszewski, W Smith, S Tuecke. In **6th Symposium on High Performance Distributed Computing**, IEEE, 1997, pp. 365-375.

586. "A Secure Communications Infrastructure for High-Performance Distributed Computing," I Foster, N.Karonis, C Kesselman, G. Koenig, S Tuecke. In **6th Symposium on High Performance Distributed Computing**, IEEE, 1997, pp. 125-136.

587. "MTIO: A Multi-threaded Parallel I/O System," S More, A Choudhary, I Foster, M Xu. In **International Parallel Processing Symposium**, IEEE, 1997, pp. 368-373.

588. "HPF/MPI: A Programming System Supporting Task and Data Parallelism," I Foster, D Kohr, R Krishnaiyer, A Choudhary. In **8th SIAM Conference on Parallel Processing**, SIAM, 1997.

589. "Optimizing Collective I/O Performance on Parallel Computers: A Multisystem Study," Y Chen, I Foster, J Nieplocha, M Winslett. In **International Conference on Supercomputing**, 1997, pp. 28-35.

590. "The Nimrod Computational Workbench: A Case Study in Desktop Metacomputing," D Abramson, I Foster, J Giddy, A Lewis, R Sosic, R Sutherst, N White. In **Australian Computer Science Conference**, Macquarie University, Sydney, Feb 1997.

591. "Disk Resident Arrays: An Array-Oriented I/O Library for Out-of-Core Computations," J Nieplocha, I Foster. In **Frontiers '96 Conference**, IEEE, 1996, pp. 196-205.

592. "Communicating Data-Parallel Tasks: An MPI Library for HPF," I Foster, D Kohr, R Krishnaiyer, A Choudhary. In **High-Performance Computing Conference**, Tata McGraw Hill, 1996, pp. 433=438.

593. "Multimethod Communication for High-Performance Metacomputing Applications," I Foster, J Geisler, C Kesselman, S Tuecke. In **Supercomputing '96**, ACM, 1996, p. 1.

594. "Double Standards: Bringing Task Parallelism to HPF via the Message Passing Interface," I Foster, D Kohr, R Krishnaiyer, A Choudhary. In **Supercomputing '96**, ACM, 1996, art. 36.

595. "MPI on the I-WAY: A Wide-Area, Multimethod Implementation of the Message Passing Interface," I Foster, J Geisler, S Tuecke. In **2nd MPI Developers Conference**, IEEE, 1996, pp. 10-17.

596. "Generalized Communicators in the Message Passing Interface," I Foster, C Kesselman, M Snir. In **2nd MPI Developers Conference**, IEEE, 1996, pp. 42-49.

597. "MPI as a Coordination Layer for Communicating HPF Tasks," I Foster, D Kohr, R Krishnaiyer, A Choudhary. In **2nd MPI Developers Conference**, IEEE, 1996, pp. 68-78.

598. "Tools for Distributed Collaborative Environments: A Research Agenda," I Foster, M Papka, R Stevens. In **5th Symposium on High Performance Distributed Computing**, IEEE, 1996, pp. 23-39.

599. "Software Infrastructure for the I-WAY High-Performance Distributed Computing Experiment," I Fos-ter, J Geisler, W Nickless, W Smith, S Tuecke. In **5th Symposium on High Performance Distributed Computing**, IEEE, 1996, pp. 562-572,.

600. "High-Performance Image Analysis and Visualization for Three-Dimensional Light Microscopy," J Chen, J Arsvold, C.-T Chen, M Griem, P Davies, T Disz, I Foster, R Hudson, M Kwong, B Lin, P Tang. In **IASTED Conference on Signal and Image Processing**, 1995.

601. "Relative Debugging and its Application to the Development of Large Numerical Models," D Abram-son, I Foster, J Michalakes, R Sosic, **Supercomputing '95**, IEEE, 1995, art. 51.

602. "Algorithm Comparison and Benchmarking Using a Parallel Spectral Transform Shallow Water Model," P Worley, I Foster, B Toonen, Coming of Age. In **6th ECMWF Workshop on the Use of Parallel Processors in Meteorology**, World Scientific, 1995, pp. 277-289.

603. "The Nexus Task-Parallel Runtime System," I Foster, C Kesselman, S Tuecke. In **1st International Workshop on Parallel Processing**, Tata McGraw Hill, 1994, pp. 457-462.

604. "A Parallel I/O Approach to the Integration of Task and Data Parallelism," B Avalani, A Choudhary, I Foster, R Krishnaiyer. In **1st International Workshop on Parallel Processing**, Tata McGraw Hill, 1994, pp. 347-352.

605. "A Compilation System that Integrates High Performance Fortran and Fortran M," I Foster, B Avalani, Choudhary, M Xu. In **Scalable High-Performance Computing Conference**, IEEE, 1994, pp. 293-300,

606. "Load Balancing Algorithms for Climate Models," I Foster, B Toonen. In **Scalable High-Performance Computing Conference**, IEEE, 674-681, 1994.

607. "Parallel Spectral Transform Shallow Water Model: A Testbed for Parallel Spectral Transform Algorithms," P Worley, I Foster. In **Scalable High-Performance Computing Conference**, IEEE, 207-214, 1994.

608. "PCCM2: A GCM Adapted for Scalable Parallel Computers," J., I Foster, J Hack, J Micha-lakes, D Semeraro, B Toonen, D Williamson, P Worley. In **Annual Meeting of the American Meteorological Society**, AMS, 1994, pp. 91-98.

609. "Paradigms and Strategies for Scientific Computing on Distributed Memory Concurrent Computers," I Foster, D Walker. In **High Performance Computing Conference**, Society for Computer Simulation, 1994, pp. 252-257.

610. "Parallelizing the Spectral Transform Method: A Comparison of Alternative Parallel Algorithms,"Foster, P Worley. In **6th SIAM Conference on Parallel Processing**, SIAM, 1993, pp. 100-107.

611. "Deterministic Parallel Fortran," K M Chandy, I Foster. In **6th SIAM Conference on Parallel Processing**, SIAM, 1993.

612. "Massively Parallel Implementation of the Penn State/NCAR Mesoscale Model," I Foster, J Michalakes. In **9th International Conference on Interactive Information and Processing Systems for Meteorology**, AMS, 1993.

613. "MPMM: A Massively Parallel Mesoscale Model," I Foster, J Michalakes. In **Parallel Supercomputing in the Atmospheric Sciences**, World Scientific, 1993, pp. 354-363.

614. "Fortran M as a Language for Building Earth System Models," I Foster. In **Parallel Supercomputing in the Atmospheric Sciences**, World Scientific, 1993.

615. "The Message Passing Version of the Parallel Community Climate Model," J Drake, R Flanery, Foster, J Hack, J Michalakes, R Stevens, D Walker, D Williamson, P Worley. In **Parallel Super-computing in the Atmospheric Sciences**, World Scientific, 1993, pp. 500-513.

616. "A Compiler Approach to Scalable Concurrent Program Design," I Foster, S Taylor. In **3rd Workshop on Compilers for Parallel Computers**, Austrian Center for Parallel Computation, Vienna, Austria, 1992, pp. 577-604.

617. "The Scalability of Numerical Methods for Climate Modeling," I Foster, W Gropp, R Stevens. In **5th SIAM Conference on Parallel Processing**, SIAM, 1992, pp. 307-312.

618. "Parallel Implementation and Scalability of a Control Volume Method for Solving PDEs on the Sphere," I Chern, I Foster. In **5th SIAM Conference on Parallel Processing**, SIAM, 1992, pp. 301-306.

619. "Copy Avoidance through Compile-Time Analysis and Local Reuse," I Foster, W Winsborough. In **International Symposium on Logic Programming**, MIT Press, 1991, pp. 455-469.

620. "Design and Parallel Implementation of Two Numerical Methods for Modeling the Atmospheric Circulation," I Chern, I Foster. In **Parallel Computational Fluid Dynamics '91**, Elsevier Science Publishers B.V, 1991, pp. 83-96.

621. "Parallel Programming with Algorithmic Motifs," I Foster, R Stevens. In **International Conference on Parallel Processing**, Penn State University Press, 1990, pp. 26-34.

622. "A High-Performance Parallel Theorem Prover," R Butler, I Foster, A Jindal, R Overbeek. In **10th International Conference on Automated Deduction**, 1990, pp. 649-650.

623. "Bilingual Parallel Programming," I Foster, R Overbeek. In **3rd Workshop on Parallel Languages and Compilers**, MIT Press, 1990.

624. "Experiences with Bilingual Parallel Programming," I Foster, R Overbeek. In **5th Distributed Memory Computer Conference**, 1990, pp. 1137-1146.

625. "Strand: A Practical Parallel Programming Tool," I Foster, S Taylor. In **North American Symposium on Logic Programming**, MIT Press, 1989, pp. 497-512.

626. "Parallel Implementation of Parlog," I Foster. In **International Conference on Parallel Processing**, Penn State University Press, 1988, pp. 9-16.

627. "Logic Operating Systems: Design Issues," I Foster. In **4th International Conference on Logic Programming**, MIT Press, 1987, pp. 910-926.

628. "A Declarative Environment for Concurrent Logic Programming," K Clark, I Foster. In **Lecture Notes in Computer Science**, vol. 251, Springer-Verlag, 1987, pp. 212-242.

629. "A Logical Treatment of Secondary Storage," I Foster, A Kusalik. In **Symposium on Logic Programming**, IEEE, 1986, pp. 58-67.

630. "A Sequential Implementation of Parlog," I Foster, S Gregory, G. Ringwood, K Satoh. In **Lecture Notes in Computer Science,** vol. 225, Springer Verlag, 1986, pp. 149-156.

## Other Publications (Invited or Otherwise Unreviewed)

1. "The discovery cloud: Accelerating and democratizing research on a global scale," I Foster, K Chard, S Tuecke, **IEEE International Conference on Cloud Engineering**, pp. 68-77, 2016.

2. "Reasoning About Discovery Clouds", I Foster, **International Conference on Applications and Theory of Petri Nets**, 2016.

3. "Report on the International Provenance and Annotation Workshop (IPAW'06)," R Bose, I Foster, L Moreau, **SIGMOD Record**, September 2006, pp. 51-53.

4. "The Grid: Computing without Bounds," I Foster, **Scientific American**, April 2003, pp. 78-85.

5. "The Grid Grows Up," F Douglas, I Foster, IEEE Internet Computing, 7(4):24-26, 2003.

6. "Unexpected Consequences of Connections," Review of *Nexus* and *Linked*, **Science**, 08/16, 1124-1125, 2002.

7. "Computer Grids," I Foster, **Encyclopedia of New Media**, Moschovitis Group, 2002.

8. "The Anatomy of the Grid: Enabling Scalable Virtual Organizations," I Foster, **Lecture Notes in Computer Science,** vol. 2150, Springer-Verlag, 2001, pp. 1-4.

9. "The Anatomy of the Grid: Enabling Scalable Virtual Organizations," I Foster. **IEEE Conference on Cluster Computing and the Grid**, 15(3):200-222, 2001.

10. "Delphi: An Integrated, Language-Directed Performance Prediction, Measurement, and Analysis Environment," D Reed, D Padua, I Foster, D Gannon, B Miller. In **Frontiers '99**, 1999, pp. 156-159.

11. "The Globus Project: A Status Report," I Foster, C Kesselman, **Heterogeneous Computing Workshop**, 1998, pp. 4-18.

12. "Enabling Technologies for Web-Based Ubiquitous Supercomputing," I Foster, S Tuecke. **5th Symposium on High Performance Distributed Computing**, IEEE, 1996, pp. 112-120.

13. "An Overview of the Globus and I-WAY Projects," I Foster, **Conference of the Advanced School for Computing and Imaging**, Holland, 1996, pp. 17-20.

14. "High-Performance Distributed Computing: The I-WAY Experiment and Beyond," I Foster, **EUROPAR'96**, Lyon, France, 1996. Reprinted in **Australasian Conference on Parallel and Real-Time Systems**, 1996, pp. 1-10.

15. "Introduction to the Special Issue on Parallel Computing in Climate Modeling and Meteorology," J Drake, I Foster, **Parallel Computing**, 21(10):1539-1544, 1995.

16. "Language Constructs and Runtime Systems for Compositional Parallel Programming," I Foster, C Kesselman, **Lecture Notes in Computer Science**, vol. 854, Linz, Austria, Springer-Verlag, 1994, pp. 5-16.

17. "Libraries for Parallel Paradigm Integration," I Foster, M Xu, **Toward Teraop Computing and New Grand Challenge Applications**, ed. R Kalia, P Vashista, Nova Science Publishers, 1994, pp. 245-256.

18. "Parallel Language Constructs for Paradigm Integration and Deterministic Computations," K.M Chandy, I Foster. In **PARCO 93**, Grenoble, France, Springer-Verlag, 1993, pp. 3-12.

19. "Using Compositional Programming to Write Portable, High-Performance Parallel Programs," I Foster, C Kesselman, S Taylor. In **International Symposium on Logic Programming**, 1991, pp. 737-738.

## Technical Reports (partial)

20. "OGSA Basic Execution Service Version 1.0," I Foster, A Grimshaw, P Lane, W Lee, M Morgan, S Newhouse, S Pickles, D Pulsipher, C Smith, M Theimer, Open Grid Forum GFD.108, 2007.

21. "OGSA WSRF Basic Profile 1.0," I Foster, T Maguire, D Snelling, Open Grid Forum GFD.72, 2006.

22. "Modeling Stateful Resources with Web Services," I Foster, J Frey, S Graham, S Tuecke, K Czajkowski, D Ferguson, F Leymann, M Nally, I Sedukhin, D Snelling, T Storey, W Vambenepe, S Weerawarana, www.globus.org/wsrf, 2004.

23. "From Open Grid Services Infrastructure to WS-Resource Framework: Refactoring & Evolution," K Czajkowski, D Ferguson, I Foster, J Frey, S Graham, T Maguire, D Snelling, S Tuecke, www.globus.org/wsrf, 2004.

24. "The WS-Resource Framework," K Czajkowski, D Ferguson, I Foster, J Frey, S Graham, I Sedukhin, D Snelling, S Tuecke, W Vambenepe, www.globus.org/wsrf, 2004.

25. "Web Services Resource Properties (WS-ResourceProperties) Version 1.1," S Graham, K Czajkowski, D Ferguson, I Foster, J Frey, F Leymann, T Maguire, N Nagaratnam, M Nally, T Storey, I Sedukhin, D Snelling, S Tuecke, W Vambenepe, S Weerawarana, www.globus.org/wsrf, 2004.

26. "Web Services Resource Lifetime (WS-ResourceLifetime) Version 1.1," J Frey, S Graham, K Czajkowski, D Ferguson, I Foster, F Leymann, T Maguire, N Nagaratnam, M Nally, T Storey, I Sedukhin, D Snelling, S Tuecke, W Vambenepe, S Weerawarana, www.globus.org/wsrf, 2004.

27. "Web Services Base Faults (WS-BaseFaults) Version 1.0," S Tuecke, K Czajkowski, J Frey, I Foster, S Graham, T Maguire, I Sedukhin, D Snelling, W Vambenepe, www.globus.org/wsrf, 2004.

28. "GridFTP Update January 2002," W Allcock, J Bresnahan, I Foster, L Liming, J Link, P Plaszczac. Globus Project, 2002.

29. "Global Grid Forum Management Groups and Structure," C Catlett, W Johnston, I Foster, Global Grid Forum GWD-C-1, 2001.

30. "Global Grid Forum Management Structure and Processes," C Catlett, W Johnston, I Foster, Global Grid Forum GWD-C-2, 2001.

31. "Global Grid Forum Status Report 2001," C Catlett, I Foster, Global Grid Forum GWD-1, 2001.

32. "An International Virtual-Data Grid Laboratory for Data Intensive Science," P Avery, I Foster, R Gardner, H Newman, A Szalay, GriPhyN-2001-2, 2001.

33. "Data Grid Reference Architecture," I Foster, C Kesselman, GriPhyN-2001-12, 2001.

34. "Representing Virtual Data: A Catalog Architecture for Location and Materialization Transparency," E Deelman, I Foster, C Kesselman, M Livny, GriPhyN-2001-14, 2001.

35. "The GriPhyN Project: Towards Petascale Virtual Data Grids," P Avery, I Foster, GriPhyN-2001-15, 2001.

36. "The NEES Equipment Site Point of Presence System (NEES-POP): Concept and Overview," R Butler, I Foster, C Kesselman, NEESgrid-2001-4, 2001.

37. "Network Policy and Services: A Report of a Workshop on Middleware," R Aiken, J Strassner, B Carpenter, I Foster, C Lynch, J Mambretti, R Moore, B Teitelbaum, IETF RFC 2768, 2000.

38. "Grid Forum: An Overview," C Catlett, I Foster, IEEE Distributed Computing Newsletter, 2000.

39. "Public Key Infrastructure for DOE Security Research," I Foster, W Johnston, LBL/TR, 1997.

40. "Proceedings of the PAWS and PetaSoft Workshops," T Sterling and I Foster (Eds), Caltech TR, 1996.

41. "Parallel Community Climate Model: Description and User's Guide," J Drake, R Flanery, I Foster, J Hack, J Michalakes, B Semeraro, D Williamson, P Worley, ORNL/TM-13271, 1996.

42. "Load-Balancing Algorithms for the Parallel Community Climate Model," I Foster, B Toonen, ANL/MCS-TM-190, 1995.

43. "Nexus User's Guide," I Foster, J Garnett, S Tuecke, ANL/MCS-TM-204, 1995.

44. "I-WAY Software Infrastructure User's Guide," I Foster, W Smith, Argonne, 1995.

45. "Programming in nPerl," I Foster, R Olson, Argonne, 1995.

46. "High Performance Fortran 2: Requirements Document," I Foster, R Schreiber (Eds), Rice University, 1995.

47. "The PORTS0 Interface," The PORTS Consortium, Argonne, 1994.

48. "Languages, Compilers, and Runtime Systems Support for Parallel Input-Output," A Choudhary, I Foster, G. Fox, K Kennedy, C Koelbel, J Saltz, M Snir, Caltech-CCSF-TR-94-40, California Institute of Technology, 1994.

49. "Workshop Report from the NSF Workshop on High-Performance Computing and Communications and Health Care," Co-author, Washington, D.C., 1994.

50. "Workshop Report from the Conference on Grand Challenge Applications and Software Technology," Co-author, Pittsburgh, 1993.

51. "Nexus: An Interoperability Layer for Parallel and Distributed Computer Systems," I Foster, C Kesselman, R Olson, S Tuecke, ANL-93/16, 1993.

52. "Fortran M Language Definition," I Foster, K.M Chandy, ANL-93/28, 1993.

53. "Programming in Fortran M," I Foster, R Olson, S Tuecke, ANL/93-26, 1993.

54. "Proceedings of a Workshop on the Earth's Climate as a Dynamical System," I Foster, H Kaper, M Kwong (Eds), ANL/MCS-TM-170, 1992.

55. "Proceedings of a Workshop on Data Systems for Parallel Climate Models," I Foster, M Henderson, R Stevens (Eds), ANL/MCS-TM-169, 1992.

56. "A Toolkit for Constructing Coupled Earth System Models," I Foster, ANL/MCS-TM-171, 1992.

57. "Proceedings of a Workshop on Compilation of Symbolic Languages," I Foster, E Tick (Eds), ANL-91/34, 1991.

58. "Parallel Programming with PCN," I Foster, S Tuecke, ANL/91-32, 1991.

59. "A Portable Run-time System for PCN," I Foster, S Tuecke, S Taylor, ANL/MCS-TM-137, 1990.

60. "The Program Composition Project," K.M Chandy, I Foster, C Kesselman, S Taylor, Caltech-CS-TR-90-03, California Institute of Technology, 1990.

61. "Generating Alignments of Genetic Sequences," R Butler et al., ANL/MCS-TM-132, 1989.

62. "Strand: The Language and its Implementation," I Foster, S Taylor, PAR 88/11, Dept of Computing, Imperial College, 1988.

63. "Strand Language Reference Manual," I Foster, S Taylor, PAR 88/10, Dept of Computing, Imperial College, 1988.

64. "The X Machine: A Proposal for Construction," F McCabe, I Foster, Dept of Computing, Imperial College, 1988.

65. "Compiling Parlog for the Sequential Parlog Machine," I Foster, PAR 86/3, Dept of Computing, Imperial College, 1986.

66. "Parlog Programming System: User Guide and Reference Manual," I Foster, PAR 86/6, Dept of Computing, Imperial College, 1986.

## Invited Talks (partial)

"AI for Science at Argonne," **2nd NOAA Workshop on Leveraging AI in Environmental Science**, September 17, 2020.

"Agents in an Exponential World," Keynote talk at **Agent 2007: Complex Interaction and Social Emergence**, Northwestern University, Norris Center, Evanston, November 15, 2007.

"Virtual Environments for Learning," Keynote talk at **MacArthur/NSF Workshop on Virtual Environments**, Boulder, Colorado, November 9, 2007.

"Working Smarter," Keynote talk at **iSociety Conference**, Merrillville, Indiana, October 9, 2007.

"Technology for Distributed Collaboration," Invited talk at **Symposium on Digital Fabrication**, University of Chicago, Chicago, Illinois, August 23, 2007.

"System Level Science and System Level Models," Invited talk at **Energy Modeling Forum**," Snowmass, Colorado, August 1, 2007.

"Swift: Fast, Reliable, Loosely Coupled Parallel Computation," Keynote talk at **IEEE New Zealand Workshop in High Performance and Grid Computing**, Auckland, New Zealand, July 5, 2007.

"Looking to the Future," Keynote talk at **Kiwi Advanced Research and Education Network (KAREN) Workshop**, Auckland, New Zealand, July 3, 2007.

"Enabling Distributed Petascale Science," Plenary talk at **Scientific Discovery through Advanced Computing Conference**, Boston, Massachusetts, June 28, 2007.

"Grid: Enabling Open Science," Keynote talk at **Nature Conference on Asia Pacific Networks Promoting Excellence in Research**, Tokyo, Japan, June 6, 2007.

"Scaling eScience Impact," Keynote talk at **1st Iberian Cyberinfrastructure Conference**, Santiago de Compostela, Galicia, Spain, May 15, 2007.

"Scaling eScience Impact," Keynote talk at **German eScience Conference**, Baden Baden, Germany, May 2, 2007.

 "Why Computer Science is Fundamental to (Almost) Everything," Keynote talk at **New Zealand Computer Science Students Research Conference**, Hamilton, New Zealand April 11, 2007.

"A Tutorial Introduction to Grid," **4th IFIP Summer School**, Gordons Bay, South Africa, March 28, 2007.

"Grid Technology and Multidisciplinary Science," Invited talk at **Virtual Observatories Conference, International Astronomical Union**, Prague, Czech Republic, August 21, 2006.

"The GriPhyN Virtual Data System," **Conference on High Performance Computing and Grids**, Cetraro, Italy, July 4, 2006.

"Education in the Science 2.0 Era," Invited talk at Workshop on SC Education Program, Argonne, Illinois, July 27, 2006.

"The Global Storage Grid -- Or, Managing Data for Science 2.0," Keynote talk at **14th NASA Goddard - 23rd IEEE Conference on Mass Storage Systems and Technologies**, College Park, Maryland, May 16, 2006.

"Global Data Services: Developing Data-Intensive Applications Using Globus Software," Tutorial at **14th NASA Goddard - 23rd IEEE Conference on Mass Storage Systems and Technologies**, College Park, Maryland, May 15, 2006.

"Cyberinfrastructure and the Role of Grid Computing—Or, Science 2.0," Keynote talk at **Geoinformatics 2006**, Reston VA, May 12, 2006.

"Grid Dynamics," Keynote Talk, **Global Grid Forum 16**, Athens, Greece, February 14, 2006.

"Service Oriented Science: Scaling eScience Application & Impact," Keynote, 1st International Conference on e-Science and Grid Computing, Melbourne, Australia, December 13, 2005.

"Globus Toolkit Version 4," Tutorial, **1st International Conference on e-Science and Grid Computing**, Melbourne, Australia, December 12, 2005 [and many other places].

"Grid: Why, What, How," **Chicago Technology Forum**, Chicago, Illinois, October 28, 2005.

"Grid Services Overview and Introduction," Keynote Talk, **OOSTech**, Baltimore, Maryland, October 26, 2005.

"A New Era in Computing: Moving Enterprise Services onto Grid," **VIP Grid Summit**, Chicago, Illinois, July, 2005.

"Enabling eScience: Grid Technologies Today & Tomorrow," **American Association for the Advancement of Science Annual Meeting**, Washington, DC, February 21, 2005.

"Globus: Bridging the Gap," Keynote Talk, **GlobusWORLD**, Boston, Mass., February 8, 2005.

"Empowering Distributed Science," **DOE National Collaboratories Meeting**, NCAR, Boulder, Colorado, December 2, 2004.

"The Grid: Beyond the Hype," Keynote talk at **3rd International Conference on Grid & Cooperative Computing**, Wuhan, China, October 21, 2004.

"Enabling eScience: Open Software, Standards, Infrastructure," Keynote talk at **UK eScience All Hands Meeting**, Nottingham, September 2, 2004.

"Brain Meets Brawn: Why Grid and Agents Need Each Other," Keynote talk at **3rd International Conference on Autonomous Agents and Multi Agent Systems**, New York USA, July 22, 2004.

"The Grid: Essential Infrastructure for DOE Science," **SciDAC PI Meeting**, Charleston, North Carolina USA, March 22, 2004.

"Grid Physics Network & International Virtual Data Grid Lab," **NSF Scalable Cyberinfrastructure Division PI Meeting**, February 18, 2004.

"Introduction to the Grid," **COMDEX 2003**, Las Vegas, Nevada USA, November 18, 2003.

"Open Grid Services Architecture," Tutorial, **APAC'03**, Queensland, Australia, September 29, 2003.

"How the Linux and Grid Communities can Build the Next Generation Internet Platform," Invited talk at **Ottawa Linux Symposium**, Ottawa, Canada, July 24, 2003.

"Data and the Grid: From Databases to Global Knowledge Communities," Keynote talk at **15th International Conference on Scientific and Statistical Database Management** (SSDBM 2003), Cambridge, MA, USA, July 11, 2003.

"The Grid: The First 50 Years," **British Computer Society**, Lovelace Medal Award Presentation, London, May, 2003.

"Security and Certification Issues in Grid Computing," Keynote at **International Workshop on Certification and Security in E-Services** (CSES 2002), Montreal, Canada, August 28, 2002.

"Future Scientific Infrastructure," Keynote at **QUESTnet**, Gold Coast, Australia, July 4, 2002 (9 MB) [Powerpoint]

"Future Scientific Infrastructure," Keynote at **DAS-2 Conference**, Amsterdam, June 6, 2002.

"Virtual Data and the Chimera System," **HPC 2002 Conference**, Cetraro, Italy, June 25, 2002.

"The Grid and the Future of Business," Keynote at **Delphi Web Services Conference**, San Jose, CA., May 22, 2002.

"The Grid: Enabling Resource Sharing within Virtual Organizations," Keynote at **World Wide Web Conference 2002**, Honolulu, Hawaii, May 9, 2002.

"Grid Computing: Concepts, Applications, and Technologies," Tutorial at **Grid Computing in Canada Workshop**, Edmonton, Canada, May 1, 2002.

"Data Grids and Data Intensive Science," Keynote at **Research Library Group Annual Conference**, Amsterdam, Netherlands, April 22, 2002.

"Grid Computing and Web Services: A Natural Partnership," **Euromicro Workshop on Parallel, Distributed, and Network Computing**, Gran Canaria, January 2002. (Keynote.)

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," **AURORA International Workshop on Grid Computing**, Vienna, Austria, December 2001. (Keynote.)

"Securing the Grid and other Middleware Challenges," **NSF Workshop on Grand Challenges in eScience**, Chicago, Ill., December 2001.

"Realizing the Promise of Grid Computing," **NSF Advisory Committee on Cyberinfrastructure**, Washington, DC (via Access Grid), November 2001.

"SC Global: Celebrating Global Science," **SC'2001 Masterworks Presentation**, Denver, Col., November 2001.

"Grid Computing," **Sun HPC Consortium Conference**, Denver, Col., November 2001. (Keynote.)

"Grid Computing," **IBM Advanced eBusiness Conference**, Austin, Texas, October 2001.

"Keeping Grid Projects Coherent," **EU DataGrid Industry Forum**, Frascati, Italy, October 2001.

"Grid Computing: Architecture and Achievements," **CHEP'2001**, Beijing, China, September 2001. (Plenary.)

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," **Euro-Par 2001**, Brisbane, Australia, August 2001. (Keynote.)

"Globus Project Current Status," **Globus Retreat**, San Francisco, August 2001

"Grids and Grid Technologies," **OMG Workshop on the Grid**, Boston, July 2001.

"The Earth System Grid Project," **Global Grid Forum 2**, Washington, DC, July 2001.

"U.S Grid Projects," **Upperside Conference on Industrial Grids**, Paris, June 2001. (Keynote.)

"Parallel Computing in 2001," **PPoPP 2001**, Snowbird, June 2001. (Keynote.)

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," **IEEE Conference On Cluster Computing and the Grid** (CCGrid), Brisbane, Australia, May 2001. (Keynote.)

"The GriPhyN Project," **Alliance All-Hands Meeting**, Urbana, May 2001.

"Grids: Past, Current, Future Activities," **European Union Grid Summit**, Brussels, March 2001.

"Middleware," **Access Grid Retreat**, Argonne, January 2001.

"Middleware and Grids," **NSF Middleware Panel**, December 2000.

"The Grid Forum," **Intel Peer-to-Peer Conference**, San Jose, October 2000.

"Grid Computing," **ACAT Conference**, FermiLab, October 2000. (Plenary.)

"Grid Architecture," **Grid Forum 5**, Boston, October 2000. (Keynote.)

"MPICH-G2: A Grid-Enabled MPI," **NASA Information Power Grid Workshop**, San Jose, September 2000.

"Designing and Building Parallel Climate Models," **Computational Science and Engineering Symposium**, Urbana, April 1997. (Keynote.)

"Autoconfiguration in Heterogeneous Clusters," **Cluster Computing Conference**, Altanta, February 1997. (Keynote.)

"High-Performance Distributed Computing: The I-WAY Experiment and Beyond," **PART '96**, Brisbane, Australia, August 1996. (Keynote.)

"High-Performance Distributed Computing: The I-WAY Experiment and Beyond," **EUROPAR '96**, Lyon, France, August 1996. (Keynote.)

"Ubiquitous Supercomputing," **ASCI '96**, Holland, June 1996. (Keynote.)

"The I-WAY and Globus Projects," **International Conference on Supercomputing**, Philadelphia, May 1996.

"Multithreading and High-Performance Computing," **European School on High Performance Computing**, Alpes d'Huez, France, April 1996.

"Parallel Algorithms for Climate Models," **Annual Meeting of the French SIAM**, Grenoble, France, March 1996.

"Task and Data Parallelism," **Spring School on Data Parallelism**, Les Menuires, France, March 1996.

"Runtime Support for Parallel Object-Oriented Languages," **Workshop on Parallel Object-Oriented Programming,** Southampton, England, March 1996.

## Seminars (partial)

"Swift: Fast, Reliable, Loosely Coupled Parallel Computation," Lecture at Leibniz-Rechenzentrum München, Munich, Germany, April 30, 2007.

"Why Computer Science is Fundamental to (Almost) Everything," Arthur Schoffstall Lecture, Renssellaer Polytechnic Institute, Troy, NY, April 19, 2007.

"Service Oriented Science: Scaling eScience Application & Impact," Distinguished Lecture, Purdue University, February 6, 2006

"Service Oriented Science: Scaling eScience Application & Impact," Distinguished Lecture, Northeastern University, Boston, January 26, 2006.

"The Grid: Reality, Technologies, Applications," Distinguished Lecture, McGill University, Montreal, Canada, January 21, 2005.

"The Grid and its Implications for Science (and Industry)," Royal Society of New Zealand, Wellington, New Zealand, March 18, 2004.

"The Grid: Opportunities, Achievements, and Challenges for (Computer) Science," University of Canterbury, Christchurch, New Zealand, March 17, 2004.

"An Open Grid Services Architecture," Indiana University, January 2002.

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," University of Edinburgh, December 2001.

"The Anatomy of the Grid: Enabling Scalable Virtual Organizations," U. Florida, Gainesville, FL, November 2001. (Distinguished HPC Seminar.)

"Grid Computing and Applications," FermiLab, Batavia, IL, October 2001.

"Grid Technologies and Applications: Architecture and Achievements," CERN, Geneva, August 2001.

"Grid Computing," CERN, Geneva, January 2001.

"The Globus Toolkit," IBM Yorktown, December 2000.

"The GARA Quality of Service Architecture," Cisco, San Jose, April 2000.

"High-Performance Computational Grids," University of Tennessee, October, 1997; University of California at Berkeley, October 1997.

"Network-Based Approaches to Supercomputing," Lawrence Berkeley National Laboratory, July 1996; University of California at San Diego, December 1996; California Institute of Technology, April 1997.

"High-Performance Distributed Computing: The I-WAY Experiment and Beyond," University of Nebraska, March 1996.

"Ubiquitous Supercomputing," University of Chicago, April 1996.

"High-Performance Distributed Computing: The I-WAY Experiment and Beyond," Politechnico di Milano, January 1996.

"Software Infrastructure for High-Performance Distributed Computing," University of Illinois, November 1994.

"A Massively Parallel Atmospheric Model Testbed," Microelectronics Center of North Carolina, April 1994.

"Modular Parallel Programming," University of California at Los Angeles; NASA Langeley Research Center; UT Austin; 1993.

"Fortran M: A Language for Modular Parallel Programming," Intel Corporation, Portland, Ore., July 1993.

"Deterministic Parallel Programming Languages," Harvard University; Thinking Machines Corporation; Jan. 1993.

"Information Hiding in Parallel Programs," California Institute of Technology; UC Santa Barbara; U. Illinois at Urbana-Champaign; Imperial College; 1992.

"Software Engineering Issues in Parallel Climate Models," ICIAM '91, Washington, D.C., 1991.

"Parallel Algorithms for Computing the Spectral Transform," California Institute of Technology, 1991.

## Appendix C: NOTES ON METHDOOLOGY FOR PREPARING TABULATION TABLE

### Extracting information about scans from JSON files

1. I extracted the following information from each JSON file for the associated scan. [For each item below, in brackets, I provide for illustrative purposes the value from the file INTARC00136499.json for scan identifier "psiloveyou00cece".]

- **JSON Bates**: A unique identification number for the JSON file as IA produced it in this matter, recorded in the name of the file. [INTARC00136499]

- **Scan Identifier**: The contents of the "identifier" field in the JSON file's metadata record. [psiloveyou00cece]

- **Scan Title**: The contents of the "title" field in the JSON file's metadata record. [PS, I love you]

- **Scan Author**: The contents of the "creator" field in the JSON file's metadata record. [Ahern, Cecelia, 1981-]

- **Scan Date**: The contents of the "scandate" field in the JSON file's metadata record. [20120601072204]

- **Box ID**: The contents of the "boxid" field in the JSON file's metadata record. [IA180301]

- **Box ID 2**: The contents of the "boxid_2" field in the JSON file's metadata record. [CH104901]

- **Publication Date**: The contents of the "date" field in the JSON file's metadata record. [2004]

- **Public Date**: The contents of the "publicdate" field in the JSON file's metadata record.

  [2012-03-30 21:00:16]

- **Publisher**: The contents of the "publisher" field in the JSON file's metadata record.

  [New York : Hyperion]

- **Language**: The contents of the "language" field in the JSON file's metadata record. [eng]

- **Sponsor**: The contents of the "sponsor" field in the JSON file's metadata record.

  [Internet Archive]

- **Contributor**: The contents of the "contributor" field in the JSON file's metadata record.

  [Internet Archive]

- **Added Date**: The contents of the "addeddate" field in the JSON file's metadata record.

  [2012-03-30 21:00:12]

- **Update Date**: The contents of the "updatedate" field in the JSON file's metadata record.

  [2012-03-30 21:00:08]

- **Dedup ISBNs (10/13)**: The number of unique ISBNs associated with this scan, as

  determined by the method described below in the section "Deduplication of ISBNs". [2]

  (The number is 2 because the four ISBNs listed in next field comprise two ISBN-10s and

  two corresponding ISBN-13s.)

- **ISBN(s)**: Any ISBNs listed in the "isbn" field in the JSON file's metadata record. [

  1401300901, 9781401300906, 0786890754, 9780786890750]

- **Image Count**: The contents of the "imagecount" field in the JSON file's metadata

  record. [518]

- **OL Edition**: The contents of the "openlibrary_edition" field in the JSON file's metadata

  record. [OL3689266M]

- **OL Work**: The contents of the "openlibrary_work" field in the JSON file's metadata record. [OL5727029W]

- **Partner**: The contents of the "partner" field in the JSON file's metadata record. The file INTARC00136499.json does not contain this field.

- **Republisher Date**: The contents of the "republisher_date" field in the JSON file's metadata record. [20120602180753]

- **Republisher Operator**: The contents of the "republisher_operator" field in the JSON file's metadata record. [scanner-shenzhen-thomas@archive.org]

- **Scanner**: The contents of the "scanner" field in the JSON file's metadata record. [scribe19.shenzhen.archive.org]

- **Scanning Center**: The contents of the "scanningcenter" field in the JSON file's metadata record. [shenzhen]

- **Uploader**: The contents of the "uploader" field in the JSON file's metadata record. [associate-lotu-tii@archive.org]

- **num_loans**: The contents of the "loans__status__num_loans" field in the JSON file's metadata record. The file INTARC00136499.json does not contain this field.

- **num_history**: The contents of the "loans__status__num_history" field in the JSON file's metadata record. The file INTARC00136499.json does not contain this field.

- **loan Item count**: The number of items in the "loan" field in the JSON file's loans record. [3]

- **loan_history Item count**: The number of items in the "loan_history" field in the JSON file's loans record. [16]

- **Holdings**: The library names listed in the "holdings" field of the "simplelists" record in the JSON file. [spokanepubliclibrary-ol: 1, mitlibraries-ol: 1, worthingtonlibraries-ol: 1, openlibrary-ol: 80, nationalemergencylibrary: 10000, yaleuniversitylibrary-ol: 1]

- **Holdings increment**: The number of library names in the "holdings" field of the "simplelists" record in the JSON file, excluding "holdings-test", "openlibrary-ol", and "nationalemergencylibrary". [4]


### Deduplication of ISBNs

An International Standard Book Number (ISBN) is an identifier assigned to a published book, with a separate ISBN assigned to each edition and variation, except for reprintings. Thus, hardcover, paperback, and electronic editions of a book will have different ISBNs.

The "isbn" field in the JSON file, for many scans, lists multiple ISBNs. For example, INTARC00136495.json for scan identifier "psiloveyou0000aher" lists six ISBNs: 0007179499, 9780007179497, 0007169582, 9780007169580, 9780007861668, and 0007861664.

One might assume that each of these different ISBNs corresponds to a different published edition, but that need not be the case, due to the existence of two ISBN standards, ISBN-10 and ISBN-13. The ISBN-10 standard, which defines 10-digit identifiers, is no longer issued to new publications; it was superseded by ISBN-13, which defines 13-digit identifiers, on 1st January, 2007. Any ISBN-10 identifier can be mapped to a corresponding ISBN-13 identifier via a simple textual transformation, as follows:[1]

- take the 10-digit ISBN (10 digits)

---

[1] https://isbn-information.com/convert-isbn-10-to-isbn-13.html.

- drop the last character (9 digits)

- prepend "978" to the front (12 digits)

- calculate a "check digit" via simple arithmetic on the preceding digits, and append it to the end (13 digits)

Applying this transformation to the ISBN-10 0007179499 from the example above yields the ISBN-13 9780007179497, which we see is also listed as an ISBN for that scan.

The remaining four ISBNs listed form two other ISBN-10/ISBN-13 pairs, so in total the JSON file associates ISBNs for three unique published editions with this scan.

### Extracting information about scans from CSV files

The 379 CSV files, one per scan, contain a total of 133,311 lines, i.e., an average of 352 per scan. Each line uses seven fields, as shown in Table 1, to describe an operation, represented by the command ("cmd") plus associated arguments ("arg") performed on the scan. Of the 133311 lines, 124,580 (93%) are "modify_xml.php". It is these that I analyzed to obtain information on two questions: When was a scan added to the IA inlibrary collection, and what information was available on loans made for the scan.

*Table 1: Fields provided in CSV files, plus example text from INTARC00136118.csv.*

| Field | Example |
|---|---|
| identifier | accused0000gris |
| task_id | 1728917853 |
| server | ia601507.us.archive.org |

| submittime | 2020-05-30 07:41:59.026494 |
|---|---|
| cmd | archive.php |
| submitter | station18.cebu@archive.org |
| args | "{'done': 'bup-derive', 'from_url': 'rsync://he.www49.s3dns/s32/s3-472c0917-ea20-418c-89da-0d8039bfd564-accused0000gris/', 'nolo': '1', 'comment': 's3-put', 'delete_from_source': '2', 'dir': '/28/items/accused0000gris'}" |

To determine when a scan had been added to the IA inlibrary collection, I looked for "modify_xml.php" commands that indicated a "patch" to a scan's "metadata" with "op" of "add" and a value of "inlibrary." For example, line 418 in INTARC00152100.csv describes a "modify_xml.php" command submitted on 2020-01-13 for the scan identifier "whenbreathbecome0000kala":

whenbreathbecome0000kala,1466778519,ia903105.us.archive.org,2020-01-13 20:03:39.883574,modify_xml.php,jake@archive.org,"{'-target': 'metadata', 'dir': '/17/items/whenbreathbecome0000kala', '-patch': '[{""path"": ""/noindex"", ""op"": ""remove""}, {""path"": ""/collection/0"", ""value"": ""inlibrary"", ""op"": ""add""}]'}"

The last element of this line comprises the arguments to the command, in JSON format. I show the arguments in a more readable form in Figure 1. This text encodes the "add scan with identifier whenbreathbecome0000kala to inlibrary collection" command.

```
{ '-target': 'metadata',
  'dir'     : '/17/items/whenbreathbecome0000kala',
  '-patch' : [
                { "path": "/noindex", "p": "remove"},
                { "path": "/collection/0",
                  "value": "inlibrary",
                  "op": "add"
                }
            ]
}
```

*Figure 1: The JSON document provided as an argument in line 418 of INTARC00152100.csv*

To determine changes in a scan's loan status, I looked for "modify_xml.php" commands that indicated a "patch" to a scan's "metadata" with "op" of "add" and a value of "status." As an example, line 218 in the same CSV file INTARC00152100.csv describes another "modify_xml.php" command submitted for scan identifier "whenbreathbecome0000kala," in this case on 2020-03-29. I show the arguments to this command in Figure 2. Lines 31 and 33 indicate that the number of outstanding loans for the scan is to be set to 82, and the cumulative number of loans is to be set to 100, respectively.

```
 1  { "-changes":
 2      [ {"target" : "metadata",
 3          "patch":
 4              [ { "op" : "add",
 5                  "path" : "/loans__status__status",
 6                  "value" : "AVAILABLE"
 7                },
 8                { "op" : "add",
 9                  "path" : "/loans__status__num_loans",
10                  "value" : "82"
11                },
12                { "op" : "add",
13                  "path" : "/loans__status__num_waitlist",
14                  "value" : "0"
15                },
16                { "op" : "add",
17                  "path" : "/loans__status__num_history",
18                  "value" : "100"
19                },
20                { "op" : "add",
21                  "path" : "/loans__status__last_loan_date",
22                  "value" : "2020-03-29T03:11:57Z"
23                }
24              ]
25          },
26          { "target" : "loans",
27            "patch":
28              [ { "op" : "add",
29                  "path" : "/status",
30                  "value" : {"status" : "AVAILABLE",
31                             "num_loans" : 82,
32                             "num_waitlist" : 0,
33                             "num_history" : 100,
34                             "last_loan_date" : "2020-03-29T03:11:57Z",
35                             "last_waitlist_date" : "2020-03-15T04:50:24Z"
36                            }
37                }
38              ]
39          }
40      ],
41      "dir" : "/17/items/whenbreathbecome0000kala"
42  }
```

*Figure 2: Contents of the JSON data from line 218 in the CSV file INTARC00152100.csv, presented in a format to facilitate understanding.*

I recorded the "num_loans" and "num_history" values thus found in each CSV file, along with the associated date.

Based on this information, I then assembled the following values for each scan:

- **CSV Bates**: A unique identification number for the CSV file as IA produced it in this matter, recorded in the name of the file.

- **Overall MACL**: The maximum actual concurrent loans for the scan, as indicated by the maximum value of the "num_loans" field just described across the entire date range

A-3935

covered by the CSV file; thus, this is the "overall" MACL, as distinct from the MACL values within certain defined date ranges described below.

- **Total Loans**: The total number of loans for the scan, as indicated by the maximum value (seen in the CSV file) of the "num_history" field just described

- **inlibrary Date**: The date that the scan was added to the inlibrary collection, as indicated by the "modify_xml.php" command described above. In some cases, the addition to inlibrary is not apparent in the produced CSV file.

- **inlibrary Reference**: A "True" or "False" value indicating whether or not the CSV file contains any reference to the inlibrary collection.

- **MACL before 2019**: The maximum actual concurrent loans prior to 2019-01-01.

- **MACL 2019**: The maximum actual concurrent loans between 2019-01-01 and 2019-12-31, inclusive.

- **MACL 2020 pre-NEL**: The maximum actual concurrent loans between 2020-01-01 and 2020-03-16, inclusive.

- **MACL 2020 NEL**: The maximum actual concurrent loans between 2020-03-17 and 2020-06-16, inclusive.

- **MACL 2020 post-NEL**: The maximum actual concurrent loans between 2020-06-17 and the last date in the data provided by IA, inclusive.

- **Loans before 2019**: The total number of loans prior to 2019-01-01.

- **Loans 2019**: The total number of loans between 2019-01-01 and 2019-12-31, inclusive.

- **Loans 2020 pre-NEL**: The total number of loans between 2020-01-01 and 2020-03-16, inclusive.

- **Loans 2020 NEL**: The total number of loans between 2020-03-17 and 2020-06-16, inclusive

- **Loans 2020 post-NEL**: The total number of loans between 2020-06-17 and the last date in the data provided by IA, inclusive.

## Appendix D: NOTES ON METHODOLOGY FOR COMPARING PLAINTIFFS' CATALOGS WITH IA'S INLIBRARY COLLECTION

The precise information in the publishers' catalog files (HACHETTE0002576, HC0003508, PRH0068115, and WILEY0011680) varies across publishers, but in general each provides, for each edition of each work, information such as author, title, publication year (apart from Harper), ISBN, and format (e.g., hardcover, paperback, ebook, audiobook, among others).

In Table 2 below, I present various statistics based on these catalog files and based on the results of looking up their contents in IA's inlibrary collection. The number of entries in each publisher catalog is given in Column 2. I also counted the number of entries that were physical books (hardcover or paperback) or electronic books, based on the publisher-specific descriptors listed in Table 3, generating the numbers in Columns 3 and 4 of Table 2.

I defined a "work" as a unique author-title pair within a catalog. A catalog may have multiple entries for a single work due to the publication of the work in different formats, each with its own ISBN.

I identified works in each catalog for which the catalog reflects both a physical edition (hardcover or paperback) and an electronic edition. I refer to such works as "qualifying" works, and it is this set that I searched for in IA's inlibrary collection.

In performing this analysis, I had to take into account that in the Harper catalog, many ebook titles have short strings appended: for example, the book *Trial By Fury* by J. A. Jance appears under that title as a Mass Market Paperback, but the corresponding electronic editions have titles "Trial By Fury EPB," "Trial By Fury AER," "Trial By Fury MSR," "Trial By Fury PLM," "Trial By Fury RB/SB," and "Trial by Fury SNY." To handle this, I identified and removed the most common such codes from the ends of the Harper title data.

14

I have also had to take into account that a title in a particular publisher's catalog may be recorded slightly differently for some formats, varying in usage of accented characters, punctuation, extra space characters, and capitalization. Before matching titles within a catalog, I "normalized" the titles to the same standard, dropping accents, punctuation, and extra spaces, and converting them to all-lowercase characters.

The number of unique author-title combinations with both physical and electronic editions identified in each publisher catalog (that is, the number of qualifying works) is given in Column 5 of Table 2.

Based on the preceding, I generated a list of ISBNs for each physical or electronic edition corresponding to the qualifying works. In the case of Wiley, these ISBNs include both ISBN-10s and ISBN-13s, as both forms occur in its catalog. The number of ISBNs thus identified for each publisher is given in Column 6 of Table 2.

I queried the Internet Archive to determine whether each of the physical and electronic ISBNs for the qualifying works is present in the Internet Archive's inlibrary collection. As described in the main text of the report, I used for this purpose the Internet Archive's publicly available "ia" program, which I can run as follows, in this case to query about the ISBN "9780060000189":

    ia search -i 'isbn:9780060000189' 'collection:inlibrary'

If this work exists in the inlibrary collection, then IA's site returns the identifier for that scan in response, which in this case is "hurricanenovel0000true." If the work is not in the "inlibrary" collection, IA returns an empty response. I list in Column 7 of Table 2 the number of

15

these queries that identified a match for each publisher; in Column 8, I give the number of

unique author-title pairs represented by these matches; and in Column 9, I use the data in

Columns 5 and 8 to compute the percentage of publisher author-title pairs with both physical and

electronic editions pairs (that is, the percentage of qualifying works) that are to be found in IA's

inlibrary collection.

*Table 2: Number of entries of different types in the four publisher catalogs. [Note: In the case of Wiley, the number of ISBNs (204284) is larger for than the number of books in their catalog (157110) because their catalog lists both ISBN10s and ISBN13s. We consider both.]*

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Publisher | All catalog entries | Catalog entries for physical books | Catalog entries for electronic books | Author-title pairs with both physical and electronic | Number of ISBNs for author-title pairs of column 5 | ISBNs found in IA inlibrary collection | Author-title pairs with found ISBNs | Column 8 as % of column 5 |
| Hachette | 67517 | 20627 | 31130 | 13057 | 39410 | 5287 | 4519 | 34.6 |
| Harper | 112221 | 44068 | 51879 | 19205 | 70484 | 8240 | 7055 | 36.7 |
| Penguin | 190471 | 74193 | 77387 | 46059 | 105356 | 18051 | 16496 | 35.8 |
| Wiley | 157110 | 49461 | 82043 | 31870 | 204284 | 10700 | 4933 | 15.5 |

*Table 3: Descriptors used to identify hardcover, softcover, and electronic works in each publisher catalog.*

| Publisher | Hardcover | Softcover | Electronic |
|---|---|---|---|
| **Hachette** | Hardcover Book | Trade Paperback, Mass Market | Electronic Book |
| **Harper** | Hardcover | Paperback, Trade Paperback, Mass Market Paperback | E-Book |
| **Penguin** | Hardcover | Trade Paperback, Mass Market/Rack | Electronic |
| **Wiley** | Cloth | Paperback | E-books |

In summary, the columns in Table 2 are as follows:

16

1. Publisher name.

2. The total number of entries in the catalog.

3. The number of entries in the catalog that are for physical (i.e., hardcover or paperback) editions, with these defined as in Table 3.

4. The number of entries in the catalog that are for ebooks, also as defined in Table 2.

5. The number of unique author-title pairs for which there is both (one or more) matching electronic and physical edition in the catalog

6. The number of ISBNs in the catalog that are associated with either a physical edition or electronic edition with author and title as in Column 5.

7. The number of the ISBNs from Column 6 that are found in the IA inlibrary collection.

8. The number of unique author-title pairs represented by the ISBNs of Column 7.

9. The number of unique author-title pairs for this publisher found in the IA inlibrary collection (Column 8) as a percentage of all unique author-title pairs in this publisher's catalog with both a physical and electronic editions (Column 5).

To illustrate how this works in practice, consider a simple "Example" catalog with just the entries in Table 4. Analysis of this catalog produces the values shown in Table 5.

*Table 4: Example catalog used to illustrate the meaning of different counts.*

| ISBN | Title | Author | Type |
|------|-------|--------|------|
| A | Book1 | Bloggs | Hardcover |
| B | Book1 | Bloggs | Paperback |
| C | Book1 | Bloggs | Electronic |
| D | Book1 | Bloggs | Electronic |
| E | Book1 | Bloggs | Audiobook |
| F | Book2 | Bloggs | Hardcover |

17

*Table 5: Counts of works obtained for the simple example catalog of Table 4.*

| Publisher | All catalog entries | Catalog entries for physical book | Catalog entries for ebook | Author-title pairs with both physical and ebook | Number of ISBNs for author-title pairs of column 4 |
|---|---|---|---|---|---|
| Example | 6 | 3 | 2 | 1 | 4 |
| | ISBNs A, B, C, D, E, F | ISBNs A, B, F | ISBNs C, D | Bloggs Book1 | ISBNs A, B, C, D |

# Appendix E: GLOSSARY

Source: https://archive.org/services/docs/api/metadata-schema/index.html

access-restricted:
- **internal use only**: Yes
- **usage notes**: This tag is only used on items of mediatype collection (it will have no affect on items of any other type). This tag should only be assigned by internal IA admins.
- **definition**: Collection contents are restricted access
- **required**: No
- **label**: Access Restricted
- **repeatable**: No
- **accepted values**: true
- **edit access**: IA admin
- **defined by**: IA admin

access-restricted-item:
- **definition**: Identifies item that is access-restricted
- **usage notes**: Only used on items, not collections. Automatically added to items in an access-restricted collection at the end of any task.
- **internal use only**: Yes
- **required**: No
- **label**: Access Restricted Item
- **repeatable**: No
- **accepted values**: true
- **edit access**: IA admin
- **defined by**: IA admin

addeddate:
- **internal use only**: No
- **usage notes**: Beginning in December 2019 when item was first added to public search engine. It is added during the first task where the item does not have noindex present in meta.xml. The field is not changed or removed if the item is subsequently removed from public search. Prior to December 2019, Addeddate was automatically set when the item directory is been created in our file system. In many cases, the addeddate will be very similar to the publicdate. However, in some cases we create an item directory with metadata but no media files prior to the media being scanned. The addeddate reflects when the item was created, regardless of when the media was added to the item. When the media is added at a later date and a derive.php task is run, the publicdate will be added to the item.
- **definition**: 2019-12 and later dates: represents time item was added to public search engine. Earlier dates: Date and time in UTC that the item was created archive.org
- **required**: Yes
- **label**: Date Added to Public Search
- **repeatable**: No
- **accepted values**: YYYY-MM-DD HH:MM:SS,YYYY-MM-DD

19

- **edit access**: not editable
- **defined by**: IA software

boxid:
- **definition**: Location of physical item in the Physical Archive
- **usage notes**: Boxids always start with the letters IA followed by numbers. The numbers represent the container, pallet and box that the physical item is stored in. When there are multiple boxid fields in meta.xml, the first boxid listed represents the physical item that was digitized. Subsequent boxid fields represent the location of duplicate physical items.
- **internal use only**: Yes
- **required**: No
- **label**: Box ID
- **repeatable**: Yes
- **accepted values**: IA######
- **edit access**: IA admin
- **defined by**: IA admin

collection:
- **internal use only**: No
- **usage notes**: Required for all items except "fav-username" collections. Always list the item's primary collection first in meta.xml; this is the collection the item "belongs" to. The primary collection often represents the entity that contributed or created the content. Uploaders can only choose from collections that they have privileges for. General uploaders with no special privs can only upload to selected "Community" collections or the test_collection. Items in the test_collection are removed from the site after 30 days.
- **definition**: Indicates to the website what collection(s) this item belongs to.
- **required**: No
- **label**: Collections
- **repeatable**: Yes
- **accepted values**: Must be a valid identifier
- **edit access**: user admin
- **defined by**: user admin

contributor:
- **definition**: The person or organization that provided the physical or digital media.
- **usage notes**: For physical items that have been digitized, contributor represents the library or other organization that owns the physical item. For born-digital media, contributor often represents the organization responsible for the distribution of the content (e.g. a radio station or television station).
- **internal use only**: No
- **required**: No
- **label**: Contributor
- **repeatable**: No
- **accepted values**: String
- **edit access**: uploader
- **defined by**: uploader

20

external-identifer:
- **definition**: URLs or identifiers to outside resources that represent the media
- **usage notes**: External-identifier includes Uniform Resource Names (URNs) for external resources about the media in the item. The field is usually in the form of urn:namespace:identifier.
- **internal use only**: No
- **required**: No
- **label**: External Identifier
- **repeatable**: Yes
- **accepted values**: String
- **edit access**: uploader
- **defined by**: uploader

identifier:
- **internal use only**: No
- **usage notes**: We encourage the use of human-readable identifiers, rather than opaque strings of numbers or letters. For most projects we try to keep identifiers below 80 characters in length for the sake of readability.
- **definition**: Unique identifier for an item on the archive.org web site. Used in the URL for the item, ie archive.org/details/[identifier].
- **required**: Yes
- **label**: Item Identifier
- **repeatable**: No
- **accepted values**: String, minimum length is 5 characters, maximum length is 100 characters, contains only Roman alphabet characters, numbers, periods (.), underscores ( _ ), or dashes ( - ), and first character must be alphanumeric.,mediatype:account items begin with @ symbol.
- **edit access**: IA admin
- **defined by**: uploader

openlibrary_edition:
- **internal use only**: No
- **usage notes**: Correlates to the edition page on openlibrary.org. The OL edition page URL is https://openlibrary.org/books/[openlibrary_edition]
- **definition**: Open Library edition identifier
- **required**: No
- **label**: Open Library edition identifier
- **repeatable**: No
- **accepted values**: OL#M
- **edit access**: uploader
- **defined by**: uploader

openlibrary_work:

21

- **internal use only**: No
- **usage notes**: Correlates to the work page on openlibrary.org. The OL work page URL is https://openlibrary.org/works/[openlibrary_edition]
- **definition**: Open Library work identifier
- **required**: No
- **label**: Open Library work identifier
- **repeatable**: No
- **accepted values**: OL#W
- **edit access**: uploader
- **defined by**: uploader

operator:
- **internal use only**: Yes
- **usage notes**: usually email address. In texts this represents the person who operated the Scribe or other scanning equipment. In web items this represents the engineer responsible for the crawl.
- **definition**: Email of the person who scanned/captured the media in the item
- **required**: No
- **label**: Operator
- **repeatable**: No
- **accepted values**: String
- **edit access**: IA admin
- **defined by**: IA software

possible-copyright-status:
- **internal use only**: No
- **usage notes**: Do not use this field for CC license information (see licenseurl).
- **definition**: Information relevant to copyright status
- **required**: No
- **label**: Possible Copyright Status
- **repeatable**: No
- **accepted values**: string
- **edit access**: uploader
- **defined by**: uploader

publicdata:
- **internal use only**: Yes
- **usage notes**: Publicdate is automatically set when the first catalog task finishes on that item's directory.
- **definition**: The date and time in UTC that the item was created on archive.org.
- **required**: Yes
- **label**: Date Archived
- **repeatable**: No
- **accepted values**: YYYY-MM-DD HH:MM:SS,YYYY-MM-DD
- **edit access**: not editable
- **defined by**: IA software

22

A-3946

publisher:
- **definition**: Publisher of the media
- **usage notes**: - Books use publisher - Movies often use production company - Music often uses record label
- **internal use only**: No
- **required**: No
- **label**: Publisher
- **repeatable**: No
- **accepted values**: String
- **edit access**: uploader
- **defined by**: uploader

related-external-id:
- **internal use only**: No
- **usage notes**: Related-external-id includes URNs for media related to the media in the item, but which are not exactly the same. The primary use of this tag is to list ISBNs, LCCNs, and OCLC numbers for other editions of the same work. These IDs are used for deduplication purposes in the scanning proces.
- **definition**: URLs or identifiers to resources related to the media, but not representing this exact form of the work
- **required**: No
- **label**: Related External Identifier
- **repeatable**: Yes
- **accepted values**: String
- **edit access**: uploader
- **defined by**: uploader

repub_state:
- **internal use only**: Yes
- **definition**: Indicates the current state of a scanned book.
- **required**: No
- **label**: Repub State
- **repeatable**: No
- **accepted values**: Whole number
- **edit access**: IA admin
- **defined by**: IA software

republisher_date:
- **internal use only**: Yes
- **usage notes**: Set by Scribe3 software.
- **definition**: Date and time in UTC that the item was created archive.org
- **required**: No
- **label**: Republisher Date
- **repeatable**: No
- **accepted values**: YYYYMMDDHHMMSS

23

A-3947

- **edit access**: IA admin
- **defined by**: IA software

republisher_operator:
- **internal use only**: Yes
- **usage notes**: Set by Scribe3 software.
- **definition**: Email of the person who completed republishing the item
- **required**: No
- **label**: Republisher Operator
- **repeatable**: No
- **accepted values**: email address
- **edit access**: IA admin
- **defined by**: IA software

scandate:
- **definition**: The date and time in UTC that the media was captured.
- **usage notes**: When an physical item is scanned/digitized, scandate represents the date/time that the digitization occurred. For web items, scandate represents the date/time the first WARC file in the item was created. For TV and radio items, scandate represents the begining time of the recording. Formats: YYYYMMDDHHMMSS YYYYMMDD YYYY YYYY-MM-DD HH:MM:SS
- **internal use only**: No
- **required**: No
- **label**: Scan Date
- **repeatable**: No
- **accepted values**: String
- **edit access**: uploader
- **defined by**: uploader

scanfee:
- **definition**: Scanning fee used during billing process
- **usage notes**: Set by software based on parameters for each scanning partner
- **internal use only**: Yes
- **required**: No
- **label**: Scan Fee
- **repeatable**: No
- **accepted values**: string
- **edit access**: IA admin
- **defined by**: IA software

scanner:
- **definition**: Machinery used to digitize or collect the media
- **usage notes**: Primarily an internally used field. For digitized texts this represents the individual digitization station (e.g. Scribe 2 in the New Jersey center). For web items this represents the crawl machine used to gather the data. For films this represents the film

24

A-3948

scanner. For CDs this represents the version of the scanning software used for that CD. For end-user contrinuted items, this represents the software used to upload the item.

- **internal use only**: No
- **required**: No
- **label**: Scanner
- **repeatable**: No
- **accepted values**: String
- **edit access**: uploader
- **defined by**: uploader

scanningcenter:

- **definition**: The location where a digital copy of the media item was created
- **usage notes**: Generally used in conjunction with our scanning services, this tag gives the location where an item was digitized, scanned or captured.
- **internal use only**: Yes
- **required**: No
- **label**: Scanning Center
- **repeatable**: No
- **accepted values**: String
- **edit access**: IA admin
- **defined by**: IA software

source:

- **internal use only**: No
- **usage notes**: Used to signify where a piece of media originated, or what the physical media was prior to digitization. - Focused crawl items list the site being crawled in this field. - Texts digitization centers use the field to denote folios. - TV uses the field to indicate the signal source. - Internal audio digitization projects use this field to indicate the format of the original media (CD, LP, 78, etc.). - External users often use this field to list a URL where the media content originated. - Etree users use it to record the "path" for recording a live concert.
- **definition**: Source of media
- **required**: No
- **label**: Source
- **repeatable**: No
- **accepted values**: String
- **edit access**: uploader
- **defined by**: uploader

sponsor:

- **definition**: The person or organization that funded the digitization or collection of this media.
- **usage notes**: For physical items (books, film, 78rpm, etc.), this represents the entity that funded the digitization/scanning work. For born-digital items (TV, Radio, Web, etc.) this represents the entity that funded the collection of the items.
- **internal use only**: No

25

- **required**: No
- **label**: Sponsor
- **repeatable**: No
- **accepted values**: String
- **edit access**: uploader
- **defined by**: uploader

subject:
- **definition**: Subjects and/or topics covered by the media content
- **usage notes**: Books and other media objects from libraries often use Library of Congress Subject Headings, http://id.loc.gov/authorities/subjects.html. Some collections may use their own controlled vocabulary for setting subjects. Many other items use the subject field as more casual "tags." All alphabets are supported.
- **internal use only**: No
- **required**: No
- **label**: Subject/Keyword
- **repeatable**: Yes
- **accepted values**: String
- **edit access**: uploader
- **defined by**: uploader

title:
- **definition**: Title of media
- **usage notes**: All alphabets are supported
- **internal use only**: No
- **required**: Recommended
- **label**: Title
- **repeatable**: No
- **accepted values**: String, plain text; no HTML or HTML entities (they'll be displayed in raw form).
- **edit access**: uploader
- **defined by**: uploader

26

| Identifier | Bates | Date | To | From |
|---|---|---|---|---|
| mysteriousbenedi00stew | INTARC00194911 | 3/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00194952 | 3/27/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00194982 | 3/28/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195033 | 3/29/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195064 | 3/30/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195105 | 4/3/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195146 | 4/4/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195197 | 4/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195240 | 4/10/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195272 | 4/11/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195315 | 4/12/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195371 | 4/13/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195403 | 4/16/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195436 | 4/18/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195481 | 4/19/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195514 | 4/20/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195547 | 4/23/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195580 | 4/24/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195627 | 4/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195661 | 4/30/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195695 | 5/2/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195730 | 5/3/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195765 | 5/4/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195800 | 5/7/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195834 | 5/8/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195870 | 5/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195906 | 5/10/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195941 | 5/11/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00195976 | 5/14/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00196011 | 5/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00196046 | 5/16/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00196081 | 5/17/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00196116 | 5/18/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00196151 | 5/21/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew | INTARC00196186 | 5/22/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00194911 | 3/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00194952 | 3/27/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00194982 | 3/28/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195033 | 3/29/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195064 | 3/30/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195105 | 4/3/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195146 | 4/4/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195197 | 4/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195240 | 4/10/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195272 | 4/11/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195315 | 4/12/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195371 | 4/13/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195403 | 4/16/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195436 | 4/18/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195481 | 4/19/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195514 | 4/20/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195547 | 4/23/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195580 | 4/24/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195627 | 4/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195661 | 4/30/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195695 | 5/2/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195730 | 5/3/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195765 | 5/4/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195800 | 5/7/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195834 | 5/8/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195870 | 5/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195906 | 5/10/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195941 | 5/11/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00195976 | 5/14/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00196011 | 5/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00196046 | 5/16/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00196081 | 5/17/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00196116 | 5/18/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00196151 | 5/21/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00196186 | 5/22/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| mysteriousbenedi00stew_0 | INTARC00331188 | 5/20/20 | <info@archive.org> | <remedies@attributor.com> |
| treasureworthsee00brow | INTARC00193340 | 1/23/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00193374 | 1/24/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00193397 | 1/25/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00193442 | 1/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00193476 | 1/29/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |

| Identifier | Bates | Date | To | From |
|---|---|---|---|---|
| treasureworthsee00brow | INTARC00193500 | 1/30/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00193535 | 1/31/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00193570 | 2/1/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00193606 | 2/2/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00193653 | 2/5/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00193689 | 2/6/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00193725 | 2/7/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00193761 | 2/8/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00193787 | 2/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00193836 | 2/12/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00193862 | 2/14/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00193912 | 2/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00193938 | 2/19/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00193987 | 2/20/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194013 | 2/22/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194051 | 2/23/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194101 | 2/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194127 | 2/27/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194175 | 2/28/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194212 | 3/1/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194238 | 3/2/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194275 | 3/5/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194323 | 3/6/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194372 | 3/7/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194409 | 3/8/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194446 | 3/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194472 | 3/12/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194498 | 3/12/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194536 | 3/13/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194573 | 3/14/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194610 | 3/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194636 | 3/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194673 | 3/16/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194721 | 3/19/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194758 | 3/20/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194784 | 3/21/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194822 | 3/22/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194873 | 3/23/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194911 | 3/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194952 | 3/27/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00194982 | 3/28/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195033 | 3/29/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195064 | 3/30/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195105 | 4/3/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195146 | 4/4/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195197 | 4/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195240 | 4/10/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195272 | 4/11/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195315 | 4/12/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195371 | 4/13/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195403 | 4/16/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195436 | 4/18/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195481 | 4/19/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195514 | 4/20/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195547 | 4/23/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195580 | 4/24/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195627 | 4/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195661 | 4/30/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195695 | 5/2/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195730 | 5/3/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195765 | 5/4/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195800 | 5/7/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195834 | 5/8/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195870 | 5/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195906 | 5/10/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195941 | 5/11/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00195976 | 5/14/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00196011 | 5/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00196046 | 5/16/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00196081 | 5/17/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00196116 | 5/18/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00196151 | 5/21/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00196186 | 5/22/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| treasureworthsee00brow | INTARC00196911 | 2/21/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193056 | 12/29/17 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193084 | 1/3/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |

A-3952

| Identifier | Bates | Date | To | From |
|---|---|---|---|---|
| temptationskiss00sand | INTARC00193113 | 1/5/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193142 | 1/8/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193171 | 1/10/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193201 | 1/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193232 | 1/18/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193275 | 1/19/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193307 | 1/22/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193340 | 1/23/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193374 | 1/24/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193397 | 1/25/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193442 | 1/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193476 | 1/29/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193500 | 1/30/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193535 | 1/31/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193570 | 2/1/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193606 | 2/2/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193653 | 2/5/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193689 | 2/6/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193725 | 2/7/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193761 | 2/8/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193787 | 2/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193836 | 2/12/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193862 | 2/14/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193912 | 2/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193938 | 2/19/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00193987 | 2/20/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194013 | 2/22/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194051 | 2/23/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194101 | 2/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194127 | 2/27/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194175 | 2/28/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194212 | 3/1/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194238 | 3/2/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194275 | 3/5/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194323 | 3/6/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194372 | 3/7/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194409 | 3/8/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194446 | 3/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194472 | 3/12/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194498 | 3/12/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194536 | 3/13/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194573 | 3/14/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194610 | 3/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194636 | 3/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194673 | 3/16/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194721 | 3/19/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194758 | 3/20/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194784 | 3/21/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194822 | 3/22/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194873 | 3/23/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194911 | 3/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194952 | 3/27/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00194982 | 3/28/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195033 | 3/29/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195064 | 3/30/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195105 | 4/3/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195146 | 4/4/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195197 | 4/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195240 | 4/10/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195272 | 4/11/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195315 | 4/12/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195371 | 4/13/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195403 | 4/16/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195436 | 4/18/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195481 | 4/19/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195514 | 4/20/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195547 | 4/23/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195580 | 4/24/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195627 | 4/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195661 | 4/30/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195695 | 5/2/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195730 | 5/3/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195765 | 5/4/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195800 | 5/7/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195834 | 5/8/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195870 | 5/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |

| Identifier | Bates | Date | To | From |
|---|---|---|---|---|
| temptationskiss00sand | INTARC00195906 | 5/10/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195941 | 5/11/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00195976 | 5/14/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00196011 | 5/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00196046 | 5/16/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00196081 | 5/17/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00196116 | 5/18/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00196151 | 5/21/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00196186 | 5/22/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| temptationskiss00sand | INTARC00196911 | 2/21/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00192959 | 12/15/17 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00192990 | 12/18/17 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193006 | 12/20/17 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193030 | 12/22/17 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193056 | 12/29/17 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193084 | 1/3/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193113 | 1/5/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193142 | 1/8/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193171 | 1/10/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193201 | 1/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193232 | 1/18/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193275 | 1/19/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193307 | 1/22/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193340 | 1/23/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193374 | 1/24/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193397 | 1/25/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193442 | 1/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193476 | 1/29/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193500 | 1/30/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193535 | 1/31/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193570 | 2/1/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193606 | 2/2/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193653 | 2/5/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193689 | 2/6/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193725 | 2/7/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193761 | 2/8/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193787 | 2/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193836 | 2/12/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193862 | 2/14/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193912 | 2/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193938 | 2/19/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00193987 | 2/20/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194013 | 2/22/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194051 | 2/23/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194101 | 2/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194127 | 2/27/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194175 | 2/28/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194212 | 3/1/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194238 | 3/2/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194275 | 3/5/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194323 | 3/6/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194372 | 3/7/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194409 | 3/8/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194446 | 3/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194472 | 3/12/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194498 | 3/12/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194536 | 3/13/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194573 | 3/14/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194610 | 3/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194636 | 3/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194673 | 3/16/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194721 | 3/19/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194758 | 3/20/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194784 | 3/21/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194822 | 3/22/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194873 | 3/23/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194911 | 3/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194952 | 3/27/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00194982 | 3/28/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195033 | 3/29/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195064 | 3/30/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195105 | 4/3/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195146 | 4/4/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195197 | 4/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195240 | 4/10/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195272 | 4/11/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |

| Identifier | Bates | Date | To | From |
|---|---|---|---|---|
| slowheatinheaven00sand | INTARC00195315 | 4/12/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195371 | 4/13/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195403 | 4/16/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195436 | 4/18/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195481 | 4/19/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195514 | 4/20/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195547 | 4/23/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195580 | 4/24/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195627 | 4/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195661 | 4/30/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195695 | 5/2/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195730 | 5/3/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195765 | 5/4/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195800 | 5/7/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195834 | 5/8/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195870 | 5/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195906 | 5/10/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195941 | 5/11/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00195976 | 5/14/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00196011 | 5/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00196046 | 5/16/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00196081 | 5/17/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00196116 | 5/18/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00196151 | 5/21/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00196186 | 5/22/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| slowheatinheaven00sand | INTARC00196911 | 2/21/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00193476 | 1/29/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00193500 | 1/30/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00193535 | 1/31/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00193570 | 2/1/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00193606 | 2/2/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00193653 | 2/5/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00193689 | 2/6/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00193725 | 2/7/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00193761 | 2/8/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00193787 | 2/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00193836 | 2/12/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00193862 | 2/14/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00193912 | 2/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00193938 | 2/19/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00193987 | 2/20/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194013 | 2/22/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194051 | 2/23/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194101 | 2/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194127 | 2/27/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194175 | 2/28/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194212 | 3/1/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194238 | 3/2/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194275 | 3/5/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194323 | 3/6/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194372 | 3/7/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194409 | 3/8/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194446 | 3/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194472 | 3/12/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194498 | 3/12/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194536 | 3/13/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194573 | 3/14/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194610 | 3/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194636 | 3/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194673 | 3/16/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194721 | 3/19/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194758 | 3/20/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194784 | 3/21/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194822 | 3/22/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194873 | 3/23/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194911 | 3/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194952 | 3/27/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00194982 | 3/28/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195033 | 3/29/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195064 | 3/30/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195105 | 4/3/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195146 | 4/4/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195197 | 4/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195240 | 4/10/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195272 | 4/11/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195315 | 4/12/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |

| Identifier | Bates | Date | To | From |
|---|---|---|---|---|
| rosiedunne00aher | INTARC00195371 | 4/13/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195403 | 4/16/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195436 | 4/18/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195481 | 4/19/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195514 | 4/20/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195547 | 4/23/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195580 | 4/24/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195627 | 4/26/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195661 | 4/30/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195695 | 5/2/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195730 | 5/3/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195765 | 5/4/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195800 | 5/7/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195834 | 5/8/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195870 | 5/9/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195906 | 5/10/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195941 | 5/11/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00195976 | 5/14/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00196011 | 5/15/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00196046 | 5/16/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00196081 | 5/17/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00196116 | 5/18/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00196151 | 5/21/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00196186 | 5/22/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |
| rosiedunne00aher | INTARC00196911 | 2/21/18 | <info@archive.org> | <hachette.antipiracy.services@ap.markmonitor.com> |

**Exhibit A: The metadata returned for the IA scan with identifier "isbn_9780143120544."**

```
1    {
2      "created": 1645713491,
3      "d1": "ia600507.us.archive.org",
4      "d2": "ia800507.us.archive.org",
5      "dir": "/8/items/isbn_9780143120544",
6      "files": [
7        {
8          "name": "__ia_thumb.jpg",
9          "source": "original",
10         "mtime": "1540389821",
11         "size": "24204",
12         "format": "JPEG Thumb",
13         "rotation": "0",
14         "private": "true",
15         "md5": "f6a058543c5d7504526ce92c919dda67",
16         "crc32": "1106338c",
17         "sha1": "a9613c2a6749d4bb87d434ac3bec427a76eb48ee"
18       },
19       {
20         "name": "bak/2017/isbn_9780143120544_full_jpg.tar.bak",
21         "source": "original",
22         "mtime": "1505899214",
23         "size": "3459993600",
24         "md5": "f4432228d0580b657d86fd4dd0f0ee12",
25         "crc32": "bf46ccce",
26         "sha1": "217199b69ecb4bcccf5a38671a410409353ebdbf",
27         "format": "Backup",
28         "private": "true"
29       },
30       {
31         "name": "bak/2017/isbn_9780143120544_meta.sqlite.bak",
32         "source": "original",
33         "mtime": "1505899244",
34         "size": "14336",
35         "md5": "f78a00693503e596683eb52473827caf",
36         "crc32": "61c0004d",
37         "sha1": "dc204a2abe29acb4670397e7378516ff7fa7494a",
38         "format": "Backup",
39         "private": "true"
40       },
41       {
42         "name": "bak/2017/isbn_9780143120544_proxy_jpg.tar.bak",
43         "source": "original",
44         "mtime": "1505899137",
45         "size": "105175040",
46         "md5": "e12d0aa855635a652211d3dc14b91d7d",
47         "crc32": "bb10404f",
48         "sha1": "d05ff52225b639f81c59e95435dbdc01b0646e7e",
49         "format": "Backup",
50         "private": "true"
51       },
52       {
53         "name": "bak/2017/isbn_9780143120544_scandata.xml.bak",
```

```
 54          "source": "original",
 55          "mtime": "1505899244",
 56          "size": "542199",
 57          "md5": "47f7cc84735bf7149e849c61b7b5b225",
 58          "crc32": "97b8aa87",
 59          "sha1": "e5cab7c4a877818f7c7dc8729c3c1ef24072ca9a",
 60          "format": "Backup",
 61          "private": "true"
 62        },
 63        {
 64          "name": "isbn_9780143120544.cdx.gz",
 65          "source": "original",
 66          "mtime": "1506414202",
 67          "size": "7330",
 68          "format": "Item CDX Index",
 69          "private": "true",
 70          "md5": "3e70956c0a9b265beefa881353bede85",
 71          "crc32": "31f551c8",
 72          "sha1": "feb64bdf4c9fa86e9c2d146f33b9518f9322d4d5"
 73        },
 74        {
 75          "name": "isbn_9780143120544.cdx.idx",
 76          "source": "original",
 77          "mtime": "1506414202",
 78          "size": "34",
 79          "format": "Item CDX Meta-Index",
 80          "private": "true",
 81          "md5": "dbd87f65ff80057d9ead9bf6daf28993",
 82          "crc32": "bcbc2c17",
 83          "sha1": "23fb8b3d50c8fa52f17ca9d1ca83515f002a7766"
 84        },
 85        {
 86          "name": "isbn_9780143120544.pdf",
 87          "source": "derivative",
 88          "format": "Text PDF",
 89          "original": "isbn_9780143120544_djvu.xml",
 90          "mtime": "1506414173",
 91          "size": "23982377",
 92          "md5": "99affdfa1303a0284e876b576746ced8",
 93          "crc32": "75ca46b8",
 94          "sha1": "53faa476b4ddb66089bf656008c2287d0fa337ac",
 95          "private": "true"
 96        },
 97        {
 98          "name": "isbn_9780143120544.warc.gz",
 99          "source": "original",
100          "format": "Web ARChive GZ",
101          "mtime": "1432228918",
102          "size": "844133",
103          "md5": "22edf5dfbc269537574da83616550153",
104          "crc32": "e4381895",
105          "sha1": "2b590fda0920a2e1d443cde9276bda220642b79f"
106        },
107        {
108          "name": "isbn_9780143120544.warc.os.cdx.gz",
109          "source": "derivative",
110          "format": "WARC CDX Index",
```

```
111        "original": "isbn_9780143120544.warc.gz",
112        "mtime": "1506404571",
113        "size": "7527",
114        "md5": "a968f291546725e30048a9fb25183600",
115        "crc32": "63a50490",
116        "sha1": "6b5bec9d8379747c16814ebcd482d500ddca9f1f",
117        "private": "true"
118      },
119      {
120        "name": "isbn_9780143120544_abbyy.gz",
121        "source": "derivative",
122        "format": "Abbyy GZ",
123        "original": "isbn_9780143120544_jp2.zip",
124        "mtime": "1506411546",
125        "size": "13568645",
126        "md5": "48794fa984a70bce956fd94b49f15f29",
127        "crc32": "9de40d6b",
128        "sha1": "e87733752da89d20e83273a3249d1bf07dd1de8f",
129        "private": "true"
130      },
131      {
132        "name": "isbn_9780143120544_dc.xml",
133        "source": "original",
134        "format": "Dublin Core",
135        "mtime": "1454971957",
136        "size": "5826",
137        "md5": "fad62dff4480feec20ac44850af8eac1",
138        "crc32": "56eaebf1",
139        "sha1": "ed600a5acf0f39a1ee3dc9c5748eba12f089783e"
140      },
141      {
142        "name": "isbn_9780143120544_djvu.txt",
143        "source": "derivative",
144        "format": "DjVuTXT",
145        "original": "isbn_9780143120544_djvu.xml",
146        "mtime": "1506414177",
147        "size": "956872",
148        "md5": "8da2007afb6be656671ea426311e7686",
149        "crc32": "454eac91",
150        "sha1": "86616c67af83f7a9e13aa6fd0379c76a23d98386",
151        "private": "true"
152      },
153      {
154        "name": "isbn_9780143120544_djvu.xml",
155        "source": "derivative",
156        "format": "Djvu XML",
157        "original": "isbn_9780143120544_abbyy.gz",
158        "mtime": "1506411920",
159        "size": "8226330",
160        "md5": "70cee21edc1ea993bd5db649a4ec5b9f",
161        "crc32": "f91f5cc4",
162        "sha1": "8fcdb3c8c1dea1b7db74b31e6422bf588cdcb5fe",
163        "private": "true"
164      },
165      {
166        "name": "isbn_9780143120544_encrypted.epub",
167        "source": "derivative",
```

```
168          "format": "ACS Encrypted EPUB",
169          "original": "isbn_9780143120544_abbyy.gz",
170          "mtime": "1529174722",
171          "size": "3351494",
172          "md5": "2be780e92dc0e964670ea25610e4f7da",
173          "crc32": "511ccb5a",
174          "sha1": "6c335c7019c81739852823f33b75ca75d7da13ae"
175        },
176        {
177          "name": "isbn_9780143120544_encrypted.pdf",
178          "source": "derivative",
179          "format": "ACS Encrypted PDF",
180          "original": "isbn_9780143120544.pdf",
181          "mtime": "1529174565",
182          "size": "23982588",
183          "md5": "2d273f8d7d0a9572c9c1990b6068f6bc",
184          "crc32": "31ea16df",
185          "sha1": "904e54f2b7c39ff10946cc2c131bdc750d865e1b"
186        },
187        {
188          "name": "isbn_9780143120544_events.json",
189          "source": "original",
190          "mtime": "1506404283",
191          "size": "55",
192          "md5": "6c6c9e819cb506087e17468fa242f3ab",
193          "crc32": "92d2fcd4",
194          "sha1": "6421a2749fe923dfcf26462fc23e60ddb484b939",
195          "format": "JSON",
196          "private": "true"
197        },
198        {
199          "name": "isbn_9780143120544_files.xml",
200          "source": "original",
201          "format": "Metadata",
202          "md5": "9e8ebf31ad21628f00e0427b0d57bb81"
203        },
204        {
205          "name": "isbn_9780143120544_jp2.zip",
206          "source": "derivative",
207          "format": "Single Page Processed JP2 ZIP",
208          "original": "isbn_9780143120544_orig_jp2.tar",
209          "mtime": "1506409753",
210          "size": "309399871",
211          "md5": "c2f136143f4f780476aab7320961c5ed",
212          "crc32": "a5d32282",
213          "sha1": "3b47bae44e33e846b3251d8478b8ad61daea54a9",
214          "private": "true"
215        },
216        {
217          "name": "isbn_9780143120544_loans.json",
218          "source": "original",
219          "mtime": "1599580219",
220          "size": "54118",
221          "format": "JSON",
222          "private": "true",
223          "md5": "93f9c89a575ed8caf82706ece1f83395",
224          "crc32": "ea10143b",
```

```
225            "sha1": "b5a1ac91d1902d06333c3a29c06cc07ce1bf826f"
226        },
227        {
228            "name": "isbn_9780143120544_marc.xml",
229            "source": "original",
230            "format": "MARC",
231            "mtime": "1454971957",
232            "size": "23567",
233            "md5": "6a86976bbc692ec9f79874b90c10603a",
234            "crc32": "93675a85",
235            "sha1": "80595e557b1fc809244d5318121ce53498910d84"
236        },
237        {
238            "name": "isbn_9780143120544_meta.log",
239            "source": "derivative",
240            "format": "Metadata Log",
241            "original": "isbn_9780143120544_xisbn.json",
242            "mtime": "1506404572",
243            "size": "138",
244            "md5": "dbc55d35d2963f4a0b072c84d5d86461",
245            "crc32": "047210a3",
246            "sha1": "caf53f6d5689d16e7015ff41c1f6288c60073391",
247            "private": "true"
248        },
249        {
250            "name": "isbn_9780143120544_meta.mrc",
251            "source": "original",
252            "format": "MARC Binary",
253            "mtime": "1454971957",
254            "size": "8451",
255            "md5": "6e47d4fc3b1b3553ce0a6584b042d0a2",
256            "crc32": "3158bcbc",
257            "sha1": "408c84994d57cc58d6b67a84528e3a72d5b7a759"
258        },
259        {
260            "name": "isbn_9780143120544_meta.sqlite",
261            "source": "original",
262            "mtime": "1506404475",
263            "size": "14336",
264            "format": "Metadata",
265            "md5": "c5b4f4c431c02b46cdb609d424c93bb4",
266            "crc32": "e1d5fa45",
267            "sha1": "fa0a4ffa63a34e5c3082de88463b2e8d35a9a6d0"
268        },
269        {
270            "name": "isbn_9780143120544_meta.xml",
271            "source": "original",
272            "format": "Metadata",
273            "mtime": "1599580219",
274            "size": "9904",
275            "md5": "a27d70ef934344852e1b7a843564c1c6",
276            "crc32": "d7a96024",
277            "sha1": "52abb7ab7b76080021d6ec77917dbcec54501b85"
278        },
279        {
280            "name": "isbn_9780143120544_metasource.xml",
281            "source": "original",
```

```
282        "format": "MARC Source",
283        "mtime": "1432228918",
284        "size": "303",
285        "md5": "e9908e6c11a3ee0d10b8e723e3c9e890",
286        "crc32": "649057f5",
287        "sha1": "11376d6ee675067f7097a98e37467f0061048441"
288      },
289      {
290        "name": "isbn_9780143120544_orig_jp2.tar",
291        "source": "original",
292        "mtime": "1506404471",
293        "size": "1119856640",
294        "format": "Single Page Original JP2 Tar",
295        "private": "true",
296        "md5": "f6d1ca76c4f0fba8d58124fa83a27042",
297        "crc32": "b8b53173",
298        "sha1": "90ec5b396bbcf68dd632b705f5a742bf22802fba"
299      },
300      {
301        "name": "isbn_9780143120544_scandata.xml",
302        "source": "original",
303        "mtime": "1506404471",
304        "size": "591373",
305        "format": "Scandata",
306        "md5": "7088098f1c927977bb290b37bc279e20",
307        "crc32": "a5da0aaf",
308        "sha1": "c6fb521b61201db7414a37b12cee5dbd911fea2f"
309      },
310      {
311        "name": "isbn_9780143120544_xisbn.json",
312        "source": "original",
313        "mtime": "1454970672",
314        "size": "3165",
315        "md5": "f957644d79dac90c56651286dddb3f13",
316        "crc32": "d4eb2410",
317        "sha1": "bba2b1785958c6826ff43aed1ea38c3a56d37702",
318        "format": "OCLC xISBN JSON"
319      },
320      {
321        "name": "logs/isbn_9780143120544_iabdash_2017-09-20145358.log",
322        "source": "original",
323        "mtime": "1505890443",
324        "size": "351",
325        "md5": "69943924437e45a9374f82d06e2b046c",
326        "crc32": "4f1fd160",
327        "sha1": "c73befc7c0081ae32afeee72bf36c8d4f15e8cb0",
328        "format": "Log",
329        "private": "true"
330      },
331      {
332        "name": "logs/isbn_9780143120544_scanning_2017-09-20145353.log",
333        "source": "original",
334        "mtime": "1505890438",
335        "size": "446229",
336        "md5": "139188a88814d81b6f2d7d49745eac5e",
337        "crc32": "8a00d546",
338        "sha1": "8fd1f092e186c0756a0faaba1d63df21be691d60",
```

```
339        "format": "Log",
340        "private": "true"
341      }
342    ],
343    "files_count": 31,
344    "item_last_updated": 1599580219,
345    "item_size": 5071091036,
346    "metadata": {
347      "isbn": [
348        "9781594202773",
349        "159420277X",
350        "9781594202773",
351        "9780143120544",
352        "0143120549"
353      ],
354      "mediatype": "texts",
355      "page-progression": "lr",
356      "repub_state": "22",
357      "updatedate": "2015-05-21 17:21:56",
358      "updater": "associate-tracey-gutierres@archive.org",
359      "boxid": "IA1157917",
360      "contributor": "Internet Archive",
361      "language": "eng",
362      "scanningcenter": "hongkong",
363      "sponsor": "Kahle/Austin Foundation",
364      "title": "Triumph of the city : how our greatest invention makes us
365   richer, smarter, greener, healthier, and happier",
366      "identifier": "isbn_9780143120544",
367      "uploader": "associate-tracey-gutierres@archive.org",
368      "addeddate": "2015-05-21 17:22:00.345197",
369      "publicdate": "2015-05-21 17:22:06",
370      "collection": [
371        "inlibrary",
372        "printdisabled",
373        "internetarchivebooks",
374        "china"
375      ],
376      "donor": "allen_county",
377      "creator": "Glaeser, Edward L. (Edward Ludwig), 1967-",
378      "publisher": "New York : Penguin Press",
379      "date": "2011",
380      "subject": [
381        "Urbanization",
382        "Cities and towns",
383        "Urban economics",
384        "Sociology, Urban",
385        "Urbanisation",
386        "Villes",
387        "Economie urbaine",
388        "Sociologie urbaine",
389        "Cities and towns",
390        "Sociology, Urban",
391        "Urban economics",
392        "Urbanization",
393        "Stedelijke economie",
394        "Forensisme",
395        "Stadscultuur",
```

```
396        "Stadtentwicklung",
397        "Stadtsoziologie",
398        "Stadtõàkonomie",
399        "VerstãÃdterung",
400        "Wachstum",
401        "Stadtentwicklung",
402        "Stadtsoziologie",
403        "Stadtõàkonomie",
404        "VerstãÃdterung",
405        "Wachstum",
406        "Urbanization",
407        "Cities and towns",
408        "Cities and towns",
409        "Urban sociology"
410    ],
411    "lccn": "2010034609",
412    "description": [
413        "Includes bibliographical references (pages 307-323) and index",
414        "A pioneering urban economist offers fascinating, even inspiring proof
415    that the city is humanity's greatest invention and our best hope for the
416    future",
417        "Our urban species -- What do they make in Bangalore? -- Why do cities
418    decline? -- What's good about slums? -- How were the tenements tamed? -- Is
419    London a luxury resort? -- What's so great about skyscrapers? -- Why has
420    sprawl spread? -- Is there anything greener than blacktop? -- How do cities
421    succeed? -- Flat world, tall city",
422        "Our urban species -- What do they make in Bangalore?: Ports of
423    intellectual entry: Athens ; Baghdad's house of wisdom ; Learning in Nagasaki
424    ; How Bangalore became a boom town ; Education and urban success ; The rise
425    of Silicon Valley ; The cities of tomorrow -- Why do cities decline?: How the
426    rust belt rose ; Detroit before cars ; Henry Ford and industrial Detroit ;
427    Why riot? ; Urban reinvention: New York since 1970 ; The righteous rage of
428    Coleman Young ; the Curley effect ; The edifice complex ; Remaining in the
429    rust belt ; Shrinking to greatness -- What's good about slums?: Rio's favelas
430    ; Moving on up ; Richard Wright's urban exodus ; Rise and fall of the
431    American ghetto ; The inner city ; How policy magnifies poverty -- How were
432    the tenements tamed?: The plight of Kinshasa ; Healing sick cities ; Street
433    cleaning and corruption ; More roads, less traffic? ; Making cities safer ;
434    Health benefits -- Is London a luxury resort?: Scale economies and the Globe
435    Theatre ; The division of labor and lamb vindaloo ; Shoes and the city ;
436    London as marriage market ; When are high wages bad? -- What's so great about
437    skyscrapers?: Inventing the skyscraper ; The soaring ambition of A.E.
438    Lefcourt ; Regulating New York ; Fear of heights ; The perils of preservation
439    ; Rethinking Paris ; Mismanagement in Mumbai ; Three simple rules -- Why has
440    sprawl spread?: Sprawl before cars ; Arthur Levitt and mass-produced housing
441    ; Rebuilding America around the car ; Welcome to The Woodlands ; Accounting
442    for tastes: why a million people moved to Houston ; Why is housing so cheap
443    in the sunbelt? ; What's wrong with sprawl? -- Is there anything greener than
444    blacktop?: The dream of garden living ; Dirty footprints: comparing carbon
445    emissions ; The unintended consequences of environmentalism ; Two green
446    visions: the prince and the mayor ; The biggest battle: greening India and
447    China ; Seeking smarter environmentalism -- How do cities succeed?: The
448    Imperial city: Tokyo ; The well-managed city: Singapore and Gaborone ; The
449    smart city: Boston, Minneapolis, and Milan ; The consumer city: Vancouver ;
450    The growing city: Chicago and Atlanta ; Too much of a good thing in Dubai --
451    Flat world, tall city: Give cities a level playing field ; Urbanization
452    through globalization ; Lend a hand to human capital ; Help poor people, not
```

```
453  poor places ; The challenge of urban poverty ; The rise of the consumer city
454  ; The curse of NIMBYism ; The bias toward sprawl ; Green cities ; Gifts of
455  the city"
456      ],
457      "identifier-access": "http://archive.org/details/isbn_9780143120544",
458      "identifier-ark": "ark:/13960/t27986x5n",
459      "city": "New York, New York",
460      "oclc-id": [
461        "727703512",
462        "804698464",
463        "845006457",
464        "650211168",
465        "731888654"
466      ],
467      "related-external-id": [
468        "urn:isbn:159420277X",
469        "urn:lccn:2010034609",
470        "urn:oclc:650211168",
471        "urn:oclc:726829630",
472        "urn:oclc:731888654",
473        "urn:oclc:741095748",
474        "urn:oclc:754644587",
475        "urn:oclc:769095094",
476        "urn:oclc:832629025",
477        "urn:oclc:875752124",
478        "urn:oclc:845006457",
479        "urn:isbn:0330458078",
480        "urn:oclc:757931040",
481        "urn:oclc:778121965",
482        "urn:oclc:778355455",
483        "urn:oclc:798803188",
484        "urn:oclc:812685058",
485        "urn:oclc:819207131",
486        "urn:oclc:821921176",
487        "urn:oclc:868323507",
488        "urn:isbn:475714279X",
489        "urn:oclc:811358614",
490        "urn:oclc:825167958",
491        "urn:isbn:0230709389",
492        "urn:oclc:704895956",
493        "urn:oclc:741736993",
494        "urn:oclc:751581637",
495        "urn:oclc:757821292",
496        "urn:oclc:768970486",
497        "urn:oclc:782046805",
498        "urn:oclc:800805763",
499        "urn:oclc:723403945",
500        "urn:isbn:1101467339",
501        "urn:oclc:857302573",
502        "urn:isbn:0230709397",
503        "urn:oclc:846925637",
504        "urn:oclc:868291656",
505        "urn:isbn:1101475676"
506      ],
507      "shipping_container": "SZ0025",
508      "backup_location": "ia905305_33",
509      "scanner": "ttscribe20.hongkong.archive.org",
```

```
510        "operator": "associate-chenjinyu@archive.org",
511        "tts_version": "v1.52-final",
512        "ppi": "300",
513        "republisher_operator": "associate-mahmuda-akter@archive.org",
514        "republisher_date": "20170926113157",
515        "republisher_time": "1236",
516        "imagecount": "366",
517        "foldoutcount": "0",
518        "bookplateleaf": "0010",
519        "ocr": "ABBYY FineReader 11.0",
520        "scandate": "20171026",
521        "curatenote": "adding generic scandate; missing due to bug",
522        "scanfee": "15",
523        "invoice": "1213",
524        "sponsordate": "20171031",
525        "external-identifier": [
526          "urn:acs6:isbn_9780143120544:pdf:4667fe3c-0080-4727-8644-e45c51b60c8c",
527          "urn:acs6:isbn_9780143120544:epub:5750fe00-19e4-4363-bd18-
528 c715a5a6b10e",
529          "urn:oclc:record:759841377"
530        ],
531        "loans__status__status": "AVAILABLE",
532        "loans__status__num_loans": "4",
533        "loans__status__num_waitlist": "0",
534        "loans__status__last_loan_date": "2020-09-06T06:42:29Z",
535        "loans__status__last_waitlist_date": "2020-08-24T17:16:01Z",
536        "loans__status__num_history": "119",
537        "openlibrary_edition": "OL24607166M",
538        "openlibrary_work": "OL15675800W",
539        "access-restricted-item": "true"
540      },
541      "server": "ia600507.us.archive.org",
542      "simplelists": {
543        "holdings": {
544          "binghamton-ol": {
545            "notes": {
546              "isbn": [
547                "9781594202773"
548              ]
549            },
550            "sys_changed_by": {
551              "source": "mdapi",
552              "username": "charleshorn@archive.org"
553            },
554            "sys_last_changed": "2020-11-12 06:31:20.816836"
555          },
556          "cua-ol": {
557            "notes": {
558              "isbn": [
559                "9781594202773"
560              ]
561            },
562            "sys_changed_by": {
563              "source": "mdapi",
564              "username": "charleshorn@archive.org"
565            },
566            "sys_last_changed": "2020-11-04 00:08:47.809848"
```

```
567              },
568          "dartmouthlibrary-ol": {
569            "notes": {
570              "isbn": [
571                "9781594202773"
572              ]
573            },
574            "sys_changed_by": {
575              "source": "mdapi",
576              "username": "charleshorn@archive.org"
577            },
578            "sys_last_changed": "2020-04-07 11:59:24.868092"
579          },
580          "denverpubliclibrary-ol": {
581            "notes": {
582              "isbn": [
583                "9781594202773"
584              ]
585            },
586            "sys_changed_by": {
587              "source": "mdapi",
588              "username": "charleshorn@archive.org"
589            },
590            "sys_last_changed": "2019-03-20 18:01:06.606829"
591          },
592          "drakeuniversity-ol": {
593            "notes": {
594              "isbn": [
595                "9781594202773"
596              ]
597            },
598            "sys_changed_by": {
599              "source": "mdapi",
600              "username": "charleshorn@archive.org"
601            },
602            "sys_last_changed": "2019-12-16 00:27:17.28048"
603          },
604          "framingham-ol": {
605            "notes": {
606              "isbn": [
607                "9781594202773"
608              ]
609            },
610            "sys_changed_by": {
611              "source": "mdapi",
612              "username": "charleshorn@archive.org"
613            },
614            "sys_last_changed": "2021-03-08 05:36:08.52923"
615          },
616          "georgetown-university-law-library-ol": {
617            "notes": {
618              "isbn": [
619                "9781594202773"
620              ]
621            },
622            "sys_changed_by": {
623              "source": "mdapi",
```

```
624              "username": "charleshorn@archive.org"
625            },
626            "sys_last_changed": "2020-11-10 22:10:30.584315"
627          },
628          "gwulibraries-ol": {
629            "notes": {
630              "isbn": [
631                "9781594202773"
632              ]
633            },
634            "sys_changed_by": {
635              "source": "mdapi",
636              "username": "charleshorn@archive.org"
637            },
638            "sys_last_changed": "2021-02-19 07:10:12.592865"
639          },
640          "hamiltonpubliclibrary-ol": {
641            "notes": {
642              "isbn": [
643                "9781594202773"
644              ]
645            },
646            "sys_changed_by": {
647              "source": "mdapi",
648              "username": "charleshorn@archive.org"
649            },
650            "sys_last_changed": "2019-05-06 12:14:29.862251"
651          },
652          "ithacacollege-ol": {
653            "notes": {
654              "isbn": [
655                "9781594202773"
656              ]
657            },
658            "sys_changed_by": {
659              "source": "mdapi",
660              "username": "charleshorn@archive.org"
661            },
662            "sys_last_changed": "2020-09-10 00:37:15.626917"
663          },
664          "johnshopkins-ol": {
665            "notes": {
666              "isbn": [
667                "9781594202773"
668              ]
669            },
670            "sys_changed_by": {
671              "source": "mdapi",
672              "username": "charleshorn@archive.org"
673            },
674            "sys_last_changed": "2020-03-31 14:01:46.644476"
675          },
676          "kalamazoocollege-ol": {
677            "notes": {
678              "isbn": [
679                "9781594202773"
680              ]
```

```
681          },
682          "sys_changed_by": {
683            "source": "mdapi",
684            "username": "charleshorn@archive.org"
685          },
686          "sys_last_changed": "2019-03-13 12:09:56.473869"
687        },
688        "randolph-macon-college-ol": {
689          "notes": {
690            "isbn": [
691              "9781594202773"
692            ]
693          },
694          "sys_changed_by": {
695            "source": "mdapi",
696            "username": "charleshorn@archive.org"
697          },
698          "sys_last_changed": "2020-11-12 02:34:16.083475"
699        },
700        "riceuniversity-ol": {
701          "notes": {
702            "isbn": [
703              "9781594202773"
704            ]
705          },
706          "sys_changed_by": {
707            "source": "mdapi",
708            "username": "charleshorn@archive.org"
709          },
710          "sys_last_changed": "2020-04-03 09:18:42.944195"
711        },
712        "rochester-ol": {
713          "notes": {
714            "isbn": [
715              "9781594202773"
716            ]
717          },
718          "sys_changed_by": {
719            "source": "mdapi",
720            "username": "charleshorn@archive.org"
721          },
722          "sys_last_changed": "2021-01-21 12:20:59.181722"
723        },
724        "smithsonianlibraries": {
725          "notes": [
726            {
727              "isbn": "9780143120544"
728            },
729            {
730              "isbn": "9781594202773"
731            }
732          ],
733          "sys_changed_by": {
734            "source": "task",
735            "task_id": "746449194"
736          },
737          "sys_last_changed": "2017-09-29 21:46:49.574304"
```

A-3969

```
738            },
739            "the-claremont-colleges-ol": {
740              "notes": {
741                "isbn": [
742                  "9780143120544"
743                ]
744              },
745              "sys_changed_by": {
746                "source": "mdapi",
747                "username": "charleshorn@archive.org"
748              },
749              "sys_last_changed": "2020-03-26 23:51:52.547784"
750            },
751            "uni-ol": {
752              "notes": {
753                "isbn": [
754                  "9781594202773"
755                ]
756              },
757              "sys_changed_by": {
758                "source": "mdapi",
759                "username": "charleshorn@archive.org"
760              },
761              "sys_last_changed": "2021-04-24 12:21:28.643977"
762            },
763            "universityofarizona-ol": {
764              "notes": {
765                "isbn": [
766                  "9781594202773"
767                ]
768              },
769              "sys_changed_by": {
770                "source": "mdapi",
771                "username": "charleshorn@archive.org"
772              },
773              "sys_last_changed": "2020-04-14 10:29:22.222961"
774            },
775            "universityofcoloradoboulder-ol": {
776              "notes": {
777                "isbn": [
778                  "9781594202773"
779                ]
780              },
781              "sys_changed_by": {
782                "source": "mdapi",
783                "username": "charleshorn@archive.org"
784              },
785              "sys_last_changed": "2020-04-17 08:39:58.924997"
786            },
787            "universityofoklahoma-ol": {
788              "notes": {
789                "isbn": [
790                  "9781594202773"
791                ]
792              },
793              "sys_changed_by": {
794                "source": "mdapi",
```

```
795              "username": "charles.horn@gmail.com"
796            },
797            "sys_last_changed": "2019-12-05 03:35:57.676744"
798          },
799          "worthingtonlibraries-ol": {
800            "notes": {
801              "isbn": [
802                "9781594202773"
803              ]
804            },
805            "sys_changed_by": {
806              "source": "mdapi",
807              "username": "charleshorn@archive.org"
808            },
809            "sys_last_changed": "2020-10-08 05:23:34.715394"
810          }
811        }
812      },
813      "uniq": 455498775,
814      "workable_servers": [
815        "ia600507.us.archive.org",
816        "ia800507.us.archive.org"
817      ],
818      "xisbn": {
819        "stat": "ok",
820        "list": [
821          {
822            "url": [
823              "http://www.worldcat.org/oclc/727703512?referer=xid"
824            ],
825            "publisher": "Penguin Books",
826            "form": [
827              "BC"
828            ],
829            "lccn": [
830              "2010034609"
831            ],
832            "lang": "eng",
833            "city": "New York, New York",
834            "author": "Edward Glaeser.",
835            "year": "2012",
836            "isbn": [
837              "0143120549"
838            ],
839            "title": "Triumph of the city : how our greatest invention makes us
840  richer, smarter, greener, healthier, and happier",
841            "oclcnum": [
842              "727703512",
843              "804698464",
844              "845006457",
845              "650211168",
846              "731888654"
847            ]
848          },
849          {
850            "url": [
851              "http://www.worldcat.org/oclc/650211168?referer=xid"
```

```
852            ],
853            "publisher": "Penguin Press",
854            "form": [
855              "BA"
856            ],
857            "lccn": [
858              "2010034609"
859            ],
860            "lang": "eng",
861            "city": "New York",
862            "author": "Edward L. Glaeser.",
863            "ed": "1st ed.",
864            "year": "2011",
865            "isbn": [
866              "159420277X"
867            ],
868            "title": "Triumph of the city : how our greatest invention makes us
869   richer, smarter, greener, healthier, and happier",
870            "oclcnum": [
871              "650211168",
872              "726829630",
873              "731888654",
874              "741095748",
875              "754644587",
876              "769095094",
877              "832629025",
878              "875752124",
879              "845006457"
880            ]
881          },
882          {
883            "url": [
884              "http://www.worldcat.org/oclc/757931040?referer=xid"
885            ],
886            "publisher": "Pan",
887            "form": [
888              "BC"
889            ],
890            "lang": "eng",
891            "city": "London",
892            "author": "by Edward Glaeser.",
893            "year": "2012",
894            "isbn": [
895              "0330458078"
896            ],
897            "title": "Triumph of the city : how our greatest invention makes us
898   richer, smarter, greener, healthier and happier",
899            "oclcnum": [
900              "757931040",
901              "778121965",
902              "778355455",
903              "798803188",
904              "812685058",
905              "819207131",
906              "821921176",
907              "868323507",
908              "832629025"
```

```
909        ]
910      },
911      {
912        "url": [
913          "http://www.worldcat.org/oclc/811358614?referer=xid"
914        ],
915        "publisher": "Enutƒ´tƒ´shuppan",
916        "form": [
917          "BA"
918        ],
919        "lang": "jpn",
920        "city": "T≈çky≈ç",
921        "author": "Glaeser Edward L.;Yamagata Hir≈ç.",
922        "originalLang": "eng",
923        "year": "2012",
924        "isbn": [
925          "475714279X"
926        ],
927        "title": "Toshi wa jinrui saik≈ç no hatsumei de aru",
928        "oclcnum": [
929          "811358614",
930          "825167958"
931        ]
932      },
933      {
934        "url": [
935          "http://www.worldcat.org/oclc/704895956?referer=xid"
936        ],
937        "publisher": "Macmillan",
938        "form": [
939          "BB"
940        ],
941        "lang": "eng",
942        "city": "[London]",
943        "author": "Edward Glaeser.",
944        "ed": "Export ed.",
945        "year": "2011",
946        "isbn": [
947          "0230709389"
948        ],
949        "title": "Triumph of the city",
950        "oclcnum": [
951          "704895956",
952          "741736993",
953          "751581637",
954          "757821292",
955          "768970486",
956          "782046805",
957          "800805763",
958          "723403945"
959        ]
960      },
961      {
962        "url": [
963          "http://www.worldcat.org/oclc/759841377?referer=xid"
964        ],
965        "publisher": "Penguin Press",
```

```
966              "form": [
967                "BA",
968                "DA"
969              ],
970              "lang": "eng",
971              "city": "New York",
972              "author": "Edward L. Glaeser.",
973              "year": "2011",
974              "isbn": [
975                "1101467339"
976              ],
977              "title": "Triumph of the city how our greatest invention makes us
978       richer, smarter, greener, healthier, and happier",
979              "oclcnum": [
980                "759841377",
981                "857302573"
982              ]
983            },
984            {
985              "url": [
986                "http://www.worldcat.org/oclc/723403945?referer=xid"
987              ],
988              "publisher": "Pan Macmillan",
989              "form": [
990                "BC"
991              ],
992              "lang": "eng",
993              "city": "London",
994              "author": "Glaeser, Edward.",
995              "ed": "Export ed.",
996              "year": "2011",
997              "isbn": [
998                "0230709397"
999              ],
1000             "title": "The Triumph of the City",
1001             "oclcnum": [
1002               "723403945",
1003               "846925637",
1004               "868291656",
1005               "704895956",
1006               "741736993",
1007               "757821292",
1008               "768970486",
1009               "782046805",
1010               "800805763"
1011             ]
1012           },
1013           {
1014             "url": [
1015               "http://www.worldcat.org/oclc/759841377?referer=xid"
1016             ],
1017             "publisher": "Penguin Press",
1018             "form": [
1019               "BA",
1020               "DA"
1021             ],
1022             "lang": "eng",
```

```
1023          "city": "New York",
1024          "author": "Edward L. Glaeser.",
1025          "year": "2011",
1026          "isbn": [
1027            "1101475676"
1028          ],
1029          "title": "Triumph of the city how our greatest invention makes us
1030    richer, smarter, greener, healthier, and happier",
1031          "oclcnum": [
1032            "759841377",
1033            "857302573"
1034          ]
1035        }
1036      ]
1037    }
1038  }
```

**Exhibit B: The contents of https://archive.org/download/denverpubliclibrary-ol on February 18, 2022.**

```xml
<?xml version="1.0" encoding="UTF-8"?>
<files>
  <file name="__ia_thumb.jpg" source="original">
    <mtime>1637018573</mtime>
    <size>6418</size>
    <format>Item Tile</format>
    <rotation>0</rotation>
    <md5>73885b645132c40eb1f4c10db1d30f6f</md5>
    <crc32>15b8fb66</crc32>
    <sha1>d9ca585b6ab0cd7a1a681ca53b06ffb24aaa9e1b</sha1>
  </file>
  <file name="denverpubliclibrary-ol_archive.torrent" source="metadata">
    <btih>d8d33c191db69dbf41af2790760113f564c828ad</btih>
    <mtime>1645046354</mtime>
    <size>48959</size>
    <md5>c19ffe63e1779d15b6bc2b600ee5ceb2</md5>
    <crc32>8c13db14</crc32>
    <sha1>7e838e37208d3d52b33abaf2875ddfd80bc4b038</sha1>
    <format>Archive BitTorrent</format>
  </file>
  <file name="denverpubliclibrary-ol_files.xml" source="original">
    <format>Metadata</format>
    <md5>d01b7e46a76fe22fb289bb22072e006b</md5>
    <summation>md5</summation>
  </file>
  <file name="denverpubliclibrary-ol_itemimage.png" source="original">
    <mtime>1602745654</mtime>
    <size>12548</size>
    <md5>b9e4b8db92eadd86b305dac67507d6d7</md5>
    <crc32>ef26f587</crc32>
    <sha1>7d5fba0c5d6ef12a74e39b23bd5b3d331e4fbc84</sha1>
    <format>Item Image</format>
  </file>
  <file name="denverpubliclibrary-ol_meta.sqlite" source="original">
    <mtime>1641183056</mtime>
    <size>198656</size>
    <format>Metadata</format>
    <md5>4c2900988337345cc7d116e05d6f622b</md5>
    <crc32>caf63856</crc32>
    <sha1>0dfb42eb4574ce6f20ee8fb5e421250f161c873c</sha1>
  </file>
  <file name="denverpubliclibrary-ol_meta.xml" source="original">
    <mtime>1595321994</mtime>
    <size>926</size>
    <format>Metadata</format>
    <md5>03dbd8df851dda70a9b838679bb863fb</md5>
    <crc32>6b065586</crc32>
    <sha1>6dff8f50c765077dfcaece411fc9f210bdb2ca2a</sha1>
  </file>
  <file name="denverpubliclibrary-ol_simplelists.sqlite" source="original">
    <mtime>1645046347</mtime>
    <size>21281792</size>
    <format>SimpleLists Archival Backup</format>
    <md5>065bc29792ee0be56ac7c9707e35b2ec</md5>
    <crc32>7b0434aa</crc32>
    <sha1>ad2f2ef3d0c9a8b2f71c3cfdef1c12275f5f9905</sha1>
  </file>
  <file name="denverpubliclibrary.tsv" source="original">
    <mtime>1641183045</mtime>
```

```
      <size>1405348</size>
      <md5>aea919bc22493a27591af54304e988df</md5>
      <crc32>60d675c2</crc32>
      <sha1>9052450c54cbe07e31d717e4abfa198ec7fe010f</sha1>
      <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20190213_digital_direct_matches-
exclusions_conflated.lst" source="original">
      <mtime>1552970843</mtime>
      <size>0</size>
      <md5>d41d8cd98f00b204e9800998ecf8427e</md5>
      <crc32>00000000</crc32>
      <sha1>da39a3ee5e6b4b0d3255bfef95601890afd80709</sha1>
      <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20190213_digital_direct_matches.tsv"
source="original">
      <mtime>1552970815</mtime>
      <size>316562</size>
      <md5>767d93b79a95cc12397ca43c5b13e211</md5>
      <crc32>18513d54</crc32>
      <sha1>15faddc0f120b815f9d1a26c2375f862b1fe3606</sha1>
      <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20190213_digital_similar_matches.tsv"
source="original">
      <mtime>1552970818</mtime>
      <size>379070</size>
      <md5>ce3caf2304c4b94b3ee257c9e74a317d</md5>
      <crc32>b8e26698</crc32>
      <sha1>5a83c98fb5b62b5442ab3703a10610fe91692de8</sha1>
      <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20190213_inlibrary_direct_matches-
exclusions_conflated.lst" source="original">
      <mtime>1552970846</mtime>
      <size>13421</size>
      <md5>4344e0963c6d32019210e7057d1d0b98</md5>
      <crc32>2d298f62</crc32>
      <sha1>b8b6720a41a14dee48789dd73283874ccafb1bc4</sha1>
      <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20190213_inlibrary_direct_matches.tsv"
source="original">
      <mtime>1552970822</mtime>
      <size>3994648</size>
      <md5>fd2d1165c631cd26d960ac27a61180a4</md5>
      <crc32>fa0e9e4f</crc32>
      <sha1>85d76196073347831780a275278676e3ff9737b5</sha1>
      <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20190213_inlibrary_similar_matches.tsv"
source="original">
      <mtime>1552970826</mtime>
      <size>1308227</size>
      <md5>af3851f81c0c957068b3e7a4ee91ce5a</md5>
      <crc32>acb09b3a</crc32>
      <sha1>c1aa0d37ff6fe0b06fe9fb675f0526f4e8cf9919</sha1>
      <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20190213_overlap_summary.txt" source="original">
      <mtime>1602458123</mtime>
      <size>390</size>
```

```
      <md5>a388c637cf3955ae2e7164bbdaea01fc</md5>
      <crc32>87dd0a64</crc32>
      <sha1>b77c7ae16ef43370c7ebf1b88475766b94ca4287</sha1>
      <format>Text</format>
   </file>
   <file name="denverpubliclibrary_20190213_physical_direct_matches-
exclusions_conflated.lst" source="original">
      <mtime>1552970849</mtime>
      <size>13145</size>
      <md5>cd20b6b4bb4bbf4f136527628beeb102</md5>
      <crc32>58d03bc0</crc32>
      <sha1>76af59d0fb43e1d12c8f91c2ea7860196eb5524a</sha1>
      <format>Unknown</format>
   </file>
   <file name="denverpubliclibrary_20190213_physical_direct_matches.tsv"
source="original">
      <mtime>1552970829</mtime>
      <size>4002257</size>
      <md5>9f3c7feb5ad27d7767ff6098ab3e5650</md5>
      <crc32>ee7a0dae</crc32>
      <sha1>ad9df4945fa11e17389b8c97ed7457d0212a344b</sha1>
      <format>Tab-Separated Values</format>
   </file>
   <file name="denverpubliclibrary_20190213_physical_similar_matches.tsv"
source="original">
      <mtime>1552970831</mtime>
      <size>1365723</size>
      <md5>1cac10255aebc8c43e3f2cdc99eb55f2</md5>
      <crc32>299bcb9f</crc32>
      <sha1>10a173b65348d600f794f0987fc63800603e74df</sha1>
      <format>Tab-Separated Values</format>
   </file>
   <file name="denverpubliclibrary_20190213_promised_direct_matches.tsv"
source="original">
      <mtime>1552970834</mtime>
      <size>588381</size>
      <md5>877130ae21f9777758be0d5744771650</md5>
      <crc32>6a272cf8</crc32>
      <sha1>07336313dd122000cf6705b16db804f94f6b58c4</sha1>
      <format>Tab-Separated Values</format>
   </file>
   <file name="denverpubliclibrary_20190213_promised_similar_matches.tsv"
source="original">
      <mtime>1552970838</mtime>
      <size>193053</size>
      <md5>b6ee5392c29e0426d4df743ed4abc5d7</md5>
      <crc32>9d32ea79</crc32>
      <sha1>f174fa6b2ff41d1812c2b59008f576e184d85ba5</sha1>
      <format>Tab-Separated Values</format>
   </file>
   <file name="denverpubliclibrary_20201001_inlibrary_direct_matches-
exclusions_conflated.lst" source="original">
      <mtime>1603150857</mtime>
      <size>14286</size>
      <md5>ebde107958fee1c6e2893613528809e4</md5>
      <crc32>953b7bfd</crc32>
      <sha1>b3f36f4459c682403f1e0018fce4eb9a086b08e8</sha1>
      <format>Unknown</format>
   </file>
   <file name="denverpubliclibrary_20201001_inlibrary_direct_matches.tsv"
source="original">
      <mtime>1603150861</mtime>
      <size>6269662</size>
```

```
        <md5>09f4a1cc48429ca618a0e56c66455332</md5>
        <crc32>49243c49</crc32>
        <sha1>6327da92dfc3e1e3e88dd35e4ba76de10a17f10d</sha1>
        <format>Tab-Separated Values</format>
    </file>
    <file name="denverpubliclibrary_20201001_overlap_summary.txt" source="original">
        <mtime>1603150863</mtime>
        <size>390</size>
        <md5>76e2cdd226b1be9c9f893f8866ffa867</md5>
        <crc32>b5729c4c</crc32>
        <sha1>315868f106a9ccad82556963872fc01e381fb8fa</sha1>
        <format>Text</format>
    </file>
    <file name="denverpubliclibrary_20201001_physical_direct_matches-
exclusions_conflated.lst" source="original">
        <mtime>1603150865</mtime>
        <size>15341</size>
        <md5>23bab6bfc1955dcf3f544ac592933949</md5>
        <crc32>9ade7388</crc32>
        <sha1>a044e63a7968ec6d3ae3ef56e7357a058d044ef3</sha1>
        <format>Unknown</format>
    </file>
    <file name="denverpubliclibrary_20201001_physical_direct_matches.tsv"
source="original">
        <mtime>1603150867</mtime>
        <size>7058205</size>
        <md5>1d5e8cc7bb1c0f3554dee5f62b8df873</md5>
        <crc32>52cd4cff</crc32>
        <sha1>3b78a0f23dd5969bba548eaebb3fed812b73697b</sha1>
        <format>Tab-Separated Values</format>
    </file>
    <file name="denverpubliclibrary_20201001_promised_direct_matches.tsv"
source="original">
        <mtime>1603150874</mtime>
        <size>2122</size>
        <md5>ade7eb6b0b6bbebbfc01f635b9b9b170</md5>
        <crc32>7ab57cea</crc32>
        <sha1>897950b38443103e8eeb4a57a8cbcf71baae6083</sha1>
        <format>Tab-Separated Values</format>
    </file>
    <file name="denverpubliclibrary_20201101_inlibrary_direct_matches-
exclusions_conflated.lst" source="original">
        <mtime>1607304072</mtime>
        <size>14286</size>
        <md5>ebde107958fee1c6e2893613528809e4</md5>
        <crc32>953b7bfd</crc32>
        <sha1>b3f36f4459c682403f1e0018fce4eb9a086b08e8</sha1>
        <format>Unknown</format>
    </file>
    <file name="denverpubliclibrary_20201101_inlibrary_direct_matches.tsv"
source="original">
        <mtime>1607304076</mtime>
        <size>6308998</size>
        <md5>733c08245bead5cd166e9d7970f922c1</md5>
        <crc32>44e23210</crc32>
        <sha1>b8ee0299d109cd3610a070aea32329fda301fb20</sha1>
        <format>Tab-Separated Values</format>
    </file>
    <file name="denverpubliclibrary_20201101_overlap_summary.txt" source="original">
        <mtime>1607304082</mtime>
        <size>390</size>
        <md5>cb729b18bc044f75e38d45f9f7e63529</md5>
        <crc32>e937f8ee</crc32>
```

```
        <sha1>118ebfef9193daad64bca932112a813250868a44</sha1>
        <format>Text</format>
    </file>
    <file name="denverpubliclibrary_20201101_physical_direct_matches-
exclusions_conflated.lst" source="original">
        <mtime>1607304085</mtime>
        <size>15341</size>
        <md5>23bab6bfc1955dcf3f544ac592933949</md5>
        <crc32>9ade7388</crc32>
        <sha1>a044e63a7968ec6d3ae3ef56e7357a058d044ef3</sha1>
        <format>Unknown</format>
    </file>
    <file name="denverpubliclibrary_20201101_physical_direct_matches.tsv"
source="original">
        <mtime>1607304087</mtime>
        <size>7113974</size>
        <md5>4dc72a2356502912efdf2a8ae8cca912</md5>
        <crc32>e23415f4</crc32>
        <sha1>a713307276eaf41331b30969ec7af1bc371b695f</sha1>
        <format>Tab-Separated Values</format>
    </file>
    <file name="denverpubliclibrary_20201101_promised_direct_matches.tsv"
source="original">
        <mtime>1607304092</mtime>
        <size>1967</size>
        <md5>6587632f807c647e9541d474bbad7d6b</md5>
        <crc32>b9b698b0</crc32>
        <sha1>ad4f9316085d865deef8c3828d6d6611f7d5d39d</sha1>
        <format>Tab-Separated Values</format>
    </file>
    <file name="denverpubliclibrary_20201201_inlibrary_direct_matches-
exclusions_conflated.lst" source="original">
        <mtime>1607657100</mtime>
        <size>14286</size>
        <md5>ebde107958fee1c6e2893613528809e4</md5>
        <crc32>953b7bfd</crc32>
        <sha1>b3f36f4459c682403f1e0018fce4eb9a086b08e8</sha1>
        <format>Unknown</format>
    </file>
    <file name="denverpubliclibrary_20201201_inlibrary_direct_matches.tsv"
source="original">
        <mtime>1607657105</mtime>
        <size>6308476</size>
        <md5>6e879d3b9f9b5265476c34f012e905cc</md5>
        <crc32>ca12d3ab</crc32>
        <sha1>df5e7d4ccdbc2ed954efe202bca0a93b7ef299d4</sha1>
        <format>Tab-Separated Values</format>
    </file>
    <file name="denverpubliclibrary_20201201_overlap_summary.txt" source="original">
        <mtime>1607657109</mtime>
        <size>390</size>
        <md5>b15659988e0840282b53e3d30c5c9881</md5>
        <crc32>99eceac8</crc32>
        <sha1>21f6bae62745e70d82c1d1a3a826c999bc050662</sha1>
        <format>Text</format>
    </file>
    <file name="denverpubliclibrary_20201201_physical_direct_matches-
exclusions_conflated.lst" source="original">
        <mtime>1607657113</mtime>
        <size>15341</size>
        <md5>23bab6bfc1955dcf3f544ac592933949</md5>
        <crc32>9ade7388</crc32>
        <sha1>a044e63a7968ec6d3ae3ef56e7357a058d044ef3</sha1>
```

```
      <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20201201_physical_direct_matches.tsv"
source="original">
      <mtime>1607657117</mtime>
      <size>7170026</size>
      <md5>8dd3dc877d8af38076e707f3729aeb8d</md5>
      <crc32>af32d0af</crc32>
      <sha1>b5a3047a172be5776a18fe9e6608d309068a9ff1</sha1>
      <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20201201_promised_direct_matches.tsv"
source="original">
      <mtime>1607657124</mtime>
      <size>0</size>
      <md5>d41d8cd98f00b204e9800998ecf8427e</md5>
      <crc32>00000000</crc32>
      <sha1>da39a3ee5e6b4b0d3255bfef95601890afd80709</sha1>
      <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210101_inlibrary_direct_matches-
exclusions_conflated.lst" source="original">
      <mtime>1610927310</mtime>
      <size>14286</size>
      <md5>ebde107958fee1c6e2893613528809e4</md5>
      <crc32>953b7bfd</crc32>
      <sha1>b3f36f4459c682403f1e0018fce4eb9a086b08e8</sha1>
      <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20210101_inlibrary_direct_matches.tsv"
source="original">
      <mtime>1610927313</mtime>
      <size>6479783</size>
      <md5>11068daff323d78412da01195bffcdfc</md5>
      <crc32>9e4fb268</crc32>
      <sha1>a1c3780df54edf97b076fe251756c0e6c163df25</sha1>
      <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210101_inlibrary_similar_matches.tsv"
source="original">
      <mtime>1610927316</mtime>
      <size>1883031</size>
      <md5>945e0dfb74892bb18a78e088d0566bfb</md5>
      <crc32>edb3aa86</crc32>
      <sha1>b06920f66ef59e1be838ec5341dcf26975f7e2ea</sha1>
      <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210101_overlap_summary.txt" source="original">
      <mtime>1610927318</mtime>
      <size>516</size>
      <md5>2bb0292996d328d2c11778b5ff06d967</md5>
      <crc32>4b39683a</crc32>
      <sha1>bea627d73c6861ca7a89386e63fe295d24cfa79d</sha1>
      <format>Text</format>
  </file>
  <file name="denverpubliclibrary_20210101_physical_direct_matches-
exclusions_conflated.lst" source="original">
      <mtime>1610927320</mtime>
      <size>15341</size>
      <md5>23bab6bfc1955dcf3f544ac592933949</md5>
      <crc32>9ade7388</crc32>
      <sha1>a044e63a7968ec6d3ae3ef56e7357a058d044ef3</sha1>
      <format>Unknown</format>
```

```
    </file>
  <file name="denverpubliclibrary_20210101_physical_direct_matches.tsv"
source="original">
      <mtime>1610927324</mtime>
      <size>7277572</size>
      <md5>4369465be6d5cb71788e749e99c5954b</md5>
      <crc32>6dea77cb</crc32>
      <sha1>63d594efe83bd6c0acb27e6f37d7999a9d39ce0e</sha1>
      <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210101_physical_similar_matches.tsv"
source="original">
      <mtime>1610927326</mtime>
      <size>2236193</size>
      <md5>ad1fc49538327f354d76890da4444f8b</md5>
      <crc32>f3ed3bb0</crc32>
      <sha1>e94b3d98787961cca36108d8f4191d03d4f15d3d</sha1>
      <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210101_promised_direct_matches.tsv"
source="original">
      <mtime>1610927328</mtime>
      <size>1901</size>
      <md5>a4a3695fa6015740aa789acd227db75f</md5>
      <crc32>4ae7b396</crc32>
      <sha1>18d6db187345ba279c23257a41cb506473e92395</sha1>
      <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210101_promised_similar_matches.tsv"
source="original">
      <mtime>1610927330</mtime>
      <size>0</size>
      <md5>d41d8cd98f00b204e9800998ecf8427e</md5>
      <crc32>00000000</crc32>
      <sha1>da39a3ee5e6b4b0d3255bfef95601890afd80709</sha1>
      <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210201_inlibrary_direct_matches-
exclusions_conflated.lst" source="original">
      <mtime>1616368312</mtime>
      <size>14261</size>
      <md5>f24f0350e9310bd2c93b5f42756421f2</md5>
      <crc32>3c20d3a7</crc32>
      <sha1>17a5dea55972eaad74a9839a00309a7f6ada0b6a</sha1>
      <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20210201_inlibrary_direct_matches.tsv"
source="original">
      <mtime>1616368314</mtime>
      <size>6541138</size>
      <md5>f182d5bfe52e149460000dcb408b284c</md5>
      <crc32>ec07a441</crc32>
      <sha1>72e84156643244c096b68c00c3e038f5284d3452</sha1>
      <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210201_inlibrary_similar_matches.tsv"
source="original">
      <mtime>1616368319</mtime>
      <size>1882217</size>
      <md5>a0cc7dfe1499c0e18bbe3f21db241631</md5>
      <crc32>793e6fed</crc32>
      <sha1>919165588fda317a9ec553d744689f6272d614fd</sha1>
      <format>Tab-Separated Values</format>
```

```
    </file>
    <file name="denverpubliclibrary_20210201_overlap_summary.txt" source="original">
      <mtime>1616368321</mtime>
      <size>516</size>
      <md5>b4e086248474a2204e9a37607a98514d</md5>
      <crc32>d316a25b</crc32>
      <sha1>c88ac286fc6e4bc8bac4e1636943cbfad644ec4c</sha1>
      <format>Text</format>
    </file>
    <file name="denverpubliclibrary_20210201_physical_direct_matches-
exclusions_conflated.lst" source="original">
      <mtime>1616368323</mtime>
      <size>15341</size>
      <md5>23bab6bfc1955dcf3f544ac592933949</md5>
      <crc32>9ade7388</crc32>
      <sha1>a044e63a7968ec6d3ae3ef56e7357a058d044ef3</sha1>
      <format>Unknown</format>
    </file>
    <file name="denverpubliclibrary_20210201_physical_direct_matches.tsv"
source="original">
      <mtime>1616368325</mtime>
      <size>7384899</size>
      <md5>eacc794a91882a92c06d79dd246e0e88</md5>
      <crc32>1ff0e9be</crc32>
      <sha1>e7adb69e0f985885d382e33453d495c48f7a60ae</sha1>
      <format>Tab-Separated Values</format>
    </file>
    <file name="denverpubliclibrary_20210201_physical_similar_matches.tsv"
source="original">
      <mtime>1616368327</mtime>
      <size>2236126</size>
      <md5>bbf3c61639e028ae85a4436f12eee493</md5>
      <crc32>af9d60b0</crc32>
      <sha1>f5b4b2c28998ea0f0fad4f4f159a2a1806394a4e</sha1>
      <format>Tab-Separated Values</format>
    </file>
    <file name="denverpubliclibrary_20210201_promised_direct_matches.tsv"
source="original">
      <mtime>1616368328</mtime>
      <size>2067</size>
      <md5>2952fe11e4ecda39e41cabe67e4561d6</md5>
      <crc32>d338ea41</crc32>
      <sha1>923d8829692cc1d6804786cbde860c0961347ab6</sha1>
      <format>Tab-Separated Values</format>
    </file>
    <file name="denverpubliclibrary_20210201_promised_similar_matches.tsv"
source="original">
      <mtime>1616368331</mtime>
      <size>0</size>
      <md5>d41d8cd98f00b204e9800998ecf8427e</md5>
      <crc32>00000000</crc32>
      <sha1>da39a3ee5e6b4b0d3255bfef95601890afd80709</sha1>
      <format>Tab-Separated Values</format>
    </file>
    <file name="denverpubliclibrary_20210301_inlibrary_direct_matches-
exclusions_conflated.lst" source="original">
      <mtime>1616443823</mtime>
      <size>14767</size>
      <md5>006025b21774f3ff63d2b5bd7141d608</md5>
      <crc32>9ef60cfa</crc32>
      <sha1>cb95508e619661ebf78dab72fab586bf5703500e</sha1>
      <format>Unknown</format>
    </file>
```

```
  <file name="denverpubliclibrary_20210301_inlibrary_direct_matches.tsv"
source="original">
      <mtime>1616443826</mtime>
      <size>7133834</size>
      <md5>881e8cd6e0e620fdb5b39575ae436464</md5>
      <crc32>d142e6ad</crc32>
      <sha1>2746b657b8ad602dff37a51c7450ad9170acfab3</sha1>
      <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210301_inlibrary_similar_matches.tsv"
source="original">
      <mtime>1616443829</mtime>
      <size>1960228</size>
      <md5>2923241e7ed6919be38165236d7a7d4e</md5>
      <crc32>17b46191</crc32>
      <sha1>8fa187f12319c61a282ab51b258bb0884b6a1914</sha1>
      <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210301_overlap_summary.txt" source="original">
      <mtime>1616443831</mtime>
      <size>516</size>
      <md5>2375f956ced2d45a1435630d1e47cf94</md5>
      <crc32>ad8603cd</crc32>
      <sha1>b363b164f8b0f38af462241c91839de147cb795e</sha1>
      <format>Text</format>
  </file>
  <file name="denverpubliclibrary_20210301_physical_direct_matches-
exclusions_conflated.lst" source="original">
      <mtime>1616443834</mtime>
      <size>15341</size>
      <md5>23bab6bfc1955dcf3f544ac592933949</md5>
      <crc32>9ade7388</crc32>
      <sha1>a044e63a7968ec6d3ae3ef56e7357a058d044ef3</sha1>
      <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20210301_physical_direct_matches.tsv"
source="original">
      <mtime>1616443837</mtime>
      <size>7618484</size>
      <md5>8fc17f942d6f7a2b2dadcbf0ddd4c22c</md5>
      <crc32>ff9b3aa3</crc32>
      <sha1>e77e4bce2e292300843665ac1e74f2f2249245ec</sha1>
      <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210301_physical_similar_matches.tsv"
source="original">
      <mtime>1616443866</mtime>
      <size>2236110</size>
      <md5>bae66ae9139d59afacea7d47d433e278</md5>
      <crc32>e4cbe2a5</crc32>
      <sha1>d0a98fd9c2d7f022ecf1a71c7740e8eb4571f74d</sha1>
      <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210301_promised_direct_matches.tsv"
source="original">
      <mtime>1616443869</mtime>
      <size>2067</size>
      <md5>79d41b0234a747b0d5e6858aea84dcd7</md5>
      <crc32>36c0b311</crc32>
      <sha1>6a2ea1e861ed51b0baf65e844d910bcb4736a666</sha1>
      <format>Tab-Separated Values</format>
  </file>
```

```
  <file name="denverpubliclibrary_20210301_promised_similar_matches.tsv"
source="original">
    <mtime>1616443873</mtime>
    <size>0</size>
    <md5>d41d8cd98f00b204e9800998ecf8427e</md5>
    <crc32>00000000</crc32>
    <sha1>da39a3ee5e6b4b0d3255bfef95601890afd80709</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210401_inlibrary_direct_matches-
exclusions_conflated.lst" source="original">
    <mtime>1621576082</mtime>
    <size>14767</size>
    <md5>006025b21774f3ff63d2b5bd7141d608</md5>
    <crc32>9ef60cfa</crc32>
    <sha1>cb95508e619661ebf78dab72fab586bf5703500e</sha1>
    <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20210401_inlibrary_direct_matches.tsv"
source="original">
    <mtime>1621576084</mtime>
    <size>7186227</size>
    <md5>5447506a840ad33faf198b2dfe3b873d</md5>
    <crc32>e0e91244</crc32>
    <sha1>c233c56c2f5489d1d100e000fe9f486bc1ec6c5a</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210401_inlibrary_similar_matches.tsv"
source="original">
    <mtime>1621576086</mtime>
    <size>1960167</size>
    <md5>ba5c7684a702805b200f645f9dfd7067</md5>
    <crc32>bd0e8539</crc32>
    <sha1>7d0046fbdfbd9c3da0fa151de85883f4b1d8749b</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210401_overlap_summary.txt" source="original">
    <mtime>1621576089</mtime>
    <size>516</size>
    <md5>219c6af07a7d6c58636a474b72ab9292</md5>
    <crc32>1197909f</crc32>
    <sha1>e4c8646674b0d292b8159306370802de66a73afb</sha1>
    <format>Text</format>
  </file>
  <file name="denverpubliclibrary_20210401_physical_direct_matches-
exclusions_conflated.lst" source="original">
    <mtime>1621576093</mtime>
    <size>15341</size>
    <md5>23bab6bfc1955dcf3f544ac592933949</md5>
    <crc32>9ade7388</crc32>
    <sha1>a044e63a7968ec6d3ae3ef56e7357a058d044ef3</sha1>
    <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20210401_physical_direct_matches.tsv"
source="original">
    <mtime>1621576096</mtime>
    <size>7650547</size>
    <md5>fdccb4770a51a879371ef8902fed71eb</md5>
    <crc32>43d314d4</crc32>
    <sha1>91a516b97b252f64bb7e35b0dc77519af40ceeba</sha1>
    <format>Tab-Separated Values</format>
  </file>
```

```
  <file name="denverpubliclibrary_20210401_physical_similar_matches.tsv"
source="original">
    <mtime>1621576101</mtime>
    <size>2236490</size>
    <md5>2005971dcdacd78d849672667b3df4c4</md5>
    <crc32>7265ee5e</crc32>
    <sha1>9787ca0c1f73fd2f9e70fb08122db16db1147b08</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210401_promised_direct_matches.tsv"
source="original">
    <mtime>1621576103</mtime>
    <size>2216</size>
    <md5>c2fb20778378748cf6e84dd8020d641f</md5>
    <crc32>48959612</crc32>
    <sha1>8564d52ef62ad71d486034dfc4d23de4cc9ea7ee</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210401_promised_similar_matches.tsv"
source="original">
    <mtime>1621576105</mtime>
    <size>0</size>
    <md5>d41d8cd98f00b204e9800998ecf8427e</md5>
    <crc32>00000000</crc32>
    <sha1>da39a3ee5e6b4b0d3255bfef95601890afd80709</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210501_inlibrary_direct_matches-
exclusions_conflated.lst" source="original">
    <mtime>1621831473</mtime>
    <size>14767</size>
    <md5>006025b21774f3ff63d2b5bd7141d608</md5>
    <crc32>9ef60cfa</crc32>
    <sha1>cb95508e619661ebf78dab72fab586bf5703500e</sha1>
    <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20210501_inlibrary_direct_matches.tsv"
source="original">
    <mtime>1621831475</mtime>
    <size>7237726</size>
    <md5>724c784586c11c09820026db2766ae91</md5>
    <crc32>92e0a1b5</crc32>
    <sha1>76dfbf19c4eac2310a3335a51e64d3e5abe0ddcc</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210501_inlibrary_similar_matches.tsv"
source="original">
    <mtime>1621831477</mtime>
    <size>1959593</size>
    <md5>f6b2772bc9ca528ff8e70c2f84ee6876</md5>
    <crc32>d6aa182f</crc32>
    <sha1>52631db99965c2d46d031b4c6c48acfa131de3e5</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210501_overlap_summary.txt" source="original">
    <mtime>1621831479</mtime>
    <size>516</size>
    <md5>81cb32999b96de772dc28b79acd97864</md5>
    <crc32>0ba88457</crc32>
    <sha1>a4594c75b6a6458f113921aeed2bdcd1945094df</sha1>
    <format>Text</format>
  </file>
```

```
  <file name="denverpubliclibrary_20210501_physical_direct_matches-
exclusions_conflated.lst" source="original">
    <mtime>1621831481</mtime>
    <size>15341</size>
    <md5>23bab6bfc1955dcf3f544ac592933949</md5>
    <crc32>9ade7388</crc32>
    <sha1>a044e63a7968ec6d3ae3ef56e7357a058d044ef3</sha1>
    <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20210501_physical_direct_matches.tsv"
source="original">
    <mtime>1621831482</mtime>
    <size>7728101</size>
    <md5>accf84b7aa577f80d27654deeaf3b1da</md5>
    <crc32>9e93c79d</crc32>
    <sha1>9b12192725d7b9238d781256296d65398f4b364b</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210501_physical_similar_matches.tsv"
source="original">
    <mtime>1621831484</mtime>
    <size>2236422</size>
    <md5>67974eba4cb88580bbf1befd1e4e7c78</md5>
    <crc32>769e8990</crc32>
    <sha1>82dc31846fa147a7b3c7a06c264ed315b51e69a5</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210501_promised_direct_matches.tsv"
source="original">
    <mtime>1621831486</mtime>
    <size>2683</size>
    <md5>9dfed74f184e6e9678af6ed1d3a39c09</md5>
    <crc32>6c93d4da</crc32>
    <sha1>94b762eae82e815a43102b91743caf4a051d560b</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210501_promised_similar_matches.tsv"
source="original">
    <mtime>1621831488</mtime>
    <size>0</size>
    <md5>d41d8cd98f00b204e9800998ecf8427e</md5>
    <crc32>00000000</crc32>
    <sha1>da39a3ee5e6b4b0d3255bfef95601890afd80709</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210601_inlibrary_direct_matches-
exclusions_conflated.lst" source="original">
    <mtime>1624233405</mtime>
    <size>14767</size>
    <md5>006025b21774f3ff63d2b5bd7141d608</md5>
    <crc32>9ef60cfa</crc32>
    <sha1>cb95508e619661ebf78dab72fab586bf5703500e</sha1>
    <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20210601_inlibrary_direct_matches.tsv"
source="original">
    <mtime>1624233407</mtime>
    <size>7278604</size>
    <md5>f205d684c94ebb7b2f0a32dd0cbaf3a0</md5>
    <crc32>0335e9c2</crc32>
    <sha1>59d04719ff031c56ef2290d42cdaa07c314e1e86</sha1>
    <format>Tab-Separated Values</format>
  </file>
```

```
  <file name="denverpubliclibrary_20210601_inlibrary_similar_matches.tsv"
source="original">
     <mtime>1624233410</mtime>
     <size>1959236</size>
     <md5>635cdba62070cd78dfe9bdfd2ae148c7</md5>
     <crc32>0c9f5cea</crc32>
     <sha1>65bab7d69e1902d567c7b250d8e69ea8575c49f2</sha1>
     <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210601_overlap_summary.txt" source="original">
     <mtime>1624233412</mtime>
     <size>516</size>
     <md5>c4ff6ac07d392e1fdf663baf38158da5</md5>
     <crc32>07485bf3</crc32>
     <sha1>a7dcbb05431f3fa27867980ea97c145b148b1e50</sha1>
     <format>Text</format>
  </file>
  <file name="denverpubliclibrary_20210601_physical_direct_matches-
exclusions_conflated.lst" source="original">
     <mtime>1624233414</mtime>
     <size>15341</size>
     <md5>23bab6bfc1955dcf3f544ac592933949</md5>
     <crc32>9ade7388</crc32>
     <sha1>a044e63a7968ec6d3ae3ef56e7357a058d044ef3</sha1>
     <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20210601_physical_direct_matches.tsv"
source="original">
     <mtime>1624233416</mtime>
     <size>7782877</size>
     <md5>cd34963b96501a6f81f686b4725335bd</md5>
     <crc32>86846b95</crc32>
     <sha1>7d51c3bd8d8b0f03d100973643e70e49a84f5ade</sha1>
     <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210601_physical_similar_matches.tsv"
source="original">
     <mtime>1624233418</mtime>
     <size>2236334</size>
     <md5>1bec9f9663515671c53abe03e2349090</md5>
     <crc32>8aaac7d1</crc32>
     <sha1>6c055bc0a4f72297e12233e7471f1ceeddc5cc30</sha1>
     <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210601_promised_direct_matches.tsv"
source="original">
     <mtime>1624233421</mtime>
     <size>2831</size>
     <md5>85169838c11194f05554928735a983e0</md5>
     <crc32>5e009776</crc32>
     <sha1>041e19ae3809383632fd1ffcfd87d42b74dbc760</sha1>
     <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210701_inlibrary_direct_matches-
exclusions_conflated.lst" source="original">
     <mtime>1626397475</mtime>
     <size>14767</size>
     <md5>006025b21774f3ff63d2b5bd7141d608</md5>
     <crc32>9ef60cfa</crc32>
     <sha1>cb95508e619661ebf78dab72fab586bf5703500e</sha1>
     <format>Unknown</format>
  </file>
```

```
  <file name="denverpubliclibrary_20210701_inlibrary_direct_matches.tsv"
source="original">
    <mtime>1626397476</mtime>
    <size>7308482</size>
    <md5>1a0c46917658237f5fde004522e9e280</md5>
    <crc32>5f4ff984</crc32>
    <sha1>ac83713e1288e693c72b47c6b6e5d9713d22ea58</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210701_inlibrary_similar_matches.tsv"
source="original">
    <mtime>1626397478</mtime>
    <size>1957921</size>
    <md5>fbbc77152ba237c2c5d1c359cef8efa8</md5>
    <crc32>1c6377a1</crc32>
    <sha1>d335aab7d51ddb13458bf9360c94c4f0ee7cdbfa</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210701_overlap_summary.txt" source="original">
    <mtime>1626397480</mtime>
    <size>516</size>
    <md5>69d5589b914096e97d7e3e0dfc502787</md5>
    <crc32>b7d3d5f5</crc32>
    <sha1>cf5bdeeb10f1e124ce03edf2f25f4d1f29703552</sha1>
    <format>Text</format>
  </file>
  <file name="denverpubliclibrary_20210701_physical_direct_matches-
exclusions_conflated.lst" source="original">
    <mtime>1626397482</mtime>
    <size>15341</size>
    <md5>23bab6bfc1955dcf3f544ac592933949</md5>
    <crc32>9ade7388</crc32>
    <sha1>a044e63a7968ec6d3ae3ef56e7357a058d044ef3</sha1>
    <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20210701_physical_direct_matches.tsv"
source="original">
    <mtime>1626397485</mtime>
    <size>7865803</size>
    <md5>d6fc0c2929471ff62df99340b1d60c6d</md5>
    <crc32>e9666954</crc32>
    <sha1>7e52cdd472f6e35e17fd101a4ec8e40dde99e7f5</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210701_physical_similar_matches.tsv"
source="original">
    <mtime>1626397488</mtime>
    <size>2235932</size>
    <md5>83a517a9baf55d1dc9b99c42e6d890c5</md5>
    <crc32>ca2d2cb2</crc32>
    <sha1>aecef32c70f4cc3c7208712660f1da96935a476d</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210701_promised_direct_matches.tsv"
source="original">
    <mtime>1626397489</mtime>
    <size>2338</size>
    <md5>b1204369c849d39c67ff5c8451f44550</md5>
    <crc32>426b9ae3</crc32>
    <sha1>0a655d07c95057964fe2497f5dd0fe94dc5f4bc3</sha1>
    <format>Tab-Separated Values</format>
  </file>
```

```
    <file name="denverpubliclibrary_20210801_inlibrary_direct_matches-
exclusions_conflated.lst" source="original">
        <mtime>1627964554</mtime>
        <size>14767</size>
        <md5>006025b21774f3ff63d2b5bd7141d608</md5>
        <crc32>9ef60cfa</crc32>
        <sha1>cb95508e619661ebf78dab72fab586bf5703500e</sha1>
        <format>Unknown</format>
    </file>
    <file name="denverpubliclibrary_20210801_inlibrary_direct_matches.tsv"
source="original">
        <mtime>1627964555</mtime>
        <size>7387761</size>
        <md5>04566b7d58e5571c0c16a831db131934</md5>
        <crc32>d0e58b6c</crc32>
        <sha1>183a82b581bafacdb1dea7726662594eeb72082e</sha1>
        <format>Tab-Separated Values</format>
    </file>
    <file name="denverpubliclibrary_20210801_inlibrary_similar_matches.tsv"
source="original">
        <mtime>1627964557</mtime>
        <size>1957092</size>
        <md5>a33fc79bdf852c1f375fd2228b8fec8c</md5>
        <crc32>ce5021ea</crc32>
        <sha1>e980178125a28098609e002b00ef49726351e85c</sha1>
        <format>Tab-Separated Values</format>
    </file>
    <file name="denverpubliclibrary_20210801_overlap_summary.txt" source="original">
        <mtime>1627964559</mtime>
        <size>516</size>
        <md5>bc213d1459fc47a3670d828d96048b1b</md5>
        <crc32>1519a1db</crc32>
        <sha1>e68134a466b18e01a90944de81495cb36097e64e</sha1>
        <format>Text</format>
    </file>
    <file name="denverpubliclibrary_20210801_physical_direct_matches-
exclusions_conflated.lst" source="original">
        <mtime>1627964560</mtime>
        <size>15341</size>
        <md5>23bab6bfc1955dcf3f544ac592933949</md5>
        <crc32>9ade7388</crc32>
        <sha1>a044e63a7968ec6d3ae3ef56e7357a058d044ef3</sha1>
        <format>Unknown</format>
    </file>
    <file name="denverpubliclibrary_20210801_physical_direct_matches.tsv"
source="original">
        <mtime>1627964567</mtime>
        <size>7906827</size>
        <md5>a96ef51b80d176e17bfa41e48cea1a15</md5>
        <crc32>8b467db9</crc32>
        <sha1>224df47da3518e97854b9a7f9ecdf78ab183f34e</sha1>
        <format>Tab-Separated Values</format>
    </file>
    <file name="denverpubliclibrary_20210801_physical_similar_matches.tsv"
source="original">
        <mtime>1627964570</mtime>
        <size>2236380</size>
        <md5>ebded8e4b395f296ea892fe0d3ef8fa5</md5>
        <crc32>cb6190f6</crc32>
        <sha1>4f653a2f3116f1b7f1b7f7836ace498d28455795</sha1>
        <format>Tab-Separated Values</format>
    </file>
```

```
  <file name="denverpubliclibrary_20210801_promised_direct_matches.tsv"
source="original">
    <mtime>1627964573</mtime>
    <size>2715</size>
    <md5>ee76ffc054003ec2144fd1bd4d93684a</md5>
    <crc32>b05d50cd</crc32>
    <sha1>294bb982bb9ecc8e663d811d4191d59b4e95b4c9</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210901_inlibrary_direct_matches-
exclusions_conflated.lst" source="original">
    <mtime>1633386649</mtime>
    <size>14668</size>
    <md5>f62045112a73571e9caf2fe7f1c15d9e</md5>
    <crc32>962cea5f</crc32>
    <sha1>5405831e87e6ad0389147377407b4e6c950bf8d4</sha1>
    <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20210901_inlibrary_direct_matches.tsv"
source="original">
    <mtime>1633386651</mtime>
    <size>7516339</size>
    <md5>67c6497e1bc1c1bf2b77c74c462f396d</md5>
    <crc32>dd72c9d4</crc32>
    <sha1>835912882191b47dafdc2d8da6a63f6664b7b726</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210901_inlibrary_similar_matches.tsv"
source="original">
    <mtime>1633386653</mtime>
    <size>1953876</size>
    <md5>1b305bd60f72c7b18c7931c6caa17e5b</md5>
    <crc32>dc93e924</crc32>
    <sha1>f1bfa5f743836839e0fd42dc2d91e3d26139379b</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210901_overlap_summary.txt" source="original">
    <mtime>1633386654</mtime>
    <size>516</size>
    <md5>00d6b147525e90f773313895ad7c597f</md5>
    <crc32>03a6fa35</crc32>
    <sha1>31241abb46bac54a06dce2f62f9a227410aa4abb</sha1>
    <format>Text</format>
  </file>
  <file name="denverpubliclibrary_20210901_physical_direct_matches-
exclusions_conflated.lst" source="original">
    <mtime>1633386656</mtime>
    <size>15341</size>
    <md5>061528b2e94d1a2b251f1be28faf85fe</md5>
    <crc32>54e72f34</crc32>
    <sha1>99003c0327faaf7441122e26f09ff891cf552dda</sha1>
    <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20210901_physical_direct_matches.tsv"
source="original">
    <mtime>1633386657</mtime>
    <size>8117361</size>
    <md5>dd88648aee3bcde5a928d272e9683cef</md5>
    <crc32>0587c4e8</crc32>
    <sha1>03ea3ceeb022c35d1a8dd2ea262bad18afe253bd</sha1>
    <format>Tab-Separated Values</format>
  </file>
```

```
  <file name="denverpubliclibrary_20210901_physical_similar_matches.tsv"
source="original">
    <mtime>1633386659</mtime>
    <size>2236230</size>
    <md5>3e24f6c8a06b0a40cded7692b344300f</md5>
    <crc32>e2d0acd7</crc32>
    <sha1>7f1b2f752f1b4716da79fff24b74a54e5b481300</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20210901_promised_direct_matches.tsv"
source="original">
    <mtime>1633386660</mtime>
    <size>2330</size>
    <md5>2abab297ab3a3fce912620c598ed785a</md5>
    <crc32>e77667e8</crc32>
    <sha1>092008510ce0ccebcf3d242375307f1351277be0</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20211001_inlibrary_direct_matches-
exclusions_conflated.lst" source="original">
    <mtime>1633396244</mtime>
    <size>14545</size>
    <md5>fbbe7811f594a2d1bf631d451c8451b1</md5>
    <crc32>f3cb4c0c</crc32>
    <sha1>8ad019dd5b01c9d26ecc3062d5091c7d884ce809</sha1>
    <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20211001_inlibrary_direct_matches.tsv"
source="original">
    <mtime>1633396245</mtime>
    <size>7594024</size>
    <md5>c0df05faf5953ae6742eafc1b0ad1b98</md5>
    <crc32>38c3c20c</crc32>
    <sha1>fe6952fd91769e4e2b4f3fb9d79a902c218b6eb7</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20211001_inlibrary_similar_matches.tsv"
source="original">
    <mtime>1633396246</mtime>
    <size>1952422</size>
    <md5>8accf400732a6f425dab7e82961c4ddb</md5>
    <crc32>e020e31f</crc32>
    <sha1>a4d39218603128cc9d9bd7058a5670b3df576e6c</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20211001_overlap_summary.txt" source="original">
    <mtime>1633396248</mtime>
    <size>516</size>
    <md5>209f562776683dd7406ff922f3bce5b1</md5>
    <crc32>5ab9623a</crc32>
    <sha1>9ac1103e844239b989002e7677fe781f3c4f15ba</sha1>
    <format>Text</format>
  </file>
  <file name="denverpubliclibrary_20211001_physical_direct_matches-
exclusions_conflated.lst" source="original">
    <mtime>1633396249</mtime>
    <size>15318</size>
    <md5>7950d40ff85d7f8138cac5fc203b55f3</md5>
    <crc32>d5789200</crc32>
    <sha1>846552f0dfd67e7ba27ee2fe5ec1991c8ab43c60</sha1>
    <format>Unknown</format>
  </file>
```

```
  <file name="denverpubliclibrary_20211001_physical_direct_matches.tsv"
source="original">
     <mtime>1633396251</mtime>
     <size>8134988</size>
     <md5>4b6f879711c1b091d2ee4a0330a46066</md5>
     <crc32>e8b9c510</crc32>
     <sha1>a49d05e53ce3802cd57a474950253e45ee63041a</sha1>
     <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20211001_physical_similar_matches.tsv"
source="original">
     <mtime>1633396253</mtime>
     <size>2235581</size>
     <md5>ab530d997d02c06162ad4c769cc91d86</md5>
     <crc32>096cb3e5</crc32>
     <sha1>9bad850328be1c1d495a229627a08085dfc8b9cc</sha1>
     <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20211001_promised_direct_matches.tsv"
source="original">
     <mtime>1633396256</mtime>
     <size>2361</size>
     <md5>8efce284fe00fd3bdc882a21028b5829</md5>
     <crc32>b4361fa6</crc32>
     <sha1>d04fd2795c6ced893b27101a57f6904c0ae52518</sha1>
     <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20211110_inlibrary_direct_matches-
exclusions_conflated.lst" source="original">
     <mtime>1637018300</mtime>
     <size>14545</size>
     <md5>fbbe7811f594a2d1bf631d451c8451b1</md5>
     <crc32>f3cb4c0c</crc32>
     <sha1>8ad019dd5b01c9d26ecc3062d5091c7d884ce809</sha1>
     <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20211110_inlibrary_direct_matches.tsv"
source="original">
     <mtime>1637018303</mtime>
     <size>7610643</size>
     <md5>c0a2ce864eba28b7cea4fe2c5785199a</md5>
     <crc32>3587bded</crc32>
     <sha1>d509760da7a087e5c812c1e1b9cbcd8c34f25066</sha1>
     <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20211110_inlibrary_similar_matches.tsv"
source="original">
     <mtime>1637018305</mtime>
     <size>1947558</size>
     <md5>e2318d0740b432a5ace569c812eec8ad</md5>
     <crc32>f5adaf1f</crc32>
     <sha1>32f3c9e9b2810456a065e342df351f7304041689</sha1>
     <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20211110_overlap_summary.txt" source="original">
     <mtime>1637018306</mtime>
     <size>516</size>
     <md5>a7d8eb7c837e95804e5452c91013a5ce</md5>
     <crc32>589b6731</crc32>
     <sha1>1086d29f2a0a09d4ffd93acc8b43a59d70833547</sha1>
     <format>Text</format>
  </file>
```

```
  <file name="denverpubliclibrary_20211110_physical_direct_matches-
exclusions_conflated.lst" source="original">
    <mtime>1637018308</mtime>
    <size>15293</size>
    <md5>c9379692cc877565eec7b2562271234b</md5>
    <crc32>cf01539b</crc32>
    <sha1>68cd44de533de1419ed8174a9fb5b38f179bdfb4</sha1>
    <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20211110_physical_direct_matches.tsv"
source="original">
    <mtime>1637018310</mtime>
    <size>8176658</size>
    <md5>a75795b3fda93ed122d465a522c02c91</md5>
    <crc32>44009456</crc32>
    <sha1>4cdaf33688758fcdaf977c7d46b1f5bf75fce32c</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20211110_physical_similar_matches.tsv"
source="original">
    <mtime>1637018312</mtime>
    <size>2234166</size>
    <md5>7cd3eaa661b3af85bb74500785fe5b6d</md5>
    <crc32>3173eb21</crc32>
    <sha1>bb79e7ecea51cc494e30dd466b001aba06baf5da</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20211110_promised_direct_matches.tsv"
source="original">
    <mtime>1637018314</mtime>
    <size>2532</size>
    <md5>171946d2cfcdb640fedfa15afc9ad138</md5>
    <crc32>87af2d96</crc32>
    <sha1>89f1167fe6c86832f2204deaf33b0e23c23424eb</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20211201_inlibrary_direct_matches-
exclusions_conflated.lst" source="original">
    <mtime>1638504632</mtime>
    <size>14545</size>
    <md5>fbbe7811f594a2d1bf631d451c8451b1</md5>
    <crc32>f3cb4c0c</crc32>
    <sha1>8ad019dd5b01c9d26ecc3062d5091c7d884ce809</sha1>
    <format>Unknown</format>
  </file>
  <file name="denverpubliclibrary_20211201_inlibrary_direct_matches.tsv"
source="original">
    <mtime>1638504634</mtime>
    <size>7621726</size>
    <md5>0017950d1a34fb66e3c7608993eff670</md5>
    <crc32>95b627d5</crc32>
    <sha1>0d6cea8af5e6bc8e46d5e45fdf26a70fd240d879</sha1>
    <format>Tab-Separated Values</format>
  </file>
  <file name="denverpubliclibrary_20211201_inlibrary_similar_matches.tsv"
source="original">
    <mtime>1638504635</mtime>
    <size>1944356</size>
    <md5>c3606fd3aba237edd676efaad6791946</md5>
    <crc32>14a41743</crc32>
    <sha1>de4cce0980cab76cc85202164b5c508ff90bafe37</sha1>
    <format>Tab-Separated Values</format>
  </file>
```

```
<file name="denverpubliclibrary_20211201_overlap_summary.txt" source="original">
  <mtime>1638504637</mtime>
  <size>516</size>
  <md5>cfb4f54a02a59d8f92d89ebc069c4cac</md5>
  <crc32>ee3a1496</crc32>
  <sha1>5a70dbdf5bfa998630b2fd1a5d9ef59454ccbc4d</sha1>
  <format>Text</format>
</file>
<file name="denverpubliclibrary_20211201_physical_direct_matches-
exclusions_conflated.lst" source="original">
  <mtime>1638504639</mtime>
  <size>15293</size>
  <md5>c9379692cc877565eec7b2562271234b</md5>
  <crc32>cf01539b</crc32>
  <sha1>68cd44de533de1419ed8174a9fb5b38f179bdfb4</sha1>
  <format>Unknown</format>
</file>
<file name="denverpubliclibrary_20211201_physical_direct_matches.tsv"
source="original">
  <mtime>1638504651</mtime>
  <size>8185135</size>
  <md5>0cbe2eb1c80c8092204a14de09f6ca80</md5>
  <crc32>c15a491e</crc32>
  <sha1>71c32e3cc238fee20de608bb73f4d80d4fe1a995</sha1>
  <format>Tab-Separated Values</format>
</file>
<file name="denverpubliclibrary_20211201_physical_similar_matches.tsv"
source="original">
  <mtime>1638504654</mtime>
  <size>2230171</size>
  <md5>da939590eb82739100869acf1c45bf42</md5>
  <crc32>2b834ddf</crc32>
  <sha1>f7059346eb91ff282ebda4a304dc0dfe08b01b91</sha1>
  <format>Tab-Separated Values</format>
</file>
<file name="denverpubliclibrary_20211201_promised_direct_matches.tsv"
source="original">
  <mtime>1638504655</mtime>
  <size>2172</size>
  <md5>2243bc5183be42d5462b7a1cbc33f38f</md5>
  <crc32>7df93a5c</crc32>
  <sha1>e34548ec4f1edadd086dbeb97985066146143718</sha1>
  <format>Tab-Separated Values</format>
</file>
<file name="denverpubliclibrary_20220101_inlibrary_direct_matches-
exclusions_conflated.lst" source="original">
  <mtime>1641183004</mtime>
  <size>12027</size>
  <md5>7634a62e94fdbba290dbf00db29b3632</md5>
  <crc32>444a55b7</crc32>
  <sha1>ed3a20503599561bd133b2728da27e4b526457b0</sha1>
  <format>Unknown</format>
</file>
<file name="denverpubliclibrary_20220101_inlibrary_direct_matches.tsv"
source="original">
  <mtime>1641183007</mtime>
  <size>5523489</size>
  <md5>0ed7840197baeedab1e74d3bcfcfd80f</md5>
  <crc32>a62e2536</crc32>
  <sha1>9e50018a9b418e7d23a28c5ff94d2128bad7a165</sha1>
  <format>Tab-Separated Values</format>
</file>
```

```
    <file name="denverpubliclibrary_20220101_inlibrary_similar_matches.tsv"
source="original">
        <mtime>1641183009</mtime>
        <size>1472839</size>
        <md5>0a0af23cd68b87ef307657d26e411633</md5>
        <crc32>66bb3280</crc32>
        <sha1>5a1dbcef473ed029c466ee54b472443797154452</sha1>
        <format>Tab-Separated Values</format>
    </file>
    <file name="denverpubliclibrary_20220101_overlap_summary.txt" source="original">
        <mtime>1641183011</mtime>
        <size>516</size>
        <md5>f5c2c574dd931bf9f5f0b6070214a384</md5>
        <crc32>b74b8d98</crc32>
        <sha1>dba25a96f3d730bc9fa55ad4699b3a03daa7a9a4</sha1>
        <format>Text</format>
    </file>
    <file name="denverpubliclibrary_20220101_physical_direct_matches-
exclusions_conflated.lst" source="original">
        <mtime>1641183013</mtime>
        <size>15208</size>
        <md5>40f33254ca7da5c8498a95a1981262c2</md5>
        <crc32>0622e59b</crc32>
        <sha1>4731d1b540f01d3a05fa925834540eb263f19465</sha1>
        <format>Unknown</format>
    </file>
    <file name="denverpubliclibrary_20220101_physical_direct_matches.tsv"
source="original">
        <mtime>1641183014</mtime>
        <size>8254890</size>
        <md5>a7a4977705ddf83006710dcf8e530d4d</md5>
        <crc32>401f95aa</crc32>
        <sha1>acfa9da2c9bc1f334eb39675abda26cd6f6c95d9</sha1>
        <format>Tab-Separated Values</format>
    </file>
    <file name="denverpubliclibrary_20220101_physical_similar_matches.tsv"
source="original">
        <mtime>1641183026</mtime>
        <size>2225635</size>
        <md5>4b350d95b9e0bcb4a693bf7eb1da08db</md5>
        <crc32>c765bed3</crc32>
        <sha1>b144344f9af3ad84dc64650a7fa1f24ecf0b9fac</sha1>
        <format>Tab-Separated Values</format>
    </file>
    <file name="denverpubliclibrary_20220101_promised_direct_matches.tsv"
source="original">
        <mtime>1641183033</mtime>
        <size>2412</size>
        <md5>3e013c2dd5effc71e91cae9436f8a8a3</md5>
        <crc32>202a3e40</crc32>
        <sha1>5de32fcf55e0c1469ec67fec3e50ff3e0ab446ca</sha1>
        <format>Tab-Separated Values</format>
    </file>
    <file name="history/files/denverp1.png.~1~" source="original">
        <mtime>1557851725</mtime>
        <size>12548</size>
        <md5>b9e4b8db92eadd86b305dac67507d6d7</md5>
        <crc32>ef26f587</crc32>
        <sha1>7d5fba0c5d6ef12a74e39b23bd5b3d331e4fbc84</sha1>
        <format>PNG</format>
        <old_version>true</old_version>
    </file>
    <file name="history/files/denverpubliclibrary.tsv.~10~" source="original">
```

```
    <mtime>1624233424</mtime>
    <size>1405348</size>
    <md5>aea919bc22493a27591af54304e988df</md5>
    <crc32>60d675c2</crc32>
    <sha1>9052450c54cbe07e31d717e4abfa198ec7fe010f</sha1>
    <format>Tab-Separated Values</format>
    <old_version>true</old_version>
</file>
<file name="history/files/denverpubliclibrary.tsv.~11~" source="original">
    <mtime>1626397491</mtime>
    <size>1405348</size>
    <md5>aea919bc22493a27591af54304e988df</md5>
    <crc32>60d675c2</crc32>
    <sha1>9052450c54cbe07e31d717e4abfa198ec7fe010f</sha1>
    <format>Tab-Separated Values</format>
    <old_version>true</old_version>
</file>
<file name="history/files/denverpubliclibrary.tsv.~12~" source="original">
    <mtime>1627964577</mtime>
    <size>1405348</size>
    <md5>aea919bc22493a27591af54304e988df</md5>
    <crc32>60d675c2</crc32>
    <sha1>9052450c54cbe07e31d717e4abfa198ec7fe010f</sha1>
    <format>Tab-Separated Values</format>
    <old_version>true</old_version>
</file>
<file name="history/files/denverpubliclibrary.tsv.~13~" source="original">
    <mtime>1633386662</mtime>
    <size>1405348</size>
    <md5>aea919bc22493a27591af54304e988df</md5>
    <crc32>60d675c2</crc32>
    <sha1>9052450c54cbe07e31d717e4abfa198ec7fe010f</sha1>
    <format>Tab-Separated Values</format>
    <old_version>true</old_version>
</file>
<file name="history/files/denverpubliclibrary.tsv.~14~" source="original">
    <mtime>163396257</mtime>
    <size>1405348</size>
    <md5>aea919bc22493a27591af54304e988df</md5>
    <crc32>60d675c2</crc32>
    <sha1>9052450c54cbe07e31d717e4abfa198ec7fe010f</sha1>
    <format>Tab-Separated Values</format>
    <old_version>true</old_version>
</file>
<file name="history/files/denverpubliclibrary.tsv.~15~" source="original">
    <mtime>1637018315</mtime>
    <size>1405348</size>
    <md5>aea919bc22493a27591af54304e988df</md5>
    <crc32>60d675c2</crc32>
    <sha1>9052450c54cbe07e31d717e4abfa198ec7fe010f</sha1>
    <format>Tab-Separated Values</format>
    <old_version>true</old_version>
</file>
<file name="history/files/denverpubliclibrary.tsv.~16~" source="original">
    <mtime>1638504656</mtime>
    <size>1405348</size>
    <md5>aea919bc22493a27591af54304e988df</md5>
    <crc32>60d675c2</crc32>
    <sha1>9052450c54cbe07e31d717e4abfa198ec7fe010f</sha1>
    <format>Tab-Separated Values</format>
    <old_version>true</old_version>
</file>
<file name="history/files/denverpubliclibrary.tsv.~1~" source="original">
```

```
      <mtime>1552970841</mtime>
      <size>1405348</size>
      <md5>aea919bc22493a27591af54304e988df</md5>
      <crc32>60d675c2</crc32>
      <sha1>9052450c54cbe07e31d717e4abfa198ec7fe010f</sha1>
      <format>Tab-Separated Values</format>
      <old_version>true</old_version>
   </file>
   <file name="history/files/denverpubliclibrary.tsv.~2~" source="original">
      <mtime>1603150878</mtime>
      <size>1405348</size>
      <md5>aea919bc22493a27591af54304e988df</md5>
      <crc32>60d675c2</crc32>
      <sha1>9052450c54cbe07e31d717e4abfa198ec7fe010f</sha1>
      <format>Tab-Separated Values</format>
      <old_version>true</old_version>
   </file>
   <file name="history/files/denverpubliclibrary.tsv.~3~" source="original">
      <mtime>1607304096</mtime>
      <size>1405348</size>
      <md5>aea919bc22493a27591af54304e988df</md5>
      <crc32>60d675c2</crc32>
      <sha1>9052450c54cbe07e31d717e4abfa198ec7fe010f</sha1>
      <format>Tab-Separated Values</format>
      <old_version>true</old_version>
   </file>
   <file name="history/files/denverpubliclibrary.tsv.~4~" source="original">
      <mtime>1607657128</mtime>
      <size>1405348</size>
      <md5>aea919bc22493a27591af54304e988df</md5>
      <crc32>60d675c2</crc32>
      <sha1>9052450c54cbe07e31d717e4abfa198ec7fe010f</sha1>
      <format>Tab-Separated Values</format>
      <old_version>true</old_version>
   </file>
   <file name="history/files/denverpubliclibrary.tsv.~5~" source="original">
      <mtime>1610927332</mtime>
      <size>1405348</size>
      <md5>aea919bc22493a27591af54304e988df</md5>
      <crc32>60d675c2</crc32>
      <sha1>9052450c54cbe07e31d717e4abfa198ec7fe010f</sha1>
      <format>Tab-Separated Values</format>
      <old_version>true</old_version>
   </file>
   <file name="history/files/denverpubliclibrary.tsv.~6~" source="original">
      <mtime>1616368333</mtime>
      <size>1405348</size>
      <md5>aea919bc22493a27591af54304e988df</md5>
      <crc32>60d675c2</crc32>
      <sha1>9052450c54cbe07e31d717e4abfa198ec7fe010f</sha1>
      <format>Unknown</format>
      <old_version>true</old_version>
   </file>
   <file name="history/files/denverpubliclibrary.tsv.~7~" source="original">
      <mtime>1616443876</mtime>
      <size>1405348</size>
      <md5>aea919bc22493a27591af54304e988df</md5>
      <crc32>60d675c2</crc32>
      <sha1>9052450c54cbe07e31d717e4abfa198ec7fe010f</sha1>
      <format>Tab-Separated Values</format>
      <old_version>true</old_version>
   </file>
   <file name="history/files/denverpubliclibrary.tsv.~8~" source="original">
```

```
      <mtime>1621576107</mtime>
      <size>1405348</size>
      <md5>aea919bc22493a27591af54304e988df</md5>
      <crc32>60d675c2</crc32>
      <sha1>9052450c54cbe07e31d717e4abfa198ec7fe010f</sha1>
      <format>Tab-Separated Values</format>
      <old_version>true</old_version>
  </file>
  <file name="history/files/denverpubliclibrary.tsv.~9~" source="original">
      <mtime>1621831490</mtime>
      <size>1405348</size>
      <md5>aea919bc22493a27591af54304e988df</md5>
      <crc32>60d675c2</crc32>
      <sha1>9052450c54cbe07e31d717e4abfa198ec7fe010f</sha1>
      <format>Tab-Separated Values</format>
      <old_version>true</old_version>
  </file>
  <file name="start-text.txt" source="original">
      <mtime>1552944942</mtime>
      <size>17</size>
      <md5>b0a469a0a7e00a4ddd3011c29de2b82b</md5>
      <crc32>a3fe3518</crc32>
      <sha1>7443573a99ce0854bd33385cafdaf610e6fdc18b</sha1>
      <format>Text</format>
  </file>
</files>
```

**Exhibit C: Works in Suit and associated Scan identifiers for which Web log data supplied by IA indicates that the Read Aloud feature was used.**

| WIS | Author | Title | Scan Identifier |
|---|---|---|---|
| 1 | Ahern, Cecelia | PS, I Love You | psiloveyou00aherx |
| 2 | Albertalli, Becky | Simon vs. the Homo Sapiens Agenda | simonvshomosapie0000albe |
| 3 | Applegate, Katherine | The One and Only Ivan | oneonlyivan0000appl_z2y5<br>oneonlyivan0000appl |
| 4 | Bacigalupi, Paolo | Ship Breaker | shipbreakernovel00baci |
| 7 | Brown, Sandra | Best Kept Secrets | bestkeptsecrets00brow |
| 8 | Brown, Sandra | The Witness | witness00brow_0<br>witnessbrow00brow |
| 9 | Bryson, Bill | A Short History of Nearly Everything | isbn_9780965738408<br>isbn_9780375432002 |
| 10 | Bryson, Bill | A Short History of Nearly Everything: Special Illustrated Edition | shorthistoryofne00brys_1 |
| 13 | Catling, Patrick Skene | The Chocolate Touch | chocolatetouchth00patr<br>chocolatetouch00marg<br>chocolatetouch00catl<br>chocolatetouch00catl_0 |
| 14 | Cisneros, Sandra | The House on Mango Street | houseonmangostr000cisn<br>houseonmangostre000cisn |
| 16 | Corey, James S.A. | Leviathan Wakes | leviathanwakes0000core |
| 20 | Danforth, Emily M. | The Miseducation of Cameron Post | isbn_9780062020567 |
| 21 | Demuth, Patricia | Who is Bill Gates? | whoisbillgates0000demu |
| 22 | Dugoni, Robert | The Jury Master | isbn_9780786287789 |
| 26 | Fitzpatrick, Huntley | My Life Next Door | mylifenextdoor0000fitz |
| 27 | Flynn, Gillian | Gone Girl | isbn_9780307588371<br>isbn_9780553418354<br>gonegirlnovel00flyn |
| 28 | Forman, Gayle | If I Stay | ifistaynovel0000form<br>ifistay00gayl<br>ifistaynovel00form |
| 30 | Giddings, Anita; Clifton, Sherry Stone | Oil Painting for Dummies | isbn_9780470182307 |
| 31 | Gilbert, Elizabeth | Eat, Pray, Love: One Woman's Search for Everything Across Italy, India and Indonesia | eatprayloveonewo00gilb<br>eatpraylovelarge00gilb |
| 33 | Gladwell, Malcolm | What the Dog Saw | whatdogsawothera00glad |
| 34 | Gladwell, Malcolm | Blink: The Power of Thinking Without Thinking | blinkpowerofthin00glad |
| 35 | Gladwell, Malcolm | Tipping Point: How Little Things Can Make a Big Difference | tippingpointhowl00glad |

A-4000

| WIS | Author | Title | Scan Identifier |
|---|---|---|---|
| 36 | Golding, William | Lord of the Flies | lordofflies00gold<br>lordofflies00gold_0<br>lordofflies00gold_1<br>lordoffliesnovelgol00gold<br>lordoffliesnovel00gold<br>lordoffliesnovel0000gold |
| 37 | Gordon, Jon | The Energy Bus | energybus10rules00gord |
| 38 | Grabenstein, Chris | Escape from Mr. Lemon-cello's Library | escapefrommrlemo0000grab |
| 39 | Graham, Benjamin | The Intelligent Investor | intelligentinves00benj<br>intelligentinves00grah_1 |
| 41 | Grisham, John | The Innocent Man: Murder and Injustice in a Small Town | innocentmanmurde00gris_0<br>innocentman00john |
| 42 | Grisham, John | Theodore Boone: Kid Lawyer | theodoreboonekid00gris<br>isbn_9780142417225 |
| 44 | Hall, Michael | Red: A Crayon's Story | redcrayonsstory00hall |
| 45 | Herman, Gail | Who was Jackie Robinson? | whowasjackierobi0000herm |
| 46 | Hiaasen, Carl | Scat | scat0000hiaa<br>scathiaa00hiaa |
| 47 | Hurston, Zora Neale | Their Eyes Were Watching God | isbn_9780060838676<br>theireyeswerewat1998hurs<br>theireyeswere00hurs<br>isbn_0252006860 |
| 48 | Jahren, Hope | Lab Girl | labgirl0000jahr |
| 50 | Jance, J.A. | Judgment Call | judgmentcallbrad0000janc |
| 52 | Kalanithi, Paul | When Breath Becomes Air | whenbreathbecome0000kala |
| 53 | Kate, Lauren | Fallen | fallen00laur<br>isbn_9780385738934 |
| 56 | Krakauer, Jon | Into the Wild | intowildmti00jonk_tg3<br>intowildmti00jonk<br>intowild00krak_1 |
| 59 | L'Amour, Louis | Hondo | hondo00lamo_2 |
| 61 | Larson, Erik | Dead Wake: the Last Crossing of the Lusitania | deadwakelastcros0000lars |
| 69 | Levine, Barry | All the President's Women: Donald Trump and the Making of a Predator | allpresidentswom0000levi |
| 70 | Lewis, C. S. | The Lion, the Witch, and the Wardrobe | lionwitchwardroblew00lewi<br>lionwitchwardrobcs00lewi<br>completechronicl0000lewi<br>lionwitchwardrob0000lewi<br>chroniclesofnar00lewi<br>chroniclesofnarn00lewi<br>lionwitchwardroblion00lewi<br>isbn_9780060234812<br>isbn_0060765488<br>lionwitchwardroblewi00lewi<br>lionwitchwardroblewis00lewi<br>isbn_9780006716778<br>isbn_0590405950<br>isbn_9780060890155 |
| 71 | Lewis, C. S. | The Magician's Nephew | completechronicl0000lewi<br>magiciansnephew00lewi<br>chroniclesofnar00lewi<br>chroniclesofnarn00lewi |

| WIS | Author | Title | Scan Identifier |
|---|---|---|---|
| 73 | Mandel, Emily St. John | Station Eleven | stationelevennov0000mand |
| 74 | Martin, George R. R. | A Dance with Dragons | dancewithdragons00geor<br>dancewithdragons00mart |
| 75 | McCarthy, Cormac | The Road | road00mcca<br>roadmovietieined00corm<br>unset0000unse_f0a5 |
| 76 | Miller, Dona-lyn | The Book Whisperer | bookwhispererawa00mill |
| 77 | Morgenstern, Erin | The Night Circus | nightcircus00erin<br>nightcircusnovel00morg |
| 78 | Morrison, Toni | Song of Solomon | songofsolomon0000morr<br>songofsolomon00morr_0 |
| 79 | Morrison, Toni | The Bluest Eye | bluesteye00morr_0<br>bluesteyenovel00morr_0<br>bluesteye00morr_2<br>bluesteyenovel0000morr<br>sparknotesbluest00toni |
| 81 | O'Connor, Jane; Glasser, Robin | Fancy Nancy: Too Many Tutus | fancynancytooman0000ocon |
| 84 | Park, Barbara | Junie B., First Grader: Boss of Lunch | juniebfirstgrad00park<br>juniebfirstbosso00park |
| 86 | Patterson, James | Middle School, the Worst Years of My Life | middleschoolwors0000patt |
| 88 | Patterson, James; Grabenstein, Chris | I Funny: A Middle School Story | ifunny0000patt_w7e5<br>ifunny0000patt |
| 89 | Peirce, Lincoln | Big Nate: Mr. Popularity | isbn_9780062087003 |
| 90 | Peirce, Lincoln | Big Nate: Genius Mode | isbn_9780062086983 |
| 91 | Peirce, Lincoln | Big Nate Goes for Broke | bignategoesforbr00peir |
| 92 | Pinker, Steven | The Better Angels of Our Nature: Why Violence has Declined | betterangelsofou0000pink |
| 93 | Plath, Sylvia | The Bell Jar | belljarplat00plat<br>belljar00platrich<br>belljarps00sylv |
| 98 | Salinger, J. D. | The Catcher in the Rye | catcherinrye00salirich<br>catcye00jdsa<br>catcherinrye0000sali<br>catcherinrye00bant<br>catcherinrye0000sali_u5n7<br>catcherinrye0000sali_n7t7 |
| 101 | Salinger, J. D. | Raise High the Roof Beam, Carpenters, and Seymour: An Introduction | raisehighroofbea0000sali_l9y4 |
| 102 | Sandford, John | Phantom Prey | phantomprey000sand<br>phantomprey00sand |
| 104 | Schneider, Robyn | Extraordinary Means | extraordinarymea0000schn |
| 107 | Snicket, Lemony | Who Could That Be at This Hour? | whocouldthatbeat00snic |
| 108 | Snicket, Lemony | When Did You See Her Last? | isbn_9780316123051 |

A-4002

| WIS | Author | Title | Scan Identifier |
|---|---|---|---|
| 110 | Stewart, Trenton Lee | The Mysterious Benedict Society | mysteriousbenedi00stew |
| 111 | Stewart, Trenton Lee | The Mysterious Benedict Society and the Perilous Journey | mysteriousbenedi00stew_0 |
| 114 | Tahir, Sabaa | An Ember in the Ashes | isbn_9781595148032 |
| 115 | Turnage, Sheila | Three Times Lucky | threetimeslucky0000turn_e7y3 threetimeslucky0000turn |
| 116 | van der Kolk, Bessel A. | The Body Keeps the Score: Brain, Mind, and Body in the Healing of Trauma | isbn_9780143127741 |
| 118 | Wilder, Laura Ingalls | Little House in the Big Woods | littlehouseinbig0000wild littlehouseinbig00wild_1 littlehouseinbig00scho isbn_0590085247 littlehouseinbig00wild_6 |
| 119 | Wilder, Laura Ingalls | Little House on the Prairie | littlehouseonpra00wild_2 littlehouseonpra00wild |
| 120 | Wilder, Laura Ingalls | Farmer Boy | farmerboy00wild farmerboy00wild_0 |
| 122 | Winspear, Jacqueline | Journey to Munich | journeytomunichn0000wins |
| 125 | Wouk, Herman | The Winds of War | windsof00wouk |
| 126 | Wouk, Herman | The Caine Mutiny: A Novel of World War II | cainemutinywo00wouk |
| 127 | Zuckerman, Gregory | The Man Who Solved the Market | manwhosolvedmark0000zuck |

A-4003

**Exhibit T3: Maximum actual concurrent loans and total loans for each Scan that matches with a Work in Suit, from March 2017 to on or about Sept 2, 2020 (the earliest and latest loan dates, respectively, for which IA provided data). Data are divided into three periods: prior to 2019, 2019, and 2020; for total loans, the overall number is also provided.**

| WIS | Author | Title | Scan Identifier | Maximum Actual Concurrent Loans | | | Total Loans | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Before 2019 | 2019 | 2020 | Before 2019 | 2019 | 2020 | Overall |
| 1 | Ahern, Cecelia | PS, I Love You | psiloveyou0000aher | 0 | 1 | 4 | 0 | 1 | 12 | 13 |
| | | | psiloveyou00cece | 0 | 3 | 1 | 10 | 6 | 1 | 17 |
| | | | psiloveyou00aherx | 0 | 3 | 4 | 35 | 22 | 10 | 67 |
| | | | psiloveyouintern00cece | 0 | 1 | 2 | 10 | 13 | 5 | 28 |
| | | | psiloveyou00aher_2 | 0 | 2 | 6 | 0 | 21 | 33 | 54 |
| | | | psiloveyou0000aher_n2n7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | psiloveyou00cece_1 | 1 | 1 | 2 | 2 | 10 | 6 | 18 |
| | | | psiloveyou00aher | 1 | 3 | 4 | 34 | 22 | 9 | 65 |
| | | | psiloveyou0000aher_r5n5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | Albertalli, Becky | Simon vs. the Homo Sapiens Agenda | simonvshomosapie0000albe | 0 | 3 | 129 | 0 | 16 | 483 | 499 |
| 3 | Applegate, Katherine | The One and Only Ivan | oneonlyivan0000appl_z2y5 | 0 | 0 | 207 | 0 | 0 | 718 | 718 |
| | | | oneonlyivan0000appl | 0 | 0 | 49 | 0 | 0 | 205 | 205 |
| 4 | Bacigalupi, Paolo | Ship Breaker | shipbreakernovel00baci | 2 | 5 | 15 | 34 | 42 | 56 | 132 |
| 5 | Brown, Brené | Daring Greatly: How the Courage to Be Vulnerable Transforms the Way We Live, Love, Parent, and Lead | daringgreatlyhow0000brow | 0 | 0 | 81 | 0 | 0 | 120 | 120 |
| 6 | Brown, Pierce | Golden Son | goldenson0000brow | 0 | 0 | 9 | 0 | 0 | 27 | 27 |
| 7 | Brown, Sandra | Best Kept Secrets | bestkeptsecrets00brow | 2 | 3 | 6 | 93 | 51 | 30 | 174 |
| | | | bestkeptsecretst00sand | 1 | 1 | 2 | 48 | 20 | 13 | 81 |
| | | | bestkeptsecrets00brow_1 | 0 | 2 | 4 | 10 | 11 | 12 | 33 |
| | | | bestkeptsecrets00brow_0 | 1 | 3 | 6 | 67 | 82 | 41 | 190 |
| | | | threecompletenov00brow | 2 | 2 | 4 | 55 | 21 | 12 | 88 |
| 8 | Brown, Sandra | The Witness | witnessbrow00brow | 1 | 2 | 4 | 35 | 8 | 14 | 57 |
| | | | witness00brow_0 | 1 | 1 | 5 | 28 | 19 | 21 | 68 |
| | | | witnessbr00brow | 1 | 2 | 2 | 23 | 9 | 11 | 43 |
| | | | witnessbrow00brow | 1 | 1 | 3 | 38 | 28 | 13 | 79 |
| | | | witness00brow | 1 | 1 | 2 | 31 | 19 | 15 | 65 |
| | | | witnessbrows00brow | 1 | 3 | 2 | 72 | 38 | 2 | 112 |
| | | | witnessbrown00brow | 0 | 2 | 2 | 12 | 17 | 6 | 35 |
| | | | witnesshardcover00sand | 1 | 1 | 3 | 13 | 9 | 8 | 30 |
| 9 | Bryson, Bill | A Short History of Nearly Everything | shorthistoryofne0000brys | 0 | 0 | 1 | 0 | 0 | 4 | 4 |
| | | | shorthistoryofn000brys | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | shorthistoryofne00brys | 1 | 5 | 19 | 64 | 67 | 73 | 204 |
| | | | isbn_9780965738408 | 2 | 9 | 67 | 50 | 130 | 267 | 447 |
| | | | isbn_9780375432002 | 1 | 1 | 14 | 7 | 21 | 47 | 75 |

| WIS | Author | Title | Scan Identifier | Maximum Actual Concurrent Loans | | | Total Loans | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Before 2019 | 2019 | 2020 | Before 2019 | 2019 | 2020 | Overall |
| 10 | Bryson, Bill | A Short History of Nearly Everything: Special Illustrated Edition | shorthistoryofne00brys_1 | 1 | 3 | 9 | 27 | 34 | 31 | 92 |
| 11 | Cabot, Meg | The Bride Wore Size 12 | brideworesize120000cabo_x4s5 | 0 | 2 | 2 | 0 | 23 | 8 | 31 |
| | | | brideworesize120000cabo | 1 | 2 | 4 | 1 | 15 | 9 | 25 |
| 12 | Carter, Les | Enough About You, Let's Talk About Me: How to Recognize and Manage the Narcissists in Your Life | enoughaboutyoul00cart | 1 | 2 | 1 | 7 | 14 | 2 | 23 |
| | | | enoughaboutyoule00cart | 1 | 2 | 5 | 29 | 28 | 19 | 76 |
| 13 | Catling, Patrick Skene | The Chocolate Touch | chocolatetouch00catl_1 | 0 | 1 | 1 | 0 | 5 | 4 | 9 |
| | | | chocolatetouch00patr | 1 | 2 | 7 | 36 | 16 | 27 | 79 |
| | | | chocolatetouchth00patr | 1 | 1 | 17 | 33 | 5 | 56 | 94 |
| | | | chocolatetouch00marg | 1 | 2 | 40 | 35 | 30 | 148 | 213 |
| | | | chocolatetouch00catl | 1 | 3 | 58 | 67 | 19 | 189 | 275 |
| | | | chocolatetouch00catl_0 | 1 | 3 | 26 | 6 | 41 | 125 | 172 |
| 14 | Cisneros, Sandra | The House on Mango Street | houseonmangostr000cisn | 1 | 7 | 176 | 11 | 120 | 493 | 624 |
| | | | houseonmangostre00sand | 1 | 7 | 19 | 32 | 58 | 73 | 163 |
| | | | houseonmangostre00cisn | 2 | 3 | 30 | 74 | 42 | 74 | 190 |
| 15 | Conti, Peter; Harris, Peter | Commercial Real Estate Investing for Dummies | commercialreales0000cont | 0 | 1 | 2 | 0 | 2 | 7 | 9 |
| 16 | Corey, James S.A. | Leviathan Wakes | leviathanwakes0000core | 0 | 0 | 58 | 0 | 0 | 148 | 148 |
| 17 | Corey, James S.A. | Caliban's War | calibanswar00core | 1 | 6 | 29 | 11 | 60 | 105 | 176 |
| 18 | Crossan, Sarah | Breathe | breathe0000cros | 0 | 1 | 3 | 0 | 1 | 14 | 15 |
| 19 | Crossan, Sarah | Resist | resist0000cros | 0 | 3 | 5 | 1 | 6 | 12 | 19 |
| 20 | Danforth, Emily M. | The Miseducation of Cameron Post | isbn_9780062020567 | 1 | 6 | 36 | 26 | 37 | 179 | 242 |
| 21 | Demuth, Patricia | Who is Bill Gates? | whoisbillgates0000demu | 0 | 0 | 10 | 0 | 0 | 37 | 37 |
| 22 | Dugoni, Robert | The Jury Master | jurymaster0000dugo | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | jurymaster00dugo | 0 | 2 | 2 | 16 | 14 | 7 | 37 |
| | | | isbn_0446617075 | 0 | 1 | 1 | 6 | 7 | 3 | 16 |
| | | | isbn_9780786287789 | 0 | 1 | 2 | 0 | 5 | 5 | 10 |
| 23 | Epstein, David J. | The Sports Gene: Inside the Science of Extraordinary Athletic Performance | sportsgeneinside0000epst | 0 | 2 | 7 | 0 | 4 | 31 | 35 |
| 24 | Evanovich, Janet | Foul Play | foulplay00jane_0 | 1 | 2 | 3 | 3 | 18 | 14 | 35 |
| 25 | Fisher, Kenneth L. | The Only Three Questions that Still Count: Investing by Knowing What Others Don't | onlythreequestio0000fish | 0 | 0 | 1 | 0 | 0 | 3 | 3 |
| | | | onlythreequestio0000fish_w7r8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | Fitzpatrick, Huntley | My Life Next Door | mylifenextdoor0000fitz | 0 | 0 | 26 | 0 | 0 | 129 | 129 |

| WIS | Author | Title | Scan Identifier | Maximum Actual Concurrent Loans | | | Total Loans | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Before 2019 | 2019 | 2020 | Before 2019 | 2019 | 2020 | Overall |
| 27 | Flynn, Gillian | Gone Girl | gonegirlnovel0000flyn | 0 | 1 | 3 | 0 | 3 | 21 | 24 |
| | | | isbn_9780307588371 | 1 | 6 | 20 | 5 | 52 | 122 | 179 |
| | | | isbn_9780553418354 | 1 | 1 | 4 | 3 | 25 | 25 | 53 |
| | | | gonegirlnovel0000flyn_c1c5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | gonegirlnovel00flyn | 1 | 5 | 58 | 5 | 44 | 309 | 358 |
| 28 | Forman, Gayle | If I Stay | ifistaynovel0000form | 0 | 0 | 4 | 0 | 0 | 11 | 11 |
| | | | ifistay00gayl | 2 | 5 | 23 | 54 | 71 | 88 | 213 |
| | | | ifistaynovel00form | 1 | 4 | 27 | 32 | 75 | 141 | 248 |
| | | | ifistay10000form | 0 | 0 | 1 | 0 | 0 | 1 | 1 |
| 29 | Gardner, Lisa | Fear Nothing | isbn_9780525953081 | 0 | 3 | 6 | 0 | 38 | 44 | 82 |
| | | | isbn_9780451469397 | 1 | 1 | 4 | 1 | 18 | 18 | 37 |
| 30 | Giddings, Anita; Clifton, Sherry Stone | Oil Painting for Dummies | isbn_9780470182307 | 0 | 3 | 6 | 0 | 30 | 17 | 47 |
| | | | oilpaintingfordu0000gidd | 0 | 0 | 2 | 0 | 0 | 2 | 2 |
| | | | oilpaintingfordu01gidd | 1 | 3 | 4 | 22 | 29 | 17 | 68 |
| 31 | Gilbert, Elizabeth | Eat, Pray, Love: One Woman's Search for Everything Across Italy, India and Indonesia | eatprayloveonewo00gilb | 1 | 7 | 20 | 51 | 81 | 101 | 233 |
| | | | eatprayloveonewo2007gilb | 1 | 2 | 5 | 5 | 23 | 21 | 49 |
| | | | isbn_9780747585664 | 1 | 1 | 3 | 27 | 13 | 10 | 50 |
| | | | eatprayloveonewo000eliz_0 | 1 | 2 | 6 | 5 | 11 | 22 | 38 |
| | | | eatprayloveonewo00gilb_0 | 1 | 5 | 32 | 23 | 49 | 121 | 193 |
| | | | eatpraylovelarge00gilb | 1 | 1 | 16 | 5 | 16 | 49 | 70 |
| 32 | Gladwell, Malcolm | David and Goliath: Underdogs, Misfits, and the Art of Battling Giants | davidgoliath00malc_0 | 1 | 5 | 34 | 1 | 65 | 81 | 147 |
| 33 | Gladwell, Malcolm | What the Dog Saw | whatdogsawessays0000unse | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | whatdogsawothera00glad | 2 | 11 | 58 | 49 | 137 | 158 | 344 |
| 34 | Gladwell, Malcolm | Blink: The Power of Thinking Without Thinking | blinkpowerofthin00glad | 1 | 11 | 205 | 47 | 98 | 423 | 568 |
| 35 | Gladwell, Malcolm | Tipping Point: How Little Things Can Make a Big Difference | tippingpointhowl00glad | 2 | 4 | 49 | 58 | 45 | 122 | 225 |
| | | | tippingpointhowl0000glad | 0 | 0 | 13 | 0 | 0 | 26 | 26 |
| 36 | Golding, William | Lord of the Flies | lordofflies0000unse | 0 | 0 | 1 | 0 | 0 | 2 | 2 |
| | | | lordofflies00gold | 1 | 1 | 132 | 61 | 26 | 288 | 375 |
| | | | lordofflies00gold_0 | 2 | 2 | 75 | 74 | 25 | 213 | 312 |
| | | | williamgoldingsl00gold | 1 | 1 | 3 | 44 | 18 | 14 | 76 |
| | | | lordofflies00gold_1 | 1 | 4 | 172 | 64 | 63 | 383 | 510 |
| | | | lordoffliesnovelgo00gold | 1 | 5 | 378 | 70 | 90 | 932 | 1092 |
| | | | lordoffliesnovel00gold | 1 | 1 | 70 | 77 | 25 | 167 | 269 |
| | | | lordoffliesnovel0000gold | 0 | 0 | 28 | 0 | 0 | 54 | 54 |
| 37 | Gordon, Jon | The Energy Bus | energybus10rules00gord | 1 | 4 | 21 | 32 | 28 | 85 | 145 |
| 38 | Grabenstein, Chris | Escape from Mr. Lemoncello's Library | escapefrommrlemo0000grab_x8g3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | escapefrommrlemo0000grab | 0 | 0 | 59 | 0 | 0 | 223 | 223 |
| 39 | Graham, Benjamin | The Intelligent Investor | intelligentinves00grah | 0 | 1 | 22 | 0 | 5 | 103 | 108 |
| | | | intelligentinves00benj | 2 | 2 | 38 | 38 | 22 | 106 | 166 |
| | | | harrypotterhalfb00rowl_0 | 1 | 6 | 12 | 60 | 38 | 49 | 147 |
| | | | intelligentinves00grah_1 | 1 | 3 | 191 | 17 | 26 | 724 | 767 |
| 40 | Grant, Adam M. | Give and Take: a Revolutionary Approach to Success | givetakerevoluti0000gran | 1 | 3 | 8 | 2 | 25 | 27 | 54 |

| WIS | Author | Title | Scan Identifier | Maximum Actual Concurrent Loans | | | Total Loans | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Before 2019 | 2019 | 2020 | Before 2019 | 2019 | 2020 | Overall |
| 41 | Grisham, John | The Innocent Man: Murder and Injustice in a Small Town | innocentman0000gris | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | innocentmanmurde00gris_0 | 1 | 3 | 19 | 6 | 45 | 60 | 111 |
| | | | innocentmanmurde00gris | 1 | 3 | 2 | 17 | 16 | 5 | 38 |
| | | | innocentmanmurde00john_1 | 1 | 1 | 1 | 11 | 4 | 3 | 18 |
| | | | innocentmanmurdegri00gris | 1 | 2 | 4 | 41 | 43 | 24 | 108 |
| | | | innocentman00john_1 | 1 | 1 | 5 | 20 | 17 | 14 | 51 |
| | | | innocentmanmurde0000gris | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | innocentmanmurdegris00gris | 1 | 1 | 3 | 25 | 10 | 7 | 42 |
| | | | innocentman00john | 2 | 2 | 10 | 21 | 15 | 47 | 83 |
| | | | innocentman00john_2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 42 | Grisham, John | Theodore Boone: Kid Lawyer | theodoreboonekid00gris | 1 | 5 | 20 | 37 | 48 | 70 | 155 |
| | | | isbn_9780142417225 | 2 | 3 | 19 | 32 | 45 | 104 | 181 |
| 43 | Grisham, John | Theodore Boone: The Accused | isbn_9780525425762 | 1 | 5 | 13 | 32 | 61 | 87 | 180 |
| | | | accused0000gris | 0 | 0 | 1 | 0 | 0 | 2 | 2 |
| 44 | Hall, Michael | Red: A Crayon's Story | redcrayonsstory00hall | 0 | 2 | 15 | 0 | 8 | 119 | 127 |
| 45 | Herman, Gail | Who was Jackie Robinson? | whowasjackierobi0000herm | 0 | 1 | 20 | 0 | 2 | 64 | 66 |
| 46 | Hiaasen, Carl | Scat | scat00hiaa_0 | 1 | 3 | 12 | 2 | 19 | 32 | 53 |
| | | | scat0000hiaa | 0 | 0 | 10 | 0 | 0 | 28 | 28 |
| | | | scathiaa00hiaa | 1 | 2 | 10 | 3 | 14 | 27 | 44 |
| 47 | Hurston, Zora Neale | Their Eyes Were Watching God | theireyeswerewat00unse | 1 | 2 | 19 | 4 | 21 | 42 | 67 |
| | | | isbn_9780060838676 | 1 | 7 | 66 | 4 | 77 | 283 | 364 |
| | | | theireyeswerewat1998hurs | 1 | 5 | 15 | 47 | 60 | 69 | 176 |
| | | | theireyeswere00hurs | 2 | 4 | 37 | 68 | 55 | 123 | 246 |
| | | | isbn_0252006860 | 0 | 0 | 32 | 0 | 0 | 45 | 45 |
| | | | theireyeswerewat00hurs | 1 | 4 | 10 | 71 | 61 | 39 | 171 |
| | | | theireyeswerewat00hur_a4l | 1 | 3 | 2 | 78 | 32 | 7 | 117 |
| | | | theireyeswerewat000hurs | 1 | 3 | 15 | 25 | 19 | 29 | 73 |
| 48 | Jahren, Hope | Lab Girl | labgirl0000jahr | 0 | 0 | 26 | 0 | 0 | 61 | 61 |
| 49 | James, Marlon | A Brief History of Seven Killings | briefhistoryofse0000jame | 0 | 2 | 10 | 0 | 7 | 39 | 46 |
| 50 | Jance, J.A. | Judgment Call | judgmentcall00janc | 0 | 2 | 2 | 7 | 15 | 9 | 31 |
| | | | judgmentcallbrad0000janc | 0 | 0 | 1 | 0 | 0 | 2 | 2 |
| 51 | Jance, J.A. | Dance of the Bones | danceofbonesjpbe0000janc | 1 | 4 | 3 | 1 | 16 | 12 | 29 |
| 52 | Kalanithi, Paul | When Breath Becomes Air | whenbreathbecome0000kala | 0 | 0 | 126 | 0 | 0 | 203 | 203 |
| 53 | Kate, Lauren | Fallen | fallen00laur | 2 | 7 | 222 | 46 | 123 | 444 | 613 |
| | | | isbn_9780385738934 | 1 | 6 | 37 | 25 | 106 | 152 | 283 |
| 54 | Kelly, Martha Hall | Lilac Girls | lilacgirlsnovel0000kell | 0 | 0 | 24 | 0 | 0 | 53 | 53 |
| 55 | Klay, Phil | Redeployment | redeployment0000klay | 1 | 3 | 6 | 1 | 27 | 26 | 54 |
| 56 | Krakauer, Jon | Into the Wild | intowildmti00jonk_tg3 | 1 | 5 | 63 | 74 | 62 | 213 | 349 |
| | | | intowild00krak | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | intowildmti00jonk | 2 | 4 | 107 | 45 | 61 | 244 | 350 |
| | | | intowild00krak_1 | 1 | 6 | 95 | 24 | 102 | 246 | 372 |
| 57 | Kraynak, Cecie; Kraynak, Joe | Spanish All-in-One for Dummies | spanishallinonef0000kray | 1 | 2 | 10 | 1 | 27 | 44 | 72 |
| 58 | Kuhn, Karl F. | Basic Physics | basicphysics00kuhn | 1 | 2 | 6 | 45 | 32 | 27 | 104 |

| WIS | Author | Title | Scan Identifier | Maximum Actual Concurrent Loans | | | Total Loans | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Before 2019 | 2019 | 2020 | Before 2019 | 2019 | 2020 | Overall |
| 59 | L'Amour, Louis | Hondo | hondo00lamo_2 | 1 | 3 | 25 | 7 | 66 | 177 | 250 |
| | | | hondolamo00lamo | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | hondo00lamo | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | fourcompletenove00lamo | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | fourcompletenove00lamorich | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 60 | Larson, Edward J. | The Return of George Washington | returnofgeorgewa0000lars | 0 | 0 | 2 | 0 | 0 | 6 | 6 |
| 61 | Larson, Erik | Dead Wake: the Last Crossing of the Lusitania | deadwakelastcros0000lars | 1 | 3 | 16 | 1 | 35 | 55 | 91 |
| 62 | Lazarus, William P.; Sullivan, Mark | Comparative Religion for Dummies | isbn_9780470230657 | 1 | 2 | 6 | 18 | 17 | 23 | 58 |
| 63 | Lehane, Dennis | World Gone By | worldgoneby0000leha | 0 | 2 | 5 | 0 | 6 | 17 | 23 |
| 64 | Lencioni, Patrick | The Five Dysfunctions of a Team: a Leadership Fable | fivedysfunctions00lenc | 2 | 6 | 20 | 42 | 60 | 89 | 191 |
| 65 | Lencioni, Patrick | The Advantage: Why Organizational Health Trumps Everything Else in Business | advantagewhyorga0000lenc | 0 | 0 | 6 | 0 | 0 | 15 | 15 |
| 66 | Lencioni, Patrick | Overcoming the Five Dysfunctions of a Team | overcomingfivedy00lenc_0 | 1 | 2 | 7 | 19 | 14 | 23 | 56 |
| 67 | Lencioni, Patrick | The Three Signs of a Miserable Job: a Fable for Managers (and Their Employees) | threesignsofmise00lenc | 1 | 2 | 2 | 11 | 8 | 4 | 23 |
| 68 | Lencioni, Patrick | Getting Naked: a Business Fable About Shedding the Three Fears that Sabotage Client Loyalty | gettingnakedbusi00patr | 1 | 3 | 2 | 13 | 19 | 7 | 39 |
| 69 | Levine, Barry | All the President's Women: Donald Trump and the Making of a Predator | allpresidentswom0000levi | 0 | 0 | 27 | 0 | 0 | 45 | 45 |

| WIS | Author | Title | Scan Identifier | Maximum Actual Concurrent Loans | | | Total Loans | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Before 2019 | 2019 | 2020 | Before 2019 | 2019 | 2020 | Overall |
| 70 | Lewis, C. S. | The Lion, the Witch, and the Wardrobe | lionwitchwardroblew00lewi | 1 | 3 | 55 | 64 | 45 | 100 | 209 |
| | | | lionwitchwardrobcs00lewi | 1 | 3 | 42 | 75 | 77 | 104 | 256 |
| | | | completechronicl0000lewi | 0 | 0 | 63 | 0 | 0 | 338 | 338 |
| | | | lionwitchwardrob0000lewi | 0 | 1 | 35 | 0 | 1 | 117 | 118 |
| | | | chroniclesofnar00lewi | 0 | 1 | 66 | 0 | 6 | 296 | 302 |
| | | | isbn_9780060598242 | 1 | 3 | 7 | 6 | 50 | 53 | 109 |
| | | | chroniclesofnarn00lewi | 1 | 2 | 30 | 4 | 32 | 152 | 188 |
| | | | essentialslewis00lewi | 1 | 2 | 8 | 57 | 33 | 52 | 142 |
| | | | lionwitchwardroblion00lewi | 1 | 1 | 58 | 53 | 22 | 94 | 169 |
| | | | isbn_9780060234812 | 1 | 3 | 13 | 5 | 40 | 67 | 112 |
| | | | isbn_0060765488 | 1 | 1 | 77 | 3 | 22 | 292 | 317 |
| | | | lionwitchwardrob00lewi | 0 | 1 | 4 | 0 | 5 | 15 | 20 |
| | | | lionwitchwardrob0000lewi_u5f4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | lionwitch00lewi | 1 | 3 | 5 | 36 | 55 | 34 | 125 |
| | | | isbn_9780061715051 | 1 | 1 | 6 | 5 | 17 | 30 | 52 |
| | | | lionwitchwardroblewi00lewi | 1 | 4 | 34 | 9 | 47 | 126 | 182 |
| | | | lionwitchwardroblewis00lewi | 1 | 3 | 32 | 58 | 49 | 117 | 224 |
| | | | isbn_9780060764890 | 1 | 2 | 17 | 3 | 28 | 53 | 84 |
| | | | isbn_9780061716778 | 1 | 1 | 30 | 5 | 26 | 122 | 153 |
| | | | isbn_9780060765460 | 1 | 1 | 7 | 5 | 22 | 29 | 56 |
| | | | lionwitchwardbro0000unse | 0 | 0 | 1 | 0 | 0 | 2 | 2 |
| | | | isbn_0590405950 | 2 | 2 | 269 | 33 | 20 | 1137 | 1190 |
| | | | isbn_9780060890155 | 1 | 1 | 16 | 3 | 35 | 69 | 107 |
| | | | isbn_9780007821075 | 0 | 0 | 4 | 0 | 0 | 9 | 9 |
| | | | lionwitchwardrob00lewi_2 | 1 | 1 | 3 | 77 | 26 | 12 | 115 |
| | | | lionwitchwardrob00lewi_0 | 1 | 2 | 6 | 7 | 34 | 26 | 67 |
| 71 | Lewis, C. S. | The Magician's Nephew | completechronicl0000lewi | 0 | 0 | 63 | 0 | 0 | 338 | 338 |
| | | | magiciansnephew00lewi_0 | 1 | 1 | 3 | 4 | 20 | 8 | 32 |
| | | | isbn_B002MAQTE2 | 1 | 3 | 1 | 4 | 34 | 6 | 44 |
| | | | isbn_9780007821082 | 0 | 0 | 3 | 0 | 0 | 9 | 9 |
| | | | magiciansnephew0000csle | 0 | 0 | 1 | 0 | 0 | 1 | 1 |
| | | | magiciansnephew0000lewi | 0 | 0 | 5 | 0 | 0 | 18 | 18 |
| | | | magiciansnephew01lewi | 1 | 2 | 5 | 5 | 18 | 11 | 34 |
| | | | magiciansnephewc00csle | 1 | 1 | 16 | 48 | 24 | 66 | 138 |
| | | | magiciansnephew00lewi | 1 | 3 | 38 | 75 | 54 | 194 | 323 |
| | | | magiciansnephewlewi00lewi | 1 | 2 | 10 | 55 | 50 | 29 | 134 |
| | | | chroniclesofnar00lewi | 0 | 1 | 66 | 0 | 6 | 296 | 302 |
| | | | chroniclesofnarn00lewi_0 | 1 | 1 | 7 | 7 | 25 | 25 | 57 |
| | | | isbn_9780060598242 | 1 | 3 | 7 | 6 | 50 | 53 | 109 |
| | | | chroniclesofnarn00lewi | 1 | 2 | 30 | 4 | 32 | 152 | 188 |
| | | | magiciansnephewr00csle | 1 | 2 | 22 | 4 | 46 | 54 | 104 |
| 72 | Lu, Marie | Legend | legend00luma | 1 | 8 | 30 | 11 | 93 | 91 | 195 |
| 73 | Mandel, Emily St. John | Station Eleven | stationeleven0000mand | 0 | 0 | 88 | 0 | 0 | 138 | 138 |
| | | | stationelevennov0000mand | 1 | 4 | 108 | 2 | 42 | 184 | 228 |
| 74 | Martin, George R. R. | A Dance with Dragons | dancewithdragons0000mart_l7e4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | dancewithdragons00geor | 0 | 0 | 11 | 0 | 0 | 36 | 36 |
| | | | dancewithdragons00mart | 1 | 8 | 25 | 14 | 76 | 121 | 211 |
| | | | dancewithdragons0000mart | 0 | 0 | 1 | 0 | 0 | 2 | 2 |
| | | | dancewithdragons0000mart_z7e8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 75 | McCarthy, Cormac | The Road | road00mcca | 2 | 7 | 96 | 60 | 74 | 365 | 499 |
| | | | roadmovietieined00corm | 1 | 3 | 13 | 39 | 32 | 62 | 133 |
| | | | road0000mcca | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | roadmovietieined00corm_0 | 1 | 3 | 43 | 32 | 49 | 139 | 220 |
| | | | unset0000unse_f0a5 | 1 | 9 | 40 | 3 | 98 | 202 | 303 |
| 76 | Miller, Donalyn | The Book Whisperer | bookwhispererawa0000mill | 0 | 0 | 3 | 0 | 0 | 9 | 9 |
| | | | bookwhispererawa00mill | 1 | 4 | 6 | 19 | 15 | 20 | 54 |

| WIS | Author | Title | Scan Identifier | Maximum Actual Concurrent Loans | | | Total Loans | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Before 2019 | 2019 | 2020 | Before 2019 | 2019 | 2020 | Overall |
| 77 | Morgenstern, Erin | The Night Circus | nightcircus00erin | 1 | 5 | 44 | 26 | 68 | 192 | 286 |
| | | | nightcircusnovel00morg | 1 | 4 | 34 | 10 | 49 | 128 | 187 |
| 78 | Morrison, Toni | Song of Solomon | songofsolomon0000morr | 0 | 0 | 23 | 0 | 0 | 88 | 88 |
| | | | songsolomon00morr_536 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | songofsolomonmorr00morr | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | songofsolomonmorris00morr | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | songofsolomon00morr_0 | 2 | 7 | 108 | 58 | 85 | 271 | 414 |
| | | | songofsolomon0000morr_har5 | 0 | 0 | 8 | 0 | 0 | 22 | 22 |
| | | | songofsolomon00morr | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | songofsolomon00morrrich | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | songofsolomon00toni_0 | 1 | 2 | 7 | 24 | 20 | 24 | 68 |
| | | | songofsolomonsig00ton_128 | 1 | 1 | 6 | 26 | 13 | 18 | 57 |
| | | | songofsolomon000morr | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | songofsolomon00toni | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | songofsolomontar00morr | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 79 | Morrison, Toni | The Bluest Eye | blueseye00morr_1 | 1 | 3 | 4 | 9 | 29 | 20 | 58 |
| | | | blueseye00morr_0 | 2 | 2 | 37 | 55 | 45 | 129 | 229 |
| | | | blueseye00toni | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | blueseye1994morr | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | blueseyenovel00morr_0 | 1 | 6 | 16 | 47 | 68 | 65 | 180 |
| | | | blueseye00morr_2 | 1 | 1 | 11 | 6 | 24 | 36 | 66 |
| | | | blueseyetonimor00morr | 1 | 2 | 20 | 46 | 28 | 84 | 158 |
| | | | blueseyenovel00morr | 0 | 1 | 15 | 0 | 69 | 57 | 126 |
| | | | blueseyenovel0000morr | 0 | 0 | 93 | 0 | 0 | 405 | 405 |
| | | | sparknotesbluest00toni | 1 | 1 | 2 | 17 | 10 | 8 | 35 |
| 80 | Nelson, Marilyn | How I Discovered Poetry | howidiscoveredpo0000nels | 0 | 0 | 2 | 0 | 0 | 10 | 10 |
| 81 | O'Connor, Jane; Glasser, Robin | Fancy Nancy: Too Many Tutus | fancynancytooman0000ocon | 1 | 3 | 14 | 2 | 42 | 140 | 184 |
| 82 | O'Connor, Jane; Glasser, Robin | Fancy Nancy: Super Secret Surprise Party | fancynancysupers0000ocon | 0 | 1 | 8 | 0 | 2 | 55 | 57 |
| 83 | Palmer, Parker J. | Let Your Life Speak: Listening for the Voice of Vocation | letyourlifespeak00palm | 1 | 5 | 12 | 35 | 49 | 46 | 130 |
| | | | letyourlifespeak2000palm | 1 | 4 | 6 | 30 | 30 | 27 | 87 |
| 84 | Park, Barbara | Junie B., First Grader: Boss of Lunch | juniebfirstgrad00park | 1 | 2 | 3 | 2 | 12 | 11 | 25 |
| | | | juniebfirstgrade0000park_w5w4 | 0 | 2 | 6 | 0 | 24 | 48 | 72 |
| | | | juniebfirstgrabos00park | 1 | 1 | 3 | 37 | 16 | 13 | 66 |
| | | | juniebfirstgrade0000park_k1f0 | 0 | 0 | 3 | 0 | 0 | 21 | 21 |
| | | | juniebfirstbosso00park | 0 | 1 | 8 | 0 | 3 | 42 | 45 |
| | | | juniebfirstgrade00barb | 1 | 2 | 1 | 14 | 6 | 2 | 22 |
| 85 | Patchett, Ann | Commonwealth | commonwealth0000patc | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | commonwealthnove0000patc | 0 | 0 | 11 | 0 | 0 | 44 | 44 |
| 86 | Patterson, James | Middle School, the Worst Years of My Life | middleschoolwors0000patt | 0 | 0 | 43 | 0 | 0 | 192 | 192 |
| | | | isbn_9780316101691 | 1 | 7 | 26 | 18 | 73 | 131 | 222 |
| | | | middleschoolwors00patt | 1 | 6 | 0 | 26 | 21 | 0 | 47 |
| 87 | Patterson, James | Invisible | invisible0000patt | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | invisible0000patt_t3s3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | isbn_9780316405348 | 1 | 3 | 4 | 2 | 47 | 25 | 74 |
| 88 | Patterson, James; Grabenstein, Chris | I Funny: A Middle School Story | ifunny0000patt_w7e5 | 0 | 1 | 18 | 0 | 2 | 88 | 90 |
| | | | ifunny0000patt | 1 | 4 | 17 | 4 | 53 | 136 | 193 |
| | | | ifunny10000patt | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 89 | Peirce, Lincoln | Big Nate: Mr. Popularity | isbn_9780062087003 | 1 | 4 | 98 | 2 | 70 | 862 | 934 |
| 90 | Peirce, Lincoln | Big Nate: Genius Mode | isbn_9780062086983 | 1 | 3 | 134 | 7 | 57 | 1045 | 1109 |

| WIS | Author | Title | Scan Identifier | Maximum Actual Concurrent Loans | | | Total Loans | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Before 2019 | 2019 | 2020 | Before 2019 | 2019 | 2020 | Overall |
| 91 | Peirce, Lincoln | Big Nate Goes for Broke | bignategoesforbr0000peir | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | bignategoesforbr00peir | 1 | 4 | 62 | 11 | 79 | 581 | 671 |
| 92 | Pinker, Steven | The Better Angels of Our Nature: Why Violence has Declined | betterangelsofou0000pink | 0 | 0 | 9 | 0 | 0 | 30 | 30 |
| | | | betterangelsofou00pink | 1 | 7 | 11 | 9 | 40 | 50 | 99 |
| 93 | Plath, Sylvia | The Bell Jar | belljarokat00plat | 1 | 2 | 7 | 74 | 40 | 29 | 143 |
| | | | belljar00sylv | 1 | 3 | 6 | 54 | 51 | 29 | 134 |
| | | | belljarplat00plat | 1 | 1 | 45 | 60 | 26 | 180 | 266 |
| | | | belljar00platrich | 1 | 1 | 31 | 72 | 27 | 55 | 154 |
| | | | belljar00plat | 1 | 1 | 29 | 54 | 19 | 97 | 170 |
| | | | belljar0000unse | 0 | 0 | 15 | 0 | 0 | 50 | 50 |
| | | | belljar00plat_1 | 1 | 1 | 11 | 4 | 21 | 39 | 64 |
| | | | belljar00plat_0 | 1 | 1 | 4 | 5 | 27 | 21 | 53 |
| | | | belljarps00sylv | 1 | 3 | 38 | 6 | 41 | 165 | 212 |
| | | | belljar000plat | 2 | 1 | 12 | 68 | 18 | 40 | 126 |
| 94 | Pratchett, Terry | Night Watch | nightwatch00prat_0 | 1 | 1 | 12 | 3 | 22 | 48 | 73 |
| 95 | Redwine, C. J. | Defiance | defiance00redw | 0 | 2 | 2 | 2 | 9 | 6 | 17 |
| 96 | Ritchhart, Ron | Making Thinking Visible: How to Promote Engagement, Understanding, and Independence for All Learners | makingthinkingvi0000unse | 0 | 0 | 1 | 0 | 0 | 2 | 2 |
| 97 | Rohr, Richard | Falling Upward: a Spirituality for the Two Halves of Life | fallingupwardspi00rohr | 2 | 7 | 14 | 42 | 75 | 56 | 173 |
| 98 | Salinger, J. D. | The Catcher in the Rye | catcherinrye00salirich | 1 | 1 | 20 | 58 | 16 | 79 | 153 |
| | | | catcye00jdsa | 1 | 2 | 153 | 34 | 22 | 689 | 745 |
| | | | catcherinrye0000sali | 0 | 3 | 134 | 0 | 9 | 517 | 526 |
| | | | catcherinryesalig00sali | 1 | 1 | 16 | 60 | 25 | 63 | 148 |
| | | | catcherinrye00bant | 1 | 1 | 10 | 51 | 21 | 33 | 105 |
| | | | catcherinrye0000sali_u5n7 | 0 | 0 | 162 | 0 | 0 | 316 | 316 |
| | | | catcherinrye0000sali_n7t7 | 0 | 0 | 184 | 0 | 0 | 449 | 449 |
| | | | catcherinryesali00sali | 1 | 1 | 5 | 56 | 24 | 20 | 100 |
| 99 | Salinger, J. D. | Nine Stories | ninestories0000sali | 0 | 0 | 11 | 0 | 0 | 36 | 36 |
| | | | ninestories0002sali | 0 | 1 | 17 | 0 | 4 | 64 | 68 |
| 100 | Salinger, J. D. | Franny and Zooey | frannyzooey00salirich | 1 | 2 | 31 | 53 | 21 | 133 | 207 |
| 101 | Salinger, J. D. | Raise High the Roof Beam, Carpenters, and Seymour: An Introduction | raisehighroofbea0000sali_l9y4 | 0 | 2 | 8 | 0 | 6 | 21 | 27 |
| | | | raisehighroofbea0000sali_o4a4 | 0 | 0 | 1 | 0 | 0 | 4 | 4 |
| | | | raisehighroofbea00sali | 1 | 1 | 7 | 52 | 20 | 25 | 97 |
| | | | raisehighroofbea0000sali | 0 | 1 | 0 | 0 | 2 | 0 | 2 |
| 102 | Sandford, John | Phantom Prey | phantomprey00john_0 | 0 | 1 | 3 | 22 | 11 | 11 | 44 |
| | | | phantomprey000sand | 0 | 3 | 3 | 40 | 30 | 19 | 89 |
| | | | phantomprey00sand | 1 | 3 | 3 | 33 | 27 | 18 | 78 |
| 103 | Schaefer, Charles E.; DiGeronimo, Theresa Foy | Ages and Stages: a Parent's Guide to Normal Childhood Development | agesstagesparent00char | 1 | 1 | 8 | 10 | 6 | 21 | 37 |
| 104 | Schneider, Robyn | Extraordinary Means | extraordinarymea0000schn | 1 | 3 | 8 | 1 | 27 | 28 | 56 |
| 105 | Semple, Maria | Today Will Be Different | todaywillbediffe0000semp | 0 | 0 | 2 | 0 | 0 | 9 | 9 |
| | | | todaywillbediffe0000semp_m6e9 | 0 | 0 | 3 | 0 | 0 | 5 | 5 |

A-4011

| WIS | Author | Title | Scan Identifier | Maximum Actual Concurrent Loans | | | Total Loans | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Before 2019 | 2019 | 2020 | Before 2019 | 2019 | 2020 | Overall |
| 106 | Silberman, Steve | Neurotribes: the Legacy of Autism and the Future of Neurodiversity | neurotribeslegac0000silb | 0 | 2 | 9 | 0 | 8 | 36 | 44 |
| 107 | Snicket, Lemony | Who Could That Be at This Hour? | whocouldthatbeat0000snic_s5w5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | whocouldthatbeat0000snic | 1 | 1 | 3 | 1 | 10 | 13 | 24 |
| | | | whocouldthatbeat00snic | 1 | 5 | 12 | 26 | 40 | 62 | 128 |
| | | | whocouldthatbeat0000snic_r4z5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 108 | Snicket, Lemony | When Did You See Her Last? | whendidyouseeher0000snic_p9k1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | whendidyouseeher0000snic | 0 | 0 | 4 | 0 | 0 | 17 | 17 |
| | | | isbn_9780316123051 | 1 | 2 | 6 | 4 | 27 | 40 | 71 |
| 109 | Stewart, Trenton Lee | The Extraordinary Education of Nicholas Benedict | extraordinaryedu0000stew | 0 | 0 | 2 | 0 | 0 | 2 | 2 |
| | | | isbn_9780316176194 | 1 | 5 | 9 | 23 | 42 | 48 | 113 |
| 110 | Stewart, Trenton Lee | The Mysterious Benedict Society | mysteriousbenedi00tren | 1 | 5 | 16 | 49 | 62 | 54 | 165 |
| | | | mysteriousbenedi00stew | 2 | 7 | 74 | 48 | 70 | 312 | 430 |
| 111 | Stewart, Trenton Lee | The Mysterious Benedict Society and the Perilous Journey | isbn_9780316036733 | 2 | 5 | 15 | 33 | 36 | 61 | 130 |
| | | | mysteriousbenedi00stew_0 | 1 | 5 | 17 | 38 | 34 | 79 | 151 |
| 112 | Stone, Douglas | Thanks for the Feedback: the Science and Art of Receiving Feedback (Even When it is Off-Base, Unfair, Poorly Delivered, and Frankly, You're Not in the Mood) | thanksforfeedbac0000ston | 0 | 2 | 6 | 0 | 6 | 20 | 26 |
| 113 | Strout, Elizabeth | The Burgess Boys | burgessboysnovel00eliz | 1 | 3 | 4 | 2 | 14 | 14 | 30 |
| 114 | Tahir, Sabaa | An Ember in the Ashes | isbn_9781595148032 | 1 | 4 | 25 | 1 | 46 | 141 | 188 |
| 115 | Turnage, Sheila | Three Times Lucky | threetimeslucky0000turn_n0j9 | 0 | 1 | 3 | 0 | 1 | 6 | 7 |
| | | | threetimeslucky0000turn_e7y3 | 0 | 0 | 14 | 0 | 0 | 49 | 49 |
| | | | threetimeslucky0000turn | 0 | 1 | 6 | 6 | 13 | 20 | 39 |
| 116 | van der Kolk, Bessel A. | The Body Keeps the Score: Brain, Mind, and Body in the Healing of Trauma | isbn_9780143127741 | 0 | 0 | 159 | 0 | 0 | 479 | 479 |
| 117 | Wiesel, Elie | Open Heart | openheart0000wies | 0 | 1 | 2 | 0 | 1 | 6 | 7 |
| 118 | Wilder, Laura Ingalls | Little House in the Big Woods | isbn_9780812420579 | 0 | 0 | 3 | 0 | 0 | 5 | 5 |
| | | | littlehouseinbig0000wild | 0 | 0 | 7 | 0 | 0 | 23 | 23 |
| | | | littlehouseinbig00wild_1 | 1 | 1 | 27 | 6 | 22 | 69 | 97 |
| | | | littlehouseinbig00scho | 1 | 5 | 66 | 82 | 103 | 243 | 428 |
| | | | littlehouseinbig00wild_0 | 1 | 3 | 7 | 8 | 35 | 19 | 62 |
| | | | isbn_0590085247 | 1 | 5 | 24 | 42 | 67 | 93 | 202 |
| | | | littlehouseinbig00wild_3 | 1 | 3 | 5 | 6 | 28 | 22 | 56 |
| | | | littlehouseinbig00wild | 0 | 2 | 12 | 0 | 8 | 54 | 62 |
| | | | littlehouseinbig0000wild_c4z6 | 0 | 0 | 1 | 0 | 0 | 2 | 2 |
| | | | littlehouseinbig00wild_6 | 1 | 1 | 27 | 4 | 29 | 107 | 140 |
| | | | littlehousetreas00wild | 0 | 1 | 10 | 0 | 5 | 47 | 52 |
| 119 | Wilder, Laura Ingalls | Little House on the Prairie | littlehouseonpra00wild_3 | 1 | 1 | 11 | 6 | 23 | 34 | 63 |
| | | | littlehouseonpra00wild_2 | 1 | 5 | 30 | 9 | 72 | 159 | 240 |
| | | | littlehouseonpra00wild | 2 | 2 | 44 | 85 | 33 | 218 | 336 |
| | | | littlehouseonpra00wild_0 | 1 | 3 | 14 | 7 | 45 | 43 | 95 |
| | | | littlehouseonpra0000unse | 0 | 0 | 7 | 0 | 0 | 20 | 20 |
| | | | littlehouseonpra00wild_1 | 1 | 1 | 4 | 7 | 21 | 7 | 35 |
| | | | littlehousetreas00wild | 0 | 1 | 10 | 0 | 5 | 47 | 52 |

| WIS | Author | Title | Scan Identifier | Maximum Actual Concurrent Loans | | | Total Loans | | | |
|-----|--------|-------|-----------------|--------|------|------|-------------|------|------|---------|
| | | | | Before 2019 | 2019 | 2020 | Before 2019 | 2019 | 2020 | Overall |
| 120 | Wilder, Laura Ingalls | Farmer Boy | farmerboylittleh00wild_0 | 1 | 1 | 4 | 74 | 15 | 15 | 104 |
| | | | farmerboy00wild | 1 | 1 | 22 | 61 | 31 | 89 | 181 |
| | | | farmerboy00wild_0 | 1 | 2 | 10 | 5 | 34 | 45 | 84 |
| | | | farmerboy0000wild | 0 | 1 | 1 | 0 | 2 | 8 | 10 |
| | | | farmerboylittleh00wild | 2 | 6 | 21 | 85 | 108 | 110 | 303 |
| 121 | Winspear, Jacqueline | A Dangerous Place | dangerousplaceno0000wins | 1 | 3 | 6 | 1 | 23 | 29 | 53 |
| 122 | Winspear, Jacqueline | Journey to Munich | journeytomunichm0000wins | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | journeytomunich0000wins | 0 | 0 | 6 | 0 | 0 | 23 | 23 |
| 123 | Winspear, Jacqueline | Elegy for Eddie | elegyforeddie00wins | 1 | 3 | 7 | 2 | 18 | 28 | 48 |
| | | | elegyforeddie0000wins | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 124 | Woofenden, Ian | Wind Power for Dummies | isbn_9780470496374 | 0 | 1 | 1 | 5 | 8 | 3 | 16 |
| 125 | Wouk, Herman | The Winds of War | windsof00wouk | 1 | 1 | 5 | 10 | 18 | 15 | 43 |
| | | | windsofwar00hwou | 0 | 1 | 3 | 21 | 9 | 11 | 41 |
| | | | windsofwar00wouk | 0 | 2 | 5 | 44 | 18 | 16 | 78 |
| | | | windsofwarnove00wouk | 1 | 1 | 3 | 57 | 14 | 11 | 82 |
| | | | windsofwarnovel00wouk | 0 | 1 | 3 | 25 | 9 | 5 | 39 |
| | | | windsofwar00herm_1 | 1 | 2 | 3 | 26 | 15 | 9 | 50 |
| | | | windsofwarnovel00herm | 0 | 1 | 1 | 25 | 8 | 2 | 35 |
| | | | windsofwar00wouk_0 | 1 | 2 | 4 | 31 | 18 | 17 | 66 |
| 126 | Wouk, Herman | The Caine Mutiny: A Novel of World War II | cainemutinynovel00woukrich | 0 | 1 | 2 | 20 | 15 | 5 | 40 |
| | | | cainemutinynovel0000wouk | 0 | 1 | 0 | 0 | 2 | 0 | 2 |
| | | | cainemutinynovel00wouk | 1 | 1 | 2 | 50 | 18 | 9 | 77 |
| | | | cainemutinynovel00wouk_1 | 1 | 1 | 5 | 6 | 18 | 21 | 45 |
| | | | cainemutinywo00wouk | 2 | 2 | 3 | 39 | 26 | 14 | 79 |
| | | | cainemutiny00wouk | 1 | 1 | 5 | 32 | 14 | 20 | 66 |
| | | | cainemutiny00herm | 0 | 1 | 2 | 25 | 9 | 4 | 38 |
| | | | cainemutiny0000herm | 0 | 0 | 1 | 0 | 0 | 1 | 1 |
| 127 | Zuckerman, Gregory | The Man Who Solved the Market | manwhosolvedmark0000zuck | 0 | 0 | 113 | 0 | 0 | 129 | 129 |

A-4013

**Exhibit T4: Total loans for each Work in Suit, from March 2017 to on or about Sept 2, 2020 (the earliest and latest loan dates, respectively, for which IA provided data). Data are divided into three periods: prior to 2019, 2019, and 2020–obtained by summing across all Scans that match that Work in Suit, with the number of such scans also specified.**

| WIS | Author | Title | Scans | Total Loans | | |
|---|---|---|---|---|---|---|
| | | | | Before 2019 | 2019 | 2020 |
| 1 | Ahern, Cecelia | PS, I Love You | 9 | 91 | 95 | 76 |
| 2 | Albertalli, Becky | Simon vs. the Homo Sapiens Agenda | 1 | 0 | 16 | 483 |
| 3 | Applegate, Katherine | The One and Only Ivan | 2 | 0 | 0 | 923 |
| 4 | Bacigalupi, Paolo | Ship Breaker | 1 | 34 | 42 | 56 |
| 5 | Brown, Brené | Daring Greatly: How the Courage to Be Vulnerable Transforms the Way We Live, Love, Parent, and Lead | 1 | 0 | 0 | 120 |
| 6 | Brown, Pierce | Golden Son | 1 | 0 | 0 | 27 |
| 7 | Brown, Sandra | Best Kept Secrets | 5 | 273 | 185 | 108 |
| 8 | Brown, Sandra | The Witness | 8 | 252 | 147 | 90 |
| 9 | Bryson, Bill | A Short History of Nearly Everything | 5 | 121 | 218 | 391 |
| 10 | Bryson, Bill | A Short History of Nearly Everything: Special Illustrated Edition | 1 | 27 | 34 | 31 |
| 11 | Cabot, Meg | The Bride Wore Size 12 | 2 | 1 | 38 | 17 |
| 12 | Carter, Les | Enough About You, Let's Talk About Me: How to Recognize and Manage the Narcissists in Your Life | 2 | 36 | 42 | 21 |
| 13 | Catling, Patrick Skene | The Chocolate Touch | 6 | 177 | 116 | 549 |
| 14 | Cisneros, Sandra | The House on Mango Street | 3 | 117 | 220 | 640 |
| 15 | Conti, Peter; Harris, Peter | Commercial Real Estate Investing for Dummies | 1 | 0 | 2 | 7 |
| 16 | Corey, James S.A. | Leviathan Wakes | 1 | 0 | 0 | 148 |
| 17 | Corey, James S.A. | Caliban's War | 1 | 11 | 60 | 105 |
| 18 | Crossan, Sarah | Breathe | 1 | 0 | 1 | 14 |
| 19 | Crossan, Sarah | Resist | 1 | 1 | 6 | 12 |
| 20 | Danforth, Emily M. | The Miseducation of Cameron Post | 1 | 26 | 37 | 179 |
| 21 | Demuth, Patricia | Who is Bill Gates? | 1 | 0 | 0 | 37 |

A-4014

| WIS | Author | Title | Scans | Total Loans Before 2019 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| 22 | Dugoni, Robert | The Jury Master | 4 | 22 | 26 | 15 |
| 23 | Epstein, David J. | The Sports Gene: Inside the Science of Extraordinary Athletic Performance | 1 | 0 | 4 | 31 |
| 24 | Evanovich, Janet | Foul Play | 1 | 3 | 18 | 14 |
| 25 | Fisher, Kenneth L. | The Only Three Questions that Still Count: Investing by Knowing What Others Don't | 2 | 0 | 0 | 3 |
| 26 | Fitzpatrick, Huntley | My Life Next Door | 1 | 0 | 0 | 129 |
| 27 | Flynn, Gillian | Gone Girl | 5 | 13 | 124 | 477 |
| 28 | Forman, Gayle | If I Stay | 4 | 86 | 146 | 241 |
| 29 | Gardner, Lisa | Fear Nothing | 2 | 1 | 56 | 62 |
| 30 | Giddings, Anita; Clifton, Sherry Stone | Oil Painting for Dummies | 3 | 22 | 59 | 36 |
| 31 | Gilbert, Elizabeth | Eat, Pray, Love: One Woman's Search for Everything Across Italy, India and Indonesia | 6 | 116 | 193 | 324 |
| 32 | Gladwell, Malcolm | David and Goliath: Underdogs, Misfits, and the Art of Battling Giants | 1 | 1 | 65 | 81 |
| 33 | Gladwell, Malcolm | What the Dog Saw | 2 | 49 | 137 | 158 |
| 34 | Gladwell, Malcolm | Blink: The Power of Thinking Without Thinking | 1 | 47 | 98 | 423 |
| 35 | Gladwell, Malcolm | Tipping Point: How Little Things Can Make a Big Difference | 2 | 58 | 45 | 148 |
| 36 | Golding, William | Lord of the Flies | 8 | 390 | 247 | 2053 |
| 37 | Gordon, Jon | The Energy Bus | 1 | 32 | 28 | 85 |
| 38 | Grabenstein, Chris | Escape from Mr. Lemoncello's Library | 2 | 0 | 0 | 223 |
| 39 | Graham, Benjamin | The Intelligent Investor | 4 | 115 | 91 | 982 |
| 40 | Grant, Adam M. | Give and Take: a Revolutionary Approach to Success | 1 | 2 | 25 | 27 |
| 41 | Grisham, John | The Innocent Man: Murder and Injustice in a Small Town | 10 | 141 | 150 | 160 |
| 42 | Grisham, John | Theodore Boone: Kid Lawyer | 2 | 69 | 93 | 174 |
| 43 | Grisham, John | Theodore Boone: The Accused | 2 | 32 | 61 | 89 |

| WIS | Author | Title | Scans | Total Loans | | |
|---|---|---|---|---|---|---|
| | | | | Before 2019 | 2019 | 2020 |
| 44 | Hall, Michael | Red: A Crayon's Story | 1 | 0 | 8 | 119 |
| 45 | Herman, Gail | Who was Jackie Robinson? | 1 | 0 | 2 | 64 |
| 46 | Hiaasen, Carl | Scat | 3 | 5 | 33 | 87 |
| 47 | Hurston, Zora Neale | Their Eyes Were Watching God | 8 | 297 | 325 | 637 |
| 48 | Jahren, Hope | Lab Girl | 1 | 0 | 0 | 61 |
| 49 | James, Marlon | A Brief History of Seven Killings | 1 | 0 | 7 | 39 |
| 50 | Jance, J.A. | Judgment Call | 2 | 7 | 15 | 11 |
| 51 | Jance, J.A. | Dance of the Bones | 1 | 1 | 16 | 12 |
| 52 | Kalanithi, Paul | When Breath Becomes Air | 1 | 0 | 0 | 203 |
| 53 | Kate, Lauren | Fallen | 2 | 71 | 229 | 596 |
| 54 | Kelly, Martha Hall | Lilac Girls | 1 | 0 | 0 | 53 |
| 55 | Klay, Phil | Redeployment | 1 | 1 | 27 | 26 |
| 56 | Krakauer, Jon | Into the Wild | 4 | 143 | 225 | 703 |
| 57 | Kraynak, Cecie; Kraynak, Joe | Spanish All-in-One for Dummies | 1 | 1 | 27 | 44 |
| 58 | Kuhn, Karl F. | Basic Physics | 1 | 45 | 32 | 27 |
| 59 | L'Amour, Louis | Hondo | 5 | 7 | 66 | 177 |
| 60 | Larson, Edward J. | The Return of George Washington | 1 | 0 | 0 | 6 |
| 61 | Larson, Erik | Dead Wake: the Last Crossing of the Lusitania | 1 | 1 | 35 | 55 |
| 62 | Lazarus, William P.; Sullivan, Mark | Comparative Religion for Dummies | 1 | 18 | 17 | 23 |
| 63 | Lehane, Dennis | World Gone By | 1 | 0 | 6 | 17 |
| 64 | Lencioni, Patrick | The Five Dysfunctions of a Team: a Leadership Fable | 1 | 42 | 60 | 89 |
| 65 | Lencioni, Patrick | The Advantage: Why Organizational Health Trumps Everything Else in Business | 1 | 0 | 0 | 15 |
| 66 | Lencioni, Patrick | Overcoming the Five Dysfunctions of a Team | 1 | 19 | 14 | 23 |
| 67 | Lencioni, Patrick | The Three Signs of a Miserable Job: a Fable for Managers (and Their Employees) | 1 | 11 | 8 | 4 |

A-4016

| WIS | Author | Title | Scans | Total Loans | | |
|-----|--------|-------|-------|-------------|------|------|
| | | | | Before 2019 | 2019 | 2020 |
| 68 | Lencioni, Patrick | Getting Naked: a Business Fable About Shedding the Three Fears that Sabotage Client Loyalty | 1 | 13 | 19 | 7 |
| 69 | Levine, Barry | All the President's Women: Donald Trump and the Making of a Predator | 1 | 0 | 0 | 45 |
| 70 | Lewis, C. S. | The Lion, the Witch, and the Wardrobe | 26 | 508 | 692 | 3446 |
| 71 | Lewis, C. S. | The Magician's Nephew | 15 | 212 | 359 | 1260 |
| 72 | Lu, Marie | Legend | 1 | 11 | 93 | 91 |
| 73 | Mandel, Emily St. John | Station Eleven | 2 | 2 | 42 | 322 |
| 74 | Martin, George R. R. | A Dance with Dragons | 5 | 14 | 76 | 159 |
| 75 | McCarthy, Cormac | The Road | 5 | 134 | 253 | 768 |
| 76 | Miller, Donalyn | The Book Whisperer | 2 | 19 | 15 | 29 |
| 77 | Morgenstern, Erin | The Night Circus | 2 | 36 | 117 | 320 |
| 78 | Morrison, Toni | Song of Solomon | 13 | 108 | 118 | 423 |
| 79 | Morrison, Toni | The Bluest Eye | 10 | 180 | 273 | 804 |
| 80 | Nelson, Marilyn | How I Discovered Poetry | 1 | 0 | 0 | 10 |
| 81 | O'Connor, Jane; Glasser, Robin | Fancy Nancy: Too Many Tutus | 1 | 2 | 42 | 140 |
| 82 | O'Connor, Jane; Glasser, Robin | Fancy Nancy: Super Secret Surprise Party | 1 | 0 | 2 | 55 |
| 83 | Palmer, Parker J. | Let Your Life Speak: Listening for the Voice of Vocation | 2 | 65 | 79 | 73 |
| 84 | Park, Barbara | Junie B., First Grader: Boss of Lunch | 6 | 53 | 61 | 137 |
| 85 | Patchett, Ann | Commonwealth | 2 | 0 | 0 | 44 |
| 86 | Patterson, James | Middle School, the Worst Years of My Life | 3 | 44 | 94 | 323 |
| 87 | Patterson, James | Invisible | 3 | 2 | 47 | 25 |
| 88 | Patterson, James; Grabenstein, Chris | I Funny: A Middle School Story | 3 | 4 | 55 | 224 |

A-4017

| WIS | Author | Title | Scans | Total Loans | | |
|---|---|---|---|---|---|---|
| | | | | Before 2019 | 2019 | 2020 |
| 89 | Peirce, Lincoln | Big Nate: Mr. Popularity | 1 | 2 | 70 | 862 |
| 90 | Peirce, Lincoln | Big Nate: Genius Mode | 1 | 7 | 57 | 1045 |
| 91 | Peirce, Lincoln | Big Nate Goes for Broke | 2 | 11 | 79 | 581 |
| 92 | Pinker, Steven | The Better Angels of Our Nature: Why Violence has Declined | 2 | 9 | 40 | 80 |
| 93 | Plath, Sylvia | The Bell Jar | 10 | 397 | 270 | 705 |
| 94 | Pratchett, Terry | Night Watch | 1 | 3 | 22 | 48 |
| 95 | Redwine, C. J. | Defiance | 1 | 2 | 9 | 6 |
| 96 | Ritchhart, Ron | Making Thinking Visible: How to Promote Engagement, Understanding, and Independence for All Learners | 1 | 0 | 0 | 2 |
| 97 | Rohr, Richard | Falling Upward: a Spirituality for the Two Halves of Life | 1 | 42 | 75 | 56 |
| 98 | Salinger, J. D. | The Catcher in the Rye | 8 | 259 | 117 | 2166 |
| 99 | Salinger, J. D. | Nine Stories | 2 | 0 | 4 | 100 |
| 100 | Salinger, J. D. | Franny and Zooey | 1 | 53 | 21 | 133 |
| 101 | Salinger, J. D. | Raise High the Roof Beam, Carpenters, and Seymour: An Introduction | 4 | 52 | 28 | 50 |
| 102 | Sandford, John | Phantom Prey | 3 | 95 | 68 | 48 |
| 103 | Schaefer, Charles E.; DiGeronimo, Theresa Foy | Ages and Stages: a Parent's Guide to Normal Childhood Development | 1 | 10 | 6 | 21 |
| 104 | Schneider, Robyn | Extraordinary Means | 1 | 1 | 27 | 28 |
| 105 | Semple, Maria | Today Will Be Different | 2 | 0 | 0 | 14 |
| 106 | Silberman, Steve | Neurotribes: the Legacy of Autism and the Future of Neurodiversity | 1 | 0 | 8 | 36 |
| 107 | Snicket, Lemony | Who Could That Be at This Hour? | 4 | 27 | 50 | 75 |
| 108 | Snicket, Lemony | When Did You See Her Last? | 3 | 4 | 27 | 57 |
| 109 | Stewart, Trenton Lee | The Extraordinary Education of Nicholas Benedict | 2 | 23 | 42 | 50 |

| WIS | Author | Title | Scans | Total Loans | | |
|-----|--------|-------|-------|-------------|---|---|
| | | | | Before 2019 | 2019 | 2020 |
| 110 | Stewart, Trenton Lee | The Mysterious Benedict Society | 2 | 97 | 132 | 366 |
| 111 | Stewart, Trenton Lee | The Mysterious Benedict Society and the Perilous Journey | 2 | 71 | 70 | 140 |
| 112 | Stone, Douglas | Thanks for the Feedback: the Science and Art of Receiving Feedback (Even When it is Off-Base, Unfair, Poorly Delivered, and Frankly, You're Not in the Mood) | 1 | 0 | 6 | 20 |
| 113 | Strout, Elizabeth | The Burgess Boys | 1 | 2 | 14 | 14 |
| 114 | Tahir, Sabaa | An Ember in the Ashes | 1 | 1 | 46 | 141 |
| 115 | Turnage, Sheila | Three Times Lucky | 3 | 6 | 14 | 75 |
| 116 | van der Kolk, Bessel A. | The Body Keeps the Score: Brain, Mind, and Body in the Healing of Trauma | 1 | 0 | 0 | 479 |
| 117 | Wiesel, Elie | Open Heart | 1 | 0 | 1 | 6 |
| 118 | Wilder, Laura Ingalls | Little House in the Big Woods | 11 | 148 | 297 | 684 |
| 119 | Wilder, Laura Ingalls | Little House on the Prairie | 7 | 114 | 199 | 528 |
| 120 | Wilder, Laura Ingalls | Farmer Boy | 5 | 225 | 190 | 267 |
| 121 | Winspear, Jacqueline | A Dangerous Place | 1 | 1 | 23 | 29 |
| 122 | Winspear, Jacqueline | Journey to Munich | 2 | 0 | 0 | 23 |
| 123 | Winspear, Jacqueline | Elegy for Eddie | 2 | 2 | 18 | 28 |
| 124 | Woofenden, Ian | Wind Power for Dummies | 1 | 5 | 8 | 3 |
| 125 | Wouk, Herman | The Winds of War | 8 | 239 | 109 | 86 |
| 126 | Wouk, Herman | The Caine Mutiny: A Novel of World War II | 8 | 172 | 102 | 74 |
| 127 | Zuckerman, Gregory | The Man Who Solved the Market | 1 | 0 | 0 | 129 |

A-4019

Exhibit T5: Total loans for each Work in Suit, during the period from March 2017 to on or about Sept 2, 2020 (the earliest and latest loan dates, respectively, for which IA provided data). Numbers are obtained by summing across all Scans that match that Work in Suit, with the number of such scans also specified.

| WIS | Author | Title | Scans | Total Loans |
|---|---|---|---|---|
| 1 | Ahern, Cecelia | PS, I Love You | 9 | 262 |
| 2 | Albertalli, Becky | Simon vs. the Homo Sapiens Agenda | 1 | 499 |
| 3 | Applegate, Katherine | The One and Only Ivan | 2 | 923 |
| 4 | Bacigalupi, Paolo | Ship Breaker | 1 | 132 |
| 5 | Brown, Brené | Daring Greatly: How the Courage to Be Vulnerable Transforms the Way We Live, Love, Parent, and Lead | 1 | 120 |
| 6 | Brown, Pierce | Golden Son | 1 | 27 |
| 7 | Brown, Sandra | Best Kept Secrets | 5 | 566 |
| 8 | Brown, Sandra | The Witness | 8 | 489 |
| 9 | Bryson, Bill | A Short History of Nearly Everything | 5 | 730 |
| 10 | Bryson, Bill | A Short History of Nearly Everything: Special Illustrated Edition | 1 | 92 |
| 11 | Cabot, Meg | The Bride Wore Size 12 | 2 | 56 |
| 12 | Carter, Les | Enough About You, Let's Talk About Me: How to Recognize and Manage the Narcissists in Your Life | 2 | 99 |
| 13 | Catling, Patrick Skene | The Chocolate Touch | 6 | 842 |
| 14 | Cisneros, Sandra | The House on Mango Street | 3 | 977 |
| 15 | Conti, Peter; Harris, Peter | Commercial Real Estate Investing for Dummies | 1 | 9 |
| 16 | Corey, James S.A. | Leviathan Wakes | 1 | 148 |
| 17 | Corey, James S.A. | Caliban's War | 1 | 176 |
| 18 | Crossan, Sarah | Breathe | 1 | 15 |
| 19 | Crossan, Sarah | Resist | 1 | 19 |
| 20 | Danforth, Emily M. | The Miseducation of Cameron Post | 1 | 242 |
| 21 | Demuth, Patricia | Who is Bill Gates? | 1 | 37 |

| WIS | Author | Title | Scans | Total Loans |
|-----|--------|-------|-------|-------------|
| 22 | Dugoni, Robert | The Jury Master | 4 | 63 |
| 23 | Epstein, David J. | The Sports Gene: Inside the Science of Extraordinary Athletic Performance | 1 | 35 |
| 24 | Evanovich, Janet | Foul Play | 1 | 35 |
| 25 | Fisher, Kenneth L. | The Only Three Questions that Still Count: Investing by Knowing What Others Don't | 2 | 3 |
| 26 | Fitzpatrick, Huntley | My Life Next Door | 1 | 129 |
| 27 | Flynn, Gillian | Gone Girl | 5 | 614 |
| 28 | Forman, Gayle | If I Stay | 4 | 473 |
| 29 | Gardner, Lisa | Fear Nothing | 2 | 119 |
| 30 | Giddings, Anita; Clifton, Sherry Stone | Oil Painting for Dummies | 3 | 117 |
| 31 | Gilbert, Elizabeth | Eat, Pray, Love: One Woman's Search for Everything Across Italy, India and Indonesia | 6 | 633 |
| 32 | Gladwell, Malcolm | David and Goliath: Underdogs, Misfits, and the Art of Battling Giants | 1 | 147 |
| 33 | Gladwell, Malcolm | What the Dog Saw | 2 | 344 |
| 34 | Gladwell, Malcolm | Blink: The Power of Thinking Without Thinking | 1 | 568 |
| 35 | Gladwell, Malcolm | Tipping Point: How Little Things Can Make a Big Difference | 2 | 251 |
| 36 | Golding, William | Lord of the Flies | 8 | 2690 |
| 37 | Gordon, Jon | The Energy Bus | 1 | 145 |
| 38 | Grabenstein, Chris | Escape from Mr. Lemoncello's Library | 2 | 223 |
| 39 | Graham, Benjamin | The Intelligent Investor | 4 | 1188 |
| 40 | Grant, Adam M. | Give and Take: a Revolutionary Approach to Success | 1 | 54 |
| 41 | Grisham, John | The Innocent Man: Murder and Injustice in a Small Town | 10 | 451 |
| 42 | Grisham, John | Theodore Boone: Kid Lawyer | 2 | 336 |
| 43 | Grisham, John | Theodore Boone: The Accused | 2 | 182 |

| WIS | Author | Title | Scans | Total Loans |
|---|---|---|---|---|
| 44 | Hall, Michael | Red: A Crayon's Story | 1 | 127 |
| 45 | Herman, Gail | Who was Jackie Robinson? | 1 | 66 |
| 46 | Hiaasen, Carl | Scat | 3 | 125 |
| 47 | Hurston, Zora Neale | Their Eyes Were Watching God | 8 | 1259 |
| 48 | Jahren, Hope | Lab Girl | 1 | 61 |
| 49 | James, Marlon | A Brief History of Seven Killings | 1 | 46 |
| 50 | Jance, J.A. | Judgment Call | 2 | 33 |
| 51 | Jance, J.A. | Dance of the Bones | 1 | 29 |
| 52 | Kalanithi, Paul | When Breath Becomes Air | 1 | 203 |
| 53 | Kate, Lauren | Fallen | 2 | 896 |
| 54 | Kelly, Martha Hall | Lilac Girls | 1 | 53 |
| 55 | Klay, Phil | Redeployment | 1 | 54 |
| 56 | Krakauer, Jon | Into the Wild | 4 | 1071 |
| 57 | Kraynak, Cecie; Kraynak, Joe | Spanish All-in-One for Dummies | 1 | 72 |
| 58 | Kuhn, Karl F. | Basic Physics | 1 | 104 |
| 59 | L'Amour, Louis | Hondo | 5 | 250 |
| 60 | Larson, Edward J. | The Return of George Washington | 1 | 6 |
| 61 | Larson, Erik | Dead Wake: the Last Crossing of the Lusitania | 1 | 91 |
| 62 | Lazarus, William P.; Sullivan, Mark | Comparative Religion for Dummies | 1 | 58 |
| 63 | Lehane, Dennis | World Gone By | 1 | 23 |
| 64 | Lencioni, Patrick | The Five Dysfunctions of a Team: a Leadership Fable | 1 | 191 |
| 65 | Lencioni, Patrick | The Advantage: Why Organizational Health Trumps Everything Else in Business | 1 | 15 |
| 66 | Lencioni, Patrick | Overcoming the Five Dysfunctions of a Team | 1 | 56 |
| 67 | Lencioni, Patrick | The Three Signs of a Miserable Job: a Fable for Managers (and Their Employees) | 1 | 23 |

A-4022

| WIS | Author | Title | Scans | Total Loans |
|-----|--------|-------|-------|-------------|
| 68 | Lencioni, Patrick | Getting Naked: a Business Fable About Shedding the Three Fears that Sabotage Client Loyalty | 1 | 39 |
| 69 | Levine, Barry | All the President's Women: Donald Trump and the Making of a Predator | 1 | 45 |
| 70 | Lewis, C. S. | The Lion, the Witch, and the Wardrobe | 26 | 4646 |
| 71 | Lewis, C. S. | The Magician's Nephew | 15 | 1831 |
| 72 | Lu, Marie | Legend | 1 | 195 |
| 73 | Mandel, Emily St. John | Station Eleven | 2 | 366 |
| 74 | Martin, George R. R. | A Dance with Dragons | 5 | 249 |
| 75 | McCarthy, Cormac | The Road | 5 | 1155 |
| 76 | Miller, Donalyn | The Book Whisperer | 2 | 63 |
| 77 | Morgenstern, Erin | The Night Circus | 2 | 473 |
| 78 | Morrison, Toni | Song of Solomon | 13 | 649 |
| 79 | Morrison, Toni | The Bluest Eye | 10 | 1257 |
| 80 | Nelson, Marilyn | How I Discovered Poetry | 1 | 10 |
| 81 | O'Connor, Jane; Glasser, Robin | Fancy Nancy: Too Many Tutus | 1 | 184 |
| 82 | O'Connor, Jane; Glasser, Robin | Fancy Nancy: Super Secret Surprise Party | 1 | 57 |
| 83 | Palmer, Parker J. | Let Your Life Speak: Listening for the Voice of Vocation | 2 | 217 |
| 84 | Park, Barbara | Junie B., First Grader: Boss of Lunch | 6 | 251 |
| 85 | Patchett, Ann | Commonwealth | 2 | 44 |
| 86 | Patterson, James | Middle School, the Worst Years of My Life | 3 | 461 |
| 87 | Patterson, James | Invisible | 3 | 74 |
| 88 | Patterson, James; Grabenstein, Chris | I Funny: A Middle School Story | 3 | 283 |

| WIS | Author | Title | Scans | Total Loans |
|---|---|---|---|---|
| 89 | Peirce, Lincoln | Big Nate: Mr. Popularity | 1 | 934 |
| 90 | Peirce, Lincoln | Big Nate: Genius Mode | 1 | 1109 |
| 91 | Peirce, Lincoln | Big Nate Goes for Broke | 2 | 671 |
| 92 | Pinker, Steven | The Better Angels of Our Nature: Why Violence has Declined | 2 | 129 |
| 93 | Plath, Sylvia | The Bell Jar | 10 | 1372 |
| 94 | Pratchett, Terry | Night Watch | 1 | 73 |
| 95 | Redwine, C. J. | Defiance | 1 | 17 |
| 96 | Ritchhart, Ron | Making Thinking Visible: How to Promote Engagement, Understanding, and Independence for All Learners | 1 | 2 |
| 97 | Rohr, Richard | Falling Upward: a Spirituality for the Two Halves of Life | 1 | 173 |
| 98 | Salinger, J. D. | The Catcher in the Rye | 8 | 2542 |
| 99 | Salinger, J. D. | Nine Stories | 2 | 104 |
| 100 | Salinger, J. D. | Franny and Zooey | 1 | 207 |
| 101 | Salinger, J. D. | Raise High the Roof Beam, Carpenters, and Seymour: An Introduction | 4 | 130 |
| 102 | Sandford, John | Phantom Prey | 3 | 211 |
| 103 | Schaefer, Charles E.; DiGeronimo, Theresa Foy | Ages and Stages: a Parent's Guide to Normal Childhood Development | 1 | 37 |
| 104 | Schneider, Robyn | Extraordinary Means | 1 | 56 |
| 105 | Semple, Maria | Today Will Be Different | 2 | 14 |
| 106 | Silberman, Steve | Neurotribes: the Legacy of Autism and the Future of Neurodiversity | 1 | 44 |
| 107 | Snicket, Lemony | Who Could That Be at This Hour? | 4 | 152 |
| 108 | Snicket, Lemony | When Did You See Her Last? | 3 | 88 |
| 109 | Stewart, Trenton Lee | The Extraordinary Education of Nicholas Benedict | 2 | 115 |

A-4024

| WIS | Author | Title | Scans | Total Loans |
|---|---|---|---|---|
| 110 | Stewart, Trenton Lee | The Mysterious Benedict Society | 2 | 595 |
| 111 | Stewart, Trenton Lee | The Mysterious Benedict Society and the Perilous Journey | 2 | 281 |
| 112 | Stone, Douglas | Thanks for the Feedback: the Science and Art of Receiving Feedback (Even When it is Off-Base, Unfair, Poorly Delivered, and Frankly, You're Not in the Mood) | 1 | 26 |
| 113 | Strout, Elizabeth | The Burgess Boys | 1 | 30 |
| 114 | Tahir, Sabaa | An Ember in the Ashes | 1 | 188 |
| 115 | Turnage, Sheila | Three Times Lucky | 3 | 95 |
| 116 | van der Kolk, Bessel A. | The Body Keeps the Score: Brain, Mind, and Body in the Healing of Trauma | 1 | 479 |
| 117 | Wiesel, Elie | Open Heart | 1 | 7 |
| 118 | Wilder, Laura Ingalls | Little House in the Big Woods | 11 | 1129 |
| 119 | Wilder, Laura Ingalls | Little House on the Prairie | 7 | 841 |
| 120 | Wilder, Laura Ingalls | Farmer Boy | 5 | 682 |
| 121 | Winspear, Jacqueline | A Dangerous Place | 1 | 53 |
| 122 | Winspear, Jacqueline | Journey to Munich | 2 | 23 |
| 123 | Winspear, Jacqueline | Elegy for Eddie | 2 | 48 |
| 124 | Woofenden, Ian | Wind Power for Dummies | 1 | 16 |
| 125 | Wouk, Herman | The Winds of War | 8 | 434 |
| 126 | Wouk, Herman | The Caine Mutiny: A Novel of World War II | 8 | 348 |
| 127 | Zuckerman, Gregory | The Man Who Solved the Market | 1 | 129 |

**Exhibit T6: A closer look at 2020: Total loans for each Work in Suit before, during, and after the National Emergency Library period–obtained by summing across all Scans that match that Work in Suit. The National Emergency Library period is set to be March 17, 2020 (representing a one-week buffer before Internet Archive's announced start date of March 24, 2020) to June 17, 2020.**

| WIS | Author | Title | Scans | Before NEL | During NEL | After NEL |
|---|---|---|---|---|---|---|
| | | | | Total Loans | | |
| 1 | Ahern, Cecelia | PS, I Love You | 9 | 19 | 57 | 0 |
| 2 | Albertalli, Becky | Simon vs. the Homo Sapiens Agenda | 1 | 20 | 463 | 0 |
| 3 | Applegate, Katherine | The One and Only Ivan | 2 | 7 | 916 | 0 |
| 4 | Bacigalupi, Paolo | Ship Breaker | 1 | 15 | 41 | 0 |
| 5 | Brown, Brené | Daring Greatly: How the Courage to Be Vulnerable Transforms the Way We Live, Love, Parent, and Lead | 1 | 10 | 110 | 0 |
| 6 | Brown, Pierce | Golden Son | 1 | 0 | 27 | 0 |
| 7 | Brown, Sandra | Best Kept Secrets | 5 | 26 | 81 | 1 |
| 8 | Brown, Sandra | The Witness | 8 | 29 | 61 | 0 |
| 9 | Bryson, Bill | A Short History of Nearly Everything | 5 | 90 | 299 | 2 |
| 10 | Bryson, Bill | A Short History of Nearly Everything: Special Illustrated Edition | 1 | 8 | 23 | 0 |
| 11 | Cabot, Meg | The Bride Wore Size 12 | 2 | 4 | 13 | 0 |
| 12 | Carter, Les | Enough About You, Let's Talk About Me: How to Recognize and Manage the Narcissists in Your Life | 2 | 9 | 12 | 0 |
| 13 | Catling, Patrick Skene | The Chocolate Touch | 6 | 29 | 520 | 0 |
| 14 | Cisneros, Sandra | The House on Mango Street | 3 | 86 | 554 | 0 |
| 15 | Conti, Peter; Harris, Peter | Commercial Real Estate Investing for Dummies | 1 | 2 | 5 | 0 |
| 16 | Corey, James S.A. | Leviathan Wakes | 1 | 11 | 137 | 0 |
| 17 | Corey, James S.A. | Caliban's War | 1 | 25 | 80 | 0 |
| 18 | Crossan, Sarah | Breathe | 1 | 3 | 11 | 0 |
| 19 | Crossan, Sarah | Resist | 1 | 0 | 12 | 0 |

| WIS | Author | Title | Scans | Before NEL | During NEL | After NEL |
|-----|--------|-------|-------|------------|------------|-----------|
| | | | | **Total Loans** | | |
| 20 | Danforth, Emily M. | The Miseducation of Cameron Post | 1 | 36 | 143 | 0 |
| 21 | Demuth, Patricia | Who is Bill Gates? | 1 | 2 | 35 | 0 |
| 22 | Dugoni, Robert | The Jury Master | 4 | 4 | 11 | 0 |
| 23 | Epstein, David J. | The Sports Gene: Inside the Science of Extraordinary Athletic Performance | 1 | 8 | 23 | 0 |
| 24 | Evanovich, Janet | Foul Play | 1 | 3 | 11 | 0 |
| 25 | Fisher, Kenneth L. | The Only Three Questions that Still Count: Investing by Knowing What Others Don't | 2 | 2 | 1 | 0 |
| 26 | Fitzpatrick, Huntley | My Life Next Door | 1 | 6 | 123 | 0 |
| 27 | Flynn, Gillian | Gone Girl | 5 | 62 | 403 | 12 |
| 28 | Forman, Gayle | If I Stay | 4 | 43 | 195 | 3 |
| 29 | Gardner, Lisa | Fear Nothing | 2 | 11 | 46 | 5 |
| 30 | Giddings, Anita; Clifton, Sherry Stone | Oil Painting for Dummies | 3 | 13 | 23 | 0 |
| 31 | Gilbert, Elizabeth | Eat, Pray, Love: One Woman's Search for Everything Across Italy, India and Indonesia | 6 | 69 | 254 | 1 |
| 32 | Gladwell, Malcolm | David and Goliath: Underdogs, Misfits, and the Art of Battling Giants | 1 | 25 | 56 | 0 |
| 33 | Gladwell, Malcolm | What the Dog Saw | 2 | 50 | 108 | 0 |
| 34 | Gladwell, Malcolm | Blink: The Power of Thinking Without Thinking | 1 | 62 | 361 | 0 |
| 35 | Gladwell, Malcolm | Tipping Point: How Little Things Can Make a Big Difference | 2 | 23 | 125 | 0 |
| 36 | Golding, William | Lord of the Flies | 8 | 70 | 1983 | 0 |
| 37 | Gordon, Jon | The Energy Bus | 1 | 9 | 76 | 0 |
| 38 | Grabenstein, Chris | Escape from Mr. Lemoncello's Library | 2 | 2 | 221 | 0 |
| 39 | Graham, Benjamin | The Intelligent Investor | 4 | 22 | 947 | 13 |
| 40 | Grant, Adam M. | Give and Take: a Revolutionary Approach to Success | 1 | 7 | 20 | 0 |
| 41 | Grisham, John | The Innocent Man: Murder and Injustice in a Small Town | 10 | 36 | 119 | 5 |

| WIS | Author | Title | Scans | Total Loans | | |
|---|---|---|---|---|---|---|
| | | | | Before NEL | During NEL | After NEL |
| 42 | Grisham, John | Theodore Boone: Kid Lawyer | 2 | 29 | 145 | 0 |
| 43 | Grisham, John | Theodore Boone: The Accused | 2 | 20 | 69 | 0 |
| 44 | Hall, Michael | Red: A Crayon's Story | 1 | 15 | 104 | 0 |
| 45 | Herman, Gail | Who was Jackie Robinson? | 1 | 5 | 59 | 0 |
| 46 | Hiaasen, Carl | Scat | 3 | 2 | 85 | 0 |
| 47 | Hurston, Zora Neale | Their Eyes Were Watching God | 8 | 102 | 529 | 6 |
| 48 | Jahren, Hope | Lab Girl | 1 | 6 | 55 | 0 |
| 49 | James, Marlon | A Brief History of Seven Killings | 1 | 7 | 32 | 0 |
| 50 | Jance, J.A. | Judgment Call | 2 | 2 | 8 | 1 |
| 51 | Jance, J.A. | Dance of the Bones | 1 | 1 | 6 | 5 |
| 52 | Kalanithi, Paul | When Breath Becomes Air | 1 | 14 | 189 | 0 |
| 53 | Kate, Lauren | Fallen | 2 | 71 | 514 | 11 |
| 54 | Kelly, Martha Hall | Lilac Girls | 1 | 0 | 50 | 3 |
| 55 | Klay, Phil | Redeployment | 1 | 12 | 14 | 0 |
| 56 | Krakauer, Jon | Into the Wild | 4 | 81 | 622 | 0 |
| 57 | Kraynak, Cecie; Kraynak, Joe | Spanish All-in-One for Dummies | 1 | 11 | 33 | 0 |
| 58 | Kuhn, Karl F. | Basic Physics | 1 | 9 | 18 | 0 |
| 59 | L'Amour, Louis | Hondo | 5 | 29 | 148 | 0 |
| 60 | Larson, Edward J. | The Return of George Washington | 1 | 3 | 2 | 1 |
| 61 | Larson, Erik | Dead Wake: the Last Crossing of the Lusitania | 1 | 10 | 45 | 0 |
| 62 | Lazarus, William P.; Sullivan, Mark | Comparative Religion for Dummies | 1 | 6 | 17 | 0 |
| 63 | Lehane, Dennis | World Gone By | 1 | 2 | 15 | 0 |
| 64 | Lencioni, Patrick | The Five Dysfunctions of a Team: a Leadership Fable | 1 | 30 | 59 | 0 |
| 65 | Lencioni, Patrick | The Advantage: Why Organizational Health Trumps Everything Else in Business | 1 | 2 | 13 | 0 |

A-4028

| WIS | Author | Title | Scans | Total Loans | | |
|---|---|---|---|---|---|---|
| | | | | Before NEL | During NEL | After NEL |
| 66 | Lencioni, Patrick | Overcoming the Five Dysfunctions of a Team | 1 | 5 | 18 | 0 |
| 67 | Lencioni, Patrick | The Three Signs of a Miserable Job: a Fable for Managers (and Their Employees) | 1 | 0 | 4 | 0 |
| 68 | Lencioni, Patrick | Getting Naked: a Business Fable About Shedding the Three Fears that Sabotage Client Loyalty | 1 | 0 | 7 | 0 |
| 69 | Levine, Barry | All the President's Women: Donald Trump and the Making of a Predator | 1 | 4 | 41 | 0 |
| 70 | Lewis, C. S. | The Lion, the Witch, and the Wardrobe | 26 | 214 | 3213 | 19 |
| 71 | Lewis, C. S. | The Magician's Nephew | 15 | 74 | 1176 | 10 |
| 72 | Lu, Marie | Legend | 1 | 36 | 55 | 0 |
| 73 | Mandel, Emily St. John | Station Eleven | 2 | 30 | 292 | 0 |
| 74 | Martin, George R. R. | A Dance with Dragons | 5 | 31 | 128 | 0 |
| 75 | McCarthy, Cormac | The Road | 5 | 126 | 642 | 0 |
| 76 | Miller, Donalyn | The Book Whisperer | 2 | 5 | 21 | 3 |
| 77 | Morgenstern, Erin | The Night Circus | 2 | 51 | 266 | 3 |
| 78 | Morrison, Toni | Song of Solomon | 13 | 43 | 380 | 0 |
| 79 | Morrison, Toni | The Bluest Eye | 10 | 59 | 574 | 171 |
| 80 | Nelson, Marilyn | How I Discovered Poetry | 1 | 0 | 10 | 0 |
| 81 | O'Connor, Jane; Glasser, Robin | Fancy Nancy: Too Many Tutus | 1 | 10 | 130 | 0 |
| 82 | O'Connor, Jane; Glasser, Robin | Fancy Nancy: Super Secret Surprise Party | 1 | 5 | 50 | 0 |
| 83 | Palmer, Parker J. | Let Your Life Speak: Listening for the Voice of Vocation | 2 | 19 | 54 | 0 |
| 84 | Park, Barbara | Junie B., First Grader: Boss of Lunch | 6 | 20 | 117 | 0 |
| 85 | Patchett, Ann | Commonwealth | 2 | 4 | 36 | 4 |
| 86 | Patterson, James | Middle School, the Worst Years of My Life | 3 | 28 | 295 | 0 |

A-4029

| WIS | Author | Title | Scans | Total Loans | | |
|---|---|---|---|---|---|---|
| | | | | Before NEL | During NEL | After NEL |
| 87 | Patterson, James | Invisible | 3 | 11 | 14 | 0 |
| 88 | Patterson, James; Grabenstein, Chris | I Funny: A Middle School Story | 3 | 27 | 185 | 12 |
| 89 | Peirce, Lincoln | Big Nate: Mr. Popularity | 1 | 33 | 829 | 0 |
| 90 | Peirce, Lincoln | Big Nate: Genius Mode | 1 | 22 | 1023 | 0 |
| 91 | Peirce, Lincoln | Big Nate Goes for Broke | 2 | 34 | 547 | 0 |
| 92 | Pinker, Steven | The Better Angels of Our Nature: Why Violence has Declined | 2 | 12 | 64 | 4 |
| 93 | Plath, Sylvia | The Bell Jar | 10 | 64 | 641 | 0 |
| 94 | Pratchett, Terry | Night Watch | 1 | 3 | 45 | 0 |
| 95 | Redwine, C. J. | Defiance | 1 | 2 | 4 | 0 |
| 96 | Ritchhart, Ron | Making Thinking Visible: How to Promote Engagement, Understanding, and Independence for All Learners | 1 | 0 | 2 | 0 |
| 97 | Rohr, Richard | Falling Upward: a Spirituality for the Two Halves of Life | 1 | 18 | 38 | 0 |
| 98 | Salinger, J. D. | The Catcher in the Rye | 8 | 51 | 2115 | 0 |
| 99 | Salinger, J. D. | Nine Stories | 2 | 7 | 93 | 0 |
| 100 | Salinger, J. D. | Franny and Zooey | 1 | 6 | 127 | 0 |
| 101 | Salinger, J. D. | Raise High the Roof Beam, Carpenters, and Seymour: An Introduction | 4 | 8 | 42 | 0 |
| 102 | Sandford, John | Phantom Prey | 3 | 10 | 38 | 0 |
| 103 | Schaefer, Charles E.; DiGeronimo, Theresa Foy | Ages and Stages: a Parent's Guide to Normal Childhood Development | 1 | 4 | 17 | 0 |
| 104 | Schneider, Robyn | Extraordinary Means | 1 | 6 | 22 | 0 |
| 105 | Semple, Maria | Today Will Be Different | 2 | 1 | 13 | 0 |
| 106 | Silberman, Steve | Neurotribes: the Legacy of Autism and the Future of Neurodiversity | 1 | 9 | 27 | 0 |
| 107 | Snicket, Lemony | Who Could That Be at This Hour? | 4 | 24 | 51 | 0 |

A-4030

| WIS | Author | Title | Scans | Total Loans | | |
|-----|--------|-------|-------|-------------|---|---|
| | | | | Before NEL | During NEL | After NEL |
| 108 | Snicket, Lemony | When Did You See Her Last? | 3 | 14 | 43 | 0 |
| 109 | Stewart, Trenton Lee | The Extraordinary Education of Nicholas Benedict | 2 | 13 | 35 | 2 |
| 110 | Stewart, Trenton Lee | The Mysterious Benedict Society | 2 | 30 | 336 | 0 |
| 111 | Stewart, Trenton Lee | The Mysterious Benedict Society and the Perilous Journey | 2 | 24 | 116 | 0 |
| 112 | Stone, Douglas | Thanks for the Feedback: the Science and Art of Receiving Feedback (Even When it is Off-Base, Unfair, Poorly Delivered, and Frankly, You're Not in the Mood) | 1 | 6 | 14 | 0 |
| 113 | Strout, Elizabeth | The Burgess Boys | 1 | 7 | 7 | 0 |
| 114 | Tahir, Sabaa | An Ember in the Ashes | 1 | 18 | 114 | 9 |
| 115 | Turnage, Sheila | Three Times Lucky | 3 | 8 | 67 | 0 |
| 116 | van der Kolk, Bessel A. | The Body Keeps the Score: Brain, Mind, and Body in the Healing of Trauma | 1 | 9 | 470 | 0 |
| 117 | Wiesel, Elie | Open Heart | 1 | 3 | 3 | 0 |
| 118 | Wilder, Laura Ingalls | Little House in the Big Woods | 11 | 91 | 592 | 1 |
| 119 | Wilder, Laura Ingalls | Little House on the Prairie | 7 | 52 | 471 | 5 |
| 120 | Wilder, Laura Ingalls | Farmer Boy | 5 | 47 | 220 | 0 |
| 121 | Winspear, Jacqueline | A Dangerous Place | 1 | 5 | 22 | 2 |
| 122 | Winspear, Jacqueline | Journey to Munich | 2 | 2 | 19 | 2 |
| 123 | Winspear, Jacqueline | Elegy for Eddie | 2 | 3 | 25 | 0 |
| 124 | Woofenden, Ian | Wind Power for Dummies | 1 | 2 | 1 | 0 |
| 125 | Wouk, Herman | The Winds of War | 8 | 13 | 72 | 1 |
| 126 | Wouk, Herman | The Caine Mutiny: A Novel of World War II | 8 | 18 | 54 | 2 |
| 127 | Zuckerman, Gregory | The Man Who Solved the Market | 1 | 5 | 124 | 0 |

A-4031

**Exhibit T9:** Maximum actual concurrent loans, total loans, scan date, republisher date, and inlibrary date, for each Scan associated with a Work in Suit, during the period from March 2017 to on or about Sept 2, 2020 (the earliest and latest loan dates, respectively, for which IA provided data).

| WIS | Author | Title | Scan Identifier | Max Actual Concurrent Loans | Total Loans | Scan Date | Repub Date | inlibrary Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Ahern, Cecelia | PS, I Love You | psiloveyou0000aher | 4 | 13 | 2019-10-28 | 2019-10-30 | 2019-10-30 |
| | | | psiloveyou00cece | 3 | 17 | 2012-06-01 | 2012-06-02 | 2015-10-21 |
| | | | psiloveyou00aherx | 4 | 67 | 2011-02-17 | | 2011-02-18 |
| | | | psiloveyouintern00cece | 2 | 28 | 2012-08-23 | 2012-08-27 | 2015-10-21 |
| | | | psiloveyou00aher_2 | 6 | 54 | 2017-08-09 | 2017-08-10 | 2017-10-25 |
| | | | psiloveyou0000aher_n2n7 | 0 | 0 | 2020-06-25 | 2020-06-30 | 2020-06-30 |
| | | | psiloveyou00cece_1 | 2 | 18 | 2014-06-17 | 2014-06-18 | 2018-10-24 |
| | | | psiloveyou00aher | 4 | 65 | 2010-07-09 | | 2015-10-21 |
| | | | psiloveyou0000aher_r5n5 | 0 | 0 | 2020-06-08 | 2020-06-26 | 2020-06-26 |
| 2 | Albertalli, Becky | Simon vs. the Homo Sapiens Agenda | simonvshomosapie0000albe | 129 | 499 | 2019-06-08 | 2019-06-10 | 2019-07-29 |
| 3 | Applegate, Katherine | The One and Only Ivan | oneonlyivan0000appl_z2y5 | 207 | 718 | 2020-03-14 | 2020-03-19 | 2020-03-19 |
| | | | oneonlyivan0000appl | 49 | 205 | 2019-12-27 | 2019-12-28 | 2019-12-28 |
| 4 | Bacigalupi, Paolo | Ship Breaker | shipbreakernovel00baci | 15 | 132 | 2012-05-03 | 2012-05-05 | 2016-08-09 |
| 5 | Brown, Brené | Daring Greatly: How the Courage to Be Vulnerable Transforms the Way We Live, Love, Parent, and Lead | daringgreatlyhow0000brow | 81 | 120 | 2020-01-20 | 2020-01-20 | 2020-01-20 |
| 6 | Brown, Pierce | Golden Son | goldenson0000brow | 9 | 27 | 2020-04-01 | 2020-04-02 | 2020-04-02 |
| 7 | Brown, Sandra | Best Kept Secrets | bestkeptsecrets00brow | 6 | 174 | 2011-09-05 | | 2015-10-21 |
| | | | bestkeptsecretst00sand | 2 | 81 | 2017-06-13 | 2017-06-14 | 2017-10-25 |
| | | | bestkeptsecrets00brow_1 | 4 | 33 | 2013-06-19 | 2013-06-20 | 2014-04-04 |
| | | | bestkeptsecrets00brow_0 | 6 | 190 | 2012-04-28 | 2012-04-29 | 2016-08-09 |
| | | | threecompletenov00brow | 4 | 88 | 2010-06-28 | | 2011-02-08 |
| 8 | Brown, Sandra | The Witness | witnesbrow00brow | 4 | 57 | 2010-05-12 | | 2011-02-08 |
| | | | witness00brow_0 | 5 | 68 | 2014-11-13 | 2014-11-25 | 2015-10-21 |
| | | | witnessbr00brow | 2 | 43 | 2010-09-18 | | 2011-02-08 |
| | | | witnessbrow00brow | 3 | 79 | 2011-11-23 | | 2016-08-09 |
| | | | witness00brow | 2 | 65 | 2011-11-18 | | 2016-08-09 |
| | | | witnessbrows00brow | 3 | 112 | 2010-06-22 | | 2011-02-08 |
| | | | witnessbrown00brow | 2 | 35 | 2010-08-13 | | 2011-02-08 |
| | | | witnesshardcover00sand | 3 | 30 | 2013-11-13 | 2013-11-14 | 2014-04-04 |
| 9 | Bryson, Bill | A Short History of Nearly Everything | shorthistoryofne0000brys | 1 | 4 | 2020-06-03 | 2020-06-05 | 2020-06-05 |
| | | | shorthistoryofn000brys | 0 | 0 | 2012-04-21 | 2012-04-24 | 2014-01-14 |
| | | | shorthistoryofne00brys | 19 | 204 | 2020-06-30 | | 2015-10-21 |
| | | | isbn_9780965738408 | 67 | 447 | 2017-01-07 | 2017-01-07 | 2017-03-10 |
| | | | isbn_9780375432002 | 14 | 75 | 2017-09-11 | 2017-09-11 | 2018-10-24 |
| 10 | Bryson, Bill | A Short History of Nearly Everything: Special Illustrated Edition | shorthistoryofne00brys_1 | 9 | 92 | 2017-02-15 | 2017-02-19 | 2017-10-25 |
| 11 | Cabot, Meg | The Bride Wore Size 12 | brideworesize120000cabo_x4s5 | 2 | 31 | 2018-09-28 | 2018-10-03 | 2018-12-12 |
| | | | brideresize120000cabo | 4 | 25 | 2018-07-17 | 2018-07-18 | 2018-12-12 |

A-4032

| WIS | Author | Title | Scan Identifier | Max Actual Concurrent Loans | Total Loans | Scan Date | Repub Date | inlibrary Date |
|---|---|---|---|---|---|---|---|---|
| 12 | Carter, Les | Enough About You, Let's Talk About Me: How to Recognize and Manage the Narcissists in Your Life | enoughaboutyoul00cart<br>enoughaboutyoule00cart | 2<br>5 | 23<br>76 | 2011-08-10<br>2011-04-02 | | 2016-08-09<br>2016-08-09 |
| 13 | Catling, Patrick Skene | The Chocolate Touch | chocolatetouch00catl_1<br>chocolatetouch00patr<br>chocolatetouchth00patr<br>chocolatetouch00marg<br>chocolatetouch00catl<br>chocolatetouch00catl_0 | 1<br>7<br>17<br>40<br>58<br>26 | 9<br>79<br>94<br>213<br>275<br>172 | 2012-12-04<br>2012-09-11<br>2012-04-06<br>2013-11-23<br>2009-09-02<br>2012-08-22 | 2012-12-04<br>2012-09-11<br>2012-04-06<br>2013-11-29<br><br>2012-11-30 | 2018-10-24<br>2016-08-09<br>2016-08-09<br>2016-08-09<br>2011-04-14<br>2018-10-24 |
| 14 | Cisneros, Sandra | The House on Mango Street | houseonmangostr000cisn<br>houseonmangostre00sand<br>houseonmangostre00cisn | 176<br>19<br>30 | 624<br>163<br>190 | 2018-05-16<br>2013-06-15<br>2010-05-10 | 2018-05-24<br>2012-02-13 | 2018-07-10<br>2016-08-09<br>2011-02-08 |
| 15 | Conti, Peter; Harris, Peter | Commercial Real Estate Investing for Dummies | commercialreales0000cont | 2 | 9 | 2019-10-25 | 2019-10-26 | 2019-10-26 |
| 16 | Corey, James S.A. | Leviathan Wakes | leviathanwakes0000core | 58 | 148 | 2020-01-16 | 2020-01-17 | 2020-01-17 |
| 17 | Corey, James S.A. | Caliban's War | calibanswar00core | 29 | 176 | 2018-01-02 | 2018-01-03 | 2018-02-21 |
| 18 | Crossan, Sarah | Breathe | breathe0000cros | 3 | 15 | 2019-11-11 | 2019-11-13 | 2019-11-13 |
| 19 | Crossan, Sarah | Resist | resist0000cros | 5 | 19 | 2018-09-10 | 2018-09-14 | 2018-10-23 |
| 20 | Danforth, Emily M. | The Miseducation of Cameron Post | isbn_9780062020567 | 36 | 242 | 2017-09-18 | 2017-09-19 | 2017-10-25 |
| 21 | Demuth, Patricia | Who is Bill Gates? | whoisbillgates0000demu | 10 | 37 | 2020-01-10 | 2020-01-16 | 2020-01-16 |
| 22 | Dugoni, Robert | The Jury Master | jurymaster0000dugo<br>jurymaster00dugo<br>isbn_0446617075<br>isbn_9780786287789 | 0<br>2<br>1<br>2 | 0<br>37<br>16<br>10 | 2019-12-13<br>2010-06-19<br>2011-09-22<br>2017-06-07 | 2019-12-16<br><br><br>2017-06-10 | 2019-12-16<br>2016-08-09<br>2016-08-09<br>2017-10-25 |
| 23 | Epstein, David J. | The Sports Gene: Inside the Science of Extraordinary Athletic Performance | sportsgeneinside0000epst | 7 | 35 | 2019-10-10 | 2019-10-15 | 2019-10-18 |
| 24 | Evanovich, Janet | Foul Play | foulplay00jane_0 | 3 | 35 | 2018-08-30 | 2018-09-06 | 2018-10-23 |
| 25 | Fisher, Kenneth L. | The Only Three Questions that Still Count: Investing by Knowing What Others Don't | onlythreequestio0000fish<br>onlythreequestio0000fish_w7r8 | 1<br>0 | 3<br>0 | 2019-12-13<br>2020-07-01 | 2019-12-14<br>2020-07-11 | 2019-12-14<br>2020-07-11 |
| 26 | Fitzpatrick, Huntley | My Life Next Door | mylifenextdoor0000fitz | 26 | 129 | 2020-01-14 | 2020-01-14 | 2020-01-14 |
| 27 | Flynn, Gillian | Gone Girl | gonegirlnovel0000flyn<br>isbn_9780307588371<br>isbn_9780553418354<br>gonegirlnovel0000flyn_c1c5<br>gonegirlnovel0000flyn | 3<br>20<br>4<br>0<br>58 | 24<br>179<br>53<br>0<br>358 | 2019-11-29<br>2015-12-10<br>2017-03-31<br>2020-06-11<br>2014-05-07 | 2019-12-03<br>2015-12-15<br>2017-04-01<br>2020-06-26<br>2014-05-19 | 2019-12-03<br>2018-10-24<br>2018-12-12<br>2020-06-26<br>2018-10-24 |
| 28 | Forman, Gayle | If I Stay | ififstaynovel0000form<br>ifistay00gayl<br>ifistaynovel00form<br>ifistay10000form | 4<br>23<br>27<br>1 | 11<br>213<br>248<br>1 | 2020-01-17<br>2011-12-23<br>2013-04-10<br>2020-06-08 | 2020-01-18<br><br>2015-09-16<br>2020-06-11 | 2020-01-18<br>2016-08-09<br>2016-08-09<br>2020-06-11 |
| 29 | Gardner, Lisa | Fear Nothing | isbn_9780525935081<br>isbn_9780451469397 | 6<br>4 | 82<br>37 | 2017-03-28<br>2017-05-24 | 2017-03-29<br>2017-05-25 | 2018-12-12<br>2018-12-12 |
| 30 | Giddings, Anita; Clifton, Sherry Stone | Oil Painting for Dummies | isbn_9780470182307<br>oilpaintingfordu0000gidd<br>oilpaintingfordu01gidd | 6<br>2<br>4 | 47<br>2<br>68 | 2018-01-25<br>2020-03-08<br>2017-02-28 | 2018-01-27<br>2020-03-09<br>2017-02-28 | 2018-05-31<br>2020-03-09<br>2017-10-25 |

A-4033

| WIS | Author | Title | Scan Identifier | Max Actual Concurrent Loans | Total Loans | Scan Date | Repub Date | inlibrary Date |
|---|---|---|---|---|---|---|---|---|
| 31 | Gilbert, Elizabeth | Eat, Pray, Love: One Woman's Search for Everything Across Italy, India and Indonesia | eatprayloveonewo00gilb | 20 | 233 | 2010-01-28 | | 2016-08-09 |
| | | | eatprayloveonewo2007gilb | 5 | 49 | 2011-10-05 | | 2018-10-24 |
| | | | isbn_9780747585664 | 3 | 50 | 2012-09-21 | 2012-09-22 | 2016-08-09 |
| | | | eatprayloveonewo00eliz_0 | 6 | 38 | 2013-11-05 | 2014-03-21 | 2018-10-24 |
| | | | eatprayloveonewo00gilb_0 | 32 | 193 | 2013-10-22 | 2013-10-24 | 2016-08-09 |
| | | | eatpraylovelarge00gilb | 16 | 70 | 2011-05-17 | | 2018-10-24 |
| 32 | Gladwell, Malcolm | David and Goliath: Underdogs, Misfits, and the Art of Battling Giants | davidgoliath00malc_0 | 34 | 147 | 2014-07-21 | 2014-07-21 | 2018-12-12 |
| 33 | Gladwell, Malcolm | What the Dog Saw | whatdogsawessays0000unse | 0 | 0 | 2020-07-06 | 2020-07-14 | 2020-07-14 |
| | | | whatdogsawothera00glad | 58 | 344 | 2012-08-18 | 2012-08-20 | 2016-08-09 |
| 34 | Gladwell, Malcolm | Blink: The Power of Thinking Without Thinking | blinkpowerofthin00glad | 205 | 568 | 2010-02-01 | | 2016-08-09 |
| 35 | Gladwell, Malcolm | Tipping Point: How Little Things Can Make a Big Difference | tippingpointhowl00glad | 49 | 225 | 2011-06-09 | | 2014-01-14 |
| | | | tippingpointhowl0000glad | 13 | 26 | 2020-03-06 | 2020-03-06 | 2020-03-06 |
| 36 | Golding, William | Lord of the Flies | lordofflies0000unse | 1 | 2 | 2020-01-28 | 2020-01-29 | 2020-05-08 |
| | | | lordofflies00gold | 132 | 375 | 2009-11-17 | | 2011-02-09 |
| | | | lordofflies00gold_0 | 75 | 312 | 2012-02-23 | 2012-02-25 | 2016-08-09 |
| | | | williamgoldingsl00gold | 3 | 76 | 2012-04-06 | 2012-04-07 | 2012-10-19 |
| | | | lordofflies00gold_1 | 172 | 510 | 2012-09-12 | 2012-09-14 | 2012-10-18 |
| | | | lordoffliesnovelgol00gold | 378 | 1092 | 2010-09-13 | | 2011-02-08 |
| | | | lordoffliesnovel00gold | 70 | 269 | 2009-12-11 | | 2011-02-09 |
| | | | lordoffliesnovel0000gold | 28 | 54 | 2020-02-05 | 2020-02-06 | 2020-02-06 |
| 37 | Gordon, Jon | The Energy Bus | energybus10rules00gord | 21 | 145 | 2015-01-27 | 2015-02-09 | 2016-08-09 |
| 38 | Grabenstein, Chris | Escape from Mr. Lemoncello's Library | escapefrommrlemo0000grab_x8g3 | 0 | 0 | 2020-06-16 | 2020-07-04 | 2020-07-04 |
| | | | escapefrommrlemo0000grab | 59 | 223 | 2020-02-20 | 2020-02-26 | 2020-02-26 |
| 39 | Graham, Benjamin | The Intelligent Investor | intelligentinves00grah | 22 | 108 | 2010-07-26 | | 2019-10-19 |
| | | | intelligentinves00benj | 38 | 166 | 2014-06-25 | 2014-06-26 | 2014-07-02 |
| | | | harrypotterhalfb00rowl_0 | 12 | 147 | 2012-04-24 | 2012-04-24 | 2016-08-09 |
| | | | intelligentinves00grah_1 | 191 | 767 | 2017-08-09 | 2017-08-12 | 2017-10-25 |
| 40 | Grant, Adam M. | Give and Take: a Revolutionary Approach to Success | givetakerevoluti0000gran | 8 | 54 | 2018-04-14 | 2018-05-02 | 2018-10-24 |
| 41 | Grisham, John | The Innocent Man: Murder and Injustice in a Small Town | innocentman0000gris | 0 | 0 | 2020-06-01 | 2020-06-15 | 2020-06-15 |
| | | | innocentmanmurde00gris_0 | 19 | 111 | 2012-04-28 | 2012-04-28 | 2018-10-24 |
| | | | innocentmanmurde00gris | 3 | 38 | 2009-11-25 | | 2016-08-09 |
| | | | innocentmanmurde00john_1 | 1 | 18 | 2013-11-15 | 2013-11-21 | 2016-08-09 |
| | | | innocentmanmurdegri00gris | 4 | 108 | 2010-08-26 | | 2016-08-09 |
| | | | innocentman00john_1 | 5 | 51 | 2014-09-06 | 2014-09-11 | 2016-08-09 |
| | | | innocentmanmurde0000gris | 0 | 0 | 2020-06-11 | 2020-06-25 | 2020-06-25 |
| | | | innocentmanmurdegris00gris | 3 | 42 | 2010-03-10 | | 2016-08-09 |
| | | | innocentman00john | 10 | 83 | 2012-08-27 | 2012-09-03 | 2016-08-09 |
| | | | innocentman00john_2 | 0 | 0 | 2013-11-20 | 2013-11-22 | 2015-11-03 |
| 42 | Grisham, John | Theodore Boone: Kid Lawyer | theodoreboonekid00gris | 20 | 155 | 2012-03-06 | 2012-03-07 | 2016-08-09 |
| | | | isbn_9780142417225 | 19 | 181 | 2012-03-27 | 2012-03-28 | 2016-08-09 |
| 43 | Grisham, John | Theodore Boone: The Accused | isbn_9780525425762 | 13 | 180 | 2015-12-22 | 2015-12-25 | 2017-10-25 |
| | | | accused0000gris | 1 | 2 | 2020-05-30 | 2020-06-02 | 2020-06-02 |
| 44 | Hall, Michael | Red: A Crayon's Story | redcrayonsstory00hall | 15 | 127 | 2019-08-21 | 2019-08-22 | 2019-09-23 |
| 45 | Herman, Gail | Who was Jackie Robinson? | whowasjackierobi0000herm | 20 | 66 | 2019-11-14 | 2019-11-16 | 2019-11-16 |
| 46 | Hiaasen, Carl | Scat | scat00hiaa_0 | 12 | 53 | 2017-03-27 | 2017-03-27 | 2018-10-24 |
| | | | scat0000hiaa | 10 | 28 | 2020-02-21 | 2020-02-26 | 2020-02-26 |
| | | | scathiaa00hiaa | 10 | 44 | 2011-08-04 | | 2018-10-24 |
| 47 | Hurston, Zora Neale | Their Eyes Were Watching God | theireyeswerewat00unse | 19 | 67 | 2011-09-29 | | 2018-10-24 |
| | | | isbn_9780060838676 | 66 | 364 | 2012-03-17 | 2012-03-19 | 2018-10-24 |
| | | | theireyeswerewat1998hurs | 15 | 176 | 2011-07-08 | | 2012-01-23 |
| | | | theireyeswere00hurs | 37 | 246 | 2009-10-26 | | 2011-02-08 |
| | | | isbn_0252006860 | 32 | 45 | 2020-02-28 | 2020-02-28 | 2020-03-17 |
| | | | theireyeswerewat00hurs | 10 | 171 | 2010-10-11 | | 2011-02-08 |
| | | | theireyeswerewat00hur_a4l | 3 | 117 | 2013-02-19 | 2013-02-20 | 2017-06-21 |
| | | | theireyeswerewat000hurs | 15 | 73 | 2011-08-22 | | 2011-09-29 |
| 48 | Jahren, Hope | Lab Girl | labgirl0000jahr | 26 | 61 | 2018-05-04 | 2018-05-16 | 2020-01-13 |

| WIS | Author | Title | Scan Identifier | Max Actual Concurrent Loans | Total Loans | Scan Date | Repub Date | inlibrary Date |
|---|---|---|---|---|---|---|---|---|
| 49 | James, Marlon | A Brief History of Seven Killings | briefhistoryofse0000jame | 10 | 46 | 2019-10-08 | 2019-10-12 | 2019-10-18 |
| 50 | Jance, J.A. | Judgment Call | judgmentcall00janc | 2 | 31 | 2017-07-14 | 2017-07-15 | 2017-10-25 |
|  |  |  | judgmentcallbrad0000janc | 1 | 2 | 2019-11-23 | 2019-11-25 | 2019-11-25 |
| 51 | Jance, J.A. | Dance of the Bones | danceofbonesjpbe0000janc | 4 | 29 | 2018-04-14 | 2018-04-26 | 2018-12-12 |
| 52 | Kalanithi, Paul | When Breath Becomes Air | whenbreathbecome0000kala | 126 | 203 | 2019-10-09 | 2019-10-12 | 2020-01-13 |
| 53 | Kate, Lauren | Fallen | fallen00laur | 222 | 613 | 2012-07-10 | 2012-07-11 | 2016-08-09 |
|  |  |  | isbn_9780385738934 | 37 | 283 | 2017-09-12 | 2017-09-12 | 2017-10-25 |
| 54 | Kelly, Martha Hall | Lilac Girls | lilacgirlsnovel0000kell | 24 | 53 | 2020-03-07 | 2020-03-19 | 2020-03-19 |
| 55 | Klay, Phil | Redeployment | redeployment0000klay | 6 | 54 | 2017-12-29 | 2017-12-29 | 2018-12-12 |
| 56 | Krakauer, Jon | Into the Wild | intowildmti00jonk_tg3 | 63 | 349 | 2013-01-04 | 2013-01-07 | 2017-06-21 |
|  |  |  | intowild00krak | 0 | 0 | 2009-08-19 |  | 2011-02-08 |
|  |  |  | intowildmti00jonk | 107 | 350 | 2012-01-18 |  | 2016-08-09 |
|  |  |  | intowild00krak_1 | 95 | 372 | 2017-09-27 | 2017-09-28 | 2017-10-24 |
| 57 | Kraynak, Cecie; Kraynak, Joe | Spanish All-in-One for Dummies | spanishallinonef0000kray | 10 | 72 | 2018-12-11 | 2018-12-11 | 2018-12-16 |
| 58 | Kuhn, Karl F. | Basic Physics | basicphysics00kuhn | 6 | 104 | 2011-07-02 |  | 2012-01-23 |
| 59 | L'Amour, Louis | Hondo | hondo00lamo_2 | 25 | 250 | 2017-03-04 | 2017-03-05 | 2018-10-24 |
|  |  |  | hondolamo00lamo | 0 | 0 | 2010-09-20 |  | 2011-02-08 |
|  |  |  | hondo00lamo | 0 | 0 | 2010-07-24 |  | 2011-02-08 |
|  |  |  | fourcompletenove00lamo | 0 | 0 | 2010-06-11 |  | 2011-02-08 |
|  |  |  | fourcompletenove00lamorich | 0 | 0 | 2009-08-12 |  | 2011-04-14 |
| 60 | Larson, Edward J. | The Return of George Washington | returnofgeorgewa0000lars | 2 | 6 | 2020-01-12 | 2020-01-14 | 2020-01-14 |
| 61 | Larson, Erik | Dead Wake: the Last Crossing of the Lusitania | deadwakelastcros0000lars | 16 | 91 | 2018-01-02 | 2010-01-07 | 2018-12-12 |
| 62 | Lazarus, William P.; Sullivan, Mark | Comparative Religion for Dummies | isbn_9780470230657 | 6 | 58 | 2017-07-14 | 2017-07-15 | 2017-10-25 |
| 63 | Lehane, Dennis | World Gone By | worldgoneby0000leha | 5 | 23 | 2019-10-11 | 2019-10-15 | 2019-10-18 |
| 64 | Lencioni, Patrick | The Five Dysfunctions of a Team: a Leadership Fable | fivedysfunctions00lenc | 20 | 191 | 2011-05-13 |  | 2014-01-14 |
| 65 | Lencioni, Patrick | The Advantage: Why Organizational Health Trumps Everything Else in Business | advantagewhyorga0000lenc | 6 | 15 | 2020-02-03 | 2020-02-03 | 2020-02-03 |
| 66 | Lencioni, Patrick | Overcoming the Five Dysfunctions of a Team | overcomingfivedy00lenc_0 | 7 | 56 | 2017-02-05 | 2017-02-11 | 2017-03-10 |
| 67 | Lencioni, Patrick | The Three Signs of a Miserable Job: a Fable for Managers (and Their Employees) | threesignsofmise00lenc | 2 | 23 | 2011-08-11 |  | 2016-08-09 |
| 68 | Lencioni, Patrick | Getting Naked: a Business Fable About Shedding the Three Fears that Sabotage Client Loyalty | gettingnakedbusi00patr | 3 | 39 | 2012-09-22 | 2012-09-24 | 2016-08-09 |
| 69 | Levine, Barry | All the President's Women: Donald Trump and the Making of a Predator | allpresidentswom0000levi | 27 | 45 | 2019-10-29 | 2019-10-29 | 2019-10-28 |

A-4035

| WIS | Author | Title | Scan Identifier | Max Actual Concurrent Loans | Total Loans | Scan Date | Repub Date | inlibrary Date |
|---|---|---|---|---|---|---|---|---|
| 70 | Lewis, C. S. | The Lion, the Witch, and the Wardrobe | lionwitchwardroblew00lewi | 55 | 209 | 2011-10-19 | | 2012-01-23 |
| | | | lionwitchwardrobcs00lewi | 42 | 256 | 2010-06-16 | | 2011-02-08 |
| | | | completechronicl0000lewi | 63 | 338 | 2020-03-07 | 2020-03-11 | 2020-03-11 |
| | | | lionwitchwardrob0000lewi | 35 | 118 | 2019-12-21 | 2019-12-23 | 2019-12-23 |
| | | | chroniclesofnar00lewi | 66 | 302 | 2010-09-10 | | 2019-10-19 |
| | | | isbn_9780060598242 | 7 | 109 | 2017-02-09 | 2017-02-13 | 2018-10-24 |
| | | | chroniclesofnarn00lewi | 30 | 188 | 2011-11-26 | | 2018-10-24 |
| | | | essentialcslewis00lewi | 8 | 142 | 2011-01-26 | | 2011-02-08 |
| | | | lionwitchwardroblion00lewi | 58 | 169 | 2010-07-08 | | 2011-02-08 |
| | | | isbn_9780060234812 | 13 | 112 | 2016-01-22 | 2016-01-23 | 2018-10-24 |
| | | | isbn_0060765488 | 77 | 317 | 2011-12-08 | | 2018-10-24 |
| | | | lionwitchwardrob00lewi | 4 | 20 | 2009-07-08 | | 2019-10-19 |
| | | | lionwitchwardrob0000lewi_u5f4 | 0 | 0 | 2020-07-16 | 2020-07-29 | 2020-07-29 |
| | | | lionwitch00lewi | 5 | 125 | 2012-03-15 | 2012-03-16 | 2012-10-19 |
| | | | isbn_9780061715051 | 6 | 52 | 2016-12-26 | 2016-12-27 | 2018-10-24 |
| | | | lionwitchwardroblewi00lewi | 34 | 182 | 2011-09-17 | | 2018-10-24 |
| | | | lionwitchwardroblewis00lewi | 32 | 224 | 2010-06-15 | | 2011-02-08 |
| | | | isbn_9780060764890 | 17 | 84 | 2012-02-19 | 2012-02-20 | 2018-10-24 |
| | | | isbn_9780006716778 | 30 | 153 | 2012-04-14 | 2012-04-16 | 2018-10-24 |
| | | | isbn_9780060765460 | 7 | 56 | 2012-05-12 | 2012-05-14 | 2018-10-24 |
| | | | lionwitchwardbro0000unse | 1 | 2 | 2020-03-09 | 2020-03-12 | 2020-05-11 |
| | | | isbn_0590405950 | 269 | 1190 | 2012-06-11 | 2012-06-11 | 2016-08-09 |
| | | | isbn_9780060890155 | 16 | 107 | 2012-10-20 | 2012-10-22 | 2018-10-24 |
| | | | isbn_9780007821075 | 4 | 9 | 2019-10-29 | 2019-10-31 | 2020-01-14 |
| | | | lionwitchwardrob00lewi_2 | 3 | 115 | 2013-09-23 | 2013-09-26 | 2014-04-04 |
| | | | lionwitchwardrob00lewi_0 | 6 | 67 | 2012-04-27 | 2012-04-29 | 2018-10-24 |
| 71 | Lewis, C. S. | The Magician's Nephew | completechronicl0000lewi | 63 | 338 | 2020-03-07 | 2020-03-11 | 2020-03-11 |
| | | | magiciansnephew00lewi_0 | 3 | 32 | 2012-04-24 | 2012-04-25 | 2018-10-24 |
| | | | isbn_B002MAQTE2 | 3 | 44 | 2013-11-01 | 2013-11-05 | 2018-10-24 |
| | | | isbn_9780007821082 | 3 | 9 | 2019-10-28 | 2019-10-30 | 2019-12-31 |
| | | | magiciansnephew0000csle | 1 | 1 | 2020-06-08 | 2020-06-13 | 2020-06-13 |
| | | | magiciansnephew0000lewi | 5 | 18 | 2020-02-21 | 2020-02-22 | 2020-02-22 |
| | | | magiciansnephew01lewi | 5 | 34 | 2011-09-22 | | 2018-10-24 |
| | | | magiciansnephewc00csle | 16 | 138 | 2012-04-14 | 2012-04-16 | 2016-08-09 |
| | | | magiciansnephew00lewi | 38 | 323 | 2009-11-17 | | 2011-02-08 |
| | | | magiciansnephewlewi00lewi | 10 | 134 | 2010-05-25 | | 2011-02-08 |
| | | | chroniclesofnar00lewi | 66 | 302 | 2010-09-10 | | 2019-10-19 |
| | | | chroniclesofnarn00lewi_0 | 7 | 57 | 2012-03-14 | 2012-03-15 | 2018-10-24 |
| | | | isbn_9780060598242 | 7 | 109 | 2017-02-09 | 2017-02-13 | 2018-10-24 |
| | | | chroniclesofnarn00lewi | 30 | 188 | 2011-11-26 | | 2018-10-24 |
| | | | magiciansnephewr00csle | 22 | 104 | 2012-09-18 | 2012-09-20 | 2018-10-24 |
| 72 | Lu, Marie | Legend | legend00luma | 30 | 195 | 2017-12-21 | 2017-12-22 | 2018-02-22 |
| 73 | Mandel, Emily St. John | Station Eleven | stationeleven0000mand | 88 | 138 | 2019-12-26 | 2019-12-27 | 2019-12-27 |
| | | | stationelevennov0000mand | 108 | 228 | 2018-04-16 | 2018-04-28 | 2018-12-12 |
| 74 | Martin, George R. R. | A Dance with Dragons | dancewithdragons0000mart_l7e4 | 0 | 0 | 2020-06-11 | 2020-06-17 | 2020-06-17 |
| | | | dancewithdragons00geor | 11 | 36 | 2019-12-04 | 2019-12-05 | 2020-01-16 |
| | | | dancewithdragons00mart | 25 | 211 | 2017-12-24 | 2017-12-26 | 2018-02-21 |
| | | | dancewithdragons0000mart | 1 | 2 | 2020-06-08 | 2020-06-10 | 2020-06-10 |
| | | | dancewithdragons0000mart_z7e8 | 0 | 0 | 2020-07-08 | 2020-07-24 | 2020-07-24 |
| 75 | McCarthy, Cormac | The Road | road00mcca | 96 | 499 | 2012-02-13 | 2012-02-13 | 2016-08-09 |
| | | | roadmovietieined00corm | 13 | 133 | 2011-07-15 | | 2016-08-09 |
| | | | road0000mcca | 0 | 0 | 2020-06-03 | 2020-06-20 | 2020-06-20 |
| | | | roadmovietieined00corm_0 | 43 | 220 | 2012-08-13 | 2012-08-13 | 2016-08-09 |
| | | | unset0000unse_f0a5 | 40 | 303 | 2018-08-08 | 2018-08-09 | 2018-12-12 |
| 76 | Miller, Donalyn | The Book Whisperer | bookwhispererawa0000mill | 3 | 9 | 2020-03-07 | 2020-03-09 | 2020-03-09 |
| | | | bookwhispererawa00mill | 6 | 54 | 2012-08-10 | 2012-08-13 | 2016-08-09 |
| 77 | Morgenstern, Erin | The Night Circus | nightcircus00erin | 44 | 286 | 2017-07-12 | 2017-07-18 | 2017-10-25 |
| | | | nightcircusnovel00morg | 34 | 187 | 2018-08-28 | 2018-08-31 | 2018-09-07 |

| WIS | Author | Title | Scan Identifier | Max Actual Con-cur-rent Loans | Total Loans | Scan Date | Repub Date | inlibrary Date |
|---|---|---|---|---|---|---|---|---|
| 78 | Morrison, Toni | Song of Solomon | songofsolomon0000morr | 23 | 88 | 2020-03-18 | 2020-03-23 | 2020-03-23 |
| | | | songsolomon00morr_536 | 0 | 0 | 2012-02-04 | | nan |
| | | | songofsolomonmorr00morr | 0 | 0 | 2011-11-10 | | 2012-01-23 |
| | | | songofsolomonmorris00morr | 0 | 0 | 2011-08-18 | | 2012-01-23 |
| | | | songofsolomon00morr_0 | 108 | 414 | 2012-07-25 | | 2015-10-21 |
| | | | songofsolomon0000morr_har5 | 8 | 22 | 2020-03-18 | 2020-03-19 | 2020-03-19 |
| | | | songofsolomon00morr | 0 | 0 | 2010-01-13 | | 2011-02-09 |
| | | | songofsolomon00morrrich | 0 | 0 | 2009-08-05 | | 2011-02-08 |
| | | | songofsolomon00toni_0 | 7 | 68 | 2013-09-05 | 2013-09-12 | 2014-04-04 |
| | | | songofsolomonsig00ton_128 | 6 | 57 | 2013-10-30 | 2013-10-31 | 2014-04-04 |
| | | | songofsolomon000morr | 0 | 0 | 2011-08-24 | | 2011-09-29 |
| | | | songofsolomon000toni | 0 | 0 | 2012-10-11 | 2012-10-13 | 2012-10-19 |
| | | | songofsolomontar00morr | 0 | 0 | 2011-03-10 | | 2011-04-14 |
| 79 | Morrison, Toni | The Bluest Eye | bluesteye00morr_1 | 4 | 58 | 2012-05-09 | 2012-05-10 | 2018-10-24 |
| | | | bluesteye00morr_0 | 37 | 229 | 2012-01-11 | | 2016-08-09 |
| | | | bluesteye00toni | 0 | 0 | 2012-02-22 | 2012-02-23 | 2012-10-19 |
| | | | bluesteye1994morr | 0 | 0 | 2011-05-11 | | 2012-01-23 |
| | | | bluesteyenovel00morr_0 | 16 | 180 | 2013-09-26 | 2013-09-28 | 2016-08-09 |
| | | | bluesteye00morr_2 | 11 | 66 | 2012-05-26 | 2012-05-28 | 2018-10-24 |
| | | | blueseyetonimor00morr | 20 | 158 | 2010-06-23 | | 2011-02-08 |
| | | | blueseyenovel00morr | 15 | 126 | 2012-08-28 | 2012-08-30 | 2012-10-18 |
| | | | blueseyenovel0000morr | 93 | 405 | 2020-02-11 | 2020-02-12 | 2020-02-12 |
| | | | sparknotesbluest00toni | 2 | 35 | 2012-03-21 | 2012-03-22 | 2014-04-04 |
| 80 | Nelson, Marilyn | How I Discovered Poetry | howidiscoveredpo0000nels | 2 | 10 | 2020-03-17 | 2020-03-20 | 2020-03-20 |
| 81 | O'Connor, Jane; Glasser, Robin | Fancy Nancy: Too Many Tutus | fancynancytooman0000ocon | 14 | 184 | 2018-11-06 | 2018-11-14 | 2018-12-12 |
| 82 | O'Connor, Jane; Glasser, Robin | Fancy Nancy: Super Secret Surprise Party | fancynancysupers0000ocon | 8 | 57 | 2019-11-07 | 2019-11-09 | 2019-11-09 |
| 83 | Palmer, Parker J. | Let Your Life Speak: Listening for the Voice of Vocation | letyourlifespeak00palm | 12 | 130 | 2011-08-02 | | 2014-01-14 |
| | | | letyourlifespeak2000palm | 6 | 87 | 2019-09-19 | | 2014-01-14 |
| 84 | Park, Barbara | Junie B., First Grader: Boss of Lunch | juniebfirstgrad00park | 3 | 25 | 2011-03-18 | | 2018-10-24 |
| | | | juniebfirstgrade0000park_w5w4 | 6 | 72 | 2018-10-02 | 2018-10-09 | 2018-12-12 |
| | | | juniebfirstgrabos00park | 3 | 66 | 2011-09-21 | | 2014-01-14 |
| | | | juniebfirstgrade0000park_k1f0 | 3 | 21 | 2020-01-07 | 2020-01-14 | 2020-01-14 |
| | | | juniebfirstbosso00park | 8 | 45 | 2010-01-19 | | 2019-10-19 |
| | | | juniebfirstgrade00barb | 2 | 22 | 2012-01-13 | | 2014-01-14 |
| 85 | Patchett, Ann | Commonwealth | commonwealth0000patc | 0 | 0 | 2020-06-11 | 2020-07-03 | 2020-07-03 |
| | | | commonwealthnove0000patc | 11 | 44 | 2019-10-14 | 2019-10-17 | 2020-01-13 |
| 86 | Patterson, James | Middle School, the Worst Years of My Life | middleschoolwors0000patt | 43 | 192 | 2020-02-20 | 2020-02-27 | 2020-02-27 |
| | | | isbn_9780316101691 | 26 | 222 | 2016-12-30 | 2017-01-03 | 2017-10-25 |
| | | | middleschoolwors00patt | 6 | 47 | 2017-02-22 | 2017-02-24 | 2017-10-25 |
| 87 | Patterson, James | Invisible | invisible0000patt | 0 | 0 | 2020-06-04 | 2020-06-19 | 2020-06-19 |
| | | | invisible0000patt_t3s3 | 0 | 0 | 2020-06-10 | 2020-06-25 | 2020-06-25 |
| | | | isbn_9780316405348 | 4 | 74 | 2015-12-11 | 2015-12-19 | 2018-12-12 |
| 88 | Patterson, James; Grabenstein, Chris | I Funny: A Middle School Story | ifunny0000patt_w7e5 | 18 | 90 | 2019-10-30 | 2019-10-31 | 2019-10-31 |
| | | | ifunny0000patt | 17 | 193 | 2018-09-28 | 2018-10-02 | 2018-10-23 |
| | | | ifunny10000patt | 0 | 0 | 2020-07-06 | 2020-07-28 | 2020-07-28 |
| 89 | Peirce, Lincoln | Big Nate: Mr. Popularity | isbn_9780062087003 | 98 | 934 | 2017-10-17 | 2017-10-19 | 2018-12-12 |
| 90 | Peirce, Lincoln | Big Nate: Genius Mode | isbn_9780062086983 | 134 | 1109 | 2017-10-06 | 2017-10-09 | 2018-10-24 |
| 91 | Peirce, Lincoln | Big Nate Goes for Broke | bignategoesforbr0000peir | 0 | 0 | 2020-06-13 | 2020-06-17 | 2020-06-17 |
| | | | bignategoesforbr00peir | 62 | 671 | 2018-07-18 | 2018-07-20 | 2018-10-24 |
| 92 | Pinker, Steven | The Better Angels of Our Nature: Why Violence has Declined | betterangelsofou0000pink | 9 | 30 | 2020-02-28 | 2020-02-28 | 2020-02-28 |
| | | | betterangelsofou00pink | 11 | 99 | 2018-08-09 | 2018-08-10 | 2018-08-11 |

A-4037

| WIS# | Author | Title | Scan Identifier | Max Actual Concurrent Loans | Total Loans | Scan Date | Repub Date | inlibrary Date |
|---|---|---|---|---|---|---|---|---|
| 93 | Plath, Sylvia | The Bell Jar | belljarokat00plat | 7 | 143 | 2011-06-18 | | 2012-01-23 |
| | | | belljar00sylv | 6 | 134 | 2012-07-28 | 2012-08-01 | 2012-10-19 |
| | | | belljarplat00plat | 45 | 266 | 2010-06-01 | | 2011-02-08 |
| | | | belljar00platrich | 31 | 154 | 2009-08-06 | | 2011-04-14 |
| | | | belljar00plat | 29 | 170 | 2010-04-21 | | 2011-02-08 |
| | | | belljar0000unse | 15 | 50 | 2020-03-09 | 2020-03-13 | 2020-03-20 |
| | | | belljar00plat_1 | 11 | 64 | 2014-08-16 | 2014-08-21 | 2018-10-24 |
| | | | belljar00plat_0 | 4 | 53 | 2013-04-19 | 2013-04-20 | 2018-10-24 |
| | | | belljarps00sylv | 38 | 212 | 2012-03-05 | 2012-03-05 | 2018-10-24 |
| | | | belljar000plat | 12 | 126 | 2012-01-13 | | 2012-01-23 |
| 94 | Pratchett, Terry | Night Watch | nightwatch00prat_0 | 12 | 73 | 2017-08-08 | 2017-08-09 | 2018-10-24 |
| 95 | Redwine, C. J. | Defiance | defiance00redw | 2 | 17 | 2018-02-22 | 2018-02-27 | 2018-05-31 |
| 96 | Ritchhart, Ron | Making Thinking Visible: How to Promote Engagement, Understanding, and Independence for All Learners | makingthinkingvi0000unse | 1 | 2 | 2020-03-16 | 2020-03-17 | 2020-05-12 |
| 97 | Rohr, Richard | Falling Upward: a Spirituality for the Two Halves of Life | fallingupwardspi00rohr | 14 | 173 | 2012-03-28 | 2012-03-29 | 2016-08-09 |
| 98 | Salinger, J. D. | The Catcher in the Rye | catcherinrye00salirich | 20 | 153 | 2009-07-31 | | 2014-04-04 |
| | | | catcye00jdsa | 153 | 745 | 2012-09-05 | 2012-09-06 | 2014-04-04 |
| | | | catcherinrye0000sali | 134 | 526 | 2019-10-08 | 2019-10-12 | 2019-10-17 |
| | | | catcherinryesalig00sali | 16 | 148 | 2011-10-18 | | 2014-01-14 |
| | | | catcherinrye00bant | 10 | 105 | 2012-07-16 | 2012-07-18 | 2014-07-02 |
| | | | catcherinrye0000sali_u5n7 | 162 | 316 | 2020-03-14 | 2020-03-14 | 2020-03-14 |
| | | | catcherinrye0000sali_n7t7 | 184 | 449 | 2020-03-10 | 2020-03-10 | 2020-03-10 |
| | | | catcherinryesali00sali | 5 | 100 | 2011-10-16 | | 2014-04-04 |
| 99 | Salinger, J. D. | Nine Stories | ninestories0000sali | 11 | 36 | 2020-02-15 | 2020-02-20 | 2020-02-20 |
| | | | ninestories0002sali | 17 | 68 | 2019-10-08 | 2019-10-12 | 2019-10-17 |
| 100 | Salinger, J. D. | Franny and Zooey | frannyzooey00salirich | 31 | 207 | 2009-08-06 | | 2014-04-04 |
| 101 | Salinger, J. D. | Raise High the Roof Beam, Carpenters, and Seymour: An Introduction | raisehighroofbea0000sali_l9y4 | 8 | 27 | 2019-10-08 | 2019-10-12 | 2019-10-18 |
| | | | raisehighroofbea0000sali_o4a4 | 1 | 4 | 2020-03-13 | 2020-03-14 | 2020-03-14 |
| | | | raisehighroofbea0000sali | 7 | 97 | 2019-03-17 | | 2014-04-04 |
| | | | raisehighroofbea0000sali | 1 | 2 | 2019-04-15 | 2019-04-17 | 2019-04-23 |
| 102 | Sandford, John | Phantom Prey | phantomprey00john_0 | 3 | 44 | 2013-09-25 | 2013-10-06 | 2016-08-09 |
| | | | phantomprey000sand | 3 | 89 | 2012-05-16 | 2012-05-18 | 2016-08-09 |
| | | | phantomprey00sand | 3 | 78 | 2010-01-07 | | 2016-08-09 |
| 103 | Schaefer, Charles E.; DiGeronimo, Theresa Foy | Ages and Stages: a Parent's Guide to Normal Childhood Development | agesstagesparent00char | 8 | 37 | 2012-06-01 | 2012-06-04 | 2014-04-04 |
| 104 | Schneider, Robyn | Extraordinary Means | extraordinarymea0000schn | 8 | 56 | 2018-04-13 | 2018-04-25 | 2018-12-12 |
| 105 | Semple, Maria | Today Will Be Different | todaywillbediffe0000semp | 2 | 9 | 2019-10-07 | 2019-10-11 | 2020-01-13 |
| | | | todaywillbediffe0000semp_m6e9 | 3 | 5 | 2019-12-27 | 2020-01-06 | 2020-01-13 |
| 106 | Silberman, Steve | Neurotribes: the Legacy of Autism and the Future of Neurodiversity | neurotribeslegac0000silb | 9 | 44 | 2019-10-09 | 2019-10-15 | 2019-10-18 |
| 107 | Snicket, Lemony | Who Could That Be at This Hour? | whocouldthatbeat0000snic_s5w5 | 0 | 0 | 2020-06-16 | 2020-06-20 | 2020-06-20 |
| | | | whocouldthatbeat0000snic | 3 | 24 | 2018-10-26 | 2018-10-30 | 2018-12-11 |
| | | | whocouldthatbeat00snic | 12 | 128 | 2015-09-26 | 2015-10-08 | 2017-11-14 |
| | | | whocouldthatbeat0000snic_r4z5 | 0 | 0 | 2020-09-04 | 2020-09-10 | 2020-09-11 |
| 108 | Snicket, Lemony | When Did You See Her Last? | whendidyouseeher0000snic_p9k1 | 0 | 0 | 2020-06-11 | 2020-07-01 | 2020-07-01 |
| | | | whendidyouseeher0000snic | 4 | 17 | 2019-12-26 | 2019-12-28 | 2019-12-28 |
| | | | isbn_9780316123051 | 6 | 71 | 2016-08-04 | 2016-08-05 | 2018-10-24 |
| 109 | Stewart, Trenton Lee | The Extraordinary Education of Nicholas Benedict | extraordinaryedu0000stew | 2 | 2 | 2020-06-11 | 2020-06-16 | 2020-06-16 |
| | | | isbn_9780316176194 | 9 | 113 | 2017-05-17 | 2017-05-27 | 2017-10-25 |

| WIS | Author | Title | Scan Identifier | Max Actual Concurrent Loans | Total Loans | Scan Date | Repub Date | inlibrary Date |
|---|---|---|---|---|---|---|---|---|
| 110 | Stewart, Trenton Lee | The Mysterious Benedict Society | mysteriousbenedi00tren<br>mysteriousbenedi00stew | 16<br>74 | 165<br>430 | 2013-09-11<br>2012-05-05 | 2013-09-17<br>2012-05-05 | 2016-08-09<br>2016-08-09 |
| 111 | Stewart, Trenton Lee | The Mysterious Benedict Society and the Perilous Journey | isbn_9780316036733<br>mysteriousbenedi00stew_0 | 15<br>17 | 130<br>151 | 2013-12-20<br>2012-05-30 | 2013-12-23<br>2012-05-31 | 2016-08-09<br>2016-08-09 |
| 112 | Stone, Douglas | Thanks for the Feedback: the Science and Art of Receiving Feedback (Even When it is Off-Base, Unfair, Poorly Delivered, and Frankly, You're Not in the Mood) | thanksforfeedbac0000ston | 6 | 26 | 2019-10-05 | 2019-10-10 | 2019-10-17 |
| 113 | Strout, Elizabeth | The Burgess Boys | burgessboysnovel00eliz | 4 | 30 | 2017-11-10 | 2017-11-11 | 2018-10-24 |
| 114 | Tahir, Sabaa | An Ember in the Ashes | isbn_9781595148032 | 25 | 188 | 2017-09-15 | 2017-09-16 | 2018-12-11 |
| 115 | Turnage, Sheila | Three Times Lucky | threetimeslucky0000turn_n0j9<br>threetimeslucky0000turn_e7y3<br>threetimeslucky0000turn | 3<br>14<br>6 | 7<br>49<br>39 | 2019-11-22<br>2020-02-20<br>2018-07-13 | 2019-12-04<br>2020-02-27<br>2018-07-14 | 2019-11-27<br>2020-02-27<br>2018-07-20 |
| 116 | van der Kolk, Bessel A. | The Body Keeps the Score: Brain, Mind, and Body in the Healing of Trauma | isbn_9780143127741 | 159 | 479 | 2019-12-30 | 2019-12-31 | 2020-01-10 |
| 117 | Wiesel, Elie | Open Heart | openheart0000wies | 2 | 7 | 2019-09-19 | 2019-09-21 | 2019-09-21 |
| 118 | Wilder, Laura Ingalls | Little House in the Big Woods | isbn_9780812420579<br>littlehouseinbig0000wild<br>littlehouseinbig00wild_1<br>littlehouseinbig00scho<br>littlehouseinbig00wild_0<br>isbn_0590085247<br>littlehouseinbig00wild_3<br>littlehouseinbig00wild<br>littlehouseinbig0000wild_c4z6<br>littlehouseinbig00wild_6<br>littlehousetreas00wild | 3<br>7<br>27<br>66<br>7<br>24<br>5<br>12<br>1<br>27<br>10 | 5<br>23<br>97<br>428<br>62<br>202<br>56<br>62<br>2<br>140<br>52 | 2019-09-23<br>2020-02-20<br>2012-05-02<br>2013-01-09<br>2012-02-23<br>2012-01-18<br>2014-06-20<br>2009-10-29<br>2020-06-10<br>2015-03-18<br>2009-12-14 | 2019-09-26<br>2020-02-22<br>2012-05-03<br>2013-01-10<br>2012-02-25<br>2012-01-19<br>2014-06-23<br><br>2020-06-15<br>2015-03-25<br> | 2020-05-20<br>2020-02-22<br>2018-10-24<br>2014-07-02<br>2018-10-24<br>2014-01-14<br>2018-10-24<br>2019-10-19<br>2020-06-15<br>2018-10-24<br>2019-10-19 |
| 119 | Wilder, Laura Ingalls | Little House on the Prairie | littlehouseonpra00wild_3<br>littlehouseonpra00wild_2<br>littlehouseonpra00wild<br>littlehouseonpra00wild_0<br>littlehouseonpra0000unse<br>littlehouseonpra00wild_1<br>littlehousetreas00wild | 11<br>30<br>44<br>14<br>7<br>4<br>10 | 63<br>240<br>336<br>95<br>20<br>35<br>52 | 2012-09-28<br>2012-08-10<br>2009-10-05<br>2012-03-14<br>2020-02-17<br>2012-09-05<br>2009-12-14 | 2012-10-05<br>2012-08-10<br><br>2012-03-15<br>2020-02-18<br>2012-09-10<br> | 2018-10-24<br>2018-10-24<br>2011-02-08<br>2018-10-24<br>2020-03-17<br>2018-10-24<br>2019-10-19 |
| 120 | Wilder, Laura Ingalls | Farmer Boy | farmerboylittleh00wild_0<br>farmerboy00wild<br>farmerboy00wild_0<br>farmerboy0000wild<br>farmerboylittleh00wild | 4<br>22<br>10<br>1<br>21 | 104<br>181<br>84<br>10<br>303 | 2012-08-27<br>2010-03-17<br>2012-03-14<br>2019-11-12<br>2012-08-10 | 2012-08-28<br><br>2012-03-15<br>2019-11-14<br>2012-08-10 | 2014-04-04<br>2014-01-14<br>2018-10-24<br>2019-11-14<br>2014-01-14 |
| 121 | Winspear, Jacqueline | A Dangerous Place | dangerousplaceno0000wins | 6 | 53 | 2018-04-16 | 2018-04-27 | 2018-12-12 |
| 122 | Winspear, Jacqueline | Journey to Munich | journeytomunichm0000wins<br>journeytomunichn0000wins | 0<br>6 | 0<br>23 | 2020-06-05<br>2018-04-18 | 2020-06-09<br>2018-05-03 | 2020-06-09<br>2020-01-13 |
| 123 | Winspear, Jacqueline | Elegy for Eddie | elegyforeddie00wins<br>elegyforeddie0000wins | 7<br>0 | 48<br>0 | 2018-06-24<br>2020-06-10 | 2018-06-28<br>2020-06-29 | 2018-12-12<br>2020-06-29 |
| 124 | Woofenden, Ian | Wind Power for Dummies | isbn_9780470496374 | 1 | 16 | 2017-06-22 | 2017-10-23 | 2017-10-24 |
| 125 | Wouk, Herman | The Winds of War | windsof00wouk<br>windsofwar00hwou<br>windsofwar00wouk<br>windsofwarnove00wouk<br>windsofwarnovel00wouk<br>windsofwar00herm_1<br>windsofwarnovel00herm<br>windsofwar00wouk_0 | 5<br>3<br>5<br>3<br>3<br>3<br>1<br>4 | 43<br>41<br>78<br>82<br>39<br>50<br>35<br>66 | 2012-11-08<br>2015-02-15<br>2010-04-14<br>2013-04-16<br>2009-08-10<br>2015-02-04<br>2012-07-18<br>2013-09-06 | 2012-11-13<br>2015-02-28<br><br>2013-04-18<br><br>2015-02-28<br>2012-07-18<br>2013-09-10 | 2018-07-21<br>2015-10-21<br>2011-02-08<br>2017-06-21<br>2011-02-08<br>2015-10-21<br>2012-10-19<br>2014-04-04 |

A-4039

| WIS | Author | Title | Scan Identifier | Max Actual Concurrent Loans | Total Loans | Scan Date | Repub Date | inlibrary Date |
|---|---|---|---|---|---|---|---|---|
| 126 | Wouk, Herman | The Caine Mutiny: A Novel of World War II | cainemutinynovel00woukrich | 2 | 40 | 2009-07-28 | | 2011-02-08 |
| | | | cainemutinynovel0000wouk | 1 | 2 | 2019-09-03 | 2019-09-05 | 2019-09-06 |
| | | | cainemutinynovel00wouk | 2 | 77 | 2010-01-08 | | 2011-02-09 |
| | | | cainemutinynovel00wouk_1 | 5 | 45 | 2017-12-11 | 2017-12-12 | 2018-02-22 |
| | | | cainemutinywo00wouk | 3 | 79 | 2010-08-25 | | 2011-02-08 |
| | | | cainemutiny00wouk | 5 | 66 | 2011-09-09 | | 2012-01-23 |
| | | | cainemutiny00herm | 2 | 38 | 2013-08-13 | 2013-08-14 | 2014-04-04 |
| | | | cainemutiny0000herm | 1 | 1 | 2020-03-03 | 2020-03-07 | 2020-03-24 |
| 127 | Zuckerman, Gregory | The Man Who Solved the Market | manwhosolvedmark0000zuck | 113 | 129 | 2019-12-09 | 2019-12-11 | 2019-12-09 |

A-4040

**Exhibit C to Gratz Declaration**

**Filed Under Seal**

**(A-4041-4055)**

**Exhibit D to Gratz Declaration**

**Filed Under Seal**

**(A-4056-4057)**

**Exhibit E to Gratz Declaration**

**Filed Under Seal**

**(A-4058-4060)**

# Exhibit F to Gratz Declaration

# Filed Under Seal

# (A-4061)

# EXHIBIT G



International
Federation of
Library
Associations and Institutions

# IFLA Position on Controlled Digital Lending

Controlled Digital Lending (CDL) has become widely talked about over the last two years, and in particular in the context of the COVID-19 pandemic. While the specific term has only relatively recently come to be used[1], forms of controlled lending have been utilised for many years, for example in the context of document supply. As such, controlled lending has helped to fulfil the mission of libraries to support research, education and cultural participation within the limits of existing copyright laws.

Licensed eBooks have opened the door to a radical undermining of the traditional public interest functions and freedoms of libraries. These still exist for paper books, but with the advent of licensed eBooks, libraries are no longer free to decide when or what to purchase, with some publishers even refusing to sell to libraries. Controlled digital lending provides an alternative to a licensing approach, and so a means of redressing the balance.

This paper provides background on what CDL is, and provides an economic and legal case for all libraries and their users to be able to benefit from the approach. Library associations and libraries in individual countries and regions will need to consider their particular policy environment.

## What is CDL?

CDL in the context of book lending promotes the idea that libraries are – or should be – able to lend out digitised copies of works in their collections on a strict owned-to-loaned ratio[2]. It applies to the lending of digital copies of in-copyright works, given that those already in the public domain (i.e. no longer subject to economic rights) can already be digitised and made freely available. This lending, crucially, is 'controlled' through the use of technological protection measures, which prevent illicit copying and limit the length of loan periods. In effect, it gives libraries a choice between digital and physical formats in how to give access to works in their collection.

Crucially, CDL is based on exceptions and limitations or "user rights" in copyright law, in contrast to market-based licensing solutions. In the United States it has been justified, in an article by David Hansen and Kyle Courtney[3], under the legal doctrine of fair use. The authors assert that digitisation and

---

[1] Hansen, David and Courtney, Kyle (2018), *A White Paper on Controlled Digital Lending of Library Books. Available at https://controlleddigitallending.org/whitepaper*

[2] For example, if a library has one copy of the book in paper form it can digitise it, put the paper copy beyond public access, and only lend the eBook to a single user at a time . If the library has two paper copies the same principle should apply that no more than two copies (irrespective of the format) should be available at any one time to the public.

[3] Hansen and Courtney, ibid

1

**IFLA Position on Controlled Digital Lending**
2 June 2021

lending of an electronic copy by libraries is permitted after the exhaustion of rights following the first sale of the physical copy, as long as the total number of copies in circulation (physical and digital combined) does not exceed the number owned by the library, and each physical copy is withheld from public access for as long as a corresponding digital copy is on loan. There have also been moves to clarify the legal status of eLending in Europe, where the European Court of Justice has found that libraries are permitted to lend not just paper books but eBooks under existing copyright law.[4]

The compatibility of CDL with current laws is increasingly in the spotlight, given a case brought in the United States by a number of publishers against a key proponent of the approach, the Internet Archive.[5] If CDL is declared legal in the US, attention is likely to shift to other countries. Even if the specific approach to CDL used in the United States by the Internet Archive is deemed illicit, there remains a strong case for the principle of digitisation and lending by libraries of books using controlled lending technologies.

In reality, library users in other countries are already benefiting from CDL, for example when receiving electronic document supply copies, and in Canada, there are moves by some libraries to provide access to works in their own collections using the approach[6].

## The Economic Case for CDL

A key reason why CDL is necessary is the failure of markets to provide access to works in digital form on a consistently fair basis. First of all, a very small share of books are currently available in digital form for libraries, due either to being out of print (and so no investment is made in releasing digital versions), a lack of resources in publishing houses, or a refusal to sell to libraries[7]. This effectively prevents libraries from fulfilling their mission in a digital age and undermines research and learning in society.

The COVID-19 crisis brought many of the availability and pricing issues of eBooks to the fore, as patrons could no longer physically visit the library and access had to switch to electronic overnight. Where eBooks are available for libraries to purchase, they are often licensed to libraries at significantly higher

---

[4] C174/15 Vereniging Opebare Bibliotheken vs Stichting Leenrecht
http://curia.europa.eu/juris/liste.jsf?num=C-174/15

[5] Hachette Book Group Inc v. Internet Archive 1:20-cv-04160, US District Court, S.D. New York. Available at https://www.courtlistener.com/docket/17211300/hachette-book-group-inc-v-internet-archive/

[6] Canadian Libraries Internet Archive Canada at https://archive.org/details/toronto

[7] SCONUL (2018) *Understanding the value of the CLA licence to UK higher education,* https://www.sconul.ac.uk/sites/default/files/documents/CNAC%20Research%20Project%20Report%20FINAL%20with%20logos.pdf

prices than their paper equivalent[8], or under much more restrictive conditions than for physical books. In some cases, libraries are obliged to buy into larger collections of eBooks as publishers will not allow access to specific desired titles only, which consequently reduces libraries' freedom of choice to buy other books. This undermines the ability of a library to respond to the needs of researchers and the public, and exacerbates the already acute "monograph crisis"[9][10].

When there is no eBook available or terms and conditions are barriers, the possibility for libraries to digitise physical copies of legally-acquired works would mean that, in setting prices and conditions for eBooks and other electronic resources, rightsholders would need to apply the same principles as for physical books. In effect, it would break down the wall between the markets for physical books and eBooks, allowing for more competition between the two. This would help ensure the continued effectiveness of the safeguard that libraries provide against the negative consequences of poorly functioning eBook markets.

## The Legal Case for CDL

Recognising that copyright laws vary from one country to the next, IFLA provides the following principles related to the implementation of CDL in libraries around the world. Each principle, in itself, should be reflected in national laws and libraries should seek to pursue these principles with policy makers where they are not. Collectively, they provide a sufficient basis for enabling controlled digital lending.

### 1) Freedom to acquire and lend represents a core function of the work of libraries

The freedom to acquire any book or other material it chooses and then lend it represents a key means for libraries to fulfil their mission to support education, research and access to culture.

Lending fills a gap in situations where purchase of a work is not appropriate – for example because they only need to use a small part of a work, because they are testing out a new author, or because they do not have the resources to buy a whole work etc. There is considerable evidence that lending contributes to

---

[8] For a single user licence an eBook can be ten times the price of the paper version. See Academic EBook Campaign: https://academicebookinvestigation.org/

[9] The Forever Decline: Academia's Monograph Crisis: https://openscience.com/the-forever-decline-academias-monograph-crisis/

[10] The Monograph Crisis: Open Access for Art and Design Scholarship https://blogs.openbookpublishers.com/the-monograph-crisis-open-access-for-art-and-design-scholarship/

future sales[11]. Lending also helps build the readers, researchers, and writers of the future, contributing to innovation and creativity.

Importantly, lending does not represent an exclusive right under international law[12], and in most countries it takes place under the doctrine of exhaustion or the first sale principle. In those countries where lending rights do feature in legislation, moves towards Controlled Digital Lending will need to take account of this[13].

## *2) Digital uses should have at least the same flexibility as physical ones*

While the ideas behind copyright have their roots firmly in the analogue age, they need to keep up with new usages. If this doesn't happen, there is a risk that copyright will fail to deliver on the public interest goals that it aims to achieve. In Europe, at least, this argument was used in the VOB vs Stichting Leenrecht judgement[14] to justify the decision that eBooks fell under existing rules for library lending.

For IFLA this 'technological neutrality' should also protect against the deliberate or inadvertent use of contract terms and technological protection measures to prevent legitimate uses of works under exceptions and limitations.

This should therefore mean that libraries are able – either under the exhaustion principle or under a lending exception – to digitise and lend works electronically in the same way as they do physically. In the case of electronic lending, as long as core principles of CDL are respected – such as limited loan-periods and the use of a strict owned-to-loaned ratio, enforced through technological protection measures – the digitisation and subsequent lending of the created electronic book should be acceptable. IFLA believes that as a result of the VOB vs Stichting Leenrecht judgement, in some EU countries, this would already be permitted.

---

[11] How Libraries Help Authors Boost Book Sales, Rachel Kramer Bussel, Forbes, April 12, 2019: accessed on the 15/01/2021: https://www.forbes.com/sites/rachelkramerbussel/2019/04/12/how-libraries-boost-book-sales/

[12] Berne Convention, WIPO website, accessed on the 15/01/2021: https://wipolex.wipo.int/en/treaties/textdetails/12214

[13] To note, and as set out in its Position on Public Lending Right (https://www.ifla.org/publications/the-ifla-position-on-public-lending-right--2016), IFLA recognises the importance of supporting authors to ensure ongoing production of new works. As such, IFLA encourages governments to look for more efficient and effective approaches than PLR, including improved contract terms, tax breaks and direct tools such as cultural funds. Where compensation under PLR is required, reflection will be necessary on its application to CDL. IFLA is strongly opposed to PLR on eBooks which are only available for a limited number of loans or time.

[14] Ibid.

**4**



**IFLA Position on Controlled Digital Lending**
2 June 2021

CDL extends the opportunity for use to additional locations. Forcing users to come to libraries is a source of discrimination against those who are less mobile or who live in remote areas.

### 3) It is acceptable to make use of more than one exception or limitation at a time

Exceptions will often need to be used in conjunction with others in order to be effective. For example carrying out text and data mining using a preserved copy of a work can entail two different exceptions. So too can giving access to a digitised copy of a work on a dedicated terminal inside a library, as established in the TU Darmstadt ruling[15] for countries in the European Union. As set out in the judgement in this case, exceptions often have to be combined for public interest purposes, as long as they remain consistent with the three-step test in the Berne Convention[16].

### Conclusion

This position argues that there is a strong socio-economic case for enabling Controlled Digital Lending in libraries around the world, and that where a number of desirable and widely-recognised principles are respected (libraries' ability to freely acquire and lend, the technological neutrality of law, the possibility to combine exceptions), its legal basis will in turn support the wider public interest.

In some countries in the European Union, the bases for CDL are likely to be already in place, and so all that will be required is for libraries to establish the applicability of the VOB vs Stichting Leenrecht judgement to their national situation. Where the legal conditions in countries globally are not in place, IFLA urges action to correct this, thus enabling libraries to digitise and lend eBooks on an owned-to-loaned ratio, and so realise further their potential to support learning, research and access to culture in a digital age.

---

[15] C117-13 Technische Universität Darmstadt vs Eugen Ulmer KG,
http://curia.europa.eu/juris/liste.jsf?num=C-117/13

[16] WIPO website, Berne's Convention: https://www.wipo.int/treaties/en/ip/berne/

# EXHIBIT H

## Public Libraries Respond to COVID-19: Survey of Response & Activities

### Public Libraries Respond to COVID-19: Survey of Response & Activities Results (March 2020)

In response to the COVID-19 crisis, PLA surveyed the public library community to understand the immediate impacts the crisis is having on their operations, staffing, programs and services. Over 2,500 unique library systems responded to the survey, representing a nearly 30% response rate.

- Detailed findings from the March 2020 results (/pla/sites/ala.org.pla/files/content/advocacy/covid-19/PLA-Libraries-Respond-Survey_Aggregate-Results_FINAL2.pdf)
- PDF of the final survey (/pla/sites/ala.org.pla/files/content/advocacy/covid-19/Public-Libraries-Respond-to-COVID-19_Survey-of-Response-and-Activities_FINAL.pdf)

### Highlights

- While most libraries (98%) reported building closures to some extent, a substantial majority of respondents reported that, in response to COVID-19, they have continued, expanded, or added services such as:

  - online renewal policies (76%)
  - online services like e-books and streaming media (74%) and,
  - virtual programming (61%).

- Library staff are also taking other innovative steps to adapt and respond to community needs, including:

  - Providing non-COVID online resources (activities to do at home, unemployment resources, etc.): 21%
  - Expanding access to services (e-cards, deaf/blind/disabled expanded options, fine forgiveness, upping checkout limits, providing online assistance, setting up a helpline, etc.) : 21%
  - Materials distribution (free supplies, kits, bookmobile deliveries, mailing items): 17%
  - Providing resources related to COVID (online and physically posted): 17%
  - Technology (laptop and hotspot checkout, expanding wifi, print/scan/copy/fax services): 13%
  - Using makerspace equipment to create medical supplies: 12%
  - Virtual exhibits/programs: 10%
  - Reallocation of staff/resources (staff to other govt entities for support, allowing other entities to use meeting space, sending PPE to other depts.): 10%

For more information of the results, please view detailed findings (/pla/sites/ala.org.pla/files/content/advocacy/covid-19/PLA-Libraries-Respond-Survey_Aggregate-Results_FINAL2.pdf) and read the announcement press release (/news/press-releases/2020/04/public-libraries-launch-expand-services-during-covid-19-pandemic-0).

Also, PLA hosted a webinar to discuss the March 2020 survey findings on Wednesday, April 22. Click to view the webinar recording. (http://www.ala.org/pla/education/onlinelearning/webinars/covid-19/survey-results)

### About the March 2020 Survey

The Public Library Association, a division of the American Library Association, fielded the online survey March 24 through April 1. The online link was shared widely by PLA and other library organizations like the Chief Officers of State Library Agencies, the Urban Libraries Council and the Association for Rural & Small Libraries. Subsequently research staff from PLA, the Colorado State Library's Library Research Service and the Institute of Museum and Library Services, verified respondents were from U.S. libraries and removed duplicates.

(PLA)

Survey responses represented 28% of U.S. public libraries. At least one public library in every state responded to the survey, and 43 states had 10% or more of their libraries represented.

  

**Questions?** Email Emily Plagman, Manager, Impact and Advocacy, at eplagman@ala.org (mailto:eplagman@ala.org) or call 312-380-1344.

A-4070

# EXHIBIT I

Case 1:20-cv-04160-JGK-OTW Document 100-35 Filed 07/07/22 Page 72 of 6



≡ **MENU**    🔍 **SEARCH**          *Education*Week.          SIGN IN    **SUBSCRIBE**

LEADERSHIP    POLICY & POLITICS    TEACHING & LEARNING    TECHNOLOGY    OPINION    JOBS    **MARKET BRIEF** ↗

SCHOOL & DISTRICT MANAGEMENT    INTERACTIVE

# Map: Coronavirus and School Closures in 2019-2020

March 06, 2020 | Updated: October 13, 2021    🕐 2 min read




The coronavirus pandemic forced a near-total shutdown of school buildings in the spring of 2020—an historic upheaval of K-12 schooling in the United States.

Education Week tracked and documented the closures—first at the school or district level and ultimately, state-by-state, from March 6 to May 15, 2020.

At their peak, the closures affected at least 55.1 million students in 124,000 U.S. public and private schools. Nearly every state either ordered or recommended that schools remain closed through the end of the 2019-20 school year.

SEE ALSO



SCHOOL & DISTRICT MANAGEMENT    INTERACTIVE

**The Coronavirus Spring: The Historic Closing of U.S. Schools (A Timeline)**

July 1, 2020 • 6 min read

We will no longer update this page.

- Looking for information about the 2020-21 school year? Education Week tracked where schools were open or closed due to COVID-19 here: Map: Where Has COVID-19 Closed Schools? Where Are They Open?
- You can also see how over 900 school districts provided instruction on their first day of the 2020-21 school year here: School Districts' Reopening Plans: A Snapshot
- For more information, see our detailed coverage of the pandemic and its impact on schools.

*Update Note: A previous version of this page included an interactive map and a table that showed which states didn't order or recommend school buildings to be closed for the academic year. Both the map and the table have since been removed. The states that didn't close for the academic year were Montana and Wyoming.*

## State Data

*Explore the table below for detailed information about closures at the state level.*

MOST POPULAR STORIES



TEACHER PREPARATION

**States Relax Teacher Certification Rules to Combat Shortages**

Madeline Will, June 28, 2022    5 min read



EQUITY & DIVERSITY
EXPLAINER

**What Is Critical Race Theory, and Why Is It Under Attack?**

Stephen Sawchuk, May 18, 2021    10 min read



SCHOOL CLIMATE & SAFETY    TRACKER

**School Shootings This Year: How Many and Where**

January 5, 2022    3 min read

RELATED



SCHOOL & DISTRICT MANAGEMENT

**When Schools Shut Down, We All Lose**

Stephen Sawchuk, March 20, 2020    12 min read



SCHOOL & DISTRICT MANAGEMENT
INTERACTIVE

**Map: Where Were Schools Required to Be Open for the 2020-21**

1/5

School Year?

July 28, 2020 · 1 min read

**SCHOOL & DISTRICT MANAGEMENT**
INTERACTIVE



**School Districts' Reopening Plans: A Snapshot**

July 15, 2020 · 2 min read

| | | | | | | |
|---|---|---|---|---|---|---|
| Alabama | AL | State ordered closure | Ordered closed for the academic year | 3/19/20 | 4/6/20 | 1,513 | 744,930 |
| Alaska | AK | State ordered closure | Ordered closed for the academic year | 3/16/20 | 4/9/20 | 507 | 132,737 |
| American Samoa | AS | State ordered closure | Ordered closed until further notice | 3/23/20 | n/a | 28 | n/a |
| Arizona | AZ | State ordered closure | Ordered closed for the academic year | 3/16/20 | 3/30/20 | 2,308 | 1,123,137 |
| Arkansas | AR | State ordered closure | Ordered closed for the academic year | 3/17/20 | 4/6/20 | 1,089 | 493,447 |
| Bureau of Indian Education | BIE | Closures determined at school/district levels | Varies by school/district | n/a | n/a | 174 | 45,399 |
| California | CA | State recommended closure | Recommended closed for the academic year | 3/19/20 | 4/1/20 | 10,286 | 6,309,138 |
| Colorado | CO | State ordered closure | Ordered closed for the academic year | 3/23/20 | 4/20/20 | 1,888 | 905,019 |
| Connecticut | CT | State ordered closure | Ordered closed for the academic year | 3/17/20 | 5/5/20 | 1,250 | 535,118 |
| Delaware | DE | State ordered closure | Ordered closed for the academic year | 3/16/20 | 4/24/20 | 228 | 136,264 |
| Department of Defense Education Activity | DoD | State recommended closure | Recommended closed for the academic year | 3/25/20 | 5/1/20 | 163 | 70,852 |
| District of Columbia | DC | State ordered closure | Ordered closed for the academic year | 3/16/20 | 4/17/20 | 223 | 85,850 |
| Florida | FL | State recommended closure | Recommended closed for the academic year | 3/16/20 | 4/18/20 | 4,178 | 2,816,791 |
| Georgia | GA | State ordered closure | Ordered closed for the academic year | 3/18/20 | 4/1/20 | 2,300 | 1,764,346 |
| Guam | GU | State ordered closure | Ordered closed for the academic year | 3/16/20 | 4/6/20 | 41 | 30,758 |
| Hawaii | HI | State ordered closure | Ordered closed for the academic year | 3/23/20 | 4/7/20 | 290 | 181,550 |

*EducationWeek®*

**DOWNLOAD THE DATA ↗**

*Sources: Staff reporting; National Center for Education Statistics; government websites and communications*

*Note: Historical data includes school- and district-level data collected from 3/9/2020 to 3/25/2020 and state-level data as of 5/15/2020.*

Education Week would like to know how you are using our data on school building closures and reopening timelines. Please share how this information is helping you by emailing library@educationweek.org.

## Contact Information

For media or research inquiries about this data, contact library@educationweek.org.

## How to Cite This Page

Map: Coronavirus and School Closures (2020, March 6). Education Week. Retrieved Month Day, Year from https://www.edweek.org/leadership/map-coronavirus-and-school-closures-in-2019-2020/2020/03

## Data Note

All numbers for student enrollment and schools are from the National Center for Education Statistics. Total U.S. public and private school enrollments reflect NCES' 2019 projections. Student enrollments in the state-level table and map are NCES' Fall 2016 data for public schools and Fall 2017 data for private schools. Numbers of schools

2016 data for public schools and Fall 2017 data for private schools. Numbers of schools in the state-level table and map are NCES' data for 2016-17 for public schools and Fall 2017 for private schools. In each case, we're using the latest NCES data that's available. School and enrollment numbers for the Department of Defense Education Activity were provided by the agency and are from 2020.

**Related Tags:** School Closures   Coronavirus

**Reporting/Analysis:** Holly Peele & Maya Riser-Kositsky, with contributions from Education Week staff
**Design/Visualization:** Hyon-Young Kim, with contributions from Education Week staff



# Sign Up for EdWeek Update

Get the latest education news delivered to your inbox daily.

Your email          SIGN UP

## EVENTS



**JUL 07** — THU., JULY 07, 2022, 2:00 P.M. - 3:00 P.M. ET

SPONSOR   STUDENT WELL-BEING   WEBINAR

### Start Strong With Solid SEL Implementation: Success Strategies for the New School Year

Join Satchel Pulse to learn why implementing a solid SEL program at the beginning of the year will deliver maximum impact to your students.

REGISTER   Content provided by Satchel Pulse

**JUL 13** — WED., JULY 13, 2022, 2:00 P.M. - 3:00 P.M. ET

TEACHING   LIVE ONLINE DISCUSSION

### Seat at the Table: How Can We Help Students Feel Connected to School?

Get strategies for your struggles with student engagement. Bring questions for our expert panel. Help students recover the joy of learning.

REGISTER

**JUL 19** — TUE., JULY 19, 2022, 2:00 P.M. - 3:00 P.M. ET

SPONSOR   SCIENCE   WEBINAR

### Real-World Problem Solving: How Invention Education Drives Student Learning

Hear from student inventors and K-12 teachers about how invention education enhances learning, opens minds, and preps students for the future.

REGISTER   Content provided by The Lemelson Foundation

See More Events

## EDWEEK TOP SCHOOL JOBS

### Teacher Jobs

Search over ten thousand teaching jobs nationwide —

### Principal Jobs

Find hundreds of jobs for principals, assistant principals,

### Administrator Jobs

Over a thousand district-level

### Support Staff Jobs

Search thousands of jobs, from

3/5

elementary, middle, high
school and more.

and other school leadership
roles.

jobs: superintendents,
directors, more.

paraprofessionals to
counselors and more.

VIEW JOBS ↗

VIEW JOBS ↗

VIEW JOBS ↗

VIEW JOBS ↗

Create Your Own Job Search ↗

## READ NEXT



**SCHOOL & DISTRICT MANAGEMENT**

### Why Principals Must Focus on SEL, School Climate Right Now

Principals need support in focusing on SEL, academic development, school climate, and community engagement, a new...

Denisa R. Superville · 6 min read



**SCHOOL & DISTRICT MANAGEMENT**

### School Districts Showcase What's Working to Improve Student Learning

School leaders from 13 districts shared strategies at a national summit by AASA, the School Superintendents Association.

Libby Stanford · 3 min read



**SCHOOL & DISTRICT MANAGEMENT**

### Schools Prefer Cheaper Ventilation Options to Curb COVID: Why They Should Consider Upgrading

Most schools are opening windows and hosting class outdoors rather than investing in costlier, more-effective measures.

Apoorvaa Mandar Bichu · 2 min read



**SCHOOL & DISTRICT MANAGEMENT**
INTERACTIVE

### Hour by Busy Hour: What a Principal's Day Actually Looks Like

From the time they wake up until they set the alarm at night, school leaders juggle the routine, the unexpected, and the downright...

Denisa R. Superville, Jaclyn Borowski & Hyon-Young Kim · 2 min read

Load More ▾



# Sign Up & Sign In

Create a free account to save your favorite articles, follow important topics, sign up for email newsletters, and more.

CREATE ACCOUNT

EducationWeek

**ABOUT US**
Our Organization
Our History

**CONTACT US**
Letters to the Editor
Help/FAQ

**GET EDWEEK**
Subscriptions
Newsletters & Alerts

**DO BUSINESS WITH US**
Advertising & Marketing Solutions ↗

| | | Our People | Customer Service ↗ | Group Subscriptions | Recruitment & Job Advertising ↗ |
| | | Careers at EdWeek | Contact the Newsroom ↗ | Content Licensing & Permissions | K-12 Market Intelligence ↗ |
| | | | | | Custom Research ↗ |

1 Free Article(s) Left    Create a free account to get more features and free newsletters.
SUBSCRIBE FOR UNLIMITED ACCESS                                    expand

A-4076