# 23-1260

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., PENGUIN RANDOM HOUSE LLC,

*Plaintiffs-Appellees,*

v.

INTERNET ARCHIVE,

*Defendant-Appellant,*

DOES 1-5, inclusive,

*Defendants.*

Appeal from the United States District Court for the Southern District of New York, Case No. 1:20-cv-4160, Hon. John G. Koeltl

### JOINT APPENDIX (PUBLIC) – VOLUME 18 OF 26 (A-4345-A-4606)

JOSEPH C. GRATZ
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

CORYNNE M. MCSHERRY
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

JOSEPH R. PALMORE
DIANA L. KIM
ADITYA V. KAMDAR
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-6940
JPalmore@mofo.com

*Counsel for Defendant-Appellant Internet Archive*
*Additional Counsel Listed on Inside Cover*

DECEMBER 15, 2023

MATTHEW JAN OPPENHEIM
DANAE TINELLI
SCOTT A. ZEBRAK
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW,
5th Floor
Washington, DC 20016

ELIZABETH A. MCNAMARA
LINDA J. STEINMAN
JOHN M. BROWNING
JESSE M. FEITEL
CARL MAZUREK
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020

*Counsel for Plaintiffs-Appellees*

---

### Joint Appendix Table of Contents

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 1** | |
| 39 | 10/08/2020 | Stipulation And Protective Order | A-1 |
| 86 | 07/05/2022 | Sealing Order | A-16 |
| 114 | 07/11/2022 | Sealing Order | A-18 |
| | | District Court Docket Sheet | A-19 |
| 219 | 9/11/2023 | Notice Of Appeal | A-49 |
| 1 | 6/1/2020 | Complaint | A-105 |
| 33 | 07/28/2020 | Answer | A-158 |
| 47 | 08/09/2021 | Letter Motion For Local Rule 37.2 Conference | A-186 |
| 62 | 12/24/2021 | Transcript Of Proceedings – 12/2/21 Conference | A-189 |
| 68 | 01/14/2022 | Joint Letter/Status Report Re: Discovery Disputes | A-234 |
| | | Exhibit A – Current Scheduling Order | A-236 |
| | | Exhibit B – Proposed Scheduling Order | A-239 |
| 70 | 01/22/2022 | Revised Scheduling Order | A-242 |
| 87 | 07/07/2022 | Plaintiffs' Motion for Summary Judgment | A-244 |
| 89 | 07/07/2022 | Declaration Of Sandra Cisneros In Support Of Plaintiffs' Motion for Summary Judgment | A-247 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 2** | |
| 90 | 07/07/2022 | Declaration Of Ian Foster In Support Of Plaintiffs' Motion for Summary Judgment | A-254 |
| | | Appendix A – Ian Foster's Curriculum Vitae | A-301 |
| | | [FUS] Exhibit 1 – Numbered List Of 127 Works In Suit | A-347 |
| | | [FUS] Exhibit 2 – Loans For Each Scan That Matches Works In Suit | A-359 |
| | | [FUS] Exhibit 3 – Total Loans For Works In Suit | A-370 |
| | | [FUS] Exhibit 4 – List Of De-Duplicated ISBNs That Match Works In Suit | A-377 |
| | | [FUS] Exhibit 4A – Alternate Version of Exhibit 4 | A-387 |
| | | [FUS] Exhibit 5 – Number Of De-Duplicated ISBNs/Additions To Maximum Eligible Concurrent Loans For Each Work In Suit | A-397 |
| | | [FUS] Exhibit 5A – Alternative Version Of Exhibit 5 | A-404 |
| | | [FUS] Exhibit 6 – Works In Suit Data | A-411 |
| 91 | 07/07/2022 | Declaration Of Tracy Offner In Support Of Plaintiffs' Motion for Summary Judgment | A-421 |
| | | Exhibit A – List Of Internet Archive's URLs | A-448 |
| | | Exhibit B – Internet Archive's Webpages | A-452 |
| | | Exhibit C – Open Library Webpages | A-457 |
| | | Exhibit D – Open Library Webpages | A-461 |
| | | Exhibit E – Open Library Webpages | A-463 |
| | | Exhibit F – Open Library Webpages | A-469 |
| | | Exhibit G – Open Library Webpages | A-471 |
| | | Exhibit H – Open Library Webpages | A-473 |
| | | Exhibit I – Open Library Webpages | A-475 |
| | | Exhibit J – Open Library Webpages | A-477 |
| | | Exhibit K – Open Library Webpages | A-479 |
| 92 | 07/07/2022 | Declaration Of Ben Sevier In Support Of Plaintiffs' Motion for Summary Judgment | A-481 |
| | | [FUS*] Exhibit 1 – Hachette Business Data | A-514 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS*] Exhibit 2 – Hachette Backlist Ebook Data | A-515 |
| | | [FUS*] Exhibit 3 – Hachette Sales Data For All Of The Works In Suit | A-516 |
| | | **Vol. 3** | |
| | | [FUS] Exhibit 4 – Hachette Overdrive Data | A-517 |
| | | [FUS] Exhibit 5 – Hachette 2016 Digital Library Terms | A-562 |
| | | [FUS] Exhibit 6 – Hachette's Current Digital Library Terms | A-570 |
| | | [FUS*] Exhibit 7 – Hachette List Of Aggregators | A-577 |
| | | [FUS] Exhibit 8 – Excerpts From Expert Report Of Rasmus Jorgensen (Feb. 25, 2022) | A-578 |
| | | Exhibit 9 – Hachette Takedown Notice | A-580 |
| 93 | 07/07/2022 | Declaration Of Alan Pavese In Support Of Plaintiffs' Motion for Summary Judgment | A-589 |
| | | Exhibit 1 – Wiley Takedown Notice | A-602 |
| | | [FUS*] Exhibit 2 – Wiley Spreadsheet On Trade Books | A-612 |
| | | [FUS*] Exhibit 3 – Wiley's Sales Records For Works In Suit | A-613 |
| | | [FUS] Exhibit 4 – Wiley's Ebook Distribution Agreement With Proquest | A-614 |
| | | [FUS] Exhibit 5 – Wiley's Ebook Agreement With Overdrive | A-631 |
| | | [FUS*] Exhibit 6 – Wiley Spreadsheet Of Key Aggregator Partners | A-634 |
| | | [FUS*] Exhibit 7 – Wiley Spreadsheet | A-635 |
| 94 | 07/07/2022 | Declaration Of Chantal Restivo-Alessi In Support Of Plaintiffs' Motion for Summary Judgment | A-636 |
| | | [FUS*] Exhibit 1 – HarperCollins Ebooks Licenses Spreadsheet | A-667 |
| | | [FUS*] Exhibit 2 – HarperCollins Spreadsheet On U.S. Sales For Works In Suit | A-668 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 3 – Amazon Kindle Store Terms Of Use | A-669 |
| | | [FUS] Exhibit 4 – HarperCollins And Overdrive Agreement | A-674 |
| | | [FUS*] Exhibit 5 – Spreadsheet On 26-Circ Model | A-699 |
| | | [FUS*] Exhibit 6 – HarperCollins Sales To Libraries In All Formats For Works In Suit (2017-2020) | A-700 |
| | | Exhibit 7 – Excerpts From Expert Report Of Susan H. Hildreth (Feb. 25, 2022) | A-701 |
| | | Exhibit 8 – Open Libraries Agreement | A-705 |
| | | Exhibit 9 – Internet Archive's Presentation At Library Leaders Forum | A-709 |
| | | Exhibit 10 – Internet Archive's Presentation On "Maximizing Institutional Investment In Print Resources Through Controlled Digital Lending" | A-720 |
| | | Exhibit 11 – Internet Archive's And HarperCollins Correspondence | A-738 |
| 95 | 07/07/2022 | [Redacted] Declaration Of Jeffrey Weber In Support Of Plaintiffs' Motion for Summary Judgment | A-744 |
| | | [FUS*] Exhibit 1 – Penguin Random House Ebook Data | A-784 |
| | | [FUS*] Exhibit 2 – Penguin Random House Ebook Data | A-785 |
| | | Exhibit 3 – American Library Association Article, "National Survey Finds Libraries Play Expanded Role in Digital Equity, Bridging Gaps In Access To Technology" (Aug. 31, 2021) | A-786 |
| | | **Vol. 4** | |
| | | Exhibit 4 – Overdrive Press Release (Jan. 7, 2021) | A-788 |
| | | Exhibit 5 – Emails Between Penguin Random House And Internet Archive' | A-792 |

4

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 6 – Emails Between Penguin Random House And Internet Archive | A-795 |
| | | Exhibit 7 – Open Libraries Web Page | A-798 |
| | | Exhibit 8 – Internet Archive Blog Post, "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" (Nov. 6, 2019) | A-802 |
| | | Exhibit 9 – Internet Archive Blog Post, "Temporary National Emergency Library to close 2 weeks early, returning to traditional controlled digital lending" (June 10, 2020) | A-811 |
| | | [FUS] Exhibit 10 – Exhibit 12 To Expert Report of Rasmus Jorgensen (Feb. 25, 2022) | A-817 |
| | | [FUS] Exhibit 11 – Excerpts From Expert Report of Rasmus Jorgensen (Feb. 25, 2022) | A-819 |
| | | [FUS*] Exhibit 12 – Penguin Random House Sales Records Of Works In Suit | A-821 |
| | | Exhibit 13 – Internet Archive's Library Leaders Forum Presentation | A-822 |
| | | [FUS*] Exhibit 14 – Penguin Random House Annual Investment Spreadsheet | A-1004 |
| | | Exhibit 15 – Amazon Kindle Store Terms Of Use | A-1005 |
| | | Exhibit 16 – Public Libraries Data Spreadsheet | A-1009 |
| | | Exhibit 17 – Article, "Libraries Without Walls For Books Without Pages" By John A. Browning (1993) | A-1022 |
| | | [FUS] Exhibit 18 – Penguin Random House Jan. 1, 2016 Terms Of Sale | A-1029 |
| | | [FUS] Exhibit 19 – Penguin Random House Terms Of Buyback Program | A-1032 |
| | | [FUS*] Exhibit 20 – Penguin Random House Ebook Data | A-1035 |
| | | [FUS] Exhibit 21 – Penguin Random House Oct. 1, 2018 Public Library Terms | A-1036 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS] Exhibit 22 – Penguin Random House Oct. 1, 2018 Academic Library Terms | A-1039 |
| | | [FUS] Exhibit 23 – Penguin Random House Ebook Terms For Classroom Distribution Channel (Feb. 2, 2020) | A-1042 |
| | | [FUS] Exhibit 24 – Penguin Random House Ebook Terms For Classroom Distribution Channel (Jan. 10, 2021) | A-1045 |
| | | [FUS] Exhibit 25 – Penguin Random House Covid-19 Model Terms | A-1048 |
| **Vol. 5** | | | |
| | | Exhibit 26 – Excerpts From Deposition Of Skip Dye (Nov. 18, 2021) | A-1050 |
| 96 | 07/07/2022 | [Redacted] Declaration Of Elizabeth A. McNamara In Support Of Plaintiffs' Motion for Summary Judgment | A-1075 |
| | | Exhibit 1 – Complaint | A-1143 |
| | | Exhibit 2 – Answer | A-1201 |
| | | Exhibit 3 – Internet Archive's Webpage | A-1230 |
| | | Exhibit 4 – Declaration Of Brenton Cheng | A-1236 |
| | | Exhibit 5 – Excerpts From Deposition Of Brewster Kahle (Dec. 9, 2021) | A-1240 |
| | | Exhibit 6 – Internet Archive's Webpage | A-1283 |
| **Vol. 6** | | | |
| | | Exhibit 7 – Excerpts From Deposition Of Chris Freeland (Dec. 17, 2021) | A-1287 |
| | | Exhibit 8 – Email From Chris Freeland | A-1347 |
| | | Exhibit 9 – Internet Archive Blog Post, "Libraries lend books, and must continue to lend books: Internet Archive responds to publishers' lawsuit" (July 29, 2020) | A-1351 |
| | | Exhibit 10 – Internet Archive Presentation On "Lending & Book Reader" | A-1354 |
| | | Exhibit 11 – Excerpts From Deposition Of Imke C. Reimers (June 3, 2022) | A-1368 |
| | | Exhibit 12 – Open Library Webpage | A-1373 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 13 – Excerpts From Deposition Of Laura Gibbs (Mar. 24, 2022) | A-1376 |
| | | Exhibit 14 – Internet Archive Communications | A-1386 |
| | | Exhibit 15 – Internet Archive's Webpage | A-1395 |
| | | Exhibit 16 – Internet Archive's Webpage | A-1402 |
| | | Exhibit 17 – Exhibit A To Complaint | A-1405 |
| | | Exhibit 18 – Stipulation Regarding Undisputed Facts (June 10, 2022) | A-1409 |
| | | Exhibit 19 – Excerpts From Deposition Of Susan Hildreth (May 17, 2022) | A-1415 |
| | | Exhibit 20 – Excerpts From Deposition Of Steve Potash (Jan. 31, 2022) | A-1425 |
| | | Exhibit 21A – Press Releases | A-1436 |
| | | [FUS*] Exhibit 21B – Overdrive Data | A-1443 |
| | | [FUS*] Exhibit 22 – Overdrive Data | A-1444 |
| | | Exhibit 23 – Institute Of Museum And Library Studies Data Spreadsheet | A-1445 |
| | | Exhibit 24 – Excerpts From Deposition Of Brenton Cheng (Dec. 3, 2011) | A-1448 |
| | | Exhibit 25 – Internet Archive's Objections & Responses To Plaintiffs' First Set Of Requests For Admission | A-1453 |
| | | Exhibit 26 –Expert Report Of Susan Hildreth (Feb. 25, 2022) | A-1468 |
| | | **Vol. 7** | |
| | | Exhibit 27 – Internet Archive's "Everyone Deserves To Learn" Document | A-1527 |
| | | Exhibit 28 – Email Between Mark Stein And Jeff Kaplan | A-1709 |
| | | Exhibit 29 – Email Between Brewster Kahle And Elliot Wrenn | A-1712 |
| | | Exhibit 30 – Email From Wiley To Internet Archive | A-1717 |
| | | Exhibit 31 – Open Library Webpage | A-1720 |
| | | Exhibit 32 – Emails Between Penguin Random House And Internet Archive | A-1724 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 33 – Email From Penguin Random House | A-1735 |
| | | [FUS*] Exhibit 34 – Penguin Random House Spreadsheet | A-1738 |
| | | Exhibit 35 – Email From HarperCollins To Internet Archive | A-1739 |
| | | Exhibit 36 – Takedown Notices | A-1745 |
| | | Exhibit 37 – Author Correspondence To Internet Archive | A-1783 |
| | | **Vol. 8** | |
| | | Exhibit 38 – Author Correspondence To Internet Archive | A-1790 |
| | | Exhibit 39 – Author Correspondence To Internet Archive | A-1815 |
| | | Exhibit 40 – Email From Zane Kesey To Chris Butler | A-1819 |
| | | Exhibit 41 – Open Library Author Page For Ken Kesey | A-1825 |
| | | Exhibit 42 – Author Correspondence To Internet Archive | A-1829 |
| | | Exhibit 43 – Open Library Webpage | A-1832 |
| | | Exhibit 44 – 990-PF Return Of The Kahle/Austin Foundation (2019) | A-1836 |
| | | Exhibit 45 – Excerpts From Deposition Of Jacques Cressaty (Oct. 22, 2021) | A-1867 |
| | | Exhibit 46 – Internet Archive's Open Libraries Proposal To The MacArthur Foundation (Part 1-5) | A-1913 |
| | | **Vol. 9** | |
| | | Exhibit 46 – Internet Archive's Open Libraries Proposal To The MacArthur Foundation (Part 6-8) | A-2062 |
| | | Exhibit 47 – Internet Archive's Webpage | A-2157 |
| | | Exhibit 48 – Scientific American Article, "Archiving the Internet" by Brewster Kahle (1997) | A-2160 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 49 – Brewster Kahle "Universal Access To Knowledge" Speech (2006) | A-2165 |
| | | Exhibit 50 – CNET Article, "Grant Funds Open-Source Challenge To Google Library" (Dec. 20, 2006) | A-2175 |
| | | Exhibit 51 – New York Times Article, "Libraries Shun Deals To Place Books On Web" by Katie Hafner (2007) | A-2190 |
| | | Exhibit 52 – Internet Archive Blog Post, "Internet Archive And Library Partners Develop Joint Collection Of 80,000+ Ebooks To Extend Traditional In-Library Lending Model" (Feb. 22, 2011) | A-2195 |
| | | Exhibit 53 – Internet Archive's Notes About Book Collections And Availability | A-2201 |
| | | Exhibit 54 – Internet Archive Blog Post, "Let's Build A Great Digital Library Together…Starting With A Wishlist" (Mar. 14, 2018) | A-2205 |
| | | Exhibit 55 – Internet Archive Blog Post, "Internet Archive's Modern Book Collection Now Tops 2 Million Volumes" (Feb. 3, 2021) | A-2209 |
| | | Exhibit 56 – The Guardian Article, "Internet Archive Founder Turns To New Information Storage Device – The Book," (Aug. 1, 2011) | A-2218 |
| | | Exhibit 57 – Internet Archive's Webpage | A-2223 |
| | | Exhibit 58 – Excerpts From Deposition Of Andrea Mills (Oct.14, 2021) | A-2227 |
| | | [FUS] Exhibit 59 – Internet Archive Digital Library Grant Application | A-2242 |
| | | [FUS*] Exhibit 60 – Internet Archive's Profit And Loss Statement For 2011-2020 | A-2246 |
| | | Exhibit 61 – Internet Archive's Flyer | A-2247 |
| | | Exhibit 62 – Internet Archive's Scanning Agreement With Providence Public Library | A-2249 |
| | | Exhibit 63 – Internet Archive's Webpage | A-2255 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 64 – Internet Archive Blog Post, "Most 20th Century Books Unavailable To Internet Users – We Can Fix That" (July 1, 2019) | A-2260 |
| | | Exhibit 65 – Internet Archive's Webpage | A-2270 |
| | | Exhibit 66 – Email From Brewster Kahle To Amy Brand | A-2274 |
| | | Exhibit 67 – CNBC Article, "Plagiarism Is Rampant In China, And Its Media Companies Are Raking In Billions" (Jan. 23, 2018) | A-2278 |
| | | Exhibit 68 – Internet Archive Blog Post, "Internet Archive and Library Partners Develop Joint Collection of 80,000. EBooks To Extend Traditional In-Library Lending Model" (Oct. 20, 2020) | A-2286 |
| | | Exhibit 69 – Internet Archive's Webpage | A-2292 |
| | | Exhibit 70 – Internet Archive Blog Post, "Calculating the True Value of A Library that is Free" (Oct. 22, 2019) | A-2298 |
| | | Exhibit 71 – Internet Archive Blog Post, "Pineapple Fund Gifts $1M in Bitcoin to the Internet Archive!" (Dec. 26, 2017) | A-2303 |
| | | Exhibit 72 – Internet Archive Presentation On "How Controlled Digital Lending Works for Libraries" | A-2308 |
| | **Vol. 10** | | |
| | | Exhibit 73 – Internet Archive Presentation On Lending And Digitization Programs | A-2333 |
| | | Exhibit 74 – Open Library Of Richmond Inc. 990 Return (2019) | A-2366 |
| | | Exhibit 75 – Internet Archive's 990 Return (2016) | A-2414 |
| | | Exhibit 76 – Better World Books Webpage | A-2432 |
| | | [FUS] Exhibit 77 – Excerpts From Deposition Of Ginger Patton-Schmitt (Dec. 6, 2021) | A-2435 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 78 – Better World Books Webpage | A-2464 |
| | | [FUS] Exhibit 79 – Draft Memorandum Of Understanding | A-2468 |
| | | Exhibit 80 – Email From Brewster Kahle To Better World Books Director | A-2471 |
| | | Exhibit 81 – Emails Between Chris Freeland And Better World Books Project Manager | A-2473 |
| | | [FUS] Exhibit 82 – Internet Archive Shared Document | A-2477 |
| | | [FUS] Exhibit 83 – Emails Between Brewster Kahle And Xavier Helgesen | A-2480 |
| | | Exhibit 84 – Emails From Brewster Kahle | A-2482 |
| | | Exhibit 85 – Email From Brewster Kahle | A-2488 |
| | | [FUS] Exhibit 86 – Better World Books Financial Agreement | A-2491 |
| | | [FUS] Exhibit 87 – Donation Agreement Between Better World Books And Open Library of Richmond (July 10, 2019) | A-2494 |
| | | Exhibit 88 – Better World Libraries' 990 Return (2019) | A-2497 |
| | | Exhibit 89 – Internet Archive Blog Post, "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" (Nov. 6, 2019) | A-2524 |
| | | [FUS] Exhibit 90 – Better World Books Presentation | A-2533 |
| | | Exhibit 91 – Better World Books Webpage | A-2539 |
| | | Exhibit 92 – Better World Books Preview Page | A-2541 |
| | | Exhibit 93 – Internet Archive Links To Better World Books Webpage | A-2543 |
| | | Exhibit 94 – Better World Books Wikipedia Page | A-2555 |
| | | [FUS] Exhibit 95 – Better World Books Internal Metrics | A-2558 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 96 – Internet Archive Blog Post, "In-Library eBook Lending Program Launched" (Feb. 22, 2011) | A-2567 |
| | | Exhibit 97 – Emails Between Chris Butler And Zane Kesey | A-2573 |
| | | Exhibit 98 – Email From Chris Butler To James D. Jenkins | A-2579 |
| | | Exhibit 99 – Email From Library Of Michigan Librarian | A-2585 |
| | | Exhibit 100 – Internet Archive Blog Post, "Wasted: A case study for controlled digital lending" (Nov. 13, 2018) | A-2588 |
| | | Exhibit 101 – Brewster Kahle Statement | A-2594 |
| | | **Vol. 11** | |
| | | Exhibit 102 – Open Library Webpage | A-2605 |
| | | Exhibit 103 – Open Libraries Form Agreement | A-2607 |
| | | Exhibit 104 – Email From Chris Freeland To Librarian At Arizona State University | A-2612 |
| | | Exhibit 105 – Email From Chris Freeland To The Associate Dean Of University Of Oklahoma Libraries | A-2615 |
| | | Exhibit 106 – Email From Jeff Sharpe To Karl Stutzman Of Anabaptist Mennonite Biblical Seminary | A-2621 |
| | | Exhibit 107 – Internet Archive Presentation On "Open Libraries Introduction & Internet Archive Programs" | A-2628 |
| | | Exhibit 108 – Internet Archive's Presentation On "Addressing The 20th Century Gap: Controlled Digital Lending For In-Copyright Material" | A-2656 |
| | | Exhibit 109 – Internet Archive's Presentation On "Maximizing Institutional Investments In Print Resources Through Controlled Digital Lending" | A-2678 |
| | | Exhibit 110 – Email From Lauri McIntosh | A-2696 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 111 – Email From Lauri McIntosh | A-2704 |
| | | Exhibit 112 – Email From Chris Freeland | A-2721 |
| | | Exhibit 113 – Internet Archive Presentation On "Implementation & Integration" | A-2729 |
| | | Exhibit 114 – Defendant Internet Archive's Objections And Responses To Plaintiffs' Second Set Of Interrogatories | A-2732 |
| | | Exhibit 115 – Internet Archive Presentation on "Library Leaders Forum 2020 Partner Summit" | A-2744 |
| | | Exhibit 116 – Screen Captures Of Georgetown Law Library Catalog | A-2762 |
| | | Exhibit 117 – Screen Captures Of Dartmouth College Library Catalog | A-2765 |
| | | Exhibit 118 – Public Library Screen Captures | A-2769 |
| | | **Vol. 12** | |
| | | Exhibit 119 – U.S. Copyright Office, "Orphan Works And Mass Digitization: A Report Of The Register Of Copyrights 101" (2015) | A-2775 |
| | | **Vol. 13** | |
| | | Exhibit 120 – Judiciary Committee Of The House Of Representatives Hearing Transcript | A-3010 |
| | | Exhibit 121 – Excerpts From Deposition Of Lila Bailey (Oct.18 and 19, 2021) | A-3199 |
| | | Exhibit 122 – Internet Archive Blog Post, "Michelle Wu Receives Internet Archive Hero Award for Establishing the Legal Basis for Controlled Digital Lending" (Oct. 20, 2020) | A-3228 |
| | | Exhibit 123 – White Paper On Controlled Digital Lending By Courtney And Hansen | A-3233 |
| | | Exhibit 124 – Email From Kyle Courtney | A-3276 |
| | | Exhibit 125 – Email From Lila Bailey | A-3278 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 14** | |
| | | Exhibit 126 – Email From Lila Bailey | A-3283 |
| | | Exhibit 127 – Email From Chris Freeland | A-3295 |
| | | Exhibit 128 – Email From Lila Bailey | A-3297 |
| | | Exhibit 129 – Email From Wendy Hanamura | A-3304 |
| | | Exhibit 130 – Internet Archive Post, "Implementation & Integration: CDL For All Libraries" (July 14, 2021) | A-3307 |
| | | Exhibit 131 – Email From Peter Jaszi | A-3312 |
| | | Exhibit 132 – Email From Lila Bailey | A-3318 |
| | | Exhibit 133 – Bailey, Courtney, Hansen, Minow, Shultz And Wu Statement (Sept. 2018) | A-3323 |
| | | Exhibit 134 – AAP "Statement On Flawed Theory Of 'Controlled Digital Lending'" | A-3332 |
| | | Exhibit 135 – Author's Guild's Statement On "Controlled Digital Lending Is Neither Controlled Not Legal" | A-3336 |
| | | Exhibit 136 – Emails From Chris Freeland To Boston Public Library Librarian Tom Blake | A-3339 |
| | | Exhibit 137 – Internet Archive's Amicus Brief In *ReDigi* | A-3347 |
| | | Exhibit 138 – Article, "The Implications Of The ReDigi Decision For Libraries" | A-3377 |
| | | Exhibit 139 – Internet Archive Blog Post, "Internet Archive Responds: Why We Released The National Emergency Library" (Mar. 30, 2020) | A-3383 |
| | | Exhibit 140 – Signatories To Position Statement On Controlled Digital Lending By Libraries | A-3390 |
| | | Exhibit 141 – Emails From Amy Brand | A-3394 |
| | | Exhibit 142 – Email From Hansen To Bailey, Wu, Minow, Courtney And Schultz | A-3396 |
| | | Exhibit 143 – Email From Chris Freeland To Janet Snowhill | A-3399 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 144 – Email From Chris Freeland To Kristy Draper | A-3407 |
| | | Exhibit 145 – Internet Archive's Event Description (Feb. 2019) | A-3409 |
| | | Exhibit 146 – Blog Post Titled "Mythbusting Controlled Digital Lending: Community Rallies To Fight Misinformation About The Library Practice" (Feb. 11, 2019) | A-3414 |
| | | Exhibit 147 – Email From Chris Freeland To Duke University Librarian | A-3417 |
| | | Exhibit 148 – Emails Between Chris Freeland And Kevin French | A-3420 |
| | | Exhibit 149 – Not Filed | |
| | | Exhibit 150 – Internet Archive Blog Post, "How Internet Archive and controlled digital lending can help course reserves this fall" (July 30, 2020) | A-3424 |
| | | Exhibit 151 – Emails Between Chris Freeland And Michael Weiss | A-3429 |
| | | Exhibit 152 – Emails Between Chris Freeland And Wendy Knapp | A-3434 |
| | | Exhibit 153 – Open Libraries Form | A-3437 |
| | | Exhibit 154 – Open Library Webpage | A-3474 |
| | | Exhibit 155 – Email From Brewster Kahle To Carla Hayden | A-3478 |
| | | Exhibit 156 – Email From Michael "Mek" Karpeles To Brenton Cheng | A-3481 |
| | | Exhibit 157 – Excerpts From Deposition Of Michael "Mek" Karpeles (Oct. 27, 2021) | A-3484 |
| | | [FUS*] Exhibit 158 – Spreadsheet Of Internet Archive's Publication Year Data | A-3491 |
| | | Exhibit 159 – Internet Archive's Pre-Motion Letter For Motion for Summary Judgment | A-3492 |
| | | [FUS*] Exhibit 160 – Exhibit 13 To Deposition Of Steve Potash | A-3496 |
| | | Exhibit 161 – Men's Health Article, "Darin Olin Is More Than Zac Efron's Travel | A-3497 |

15

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Partner In Netflix's Down To Earth" by Adrianna Friedman (Jul. 10, 2020) | |
| | | Exhibit 162 – Email From Brewster Kahle To Carla Hayden | A-3501 |
| | | Exhibit 163 – Overdrive Homepage For Detroit And Austin Public Libraries | A-3504 |
| | | Exhibit 164 – Document Titled "Open Library Design Ecosystem" | A-3515 |
| | | Exhibit 165 – Excerpts From Deposition Of Daniel Smith (Apr. 6, 2022) | A-3524 |
| | | Exhibit 166 – Institute Of Museum And Library Services Report, "The Use And Cost Of Public Library Materials" (2021) | A-3531 |
| | | Exhibit 167 – Rural Public Library Webpages | A-3541 |
| | | **Vol. 15** | |
| | | Exhibit 168 –Internet Archive Blog Post, "Announcing a National Emergency Library to Provide Digitized Books to Students and the Public" (Mar. 24, 2020) | A-3548 |
| | | Exhibit 169 – Screen Captures From The Open Library Stats Page | A-3559 |
| | | Exhibit 170 – Screen Captures From The Open Library Homepage | A-3569 |
| | | Exhibit 171 – Email From Lila Bailey | A-3577 |
| | | Exhibit 172 – Sen. Udall's Letter And Register Strong's Response | A-3581 |
| | | Exhibit 173 – Email From Alan Harvey | A-3606 |
| | | Exhibit 174 – Email From Director The Univ. Of Minnesota Press | A-3610 |
| | | Exhibit 175 – Email From Mary E. Rasenberger | A-3612 |
| | | Exhibit 176 – Emails From Penguin Random House | A-3616 |
| | | Exhibit 177 – Email From Brewster Kahle To Executive Director Of The Authors Alliance And Pamela Samuelson | A-3619 |

16

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 178 – Author's Alliance Webpage | A-3621 |
| | | Exhibit 179 – Email From Brianna Schofield To Bailey, Samuelson And Freeland | A-3625 |
| | | Exhibit 180 – Internet Archive Blog Post, "The National Emergency Library – Who Needs It? Who Reads It? Lessons From The First Two Weeks" (Apr. 14, 2020) | A-3628 |
| | | Exhibit 181 – Internet Archive Blog Post, "Temporary National Emergency Library To Close 2 Weeks Early, Returning To Traditional Controlled Digital Lending" (June 10, 2020) | A-3638 |
| | | Exhibit 182 – Email From Mike Furlough | A-3647 |
| | | Exhibit 183 – Email From Skip Dye | A-3651 |
| | | Exhibit 184 – HathiTrust's Emergency Temporary Access Service | A-3653 |
| | | Exhibit 185 – Google Search For "Toni Morrison Beloved Free Read" | A-3656 |
| 97 | 07/07/2022 | Defendant Internet Archive's Motion for Summary Judgment | A-3662 |
| 98 | 07/07/2022 | [Redacted] Defendant Internet Archive's Rule 56.1 Statement | A-3666 |
| 99 | 07/07/2022 | Plaintiffs' Memorandum Of Law In Support Of Plaintiffs' Motion for Summary Judgment | A-3692 |
| 100 | 07/07/2022 | Declaration Of Joseph C. Gratz In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-3741 |
| | | Exhibit A – Stipulation Of Undisputed Facts (June 10, 2022) | A-3752 |
| | | Exhibit B – Excerpts From Supplemental Expert Report Of Ian Foster (Mar. 31, 2022) (Pages 1- 53) | A-3758 |
| | **Vol. 16** | | |
| | | Exhibit B – Excerpts From Supplemental Expert Report Of Ian Foster (Mar. 31, 2022) (Pages 54 – 122) | A-3813 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS] Exhibit C – Excerpts From Corrected Transcript Of Deposition Of Steve Potash (Jan. 31, 2022) | A-4041 |
| | | [FUS] Exhibit D – HarperCollins Doc. No. HC0030132 | A-4056 |
| | | [FUS] Exhibit E – Penguin Random House Doc. No. PRH0072194 | A-4058 |
| | | [FUS] Exhibit F – Hachette Doc. No. Hachette0012377 | A-4061 |
| | | Exhibit G – International Federation of Library Associations and Institutions' Position Statement On Controlled Digital Lending (June 2, 2021) | A-4062 |
| | | Exhibit H – Public Library Association Post, "Public Libraries Respond To COVID-19: Survey Of Response & Activities" | A-4068 |
| | | Exhibit I – EducationWeek Article, "Map: Coronavirus And School Closures In 2019-2020" (Mar. 6, 2020) | A-4071 |
| | | **Vol. 17** | |
| | | Exhibit J – Excerpts From Deposition Of Adam Silverman (Dec. 6, 2021) | A-4077 |
| | | Exhibit K – New Yorker Article, "The National Emergency Library Is A Gift To Readers Everywhere" by Jill Lepore (Mar. 26, 2020) | A-4086 |
| | | Exhibit L – Public Libraries Survey From Institute Of Museum And Library Services | A-4090 |
| | | Exhibit M – WorldCat For "The Lion, The Witch, And The Wardrobe" | A-4096 |
| | | Exhibit N – Excerpts From Deposition Of Skip Dye (Nov. 18, 2021) | A-4102 |
| | | Exhibit O – Publisher Weekly Article, "Ranking America's Largest Publishers" by Jim Milliot (Feb. 24, 2017) | A-4116 |
| | | Exhibit P – Excerpts From Annual Report Of Bertelsmann (2018) | A-4120 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit Q – Excerpts From Annual Report Of Bertelsmann (2019) | A-4125 |
| | | Exhibit R – Excerpts From Annual Report Of Bertelsmann (2021) | A-4130 |
| | | Exhibit S – Excerpts From John Wiley & Sons, Inc.'s SEC Form 10-K (2020) | A-4136 |
| | | Exhibit T – Excerpts From John Wiley & Sons, Inc.'s SEC Form 10-K (2021) | A-4142 |
| | | Exhibit U – Excerpts From Annual Report Of News Corp. (2019) | A-4146 |
| | | Exhibit V – Excerpts From Annual Report Of News Corp (2021) | A-4153 |
| | | Exhibit W – Excerpts From English-Language Version Of Lagardère's Universal Registration Document With French Government (2018) | A-4158 |
| | | Exhibit X – Excerpts From The English-Language Version Of Lagardère's Universal Registration Document With French Government (2020) | A-4161 |
| | | Exhibit Y – Excerpts From English-Language Version Of Lagardère's Universal Registration Document With French Government (2021) | A-4170 |
| | | Exhibit Z – Publisher Weekly Article, "A Year For The (Record) Books In Publishing" by Jim Milliot (Jan. 19, 2021) | A-4185 |
| | | Exhibit AA – Publisher Weekly Article, "America's Biggest Publishers Keep Posting Profits" by Jim Milliot (Apr. 1, 2022) | A-4189 |
| | | Exhibit BB – New York Times Article, "Surprise Ending For Publishers: In 2020, Business Was Good" by Elizabeth A. Harris (Dec. 29, 2020) | A-4193 |
| | | Exhibit CC – Excerpts From Deposition Of Josh Marwell (Dec. 3, 2021) | A-4198 |

19

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS*] Exhibit DD – Overdrive Doc. No. Overdrive_Supp_002 | A-4204 |
| | | Exhibit EE – Excerpts From Deposition Of Jeffrey Prince (June 9, 2022) | A-4205 |
| | | Exhibit FF – Excerpts From Deposition Of Alison Lazarus (Nov. 12, 2021) | A-4216 |
| | | Exhibit GG – Excerpts From Deposition Of Chantal Restivo-Alessi (Dec. 1, 2021) | A-4223 |
| | | Exhibit HH – Excerpts From Deposition Of Alan Pavese (Dec. 10, 2021) | A-4230 |
| | | Exhibit II – Excerpts From H.R. Report No. 94-1476 (Sept. 3, 1976) | A-4236 |
| | | [FUS*] Exhibit JJ – Hachette Doc. No. Hachette0002474 | A-4240 |
| | | [FUS*] Exhibit KK – Hachette Doc. No. Hachette0002475 | A-4241 |
| | | [FUS*] Exhibit LL – HarperCollins Doc. No. HC0010272 | A-4242 |
| | | [FUS*] Exhibit MM – Penguin Random House Doc. No. PRH0025907 | A-4243 |
| | | [FUS*] Exhibit NN – John Wiley & Sons Doc. No. Wiley0005650 | A-4244 |
| 101 | 07/07/2022 | Declaration Of Lauren Sherman In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4245 |
| 102 | 07/07/2022 | Declaration Of Ben Saracco In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4251 |
| 103 | 07/07/2022 | Declaration Of Laura Gibbs In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4258 |
| 104 | 07/07/2022 | Declaration Of Daniel Smith In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4265 |
| 105 | 07/07/2022 | Declaration Of Brewster Kahle In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4270 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 1 – Library Services And Technology Act Grant To Internet Archive (2007) | A-4281 |
| | | Exhibit 2 – Institute Of Museum And Library Services Grant To Internet Archive (2017) | A-4289 |
| | | Exhibit 3 – Internet Archive Blog Post, "In-Library eBook Lending Program Launched" (2011) | A-4291 |
| | | Exhibit 4 – Chief Officers Of State Library Agencies Endorsement (2011) | A-4299 |
| | | Exhibit 5 – White Paper On Controlled Digital Lending Of Library Books | A-4302 |
| | | **Vol. 18** | |
| | | Exhibit 6 – Position Statement On Controlled Digital Lending | A-4345 |
| | | Exhibit 7 – List Of Signatories On Position Statement On Controlled Digital Lending | A-4350 |
| | | Exhibit 8 –Internet Archive Blog Post, "Weaving Books Into The Web—Starting With Wikipedia" (Oct. 29, 2019) | A-4357 |
| | | Exhibit 9 – Wikipedia List (Pages 1-239) | A-4367 |
| | | **Vol. 19** | |
| | | Exhibit 9 – Wikipedia List (Pages 240-337) | A-4607 |
| | | Exhibit 10 – Internet Archive Blog Post, "What Happens When Everyone Who Experienced An Event Is Gone?" (Sept. 26, 2019) | A-4705 |
| | | Exhibit 11 – Internet Archive Blog Post, "As Calls To Ban Books Intensify, Digital Librarians Offer Perspective" (Nov. 24, 2021) | A-4713 |
| | | Exhibit 12– Internet Archive Blog Post, "Announcing A National Emergency Library | A-4728 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | To Provide Digitized Books To Students And The Public" (Mar. 24, 2020) | |
| | | Exhibit 13 – Brewster Kahle Statement On "Supporting Waitlist Suspension for Books Loaned by the Internet Archive During the US National Emergency" (Mar. 24, 2020) | A-4741 |
| | | Exhibit 14 – Internet Archive Blog Post, "Teachers & National Emergency Library: Stories From The Frontlines Of Online Schooling" (Apr. 13, 2020) | A-4746 |
| | | Exhibit 15 – Internet Archive Blog Post, "Impacts Of The Temporary National Emergency Library And Controlled Digital Lending" (June 11, 2020) | A-4755 |
| | | Exhibit 16 – Internet Archive Blog Post, "More Impacts Of The National Emergency Library" (June 22, 2020) | A-4763 |
| | | Exhibit 17 – Internet Archive Blog Post, "Even More Impacts Of The National Emergency Library And Controlled Digital Lending" (Aug. 10, 2020) | A-4770 |
| 106 | 07/07/2022 | [Redacted] Defendant Internet Archive's Memorandum of Law In Support Of Defendant's Motion for Summary Judgment | A-4774 |
| 108 | 07/07/2022 | Declaration Of Rasmus Jorgensen In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4819 |
| | | [Redacted] Exhibit 1 – Opening Expert Report Of Rasmus Jorgensen (Feb. 25, 2022) | A-4822 |
| **Vol. 20** | | | |
| | | [Redacted] Exhibit 2 – Rebuttal Expert Report Of Rasmus Jorgensen (May 27, 2022) | A-4871 |
| 109 | 07/07/2022 | Declaration Of Imke Reimers In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4894 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [Redacted] Exhibit 1 – Opening Expert Report Of Imke Reimers (Feb. 25, 2022) | A-4897 |
| | | [Redacted] Exhibit 2 – Rebuttal Expert Report Of Imke Reimers (May 27, 2022) | A-4945 |
| 110 | 07/07/2022 | Declaration Of Susan H. Hildreth In Support Of Defendant Internet Archive 's Motion for Summary Judgment | A-4967 |
| | | Exhibit 1 – Opening Expert Report Of Susan H. Hildreth (Feb. 25, 2022) | A-4970 |
| | | Exhibit 2 – Rebuttal Expert Report Of Susan H. Hildreth (May 27, 2022) | A-5022 |
| 113 | 07/08/2022 | [Redacted] Plaintiffs' Rule 56.1 Statement | A-5030 |
| **Vol. 21** | | | |
| 166 | 09/02/2022 | Declaration Of Elizabeth A. McNamara In Opposition To Defendant Internet Archive's Motion for Summary Judgment | A-5141 |
| | | Exhibit 1 – Defendants' Response To Interrogatory No. 21 | A-5147 |
| | | Exhibit 2 – Excerpts From Deposition Of Chantal Restivo-Alessi (Dec. 1, 2021) | A-5156 |
| | | Exhibit 3 – Excerpts From Deposition Of Jeffrey Weber (Nov. 19, 2021) | A-5163 |
| | | Exhibit 4 – Excerpts From Deposition Of Alan Pavese (Dec. 10, 2021) | A-5178 |
| | | Exhibit 5 – Exhibit 4 To Deposition Of Imke Reimers | A-5188 |
| | | Exhibit 6 – Excerpts From Deposition Of Alison Lazarus (Nov. 13, 2021) | A-5226 |
| | | [FUS*] Exhibit 7 – Spreadsheet Of Overdrive Checkout And Revenue Data | A-5239 |
| | | Exhibit 8 – Letters On Pre-Motion Discovery Conference | A-5240 |
| | | [FUS*] Exhibit 9 – Internet Archive's Second Amended Privilege Log | A-5256 |
| | | Exhibit 10 – Excerpts From Deposition Of Lila Bailey (Oct. 18 And 19, 2021) | A-5257 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 11 – Internet Archive's Blog Post Titled "Internet Archive Launches New Pilot Program For Interlibrary Loan" (Apr. 27, 2021) | A-5261 |
| | | Exhibit 12 – Excerpts From Deposition Of Jacques Cressaty (Oct. 22, 2021) | A-5264 |
| | | Exhibit 13 – Overdrive Book Webpages | A-5273 |
| | | Exhibit 14 – Overdrive Book Webpages | A-5278 |
| | | Exhibit 15 – Excerpts From Deposition Of Benjamin Saracco (Mar. 15, 2022) | A-5283 |
| | | Exhibit 16 – Webpage Titled "Signatories To The Position Statement On Controlled Digital Lending By Libraries" (Sept. 2, 2022) | A-5292 |
| | | Exhibit 17 – Emails From HarperCollins | A-5304 |
| **Vol. 22** | | | |
| 167 | 09/02/2022 | [Redacted] Declaration Of Jeffrey T. Prince In Opposition To Defendant Internet Archive's Motion for Summary Judgment | A-5365 |
| | | [Redacted] Exhibit 1 – Expert Report Of Jeffrey Prince (May 25, 2022) | A-5414 |
| | | [Redacted] Exhibit 2 – Excerpts From Deposition Of Jeffrey Prince (June 9, 2022) | A-5523 |
| | | [Redacted] Exhibit 3 – Excerpts From Deposition Of Rasmus Jorgensen (June 8, 2022) | A-5547 |
| **Vol. 23** | | | |
| | | Exhibit 4 – Excerpts From Deposition Of Imke Reimers (June 8, 2022) | A-5612 |
| | | Exhibit 5 – Excerpts From Deposition Of Susan Hildreth (June 8, 2022) | A-5720 |
| | | Exhibit 6 – Exhibit 3 To Deposition Of Imke Reimers | A-5745 |
| 168 | 09/02/2022 | [Redacted] Plaintiffs' Counter Statement to Defendant's Rule 56.1 Statement | A-5777 |

24

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| 169 | 09/02/2022 | [Redacted] Plaintiffs' Memorandum Of Law In Opposition To Defendant's Motion for Summary Judgment | A-5838 |
| 170 | 09/02/2022 | Declaration Of Joseph C. Gratz In Opposition To Plaintiffs' Motion for Summary Judgment | A-5879 |
| | | **Vol. 24** | |
| | | [FUS] Exhibit 1 – Exhibit 4 To Deposition Of Steve Potash (Jan. 31, 2022) | A-5883 |
| | | Exhibit 2 – Excerpts From Deposition Of Andrea Mills (Oct. 14, 2021) | A-5909 |
| | | Exhibit 3 – Excerpts From Deposition Of Ginger Patton-Schmitt (Dec. 6, 2021) | A-5918 |
| | | Exhibit 4 – Excerpts From Deposition Of Michael "Mek" Karpeles (Oct. 27, 2021) | A-5941 |
| | | Exhibit 5 – Excerpts From Deposition Of Susan Hildreth (May 17, 2021) | A-5949 |
| | | Exhibit 6 – Errata To Deposition Of Susan Hildreth | A-5960 |
| | | Exhibit 7 – Judgment From Court Of Justice Of The European Union In *Vereniging Openbare Bibliotheken V Stichting Leenrecht*, Case C-174/15 | A-5963 |
| | | Exhibit 8 – Opinion Of Advocate General In *Vereniging Openbare Bibliotheken V Stichting Leenrecht*, Case C-174/15 | A-5977 |
| 171 | 09/02/2022 | Declaration Of Brewster Kahle In Opposition To Plaintiffs' Motion for Summary Judgment | A-5997 |
| | | **Vol. 25** | |
| 172 | 09/02/2022 | [Redacted] Defendant Internet Archive's Counter Statement to Plaintiffs' Rule 56.1 Statement | A-6005 |
| 173 | 09/02/2022 | Defendant Internet Archive's Memorandum Of Law In Opposition to Plaintiffs' Motion For Summary Judgment | A-6173 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| 175 | 10/07/2022 | Defendant Internet Archive's Reply Memorandum Of Law In Support Of Defendant's Motion For Summary Judgment | A-6214 |
| 176 | 10/07/2022 | Declaration Of Joseph C. Gratz In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-6242 |
| | | Exhibit 1 – Excerpts From Deposition Of Jeffrey T. Prince (June 9, 2022) | A-6255 |
| | | **Vol. 26** | |
| | | Exhibit 2 – Excerpts From Deposition Of Rasmus Jørgensen (June 8, 2022) | A-6274 |
| 177 | 10/07/2022 | [Redacted] Defendant Internet Archive's Response to Plaintiffs' Counter Statement to Defendant's Rule 56.1 Statement | A-6279 |
| 178 | 10/07/2022 | [Redacted] Plaintiffs' Response To Defendant Internet Archive's Counter Statement to Plaintiffs' Rule 56.1 Statement | A-6367 |
| 179 | 10/07/2022 | [Redacted] Plaintiffs' Reply Memorandum Of Law In Support Of Plaintiffs' Motion for Summary Judgment | A-6381 |
| 189 | 03/28/2023 | Transcript Of Proceedings – 03/20/2023 Hearing | A-6407 |
| 216 | 08/11/2023 | Order | A-6458 |

*Submitted to the Court on flash drive

# EXHIBIT 6

# Position Statement on Controlled Digital Lending by Libraries

## Last Updated: September 2018



Co-Authored By:

**Lila Bailey**, Policy Counsel, Internet Archive

**Kyle K. Courtney**, Copyright Advisor, Harvard University Library

**David Hansen**, Associate University Librarian for Research, Collections & Scholarly Communications, Duke University Libraries

**Mary Minow**, Fellow 2017-18, Berkman Klein Center for Internet and Society, Harvard University

**Jason Schultz**, Professor of Clinical Law, NYU Law

**Michelle Wu**, Associate Dean for Library Services, Professor of Law, Georgetown Law

*These institutional affiliations are for identification purposes only.*

## Position Statement on Controlled Digital Lending by Libraries

( 1 )

### Introduction

This Position Statement on Controlled Digital Lending by Libraries (hereafter "Statement") offers a good faith interpretation of U.S. copyright law for American libraries considering how to perform traditional lending functions using digital technology while preserving an appropriate balance between the public benefit of such lending and the protected interests of private rights holders. This Statement only applies to in-copyright works, as public domain works may be distributed without restriction. This Statement is not intended to describe the upper limits of the fair use or other rights of libraries, bind the signatories to any legal position, or constitute legal advice. **Because the following analysis is general, any library considering implementing controlled digital lending should consult a competent attorney to develop an appropriate program responsive to the specific needs of the institution and community.**

### Controlled Digital Lending ("CDL")

One of the most fundamental and socially beneficial functions of libraries is providing broad access to information by lending books and other materials to their communities. To lend materials more effectively, libraries can apply CDL to their collections in order to fulfill their missions. CDL techniques like those described in this Statement are designed to mirror traditional library practices permitted by copyright law.

Properly implemented, CDL enables a library to circulate a digitized title in place of a physical one in a controlled manner. Under this approach, a library may only loan simultaneously the number of copies that it has legitimately acquired, usually through purchase or donation. For example, if a library owns three copies of a title and digitizes one copy, it may use CDL to circulate one digital copy and two print, or three digital copies, or two digital copies and one print; in all cases, it could only circulate the same number of copies that it owned before digitization. Essentially, CDL must maintain an "owned to loaned" ratio. Circulation in any format is controlled so that only one user can use any given copy at a time, for a limited time. Further, CDL systems generally employ appropriate technical measures to prevent users from retaining a permanent copy or distributing additional copies.

### Legal Support For CDL

As U.S. libraries consider implementing CDL, questions may arise about how such programs interact with U.S. copyright law. As with traditional physical lending, there are two main areas of copyright law that support CDL: the principle of exhaustion and the fair use doctrine.

#### First Sale and the Common Law Exhaustion Principle

Traditional library lending has been common practice for hundreds of years, primarily due to the common law principle of exhaustion, which is codified in part at Section 109 of the Copyright Act and

is also known as the "first sale" doctrine. This legal set of rules mandates that any time there is an authorized transfer of a copy of a copyrighted work, the rights holder's power to control the use and distribution of that copy is terminated or "exhausted." Exhaustion allows the owner of a particular copy of a work to sell, lend, or give away that copy without payment to or permission from the rights holder. Among other important benefits, exhaustion ensures that after copyright holders price and control the initial distribution of their works, secondary outlets (such as libraries) and markets (such as used bookstores) can expand the affordability, preservation, and availability of works. Library CDL approaches that track the principle of exhaustion are thus much more likely to fall within its protections.

#### Fair Use

Fair use has also existed for over a hundred years within U.S. copyright law to protect and preserve socially beneficial secondary uses of copyrighted works. It is an essential part of U.S. copyright law and acts as a First Amendment "safety valve" that protects free speech from encroachment by copyright holders. Section 107 of the U.S. Copyright Act gives several examples of canonical fair use such as "criticism, comment, news reporting, teaching (including multiple copies for classroom use), scholarship, or research," and expressly states that fair use is not an infringement of copyright. Other socially beneficial purposes, such as increasing public access to works, may also qualify for fair use. Library CDL approaches that are designed for socially beneficial purposes are much more likely to fall within the protections of fair use.

The law further provides four nonexclusive factors for courts to consider in determining whether a particular use is fair:

> (1) the purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;
> (2) the nature of the copyrighted work;
> (3) the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and
> (4) the effect of the use upon the potential market for or value of the copyrighted work.

All four factors must be weighed together in a fact-specific inquiry—each case is decided individually. Courts may consider additional factors, when appropriate, including whether the purpose of the use supports the underlying purpose of copyright law to expand public knowledge and understanding.

### Application of Fair Use and Exhaustion to CDL

Both the exhaustion doctrine and the fair use doctrine support CDL when properly implemented. Because there is no directly analogous case on point, this Statement offers a more detailed explanation of how fair use and copyright exhaustion can work together to effectuate CDL practices:

## Position Statement on Controlled Digital Lending by Libraries

### 1. The Purpose and Character of the Use

The purposes of library lending are diverse but all focus on socially beneficial outcomes that favor fair use, including providing access to information in order to encourage literacy, education, criticism, comment, news reporting, teaching, scholarship, and research, creating the informed citizenry essential to a functioning democracy. Both physical lending and CDL facilitate these purposes, and CDL substantially enhances them by providing non-discriminatory access and informational self sufficiency to residents in rural communities, the elderly or physically disabled, and others for whom a trip to their local library may be a barrier to access. During natural disasters and severe weather, as well as during health emergencies, CDL may be the only practical way for citizens to access what their libraries have purchased for their use. Moreover, another purpose of CDL is to fulfill the promise of the exhaustion doctrine, enabling libraries to distribute the copies they own, just in a different format, and this also weighs in favor of fair use. Public, school, and academic libraries lend books for noncommercial purposes, also strongly weighing in favor of fair use.

Another consideration under this factor is whether the use is transformative—that is, whether the secondary use has a different purpose or character from the original. A finding of transformativeness weighs heavily in favor of fair use, but a finding of transformation is not necessary when other socially beneficial purposes are present. This Statement is not premised on CDL being transformative. On balance, the noncommercial and socially beneficial purposes of CDL favor fair use.

### 2. The Nature of the Copyrighted Work

Under this factor, published works are more likely to qualify as fair use because the first appearance of the artist's expression has already occurred. CDL will almost always be used for books that have been published, and therefore this factor will generally favor fair use, or at least will not tip against it.

In some fair use cases, the content of the work (e.g., fact vs. fiction) will influence the fair use outcome, with courts allowing more uses when the underlying work is more informational or factual. Although this factor is rarely dispositive, library choices regarding which types of books they lend through CDL can help strengthen the analysis of this factor when weighed together with the other factors. Thus, the case for fair use may be stronger when the underlying work is academic, informational, or nonfiction. Other considerations regarding the nature of the work may also be considered relevant, for example, the case for fair use may be even stronger when the underlying work is commercially inactive, out-of-print, or a so-called "orphan work" whose owner cannot be identified or located.

### 3. The Amount and Substantiality of the Portion Used

The amount used must be reasonable in light of the purpose of the use and many courts have found use of entire works fair for many purposes. With CDL, a user is typically granted temporary access to the entire work for noncommercial, socially beneficial purposes. After the temporary lending period, the user may no

longer access the book, unless she checks it out again. If the library only owns one physical copy of the work, then additional users must wait in line. Just as it is reasonable and customary for brick-and-mortar libraries to lend out entire physical copies of books for a short period, providing temporary access to an entire digital work is reasonable for CDL purposes.

### 4. The Market Effect

The final fair use factor looks at the market effect of the secondary use. For CDL, the arguable negative impact is the loss of sales due to lending as a substitution. However, this effect, to the degree it exists, is unlikely to be counted against fair use, because properly implemented CDL programs maintain an "owned to loaned" ratio that it is comparable to physical lending. Because libraries are entitled to distribute copies they own, any market effect from such activities is unlikely to impact the fair use analysis. Fair use jurisprudence recognizes a long-established principle that not all market harms are cognizable copyright injuries. The classic example is the market harm from a negative book review—although sales may be lost, this does not "count" as harm under the fourth factor. Moreover, because CDL depends on all copies having been legitimately acquired, the rights holder will have been compensated for all CDL copies at the time of first acquisition.

### Scope of CDL

Taken together, properly implemented CDL programs stand the best chance of having all the four fair use factors weigh in their favor.

In order to properly position CDL within the analysis above, libraries should (1) ensure that original works are acquired lawfully; (2) apply CDL only to works that are owned and not licensed; (3) limit the total number of copies in any format in circulation at any time to the number of physical copies the library lawfully owns (maintain an "owned to loaned" ratio); (4) lend each digital version only to a single user at a time just as a physical copy would be loaned; (5) limit the time period for each lend to one that is analogous to physical lending; and (6) use digital rights management to prevent copying and redistribution.

The scenarios below are examples of practices that would **not** be considered properly implemented CDL or qualify for the analysis outlined above:
• A library digitizes an in-copyright book and makes it publicly available without any DRM allowing users to proliferate available copies of the work.
• A library owning one print copy of an in-copyright book digitizes it and makes it available to multiple users simultaneously, with or without DRM.
• A library digitizes an in-copyright book it has borrowed through interlibrary loan and makes it available to its users, even if only to one user at a time, and controlled through DRM.
• A commercial entity implements CDL and lends digitized versions of books it has purchased to customers for a fee or supported by advertising, even if only to one user at a time, and controlled through DRM.

## Position Statement on Controlled Digital Lending by Libraries

( 3 )

| Signatories |
| --- |

**Institutional:**

Authors Alliance
Boston Public Library
Califa Group
California Digital Library
Digital Public Library of America
Duke University Libraries
EveryLibrary

Internet Archive
Internet Archive Canada
ISKME
Los Angeles Public Library
LSU Libraries
Multnomah County Library
NCSU Libraries
Phillips Academy, Andover,
Oliver Wendell Holmes Library

Sacramento Public Library
UNC Chapel Hill Libraries
University of Kansas Libraries
University of Massachusetts, Amherst,
University Libraries
UC Berkeley Library
UC Davis Library
UC San Francisco Library

**Individual:**

**Beth Adelman**
Director of Charles B. Sears Law Library and
Vice Dean for Legal Information Services
University at Buffalo School of Law

**Jonathan Askin**
Professor of Clinical Law
Brooklyn Law School

**Melissa J. Bernstein**
Library Director and Professor of Law
James E. Faust Law Library,
S.J. Quinney College of Law University of Utah

**Chris Bourg**
Director of Libraries
Massachusetts Institute of Technology

**Jessie Wallace Burchfield**
Associate Dean for Information and Technology
Services, Law Library Director and Associate
Professor of Law
Bowen School of Law Library
University of Arkansas at Little Rock

**Robert Darnton**
Carl H. Pforzheimer University Professor,
Emeritus and University Librarian, Emeritus
Harvard University

**Elizabeth Townsend Gard**
Jill. H and Avram A. Glazer Professor in Social
Entrepreneurship, Co-Director, Tulane Center
for IP, Media & Culture
Tulane University Law School

**Peggy Hoon**
Director of Copyright Policy and Education
Louisiana State University

**Faye E. Jones**
Director and Clinical Professor of Law
Albert E. Jenner Memorial Law Library University
of Illinois At Urbana-Champaign College of Law

**Ariel Katz**
Associate Professor, Innovation Chair in
Electronic Commerce Faculty of Law
University of Toronto

**Jocelyn Kennedy**
Executive Director
Harvard Law School Library

**Yvette Joy Liebesman**
Professor of Law
Saint Louis University School of Law

**Lydia Pallas Loren**
Henry J. Casey Professor of Law
Lewis & Clark Law School

**Michael J. Madison**
Professor of Law
University of Pittsburgh School of Law

**Susan Nevelow Mart**
Associate Professor and Director of the
Law Library
Colorado Law, University of Colorado - Boulder

**Teresa Miguel-Stearns**
Law Librarian and Professor of Law
Yale Law School

**Lateef Mtima**
Professor of Law and Director, Institute for
Intellectual Property and Social Justice
Howard University School of Law

**Aaron Perzanowski**
Professor of Law
Case Western Reserve University School of Law

**Blake E. Reid**
Assistant Clinical Professor
Colorado Law

**Jorge R. Roig**
Associate Professor of Law
Charleston School of Law

**Pamela Samuelson**
Richard M. Sherman Distinguished Professor
of Law and Information
University of California - Berkeley

**Courtney Selby**
Associate Dean for Information Services,
Director of the Law Library and Professor of Law
Maurice A. Deane School of Law at Hofstra
University Law Library

**Chris Shaffer**
University Librarian
University of California, San Francisco

**Jessica Silbey**
Professor of Law
Northeastern University School of Law

**Ronald E. Wheeler**
Director of Fineman & Pappas Law Libraries,
Associate Professor of Law and Legal Research
Boston University Law

**Beth Williams**
Senior Lecturer in Law, Director Robert Crown
Law Library
Stanford Law School

**Amanda Watson**
Director of the O'Quinn Law Library and
Assistant Professor of Law
University of Houston Law Center

**Michael Wolfe**
Intellectual Property Fellow
Duke Law Center for the
Study of the Public Domain

**Matthew Sag**
Professor of Law
Loyola University Chicago School of Law

**Julie E. Cohen**
Mark Claster Mamolen
Professor of Law and Technology
Georgetown Law

**Steven Mandeville-Gamble**
University Librarian
University of California, Riverside

**Paul Heald**
Richard W. and Marie L. Corman Professor of Law
University of Illinois at Urbana-Champaign
College of Law

**Jeff MacKie-Mason**
University Librarian, Chief Digital Scholarship
Officer, Professor, School of Information and
Professor of Economics
University of California, Berkeley

**Lea Shaver**
Professor of Law and Dean's Fellow
Indiana University Robert H. McKinney
School of Law

**Simon Canick**
Associate Dean for Law Library and Technology
and Law School Professor
University of Maryland, Francis King Carey
School of Law

**Jennifer M. Urban**
Clinical Professor of Law
University of California, Berkeley

For an updated list of signatories or
to sign the Position Statement, go to
www.controlleddigitallending.org.

# EXHIBIT 7

Case 1:20-cv-04160-JGK-OTW Document 105-4 Filed 07/07/22 Page 2 of 7

Position Statement (/statement)  /  Signatories to the Position Statement on Controlled Digital Lending by Libraries

# Signatories to the Position Statement on Controlled Digital Lending by Libraries

**Institutional**

Anabaptist Mennonite Biblical Seminary Library

Asociación Nacional de Bibliotecarios, Archivistas y Afines de Venezuela (ANBAA)

Association of Research Libraries

Association of Southeastern Research Libraries (ASERL)

Authors Alliance

Better World Books

Boston Public Library

Califa Group

California Digital Library

California State University Libraries

Center for Research Libraries (CRL)

Chief Officers of State Library Agencies

City University of New York Office of Library Services

Clemson University

College of Staten Island, CUNY

Colorado Alliance of Research Libraries

Cornell University Library

Council of Connecticut Academic Library Directors (CCALD)

Digital Library Federation

Digital Public Library of America

Duke University Libraries

EveryLibrary

Florida Virtual Campus (FLVC)

Fondazione Casa di Oriani - Ravenna

Harvard Graduate School of Education Gutman Library

Institute for the Study of Knowledge Management in Education (ISKME)

Internet Archive

Internet Archive Canada

Ithaca College Library

James Madison University

James Madison University

Johns Hopkins University Libraries

Kalamazoo College Library

LaGuardia Community College Library Department

Legal Information Preservation Alliance (LIPA)

Lehigh University Library

Lore Media Inc

Los Angeles Public Library

LSU Libraries

Metropolitan New York Library Council

Multnomah County Library

NCSU Libraries

New York Theological Seminary

Open Humanities Press

Phillips Academy, Andover, Oliver Wendell Holmes Library

Ruth Enlow Library of Garrett County

Sacramento Public Library

San Francisco Public Library

SCELC

South Central Regional Library Council

SPARC

SportsLibrary.org

St. Mary's County Library

Substance Abuse Librarians & Information Specialists (SALIS)

Texas A&M University

The Council of Connecticut Academic Library Directors (CCALD)

UC Berkeley Library

A-4351

Case 1:20-cv-04160-JGK-OTW Document 105-4 Filed 07/07/22 Page 2 of 7

Controlled Digital Lending by Libraries

UC Davis Library

UC Riverside Library

UC San Francisco Library

UC Santa Barbara

UConn Library

UNC Chapel Hill Libraries

University of Oklahoma Libraries

University of Colorado - Boulder

University of Kansas Libraries

University of Massachusetts, Amherst, University Libraries

Ursula C. Schwerin Library, NYC College of Technology, City University of New York

Vermont Mutual Aid Society

## Individual

**Beth Adelman**
Director of Charles B. Sears Law Library and Vice Dean for Legal Information Services
University at Buffalo School of Law

**Jonathan Askin**
Professor of Clinical Law
Brooklyn Law School

**Melissa J. Bernstein**
Library Director and Professor of Law
James E. Faust Law Library, S.J. Quinney College of Law University of Utah

**Chris Bourg**
Director of Libraries
Massachusetts Institute of Technology

**Jessie Wallace Burchfield**
Associate Dean for Information and Technology Services, Law Library Director and Associate Professor of Law
Bowen School of Law Library University of Arkansas at Little Rock

**Robert Darnton**
Carl H. Pforzheimer University Professor, Emeritus and University Librarian, Emeritus
Harvard University

**Elizabeth Townsend Gard**
Jill. H and Avram A. Glazer Professor in Social Entrepreneurship, Co-Director, Tulane Center for IP, Media & Culture
Tulane University Law School

**Peggy Hoon**
Director of Copyright Policy and Education
Louisiana State University

**Faye E. Jones**
Director and Clinical Professor of Law
Albert E. Jenner Memorial Law Library University of Illinois At Urbana-Champaign College of Law

**Ariel Katz**
Associate Professor, Innovation Chair in Electronic Commerce Faculty of Law
University of Toronto

**Jocelyn Kennedy**
Executive Director
Harvard Law School Library

**Yvette Joy Liebesman**
Professor of Law
Saint Louis University School of Law

**Lydia Pallas Loren**
Henry J. Casey Professor of Law
Lewis & Clark Law School

**Michael J. Madison**
Professor of Law
University of Pittsburgh School of Law

**Susan Nevelow Mart**
Associate Professor and Director of the Law Library
Colorado Law, University of Colorado - Boulder

**Teresa Miguel-Stearns**
Law Librarian and Professor of Law
Yale Law School

**Lateef Mtima**
Professor of Law and Director, Institute for Intellectual Property and Social Justice
Howard University School of Law

**Aaron Perzanowski**
Professor of Law
Case Western Reserve University School of Law

**Blake E. Reid**
Assistant Clinical Professor
Colorado Law

**Jorge R. Roig**
Associate Professor of Law
Charleston School of Law

**Pamela Samuelson**
Richard M. Sherman Distinguished Professor of Law and Information
University of California - Berkeley

**Courtney Selby**
Associate Dean for Information Services, Director of the Law Library and Professor of Law
Maurice A. Deane School of Law at Hofstra University Law Library

**Chris Shaffer**
University Librarian
University of California, San Francisco

A-4352

Case 1:20-cv-04160-DLC-STV Document 105-4 Filed 07/07/22 Page 4 of 7

**Jessica Silbey**
Professor of Law
Northeastern University School of Law

**Ronald E. Wheeler**
Director of Fineman & Pappas Law Libraries, Associate Professor of Law and Legal Research
Boston University Law

**Beth Williams**
Senior Lecturer in Law, Director Robert Crown Law Library
Stanford Law School

**Amanda Watson**
Director of the O'Quinn Law Library and Assistant Professor of Law
University of Houston Law Center

**Michael Wolfe**
Intellectual Property Fellow
Duke Law Center for the Study of the Public Domain

**Matthew Sag**
Professor of Law
Loyola University Chicago School of Law

**Julie E. Cohen**
Mark Claster Mamolen Professor of Law and Technology
Georgetown Law

**Steven Mandeville-Gamble**
University Librarian
University of California, Riverside

**Paul Heald**
Richard W. and Marie L. Corman Professor of Law
University of Illinois at Urbana-Champaign College of Law

**Jeff MacKie-Mason**
University Librarian, Chief Digital Scholarship Officer, Professor, School of Information and Professor of Economics
University of California, Berkeley

**Lea Shaver**
Professor of Law and Dean's Fellow
Indiana University Robert H. McKinney School of Law

**Simon Canick**
Associate Dean for Law Library and Technology and Law School Professor
University of Maryland, Francis King Carey School of Law

**Jennifer M. Urban**
Clinical Professor of Law
University of California, Berkeley

**Leah Prescott**
Associate Law Librarian for Digital Initiatives and Special Collections
Georgetown University Law Library

**Jim O'Donnell**
University Librarian
Arizona State University

**Justin A. Gardner**
Special Collections and Cataloging Librarian
APH Migel Collection

**Rebekah Kim**
Head Librarian
California Academy of Sciences

**Bethany Nowviskie**
Director, Digital Library Federation
Digital Library Federation

**Neal Baker**
Library Director
Earlham College

**Michelle Sprague**
Adult Services & Outreach Library Assistant
Goffstown Public Library

**Stephen Spong**
Copyright Services Librarian
Centennial College

**James O'Donnell**
University Librarian
Arizona State University

**Tinghui Duan**
Research Assistant
Friedrich Schiller University Jena, Germany

**Lisa Radha Weaver**
Director Collections and Program Development
Hamilton Public Library

**Aida Rudnik**
Manager, Technical Services
Hamilton Public Library

**Jaime Anderson**
Collection Services Division Manager
Sonoma County Library

**Karen Milligan**
Manager, Local History & Archives
Hamilton Public Library

**Geoffrey Skinner**
Librarian
Sonoma County Library

**Matt Abbott**
Manager, Collections & Extension Services
Hamilton Public Library

**Monica Socol**
Manager, Digital Technology Services
Hamilton Public Library

**Laurisa Stubblefield**
Circulation and Resource Sharing Librarian
Boley Law Library, Lewis and Clark Law School

**Tony Del Monaco**
Director, Finance & Facilities
Hamilton Public Library

7/6/22, 11:17 AM
Case 1:20-cv-04160-DLC-SDA Document 105-4 Filed 07/07/22 Page 5 of 7
Signatories - Position Statement on Controlled Digital Lending by Libraries

Robert Roose
Support Services Director
Spokane Public Library

David B. Malone
Dean of the Library
Calvin University

Rebecca Meng
Librarian, Document Delivery Services
Memorial Sloan Kettering Cancer Center

Cheryl Gowing
Assoc.,Dean, Library Information Systems & Facilities
University of Miami

Raghavendra K R
Head Resource Centre
National Institute of Fashion Technology, Bengaluru

Daria Masia
Ms
Brent Libraries

Austin Schertz
Director of Development
Better World Books

Meghan Kwast
Head of Collection Management Services
California Lutheran University

Kenn Rabin
Owner
Fulcrum Media Services

Rebecca Richie
Director of Student Resources
Eternity Bible College

Wilhelmina Randtke
Digital Library Services and Open Educational Resources Coordinator
Florida Academic Library Services Cooperative

Robin N Sinn
Coordinator, Office of Scholarly Communication
Johns Hopkins University

Jeff Sharpe
Senior Digitization Manager
Internet Archive

Karen Rupp-Serrano
Associate Dean, Scholarly Communication and Resources
University of Oklahoma Libraries

Ulysses Jaen
Director & Associate professor
Ave Maria Law

Maria Aghazarian
Scholarly Communications Librarian
Swarthmore College Libraries

Michael Rodriguez
Collections Strategist
University of Connecticut Library

Renee Kuhles
Faculty Librarian
Austin Community College

Lawrence Lessig
Roy L. Furman Professor of Law and Leadership
Harvard Law School

Robert Heyer-Gray
Head of Collection Strategies
University of California, Davis

Allison R Lightfoot
Public Services Librarian
Story Library at Central Baptist College

Adrian Ho
Director of Digital Scholarship
University of Kentucky Libraries

Peter Mahler
Curator
The Mahler-Vidal Archives

Kristen Heldmann
graduate student
Emporia State University

Melinda Dolan
Systems Coordinator Librarian
Phillips Exeter Academy Library

Romy Otayek
Libraire
Coop HEC

Rebecca Richardson
Assistant Dean for Collections and Access
Purdue University Libraries

Brian McMillan
Director, Music Library
University of Western Ontario

Cindy Kristof
Head, Copyright & Scholarly Communication
Kent State University

Perry Collins
Scholarly Communications Librarian
University of Florida

Victoria Murgante
Public Service Representative
Essa Public Library

Barbara J Ramsay
Evening / Weekend Supervisor
University of WI Law Library

Case 1:20-cv-04160-JGK-OTW Document 105-4 Filed 07/07/22 Page 6 of 7

Joe Lucia
Dean of Librariws
Temple University

Tinghui Duan
Mr.
Friedrich Schiller University Jena

Matt Upson
Associate Dean, Research & Learning Services
Oklahoma State University Libraries

Andrew White
University Librarian
Wesleyan University

Alex R. Hodges
HGSE Faculty & Director, Gutman Library
Harvard University

Laurie Taylor
Senior Director for Library Technology and Digital Strategies
University of Florida

NANCY ZANDER
PROFESSOR EMERITI
ILLINOIS WESLEYAN UNIVERSITY

Stephanie Gross
Librarian
Yeshiva University

Samuel Trosow
Associate Professor
University of Western Ontario; Faculty of Law and Faculty of Information & Media Studies

Howard Besser
Professor of Cinema Studies & Founding Director of Moving Image Archiving & Preservation
New York University

Simone Schloss
Assistant Acquisitions Librarian
Teachers College Columbia University

Rebecca L Nesvet
Dr
University of Wisconsin

Stavros Macrakis
Founder
Travel Guide Systems

Matthew Kopel
Copyright Specialist
Cornell University Library

Amada MARCOS
Dean of Librarians
IE University

Adriene Lim
Dean of University Libraries
University of Maryland, College Park

Corie Dugas
Executive Director
NELLCO Law Library Consortium, Inc.

Stephen Marsh
Associate Professor of Trust Systems
Ontario Tech University

Arturo E. García Niño
Doctor en Historia y estudios Regionales, Profesor Investigador
Universidad Veracruzana, México

James Anthony Carneiro
Digital Lending Advocate
Self

Lindsay Cronk
Head of Collection Strategies and Scholarly Communications
University Of Rochester

Michelle M. Trumbo
Executive Director
Legal Information Preservation Alliance

Howard C Marks
Director, Learning Resource Center
Midland College

Robert Heyer-Gray
Head of Collection Strategies
University of California, Davis

Yasmine Abou-El-Kheir
Director, Lapp Learning Commons
Chicago Theological Seminary

Sue Kunda
Scholarly Communication and Social Science Librarian
Western Oregon University

Michelle Tian
Ms
Princeton University

Laureano Gomez
Librarian
Metabiblioteca

Laura McShane
Librarian
Cleveland Public Library

Peter Suber
Director, Office for Scholarly Communication
Harvard University

Shruti Kulkarni
Ms.
Evangelical Lutheran Church in America

Aly Wepplo
Media and Digital Librarian
The Community Library, Ketchum

A-4355

Case 1:20-cv-04160-JGK-OTW Document 105-24 Filed 07/07/22 Page 7 of 7

**Daniel Clarkson Fisher**
MLIS student
Western University

**Patrick R. Wallace**
Digital Projects & Archives Librarian
Middlebury College

**Ellen Dubinsky**
Scholarly Communication Librarian
University of Arizona

**Mothupi Kgatshe**
Editor-at-Large
Guluva - Online

**Joshua Finnell**
Interim Associate University Librarian
Colgate University

**Maurine McCourry**
Library Director
Hillsdale College

**Alexis Beaman**
Interlibrary Loan Manager
University of Oklahoma Libraries

**Breac Krash**
Associate Dean, Content & Discovery, Univesity Libraries
University of Massachusetts Amherst

**Nancy Falciani-White**
Library Director
McGraw-Page Library, Randolph-Macon College

**Silvio Muñoz**
International Business Director
Vicens Vives

**Heather Edmonds**
Director of Library Services
New England College of Optometry Library

**Nicholas Gardner**
Library Director
Potomac State College

**Dr. Akash Singh**
Assistant Librarian
National Law University Delhi

**Brian Kaggwa**
Founder
Bromley&co

**Dr. Priya Rai**
Head, Justice T.P.S. Cahwla Law Library
National Law University Delhi, India

 (https://creativecommons.org/licenses/by/4.0)

Creative Commons Attribution (CC-BY)
creativecommons.org/licenses/by/4.0 (https://creativecommons.org/licenses/by/4.0)

A-4356

Case 1:20-cv-04160-JGK-OTW   Document 71   Filed 07/07/22   Page 81 of 10

# EXHIBIT 8

Case 1:20-cv-04160-JGK-OTW Document 125-3 Filed 07/07/22 Page 52 of 10

# Internet Archive Blogs

*A blog from the team at archive.org*



# Weaving Books into the Web—Starting with Wikipedia

Posted on October 29, 2019 by Brewster Kahle



[announcement video, Wired]

The Internet Archive has transformed 130,000 references to books in Wikipedia into live links to 50,000 digitized Internet Archive books in several Wikipedia language editions including English, Greek, and Arabic. And we are just getting started. By working with Wikipedia communities and scanning more books, both users and robots will link many more book references directly into Internet Archive books. In these cases, diving deeper into a subject will be a single click.



A-4358

— *Moriel Schottlender, Senior Software Engineer, Wikimedia Foundation, speech announcing this program*

"I want this," said Brewster Kahle's neighbor Carmen Steele, age 15, "at school I am allowed to start with Wikipedia, but I need to quote the original books. This allows me to do this even in the middle of the night."



For example, the Wikipedia article on Martin Luther King, Jr cites the book *To Redeem the Soul of America*, by Adam Fairclough. That citation now links directly to page 299 inside the digital version of the book provided by the Internet Archive. There are 66 cited and linked books on that article alone.



*In the Martin Luther King, Jr. article of Wikipedia, page references can now take you directly to the book.*

Readers can see a couple of pages to preview the book and, if they want to read further, they can borrow the digital copy using Controlled Digital Lending in a way that's analogous to how they borrow physical books from their local library.

"What has been written in books over many centuries is critical to informing a generation of digital learners," said Brewster Kahle, Digital Librarian of the Internet Archive. "We hope to connect readers with books by weaving books into the fabric of the web itself, starting with Wikipedia."

You can help accelerate these efforts by sponsoring books or funding the effort. It costs the Internet Archive about $20 to digitize and preserve a physical book in order to bring it to Internet readers. The goal is to bring another 4 million important books online over the next several years.  Please donate or contact us to help with this project.

A-4359



*From a presentation on October 23, 2019 by Moriel Schottlender*, Tech lead at the Wikimedia Foundation.

"Together we can achieve Universal Access to All Knowledge," said Mark Graham, Director of the Internet Archive's Wayback Machine. "One linked book, paper, web page, news article, music file, video and image at a time."

Posted in Announcements, Books Archive, Lending Books, News, Open Library, Wayback Machine - Web Archive | 25 Replies

---

### 25 thoughts on "Weaving Books into the Web—Starting with Wikipedia"

Pingback: 130,000 References to Books Cited in Wikipedia Articles Now Include Live Links to 50,000 Books Digitized by The Internet Archive (with More to Come) | LJ infoDOCKET

Pingback: Fighting Misinformation Online | Internet Archive Blogs



**Tony**
October 31, 2019 at 7:49 am

Doug Englebart and Ted Nelson are nodding.

---



**Brewster Kahle** [Post author]
November 4, 2019 at 1:09 pm

I hope so. We are trying to build towards the Memex, Xanadu, the World Wide Web, the Global Brain.

They have great ideas... lets build them!

-brewster

---

Pingback: Fighting Misinformation Online - RSSFeeds



**RIchard Mahony**
November 1, 2019 at 4:55 am

Well done Brewster Kahle, Mark Graham, Moriel Schottlender and friends! This is a great step forward.

Wikipedia relies on secondary and tertiary sources, which all too often are misquoted or misattributed by Wikipedia editors. When I check a cited Wikipedia source, often the cited source fails to support the claim made in the Wikipedia article, or even contradicts it.

Linking directly to the page in the cited book, therefore, is a great step forward. The next step is to provide the same option with direct links to the page and paragraph in cited papers in the pay-per-view peer-reviewed press and to the page in a newspaper that is behind a paywall.

Sci-Hub at least gives access to many if not most peer reviewed articles in the academic press, but Sci-Hub doesn't give access to an article in the Times of London, say, or in another Murdoch rag, secured behind a paywall.

The hardest of all is accessing old documentaries, many of which have been destroyed in fire or flood.

Sometimes, it seems that getting access to the simple facts, perhaps the only extant preserved copy being hidden away somewhere in a dusty box in somebody's attic, is harder than accessing Donald Trump's tax returns, or the full transcript of Trump's telephone conversation with the President of Ukraine.

Furthermore, I've discovered over the past fifty years that all too often even the most supposedly reliable books themselves misrepresent, misunderstand or misquote the primary sources, and even the secondary and tertiary sources.

Wikipedia extols editors not to use primary sources, because of the undoubted issues that arise from citing primary sources. But nor should anybody ever rely on a secondary or a tertiary source, whether it's a text book compiled by the most highly regarded scholar, a politician's memoir, or a reporter's investigation.

Case 1:20-cv-04160-JGK-OTW Document 96-34 Filed 07/07/22 Page 5 of 10

One must always try to check the primary record. Easier said than done, I know, especially if in a language one doesn't understand.

But if the path to knowledge is hard, then the path to the truth is harder still.



### **Michael McCulley**
November 1, 2019 at 5:48 am

Well, books are great sources of facts and information, but take a long time to reach publication. Articles and research publications are faster to bring facts to light, and I'd think you and Wikipedia could do more to provide article and research citations –not just books. Just a thought...
Best,
DrWeb



### **Brewster Kahle** `Post author`
November 3, 2019 at 8:03 pm

You are right. We are working on periodicals, but not there yet.



### **Nemo**
November 9, 2019 at 1:42 pm

Wikimedia Italia, CAPSH and Unpaywall are working on the references (together with many Wikipedia and Wikidata users):
https://en.wikipedia.org/wiki/Wikipedia:OABOT
https://blog.okfn.org/2017/10/26/how-wikimedia-helped-authors-make-over-3000-articles-green-open-access-via-dissemin/

Internet Archive has a gigantic project coming up but there's still a lot of low hanging fruit.



### **Erika Herzog**
November 1, 2019 at 6:28 am

Embedding a url Link is not efficient. There needs to be a link created like with JSTOR or OCLC. One that could reference a page number or not.



### **Gwendolyn Oliver**
November 1, 2019 at 12:19 pm

A-4362

Well, I'm an English graduate so you clearly know what reading and literature and books mean to me. I stress it almost every day.

 **Ed Summers**
November 1, 2019 at 4:12 pm

This is an amazing initiative. I was wondering if there are any more details about how this linking is working. I noticed that the link to To Redeem the Soul of America in the MLK article was created by a person who works at the Internet Archive?

https://en.wikipedia.org/w/index.php?title=Martin_Luther_King_Jr.&diff=prev&oldid=898271785

Is there a collaboration happening with Wikipedia editors, perhaps through WikiCite? Are you trying to do any automated linking of citations, similar to what you did with broken links on Wikipedia?

 **Brewster Kahle** `Post author`
November 3, 2019 at 8:01 pm

The Internet Archive has done edits by hand, but is now automating the matching. internetarchivebot, I believe is the name.

 **Ed Summers**
November 4, 2019 at 11:08 am

Thanks Brewster. Would that be this one?

https://meta.wikimedia.org/wiki/InternetArchiveBot

I may have missed it, but I didn't see any citation matching code in the linked source code:

https://github.com/cyberpower678/Cyberbot_II/tree/master/IABot

 **Nemo**
November 9, 2019 at 1:45 pm

There is a bit more information at
https://en.wikipedia.org/wiki/Wikipedia:Bots/Requests_for_approval/InternetArchiveBot_3

An admin could edit the userpages to link it:
https://en.wikipedia.org/w/index.php?

A-4363

---



**Charlotte**

November 1, 2019 at 10:48 pm

Wikipedia is okay on some subjects, but if you look up alternative health articles, for instance, Big Pharma paid Wikipedia 'editors' (censors) change the article! Same thing happens on some other subjects.

This Wikipedia censorship problem is just one of many on the Internet today.

---



**Barney**

November 4, 2019 at 1:12 pm

alternative health articles=pseudoscience

---



**Michael J. Lowrey**

November 9, 2019 at 5:30 pm

Wikipedia articles by definition lean on actual legitimate peer-reviewed science. That does not equate to "the Big Pharma demons rule the Wikipedia". Find some solid science behind your concepts, and put that into the articles.

---



**John G**

November 4, 2019 at 7:01 pm

I applaud such initiatives, but all of these ideas to make knowledge easier to access shouldn't blind one to the fact that the main things standing between most people and knowlege are laziness and short attention spans. (Of course, conspiracy mongering absorbs a lot of mental attention, as witnessed in this thread, but that is a separate issue.)

To see the truth of this, go to an assortment of, say, five different comment sections on various blogs. Find 10 statements you know to be false. Copy them, and see how long it takes you to find reliable sources of information that disprove these false statements.

I hate to be a buzz kill, but if there is one thing that I have realized since 1995, it is that no one is starved for stimulating and educational reading material unless they're on a diet of their own choosing.

And, no, these dieters are not all of one ideology. You can find them no matter what corner of the Overton window you're pointing at.

---

A-4364





**Klaus Graf**
November 5, 2019 at 11:50 am

Footnotes at the end of the chapter or book are a large problem when verifying content.

---



**آهنگ جدید**
November 7, 2019 at 9:04 am

I'm an English graduate so you clearly know what reading and literature and books mean to me

---



**آهنگ**
November 7, 2019 at 12:09 pm

This is an amazing initiative.

---



**Daniel Munyola**
November 9, 2019 at 6:22 am

This is good ideas where by upgrading libraries for easy choices. It is very important to tackle on such important issues that boost education, especially in universities and colleges for more practical and experience . This will engage many who likes study. The advantage of this collaboration is that,since I my self experienced a cross different libraries to find more articles,that assisted on doing research beyond. Now that is vision improved way of learning any book..

---



**Nemo**
November 9, 2019 at 1:51 pm

Thank you! It's amazing how much the Internet Archive has done to archive references and update citations automatically with links to archive.org, especially after Alexis Rossi created https://www.mediawiki.org/wiki/Archived_Pages in 2013.

---

**Nemo**
November 12, 2019 at 3:37 pm

I've started adding a few links from the Italian Wikipedia. This is one of the most famous Italian singers of the 1960s…
https://it.wikipedia.org/w/index.php?title=Luigi_Tenco&diff=prev&oldid=108818328

(The quotation of his almost-last words before committing suicide, attributed the the book that the Internet Archive scanned and made available, was apparently wrong. Now I fixed at least the citation; someone with ac-

cess to the second source will be needed to see where the quotation came from.)

---

Comments are closed.

A-4366

# EXHIBIT 9

# Wikipedia Citations to Books Available to Borrow from the Internet Archive via CDL

There are 202,026 links in Wikipedia articles in English to books available to borrow from the Internet Archive via CDL. Those links lead to 88,284 different books available to borrow from the Internet Archive via CDL.

Below is a list of Wikipedia articles in English that link to 10 or more books available to borrow from the Internet Archive via CDL. The list is sorted by number of such books cited.

## James Joyce

- Atherton, James S. (James Stephen), 1910-1985. *The books at the wake; a study of literary allusions in James Joyce's Finnegans wake*. New York, Viking Press, 1960.
- Attridge, Derek. *How to read Joyce*. London: Granta Books, 2007.
- Beach, Sylvia. *Shakespeare and Company*. New York, Harcourt, Brace, 1959.
- Beja, Morris. *James Joyce: a literary life*. Columbus: Ohio State University Press, 1992.
- Birmingham, Kevin, author. *The most dangerous book: the battle for James Joyce's Ulysses*. London: Head of Zeus, 2014.
- Bowker, Gordon, 1934-. *James Joyce: a new biography*. New York: Farrar, Straus and Giroux, 2012.
- Boyle, Robert, 1915-. *James Joyce's Pauline vision: a Catholic exposition*. Carbondale: Southern Illinois University Press, 1978.
- Budgen, Frank, 1882-1971. *James Joyce and the making of Ulysses*. Bloomington, Indiana University Press, 1960.
- Bulson, Eric. *The Cambridge introduction to James Joyce*. Cambridge; New York: Cambridge University Press, 2006.
- Cheng, Vincent John, 1951-. *Joyce, race, and empire*. Cambridge; New York: Cambridge University Press, 1995.
- Cope, Jackson I. *Joyce's cities: archaeologies of the soul*. Baltimore: Johns Hopkins University Press, 1981.
- Costello, Peter. *James Joyce: the years of growth, 1882-1915*. West Cork, Ireland: Roberts Rinehart, 1992.
- Davies, Stan Gébler. *James Joyce: a portrait of the artist*. London; New York: Granada, 1982.
- Dettmar, Kevin J. H., 1958-. *Rereading the new: a backward glance at modernism*. Ann Arbor: University of Michigan Press, 1992.
- Eco, Umberto. *The aesthetics of Chaosmos: the Middle Ages of James Joyce*. Tulsa, Okla.: University of Tulsa, 1982.
- Ellmann, Richard, 1918-. *The consciousness of Joyce*. Toronto; New York: Oxford University Press, 1977.
- Ellmann, Richard, 1918-1987. *James Joyce*. Oxford: Oxford University Press, 1983.
- Ellmann, Richard, 1918-1987. *Yeats and Joyce*. Dublin, Dolmen p.; London, Oxford U.P., 1967.
- Fairhall, James. *James Joyce and the question of history*. Cambridge; New York, NY, USA: Cambridge University Press, 1993.
- Fargnoli, A. Nicholas. *James Joyce A to Z: the essential reference to the life and work*. New York: Oxford University Press, 1996.
- Gell-Mann, Murray. *The quark and the jaguar: adventures in the simple and the complex*. New York:, 1994.
- Gibson, Andrew. *James Joyce (Reaktion Books - Critical Lives)*. Reaktion Books, 2006.
- Gibson, Andrew, 1949-. *Joyce's revenge: history, politics, and aesthetics in Ulysses*. Oxford; New York: Oxford University Press, 2002.
- Gorman, Herbert Sherman, 1893-1954. *James Joyce*. [New York]: Rinehart, 1948.
- Hayden, Deborah. *Pox: genius, madness, and the mysteries of syphilis*. New York: Basic Books, 2003.
- Hodgart, Matthew John Caldwell. *Joyce's grand operoar: opera in Finnegans wake*. Urbana: University of Illinois Press, 1997.
- Hutchins, Patricia. *James Joyce's Dublin*. [London] Grey Walls Press, 1950.

1 of 337

- Jackson, John Wyse, et al. *John Stanislaus Joyce: the voluminous life and genius of James Joyce's father*. New York: St. Martin's Press, 1998.
- Joyce, James, 1882-1941. *Letter of James Joyce volumes II and III*. New York, Viking, 1966.
- Joyce, James, 1882-1941. *Letters of James Joyce*. London: Faber and Faber, 1966.
- Joyce, James, 1882-1941, et al. *Letters;*. New York, Viking Press, 1957.
- Joyce, James, 1882-1941, et al. *The critical writings of James Joyce*. Ithaca, N.Y.: Cornell University Press, 1989.
- Joyce, Stanislaus. *My brother's keeper; James Joyce's early years*. New York, Viking Press, 1958.
- Lernout, Geert, 1954-. *The French Joyce*. Ann Arbor: University of Michigan Press, 1992.
- Litz, A. Walton. *The art of James Joyce, method and design in Ulysses and Finnegans wake*. New York, Oxford University Press, 1964.
- Luening, Otto, 1900-1996. *Odyssey of an American composer: the autobiography of Otto Luening*. New York: C. Scribner's Sons, 1980.
- Lyons, J. B. (John Benignus). *James Joyce & medicine*. [Dublin] Dolmen Press, 1973.
- MacCabe, Colin. *James Joyce and the revolution of the word*. New York: Palgrave, 2003.
- Maddox, Brenda. *Nora: a biography of Nora Joyce*. New York: Fawcett Columbine, 1989.
- Manganiello, Dominic. *Joyce's politics*. London; Boston: Routledge & Kegan Paul, 1980.
- Mc Court, John, 1965-. *The years of Bloom: James Joyce in Trieste, 1904-1920*. Dublin: Lilliput Press, 2000.
- McCaffrey, Carmel. *In search of Ireland's heroes: the story of the Irish from the English invasion to the present day*. Chicago: Ivan R. Dee, 2006.
- McCourt, John, 1965-. *James Joyce: a passionate exile*. New York: Thomas Dunne Books, 1999.
- Morse, J. Mitchell (Josiah Mitchell), 1912-. *The sympathetic alien; James Joyce and Catholicism*. [New York] New York University Press, 1959.
- Noon, William T. *Joyce and Aquinas. --*. New Haven: Yale University Press, 1963.
- O'Brien, Edna, (1932- ...). *James Joyce*. London: Phoenix, 2000.
- Osteen, Mark. *The economy of Ulysses: making both ends meet*. Syracuse, N.Y.: Syracuse University Press, 1995.
- Pound, Ezra, 1885-1972, et al. *Pound/Joyce; the letters of Ezra Pound to James Joyce, with Pound's essays on Joyce*. [New York, New Directions Pub. Corp.], 1967.
- Ryan, John, 1925- compiler. *A bash in the tunnel: James Joyce by the Irish;*. Brighton, Clifton Books, 1970.
- Scholes, Robert E. *In search of James Joyce*. Urbana: University of Illinois Press, 1992.
- Segall, Jeffrey. *Joyce in America*. University of California Press, 1993.
- Seidel, Michael. *James Joyce: a Short Introduction*. Chichester: John Wiley & Sons, 2008.
- Sherry, Vincent B. *James Joyce Ulysses*. Cambridge, U.K.; New York: Cambridge University Press, 2004.
- Shloss, Carol, author. *Lucia Joyce: to dance in the wake*. New York: Picador, 2005.
- Strong, L. A. G. (Leonard Alfred George), 1896-1958. *The sacred river; an approach to James Joyce*. London, Methuen, 1949.
- Sullivan, Kevin. *Joyce among the Jesuits*. New York, Columbia University Press, 1958.
- Sultan, Stanley. *Eliot, Joyce, and company*. New York: Oxford University Press, 1987.
- Svevo, Italo, 1861-1928. *James Joyce*. [San Francisco] City Lights Books, 1950.
- Vanderham, Paul. *James Joyce and censorship: the trials of Ulysses*. New York: New York University Press, 1997.
- Zweig, Stefan, 1881-1942. *The world of yesterday: an autobiography*. Lincoln [Neb.]; London: University of Nebraska Press, 1964.

## World War II

- Adamthwaite, Anthony P.. *The making of the Second World War*. Allen & Unwin, 1979.
- Balabkins, Nicholas. *Germany under direct controls: economic aspects of industrial disarmament, 1945-1948. --*. New Brunswick, N.J.: Rutgers University Press, 1964.
- Bilhartz, Terry D. *Currents in American history: a brief history of the United States*. Armonk, N.Y.: M.E. Sharpe, 2007.

2 of 337

- Brody, J. Kenneth. *The avoidable war*. New Brunswick, N.J.: Transaction Publishers, 1999.
- Chang, Iris. *The rape of Nanking: the forgotten holocaust of World War II*. New York, NY: BasicBooks, 1997.
- Chubarov, Alexander. *Russia's bitter path to modernity: a history of the Soviet and post-Soviet eras*. New York: Continuum, 2001.
- Clogg, Richard. *A concise history of Greece*. Cambridge University Press, 2002.
- Collier, Martin. *Germany 1919-45*. Oxford: Heinemann, 2000.
- Deighton, Len, 1929-. *Blood, tears and folly: an objective look at World War II*. London: Pimlico, 1995.
- Dower, John W. *War without mercy: race and power in the Pacific war*. New York: Pantheon Books, 1986.
- Ferguson, Niall. *The war of the world: twentieth-century conflict and the descent of the West*. New York: Penguin Press, 2006.
- Frei, Norbert. *Adenauer's Germany and the Nazi Past*. Columbia University Press, 2002.
- Gilbert, Martin. *Second World War*. Weidenfeld and Nicolson, 1989.
- Glantz, David M.. *The battle for Leningrad*. University Press of Kansas, 2002.
- Glantz, David M.. *When Titans clashed*. University of Kansas, 1998.
- Goldstein, Margaret J. *World War II. Europe*. Minneapolis: Lerner Publications, 2004.
- Hane, Mikiso. *Modern Japan*. Westview Press, 2001.
- Hearn, Chester G. *Carriers in combat: the air war at sea*. Mechanicsburg, PA: Stackpole Books, 2007.
- Hosking, Geoffrey A. *Rulers and victims: the Russians in the Soviet Union*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2006.
- Iriye, Akira. *Power and culture: the Japanese-American war, 1941-1945*. Cambridge, Mass.: Harvard University Press, 1981.
- Kantowicz, Edward R. *Coming apart, coming together*. Grand Rapids, Mich.: W.B. Eerdmans, 2000.
- Kershaw, Ian. *Fateful choices: ten decisions that changed the world, 1940-1941*. London; New York: Allen Lane, 2007.
- Kershaw, Ian. *Hitler, 1936-45: nemesis*. New York: W. W. Norton, 2000.
- Kitson, Alison. *Germany, 1858-1990: hope, terror, and revival*. Oxford: Oxford University Press, 2001.
- Kolko, Gabriel. *The politics of war: the world and United States foreign policy, 1943-1945*. New York: Pantheon Books, 1990.
- Liddell Hart, Basil Henry, Sir, 1895-1970. *History of the Second World War*. London: Pan Books, 1973.
- Maddox, Robert James. *The United States and World War II*. Boulder: Westview Press, 1992.
- Mazower, Mark. *Hitler's empire: how the Nazis ruled Europe*. New York: Penguin Press, 2008.
- Mingst, Karen A., 1947-, et al. *The United Nations in the 21st century*. Boulder, Colo.: Westview Press, 2007.
- Neillands, Robin, 1935-2006. *The Dieppe Raid: the story of the disastrous 1942 expedition*. Bloomington: Indiana University Press, 2005.
- Overy, R. J. *The dictators: Hitler's Germany and Stalin's Russia*. New York: W.W. Norton & Co., 2004.
- Overy, R. J. *Why the Allies won*. London: Pimlico, 1996.
- Overy, R. J, et al. *The road to war*. London, England; New York, N.Y.: Penguin, 1999.
- Overy, Richard. *War and economy in the Third Reich*. Clarendon Press, 1994.
- Padfield, Peter. *War beneath the sea: submarine conflict during World War II*. New York: John Wiley, 1996.
- Perez, Louis G.. *The history of Japan*. Greenwood Press, 1998.
- Ratcliff, R. A. (Rebecca Ann), 1963-. *Delusions of intelligence: Enigma, Ultra and the end of secure ciphers*. Cambridge; New York: Cambridge University Press, 2006.
- Read, Anthony. *The devil's disciples: Hitler's inner circle*. New York: W.W. Norton, 2004.
- Regan, Geoffrey. *The Brassey's book of military blunders*. Washington, DC: Brassey's, 2000.
- Rich, Norman. *Hitler's War Aims*. W.W. Norton & Co, 1973.
- Roberts, J. M.. *The Penguin history of Europe*. Penguin Books, 1997.
- Schmitz, David F. *Henry L. Stimson: the first wise man*. Wilmington, Del.: SR Books, 2001.
- Schoppa, R. Keith, 1943-. *In a sea of bitterness: refugees during the Sino-Japanese War*. Cambridge, Mass.: Harvard University Press, 2011.
- Shore, Zachary. *What Hitler knew*. Oxford University Press, 2003.

- Smith, Alan. *Russia and the world economy*. Routledge, 1993.
- Taylor, Jay. *The generalissimo*. Belknap Press of Harvard University Press, 2009.
- Thompson, John Herd, 1946-, et al. *Canada and the United States: ambivalent allies*. Athens: University of Georgia Press, 2008.
- Wohlstetter, Roberta. *Pearl Harbor; warning and decision*. Stanford, Calif., Stanford University Press, 1962.

## My Weird School

- Gutman, Dan. *Bunny double, we're in trouble!*. New York, NY: Harper, an imprint of HarperCollinsPublishers, 2014.
- Gutman, Dan. *Coach Hyatt Is a Riot!*. HarperCollins, 2009.
- Gutman, Dan. *Dr. Brad Has Gone Mad!*. HarperCollins, 2009.
- Gutman, Dan. *Dr. Carbles is losing his marbles!*. New York: HarperCollins, 2007.
- Gutman, Dan. *It's Halloween, I'm turning green!*. New York, NY: Scholastic Inc., 2013.
- Gutman, Dan. *Mayor Hubble is in trouble!*. New York: Harper, 2012.
- Gutman, Dan. *Miss Daisy is crazy!*. HarperTrophy, 2004.
- Gutman, Dan. *Miss Kraft is daft!*. New York, NY: Harper, an imprint of HarperCollinsPublishers, 2013.
- Gutman, Dan. *Miss Lazar is bizarre!*. New York: HarperTrophy, 2005.
- Gutman, Dan. *Mr. Burke is berserk!*. New York: Harper, 2012.
- Gutman, Dan. *Mr. Docker is off his rocker!*. HarperCollinsPublishers, 2006.
- Gutman, Dan. *Mr. Granite Is from Another Planet!*. HarperCollins, 2008.
- Gutman, Dan. *Mr. Hynde is out of his mind!*. HarperTrophy, 2005.
- Gutman, Dan. *Mr. Jack is a maniac!*. New York, NY: Harper, an imprint of HarperCollinsPublishers, 2014.
- Gutman, Dan. *Mr. Macky is wacky!*. HarperTrophy, 2007.
- Gutman, Dan. *Mrs. Jafee Is Daffy!*. HarperCollins, 2009.
- Gutman, Dan. *Mrs. Kormel is not normal!*. New York: HarperTrophy, 2006.
- Gutman, Dan. *Mrs. Lane is a pain!*. New York, NY: Harper, an imprint of HarperCollinsPublishers, 2014.
- Gutman, Dan. *Mrs. Yonkers is bonkers!*. HarperTrophy, 2007.
- Gutman, Dan. *Ms. Beard is weird!*. New York: Harper, 2012.
- Gutman, Dan. *Ms. Coco is loco!*. New York: HarperTrophy, 2007.
- Gutman, Dan. *Ms. Cuddy is nutty!*. New York, NY: HarperCollins Publishers, 2015.
- Gutman, Dan. *Ms. LaGrange is strange!*. New York: HarperTrophy, 2005.
- Gutman, Dan. *Ms. Leakey is freaky!*. New York: Harper, 2011.
- Gutman, Dan. *My weird writing tips*. New York: HarperCollins Publishers, 2013.
- Gutman, Dan, author. *Back to school, weird kids rule!*. New York, NY: Harper, an imprint of HarperCollinsPublishers, 2014.
- Gutman, Dan, author. *Deck the halls, we're off the walls!*. New York, NY: Scholastic, Inc., 2013.
- Gutman, Dan, author. *Miss Brown is upside down!*. New York, NY: Harper, an imprint of HarperCollinsPublishers, 2015.
- Gutman, Dan, author. *Miss Klute is a hoot!*. New York, NY: Harper, an imprint of HarperCollinsPublishers, 2014.
- Gutman, Dan, author. *Mrs. Cooney is loony!*. New York: HarperTrophy, 2005.
- Gutman, Dan, author, et al. *Miss Holly is too jolly!*. New York: HarperTrophy, 2006.
- Gutman, Dan, author, et al. *Mrs. Patty is batty!*. New York: HarperTrophy, 2006.
- Gutman, Dan, author, et al. *Ms. Sue has no clue!*. Harper, 2013.
- Gutman, Dan, author, et al. *Ms. Todd is odd!*. New York: HarperTrophy, 2006.
- Gutman, Dan, et al. *Miss Laney is zany!*. New York: Harper, 2010.
- Gutman, Dan, et al. *Miss Mary is scary!*. New York: Harper, 2010.
- Gutman, Dan, et al. *Miss Suki is kooky!*. New York: HarperTrophy, 2007.
- Gutman, Dan, et al. *Mr. Harrison is embarrassin'!*. New York: Harper, 2011.
- Gutman, Dan, et al. *Mr. Klutz is nuts!*. New York: HarperCollins, 2004.
- Gutman, Dan, et al. *Mr. Louie is screwy!*. New York: HarperCollins, 2007.

A-4371

- Gutman, Dan, et al. *Mr. Sunny is funny!*. New York: HarperTrophy, 2008.
- Gutman, Dan, et al. *Mr. Tony is full of baloney!*. New York: Harper, 2010.
- Gutman, Dan, et al. *Mrs. Dole is out of control!*. New York: HarperTrophy, 2008.
- Gutman, Dan, et al. *Mrs. Lilly is silly!*. New York: Harper, 2011.
- Gutman, Dan, et al. *Mrs. Lizzy is dizzy!*. New York: Harper, 2010.
- Gutman, Dan, et al. *Mrs. Roopy is loopy!*. New York: Scholastic, 2005.
- Gutman, Dan, et al. *Ms. Krup cracks me up!*. New York: HarperTrophy, 2008.
- Gutman, Dan, et al. *Officer Spence makes no sense!*. New York: HarperTrophy, 2009.
- Gutman, Dan,Paillot, Jim, illustrator. *Dr. Nicholas is ridiculous!*. New York: Harper, 2013.
- Gutman, Dan;Paillot, Jim, illustrator. *Miss Child has gone wild!*. New York: Harper, 2011.

## Anchor Bible Series

- Barth, Markus. *Anchor Bible*. Garden City, N.Y.: Doubleday & Company, 1974.
- Boling, Robert G. *Joshua: a new translation with notes and commentary*. Garden City, N.Y.: Doubleday, 1982.
- Boling, Robert G. *Judges: introduction, translation, and commentary by*. Garden City, N.Y.: Doubleday, 1975.
- Bright, John, 1908 Sept. 25-. *Jeremiah: a new translation with introduction and commentary*. Garden City, N.Y.: Doubleday, 1965.
- Brown, Raymond Edward. *An introduction to the Gospel of John*. Doubleday, 2003.
- Brown, Raymond Edward. *An introduction to the New Testament*. Doubleday, 1997.
- Brown, Raymond Edward. *The Epistles of John*. Garden City, N.Y.: Doubleday, 1982.
- Buchanan, George Wesley. *To the Hebrews: translation, comment, and conclusions*. Garden City, N.Y.: Doubleday, 1976.
- Charlesworth, James H. *Jesus within Judaism: new light from exciting archaeological discoveries*. New York: Doubleday, 1988.
- Charlesworth, James H.. *Jesus and theDead Sea Scrolls*. Doubleday, 1992.
- Fitzmyer, Joseph A. *The Acts of the Apostles a new translation with introduction and commentary*. New York: Doubleday, 1998.
- Fitzmyer, Joseph A. *The Gospel according to Luke: introduction, translation, and notes*. Garden City, N.Y.: Doubleday, 1981.
- Freedman, David Noel, 1922-, et al. *The nine commandments: uncovering a hidden pattern of crime and punishment in the Hebrew Bible*. New York: Doubleday, 2000.
- Garrett, Susan R., 1958-. *No ordinary angel: celestial spirits and Christian claims about Jesus*. New Haven: Yale University Press, 2008.
- Gibson, Shimon. *The cave of John the Baptist: the stunning archaeological discovery that has redefined Christian history*. New York: Doubleday, 2004.
- Goldstein, Jonathan A., 1929-. *I Maccabees: a new translation, with introduction and commentary*. Garden City, N.Y.: Doubleday, 1976.
- Goldstein, Jonathan A., 1929-. *II Maccabees: a new translation with introduction and commentary*. Garden City, NY: Doubleday, 1983.
- Goldstein, Jonathan A., 1929-. *Peoples of an almighty god: competing religions in the ancient world*. New York: Doubleday, 2001.
- Hubbard, Steve (Steve A.). *Faith in sports: athletes and their religion on and off the field*. New York: Doubleday, 1998.
- Mann, C. S. *Anchor Bible*. Garden City, N.Y.: Doubleday, 1986.
- McCarter, P. Kyle (Peter Kyle), 1945-. *II Samuel: a new translation with introduction, notes, and commentary*. Garden City, N.Y.: Doubleday, 1984.
- Meyers, Carol L, et al. *Haggai, Zechariah 1-8: a new translation with introduction and commentary*. Garden City, N.Y.: Doubleday, 1987.
- Mobley, Gregory, 1957-. *The empty men: the heroic tradition of ancient Israel*. New York: Doubleday:, 2005.

- Moore, Carey A., 1930-. *Daniel, Esther, and Jeremiah: the additions*. Garden City, N.Y.: Doubleday, 1977.
- Moore, Carey A., 1930-. *Judith: a new translation with introduction and commentary*. Garden City, N.Y.: Doubleday, 1985.
- Myers, Jacob Martin, 1904- , edt. *I and II Esdras*. Garden City, N.Y., Doubleday, 1974.
- None,. *Lamentations*. Garden City, N.Y., Doubleday, 1972.
- Peckham, Brian. *History and prophecy*. Doubleday, 1993.
- Pope, Marvin H. *Song of songs*. Garden City, N.Y.: Doubleday, 1977.
- Reumann., John. *Philippians*. Yale University Press, 2008.
- Sasson, Jack M. *Jonah: a new translation with introduction, commentary, and interpretation*. New York: Doubleday, 1990.
- Schiffman, Lawrence H. *Reclaiming the Dead Sea scrolls: the history of Judaism, the background of Christianity, the lost library of Qumran*. Philadelphia:, 1994.
- Segal, Alan F., 1945-. *Life after death: a history of the afterlife in the religions of the West*. New York: Doubleday, 2004.
- Skehan, Patrick W. (Patrick William), -1980, et al. *The Wisdom of Ben Sira: a new translation with notes*. Garden City, N.Y.: Doubleday, 1987.
- Weinfeld, Moshe. *Deuteronomy 1-11: a new translation with introduction and commentary*. New York: Doubleday, 1991.
- ntaries,, et al. *The Book of Daniel*. Anchor Bible; 1st edition, 1978.

## Social democracy

- Adams, Ian, 1943-. *Political ideology today*. Manchester; New York: Manchester University Press; New York, NY, USA: Distributed exclusively in the USA by Palgrave, 2001.
- Alpert, Michael, 1936-. *A New international history of the Spanish Civil War*. New York: St. Martin's Press, 1994.
- Anderson, Jervis. *Bayard Rustin*. HarperCollinsPublishers, 1997.
- Archer, Robin. *Economic democracy: the politics of feasible socialism*. Oxford: Clarendon Press; New York: Oxford University Press, 1995.
- Berman, Sheri. *The social democratic moment*. Harvard University Press, 1998.
- Best, Gary Dean. *Pride, prejudice, and politics: Roosevelt versus recovery, 1933-1938*. New York: Praeger, 1991.
- Bronner, Stephen Eric, 1949-. *Ideas in action: political tradition in the twentieth century*. Lanham: Rowman & Littlefield Publishers, 1999.
- Burns, James MacGregor. *Roosevelt, the lion and the fox*. San Diego, Ca.: Harcourt, Brace, Jovanovich, 1984.
- Chace, James. *1912: Wilson, Roosevelt, Taft & Debs-- the election that changed the country*. New York: Simon & Schuster, 2004.
- Chickering, Roger, 1942-. *Imperial Germany and the Great War, 1914-1918*. Cambridge, U.K.; New York, NY: Cambridge University Press, 1998.
- Chua, Beng Huat. *Communitarian ideology and democracy in Singapore*. London; New York: Routledge, 1995.
- Crosland, Anthony, 1918-. *Socialism now and other essays*. London, Cape, 1974.
- D'Emilio, John. *Lost prophet*. Free Press, 2003.
- Donovan, Robert J. *Tumultuous years: the presidency of Harry S. Truman, 1949-1953*. Columbia: University of Missouri Press, 1996.
- Edinger, Lewis J. (Lewis Joachim), 1922-2008. *German exile politics; the Social Democratic Executive Committee in the Nazi era*. Berkeley, University of California Press, 1956.
- Esping-Andersen, G©ªsta, 1947-. *Politics against markets: the social democratic road to power*. Princeton, N.J.: Princeton University Press, 1985.
- Freeden, Michael. *Liberal languages: ideological imaginations and twentieth-century progressive thought*. Princeton, N.J.: Princeton University Press, 2005.

6 of 337

- Giddens, Anthony. *Beyond left and right: the future of radical politics*. Cambridge, UK: Polity Press, 1994.
- Giddens, Anthony. *The third way: the renewal of social democracy*. Malden, Mass.: Polity Press, 1998.
- Hain, Peter, 1950-. *Ayes to the left: a future for socialism*. London: Lawrence & Wishart, 1995.
- Harrington, Michael, 1928-1989. *Socialism: past and future*. New York: Arcade, 2011.
- Hastings, Adrian, et al. *The Oxford companion to Christian thought*. Oxford; New York: Oxford University Press, 2000.
- Kynaston, David. *Family Britain, 1951-57*. London; New York: Bloomsbury, 2009.
- Levy, David W., 1937-. *Herbert Croly of the New republic: the life and thought of an American progressive*. Princeton, N.J.: Princeton University Press, 1985.
- Mander, Jerry. *The capitalism papers: fatal flaws of an obsolete system*. Berkeley, CA: Counterpoint: Distributed by Publishers Group West, 2012.
- Megill, Kenneth A., 1939-. *The new democratic theory*. New York, Free Press, 1970.
- Morley, James William, 1921-, et al. *Driven by growth: political change in the Asia-Pacific region*. Armonk, N.Y.: M.E. Sharpe, 1993.
- None,. *Crisis and reform in socialist economies*. Boulder: Westview Press, 1987.
- O'Hara, Philip Anthony. *Encyclopedia of political economy*. London: Routledge, 1999.
- Pierson, Christopher. *Socialism after communism: the new market socialism*. University Park, Pa.: Pennsylvania State University Press, 1995.
- Roosevelt, Franklin D. (Franklin Delano), 1882-1945. *Great speeches*. Mineola, N.Y.: Dover Publications, 1999.
- Ryan, Alan. *John Dewey and the high tide of American liberalism*. New York: W.W. Norton, 1995.
- Sargent, Lyman Tower. *Contemporary political ideologies*. Wadsworth, 2009.
- Schorske, Carl E. *German social democracy, 1905-1917: the development of the great schism*. Cambridge, Mass.: Harvard University Press, 1983.
- Teeple, Gary. *Globalization and the decline of social reform: into the twenty-first century*. Aurora, Ontario: Garamond Press; Amherst, N.Y.: Humanity Books, 2000.
- Tomlinson, Jim. *Democratic socialism and economic policy: the Attlee years, 1945-1951*. Cambridge [England]; New York: Cambridge University Press, 1997.
- Van Oudenaren, John. *Détente in Europe: the Soviet Union and the West since 1953*. Durham: Duke University Press, 1991.
- Waldman, Louis, b. 1892. *Labor lawyer*. New York: E.P. Dutton, 1944.

## Joan of Arc

- Aberth, John, 1963-. *From the brink of the apocalypse: confronting famine, war, plague, and death in the later Middle Ages*. New York: Routledge, 2000.
- Allmand, C. T. *The hundred years war: England and France at war, c. 1300-c. 1450*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1988.
- Barker, Juliet R. V. *Conquest: the English kingdom of France, 1417-1450*. London: Little, Brown, 2009.
- Barstow, Anne Llewellyn. *Joan of Arc: heretic, mystic, shaman*. Lewiston: E. Mellen Press, 1986.
- Burne, Alfred Higgins, 1886-1959. *The Agincourt War: a military history of the latter part of the Hundred Years War from 1369 to 1453*. Ware, Hertfordshire: Wordsworth Editions, 1999.
- Castor, Helen. *Joan of Arc: a history*. New York, NY: Harper, 2015.
- Chenu, Bruno, 1942-. *The book of Christian martyrs*. New York: Crossroad, 1990.
- Conner, Susan P. (Susan Punzel), 1947-. *The age of Napoleon*. Westport, Conn.: Greenwood Press, 2004.
- Crane, Susan. *The performance of self: ritual, clothing, and identity during the Hundred Years War*. Philadelphia: University of Pennsylvania Press, 2002.
- Curry, Anne. *The Agincourt companion: a guide to the legendary battle and warfare in the medieval world*. London: Andre Deutsch, 2015.
- DeVries, Kelly, 1956-. *Joan of Arc: a military leader*. Stroud: Sutton, 1999.
- Donald, Graeme. *Lies, damned lies, and history: a catalogue of historical errors and misunderstandings*. Stroud: History Press, 2009.
- Dworkin, Andrea. *Intercourse*. New York: BasicBooks, 2007.

- Fraioli, Deborah A., 1942-. *Joan of Arc: the early debate*. Woodbridge, Suffolk, UK; Rochester, NY: Boydell Press, 2000.
- Fuller, J. F. C. (John Frederick Charles), 1878-1966. *A military history of the Western World*. New York, Funk & Wagnalls, 1954.
- Garber, Marjorie B.. *Vested interests*. HarperPerennial, 1993.
- Gies, Frances. *Joan of Arc: the legend and the reality*. New York: Harper & Row, 1981.
- Goldstone, Nancy Bazelon. *The maid and the queen: the secret history of Joan of Arc*. New York: Viking, 2012.
- Guillemin, Henri, 1903-1992. *Joan, Maid of Orleans*. New York: Saturday Review Press, 1973.
- Hobbins, Daniel, 1966-. *The trial of Joan of Arc*. Cambridge, Mass.: Harvard University Press, 2005.
- Huizinga, Johan, 1872-1945. *Men and ideas: history, the Middle Ages, the Renaissance; essays*. New York, Meridian Books, 1959.
- Lace, William W. *Hundred Years' War*. San Diego, Calif.: Lucent Books, 1994.
- Lightbody, Charles Wayland. *The judgements of Joan; Joan of Arc, a study in cultural history*. Cambridge, Harvard University Press, 1961.
- Lucie-Smith, Edward. *Joan of Arc*. London: Allen Lane, 1976.
- Megivern, James J. *The death penalty: an historical and theological survey*. New York: Paulist Press, 1997.
- Mock, Steven J., 1972. *Symbols of defeat in the construction of national identity*. Cambridge; New York: Cambridge University Press, 2011.
- Pernoud, Régine, 1909-1998. *The retrial of Joan of Arc: the evidence for her vindication*. San Francisco: Ignatius Press, 2007.
- Pernoud, Régine, 1909-1998. *Joan of Arc by herself and her witnesses*. New York, Stein and Day, 1966.
- Pernoud, Régine, 1909-1998, et al. *Joan of Arc: her story*. New York: St. Martin's Press, 1999.
- Rankin, Daniel. *The first biography of Joan of Arc, with the chronicle record of a contemporary account;*. Pittsburgh, Pittsburgh U.P., 1964.
- Richey, Stephen W. (Stephen Wesley), 1957-. *Joan of Arc: the warrior saint*. Westport, Conn.: Praeger, 2003.
- Russell, Jeffrey Burton. *Witchcraft in the Middle Ages. -*. Ithaca, N.Y.: Cornell University Press, 1972.
- Sackville-West, V. (Victoria), 1892-1962. *Saint Joan of Arc: born January 6th, 1412, burned as a heretic May 30th, 1431, canonised as a saint, May 16th, 1920. --*. London: Cobden-Sanderson, 1936.
- Seward, Desmond, 1935-. *The Hundred Years War: the English in France*. New York: Atheneum, 1982.
- Shaw, Bernard, 1856-1950. *Saint Joan*. Harlow: Longman, 1991.
- Sullivan, Karen. *The interrogation of Joan of Arc*. University of Minnesota Press, 1999.
- Tuchman, Barbara Wertheim. *A distant mirror: the calamitous 14th century*. New York: Knopf, 1978.
- Vale, M. G. A. (Malcolm Graham Allan). *Charles VII*. London: Eyre Methuen, 1974.
- Warner, Marina, 1946-. *Joan of Arc: the image of female heroism*. New York: Knopf, 1981.

## History of the United States

- Ahlstrom, Sydney E. *A religious history of the American people*. New Haven: Yale University Press, 1972.
- Alterman, Eric. *The cause*. Viking, 2012.
- Ambrose, Stephen E. *Undaunted courage: Meriwether Lewis, Thomas Jefferson, and the opening of the American West*. New York: Simon & Schuster, 1996.
- Andersen, Kristi. *After suffrage*. University of Chicago, 1996.
- Ayers, Edward L., 1953-. *The promise of the New South: life after Reconstruction*. New York: Oxford University Press, 1992.
- Banner, James M., 1935-. *To the Hartford Convention: the Federalists and the origins of party politics in Massachusetts, 1789-1815*. New York: Knopf, 1970.
- Black, Conrad. *Franklin Delano Roosevelt*. Public Affairs, 2003.
- Catton, Bruce, 1899-1978. *Army of the Potomac and Mr. Lincoln's army*. Garden City, NY: Doubleday, 1962.
- Coffman, Edward M. *The war to end all wars: the American military experience in World War I*. Lexington, Ky.: University Press of Kentucky, 1998.

8 of 337

- Cooper, John Milton. *Breaking the heart of the world*. Cambridge University Press, 2001.
- Derthick, Martha, et al. *The politics of deregulation*. Washington, D.C.: Brookings Institution, 1985.
- Dierenfield, Bruce J., 1951-. *The civil rights movement*. Harlow, England; New York: Pearson Longman, 2004.
- Dumenil, Lynn, 1950-. *The modern temper: American culture and society in the 1920s*. New York: Hill and Wang, 1995.
- Ferling, John E. *Independence: the struggle to set America free*. New York: Bloomsbury Press, 2011.
- Foner, Eric. *A short history of Reconstruction, 1863-1877*. Harper & Row, 1990.
- Gaddis, John Lewis. *The United States and the origins of the cold war, 1941-1947*. New York: Columbia University Press, 1972.
- Gates, Paul W. (Paul Wallace), 1901-1999. *Agriculture and the Civil War*. New York, Knopf, 1965.
- Hine, Robert V., 1921-, et al. *The American West: a new interpretive history*. New Haven, Conn.: Yale University Press, 2000.
- Huddleston, John, 1952-. *Killing ground: photographs of the Civil War and the changing American landscape*. Baltimore: Johns Hopkins University Press, 2002.
- Josephson, Matthew, 1899-1978. *The robber barons; the great American capitalists, 1861-1901*. New York, Harcourt, Brace and company, 1934.
- Kennedy, David M, et al. *The American pageant: a history of the Republic*. Boston: Houghton Mifflin Company, 2002.
- Kidd, Thomas S. *The great awakening: a brief history with documents*. Boston: Bedford/St. Martin's, 2008.
- Kolchin, Peter. *American slavery, 1619-1877*. New York: Hill and Wang, 1993.
- Langguth, A. J., 1933-2014. *Union 1812: the Americans who fought the Second War of Independence*. New York: Simon & Schuster, 2006.
- Lipset, Seymour Martin. *The first new nation: the United States in historical and comparative perspective*. New York: Norton, 1979.
- Mansbridge, Jane J. *Why we lost the ERA*. Chicago: University of Chicago Press, 1986.
- McDonald, Forrest. *The Presidency of George Washington*. Lawrence, University Press of Kansas, 1974.
- Prange, Gordon William, 1910-, et al. *At dawn we slept: the untold story of Pearl Harbor*. New York: McGraw-Hill, 1981.
- Rattner, Steven. *Overhaul: an insider's account of the Obama administration's emergency rescue of the auto industry*. Boston: Houghton Mifflin Harcourt, 2010.
- Riley, Glenda, 1938-. *Inventing the American woman: an inclusive history*. Wheeling, Ill.: Harlan Davidson, 2001.
- Rossiter, Clinton Lawrence, 1917-1970. *Seedtime of the Republic: the origin of the American tradition of political liberty. --*. New York: Harcourt, Brace, 1953.
- Sanger, David E.. *Confront and conceal*. Crown Publishers, 2012.
- Schneider, Gregory L., 1965-. *The conservative century: from reaction to revolution*. Lanham, Md.: Rowman & Littlefield Publishers, 2009.
- Smith, Jean Edward. *John Marshall: definer of a nation*. New York: H. Holt & Co., 1998.
- Spector, Ronald H., 1943-. *Eagle against the sun: the American war with Japan*. New York: Vintage Books, 1985.
- Stagg, J. C. A. (John Charles Anderson), 1945-. *Mr. Madison's war: politics, diplomacy, and warfare in the early American republic, 1783-1830*. Princeton, N.J.: Princeton University Press, 1983.
- Wilentz, Sean. *The age of Reagan*. Harper, 2008.
- Zophy, Angela Marie Howard, 1945-, et al. *Handbook of American women's history*. New York: Garland Pub., 1990.

## Clarissa Eden

- Aitken, Jonathan, 1942- author. *Margaret Thatcher: power and personality*. New York: Bloomsbury, 2013.
- Augarde, Tony. *The Oxford dictionary of modern quotations*. Oxford [England]; New York: Oxford University Press, 1991.

- BOOTH, CHERIE. *GOLDFISH BOWL: MARRIED TO THE PRIME MINISTER, 1955-1997.*. CHATTO & WINDUS, 2004.
- Baston, Lewis. *Reggie: the life of Reginald Maudling*. Thrupp: Sutton, 2004.
- Benn, Tony, 1925-2014. *Years of hope: diaries, papers and letters 1940-62*. London: Arrow, 1995.
- Bennett, Daphne. *Margot: a life of the Countess of Oxford and Asquith*. New York: F. Watts, 1985.
- Campbell, Alastair. *The Blair years: extracts from the Alastair Campbell diaries*. London: Hutchinson, 2007.
- Campbell, John. *F.E. Smith, First Earl of Birkenhead*. London: J. Cape, 1983.
- Cannadine, David. *Aspects of aristocracy*. Yale University Press, 1994.
- Cannadine, David, 1950-. *In Churchill's shadow: confronting the past in modern Britain*. New York: Oxford University Press, 2003.
- Colville, John Rupert, Sir. *The fringes of power: 10 Downing Street diaries, 1939-1955*. New York: Norton, 1985.
- Cooper, Diana, 1892-1986. *Darling Monster: the letters of Lady Diana Cooper to son John Julius Norwich, 1939-1952*. New York, NY: The Overlook Press, 2014.
- Davenport-Hines, R. P. T. (Richard Peter Treadwell), 1953- author. *An English affair: sex, class and power in the age of Profumo*. London: HarperPress, 2013.
- Devonshire, Deborah Vivien Freeman-Mitford Cavendish, Duchess of, 1920-. *Wait for me!: memoirs*. New York: Farrar, Straus and Giroux, 2010.
- Eden, Anthony, Earl of Avon, 1897-1977. *Full circle: the memoirs of the Rt. Hon. Sir Anthony Eden*. London: Cassell, 1960.
- Eden, Clarissa. *Clarissa Eden: a memoir: from Churchill to Eden*. London: Weidenfeld & Nicolson, 2007.
- Gilbert, Martin, 1936-2015. *Finest hour: Winston S. Churchill, 1939-1941*. London: Heinemann, 1984.
- Heath, Edward, author. *The course of my life: my autobiography*. London: Hodder & Stoughton, 1998.
- Horne, Alistair. *Harold Macmillan*. New York, N.Y., U.S.A.: Viking, 1989.
- Horne, Alistair. *Harold Macmillan*. New York, N.Y., U.S.A.: Viking, 1989.
- Hurd, Douglas, 1930-. *Choose your weapons: the British Foreign Secretary: 200 years of argument, success and failure*. London: Weidenfeld & Nicolson, 2010.
- James, Robert Rhodes, 1933-. *Anthony Eden*. London: Weidenfeld and Nicolson, 1986.
- Khrushchev, Nikita Sergeevich, 1894-1971, et al. *Khrushchev remembers*. New York, Bantam Books, 1971.
- Nutting, Anthony. *No end of a lesson; the story of Suez*. New York, C. N. Potter, 1967.
- Parker, Matthew, author. *Goldeneye: where Bond was born: Ian Fleming's Jamaica*. London: Hutchinson, 2014.
- Pearson, John, 1930-. *The life of Ian Fleming*. New York, McGraw-Hill, 1966.
- Rankin, Nicholas, 1950-. *Ian Fleming's commandos: the story of 30 Assault Unit in WWII*. London: Faber, 2011.
- Roberts, Andrew. *Eminent Churchillians*. Phoenix, 1995.
- Roberts, Andrew, 1963-. *Masters and commanders: how four titans won the war in the west, 1941-1945*. New York: Harper, 2009.
- Seldon, Anthony. *Brown at 10*. London: Biteback, 2010.
- Thompson, Laura, 1964-. *Life in a cold climate: Nancy Mitford: a portrait of a contradictory woman*. London: Review, 2003.
- Thorpe, D. R., 1943-. *Eden: the life and times of Anthony Eden, first Earl of Avon, 1897-1977*. London: Pimlico, 2004.
- Townsend, Peter, 1914-. *Time and chance: an autobiography*. London: Collins, 1978.
- Tynan, Kenneth, 1927-1980. *The diaries of Kenneth Tynan*. New York: Bloomsbury, 2001.
- Von Tunzelmann, Alex, 1977-. *Red heat: conspiracy, murder, and the Cold War in the Caribbean*. New York: Henry Holt and Co., 2011.
- Wilson, A. N., 1950-. *Betjeman*. London: Arrow, 2007.
- Wyatt, Woodrow, 1918-1997. *The journals of Woodrow Wyatt*. London: Macmillan, 1998.
- Ziegler, Philip.. *King Edward VIII*. Knopf, 1991.

## Islam

- Ahmed, Akbar S. *Islam today: a short introduction to the muslim world*. London; New York: I.B. Tauris Publishers, 2008.
- Akyol, Mustafa, 1972-. *Islam without extremes: a Muslim case for liberty*. New York, NY: W.W. Norton, 2011.
- Arberry, A. J. (Arthur John), 1905-1969. *The Koran interpreted: a translation*. New York, N.Y.: Simon & Schuster, 1996.
- Books, Bantam. *The Guinness book of world records, 1998*. New York: Bantam Books, 1998.
- Bowker, John, 1935-. *The concise Oxford dictionary of world religions [electronic resource]*. [Oxford]: Oxford University Press, 2000.
- Curtis, Patricia A. *Guide to food laws and regulations*. Ames, Iowa: Blackwell Pub., 2005.
- Eaton, Gai, 1921-2010. *Remembering God: reflections on Islam*. Cambridge: Islamic Texts Society, 2000.
- Esposito, John L. *Islam: the straight path*. New York; Oxford: Oxford University Press, 1998.
- Esposito, John L. *Islam: the straight path*. New York: Oxford University Press, 2005.
- Esposito, John L. *The Oxford history of Islam*. Oxford; New York: Oxford University Press, 1999.
- Farah, Caesar E. *Islam*. Barron's, 2003.
- Glassé, Cyril. *The new encyclopedia of Islam*. Walnut Creek, CA: AltaMira Press, 2001.
- Goldschmidt, Arthur, 1938-. *A concise history of the Middle East*. Boulder, Colo.: Westview Press, 2006.
- Haddad, Yvonne Yazbeck, 1935-, et al. *Muslims on the Americanization path? [electronic resource]*. New York: Oxford University Press, 2000.
- Hourani, Albert, 1915-1993. *A history of the Arab peoples*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2002.
- Lewis, Bernard. *Islam*. Wharton School Pub., 2009.
- Lewis, Bernard. *Islam and the West*. Oxford University Press, 1993.
- Lewis, Bernard, 1916-. *Cultures in conflict: Christians, Muslims, and Jews in the age of discovery*. New York: Oxford University Press, 1995.
- Lewis, Bernard, 1916-. *Islam in history: ideas, people, and events in the Middle East*. Chicago: Open Court, 1993.
- Lewis, Bernard, 1916-. *The crisis of Islam: holy war and unholy terror*. New York: Random House Trade Paperbacks, 2004.
- Lewis, Bernard, 1916-. *What went wrong?: the clash between Islam and modernity in the Middle East*. New York: Perennial, 2003.
- Lewis, Bernard, 1916-2018. *The Middle East: a brief history of the last 2,000 years*. New York, NY: Simon & Schuster, 1997.
- NEWBY, GORDON DARNELL. *CONCISE ENCYCLOPEDIA OF ISLAM*. OXFORD ONEWORLD, 2002.
- Nasr, Seyyed Hossein. *An introduction to Islamic cosmological doctrines: conceptions of nature and methods used for its study by the Ikhwān al-Ṣafāʾ, al-Bīrūnī, and Ibn Sīnā*. Albany: State University of New York Press, 1993.
- None,. *The Political role of minority groups in the Middle East*. New York: Praeger, 1979.
- Peters, F. E. (Francis E.). *Islam, a guide for Jews and Christians*. Princeton, NJ: Princeton University Press, 2003.
- Rippin, Andrew, 1950-2016. *Muslims: their religious beliefs and practices*. London; New York: Routledge, 2001.
- Salamone, Frank A. *Encyclopedia of religious rites, rituals, and festivals*. New York: Routledge, 2004.
- Sharma, Arvind. *Our religions*. San Francisco, CA: Harper Collins, 1995.
- Stefon, Matt. *Islamic beliefs and practices*. New York, NY: Britannica Educational Pub. in association with Rosen Educational Services, 2010.
- Teece, Geoff. *Islam*. London: Franklin Watts, 2003.
- Watt, W. Montgomery. *Muhammad: prophet and statesman*. Oxford University Press, 1977.
- name, Bad author - no. *The Oxford dictionary of Islam*. Oxford University Press, 2003.

## Peter Chrisp

- Balkwill, Richard. *Exploring ancient civilizations*. New York: Marshall Cavendish, 2004.

- Chrisp, Peter. *A Greek theatre*. Hove: Wayland, 2000.
- Chrisp, Peter. *A Victorian kitchen*. Oxford: Heinemann, 1997.
- Chrisp, Peter. *A Victorian school*. Oxford: Heinemann, 1997.
- Chrisp, Peter. *Ancient Greece*. London; New York: DK, 2006.
- Chrisp, Peter. *Ancient Greece: revealed*. London; New York: DK Pub., 2003.
- Chrisp, Peter. *Ancient Rome*. Chicago, Ill.: Raintree, 2005.
- Chrisp, Peter. *Clothes*. Hove: Wayland, 1994.
- Chrisp, Peter. *History makers of the Middle Ages*. Hove: Wayland, 1994.
- Chrisp, Peter. *History of toys and games*. Hove: Wayland, 1996.
- Chrisp, Peter. *Invaders*. London: BBC Educational, 1997.
- Chrisp, Peter. *Kennedy*. London: Hodder Wayland, 2002.
- Chrisp, Peter. *Mesopotamia*. London: Franklin Watts, 2004.
- Chrisp, Peter. *On the trail of the Victorians in Britain*. New York; London: Watts, 1999.
- Chrisp, Peter. *On the trail of the Vikings in Britain*. New York; London: Watts, 1999.
- Chrisp, Peter. *Pirates*. London: Kingfisher, 2011.
- Chrisp, Peter. *Prehistory*. New York, N.Y.: DK Pub., 2008.
- Chrisp, Peter. *Pyramid*. New York: DK Pub., 2006.
- Chrisp, Peter. *Stalin*. London: Hodder Wayland, 2002.
- Chrisp, Peter. *The Maya*. Hove: Wayland, 1994.
- Chrisp, Peter. *The Norman conquest*. Hove: Wayland, 1996.
- Chrisp, Peter. *The Parthenon*. Hove: Wayland, 1997.
- Chrisp, Peter. *The Romans*. London: Two-Can, 1993.
- Chrisp, Peter. *The Vikings*. London: Belitha, 2003.
- Chrisp, Peter. *The crusades*. Wayland, 1992.
- Chrisp, Peter. *The illustrated world of the Tudors*. London: Hodder Wayland, 2001.
- Chrisp, Peter. *The most brilliant boldly going book of exploration ever by the Brainwaves*. London; New York, N.Y.: DK Publishing, 2010.
- Chrisp, Peter. *The search for the East*. Wayland, 1993.
- Chrisp, Peter. *Victorian crime*. London: Hodder Wayland, 2002.
- Chrisp, Peter. *Vikings*. London: Two-Can, 1998.
- Chrisp, Peter. *Warfare*. London: Hodder Wayland, 2004.
- Chrisp, Peter. *Welcome to the Globe: the story of Shakespeare's theater*. New York: Dorling Kindersley Pub., 2000.
- Chrisp, Peter, et al. *Christopher Columbus: explorer of the new world*. New York: Dorling Kindersley Pub., 2001.
- Mack, Lorrie. *Ancient Rome*. New York, N.Y.: DK, 2009.
- None,. *Explorers and exploration*. New York: Marshall Cavendish, 2005.

## Martin Luther King Jr.

- Abernathy, Ralph, 1926-. *And the walls came tumbling down: an autobiography*. New York: Harper & Row, 1989.
- Ansbro, John J. *Martin Luther King, Jr.: the making of a mind*. Maryknoll, N.Y.: Orbis Books, 1982.
- Arsenault, Raymond. *Freedom riders: 1961 and the struggle for racial justice*. Oxford; New York: Oxford University Press, 2006.
- Baldwin, Lewis V., 1949-. *The voice of conscience: the church in the mind of Martin Luther King, Jr.*. Oxford; New York: Oxford University Press, 2010.
- Branch, Taylor. *At Canaan's edge: America in the King years, 1965-68*. New York: Simon & Schuster, 2006.
- Branch, Taylor. *Pillar of fire: America in the King years, 1963-65*. New York, NY: Simon & Schuster, 1998.
- Cashman, Sean Dennis. *African-Americans and the quest for civil rights, 1900-1990*. New York: New York University Press, 1991.
- Dyson, Michael Eric. *April 4, 1968*. Basic Civitas Books, 2008.

- Fleming, Alice, 1928-. *Martin Luther King, Jr.: a dream of hope*. New York: Sterling, 2008.
- Frank, Gerold, 1907-. *An American death; the true story of the assassination of Dr. Martin Luther King, Jr. and the greatest manhunt of our time*. Garden City, N.Y., Doubleday, 1972.
- Garner, Joe. *We Interrupt This Broadcast*. Sourcebooks Mediafusion, 2002.
- Garrow, David J., 1953-. *Bearing the cross: Martin Luther King, Jr., and the Southern Christian Leadership Conference*. New York: W. Morrow, 1986.
- Garrow, David J., 1953- author. *The FBI and Martin Luther King, Jr.*. New York: Penguin Books, 1983.
- Hatch, Jane M, et al. *The American book of days*. New York: Wilson, 1978.
- Hersh, Burton. *Bobby and J. Edgar*. Carroll & Graf, 2007.
- Honey, Michael K.. *Going down Jericho Road*. W.W. Norton & Co., 2007.
- Isserman, Maurice. *The other American: the life of Michael Harrington*. New York: PublicAffairs, 2000.
- King, Coretta Scott. *My life with Martin Luther King, Jr.*. H. Holt, 1993.
- King, Martin Luther, Jr., 1929-1968, et al. *The autobiography of Martin Luther King, Jr.* New York: Intellectual Properties Management in association with Warner Books, 1998.
- Kotz, Nick. *Judgment days: Lyndon Baines Johnson, Martin Luther King, Jr., and the laws that changed America*. Boston: Houghton Mifflin, 2005.
- Ling, Peter J.. *Martin Luther King, Jr.*. Routledge, 2002.
- Manheimer, Ann S. *Martin Luther King Jr.: dreaming of equality*. Minneapolis: Carolrhoda Books, 2005.
- Marable, Manning, 1950-2011, et al. *Let nobody turn us around: voices of resistance, reform, and renewal: an African American anthology*. Lanham [Md.]: Rowman & Littlefield, 2000.
- Martin Luther King, Jr.. *A testament of hope*. HarperSanFrancisco, 1994.
- McKnight, Gerald. *The last crusade: Martin Luther King, Jr., the FBI, and the Poor People's Campaign*. Boulder, Colo.: Westview Press, 1998.
- McWhorter, Diane. *Carry me home: Birmingham, Alabama, the climactic battle of the civil rights revolution*. New York: Simon & Schuster, 2001.
- Oates, Stephen B. *Let the trumpet sound: the life of Martin Luther King, Jr.*. New York: New American Library, 1983.
- Pierce, Alan, 1966-. *The assassination of Martin Luther King, Jr.*. Edina, Minn.: Abdo Daughters, 2005.
- Risen, Clay. *A nation on fire*. John Wiley & Sons, 2009.
- Smith, Robert C. (Robert Charles), 1947-. *Contemporary controversies and the American racial divide*. Lanham, Md.: Rowman & Littlefield, 2000.
- Wannall, Ray. *The real J. Edgar Hoover: for the record*. Paducah, Ky.: Turner Pub., 2000.

## Grant MacEwan

- MacEwan, Grant, 1902-. *And mighty women too: stories of notable western Canadian women*. Saskatoon, Sask.: Western Producer Prairie Books, 1975.
- MacEwan, Grant, 1902-. *Between the Red and the Rockies*. [Toronto] University of Toronto Press, 1952.
- MacEwan, Grant, 1902-. *Grant MacEwan's Illustrated history of western Canadian agriculture*. Saskatoon, Sask.: Western Producer Prairie Books, 1980.
- MacEwan, Grant, 1902-. *Marie Anne: the frontier adventures of Marie Anne Lagimodière*. Saskatoon, Sask.: Western Producer Prairie Books, 1984.
- MacEwan, Grant, 1902-, et al. *Grant MacEwan's journals*. Edmonton, Alta.: Lone Pine Pub., 1986.
- MacEwan, Grant, 1902-2000. *100 years of smoke, sweat and tears*. Calgary, Alta.: Calgary Fire Dept., 1984.
- MacEwan, Grant, 1902-2000. *A century of Grant MacEwan: selected writings*. Calgary: Brindle & Glass Pub., 2002.
- MacEwan, Grant, 1902-2000. *Agriculture on parade: the story of the fairs and exhibitions of western Canada*. Toronto: T. Nelson, 1950.
- MacEwan, Grant, 1902-2000. *Alberta landscapes*. Saskatoon, Sask.: Western Producer Prairie Books, 1982.
- MacEwan, Grant, 1902-2000. *Between the Red and the Rockies*. [Toronto] University of Toronto Press, 1952.

13 of 337

- MacEwan, Grant, 1902-2000. *Blazing the old cattle trail*. Saskatoon: Western Producer Prairie Books,$[1969,c1962], 1969.
- MacEwan, Grant, 1902-2000. *Calgary cavalcade; from fort to fortune*. Edmonton, Institute of Applied Art, 1958.
- MacEwan, Grant, 1902-2000. *Charles Noble, guardian of the soil*. Saskatoon, Saskatchewan: Western Producer Prairie Books, 1983.
- MacEwan, Grant, 1902-2000. *Colonel James Walker: man of the western frontier*. Saskatoon: Western Producer Prairie Books, 1989.
- MacEwan, Grant, 1902-2000. *Coyote music and other humorous tales of the early West*. Calgary: Rocky Mountain Books, 1993.
- MacEwan, Grant, 1902-2000. *Eye Opener Bob: the story of Bob Edwards*. [Calgary, Alta.]: Brindle & Glass, 2004.
- MacEwan, Grant, 1902-2000. *Eye opener Bob: the story of Bob Edwards*. Edmonton, Alta.: Institute of Applied Art, 1957.
- MacEwan, Grant, 1902-2000. *Fifty mighty men*. Saskatoon: Western Producer Prairie Books, 1975.
- MacEwan, Grant, 1902-2000. *Fifty mighty men*. Saskatoon, Saskatchewan: Western Producer Prairie Books, 1982.
- MacEwan, Grant, 1902-2000. *Fifty mighty men*. Vancouver [B.C.]: Greystone Books, 1995.
- MacEwan, Grant, 1902-2000. *French in the West = Les Franco-Canadiens dans l'Ouest*. Saint-Boniface, Man.: Éditions des Plaines, 1984.
- MacEwan, Grant, 1902-2000. *Grant MacEwan's West: sketches from the past*. Saskatoon: Western Producer Prairie Books, 1990.
- MacEwan, Grant, 1902-2000. *John Ware's cow country*. Saskatoon: Western Producer Prairie Books, 1976.
- MacEwan, Grant, 1902-2000. *Pat Burns, cattle king*. Saskatoon: Western Producer Prairie Books, 1979.
- MacEwan, Grant, 1902-2000. *Poking into politics. --*. Edmonton: Institute of Applied Art, 1966.
- MacEwan, Grant, 1902-2000. *Portraits from the plains*. Toronto, New York, McGraw-Hill Co. of Canada, 1971.
- MacEwan, Grant, 1902-2000. *Sitting Bull; the years in Canada*. Edmonton [Alta.] Hurtig Publishers, 1973.
- MacEwan, Grant, 1902-2000. *Tatanga Mani: Walking Buffalo of the Stonies*. Edmonton, Alta., M. G. Hurtig, 1969.
- MacEwan, Grant, 1902-2000. *The battle for the bay*. Saskatoon, Sask.: Western Producer Book Service, 1975.
- MacEwan, Grant, 1902-2000. *The best of Grant MacEwan*. Saskatoon: Western Producer Prairie Books, 1982.
- MacEwan, Grant, 1902-2000. *The science and practice of Canadian animal husbandry*. Toronto, T. Nelson, 1945.
- MacEwan, Grant, 1902-2000. *The sodbusters*. Toronto: Nelson, 1948.
- MacEwan, Grant, 1902-2000. *Watershed: reflections on water*. Edmonton: NeWest Press, 2000.
- MacEwan, Grant, 1902-2000. *Wildhorse Jack: the legend of Jack Morton*. Saskatoon: Western Producer Prairie Books, 1983.
- Macdonald, R. H., 1915-. *Grant MacEwan: no ordinary man*. Saskatoon: Western Producer Prairie Books, 1979.

## Democratic socialism

- Berman, Sheri, *The social democratic moment*. Harvard University Press, 1998.
- Carr, Edward Hallett, 1892-. *The Bolshevik Revolution, 1917-1923*. New York: W.W. Norton, 1985.
- Coker, Jeffrey W. *Confronting American labor: the New Left dilemma*. Columbia: University of Missouri Press, 2002.
- Cole, Margaret, 1893-1980, author,Rogers D. Spotswood Collection. TxSaTAM. *The story of Fabian socialism*. Stanford, Calif.: Stanford University Press, 1961.
- Crick, Michael. *The march of Militant*. London; Boston: Faber and Faber, 1986.

- Dearlove, John. *Introduction to British politics*. Malden, MA: Blackwell Publishers, 2000.
- Esping-Andersen, G©sta, 1947-. *Politics against markets: the social democratic road to power*. Princeton, N.J.: Princeton University Press, 1985.
- Goodin, Robert E, et al. *A Companion to contemporary political philosophy*. Oxford, UK; Cambridge, Mass.: Blackwell, 1993.
- Hain, Peter, 1950-. *Ayes to the left: a future for socialism*. London: Lawrence & Wishart, 1995.
- Harrington, Michael, 1928-1989. *Socialism: past and future*. New York: Arcade, 2011.
- Harrington, Michael, 1928-1989. *Socialism: past and future*. New York: Arcade, 1989.
- Hastings, Adrian, et al. *The Oxford companion to Christian thought*. Oxford; New York: Oxford University Press, 2000.
- Healey, Dorothy, et al. *Dorothy Healey remembers: a life in the American communist party*. New York: Oxford University Press, 1990.
- Isserman, Maurice. *The other American: the life of Michael Harrington*. New York: PublicAffairs, 2000.
- Kindersley, Richard. *In search of Eurocommunism*. New York: St. Martin's Press, 1981.
- Klein, Naomi, 1970-. *The shock doctrine: the rise of disaster capitalism*. New York: Picador, 2008.
- Laclau, Ernesto, 1935-2014. *Hegemony and socialist strategy: towards a radical democratic politics*. London: Verso, 1985.
- McBrien, Richard P. *Catholicism*. [San Francisco, Calif.]: HarperSanFrancisco, 1994.
- Megill, Kenneth A., 1939-. *The new democratic theory*. New York, Free Press, 1970.
- Morley, James William, 1921-, et al. *Driven by growth: political change in the Asia-Pacific region*. Armonk, N.Y.: M.E. Sharpe, 1993.
- O'Rourke, William. *Signs of the literary times: essays, reviews, profiles, 1970-1992*. Albany: State University of New York Press, 1993.
- Peterson, D. J. *Troubled lands: the legacy of Soviet environmental destruction*. Boulder: Westview Press, 1993.
- Pierson, Christopher. *Socialism after communism: the new market socialism*. University Park, Pa.: Pennsylvania State University Press, 1995.
- Sargent, Lyman Tower. *Contemporary political ideologies*. Wadsworth, 2009.
- Schumpeter, Joseph A., 1883-1950. *Capitalism, socialism, and democracy*. New York, Harper, 1950.
- Shafer, Byron E. *Present discontents: American politics in the very late twentieth century*. Chatham, N.J.: Chatham House Publishers, 1997.
- Teeple, Gary. *Globalization and the decline of social reform: into the twenty-first century*. Aurora, Ontario: Garamond Press; Amherst, N.Y.: Humanity Books, 2000.
- Thompson, E. P. (Edward Palmer), 1924-. *The making of the English working class. --*. London: Gollancz, 1963.
- Webb, Sidney, 1859-1947. *Soviet communism: a new civilization?*. London: Longmans, 1935.

## History of democratic socialism

- Berman, Sheri. *The social democratic moment*. Harvard University Press, 1998.
- Carr, Edward Hallett, 1892-. *The Bolshevik Revolution, 1917-1923*. New York: W.W. Norton, 1985.
- Coker, Jeffrey W. *Confronting American labor: the New Left dilemma*. Columbia: University of Missouri Press, 2002.
- Cole, Margaret, 1893-1980, author,Rogers D. Spotswood Collection. TxSaTAM. *The story of Fabian socialism*. Stanford, Calif.: Stanford University Press, 1961.
- Crick, Michael. *The march of Militant*. London; Boston: Faber and Faber, 1986.
- Dearlove, John. *Introduction to British politics*. Malden, MA: Blackwell Publishers, 2000.
- Esping-Andersen, G©sta, 1947-. *Politics against markets: the social democratic road to power*. Princeton, N.J.: Princeton University Press, 1985.
- Goodin, Robert E, et al. *A Companion to contemporary political philosophy*. Oxford, UK; Cambridge, Mass.: Blackwell, 1993.
- Hain, Peter, 1950-. *Ayes to the left: a future for socialism*. London: Lawrence & Wishart, 1995.
- Harrington, Michael, 1928-1989. *Socialism: past and future*. New York: Arcade, 2011.
- Harrington, Michael, 1928-1989. *Socialism: past and future*. New York: Arcade, 1989.

- Hastings, Adrian, et al. *The Oxford companion to Christian thought*. Oxford; New York: Oxford University Press, 2000.
- Healey, Dorothy, et al. *Dorothy Healey remembers: a life in the American communist party*. New York: Oxford University Press, 1990.
- Isserman, Maurice. *The other American: the life of Michael Harrington*. New York: PublicAffairs, 2000.
- Kindersley, Richard. *In search of Eurocommunism*. New York: St. Martin's Press, 1981.
- Klein, Naomi, 1970-. *The shock doctrine: the rise of disaster capitalism*. New York: Picador, 2008.
- Laclau, Ernesto, 1935-2014. *Hegemony and socialist strategy: towards a radical democratic politics*. London: Verso, 1985.
- McBrien, Richard P. *Catholicism*. [San Francisco, Calif.]: HarperSanFrancisco, 1994.
- Megill, Kenneth A., 1939-. *The new democratic theory*. New York, Free Press, 1970.
- Morley, James William, 1921-, et al. *Driven by growth: political change in the Asia-Pacific region*. Armonk, N.Y.: M.E. Sharpe, 1993.
- O'Rourke, William. *Signs of the literary times: essays, reviews, profiles, 1970-1992*. Albany: State University of New York Press, 1993.
- Peterson, D. J. *Troubled lands: the legacy of Soviet environmental destruction*. Boulder: Westview Press, 1993.
- Pierson, Christopher. *Socialism after communism: the new market socialism*. University Park, Pa.: Pennsylvania State University Press, 1995.
- Sargent, Lyman Tower. *Contemporary political ideologies*. Wadsworth, 2009.
- Schumpeter, Joseph A., 1883-1950. *Capitalism, socialism, and democracy*. New York, Harper, 1950.
- Shafer, Byron E. *Present discontents: American politics in the very late twentieth century*. Chatham, N.J.: Chatham House Publishers, 1997.
- Teeple, Gary. *Globalization and the decline of social reform: into the twenty-first century*. Aurora, Ontario: Garamond Press; Amherst, N.Y.: Humanity Books, 2000.
- Thompson, E. P. (Edward Palmer), 1924-. *The making of the English working class. --*. London: Gollancz, 1963.
- Webb, Sidney, 1859-1947. *Soviet communism: a new civilization?*. London: Longmans, 1935.

## Responsibility for the Holocaust

- Alexy, Trudi. *The mezuzah in the Madonna's foot: oral histories exploring five hundred years in the paradoxical relationship of Spain and the Jews*. New York: Simon & Schuster, 1993.
- Altshuler, David A, et al. *Hitler's war against the Jews: a young reader's version of The war against the Jews, 1933-1945, by Lucy S. Dawidowicz*. New York: Behrman House, 1978.
- Arendt, Hannah, 1906-1975. *The origins of totalitarianism*. San Diego: Harcourt Brace Jovanovich, 1979.
- Bauer, Yehuda, et al. *A history of the holocaust*. New York: F. Watts, 1982.
- Browning, Christopher R, et al. *The path to genocide: essays on launching the final solution*. Cambridge; New York, NY, USA: Cambridge University Press, 1992.
- Browning, Christopher R.. *The origins of the Final Solution*. University of Nebraska Press, 2004.
- Burleigh, Michael, 1955-. *The Third Reich: a new history*. London: Macmillan; New York: Hill and Wang, 2000.
- Burleigh, Michael, et al. *The racial state: Germany 1933-1945*. Cambridge [England]; New York: Cambridge University Press, 1991.
- Cockburn, Alexander, et al. *Whiteout: the CIA, drugs, and the press*. London; New York: Verso, 1998.
- Confino, Alon. *Foundational pasts: the Holocaust and historical understanding*. Cambridge; New York: Cambridge University Press, 2012.
- Dawidowicz, Lucy S. *The war against the Jews, 1933-1945*. New York: Holt, Rinehart and Winston, 1975.
- Dwork, Deborah, et al. *Holocaust: a history*. New York: Norton, 2002.
- Feig, Konnilyn G. *Hitler's death camps: the sanity of madness*. New York; London: Holmes & Meier, 1979.
- Fritzsche, Peter, 1959-. *Life and death in the Third Reich*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2008.

- Gilbert, Martin, 1936-2015. *The Holocaust: a history of the Jews of Europe during the Second World War*. New York: Holt, Rinehart, and Winston, 1986.
- Gordon, Sarah Ann. *Hitler, Germans, and the "Jewish question"*. Princeton, N.J.: Princeton University Press, 1984.
- Hilberg, Raul, 1926-. *The destruction of the European Jews*. New York: Holmes & Meier, 1985.
- Hildebrand, Klaus. *The Third Reich*. London; Boston: Allen & Unwin, 1984.
- Hoffmann, Peter, 1930-. *The history of the German resistance, 1933-1945*. Cambridge, Mass.: MIT Press, 1977.
- Johnson, Eric A.. *What we knew*. Basic Books, 2005.
- Johnson, Paul, 1928-. *A history of the Jews*. New York: Perennial Library, 1988.
- Judt, Tony. *Postwar*. Penguin Press, 2005.
- Lifton, Robert Jay, 1926-. *The Nazi doctors: medical killing and the psychology of genocide*. New York: Basic Books, 1986.
- Mazower, Mark. *Inside Hitler's Greece: the experience of occupation, 1941-44*. New Haven [Conn.]: Yale University Press, 2001.
- Museum, United States Holocaust Memorial. *Historical atlas of the Holocaust*. New York: MacMillan Pub., 1996.
- Piotrowski, Tadeusz. *Poland's holocaust*. McFarland, 1998.
- Proctor, Robert, 1954-, et al. *Racial hygiene: medicine under the Nazis*. Cambridge, Mass.: Harvard University Press, 1988.
- Spector, Shmuel, et al. *Encyclopedia of the Holocaust*. New York: Facts on File, 2000.
- Stein, George H., 1934-. *The Waffen SS: Hitler's elite guard at war, 1939-1945*. Ithaca, N.Y.: Cornell University Press, 1984.
- Tec, Nechama. *When light pierced the darkness: Christian rescue of Jews in Nazi-occupied Poland*. New York: Oxford University Press, 1986.
- Waite, Robert G. L.. *The psychopathic god*. Da Capo Press, 1993.
- Wistrich, Robert S., 1945-2015. *Hitler and the Holocaust*. New York: Modern Library, 2001.
- Yahil, Leni. *The Holocaust: the fate of European Jewry, 1932-1945*. New York: Oxford University Press, 1990.
- Zolling, Hermann, 1924-, et al. *The general was a spy; the truth about General Gehlen and his spy ring*. New York, Coward, McCann & Geoghegan, 1972.

## Vietnam War

- Anderson, David L., 1946-. *The Columbia guide to the Vietnam War*. New York: Columbia University Press, 2002.
- Barry, Kathleen. *The prostitution of sexuality*. New York: New York University Press, 1995.
- Berman, Larry. *Lyndon Johnson's war: the road to stalemate in Vietnam*. New York; London: Norton, 1989.
- Cooper, Chester L. *The lost crusade; America in Vietnam*. New York, Dodd, Mead, 1970.
- Doyle, Edward, 1949-, et al. *A collision of cultures*. Boston, MA: Boston Pub. Co., 1984.
- Eisenhower, Dwight D. (Dwight David), 1890-1969. *Mandate for change, 1953-1956; The White House years*. Garden City, N.Y., Doubleday, 1963.
- Gibson, James William. *The perfect war: technowar in Vietnam*. Boston: Atlantic Monthly Press, 1986.
- Holm, Jeanne, 1921-2010. *Women in the military: an unfinished revolution*. Novato, CA: Presidio Press, 1992.
- Karnow, Stanley. *In our image: America's empire in the Philippines*. New York: Ballantine Books, 1990.
- Keyes, Ralph. *The quote verifier*. St. Martin's Press, 2006.
- Khong, Yuen Foong. *Analogies at war*. Princeton University Press, 1992.
- Kiernan, Ben. *Genocide and democracy in Cambodia: the Khmer Rouge, the United Nations, and the international community*. New Haven, Conn.: Yale University Southeast Asia Studies, 1993.
- Kiernan, Ben. *How Pol Pot came to power*. Yale University Press, 2004.
- Kolko, Gabriel. *Anatomy of a war: Vietnam, the United States, and the modern historical experience*. New York: Pantheon Books, 1985.

- Lewy, Guenter, 1923-. *America in Vietnam*. Oxford; Toronto: Oxford University Press, 1980.
- Maraniss, David. *They marched into sunlight: war and peace, Vietnam and America, October 1967*. New York: Simon & Schuster, 2003.
- McNamara, Robert S., 1916-2009, et al. *Argument without end: in search of answers to the Vietnam tragedy*. New York: Public Affairs, 1999.
- Moise, Edwin E., 1946-. *Tonkin Gulf and the escalation of the Vietnam War*. Chapel Hill: University of North Carolina Press, 1996.
- Moïse, Edwin E., 1946-. *Historical dictionary of the Vietnam War*. Lanham, Md.: Scarecrow Press, 2001.
- Murti, Bhaskarla Surya Narayana. *Vietnam divided; the unfinished struggle*. New York, Asia Pub. House, 1964.
- Nelson, Deborah. *The war behind me*. Basic Books, 2008.
- Palmer, Dave Richard, 1934-. *Summons of the trumpet: U.S.-Vietnam in perspective*. San Rafael, Calif.: Presidio Press, 1978.
- Pike, Douglas, 1924-2002. *PAVN: People's Army of Vietnam*. Novato, CA: Presidio Press, 1986.
- Sallah, Michael, et al. *Tiger Force: a true story of men and war*. New York, NY: Little, Brown, 2006.
- Sarin, O. L. (Oleg Leonidovich), et al. *Alien wars: the Soviet Union's aggressions against the world, 1919 to 1989*. Novato, CA: Presidio, 1996.
- Schandler, Herbert Y., 1928-2015. *America in Vietnam: the war that couldn't be won*. Lanham [Md.]: Rowman & Littlefield Publishers, 2009.
- Southworth, Samuel A., 1960-. *U.S. special forces: a guide to America's special operations units: the world's most elite fighting force*. [Cambridge, Mass.]: Da Capo Press, 2002.
- Stein, Jeff. *A murder in wartime: the untold spy story that changed the course of the Vietnam War*. New York: St. Martin's Press, 1992.
- Terry, Wallace. *Bloods, an oral history of the Vietnam War*. New York: Random House, 1984.
- Trương, Như Tăng, et al. *A Vietcong memoir*. San Diego: Harcourt Brace Jovanovich, 1985.
- Utts, Thomas C. *GI Joe doesn't live here anymore: a history of Clark Air Base, America's mighty Air Force bastion in the Philippines*. Baltimore, Md.: PublishAmerica, 2006.
- Võ, Linda Trinh, 1964-, et al. *Asian American women: the Frontiers reader*. Lincoln: University of Nebraska, 2004.
- Wiest, Andrew. *Rolling Thunder in a Gentle Land*. Osprey Publishing, 2006.
- Young, Marilyn Blatt. *The Vietnam wars, 1945-1990*. New York: HarperCollins, 1991.

## Linda Goodnight

- Comeaux, Kimberley. Matchmakers, et al. *Love afloat: drifting hearts find safe harbor in four romantic novellas*. Uhrichsville, Ohio: Barbour, 2001.
- Ford, Linda, et al. *Prairie brides: four new inspirational love stories from the North American prairie*. Uhrichsville, Ohio: Barbour Pub., 2000.
- Goodnight, Linda. *A Very Special Delivery*. Steeple Hill, 2006.
- Goodnight, Linda. *A heart of Grace*. New York: Steeple Hill Books, 2007.
- Goodnight, Linda. *A place to belong*. New York: Steeple Hill, 2011.
- Goodnight, Linda. *A season for Grace*. New York: Steeple Hill Books, 2006.
- Goodnight, Linda. *A time to heal*. Steeple Hill Books, 2008.
- Goodnight, Linda. *A touch of grace*. New York: Steeple Hill Books, 2007.
- Goodnight, Linda. *Baby in his arms*. New York: Love Inspired Books, 2013.
- Goodnight, Linda. *Finding her way home*. New York, NY: Steeple Hill Books, 2010.
- Goodnight, Linda. *For her child--*. New York: Silhouette Books, 2002.
- Goodnight, Linda. *Her prince's secret son*. Toronto; New York: Harlequin, 2010.
- Goodnight, Linda. *Home to Crossroads Ranch*. New York: Steeple Hill, 2009.
- Goodnight, Linda. *Married in a month*. New York: Silhouette Books, 2003.
- Goodnight, Linda. *Married under the mistletoe*. New York: Harlequin, 2006.
- Goodnight, Linda. *Missionary daddy*. New York: Steeple Hill Books, 2007.
- Goodnight, Linda. *Rancher's refuge*. New York: Love Inspired Books, 2013.
- Goodnight, Linda. *Rich man, poor bride*. New York, NY: Silhouette Books, 2004.

18 of 337

- Goodnight, Linda. *Sometimes when we kiss*. New York: Silhouette Books, 2006.
- Goodnight, Linda. *Sugarplum homecoming*. New York: Love Inspired Books, 2013.
- Goodnight, Linda. *The Christmas child*. New York, N.Y.: Love Inspired, 2011.
- Goodnight, Linda. *The baby bond* New York, NY: Steeple Hill Books, 2009.
- Goodnight, Linda. *The last bridge home*. New York: Love Inspired, 2012.
- Goodnight, Linda. *The lawman's Christmas wish*. New York, N.Y.: Steeple Hill Books, 2010.
- Goodnight, Linda. *The lawman's honor*. Harlequin Love Inspired, 2014.
- Goodnight, Linda. *The least likely groom*. Silhouette Books, 2004.
- Goodnight, Linda. *The nanny's homecoming*. New York, NY: Love Inspired, 2011.
- Goodnight, Linda. *The snow-kissed bride*. Toronto; New York: Harlequin, 2009.
- Goodnight, Linda. *Winning the single mom's heart*. Harlequin, 2008.
- Goodnight, Linda, et al. *The wedding garden*. New York: Steeple Hill Books, 2010.
- McDonough, Vickie. *A bride by Christmas: four stories of expedient marriage on the Great Plains*. Uhrichsville, OH: Barbour Publishing, 2008.
- Palmer, Catherine. *Cowboy Christmas*. Tyndale House Publishers, 2004.

## Franz Kafka

- Bathrick, David. *The powers of speech: the politics of culture in the GDR*. Lincoln: University of Nebraska Press, 1995.
- Begley, Louis. *The tremendous world I have inside my head: Franz Kafka, a biographical essay*. New York: Atlas & Co.: Distributed to the trade by W.W. Norton & Co., 2008.
- Bloom, Harold.. *Genius*. Warner Books, 2002.
- Bloom, Harold.. *The Western canon*. Riverhead Books, 1995.
- Brod, Max, 1884-1968. *Franz Kafka, a biography*. New York, Schocken Books, 1960.
- Bryfonski, Dedria. *Twentieth-Century literary criticism. [electronic resource]*. Detroit, Mich.: Gale Research, 1979.
- Calasso, Roberto. *K.*. Knopf, 2005.
- Citati, Pietro. *Kafka*. New York: Knopf: Distributed by Random House, 1990.
- Corngold, Stanley. *The commentators' despair: the interpretation of Kafka's Metamorphosis*. Port Washington, N.Y.: Kennikat Press, 1973.
- Corngold, Stanley, et al. *Lambent traces [electronic resource] Franz Kafka*. Princeton, NJ: Princeton University Press, 2004.
- Gilman, Sander Lawrence. *Franz Kafka: the Jewish patient*. London: Routledge, 1996.
- Glatzer, Nahum Norbert, 1903-. *The loves of Franz Kafka*. New York: Schocken Books, 1986.
- Gray, Ronald D. *Franz Kafka*. Cambridge [England] University Press, 1973.
- Gray, Ronald D. ed. *Kafka; a collection of critical essays*. Englewood Cliffs, N.J., Prentice-Hall, 1962.
- Hamalian, Leo., comp. *Franz Kafka: a collection of criticism*. New York, McGraw-Hill, 1974.
- Hawes, J. M. (James M.), author. *Why you should read Kafka before you waste your life*. New York: St. Martin's Press;, 2008.
- Janouch, Gustav. *Conversations with Kafka*. [New York] New Directions, 1971.
- Kafka, Franz. *The Trial*. Random House Publishing Group, 2010.
- Kafka, Franz. *The castle*. Schocken Books, 1988.
- Kafka, Franz. *The metamorphosis*. Bantam Books, 2004.
- Kafka, Franz, 1883-1924. *Dearest Father; stories and other writings*. New York, Schocken Books, 1954.
- Kafka, Franz, 1883-1924. *The Metamorphosis and other stories*. New York: Barnes & Noble Books, 1996.
- Kahn, Lothar. *Between two worlds*. Iowa State University Press, 1993.
- Karl, Frederick Robert. *Franz Kafka, representative man*. Ticknor & Fields, 1991.
- Miller, Alice. *Thou shalt not be aware: society's betrayal of the child*. New York: Farrar, Straus, Giroux, 1984.
- Miralles Contijoch, Francesc. *El lector de-- Franz Kafka*. Barcelona: Oceano, 2000.
- Murray, Nicholas. *Kafka*. New Haven, CT: Yale University Press, 2004.
- Pawel, Ernst. *The nightmare of reason: a life of Franz Kafka*. New York: Vintage Books, 1985.
- Silverman, Al. *The Book of the month: sixty years of books in American life*. Boston: Little, Brown, 1986.

19 of 337

- Singer, Isaac Bashevis, 1904-1991. *A friend of Kafka and other stories*. New York, Farrar, Straus & Giroux, 1970.
- Stach, Reiner. *Kafka, the decisive years*. Orlando: Harcourt, 2005.
- Sussman, Henry. *Franz Kafka: geometrician of metaphor*. Madison, Wis.: Coda Press, 1979.

## History of social democracy

- Adams, Ian, 1943-. *Political ideology today*. Manchester; New York: Manchester University Press; New York, NY, USA: Distributed exclusively in the USA by Palgrave, 2001.
- Alpert, Michael, 1936-. *A New international history of the Spanish Civil War*. New York: St. Martin's Press, 1994.
- Anderson, Jervis. *Bayard Rustin*. HarperCollinsPublishers, 1997.
- Berman, Sheri. *The social democratic moment*. Harvard University Press, 1998.
- Best, Gary Dean. *Pride, prejudice, and politics: Roosevelt versus recovery, 1933-1938*. New York: Praeger, 1991.
- Bronner, Stephen Eric, 1949-. *Ideas in action: political tradition in the twentieth century*. Lanham: Rowman & Littlefield Publishers, 1999.
- Burns, James MacGregor. *Roosevelt, the lion and the fox*. San Diego, Ca.: Harcourt, Brace, Jovanovich, 1984.
- Chace, James. *1912: Wilson, Roosevelt, Taft & Debs-- the election that changed the country*. New York: Simon & Schuster, 2004.
- Chickering, Roger, 1942-. *Imperial Germany and the Great War, 1914-1918*. Cambridge, U.K.; New York, NY: Cambridge University Press, 1998.
- Chua, Beng Huat. *Communitarian ideology and democracy in Singapore*. London; New York: Routledge, 1995.
- D'Emilio, John. *Lost prophet*. Free Press, 2003.
- Donovan, Robert J. *Tumultuous years: the presidency of Harry S. Truman, 1949-1953*. Columbia: University of Missouri Press, 1996.
- Edinger, Lewis J. (Lewis Joachim), 1922-2008. *German exile politics; the Social Democratic Executive Committee in the Nazi era*. Berkeley, University of California Press, 1956.
- Freeden, Michael. *Liberal languages: ideological imaginations and twentieth-century progressive thought*. Princeton, N.J.: Princeton University Press, 2005.
- Giddens, Anthony. *Beyond left and right: the future of radical politics*. Cambridge, UK: Polity Press, 1994.
- Giddens, Anthony. *The third way: the renewal of social democracy*. Malden, Mass.: Polity Press, 1998.
- Harrington, Michael, 1928-1989. *Socialism: past and future*. New York: Arcade, 2011.
- Hastings, Adrian, et al. *The Oxford companion to Christian thought*. Oxford; New York: Oxford University Press, 2000.
- Levy, David W., 1937-. *Herbert Croly of the New republic: the life and thought of an American progressive*. Princeton, N.J.: Princeton University Press, 1985.
- Mander, Jerry. *The capitalism papers: fatal flaws of an obsolete system*. Berkeley, CA: Counterpoint: Distributed by Publishers Group West, 2012.
- Morley, James William, 1921-, et al. *Driven by growth: political change in the Asia-Pacific region*. Armonk, N.Y.: M.E. Sharpe, 1993.
- O'Hara, Philip Anthony. *Encyclopedia of political economy*. London: Routledge, 1999.
- Pierson, Christopher. *Socialism after communism: the new market socialism*. University Park, Pa.: Pennsylvania State University Press, 1995.
- Roosevelt, Franklin D. (Franklin Delano), 1882-1945. *Great speeches*. Mineola, N.Y.: Dover Publications, 1999.
- Ryan, Alan. *John Dewey and the high tide of American liberalism*. New York: W.W. Norton, 1995.
- Schorske, Carl E. *German social democracy, 1905-1917: the development of the great schism*. Cambridge, Mass.: Harvard University Press, 1983.
- Teeple, Gary. *Globalization and the decline of social reform: into the twenty-first century*. Aurora, Ontario: Garamond Press; Amherst, N.Y.: Humanity Books, 2000.

- Van Oudenaren, John. *Détente in Europe: the Soviet Union and the West since 1953*. Durham: Duke University Press, 1991.
- Waldman, Louis, b. 1892. *Labor lawyer*. New York: E.P. Dutton, 1944.

## History of Germany

- Ardagh, John. *Germany and the Germans*. Harper & Row, 1987.
- Balfour, Michael, 1908-1995. *The Kaiser and his times*. New York: Norton, 1972.
- Bessel, Richard. *Germany 1945: from war to peace*. New York: HarperCollins, 2009.
- Bruford, Walter Horace, 1894-1988. *Germany in the eighteenth century: the social background of the literary revival*. Cambridge [Eng.] University Press, 1971.
- Bullock, Alan, 1914-2004. *Hitler: a study in tyranny*. New York, N.Y.: Konecky & Konecky, 1962.
- Child, John, 1951-. *Edexcel GCSE History A: the making of the modern world: Unit 2A, Germany 1918-39: student book*. Harlow: Edexcel/Pearson Education, 2009.
- Connelly, Owen, 1924-2011. *Napoleon's satellite kingdoms*. New York, Free Press, 1966.
- Craig, Gordon Alexander, 1913-2005. *Germany, 1866-1945*. New York: Oxford University Press, 1978.
- Evans, Richard J.. *The Third Reich in power, 1933-1939*. Penguin Press, 2005.
- Fulbrook, Mary, 1951-. *A concise history of Germany*. Cambridge [England]; New York: Cambridge University Press, 1990.
- Fulbrook, Mary, 1951-. *History of Germany, 1918-2000: the divided nation*. Oxford, England: Blackwell, 2002.
- Holborn, Hajo, 1902-1969. *A history of modern Germany, 1648-1840*. New York: Knopf, 1964.
- Holborn, Hajo, 1902-1969. *A history of modern Germany, 1648-1840*. New York: Knopf, 1964.
- Hooper, Nicholas, 1956-, et al. *Cambridge illustrated atlas, warfare: the Middle Ages, 768-1487*. New York: Cambridge University Press, 1996.
- Kennedy, Paul M., 1945-. *The rise of the Anglo-German antagonism, 1860-1914*. London; Boston: Allen & Unwin, 1980.
- Kitchen, Martin. *A history of modern Germany, 1800-2000*. Malden, MA: Blackwell Pub., 2006.
- Koonz, Claudia. *Mothers in the fatherland*. St. Martins Press, 1987.
- Large, David Clay. *Berlin*. Basic Books, 2000.
- Milward, Alan S. *The reconstruction of western Europe, 1945-51*. Berkeley: University of California Press, 1984.
- Orlow, Dietrich. *A history of modern Germany: 1871 to present*. Upper Saddle River, N.J.: Prentice Hall, 2002.
- Paschall, Rod, 1935-. *The defeat of imperial Germany, 1917-1918*. New York: Da Capo Press, 1994.
- Ramm, Agatha. *Germany, 1789-1919: a political history*. London, Methuen; New York, distributed by Barnes & Noble, 1967.
- Ritter, Gerhard, 1888-1967, author. *Frederick the Great: a historical profile*. Berkeley; Los Angeles: University of California Press, 1968.
- Sagarra, Eda. *A social history of Germany, 1648-1914*. New York: Holmes & Meier, 1977.
- Sheehan, James J.. *German history, 1770-1866*. Clarendon Press, 1989.
- Sinn, Hans-Werner. *Can Germany be saved?: the malaise of the world's first welfare state*. Cambridge, Mass.: MIT Press, 2007.
- Strait, Paul, 1940-. *Cologne in the twelfth century*. Gainesville, University Presses of Florida, 1974.
- Tipton, Frank B., 1943-. *A history of modern Germany since 1815*. Berkeley: University of California Press, 2003.
- Turner, Henry Ashby, 1932-. *The two Germanies since 1945*. New Haven: Yale University Press, 1987.
- Wittke, Carl Frederick, 1892-1971. *Refugees of revolution; the German Forty-eighters in America*. Philadelphia, University of Pennsylvania Press, 1952.

## Undergraduate Texts in Mathematics

- Apostol, Tom M. *Introduction to analytic number theory*. New York: Springer-Verlag, 1986.
- Armstrong, M. A. (Mark Anthony). *Groups and symmetry*. New York: Springer-Verlag, 1988.

- Bressoud, David M., 1950-. *Factorization and primality testing*. New York: Springer-Verlag, 1989.
- Brickman, Louis. *Mathematical introduction to linear programming and game theory*. New York: Springer-Verlag, 1989.
- Dixmier, Jacques. *General topology*. New York: Springer-Verlag, 1984.
- Driver, Rodney D. (Rodney David), 1932-. *Why math?*. New York: Springer-Verlag, 1984.
- Ebbinghaus, Heinz-Dieter, 1939-. *Mathematical logic*. New York: Springer, 1996.
- Flanigan, Francis J, et al. *Calculus two: linear and nonlinear functions*. New York: Springer-Verlag, 1990.
- Franklin, Joel N. *Methods of mathematical economics: linear and nonlinear programming; fixed-point theorems*. New York: Springer-Verlag, 1980.
- Hairer, E. (Ernst). *Analysis by its history*. New York: Springer-Verlag, 1996.
- Hilton, Peter John. *Mathematical reflections: in a room with many mirrors*. New York: Springer, 1997.
- Hilton, Peter, 1923-. *Mathematical vistas: from a room with many windows*. New York: Springer, 2002.
- Iooss, Gérard. *Elementary stability and bifurcation theory*. New York: Springer-Verlag, 1990.
- James, I. M. (Ioan Mackenzie), 1928-. *Topological and uniform spaces*. New York: Springer-Verlag, 1987.
- Jänich, Klaus. *Linear algebra*. New York: Springer-Verlag, 1994.
- Kinsey, L. Christine. *Topology of surfaces*. New York: Springer-Verlag, 1993.
- Klambauer, Gabriel. *Aspects of calculus*. New York: Springer-Verlag, 1986.
- Lang, Serge, 1927-2005. *Calculus of several variables*. New York: Springer-Verlag, 1987.
- LeCuyer, Edward J. *Introduction to college mathematics with A Programming Language*. New York: Springer-Verlag, 1978.
- Martin, George Edward, 1932-. *The foundations of geometry and the non-Euclidean plane*. New York: Springer-Verlag, 1982.
- Martin, George Edward, 1932-. *Transformation geometry: an introduction to symmetry*. New York: Springer-Verlag, 1982.
- Millman, Richard S., 1945-. *Geometry, a metric approach with models*. New York: Springer-Verlag, 1991.
- Pedrick, George. *A first course in analysis*. New York: Springer-Verlag, 1994.
- Peressini, Anthony L, et al. *The mathematics of nonlinear programming*. New York: Springer-Verlag, 1988.
- Prenowitz, Walter, 1906-. *Join geometries: a theory of convex sets and linear geometry*. New York: Springer-Verlag, 1979.
- Priestley, William McGowen, 1940-. *Calculus: a liberal art*. New York: Springer, 1998.
- Samuel, Pierre, 1921-. *Projective geometry*. New York: Springer-Verlag, 1988.
- Sethuraman, B. A. *Rings, fields, and vector spaces: an introduction to abstract algebra via geometric constructability*. New York: Springer, 1997.
- Stanton, Dennis. *Constructive combinatorics*. New York: Springer-Verlag, 1986.
- Tóth, Gábor, Ph. D. *Glimpses of algebra and geometry*. New York: Springer, 2002.
- Wilson, Robert Lee, 1917-. *Much ado about calculus: a modern treatment with applications prepared for use with the computer*. New York: Springer-Verlag, 1979.

## Cold War

- Andrew, Christopher M, et al. *KGB: the inside story of its foreign operations from Lenin to Gorbachev*. New York, NY: HarperCollinsPublishers, 1990.
- Blum, William. *Rogue state: a guide to the world's only superpower*. Monroe, Me.: Common Courage Press, 2005.
- Brownell, Will, et al. *So close to greatness: a biography of William C. Bullitt*. New York: Macmillan; London: Collier Macmillan, 1987.
- Dallek, Robert. *Nixon and Kissinger: partners in power*. New York: HarperCollins Pub., 2007.
- Diggins, John P. *Ronald Reagan: fate, freedom, and the making of history*. New York: W.W. Norton & Co., 2007.
- Erlich, Reese W., 1947-. *Dateline Havana: the real story of U.S. policy and the future of Cuba*. Sausalito, CA: PoliPoint Press, 2009.
- Feis, Herbert, 1893-1972. *From trust to terror; the onset of the cold war, 1945-1950*. New York, Norton, 1970.

- Foner, Eric, et al. *The Reader's companion to American history*. Boston: Houghton-Mifflin, 1991.
- Fritsch-Bournazel, Renata. *Confronting the German question: Germans on the East-West divide*. Oxford; New York: Berg; New York: Distributed exclusively in the US and Canada by St. Martin's Press, 1988.
- Gaddis, John Lewis. *Russia, the Soviet Union, and the United States*. McGraw-Hill Pub. Co, 1990.
- Gaddis, John Lewis. *The Cold War: a new history*. New York: Penguin Press, 2005.
- Gellately, Robert, 1943-, et al. *The specter of genocide: mass murder in historical perspective*. New York: Cambridge University Press, 2003.
- Herring, George C., Jr., 1936-. *Aid to Russia, 1941-1946. --*. New York, 1973.
- Kempe, Frederick. *Berlin 1961: Kennedy, Khrushchev, and the most dangerous place on earth*. New York: G.P. Putnam's Sons, 2011.
- Kinsella, Warren, 1960-. *Unholy alliances: terrorists, extremists, front companies and the Libyan connection in Canada*. Toronto: Lester Publishing, 1992.
- Kinzer, Stephen. *All the Shah's Men*. Wiley, 2003.
- Lechuga Hevia, Carlos. *Cuba and the missile crisis*. Melbourne; New York: Ocean Press, 2001.
- Lee, Stephen J.. *Stalin and the Soviet Union*. Routledge, 1999.
- Lundestad, Geir, 1945-. *East, west, north, south: major developments in international relations since 1945*. London; Thousand Oaks, Calif.: Sage Publications, 2005.
- Moss, George. *America in the twentieth century*. Prentice Hall, 1993.
- Moynihan, Daniel P. (Daniel Patrick), 1927-2003. *Secrecy: the American experience*. New Haven: Yale University Press, 1998.
- Perlmutter, Amos. *Making the world safe for democracy: a century of Wilsonianism and its totalitarian challengers*. Chapel Hill, N.C.: University of North Carolina Press, 1997.
- Puddington, Arch. *Broadcasting freedom: the Cold War triumph of Radio Free Europe and Radio Liberty*. Lexington: University Press of Kentucky, 2000.
- Smith, Jean Edward. *FDR*. Random House, 2007.
- Tompson, William J. *Khrushchev--a political life*. New York: St. Martin's Press, 1995.
- Tucker, Robert C. *Stalin in power: the revolution from above, 1928-1941*. New York: Norton, 1990.
- Turner, Henry Ashby, 1932-. *The two Germanies since 1945*. New Haven: Yale University Press, 1987.
- Vanneman, Peter. *Soviet strategy in Southern Africa: Gorbachev's pragmatic approach*. Stanford, Calif.: Hoover Institution Press, Stanford University, 1990.
- Westad, Odd Arne. *Restless empire: China and the world since 1750*. New York: Basic Books, 2012.
- Zubok, V. M.. *Inside the Kremlin's cold war*. Harvard University Press, 1996.

### Foreign policy of the Franklin D. Roosevelt administration

- Bennett, Edward M. (Edward Moore), 1927-2013. *Franklin D. Roosevelt and the search for victory: American-Soviet relations, 1939-1945*. Wilmington, Del.: SR Books, 1990.
- Berthon, Simon. *Allies at war: the bitter rivalry among Churchill, Roosevelt, and de Gaulle*. New York: Carroll & Graf, 2001.
- Berthon, Simon, et al. *Warlords: an extraordinary re-creation of World War II through the eyes and minds of Hitler, Churchill, Roosevelt, and Stalin*. Cambridge, MA: Da Capo Press, 2006.
- Beschloss, Michael R. *The conquerors: Roosevelt, Truman, and the destruction of Hitler's Germany, 1941-1945*. New York: Simon & Schuster Paperbacks, 2007.
- Black, Conrad. *Franklin Delano Roosevelt*. Public Affairs, 2003.
- Burns, James MacGregor. *Roosevelt: the soldier of freedom*. New York: Harcourt Brace Jovanovich, 1970.
- Clarke, Richard, 1910-1975. *Anglo-American economic collaboration in war and peace, 1942-1949*. Oxford: Clarendon Press; New York: Oxford University Press, 1982.
- Collier, Basil. *The lion and the eagle; British and Anglo-American strategy, 1900-1950*. New York, Putnam, 1972.
- Dallek, Robert. *Franklin D. Roosevelt and American foreign policy, 1932-1945*. New York: Oxford University Press, 1979.
- Divine, Robert A. *Foreign policy and U.S. presidential elections, 1940-1948*. New York, New Viewpoints, 1974.

- Divine, Robert A. *Second chance; the triumph of internationalism in America during World War II*. New York, Atheneum, 1967.
- Divine, Robert A. *The reluctant belligerent: American entry into World War II*. New York (etc): Wiley, 1965.
- Feis, Herbert, 1893-1972. *Churchill, Roosevelt, Stalin; the war they waged and the peace they sought*. Princeton, N.J., Princeton University Press, 1957.
- Feis, Herbert, 1893-1972. *The China tangle; the American effort in China from Pearl Harbor to the Marshall mission*. New York, Atheneum, 1965.
- Feis, Herbert, 1893-1972. *The road to Pearl Harbor: the coming of the war between the United States and Japan*. New York: Atheneum, 1964.
- Freidel, Frank Burt. *Franklin D. Roosevelt: a rendezvous with destiny*. Boston: Little, Brown, 1990.
- Hamby, Alonzo L. *For the survival of democracy: Franklin Roosevelt and the world crisis of the 1930s*. New York: Free Press, 2004.
- Heinrichs, Waldo H, et al. *Threshold of war [electronic resource] Franklin D. Roosevelt and American entry into World War II*. New York: Oxford University Press, 1989.
- Kimball, Warren F. *Forged in war: Roosevelt, Churchill, and the Second World War*. New York: W. Morrow, 1997.
- Kimball, Warren F. *The most unsordid act; lend-lease, 1939-1941*. Baltimore, Johns Hopkins Press, 1969.
- Langer, William L. (William Leonard), 1896-1977, et al. *The challenge to isolation, 1937-1940*. New York, Published for the Council on Foreign Relations by Harper, 1952.
- Leuchtenburg, William Edward, 1922-. *Franklin D. Roosevelt and the New Deal, 1932-1940*. New York: Harper & Row, 1963.
- Marks, Frederick W. *Wind over sand: the diplomacy of Franklin Roosevelt*. Athens: University of Georgia Press, 1988.
- Nisbet, Robert A. *Roosevelt and Stalin: the failed courtship*. Washington, D.C.: Regnery Gateway; New York, NY: Distributed to the trade by Kampmann, 1988.
- Sainsbury, Keith. *Churchill and Roosevelt at war: the war they fought and the peace they hoped to make*. Washington Square, N.Y.: New York University Press, 1994.
- Sainsbury, Keith. *The turning point: Roosevelt, Stalin, Churchill, and Chiang-Kai-Shek, 1943: the Moscow, Cairo, and Teheran conferences*. Oxford; New York: Oxford University Press, 1986.
- Sherwood, Robert E. (Robert Emmet), 1896-1955. *Roosevelt and Hopkins, an intimate history*. New York, Harper, 1948.
- Smith, Jean Edward. *FDR*. Random House, 2007.
- Wilson, Theodore A., 1940-. *The first summit: Roosevelt and Churchill at Placentia Bay, 1941*. Lawrence, Kan.: University Press of Kansas, 1991.
- Woods, Randall Bennett, 1944-. *A changing of the guard: Anglo-American relations, 1941-1946*. Chapel Hill: University of North Carolina Press, 1990.

## Irving Howe

- Coser, Lewis A., 1913-, et al. *The new conservatives: a critique from the left*. New York: Quadrangle/The New York Times Book Co., 1974.
- Dreiser, Theodore, 1871-1945, author, et al. *An American tragedy*. Signet Classics, 1981.
- Howe, Irving. *A margin of hope: an intellectual autobiography*. San Diego: Harcourt, Brace, Jovanovich, 1984.
- Howe, Irving. *Beyond the welfare state*. New York: Schocken Books, 1982.
- Howe, Irving. *Celebrations and attacks: thirty years of literary and cultural commentary*. New York: Horizon Press, 1979.
- Howe, Irving. *Decline of the new*. New York: Horizon Press, 1970.
- Howe, Irving. *Leon Trotsky*. New York: Viking Press, 1978.
- Howe, Irving. *Politics and the novel*. New York: Meridian Books, 1958.
- Howe, Irving. *Sherwood Anderson*. [New York] Sloane, 1951.
- Howe, Irving. *Socialism and America*. San Diego: Harcourt Brace Jovanovich, 1986.

- Howe, Irving. *The American newness: culture and politics in the age of Emerson*. Cambridge, Mass.: Harvard University Press, 1986.
- Howe, Irving. *The critical point, on literature and culture*. New York, Horizon Press, 1973.
- Howe, Irving. *Thomas Hardy*. New York, Macmillan, 1967.
- Howe, Irving. *William Faulkner: a critical study*. New York: Random House, 1952.
- Howe, Irving (1920-1993),Greenberg, Eliezer (1896-1977). *Yiddish stories old and new*. New York: Avon Books, 1977.
- Howe, Irving, 1920-1993. edt, et al. *Short shorts: an anthology of the shortest stories*. Toronto [etc.]: Bantam, 1983.
- Howe, Irving, comp, et al. *The literature of America*. New York, McGraw-Hill, 1971.
- Howe, Irving, compiler. *Beyond the new left;*. New York, Horizons Press, 1970.
- Howe, Irving, ed. *Edith Wharton, a collection of critical essays*. Englewood Cliffs, N.J., Prentice-Hall, 1962.
- Howe, Irving, et al. *1984 revisited: totalitarianism in our century*. New York: Harper & Row, 1983.
- Howe, Irving, et al. *A critic's notebook*. New York: Harcourt Brace, 1994.
- Howe, Irving, et al. *How we lived: a documentary history of immigrant Jews in America, 1880-1930*. New York: New American Library, 1981.
- Howe, Irving, et al. *The UAW and Walter Reuther*. New York, Da Capo Press, 1973.
- Howe, Irving, et al. *World of our fathers*. New York: Harcourt Brace Jovanovich, 1976.
- Howe, Irving, cn. *Steady work; essays in the politics of democratic radicalism, 1953-1966*. New York, Harcourt, Brace & World, 1966.
- Kipling, Rudyard, 1865-1936, et al. *The portable Kipling*. New York: Viking Press, 1982.
- Larner, Jeremy. *Poverty: views from the left*. New York: Morrow, 1968.
- Sholem Aleichem, 1859-1916, et al. *The best of Sholem Aleichem*. Washington: New Republic Books, 1979.
- Sorin, Gerald. *Irving Howe*. New York University Press, 2002.
- Trotsky, Leon, 1879-1940. *Basic writings*. New York, Random House, 1963.

## History of the Southern United States

- Abernethy, Thomas Perkins, 1890-1975. *The South in the new nation, 1789-1819*. [Baton Rouge]: Louisiana State University Press / Littlefield Fund for Southern History of the University of Texas, 1989.
- Alden, John Richard, 1908-. *The South in the Revolution, 1763-1789*. [Baton Rouge] Louisiana State University Press, 1957.
- Ayers, Edward L., 1953-. *The promise of the New South: life after Reconstruction*. New York: Oxford University Press, 1992.
- Bartley, Numan V. *The new South, 1945-1980*. Baton Rouge: Louisiana State University Press, 1995.
- Black, Earl, 1942-, et al. *The rise of Southern Republicans [electronic resource]*. Cambridge, MA: Belknap Press of Harvard University Press, 2002.
- Cooper, William J. (William James), 1940-. *Jefferson Davis, American*. New York: Alfred A. Knopf, 2000.
- Cooper, William J., Jr. (William James), 1940-, et al. *The American South: a history*. New York: Knopf: Distributed by Random House, 1991.
- Craven, Avery Odelle, 1886-. *The growth of Southern nationalism, 1848-1861*. [Baton Rouge] Louisiana State University Press [and] the Little Fund for Southern History of the University of Texas [Austin], 1953.
- Craven, Wesley Frank, 1905-1981, et al. *The southern colonies in the seventeenth century, 1607-1689 [electronic resource]*. [Baton Rouge]: Louisiana State University Press, 1970.
- Davis, William C., 1946-. *Look away!: a history of the Confederate States of America*. New York: Free Press, 2002.
- Ezell, John Samuel. *The South since 1865*. New York, Macmillan, 1963.
- Foner, Eric. *Reconstruction: America's unfinished revolution, 1863-1877*. New York: Harper & Row, 1988.

- Goodwin, Doris Kearns. *Team of rivals: the political genius of Abraham Lincoln*. New York: Simon & Schuster, 2005.
- Hahn, Steven, 1951-. *A nation under our feet: Black political struggles in the rural South, from slavery to the great migration*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2003.
- Hesseltine, William B. (William Best), 1902-1963. *The South in American history*. Englewood Cliffs, N.J.: Prentice-Hall, Inc., 1960.
- Hubbell, Jay B. (Jay Broadus), 1885-1979, author. *The South in American literature, 1607-1900*. [Durham, N.C.]: Duke University Press, 1954.
- Hudson, Charles M. *Knights of Spain, warriors of the sun: Hernando De Soto and the South's ancient chiefdoms*. Athens: University of Georgia Press, 1997.
- Kirby, Jack Temple. *Rural worlds lost: the American South, 1920-1960*. Baton Rouge: Louisiana State University Press, 1987.
- Logan, Rayford Whittingham, 1897-1982. *The betrayal of the Negro, from Rutherford B. Hayes to Woodrow Wilson*. New York, Collier Books, 1965.
- Morison, Samuel Eliot, 1887-1976. *The European discovery of America: the southern voyages, A.D. 1492-1616*. New York: Oxford University Press, 1974.
- Odum, Howard Washington, 1884-1954. *Southern regions of the United States*. Chapel Hill, The University of North Carolina press, 1936.
- Potter, David Morris, et al. *The impending crisis, 1848-1861*. New York: Harper & Row, 1976.
- Sydnor, Charles S. (Charles Sackett), 1898-1954. *The development of Southern sectionalism, 1819-1848*. [Baton Rouge]: Louisiana State University Press, 1968.
- Tindall, George Brown. *The emergence of the new South, 1913-1945*. [Baton Rouge] Louisiana State University Press, 1967.
- Trudeau, Noah Andre. *Southern Storm*. Harper, 2008.
- Turner, George Edgar. *Victory rode the rails; the strategic place of the railroads in the Civil War*. Indianapolis, Bobbs-Merril, 1953.
- Woodward, C. Vann (Comer Vann), 1908-1999. *Origins of the new South, 1877-1913*. [Baton Rouge] Louisiana State University Press, 1971.
- Wright, Richard, 1908-1960, author. *Black boy: (American hunger): a record of childhood and youth*. New York: Perennial Classics, 1998.

### Foreign policy of the Harry S. Truman administration

- Acheson, Dean, 1893-1971. *Present at the creation: my years in the State Department*. New York: Norton, 1987.
- Beisner, Robert L. *Dean Acheson: a life in the Cold War*. Oxford; New York: Oxford University Press, 2006.
- Campbell, John C. *The United States in world affairs, 1947-1948*. New York; London: Published for the Council on Foreign Relations by Harper, 1948.
- Chace, James, et al. *Acheson: the Secretary of State who created the American world*. Cambridge, Mass.; London: Harvard University Press, 1999.
- Chambers, John Whiteclay, et al. *The Oxford companion to American military history*. New York: Oxford University Press, 1999.
- Dallek, Robert. *Harry S. Truman*. Times Books, 2008.
- Donovan, Robert J. *Tumultuous years: the presidency of Harry S. Truman, 1949-1953*. New York: Norton, 1982.
- Feis, Herbert, 1893-1972. *Contest over Japan*. New York W. W. Norton, 1967.
- Feis, Herbert, 1893-1972. *From trust to terror; the onset of the cold war, 1945-1950*. New York, Norton, 1970.
- Feis, Herbert, 1893-1972. *Japan subdued; the atomic bomb and the end of the war in the Pacific*. Princeton, N.J., Princeton University Press, 1961.
- Feis, Herbert, 1893-1972. *The China tangle; the American effort in China from Pearl Harbor to the Marshall mission*. New York, Atheneum, 1965.
- Feis, Herbert, 1893-1972. *The birth of Israel: the tousled diplomatic bed*. New York, Norton, 1969.

- Fussell, Paul. _Thank God for the atom bomb, and other essays_. Summit Books, 1988.
- Gaddis, John Lewis. _George F. Kennan: an American life_. New York: Penguin Press, 2011.
- Gaddis, John Lewis. _Strategies of containment: a critical appraisal of postwar American national security policy_. New York: Oxford University Press, 1982.
- Hamby, Alonzo L. _Beyond the New Deal: Harry S. Truman and American liberalism_. New York, Columbia University Press, 1973.
- Hamby, Alonzo L. _Man of the people: a life of Harry S. Truman_. New York: Oxford University Press, 1995.
- Harper, John Lamberton. _American visions of Europe_. Cambridge University Press, 1994.
- Hasegawa, Tsuyoshi, 1941-. _Racing the enemy: Stalin, Truman, and the surrender of Japan_. Cambridge, Mass.: Belknap Press of Harvard University Press, 2005.
- Herken, Gregg, 1947- author. _The winning weapon: the atomic bomb in the Cold War, 1945-1950: with a new preface_. Princeton, New Jersey: Princeton University Press, 1988.
- May, Ernest R. _The Truman administration and China, 1945-1949_. Philadelphia: Lippincott, 1975.
- McCoy, Donald R. _The presidency of Harry S. Truman_. Lawrence, Kan.: University Press of Kansas, 1984.
- McLellan, David S. _Dean Acheson: the State Department years_. New York: Dodd, Mead & Co., 1976.
- Mower, A. Glenn (Alfred Glenn). _The United States, the United Nations, and human rights: the Eleanor Roosevelt and Jimmy Carter eras_. Westport, Conn.: Greenwood Press, 1979.
- Offner, Arnold A. _Another such victory: President Truman and the Cold War, 1945-1953_. Stanford, Calif.: Stanford University Press, 2002.
- Pogue, Forrest C, et al. _George C. Marshall: statesman, 1945-1959_. New York: Viking, 1987.
- Stoler, Mark A. _George C. Marshall: soldier-statesman of the American century_. Boston: Twayne Publishers, 1989.
- Thornton, Richard C. _Odd man out: Truman, Stalin, Mao, and the origins of the Korean War_. Washington, D.C.: Brassey's, 2001.

## Soviet dissidents

- Azbel£, M. Ii̐Ai̐Ł. (Mark Ii̐Ai̐Łkovlevich). _Refusenik, trapped in the Soviet Union_. Boston: Houghton Mifflin, 1981.
- Barghoorn, Frederick Charles, 1911-. _Détente and the democratic movement in the USSR_. New York: Free Press, 1976.
- Bloch, Sidney, et al. _Psychiatric terror: how Soviet psychiatry is used to suppress dissent_. New York: Basic Books, 1977.
- Brown, Archie, 1938-;Kaser, Michael Charles. _The Soviet Union since the fall of Khrushchev_. London: Macmillan, 1978.
- Brumberg, Abraham. comp. _In quest of justice: protest and dissent in the Soviet Union today_. New York, Praeger, 1970.
- Chomsky, Noam, 1928-, et al. _Chronicles of dissent: interviews with David Barsamian_. Monroe, Me.: Common Courage Press; Stirling, Scotland: AK Press, 1992.
- Derbyshire, Ian. _Politics in China_. Chambers, 1987.
- Edwards, Lee, 1932-. _The essential Ronald Reagan: a profile in courage, justice, and wisdom_. Lanham, Md.: Rowman & Littlefield Publishers, 2005.
- Ètkind, Efim Grigor′evich. _Notes of a non-conspirator_. Oxford [Eng.]; New York: Oxford University Press, 1978.
- Haynes, Viktor, et al. _Workers against the gulag: the new opposition in the Soviet Union_. London: Pluto Press, 1979.
- Kaminskaya, Dina. _Final judgment: my life as a Soviet defense attorney_. New York: Simon and Schuster, 1982.
- Medvedev, Roy Aleksandrovich, 1925-. _On Soviet dissent_. New York: Columbia University Press, 1980.
- Plyushch, Leonid, 1939-, et al. _History's carnival: a dissident's autobiography_. New York: Harcourt Brace Jovanovich, 1979.

- Reddaway, Peter, compiler. *Uncensored Russia: protest and dissent in the Soviet Union; the unofficial Moscow journal, a Chronicle of current events*. New York, American Heritage Press, 1972.
- Rothberg, Abraham. *The heirs of Stalin: dissidence and the Soviet regime, 1953-1970*. Ithaca, N.Y.: Cornell University Press, 1972.
- Rubenstein, Joshua. *Soviet dissidents: their struggle for human rights*. Boston: Beacon Press, 1985.
- Saunders, George, 1936- comp. *Samizdat: voices of the Soviet opposition*. New York, Monad Press; distributed by Pathfinder Press, 1974.
- Shatz, Marshall. *Soviet dissent in historical perspective*. Cambridge; New York: Cambridge University Press, 1980.
- Spechler, Dina. *Permitted dissent in the USSR: Novy mir and the Soviet regime*. New York, N.Y.: Praeger, 1982.
- Stone, Alan A. *Law, psychiatry, and morality: essays and analysis*. Washington, D.C.: American Psychiatric Press, 1984.
- Stover, Eric, et al. *The Breaking of bodies and minds: torture, psychiatric abuse, and the health professions*. New York: Freeman, 1985.
- Ulam, Adam B., 1922-2000. *Russia's failed revolutions: from the Decembrists to the dissidents*. London: Weidenfeld and Nicolson, 1981.
- Woll, Josephine. *Soviet dissident literature, a critical guide*. Boston, Mass.: G.K. Hall, 1983.
- Wynn, Allan. *Notes of a non-conspirator: working with Russian dissidents*. London: A. Deutsch, 1987.

## Chronology of Shakespeare's plays

- Barroll, J. Leeds (John Leeds), 1928-. *Politics, plague, and Shakespeare's theater: the Stuart years*. Ithaca: Cornell University Press, 1991.
- Brownlow, F. W. (Frank Walsh), 1934-. *Two Shakespearean sequences: Henry VI to Richard II and Pericles to Timon of Athens*. Pittsburgh: University of Pittsburgh Press, 1977.
- Fletcher, John, 1579-1625. *The two noble kinsmen*. London: Arden Shakespeare, 1997.
- Halliday, F. E. (Frank Ernest), 1903-. *A Shakespeare companion, 1564-1964*. New York, Schocken Books, 1964.
- Honigmann, E. A. J. *Shakespeare's impact on his contemporaries*. Totowa, NJ: Barnes & Noble Books, 1982.
- Sams, Eric. *Shakespeare's Edward III*. New Haven, Conn.: Yale University Press, 1996.
- Shakespeare, William (1564-1616). *All's Well that Ends Well*. Cambridge [etc.]: Cambridge University Press, 2012.
- Shakespeare, William, 1564-1616. *Antony and Cleopatra*. London: Arden Shakespeare/Thomson Learning, 2006.
- Shakespeare, William, 1564-1616. *Antony and Cleopatra*. Cambridge, UK; New York: Cambridge University Press, 2005.
- Shakespeare, William, 1564-1616. *Cymbeline*. Cambridge, England: New York: Cambridge University Press, 2005.
- Shakespeare, William, 1564-1616. *Hamlet*. Oxford: Clarendon Press; New York: Oxford University Press, 1987.
- Shakespeare, William, 1564-1616. *Hamlet: the texts of 1603 and 1623*. London: Arden Shakespeare, 2006.
- Shakespeare, William, 1564-1616. *Henry IV, part I*. Oxford [England]; New York: Oxford University Press, 2008.
- Shakespeare, William, 1564-1616. *Henry VI, Part two*. Oxford: Oxford University Press, 2008.
- Shakespeare, William, 1564-1616. *Pericles, Prince of Tyre*. Cambridge; New York: Cambridge University Press, 1998.
- Shakespeare, William, 1564-1616. *Richard II*. Oxford; New York: Oxford University Press, 2011.
- Shakespeare, William, 1564-1616. *The comedy of errors*. Cambridge; New York: Cambridge University Press, 2004.
- Shakespeare, William, 1564-1616. *The comedy of errors*. Oxford; New York: Oxford University Press, 2008.

- Shakespeare, William, 1564-1616. *The merry wives of Windsor*. London: Methuen, 1971.
- Shakespeare, William, 1564-1616. *The taming of the shrew*. London: Arden Shakespeare, 2010.
- Shakespeare, William, 1564-1616. *The tempest*. London: Arden Shakespeare, 2011.
- Shakespeare, William, 1564-1616, author. *All's well that ends well*. London: Arden Shakespeare, 2000.
- Shakespeare, William, 1564-1616, et al. *A midsummer night's dream*. Oxford: Clarendon Press; Oxford; New York: Oxford University Press, 1994.
- Shakespeare, William, 1564-1616, et al. *A midsummer night's dream*. [London]: Methuen, 1979.
- Shakespeare, William, 1564-1616, et al. *The comedy of errors*. London, Methuen; Cambridge, Mass., Harvard University Press, 1962.
- Shakespeare, William, 1564-1616, et al. *The tempest*. Oxford: New York: Oxford University Press, 1987.
- Smith, Gordon Ross. *Essays on Shakespeare. --*. University Park: Pennsylvania State University Press, 1965.

## Foreign policy of the Woodrow Wilson administration

- Ambrosius, Lloyd E. *Woodrow Wilson and the American diplomatic tradition: the treaty fight in perspective*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1987.
- Bacino, Leo J., 1959-. *Reconstructing Russia: U.S. policy in revolutionary Russia, 1917-1922*. Kent, Ohio: Kent State University Press, 1999.
- Bailey, Thomas Andrew, 1902-1983. *Woodrow Wilson and the great betrayal*. New York, Macmillan Co., 1945.
- Bailey, Thomas Andrew, 1902-1983. *Woodrow Wilson and the lost peace*. Chicago: Quadrangle Books, 1963.
- Canfield, Leon Hardy, 1886-. *The Presidency of Woodrow Wilson; prelude to a world in crisis*. Rutherford, N.J., Fairleigh Dickinson University Press, 1966.
- Clements, Kendrick A., 1939-. *The presidency of Woodrow Wilson*. Lawrence, Kan.: University Press of Kansas, 1992.
- Clements, Kendrick A., 1939-. *William Jennings Bryan, missionary isolationist*. Knoxville: University of Tennessee Press, 1982.
- Cooper, John Milton. *Breaking the heart of the world*. Cambridge University Press, 2001.
- Cooper, John Milton. *The vanity of power: American isolationism and the First World War, 1914-1917*. Westport, Conn.: Greenwood Pub. Corp., 1969.
- Cooper, John Milton. *Woodrow Wilson: a biography*. New York: Alfred A. Knopf, 2009.
- Gilbert, Charles, 1913-. *American financing of World War I*. Westport, Connecticutt: Greenwood Publishing, 1970.
- Gilderhus, Mark T. *Diplomacy and revolution: U.S.-Mexican relations under Wilson and Carranza*. Tucson: University of Arizona Press, 1977.
- Heckscher, August. *Woodrow Wilson*. Scribner, 1991.
- Hodgson, Godfrey. *Woodrow Wilson's Right Hand*. Yale University Press, 2006.
- Katz, Friedrich. *The secret war in Mexico: Europe, the United States, and the Mexican Revolution*. Chicago: University of Chicago Press, 1981.
- Knock, Thomas J. *To end all wars: Woodrow Wilson and the quest for a new world order*. Princeton, N.J.: Princeton University Press, 1995.
- Link, Arthur Stanley. *Woodrow Wilson and the progressive era, 1910-1917*. New York, Harper, 1954.
- Macmillan, Margaret Olwen. *Paris 1919: six months that changed the world*. New York: Random House, 2002.
- May, Ernest R. *The World War and American isolation: 1914-1917*. Cambridge [Mass.]: Harvard University Press, 1966.
- Perkins, Bradford, 1925-. *The great rapprochement; England and the United States, 1895-1914*. New York, Atheneum, 1968.
- Perlmutter, Amos. *Making the world safe for democracy: a century of Wilsonianism and its totalitarian challengers*. Chapel Hill, N.C.: University of North Carolina Press, 1997.
- Quirk, Robert E. *An affair of honor: Woodrow Wilson and the occupation of Veracruz*. New York: Norton, 1967.

- Stone, Ralph A. *The irreconcilables: the fight against the League of Nations*. [Lexington] University Press of Kentucky, 1970.
- Tillman, Seth P., author. *Anglo-American relations at the Paris Peace Conference of 1919*. Princeton, N.J.: Princeton University Press, 1961.
- Tuchman, Barbara W. (Barbara Wertheim), 1912-1989. *The Zimmermann telegram*. New York: Ballantine Books, 1985.
- Walworth, Arthur, 1903-. *America's moment, 1918: American diplomacy at the end of World War I*. New York: Norton, 1977.
- Walworth, Arthur, 1903-. *Wilson and his peacemakers: American diplomacy at the Paris Peace Conference, 1919*. New York: Norton, 1986.
- Walworth, Arthur, 1903-. *Woodrow Wilson*. Boston, Houghton Mifflin Co., 1965.

## France–United States relations

- Bailey, Thomas Andrew, 1902-. *A diplomatic history of the American people*. Englewood Cliffs, N.J.: Prentice-Hall, 1980.
- Berthon, Simon. *Allies at war: the bitter rivalry among Churchill, Roosevelt, and de Gaulle*. New York: Carroll & Graf, 2001.
- Billings-Yun, Melanie. *Decision against war: Eisenhower and Dien Bien Phu, 1954*. New York: Columbia University Press, 1988.
- Blumenthal, Henry. *American and French culture, 1800-1900: interchanges in art, science, literature, and society*. Baton Rouge: Louisiana State University Press, 1975.
- Blumenthal, Henry. *France and the United States; their diplomatic relations, 1789-1914*. Chapel Hill, University of North Carolina Press, 1970.
- Bozo, Frédéric. *Two strategies for Europe: De Gaulle, the United States, and the Atlantic Alliance*. Lanham, Md.: Rowman & Littlefield, 2001.
- Chesnoff, Richard Z., 1937-. *The arrogance of the French: why they can't stand us, and why the feeling is mutual*. New York: Sentinel, 2005.
- Duroselle, Jean-Baptiste, 1917-1994. *France and the United States from the beginnings to the present*. Chicago: University of Chicago Press, 1978.
- Eccles, W. J. (William John). *The Canadian frontier, 1534-1760*. New York, Holt, Rinehart and Winston, 1969.
- Echeverria, Durand. cn. *Mirage in the West; a history of the French image of American society to 1815*. New York, Octagon Books, 1966.
- Feigenbaum, Gail. *Jefferson's America & Napoleon's France: an exhibition for the Louisiana Purchase Bicentennial*. New Orleans: New Orleans Museum of Art; Seattle: In Association with University of Washington Press, 2003.
- Hill, Peter P., 1926-. *Napoleon's troublesome Americans: Franco-American relations, 1804-1815*. Washington, D.C.: Potomac Books, 2006.
- Jones, Howard Mumford, 1892-. *America and French culture, 1750-1848*. Chapel Hill [N.C.] University of North Carolina Press, 1927.
- Levenstein, Harvey A., 1938-. *Seductive journey: American tourists in France from Jefferson to the Jazz Age*. Chicago: University of Chicago Press, 1998.
- Low, Betty-Bright P. (Betty-Bright Page), 1929-1988. *France views America, 1765-1815: an exhibition to commemorate the bicentenary of French assistance in the American War of Independence*. Wilmington, Del.: The Library, 1978.
- McCullough, David G. *The Greater Journey: Americans in Paris*. New York: Simon & Schuster, 2011.
- Miller, John J., 1970-, et al. *Our oldest enemy: a history of America's disastrous relationship with France*. New York: Doubleday, 2004.
- Morris, Richard B. (Richard Brandon), 1904-1989. *The peacemakers: the great powers and American independence*. New York: Harper & Row, 1965.
- Pells, Richard H.. *Not like us*. Basic Books, 1997.
- Savelle, Max, 1896-, et al. *The origins of American diplomacy: the international history of Angloamerica, 1492-1763*. New York, Macmillan, 1967.

- Stinchcombe, William C. cn. *The American Revolution and the French alliance*. Syracuse, N.Y.] Syracuse University Press, 1969.
- Strauss, David, 1937-. *Menace in the West: the rise of French anti-Americanism in modern times*. Westport, Conn.: Greenwood Press, 1978.
- Timmerman, Kenneth R. *The French betrayal of America*. New York: Crown Forum, 2004.
- Willson, Beckles, 1869-1942. *America's ambassadors to France (1777-1927). A narrative of Franco-American diplomatic relations*. New York, Frederick A. Stokes Co., 1928.
- Young, Robert J., 1942-. *Marketing Marianne: French propaganda in America, 1900-1940*. New Brunswick, N.J.: Rutgers University Press, 2004.
- Zahniser, Marvin R. *Then came disaster: France and the United States, 1918-1940*. Westport, Conn.: Praeger, 2002.
- Zahniser, Marvin R. *Uncertain friendship: American-French diplomatic relations through the Cold War*. New York: Wiley, 1975.
- Ziesche, Philipp. *Cosmopolitan patriots: Americans in Paris in the age of revolution*. Charlottesville: University of Virginia Press, 2010.

## French Revolution

- Andress, David, 1969-. *The Terror*. New York: Farrar, Straus, and Giroux, 2006.
- Blanning, T. C. W. *The French Revolution: class war or culture clash?*. New York, N.Y.: St. Martin's Press, 1998.
- Censer, Jack Richard. *Liberty, equality, fraternity: exploring the French Revolution*. University Park, Pa.: Pennsylvania State University Press, 2001.
- Clark, J. C. D. *English society, 1660-1832: religion, ideology, and politics during the ancien regime*. Cambridge; New York: Cambridge University Press, 2000.
- Cobban, Alfred. *The social interpretation of the French Revolution*. Cambridge, University Press, 1964.
- Dwyer, Philip G. *Napoleon: the path to power*. New Haven [Conn.]: Yale University Press, 2008.
- Frey, Linda. *The French Revolution*. Westport, Conn.: Greenwood Press, 2004.
- Goldhammer, Jesse. *The headless republic*. Cornell University Press, 2004.
- Hampson, Norman. *A social history of the French Revolution*. London, Routledge and K. Paul, 1963.
- Hibbert, Christopher, 1924-2008. *The days of the French Revolution*. New York: Morrow Quill Paperbacks, 1981.
- Hufton, Olwen H. *Women and the limits of citizenship in the French Revolution*. Toronto; Buffalo: University of Toronto Press, 1992.
- Hunt, Lynn, 1945-. *Politics, culture, and class in the French Revolution*. Berkeley: University of California Press, 1984.
- Jones, Peter, 1949-. *The peasantry in the French Revolution*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1988.
- Kennedy, Emmet. *A cultural history of the French Revolution*. New Haven: Yale University Press, 1989.
- Lefebvre, Georges, 1874-1959. *The Thermidorians & the Directory; two phases of the French Revolution*. New York, Random House, 1964.
- Lefebvre, Georges, 1874-1959. *The coming of the French Revolution*. Princeton, N.J.: Princeton University Press, 2005.
- Lefebvre, Georges, 1874-1959, author. *The French Revolution*. London: Routledge & Kegan Paul; New York: Columbia University Press, 1962.
- Lyons, Martyn. *France under the directory*. Cambridge [England]; New York: Cambridge University Press, 1975.
- Marx, Karl, 1818-1883. *The portable Karl Marx*. Harmondsworth, Middlesex, England; New York, N.Y.: Penguin Books, 1983.
- McMillan, James F., 1948-. *France and women 1789-1914: gender, society and politics*. London; New York: Routledge, 2002.
- Neely, Sylvia. *A Concise History of the French Revolution*. Rowman & Littlefield Publishers, Inc., 2008.
- Palmer, R. R. (Robert Roswell), 1909-2002, et al. *A history of the modern world*. New York: Alfred A. Knopf, 1995.

- Price, Munro. *The road from Versailles*. St. Martin's Press, 2003.
- Soboul, Albert. *A short history of the French revolution, 1789-1799*. Berkeley; London: University of California Press, 1977.
- Soboul, Albert. *The French Revolution, 1787-1799: from the storming of the Bastille to Napoleon; translated from the French by Alan Forrest and Colin Jones*. New York, 1975.
- Stewart, John Hall, 1904- author. *A documentary survey of the French Revolution*. New York, Macmillan, 1951.
- Thompson, J. M. (James Matthew), 1878-1956. *Robespierre and the French Revolution*. London, English Universities Press, 1952.

## Feminism

- Biehl, Janet, 1953-. *Rethinking ecofeminist politics*. Boston: South End Press, 1991.
- Butler, Judith P.. *Gender trouble*. Routledge, 1999.
- Chodorow, Nancy J.. *Feminism and psychoanalytic theory*. Yale, 1992.
- Collins, Patricia Hill, 1948-. *Black feminist thought: knowledge, consciousness, and the politics of empowerment*. New York: Routledge, 2000.
- Echols, Alice. *"Daring to be bad": radical feminism in America, 1967-1975*. Minneapolis: University of Minnesota Press, 1989.
- Garofalo, Reebee. *Rockin' the boat: mass music and mass movements*. Boston, MA: South End Press, 1992.
- Gilligan, Carol, 1936-. *In a different voice: psychological theory and women's development*. Cambridge, Mass.: Harvard University Press, 1993.
- Gross, Rita M.. *Buddhism after patriarchy*. State University of New York Press, 1993.
- Hochschild, Arlie Russell, 1940-. *The time bind: when work becomes home and home becomes work*. New York: H. Holt, 2001.
- Hooks, Bell. *Feminism is for everybody: passionate politics*. Cambridge, MA: South End Press, 2000.
- Kimmel, Michael S.. *Against the Tide*. Beacon Pr, 1992.
- Kuhn, Annette, et al. *The Women's companion to international film*. London: Virago, 1990.
- Levy, Peter B.. *The civil rights movement*. Greenwood Press, 1998.
- Lindlof, Thomas R, et al. *Qualitative communication research methods*. Thousand Oaks, Calif.: Sage Publications, 2002.
- Miller, Casey, et al. *The handbook of nonsexist writing*. New York: Harper & Row, 1988.
- None,. *Third wave agenda: being feminist, doing feminism*. Minneapolis: University of Minnesota Press, 1997.
- ROTH, BENITA. *SEPARATE ROADS TO FEMINISM: BLACK, CHICANA, AND WHITE FEMINIST MOVEMENTS IN AMERICA'S SECOND WAVE.*. CAMBRIDGE UNIV PRESS, 2004.
- Rowe-Finkbeiner, Kristin. *The F-word*. Seal Press, 2004.
- Schlafly, Phyllis. *The power of the positive woman*. New Rochelle, N.Y.: Arlington House, 1977.
- Spender, Dale. *There's always been a women's movement this century*. London; Boston: Pandora Press, 1983.
- Stevens, Doris. *Jailed for freedom*. NewSage Press, 1995.
- Whelehan, Imelda, 1960-. *Modern feminist thought: from the second wave to "post-feminism"*. New York: New York University Press, 1995.
- Wroath, John. *Until they are seven: the origins of women's legal rights*. Winchester [England]: Waterside Press, 1998.

## Charlotte Desmares

- Brockett, Oscar G. (Oscar Gross), 1923-2010. *History of the theatre*. Boston: Allyn and Bacon, 1982.
- Bryson, Norman, 1949-. *Word and image: French painting of the ancien régime*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1981.
- Carlson, Marvin A., 1935-. *Voltaire and the theatre of the eighteenth century*. Westport, Conn.: Greenwood Press, 1998.

- Chicago, Art Institute of. *French and British paintings from 1600 to 1800 in the Art Institute of Chicago: a catalogue of the collection*. Chicago: Art Institute of Chicago in association with Princeton University Press, 1996.
- DeJean, Joan E. *The age of comfort: when Paris discovered casual--and the modern home began*. New York: Bloomsbury, 2009.
- Diderot, Denis, 1713-1784. *The paradox of acting*. New York: Hill and Wang, 1963.
- Duerr, Edwin, 1906-. *The length and depth of acting*. New York, Holt, Rinehart and Winston, 1962.
- Dux, Pierre, 1908-. *La Comédie Française: trois siècles de gloire*. Paris: Denoël, 1980.
- Gillespie, Patti P. *Western theatre: revolution and revival*. New York: Macmillan; London: Collier Macmillan, 1984.
- Hagen, Rainer, 1928-. *What great paintings say*. Köln; New York: Taschen, 2003.
- Kalnein, Wend von, 1914-. *Architecture in France in the eighteenth century*. New Haven: Yale University Press, 1995.
- Lancaster, Henry Carrington, 1882-1954. *A history of French dramatic literature in the seventeenth century. --*. New York: Gordian Press, 1966.
- Lancaster, Henry Carrington, 1882-1954. *French tragedy in the time of Louis XV and Voltaire, 1715-1774*. Baltimore, Johns Hopkins Press, 1950.
- Lancaster, Henry Carrington, 1882-1954. *Sunset, a history of Parisian drama in the last years of Louis XIV, 1701-1715*. Baltimore, Md., The Johns Hopkins press; London, H. Milford, Oxford university press; [etc., etc.], 1945.
- Lauterbach, Iris. *Antoine Watteau, 1684-1721*. Köln; Los Angeles: Taschen, 2008.
- Lesné, Claude. *Jean-Baptiste Santerre: 1651-1717*. [Saint-Ouen-l'Aumône]: Éditions du Valhermeil; [Magny-en-Vexin]: Ville de Magny-en-Vexin; [Cergy-Pontoise]: Conseil général du Val-d'Oise, 2011.
- Levey, Michael. *Rococo to Revolution: major trends in eighteenth-century painting*. New York, Praeger, 1966.
- Mazenod, Lucienne. *Dictionnaire des femmes célèbres, de tous les temps et de tous les pays*. Paris: R. Laffont, 1992.
- Mongrédien, Georges, 1901-. *Dictionnaire biographique des comédiens français du XVIIe siècle; suivi d'un inventaire des troupes (1590-1710) d'après des documents inédits*. Paris, Centre national de la recherche scientifique, 1961.
- Museum of Fine Arts, Boston. *European paintings in the Museum of Fine Arts, Boston: an illustrated summary catalogue*. Boston, Mass.: The Museum, 1985.
- Orléans, Charlotte-Elisabeth, duchesse d', 1652-1722. *Letters from Liselotte*. New York: McCall Pub. Co., 1971.
- Pearson, Roger. *Voltaire almighty: a life in pursuit of freedom*. New York: Bloomsbury: Distributed to the trade by Holtzbrinck, 2005.
- Pevitt, Christine. *Philippe, duc d'Orleans*. Atlantic Monthly Press, 1997.
- Rougemont, Martine de. *La vie théâtrale en France au XVIIIe siècle*. Paris: Champion-Slatkine, 1988.

## Donough MacCarty, 1st Earl of Clancarty

- Ashley, Maurice, 1907-. *Cromwell's generals. --*. London: Cape, 1954.
- Ashley, Maurice, 1907-. *General Monck*. Totowa, N.J.: Rowman and Littlefield, 1977.
- Ball, F. Elrington (Francis Elrington), -1928, author. *The judges in Ireland, 1221-1921*. New York: E.P. Dutton and Company, 1927.
- Belloc, Hilaire, 1870-1953. *Cromwell*. Philadelphia; London: J.B. Lippincott Co., 1934.
- Boyce, David George. *Nationalism in Ireland*. Routledge, 1995.
- Budgell, Eustace, 1686-1737. *Memoirs of the lives and characters of the illustrious family of the Boyles: particularly, of the late eminently learned, Charles, Earl of Orrery*. Waterford: Waterford Co. Council Co. Library, Lismore, 2003.
- Clark, Ruth, 1886?- author. *Strangers & sojourners at Port Royal: being an account of the connections between the British Isles and the Jansenists of France and Holland*. New York, Octagon Books, 1972.
- Coonan, Thomas L., 1907-. *The Irish Catholic Confederacy and the Puritan revolution*. Dublin, Clonmore & Reynolds; New York, Columbia University Press, 1954.

33 of 337

- Duffy, Seán, 1962-. *The illustrated history of Ireland*. Chicago, Ill.: Contemporary Books, 2002.
- Foster, R. F. (Robert Fitzroy), 1949-. *The Oxford history of Ireland*. Oxford; New York: Oxford University Press, 2001.
- Gillespie, Raymond. *Seventeenth-century Ireland: making Ireland modern*. Dublin: Gill & Macmillan, 2006.
- Hanks, Patrick. *A dictionary of first names*. Oxford; New York: Oxford University Press, 2003.
- Hayes-McCoy, Gerard Anthony. *Irish battles: a military history of Ireland*. Belfast: Appletree, 1990.
- Kearney, Hugh F. *Strafford in Ireland, 1633-41; a study in absolutism*. [Manchester] Manchester University Press, 1960.
- Pemsel, Helmut, 1928-. *A history of war at sea: an atlas and chronology of conflict at sea from earliest times to the present*. Annapolis: Naval Institute Press, 1977.
- Sanford, George. *Historical dictionary of Poland*. Lanham, Md.: Scarecrow Press, 2003.
- Simms, J. G. (John Gerald), 1904-1979. *War and politics in Ireland, 1649-1730*. London; Ronceverte: Hambledon Press, 1986.
- Street, Lucie. *An uncommon sailor: a portrait of Admiral Sir William Penn: English naval supremacy*. New York: St. Martin's Press, 1988.
- Wedgwood, C. V. (Cicely Veronica), 1910-. *Thomas Wentworth, first earl of Strafford, 1593-1641, a revaluation*. London, J. Cape, 1961.
- Wedgwood, C. V. (Cicely Veronica), 1910-1997. *The King's war, 1641-1647*. London, Collins, 1958.
- Woolrych, Austin. *Britain in revolution, 1625-1660*. Oxford University Press, 2002.

## Jackie Robinson

- Abdul-Jabbar, Kareem, 1947-, et al. *Brothers in arms: the epic story of the 761st Tank Battalion, WWII's forgotten heroes*. New York: Broadway Books, 2004.
- Bogle, Donald. *Toms, coons, mulattoes, mammies, and bucks: an interpretive history of Blacks in American films*. New York: Continuum, 2001.
- Dorinson, Joseph, 1936-, et al. *Jackie Robinson: race, sports, and the American dream*. Armonk, N.Y.: M.E. Sharpe, 1998.
- Duberman, Martin B. *Paul Robeson*. New York: Knopf, 1988.
- Erskine, Carl, et al. *What I learned from Jackie Robinson: a teammate's reflections on and off the field*. New York: McGraw-Hill, 2005.
- Falkner, David. *Great time coming: the life of Jackie Robinson, from baseball to Birmingham*. New York: Simon & Schuster, 1995.
- Giglio, James N., 1939-. *Musial: from Stash to Stan the Man*. Columbia, Mo.: University of Missouri Press, 2001.
- Gutman, Dan. *Jackie & me: a baseball card adventure*. New York, N.Y.: Avon Books, 2000.
- James, Bill. *The Bill James historical baseball abstract*. Villard Books, 1988.
- Kahn, Roger. *Rickey & Robinson: the true, untold story of the integration of baseball*. New York, NY: Rodale, 2014.
- Kahn, Roger. *The boys of summer*. Perennial Library, 2000.
- Kirwin, Bill, 1937-. *Out of the shadows: African American baseball from the Cuban Giants to Jackie Robinson: the best of NINE*. Lincoln: University of Nebraska Press, 2005.
- Loewen, James W. *Lies my teacher told me: everything your American history textbook got wrong*. New York: New Press: Distributed by Norton, 1995.
- Nemec, David, et al. *Great baseball feats, facts & firsts (2008)*. New York: Signet, 2008.
- Nogowski, John, 1953-. *Last time out: big-league farewells of baseball's greats*. Lanham, Md.: Taylor Trade Pub.: Distributed by National Book Network, 2005.
- Rampersad, Arnold. *Jackie Robinson: a biography*. New York: Knopf, 1997.
- Robinson, Jackie. *First class citizenship*. Times Books, 2007.
- Robinson, Jackie, 1919-1972, et al. *The Jackie Robinson reader: perspectives on an American hero*. New York, N.Y., U.S.A.: Dutton, 1997.
- Robinson, Sharon. *Promises to keep*. Scholastic, 2004.

- Robinson, Sharon, 1950-. *Jackie's nine: Jackie Robinson's values to live by: courage, determination, teamwork, persistence, integrity, persistence [sic], commitment, excellence*. New York: Scholastic, 2001.
- Santella, Andrew. *Jackie Robinson breaks the color line*. New York: Children's Press, 1996.
- Simon, Scott. *Jackie Robinson and the integration of baseball*. Hoboken, N.J.: J. Wiley & Sons, 2002.
- Stout, Glenn, 1958-. *The Dodgers: 120 years of Dodgers baseball*. Boston: Houghton Mifflin, 2004.
- Tygiel, Jules. *Baseball's great experiment: Jackie Robinson and his legacy*. New York: Oxford University Press, 1983.
- Williams, Pat, 1940-;Sielski, Mike, 1975-. *How to be like Jackie Robinson: life lessons from baseball's greatest hero*. Deerfield Beach, Fla.: Health Communications, 2004.

## William Shakespeare

- Ackroyd, Peter, 1949-. *Shakespeare: the biography*. London: Vintage, 2006.
- Barroll, J. Leeds (John Leeds), 1928-. *Politics, plague, and Shakespeare's theater: the Stuart years*. Ithaca: Cornell University Press, 1991.
- Bentley, Gerald Eades, 1901-. *Shakespeare; a biographical handbook*. New Haven, Yale University Press, 1961.
- Bevington, David M. *Shakespeare*. Malden, MA; Oxford, UK: Blackwell Pub., 2002.
- Bloom, Harold.. *The Western canon*. Riverhead Books, 1995.
- Bowers, Fredson, 1905-. *On editing Shakespeare and the Elizabethan dramatists. --*. [Philadelphia]: Published for the Philip H. and A.S.W. Rosenbach Foundation by the University of Pennsylvania Library, 1955.
- Chambers, E. K. (Edmund Kerchever), 1866-1954. *Shakespearean gleanings*. [London] Oxford, university press, 1944.
- Crystal, David, 1941-. *The Cambridge encyclopedia of the English language*. Cambridge [England]; New York: Cambridge University Press, 1995.
- Gibbons, Brian, 1938-. *Shakespeare and multiplicity*. Cambridge [Eng.]; New York, NY: Cambridge University Press, 1993.
- Greer, Germaine, 1939-. *Shakespeare*. Oxford [Oxfordshire]; New York: Oxford University Press, 1986.
- Honan, Park. *Shakespeare*. Oxford University Press, 1998.
- Maguire, Laurie E. *Shakespearean suspect texts: the "bad" quartos and their contexts*. New York: Cambridge University Press, 1996.
- McDonald, Russ, 1949-. *Shakespeare's late style*. Cambridge; New York: Cambridge University Press, 2006.
- Nagler, A. M. (Alois Maria), 1907-. *Shakespeare's stage*. New Haven, Yale University Press, 1958.
- Pritchard, Arnold, 1949-. *Catholic loyalism in Elizabethan England*. Chapel Hill: University of North Carolina Press, 1979.
- Rowse, A. L. (Alfred Leslie), 1903-1997, et al. *William Shakespeare, a biography*. New York, Harper & Row, 1963.
- Schanzer, Ernest. *The problem plays of Shakespeare: a study of Julius Caesar, Measure for measure, Antony and Cleopatra*. London: Routledge & K. Paul, 1963.
- Schoenbaum, S.. *Shakespeare's lives*. Clarendon Press, 1991.
- Shakespeare, William, 1564-1616. *The sonnets*. Cambridge; New York: Cambridge University Press, 1996.
- Smith, Irwin, 1892-. *Shakespeare's Blackfriars Playhouse: its history and its design*. [New York]: New York University Press, 1964.
- Wain, John. *Samuel Johnson*. New York: Viking Press, 1975.
- Wells, Stanley. *The Cambridge companion to Shakespeare studies*. Cambridge University Press, 1991.
- Wells, Stanley W., 1930-. *William Shakespeare, a textual companion*. Oxford [Oxfordshire]: Clarendon Press; New York: Oxford University Press, 1987.
- Wilson, Richard, 1950-. *Secret Shakespeare: studies in theatre, religion and resistance*. Manchester; New York: Manchester University Press; New York: Distributed exclusively in the USA by Palgrave, 2004.
- Wood, Michael, 1948-. *Shakespeare*. New York: Basic Books, 2003.

## Hans Holzer

- Holzer, Hans. *Great American ghost stories*. Dorset Press, 1990.
- Holzer, Hans. *In quest of ghosts*. New York, N.Y.: Scholastic Inc., 1993.
- Holzer, Hans, 1920-2009. *America's haunted houses: public and private*. Stamford, CT: Longmeadow Press, 1991.
- Holzer, Hans, 1920-2009. *America's mysterious places*. Stamford, CT: Longmeadow Press, 1992.
- Holzer, Hans, 1920-2009. *Born again*. Garden City, N.Y., Doubleday, 1970.
- Holzer, Hans, 1920-2009. *Charismatics; how to make things happen*. New York, Coward-McCann, 1971.
- Holzer, Hans, 1920-2009. *Ghosts: true encounters with the world beyond*. New York: Black Dog & Leventhal, 1997.
- Holzer, Hans, 1920-2009. *Ghosts of old Europe*. London: Dorset Press, 1992.
- Holzer, Hans, 1920-2009. *Gothic ghosts*. New York: Pocket Books, 1972.
- Holzer, Hans, 1920-2009. *Psychic: true paranormal experiences*. New York: Smithmark Publishers, 1999.
- Holzer, Hans, 1920-2009. *Psychic investigator*. New York, Hawthorn Books, 1968.
- Holzer, Hans, 1920-2009. *Real hauntings: true American ghost stories*. [Place of publication not identified]: MetroBooks, 2002.
- Holzer, Hans, 1920-2009. *Star in the east*. New York, Harper & Row, 1968.
- Holzer, Hans, 1920-2009. *Tales at midnight: true stories from parapsychology casebooks and journals*. Philadelphia, Penn.: Courage Books, 1994.
- Holzer, Hans, 1920-2009. *The Amityville curse*. New York: Tower Books, 1981.
- Holzer, Hans, 1920-2009. *The ghost hunter's strangest cases*. New York: Fall River Press, 2006.
- Holzer, Hans, 1920-2009. *The phantoms of Dixie*. Indianapolis, Bobbs-Merrill, 1972.
- Holzer, Hans, 1920-2009. *The prophets speak: what the leading psychics say about the world of tomorrow*. Indianapolis, Bobbs-Merrill, 1971.
- Holzer, Hans, 1920-2009. *The psychic world of Bishop Pike*. New York, Crown Publishers, 1970.
- Holzer, Hans, 1920-2009. *The spirits of '76: a psychic inquiry into the American Revolution*. Indianapolis: Bobbs-Merrill, 1976.
- Holzer, Hans, 1920-2009. *The truth about ESP; what it is, how it works, and how you develop it*. Garden City, N.Y., Doubleday, 1974.
- Holzer, Hans, 1920-2009. *Vegetarian way of life*. [Place of publication not identified]: Pyramid, 1973.
- Holzer, Hans, 1920-2009. *Window to the past; exploring history through ESP*. Garden City, N.Y., Doubleday, 1969.
- Holzer, Hans, 1920-2009. *Yankee ghosts*. New York: Ace Books, 1966.
- Holzer, Hans, 1920-2009, author. *The lively ghosts of Ireland*. New York: Bell Publishing Company, 1967.
- Solomon, Philip, et al. *Beyond Death*. Hampton Roads Publishing Company, 2001.

## Alexander Hamilton

- Brant, Irving, 1885- . cn. *The fourth President; a life of James Madison*. Indianapolis, Bobbs-Merrill, 1970.
- Burns, Eric. *Infamous scribblers: the Founding Fathers and the rowdy beginnings of American journalism*. New York: Public Affairs, 2006.
- Cooke, Jacob Ernest, 1924-. *Alexander Hamilton*. New York: Scribner's, 1982.
- Elkins, Stanley M.. *The age of federalism*. Oxford University Press, 1993.
- Emery, Noemie, 1938-. *Alexander Hamilton: an intimate portrait*. New York: Putnam, 1982.
- Fleming, Thomas J. *Duel: Alexander Hamilton, Aaron Burr, and the future of America*. New York, NY: Basic Books, 1999.
- Fleming, Thomas J. *The intimate lives of the Founding Fathers*. New York, N.Y.: Harper, 2010.
- Hendrickson, Robert A., 1923-. *Hamilton*. New York: Mason/Charter, 1976.
- Kennedy, Roger G.. *Burr, Hamilton, and Jefferson*. Oxford University Press, 2000.
- Lomask, Milton. *Aaron Burr*. New York: Farrar, Straus & Giroux, 1979.
- McDonald, Forrest. *Alexander Hamilton: a biography*. New York: Norton, 1982.

- McManus, Edgar J. *A history of Negro slavery in New York*. Syracuse, N.Y.]: Syracuse University Press, 1966.
- Miller, John Chester, 1907-. *Alexander Hamilton: portrait in paradox*. New York, Harper, 1959.
- Mitchell, Broadus, 1892-. *Alexander Hamilton. --*. New York: Macmillan, 1957.
- Morris, Richard Brandon, 1904-. *The forging of the Union, 1781-1789*. New York: Harper & Row, 1987.
- Nettels, Curtis P. (Curtis Putnam). *The emergence of a national economy, 1775-1815. --*. New York: Holt, Rinehart and Winston, 1962.
- Rakove, Jack N.. *The beginnings of national politics*. Random House USA Inc; 1st edition, 1979.
- Rossiter, Clinton Lawrence, 1917-1970. dn. *Alexander Hamilton and the Constitution*. New York, Harcourt, Brace & World, 1964.
- Schachner, Nathan, 1895-1955. *Alexander Hamilton*. New York, D. Appleton-Century Co, 1946.
- Sharp, James Roger, 1936-. *American politics in the early republic: the new nation in crisis*. New Haven: Yale University Press, 1993.
- Staloff, Darren. *Hamilton, Adams, Jefferson*. Hill and Wang, 2005.
- Stourzh, Gerald. *Alexander Hamilton and the idea of republican government. --*. Stanford: Stanford University Press, 1970.
- Tulis, Jeffrey. *The rhetorical presidency*. Princeton, N.J.: Princeton University Press, 1987.
- Vidal, Gore, 1925-. *Burr: a novel*. New York, Random House, 1973.
- Wright, Robert E. (Robert Eric), 1969-. *One nation under debt: Hamilton, Jefferson, and the history of what we owe*. New York: McGraw-Hill, 2008.

## Mother's Little Helper

- Aeppli, Felix, 1949-. *Heart of stone: the definitive Rolling Stones discography, 1962-1983*. Ann Arbor, MI: Pierian Press, 1985.
- Appleford, Steve. *The Rolling Stones: it's only rock and roll: song by song*. New York: Schirmer Books, 1997.
- Bockris, Victor, 1949-. *Keith Richards: the unauthorised biography*. London: Omnibus, 2002.
- Bonanno, Massimo. *The Rolling Stones chronicle: the first thirty years*. New York: Holt, 1990.
- Charone, Barbara, et al. *Keith Richards: life as a Rolling Stone*. Garden City, N.Y.: Doubleday, 1982.
- Clayson, Alan. *Legendary Sessions: The Rolling Stones*. Billboard Books, 2008.
- Clayson, Alan. *The Rolling Stones complete discography*. New York, NY: Universe, 2006.
- Dalton, David, 1945-. *The Rolling Stones: the first twenty years*. New York: A.A. Knopf, 1981.
- Davis, Stephen, 1947-. *Old gods almost dead: the 40-year odyssey of the Rolling Stones*. New York: Broadway Books, 2001.
- Egan, Sean. *The rough guide to the Rolling Stones*. London; New York: Rough Guides, 2006.
- Hector, James. *The complete guide to the music of the Rolling Stones*. London: Omnibus, 1995.
- Jackson, Andrew Grant, 1969- author. *1965: the most revolutionary year in music*. New York: Thomas Dunne Books/St. Martin's Press, 2015.
- Janovitz, Bill. *Rocks off: 50 tracks that tell the story of The Rolling Stones*. New York: St. Martin's Press, 2013.
- McMillian, John Campbell, author. *Beatles vs. Stones*. New York: Simon & Schuster, 2013.
- Miles, Barry, 1943-. *The Rolling Stones: an illustrated discography*. London; New York: Omnibus Press, 1980.
- Moore, Allan F. *The Beatles, Sgt. Pepper's Lonely Hearts Club Band*. Cambridge; New York: Cambridge University Press, 1997.
- Norman, Philip, 1943-. *Mick Jagger*. New York: Ecco, 2012.
- Oldham, Andrew Loog. *Stoned*. London: Vintage, 2001.
- Rodriguez, Robert, 1961-. *Revolver: how the Beatles re-imagined rock 'n' roll*. Montclair, NJ: Backbeat Books, 2012.
- Salewicz, Chris. *Mick & Keith*. London: Orion, 2001.
- Sandford, Christopher, 1956-. *The Rolling Stones: fifty years*. London; New York: Simon & Schuster, 2012.
- Savage, Jon. *1966: the year the decade exploded*. London: Faber & Faber, 2015.

- Simonelli, David. *Working class heroes: rock music and British society in the 1960s and 1970s*. Lanham: Lexington Books, 2013.
- Trynka, Paul, author. *Brian Jones: the making of the Rolling Stones*. New York: Viking, 2014.
- Wyman, Bill, et al. *Stone alone*. New York, NY: Viking, 1990.

## Franklin D. Roosevelt

- Alter, Jonathan. *The defining moment: FDR's hundred days and the triumph of hope*. New York: Simon & Schuster, 2006.
- Badger, Anthony J. *FDR: the first hundred days*. New York: Hill and Wang, 2008.
- Beschloss, Michael R. *The conquerors: Roosevelt, Truman, and the destruction of Hitler's Germany, 1941-1945*. New York: Simon & Schuster, 2002.
- Burns, James MacGregor. *Roosevelt, the lion and the fox*. San Diego, Ca.: Harcourt, Brace, Jovanovich, 1984.
- Dallek, Robert. *Franklin D. Roosevelt and American foreign policy, 1932-1945*. New York: Oxford University Press, 1979.
- Freidel, Frank Burt. *Franklin D. Roosevelt: a rendezvous with destiny*. Boston: Little, Brown, 1990.
- Goodwin, Doris Kearns. *No ordinary time: Franklin and Eleanor Roosevelt: the home front in World War II*. New York: Simon & Schuster, 1994.
- Gunther, John, 1901-1970. *Roosevelt in retrospect, a profile in history*. New York, Harper, 1950.
- Jenkins, Roy. *Franklin Delano Roosevelt*. Times Books, 2003.
- Jordan, David M., 1935-. *FDR, Dewey, and the election of 1944*. Bloomington: Indiana University Press, 2011.
- Larrabee, Eric. *Commander in chief: Franklin Delano Roosevelt, his lieutenants, and their war*. New York: Harper & Row, 1987.
- Leuchtenburg, William Edward. *In the shadow of FDR: from Harry Truman to George W. Bush*. Ithaca, NY: Cornell University Press, 2001.
- Leuchtenburg, William Edward, 1922-. *Franklin D. Roosevelt and the New Deal, 1932-1940*. New York: Harper & Row, 1963.
- McJimsey, George T.. *The presidency of Franklin Delano Roosevelt*. University Press of Kansas, 2000.
- Morgan, Ted, 1932-. *FDR: a biography*. New York: Simon and Schuster, 1985.
- Powell, Jim, 1944-. *FDR's folly: how Roosevelt and his New Deal prolonged the Great Depression*. New York: Crown Forum, 2003.
- Rauchway, Eric. *The Great Depression and New Deal*. Oxford University Press, USA, 2008.
- Rowley, Hazel. *Franklin and Eleanor: an extraordinary marriage*. New York: Farrar, Straus and Giroux, 2010.
- Sainsbury, Keith. *Churchill and Roosevelt at war: the war they fought and the peace they hoped to make*. Washington Square, N.Y.: New York University Press, 1994.
- Smith, Jean Edward. *FDR*. Random House, 2007.
- Tobin, James, 1956-. *The man he became: how FDR defied polio to win the presidency*. New York: Simon & Schuster, 2013.
- Ward, Geoffrey C. *Before the trumpet: young Franklin Roosevelt, 1882-1905*. New York: Harper & Row, 1985.
- Ward, Geoffrey C.. *A first-class temperament*. Harper & Row, 1989.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## Theodore Roosevelt

- Ali, Omar H. (Omar Hamid). *In the balance of power: independent Black politics and third-party movements in the United States*. Athens, Ohio: Ohio University Press, 2008.
- Beale, Howard K. (Howard Kennedy), 1899-1959. *Theodore Roosevelt and the rise of America to world power*. Baltimore, Johns Hopkins Press, 1956.
- Brands, H. W.. *T. R.*. Basic Books, 1997.

- Brinkley, Douglas. *The wilderness warrior*. HarperCollins, 2009.
- Chace, James. *1912: Wilson, Roosevelt, Taft & Debs-- the election that changed the country*. New York: Simon & Schuster, 2004.
- Cooper, John Milton. *The warrior and the priest: Woodrow Wilson and Theodore Roosevelt*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1983.
- Dalton, Kathleen. *Theodore Roosevelt*. Alfred A. Knopf, 2002.
- Goodwin, Doris Kearns, author. *The bully pulpit: Theodore Roosevelt, William Howard Taft, and the Golden Age of journalism*. Simon & Schuster, 2013.
- Gould, Lewis L. *Theodore Roosevelt*. New York: Oxford University Press, 2012.
- Harbaugh, William Henry, 1920-. *Power and responsibility; the life and times of Theodore Roosevelt*. New York, Farrar, Straus and Cudahy, 1961.
- Lorant, Stefan, 1901-. *The glorious burden: the American Presidency*. New York, Harper & Row, 1968.
- Matuz, Roger. *The handy presidents answer book*. Detroit: Visible Ink, 2004.
- Miller, Nathan. *Theodore Roosevelt*. Morrow, 1992.
- Morris, Edmund, et al. *The rise of Theodore Roosevelt*. New York: Coward, McCann & Geoghegan, 1979.
- Morris, Edmund, et al. *Theodore Rex*. New York: Random House, 2001.
- Mowry, George E. (George Edwin), 1909-1984. *Theodore Roosevelt and the progressive movement*. New York, Hill and Wang, 1960.
- None,. *Myth America*. St. James. N.Y.: Brandywine Press, 1997.
- O'Gara, Gordon Carpenter, 1920-. *Theodore Roosevelt and the rise of the modern Navy*. New York, Greenwood Press, 1969.
- O'Toole, Patricia. *When trumpets call*. Simon & Schuster, 2005.
- Pringle, Henry F. (Henry Fowles), 1897-1958. *Theodore Roosevelt: a biography*. San Diego: Harcourt Brace Jovanovich, 1984.
- Pringle, Henry F. (Henry Fowles), 1897-1958. *Theodore Roosevelt, a biography*. New York, Harcourt, Brace, 1956.
- Putnam, Carleton, 1901-. *Theodore Roosevelt: a biography*. New York: Scribner's, 1958.
- Roosevelt, Theodore. *Letters and speeches*. Library of America, 2004.
- Roosevelt, Theodore. *The selected letters of Theodore Roosevelt*. Cooper Square Press, 2001.
- Roosevelt, Theodore, 1858-1919, et al. *The writings of Theodore Roosevelt*. Indianapolis: Bobbs-Merrill, 1967.

## The Holocaust

- Arad, Yitzhak, 1926-. *Belzec, Sobibor, Treblinka [electronic resource]: the Operation Reinhard death camps*. Bloomington, Ind.: Indiana University Press, 1999.
- Bauer, Yehuda. *Jews for sale?*. Yale University Press, 1994.
- Bauer, Yehuda, et al. *A history of the Holocaust*. New York: Franklin Watts, 2001.
- Browning, Christopher R.. *The origins of the Final Solution*. University of Nebraska Press, 2004.
- Burleigh, Michael, 1955-. *The Third Reich: a new history*. London: Macmillan; New York: Hill and Wang, 2000.
- Burleigh, Michael, et al. *The racial state: Germany 1933-1945*. Cambridge [England]; New York: Cambridge University Press, 1991.
- Conot, Robert E. *Justice at Nuremberg*. New York: Carroll & Graf, 1984.
- Dwork, Deborah, et al. *Holocaust: a history*. New York: Norton, 2002.
- Evans, Richard J. *The coming of the Third Reich*. New York: The Penguin Press, 2004.
- Evans, Richard J.. *The Third Reich in power, 1933-1939*. Penguin Press, 2005.
- Fischel, Jack, 1932-. *The Holocaust*. Westport, Conn.: Greenwood Press, 1998.
- Friedländer, Saul, 1932-. *Nazi Germany and the Jews*. New York, NY: HarperCollins, 1997.
- Gilbert, Martin, 1936-2015. *The Holocaust: a history of the Jews of Europe during the Second World War*. New York: Holt, Rinehart, and Winston, 1986.
- Gutman, Israel. *Resistance*. Houghton Mifflin, 1994.
- Gutman, Israel, et al. *Anatomy of the Auschwitz death camp*. Bloomington: Published in association with the United States Holocaust Memorial Museum, Washington, D.C. by Indiana University Press, 1994.

39 of 337

- Kershaw, Ian. *Hitler; hubris*. New York: Norton, 1999.
- Kershaw, Ian.. *Hitler, the Germans, and the final solution*. International Institute for Holocaust Research, Yad Vashem, 2008.
- Lifton, Robert Jay, 1926-. *The Nazi doctors: medical killing and the psychology of genocide*. New York: Basic Books, 1986.
- Lusane, Clarence, 1953-. *Hitler's black victims: the historical experiences of Afro-Germans, European Blacks, Africans, and African Americans in the Nazi era*. New York: Routledge, 2003.
- McKale, Donald M., 1943-. *Hitler's shadow war: the Holocaust and World War II*. New York, NY: Cooper Square Press: Distributed by National Book Network, 2002.
- Müller, Filip, et al. *Eyewitness Auschwitz: three years in the gas chambers*. Chicago: Ivan R. Dee, 1999.
- Piotrowski, Tadeusz. *Poland's holocaust*. McFarland, 1998.
- Proctor, Robert, 1954-, et al. *Racial hygiene: medicine under the Nazis*. Cambridge, Mass.: Harvard University Press, 1988.
- Wagner, Margaret E,Kennedy, David M,Osborne, Linda Barrett, 1949-,Reyburn, Susan,Library of Congress. *The Library of Congress World War II companion*. New York: Simon & Schuster, 2007.
- Yahil, Leni. *The Holocaust: the fate of European Jewry, 1932-1945*. New York: Oxford University Press, 1990.

## Robert Sobel

- None,. *Biographical directory of the United States executive branch, 1774-1971*. Westport, Conn.: Greenwood Pub. Co, 1971.
- O'glove, Thornton L, et al. *Quality of earnings: the investor's guide to how much money a company is really making*. New York: Free Press, 1987.
- Sobel, Robert. *Dangerous dreamers*. Wiley, 1993.
- Sobel, Robert, 1931 Feb. 19-. *Biographical directory of the United States executive branch, 1774-1989*. New York: Greenwood Press, 1990.
- Sobel, Robert, 1931 Feb. 19-. *Car wars: the untold story*. New York: Dutton, 1984.
- Sobel, Robert, 1931 Feb. 19-. *IBM vs. Japan: the struggle for the future*. New York: Stein and Day, 1986.
- Sobel, Robert, 1931 Feb. 19-. *Inside Wall Street: continuity and change in the financial district*. New York: Norton, 1977.
- Sobel, Robert, 1931 Feb. 19-. *N.Y.S.E.: a history of the New York Stock Exchange, 1935-1975*. New York: Weybright and Talley, 1975.
- Sobel, Robert, 1931 Feb. 19-. *RCA*. New York: Stein and Day/Publishers, 1986.
- Sobel, Robert, 1931 Feb. 19-. *The Big Board; a history of the New York stock market*. New York, Free Press, 1965.
- Sobel, Robert, 1931 Feb. 19-. *The age of giant corporations; a microeconomic history of American business, 1914-1970*. Westport, Conn., Greenwood Press, 1972.
- Sobel, Robert, 1931 Feb. 19-. *The curbstone brokers; the origins of the American Stock Exchange*. [New York] Macmillan, 1970.
- Sobel, Robert, 1931 Feb. 19-. *The great bull market; Wall Street in the 1920s*. New York, Norton, 1968.
- Sobel, Robert, 1931 Feb. 19-. *The last bull market: Wall Street in the 1960's*. New York: Norton, 1980.
- Sobel, Robert, 1931 Feb. 19-. *The manipulators: America in the media age*. Garden City, N.Y.: Anchor Press, 1976.
- Sobel, Robert, 1931 Feb. 19-. *The new game on Wall Street*. New York: Wiley, 1987.
- Sobel, Robert, 1931 Feb. 19-. *The rise and fall of the conglomerate kings*. New York: Stein and Day, 1984.
- Sobel, Robert, 1931 Feb. 19-. *Trammell Crow, master builder: the story of America's largest real estate empire*. New York: Wiley, 1989.
- Sobel, Robert, 1931 Feb. 19- . cn. *The entrepreneurs: explorations within the American business tradition*. New York: Weybright and Talley, 1974.
- Sobel, Robert, 1931 Feb. 19-, et al. *The entrepreneurs: an American adventure*. Boston: Houghton Mifflin, 1986.
- Sobel, Robert, 1931 February 19-1999. *The great boom, 1950-2000: how a generation of Americans created the world's most prosperous society*. New York: St. Martin's Press, 2000.

- Sobel, Robert, 1931 February 19-1999. *The pursuit of wealth: the incredible story of money throughout the ages*. New York: McGraw-Hill, 2000.
- Sobel, Robert, 1931 February 19-1999. *They satisfy: the cigarette in American life*. New York: Anchor Press/Doubleday, 1978.
- Sobel, Robert, 1931 February 19-1999. *When giants stumble*. Paramus, NJ: Prentice Hall, 1999.
- Straub, Peter, 1943-. *Mister X: a novel*. New York: Random House, 1999.

## Economic history of the United States

- Atack, Jeremy, et al. *A new economic view of American history: from colonial times to 1940*. New York: Norton, 1994.
- Chandler, Alfred D. *The Visible hand: the managerial revolution in American business*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1977.
- Cochran, Thomas C. (Thomas Childs), 1902-1999. *200 years of American business*. New York: Basic Books, 1977.
- Dulles, Foster Rhea, 1900-1970. *Labor in America; a history*. New York, Crowell, 1966.
- Engerman, Stanley L, et al. *The Cambridge economic history of the United States*. Cambridge; New York, NY: Cambridge University Press, 1996.
- Faulkner, Harold Underwood, 1890-1968. *Economic history of the United States*. New York city, Macmillan Co., 1937.
- Faulkner, Harold Underwood, 1890-1968. *The decline of laissez faire, 1897-1917*. White Plains, N.Y.: M. E. Sharpe, 1977.
- Habakkuk, H. J. *American and British technology in the nineteenth century; the search for labour-saving inventions*. Cambridge [England] University Press, 1962.
- Hunter, Louis C. *A history of industrial power in the United States, 1780-1930*. Charlottesville: Published for the Eleutherian Mills-Hagley Foundation by the University Press of Virginia, 1979.
- Kennedy, Susan Estabrook. *The banking crisis of 1933*. [Lexington]: University Press of Kentucky, 1973.
- Klebaner, Benjamin Joseph, 1926-. *American commercial banking: a history*. Boston: Twayne Publishers, 1990.
- Lee, Susan, 1943-, et al. *A new economic view of American history*. New York: Norton, 1979.
- Lind, Michael, 1962-. *Hamilton's republic: readings in the American democratic nationalist tradition*. New York: Free Press, 1997.
- Mitchell, Broadus, 1892-1988. *Depression decade: from New Era through New Deal, 1929-1941*. White Plains, N.Y.: M.E. Sharpe, 1975.
- Moggridge, D. E. (Donald Edward), 1943-. *Maynard Keynes: an economist's biography*. London; New York: Routledge, 1992.
- Myers, Margaret G. (Margaret Good), 1899-. *A financial history of the United States*. New York, Columbia University Press, 1970.
- North, Douglass C. (Douglass Cecil). *The economic growth of the United States, 1790-1860*. New York: Norton, 1966.
- Rasmussen, Wayne D. (Wayne David), 1915-2004, compiler. *Agriculture in the United States: a documentary history*. New York, Random House, 1975.
- Rifkin, Jeremy. *The end of work: the decline of the global labor force and the dawn of the post-market era*. New York: G.P. Putnam's Sons, 1995.
- Schweikart, Larry, et al. *A patriot's history of the United States*. New York: Sentinel, 2004.
- Stark, Rodney. *The victory of reason: how Christianity led to freedom, capitalism, and Western success*. New York: Random House, 2005.
- Taylor, George Rogers, 1895-1983. *The transportation revolution, 1815-1860*. New York: Rinehart, 1951.
- Thomson, Ross. *Structures of change in the mechanical age: technological innovation in the United States, 1790-1865*. Baltimore: Johns Hopkins University Press, 2009.
- Thomson, Ross. *The path to mechanized shoe production in the United States*. Chapel Hill: University of North Carolina Press, 1989.
- Woytinsky, Wladimir S., 1885-1960. *World population and production: trends and outlook*. New York, Twentieth Century Fund, 1953.

41 of 337

## F. Scott Fitzgerald

- Berg, A. Scott (Andrew Scott), et al. *Max Perkins, editor of genius*. New York: Dutton, 1978.
- Bruccoli, Matthew J. (Matthew Joseph), 1931-2008. *Reader's companion to F. Scott Fitzgerald's Tender is the night*. Columbia: University of South Carolina Press, 1996.
- Donaldson, Scott, 1928-. *Fool for love: F. Scott Fitzgerald*. New York: Congdon & Weed: Distributed by St. Martin's Press, 1983.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940. *The short stories of F. Scott Fitzgerald*. New York: Scribner, 1998.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, author. *The crack-up*. New York: James Laughlin, 1945.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, et al. *Dear Scott, dearest Zelda: the love letters of F. Scott and Zelda Fitzgerald*. New York: St. Martin's Press, 2002.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, et al. *The letters of F. Scott Fitzgerald*. New York: Scribner, 1963.
- Fitzgerald, Zelda. *The collected writings*. Scribner, 1991.
- Hemingway, Ernest, 1899-1961. *A moveable feast*. New York, Scribner, 1964.
- Jackson, Charles. *The lost weekend*. Syracuse University Press, 1996.
- Jenkins, Alan, 1914-1993. *The twenties*. London: Peerage Books, 1974.
- Kazin, Alfred, 1915-1998, ed. *F. Scott Fitzgerald: the man and his work*. Cleveland, World Pub. Co, 1951.
- Mencken, H. L.. *The diary of H.L. Mencken*. Knopf, 1989.
- Milford, Nancy. *Zelda; a biography*. New York, Harper & Row, 1970.
- Mizener, Arthur. *Scott Fitzgerald and his world*. New York, Putnam, 1972.
- Mizener, Arthur. *The far side of paradise: a biography of F. Scott Fitzgerald*. Boston (Mass.]: Mifflin Company, 1951.
- Perret, Geoffrey. *America in the twenties: a history*. New York: Simon and Schuster, 1982.
- Ring, Frances Kroll. *Against the current: as I remember F. Scott Fitzgerald*. San Francisco: D.S. Ellis; Berkeley, Calif.: Distributed by Creative Arts Book Co., 1985.
- Savage, Jon. *Teenage: the creation of youth culture*. New York: Viking, 2007.
- Stern, Milton R. *The golden moment: the novels of F. Scott Fitzgerald*. Urbana: University of Illinois Press, 1970.
- Tate, Mary Jo. *F. Scott Fitzgerald A to Z: the essential reference to his life and work*. New York: Facts on File, 1998.
- Tredell, Nicolas. *Fitzgerald's The Great Gatsby: a reader's guide*. London; New York: Continuum, 2007.
- Turnbull, Andrew. *Scott Fitzgerald: [a biography]*. New York, NY Scribner, 1962.
- West, James L. W. *The perfect hour: the romance of F. Scott Fitzgerald and Ginevra King, his first love*. New York: Random House, 2005.
- Wilson, Edmund, 1895-1972. *The bit between my teeth; a literary chronicle of 1950-1965*. New York, Farrar, Straus and Giroux, 1965.

## Hinduism

- Adcock, C. S., author. *The limits of tolerance: Indian secularism and the politics of religious freedom*. Oxford; New York: Oxford University Press, 2014.
- Bhaskarananda, Swami. *The essentials of Hinduism: a comprehensive overview of the world's oldest religion*. Seattle, WA: Viveka Press, 1994.
- Blofeld, John Eaton Calthorpe. *The Illustrated World's Religions*. HarperOne, 1995.
- Bowker, John, 1935-. *The concise Oxford dictionary of world religions [electronic resource]*. [Oxford]: Oxford University Press, 2000.
- Doniger, Wendy, et al. *Merriam-Webster's encyclopedia of world religions; Wendy Doniger, consulting editor*. Springfield, Mass.: Merriam-Webster, 1999.
- Foulston, Lynn. *Hindu goddesses: beliefs and practices*. Brighton [England]; Portland, Or.: Sussex Academic Press, 2009.
- Gombrich, Richard Francis. *Theravāda Buddhism: a social history from ancient Benares to modern Colombo*. London; New York: Routledge & Kegan Paul, 1988.

- Henderson, John B., 1948-. *Scripture, canon, and commentary: a comparison of Confucian and western exegesis*. Princeton, N.J.: Princeton University Press, 1991.
- Jhingran, Saral, 1939-. *Aspects of Hindu morality*. Delhi: Motilal Banarsidass Publishers, 1989.
- Kramer, Kenneth, 1941-. *World scriptures: an introduction to comparative religions*. New York: Paulist Press, 1986.
- Lagassé, Paul, 1956-, et al. *The Columbia encyclopedia*. New York: Columbia University Press; [Detroit]: Sold and distributed by Gale Group, 2000.
- Lochtefeld, James G., 1957-. *The illustrated encyclopedia of Hinduism*. New York: Rosen, 2002.
- Muesse, Mark W.. *The Hindu traditions*. Fortress Press, 2011.
- None,. *Encyclopedia of religion*. Detroit: Macmillan Reference USA, 2005.
- Oxtoby, Willard Gurdon, et al. *A concise introduction to world religions*. Don Mills, Ont.; New York: Oxford University Press, 2007.
- Radhakrishnan, S. (Sarvepalli), 1888-1975, et al. *A source book in Indian philosophy*. Princeton, N.J., Princeton University Press, 1989.
- Sharma, Arvind. *Hinduism as a missionary religion*. Albany: State University of New York Press, 2011.
- Smith, David (David James), 1944-. *The dance of Siva: religion, art and poetry in South Indai*. Cambridge; New York, NY.: Cambridge University Press, 1996.
- Smith, Huston, et al. *The world's religions: our great wisdom traditions*. [San Francisco]: HarperSanFrancisco, 1991.
- Thapar, Romila. *Book ISBN 9780520242258*. University of California Press; 1st edition, 2004.
- Vroom, H. M., 1945-. *No other gods: Christian belief in dialogue with Buddhism, Hinduism, and Islam*. Grand Rapids, Mich.: William B. Eerdmans Pub. Co., 1996.
- Young, Serinity. *Hinduism*. New York: Marshall Cavendish Benchmark, 2007.
- Zelliot, Eleanor, 1926-, et al. *The Experience of Hinduism: essays on religion in Maharashtra*. Albany, N.Y.: State University of New York Press, 1988.

## Frederick the Great

- Asprey, Robert B. *Frederick the Great: the magnificent enigma*. New York: Ticknor & Fields, 1986.
- Blackbourn, David, 1949-. *The conquest of nature: water, landscape, and the making of modern Germany*. New York: Norton, 2006.
- Clark, Christopher M. *Iron kingdom: the rise and downfall of Prussia, 1600-1947*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2006.
- Connelly, Owen, 1929-. *On war and leadership: the words of combat commanders from Frederick the Great to Norman Schwarzkopf*. Princeton, N.J.: Princeton University Press, 2002.
- Craig, Gordon Alexander, 1913-. *Germany, 1866-1945*. New York: Oxford University Press, 1978.
- Crankshaw, Edward. *Maria Theresa*. New York, Viking Press, 1970.
- Fraser, David, 1920-. *Frederick the Great: King of Prussia*. New York, N.Y.: Fromm International, 2001.
- Frederick II, King of Prussia, 1712-1786, et al. *Frederick the Great on the art of war*. New York: Da Capo Press, 1999.
- Gaines, James R. *Evening in the palace of reason: Bach meets Frederick the Great in the Age of Enlightenment*. New York, NY: Fourth Estate, 2005.
- Gooch, G. P. (George Peabody), 1873-1968. *Frederick the Great, the ruler, the writer, the man*. New York: Dorset Press, 1990.
- Görlitz, Walter, 1913-. *History of the German General Staff, 1657-1945*. New York, Praeger, 1953.
- Henderson, W. O. (William Otto), 1904-. *Studies in the economic policy of Frederick the Great*. [London] F. Cass, 1963.
- Kaplan, Herbert H. *The first partition of Poland. --*. New York: Columbia University Press, 1962.
- Kershaw, Ian. *Hitler, 1936-45: nemesis*. New York: W. W. Norton, 2000.
- Koch, H. W. (Hannsjoachim Wolfgang), 1933-. *A history of Prussia*. London; New York: Longman, 1978.
- MacDonogh, Giles, 1955-. *Frederick the Great: a life in deed and letters*. New York: St. Martin's Press, 2000.
- Mitford, Nancy, 1904-1973. *Frederick the Great*. New York, N.Y.: E. P. Dutton, 1984.
- Ozment, Steven E.. *A mighty fortress*. HarperCollins, 2004.

- Quantz, Johann Joachim, 1697-1773, et al. *On playing the flute*. New York: Schirmer Books, 1975.
- Reiners, Ludwig, 1896-1957. *Frederick the Great, a biography*. New York, Putnam, 1960.
- Schieder, Theodor. *Frederick the Great*. London; New York: Longman, 2000.
- Simon, Edith, 1917-. *The making of Frederick the Great*. Boston, Little, Brown, 1963.
- Snyder, Louis L. (Louis Leo), 1907-1993, comp. *Frederick the Great*. Englewood Cliffs, N.J., Prentice-Hall, 1971.
- Stone, David (David J. A.). *Fighting for the fatherland: the story of the German soldier from 1648 to the present day*. Washington, D.C.: Potomac Books, 2006.
- Waite, Arthur Edward, 1857-1942. *A new encyclopaedia of Freemasonry (Ars magna latomorum) and of cognate instituted mysteries: their rites, literature, and history*. New York: Wings Books; Avenel, N.J.: Distributed by Random House Value Pub. Inc., 1994.

## Ted Kennedy

- Alexander, Herbert E. *Financing the 1980 election*. Lexington, Mass.: Lexington Books, 1983.
- Burns, James MacGregor. *Edward Kennedy and the Camelot legacy*. New York: Norton, 1976.
- Canellos, Peter, et al. *Last lion: the fall and rise of Ted Kennedy*. New York: Simon & Schuster, 2009.
- Carter, Jimmy, 1924-. *Keeping faith: memoirs of a president*. Toronto; New York: Bantam Books, 1982.
- Clymer, Adam. *Edward M. Kennedy*. Morrow, 1999.
- Damore, Leo. *Senatorial privilege: the Chappaquiddick cover-up*. Washington, D.C.: Regnery Gateway; New York, NY: Distributed by Kampmann, 1988.
- David, Lester. *Good Ted, bad Ted: the two faces of Edward M. Kennedy*. Secaucus, N.J.: Carol Pub. Group, 1993.
- Hachey, Thomas E, et al. *The Irish experience: a concise history*. Armonk, N.Y.: M.E. Sharpe, 1996.
- Hersh, Burton. *Edward Kennedy*. Counterpoint, 2010.
- Hersh, Burton. *The shadow president*. Steerforth Press, 1997.
- Kennedy, Edward M. (Edward Moore), 1932-2009. *America back on track*. New York: Viking, 2006.
- Kennedy, Edward M. (Edward Moore), 1932-2009. *In critical condition; the crisis in America's health care*. New York, Simon and Schuster, 1972.
- Kennedy, Edward M. (Edward Moore), 1932-2009, et al. *Our day and generation: the words of Edward M. Kennedy*. New York: Simon & Schuster, 1979.
- Kennedy, Ted, 1932-2009, et al. *The wit and wisdom of Ted Kennedy: a treasury of reflections, statements of belief, and calls to action*. New York: Pegasus Books: Distributed by W.W. Norton, 2009.
- Kessler, Ronald. *The sins of the father*. Warner Books, 1996.
- Klein, Edward. *Ted Kennedy*. Crown Publishers, 2009.
- Leamer, Laurence. *Sons of Camelot: the fate of an American dynasty*. New York: William Morrow, 2004.
- Leamer, Laurence. *The Kennedy men: 1901-1963: the laws of the father*. New York: Wm. Morrow, 2001.
- Lerner, Max, 1902-1992. *Ted and the Kennedy legend: a study in character and destiny*. New York: St. Martin's Press, 1980.
- McGinniss, Joe. *The last brother*. New York: Simon & Schuster, 1993.
- None,. *Ted Kennedy: an American icon*. Chicago, Ill.: Triumph Books, 2009.
- Rust, Zad. *Teddy bare, the last of the Kennedy clan*. Boston, Western Islands, 1971.
- Tager, Jack. *Boston riots: three centuries of social violence*. Boston: Northeastern University Press, 2001.
- globe., by photographers and writers of The Boston. *Ted Kennedy: scenes from an epic life*. New York: Simon & Schuster, 2009.

## Gilded Age

- Calhoun, Charles W. (Charles William), 1948-. *From bloody shirt to full dinner pail: the transformation of politics and governance in the Gilded Age*. New York: Hill and Wang, 2010.
- Cherny, Robert W. *A righteous cause: the life of William Jennings Bryan*. Norman: University of Oklahoma Press, 1994.
- Dobson, John M. *Politics in the gilded age; a new perspective on reform*. New York, Praeger Publishers, 1972.

44 of 337

- Gamber, Wendy, 1958-. *The boardinghouse in nineteenth-century America*. Baltimore: Johns Hopkins University Press, 2007.
- Garraty, John A. (John Arthur), 1920-2007. *The new commonwealth, 1877-1890*. New York, Harper & Row, 1968.
- Hahn, Steven, 1951-. *A nation under our feet: Black political struggles in the rural South, from slavery to the great migration*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2003.
- Higham, John. *Strangers in the land*. Rutgers University Press, 2002.
- Hunter, Louis C. *A history of industrial power in the United States, 1780-1930*. Charlottesville: Published for the Eleutherian Mills-Hagley Foundation by the University Press of Virginia, 1979.
- Kennedy, Paul M., 1945-. *The rise and fall of the great powers: economic change and military conflict from 1500 to 2000*. New York, NY: Random House, 1987.
- Kirkland, Edward C. (Edward Chase), 1894-1975. *Industry comes of age: business, labor, and public policy, 1860-1897*. New York: Holt, Rinehart and Winston, 1961.
- Kleppner, Paul. *The third electoral system 1853-1892: parties, voters, and political cultures*. Chapel Hill: University of North Carolina Press, 1979.
- Licht, Walter, 1946-. *Working for the railroad: the organization of work in the nineteenth century*. Princeton, N.J.: Princeton University Press, 1983.
- Marcus, Robert D., 1936-. *Grand Old Party: political structure in the gilded age, 1880-1896*. New York, Oxford University Press, 1971.
- Nevins, Allan, 1890-1971. *The emergence, of modern America, 1865-1878*. New York: The Macmillan company, 1927.
- Painter, Nell Irvin. *Standing at Armageddon: the United States, 1877-1919*. New York: W.W. Norton, 1989.
- Schlesinger, Arthur M. (Arthur Meier), 1917-2007. *History of U.S. political parties*. New York: Chelsea House Publishers, 1980.
- Schlesinger, Arthur Meier, 1888-. *The rise of the city, 1878-1898*. New York, The Macmillan company, 1933.
- Shannon, Fred A. (Fred Albert), 1893-1963. *The farmer's last frontier, agriculture, 1860-1897*. New York, Toronto, Farrar & Rinehart, Inc, 1945.
- Shergold, Peter R., 1946-. *Working-class life: the "American standard" in comparative perspective, 1899-1913*. Pittsburgh, Pa.: University of Pittsburgh Press, 1982.
- Summers, Mark W. (Mark Wahlgren), 1951-. *The era of good stealings*. New York: Oxford University Press, 1993.
- Summers, Mark W. (Mark Wahlgren), 1951-. *The press gang: newspapers and politics, 1865-1878*. Chapel Hill: University of North Carolina Press, 1994.
- Ward, Geoffrey C. *A disposition to be rich: how a small-town pastor's son ruined an American president, brought on a Wall Street crash, and made himself the best-hated man in the United States*. New York: Alfred A. Knopf, 2012.
- Woodward, C. Vann (Comer Vann), 1908-1999. *Origins of the new South, 1877-1913*. [Baton Rouge] Louisiana State University Press, 1971.

## Pierre Trudeau

- Axworthy, Tom, 1947-, et al. *Towards a just society: the Trudeau years*. Toronto; New York: Penguin, 1992.
- Bliss, Michael. *Right honourable men: the descent of Canadian politics from Macdonald to Mulroney*. Toronto: HarperPerennial, 1995.
- Bowering, George, 1935-. *Egotists and autocrats: the prime ministers of Canada*. Toronto: Viking, 1999.
- Butler, Rick, 1946-, et al. *The Trudeau decade*. Toronto: Doubleday Canada; New York: Doubleday & Co., 1979.
- Clarkson, Stephen, 1937-. *Trudeau and our times. Volume 1, The magnificent obsession*. Toronto: McClelland & Stewart, 1990.
- Couture, Claude, 1955-. *Paddling with the current: Pierre Elliott Trudeau, Étienne Parent, liberalism, and nationalism in Canada*. Edmonton: University of Alberta Press, 1998.

- English, John, 1945-. *Citizen of the world: the life of Pierre Elliott Trudeau*. Toronto: Vintage Canada, 2007.
- Ferguson, Will. *Bastards and boneheads: Canada's glorious leaders, past and present*. Vancouver: Douglas & McIntyre, 1999.
- Gotlieb, Allan. *Human rights, federalism and minorities. Les droits de l'homme, le fédéralisme et les minorités*. [Toronto] Canadian Institute of International Affairs, 1970.
- Gwyn, Richard J, 1934-, et al. *The northern magus: Pierre Trudeau and Canadians*. Toronto: McClelland and Stewart, 1980.
- Head, Ivan L. *The Canadian way: shaping Canada's foreign policy, 1968-1984*. Toronto, Ont.: M & S, 1995.
- Hébert, Jacques. *Two innocents in Red China*. Toronto, New York Oxford University Press, 1968.
- Laxer, James. *The Liberal idea of Canada: Pierre Trudeau and the question of Canada's survival*. Toronto: J. Lorimer, 1977.
- Lotz, Jim, 1929-2015. *Prime ministers of Canada*. London: Bison Books, 1987.
- McCall-Newman, Christina. *Grits: an intimate portrait of the Liberal Party*. Toronto, 1982.
- None,. *Pierre: colleagues and friends talk about the Trudeau they knew*. Toronto, Ont.: McClelland & Stewart, 2005.
- None,. *The hidden Pierre Elliott Trudeau: the faith behind the politics*. Toronto: Novalis, 2004.
- None,. *Trudeau's shadow: the life and legacy of Pierre Elliott Trudeau*. Toronto: Random House Canada, 1998.
- Trudeau, Pierre Elliott. *Conversation with Canadians*. [Toronto, Buffalo] University of Toronto Press, 1972.
- Trudeau, Pierre Elliott. *Memoirs*. Toronto: McClelland & Stewart, 1993.
- Trudeau, Pierre Elliott. *The essential Trudeau*. Toronto: M&S, 1998.
- Trudeau, Pierre Elliott, 1919-2000. *Against the current: selected writings 1939-1996*. Toronto: McClelland & Stewart, 1996.
- Trudeau, Pierre Elliott, 1919-2000. *Federalism and the French Canadians*. Toronto: Macmillan of Canada, 1968.

## International relations (1814–1919)

- Albrecht-Carrié, René, 1904-. *A diplomatic history of Europe since the Congress of Vienna*. New York: Harper, 1958.
- Bemis, Samuel Flagg, 1891-1973. *A short history of American foreign policy and diplomacy*. New York, Holt, 1959.
- Bridge, F. R, et al. *The great powers and the European states system 1814-1914*. Harlow, England; New York: Pearson Longman, 2005.
- Clark, Christopher M. *The sleepwalkers: how Europe went to war in 1914*. New York: Harper, 2013.
- Company, Rand McNally and. *Atlas of world history*. Chicago: Rand McNally, 1993.
- Cooke, William Henry, 1892-, et al. *Readings in European international relations since 1879*. New York: Harper & Bros., 1931.
- DeConde, Alexander. *A history of American foreign policy*. New York: Scribner, 1978.
- Dupuy, R. Ernest (Richard Ernest), 1887-1975. *The Harper encyclopedia of military history: from 3500 BC to the present*. New York, NY: HarperCollins, 1993.
- Gooch, G. P. (George Peabody), 1873-1968. *Franco-German relations, 1871-1914*. New York: Russell & Russell, 1967.
- Jelavich, Charles, et al. *The establishment of the Balkan national states, 1804-1920*. Seattle: University of Washington Press, 1977.
- Joll, James. *The origins of the First World War*. Harlow, England; New York: Longman, 2000.
- Jones, Howard. *Crucible of power*. SR Books, 2001.
- Jones, Howard, 1940-. *Blue & gray diplomacy: a history of Union and Confederate foreign relations*. Chapel Hill: University of North Carolina Press, 2010.
- Kennedy, Paul M., 1945-. *The rise of the Anglo-German antagonism, 1860-1914*. London; Boston: Allen & Unwin, 1980.

- Kissinger, Henry, 1923-. *Diplomacy*. New York: Simon & Schuster, 1994.
- Langer, William L. (William Leonard), 1896-1977. *Political and social upheaval, 1832-1852*. New York, Harper & Row, 1969.
- Langer, William L. (William Leonard), 1896-1977, et al. *An encyclopedia of world history, ancient, medieval and modern, chronologically arranged. A revised and modernized version of Ploetz's "Epitome"*. Boston, Houghton Mifflin company, 1940.
- Lewis, Daniel K., 1959-. *The history of Argentina*. Santa Barbara, California: Greenwood, an imprint of ABC-CLIO, LLC, 2015.
- Manning, Patrick, 1941-. *Francophone sub-Saharan Africa, 1880-1985*. Cambridge [England]; New York: Cambridge University Press, 1988.
- Meade, Teresa A., 1948-. *A brief history of Brazil*. New York: Facts On File, 2010.
- Medlicott, W. N. (William Norton), 1900-1987, compiler. *Bismarck and Europe;*. London, Edward Arnold, 1971.
- Morris, Richard Brandon, 1904- ed, et al. *Harper encyclopedia of the modern world; a concise reference history from 1760 to the present*. New York, Harper & Row, 1970.
- Pribram, Alfred Francis, 1859-1941. *England and the international policy of the European great powers, 1871-1914: being the Ford lectures delivered to the University of Oxford in Michaelmas Term, 1929. --*. London: Cass, 1966.
- Stavrianos, Leften Stavros. *The Balkans since 1453*. New York: New York University Press, 2000.

## McCarthyism

- Bosworth, Patricia. *Anything your little heart desires: an American family story*. New York: Simon & Schuster, 1998.
- Buckley, William F. (William Frank), 1925-2008. *A hymnal: the controversial arts*. New York: Putnam, 1978.
- Buckley, William F. (William Frank), 1925-2008, et al. *McCarthy and his enemies: the record and its meaning*. Chicago: H. Regnery Co., 1954.
- Buhle, Paul. *Hide in plain sight*. Palgrave Macmillan, 2003.
- Coulter, Ann H. *Treason: liberal treachery from the cold war to the war on terrorism*. New York: Crown Forum, 2003.
- Doherty, Thomas Patrick. *Cold War, cool medium: television, McCarthyism, and American culture*. New York: Columbia University Press, 2003.
- Du Bois, W. E. B. (William Edward Burghardt), 1868-1963. *The autobiography of W.E.B. DuBois: a soliloquy on viewing my life from the last decade of its first century*. New York: International Publishers, 1991.
- Evans, M. Stanton (Medford Stanton), 1934-. *Blacklisted by history: the untold story of Senator Joe McCarthy and his fight against America's enemies*. New York: Crown Forum, 2007.
- Faulk, John Henry. *Fear on trial*. Austin, Tex.: University of Texas Press, 1983.
- Fried, Albert. *McCarthyism: the great American Red scare: a documentary history*. New York: Oxford University Press, 1997.
- Griffith, Robert, 1940-. *The politics of fear: Joseph R. McCarthy and the Senate*. Amherst: University of Massachusetts Press, 1987.
- Haynes, John Earl. *Red scare or red menace?: American communism and anticommunism in the cold war era*. Chicago: Ivan R. Dee, 1996.
- Haynes, John Earl, et al. *In denial: historians, Communism, & espionage*. San Francisco: Encounter Books, 2003.
- Herman, Arthur, 1956-. *Joseph McCarthy: reexamining the life and legacy of America's most hated senator*. New York: Free Press, 2000.
- Heyworth, Peter. *Otto Klemperer, his life and times*. Cambridge University Press, 1996.
- Jerome, Fred. *The Einstein file: J. Edgar Hoover's secret war against the world's most famous scientist*. New York: St. Martin's Press, 2002.
- Johnson, Haynes, 1931-. *The age of anxiety: McCarthyism to terrorism*. Orlando: Harcourt, Inc., 2005.
- Schrecker, Ellen. *Many are the crimes: McCarthyism in America*. Boston: Little, Brown, 1998.

47 of 337

- Schrecker, Ellen. *The age of McCarthyism: a brief history with documents*. Boston: Bedford Books of St. Martin's Press, 1994.
- Stone, Geoffrey R.. *Perilous times*. W.W. Norton & Co., 2004.
- Streitmatter, Rodger. *Mightier than the sword: how the news media have shaped American history*. Boulder, Colo.: Westview Press, 1997.
- Theoharis, Athan G. *Chasing spies: how the FBI failed in counterintelligence but promoted the politics of McCarthyism in the Cold War years*. Chicago: Ivan R. Dee, 2002.
- Theoharis, Athan G, et al. *The boss: J. Edgar Hoover and the Great American Inquisition*. Philadelphia: Temple University Press, 1988.
- Trotter, William R.. *Priest of music*. Amadeus Press, 1995.

## Timeline of music in the United States (1920–1949)

- Abel, E. Lawrence. *Singing the new nation*. Stackpole Books, 2000.
- Baraka, Amiri, 1934-. *Blues people: Negro music in white America*. New York: W. Morrow, 1968.
- Bird, Christiane. *Da Capo jazz and blues lover's guide to the U.S.: with more than 900 hot clubs, cool joints, landmarks, and legends, from boogie-woogie to bop and beyond*. Cambridge, MA: Da Capo Press, 2001.
- Cassidy, Donna M. *Painting the musical city: jazz and cultural identity in American art, 1910-1940*. Washington; London: Smithsonian Institution Press, 1997.
- Chase, Gilbert, 1906-. *America's music: from the pilgrims to the present*. Urbana: University of Illinois Press, 1987.
- Cusic, Don. *The sound of light: a history of gospel music*. Bowling Green, Ohio: Bowling Green State University Popular Press, 1990.
- Darden, Bob, 1954-. *People get ready!: a new history of Black gospel music*. New York: Continuum, 2004.
- DeVeaux, Scott Knowles. *The birth of bebop: a social and musical history*. Berkeley: University of California Press, 1997.
- Glasser, Ruth. *My music is my flag: Puerto Rican musicians and their New York communities, 1917-1940*. Berkeley: University of California Press, 1995.
- Kingman, Daniel. *American music: a panorama*. New York: Schirmer Books; London: Collier Macmillan Publishers, 1990.
- Kirk, Elise K. (Elise Kuhl), 1932-. *American opera*. Urbana: University of Illinois Press, 2001.
- Lankford, Ronald D., 1962-. *Folk music USA: the changing voice of protest*. New York: Schirmer Trade Books, 2005.
- Lewis, George H. *All that glitters: country music in America*. Bowling Green, Ohio: Bowling Green State University Popular Press, 1993.
- Lindsay, Susan Gedutis, 1969-. *See you at the hall: Boston's golden era of Irish music and dance*. Boston: Northeastern University Press, 2004.
- Malone, Bill C, et al. *Southern music/American music*. Lexington, Ky.: University Press of Kentucky, 2003.
- Miller, Jim, 1947-. *Flowers in the dustbin: the rise of rock and roll, 1947-1977*. New York: Simon & Schuster, 1999.
- Moore, Allan F. *The Cambridge companion to blues and gospel music*. Cambridge: Cambridge University Press, 2002.
- Nettl, Bruno, 1930-. *North American Indian musical styles*. Philadelphia: American Folklore Society, 1954.
- Peretti, Burton W.. *Lift every voice*. Rowman & Littlefield Publishers, 2008.
- Ramsey, Frederic, Jr., 1915-1995, editor, et al. *Jazzmen*. New York, Harcourt, Brace and Company, 1939.
- Schuller, Gunther. *The swing era: the development of jazz, 1930-1945*. New York: Oxford University Press, 1989.
- Stowe, David W.. *Swing changes*. Harvard University Press, 1994.
- Tribe, Ivan M.. *Country*. Greenwood Press, 2006.
- Vallely, Fintan. *The companion to Irish traditional music*. Cork, Ireland: Cork University Press, 1999.

## Harry S. Truman

- Ambrose, Stephen E. *Eisenhower*. New York: Simon and Schuster, 1983.
- Binning, William C;Esterly, Larry E. (Larry Eugene), 1938-;Sracic, Paul A. *Encyclopedia of American parties, campaigns, and elections*. Westport, Conn.: Greenwood Press, 1999.
- Chambers, John Whiteclay, et al. *The Oxford companion to American military history*. New York: Oxford University Press, 1999.
- Co, Scott Publishing. *Scott 2012 standard postage stamp catalogue*. Sidney, OH: Scott Pub. Co., 2011.
- Dallek, Robert. *Harry S. Truman*. Times Books, 2008.
- Donovan, Robert J. *Tumultuous years: the presidency of Harry S. Truman, 1949-1953*. New York: Norton, 1982.
- Eisler, Kim Isaac. *A justice for all: William J. Brennan, Jr., and the decisions that transformed America*. New York: Simon & Schuster, 1993.
- Gaddis, John Lewis. *Russia, the Soviet Union, and the United States*. McGraw-Hill Pub. Co, 1990.
- Goodwin, Doris Kearns. *No ordinary time: Franklin and Eleanor Roosevelt: the home front in World War II*. New York: Simon & Schuster, 1994.
- Hamby, Alonzo L. *Man of the people: a life of Harry S. Truman*. New York: Oxford University Press, 1995.
- Hamby, Alonzo L., cn. *Harry S. Truman and the Fair Deal*. Lexington, Mass.: D. C. Heath, 1974.
- Levering, Ralph B, et al. *The cold war, 1945-1987*. Arlington Heights, Ill.: H. Davidson, 1988.
- McCauley, Martin. *Russia, America, and the Cold War, 1949-1991*. London; New York: Longman, 1998.
- McCoy, Donald R. *The presidency of Harry S. Truman*. Lawrence, Kan.: University Press of Kansas, 1984.
- Miller, Merle, 1919-1986. *Plain speaking: an oral biography of Harry S. Truman*. New York, Berkley Pub. Corp.; distributed by Putnam, 1974.
- Mitchell, Franklin D.. *Harry S. Truman and the news media*. University of Missouri Press, 1998.
- Moynihan, Daniel P. (Daniel Patrick), 1927-2003. *Secrecy: the American experience*. New Haven: Yale University Press, 1998.
- Offner, Arnold A. *Another such victory: President Truman and the Cold War, 1945-1953*. Stanford, Calif.: Stanford University Press, 2002.
- Skidmore, Max J., 1933-. *After the White House: former presidents as private citizens*. New York: Palgrave Macmillan, 2004.
- Sobel, Robert, 1931 Feb. 19-. *Biographical directory of the United States executive branch, 1774-1989*. New York: Greenwood Press, 1990.
- Troy, Gil. *Leading from the center: why moderates make the best presidents*. New York: Basic Books, 2008.
- Truman, Margaret, 1924-. *Harry S. Truman*. New York, Morrow, 1973.
- Weinstein, Allen. *Perjury: the Hiss-Chambers case*. New York: Random House, 1997.

## Sociology of sport

- Adler, Patricia A. *Backboards & blackboards: college athletes and role engulfment*. New York: Columbia University Press, 1991.
- Cashmore, Ellis. *Sports culture: an A-Z guide*. London; New York: Routledge, 2000.
- Eitzen, D. Stanley. *Sociology of North American sport*. Boston: McGraw-Hill, 2003.
- Giulianotti, Richard, 1966-. *Sport: a critical sociology*. Oxford: Malden, MA: Polity, 2005.
- Gruneau, Richard S., 1948-. *Class, sports, and social development*. Amherst: University of Massachusetts Press, 1983.
- Hargreaves, Jennifer, 1937-. *Sporting females: critical issues in the history and sociology of women's sports*. London; New York: Routledge, 1994.
- Heywood, Leslie. *Built to win: the female athlete as cultural icon*. Minneapolis: University of Minnesota Press, 2003.
- Lapchick, Richard Edward. *Five minutes to midnight: race and sport in the 1990s*. Lanham: Madison Books, 1991.

- Lenskyj, Helen. *Out on the field: gender, sport, and sexualities*. Toronto, ON: Women's Press, 2003.
- Merton, Robert King, 1910-2003, author. *Social theory and social structure*. New York: Free Press, 1968.
- Messner, Michael A. *Power at play: sports and the problem of masculinity*. Boston: Beacon Press, 1992.
- Nixon, Howard L., 1944-. *Sport in a changing world*. Boulder: Paradigm Publishers, 2008.
- North American Society for the Sociology of Sport. Conference (2nd: 1981: Fort Worth, Tex.), et al. *Studies in the sociology of sport: refereed proceedings of the 2nd Annual Conference of the North American Society for the Sociology of Sport, Fort Worth, Texas, November 1981*. Fort Worth, Tex.: Texas Christian University Press, 1982.
- Roberts, Randy, 1951-. *Winning is the only thing: sports in America since 1945*. Baltimore: Johns Hopkins University Press, 1989.
- Scambler, Graham. *Sport and society: history, power and culture*. Maidenhead, England: Open University Press, 2005.
- Tomlinson, Alan. *Sport and leisure cultures*. Minneapolis: University of Minnesota Press, 2005.
- Tranter, N. L. *Sport, economy, and society in Britain, 1750-1914*. Cambridge, England; New York, NY, USA: Cambridge University Press, 1998.
- Waddington, Ivan. *Sport, health and drugs: a critical sociological perspective*. London; New York: E & FN Spon, 2000.
- Woods, Ron, 1943 Nov. 6-. *Social issues in sport*. Champaign, IL: Human Kinetics, 2007.

## Private Eye books

- Hislop, Ian. *The Private Eye annual 1996*. London: Corgi, 1996.
- None,. *Private eye Colemanballs 11*. London: Private Eye, 2002.
- al.]., compiled for Private Eye by Ian Hislop ... [et. *St. Albion Parish news*. London: Private Eye, 2001.

## Hamlet

- Banham, Martin. edt. *The Cambridge Guide to Theatre*. Cambridge; New York: Cambridge University Press, 1995.
- Barratt, Mark. *Ian McKellen: an unauthorised biography*. London: Virgin, 2005.
- Bloom, Harold.. *The Western canon*. Riverhead Books, 1995.
- Blum, Daniel C, et al. *A pictorial history of the American theatre, 1860-1980*. New York: Crown Publishers, 1981.
- Braun, Edward. *The director and the stage: from naturalism to Grotowski*. London: Methuen, 1982.
- Charleson, Ian. *For Ian Charleson: a tribute*. London: Constable, 1990.
- Crystal, David, 1941-. *The Shakespeare miscellany*. London; New York: Penguin, 2005.
- Duncan-Jones, Katherine. *Ungentle Shakespeare: scenes from his life*. London: AS [Arden Shakespeare], 2001.
- Freud, Sigmund, 1856-1939, et al. *The basic writings of Sigmund Freud [electronic resource]*. New York: Modern Library, 1995.
- Greenblatt, Stephen, 1943-. *Will in the world: how Shakespeare became Shakespeare*. New York: W.W. Norton, 2004.
- Hattaway, Michael. *Hamlet*. Basingstoke, Hampshire: Macmillan, 1987.
- Innes, Christopher, 1941-. *Edward Gordon Craig*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1983.
- Kermode, Frank, 1919-2010. *Shakespeare's language*. London: Penguin, 2001.
- MacCary, W. Thomas. *Hamlet: a guide to the play*. Westport, Conn.: Greenwood Press, 1998.
- Morrison, Michael A., 1953-. *John Barrymore, Shakespearean actor*. Cambridge [England]; New York, NY, USA: Cambridge University Press, 1997.
- Novy, Marianne, 1945-. *Engaging with Shakespeare: responses of George Eliot and other women novelists*. Athens, Ga.: University of Georgia Press, 1994.
- Shakespeare, William, 1564-1616. *Hamlet, Prince of Denmark*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1985.
- Shakespeare, William, 1564-1616, et al. *Hamlet*. Oxford; New York: Oxford University Press, 1998.

50 of 337

- Shakespeare, William, 1564-1616, et al. *The Riverside Shakespeare*. Boston: Houghton Mifflin, 1974.
- Tanitch, Robert. *Olivier: the complete career*. New York: Abbeville Press, 1985.
- Thompson, Ann, 1947-. *William Shakespeare, Hamlet*. Plymouth, UK: Northcote House in Association with the British Council, 1996.
- Thomson, Peter, 1938-. *Shakespeare's theatre*. London; Boston: Routledge & Kegan Paul, 1983.
- Welsh, Alexander. *Hamlet in his modern guises*. Princeton: Princeton University Press, 2001.
- Wilson, J. D.. *Essential Shakespeare*. Cambridge University Press, 1932.

## Alice's Adventures in Wonderland

- Amor, Anne Clark, 1933-. *Lewis Carroll, a biography*. New York: Schocken Books, 1979.
- Beer, Gillian, author. *Alice in space: the sideways Victorian world of Lewis Carroll*. Chicago: The University of Chicago Press, 2016.
- Books, Osborne Collection of Early Children's. *The Osborne Collection of early children's books, 1566-1910: a catalogue*. Toronto: Toronto Public Library, 1975.
- Brown, Sally, 1950 May 14-. *The original Alice: from manuscript to Wonderland*. London: British Library, 1997.
- Carpenter, Humphrey. *Secret gardens: a study of the golden age of children's literature*. Boston: Houghton Mifflin, 1985.
- Carroll, Lewis, 1832-1898. *Alice in Wonderland*. New York: W.W. Norton & Co., 1992.
- Carroll, Lewis, 1832-1898. *Alice's adventures in Wonderland; and, Through the looking-glass and what Alice found there*. Oxford; New York: Oxford University Press, 1998.
- Carroll, Lewis, 1832-1898. *More annotated Alice: Alice's adventures in wonderland and Through the looking-glass and what Alice found there*. New York: Random House, 1990.
- Carroll, Lewis, 1832-1898. *The annotated Alice: Alice's adventures in Wonderland & Through the looking glass*. New York: Bramhall House, 1970.
- Cohen, Morton N. (Morton Norton), 1921-. *Lewis Carroll: a biography*. New York: Vintage Books, 1996.
- Gordon, Colin, 1944-. *Beyond the looking glass: reflections of Alice and her family*. San Diego: Harcourt Brace Jovanovich, 1982.
- Guiliano, Edward. *Lewis Carroll: an annotated international bibliography, 1960-77*. Charlottesville: Published for the Bibliographical Society of the University of Virginia and the Lewis Carroll Society of North America by the University Press of Virginia, 1980.
- Hahn, Daniel, author. *Oxford Companion to Children's Literature*. New York, NY: Oxford University Press, 2015.
- Jones, Jo Elwyn. *The Alice companion: a guide to Lewis Carroll's Alice books*. Basingstoke: Macmillan, 1998.
- Kelly, Richard Michael, 1937-. *Lewis Carroll*. Boston: Twayne Publishers, 1990.
- Marill, Alvin H. *More theatre: stage to screen to television*. Metuchen, N.J.: Scarecrow Press, 1993.
- Muir, Percy H. (Percy Horace). *English children's books: 1600-1900*. London: Batsford, 1954.
- Pudney, John, 1909-. *Lewis Carroll and his world*. New York: Scribner, 1976.
- Ray, Gordon Norton, 1915-. *The illustrator and the book in England from 1790 to 1914*. New York: Pierpont Morgan Library, 1976.
- Schwab, Gabriele. *The mirror and the killer-queen: otherness in literary language*. Bloomington, Ind.: Indiana University Press, 1996.
- Sheehy, Helen, 1948-. *Eva Le Gallienne: a biography*. New York: Knopf, 1996.
- Stan, Susan. *The world through children's books*. Lanham, Md.: Scarecrow Press, 2002.
- Turner, Paul. *Victorian poetry, drama and miscellaneous prose, 1832-1890*. Clarendon Press, 1997.
- Weaver, Warren, 1894-1978. *Alice in many tongues: the translations of Alice in wonderland*. Madison: University of Wisconsin Press, 1964.

## Ridley Pearson

- McCall, Wendell. *Aim for the heart*. Thorndike, Me.: Center Point Pub.; Malbourne, Australia: Bolinda Pub., 2002.

- McCall, Wendell. *Dead aim: a Chris Klick mystery*. New York: St. Martin's Press, 1988.
- Pearson, Ridley. *Beyond recognition*. Hyperion, 1997.
- Pearson, Ridley. *Blood of the albatross: a thriller*. New York: St. Martin's Press, 1986.
- Pearson, Ridley. *Chain of evidence*. Hyperion, 1995.
- Pearson, Ridley. *Choke point*. Penguin Group (USA) Incorporated, 2013.
- Pearson, Ridley. *Hard fall*. Delacorte Press, 1992.
- Pearson, Ridley. *Killer summer*. Thorndike Press, 2009.
- Pearson, Ridley. *Killer view*. New York: Gale, 2008.
- Pearson, Ridley. *Killer weekend*. New York: G.P. Putnam's Sons, 2007.
- Pearson, Ridley. *Middle of nowhere: a novel*. New York: Hyperion, 2000.
- Pearson, Ridley. *No witnesses: a novel*. New York: Hyperion, 1994.
- Pearson, Ridley. *Parallel lies*. New York: Hyperion, 2001.
- Pearson, Ridley. *Probable cause*. St. Martin's Press, 1990.
- Pearson, Ridley. *The Red Room*. New York: G.P. Putnam's Sons, 2014.
- Pearson, Ridley. *The art of deception*. Hyperion, 2002.
- Pearson, Ridley. *The body of David Hayes*. Hyperion, 2004.
- Pearson, Ridley. *The first victim*. Hyperion, 1999.
- Pearson, Ridley. *The pied piper*. Hyperion, 1998.
- Pearson, Ridley. *The risk agent*. G.P. Putnam's Sons, 2012.
- Pearson, Ridley. *The seizing of Yankee Green Mall: a novel*. New York: St. Martin's Press, 1987.
- Pearson, Ridley. *Undercurrents*. G.K. Hall, 2000.
- Reardon, Joyce. *The diary of Ellen Rimbauer: my life at Rose Red*. New York: Hyperion, 2001.

### Jane Porter (romance author)

- Porter, Jane. *Easy on the eyes*. 5 Spot, 2009.
- Porter, Jane. *Hollywood Husband, Contract Wife (Harlequin Romance)*. Harlequin, 2006.
- Porter, Jane. *She's gone country*. 5 Spot, 2010.
- Porter, Jane. *The Italian groom*. Toronto, Ont.; New York: Harlequin Books, 2001.
- Porter, Jane. *The Spaniard's passion*. Harlequin, 2003.
- Porter, Jane. *The frog prince*. Warner Books, 2005.
- Porter, Jane. *The good woman*. Berkley Books, 2012.
- Porter, Jane. *The secretary's seduction*. Toronto, Ont.; New York: Harlequin Books, 2005.
- Porter, Jane, 1964-. *A dark Sicilian secret*. Toronto; New York: Harlequin, 2011.
- Porter, Jane, 1964-. *At the Greek boss's bidding*. Toronto; New York: Harlequin, 2007.
- Porter, Jane, 1964-. *Christos's promise*. Toronto: Harlequin Books, 2001.
- Porter, Jane, 1964-. *Duty, desire and the desert king*. Toronto; New York: Harlequin, 2009.
- Porter, Jane, 1964-. *In Dante's debt*. Toronto, Ont.; New York: Harlequin Books, 2003.
- Porter, Jane, 1964-. *King of the desert, captive bride*. Toronto; New York: Harlequin, 2008.
- Porter, Jane, 1964-. *Taken by the highest bidder*. Toronto; New York: Harlequin, 2005.
- Porter, Jane, 1964-. *The Sicilian's defiant mistress*. Toronto; New York: Harlequin, 2006.
- Porter, Jane, 1964-. *The good daughter*. New York: Berkley Books, 2013.
- Porter, Jane, 1964-. *The secret*. Toronto: Harlequin, 2002.
- Porter, Jane, 1964-. *The sheikh's chosen queen*. Toronto; New York: Harlequin, 2008.
- Porter, Jane, 1964-. *The sheikh's virgin*. Toronto: New York: Harlequin, 2005.
- Porter, Jane, 1964- author. *The good wife*. New York: Berkley Books, 2013.
- Porter, Jane, 1964-, et al. *My cowboy valentine*. Harlequin American Romance, 2013.
- Porter, Jane, 1964-, et al. *The fallen Greek bride*. Don Mills, Ont., Canada: Harlequin, 2013.

### Political career of Abraham Lincoln (1849–1861)

- Belz, Herman. *Abraham Lincoln, constitutionalism, and equal rights in the Civil War era*. New York: Fordham University Press, 1998.
- Blue, Frederick J. *Salmon P. Chase: a life in politics*. Kent, Ohio: Kent State University Press, 1987.

52 of 337

- Chesebrough, David B., 1932-. *No sorrow like our sorrow: northern Protestant ministers and the assassination of Lincoln*. Kent, Ohio: Kent State University Press, 1994.
- Dennis, Matthew, 1955-. *Red, white, and blue letter days: an American calendar*. Ithaca, N.Y.; London: Cornell University Press, 2002.
- Donald, David Herbert. *Lincoln reconsidered*. Vintage Books, 2001.
- Donald, David Herbert, 1920-2009. *Lincoln's Herndon*. New York: A.A. Knopf, 1948.
- Donald, David Herbert, 1920-2009, author. *Lincoln*. Touchstone, 1995.
- Goodwin, Doris Kearns. *Team of rivals: the political genius of Abraham Lincoln*. New York: Simon & Schuster, 2005.
- Havers, Grant N., 1965-. *Lincoln and the politics of Christian love*. Columbia: University of Missouri Press, 2009.
- Jaffa, Harry V. *A new birth of freedom: Abraham Lincoln and the coming of the Civil War*. Lanham, Md.: Rowman & Littlefield Publishers, 2000.
- McGovern, George S.. *Abraham Lincoln*. Times Books/Henry Holt and Co., 2009.
- Miller, William Lee. *Lincoln's virtues*. Alfred A. Knopf, 2002.
- Nevins, Allan, 1890-1971. *The emergence of Lincoln*. New York: Scribner's, 1950.
- Oates, Stephen B. *With malice toward none: a life of Abraham Lincoln*. New York: HarperPerennial, 1994.
- Paludan, Phillip S.. *The presidency of Abraham Lincoln*. University Press of Kansas, 1994.
- Potter, David Morris, et al. *The impending crisis, 1848-1861*. New York: Harper & Row, 1976.
- Schwartz, Barry. *Abraham Lincoln and the forge of national memory*. University of Chicago Press, 2000.
- Simon, Paul, 1928-2003. *Lincoln's preparation for greatness: the Illinois legislative years*. Urbana, University of Illinois Press, 1971.
- Striner, Richard, 1950-. *Father Abraham: Lincoln's relentless struggle to end slavery*. Oxford; New York: Oxford University Press, 2006.
- Taranto, James, et al. *Presidential leadership: rating the best and the worst in the White House*. New York: Wall Street Journal Books, 2004.
- Thomas, Benjamin P. *Abraham Lincoln a biography*. New York: Random House., 1968.
- White, Ronald C. (Ronald Cedric), 1939-. *A. Lincoln: a biography*. New York: Random House, 2009.
- Wilson, Douglas L. (Douglas Lawson), 1935-. *Honor's voice: the transformation of Abraham Lincoln*. New York: Vintage Books, 1999.

## War of 1812

- Adams, Donald R. *Finance and enterprise in early America: a study of Stephen Girard's bank, 1812-1831*. Philadelphia: University of Pennsylvania Press, 1978.
- Banner, James M., 1935-. *To the Hartford Convention: the Federalists and the origins of party politics in Massachusetts, 1789-1815*. New York: Knopf, 1970.
- Brown, Roger Hamilton. *The Republic in peril: 1812*. New York, Norton, 1971.
- Caffrey, Kate. *The Twilight's last gleaming: Britain vs. America 1812-1815*. New York: Stein and Day, 1977.
- Carroll, Francis M. (Professor), author. *A good and wise measure: the search for the Canadian-American boundary, 1783-1842*. Toronto, Ont.: University of Toronto Press, 2001.
- Cave, Alfred A.. *Prophets of the great spirit*. University of Nebraska Press, 2005.
- Elting, John Robert. *Amateurs, to arms!*. Da Capo Press, 1995.
- Heidler, David Stephen, 1955-. *The War of 1812*. Westport, Conn.: Greenwood Press, 2002.
- Hickey, Donald R.. *Don't Give Up the Ship!*. University of Illinois Press, 2006.
- Hickey, Donald R., 1944-. *The War of 1812: a forgotten conflict*. Urbana: University of Illinois Press, 1989.
- Horsman, Reginald. *The causes of the War of 1812*. Philadelphia: University of Pennsylvania Press, 1962.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- Langguth, A. J., 1933-2014. *Union 1812: the Americans who fought the Second War of Independence*. New York: Simon & Schuster, 2006.
- Leckie, Robert, 1920-2001. *The wars of America*. New York: Harper & Row, Publishers, 1981.

- Malcomson, Robert, 1949-. _Lords of the lake: the naval war on Lake Ontario, 1812-1814_. Toronto: R. Brass Studio, 1998.
- Reilly, Robin. _The British at the gates; the New Orleans campaign in the War of 1812_. New York, Putnam, 1974.
- Remini, Robert Vincent, 1921-. _Andrew Jackson and the course of American empire, 1767-1821_. New York: Harper & Row, 1977.
- Simmons, Edwin H., 1921-2007. _The United States Marines: a history_. Annapolis, Md.: Naval Institute Press, 2003.
- Stagg, J. C. A. (John Charles Anderson), 1945-. _Mr. Madison's war: politics, diplomacy, and warfare in the early American republic, 1783-1830_. Princeton, N.J.: Princeton University Press, 1983.
- Stanley, George F. G., 1907-. _The War of 1812: land operations_. [Toronto, Canada]: Macmillan of Canada in collaboration with the National Museum of Man, National Museums of Canada, 1983.
- Stuart, Reginald C. _United States expansionism and British North America, 1775-1871_. Chapel Hill: University of North Carolina Press, 1988.
- White, Leonard Dupee, 1891-1958. _The Jeffersonians: a study in administrative history, 1801-1829_. New York: Macmillan, 1951.

## Timeline of music in the United States (1950–1969)

- Abel, E. Lawrence. _Singing the new nation_. Stackpole Books, 2000.
- Appiah, Anthony, et al. _Africana: the encyclopedia of the African and African American experience_. New York: Basic Civitas Books, 1999.
- Becker, Howard Saul, 1928-. _Outsiders; studies in the sociology of deviance_. London, Free Press of Glencoe, 1963.
- Bird, Christiane. _Da Capo jazz and blues lover's guide to the U.S.: with more than 900 hot clubs, cool joints, landmarks, and legends, from boogie-woogie to bop and beyond_. Cambridge, MA: Da Capo Press, 2001.
- Chase, Gilbert, 1906-. _America's music: from the pilgrims to the present_. Urbana: University of Illinois Press, 1987.
- Cooper, David Edwin, 1944-. _International bibliography of discographies: classical music and jazz & blues, 1962-1972: a reference book for record collectors, dealers, and libraries_. Littleton, Colo.: Libraries Unlimited, 1975.
- Cusic, Don. _The sound of light: a history of gospel music_. Bowling Green, Ohio: Bowling Green State University Popular Press, 1990.
- Darden, Bob, 1954-. _People get ready!: a new history of Black gospel music_. New York: Continuum, 2004.
- Early, Gerald Lyn. _One nation under a groove: Motown and American culture_. Hopewell, N.J.: Ecco Press, 1995.
- Garland, Phyl. _The sound of soul_. Chicago, H. Regnery, 1969.
- Kirk, Elise K. (Elise Kuhl), 1932-. _American opera_. Urbana: University of Illinois Press, 2001.
- Lankford, Ronald D., 1962-. _Folk music USA: the changing voice of protest_. New York: Schirmer Trade Books, 2005.
- Leadbitter, Mike, et al. _Blues records, 1943-1970: a selective discography_. London, England: Record Information Services, 1987.
- Lindsay, Susan Gedutis, 1969-. _See you at the hall: Boston's golden era of Irish music and dance_. Boston: Northeastern University Press, 2004.
- Malone, Bill C, et al. _Southern music/American music_. Lexington, Ky.: University Press of Kentucky, 2003.
- Malone, Bill C. cn. _Country music U.S.A.; a fifty-year history_. Austin, published for the American Folklore Society by the University of Texas Press, 1968.
- Merriam, Alan P., 1923-1980. cmp (FrPBN)12572394, et al. _A Bibliography of jazz [Musique imprimâee]_. Philadelphia: the American folklore society, 1954.
- Miller, Jim, 1947-. _Flowers in the dustbin: the rise of rock and roll, 1947-1977_. New York: Simon & Schuster, 1999.

- Moore, Allan F. *The Cambridge companion to blues and gospel music*. Cambridge: Cambridge University Press, 2002.
- Nettl, Bruno, 1930-. *North American Indian musical styles*. Philadelphia: American Folklore Society, 1954.
- Peretti, Burton W.. *Lift every voice*. Rowman & Littlefield Publishers, 2008.
- Smith, Suzanne E., 1964-. *Dancing in the street: Motown and the cultural politics of Detroit*. Cambridge, Mass.: Harvard University Press, 1999.
- Tribe, Ivan M.. *Country*. Greenwood Press, 2006.

## Ezra Pound

- Aldington, Richard, 1892-1962. *Life for life's sake: a book of reminiscences*. New York: Viking Press, 1941.
- Bigsby, C. W. E.. *Arthur Miller, 1915-1962*. Harvard University Press, 2009.
- Bishop, Elizabeth, 1911-1979. 1n. *Questions of travel; [poems]*. New York, Farrar, Straus and Giroux, 1965.
- Bush, Ronald. *The genesis of Ezra Pound's Cantos*. Princeton, N.J.: Princeton University Press, 1976.
- Carpenter, Humphrey. *A serious character: the life of Ezra Pound*. Boston: Houghton Mifflin, 1988.
- Desai, Meghnad. *The route of all evil: the political economy of Ezra Pound*. London: Faber and Faber, 2006.
- Julius, Anthony. *T.S. Eliot, anti-semitism, and literary form*. Cambridge; New York, NY: Cambridge University Press, 1995.
- Kenner, Hugh. *The poetry of Ezra Pound*. London, Faber and Faber, 1951.
- Knapp, James F. *Ezra Pound*. Boston: Twayne Publishers, 1979.
- Kutler, Stanley I. *The American inquisition: justice and injustice in the Cold War*. New York: Hill and Wang, 1982.
- Leavis, F. R. (Frank Raymond), 1895-1978. *New bearings in English poetry; a study of the contemporary situation*. London, Chatto & Windus, 1932.
- Lowell, Amy, 1874-1925. *The complete poetical works of Amy Lowell*. Boston, Houghton Mifflin, 1955.
- Nadel, Ira Bruce. *The Cambridge introduction to Ezra Pound*. Cambridge; New York: Cambridge University Press, 2007.
- Orwell, George, 1903-1950. *The collected essays, journalism and letters of George Orwell / 4, In Front of your nose: 1945-1950*. New York: Harcourt, Brace and World, 1968.
- Ricks, Christopher, 1933-. *T.S. Eliot and prejudice*. Berkeley: University of California Press, 1988.
- Schulman, Grace, comp. *Ezra Pound: a collection of criticism*. New York, McGraw-Hill, 1974.
- Stock, Noel. *The life of Ezra Pound*. New York, Pantheon Books, 1970.
- Stoicheff, Peter, 1956-. *The hall of mirrors: Drafts & Fragments and the end of Ezra Pound's Cantos*. Ann Arbor: University of Michigan Press, 1995.
- Torrey, E. Fuller (Edwin Fuller), 1937-. *The roots of treason: Ezra Pound and the secret of St. Elizabeths*. San Diego: Harcourt Brace Jovanovich, 1984.
- Tytell, John. *Ezra Pound*. Anchor Press, 1987.
- Wilhelm, James J. *The American roots of Ezra Pound*. New York: Garland Pub., 1985.
- Witemeyer, Hugh. *The poetry of Ezra Pound: forms and renewal, 1908-1920*. Berkeley: University of California Press, 1969.

## I've Just Seen a Face

- Carlin, Peter Ames. *Paul McCartney: a life*. New York: Simon & Schuster, 2009.
- Castleman, Harry. *All together now: the first complete Beatles discography; 1961-1975*. New York Ballantine Books, 1977.
- Doggett, Peter. *Are you ready for the country*. New York: Penguin Books, 2001.
- Doggett, Peter. *The art & music of John Lennon*. London; New York: Omnibus Press, 2005.
- Einarson, John, 1952-. *Desperados: the roots of country rock*. New York: Cooper Square Press, 2000.
- Gould, Jonathan. *Can't buy me love*. Harmony Books, 2007.

- Hertsgaard, Mark, 1956-. *A day in the life: the music and artistry of the Beatles*. New York: Delacorte Press, 1995.
- Jackson, Andrew Grant, 1969- author. *1965: the most revolutionary year in music*. New York: Thomas Dunne Books/St. Martin's Press, 2015.
- Kozinn, Allan. *The Beatles*. London: Phaidon, 1996.
- Lennon, John. *All we are saying*. St. Martin's Griffin, 2000.
- MacDonald, Ian, 1948-2003. *Revolution in the head: the Beatles' records and the sixties*. Chicago, Ill: Chicago Review Press, 2007.
- Miles, Barry, 1943-. *Paul McCartney: many years from now*. New York: H. Holt, 1997.
- Norman, Philip, 1943- author. *Paul McCartney: the life*. New York: Little, Brown and Company, 2016.
- O'Grady, Terence J. *The Beatles, a musical evolution*. Boston: Twayne, 1983.
- Riley, Tim. *Tell me why*. Da Capo Press, 2002.
- Rodriguez, Robert, 1961-. *Revolver: how the Beatles re-imagined rock 'n' roll*. Montclair, NJ: Backbeat Books, 2012.
- Schaffner, Nicholas, 1953-. *The Beatles forever*. New York: McGraw-Hill, 1978.
- Shea, Stuart. *Fab Four FAQ: everything left to know about the Beatles-- and more!*. New York: Hal Leonard, 2007.
- Sounes, Howard, 1965-. *Fab: an intimate life of Paul McCartney*. Cambridge, MA: Da Capo Press, 2010.
- Trager, Oliver. *The American book of the Dead: the definitive Grateful Dead encyclopedia*. New York: Simon & Schuster, 1997.
- Turner, Steve, 1949-. *A hard day's write: the stories behind every Beatles song*. New York: Harper, 2005.
- Unterberger, Richie, 1962-. *Turn! turn! turn!: the '60s folk-rock revolution*. San Francisco: Backbeat Books, 2002.
- Unterberger., by Richie. *Eight miles high: folk-rock's flight from Haight-Ashbury to Woodstock*. San Francisco, CA: BackBeat Books, 2003.

## History of Canadian foreign policy

- Black, J. L. (Joseph Laurence), 1937-. *Canada in the Soviet mirror: ideology and perception in Soviet foreign affairs, 1917-1991*. [Ottawa]: Carleton University Press, 1998.
- Bothwell, Robert. *Alliance and illusion: Canada and the world, 1945-1984*. Vancouver, BC: UBC Press, 2007.
- Bothwell, Robert. *Canada and the United States: the politics of partnership*. New York: Twayne Publishers; New York: Maxwell Macmillan International, 1992.
- Bothwell, Robert. *The big chill: Canada and the Cold War*. Toronto: Canadian Institute of International Affairs = Institut canadien des affaires internationales, 1998.
- Brown, Robert Craig. *Canada's national policy, 1883-1900: a study in Canadian-American relations*. Princeton, N.J.: Princeton University Press, 1964.
- Brown, Robert Craig. *Canada, 1896-1921: a nation transformed*. [Toronto]: McClelland and Stewart, 1974.
- Callahan, James Morton, 1864-1956. *American foreign policy in Canadian relations. --*. New York: Macmillan, 1937.
- Cohen, Andrew, 1955-. *Lester B. Pearson*. Toronto: Penguin, 2008.
- Cook, Tim, 1971-. *Warlords: Borden, Mackenzie King, and Canada's world wars*. Toronto: Allen Lane, 2012.
- Dawson, Robert MacGregor, 1895-1958. *The development of dominion status, 1900-1936*. [Hamden, Conn.]: Archon Books, 1965.
- Dewitt, David B. (David Brian), 1948-. *Canada as a principal power: a study in foreign policy and international relations*. Toronto; New York: Wiley, 1983.
- Eayrs, James George, 1926-. *In defence of Canada*. [Toronto]: University of Toronto Press, 1965.
- Glazebrook, George Parkin de T. *A history of canadian external relations*. London: Oxford University Press, 1950.
- Granatstein, J. L. *A man of influence: Norman A. Robertson and Canadian statecraft, 1929-68*. [Ottawa]: Deneau Publishers, 1981.

56 of 337

- Granatstein, J. L. *Canada's war: the politics of the Mackenzie King government, 1939-1945*. Toronto: Oxford University Press, 1975.
- Keating, Thomas F. *Canada and world order: the multilateralist tradition in Canadian foreign policy*. Don Mills, Ont.: Oxford University Press, 2002.
- Mahant, Edelgard E. (Edelgard Elsbeth). *An introduction to Canadian-American relations*. Scarborough, Ont.: Nelson Canada, 1989.
- Prang, Margaret, 1921-. *N.W. Rowell: Ontario nationalist*. Toronto; Buffalo: University of Toronto Press, 1975.
- Reid, Escott. *Time of fear and hope: the making of the North Atlantic Treaty, 1947-1949*. Toronto: McClelland and Stewart, 1977.
- Rempel, Roy Anthony, 1962-. *Counterweights: the failure of Canada's German and European policy, 1955-1995*. Montreal; Buffalo: McGill-Queen's University Press, 1996.
- Stacey, C. P. (Charles Perry), 1906-1989. *Canada and the age of conflict: a history of Canadian external policies*. Toronto: Macmillan of Canada, 1977.
- Stevenson, Brian J. R. *Canada, Latin America, and the new internationalism: a foreign policy analysis, 1968-1990*. Montreal; Ithaca [New York]: McGill-Queen's University Press, 2000.

## History of United States foreign policy

- Bailey, Thomas Andrew, 1902-. *A diplomatic history of the American people*. Englewood Cliffs, N.J.: Prentice-Hall, 1980.
- Blumenthal, Henry. *France and the United States; their diplomatic relations, 1789-1914*. Chapel Hill, University of North Carolina Press, 1970.
- Brodsky, Alyn. *Grover Cleveland*. St. Martin's Press, 2000.
- Buckley, Thomas H., 1932-. *The United States and the Washington Conference, 1921-1922*. Knoxville, University of Tennessee, 1970.
- Cooper, John Milton. *Breaking the heart of the world*. Cambridge University Press, 2001.
- Dallek, Robert. *Franklin D. Roosevelt and American foreign policy, 1932-1945*. New York: Oxford University Press, 1979.
- DeConde, Alexander. *A history of American foreign policy*. New York: Scribner, 1978.
- Dulles, Foster Rhea, 1900-1970. 1n. *Prelude to world power: American diplomatic history, 1860-1900*. New York, Macmillan, 1965.
- Dwyer, John Joseph, 1965-. *The agrarian dispute: the expropriation of American-owned rural land in postrevolutionary Mexico*. Durham: Duke University Press, 2008.
- Findling, John E. *Dictionary of American diplomatic history*. Westport, Conn.: Greenwood Press, 1980.
- Glad, Betty. *An outsider in the White House: Jimmy Carter, his advisors, and the making of American foreign policy*. Ithaca: Cornell University Press, 2009.
- Jonas, Manfred. *The United States and Germany: a diplomatic history*. Ithaca, N.Y.: Cornell University Press, 1984.
- Jones, Kenneth Paul. *U.S. diplomats in Europe, 1919-1941*. Santa Barbara, CA: ABC-Clio; Oxford, England: Clio Press, 1981.
- Leopold, Richard William. *The growth of American foreign policy: a history*. New York: Knopf, 1962.
- Levering, Ralph B, et al. *The cold war; 1945-1987*. Arlington Heights, Ill.: H. Davidson, 1988.
- McCauley, Martin. *Russia, America, and the Cold War, 1949-1991*. London; New York: Longman, 1998.
- Nixon, Richard M. (Richard Milhous), 1913-1994. *RN: the memoirs of Richard Nixon*. New York: Grosset & Dunlap, 1978.
- Paterson, Thomas G., 1941-. *Major problems in American foreign policy: documents and essays*. Lexington, Mass.: D.C. Heath, 1989.
- Paterson, Thomas G., 1941-, et al. *American foreign policy: a history*. Lexington, Mass.: D.C. Heath, 1988.
- Perkins, Bradford, 1925-. *Castlereagh and Adams: England and the United States, 1812-1823. --*. Berkeley: University of California Press, 1964.
- Savelle, Max, 1896-, et al. *The origins of American diplomacy: the international history of Angloamerica, 1492-1763*. New York, Macmillan, 1967.

- Stuart, Reginald C. *United States expansionism and British North America, 1775-1871*. Chapel Hill: University of North Carolina Press, 1988.

## John F. Kennedy

- Ballard, Robert D. *Collision with history: the search for John F. Kennedy's PT 109*. Washington, D.C.: National Geographic Society, 2002.
- Barnes, John A., 1960-. *John F. Kennedy on leadership: the lessons and legacy of a president*. New York: AMACOM, 2007.
- Donovan, Robert J.. *PT 109*. McGraw-Hill, 2001.
- Douglass, James W. *JFK and the unspeakable: why he died and why it matters*. Maryknoll, N.Y.: Orbis Books, 2008.
- Dudley, Robert L. *Counting every vote: the most contentious elections in American history*. Washington, D.C.: Potomac Books, 2008.
- Hersh, Burton. *Bobby and J. Edgar*. Carroll & Graf, 2007.
- Jewell, Elizabeth. *U.S. presidents factbook*. New York: Random House Reference, 2005.
- Karnow, Stanley. *Vietnam, a history*. New York: Viking Press, 1983.
- Kempe, Frederick. *Berlin 1961: Kennedy, Khrushchev, and the most dangerous place on earth*. New York: G.P. Putnam's Sons, 2011.
- Kenney, Charles, et al. *John F. Kennedy: the presidential portfolio: history as told through the collection of the John F. Kennedy Library and Museum*. New York: PublicAffairs, 2000.
- Kulski, Władysław Wszebór, 1903-. *De Gaulle and the world; the foreign policy of the Fifth French Republic*. Syracuse, N.Y.] Syracuse University Press, 1966.
- Leaming, Barbara. *Jack Kennedy: the education of a statesman*. New York: W.W. Norton, 2006.
- Maier, Thomas. *The Kennedys: America's emerald kings*. New York: BasicBooks, 2004.
- Manchester, William, 1922-2004. *Portrait of a President; John F. Kennedy in profile*. Boston, Little, Brown, 1967.
- Matthews, Christopher. *Jack Kennedy*. Simon & Schuster, 2011.
- Meisler, Stanley, et al. *When the world calls: the inside story of the Peace Corps and its first fifty years*. Boston: Beacon Press, 2011.
- Nelson, Craig, 1955-. *Rocket men: the epic story of the first men on the moon*. New York: Viking, 2009.
- O'Brien, Michael, 1943-. *John F. Kennedy: a biography*. New York: Thomas Dunne Books/St. Martin's Press, 2005.
- Reeves, Richard. *President Kennedy*. Simon & Schuster, 1993.
- Sorensen, Theodore C. *Kennedy*. New York, Harper & Row, 1965.
- Sorensen, Theodore C. *Kennedy*. New York: Bantam, 1966.
- Wetterau, Bruce. *The Presidential Medal of Freedom: winners and their achievements*. Washington, D.C.: Congressional Quarterly, 1996.

## Pat Mora

- Mora, Pat. *A birthday basket for Tía*. Macmillan, 1992.
- Mora, Pat. *Aunt Carmen's book of practical saints*. Beacon Press, 1997.
- Mora, Pat. *Book fiesta!: celebrate Children's Day/Book Day = celebremos El día de los niños/El día de los libros: a bilingual picture book*. New York, NY: Rayo, 2009.
- Mora, Pat. *Borders*. Houston: Arte Público Press, 1986.
- Mora, Pat. *Chants*. Houston, Tex.: Arte Público Press, 1994.
- Mora, Pat. *Dizzy in your eyes*. Alfred A. Knopf, 2010.
- Mora, Pat. *Doña Flor*. A.A. Knopf, 2005.
- Mora, Pat. *Join hands !: the ways we celebrate life*. Watertown, MA: Charlesbridge, 2008.
- Mora, Pat. *Let's eat! = !A comer!*. New York: HarperCollins, 2008.
- Mora, Pat. *Maria paints the hills*. Museum of New Mexico Press, 2002.
- Mora, Pat. *My own true name: new and selected poems for young adults, 1984-1999*. Houston, Tex.: Piñata Books, 2000.

58 of 337

- Mora, Pat. *Nepantla: essays from the land in the middle*. Albuquerque: University of New Mexico Press, 1993.
- Mora, Pat. *Sweet dreams = Dulces suenos*. New York: Rayo, 2008.
- Mora, Pat. *The beautiful lady: Our Lady of Guadalupe*. New York: Alfred A. Knopf, 2012.
- Mora, Pat. *Wiggling pockets = Los bolsillos saltarines*. New York, NY: Rayo, 2009.
- Mora, Pat, author. *Marimba!: animales from A to Z*. New York: Clarion Books, 2006.
- Mora, Pat, et al. *Agua agua agua: fabula de Esopo*. Glenview, IL: GoodYearBooks, 1994.
- Mora, Pat, et al. *Love to mamá: a tribute to mothers*. New York: Lee & Low Books, 2001.
- Mora, Pat, et al. *The gift of the poinsettia = El regalo de la flor de nochebuena*. Houston, Tex.: Piñata Books, 1995.
- Mora, Pat, et al. *The race of toad and deer*. New York: Orchard Books, 1995.
- Mora, Pat, et al. *This big sky*. New York: Scholastic, 1998.
- Mora, Pat, et al. *Uno, dos, tres = One, two, three*. New York: Clarion Books, 1996.

## Meaning of life

- Ackerman, Jennifer. *Chance in the house of fate: a natural history of heredity*. Boston: Houghton Mifflin, 2001.
- Badke, William B., 1949-. *The hitchhiker's guide to the meaning of everything*. Grand Rapids, MI: Kregel Publications, 2005.
- Baggini, Julian. *What's it all about?: philosophy and the meaning of life*. London: Granta, 2004.
- Bhaskarananda, Swami. *The essentials of Hinduism: a comprehensive overview of the world's oldest religion*. Seattle, WA: Viveka Press, 1994.
- Bruce, Alexandra. *Beyond the bleep: the definitive unathorized guide to What the bleep do we know!?*. New York: Disinformation, 2005.
- Churchland, Paul M., 1942-. *A neurocomputational perspective: the nature of mind and the structure of science*. Cambridge, MA: MIT Press, 1992.
- Cook, John, 1939-, et al. *The book of positive quotations*. Minneapolis: Fairview Press, 2007.
- Gibbs, John C. *Moral maturity: measuring the development of sociomoral reflection*. Hillsdale, N.J.: L. Erlbaum Associates, 1992.
- Hinnells, John R. *A new handbook of living religions*. London; New York: Penguin Books, 1998.
- Hsu an Hua, 1918-1995. *Words of wisdom. v. 1. Beginning Buddhism*. Burlingame, CA: Buddhist Text Translation Society, 2003.
- Kelly, Matthew. *The rhythm of life: living every day with passion and purpose*. New York: Fireside Books, 2004.
- Kragh, Helge, 1944-. *Cosmology and controversy: the historical development of two theories of the universe*. Princeton, NJ: Princeton University Press, 1999.
- Kultgen, John H. *Autonomy and intervention: parentalism in the caring life*. New York: Oxford University Press, 1995.
- Muller, Jerry Z., 1954-. *Conservatism: an anthology of social and political thought from David Hume to the present*. Princeton, N.J.: Princeton University Press, 1997.
- Plato,, et al. *Complete works*. Indianapolis, Ind.: Hackett Pub., 1997.
- Rensberger, Boyce. *Life itself: exploring the realm of the living cell*. New York: Oxford University Press, 1996.
- Simmons, Ernest J. (Ernest Joseph), 1903-1972. *Tolstoy*. London, Boston, Routledge and K. Paul, 1973.
- Steinberg, Dominique Moyse. *The mutual-aid approach to working with groups: helping people help one another*. New York: Haworth Press, 2004.
- Turner, Bryan S. *Society and culture: principles of scarcity and solidarity*. London; Thousand Oaks, Calif.: SAGE, 2001.
- Werner, Karel. *A popular dictionary of Hinduism*. Richmond, Surrey: Curzon, 1994.

## Presidency of Harry S. Truman

59 of 337

- Acheson, Dean, 1893-1971. *Present at the creation; my years in the State Department*. New York, Norton, 1969.
- Beisner, Robert L. *Dean Acheson: a life in the Cold War*. Oxford; New York: Oxford University Press, 2006.
- Chambers, John Whiteclay, et al. *The Oxford companion to American military history*. New York: Oxford University Press, 1999.
- Culver, John C., 1932-, et al. *American dreamer: the life and times of Henry A. Wallace*. New York: Norton, 2000.
- Dallek, Robert. *Harry S. Truman*. Times Books, 2008.
- Donovan, Robert J. *Tumultuous years: the presidency of Harry S. Truman, 1949-1953*. New York: Norton, 1982.
- Fussell, Paul. *Thank God for the atom bomb, and other essays*. Summit Books, 1988.
- Gaddis, John Lewis. *George F. Kennan: an American life*. New York: Penguin Press, 2011.
- Gaddis, John Lewis. *Strategies of containment: a critical appraisal of postwar American national security policy*. New York: Oxford University Press, 1982.
- Giglio, James N., 1939-, et al. *Truman in cartoon and caricature*. Ames: Iowa State University Press, 1984.
- Griffith, Barbara S., author. *The crisis of American labor: Operation Dixie and the defeat of the CIO*. Philadelphia: Temple University Press, 1988.
- Hamby, Alonzo L. *Man of the people: a life of Harry S. Truman*. New York: Oxford University Press, 1995.
- Herken, Gregg, 1947- author. *The winning weapon: the atomic bomb in the Cold War, 1945-1950: with a new preface*. Princeton, New Jersey: Princeton University Press, 1988.
- Hogan, Michael J., 1943-. *America in the world: the historiography of American foreign relations since 1941*. Cambridge; New York: Cambridge University Press, 1995.
- McCoy, Donald R. *The presidency of Harry S. Truman*. Lawrence, Kan.: University Press of Kansas, 1984.
- Miller, Merle, 1919-1986. *Plain speaking; an oral biography of Harry S. Truman*. New York, Berkley Pub. Corp.; distributed by Putnam, 1974.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.
- Offner, Arnold A. *Another such victory: President Truman and the Cold War, 1945-1953*. Stanford, Calif.: Stanford University Press, 2002.
- Pogue, Forrest C, et al. *George C. Marshall: statesman, 1945-1959*. New York: Viking, 1987.
- Truman, Margaret, 1924-. *Harry S. Truman*. New York, Morrow, 1973.
- Weinstein, Allen. *Perjury: the Hiss-Chambers case*. New York: Random House, 1997.

## History of U.S. foreign policy, 1776–1801

- Brown, Ralph A. *The Presidency of John Adams*. Lawrence: University Press of Kansas, 1975.
- Chernow, Ron. *Alexander Hamilton*. New York: Penguin Press, 2004.
- Chernow, Ron. *Washington: A Life*. The Penguin Press, 2010.
- Combs, Jerald A. *The Jay treaty; political battleground of the Founding Fathers*. Berkeley: University of California Press, 1970.
- Daughan, George C. *If by sea: the forging of the American Navy-- from the American Revolution to the War of 1812*. New York: Basic Books, 2008.
- Diggins, John P. *John Adams*. New York: Times Books, 2003.
- Dull, Jonathan R., 1942-. *A diplomatic history of the American Revolution*. New Haven: Yale University Press, 1985.
- Dull, Jonathan R., 1942-. *Benjamin Franklin and the American Revolution*. Lincoln: University of Nebraska Press, 2010.
- Ferling, John E. *A leap in the dark: the struggle to create the American republic*. Oxford; New York: Oxford University Press, 2003.

- Giunta, Mary A;Hartgrove, J. Dane;Dowd, Mary-Jane M. *The emerging nation: a documentary history of the foreign relations of the United States under the Articles of Confederation, 1780-1789*. Washington, DC: National Historical Publications and Records Commission, 1996.
- Jensen, Merrill. *The New Nation: a history of the United States during the Confederation, 1781-1789*. New York: Knopf, 1962.
- Kaplan, Lawrence S. cn. *Colonies into nation: American diplomacy, 1763-1801*. New York, Macmillan, 1972.
- Kurtz, Stephen G. *The Presidency of John Adams; the collapse of Federalism, 1795-1800*. Philadelphia, University of Pennsylvania Press, 1957.
- McCullough, David G. *John Adams*. New York: Simon & Schuster, 2001.
- Miller, Nathan, 1927-. *The U.S. Navy: a history*. Annapolis, Md.: Naval Institute Press, 1997.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.
- Morris, Richard B. (Richard Brandon), 1904-1989. *The forging of the Union, 1781-1789*. New York: Harper & Row, 1987.
- Morris, Richard Brandon, 1904- . dn. *The peacemakers; the great powers and American independence*. New York, Harper & Row, 1965.
- Nettels, Curtis P. (Curtis Putnam). *The emergence of a national economy, 1775-1815. --*. New York: Holt, Rinehart and Winston, 1962.
- Nugent, Walter T. K. *Habits of empire: a history of American expansion*. New York: Alfred A. Knopf, 2008.
- Sharp, James Roger, 1936-. *American politics in the early republic: the new nation in crisis*. New Haven: Yale University Press, 1993.

## Political views of Adolf Hitler

- Browning, Christopher R, et al. *The path to genocide: essays on launching the final solution*. Cambridge; New York, NY, USA: Cambridge University Press, 1992.
- Confino, Alon, author. *A world without Jews: the Nazi imagination from persecution to genocide*. New Haven: Yale University Press, 2014.
- Evans, Richard J.. *The Third Reich in power, 1933-1939*. Penguin Press, 2005.
- Fest, Joachim C., 1926-2006. *Hitler*. New York, Harcourt Brace Jovanovich, 1974.
- Grunsberger, Richard. *The 12-year Reich: a social history of Nazi Germany, 1933-1945. --*. New York, 1971.
- Heiden, Konrad, 1901-1966, et al. *The Führer*. Edison, N.J.: Castle Books, 2002.
- Hildebrand, Klaus. *The Third Reich*. London; Boston: Allen & Unwin, 1984.
- Hildebrand, Klaus, author. *The foreign policy of the Third Reich*. Berkeley: University of California Press, 1973.
- Hillgruber, Andreas, author. *Germany and the two World Wars*. Cambridge, Mass.: Harvard University Press, 1981.
- Kershaw, Ian. *Hitler,: hubris*. New York: Norton, 1999.
- Kershaw, Ian. *The "Hitler myth": image and reality in the Third Reich*. Oxford [Oxfordshire]; New York: Oxford University Press, 1989.
- Kershaw, Ian. *The Nazi dictatorship: problems and perspectives of interpretation*. London; New York: E. Arnold; New York, NY: Distributed in the USA by Routledge, Chapman, and Hall, 1993.
- Koonz, Claudia. *The Nazi Conscience*. Belknap Press, 2003.
- McDonough, Frank. *Opposition and resistance in Nazi Germany*. Cambridge University Press, 2001.
- Mosse, George L. (George Lachmann), 1918-1999. *Toward the final solution: a history of European racism*. New York: Harper & Row, 1980.
- Shirer, William L. (William Lawrence), 1904-1993. *The rise and fall of the Third Reich; a history of Nazi Germany*. New York, Simon and Schuster, 1960.
- Spielvogel, Jackson J., 1939-. *Hitler and Nazi Germany: a history*. Englewood Cliffs, N.J.: Prentice Hall, 1992.

- Stackelberg, Roderick. *Hitler's Germany: origins, interpretations, legacies*. London; New York: Routledge, 1999.
- Stern, Fritz Richard, 1926-. *The politics of cultural despair: a study in the rise of the Germanic ideology*. Berkeley: University of California Press, 1974.
- Toland, John. *Adolf Hitler*. Garden City, N.Y.: Doubleday, 1976.
- Turner, Henry Ashby. *German big business and the rise of Hitler*. New York: Oxford University Press, 1985.
- Williamson, D. G. *The Third Reich*. London; New York: Longman, 2002.

## Angolan Civil War

- Alao, Abiodun. *Brothers at war*. British Academic Press, 1994.
- Andrew, Christopher M. *For the president's eyes only: secret intelligence and the American presidency from Washington to Bush*. New York: HarperCollinsPublishers, 1995.
- Arnson, Cynthia, et al. *Rethinking the economics of war: the intersection of need, creed, and greed*. Washington, D.C.: Woodrow Wilson Center Press; Baltimore: Johns Hopkins University Press, 2005.
- Bellant, Russ, 1949-, et al. *The Coors connection: how Coors family philanthropy undermines democratic pluralism*. Boston, MA: South End Press, 1991.
- Danopoulos, Constantine P. (Constantine Panos), et al. *The political role of the military: an international handbook*. Westport, Conn.: Greenwood Press, 1996.
- Dubose, Lou, et al. *The hammer: Tom Delay, God, money, and the rise of the Republican Congress*. New York: Public Affairs, 2004.
- Dunn, Kevin C., 1967-. *Imagining the Congo: the international relations of identity*. New York, N.Y.: Palgrave Macmillan, 2003.
- Easton, Nina. *Gang of five: leaders at the center of the conservative crusade*. New York: Simon & Schuster, 2000.
- Franklin, Jane, 1934-. *Cuba and the United States: a chronological history*. Melbourne; New York: Ocean Press, 1997.
- Garthoff, Raymond L. *Détente and confrontation: American-Soviet relations from Nixon to Reagan*. Washington, D.C.: Brookings Institution, 1985.
- Huband, Mark. *The skull beneath the skin: Africa after the Cold War*. Boulder, Colo.: Westview Press, 2001.
- Koh, Harold Hongju, 1954-. *The national security constitution: sharing power after the Iran-Contra Affair*. New Haven: Yale University Press, 1990.
- Meredith, Martin. *The fate of Africa: from the hopes of freedom to the heart of despair: a history of fifty years of independence*. New York: Public Affairs, 2005.
- Mukenge, Tshilemalema. *Culture and customs of the Congo*. Greenwood Press, 2002.
- Prince, Stephen, 1955-. *Visions of empire: political imagery in contemporary American film*. New York: Praeger, 1992.
- Theoharis, Athan G, et al. *The Central Intelligence Agency: security under scrutiny*. Westport, Conn.: Greenwood Press, 2006.
- Tvedten, Inge. *Angola: struggle for peace and reconstruction*. Boulder, Colo.: Westview Press, 1997.
- Vanneman, Peter. *Soviet strategy in Southern Africa: Gorbachev's pragmatic approach*. Stanford, Calif.: Hoover Institution Press, Stanford University, 1990.
- Walker, John Frederick. *A certain curve of horn: the hundred-year quest for the giant sable antelope of Angola*. New York: Grove Press, 2004.
- Wright, George, 1944-. *The destruction of a nation: United States' policy towards Angola since 1945*. London; Chicago, Ill.: Pluto Press, 1997.
- Young, Crawford, 1931-. *The rise and decline of the Zairian state*. Madison, Wis.: University of Wisconsin Press, 1985.
- Zemtsov, Ilya, et al. *Gorbachev: the man and the system*. New Brunswick, N.J., U.S.A.: Transaction, 1989.

## Richard Nixon

- Aitken, Jonathan, 1942-. *Nixon: a life*. Washington, DC: Regnery History, 2015.
- Ambrose, Stephen E. *Nixon*. New York: Simon and Schuster, 1987.
- Andrew, Christopher M. *For the president's eyes only: secret intelligence and the American presidency from Washington to Bush*. New York: HarperCollinsPublishers, 1995.
- Black, Conrad. *Richard M. Nixon: a life in full*. New York: PublicAffairs, 2007.
- Blythe, Will. *To hate like this is to be happy forever: a thoroughly obsessive, intermittently uplifting and occasionally unbiased account of the Duke-North Carolina basketball rivalry*. New York, NY: HarperCollins, 2006.
- Dallek, Robert. *Nixon and Kissinger: partners in power*. New York: HarperCollins Pub., 2007.
- Drew, Elizabeth. *Richard M. Nixon*. New York: Times Books, 2007.
- Evans, Rowland, 1921-, et al. *Nixon in the White House: the frustration of power*. New York, Random House, 1971.
- Ferris, Gary W. *Presidential places: a guide to the historic sites of U.S. presidents*. Winston-Salem, N.C.: J.F. Blair, 1999.
- Frick, Daniel E. *Reinventing Richard Nixon: a cultural history of an American obsession*. Lawrence: University Press of Kansas, 2008.
- Gaddis, John Lewis. *Strategies of containment: a critical appraisal of postwar American national security policy*. New York: Oxford University Press, 1982.
- Gellman, Irwin F. *The contender, Richard Nixon: the Congress years, 1946-1952*. New York: Free Press, 1999.
- Gitlin, Todd. *The sixties: years of hope, days of rage*. Toronto; New York: Bantam Books, 1987.
- Ingle, H. Larry (Homer Larry), 1936-. *Nixon's first cover-up: the religious life of a Quaker president*. Columbia: University of Missouri Press, 2015.
- Langguth, A. J., 1933-2014. *Our Vietnam: the war, 1954-1975*. New York: Simon & Schuster, 2000.
- Nixon, Richard M. (Richard Milhous), 1913-1994. *No more Vietnams*. New York: Arbor House, 1985.
- Nixon, Richard M. (Richard Milhous), 1913-1994. *RN: the memoirs of Richard Nixon*. New York: Grosset & Dunlap, 1978.
- Nixon, Richard M. (Richard Milhous), 1913-1994. *The memoirs of Richard Nixon*. New York: Warner, 1979.
- Parmet, Herbert S. *Richard Nixon and his America*. Little, Brown, 1990.
- Reeves, Richard. *President Nixon*. Simon & Schuster, 2001.
- Wailoo, Keith. *Dying in the city of the blues: sickle cell anemia and the politics of race and health*. Chapel Hill: University of North Carolina Press, 2001.
- White, Theodore H. (Theodore Harold), 1915-1986. *The making of the President, 1972*. New York, Atheneum Publishers, 1973.

## New Testament

- Brown, Raymond Edward. *An introduction to the New Testament*. Doubleday, 1997.
- Bruce, F. F. (Frederick Fyvie), 1910-1990. *The acts of the apostles*. London: Tyndale Pr., 1952.
- Buttrick, George Arthur, 1892-1980, editor. *The Interpreter's dictionary of the Bible: an illustrated encyclopedia identifying and explaining all proper names and significant terms and subjects in the Holy Scriptures, including the Apocrypha, with attention to archaeological discoveries and researches into the life and faith of ancient times*. Nashville: Abingdon, 1976.
- Ehrman, Bart D. *The New Testament: a historical introduction to the early Christian writings*. New York: Oxford University Press, 2004.
- Ehrman, Bart D. *Truth and fiction in The Da Vinci code: a historian reveals what we really know about Jesus, Mary Magdalene, and Constantine*. Oxford; New York: Oxford University Press, 2004.
- Ehrman, Bart D. *Jesus, interrupted*. HarperOne, 2009.
- Ehrman, Bart D. *The Lost Gospel of Judas Iscariot*. Oxford University Press, USA, 2006.
- Fornberg, Tord, 1943-. *An early church in a pluralistic society: a study of 2 Peter*. Lund: LiberLäromedel/Gleerup, 1977.
- Gamble, Harry Y., 1941-. *The New Testament canon: its making and meaning*. Philadelphia: Fortress Press, 1985.

- Guthrie, Donald, 1916-1992. *New Testament introduction*. Downers Grove, Ill.: Inter-Varsity Press, 1990.
- Helms, Randel. *Who wrote the Gospels?*. Millenium Press, 1996.
- Knox, Wilfred L. (Wilfred Lawrence), 1886-1950, author. *The Acts of the apostles*. Cambridge [England]: University Press, 1948.
- Kümmel, Werner Georg, 1905-1995, et al. *Introduction to the New Testament*. Nashville, Tenn.: Abingdon Press, 1975.
- Ludlow, Daniel H. *Encyclopedia of Mormonism*. New York: Macmillan, 1992.
- Meier, John P. *A marginal Jew: rethinking the historical Jesus*. New York: Doubleday, 1991.
- Metzger, Bruce M. (Bruce Manning), 1914-2007. *The canon of the New Testament: its origin, development, and significance*. Oxford [Oxfordshire]: Clarendon Press; New York: Oxford University Press, 1987.
- Metzger, Bruce M. (Bruce Manning), 1914-2007. *The text of the New Testament: its transmission, corruption, and restoration*. New York: Oxford University Press, 2005.
- Paulsen, David L. (David Lamont), 1936-, et al. *Mormonism in dialogue with contemporary Christian theologies*. Macon, GA: Mercer University Press, 2007.
- Vööbus, Arthur. *Early versions of the New Testament: manuscript studies*. Stockholm: [Estonian Theological Society in Exile], 1954.
- Witherington, Ben, 1951-. *The Gospel code: novel claims about Jesus, Mary Magdalene, and Da Vinci*. Downers Grove, Ill.: InterVarsity Press, 2004.

## Douglas MacArthur

- Barbey, Daniel E., 1889-1969. *MacArthur's amphibious Navy; Seventh Amphibious Force operations, 1943-1945*. Annapolis, United States Naval Institute, 1969.
- Bix, Herbert P. *Hirohito and the making of modern Japan*. New York, NY: Perennial, 2001.
- Drea, Edward J., 1944-. *MacArthur's ULTRA: codebreaking and the war against Japan, 1942-1945*. Lawrence, Kan.: University Press of Kansas, 1991.
- Eichelberger, Robert L, et al. *Dear Miss Em: General Eichelberger's war in the Pacific, 1942-1945*. Westport, Conn.: Greenwood Press, 1972.
- FRANK, RICHARD B.. *MACARTHUR.*. PALGRAVE MACMILLAN, 2007.
- Farwell, Byron. *Over there*. Norton, 1999.
- Ferrell, Robert H. *The question of MacArthur's reputation: Côte de Châtillon, October 14-16, 1918*. Columbia: University of Missouri Press, 2008.
- Gailey, Harry A. *MacArthur's victory: the war in New Guinea, 1943-1944*. New York: Presidio Press, 2004.
- Keats, John, 1920-2000. *They fought alone*. Philadelphia, Lippincott, 1963.
- MacArthur, Douglas, 1880-1964. *Courage was the rule: General Douglas MacArthur's own story*. New York: McGraw-Hill, 1965.
- MacArthur, Douglas, 1880-1964. *Reminiscences*. New York, McGraw-Hill, 1964.
- MacArthur, Douglas, 1880-1964, et al. *A soldier speaks: public papers and speeches of General of the Army, Douglas MacArthur*. New York, Praeger, 1965.
- Masuda, Hiroshi, 1947-. *MacArthur in Asia: the general and his staff in the Philippines, Japan, and Korea*. Ithaca: Cornell University Press, 2012.
- Meilinger, Phillip S., 1948-, et al. *Hoyt S. Vandenberg, the life of a general*. [United States?]: Air Force History and Museums Program, 2000.
- Nitze, Paul H.. *From Hiroshima to glasnost*. G. Weidenfeld, 1989.
- Perret, Geoffrey. *Old soldiers never die: the life of Douglas MacArthur*. New York: Random House, 1996.
- Rhoades, Weldon E., 1906-. *Flying MacArthur to victory*. College Station: Texas A&M University Press, 1987.
- Schaller, Michael. *Douglas MacArthur: the Far Eastern general*. New York; Oxford: Oxford University Press, 1989.
- Schaller, Michael, 1947-. *The American occupation of Japan: the origins of the Cold War in Asia*. New York: Oxford University Press, 1985.

- Torricelli, Robert G, et al. *In our own words: extraordinary speeches of the American century*. New York: Washington Square, 2000.
- Valley, David J., 1931- author. *Gaijin Shogun: General Douglas A. MacArthur, stepfather of postwar Japan, 1945-1951*. San Diego, California: Sektor Company, 2000.

## Creation science

- (U.S.), National Academy of Sciences, et al. *Science, evolution, and creationism*. Washington, D.C.: National Academies Press, 2008.
- Blackmore, Vernon. *Evolution, the great debate*. Lion Pub., 1989.
- Derry, Gregory Neil, 1952-. *What science is and how it works*. Princeton, N.J.: Princeton University Press, 1999.
- Frye, Roland Mushat. *Is God a creationist?: the religious case against creation-science*. New York: Scribner's, 1983.
- Ham, Ken. *The new answers book*. Green Forest, AR: Master Books, 2008.
- Humphreys, D. Russell. *Starlight and time: solving the puzzle of distant starlight in a young universe*. Green Forest, AR: Master Books, 1994.
- Kitcher, Philip, 1947-. *Abusing science: the case against creationism*. Cambridge, Mass.: MIT Press, 1982.
- Larson, Edward J. (Edward John). *Evolution: the remarkable history of a scientific theory*. New York: Modern Library, 2004.
- Larson, Edward J. (Edward John). *Trial and error: the American controversy over creation and evolution*. New York: Oxford University Press, 2003.
- McKown, Delos Banning. *The mythmaker's magic: behind the illusion of "creation science"*. Buffalo, N.Y.: Prometheus Books, 1993.
- Montagu, Ashley, 1905-1999, et al. *Science and creationism*. Oxford [Oxfordshire]; New York: Oxford University Press, 1984.
- Morris, Henry Madison. *What is creation science?*. Creation-Life Publishers, 1982.
- Pennock, Robert T. *Tower of Babel: the evidence against the new creationism*. Cambridge, Mass.: MIT Press, 1999.
- Poling, Judson. *Do science and the Bible conflict?*. Grand Rapids, Mich.: Zondervan, 2003.
- Research, Institute for Creation, et al. *Scientific creationism*. San Diego, Calif.: Creation-Life Publishers, 1981.
- Sarfati, Jonathan D. *Refuting evolution: a handbook for students, parents, and teachers countering the latest arguments for evolution*. Green Forest, AR: Master Books, 1999.
- Sarfati, Jonathan D., 1964-. *Refuting compromise: a biblical and scientific refutation of progressive creationism (billions of years) as popularized by astronomer Hugh Ross*. Green Forest, AR: Master Books, 2004.
- Sarfati, Jonathan D., 1964-. *Refuting evolution. 2*. Green Forest, AR: Master Books, 2002.
- Scott, Eugenie Carol. *Evolution vs. creationism*. University of California Press, 2005.
- Toumey, Christopher P. *God's own scientists*. Rutgers University Press, 1994.
- Wilder-Smith, A. E. *Man's origin, man's destiny: a critical survey of the principles of evolution and Christianity*. Minneapolis: Bethany Fellowship, 1975.

## History of U.S. foreign policy, 1861–1897

- Brodsky, Alyn. *Grover Cleveland*. St. Martin's Press, 2000.
- Castel, Albert E. *The Presidency of Andrew Johnson*. Lawrence: Regents Press of Kansas, 1979.
- Doenecke, Justus D. *The Presidencies of James A. Garfield & Chester A. Arthur*. Lawrence: Regents Press of Kansas, 1988.
- Duberman, Martin B. *Charles Francis Adams, 1807-1886*. Stanford, Calif., Stanford University Press, 1968.
- Dulles, Foster Rhea, 1900-1970. 1n. *Prelude to world power: American diplomatic history, 1860-1900*. New York, Macmillan, 1965.

65 of 337

- Feldman, Ruth Tenzer. *Chester A. Arthur*. Minneapolis, MN: Twenty-First Century Books, 2007.
- Graff, Henry F. (Henry Franklin), 1921-. *Grover Cleveland*. New York: Times Books, 2002.
- Grant, Ulysses S. (Ulysses Simpson), 1822-1885. *Memoirs and selected letters: personal memoirs of U.S. Grant, selected letters 1839-1865*. New York, N.Y.: Library of America: Distributed to the trade in the U.S. and Canada by Viking Press, 1990.
- Kremer, Gary R. *James Milton Turner and the promise of America: the public life of a post-Civil War Black leader*. Columbia: University of Missouri Press, 1991.
- McFeely, William S. *Grant: a biography*. New York: Norton, 1981.
- Miller, Nathan, 1927-. *The U.S. Navy: a history*. Annapolis, Md.: Naval Institute Press, 1997.
- Nevins, Allan, 1890-1971. *Grover Cleveland; a study in courage*. New York Dodd, Mead, 1964.
- Paludan, Phillip S.. *The presidency of Abraham Lincoln*. University Press of Kansas, 1994.
- Peskin, Allan. *Garfield: a biography*. Kent, Ohio: Kent State University Press, 1978.
- Pletcher, David M. *The diplomacy of trade and investment: American economic expansion in the Hemisphere, 1865-1900*. Columbia: University of Missouri Press, 1998.
- Pletcher, David M., author. *The awkward years: American foreign relations under Garfield and Arthur*. Columbia: University of Missouri Press, 1962.
- Reeves, Thomas C., 1936-. *Gentleman boss: the life of Chester Alan Arthur*. New York, Knopf; [distributed by Random House], 1975.
- Smith, Jean Edward. *Grant*. New York: Simon & Schuster, 2001.
- Thomas, Benjamin Platt, 1902-1956, et al. *Stanton; the life and times of Lincoln's Secretary of War*. New York, Knopf, 1962.
- Trefousse, Hans L. (Hans Louis), 1921-2010. *Andrew Johnson: a biography*. New York, N.Y.: W.W. Norton & Co., 1997.
- Wicker, Tom. *Dwight D. Eisenhower*. New York: Times Books, 2002.

## World War I

- Balakian, Peter, 1951-. *The burning Tigris: the Armenian genocide and America's response*. New York: HarperCollins, 2003.
- Barry, John M., 1947-. *The great influenza: the epic story of the deadliest plague in history*. New York: Viking, 2004.
- Brands, H. W.. *T. R.*. Basic Books, 1997.
- Chambers, John Whiteclay. *To raise an army: the draft comes to modern America*. New York: Free Press; London: Collier Macmillan, 1987.
- Clark, Christopher M. *The sleepwalkers: how Europe went to war in 1914*. New York: Harper, 2013.
- Devlin, Patrick, Baron, 1905-. *Too proud to fight: Woodrow Wilson's neutrality*. New York: Oxford University Press, 1975.
- Dupuy, R. Ernest (Richard Ernest), 1887-1975. *The Harper encyclopedia of military history: from 3500 BC to the present*. New York, NY: HarperCollins, 1993.
- Grant, R. G. *Battle: a visual journey through 5,000 years of combat*. New York: DK Pub., 2009.
- Hardach, Gerd, 1941-. *The First World War, 1914-1918*. Berkeley: University of California Press, 1977.
- Heyman, Neil M. *World War I*. Westport, Conn.: Greenwood Press, 1997.
- Hovannisian, Richard G. cn. *Armenia on the road to independence, 1918*. Berkeley, University of California Press, 1967.
- Marshall, S. L. A. (Samuel Lyman Atwood), 1900-1977, et al. *The American heritage history of World War I*. New York: American Heritage Pub. Co.: Bonanza Books: Distributed by Crown Publishers, 1982.
- Mawdsley, Evan, 1945-. *The Russian Civil War*. New York, N.Y.: Pegasus Books, 2007.
- Meyer, G. J., 1940-. *A world undone: the story of the Great War, 1914-1918*. New York: Delacorte Press, 2006.
- Sachar, Howard Morley, 1928-2018. *The emergence of the Middle East, 1914-1924*. London: Allen Lane The Penguin Press, 1970.
- Shanafelt, Gary W. *The secret enemy: Austria-Hungary and the German alliance, 1914-1918*. Boulder [Colo.]: East European Monographs; New York: Distributed by Columbia University Press, 1985.
- Shapiro, Fred R, et al. *The Yale book of quotations*. New Haven: Yale University Press, 2006.

- Taylor, A. J. P. (Alan John Percivale), 1906-. *The First World War: an illustrated history*. New York: G.P. Putnam's Sons, 1972.
- Terraine, John. *Ordeal of victory*. Philadelphia, Lippincott, 1963.
- Von der Porten, Edward P. *The German Navy in World War II*. New York, T. Y. Crowell, 1969.
- Zeman, Z. A. B. (Zbyněk A. B.), 1928-. *A diplomatic history of the First World War*. London: Weidenfeld and Nicolson, 1971.

## Schutzstaffel

- Allen, Michael Thad. *The business of genocide*. University of North Carolina Press, 2002.
- Arendt, Hannah. *Eichmann in Jerusalem*. Penguin Books, 2006.
- Browder, George C.. *Foundations of the Nazi police state*. University Press of Kentucky; First edition, 1990.
- Browning, Christopher R.. *The origins of the Final Solution*. University of Nebraska Press, 2004.
- Burleigh, Michael, 1955-. *The Third Reich: a new history*. London: Macmillan; New York: Hill and Wang, 2000.
- Burleigh, Michael, et al. *The racial state: Germany 1933-1945*. Cambridge [England]; New York: Cambridge University Press, 1991.
- Hilberg, Raul, 1926-. *The destruction of the European Jews*. New York: Holmes & Meier, 1985.
- Hildebrand, Klaus. *The Third Reich*. London; Boston: Allen & Unwin, 1984.
- Kershaw, Ian. *The end*. Penguin Press, 2011.
- Lichtblau, Eric. *The Nazis next door: how America became a safe haven for Hitler's men*. Boston: Houghton Mifflin Harcourt, 2014.
- Lifton, Robert Jay, 1926-. *The Nazi doctors: medical killing and the psychology of genocide*. New York: Basic Books, 1986.
- MacDonogh, Giles. *After the Reich*. Basic Books, 2007.
- Parker, Danny S. *Fatal crossroads: the untold story of the Malmédy Massacre at the Battle of the Bulge*. Cambridge, MA: Da Capo Press, 2012.
- Posner, Gerald L. cn, et al. *Mengele: the complete story*. New York: McGraw-Hill, 1986.
- Proctor, Robert, 1954-, et al. *Racial hygiene: medicine under the Nazis*. Cambridge, Mass.: Harvard University Press, 1988.
- Rempel, Gerhard. *Hitler's children: the Hitler Youth and the SS*. Chapel Hill: University of North Carolina Press, 1989.
- Rossino, Alexander B., 1966-. *Hitler strikes Poland: Blitzkrieg, ideology, and atrocity*. Lawrence, Kan.: University Press of Kansas, 2003.
- Segev, Tom, 1945-. *Simon Wiesenthal: the life and legends*. New York: Doubleday, 2010.
- Spielvogel, Jackson J., 1939-. *Hitler and Nazi Germany: a history*. Englewood Cliffs, N.J.: Prentice Hall, 1992.
- Steinbacher, Sybille, 1966-. *Auschwitz: a history*. New York: ECCO, 2005.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## The Collected Works of Jeremy Bentham

- Bentham, Jeremy, 1748-1832. *"Legislator of the world": writings on codification, law, and education*. Oxford: Clarendon Press, 1998.
- Bentham, Jeremy, 1748-1832. *A comment on the Commentaries; and, A fragment on government*. Oxford: Clarendon; New York: Oxford, 2008.
- Bentham, Jeremy, 1748-1832. *A comment on the Commentaries and A fragment on government*. London: University of London Athlone Press; [Atlantic Highlands], N.J.: Humanities Press, 1977.
- Bentham, Jeremy, 1748-1832. *Colonies, commerce, and constitutional law: Rid yourselves of Ultramaria and other writings on Spain and Spanish America*. Oxford: Clarendon Press; New York: Oxford University Press, 1995.

67 of 337

- Bentham, Jeremy, 1748-1832. *Constitutional code: vol. I*. Oxford [Oxfordshire]: Clarendon Press; New York: Oxford University Press, 1983.
- Bentham, Jeremy, 1748-1832. *Of laws in general*. [London]: University of London, Athlone Press, 1970.
- Bentham, Jeremy, 1748-1832. *Official aptitude maximized; expense minimized*. Oxford: Clarendon Press; New York: Oxford University Press, 1993.
- Bentham, Jeremy, 1748-1832. *Political tactics*. Oxford [Oxfordshire]: Clarendon Press; New York: Oxford University Press, 1999.
- Bentham, Jeremy, 1748-1832. *Securities against misrule and other constitutional writings for Tripoli and Greece*. Oxford: Clarendon Press; New York: Oxford University Press, 1990.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.
- Bentham, Jeremy, 1748-1832. *The correspondence of Jeremy Bentham*. London: Athlone P., 1968.

## Louis Darling

- Beim, Jerrold, 1910-1957, et al. *Shoeshine boy*. New York, Morrow, 1954.
- Beim, Jerrold, 1910-1957, et al. *Swimming hole*. New York, Morrow, 1950.
- Beim, Jerrold, 1910-1957, et al. *Thin ice*. New York, Morrow, 1956.
- Butterworth, Oliver. *The enormous egg*. Little, Brown, 1984.
- Cleary, Beverly. *Henry and the clubhouse*. New York, Morrow, 1962.
- Cleary, Beverly, et al. *Henry and Beezus;*. New York, Morrow, 1952.
- Cook, Marion Belden, et al. *Waggles and the dog catcher*. New York: Morrow, 1951.
- Darling, Lois, et al. *Before and after dinosaurs*. [New York] Morrow, 1959.
- Darling, Lois, et al. *Coral reefs*. Cleveland, World Pub. Co, 1963.
- Darling, Lois, et al. *Sixty million years of horses*. New York, Morrow, 1960.
- Darling, Lois, et al. *The science of life*. Cleveland: World Pub. Co., 1961.
- Darling, Lois, et al. *Turtles*. New York: W. Morrow, 1962.
- Darling, Lois, et al. *Worms*. New York, Morrow, 1972.
- Darling, Louis. *Penguins*. New York: Morrow, 1956.
- Darling, Louis. *Seals and walruses*. New York: Morrow, 1955.
- Darling, Louis. *The gull's way*. New York: Morrow, 1965.
- Goetz, Delia, et al. *Grasslands*. [New York] Morrow, 1959.
- Goetz, Delia, et al. *Mountains*. New York, Morrow, 1962.
- Goetz, Delia, et al. *The Arctic tundra*. NY: William Morrow and Company, 1958.
- Lear, Linda J.. *Rachel Carson*. H. Holt, 1997.
- McClung, Robert M, et al. *Shag*. New York, Morrow, 1960.

## Whig Party (United States)

- Bergeron, Paul H., 1938-. *The presidency of James K. Polk*. Lawrence, Kan.: University Press of Kansas, 1987.
- Cole, Donald B. *The presidency of Andrew Jackson*. Lawrence, Kan.: University Press of Kansas, 1993.
- Egerton, Douglas R. *Year of meteors: Stephen Douglas, Abraham Lincoln, and the election that brought on the Civil War*. New York: Bloomsbury Press, 2010.
- Finkelman, Paul, 1949-. *Millard Fillmore*. New York: Times Books/Henry Holt, 2011.

68 of 337

A-4435

- Foner, Eric. *Free soil, free labor, free men: the ideology of the Republican Party before the Civil War*. London; New York: Oxford University Press, 1979.
- Formisano, Ronald P., 1939-. *The transformation of political culture: Massachusetts parties, 1790s-1840s*. New York: Oxford University Press, 1983.
- Gara, Larry. *The presidency of Franklin Pierce*. Lawrence, Kan.: University Press of Kansas, 1991.
- Hargreaves, Mary W. M., 1914-. *The presidency of John Quincy Adams*. Lawrence, Kan.: University Press of Kansas, 1985.
- Howe, Daniel Walker. *The American Whigs: an anthology*. New York: Wiley, 1973.
- Howe, Daniel Walker. *The political culture of the American Whigs*. Chicago: University of Chicago Press, 1979.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- May, Gary. *John Tyler*. Times Books/Henry Holt and Co., 2008.
- Parsons, Lynn H. *The birth of modern politics: Andrew Jackson, John Quincy Adams, and the election of 1828*. Oxford; New York: Oxford University Press, 2009.
- Peterson, Norma Lois. *The presidencies of William Henry Harrison & John Tyler*. Lawrence, Kan.: University Press of Kansas, 1989.
- Remini, Robert V. (Robert Vincent), 1921-2013. *Henry Clay: statesman for the Union*. New York: W.W. Norton, 1991.
- Remini, Robert Vincent, 1921-. *Daniel Webster: the man and his time*. New York: W.W. Norton & Co., 1997.
- Schlesinger, Arthur Meier, 1917-. *History of U.S. political parties*. New York: Chelsea House Publishers, 1973.
- Silbey, Joel H. *The American political nation, 1838-1893*. Stanford, Calif.: Stanford University Press, 1991.
- Smith, Elbert B. *The presidencies of Zachary Taylor & Millard Fillmore*. Lawrence, Kan.: University Press of Kansas, 1988.
- Van Deusen, Glyndon G. (Glyndon Garlock), 1897-. *The life of Henry Clay*. Westport, Conn.: Greenwood Press, 1979.
- Van Deusen, Glyndon G. (Glyndon Garlock), 1897-. *Thurlow Weed, wizard of the lobby*. Boston, Little, Brown and Co., 1947.

## Textile

- Abisch, Roz, et al. *Textiles*. New York, Watts, 1975.
- Bernstein, David J. *The mystery of the Bayeux tapestry*. London: Weidenfeld and Nicolson, 1986.
- Birrell, Verla Leone, 1903-2001, author. *The textile arts: a handbook of weaving, braiding, printing, and other textile techniques*. New York: Schocken Books, 1973.
- Collier, Billie J. *Understanding textiles*. Upper Saddle River, N.J.: Pearson Prentice Hall, 2009.
- Corbman, Bernard P. *Textiles: fiber to fabric*. New York: Gregg Division, McGraw-Hill, 1983.
- Elsasser, Virginia Hencken. *Textiles: concepts and principles*. New York, NY: Fairchild Publications, 2005.
- Hammerskog, Paula. *Swedish knits: classic and modern designs in the Scandinavian tradition*. New York: Skyhorse Pub., 2009.
- Hollen, Norma R, et al. *Textiles*. New York: Macmillan, 1988.
- Humphries, Mary, 1925-. *Fabric reference*. Upper Saddle River, N.J.: Prentice Hall, 1996.
- Joseph, Marjory L. *Introductory textile science*. New York: Holt, Rinehart and Winston, 1977.
- Joseph, Marjory L. *Joseph's introductory textile science*. Fort Worth: Harcourt Brace Jovanovich College Publishers, 1992.
- Kadolph, Sara J. *Textiles*. Upper Saddle River, N.J.: Merrill, 1998.
- Kadolph, Sara J. *Textiles*. Upper Saddle River, N.J.: Pearson Prentice Hall, 2007.
- Lyle, Dorothy Siegert. *Modern textiles*. New York: Wiley, 1982.
- Montgomery, Florence M. *Textiles in America 1650-1870: a dictionary based on original documents, prints and paintings, commercial records, American merchants' papers, shopkeepers' advertisements, and pattern books with original swatches of cloth*. New York; London: Norton, 1984.

- Smith, Betty F. *Textiles in perspective*. Englewood Cliffs, N.J.: Prentice-Hall, 1982.
- Warming, Wanda, 1947-. *The world of Indonesian textiles*. Tokyo; New York: Kodansha International, 1981.
- Weibel, Adèle Coulin. *Two thousand years of textiles; the figured textiles of Europe and the Near East*. New York, Published for the Detroit Institute of Arts [by] Pantheon Books, 1952.
- Wingate, Isabel Barnum. *Fairchild's dictionary of textiles*. New York: Fairchild Publications, 1979.

## Internment of Japanese Americans

- Connell, Thomas. *America's Japanese hostages: the World War II plan for a Japanese free Latin America*. Westport, Conn.: Praeger, 2002.
- Conrat, Maisie, compiler. *Executive order 9066: the internment of 110,000 Japanese Americans*. Cambridge, Mass., MIT Press for the California Historical Society, 1972.
- De Nevers, Klancy Clark. *The colonel and the pacifist: Karl Bendetsen, Perry Saito, and the incarceration of Japanese Americans during World War II*. Salt Lake City: University of Utah Press, 2004.
- Elleman, Bruce A., 1959-. *Japanese-American civilian prisoner exchanges and detention camps, 1941-45*. New York: Routledge, 2006.
- Ford, Jamie. *Hotel on the corner of bitter and sweet: a novel*. New York: Ballantine Books, 2009.
- Gardiner, C. Harvey (Clinton Harvey). *Pawns in a triangle of hate: the Peruvian Japanese and the United States*. Seattle: University of Washington Press, 1981.
- Garfield, Brian, 1939- . cn. *The thousand-mile war; World War II in Alaska and the Aleutians*. Garden City, N.Y., Doubleday, 1969.
- Harth, Erica. *Last witnesses: reflections on the wartime internment of Japanese Americans*. New York: Palgrave, 2001.
- Inouye, Karen M., 1964- author. *The long afterlife of Nikkei wartime incarceration*. Stanford, California: Stanford University Press, 2016.
- Irons, Peter H. *Justice at war: [the story of the Japanese American internment cases]*. Berkeley < >: Univ. of California Press, 1983.
- James, Thomas, 1948-. *Exile within: the schooling of Japanese Americans, 1942-1945*. Cambridge, Mass.: Harvard University Press, 1987.
- Lange, Dorothea. *Impounded: Dorothea Lange and the censored images of Japanese American internment*. New York: W.W. Norton, 2006.
- Lyon, Cherstin M., 1971-. *Prisons and patriots: Japanese American wartime citizenship, civil disobedience, and historical memory*. Philadelphia: Temple University Press, 2012.
- Mackey, Mike. *Remembering Heart Mountain: essays on Japanese American internment in Wyoming*. [Powell, Wyo.: Western History Publications], 1998.
- Moore, Brenda L., 1950-. *Serving our country: Japanese American women in the military during World War II*. New Brunswick, N.J.: Rutgers University Press, 2003.
- Ng, Wendy L. *Japanese American internment during World War II*. Greenwood Press, 2002.
- Niiya, Brian, et al. *Japanese American history: an A-to-Z reference from 1868 to the present*. New York: Facts on File, 1993.
- Robinson, Greg, 1966-. *By order of the president: FDR and the internment of Japanese Americans*. Cambridge, Mass.: Harvard University Press, 2001.
- Soga, Keiho, 1873-1957. *Life behind barbed wire: the World War II internment memoirs of a Hawaiʻi Issei*. Honolulu: University of Hawaiʻi Press, 2008.
- Weglyn, Michi, 1926-. *Years of infamy: the untold story of America's concentration camps*. New York: Morrow, 1976.

## United States

- Bowman, Shearer Davis. *Masters & lords: mid-19th-Century U.S. planters and Prussian junkers*. New York: Oxford University Press, 1993.
- Brokenshire, Doug. *Washington State place names*. Caxton Printers, 1993.
- Brown, Milton Wolf, 1911-. *The story of the Armory show*. New York: Abbeville Press, 1988.

70 of 337

- Collins, Michael, 1930-. *Liftoff: the story of America's adventure in space*. New York: Grove Press, 1988.
- Daynes, Byron W. *White House politics and the environment: Franklin D. Roosevelt to George W. Bush*. College Station: Texas A&M University Press, 2010.
- Foner, Eric. *The story of American freedom*. W.W. Norton, 1998.
- Gordon, John Steele. *An empire of wealth: the epic history of American economic power*. New York: HarperCollins, 2004.
- Hoopes, Townsend. *FDR and the creation of the U.N.*. Yale University Press, 1997.
- Huntington, Samuel P.. *Who are we?*. Simon & Schuster, 2004.
- Mintz, Sidney Wilfred. *Tasting food, tasting freedom*. Beacon Press, 1996.
- O'Keefe, Kevin. *The average American: the extraordinary search for the nation's most ordinary citizen*. New York: Public Affairs, 2005.
- Pillar, Paul R., 1947-. *Terrorism and U.S. foreign policy*. Washington, D.C.: Brookings Institution Press, 2001.
- Safire, William, 1929-2009. *No uncertain terms: more writing from the popular "On language" column in The New York times magazine*. New York: Simon & Schuster, 2003.
- Schlosser, Eric. *Fast food nation: the dark side of the all-American meal*. New York: Perennial, 2002.
- Stannard, David E. *American holocaust: the conquest of the New World*. New York: Oxford University Press, 1993.
- Taylor, Alan. *American colonies*. Viking, 2001.
- Wilson, Kenneth G.. *The Columbia guide to standard American English*. Columbia University Press, 1993.
- Winchester, Simon, author. *The men who united the States: America's explorers, inventors, eccentrics, and mavericks, and the creation of one nation, indivisible*. Harpercollins, 2013.
- Zelden, Charles L., 1963-. *The judicial branch of federal government: people, process, and politics*. Santa Barbara, Calif.: ABC-CLIO, 2007.

## DyAnne DiSalvo

- Cleary, Beverly. *The growing-up feet*. New York: Mulberry Paperback Book, 1997.
- Curry, Jane Louise, et al. *The Christmas knight*. New York: M.K. McElderry Books; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1993.
- DiSalvo, DyAnne. *A castle on Viola Street*. [New York]: HarperCollins Publishers, 2001.
- DiSalvo, DyAnne. *City green*. New York: Morrow Junior Books, 1994.
- DiSalvo, DyAnne. *Grandpa's corner store*. New York: HarperCollins Pub., 2000.
- DiSalvo, DyAnne. *Spaghetti park*. Holiday House, 2003.
- DiSalvo, DyAnne, et al. *A dog like Jack [sound recording]*. [Pine Plains, N.Y.?]: Live Oak Media, 2001.
- Driscoll, Laura. *The bravest cat!*. Grosset & Dunlap, 1997.
- Fritz, Jean, et al. *You want women to vote, Lizzie Stanton?*. New York, NY: Penguin Putnam Books for Young Readers, 1999.
- Graeber, Charlotte Towner. *Olivia and the real live pet*. New York: Macmillan Books for Young Readers, 1995.
- Hest, Amy. *The go-between*. New York: Four Winds Press; Toronto: Maxwell Macmillan Canada New York: Maxwell Macmillan International, 1992.
- Hest, Amy, et al. *The best-ever good-bye party*. New York: Morrow Junior Books, 1989.
- Johnson, Ryerson, 1901-1995, et al. *Why is baby crying?*. Niles, Ill.: A. Whitman, 1989.
- Kenworthy, Catherine, et al. *Best friends*. New York: Golden Press; Racine, Wis.: Western Pub. Co., 1983.
- McDonough, Yona Zeldis. *A doll named Dora Anne*. New York: Grosset & Dunlap, 2002.
- Pomerance, Marion Hess, et al. *The American Wei*. Morton Grove, Ill.: A. Whitman, 1998.
- Rosen, Michael J., 1954-. *Our eight nights of Hanukkah*. New York: Holiday House, 2000.
- Siegel, Beatrice, et al. *Sam Ellis's Island*. New York: Four Winds Press; London: Collier Macmillan, 1985.
- Siegel, Randy. *Grandma's smile*. New York: Roaring Brook Press, 2010.
- Stier, Catherine. *If I were president*. Morton Grove, Ill.: Albert Whitman, 1999.
- Warren, Cathy. *Saturday belongs to Sara*. New York: Bradbury Press, 1988.

## History of Europe

- Albrecht-Carrié, René, 1904-1978. *A diplomatic history of Europe since the Congress of Vienna*. New York: Harper & Row, 1958.
- Blum, Jerome, 1913-. *The European world: a history*. Boston: Little, Brown, 1970.
- Brinton, Crane, 1898-1968. *A decade of revolution, 1789-1799*. New York: Harper & Row, 1963.
- Cameron, Rondo E. *France and the economic development of Europe, 1800-1914: conquests of peace and seeds of war. --*. Princeton, N.J.: Princeton University Press, 1961.
- Company, Rand McNally and. *Atlas of world history*. Chicago: Rand McNally, 1993.
- Davies, Norman. *Europe: a history*. Oxford; New York: Oxford University Press, 1996.
- Ferguson, Wallace K. (Wallace Klippert), 1902-1983. *Europe in transition, 1300-1520*. Boston, Houghton Mifflin, 1962.
- Friedrich, Carl J. (Carl Joachim), 1901-. *The age of the baroque, 1610-1660*. New York, Harper, 1958.
- Gay, Peter, 1923-, et al. *Modern Europe*. New York, Harper & Row, 1972.
- Gooch, Brison Dowling, 1925-. *Europe in the nineteenth century; a history*. [New York] MacMillan, 1970.
- Grenville, J. A. S. (John Ashley Soames), 1928-. *A history of the world in the twentieth century*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1994.
- Keegan, John, 1934-. *A history of warfare*. New York: Alfred A. Knopf: Distributed by Random House, Inc., 1993.
- Kennedy, Paul M., 1945-. *Grand strategies in war and peace*. New Haven: Yale University Press, 1991.
- Kennedy, Paul M., 1945-. *The rise and fall of the great powers: economic change and military conflict from 1500 to 2000*. New York, NY: Random House, 1987.
- Mundy, John Hine, 1917-2004. *Europe in the high Middle Ages, 1150-1309*. New York, Basic Books, 1973.
- Pollard, Sidney. *Wealth & poverty: an economic history of the twentieth century*. Oxford; New York: Oxford University Press, 1990.
- Pounds, Norman John Greville. *An historical geography of Europe*. Cambridge University Press, 1990.
- Pounds, Norman John Greville. *An historical geography of Europe, 1500-1840*. Cambridge [Eng.]; New York: Cambridge University Press, 1979.
- Sontag, Raymond James, 1897-1972. *A broken world, 1919-1939*. New York: Harper and Row, 1972.
- Wasserstein, Bernard. *Barbarism and civilization: a history of Europe in our time*. Oxford; New York: Oxford University Press, 2007.

## Presidency of Woodrow Wilson

- Bagby, Wesley Marvin, 1922-. *The road to normalcy: the presidential campaign and election of 1920. --*. Baltimore: Johns Hopkins Press, 1962.
- Bailey, Thomas Andrew, 1902-1983. *Woodrow Wilson and the great betrayal*. New York, Macmillan Co., 1945.
- Bailey, Thomas Andrew, 1902-1983. *Woodrow Wilson and the lost peace*. Chicago: Quadrangle Books, 1963.
- Blum, John Morton, 1921-2011. *Woodrow Wilson and the politics of morality*. Boston [Massachusetts]: Little, Brown, & Co., 1956.
- Clark, Truman R., 1935-. *Puerto Rico and the United States, 1917-1933*. [Pittsburgh, Pa.]: University of Pittsburgh Press, 1975.
- Clements, Kendrick A., 1939-. *The presidency of Woodrow Wilson*. Lawrence, Kan.: University Press of Kansas, 1992.
- Cooper, John Milton. *Pivotal decades: the United States, 1900-1920*. New York: W. W. Norton, 1990.
- Cooper, John Milton. *Woodrow Wilson: a biography*. New York: Alfred A. Knopf, 2009.
- Cuff, Robert D., 1941-. *The War Industries Board; business-government relations during World War I*. Baltimore: Johns Hopkins University Press, 1973.
- Gage, Beverly. *The day Wall Street exploded: a story of America in its first age of terror*. Oxford; New York: Oxford University Press, 2009.

- Gilbert, Charles, 1913-. _American financing of World War I_. Westport, Connecticutt: Greenwood Publishing, 1970.
- Kennedy, David M. _Over here: the First World War and American society_. New York: Oxford University Press, 1980.
- Link, Arthur Stanley. _Woodrow Wilson and the progressive era, 1910-1917_. New York, Harper, 1954.
- Livermore, Seward W. _Politics is adjourned: Woodrow Wilson and the War Congress, 1916-1918_. Middletown, Conn.: Wesleyan University Press, 1966.
- May, Ernest R. _The World War and American isolation: 1914-1917_. Cambridge [Mass.]: Harvard University Press, 1966.
- Schaffer, Ronald. _America in the Great War: the rise of the war welfare state_. New York: Oxford University Press, 1991.
- Soule, George Henry, 1887-1970. _Prosperity decade; from war to depression: 1917-1929_. New York, Harper & Row, 1968.
- Urofsky, Melvin I. _Big steel and the Wilson administration; a study in business-government relations_. Columbus, Ohio State University Press, 1969.
- Walworth, Arthur, 1903-. _Woodrow Wilson_. Boston, Houghton Mifflin Co., 1965.
- Weisman, Steven R.. _The great tax wars_. Simon & Schuster, 2002.

## Spanish Empire

- Archer, Christon I., et al. _World History of Warfare (Tactics & Strategies)_. University of Nebraska Press, 2002.
- Bedini, Silvio A, et al. _The Christopher Columbus encyclopedia_. New York: Simon & Schuster, 1992.
- Brading, D. A. _Miners and merchants in Bourbon Mexico, 1763-1810_. Cambridge [Eng.]: University Press, 1971.
- Braudel, Fernand. _The Mediterranean and the Mediterranean world in the age of Philip II_. Berkeley, Calif.: University of California Press, 1995.
- Brown, Jonathan, 1939-. _A palace for a king: the Buen Retiro and the court of Philip IV_. New Haven: Yale University Press, 1980.
- Elliott, J. H. (John Huxtable). _Empires of the Atlantic world: Britain and Spain in America, 1492-1830_. New Haven: Yale University Press, 2006.
- Elliott, J. H. (John Huxtable). _The old world and the new 1492-1650_. Cambridge [Eng.] University Press, 1970.
- Elliott, John Huxtable. _Imperial Spain: 1469-1716_. New York: New American Library, 1977.
- Gibson, Charles, 1920-. _Spain in America_. New York: Harper & Row, 1966.
- Gibson, Charles, 1920-. _The Aztecs under Spanish rule; a history of the Indians of the Valley of Mexico, 1519-1810_. Stanford, Calif., Stanford University Press, 1964.
- Herr, Richard. _The eighteenth-century revolution in Spain_. Princeton, N.J.: Princeton University Press, 1958.
- Kamen, Henry. _Empire: how Spain became a world power, 1492-1763_. New York: HarperCollins, 2003.
- Kamen, Henry. _SPAIN, 1469-1714: A SOCIETY OF CONFLICT_. LONGMAN, 2005.
- Kennedy, Paul M., 1945-. _The rise and fall of the great powers: economic change and military conflict from 1500-2000_. London: Fontana, 1989.
- Lockhart, James, et al. _Early Latin America: a history of colonial Spanish America and Brazil_. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1983.
- MacLachlan, Colin M. _Spain's empire in the New World: the role of ideas in institutional and social change_. Berkeley: University of California Press, 1988.
- McAlister, Lyle N. _Spain and Portugal in the New World, 1492-1700_. Minneapolis: University of Minnesota Press, 1984.
- Parker, Geoffrey, 1943-. _Philip II_. Boston: Little, Brown, 1978.
- Ramsey, John Fraser, 1907-. _Spain: the rise of the first world power_. University: Published for the Office for International Studies and Programs by the University of Alabama Press, 1973.
- Tracy, James D, et al. _The Rise of merchant empires: long-distance trade in the early modern world, 1350-1750_. Cambridge [England]; New York: Cambridge University Press, 1990.

73 of 337

## History of Russia

- Alexander, John T. *Catherine the Great: life and legend*. New York: Oxford University Press, 1989.
- Bartlett, Roger P., 1939-. *A history of Russia*. Houndmills, Basingstoke, Hampshire; New York: Palgrave Macmillan, 2005.
- Billington, James H. *The icon and the axe; an interpretive history of Russian culture*. New York, Knopf, 1966.
- Brown, Archie, 1938-. *The Cambridge encyclopedia of Russia and the Soviet Union*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1982.
- Figes, Orlando. *A people's tragedy: a history of the Russian Revolution*. New York, NY: Viking, 1997.
- Gilbert, Martin, 1936-2015, et al. *Atlas of Russian history*. New York: Oxford University Press, 1993.
- Harcave, Sidney, 1916- ed. *Readings in Russian history*. New York, Crowell, 1962.
- Hosking, Geoffrey A. *Russia and the Russians: a history*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2011.
- Hughes, Lindsey. *Russia in the age of Peter the Great*. Yale University Press, 1998.
- Kennan, George F. (George Frost), 1904-2005. *Russia and the West under Lenin and Stalin: [a vital history of the diplomatic relations between the U.S.S.R. and the Western powers; 3 decades of violence and change; from the Russian Revolution to the end of World War II]*. New York [u.a.]: New American Library, 1961.
- Kort, Michael. *A brief history of Russia*. New York, NY: Checkmark Books, 2008.
- Lincoln, W. Bruce. *The Romanovs: autocrats of all the Russias*. New York: Dial Press, 1981.
- Lincoln, W. Bruce. *The great reforms: autocracy, bureaucracy, and the politics of change in Imperial Russia*. DeKalb, Ill.: Northern Illinois University Press, 1990.
- None,. *Encyclopedia of Russian history*. New York: Macmillan Reference USA, 2004.
- Oliva, Lawrence Jay, 1933-. *Russia in the era of Peter the Great*. Englewood Cliffs, N.J., Prentice-Hall, 1969.
- Paxton, John. *Companion to Russian history*. New York, N.Y.: Facts on File Publications, 1983.
- Paxton, John. *Encyclopedia of Russian history: from the Christianization of Kiev to the break-up of the U.S.S.R.*. Santa Barbara, Calif.: ABC-CLIO, 1993.
- Pipes, Richard, et al. *A concise history of the Russian Revolution*. New York: Knopf, 1995.
- Riasanovsky, Nicholas Valentine, 1923-. *A history of Russia*. New York: Oxford University Press, 1993.
- Whitelaw, Nancy. *Catherine the Great and the Enlightenment in Russia*. Greensboro, N.C.: Morgan Reynolds Pub., 2005.

## Frank Sinatra

- Dunning, John, 1942-, et al. *On the air: the encyclopedia of old-time radio*. New York: Oxford University Press, 1998.
- Evanier, David. *All the things you are*. John Wiley & Sons, 2011.
- Farris, Scott. *Kennedy and Reagan: why their legacies endure*. Guilford, Connecticut: Lyons Press, an imprint of Globe Pequot Press, 2013.
- Gavin, James, 1964-. *Stormy weather: the life of Lena Horne*. London: Simon & Schuster, 2009.
- Goldstein, Norm. *Frank Sinatra, ol' blue eyes*. New York: Holt, Rinehart, and Winston, 1982.
- Hodge, Jessica. *Frank Sinatra*. New York: Crescent Books; distr. by Outlet Book Co., 1992.
- Howlett, John, 1940-. *Frank Sinatra*. New York: Simon & Schuster, 1979.
- Knight, Tim, 1963-. *Sinatra: Hollywood his way*. Philadelphia: Running Press, 2010.
- Kuntz, Tom, et al. *The Sinatra files: the secret FBI dossier*. New York: Three Rivers Press, 2000.
- Levinson, Peter. *September in the Rain*. Billboard Books, 2001.
- Petkov, Steven, 1940-, et al. *The Frank Sinatra reader*. New York: Oxford University Press, 1995.
- Pugliese, Stanislao G., 1965-. *Frank Sinatra: history, identity, and Italian American culture*. New York: Palgrave Macmillan, 2004.
- Rees, Dafydd. *Rock stars encyclopedia*. DK Pub., 1999.
- Roby, Steven, et al. *Becoming Jimi Hendrix: from Southern crossroads to psychedelic London, the untold story of a musical genius*. Philadelphia: Da Capo Press, 2010.

- Santopietro, Tom. *Sinatra in Hollywood*. Thomas Dunne Books, 2008.
- Sinatra, Nancy. *Frank Sinatra: an American legend*. Santa Monica, CA: General Pub. Group, 1995.
- Sirvaitis, Karen, 1961-. *The European American experience*. Minneapolis: Twenty-First Century Books, 2011.
- Whitburn, Joel. *Joel Whitburn's Pop memories, 1890-1954: the history of American popular music: compiled from America's popular music charts 1890-1954*. Menomonee Falls, Wis.: Record Research, 1986.
- Whitburn, Joel. *Joel Whitburn's Top Pop Albums, 1955-2001*. Menomonee Falls, Wis.: Record Research, 2001.
- Wood, Ean. *Born to swing*. London: Sanctuary, 1996.

## Rejection of evolution by religious groups

- (U.S.), National Academy of Sciences, et al. *Science, evolution, and creationism*. Washington, D.C.: National Academies Press, 2008.
- Burns, Edward McNall, 1897-, et al. *World civilizations, their history and their culture*. New York, N.Y.: Norton, 1982.
- Ham, Ken. *The lie: evolution*. Colorado Springs: Master Books, 1987.
- Henig, Robin Marantz. *The monk in the garden: the lost and found genius of Gregor Mendel, the father of genetics*. Boston: Houghton Mifflin, 2000.
- Isaak, Mark, 1959-. *The counter-creationism handbook*. Berkeley: University of California Press, 2007.
- Larson, Edward J. (Edward John). *Evolution: the remarkable history of a scientific theory*. New York: Modern Library, 2004.
- Larson, Edward J. (Edward John). *Trial and error: the American controversy over creation and evolution*. New York: Oxford University Press, 2003.
- Miller, James B. (James Bradley), 1942-. *An evolving dialogue: theological and scientific perspectives on evolution*. Harrisburg, Pa.: Trinity Press International, 2001.
- Morris, Henry M. (Henry Madison), 1918-2006. *Twilight of Evolution*. USA: Baker B K, 1963.
- Morris, Henry Madison, 1918-. *The Genesis record: a scientific and devotional commentary on the book of beginnings*. Grand Rapids: Baker Book House, 1976.
- None,. *Encyclopedia of religious freedom*. New York, NY: Routledge, 2003.
- Numbers, Ronald L. *Darwinism comes to America*. Cambridge, Mass.: Harvard University Press, 1998.
- Numbers, Ronald L. *The creationists: from scientific creationism to intelligent design*. Cambridge, Mass.: Harvard University Press, 2006.
- Relethford, John. *Reflections of our past: how human history is revealed in our genes*. Boulder, Colo.: Westview Press, 2003.
- Research, Institute for Creation, et al. *Scientific creationism*. San Diego, Calif.: Creation-Life Publishers, 1981.
- Ruse, Michael. *Mystery of mysteries: is evolution a social construction?*. Cambridge, MA.: Harvard University Press, 1999.
- Salhany, Roger E. *The origin of rights*. Toronto: Carswell, 1986.
- Scott, Eugenie Carol. *Evolution vs. creationism*. University of California Press, 2005.
- Witham, Larry A.. *Where Darwin Meets the Bible*. Oxford University Press, USA, 2002.

## Operation Barbarossa

- Beevor, Antony. *The Second World War*. Little, Brown and Co., 2012.
- Bellamy, Chris. *Absolute war: Soviet Russia in the Second World War: a modern history*. London: Pan Books, 2007.
- Blumentritt, Günther. *Von Rundstedt, the soldier and the man*. London, Odhams Press, 1952.
- Burleigh, Michael, et al. *The racial state: Germany 1933-1945*. Cambridge [England]; New York: Cambridge University Press, 1991.
- Commager, Henry Steele, 1902-1998. *Henry Steele Commager's the story of the Second World War*. Washington: Brassey's (US), Inc., 1991.

- Cooper, Matthew, 1952- author;Rogers D. Spotswood Collection. *The German Army, 1933-1945: its political and military failure*. New York: Bonanza Books: Distributed by Crown Publishers;, 1984.
- Evans, Richard J, et al. *In Hitler's shadow: West German historians and the attempt to escape from the Nazi past*. Pantheon, 1989.
- Gilbert, Martin, 1936-. *The Second World War: a complete history*. New York: H. Holt, 1989.
- Hilberg, Raul, 1926-. *The destruction of the European Jews*. New York: Holmes & Meier, 1985.
- Hildebrand, Klaus, author,Mazal Holocaust Collection. TxSaTAM. *The foreign policy of the Third Reich*. Berkeley: University of California Press, 1973.
- Keegan, John, 1934-. *The Second World War*. New York: Viking, 1990.
- Murray, Williamson. *A war to be won*. Belknap Press of Harvard University Press, 2000.
- Museum, United States Holocaust Memorial. *Historical atlas of the Holocaust*. New York: MacMillan Pub., 1996.
- Overy, R. J. *The Penguin historical atlas of the Third Reich*. London: Penguin Books Ltd.; New York: Penguin Books USA Inc., 1996.
- Rich, Norman. *Hitler's War Aims*. W.W. Norton & Co, 1973.
- Roberts, Andrew. *The storm of war*. Harper, 2011.
- Seaton, Albert, 1921-. *The German Army, 1933-45*. New York: New American Library, 1985.
- Service, Robert, 1947-. *A history of modern Russia from Nicholas II to Vladimir Putin*. Cambridge, Mass.: Harvard University Press, 2005.
- Taylor, A. J. P. (Alan John Percivale), 1906-, et al. *History of World War II*. London: Octopus Books, 1974.
- Wright, Gordon, 1912-2000. *The ordeal of total war, 1939-1945*. New York, Harper & Row, 1968.

## England in the Late Middle Ages

- Aberth, John, 1963-. *From the brink of the apocalypse: confronting famine, war, plague, and death in the later Middle Ages*. New York: Routledge, 2000.
- Ashley, Michael. *A brief history of British kings & queens: [British royal history from Alfred the Great to the present]*. New York: Carroll & Graf Publishers, 2002.
- Bartlett, Robert. *England under the Norman and Angevin kings, 1075-1225*. Clarendon Press, 2000.
- Beadle, Richard. *The Cambridge companion to medieval English theatre*. Cambridge [England]; New York, NY, USA: Cambridge University Press, 1994.
- Burton, Janet E.. *Monastic and religious orders in Britain, 1000-1300*. Cambridge University Press, 1994.
- Carpenter, D. A. *The struggle for mastery: Britain 1066-1284*. London: Penguin, 2004.
- Cobban, Alan B. *The medieval universities: their development and organization*. London: Methuen; [New York]: distributed by Harper & Row, Barnes & Noble Import Division, 1975.
- Given-Wilson, Chris. *An illustrated history of late medieval England*. Manchester; New York: Manchester University Press; New York: Distributed exclusively in the USA and Canada by St. Martin's Press, 1996.
- Hooper, Nicholas, 1956-, et al. *Cambridge illustrated atlas, warfare: the Middle Ages, 768-1487*. New York: Cambridge University Press, 1996.
- Maddicott, John Robert. *Thomas of Lancaster, 1307-1322: a study in the reign of Edward II*. London: Oxford U.P., 1970.
- Mortimer, Ian. *The greatest traitor*. Thomas Dunne Books, 2006.
- Myers, A. R. (Alec Reginald), 1912-1980. *England in the late Middle Ages*. Harmondsworth, Middlesex, Eng.: Penguin Books, 1976.
- O'Brien, Jay, et al. *Golden ages, dark ages: imagining the past in anthropology and history*. Berkeley: University of California Press, 1991.
- Prestwich, Michael. *Plantagenet England, 1225-1360*. Clarendon Press, 2005.
- Rubin, Miri, 1956-. *The hollow crown: a history of Britain in the late Middle Ages*. London: Penguin, 2006.
- Saul, Nigel. *Richard II*. Yale University Press, 1997.
- Stenton, Doris Mary Parsons, Lady. *English society in the early middle ages, (1066-1307)*. Harmondsworth: Penguin, 1965.

- Stringer, K. J. (Keith John). *The reign of Stephen: kingship, warfare, and government in twelfth-century England*. London; New York: Routledge, 1993.
- Warren, W. L. (Wilfred Lewis), 1929-. *King John*. Berkeley: University of California Press, 1978.
- Waugh, Scott L., 1948-. *England in the reign of Edward III*. Cambridge; New York: Cambridge University Press, 1991.

## George F. Kennan

- Gaddis, John Lewis. *Russia, the Soviet Union, and the United States*. McGraw-Hill Pub. Co, 1990.
- Gaddis, John Lewis. *Strategies of containment: a critical appraisal of postwar American national security policy*. New York: Oxford University Press, 1982.
- Hixson, Walter L. *George F. Kennan: Cold War iconoclast*. New York: Columbia University Press, 1989.
- Karnow, Stanley. *Vietnam, a history*. New York: Viking Press, 1983.
- Kennan, George F. (George Frost), 1904-. *The decline of Bismarck's European order: Franco-Russian relations, 1875-1890*. Princeton, N.J.: Princeton University Press, 1979.
- Kennan, George F. (George Frost), 1904-2005. *Around the cragged hill: a personal and political philosophy*. New York: W.W. Norton, 1994.
- Kennan, George F. (George Frost), 1904-2005. *At a century's ending: reflections, 1982-1995*. New York: W.W. Norton, 1997.
- Kennan, George F. (George Frost), 1904-2005. *Democracy and the student left*. New York, Bantam Books, 1968.
- Kennan, George F. (George Frost), 1904-2005. *Sketches from a life*. New York: Pantheon Books, 1989.
- Kennan, George F. (George Frost), 1904-2005. *The Kennan diaries*. New York, NY: W.W. Norton & Company, 2014.
- Kennan, George F. (George Frost), 1904-2005. *The Marquis de Custine and his Russia in 1839*. Princeton, N.J., Princeton University Press, 1971.
- Kennan, George F. (George Frost), 1904-2005. *The cloud of danger: current realities of American foreign policy*. Boston: Little, Brown, 1977.
- Kennan, George F. (George Frost), 1904-2005. *The fateful alliance: France, Russia, and the coming of the First World War*. New York: Pantheon Books, 1984.
- Kennan, George F. (George Frost), 1904-2005. *The nuclear delusion: Soviet-American relations in the atomic age*. New York: Pantheon Books, 1982.
- Kennan, George Frost, 1904-. *An American family: the Kennans--the first three generations*. New York: W.W. Norton, 2000.
- LaFeber, Walter, et al. *America, Russia, and the Cold War, 1945-1996*. New York: McGraw-Hill, 1997.
- Lukacs, John. *George Kennan*. Yale University Press, 2007.
- Mayers, David Allan, 1951-. *George Kennan and the dilemmas of US foreign policy*. New York: Oxford University Press, 1988.
- Stephanson., Anders. *Kennan and the art of foreign policy*. Harvard University Press, 1989.
- Talbott, Strobe. *The Russia hand: a memoir of presidential diplomacy*. New York: Random House, 2002.

## Human history

- Camp, John McK. *Ancient Athenian building methods*. American School of Classical Studies at Athens, 1984.
- Ebrey, Patricia Buckley, 1947-, et al. *East Asia: a cultural, social, and political history*. Boston: Houghton Mifflin, 2006.
- Friedman, Thomas L. *The world is flat: a brief history of the twenty-first century*. New York: Picador/Farrar, Straus and Giroux: Distributed by Holtzbrinck Publishers, 2007.
- Gascoigne, Bamber. *The Dynasties of China*. Carroll & Graf, 2003.
- Gernet, Jacques. *A history of Chinese civilization*. Cambridge University Press, 1996.
- Hourani, Albert, 1915-1993. *A history of the Arab peoples*. New York, NY: MJF Books, 1991.
- ILIFFE, JOHN. *AFRICANS: THE HISTORY OF A CONTINENT.*. CAMBRIDGE UNIV PRESS, 2008.

- Johnson, Lonnie, 1952-. *Central Europe: enemies, neighbors, friends*. New York: Oxford University Press, 1996.
- Landes, David S. *The unbound Prometheus: technological change and industrial development in Western Europe from 1750 to the present*. London: Cambridge U.P., 1969.
- Martin, Thomas R.. *Ancient Greece*. Yale University Press, 2000.
- McNeill, William Hardy, 1917-. *The pursuit of power: technology, armed force, and society since A.D. 1000*. Chicago: University of Chicago Press, 1982.
- McNeill, William Hardy, 1917-, et al. *The rise of the West: a history of the human community*. Chicago: University of Chicago Press, 1963.
- Pomeranz, Kenneth. *The great divergence: China, Europe, and the making of the modern world economy*. Princeton, N.J.: Princeton University Press, 2000.
- Pounds, Norman John Greville. *An historical geography of Europe, 1500-1840*. Cambridge [Eng.]; New York: Cambridge University Press, 1979.
- Rifkin, Jeremy. *The European dream: how Europe's vision of the future is quietly eclipsing the American dream*. New York: Jeremy P. Tarcher/Penguin, 2004.
- Roesdahl, Else. *The Vikings*. London; New York: Penguin Books, 1998.
- Shaw, Stanford J. (Stanford Jay), 1930-2006, et al. *History of the Ottoman Empire and modern Turkey*. Cambridge; New York: Cambridge University Press, 1976.
- Whitfield, Susan, 1960-. *Aurel Stein on the Silk Road*. Chicago: Serindia Publications, 2004.
- Zinn, Howard. *A People's History of the United States*. HarperCollins, 2003.

## California Gold Rush

- Boyd, Nan Alamilla. *Wide-open town*. University of California Press, 2003.
- Brands, H. W. *The age of gold: the California Gold Rush and the new American dream*. New York: Doubleday, 2002.
- Caughey, John Walton, 1902-1995. *The California gold rush*. Berkeley: University of California Press, 1975.
- Dillon, Richard H. *Siskiyou Trail: the Hudson's Bay Company route to California*. New York: McGraw-Hill, 1975.
- Heizer, Robert F. (Robert Fleming), 1915-1979. *The Destruction of California Indians: a collection of documents from the period 1847 to 1865 in which are described some of the things that happened to some of the Indians of California*. Lincoln: University of Nebraska Press, 1993.
- Holliday, J. S. *Rush for riches: gold fever and the making of California*. [Oakland, Calif.]: Oakland Museum of California; Berkeley: University of California Press, 1999.
- Holliday, J. S, et al. *The world rushed in: the California gold rush experience*. New York: Simon and Schuster, 1981.
- Hurtado, Albert L.. *John Sutter*. University of Oklahoma Press, 2006.
- Johnson, Susan Lee. *Roaring camp: the social world of the California Gold Rush*. New York: W.W. Norton, 2000.
- Levy, Jo Ann, 1941-. *They saw the elephant: women in the California gold rush*. Hamden, Ct.: Archon Books, 1990.
- Lindsay, Brendan C. *Murder state: California's native American genocide, 1846-1873*. Lincoln: University of Nebraska Press, 2012.
- Moynihan, Ruth Barnes, et al. *So much to be done: women settlers on the mining and ranching frontier*. Lincoln: University of Nebraska Press, 1998.
- Norton, Jack, 1933-. *Genocide in northwestern California: when our worlds cried*. San Francisco: Indian Historian Press, 1979.
- Rodman, W. Paul. *CALIFORNIA GOLD: The Beginning of Mining in the Far West*. University of Nebraska Press/ Bison, 1969.
- Starr, Kevin. *Americans and the California dream, 1850-1915*. New York, Oxford University Press, 1973.
- Starr, Kevin. *California*. Modern Library, 2005.
- Thornton, Russell, 1942-. *American Indian holocaust and survival: a population history since 1492*. Norman: University of Oklahoma Press, 1987.

78 of 337

- Witschi, Nicolas S., 1966-. *Traces of gold: California's natural resources and the claim to realism in western American literature*. Tuscaloosa: University of Alabama Press, 2002.
- Young, Otis E., 1925-. *Western mining: an informal account of precious-metals prospecting, placering, lode mining, and milling on the American frontier from Spanish times to 1893*. Norman, University of Oklahoma Press, 1970.

## Attack on Pearl Harbor

- Barnhart, Michael A., 1951-. *Japan prepares for total war: the search for economic security, 1919-1941*. Ithaca: Cornell University Press, 1987.
- Blair, Clay, 1925-. *Silent victory: the U.S. submarine war against Japan*. Philadelphia, Lippincott, 1975.
- Budiansky, Stephen. *Battle of wits: the complete story of codebreaking in World War II*. New York: Simon & Schuster, 2002.
- Ellsberg, Edward, 1891-. *Under the Red sea sun*. New York, Dodd, Mead & Company, 1946.
- Gailey, Harry A. *The war in the Pacific: from Pearl Harbor to Tokyo Bay*. Novato, CA: Presidio, 1997.
- Gilbert, Martin. *The Second World War*. Henry Holt, 2004.
- Hoyt, Edwin P. (Edwin Palmer), 1923-2005. *Pearl Harbor*. Thorndike, Me.: G.K. Hall, 2000.
- Keegan, John. *The Second World War*. Penguin Books, 1990.
- Liddell Hart, Basil Henry, Sir, 1895-1970. *History of the Second World War*. New York, Putnam, 1971.
- Lord, Walter, 1917-2002. *Day of infamy*. New York, Holt, 1957.
- Prados, John. *Combined fleet decoded*. Naval Institute Press, 2001.
- Prange, Gordon W. (Gordon William), 1910-1980. *December 7, 1941: the day the Japanese attacked Pearl Harbor*. New York: McGraw-Hill, 1988.
- Prange, Gordon W. (Gordon William), 1910-1980, author. *At dawn we slept: the untold story of Pearl Harbor*. New York: Penguin Books, 1991.
- Prange, Gordon W. (Gordon William), 1910-1980, et al. *Pearl Harbor: the verdict of history*. New York: McGraw-Hill Book Co., 1986.
- Prange, Gordon William, 1910-, et al. *At dawn we slept: the untold story of Pearl Harbor*. New York: McGraw-Hill, 1981.
- Rhodes, Anthony, 1916-2004. *Propaganda: the art of persuasion, World War II*. Secaucus, NJ: Wellfleet Press, 1987.
- Shirer, William L.. *The Rise and Fall of the Third Reich: A History of Nazi Germany*. Simon and Schuster, 1960.
- Stephen, Martin, 1949-, et al. *Sea battles in close-up: World War 2*. Annapolis, MD: Naval Institute Press, 1988.
- Toland, John. *The rising sun: the decline and fall of the Japanese Empire, 1936-1945*. New York, Random House, 1970.
- Willmott, H. P. *The barrier and the javelin: Japanese and Allied Pacific strategies, February to June 1942*. Annapolis, Md.: Naval Institute Press, 1983.

## Biblical criticism

- Adam, A. K. M. (Andrew Keith Malcolm), 1957-. *What is postmodern biblical criticism?*. Minneapolis: Fortress Press, 1995.
- Brown, Michael Joseph. *Blackening of the Bible: the aims of African American biblical scholarship*. Harrisburg, Pa.: Trinity Press International, 2004.
- Campbell, Antony F. *Sources of the Pentateuch: texts, introductions, annotations*. Minneapolis: Fortress Press, 1993.
- Elliott, John Hall. *What is social-scientific criticism?*. Minneapolis: Fortress Press, 1993.
- Guthrie, Donald, 1916-1992. *New Testament introduction*. Downers Grove, Ill.: Inter-Varsity Press, 1990.
- Hastings, Adrian, et al. *The Oxford companion to Christian thought*. Oxford; New York: Oxford University Press, 2000.
- Hayes, John H. (John Haralson), 1934-2013. *Biblical exegesis: a beginner's handbook*. Louisville, Ky.: Westminster John Knox Press, 2007.

- Kim, Wonil. *Reading the Hebrew Bible for a new millennium: form, concept, and theological perspective*. Harrisburg, PA: Trinity Press International, 2000.
- Powell, Mark Allan, 1953-. *What is narrative criticism?*. Minneapolis: Fortress Press, 1990.
- Soulen, Richard N., 1933-. *Handbook of biblical criticism*. Louisville: Westminster John Knox Press, 2001.
- Soulen, Richard N., 1933- author. *Handbook of biblical criticism*. Louisville, KY: Westminster John Knox Press, 2011.
- Stout, Jeffrey. *The flight from authority: religion, morality, and the quest for autonomy*. Notre Dame: University of Notre Dame Press, 1981.
- Tyson, Lois, 1950-. *Critical theory today: a user-friendly guide*. New York: Garland Pub., 1999.
- VanderKam, James C. *The meaning of the Dead Sea scrolls: their significance for understanding the Bible, Judaism, Jesus, and Christianity*. San Francisco, CA: HarperSanFrancisco, 2004.

## Nazi Germany

- Books, Time-Life. *Fists of steel*. Alexandria, Va.: Time-Life Books, 1988.
- Davies, Norman, 1939-, et al. *Rising '44: the battle for Warsaw*. New York: Viking, 2004.
- Ericksen, Robert P, et al. *Betrayal: German churches and the Holocaust*. Minneapolis: Fortress Press, 1999.
- Evans, Richard J.. *The Third Reich at war*. Penguin Press, 2008.
- Evans, Richard J.. *The Third Reich in power, 1933-1939*. Penguin Press, 2005.
- Fest, Joachim C., 1926-2006. *Speer: the final verdict*. New York: Harcourt, 2001.
- Glantz, David M.. *When Titans clashed*. University of Kansas, 1998.
- Grunsberger, Richard. *The 12-year Reich: a social history of Nazi Germany, 1933-1945. --*. New York, 1971.
- Hildebrand, Klaus. *The Third Reich*. London; Boston: Allen & Unwin, 1984.
- Hoffmann, Peter, 1930-. *German resistance to Hitler*. Cambridge, Mass.: Harvard University Press, 1988.
- Hosking, Geoffrey A. *Rulers and victims: the Russians in the Soviet Union*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2006.
- Kershaw, Ian. *The end*. Penguin Press, 2011.
- Kershaw, Ian.. *The Nazi dictatorship*. Arnold, 2000.
- Kirschbaum, Stanislav J.. *A history of Slovakia*. Palgrave Macmillan, 2005.
- Koonz, Claudia. *The Nazi Conscience*. Belknap Press, 2003.
- Lukas, Richard C., 1937-. *Did the children cry?: Hitler's war against Jewish and Polish children, 1939-1945*. New York: Hippocrene Books, 1994.
- Overy, R. J. *The dictators: Hitler's Germany and Stalin's Russia*. New York: W.W. Norton & Co., 2004.
- Proctor, Robert. *The Nazi war on cancer*. Princeton University Press, 1999.
- Rees, Laurence, 1957-. *Auschwitz: a new history*. New York: Public Affairs, 2005.
- Rupp, Leila J., 1950-. *Mobilizing women for war: German and American propaganda, 1939-1945*. Princeton, N.J.: Princeton University Press, 1978.

## Fêtes Vénitiennes

- Brookner, Anita. *Soundings*. London: Harvill Press, 1997.
- Brookner, Anita. *Watteau*. Twickenham: Hamlyn, 1985.
- Bryson, Norman, 1949-. *Word and image: French painting of the ancien régime*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1981.
- Clark, Kenneth. *Civilisation*. Harper and Row, 1969.
- Elkins, James, 1955-. *Why are our pictures puzzles?: on the modern origins of pictorial complexity*. New York: Routledge, 1999.
- Hollier, Denis, et al. *A New history of French literature*. Cambridge, Mass.: Harvard University Press, 1989.
- Huyghe, René. *Watteau*. London: Pall Mall Press, 1970.
- Lauterbach, Iris. *Antoine Watteau, 1684-1721*. Köln; Los Angeles: Taschen, 2008.

- Levey, Michael. *Rococo to Revolution; major trends in eighteenth-century painting*. New York, Praeger, 1966.
- Minor, Vernon Hyde. *Baroque & Rococo: art & culture*. Upper Saddle River, N.J.: Prentice-Hall, 1999.
- Newton, Eric, 1893-1965. *The arts of man; an anthology and interpretation of great works of art*. Greenwich, Conn., New York Graphic Society, 1960.
- Posner, Donald. *Antoine Watteau*. London: Weidenfeld & Nicolson, 1984.
- Room, Adrian. *A Dictionary of Art Titles*. McFarland & Company, 2000.
- Schneider, Pierre, 1925-, et al. *The world of Watteau, 1684-1721*. New York, Time, inc, 1967.
- Watteau, Antoine, 1684-1721. *Watteau*. Paris: Larousse, 1959.
- Watteau, Antoine, 1684-1721. *Watteau, the embarkment for Cythera*. Richmond Hill, Ont.: NDE Pub., 2000.

## Foreign relations of the Soviet Union

- Axelrod, Alan. *The Real History of World War II*. Sterling, 2008.
- Dallin, David J., 1889-1962. *Soviet foreign policy after Stalin*. Philadelphia, Lippincott, 1961.
- Eudin, Xenia Joukoff, et al. *Soviet Russia and the East, 1920-1927; a documentary survey*. Stanford, Stanford University Press, 1957.
- Feis, Herbert, 1893-1972. *Churchill, Roosevelt, Stalin; the war they waged and the peace they sought*. Princeton, N.J., Princeton University Press, 1957.
- Fischer, Louis, 1896-1970. *Russia's road from peace to war: Soviet foreign relations, 1917-1941*. New York, Harper & Row, 1969.
- Garthoff, Raymond L. *Détente and confrontation: American-Soviet relations from Nixon to Reagan*. Washington, D.C.: Brookings Institution, 1985.
- Goldgeier, James M. *Leadership style and Soviet foreign policy: Stalin, Khrushchev, Brezhnev, Gorbachev*. Baltimore: Johns Hopkins University Press, 1994.
- Jelavich, Barbara. *St. Petersburg and Moscow: tsarist and Soviet foreign policy, 1814-1974*. Indiana University Press, 1974.
- Librach, Jan. *The rise of the Soviet empire; a study of Soviet foreign policy*. New York, Praeger, 1964.
- Rubinstein, Alvin Z.. *Soviet foreign policy since World WarII*. Scott, Foresman, 1989.
- Service, Robert. *A history of twentieth-century Russia*. Cambridge, Mass.: Harvard University Press, 1998.
- Service, Robert. *Lenin--a biography*. Cambridge, MA: Harvard University Press, 2000.
- Service, Robert.. *Stalin*. Belknap Press of Harvard University Press, 2005.
- Taubman, William. *Khrushchev: the man and his era*. New York: Norton, 2003.
- Ulam, Adam B., 1922-2000. *Expansion and coexistence: Soviet foreign policy, 1917-73*. New York, Praeger, 1974.
- Ulam, Adam B., 1922-2000. *The communists: the story of power and lost illusions, 1948-1991*. New York: Scribner's; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1992.
- Ulam, Adam Bruno, 1922-. *Dangerous relations: the Soviet Union in world politics, 1970-1982*. New York: Oxford University Press, 1983.
- Ulam, Adam Bruno, 1922-. *Stalin; the man and his era*. New York, Viking Press, 1973.
- Ulam, Adam Bruno, 1922-. *The rivals: America and Russia since World War II*. Harmondsworth, Eng.; New York: Penguin Books, 1976.

## George Washington in the American Revolution

- Buchanan, John. *The road to Valley Forge: how Washington built the army that won the Revolution*. Hoboken, N.J.: John Wiley & Sons, 2004.
- Ferling, John E. *The first of men: a life of George Washington*. Knoxville: University of Tennessee Press, 1988.
- Fleming, Thomas J. *Washington's secret war: the hidden history of Valley Forge*. New York: Smithsonian Books/Collins, 2005.
- Flexner, James Thomas, 1908-2003. *Washington: the indispensable man*. Boston: Little, Brown, 1974.

- Flexner, James Thomas, 1908-2003, et al. _George Washington in the American Revolution, 1775-1783_. Boston, Little, Brown, 1968.
- Freeman, Douglas Southall, 1886-1953. _George Washington, a biography_. New York, Scribner, 1948.
- Freeman, Douglas Southall, 1886-1953, et al. _Washington_. New York, Scribner, 1968.
- Higginbotham, Don. _George Washington and the American military tradition_. Athens: University of Georgia Press, 1985.
- Ketchum, Richard M., 1922-2012. _The winter soldiers_. Garden City, N.Y., Doubleday, 1973.
- Lengel, Edward G. _General George Washington: a military life_. New York: Random House, 2005.
- Martin, James Kirby, 1943-. _Benedict Arnold, revolutionary hero: an American warrior reconsidered_. New York: New York University Press, 1997.
- Nelson, James L. _George Washington's secret navy: how the American revolution went to sea_. New York: McGraw-Hill, 2008.
- O'Meara, Walter. _Guns at the forks_. Englewood Cliffs, N.J., Prentice-Hall, 1965.
- Randall, Willard Sterne. _Benedict Arnold_. Morrow, 1990.
- Randall, Willard Sterne. _George Washington: a life_. New York: Henry Holt & Co., 1998.
- Schecter, Barnet. aut. _The battle for New York: the city at the heart of the American Revolution_. New York: Walker &Company, 2002.
- Van Doren, Carl, 1885-1950, et al. _Secret history of the American Revolution: an account of the conspiracies of Benedict Arnold and numerous others, drawn from the Secret Service papers of the British headquarters in North America, now for the first time examined and made public_. Garden City, N.Y.: Garden City Pub. Co., 1941.
- Ward, Christopher, 1868-1943. _The War of the Revolution;_. New York, Macmillan, 1952.
- Wickwire, Franklin B, et al. _Cornwallis: the American adventure_. Boston, Houghton Mifflin, 1970.

## Malcolm X

- Breitman, George. _The last year of Malcolm X: the evolution of a revolutionary_. New York: Pathfinder Press, 1992.
- Clarke, John Henrik, 1915-1998, editor, et al. _Malcolm X: the man and his times_. Africa World Press, 1990.
- Clegg, Claude Andrew. _An original man: the life and times of Elijah Muhammad_. New York: St. Martins Griffin, 1998.
- Collins, Rodnell P.. _Seventh child_. Carol Pub. Group, 1998.
- Cone, James H. _Martin & Malcolm & America: a dream or a nightmare_. Maryknoll, N.Y.: Orbis Books, 1991.
- Gallen, David. _Malcolm X: as they knew him_. New York:, 1992.
- Karim, Benjamin, et al. _Remembering Malcolm_. New York: Carroll & Graf; [Emeryville, CA]: Distributed by Publishers Group West, 1992.
- Kly, Yussuf Naim, 1935-, et al. _The black book: the true political philosophy of Malcolm X (El Hajj Malik El Shabazz)_. Atlanta: Clarity Press, 1986.
- Lee, Spike, et al. _By any means necessary: the trials and tribulations of the making of Malcolm X--_. New York: Hyperion, 1992.
- Marsh, Clifton E.. _The lost-found Nation of Islam in America_. Scarecrow Press, 2000.
- Natambu, Kofi, 1950-. _The life and work of Malcolm X_. Indianapolis, IN: Alpha, 2002.
- Perry, Bruce. _Malcolm_. Station Hill, 1991.
- Rickford, Russell J.. _Betty Shabazz_. Sourcebooks, 2003.
- Sales, William W. _From civil rights to Black liberation: Malcolm X and the Organization of Afro-American Unity_. Boston, MA: South End Press, 1994.
- Wood, Joe, 1964-. _Malcolm X: in our own image_. New York: St. Martin's Press, 1992.
- X, Malcolm. _Malcolm X speaks_. Grove Weidenfeld, 1990.
- X, Malcolm, 1925-1965, et al. _Malcolm X: speeches at Harvard_. New York: Paragon House, 1991.
- X, Malcolm, 1925-1965, et al. _Malcolm X: the last speeches_. New York: Pathfinder, 1989.

## Stephen Birmingham

82 of 337

- Birmingham, Stephen. *"The rest of us": the rise of America's eastern European Jews*. Boston: Little, Brown, 1984.
- Birmingham, Stephen. *America's secret aristocracy*. Boston: Little, Brown, 1987.
- Birmingham, Stephen. *California rich*. New York: Simon and Schuster, 1980.
- Birmingham, Stephen. *Certain people: America's Black elite*. Boston: Little, Brown, 1977.
- Birmingham, Stephen. *Duchess: the story of Wallis Warfield Windsor*. Boston: Little, Brown, 1981.
- Birmingham, Stephen. *Jacqueline Bouvier Kennedy Onassis*. New York: Grossett & Dunlap, 1978.
- Birmingham, Stephen. *Life at the Dakota: New York's most unusual address*. New York: Random House, 1979.
- Birmingham, Stephen. *Real lace: America's Irish rich*. New York, Harper & Row, 1973.
- Birmingham, Stephen. *Shades of fortune*. New York: Jove Books, 1992.
- Birmingham, Stephen. *The LeBaron secret*. New York: Berkley Pub. Group, 1987.
- Birmingham, Stephen. *The Rothman scandal: a novel*. Boston: Little, Brown, 1991.
- Birmingham, Stephen. *The auerbach will*. New York: Berkley Books, 1984.
- Birmingham, Stephen. *The golden dream: suburbia in the seventies*. New York: Harper & Row, 1978.
- Birmingham, Stephen. *The grandees; America's Sephardic elite*. New York, Harper & Row, 1971.
- Birmingham, Stephen. *The grandes dames*. New York: Simon and Schuster, 1982.
- Birmingham, Stephen. *The late John Marquand; a biography*. Philadelphia, Lippincott, 1972.
- Birmingham, Stephen. *The right people: a portrait of the American social establishment*. Boston: Little, Brown, 1968.
- Birmingham, Stephen. *The right places*. Boston, Little, Brown, 1973.
- Birmingham, Stephen. *The wrong kind of money*. New York: Penguin, 1998.

## History of U.S. foreign policy, 1897–1913

- Anderson, Donald F. *William Howard Taft: a conservative's conception of the Presidency*. Ithaca [N.Y.] Cornell University Press, 1973.
- Brodsky, Alyn. *Grover Cleveland*. St. Martin's Press, 2000.
- Coletta, Paolo Enrico, 1916-. *The Presidency of William Howard Taft*. Lawrence, University Press of Kansas, 1973.
- Dulles, Foster Rhea. *America's rise to world power, 1898-1954*. New York, NY: Harper & Row [u.a.], 1963.
- Dulles, Foster Rhea, 1900-1970. 1n. *Prelude to world power: American diplomatic history, 1860-1900*. New York, Macmillan, 1965.
- Faulkner, Harold Underwood, 1890-1968. *The decline of laissez faire, 1897-1917*. White Plains, N.Y.: M. E. Sharpe, 1977.
- Gould, Lewis L. *The Presidency of William McKinley*. Lawrence: Regents Press of Kansas, 1980.
- Gould, Lewis L. *The presidency of Theodore Roosevelt*. Lawrence, Kansas: University Press of Kansas, 2011.
- Griswold, Alfred Whitney, 1906-1963. *The Far Eastern policy of the United States. --*. New Haven, Yale University Press, 1962.
- Kazin, Michael, 1948-. *A godly hero: the life of William Jennings Bryan*. New York: Knopf, 2006.
- Kirkland, Edward Chase, 1894-. *Industry comes of age: business, labor, and public policy, 1860-1897. --*. New York: Holt, Rinehart and Winston, 1961.
- McCullough, David G. *The path between the seas: the creation of the Panama Canal, 1870-1914*. New York: Simon and Schuster, 1977.
- Morris, Edmund, et al. *Theodore Rex*. New York: Random House, 2001.
- Pratt, Julius W. (Julius William), 1888-1983. *Expansionists of 1898: the acquisition of Hawaii and the Spanish islands*. Baltimore: Johns Hopkins Press, 1936.
- Pratt, Julius William, 1888-. *Challenge and rejection: the United States and world leadership, 1900-1921*. New York: Macmillan, 1967.
- Pringle, Henry F. (Henry Fowles), 1897-1958. *Theodore Roosevelt: a biography*. San Diego: Harcourt Brace Jovanovich, 1984.

83 of 337

- Pringle, Henry F. (Henry Fowles), 1897-1958. *Theodore Roosevelt, a biography*. New York, Harcourt, Brace, 1956.
- Scholes, Walter Vinton, 1916-. *The foreign policies of the Taft administration*. Columbia University of Missouri Press, 1970.
- Varg, Paul A. *Missionaries, Chinese, and diplomats; the American Protestant missionary movement in China, 1890-1952*. Princeton, N.J., Princeton University Press, 1958.

## Lucy Cousins

- Cousins, Lucy. *Create with Maisy*. Somerville, Mass.: Candlewick Press, 2012.
- Cousins, Lucy. *Doctor Maisy*. Cambridge, MA: Candlewick Press, 2001.
- Cousins, Lucy. *Hooray for fish!*. Candlewick Press, 2005.
- Cousins, Lucy. *Maisy Big, Maisy Small (Maisy)*. Candlewick, 2007.
- Cousins, Lucy. *Maisy cleans up*. Candlewick Press, 2003.
- Cousins, Lucy. *Maisy drives the bus*. Candlewick Press, 2000.
- Cousins, Lucy. *Maisy goes to preschool*. Somerville, Mass.: Candlewick Press, 2009.
- Cousins, Lucy. *Maisy goes to the city*. London: Walker Books, 2011.
- Cousins, Lucy. *Maisy goes to the library*. Candlewick Press, 2005.
- Cousins, Lucy. *Maisy goes to the museum*. Cambridge, Mass.: Candlewick Press, 2008.
- Cousins, Lucy. *Maisy learns to swim*. Somerville, Mass.: Candlewick Press, 2013.
- Cousins, Lucy. *Maisy makes lemonade*. Cambridge, MA: Candlewick Press, 2002.
- Cousins, Lucy. *Maisy takes a bath*. Cambridge, Mass.: Candlewick Press, 2002.
- Cousins, Lucy. *Maisy's clothes = La ropa de Maisy*. Somerville, Mass.: Candlewick Press, 2009.
- Cousins, Lucy. *Maisy's first numbers*. Somerville, Mass.: Candlewick Press, 2013.
- Cousins, Lucy. *Maisy, Charley, and the wobbly tooth*. Cambridge, Mass.: Candlewick Press, 2006.
- Cousins, Lucy. *Yummy: eight favorite fairy tales*. Somerville, Mass.: Candlewick Press, 2009.
- Cousins, Lucy. *Za-Za's baby brother*. Cambridge, MA: Candlewick Press, 1995.
- Cousins, Lucy, ill. *The little dog laughed*. New York, N.Y., U.S.A.: Dutton Children's Books, 1995.

## Amelia Earhart

- Bryan, Courtlandt Dixon Barnes. aut, et al. *The international air and space museum*. New York: Harry N. Abrams, 1979.
- Cochran, Jacqueline, et al. *The stars at noon*. Boston, Little, Brown, 1954.
- Corn, Joseph J. *The winged gospel: America's romance with aviation, 1900-1950*. New York: Oxford University Press, 1983.
- Earhart, Amelia, 1897-1937, et al. *Letters from Amelia, 1901-1937*. Boston, Mass.: Beacon Press, 1982.
- Fleming, Candace. *Amelia lost: the life and disappearance of amelia earhart*. New York: Schwartz & Wade Books, 2011.
- Goerner, Fred G. *The search for Amelia Earhart*. Garden City, N.Y., Doubleday, 1966.
- Jessen, Gene Nora. *The Powder Puff Derby of 1929: the first all women's transcontinental air race*. Naperville, Ill.: Sourcebooks, 2002.
- Keyzer-André, Henri. *Age of heroes*. Hastings House, 1993.
- King, Thomas F. *Amelia Earhart's shoes: is the mystery solved?*. Walnut Creek, CA: AltaMira Press, 2001.
- Leder, Jane Mersky, author. *Amelia Earhart: opposing viewpoints*. San Diego, Calif.: Greenhaven Press, 1989.
- Long, Elgen M, et al. *Amelia Earhart: the mystery solved*. New York, NY: Simon & Schuster, 1999.
- Lovell, Mary S., author. *The sound of wings: the life of Amelia Earhart*. St. Martin's Griffin; Reprint edition, 1989.
- Morey, Eileen, 1923-. *Amelia Earhart*. San Diego, CA: Lucent Books, 1995.
- Pearce, Carol A. *Amelia Earhart*. New York, N.Y.: Facts on File, 1988.
- Randolph, Blythe. *Amelia Earhart*. New York: F. Watts, 1987.
- Rich, Doris L. *Amelia Earhart: a biography*. Washington: Smithsonian Institution Press, 1989.

- Sloate, Susan. *Amelia Earhart: challenging the skies*. New York: Fawcett Columbine, 1990.
- Tames, Richard. *Amelia Earhart*. New York: F. Watts, 1989.
- Van Pelt, Lori, 1961-. *Amelia Earhart: the sky's no limit*. New York: Forge, 2005.

## Byzantine Empire

- Ash, John, 1948-. *A Byzantine journey*. New York: Random House, 1995.
- Browning, Robert, 1914-1997. *The Byzantine Empire*. Washington, D.C.: Catholic University of America Press, 1992.
- Campbell, George L. *Compendium of the world's languages*. London; New York: Routledge, 2000.
- Clark, Victoria, 1961-. *Why angels fall: a portrait of Orthodox Europe from Byzantium to Kosovo*. New York: St. Martin's Press: Macmillan, 2000.
- Cohen, H. F.. *The scientific revolution*. University Of Chicago Press; 1 edition, 2011.
- Davies, Norman. *Europe: a history*. Oxford; New York: Oxford University Press, 1996.
- Evans, Helen C, et al. *The glory of Byzantium: art and culture of the Middle Byzantine era, A.D. 843-1261*. New York: Metropolitan Museum of Art: Distributed by H.N. Abrams, 1997.
- Fossier, Robert. *The Cambridge illustrated history of the Middle Ages*. Cambridge; New York: Cambridge University Press, 1986.
- Freeman, Charles, 1947-. *The Greek achievement: the foundation of the Western world*. New York: Viking, 1999.
- Hindley, Geoffrey, author. *A brief history of the crusades*. London: Robinson, 2004.
- Hooper, Nicholas, 1956-, et al. *Cambridge illustrated atlas, warfare: the Middle Ages, 768-1487*. New York: Cambridge University Press, 1996.
- Jones, A. H. M. (Arnold Hugh Martin), 1904-1970. *The later Roman Empire, 284-602: a social economic and administrative survey*. Baltimore, Md.: Johns Hopkins University Press, 1986.
- Millar, Fergus. *A Greek Roman Empire: power and belief under Theodosius II (408/450)*. Berkeley: University of California Press, 2006.
- Ostrogorski, Georgije. *History of the Byzantine state*. New Brunswick, N.J., Rutgers University Press, 1969.
- Pounds, Norman John Greville. *An historical geography of Europe, 1500-1840*. Cambridge [Eng.]; New York: Cambridge University Press, 1979.
- Shaw, Margaret Renée Bryers, ed. and tr, et al. *Chronicles of the Crusades*. Harmondsworth; Baltimore [etc.]: Penguin, 1977.
- Vasil'ev, A. A. (Aleksandr Aleksandrovich), 1867-1953. *History of the Byzantine Empire, 324-1453*. Madison, Wis.: University of Wisconsin Press, 1958.
- Wickham, Chris, 1950-. *The inheritance of Rome: a history of Europe from 400 to 1000*. New York: Viking, 2009.

## Timeline of 1960s counterculture

- (Organization), Human Rights Watch. *Cuba's repressive machinery: human rights forty years after the revolution*. New York: Human Rights Watch, 1999.
- Alinsky, Saul David, 1909-1972. *Rules for radicals; a practical primer for realistic radicals*. New York, Vintage Books, 1972.
- Allon, Yoram, et al. *Contemporary North American film directors: a Wallflower critical guide*. London; New York: Wallflower, 2002.
- Chang, Kevin O'Brien, et al. *Reggae routes: the story of Jamaican music*. Philadelphia: Temple University Press, 1998.
- Cohen, Robert, 1955 May. 21-, et al. *The Free Speech Movement: reflections on Berkeley in the 1960s*. Berkeley: University of California Press, 2002.
- Currie, Tony. *The Radio Times story*. Tiverton: Kelly, 2001.
- Dallek, Robert. *Flawed giant: Lyndon Johnson and his times, 1961-1973*. New York: Oxford University Press, 1998.
- Goldberg, Philip. *American Veda*. Harmony Books, 2010.

85 of 337

- Inciardi, James A. *Handbook of drug control in the United States*. New York: Greenwood Press, 1990.
- Kissinger, Henry, 1923-. *Ending the Vietnam War: a history of America's involvement in and extrication from the Vietnam War*. New York: Simon & Schuster, 2003.
- Krock, Arthur, 1886-1974. *Memoirs; sixty years on the firing line*. New York, Funk & Wagnalls, 1968.
- Leech, Jeanette. *Seasons they change: the story of acid, psychedelic and experimental folk*. London: Jawbone, 2010.
- Marrs, Jim. *Crossfire: the plot that killed Kennedy*. New York: Carroll & Graf Publishers, 1990.
- Marsh, Dave, et al. *The new book of rock lists*. New York: Simon & Schuster, 1994.
- McKeen, William, 1954-. *Rock and roll is here to stay: an anthology*. New York: Norton, 2000.
- Muir, John Kenneth, 1969-. *The rock & roll film encyclopedia*. New York: Applause Theatre & Cinema Books; Milwaukee, WI: Hal Leonard, [distributor], 2007.
- Shapiro, Fred R, et al. *The Yale book of quotations*. New Haven: Yale University Press, 2006.
- Unterberger., by Richie. *Eight miles high: folk-rock's flight from Haight-Ashbury to Woodstock*. San Francisco, CA: BackBeat Books, 2003.
- Wiener, Jon. *Gimme some truth: John Lennon and the FBI*. Berkeley, Calif.; London: University of California Press, 1999.

## Civil rights movement

- Arsenault, Raymond. *Freedom riders: 1961 and the struggle for racial justice*. Oxford; New York: Oxford University Press, 2006.
- Carson, Clayborne. *In struggle*. Harvard University Press, 1981.
- Chafe, William H., 1942-. *Civilities and civil rights: Greensboro, North Carolina, and the Black struggle for freedom*. Oxford; New York: Oxford University Press, 1981.
- Chafe, William H., 1942-. *The unfinished journey: America since World War II*. New York: Oxford University Press, 2003.
- Chafe, William Henry. *Civilities and civil rights: Greensboro, North Carolina, and the Black struggle for freedom*. New York: Oxford University Press, 1980.
- Davis, Townsend. *Weary feet, rested souls: a guided history of the Civil Rights Movement*. New York: W.W. Norton, 1998.
- Erikson, Erik H. (Erik Homburger), 1902-1994, author. *Gandhi's truth: on the origins of militant nonviolence*. Norton & Co., 1993.
- Fine, Sidney, 1920-2009. *Expanding the frontiers of civil rights: Michigan, 1948-1968*. Detroit: Wayne State University Press, 2000.
- Forman, James, 1928- . cn. *The making of Black revolutionaries; a personal account*. New York, Macmillan, 1972.
- Hoose, Phillip M., 1947-. *Claudette Colvin: twice toward justice*. New York: Melanie Kroupa Books/Farrar Straus Giroux, 2009.
- Lawson, Steven F., 1945-. *Civil rights crossroads: nation, community, and the Black freedom struggle*. Lexington: University Press of Kentucky, 2003.
- Lewis, John. *Walking with the wind*. Simon & Schuster, 1998.
- McAdam, Doug. *Freedom Summer*. New York: Oxford University Press, 1988.
- Ogletree, Charles J. *All deliberate speed: reflections on the first half century of Brown v. Board of Education*. New York: W.W. Norton & Co., 2004.
- Patterson, James T. *Brown v. Board of Education: a civil rights milestone and its troubled legacy*. Oxford; New York: Oxford University Press, 2001.
- Reeves, Richard. *President Kennedy*. Simon & Schuster, 1993.
- Rosenberg, Jonathan, 1958-, et al. *Kennedy, Johnson, and the quest for justice: the civil rights tapes*. New York: W.W. Norton, 2003.
- Schlesinger, Arthur M. (Arthur Meier), 1917-2007. *Robert Kennedy and his times*. Boston: Houghton Mifflin, 1978.
- Smith, Jean Edward. *Grant*. New York: Simon & Schuster, 2001.

## Historiography of the Cold War

- Alperovitz, Gar. *Atomic diplomacy: Hiroshima and Potsdam; the use of the atomic bomb and the American confrontation with Soviet power*. New York, Vintage Books, 1965.
- Ambrose, Stephen E. *Rise to globalism; American foreign policy since 1938*. Baltimore, Penguin Books, 1971.
- Chambers, John Whiteclay, et al. *The Oxford companion to American military history*. New York: Oxford University Press, 1999.
- Clemens, Diane Shaver. *Yalta*. New York, Oxford University Press, 1970.
- Gardner, Lloyd C., 1934-. *Architects of illusion; men and ideas in American foreign policy, 1941-1949*. Chicago: Quadrangle Books, 1970.
- Kolko, Joyce. *The limits of power: the world and United States foreign policy, 1945-1954*. New York, Harper & Row, 1972.
- Kuklick, Bruce, 1941-. *American policy and the division of Germany: the clash with Russia over reparations*. Ithaca, N.Y.: Cornell University Press, 1972.
- LaFeber, Walter. *America, Russia, and the Cold War, 1945-1966*. New York, Wiley, 1967.
- Laqueur, Walter, 1921-. *The fate of the Revolution: interpretations of Soviet history from 1917 to the present*. New York: Scribner, 1987.
- Martel, Gordon. *American foreign relations reconsidered, 1890-1993*. London; New York: Routledge, 1994.
- McCormick, Thomas J. *America's half-century: United States foreign policy in the Cold War*. Baltimore: Johns Hopkins University Press, 1989.
- McLean, Iain, et al. *The concise Oxford dictionary of politics*. Oxford; New York: Oxford University Press, 2003.
- Melanson, Richard A. *Writing history and making policy: the Cold War, Vietnam, and revisionism*. Lanham [MD]: University Press of America, 1983.
- Offner, Arnold A. *Another such victory: President Truman and the Cold War, 1945-1953*. Stanford, Calif.: Stanford University Press, 2002.
- Roberts, Geoffrey, 1952-. *Stalin's wars: from World War to Cold War, 1939-1953*. New Haven [Conn.]; London: Yale University Press, 2006.
- Schurmann, Franz, 1926-2010. *The logic of world power; an inquiry into the origins, currents, and contradictions of world politics*. New York, Pantheon Books, 1974.
- Williams, William Appleman. *The tragedy of American diplomacy*. Cleveland: World Pub. Co., 1959.
- Wittner, Lawrence S. *Cold war America; from Hiroshima to Watergate*. New York, Praeger, 1974.
- Yergin, Daniel. *Shattered peace: the origins of the cold war and the national security state*. Boston: Houghton Mifflin, 1977.

**United States involvement in regime change**

- Atkins, G. Pope, 1934-. *The Dominican Republic and the United States: from imperialism to transnationalism*. Athens: University of Georgia Press, 1998.
- Bergen, Peter L. *The Osama Bin Laden I know*. Simon & Schuster, 2006.
- Easton, Nina. *Gang of five: leaders at the center of the conservative crusade*. New York: Simon & Schuster, 2000.
- Franklin, Jane, 1934-. *Cuba and the United States: a chronological history*. Melbourne; New York: Ocean Press, 1997.
- Gendzier, Irene L. *Notes from the minefield*. Columbia University Press, 2006.
- Hart, John M. (John Mason), 1935-. *Empire and revolution: the Americans in Mexico since the Civil War*. Berkeley: University of California Press, 2002.
- Jones, Howard. *Crucible of power*. SR Books, 2001.
- Kinzer, Stephen. *Overthrow: America's century of regime change from Hawaii to Iraq*. New York: Times Books/Henry Holt, 2007.
- Koh, Harold Hongju, 1954-. *The national security constitution: sharing power after the Iran-Contra Affair*. New Haven: Yale University Press, 1990.
- Makiya, Kanan. *Republic of fear*. University of California Press, 1998.
- McCullough, David G. *Truman*. New York: Simon & Schuster, 1992.

- Musicant, Ivan. *The banana wars*. Macmillan, 1990.
- Schoonover, Thomas David, 1936- author. *Uncle Sam's War of 1898 and the origins of globalization*. Lexington: University Press of Kentucky, 2003.
- Simons, G. L.. *Indonesia, the long oppression*. St. Martin's Press, 1999.
- Tvedten, Inge. *Angola: struggle for peace and reconstruction*. Boulder, Colo.: Westview Press, 1997.
- Walker, John Frederick. *A certain curve of horn: the hundred-year quest for the giant sable antelope of Angola*. New York: Grove Press, 2004.
- Wilford, Hugh. *The Mighty Wurlitzer*. Harvard University Press, 2008.
- Wilford, Hugh, 1965- author. *America's great game: the CIA's secret Arabists and the shaping of the modern Middle East*. New York: Basic Books, a member of the Perseus Books Group, 2013.
- Woodward, Bob, 1943-. *Plan of attack*. New York: Simon & Schuster, 2004.

## Timeline of European exploration

- Ambrose, Stephen E. *Undaunted courage: Meriwether Lewis, Thomas Jefferson, and the opening of the American West*. New York: Simon & Schuster, 1997.
- Bergreen, Laurence. *Over the edge of the world: Magellan's terrifying circumnavigation of the globe*. New York: William Morrow, 2003.
- Crane, David. *Scott of the Antarctic*. Knopf, 2005.
- Fleming, Fergus. *Ninety degrees North*. Grove Press, 2001.
- Fleming, Fergus, 1959-. *Off the map: tales of endurance and exploration*. New York: Atlantic Monthly Press, 2005.
- Hayes, Derek, 1947-. *Historical atlas of California: with original maps*. Berkeley, Calif.: University of California Press, 2007.
- Jeal, Tim. *Livingstone*. New York, Putnam, 1973.
- Mawer, G. A. (G. Allen), 1943-. *Ahab's trade: the saga of south seas whaling*. New York: St. Martin's Press, 1999.
- McGoogan, Kenneth, 1947-. *Fatal passage: the true story of John Rae, the Arctic hero time forgot*. New York: Carroll & Graf Publishers, 2002.
- Mirsky, Jeannette, 1903-1987. *To the Arctic: The story of northern exploration from earliest times to the present*. Chicago, University of Chicago Press, 1970.
- Morison, Samuel Eliot, 1887-1976. *The European discovery of America: the northern voyages, A.D. 500-1600*. New York: Oxford University Press, 1971.
- Morison, Samuel Eliot, 1887-1976. *The European discovery of America: the southern voyages, A.D. 1492-1616*. New York: Oxford University Press, 1974.
- Morris, Richard Brandon, 1904- ed, et al. *Harper encyclopedia of the modern world; a concise reference history from 1760 to the present*. New York, Harper & Row, 1970.
- Philbrick, Nathaniel. *Sea of glory: America's voyage of discovery: the U.S. Exploring Expedition, 1838-1842*. New York: Viking, 2003.
- Pohl, Frederick Julius, 1889-. *Amerigo Vespucci: pilot major*. New York: Octagon Books, 1966.
- Reséndez, Andrés, et al. *A land so strange [electronic resource]: the epic journey of Cabeza de Vaca: the extraordinary tale of a shipwrecked Spaniard who walked across America in the sixteenth century*. New York: Basic Books, 2007.
- Smith, Anthony, 1926-. *Explorers of the Amazon / Anthony Smith*. Chicago: University of Chicago Press, 1994.
- Whitfield, Peter, 1947-. *New found lands: maps in the history of exploration*. New York: Routledge, 1998.
- Williams, Glyndwr. *Voyages of delusion: the quest for the Northwest Passage*. New Haven: Yale University Press, 2003.

## Christian Science

- Beasley, Norman. *The continuing spirit*. New York: Duell, Sloan and Pearce, 1956.
- Beasley, Norman. *The cross and the crown; the history of Christian Science*. New York, Duell, Sloan and Pearce, 1952.

- Bridge, Susan, 1939-. *Monitoring the news: the brilliant launch and sudden collapse of the Monitor Channel*. Armonk, N.Y.: M.E. Sharpe, 1998.
- Canham, Erwin D. (Erwin Dain), 1904-1982. *Commitment to freedom; the story of the Christian Science Monitor*. Boston, Houghton Mifflin, 1958.
- Ferguson, Isabel. *A world more bright: the life of Mary Baker Eddy*. Boston, Mass.: Christian Science Pub. Society, 2013.
- Gill, Gillian. *Mary Baker Eddy*. Reading, Mass.: Perseus Books, 1998.
- Knee, Stuart E., author. *Christian Science in the age of Mary Baker Eddy*. Westport, Conn.: Greenwood Press, 1994.
- Koestler-Grack, Rachel A., 1973-. *Mary Baker Eddy*. Philadelphia: Chelsea House Publishers, 2004.
- Melton, J. Gordon. *Encyclopedic handbook of cults in America*. New York: Garland Pub., 1992.
- Nenneman, Richard A. *Persistent pilgrim: the life of Mary Baker Eddy*. Etna, N.H.: Nebbadoon Press, 1997.
- Peel, Robert, 1909-. *Mary Baker Eddy; the years of discovery*. New York: Holt, Rinehart and Winston, 1966.
- Peel, Robert, 1909-1992. *Mary Baker Eddy: the years of authority*. New York: Holt, Rinehart and Winston, 1977.
- Peel, Robert, 1909-1992. *Mary Baker Eddy; the years of trial*. New York, Holt, Rinehart and Winston, 1971.
- Piepmeier, Alison. *Out in public: configurations of women's bodies in nineteenth-century America*. Chapel Hill: University of North Carolina Press, 2004.
- Silberger, Julius. *Mary Baker Eddy, an interpretive biography of the founder of Christian Science*. Boston: Little, Brown, 1980.
- Smith, Clifford P. *Historical and biographical sketches from the life of Mary Baker Eddy and the history of Christian Science*. Boston, Massachussets: Christian Science Publishing Society, 1969.
- Tomlinson, Irving Clinton, 1860-. *Twelve years with Mary Baker Eddy; recollections and experiences*. Boston, Mass., Christian Science Pub. Society, 1945.
- Von Fettweis, Yvonne Cache. *Mary Baker Eddy: Christian healer*. Boston, Mass.: Christian Science Pub. Society, 1998.
- Williams, Jean Kinney. *The Christian Scientists*. New York: Franklin Watts, 1997.

## Elvis Presley

- Adelman, Kim, 1964-. *The girls' guide to Elvis: the clothes, the hair, the women, and more!*. New York: Broadway Books, 2002.
- Brackett, Nathan, 1968-, et al. *The new Rolling Stone album guide*. New York: Simon & Schuster, 2004.
- Burke, Ken (Ken K.), et al. *The Blue Moon Boys: the story of Elvis Presley's band*. Chicago, Ill.: Chicago Review Press, 2006.
- Davies, Hunter. *The Beatles*. W.W. Norton, 1996.
- Doss, Erika Lee. *Elvis culture: fans, faith, & image*. Lawrence, Kan.: University Press of Kansas, 1999.
- Guralnick, Peter, et al. *Careless love: the unmaking of Elvis Presley*. Boston: Back Bay Books, 2000.
- Harrison, Ted. *Elvis people: the cult of the king*. London: Fount, 1992.
- Jezer, Marty. *The dark ages, life in the United States, 1945-1960*. Boston: South End Press, 1982.
- Kirchberg, Connie. *Elvis Presley, Richard Nixon, and the American dream*. McFarland, 1999.
- Marcus, Greil. *Mystery train: images of America in rock 'n' roll music*. New York: Dutton, 1982.
- Moyer, Sandra M. *Elvis: the king remembered*. [Champaign, Ill.]: SP L.L.C., 2002.
- Myrie, Russell. *Don't rhyme for the sake of riddlin'*. Canongate Books, 2008.
- Nash, Alanna. *The Colonel: the extraordinary story of Colonel Tom Parker and Elvis Presley*. New York: Simon & Schuster, 2003.
- Osborne, Jerry. *Elvis: word by word*. New York: Random House International; London: Hi Marketing, 2001.
- Rodman, Gilbert B., 1965-. *Elvis after Elvis: the posthumous career of a living legend*. London; New York: Routledge, 1996.

89 of 337

- Sadie, Stanley,Latham, Alison. *The Norton/Grove concise encyclopedia of music, revised and enlarged*. New York: W.W. Norton & Company, 1994.
- Szatmary, David P.. *A time to rock*. Schirmer Books, 1996.
- Turner, John Frayn. *Frank Sinatra*. Dallas: Taylor Trade Pub., 2004.

## Rubber Soul

- Brackett, Nathan, 1968-, et al. *The new Rolling Stone album guide*. New York: Simon & Schuster, 2004.
- Castleman, Harry. *All together now: the first complete Beatles discography: 1961-1975*. New York Ballantine Books, 1977.
- Doggett, Peter, author. *Electric shock: from the gramophone to the iPhone: 125 years of pop music*. London: The Bodley Head, 2015.
- Fine, Jason. *Harrison*. New York: Simon & Schuster, 2002.
- Gould, Jonathan. *Can't buy me love*. Harmony Books, 2007.
- Graff, Gary, et al. *MusicHound rock: the essential album guide*. Detroit: Visible Ink Press, 1999.
- Harrington, Joe S. *Sonic cool: the life & death of rock 'n' roll*. Milwaukee, WI: Hal Leonard Corp., 2002.
- Hertsgaard, Mark, 1956-. *A day in the life: the music and artistry of the Beatles*. New York: Delacorte Press, 1995.
- Heylin, Clinton. *The act you've known for all these years: a year in the life of Sgt. Pepper & friends*. New York: Canongate: Distributed by Publishers Group West, 2007.
- Ingham, Chris, 1962-. *The rough guide to the Beatles*. London: Rough Guides, 2006.
- Jackson, Andrew Grant, 1969- author. *1965: the most revolutionary year in music*. New York: Thomas Dunne Books/St. Martin's Press, 2015.
- Leonard, Candy. *Beatleness: how the Beatles and their fans remade the world*. New York: Arcade Publishing, 2014.
- Norman, Philip, 1943-. *John Lennon: the life*. New York: Ecco, 2009.
- Prendergast, Mark J. *The ambient century: from Mahler to Moby: the evolution of sound in the electronic age*. New York: Bloomsbury, 2003.
- Riley, Tim. *Tell me why*. Da Capo Press, 2002.
- Rodriguez, Robert, 1961-. *Revolver: how the Beatles re-imagined rock 'n' roll*. Montclair, NJ: Backbeat Books, 2012.
- Schaffner, Nicholas, 1953-. *The Beatles forever*. New York: McGraw-Hill, 1978.
- Spitz, Bob. *The Beatles: the biography*. New York: Little, Brown, 2005.

## History of Canada

- Berger, Carl, 1939-. *The writing of Canadian history: aspects of English-Canadian historical writing since 1900*. Toronto: University of Toronto Press, 1986.
- Bliss, John William Michael, 1941- comp. *Canadian history in documents, 1763-1966*. Toronto, Ryerson Press, 1966.
- Brown, Robert Craig. *Canada, 1896-1921: a nation transformed*. [Toronto]: McClelland and Stewart, 1974.
- Bumsted, J. M. *Canada's diverse peoples: a reference sourcebook*. Santa Barbara, Calif.: ABC-CLIO, 2003.
- Bumsted, J. M. *The peoples of Canada: a pre-Confederation history*. Toronto: Oxford University Press Canada, 1992.
- Cleverdon, Catherine Lyle. *The woman suffrage movement in Canada*. Toronto, Buffalo] University of Toronto Press, 1974.
- Douglas, W. A. B. (William Alexander Binney), 1929-. *Out of the shadows: Canada in the Second World War*. Toronto: Dundurn Press, 1995.
- Fagan, Brian M. *People of the earth: an introduction to world prehistory*. New York: Longman, 1998.
- Fryer, Mary Beacock. *More battlefields of Canada*. Toronto; Niagara Falls, N.Y.: Dundurn Press, 1993.
- Gillis, R. Peter. *Lost initiatives: Canada's forest industries, forest policy, and forest conservation*. New York: Greenwood Press, 1986.

- Granatstein, J. L. *Canada's war: the politics of the Mackenzie King government, 1939-1945*. Toronto: Oxford University Press, 1975.
- Greer, Allan. *The patriots and the people: the rebellion of 1837 in rural Lower Canada*. Toronto: University of Toronto Press, 1993.
- Havard, Gilles. *The Great Peace of Montreal of 1701: French-Native diplomacy in the seventeenth century*. Montreal: McGill-Queen's University Press, 2001.
- Hilliker, John, 1935-. *Canada's Department of External Affairs*. [Toronto]: Institute of Public Administration of Canada; Montreal; Buffalo: McGill-Queen's University Press, 1990.
- Irvin, Benjamin H. *Samuel Adams: son of liberty, father of revolution*. New York: Oxford University Press, 2002.
- Thompson, John Herd. *Canada and the United States*. University of Georgia Press, 2002.
- Whitty, Julia. *Deep blue home: an intimate ecology of our wild ocean*. Boston: Houghton Mifflin Harcourt, 2010.
- Wilson, Ian, 1941-. *John Cabot and the Matthew*. St. John's, Nfld.: Breakwater, 1996.

## Frederick Crews

- Carroll, Joseph, 1949-. *Evolution and literary theory*. Columbia, MO: University of Missouri Press, 1995.
- Crews, Frederick C. *Out of my system: psychoanalysis, ideology, and critical method*. New York: Oxford University Press, 1975.
- Crews, Frederick C. *Postmodern Pooh*. New York: North Point Press, 2001.
- Crews, Frederick C. *The Patch Commission*. New York, Dutton, 1968.
- Crews, Frederick C. *The Random House handbook*. New York: McGraw-Hill, 1992.
- Crews, Frederick C. *The critics bear it away: American fiction and the academy*. New York: Random House, 1992.
- Crews, Frederick C. *The memory wars: Freud's legacy in dispute*. New York: New York Review of Books, 1995.
- Crews, Frederick C. *The sins of the fathers: Hawthorne's psychological themes*. New York: Oxford University Press, 1989.
- Crews, Frederick C. *The tragedy of manners: moral drama in the later novels of Henry James*. New Haven: Yale University Press, 1957.
- Crews, Frederick C. *Unauthorized Freud: doubters confront a legend*. New York, N.Y., U.S.A.: Viking, 1998.
- Crews, Frederick C. dn. *E.M. Forster: the perils of humanism*. Princeton, N.J., Princeton University Press, 1962.
- Crews, Frederick C. dn. *Skeptical engagements*. New York: Oxford University Press, 1986.
- Crews, Frederick C., ed. *Psychoanalysis and literary process*. Cambridge, Mass., Winthrop Publishers, 1970.
- Grünbaum, Adolf. *The foundations of psychoanalysis: a philosophical critique*. Berkeley: University of California Press, 1984.
- Hawthorne, Nathaniel, 1804-1864, et al. *Great short works of Nathaniel Hawthorne*. New York: Perennial Library, 1967.
- McMichael, George L., 1927-, et al. *Concise anthology of American literature*. Upper Saddle River, N.J.: Prentice Hall, 1998.
- Tompkins, Jane P. *Reader-response criticism: from formalism to post-structuralism*. Baltimore: Johns Hopkins University Press, 1981.

## Julie Kenner

- Kenner, Julie. *Aphrodite's flame*. New York City: Love Spell, 2004.
- Kenner, Julie. *Hell on heels*. New York: Berkley Sensation, 2007.
- Kenner, Julie. *Hell with the ladies*. New York: Berkley Sensation, 2006.
- Kenner, Julie. *Intimate fantasy*. Toronto; New York: Harlequin, 2001.
- Kenner, Julie. *Nobody but you*. New York: Pocket Books, 2003.

- Kenner, Julie. *Reckless*. Toronto; New York: Harlequin, 2000.
- Kenner, Julie. *Silent desires*. Toronto; New York: Harlequin, 2003.
- Kenner, Julie. *Stolen kisses*. Toronto; New York: Harlequin, 2004.
- Kenner, Julie. *The Givenchy code*. New York: Downtown Press, 2005.
- Kenner, Julie. *The Manolo matrix*. New York: Downtown Press, 2006.
- Kenner, Julie. *The prada paradox*. New York: Downtown Press, 2007.
- Kenner, Julie. *The spy who loves me*. Pocket Books, 2004.
- Kenner, Julie. *Torn*. Ace Books, 2009.
- Kenner, Julie. *Turned*. Ace Books, 2010.
- Kenner, Julie. *Undercover lovers*. Toronto; New York: Harlequin, 2002.
- Kenner, Julie, et al. *Aphrodite's kiss*. New York: Dorchester Pub. Co., 2001.
- Kenner, Julie, et al. *Essence of midnight*. Toronto: Harlequin, 2004.

## Al-Qaeda

- Atkins, Stephen E. *Encyclopedia of modern worldwide extremists and extremist groups*. Westport, Conn.: Greenwood Press, 2004.
- Atwan, Abdel Bari. *After Bin Laden: Al-Qa'ida, the next generation*. London: Saqi, 2012.
- Atwan, Abdel Bari. *The secret history of al Qaeda*. Berkeley: University of California Press, 2006.
- Benjamin, Daniel, 1961-, et al. *The age of sacred terror*. New York: Random House, 2002.
- Bergen, Peter L.. *Holy war, Inc.*. Simon & Schuster, 2002.
- Coll, Steve. *Ghost wars: the secret history of the CIA, Afghanistan, and bin Laden, from the Soviet invasion to September 10, 2001*. New York, NY: Penguin Books, 2005.
- Gerges, Fawaz A., 1958-. *The far enemy: why Jihad went global*. New York, NY: Cambridge University Press, 2005.
- Gunaratna, Rohan. *Inside Al Qaeda*. Columbia University Press, 2002.
- Jansen, Johannes J. G. *The dual nature of Islamic fundamentalism*. Ithaca, NY: Cornell University Press, 1997.
- Kepel, Gilles. *Jihad: the trail of political Islam*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2002.
- Laden, Osama Bin. *Messages to the world*. Verso, 2005.
- Napoleoni, Loretta. *Modern jihad: tracing the dollars behind the terror networks*. London; Sterling, Va.: Pluto Press, 2003.
- Reeve, Simon. *The new jackals: Ramzi Yousef, Osama Bin Laden and the future of terrorism*. Boston: Northeastern University Press, 1999.
- Riedel, Bruce O.. *The search for al Qaeda*. Brookings Institution Press, 2008.
- Sageman, Marc. *Understanding terror networks*. Philadelphia: University of Pennsylvania Press, 2004.
- States, National Commission on Terrorist Attacks upon the United. *The 9/11 Commission report: final report of the National Commission on Terrorist Attacks upon the United States*. New York: Norton, 2004.
- Trofimov, Yaroslav. *Faith at war: a journey on the frontlines of Islam, from Baghdad to Timbuktu*. New York: Henry Holt, 2005.
- Wright, Lawrence, 1947-. *The looming tower: Al-Qaeda and the road to 9/11*. New York: Knopf, 2006.

## Eileen Dreyer

- Broadrick, Annette. *Christmas magic*. New York, N.Y.: Silhouette Books, 1988.
- Dreyer, Eileen. *A man to die for*. New York: HarperPaperbacks, 1991.
- Dreyer, Eileen. *Always a temptress*. Forever, 2011.
- Dreyer, Eileen. *Bad medicine*. New York: HarperPaperbacks, 1995.
- Dreyer, Eileen. *Barely a lady*. New York: Forever, 2010.
- Dreyer, Eileen. *Brain dead*. New York: HarperCollins, 1997.
- Dreyer, Eileen. *Nothing personal*. New York, N.Y.: HarperPaperbacks, 1994.
- Dreyer, Eileen. *Sinners and saints*. St. Martin's Press, 2005.
- Dreyer, Eileen. *With a vengeance*. New York: St. Martin's Press, 2003.

- Dreyer, Eileen, author. *Twice tempted*. New York: Forever, 2014.
- Korbel, Kathleen. *A prince of a guy*. New York, N.Y.: Silhouette Books, 1987.
- Korbel, Kathleen. *Dangerous temptation*. NY: Silhouette, 2006.
- Korbel, Kathleen. *Deadly redemption*. Silhouette Books, 2008.
- Korbel, Kathleen. *Hotshot*. New York: Silhouette Books, 1990.
- Korbel, Kathleen. *Jake's way*. New York: Silhouette Books, 1992.
- Korbel, Kathleen. *Some men's dreams*. Silhouette, 2003.
- Korbel, Kathleen, et al. *Dark seduction*. New York: Silhouette Books, 2007.
- Korbel, Kathleen, et al. *Shadows '93: a romantic collection from the dark side of love*. New York, NY: Silhouette Books, 1993.

## Molly O'Keefe

- O'Keefe, Molly. *A man worth keeping*. Toronto; New York: Harlequin, 2008.
- O'Keefe, Molly. *Baby Makes Three (The Mitchells of Riverview Inn, Book 1) (Harlequin Superromance, No 1460)*. Harlequin, 2007.
- O'Keefe, Molly. *Cooking up trouble: Kiss the cook*. Toronto; New York: Harlequin, 2003.
- O'Keefe, Molly. *His best friend's baby*. Toronto, Ont.; New York: Harlequin, 2006.
- O'Keefe, Molly. *His wife for one night*. Harlequin, 2011.
- O'Keefe, Molly. *Indecent proposal*. Bantam, 2014.
- O'Keefe, Molly. *Pencil him in*. Toronto: Harlequin Books, 2004.
- O'Keefe, Molly. *The son between them*. Toronto; New York: Harlequin, 2008.
- O'Keefe, Molly. *The story between them*. Toronto: Harlequin, 2009.
- O'Keefe, Molly. *The temptation of Savannah O'Neill*. Toronto; New York: Harlequin, 2010.
- O'Keefe, Molly. *Tyler O'Neill's redemption*. Toronto; New York: Harlequin, 2010.
- O'Keefe, Molly. *Undercover protector*. Toronto: Harlequin Books, 2007.
- O'Keefe, Molly. *Worth fighting for*. Toronto; New York: Harlequin, 2008.
- O'Keefe, Molly, author. *Can't buy me love*. Bantam, 2012.
- O'Keefe, Molly, author. *Can't hurry love*. Bantam Books, 2012.
- O'Keefe, Molly, author. *Crazy thing called love*. New York: Bantam Books, 2013.
- O'Keefe, Molly, author. *Never been kissed*. New York: Bantam Books, 2014.
- O'Keefe, Molly, et al. *The scandal and Carter O'Neill*. Toronto; New York: Harlequin, 2010.

## James Dobson

- Alexander-Moegerle, Gil. *James Dobson's war on America*. Prometheus Books, 1997.
- Dobson, James C. *Dare to discipline*. Kingway, 1975.
- Dobson, James C.. *Fatherless*. FaithWords, 2013.
- Dobson, James C.. *The new hide or seek*. F.H. Revell, 2001.
- Dobson, James C., 1936-. *Bringing up boys*. Wheaton, Ill.: Tyndale House Publishers, 2001.
- Dobson, James C., 1936-. *Childless: a novel*. New York: FaithWords, 2013.
- Dobson, James C., 1936-. *Dare to discipline*. New York: Bantam, 1977.
- Dobson, James C., 1936-. *Dare to discipline*. Wheaton, Ill., Tyndale House Publishers, 1970.
- Dobson, James C., 1936-. *Dr. Dobson answers your questions about confident healthy families*. Wheaton, Ill.: Tyndale House Pub., 1986.
- Dobson, James C., 1936-. *Dr. Dobson answers your questions about raising children*. Wheaton, Ill.: Tyndale House Pub., 1986.
- Dobson, James C., 1936-. *Parenting isn't for cowards: dealing confidently with the frustrations of child-rearing*. Waco, Tex.: Word Books, 1987.
- Dobson, James C., 1936-. *Preparing for adolescence*. Santa Ana, Calif.: Vision House, 1980.
- Dobson, James C., 1936-. *Solid answers: America's foremost family counselor responds to tough questions facing today's families*. Wheaton, Ill.: Tyndale House Publishers, 1997.
- Dobson, James C., 1936-. *Straight talk*. Dallas: Word Pub., 1995.
- Dobson, James C., 1936-. *Temper your child's tantrums*. Wheaton, IL: Tyndale House Publishers, 1986.

- Dobson, James C., 1936-. _What wives wish their husbands knew about women_. Wheaton, Ill.: Tyndale House, 1975.
- Dobson, James C., 1936-, et al. _On parenting: two bestselling works complete in one volume_. New York: Inspirational Press, 1997.
- Dobson, James Dr. _Emotions_. Bantam, 1984.

## Divine Light Mission

- ..., ed. by Julie Anne Sadie. _The Norton/Grove dictionary of women composers_. W.W. Norton, 1994.
- Abgrall, Jean-Marie. _Soul snatchers: the mechanics of cults_. New York: Algora Pub., 2000.
- Bancroft, Anne, 1923-. _Twentieth century mystics and sages_. Chicago: Regnery, 1976.
- Barrett, David V. _Sects, cults, and alternative religions: a world survey and sourcebook_. London: Blandford; New York: Distributed in the United States by Sterling Pub., 1996.
- Beckford, James A, et al. _New religious movements and rapid social change_. London; Beverly Hills, Calif.: Sage Publications; Paris, France: Unesco, 1986.
- Beit-Hallahmi, Benjamin. _The illustrated encyclopedia of active new religions, sects, and cults_. New York: Rosen Pub. Group, 1993.
- Bromley, David G, et al. _Strange gods: the great American cult scare_. Boston: Beacon Press, 1981.
- Brown, Mick, 1950-. _The spiritual tourist: a personal odyssey through the outer reaches of belief_. London: Bloomsbury, 1999.
- Chryssides, George D., 1945-. _Historical dictionary of new religious movements_. Lanham, Md.: Scarecrow Press, 2001.
- Edwards, Linda, 1951-. _A brief guide to beliefs: ideas, theologies, mysteries, and movements_. Louisville: Westminster John Knox Press, 2001.
- Guiley, Rosemary. _Harper's encyclopedia of mystical & paranormal experience_. [San Francisco]: HarperSanFrancisco, 1991.
- Lewis, James R. _Cults in America: a reference handbook_. Santa Barbara, Calif.: ABC-CLIO, 1998.
- Melton, J. Gordon. _Encyclopedic handbook of cults in America_. New York: Garland Pub., 1992.
- Melton, J. Gordon. cn. _The encyclopedic handbook of cults in America_. New York: Garland Pub., 1986.
- Miller, Timothy, 1944-. _America's alternative religions_. Albany: State University of New York Press, 1995.
- Rudin, A. James (Arnold James), 1934-, et al. _Prison or paradise?: The new religious cults_. Philadelphia: Fortress Press, 1980.
- Sutton, Robert P. _Modern American communes: a dictionary_. Westport, Conn.: Greenwood Press, 2005.

## Iranian Revolution

- Bakhash, Shaul. _The reign of the ayatollahs: Iran and the Islamic revolution_. New York: Basic Books, 1986.
- Daniel, Elton L. _The history of Iran_. Westport, Conn.: Greenwood Press, 2001.
- Farah Consort of Mohammed Reza Pahlavi, Shah of Iran, et al. _An enduring love_. Miramax, 2004.
- Graham, Robert, 1942 Aug. 21-. _Iran: the illusion of power_. New York: St. Martin's Press, 1980.
- Hiro, Dilip. _Holy wars: the rise of Islamic fundamentalism_. New York: Routledge, 1989.
- Hiro, Dilip. _The longest war: the Iran-Iraq military conflict_. New York: Routledge, 1991.
- Huyser, Robert E., 1924-. _Mission to Tehran_. New York: Harper & Row, 1986.
- Isfandiyārī, Hālāh. _Reconstructed lives: women and Iran's Islamic revolution_. Washington, D.C.: Woodrow Wilson Center Press; Baltimore: Johns Hopkins University Press, 1997.
- Kahlili, Reza. _A time to betray: the astonishing double life of a CIA agent inside the Revolutionary Guards of Iran_. New York: Threshold Editions, 2010.
- Keddie, Nikki R. _Modern Iran: roots and results of revolution_. New Haven, Conn.: Yale University Press, 2003.
- Kepel, Gilles. _Jihad: the trail of political Islam_. Cambridge, Mass.: Belknap Press of Harvard University Press, 2002.
- Mackey, Sandra. _The Iranians_. Plume Book, 1998.

- Moin, Baqer. *Khomeini*. Thomas Dunne Books, 2000.
- Roy, Olivier. *The failure of political Islam*. Harvard University Press, 1994.

## Jacqueline Kennedy Onassis

- Andersen, Christopher P. *Sweet Caroline: last child of Camelot*. New York: W. Morrow, 2003.
- Becker, Jasper. *Dragon rising: an inside look at China today*. Washington, D.C.: National Geographic Society, 2006.
- Cassini, Oleg, 1913-2006. *A thousand days of magic: dressing Jacqueline Kennedy for the White House*. New York: Rizzoli International, 1995.
- Clinton, Hillary Rodham. *Living history*. New York: Scribner, 2004.
- Flynt, Larry. *One nation under sex: how the private lives of presidents, first ladies and their lovers changed the course of American history*. New York: Palgrave Macmillan, 2011.
- Harris, Bill, 1933-. *The first ladies fact book: the childhoods, courtships, marriages, campaigns, accomplishments, and legacies of every first lady from Martha Washington to Michelle Obama*. New York: Black Dog & Leventhal; Poole: Chris Lloyd [distributor], 2011.
- Hersh, Burton. *Edward Kennedy*. Counterpoint, 2010.
- Heymann, C. David (Clemens David), 1945-. *American legacy: the story of John and Caroline Kennedy*. New York: Atria Books, 2007.
- Heymann, C. David (Clemens David), 1945-. *Bobby and Jackie: a love story*. New York: Atria Books, 2009.
- Lawrence, Greg. *Jackie as editor: the literary life of Jacqueline Kennedy Onassis*. New York: Thomas Dunne Books/St. Martin's Press, 2011.
- Manchester, William Raymond, 1922-. *The death of a President, November 20-November 25, 1963*. New York, Harper & Row, 1967.
- Mills, Judie. *Robert Kennedy*. Millbrook Press, 1998.
- None,. *Encyclopedia of women and American politics*. New York: Facts On File, 2008.
- Onassis, Jacqueline Kennedy, 1929-1994, et al. *Jacqueline Kennedy: historic conversations on life with John F. Kennedy, interviews with Arthur M. Schlesinger, Jr., 1964*. New York: Hyperion, 2011.
- Perry, Barbara A.. *Jacqueline Kennedy*. University Press of Kansas, 2004.
- Reeves, Richard, 1936-. *Convention*. New York: Harcourt Brace Jovanovich, 1977.
- Schlesinger, Arthur M. (Arthur Meier), 1917-2007. *Robert Kennedy and his times*. Boston: Houghton Mifflin, 1978.
- Smith, Sally Bedell, 1948-. *Grace and power: the private world of the Kennedy White House*. New York: Random House Large Print: Distributed by Random House, 2004.

## England

- Ackroyd, Peter, 1949-. *London: the biography*. London: Chatto & Windus, 2000.
- Colley, Linda. *Britons: forging the nation, 1707-1837*. New Haven: Yale University Press, 1992.
- Cox, Peter R. *Demography*. Cambridge [England] Published for the Institute of Actuaries and the Faculty of Actuaries at the University Press, 1970.
- Crouch, David. *The Normans [electronic resource]: the history of a dynasty*. London: Continuum, 2007.
- Crystal, David, 1941-. *The stories of English*. Woodstock: Overlook Press, 2004.
- Fowler, Kenneth, 1933-. *The age of Plantagenet and Valois: the struggle for supremacy, 1328-1498*. New York: Putnam, 1967.
- Lax, Roger, et al. *The great song thesaurus*. New York: Oxford University Press, 1989.
- Levine, Israel E. *Conqueror of smallpox: Dr. Edward Jenner*. New York, Messner, 1960.
- Oakes, Elizabeth H., 1964-. *A to Z of STS scientists*. New York: Facts On File, 2002.
- Oppenheimer, Stephen. *The origins of the British: a genetic detective story: the surprising roots of the English, Irish, Scottish and Welsh*. New York: Carroll & Graf, 2006.
- Pollard, A. J. *Imagining Robin Hood: the late-medieval stories in historical context*. London; New York: Routledge, 2004.

- Redcliffe-Maud, John Primatt Redcliffe Maud, Baron, 1906-. *English local government reformed*. London; New York [etc.]: Oxford University Press, 1974.
- Rowse, A. L. (Alfred Leslie), 1903-1997, et al. *The Elizabethan Renaissance*. New York, Scribner, 1972.
- Saunders, Paul, 1908-. *Edward Jenner, the Cheltenham years, 1795-1823: being a chronicle of the vaccination campaign*. Hanover, N.H.: University Press of New England, 1982.
- Watson, J. R. (John Richard), 1934-. *English poetry of the Romantic period, 1789-1830*. London; New York: Longman, 1985.
- Wright, Kevin J., 1972-. *The Christian travel planner*. Nashville, Tenn.: T. Nelson, 2008.
- Young, Robert, 1950-. *The idea of English ethnicity*. Malden, MA: Blackwell Pub., 2008.

## Alexander the Great

- Bosworth, A. B. *Conquest and empire: the reign of Alexander the Great*. Cambridge [England]; New York: Cambridge University Press, 1988.
- Cartledge, Paul. *Alexander the Great: the hunt for a new past*. Woodstock: Overlook Press, 2004.
- Doherty, P. C. *The death of Alexander the Great: what--or who--really killed the young conqueror of the known world?*. New York: Carroll & Graf Publishers, 2004.
- Durant, Will. *The Life of Greece*. New York, N.Y.: Simon and Schuster, 1963.
- Fine, John V. A. (John Van Antwerp), 1903-1987, et al. *The ancient Greeks: a critical history*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1983.
- Fletcher, Joann. *Cleopatra the Great*. Harper, 2011.
- Gergel, Tania, 1972-, et al. *Alexander the Great: selected texts from Arrian, Curtius and Plutarch*. New York: Penguin, 2004.
- Green, Peter, 1924-. *Alexander of Macedon, 356-323 B.C: a historical biography*. Berkeley: University of California Press, 1991.
- Greene, Robert, et al. *The 48 laws of power*. New York: Penguin Books, 2000.
- Hammond, N. G. L. (Nicholas Geoffrey Lemprière), 1907-2001. *The genius of Alexander the Great*. Chapel Hill: University of North Carolina Press, 1997.
- Lane Fox, Robin, 1946-. *The search for Alexander*. Boston: Little, Brown, 1980.
- Pomeroy, Sarah B. *Ancient Greece: a political, social, and cultural history*. New York: Oxford University Press, 1999.
- Prevas, John. *Envy of the gods: Alexander the Great's ill-fated journey across Asia*. Cambridge, Mass.: Da Capo, 2004.
- Savill, Agnes (Agnes Forbes), 1876-1964. *Alexander the Great and his time*. London: Barrie and Rockliff, 1959.
- Stoneman, Richard. *Alexander the Great*. London; New York: Routledge, 2004.
- Stoneman, Richard.. *Alexander the Great*. Yale University Press, 2008.
- Toynbee, Arnold Joseph, 1889-1975. *The Greeks and their heritages*. Oxford; New York: Oxford University Press, 1981.
- Wilcken, Ulrich 1862-1944, et al. *Alexander the Great*. New York: Norton, 1967.

## Squanto

- Bulla, Clyde Robert, et al. *Weekly Reader Childrens Book Club presents John Billington, friend of Squanto*. New York: Crowell, 1956.
- Dockstader, Frederick J. *Great North American Indians: profiles in life and leadership*. New York: Van Nostrand Reinhold, 1977.
- Graff, Stewart, et al. *Squanto: Indian adventurer*. Champaign, Ill., Garrard Pub. Co, 1965.
- Jassem, Kate. *Squanto: the pilgrim adventure*. Mahwah, N.J.: Troll associates, 1979.
- Jennings, Francis, 1918-2000. *The invasion of America: Indians, colonialism, and the cant of conquest*. New York: Norton, 1976.
- Kessel, Joyce K, et al. *Squanto and the first Thanksgiving*. Minneapolis [Minn.]: Carolrhoda Books, 1983.
- Martin, Calvin. *Keepers of the game: Indian-animal relationships and the fur trade*. Berkeley: University of California Press, 1978.

- Morison, Samuel Eliot, 1887-1976. *The story of the "Old Colony" of New Plymouth, 1620-1692*. New York, Knopf, 1956.
- Nickerson, Warren Sears. *Early encounters--Native Americans and Europeans in New England*. Michigan State University Press, 1994.
- Philbrick, Nathaniel. *Mayflower: a story of courage, community, and war*. New York: Viking, 2006.
- Philbrick, Nathaniel, et al. *The Mayflower and the pilgrims' new world*. New York, NY: G.P. Putnam's Sons, 2008.
- Russell, Howard S. *Indian New England before the Mayflower*. Hanover, N.H.; London: University Press of New England, 1980.
- Salisbury, Neal. *Manitou and providence: Indians, Europeans, and the making of New England, 1500-1643*. New York: Oxford University Press, 1982.
- Stevenson, Augusta. *Squanto, young Indian hunter*. Indianapolis, Bobbs-Merrill, 1962.
- Vaughan, Alden T.. *New England frontier*. University of Oklahoma Press, 1995.
- Whitehurst, Susan. *A Plymouth partnership*. PowerKids Press, 2002.
- Willison, George F. (George Findlay), 1896-1972. *Saints and strangers, being the lives of the Pilgrim fathers & their families, with their friends & foes; & an account of their posthumous wanderings in limbo, their final resurrection & rise to glory, & the strange pilgrimages of Plymouth rock*. New York, Reynal & Hitchcock, 1945.

## Co-operative Commonwealth Federation

- Avakumović, Ivan. *Socialism in Canada: a study of the CCF-NDP in federal and provincial politics*. Toronto: McClelland and Stewart, 1978.
- Boyko, John, 1957-. *Into the hurricane: attacking socialism and the CCF*. Winnipeg: J. Gordon Shillingford Pub., 2006.
- Caplan, Gerald L. *The dilemma of Canadian socialism; the CCF in Ontario*. [Toronto] McClelland and Stewart, 1973.
- Crowley, Terence Allan, 1946-, et al. *The essentials of Canadian history: pre-colonization to 1867--the beginning of a nation*. Piscataway, N.J.: Research and Education Association, 1993.
- Douglas, T. C. (Thomas Clement), 1904-, et al. *The making of a Socialist: the recollections of T.C. Douglas*. Edmonton, Alta.: University of Alberta Press, 1982.
- Finkel, Alvin, 1949-. *Business and social reform in the Thirties*. Toronto: J. Lorimer, 1979.
- Finkel, Alvin, 1949-. *Our lives: Canada after 1945*. Toronto: J. Lorimer, 1997.
- Horowitz, Gad. *Canadian labour in politics*. [Toronto] University of Toronto Press, 1968.
- Mardiros, Anthony, 1912-. *William Irvine: the life of a prairie radical*. Toronto: J. Lorimer, 1979.
- McHenry, Dean Eugene, 1910-. *The third force in Canada: the Cooperative Commonwealth Federation, 1932-1948*. Berkeley: University of California Press, 1950.
- Mills, Allen George, 1945-. *Fool for Christ: the political thought of J.S. Woodsworth*. Toronto: University of Toronto Press, 1991.
- Shackleton, Doris French, 1918-2002. *Tommy Douglas*. Toronto: McClelland and Stewart, 1975.
- Smith, Cameron, 1935-. *Love & solidarity: a pictorial history of the NDP*. Toronto: McClelland & Stewart, 1992.
- Smith, Cameron, 1935-. *Unfinished journey: the Lewis family*. Toronto: Summerhill Press; Downsview, Ont.: Distributed by University of Toronto Press, 1989.
- Stewart, Margaret. *Ask no quarter: a biography of Agnes Macphail*. Toronto: Longmans, Green and Co., 1959.
- Stewart, Walter. *M.J.: the life and times of M.J. Coldwell*. Toronto; New York: Stoddart, 2000.
- Trofimenkoff, Susan Mann, 1941-. *Stanley Knowles: the man from Winnipeg North Centre*. Saskatoon, Sask.: Western Producer Prairie Books, 1982.
- Young, Walter D. *The anatomy of a party: the national CCF, 1932-1961*. [Toronto] University of Toronto Press, 1969.

## James Stewart

- Basinger, Jeanine. *Anthony Mann*. Wesleyan University Press, 2007.
- Belton, John. *American cinema/American culture*. New York: McGraw-Hill, 1994.
- Bingham, Dennis, 1954-. *Acting male: masculinities in the films of James Stewart, Jack Nicholson, and Clint Eastwood*. New Brunswick, N.J.: Rutgers University Press, 1994.
- Coe, Jonathan. *Jimmy Stewart*. Arcade Pub., 1994.
- Dunning, John, 1942-, et al. *On the air: the encyclopedia of old-time radio*. New York: Oxford University Press, 1998.
- Fishgall, Gary. *Pieces of time*. Scribner, 1997.
- Fonda, Henry, 1905-1982, et al. *Fonda: my life*. New York: New American Library, 1982.
- Mann, Denise. *Hollywood independents: the postwar talent takeover*. Minneapolis: University of Minnesota Press, 2008.
- Pickard, Roy. *Jimmy Stewart: a life in film*. New York: St. Martin's Press, 1993.
- Quirk, Lawrence J. *Margaret Sullavan: child of fate*. New York: St. Martin's Press, 1986.
- Robbins, Jhan. *Everybody's man: a biography of Jimmy Stewart*. New York: Putnam, 1985.
- Sarris, Andrew. *You ain't heard nothin' yet: the American talking film: history & memory, 1927-1949*. New York: Oxford University Press, 1998.
- Shepherd, Donald, et al. *Duke, the life and times of John Wayne*. Garden City, N.Y.: Doubleday, 1985.
- Smith, Starr. *Jimmy Stewart: bomber pilot*. St. Paul, MN: Zenith Press, 2005.
- Stewart, James, 1908-1997. *Jimmy Stewart and his poems*. New York: Crown Publishers, 1989.
- Turk, Edward Baron. *Hollywood diva: a biography of Jeanette MacDonald*. Berkeley, Calif.: University of California Press, 1998.
- Wilmeth, Don B, et al. *Cambridge guide to American theatre*. Cambridge; New York: Cambridge University Press, 1996.

## Automotive industry in the United States

- Burgess Wise, David, et al. *Classic American automobiles*. New York: Galahad Books, 1980.
- Chandler, Alfred D. (Alfred Dupont), 1918-2007, comp. and ed. *Giant enterprise: Ford, General Motors, and the automobile industry: sources and readings*. New York, Harcourt Brace & World, 1964.
- Coffey, Frank. *America on wheels: the first 100 years: 1896-1996*. Los Angeles: General Pub. Group, 1996.
- Collier, James Lincoln, 1928-. *The automobile*. New York: Marshall Cavendish/Benchmark, 2006.
- Crabb, A. Richard (Alexander Richard), 1911-. *Birth of a giant; the men and incidents that gave America the motorcar*. Philadelphia, Chilton Book Co, 1969.
- Cray, Ed. *Chrome colossus: General Motors and its times*. New York: McGraw-Hill, 1980.
- Drucker, Peter F. (Peter Ferdinand), 1909-2005. *Concept of the corporation*. New York, New American Library, 1964.
- Halberstam, David. *The reckoning*. New York: Morrow, 1986.
- Ingrassia, Paul, et al. *Comeback: the fall and rise of the American automobile industry*. Simon & Schuster, 1995.
- Katz, Harry Charles, 1951-. *Shifting gears: changing labor relations in the U.S. automobile industry*. Cambridge, Mass.: MIT Press, 1985.
- Langworth, Richard M. *The complete history of General Motors, 1908-1986*. New York: Beekman House: Distributed by Crown, 1986.
- Nevins, Allan. *Ford: expansion and challenge, 1915-1933*. Scribner, 1957.
- Nevins, Allan, 1890-1971, et al. *Ford: decline and rebirth, 1933-1962*. New York: Scribner, 1963.
- Rae, John Bell, 1911-. *The American automobile industry*. Boston, Mass.: Twayne Publishers, 1984.
- Rae, John Bell, 1911-. *The road and the car in American life*. Cambridge, Mass., MIT Press, 1971.
- Seltzer, Lawrence H. (Lawrence Howard), 1897-1993. *A financial history of the American automobile industry; a study of the ways in which the leading American producers of automobiles have met their capital requirements*. Clifton [N.J.] A.M. Kelley, 1973.
- Sloan, Alfred P. (Alfred Pritchard), 1875-1966. *My years with General Motors*. Garden City, N.Y., Doubleday, 1964.

- White, Lawrence J. *The automobile industry since 1945*. Cambridge, Mass., Harvard University Press, 1971.

## Labor history of the United States

- Dubofsky, Melvyn, 1934-. *Industrialism and the American worker, 1865-1920*. Arlington Heights, Ill.: AHM Pub. Corp., 1975.
- Dubofsky, Melvyn, 1934- comp. *American labor since the New Deal*. Chicago, Quadrangle Books, 1971.
- Dubofsky, Melvyn, 1934-, et al. *John L. Lewis: a biography*. Urbana: University of Illinois Press, 1986.
- Ferriss, Susan, et al. *The fight in the fields: Cesar Chavez and the farmworkers movement*. San Diego, CA: Harcourt Brace, 1998.
- Foner, Philip Sheldon, 1910-. *Women and the American labor movement: from World War I to the present*. New York: Free Press, 1980.
- Galenson, Walter, 1914-. *The CIO challenge to the AFL: a history of the American labor movement, 1935-1941. --*. Cambridge: Harvard University Press, 1960.
- Greene, Julie, 1956-. *Pure and simple politics: the American Federation of Labor and political activism, 1881 to 1917*. Cambridge; New York: Cambridge University Press, 1998.
- Griffith, Barbara S., author. *The crisis of American labor: Operation Dixie and the defeat of the CIO*. Philadelphia: Temple University Press, 1988.
- Kessler-Harris, Alice. *Out to work*. Oxford University Press, 2003.
- Levy, Frank. *Running in place: recent trends in u.s. living standards*. [S.l.]: Diane Publishing Co, 1996.
- Mink, Gwendolyn, 1952-. *Old labor and new immigrants in American political development: union, party, and state, 1875-1920*. Ithaca: Cornell University Press, 1986.
- Ogul, Morris S., 1931-. *Congress oversees the bureaucracy: studies in legislative supervision*. Pittsburgh: University of Pittsburgh Press, 1976.
- Papke, David Ray, 1947-. *The Pullman case: the clash of labor and capital in industrial America*. Lawrence: University Press of Kansas, 1999.
- Perlman, Selig, 1888-1959. *A theory of the labor movement*. Philadelphia: Porcupine Press, 1979.
- Rupp, Leila J., 1950-. *Mobilizing women for war: German and American propaganda, 1939-1945*. Princeton, N.J.: Princeton University Press, 1978.
- Shergold, Peter R., 1946-. *Working-class life: the "American standard" in comparative perspective, 1899-1913*. Pittsburgh, Pa.: University of Pittsburgh Press, 1982.
- Tomlins, Christopher L., 1951- author. *The state and the unions: labor relations, law, and the organized labor movement in America, 1880-1960*. Cambridge; New York: Cambridge University Press, 1985.
- Zieger, Robert H. *The CIO, 1935-1955*. Chapel Hill: University of North Carolina Press, 1995.

## Jazz Age

- Allen, Frederick Lewis, 1890-1954. *Only yesterday, an informal history of the nineteen-twenties*. New York and London, Harper & brothers, 1931.
- Berg, A. Scott (Andrew Scott), et al. *Max Perkins, editor of genius*. New York: Dutton, 1978.
- Crow, Bill. *Jazz anecdotes*. New York: Oxford University Press, 1990.
- Dumenil, Lynn, 1950-. *The modern temper: American culture and society in the 1920s*. New York: Hill and Wang, 1995.
- Fass, Paula S. *The damned and the beautiful: American youth in the 1920's*. New York: Oxford University Press, 1977.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, author. *The crack-up*. New York: James Laughlin, 1945.
- Godbolt, Jim, 1922-2013. *A history of jazz in Britain 1919-50*. London: Northway, 2005.
- Hennessey, Thomas J., 1945-. *From jazz to swing [microform]: black jazz musicians and their music, 1917-1935*. Evanston, Ill., 1973.
- Hill, Jeff, 1962-. *Prohibition*. Detroit: Omnigraphics, 2004.
- Kyvig, David E. *Daily life in the United States, 1920-1939: decades of promise and pain*. Westport, Conn.: Greenwood Press, 2002.

- Leuchtenburg, William Edward, 1922-. *The perils of prosperity, 1914-32*. [Chicago] University of Chicago Press, 1958.
- Mowry, George Edwin, 1909- ed. *The twenties: Fords, flappers, & fanatics*. Englewood Cliffs, N.J., Prentice-Hall, 1963.
- Parrish, Michael E. *Anxious decades: America in prosperity and depression, 1920-1941*. New York: W.W. Norton, 1992.
- Peretti, Burton W. (Burton William), 1961-. *The creation of jazz: music, race, and culture in urban America*. Urbana: University of Illinois Press, 1992.
- Santelli, Robert. *The big book of blues: a biographical encyclopedia*. New York: Penguin Books, 2001.
- Schuller, Gunther. *Early jazz: its roots and musical development*. New York: Oxford University Press, 1968.
- Sullivan, Mark, 1874-1952. *Our times, 1900-1925*. New York, [New York]: Scribner, 1936.
- Ward, Geoffrey C. *Jazz: a history of America's music*. London: Pimlico, 2001.

## Role of Christianity in civilization

- Ambrose, Saint, Bishop of Milan, d. 397. *Political letters and speeches*. Liverpool [England]: Liverpool University Press, 2005.
- Baltzell, E. Digby (Edward Digby), 1915-. *The Protestant establishment: aristocracy & caste in America*. New York, Random House, 1964.
- Brockhampton,. *Dictionary of the arts*. London: Brockhampton Press, 1997.
- Brown, Peter Robert Lamont. *Authority and the sacred: aspects of the Christianisation of the Roman world*. Cambridge [England]; New York: Cambridge University Press, 1997.
- Casanova, José. *Public religions in the modern world*. Chicago: University of Chicago Press, 1994.
- Chadwick, Owen. *A history of Christianity*. New York: St. Martin's Press, 1996.
- Duffy, Eamon. *Saints & sinners*. Yale University Press, in association with S4C, 1997.
- Gariepy, Henry. *Christianity in action: the international history of the Salvation Army*. Grand Rapids, Mich.: William B. Eerdmans Pub. Co., 2009.
- Hastings, Adrian. *The Church in Africa: 1450-1950*. Oxford: Clarendon Press; Oxford; New York: Oxford University Press, 1994.
- Johansen, Bruce E. (Bruce Elliott), 1950-. *The Native peoples of North America: a history*. Westport, Conn.: Praeger, 2005.
- Le Goff, Jacques, 1924-2014. *Medieval civilization, 400-1500*. New York: Barnes & Noble, 2000.
- Matthews, Roy T, et al. *The western humanities*. Mountain View, Calif.: Mayfield Pub., 1992.
- McGrath, Alister E., 1953-. *Christianity: an introduction*. Malden, MA: Blackwell Pub., 2006.
- Olson, Roger E. *The story of Christian theology: twenty centuries of tradition & reform*. Downers Grove, Ill.: InterVarsity Press, 1999.
- Stearns, Peter N. *Gender in world history*. New York: Routledge, 2000.
- Taiz, Lillian. *Hallelujah lads & lasses*. University of North Carolina Press, 2001.
- Witte, John, 1959-. *From sacrament to contract: marriage, religion, and law in the Western tradition*. Louisville, Ky.: Westminster John Knox Press, 1997.

## George Washington

- Boller, Paul F. cn. *George Washington & religion*. Dallas, Southern Methodist University Press, 1963.
- Chernow, Ron. *Washington: A Life*. The Penguin Press, 2010.
- Cunliffe, Marcus. *George Washington: man and monument*. Boston: Little, Brown, 1958.
- Dalzell, Robert F.. *George Washington's Mount Vernon*. Oxford University Press, 1998.
- Ellis, Joseph J., author. *His Excellency: George Washington*. New York: Alfred A. Knopf, 2004.
- Ferling, John E. *The ascent of George Washington: the hidden political genius of an American icon*. New York: Bloomsbury Press, 2009.
- Flexner, James Thomas, 1908-2003. *George Washington: the forge of experience, 1732-1775*. Boston: Little, Brown, 1965.
- Freeman, Douglas Southall, 1886-1953, et al. *Washington*. New York, Scribner, 1968.

- Hirschfeld, Fritz, 1924-. *George Washington and slavery: a documentary portrayal*. Columbia: University of Missouri Press, 1997.
- Kohn, Richard H. *Eagle and sword: the Federalists and the creation of the military establishment in America, 1783-1802*. New York: Free Press, 1975.
- Lengel, Edward G. *General George Washington: a military life*. New York: Random House, 2005.
- Randall, Willard Sterne. *George Washington: a life*. New York: Henry Holt & Co., 1997.
- Rasmussen, William M. S. (William Meade Stith), 1946-, et al. *George Washington--the man behind the myths*. Charlottesville: University Press of Virginia, 1999.
- Spalding, Matthew. *A sacred union of citizens*. Rowman & Littlefield, 1996.
- Unger, Harlow G., 1931-. *"Mr. President": George Washington and the making of the nation's highest office*. Boston, Massachusetts: Da Capo Press, a member of the Perseus Books Group, 2013.
- Van Doren, Carl, 1885-1950, et al. *Secret history of the American Revolution: an account of the conspiracies of Benedict Arnold and numerous others, drawn from the Secret Service papers of the British headquarters in North America, now for the first time examined and made public*. Garden City, N.Y.: Garden City Pub. Co., 1941.
- Waldman, Carl, 1947-. *Atlas of the North American Indian*. New York: Facts on File, 2009.
- Woodward, C. Vann (Comer Vann), 1908-1999, et al. *Responses of the Presidents to charges of misconduct*. New York: Dell Pub. Co., 1974.

## History of the Catholic Church

- Bokenkotter, Thomas S. *A concise history of the Catholic Church*. New York: Doubleday, 2004.
- Collinge, William J., 1947-. *Historical dictionary of Catholicism*. Lanham, Md.: Scarecrow Press, 1997.
- Duffy, Eamon. *Saints & sinners*. Yale University Press, in association with S4C, 1997.
- Haigh, Christopher. *The English Reformation revised*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1987.
- Hitchcock, Susan Tyler. *Geography of religion: where God lives, where pilgrims walk*. Washington, D.C.: National Geographic, 2004.
- John Paul II, Pope, 1920-2005, et al. *John Paul II: a light for the world: essays and reflections on the papacy of John Paul II*. Lanham, MD: Sheed & Ward; [Place of publication not identified]: Distributed by National Book Network, 2003.
- MacMullen, Ramsay, 1928-. *Christianizing the Roman Empire: (A.D. 100-400)*. New Haven: Yale University Press, 1984.
- McManners, John. *The Oxford illustrated history of Christianity*. Oxford; New York: Oxford University Press, 1990.
- McManners, John, editor, et al. *The Oxford illustrated history of Christianity*. Oxford University Press, USA, 1990.
- Norman, Edward R. *The Roman Catholic Church: an illustrated history*. Berkeley: University of California Press, 2007.
- Pham, John-Peter. *Heirs of the Fisherman: behind the scenes of papal death and succession*. Oxford; New York: Oxford University Press, 2004.
- Placher, William C. (William Carl), 1948-2008. *Readings in the history of Christian theology*. Philadelphia, Pa.: Westminster Press, 1988.
- Riley-Smith, Jonathan Simon Christopher, 1938-. *The first crusaders, 1095-1131 [electronic resource]*. Cambridge, U.K.; New York, N.Y.: Cambridge University Press, 1997.
- Samora, Julian. *A history of the Mexican-American people*. University of Notre Dame Press, 1993.
- Sobrino, Jon. *Archbishop Romero: memories and reflections*. Maryknoll, N.Y.: Orbis Books, 1990.
- Steinfels, Peter. *A people adrift: the crisis of the Roman Catholic Church in America*. New York: Simon & Schuster, 2003.
- Stoll, David, 1952-. *Is Latin America turning Protestant?: the politics of Evangelical growth*. Berkeley: University of California Press, 1990.
- Tyerman, Christopher. *God's war*. Belknap Press of Harvard University Press, 2006.

## Mary Lee Settle

- Settle, Mary Lee. *All the brave promises: memories of Aircraft Woman 2nd Class 2146391*. London: Pandora, 1984.
- Settle, Mary Lee. *Blood tie*. New York: Scribner's, 1986.
- Settle, Mary Lee. *Charley Bland*. New York: Farrar Straus Giroux, 1989.
- Settle, Mary Lee. *Fight night on a sweet Saturday, a novel*. New York, Viking Press, 1964.
- Settle, Mary Lee. *Know nothing*. New York: Scribner, 1988.
- Settle, Mary Lee. *O Beulah Land*. New York: Pinnacle Books, 1974.
- Settle, Mary Lee. *Prisons*. New York, Putnam, 1973.
- Settle, Mary Lee. *Spanish recognitions: the roads to the present*. New York: W.W. Norton & Co., 2004.
- Settle, Mary Lee. *The clam shell: a novel*. New York: Scribner, 1987.
- Settle, Mary Lee. *The love eaters*. New York: C. Scribners, 1986.
- Settle, Mary Lee. *The scapegoat*. New York: Random House, 1980.
- Settle, Mary Lee. *The story of flight*. New York, Random House, 1967.
- Settle, Mary Lee. *Turkish reflections: a biography of a place*. New York: Simon & Schuster, 1992.
- Settle, Mary Lee. *Water world*. New York: Dutton, 1984.
- Settle, Mary Lee.. *Celebration*. Perennial Library, 1987.
- Settle, Mary Lee.. *Choices*. Wheeler Pub., 1995.
- Settle, Mary Lee.. *I, Roger Williams*. W.W. Norton & Co., 2001.
- Settle, Mary Lee., et al. *Addie*. University of South Carolina Press, 1998.

## Mary Baker Eddy

- Beasley, Norman. *The cross and the crown; the history of Christian Science*. New York, Duell, Sloan and Pearce, 1952.
- Buckmaster, Henrietta. *Women who shaped history*. New York, Collier Books, 1966.
- Ferguson, Isabel. *A world more bright: the life of Mary Baker Eddy*. Boston, Mass.: Christian Science Pub. Society, 2013.
- Gill, Gillian. *Mary Baker Eddy*. Reading, Mass.: Perseus Books, 1998.
- Gottschalk, Stephen. *Rolling away the stone: Mary Baker Eddy's challenge to materialism*. Bloomington: Indiana University Press, 2006.
- Koestler-Grack, Rachel A., 1973-. *Mary Baker Eddy*. Philadelphia: Chelsea House Publishers, 2004.
- Mead, Frank S. (Frank Spencer), 1898-1982. *Handbook of denominations in the United States*. Nashville, Tenn.: Abingdon Press, 1995.
- Nenneman, Richard A. *Persistent pilgrim: the life of Mary Baker Eddy*. Etna, N.H.: Nebbadoon Press, 1997.
- Peel, Robert, 1909-. *Mary Baker Eddy; the years of discovery*. New York: Holt, Rinehart and Winston, 1966.
- Peel, Robert, 1909-1992. *Mary Baker Eddy: the years of authority*. New York: Holt, Rinehart and Winston, 1977.
- Peel, Robert, 1909-1992. *Mary Baker Eddy; the years of trial*. New York, Holt, Rinehart and Winston, 1971.
- Powell, Lyman P. *Mary Baker Eddy: a life size portrait*. Boston: Christian Science Pub. Society, 1950.
- Smith, Clifford P. *Historical and biographical sketches from the life of Mary Baker Eddy and the history of Christian Science*. Boston, Massachussets: Christian Science Publishing Society, 1969.
- Society, Christian Science Publishing. *Christian Science: a sourcebook of contemporary materials*. Boston, Mass.: Christian Science Pub. Society, 1990.
- Tomlinson, Irving Clinton, 1860-, et al. *Twelve years with Mary Baker Eddy; recollections and experiences*. Boston, Mass., Christian Science Pub. Society, 1945.
- Von Fettweis, Yvonne Cache. *Mary Baker Eddy: Christian healer*. Boston, Mass.: Christian Science Pub. Society, 1998.
- Williams, Jean Kinney. *The Christian Scientists*. New York: Franklin Watts, 1997.

## Woodrow Wilson

- Auchincloss, Louis.. _Woodrow Wilson_. Viking, 2000.
- Avrich, Paul. _Sacco and Vanzetti: the anarchist background_. Princeton, N.J.: Princeton University Press, 1991.
- Bailey, Thomas Andrew, 1902-1983. _Woodrow Wilson and the great betrayal_. New York, Macmillan Co., 1945.
- Blum, John Morton, 1921-2011. _Woodrow Wilson and the politics of morality_. Boston [Massachusetts]: Little, Brown, & Co., 1956.
- Bragdon, Henry Wilkinson. _Woodrow Wilson: the academic years_. Cambridge, Mass., Belknap Press of Harvard University Press, 1967.
- Brands, H. W.. _Woodrow Wilson_. Times Books, 2003.
- Clements, Kendrick A., 1939-. _The presidency of Woodrow Wilson_. Lawrence, Kan.: University Press of Kansas, 1992.
- Coben, Stanley. _A. Mitchell Palmer: politician_. New York, Columbia University Press, 1963.
- Cooper, John Milton. _The warrior and the priest: Woodrow Wilson and Theodore Roosevelt_. Cambridge, Mass.: Belknap Press of Harvard University Press, 1983.
- Frith, Margaret, author. _Who was Woodrow Wilson?_. New York, NY: Grosset & Dunlap, an imprint of Penguin Random House, 2015.
- Gould, Lewis L. _Grand Old Party: a history of the Republicans_. New York: Random House, 2003.
- Graff, Henry F. (Henry Franklin), 1921-. _The presidents: a reference history_. New York: Charles Scribner's Sons: Thomson/Gale, 2002.
- Heckscher, August. _Woodrow Wilson_. Scribner, 1991.
- Levin, Phyllis Lee. _Edith and Woodrow: the Wilson White House_. New York: Scribner, 2001.
- Link, Arthur Stanley. _Wilson, the road to the White House_. Princeton, N.J., Princeton university press, 1947.
- Walworth, Arthur, 1903-. _Woodrow Wilson_. Boston, Houghton Mifflin Co., 1965.
- Weisman, Steven R.. _The great tax wars_. Simon & Schuster, 2002.

## Thomas Jefferson

- Ambrose, Stephen E. _Undaunted courage: Meriwether Lewis, Thomas Jefferson, and the opening of the American West_. New York: Simon & Schuster, 1996.
- Banning, Lance, 1942-. _The Jeffersonian persuasion: evolution of a party ideology_. Ithaca, N.Y.: Cornell University Press, 1978.
- Bear, James Adam, et al. _Jefferson at Monticello_. Charlottesville: University Press of Virginia, 1967.
- Chernow, Ron. _Alexander Hamilton_. New York: Penguin Press, 2004.
- Crawford, Alan Pell. _Twilight at Monticello_. Random House, 2008.
- Dahl, Robert Alan. _On democracy_. Yale University Press, 1998.
- Elkins, Stanley M.. _The age of federalism_. Oxford University Press, 1993.
- Ellis, Joseph J, et al. _American sphinx: the character of Thomas Jefferson_. New York: Vintage Books, 1998.
- Ferling, John E. _Setting the world ablaze: Washington, Adams, Jefferson, and the American Revolution_. Oxford; New York: Oxford University Press, 2000.
- Halliday, E. M.. _Understanding Thomas Jefferson_. HarperCollins Publishers, 2001.
- Hogan, Pendleton, 1907-. _The lawn: a guide to Jefferson's university_. Charlottesville: University Press of Virginia, 1987.
- Jefferson, Thomas, 1743-1826, et al. _Notes on the State of Virginia_. New York, N.Y.: Penguin Books, 1999.
- Maier, Pauline, 1938-. _American scripture: making the Declaration of Independence_. New York: Knopf: Distributed by Random House, Inc., 1997.
- Malone, Dumas. _The Sage of Monticello_. Boston: Little, Brown and Company, 1992.
- Randall, Willard Sterne. _Thomas Jefferson_. HarperPerennial, 1994.
- Wood, Gordon S. _Revolutionary characters: what made the founders different_. New York: Penguin Press, 2006.
- Wood, Gordon S.. _The idea of America_. Penguin Press, 2011.

## Presidency of John F. Kennedy

- Bernstein, Irving. *Promises kept*. Oxford University Press, 1991.
- Brauer, Carl M., 1946-. *John F. Kennedy and the second reconstruction*. New York: Columbia University Press, 1977.
- Dudley, Robert L. *Counting every vote: the most contentious elections in American history*. Washington, D.C.: Potomac Books, 2008.
- Hersh, Burton. *Bobby and J. Edgar*. Carroll & Graf, 2007.
- Karnow, Stanley. *Vietnam, a history*. Viking, 1991.
- Kempe, Frederick. *Berlin 1961: Kennedy, Khrushchev, and the most dangerous place on earth*. New York: G.P. Putnam's Sons, 2011.
- Kenney, Charles, et al. *John F. Kennedy: the presidential portfolio: history as told through the collection of the John F. Kennedy Library and Museum*. New York: PublicAffairs, 2000.
- Matthews, Christopher. *Jack Kennedy*. Simon & Schuster, 2011.
- McNamara, Robert S., 1916-2009, et al. *Argument without end: in search of answers to the Vietnam tragedy*. New York: Public Affairs, 1999.
- Nelson, Craig, 1955-. *Rocket men: the epic story of the first men on the moon*. New York: Viking, 2009.
- O'Brien, Michael, 1943-. *John F. Kennedy: a biography*. New York: Thomas Dunne Books/St. Martin's Press, 2005.
- Ogden, Frederic D. *The poll tax in the South*. [University, Ala.] University of Alabama Press, 1958.
- Parmet, Herbert S. *JFK, the presidency of John F. Kennedy*. Harmondsworth, Middlesex, England; New York, N.Y., U.S.A.: Penguin Books, 1984.
- Reeves, Richard. *President Kennedy*. Simon & Schuster, 1993.
- Sorensen, Theodore C. *Kennedy*. New York: Bantam, 1966.
- Stein, Herbert. *The fiscal revolution in America*. Chicago, Ill.: University of Chicago Press, 1969.
- Sundquist, James L. *Politics and policy: the Eisenhower, Kennedy, and Johnson years*. Washington, Dc: Brookings Institution, 1968.

## Muhammad

- Asani, Ali Sultaan Ali. *Celebrating Muḥammad*. University of South Carolina Press, 1995.
- Bogle, Emory C., 1937-. *Islam: origin and belief*. Austin: University of Texas Press, 1998.
- Brown, Jonathan. *Muhammad*. Oxford University Press, 2011.
- Brown, Jonathan (Jonathan A. C.), author. *Misquoting Muhammad: the challenge and choices of interpreting the Prophet's legacy*. London: Oneworld, 2014.
- Elverskog, Johan, author. *Buddhism and Islam on the Silk Road*. Philadelphia: University of Pennsylvania Press, 2010.
- Esposito, John L. *The Islamic threat: myth or reality?*. New York: Oxford University Press, 1999.
- Esposito, John L.. *Islam*. Oxford University Press, 1998.
- Goldman, Elizabeth. *Believers*. Oxford University Press, 1995.
- Haaren, John H. (John Henry), 1855-1916, et al. *Famous men of the middle ages: [history for the thoughtful child]*. Lebanon, Tenn.: Greenleaf Press, 1992.
- Peters, F. E.. *The monotheists*. Princeton University Press, 2003.
- Peters, F. E. (Francis E.). *Islam, a guide for Jews and Christians*. Princeton, NJ: Princeton University Press, 2003.
- Peters, F. E. (Francis E.). *Muhammad and the origins of Islam*. Albany: State University of New York Press, 1994.
- Quinn, Frederick. *The sum of all heresies: the image of Islam in Western thought*. Oxford; New York: Oxford University Press, 2008.
- Rue, Loyal. *Religion is not about God: how spiritual traditions nurture our biological nature and what to expect when they fail*. New Brunswick, N.J.: Rutgers University Press, 2005.
- Schimmel, Annemarie. *And Muhammad is his messenger*. University of North Carolina Press, 1985.
- Teed, Peter. *A dictionary of twentieth century history: 1914-1990*. Oxford; New York: Oxford University Press, 1992.

- Watt, W. Montgomery. *Muhammad: prophet and statesman*. Oxford University Press, 1977.

## Adolf Hitler

- Haffner, Sebastian. *The meaning of Hitler*. Cambridge, Mass.: Harvard University Press, 1983.
- Halperin, Samuel William. *Germany tried democracy; a political history of the Reich from 1918 to 1933*. New York, W.W. Norton, 1965.
- Heston, Leonard L. *The medical casebook of Adolf Hitler: his illnesses, doctors, and drugs*. New York: Stein and Day, 1980.
- Kershaw, Ian. *Hitler, 1936-45: nemesis*. New York: W. W. Norton, 2000.
- Kershaw, Ian. *Hitler,: hubris*. New York: Norton, 1999.
- Koch, H. W. (Hannsjoachim Wolfgang), 1933-. *Aspects of the Third Reich*. New York: St. Martin's Press, 1985.
- Linge, Heinz. *With Hitler to the end*. Skyhorse Pub., 2009.
- Lukes, Igor, et al. *The Munich crisis, 1938: prelude to World War II*. London; Portland, OR: Frank Cass, 1999.
- Martel, Gordon. *The origins of the Second World War reconsidered: A.J.P. Taylor and the historians*. London; New York: Routledge, 1999.
- Murray, Williamson. *The change in the European balance of power, 1938-1939: the path to ruin*. Princeton, N.J.: Princeton University Press, 1984.
- Naimark, Norman M. aut, et al. *Fires of hatred [electronic resource]: ethnic cleansing in twentieth-century Europe*. Cambridge, MA: Harvard University Press, 2001.
- Overy, R. J. *The dictators: Hitler's Germany and Stalin's Russia*. New York: W.W. Norton & Co., 2004.
- Overy, R. J, et al. *The road to war*. London, England; New York, N.Y.: Penguin, 1999.
- Proctor, Robert. *The Nazi war on cancer*. Princeton University Press, 1999.
- Vinogradov, V. K. *Hitler's death: Russia's last great secret from the files of the KGB*. London: Chaucer, 2005.
- Waite, Robert G. L.. *The psychopathic god*. Da Capo Press, 1993.
- Weinberg, Gerhard L. *Germany, Hitler, and World War II: essays in modern German and world history*. Cambridge [England]; New York: Cambridge University Press, 1995.

## Sentence spacing

- Adams, J. Michael, 1947-2012. *Printing technology*. Albany, N.Y.: Delmar Publishers, 1996.
- Association, American Sociological. *ASA style guide*. Washington, D.C.: American Sociological Association, 1997.
- Craig, James, 1930-. *Designing with type: the essential guide to typography*. New York: Watson-Guptill Publications, 2006.
- Garner, Bryan A. *Garner's modern American usage*. New York: Oxford University Press, 2009.
- Jr., William Strunk. *The elements of style*. Pearson Longman, 2009.
- Lupton, Ellen. *Thinking with type: a critical guide for designers, writers, editors, & students*. New York: Princeton Architectural Press, 2004.
- Press, University of Chicago. *The Chicago manual of style*. University of Chicago Press, 2003.
- Press, University of Chicago.. *A manual of style: for authors, editors and copywriters*. Chicago: University of Chicago Press, 1969.
- Sabin, William A. *The Gregg reference manual*. New York: Gregg Division/McGraw-Hill, 1985.
- Sambuchino, Chuck. *Formatting & submitting your manuscript*. Writer's Digest Books, 2009.
- Strumpf, Michael. *The grammar bible: everything you always wanted to know about grammar but didn't know whom to ask*. New York: Holt, 2004.
- Trottier, David. *The screenwriter's bible*. Silman-James Press, 2005.
- Turabian, Kate L. *A manual for writers of research papers, theses, and dissertations: Chicago style for students and researchers*. Chicago: University of Chicago Press, 2007.
- Wershler-Henry, Darren S.. *The iron whim*. Cornell University Press, 2007.

- Williams, Robin, 1953-. *The PC is not a typewriter: a style manual for creating professional-level type on your personal computer*. Berkeley, Calif.: Peachpit Press, 1992.

## Jim Lehrer

- Lehrer, James. *A bus of my own*. New York: G.P. Putnam's Sons, 1992.
- Lehrer, James. *Blue hearts: a novel*. New York: Random House, 1993.
- Lehrer, James. *Crown Oklahoma*. New York: Putnam, 1989.
- Lehrer, James. *Eureka: a novel*. New York: Random House, 2007.
- Lehrer, James. *Flying crows: a novel*. New York: Random House, 2004.
- Lehrer, James. *Kick the can*. New York: Putnam, 1988.
- Lehrer, James. *Lost and found*. New York: G. P. Putnam's Sons, 1991.
- Lehrer, James. *No certain rest: a novel*. New York: Random House, 2002.
- Lehrer, James. *Purple dots*. Random House, 1998.
- Lehrer, James. *Short list*. Putnam's Sons, 1992.
- Lehrer, James. *Super*. Random House, 2010.
- Lehrer, James. *Tension city*. Random House, 2011.
- Lehrer, James. *The phony marine: a novel*. New York: Random House, 2006.
- Lehrer, James. *The sooner spy*. New York: Putnam's Sons, 1990.
- Lehrer, James. *The special prisoner: a novel*. New York: Random House, 2000.
- Lehrer, James. *We were dreamers*. New York: Atheneum, 1975.
- Lehrer, James. *White widow*. Random House, 1996.

## History of the Catholic Church (1962–present)

- Bokenkotter, Thomas S. *A concise history of the Catholic Church*. New York: Doubleday, 2004.
- Bruni, Frank, et al. *A gospel of shame: children, sexual abuse and the Catholic Church*. New York: Perennial, 2002.
- Casey, James, 1944-. *Early modern Spain: a social history*. London; New York: Routledge, 1999.
- Duffy, Eamon. *Saints & sinners*. Yale University Press, in association with S4C, 1997.
- Hitchcock, Susan Tyler. *Geography of religion: where God lives, where pilgrims walk*. Washington, D.C.: National Geographic, 2004.
- John Paul II, Pope, 1920-2005, et al. *John Paul II: a light for the world: essays and reflections on the papacy of John Paul II*. Lanham, MD: Sheed & Ward; [Place of publication not identified]: Distributed by National Book Network, 2003.
- Langan, Thomas. *The Catholic tradition*. Columbia, Mo.: University of Missouri Press, 1998.
- McManners, John, editor, et al. *The Oxford illustrated history of Christianity*. Oxford University Press, USA, 1990.
- Norman, Edward R. *The Roman Catholic Church: an illustrated history*. Berkeley: University of California Press, 2007.
- Pham, John-Peter. *Heirs of the Fisherman: behind the scenes of papal death and succession*. Oxford; New York: Oxford University Press, 2004.
- Placher, William C. (William Carl), 1948-2008. *Readings in the history of Christian theology*. Philadelphia, Pa.: Westminster Press, 1988.
- Riley-Smith, Jonathan Simon Christopher, 1938-. *The first crusaders, 1095-1131 [electronic resource]*. Cambridge, U.K.; New York, N.Y.: Cambridge University Press, 1997.
- Samora, Julian. *A history of the Mexican-American people*. University of Notre Dame Press, 1993.
- Sobrino, Jon. *Archbishop Romero: memories and reflections*. Maryknoll, N.Y.: Orbis Books, 1990.
- Steinfels, Peter. *A people adrift: the crisis of the Roman Catholic Church in America*. New York: Simon & Schuster, 2003.
- Stoll, David, 1952-. *Is Latin America turning Protestant?: the politics of Evangelical growth*. Berkeley: University of California Press, 1990.
- Tyerman, Christopher. *God's war*. Belknap Press of Harvard University Press, 2006.

## Battle of the Little Bighorn

- Brininstool, E. A. (Earl Alonzo), 1870-1957. *Troopers with Custer: historic incidents of the Battle of the Little Big Horn*. Mechanicsburg, PA: Stackpole Books, 1994.
- Brown, Dee Alexander, et al. *The Wild west*. New York: Warner Books, 1993.
- Chiaventone, Frederick J.. *A road we do not know*. Simon & Schuster, 1996.
- Elliott, Michael A.. *Custerology*. University Of Chicago Press, 2007.
- Fox, Richard A., 1943-. *Archaeology, history, and Custer's last battle [electronic resource]: the Little Big Horn reexamined*. Norman: University of Oklahoma Press, 1993.
- Goodrich, Th. *Scalp dance: Indian warfare on the high plains, 1865-1879*. Mechanicsburg, PA: Stackpole Books, 1997.
- Keegan, John, 1934-2012. *Warpaths: travels of a military historian in North America*. Toronto: Key Porter Books, 1995.
- Nevin, David, 1927-, et al. *The Soldiers*. New York: Time-Life Books, 1974.
- Philbrick, Nathaniel. *The last stand: Custer, Sitting Bull, and the Battle of the Little Bighorn*. New York: Viking, 2010.
- Robinson, Charles M., 1949-. *A good year to die: the story of the great Sioux War*. New York: Random House, 1995.
- Sandoz, Mari, 1896-1966. *The Battle of the Little Bighorn*. Philadelphia: J.B. Lippincott, 1978.
- Sarf, Wayne Michael, 1957-. *The Little Bighorn campaign, March-September 1876*. Conshohocken, PA: Combined Books, 1993.
- Utley, Robert Marshall, 1929-. *The lance and the shield: the life and times of Sitting Bull*. New York: Henry Holt, 1994.
- Vestal, Stanley, 1887-1957. *Warpath: the true story of the fighting Sioux told in a biography of Chief White Bull*. Lincoln: University of Nebraska Press, 1984.
- Viola, Herman J. *Little Bighorn remembered: the untold story of Custer's last stand*. New York: Times Books, 1999.
- Welch, James, 1940-2003, et al. *Killing Custer: the Battle of the Little Bighorn and the fate of the Plains Indians*. New York: W.W. Norton, 1994.

## Jorge Luis Borges

- Agheana, Ion T. (Ion Tudor). *The prose of Jorge Luis Borges: existentialism and the dynamics of surprise*. New York: P. Lang, 1984.
- Aizenberg, Edna. *The Aleph weaver: biblical, kabbalistic and judaic elements in Borges*. Potomac, Md.: Scripta Humanistica, 1984.
- Alazraki, Jaime. *Borges and the Kaballah: and other essays on his fiction and poetry*. Cambridge; New York: Cambridge University Press, 1988.
- Alazraki, Jaime. cn. *Critical essays on Jorge Luis Borges*. Boston: G.K. Hall, 1987.
- Bloom, Harold. *Jorge Luis Borges*. New York: Chelsea House Publishers, 1986.
- Delany, Paul;Landow, George P. *Hypermedia and literary studies*. Cambridge, Mass.: MIT Press, 1991.
- Lindstrom, Naomi, 1950-. *Jorge Luis Borges: a study of the short fiction*. Boston: Twayne Publishers, 1990.
- McMurray, George R., 1925-. *Jorge Luis Borges*. New York: Ungar, 1980.
- Molloy, Sylvia, 1938-, et al. *Signs of Borges*. Durham: Duke University Press, 1994.
- None,. *The Cardinal points of Borges*. Norman, University of Oklahoma Press, 1971.
- Rodriguez-Luis, Julio. *The contemporary praxis of the fantastic: Borges and Cortazar*. New York: Garland, 1991.
- Rodríguez Monegal, Emir. *Jorge Luis Borges: a literary biography*. New York: Dutton, 1978.
- Sturrock, John. *Paper tigers: the ideal fictions of Jorge Luis Borges*. Oxford [England]: Clarendon Press, 1977.
- Williamson, Edwin. *Borges, a life*. New York: Viking, 2004.

## American popular music

- Baraka, Amiri, 1934-. *Blues people: Negro music in white America*. New York: W. Morrow, 1968.
- Bayles, Martha. *Hole in our soul: the loss of beauty and meaning in American popular music*. New York: Free Press; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1994.
- Booth, Mark W., 1943-. *American popular music: a reference guide*. Westport, Conn.: Greenwood Press, 1983.
- Clarke, Donald. *The rise and fall of popular music*. St. Martin's Press, 1995.
- Ewen, David, 1907-1985. *Panorama of American popular music; the story of our national ballads and folk songs, the songs of Tin Pan Alley, Broadway and Hollywood, New Orleans jazz, swing, and symphonic jazz*. Englewood Cliffs, N.J., Prentice-Hall, 1957.
- Garofalo, Reebee. *Rockin' out*. Allyn and Bacon, 1997.
- Hamm, Charles. *Yesterdays: popular song in America*. New York: Norton, 1979.
- Mahar, William J. (William John), 1938-. *Behind the burnt cork mask: early blackface minstrelsy and Antebellum American popular culture*. Urbana: University of Illinois Press, 1999.
- Morales, Ed. *The Latin beat*. Da Capo, 2003.
- Pratt, Ray. *Rhythm and resistance: the political uses of American popular music*. Washington: Smithsonian Institution Press, 1994.
- Rubin, Rachel, 1964-, et al. *American popular music: new approaches to the twentieth century*. Amherst [MA]: University of Massachusetts Press, 2001.
- Sawyers, June Skinner, 1957-. *Celtic music: a complete guide*. [United States]: Da Capo Press, 2001.
- Schuller, Gunther. *Early jazz: its roots and musical development*. New York: Oxford University Press, 1968.
- Sudhalter, Richard M. *Lost chords: white musicians and their contribution to jazz, 1915-1945*. New York: Oxford University Press, 1999.
- Szatmary, David P., 1951-. *Rockin' in time: a social history of rock-and-roll*. Upper Saddle River, N.J.: Prentice Hall, 2000.
- Werner, Craig Hansen. *A change is gonna come*. Plume, 1999.
- Wilder, Alec. *American popular song: the great innovators, 1900-1950*. New York, Oxford University Press, 1972.

## Gamal Abdel Nasser

- Aburish, Saïd K., 1935-2012. *Nasser: the last Arab*. New York: St. Martin's Press/Thomas Dunne Books, 2004.
- Arthur, Jr. Goldschmidt. *A Brief History of Egypt (Brief History)*. Facts on File, 2007.
- Bird, Kai. *Crossing Mandelbaum Gate*. Scribner, 2010.
- Brightman, Carol. *Total insecurity: the myth of American omnipotence*. London; New York: Verso, 2004.
- Kimmerling, Baruch, et al. *The Palestinian people: a history*. Cambridge, Mass.: Harvard University Press, 2003.
- Makdisi, Ussama Samir. *Faith misplaced*. PublicAffairs, 2010.
- Nutting, Anthony. *Nasser*. New York: E. P. Dutton, 1972.
- Osman, Tarek. *Egypt on the brink: from Nasser to Mubarak*. New Haven: Yale University Press, 2010.
- Parker, Richard Bordeaux. *The politics of miscalculation in the Middle East*. Indiana University Press, 1993.
- Seale, Patrick, et al. *Asad of Syria: the struggle for the Middle East*. Berkeley: University of California Press, 1990.
- Sullivan, Earl L. *Women in Egyptian public life*. Syracuse, N.Y.: Syracuse University Press, 1986.
- Vatikiotis, P. J. (Panayiotis J.), 1928-. *Nasser and his generation*. London: Croom Helm, 1978.
- Wilford, Hugh, 1965- author. *America's great game: the CIA's secret Arabists and the shaping of the modern Middle East*. New York: Basic Books, a member of the Perseus Books Group, 2013.
- Woodward, Peter, 1944-. *Nasser*. London; New York: Longman, 1992.

## Charles, Prince of Wales

- Benson, Ross. *Charles: the untold story*. New York: St. Martin's Press, 1994.

- Brandreth, Gyles Daubeney, 1948-. *Charles & Camilla: portrait of a love affair*. London: Arrow Books, 2006.
- Brown, Tina. *The Diana chronicles*. London: Century, 2007.
- Campbell, Judith. *Charles: a prince of our time*. London: Octopus, 1981.
- Cathcart., by Helen. *Prince Charles: the biography*. New York: Taplinger Pub. Co., 1977.
- Dimbleby, Jonathan. *The Prince of Wales: a biography*. New York: W. Morrow, 1994.
- Fisher, Graham, et al. *Charles: the man and the prince*. London: Hale, 1977.
- Holden, Anthony, 1947-. *Charles at fifty*. New York: Random House, 1998.
- Holden, Anthony, 1947-. *King Charles III: a biography*. New York: Weidenfeld & Nicolson, 1988.
- Holden, Anthony, 1947-. *Prince Charles*. New York: Atheneum, 1979.
- Jencks, Charles. *The Prince, the architects and new wave monarchy*. New York: Rizzoli, 1988.
- Junor, Penny. *Charles: victim or villain?*. London: HarperCollins, 1998.
- Junor, Penny. *The Firm: the troubled life of the House of Windsor*. New York: Thomas Dunne Books, 2005.
- Liversidge, Douglas, 1913-. *Prince Charles: monarch in the making*. London: A. Barker, 1975.
- Mayer, Catherine, author. *Born to be king: Prince Charles on planet Windsor*. New York: Henry Holt and Company, 2015.
- Mayer, Catherine, author. *Charles: the heart of a king*. London: WH Allen, an imprint of Ebury Publishing;, 2015.
- Smith, Sally Bedell, 1948-. *Diana in search of herself: portrait of a troubled princess*. New York: New American Library, 2000.

## Timeline of music in the United States (1880–1919)

- Abel, E. Lawrence. *Singing the new nation*. Stackpole Books, 2000.
- Baraka, Amiri, 1934-. *Blues people: Negro music in white America*. New York: W. Morrow, 1968.
- Berry, Jason, et al. *Up from the cradle of jazz: New Orleans music since World War II*. Athens: University of Georgia Press, 1986.
- Bird, Christiane. *Da Capo jazz and blues lover's guide to the U.S.: with more than 900 hot clubs, cool joints, landmarks, and legends, from boogie-woogie to bop and beyond*. Cambridge, MA: Da Capo Press, 2001.
- Chase, Gilbert, 1906-. *America's music: from the pilgrims to the present*. Urbana: University of Illinois Press, 1987.
- Cusic, Don. *The sound of light: a history of gospel music*. Bowling Green, Ohio: Bowling Green State University Popular Press, 1990.
- Darden, Bob, 1954-. *People get ready!: a new history of Black gospel music*. New York: Continuum, 2004.
- Jasen, David A, et al. *Rags and ragtime: a musical history*. New York: Seabury Press, 1978.
- Kirk, Elise K. (Elise Kuhl), 1932-. *American opera*. Urbana: University of Illinois Press, 2001.
- Lankford, Ronald D., 1962-. *Folk music USA: the changing voice of protest*. New York: Schirmer Trade Books, 2005.
- Lindsay, Susan Gedutis, 1969-. *See you at the hall: Boston's golden era of Irish music and dance*. Boston: Northeastern University Press, 2004.
- Malone, Bill C, et al. *Southern music/American music*. Lexington, Ky.: University Press of Kentucky, 2003.
- Miller, Jim, 1947-. *Flowers in the dustbin: the rise of rock and roll, 1947-1977*. New York: Simon & Schuster, 1999.
- Moore, Allan F. *The Cambridge companion to blues and gospel music*. Cambridge: Cambridge University Press, 2002.
- Peretti, Burton W.. *Lift every voice*. Rowman & Littlefield Publishers, 2008.
- Schuller, Gunther. *Early jazz: its roots and musical development*. New York: Oxford University Press, 1968.
- Tribe, Ivan M.. *Country*. Greenwood Press, 2006.

## Industrial Revolution

- Chandler, Alfred D. *The Visible hand: the managerial revolution in American business*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1977.
- Chernow, Ron. *Alexander Hamilton*. New York: Penguin Press, 2004.
- Clark, Gregory. *A farewell to alms*. Princeton University Press, 2007.
- Hunter, Louis C. *A history of industrial power in the United States, 1780-1930*. Charlottesville: Published for the Eleutherian Mills-Hagley Foundation by the University Press of Virginia, 1979.
- Landes, David S. *The unbound Prometheus: technological change and industrial development in Western Europe from 1750 to the present*. London, Cambridge U.P., 1969.
- Landes, David S.. *The wealth and poverty of nations*. W.W. Norton, 1999.
- Lucas, Robert E. *Lectures on economic growth*. Cambridge, Mass.: Harvard University Press, 2002.
- McNeil, Ian, et al. *An Encyclopaedia of the history of technology [electronic resource]*. London: Routledge, 1990.
- Merson, John. *The genius that was China: East and West in the making of the modern world*. New York, N.Y.: Overlook Press, 1990.
- Misa, Thomas J.. *A nation of steel*. Johns Hopkins University Press, 1995.
- Morison, Elting Elmore. *Men, machines, and modern times*. Cambridge, Mass.: M.I.T. Press, 1966.
- Musson, A. E. (Albert Edward), 1920-, et al. *Science and technology in the Industrial Revolution*. Toronto: University of Toronto Press, 1969.
- Overton, Mark, 1950-. *Agricultural revolution in England: the transformation of the agrarian economy 1500-1850*. Cambridge, England; New York: Cambridge University Press, 1996.
- Stark, Rodney. *The victory of reason: how Christianity led to freedom, capitalism, and Western success*. New York: Random House, 2005.
- Thomson, Ross. *The path to mechanized shoe production in the United States*. Chapel Hill: University of North Carolina Press, 1989.

## Timeline of music in the United States (1970–present)

- Abel, E. Lawrence. *Singing the new nation*. Stackpole Books, 2000.
- Bird, Christiane. *Da Capo jazz and blues lover's guide to the U.S.: with more than 900 hot clubs, cool joints, landmarks, and legends, from boogie-woogie to bop and beyond*. Cambridge, MA: Da Capo Press, 2001.
- Chase, Gilbert, 1906-. *America's music: from the pilgrims to the present*. Urbana: University of Illinois Press, 1987.
- Cusic, Don. *The sound of light: a history of gospel music*. Bowling Green, Ohio: Bowling Green State University Popular Press, 1990.
- Darden, Bob, 1954-. *People get ready!: a new history of Black gospel music*. New York: Continuum, 2004.
- Frith, Simon, et al. *On record: rock, pop, and the written word*. New York: Pantheon Books, 1990.
- Gates, Henry Louis. *The signifying monkey*. Oxford University Press, 1988.
- Kirk, Elise K. (Elise Kuhl), 1932-. *American opera*. Urbana: University of Illinois Press, 2001.
- Lankford, Ronald D., 1962-. *Folk music USA: the changing voice of protest*. New York: Schirmer Trade Books, 2005.
- Lewis, George H. *All that glitters: country music in America*. Bowling Green, Ohio: Bowling Green State University Popular Press, 1993.
- Malone, Bill C, et al. *Southern music/American music*. Lexington, Ky.: University Press of Kentucky, 2003.
- Miller, Jim, 1947-. *Flowers in the dustbin: the rise of rock and roll, 1947-1977*. New York: Simon & Schuster, 1999.
- Moore, Allan F. *The Cambridge companion to blues and gospel music*. Cambridge: Cambridge University Press, 2002.
- Sanjek, Russell. *American popular music and its business: the first four hundred years*. New York: Oxford University Press, 1988.

- Southern, Eileen. *The music of black Americans: a history*. New York, W. W. Norton, 1971.
- Vallely, Fintan. *The companion to Irish traditional music*. Cork, Ireland: Cork University Press, 1999.
- Walser, Robert. *Running with the Devil: power, gender, and madness in heavy metal music*. Hanover, NH: University Press of New England, 1993.

## Attachment theory

- Aichhorn, August, 1878-1949. *Wayward youth*. New York: Viking Press, 1935.
- Bowlby, John. *A secure base: parent-child attachment and healthy human development*. New York: Basic Books, 1988.
- Bowlby, John. *Attachment and loss*. [New York]: Basic Books, 1999.
- Bowlby, John. *The making & breaking of affectional bonds*. London: Tavistock Publications, 1979.
- Dollard, John, 1900-, et al. *Frustration and aggression*. New Haven, Pub. for the Institute of human relations by Yale University Press; London, H. Milford, Oxford University Press, 1939.
- Hrdy, Sarah Blaffer, 1946-. *Mothers and others: the evolutionary origins of mutual understanding*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2009.
- Hyman Blumberg Symposium on Research in Early Childhood Education, 4th, Johns Hopkins University, 1974, et al. *Social development in childhood: day-care programs and research*. Baltimore: Johns Hopkins University Press, 1977.
- Johnson-Laird, P. N. (Philip Nicholas), 1936-. *Mental models: towards a cognitive science of language, inference, and consciousness*. Cambridge, Mass.: Harvard University Press, 1983.
- Karen, Robert. *Becoming attached*. Oxford University Press, 1998.
- Mayseless, Ofra, 1953-. *Parenting representations: theory, research and clinical implications*. Cambridge; New York: Cambridge University Press, 2006.
- Mercer, Jean. *Understanding attachment: parenting, child care, and emotional development*. Westport, Conn.: Praeger Publishers, 2006.
- Rutter, Michael, 1933-. *The qualities of mothering: maternal deprivation reassessed*. New York: J. Aronson, 1974.
- Schore, Allan N., 1943-. *Affect regulation and the origin of the self: the neurobiology of emotional development*. Hillsdale, N.J.: L. Erlbaum Associates, 1994.
- Schwartz, Joseph. *Cassandra's daughter: a history of psychoanalysis*. New York: Viking, 1999.

## Chalmers Johnson

- Azrael, Jeremy R., 1935-, et al. *Change in Communist systems*. Stanford, Stanford University Press, 1970.
- Johnson, Chalmers A. *An instance of treason: Ozaki Hotsumi and the Sorge spy ring*. Stanford, Calif.: Stanford University Press, 1990.
- Johnson, Chalmers A. *Autopsy on people's war*. Berkeley, University of California Press, 1973.
- Johnson, Chalmers A. *Conspiracy at Matsukawa*. Berkeley: University of California Press, 1972.
- Johnson, Chalmers A. *Nemesis: the last days of the American Republic*. New York: Metropolitan Books, 2006.
- Johnson, Chalmers A. *The Industrial policy debate*. San Francisco, Calif.: ICS Press, 1984.
- Johnson, Chalmers A. dn. *Japan's public policy companies*. Washington: American Enterprise Institute for Public Policy Research, 1978.
- Johnson, Chalmers A. dn. *Revolutionary change*. Boston, Little, Brown, 1966.
- Johnson, Chalmers, 1931-2010. *Blowback: the costs and consequences of American empire*. New York: Metropolitan Books, 2000.
- Johnson, Chalmers, 1931-2010. *Dismantling the empire: America's last best hope*. New York: Metropolitan Books, 2010.
- Johnson, Chalmers, 1931-2010. *Japan, who governs?: the rise of the developmental state*. New York: Norton, 1995.
- Johnson, Chalmers, 1931-2010. *Peasant nationalism and communist power; the emergence of revolutionary China*. Stanford, Calif., Stanford University Press, 1962.

111 of 337

A-4478

- Johnson, Chalmers, 1931-2010. *The sorrows of empire: militarism, secrecy, and the end of the Republic*. New York: Metropolitan Books, 2004.
- Johnson, Chalmers, 1931-2010, et al. *MITI and the Japanese miracle: the growth of industrial policy, 1925-1975*. Stanford, Calif.: Stanford University Press, 1982.
- None,. *Ideology and politics in contemporary China*. Seattle, University of Washington Press, 1973.

## Virginia Woolf

- Bell, Quentin. *Virginia Woolf; a biography*. New York, Harcourt Brace Jovanovich, 1972.
- Booth, Alison. *Greatness engendered: George Eliot and Virginia Woolf*. Ithaca, N.Y.: Cornell University Press, 1992.
- Eagle, Dorothy. *The Oxford illustrated literary guide to Great Britain and Ireland*. Oxford; New York: Oxford University Press, 1981.
- Froula, Christine, 1950- author. *Virginia Woolf and the Bloomsbury avant-garde: war, civilization, modernity*. New York: Columbia University Press, 2005.
- King, James, 1942-. *Virginia Woolf*. New York: Norton, 1995.
- Lee, Hermione. *The novels of Virginia Woolf*. New York: Holmes & Meier, 1977.
- Meyer, Robert G, et al. *Case studies in abnormal behavior*. Boston: Allyn and Bacon, 1982.
- Oliver, Vanessa, 1980-. *Healing home: health and homelessness in the life stories of young women*. Toronto: University of Toronto Press, 2013.
- Rosenman, Ellen Bayuk. *The invisible presence: Virginia Woolf and the mother-daughter relationship*. Baton Rouge: Louisiana State University Press, 1986.
- Sellers, Susan. *Vanessa and Virginia*. Houghton Mifflin Harcourt, 2009.
- Trombley, Stephen. *All that summer she was mad: Virginia Woolf and her doctors*. London: Junction Books, 1981.
- Woolf, Leonard, 1880-1969. *Growing: an autobiography of the years 1904 to 1911*. New York: Harcourt Brace Jovanovich, 1975.
- Woolf, Virginia. *Orlando*. Harcourt, 2006.
- Woolf, Virginia, 1882-1941. *Carlyle's House and other sketches*. London: Hesperus, 2003.
- Woolf, Virginia, 1882-1941. *The captain's death bed and other essays*. London: Hogarth Press, 1950.
- Woolf, Virginia, et al. *The letters of Virginia Woolf: volume III, 1923-1928*. New York: Harcourt Brace Jovanovich, 1975.
- Zwerdling, Alex. *Virginia Woolf and the real world*. Berkeley: University of California Press, 1986.

## Jack Anderson (columnist)

- Anderson, Jack. *Zero time*. Kensington Pub. Corp., 1990.
- Anderson, Jack, 1922-. *Inside the NRA: armed and dangerous: an exposé*. Beverly Hills, CA: Dove Books; [New York]: Distributed by Penguin USA, 1996.
- Anderson, Jack, 1922-. *Millennium*. New York: Forge, 1994.
- Anderson, Jack, 1922-. *The Japan conspiracy: a novel*. New York: Kensington Pub., 1993.
- Anderson, Jack, 1922-, et al. *American Government ... like it is*. [Morristown, N.J.] General Learning Press, 1972.
- Anderson, Jack, 1922-, et al. *Confessions of a muckraker: the inside story of life in Washington during the Truman, Eisenhower, Kennedy and Johnson years*. New York: Random House, 1979.
- Anderson, Jack, 1922-, et al. *Fiasco*. New York, N.Y.: Times Books, 1983.
- Anderson, Jack, 1922-2005. *Control*. New York: Windsor Pub. Corp., 1990.
- Anderson, Jack, 1922-2005. *The Cambodia file*. Garden City, N.Y.: Doubleday & Company, Inc., 1981.
- Anderson, Jack, 1922-2005, author. *Washington money-go-round*. Seattle, Washington: Elliott & James, 1997.
- Anderson, Jack, 1922-2005, et al. *Alice in blunderland*. Washington, D.C.: Acropolis Books, 1983.
- Anderson, Jack, 1922-2005, et al. *McCarthy: the man, the Senator, the "ism,"*. Boston, Beacon Press, 1952.

- Anderson, Jack, 1922-2005, et al. *Peace, war, and politics: an eyewitness account*. New York: Forge, 1999.
- Anderson, Jack, 1922-2005, et al. *The Anderson papers*. New York: Ballantine Books, 1974.
- Anderson, Jack, 1922-2005, et al. *The Saudi connection: a novel*. New York: Tor Books, 2007.
- Feldstein, Mark Avrom. *Poisoning the press: Richard Nixon, Jack Anderson, and the rise of Washington's scandal culture*. New York: Farrar, Straus and Giroux, 2010.
- Pearson, Drew, 1897-1969, et al. *The case against Congress; a compelling indictment of corruption on Capitol Hill*. New York, Simon and Schuster, 1968.

## Harold Coyle

- Coyle, Harold. *Dead hand*. Forge, 2001.
- Coyle, Harold. *God's children*. Forge, 2000.
- Coyle, Harold, 1952-. *Against all enemies*. New York: Forge, 2002.
- Coyle, Harold, 1952-. *Bright star: a novel*. New York: Simon and Schuster, 1990.
- Coyle, Harold, 1952-. *Cat and mouse*. New York: Forge, 2007.
- Coyle, Harold, 1952-. *Code of honor*. New York: Simon & Schuster, 1994.
- Coyle, Harold, 1952-. *Look away: a novel*. New York: Simon & Schuster, 1995.
- Coyle, Harold, 1952-. *More than courage*. New York: Forge, 2003.
- Coyle, Harold, 1952-. *No warriors, no glory*. New York: Forge, 2009.
- Coyle, Harold, 1952-. *Savage wilderness*. New York: Simon & Schuster, 1997.
- Coyle, Harold, 1952-. *Sword Point: a novel*. New York: Simon and Schuster, 1988.
- Coyle, Harold, 1952-. *The ten thousand: a novel*. New York: Simon & Schuster, 1993.
- Coyle, Harold, 1952-. *They are soldiers*. New York: Forge, 2004.
- Coyle, Harold, 1952-. *Trial by fire: a novel*. New York: Simon & Schuster, 1992.
- Coyle, Harold, 1952-, et al. *Pandora's legion: Harold Coyle's Strategic Solutions, Inc.*. New York: Forge, 2007.
- Coyle, Harold, 1952-, et al. *Prometheus's child: Harold Coyle's Strategic Solutions, Inc.*. New York: Forge, 2007.
- Coyle, Harold, 1952-, et al. *Vulcan's fire: Harold Coyle's Strategic Solutions, Inc.*. New York: Forge, 2008.

## Left Book Club

- Addison, Christopher Addison, 1st Viscount, 1869-1951. *A policy for British agriculture*. London, V. Gollancz, 1939.
- Attlee, C. R. (Clement Richard), 1883-1967. *The Labour party in perspective*. London: V. Gollancz, 1937.
- Campbell, J. R. *Soviet policy and its critics*. London, V. Gollancz, ltd., 1939.
- Cole, G. D. H. (George Douglas Howard), 1889-1959. *The meaning of Marxism*. London, V. Gollancz, 1948.
- Cole, G. D. H. (George Douglas Howard), 1889-1959. *The means to full employment*. London: V. Gollancz ltd.,, 1943.
- Cole, George Douglas Howard, 1889-1939. *War aims*. London, New Statesman and nation, 1939.
- Collard, Dudley, 1907-. *Soviet justice and the Trial of Radek and others*. London: V. Gollancz, 1937.
- Kuczynski, Jürgen. *The condition of the workers in Great Britain, Germany and the Soviet union, 1932-1938*. London, V. Gollancz ltd., 1939.
- Mosley, Leonard, 1913-. *Report from Germany*. London, V. Gollancz, 1945.
- O'Sullivan, Dan. *Wikipedia: a new community of practice?*. Farnham, England; Burlington, VT: Ashgate, 2009.
- Schlotterbeck, Friedrich, 1909-. *The darker the night, the brighter the stars*. London, V. Gollancz ltd., 1947.
- Strachey, John, 1901-1963. *A programme for progress*. London: V. Gollancz Ltd., 1940.
- Sturmthal, Adolf Fox. *The tragedy of European labour, 1918-1939*. London, V. Gollancz ltd, 1944.
- Tawney, R. H. (Richard Henry), 1880-1962. *The acquisitive society*. London, V. Gollancz, 1937.

- Webb, Sidney, 1859-1947, et al. *Soviet communism: a new civilization?*. New York, C. Scribner's Sons, 1936.
- Wilkinson, Ellen Cicely, 1891-1947. *The town that was murdered: the life-story of Jarrow*. London: V. Gollacz Ltd., 1939.
- Zilliacus, K. (Konni), 1894-. *The mirror of the past, lest it reflect the future*. London, V. Gollancz ltd, 1944.

## Citizen Kane

- Brady, Frank, 1934-. *Citizen Welles: a biography of Orson Welles*. New York: Anchor Books, 1990.
- Callow, Simon, 1949- author. *Orson Welles*. New York: Viking, 1996.
- Carringer, Robert L. *The making of Citizen Kane*. Berkeley: University of California Press, 1985.
- Cook, David A. *A history of narrative film*. New York: Norton, 1981.
- Davies, Marion, et al. *The times we had: live with William Randolph Hearst*. Indianapolis, Ind. [u.a.]: Bobbs-Merrill Comp., 1975.
- Fabe, Marilyn. *Closely watched films: an introduction to the art of narrative film technique*. Berkeley: University of California Press, 2004.
- Heylin, Clinton. *Despite the system: Orson Welles versus the Hollywood studios*. Chicago: Chicago Review Press, 2005.
- Higham, Charles, 1931-2012. *Orson Welles, the rise and fall of an American genius*. New York: St. Martin's Press, 1985.
- Houseman, John. *Run-through: a memoir*. New York: Simon and Schuster, 1980.
- Leaming, Barbara. *Orson Welles, a biography*. New York, N.Y.: Viking, 1985.
- McBride, Joseph, 1947-. *What ever happened to Orson Welles?: a portrait of an independent career*. Lexington, Ky.: University Press of Kentucky, 2006.
- Meryman, Richard, 1926-. *Mank: the wit, world, and life of Herman Mankiewicz*. New York: Morrow, 1978.
- Mulvey, Laura. *Citizen Kane*. BFI Publishing, 1992.
- Naremore, James. *The magic world of Orson Welles*. Dallas: Southern Methodist University Press, 1989.
- Rosenbaum, Jonathan. *Movies as politics*. University of California Press, 1997.
- Thompson, Kristin. *Film history*. McGraw-Hill, 1994.

## Norman Mailer

- Adams, Laura (Literary critic). *Existential battles: the growth of Norman Mailer*. Athens: Ohio University Press, 1976.
- Adams, Laura, 1807-1873. *Norman Mailer: a comprehensive bibliography*. Metuchen, N.J.: Scarecrow Press, 1974.
- Begiebing, Robert J., 1946-. *Acts of regeneration: allegory and archetype in the works of Norman Mailer*. Columbia: University of Missouri Press, 1980.
- Bloom, Harold, et al. *Kate Chopin (Bloom's Modern Critical Views)*. Chelsea House Publications, 2003.
- Braudy, Leo. *Norman Mailer*. Prentice-Hall, 1972.
- Dearborn, Mary V. *Mailer: a biography*. Boston: Houghton Mifflin, 1999.
- Leeds, Barry H. *The enduring vision of Norman Mailer*. Bainbridge Island, WA: Pleasure Boat Studio, 2002.
- Lucid, Robert F. (Robert Francis), 1930- comp. *Norman Mailer; the man and his work*. Boston, Little, Brown, 1971.
- Mailer, Norman. *Advertisements for myself*. Harvard University Press, 1992.
- Mailer, Norman. *Of a fire on the moon*. New York: New American Library, 1971.
- Mailer, Norman. *The spooky art*. Random House, 2003.
- Mailer, Norman. *The time of our time*. New York: Random House, 1998.
- Mailer, Norman, et al. *The naked and the dead*. New York, Rinehart, 1948.
- Manso, Peter. *Mailer: his life and times*. New York: Washington Square Press, 2008.
- Merrill, Robert, 1944-. *Norman Mailer*. Boston: Twayne Publishers, 1978.

- Morris, Willie. *New York days*. Boston: Little, Brown and Co., 1993.
- Poirier, Richard. *Norman Mailer*. New York: Viking Press, 1972.

## Jean-Baptiste Santerre

- Blunt, Anthony, 1907-1983. *Art and architecture in France, 1500 to 1700*. Harmondsworth; New York: Penguin Books, 1973.
- Brookner, Anita. *Greuze: the rise and fall of an eighteenth-century phenomenon*. Greenwich, Conn., New York, Graphic Society, 1972.
- Chicago, Art Institute of. *French and British paintings from 1600 to 1800 in the Art Institute of Chicago: a catalogue of the collection*. Chicago: Art Institute of Chicago in association with Princeton University Press, 1996.
- Gay, Claire. *Eighteenth century painting*. New York, Funk & Wagnalls, 1972.
- Gould, Cecil Hilton Monk, 1918-1994. *Bernini in France: an episode in seventeenth-century history*. London: Weidenfeld and Nicolson, 1981.
- Hourticq, Louis, 1875-1944. Bibliothèque omnium, et al. *The new standard encyclopedia of art; architecture, sculpture, painting, decorative arts*. New York, Garden City Pub. Co, 1939.
- Huyghe, René. *La peinture francaise des XVIIe et XVIIIe siecles. --*. [Paris]: Flammarion, 1965.
- Lesné, Claude. *Jean-Baptiste Santerre: 1651-1717*. [Saint-Ouen-l'Aumône]: Éditions du Valhermeil; [Magny-en-Vexin]: Ville de Magny-en-Vexin; [Cergy-Pontoise]: Conseil général du Val-d'Oise, 2011.
- Levey, Michael. *Rococo to Revolution; major trends in eighteenth-century painting*. New York, Praeger, 1966.
- Leymarie, Jean. *The spirit of the letter in painting*. [Kansas City? Mo.] Hallmark Cards, 1961.
- Mérot, Alain. *French painting in the seventeenth century*. New Haven: Yale University Press, 1995.
- Osborne, Harold, 1905-. *The Oxford companion to art*. Oxford, Clarendon Press, 1970.
- Thuillier, Jacques. *French painting*. Geneva]: Skira [distributed in the U.S. by World Pub. Co.,: Cleveland, 1964.
- Wakefield, David (David F.). *French eighteenth-century painting*. New York: Alpine Fine Arts Collection, 1984.
- Wolf, John Baptist, 1907-. *The emergence of the great powers, 1685-1715*. New York: Harper & Row, 1962.

## International relations (1648–1814)

- Asprey, Robert B. (Robert Brown). *The rise and fall of Napoleon Bonaparte*. Basic Books, 2000.
- Beloff, Max Beloff, Baron, 1913-. *The age of absolutism, 1660-1815*. New York, Harper, 1962.
- Bemis, Samuel Flagg, 1891-1973. *A short history of American foreign policy and diplomacy*. New York, Holt, 1959.
- Company, Rand McNally and. *Atlas of world history*. Chicago: Rand McNally, 1993.
- Dorn, Walter Louis. *Competition for empire, 1740-1763*. New York: Harper & Row, 1963.
- Englund, Steven. *Napoleon*. Scribner, 2003.
- Fairbank, John King. *China*. Belknap Press of Harvard University Press, 1992.
- Markham, Felix Maurice Hippisley. *Napoleon and the awakening of Europe*. [New York] Collier Books, 1969.
- McKay, Derek, et al. *The rise of the great powers, 1648-1815*. London; New York: Longman, 1983.
- Neely, Sylvia. *A Concise History of the French Revolution*. Rowman & Littlefield Publishers, Inc., 2008.
- Nussbaum, Frederick Louis, 1885-. *The triumph of science and reason, 1660-1685*. New York, Harper, 1953.
- Pennington, D. H. (Donald H.). *Seventeenth-century Europe*. New York, Holt, Rinehart and Winston, 1970.
- Roberts, Penfield. *The quest for security, 1715-1740*. New York: Harper Torchbooks, 1963.
- Roosen, William James. *The age of Louis XIV: the rise of modern diplomacy*. Cambridge, Mass.: Schenkman Pub. Co., 1976.
- Spence, Jonathan D. *The search for modern China*. New York: Norton, 1990.

## Late Middle Ages

- Abulafia, David. *The western Mediterranean kingdoms, 1200-1500: the struggle for dominion*. London; New York: Longman, 1997.
- Cantor, Norman F, et al. *The civilization of the Middle Ages: a completely revised and expanded edition of Medieval history, the life and death of a civilization*. New York: HarperCollins, 1993.
- Duby, Georges. *France in the Middle Ages 987-1460: from Hugh Capet to Joan of Arc*. Oxford, UK; Cambridge, USA: B. Blackwell, 1991.
- Ferguson, Wallace K. (Wallace Klippert), 1902-1983. *Europe in transition, 1300-1520*. Boston, Houghton Mifflin, 1962.
- Goff, Jacques Le. *The birth of Europe*. Blackwell, 2005.
- Haskins, Charles Homer, 1870-1937. *The renaissance of the twelfth century*. Cambridge: Harvard University Press, 1927.
- Herlihy, David. *Medieval culture and society*. Prospect Heights, Ill.; Waveland Press, 1993.
- Herlihy, David. *Medieval households*. Cambridge, Mass.: Harvard University Press, 1985.
- Horrox, Rosemary. *The Black death*. Manchester; New York: Manchester University Press; New York, NY: Distributed exclusively in the USA and Canada by St. Martin's Press, 1994.
- Huizinga, Johan, 1872-1945. *The waning of the Middle Ages: a study of the forms of life, thought, and art in France and the Netherlands in the XIVth and XVth centuries*. New York: St. Martin's Press, 1985.
- Keen, Maurice Hugh. *Chivalry*. New Haven: Yale University Press, 1984.
- MacCulloch, Diarmaid. *The Reformation*. New York, N.Y.: Penguin Books, 2005.
- Ozment, Steven E,Rogers D. Spotswood Collection. TxSaTAM. *The age of reform (1250-1550): an intellectual and religious history of late medieval and Reformation Europe*. New Haven: Yale University Press, 1980.
- Southern, R. W. (Richard William), 1912-. *Western society and the Church in the Middle Ages*. [Harmondsworth, Eng.] Penguin Books, 1970.
- Welch, Evelyn S., 1959-, et al. *Art in Renaissance Italy, 1350-1500*. Oxford; New York: Oxford University Press, 2000.
- Wilson, David Fenwick, author. *Music of the Middle Ages: style and structure*. New York: Schirmer Books; London: Collier Macmillan, 1990.

## Jimmy Carter

- Biven, W. Carl. *Jimmy Carter's economy*. University of North Carolina Press, 2002.
- Carter, Jimmy, 1924-. *Beyond the White House: waging peace, fighting disease, building hope*. New York: Simon & Schuster Paperbacks, 2008.
- Carter, Jimmy, 1924-. *Our endangered values: America's moral crisis*. New York: Simon & Schuster, 2005.
- Carter, Jimmy, 1924-. *Our endangered values: America's moral crisis*. New York: Simon & Schuster, 2005.
- Coll, Steve. *Ghost wars: the secret history of the CIA, Afghanistan, and bin Laden, from the Soviet invasion to September 10, 2001*. New York: Penguin Press, 2004.
- Fink, Gary M, et al. *The Carter presidency: policy choices in the post-New Deal era*. Lawrence: University Press of Kansas, 1998.
- Glad, Betty. *Jimmy Carter, in search of the great White House*. New York: W.W. Norton, 1980.
- Godbold, E. Stanly. *Jimmy and Rosalynn Carter: the Georgia years, 1924-1974*. Oxford, [U.K.]; New York: Oxford University Press, 2010.
- Hargrove, Erwin C. *Jimmy Carter as president: leadership and the politics of the public good*. Baton Rouge: Louisiana State University Press, 1988.
- Harris, David. *The crisis*. Little, Brown and Co., 2004.
- Jones, Charles O. *The trusteeship presidency: Jimmy Carter and the United States Congress*. Baton Rouge: Louisiana State University Press, 1988.
- Jorden, William J. (William John), 1923-2009. *Panama odyssey*. Austin: University of Texas Press, 1984.

- Kucharsky, David. *The man from Plains: the mind and spirit of Jimmy Carter*. New York: Harper & Row, 1976.
- Lance, Bert, 1931-2013, author. *The truth of the matter: my life in and out of politics*. New York: Summit Books, 1991.
- Schram, Martin. *Running for President, 1976: the Carter campaign*. New York: Stein and Day, 1977.
- Witcover, Jules. *Marathon: the pursuit of the Presidency, 1972-1976*. New York: Viking Press, 1977.

## Sharyn McCrumb

- McCrumb, Sharyn. *Faster pastor*. Ingalls Pub. Group, 2010.
- McCrumb, Sharyn. *Missing Susan*. Ballantine Books, 1991.
- McCrumb, Sharyn. *The Windsor Knot*. Binghamton, N.Y: Maple-Vail, 1990.
- McCrumb, Sharyn. *The songcatcher*. Dutton, 2001.
- McCrumb, Sharyn, 1948-. *Ghost riders: a novel*. New York: Dutton, 2003.
- McCrumb, Sharyn, 1948-. *If I'd killed him when I met him --: an Elizabeth MacPherson novel*. New York: Ballantine Books, 1995.
- McCrumb, Sharyn, 1948-. *MacPherson's lament: an Elizabeth MacPherson mystery*. New York: Ballantine Books, 1992.
- McCrumb, Sharyn, 1948-. *Once around the track*. New York: Kensington Books, 2007.
- McCrumb, Sharyn, 1948-. *Paying the piper*. New York: Ballantine Books, 1988.
- McCrumb, Sharyn, 1948-. *She walks these hills*. New York: Scribner's, 1994.
- McCrumb, Sharyn, 1948-. *St. Dale*. New York: Kensington Books, 2005.
- McCrumb, Sharyn, 1948-. *The ballad of Frankie Silver*. New York: Dutton, 1998.
- McCrumb, Sharyn, 1948-. *The devil amongst the lawyers: a ballad novel*. New York: Thomas Dunne Books, 2010.
- McCrumb, Sharyn, 1948-. *Zombies of the gene pool*. New York: Simon & Schuster, 1992.
- McCrumb, Sharyn, 1948-, et al. *Lovely in her bones*. New York: Avon Books, 1985.
- McCrumb., Sharyn. *The Ballad of Tom Dooley*. St. Martin's Press, 2011.

## American imperialism

- Bacevich, Andrew J, et al. *American empire [electronic resource]: the realities and consequences of U.S. diplomacy*. Cambridge, MA: Harvard University Press, 2002.
- Card, Orson Scott. *Empire*. New York: Tor, 2006.
- Daalder, Ivo H, et al. *America unbound: the Bush revolution in foreign policy*. Washington, D.C.: Brookings Institution, 2003.
- Fulbright, J. William (James William), 1905-1995, et al. *The price of empire*. New York: Pantheon Books, 1989.
- Hardt, Michael, 1960-. *Empire*. Cambridge, Mass.: Harvard University Press, 2000.
- Johnson, Chalmers A. *Nemesis: the last days of the American Republic*. New York: Metropolitan Books, 2006.
- Johnson, Chalmers A.. *The sorrows of empire*. Metropolitan Books, 2005.
- Johnson, Chalmers, 1931-2010. *Blowback: the costs and consequences of American empire*. New York: Henry Holt, 2001.
- Kagan, Robert. *Of paradise and power: America and Europe in the new world order*. New York: Knopf, 2003.
- LaFeber, Walter. *The new empire: an interpretation of American expansion, 1860-1898*. Ithaca, N.Y., Cornell University Press, 1967.
- Odom, William E, et al. *America's inadvertent empire*. New Haven & London: Yale University Press, 2004.
- Patrick, Stewart, et al. *Multilateralism and U.S. foreign policy: ambivalent engagement*. Boulder, Colo.: Lynne Rienner Publishers, 2002.
- Smith, Neil. *American empire: Roosevelt's geographer and the prelude to globalization*. Berkeley: University of California Press, 2003.

117 of 337

- Smith, Tony. *America's mission*. Princeton University Press, 1994.
- Tomlinson, John, 1949-. *Cultural imperialism: a critical introduction*. Baltimore, Md.: Johns Hopkins University Press, 1991.
- Zepezauer, Mark. *Boomerang!: how our covert wars have created enemies across the Middle East and brought terror to America*. Monroe, Me.: Common Courage Press, 2003.

## Ruth Westheimer

- Westheimer, Ruth K.. *Power*. Madison Books, 2001.
- Westheimer, Ruth K.. *Sex for dummies*. IDG Books Worldwide, 1995.
- Westheimer, Ruth K. (Ruth Karola), 1928-. *52 lessons on communicating love: tips, anecdotes, and advice for connecting with the one you love from America's leading relationship therapist*. Boulder, Colo.: Blue Mountain Press, 2004.
- Westheimer, Ruth K. (Ruth Karola), 1928-. *Dr. Ruth's encyclopedia of sex*. New York: Continuum, 1994.
- Westheimer, Ruth K. (Ruth Karola), 1928-. *Dr. Ruth's guide for married lovers*. New York, N.Y.: Warner Books, 1986.
- Westheimer, Ruth K. (Ruth Karola), 1928-. *Dr. Ruth's guide to good sex*. New York, NY: Warner Books, 1983.
- Westheimer, Ruth K. (Ruth Karola), 1928-. *Sexually speaking: what every woman needs to know about sexual health*. Hoboken, N.J.: John Wiley & Sons, 2012.
- Westheimer, Ruth K. (Ruth Karola), 1928- author. *The doctor is in: Dr. Ruth on love, life, and joie de vivre*. New York: Amazon Publishing, 2015.
- Westheimer, Ruth K. (Ruth Karola), 1928-, et al. *Dr. Ruth talks about grandparents: advice for kids on making the most of a special relationship*. Lanham, Md.: Macmillan Books, 2001.
- Westheimer, Ruth K. (Ruth Karola), 1928-, et al. *Dr. Ruth talks to kids: where you came from, how your body changes, and what sex is all about*. New York: Macmillan Pub. Co.,: Toronto: Maxwell Macmillan Canada; New York: Maxwelll Macmillan International, 1993.
- Westheimer, Ruth K. (Ruth Karola), 1928-, et al. *Dr. Ruth's guide to erotic and sensuous pleasures*. New York: S.P.I. Books, 1992.
- Westheimer, Ruth K. (Ruth Karola), 1928-, et al. *Dr. Ruth's guide to talking about herpes*. New York: Grove Press, 2004.
- Westheimer, Ruth K. (Ruth Karola), 1928-, et al. *Dr. Ruth's sex after 50: revving up the romance, passion & excitement!*. Sanger, Calif.: Quill Driver Books/Word Dancer Press, 2005.
- Westheimer, Ruth K. (Ruth Karola), 1928-, et al. *Dr. Ruth, Grandma on wheels!*. New York: Golden Books, 2001.
- Westheimer, Ruth K. (Ruth Karola), 1928-, et al. *Grandparenthood*. New York: Routledge, 1998.
- Westheimer, Ruth K. (Ruth Karola), 1928-, et al. *Sex and morality: who is teaching our sex standards?*. Boston: Harcourt Brace Jovanovich, 1988.

## Gerald Ford

- Brinkley, Douglas. *Gerald R. Ford*. New York: Times Books, 2007.
- Casserly, Jack. *The Ford White House: the diary of a speechwriter*. Boulder: Colorado Associated University Press, 1977.
- DeFrank, Thomas M, et al. *Write it when I'm gone: remarkable off-the-record conversations with Gerald R. Ford*. New York: G.P. Putnam's Sons, 2007.
- Facts on File, Inc, et al. *The Nixon/Ford years*. New York: Facts on File, 1979.
- Ford, Gerald R., 1913-. *Humor and the Presidency*. New York: Arbor House, 1987.
- Ford, Gerald R., 1913-. *Selected speeches*. Arlington, Va., R. W. Beatty, 1973.
- Ford, Gerald R., 1913-2006, et al. *A presidential legacy and the Warren Commission*. Nashville, Tenn.: Flatsigned Press, 2007.
- Ford, Gerald R., 1913-2006, et al. *Portrait of the assassin*. New York, Simon and Schuster, 1965.
- Greene, John Robert, 1955-. *The limits of power: the Nixon and Ford administrations*. Bloomington: Indiana University Press, 1992.

118 of 337

- Greene, John Robert, 1955- author. *The Presidency of Gerald R. Ford*. Lawrence, Kansas: University Press of Kansas, 1995.
- Gross, Michael. *Model*. W. Morrow, 1995.
- Hartmann, Robert Trowbridge, 1917-2008. *Palace politics: an inside account of the Ford years*. New York: McGraw-Hill, 1980.
- Hersey, John, 1914-, et al. *Aspects of the presidency*. New Haven: Ticknor & Fields, 1980.
- Hove, Duane J., 1945-. *American warriors: five presidents in the Pacific theater of World War II*. Shippensburg, PA: Burd Street Press, 2003.
- Karnow, Stanley. *Vietnam, a history*. Viking, 1991.
- Young, Jeff C., 1948-. *The fathers of American presidents: from Augustine Washington to William Blythe and Roger Clinton*. Jefferson, N.C.: McFarland & Co., 1997.

## Music of the United States

- Baraka, Amiri, 1934-. *Blues people: Negro music in white America*. New York: W. Morrow, 1968.
- Chase, Gilbert, 1906-. *America's music: from the pilgrims to the present*. Urbana: University of Illinois Press, 1987.
- Claghorn, Charles Eugene, 1911-. *Biographical dictionary of American music*. West Nyack, N.Y., Parker Pub. Co, 1973.
- Clarke, Donald. *The rise and fall of popular music*. St. Martin's Press, 1995.
- Ewen, David, 1907-1985. *Panorama of American popular music; the story of our national ballads and folk songs, the songs of Tin Pan Alley, Broadway and Hollywood, New Orleans jazz, swing, and symphonic jazz*. Englewood Cliffs, N.J., Prentice-Hall, 1957.
- Fischer, David Hackett, 1935-. *Liberty and freedom*. Oxford; New York: Oxford University Press, 2005.
- Garofalo, Reebee. *Rockin' out*. Allyn and Bacon, 1997.
- George, Nelson. *Where did our love go?: the rise and fall of the Motown sound*. Urbana: University of Illinois Press, 2007.
- Hitchcock, H. Wiley (Hugh Wiley), 1923-2007, et al. *Music in the United States: a historical introduction*. Upper Saddle River, N.J.: Prentice Hall, 2000.
- Kennedy, Randall, 1954-. *Nigger: the strange career of a troublesome word*. New York: Pantheon Books, 2002.
- Nettl, Bruno, 1930-. *Folk and traditional music of the western continents*. Englewood Cliffs, N.J., Prentice-Hall, 1965.
- Sawyers, June Skinner, 1957-. *Celtic music: a complete guide*. [United States]: Da Capo Press, 2001.
- Schuller, Gunther. *Early jazz: its roots and musical development*. New York: Oxford University Press, 1968.
- Struble, John Warthen. *The history of American classical music: MacDowell through minimalism*. New York: Facts On File, 1995.
- Szatmary, David P., 1951-. *Rockin' in time: a social history of rock-and-roll*. Upper Saddle River, N.J.: Prentice Hall, 2000.
- Werner, Craig Hansen. *A change is gonna come*. Plume, 1999.

## Buddhist Peace Fellowship

- Backhurst, Paul, 1951-. *Alternatives to the Peace Corps: a guide to global volunteer opportunities*. Oakland, Calif.: Food First Books; New York, NY: Distributed by Client Distribution Services, 2005.
- Badiner, Allan Hunt. *Dharma Gaia: a harvest of essays in Buddhism and ecology*. Berkeley, Calif.: Parallax Press, 1990.
- Diamond, Louise, 1944-. *The courage for peace: creating harmony in ourselves and the world*. Berkeley, Calif.: Conari Press: Distributed by Publishers Group West, 2000.
- Eppsteiner, Fred. *The Path of compassion: writing on socially engaged Buddhism*. Berkeley, Calif.: Parallax Press, 1988.
- Ford, James Ishmael. *Zen master who?: a guide to the people and stories of Zen*. Boston: Wisdom Publications, 2006.

- Gregory, Peter N., 1945-, et al. *Women practicing Buddhism: American experiences*. Boston: Wisdom Publications, 2008.
- Griffin, Kevin Edward, 1950-. *One breath at a time: Buddhism and the twelve steps*. [Emmaus, Pa.]: Rodale; [New York]: Distributed in the book trade by St. Martin's Press, 2004.
- Harvey, Peter (Brian Peter). *An introduction to Buddhism: teachings, history, and practices*. Cambridge [England]; New York: Cambridge University Press, 1990.
- Irwin, Alexander C., 1960-, et al. *Global AIDS: myths and facts: tools for fighting the AIDS pandemic*. Cambridge, MA: South End Press, 2003.
- Kaufman, Donald G. *Biosphere 2000: protecting our global environment*. Dubuque, Iowa: Kendall/Hunt Pub. Co., 2000.
- None,. *Religion and public life in the Pacific region: fluid identities*. Lanham, MD: Altamira Press, 2005.
- Prebish, Charles S. *Luminous passage: the practice and study of Buddhism in America*. Berkeley: University of California Press, 1999.
- Smith, Huston. *Buddhism*. HarperSanFrancisco, 2004.
- Winston, Diana. *Wide awake: a Buddhist guide for teens*. New York: Perigee Book, 2003.

### Geraldine Ferraro

- Chavkin, Wendy;Chesler, Ellen. *Where human rights begin: health, sexuality, and women in the new millennium*. New Brunswick, N.J.: Rutgers University Press, 2005.
- Clift, Eleanor. *Madam President: shattering the last glass ceiling*. New York: Scribner, 2000.
- Congressional Quarterly, inc. *Congress and the Nation: a review of government and politics in the postwar years*. Washington, 1965.
- Ferraro, Geraldine. *Changing history: women, power, and politics*. Wakefield, R.I.: Moyer Bell: Distributed by Publishers Group West, 1993.
- Ferraro, Geraldine, et al. *Ferraro, my story*. Toronto; New York: Bantam Books, 1985.
- Ferraro, Geraldine, et al. *Framing a life: a family memoir*. New York, NY: Scribner, 1998.
- Germond, Jack, et al. *Wake us when it's over: presidential politics of 1984*. New York: Macmillan, 1985.
- Goldman, Peter Louis, 1933-, et al. *The quest for the presidency 1984*. Toronto; New York: Bantam Books, 1985.
- Jamieson, Kathleen Hall. *Beyond the double bind*. Oxford University Press, 1995.
- Kornblut, Anne E.. *Notes from the cracked ceiling*. Crown Publishers, 2009.
- Lurie, Leonard. *Senator Pothole: the unauthorized biography of Al D'Amato*. Secaucus, N.J.: Carol Pub. Group, 1994.
- Nelson, Michael. *The Elections of 1984*. Washington, D.C.: CQ Press, 1985.
- O'Neill, Tip, et al. *Man of the House: the life and political memoirs of Speaker Tip O'Neill*. New York: Random House, 1987.
- Schumer, Charles E, et al. *Positively American: winning back the middle-class majority one family at a time*. [Emmaus, PA]: Rodale Books; [New York]: Distributed to the trade by Holtzbrinck Publishers, 2007.

### Coretta Scott King

- Bagley, Edythe Scott. *Desert rose: the life and legacy of Coretta Scott King*. Tuscaloosa: University of Alabama Press, 2012.
- Black, Conrad. *Richard M. Nixon: a life in full*. New York: PublicAffairs, 2007.
- Bruns, Roger A., 1941-. *Martin Luther King, Jr.: a biography*. Westport, Conn.: Greenwood Press, 2006.
- Burns, Stewart. *Daybreak of freedom*. University of North Carolina Press, 1997.
- Clarke, Thurston. *The last campaign: Robert F. Kennedy and 82 days that inspired America*. New York: Henry Holt, 2008.
- Dyson, Michael Eric. *I may not get there with you: the true Martin Luther King, Jr.*. New York: Touchstone, 2001.
- Fairclough, Adam. *Martin Luther King, Jr.*. University of Georgia Press, 1995.
- Mahoney, Richard D. *Sons & brothers: the days of Jack and Bobby Kennedy*. New York: Arcade Pub., 1999.

- McCarty, Laura T. *Coretta Scott King: a biography*. Westport, Conn.: Greenwood Press, 2009.
- McPherson, Stephanie Sammartino. *Coretta Scott King*. Minneapolis: Twenty-First Century Books, 2008.
- Nazel, Joseph. *Martin Luther King, Jr.*. Los Angeles, Calif.: Melrose Square Pub. Co., 1991.
- Rickford, Russell J.. *Betty Shabazz*. Sourcebooks, 2003.
- Robinson, Jo Ann Gibson, 1912-, et al. *The Montgomery bus boycott and the women who started it: the memoir of Jo Ann Gibson Robinson*. Knoxville: University of Tennessee Press, 1987.
- Robinson, Tom, 1964- author. *Malcolm X: rights activist and Nation of Islam leader*. Minneapolis, MN: ABDO Publishing Company, 2014.
- Schlesinger, Arthur M., Jr. (Arthur Meier), 1917-2007. *Robert Kennedy and his times*. New York: Ballantine Books, 1979.
- Vivian, Octavia B. *Coretta: the story of Coretta Scott King*. Minneapolis: Fortress Press, 2006.

## Creationism

- Barbour, Ian G. *When science meets religion*. HarperSan Francisco, 2000.
- Bowler, Peter J. *Evolution: the history of an idea*. Berkeley: University of California Press, 2003.
- Desmond, Adrian J., 1947-. *The politics of evolution [electronic resource]: morphology, medicine, and reform in radical London*. Chicago: University of Chicago Press, 1989.
- Doniger, Wendy, et al. *Merriam-Webster's encyclopedia of world religions; Wendy Doniger, consulting editor*. Springfield, Mass.: Merriam-Webster, 1999.
- Dundes, Alan. *Sacred narrative, readings in the theory of myth*. Berkeley: University of California Press, 1984.
- Futuyma, Douglas J., 1942-. *Evolution*. Sunderland, Mass.: Sinauer Associates, 2005.
- Gunn, Angus M. (Angus Macleod), 1920-. *Evolution and creationism in the public schools: a handbook for educators, parents, and community leaders*. Jefferson, N.C.: McFarland & Co., 2004.
- Kauffman, Stuart A.. *Reinventing the sacred*. Basic Books, 2008.
- Leeming, David Adams. *A dictionary of creation myths*. Oxford University Press, 1995.
- Numbers, Ronald L. *Darwinism comes to America*. Cambridge, Mass.: Harvard University Press, 1998.
- Pennock, Robert T. *Intelligent design creationism and its critics: philosophical, theological, and scientific perspectives*. Cambridge, Mass.: MIT Press, 2001.
- Pennock, Robert T. *Tower of Babel: the evidence against the new creationism*. Cambridge, Mass.: MIT Press, 1999.
- Quammen, David, 1948-. *The reluctant Mr. Darwin: an intimate portrait of Charles Darwin and the making of his theory of evolution*. New York: Atlas Books/Norton, 2006.
- Rainey, David. *Faith reads: a selective guide to Christian nonfiction*. Westport, Conn.: Libraries Unlimited, 2008.
- Scott, Eugenie Carol. *Evolution vs. creationism*. University of California Press, 2005.

## Alma Luz Villanueva

- Blair, J. H. *Caliente!: the best erotic writing in Latin American fiction*. New York: Berkley Books, 2002.
- Castillo-Speed, Lillian. *Latina: women's voices from the borderlands*. New York: Simon & Schuster, 1995.
- Fernández, Roberta, et al. *In other words: literature by Latinas of the United States*. Houston, Tex.: Arte Público Press, 1994.
- Gillan, Maria M, et al. *Unsettling America: an anthology of contemporary multicultural poetry*. New York: Penguin Books, 1994.
- Gonzalez, Ray, et al. *Mirrors Beneath the Earth*. Curbstone Press, 1992.
- Heide, Rick, 1943-. *Under the fifth sun: Latino literature from California*. Santa Clara, Calif.: Santa Clara University; Berkeley, Calif.: Heyday Books, 2002.
- Howe, Florence, comp, et al. *No more masks! An anthology of poems by women*. Garden City, N.Y., Anchor Press, 1973.
- Lehman, David, (Ed.). *The Best american poetry*. New York: Scribner's, 1996.

- Philip, Neil. *It's a woman's world: a century of women's voices in poetry*. New York: Dutton Children's Books, 2000.
- Roberts, Elizabeth J., 1944-, et al. *Prayers for a thousand years: blessings and expressions of hope for the new millennium*. [San Francisco]: HarperSanFrancisco, 1999.
- Villanueva, Alma. *Desire*. Bilingual Press/Editorial Bilingüe, 1998.
- Villanueva, Alma. *Luna's California poppies*. Bilingual Press/Editorial Bilingüe, 2002.
- Villanueva, Alma, 1944-. *Naked ladies*. Tempe, Ariz.: Bilingual Press/Editorial Bilingüe, 1994.
- Villanueva, Alma, 1944-. *The ultraviolet sky*. Tempe, Ariz.: Bilingual Press/Editorial Bilingüe, 1988.
- Villanueva, Alma, 1944-. *Weeping woman: La llorona and other stories*. Tempe, Ariz.: Bilingual Press, 1994.
- Warloe, Constance. *I've always meant to tell you: letters to our mothers: an anthology of contemporary women writers*. New York: Pocket Books, 1997.

## Debate over the atomic bombings of Hiroshima and Nagasaki

- Allen, Thomas B.. *Code-name downfall*. Simon & Schuster, 1995.
- Alperovitz, Gar, et al. *The decision to use the atomic bomb and the architecture of an American myth*. New York: Knopf, 1995.
- Burroughs, John, et al. *The legality of threat or use of nuclear weapons: a guide to the historic opinion of the International Court of Justice*. Münster: LIT, 1997.
- Carroll, James (1943-). *House of war [Texte imprimé]: the Pentagon and the disastrous rise of American power*. Boston: Houghton Mifflin Co., 2006.
- Cousins, Norman. *The pathology of power*. New York: Norton, 1987.
- Feis, Herbert, 1893-1972. *Japan subdued; the atomic bomb and the end of the war in the Pacific*. Princeton, N.J., Princeton University Press, 1961.
- Fussell, Paul. *Thank God for the atom bomb, and other essays*. Summit Books, 1988.
- Gentile, Gian P. *How effective is strategic bombing?: lessons learned from World War II to Kosovo*. New York: New York University Press, 2001.
- Grayling, A. C.. *Among the dead cities*. Walker & Co., 2006.
- Harbour, Frances Vryling. *Thinking about international ethics: moral theory and cases from American foreign policy*. Boulder, Colo.: Westview Press, 1999.
- Hasegawa, Tsuyoshi, 1941-. *Racing the enemy: Stalin, Truman, and the surrender of Japan*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2005.
- Kolko, Gabriel. *The politics of war: the world and United States foreign policy, 1943-1945*. New York: Pantheon Books, 1990.
- Nobile, Philip, et al. *Judgment at the Smithsonian*. New York: Marlowe & Co., 1995.
- Selden, Kyoko Iriye, 1936-, et al. *The Atomic bomb: voices from Hiroshima and Nagasaki*. Armonk, N.Y.: M.E. Sharpe, 1989.
- Takaki, Ronald T., 1939-2009. *Hiroshima: why America dropped the atomic bomb*. Boston: Little, Brown, and Co., 1995.

## Women in Latin music

- Aparicio, Frances R.. *Listening to salsa*. University Press of New England, 1998.
- Broughton, Simon. *World music: the rough guide*. London: Rough Guides, 1999.
- Candelaria, Cordelia. *Encyclopedia of Latino popular culture*. Westport, Conn.: Greenwood Press, 2004.
- Cleary, David, et al. *The rough guide to Brazil*. London: Rough Guides, 2009.
- Miller, Michael, 1958-. *The complete idiot's guide to music history*. Indianapolis, IN: Alpha, 2008.
- Morales, Ed. *The Latin beat*. Da Capo, 2003.
- Márquez, Herón. *Latin sensations*. Minneapolis: Lerner Publications Co., 2001.
- Navarro, Marysa. *Women in Latin America and the Caribbean: restoring women to history*. Bloomington: Indiana University Press, 1999.
- Patoski, Joe Nick. *Selena*. Little Brown & Co (T), 1996.

- Richmond, Clint. *Selena!: the phenomenal life and tragic death of the Tejano music queen*. New York, N.Y.: Pocket Books, 1995.
- Roberts, John Storm. *The Latin tinge: the impact of Latin American music on the United States*. New York: Oxford University Press, 1999.
- San Miguel, Guadalupe, 1950-. *Tejano proud: Tex-Mex music in the twentieth century*. College Station: Texas A & M University Press, 2002.
- Simonis, Damien. *Spain*. Footscray, Vic.; London: Lonely Planet, 2007.
- Socolow, Susan Migden, 1941-. *The women of colonial Latin America*. Cambridge, UK: New York, NY, USA: Cambridge University Press, 2000.
- Stavans, Ilan, et al. *Encyclopedia Latina: history, culture, and society in the United States*. Danbury, Conn.: Grolier Academic Reference, 2005.
- Steingress, Gerhard, 1947-. *Songs of the Minotaur - hybridity and popular music in the era of globalization: a comparative analysis of Rebetika, Tango, Rai, Flamenco, Sardana, and English urban folk*. Münster: London: Lit, 2003.

## Timeline of music in the United States (1850–1879)

- Abel, E. Lawrence. *Singing the new nation*. Stackpole Books, 2000.
- Bernard, Kenneth A., 1906-. *Lincoln and the music of the Civil War*. Caldwell, Idaho, Caxton Printers, 1966.
- Bird, Christiane. *Da Capo jazz and blues lover's guide to the U.S.: with more than 900 hot clubs, cool joints, landmarks, and legends, from boogie-woogie to bop and beyond*. Cambridge, MA: Da Capo Press, 2001.
- Chase, Gilbert, 1906-. *America's music: from the pilgrims to the present*. Urbana: University of Illinois Press, 1987.
- Cusic, Don. *The sound of light: a history of gospel music*. Bowling Green, Ohio: Bowling Green State University Popular Press, 1990.
- Darden, Bob, 1954-. *People get ready!: a new history of Black gospel music*. New York: Continuum, 2004.
- Horowitz, Joseph, 1948-. *Classical music in America: a history of its rise and fall*. New York: W. W. Norton & Company, 2005.
- Kirk, Elise K. (Elise Kuhl), 1932-. *American opera*. Urbana: University of Illinois Press, 2001.
- Lankford, Ronald D., 1962-. *Folk music USA: the changing voice of protest*. New York: Schirmer Trade Books, 2005.
- Lewis, George H. *All that glitters: country music in America*. Bowling Green, Ohio: Bowling Green State University Popular Press, 1993.
- Malone, Bill C, et al. *Southern music/American music*. Lexington, Ky.: University Press of Kentucky, 2003.
- Miller, Jim, 1947-. *Flowers in the dustbin: the rise of rock and roll, 1947-1977*. New York: Simon & Schuster, 1999.
- Nettl, Bruno, 1930-. *North American Indian musical styles*. Philadelphia: American Folklore Society, 1954.
- Peretti, Burton W.. *Lift every voice*. Rowman & Littlefield Publishers, 2008.
- Wondrich, David. *Stomp and swerve: American music gets hot, 1843-1924*. Chicago, Ill.: Chicago Review Press, 2003.

## Evolution

- (U.S.), National Academy of Sciences, et al. *Science, evolution, and creationism*. Washington, D.C.: National Academies Press, 2008.
- Bowler, Peter J. *Evolution: the history of an idea*. Berkeley: University of California Press, 2003.
- Coyne, Jerry A., 1949-. *Why evolution is true*. New York: Viking, 2009.
- Eldredge, Niles. *Time frames: the rethinking of Darwinian evolution and the theory of punctuated equilibria*. New York: Simon and Schuster, 1985.

123 of 337

- Futuyma, Douglas J., 1942-. *Evolution*. Sunderland, Mass.: Sinauer Associates, 2005.
- Gray, Peter (Peter O.). *Psychology*. New York: Worth Publishers, 2007.
- Hall, Brian K. (Brian Keith), 1941-. *Strickberger's evolution: the integration of genes, organisms and populations*. Sudbury, Mass.: Jones and Bartlett, 2008.
- Holland, John H. (John Henry), 1929-. *Adaptation in natural and artificial systems: an introductory analysis with applications to biology, control, and artificial intelligence*. Ann Arbor: University of Michigan Press, 1975.
- Mason, Stephen Finney, 1923-. *A history of the sciences*. New York, Collier Books, 1962.
- Maynard Smith, John, 1920-. *The evolution of sex*. Cambridge [Eng.]; New York: Cambridge University Press, 1978.
- Odum, Eugene Pleasants, 1913-. *Fundamentals of ecology*. Philadelphia: Saunders, 1971.
- Pallen, Mark J. *The rough guide to evolution*. London; New York: Rough Guides; London; New York: Distributed by the Penguin Group, 2009.
- Provine, William B., comp. *The origins of theoretical population genetics*. Chicago, University of Chicago Press, 1971.
- Stearns, Beverly Peterson, 1946-, et al. *Watching, from the edge of extinction [electronic resource]*. New Haven, CT: Yale University Press, 1999.
- Wright, Sewall, 1889-1988. *Evolution and the genetics of populations*. Chicago: University of Chicago Press, 1984.

## History of the United States Marine Corps

- Alexander, Joseph H., 1938-2014, et al. *A fellowship of valor: the battle history of the United States Marines*. New York, NY: HarperCollins, 1997.
- Astor, Gerald. *Semper Fi in the sky*. Presidio Press, 2005.
- Billias, George Athan, 1919-. *General John Glover and his Marblehead mariners*. New York, Holt, 1960.
- Books, Time-Life, et al. *The Mexican war*. Alexandria, Va.: Time-Life Books, 1978.
- Bowden, Mark, 1951-. *Guests of the Ayatollah: the first battle in America's war with militant Islam*. New York: Atlantic Monthly Press, 2006.
- Daughan, George C. *If by sea: the forging of the American Navy-- from the American Revolution to the War of 1812*. New York: Basic Books, 2008.
- Elting, John Robert. *Amateurs, to arms!*. Da Capo Press, 1995.
- Jackson, John W. *The Pennsylvania Navy, 1775-1781; the defense of the Delaware*. New Brunswick, N.J.: Rutgers University Press, 1974.
- Krulak, Victor H. *First to fight: an inside view of the U.S. Marine Corps*. New York: Pocket Books, 1991.
- McFarland, Keith D.. *Louis Johnson and the arming of America*. Indiana University Press, 2005.
- Morgan, William James. *Captains to the northward: the New England captains in the Continental Navy*. Barre, MA.: Barre Gazette, 1959.
- Simmons, Edwin H., 1921-2007. *The United States Marines: a history*. Annapolis, Md.: Naval Institute Press, 2003.
- Smith, Ray L., et al. *The March Up*. Bantam, 2003.
- Sullivan, David M., 1942-. *The United States Marine Corps in the Civil War*. Shippensburg, PA: White Mane Pub. Co., 1997.
- Unterberger, Betty Miller, author. *America's Siberian expedition, 1918-1920: a study of national policy*. New York: Greenwood Press, 1969.
- West, Bing. *No True Glory*. Bantam, 2005.

## Ben-Hur (1959 film)

- Brownlow, Kevin. *The parade's gone by*. Berkeley, Calif.: University of California Press, 1968.
- Buford, Kate. *Burt Lancaster: an American life*. New York: Knopf: Distributed by Random House, 2000.
- Doherty, Thomas Patrick. *Teenagers and teenpics: the juvenilization of American movies in the 1950s*. Philadelphia: Temple University Press, 2002.

- Eagan, Daniel. *America's film legacy: the authoritative guide to the landmark movies in the National Film Registry*. New York: Continuum, 2010.
- Eyman, Scott, 1951-. *The speed of sound: Hollywood and the talkie revolution, 1926-1930*. New York, NY: Simon & Schuster, 1997.
- Giddins, Gary. *Warning shadows: home alone with classic cinema*. New York: W.W. Norton & Co., 2010.
- Hofler, Robert. *The man who invented Rock Hudson: the pretty boys and dirty deals of Henry Willson*. New York: Carroll & Graf, 2005.
- Kaplan, Fred. *Gore Vidal*. Doubleday, 1999.
- Krämer, Peter, 1961-. *The new Hollywood: from Bonnie and Clyde to Star Wars*. London; New York: Wallflower, 2005.
- Madsen, Axel. cn. *William Wyler: the authorized biography*. New York, Crowell, 1973.
- Magill, Frank Northen, 1907-, et al. *Magill's survey of cinema--English language films, second series*. Englewood Cliffs, N.J.: Salem Press, 1981.
- Pym, John, et al. *Time Out film guide*. London: Penguin, 2001.
- Raymond, Emilie, 1973-. *From my cold, dead hands: Charlton Heston and American politics*. Lexington, Ky.: University Press of Kentucky, 2006.
- Sennett, Ted. *Great movie directors*. New York: Abrams, 1986.
- Solomon, Jon, 1950-. *The ancient world in the cinema*. New Haven [Conn.]: Yale University Press, 2001.
- Steinberg, Cobbett. *Film facts*. New York: Facts on File, 1980.

## Mahatma Gandhi

- Bigg, Margot. *Moon handbooks. Taj Mahal, Delhi & Jaipur*. Berkeley, CA: Avalon Travel Pub, 2012.
- Borman, William, 1948-. *Gandhi and non-violence*. Albany, N.Y.: State University of New York Press, 1986.
- Chadha, Yogesh. *Gandhi: a life*. New York: John Wiley, 1997.
- Cone, James H. *Martin & Malcolm & America: a dream or a nightmare*. Maryknoll, N.Y.: Orbis Books, 1991.
- Gandhi, Mahatma, 1869-1948, et al. *Mahatma Gandhi: selected political writings*. Indianapolis: Hackett Pub. Co., 1996.
- Gandhi, Mahatma, 1869-1948, et al. *The Gandhi reader: a sourcebook of his life and writings*. New York: Grove Press, 1994.
- Guha, Ramachandra. *India after Gandhi: the history of the world's largest democracy*. New York: Ecco, 2007.
- Khan, Yasmin. *The great Partition*. Yale University Press, 2007.
- McAllister, Pam. *Reweaving the web of life: feminism and nonviolence*. Philadelphia, PA: New Society Publishers, 1982.
- McGregor, R. S.. *The Oxford Hindi-English dictionary*. Oxford University Press, 1993.
- Miller, Jake C. *Prophets of a just society*. Huntington, N.Y.: Nova Science Publishers, 2002.
- Sarkar, Sumit, 1939-. *Modern India, 1885-1947*. Basingstoke: Macmillan Press, 1989.
- Sharp, Gene. *Gandhi as a political strategist: with essays on ethics and politics*. Boston: P. Sargent Publishers, 1979.
- Todd, Anne M,Marty, Martin E., 1928-. *Mohandas Gandhi*. Philadelphia: Chelsea House, 2004.
- Weber, Thomas, 1950-. *Gandhi as disciple and mentor*. Cambridge; New York: Cambridge University Press, 2004.
- Wolpert, Stanley. *Gandhi's passion: the life and legacy of Mahatma Gandhi*. Oxford; New York: Oxford University Press, 2001.

## Middle Ages

- Albrow, Martin. *The global age: state and society beyond modernity*. Stanford, Calif.: Stanford University Press, 1997.
- Barber, Malcolm. *The two cities: medieval Europe, 1050-1320*. London; New York: Routledge, 1992.

125 of 337

- Barber, Richard W. *Edward, Prince of Wales and Aquitaine: a biography of the Black Prince*. New York: Scribner, 1978.
- Brown, Peter, 1935-. *The world of late antiquity: AD 150-750*. New York: Norton, 1989.
- Bruni, Leonardo. *History of the Florentine people*. Harvard University Press, 2001.
- Davies, Norman. *Europe: a history*. Oxford; New York: Oxford University Press, 1996.
- Dodwell, C. R.. *The pictorial arts of the West, 800-1200.*. Yale University Press, 1993.
- Epstein, Steven, 1952-. *An economic and social history of later medieval Europe, 1000-1500*. Cambridge, England; New York: Cambridge University Press, 2009.
- Gardner, Helen, d. 1946, et al. *Gardner's art through the ages*. San Diego: Harcourt Brace Jovanovich, 1986.
- Geary, Patrick J., 1948-. *Before France and Germany: the creation and transformation of the Merovingian world*. New York: Oxford University Press, 1988.
- Griffiths, Antony. *Prints and printmaking: an introduction to the history and techniques*. Berkeley: Los Angeles: University of California Press, 1996.
- Jordan, William C.. *Europe in the high Middle Ages*. Viking, 2003.
- Keen, Maurice Hugh. *The Pelican history of medieval Europe*. Harmondsworth, Penguin, 1969.
- Thomson, John A. F. *The Western church in the Middle Ages*. London; New York: Arnold; New York: Oxford University Press, 1998.

## French Resistance

- Bardakjian, Kevork B.. *A reference guide to modern Armenian literature, 1500-1920*. Wayne State University Press, 2000.
- Epstein, Eric Joseph. *Dictionary of the Holocaust*. Greenwood Press, 1997.
- Fournier-Lanzoni, Remi. *French cinema: from its beginnings to the present*. New York: Continuum, 2002.
- Hayward, Susan, 1945-. *French national cinema*. London; New York: Routledge, 1993.
- Humbert, Agnès. *Resistance: memoirs of occupied France*. London: Bloomsbury, 2008.
- Jackson, Julian, 1954-. *France: the dark years, 1940-1944*. Oxford; New York: Oxford University Press, 2003.
- Kedward, H. R. (Harry Roderick). *Occupied France: collaboration and resistance, 1940-1944*. Oxford [Oxfordshire]; New York, NY, USA: B. Blackwell, 1985.
- Knapp, Andrew. *The government and politics of France*. London; New York, NY: Routledge, 2006.
- Marston, Daniel, et al. *Counterinsurgency in modern warfare*. Oxford; New York: Osprey, 2008.
- McMillan, James F.. *Twentieth-century France*. E. Arnold, 1992.
- Mendras, Henri. *Social change in modern France: towards a cultural anthropology of the Fifth Republic*. Cambridge [England]; New York: Cambridge University Press; Paris: Editions de la maison des sciences de l'homme, 1991.
- Suleiman, Susan Rubin. *Crises of memory and the Second World War*. Harvard University Press, 2006.
- Sweets, John F., 1945-. *The politics of resistance in France, 1940-1944: a history of the Mouvements unis de la Résistance*. Dekalb: Northern Illinois University Press, 1976.
- Van der Vat, Dan. *D-Day: the greatest invasion-- a people's history*. New York, NY: Bloomsbury, 2003.
- Weiss, Jonathan M.. *Irène Némirovsky*. Stanford University Press, 2007.

## Early American publishers and printers

- Berthold, Arthur Benedict, 1905-. *American colonial printing as determined by contemporary cultural forces, 1639-1763*. New York: B. Franklin, 1970.
- Burgan, Michael. *The Stamp Act of 1765*. Minneapolis, Minn.: Compass Point Books, 2005.
- Burns, Eric. *Infamous scribblers: the Founding Fathers and the rowdy beginnings of American journalism*. New York: Public Affairs, 2006.
- Eldridge, Larry D. *A distant heritage: the growth of free speech in early America*. New York: New York University Press, 1994.
- Frasca, Ralph, 1962-. *Benjamin Franklin's printing network: disseminating virtue in early America*. Columbia, Mo.: University of Missouri Press, 2006.

- Isaacson, Walter. *Benjamin Franklin: an American life*. New York: Simon & Schuster, 2004.
- Maier, Pauline, 1938-2013. *From resistance to revolution: colonial radicals and the development of American opposition to Britain, 1765-1776*. New York: W.W. Norton, 1991.
- Maier, Pauline, 1938-2013. *Ratification: the people debate the Constitution, 1787-1788*. New York: Simon & Schuster, 2010.
- Maier, Pauline, 1938-2013. *The old revolutionaries: political lives in the age of Samuel Adams*. New York: Vintage Books, 1982.
- Malone, Dumas, 1892-1986. *Jefferson and his time, volume 3: jefferson and the ordeal of liberty*. Boston: Little, Brown, 1962.
- Miner, Ward L. [from old catalog]. *William Goddard, newspaperman*. Durham, N.C., Duke University Press, 1962.
- Morgan, Edmund S. (Edmund Sears), 1916-2013. *The Stamp act crisis; prologue to revolution*. Chapel Hill, Published for the Institute of Early American History and Culture at Williamsburg, Va. by the University of North Carolina Press, 1953.

## Personality and reputation of Paul I of Russia

- Alexander, John T. *Catherine the Great: life and legend*. New York: Oxford University Press, 1989.
- Bartlett, Roger P., 1939-. *A history of Russia*. Houndmills, Basingstoke, Hampshire; New York: Palgrave Macmillan, 2005.
- Dmytryshyn, Basil, 1925-. *A history of Russia*. Englewood Cliffs, N.J.: Prentice-Hall, 1977.
- Dmytryshyn, Basil, 1925- compiler. *Modernization of Russia under Peter I and Catherine II*. New York, Wiley, 1974.
- Dukes, Paul. *A history of Russia*. Duke University Press, 1998.
- Dukes, Paul, 1934-. *The making of Russian absolutism, 1613-1801*. London; New York: Longman, 1982.
- Forster, Robert, 1926-, et al. *Preconditions of revolution in early modern Europe*. Baltimore: Johns Hopkins Press, 1970.
- Hughes, Lindsey, 1949-2007. *The Romanovs: ruling Russia, 1613-1917*. London; New York: Hambledon Continuum, 2008.
- Hunt, Lynn Avery. *Politics, culture, and class in the French Revolution*. Berkeley: University of California Press, 1984.
- MacKenzie, David, 1927-2008. *A history of Russia, the Soviet Union, and beyond*. Belmont, Calif.: Wadsworth Pub. Co., 1993.
- Mandelbaum, Michael. *The fate of nations: the search for national security in the nineteenth and twentieth centuries*. Cambridge; New York: Cambridge University Press, 1988.
- None,. *An introduction to Russian language and literature*. Cambridge; New York: Cambridge University Press, 1980.
- None,. *Encyclopedia of Russian history*. New York: Macmillan Reference USA, 2004.
- Ragsdale, Hugh. *Tsar Paul and the question of madness: an essay in history and psychology*. New York: Greenwood Press, 1988.
- Troyat, Henri, 1911-2007. *Alexander of Russia: Napoleon's conqueror*. New York: Fromm International Pub. Corp.: Distributed to the trade by Kampmann, 1986.
- Volkov, Solomon. *St. Petersburg--a cultural history*. New York: Free Press, 1995.

## Diplomatic history of World War II

- Beitzell, Robert. *The uneasy alliance; America, Britain, and Russia, 1941-1943*. New York, Knopf, 1972.
- Beschloss, Michael R. *The conquerors: Roosevelt, Truman, and the destruction of Hitler's Germany, 1941-1945*. New York: Simon & Schuster Paperbacks, 2007.
- Butler, James Ramsay Montagu, 1889-, et al. *Grand strategy*. London: H. M. Stationery Off., 1976.
- Carlton, David, 1938-. *Anthony Eden: a biography*. London: Allen & Unwin, 1986.
- Feis, Herbert, 1893-1972. *Churchill, Roosevelt, Stalin; the war they waged and the peace they sought*. Princeton, N.J., Princeton University Press, 1957.
- Fenby, Jonathan. *Chiang Kai-shek*. Carroll & Graf, 2004.

- Gilbert, Martin, 1936-2015. *Atlas of the Holocaust*. New York: William Morrow and Company, 1993.
- Gilbert, Martin, 1936-2015. *The Holocaust: a history of the Jews of Europe during the Second World War*. New York: Holt, Rinehart, and Winston, 1986.
- Knox, MacGregor. *Hitler's Italian allies: Royal Armed Forces, Fascist regime, and the war of 1940-43*. Cambridge; New York: Cambridge University Press, 2000.
- Langer, William L. (William Leonard), 1896-1977, et al. *The challenge to isolation, 1937-1940*. New York, Published for the Council on Foreign Relations by Harper, 1952.
- May, Ernest R. *Strange victory: Hitler's conquest of France*. London; New York: I.B. Tauris, 2000.
- Sainsbury, Keith. *The turning point*. Oxford University Press, 1985.
- Smith, Bradley F. *The war's long shadow: the Second World War and its aftermath: China, Russia, Britain, America*. New York: Simon and Schuster, 1986.
- Watt, Donald Cameron, et al. *How war came: the immediate origins of the Second World War, 1938-1939*. New York: Pantheon Books, 1989.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## Presidency of Franklin D. Roosevelt, first and second terms

- Alter, Jonathan. *The defining moment: FDR's hundred days and the triumph of hope*. New York: Simon & Schuster, 2006.
- Black, Conrad. *Franklin Delano Roosevelt*. Public Affairs, 2003.
- Brands, H. W., author. *Traitor to his class: the privileged life and radical Presidency of Franklin Delano Roosevelt*. New York: Doubleday Publishing Group, 2008.
- Burns, James MacGregor. *Roosevelt: the soldier of freedom*. New York: Harcourt Brace Jovanovich, 1970.
- Dallek, Robert. *Franklin D. Roosevelt and American foreign policy, 1932-1945*. New York: Oxford University Press, 1979.
- Freidel, Frank Burt. *Franklin D. Roosevelt: a rendezvous with destiny*. Boston: Little, Brown, 1990.
- Freidel, Frank Burt. *Franklin D. Roosevelt: launching the New Deal*. Boston: Little, Brown, 1973.
- Hamby, Alonzo L. *For the survival of democracy: Franklin Roosevelt and the world crisis of the 1930s*. New York: Free Press, 2004.
- Larrabee, Eric. *Commander in chief: Franklin Delano Roosevelt, his lieutenants, and their war*. New York: Harper & Row, 1987.
- Leuchtenburg, William Edward, 1922-. *Franklin D. Roosevelt and the New Deal, 1932-1940*. New York: Harper & Row, 1963.
- Marks, Frederick W. *Wind over sand: the diplomacy of Franklin Roosevelt*. Athens: University of Georgia Press, 1988.
- McElvaine, Robert S., 1947-. *The Depression and New Deal: a history in documents*. New York: Oxford University Press, 2000.
- McJimsey, George T.. *The presidency of Franklin Delano Roosevelt*. University Press of Kansas, 2000.
- Sainsbury, Keith. *Churchill and Roosevelt at war: the war they fought and the peace they hoped to make*. Washington Square, N.Y.: New York University Press, 1994.
- Smith, Jean Edward. *FDR*. Random House, 2007.

## Presidency of Franklin D. Roosevelt, third and fourth terms

- Alter, Jonathan. *The defining moment: FDR's hundred days and the triumph of hope*. New York: Simon & Schuster, 2006.
- Black, Conrad. *Franklin Delano Roosevelt*. Public Affairs, 2003.
- Burns, James MacGregor. *Roosevelt: the soldier of freedom*. New York: Harcourt Brace Jovanovich, 1970.
- Dallek, Robert. *Franklin D. Roosevelt and American foreign policy, 1932-1945*. New York: Oxford University Press, 1979.
- Divine, Robert A. *Foreign policy and U.S. presidential elections, 1940-1948*. New York, New Viewpoints, 1974.
- Freidel, Frank Burt. *Franklin D. Roosevelt: a rendezvous with destiny*. Boston: Little, Brown, 1990.

- Hamby, Alonzo L. *For the survival of democracy: Franklin Roosevelt and the world crisis of the 1930s*. New York: Free Press, 2004.
- Heinrichs, Waldo H, et al. *Threshold of war [electronic resource] Franklin D. Roosevelt and American entry into World War II*. New York: Oxford University Press, 1989.
- Jordan, David M., 1935-. *FDR, Dewey, and the election of 1944*. Bloomington: Indiana University Press, 2011.
- Larrabee, Eric. *Commander in chief: Franklin Delano Roosevelt, his lieutenants, and their war*. New York: Harper & Row, 1987.
- Leuchtenburg, William Edward, 1922-. *Franklin D. Roosevelt and the New Deal, 1932-1940*. New York: Harper & Row, 1963.
- Marks, Frederick W. *Wind over sand: the diplomacy of Franklin Roosevelt*. Athens: University of Georgia Press, 1988.
- McJimsey, George T.. *The presidency of Franklin Delano Roosevelt*. University Press of Kansas, 2000.
- Sainsbury, Keith. *Churchill and Roosevelt at war: the war they fought and the peace they hoped to make*. Washington Square, N.Y.: New York University Press, 1994.
- Smith, Jean Edward. *FDR*. Random House, 2007.

## History of espionage

- Ambrose, Stephen E. *Ike's Spies: Eisenhower and the Espionage Establishment*. New York: Doubleday & Co., 1981.
- Andrew, Christopher M. *Her Majesty's Secret Service: the making of the British intelligence community*. New York, N.Y., U.S.A.: Viking, 1986.
- Budiansky, Stephen. *Her Majesty's spymaster: Elizabeth I, Sir Francis Walsingham, and the birth of modern espionage*. New York: Viking, 2005.
- Deacon, Richard, 1911-1998. *Kempei tai: the Japanese secret service, then and now*. Tokyo, Japan; Rutland, Vt.: C.E. Tuttle Co., 1990.
- Fergusson, Thomas G. *British military intelligence, 1870-1914: the development of a modern intelligence organization*. Frederick, Md.: University Publications of America, 1984.
- Fishel, Edwin C. *The secret war for the Union: the untold story of military intelligence in the Civil War*. Boston: Houghton Mifflin Co., 1996.
- Foot, M. R. D. (Michael Richard Daniel), 1919-. *SOE: the Special Operations Executive 1940-46*. London: Mandarin, 1990.
- Jeffreys-Jones, Rhodri. *American espionage: from Secret Service to CIA*. New York: Free Press, 1977.
- Knightley, Phillip. *The second oldest profession: spies and spying in the twentieth century*. New York: Norton, 1987.
- O'Toole, G. J. A. (George J. A.), 1936-. *Honorable treachery: a history of U.S. intelligence, espionage, and covert action from the American Revolution to the CIA*. New York, NY: Atlantic Monthly Press, 1991.
- Polmar, Norman. *The encyclopedia of espionage*. Gramercy Books, 1998.
- Thomas, Gordon, 1933-. *Gideon's spies: the secret history of the Mossad*. New York: Thomas Dunne, 2007.
- Thomas, Gordon, 1933-. *Secret wars: one hundred years of British intelligence inside MI5 and MI6*. New York: Thomas Dunne Books, 2009.
- Tuchman, Barbara W. (Barbara Wertheim), 1912-1989. *The Zimmermann telegram*. New York: Ballantine Books, 1985.
- Van Doren, Carl, 1885-1950, et al. *Secret history of the American Revolution: an account of the conspiracies of Benedict Arnold and numerous others, drawn from the Secret Service papers of the British headquarters in North America, now for the first time examined and made public*. Garden City, N.Y.: Garden City Pub. Co., 1941.

## Weimar Republic

- Allen, William Sheridan. *The Nazi seizure of power: the experience of a single German town, 1922-1945*. New York: F. Watts, 1984.

- Bennett, Edward W. *Germany and the diplomacy of the financial crisis, 1931. --*. Cambridge: Harvard University Press, 1962.
- Berghahn, Volker R. (Volker Rolf), 1938-. *Modern Germany: society, economy, and politics in the twentieth century*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1987.
- Childers, Thomas, 1946-. *The Nazi voter: the social foundations of fascism in Germany, 1919-1933*. Chapel Hill: University of North Carolina Press, 1983.
- Dorpalen, Andreas. *Hindenburg and the Weimar Republic*. Princeton, N.J., Princeton University Press, 1964.
- Eyck, Erich, 1878-1964. *A history of the Weimar Republic*. Cambridge, Harvard University Press, 1962.
- Halperin, Samuel William. *Germany tried democracy; a political history of the Reich from 1918 to 1933*. New York, W.W. Norton, 1965.
- Harman, Chris. *The lost revolution: Germany, 1918 to 1923*. London: Bookmarks, 1982.
- James, Harold, 1956-. *The German slump: politics and economics, 1924-1936*. Oxford [Oxfordshire]: Clarendon Press; New York: Oxford University Press, 1986.
- Kershaw, Ian. *Hitler,: hubris*. New York: Norton, 1999.
- Mowrer, Edgar Ansel, 1892-. *Triumph and turmoil: a personal history of our time. --*. London: Allen & Unwin, 1970.
- Peukert, Detlev. *The Weimar Republic: the crisis of classical modernity*. New York: Hill and Wang, 1992.
- Turner, Henry Ashby. *German big business and the rise of Hitler*. New York: Oxford University Press, 1985.
- Turner, Henry Ashby. *Hitler's thirty days to power*. Addison-Wesley, 1996.
- Weitz, Eric D.. *Weimar Germany*. Princeton University Press, 2007.

## Foreign policy of the Dwight D. Eisenhower administration

- Andrew, Christopher M. *For the president's eyes only: secret intelligence and the American presidency from Washington to Bush*. New York: HarperCollinsPublishers, 1995.
- Bowie, Robert R. (Robert Richardson), 1909-2013, et al. *Waging peace: how Eisenhower shaped an enduring cold war strategy*. New York: Oxford University Press, 1998.
- Divine, Robert A. *American foreign policy since 1945*. Chicago: Quadrangle Books, 1969.
- Divine, Robert A. *Foreign policy and U.S. presidential elections, 1952-1960*. New York, New Viewpoints, 1974.
- Divine, Robert A. *The Sputnik challenge*. New York: Oxford University Press, 1993.
- Holbo, Paul Sothe, et al. *The Eisenhower era: the age of consensus*. Hinsdale, Ill.: Dryden Press, 1974.
- Kaufman, Burton Ira. *Trade and aid: Eisenhower's foreign economic policy, 1953-1961*. Baltimore: Johns Hopkins University Press, 1982.
- Lyon, Peter, 1915-. *Eisenhower: portrait of the hero*. Boston, Little, Brown, 1974.
- Melanson, Richard A, et al. *Reevaluating Eisenhower: American foreign policy in the 1950s*. Urbana: University of Illinois Press, 1989.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.
- Newton, Jim. *Eisenhower*. Doubleday, 2011.
- Pach, Chester J. *The presidency of Dwight D. Eisenhower*. Lawrence, Kan.: University Press of Kansas, 1991.
- Roman, Peter J. *Eisenhower and the missile gap*. Ithaca, N.Y.: Cornell University Press, 1995.
- Schefter, James L. *The race: the uncensored story of how America beat Russia to the moon*. New York: Doubleday, 1999.
- Wicker, Tom. *Dwight D. Eisenhower*. New York: Times Books, 2002.

## History of U.S. foreign policy, 1913–1933

- Adler, Selig, 1909-1984. *The isolationist impulse: its twentieth-century reaction*. Westport, Conn.: Greenwood Press, 1974.

- Clements, Kendrick A., 1939-. *The presidency of Woodrow Wilson*. Lawrence, Kan.: University Press of Kansas, 1992.
- Ellis, Lewis Ethan, 1898-. *Republican foreign policy, 1921-1933*. New Brunswick, N.J.: Rutgers University Press, 1968.
- Fausold, Martin L., 1921-. *The presidency of Herbert C. Hoover*. Lawrence, Kan.: University Press of Kansas, 1988.
- Feis, Herbert, 1893-1972. *The diplomacy of the dollar: first era, 1919-1932. --*. Hamden, Connecticut: Archon Books, 1965.
- Ferrell, Robert H. *The presidency of Calvin Coolidge*. Lawrence: University Press of Kansas, 1998.
- Greenberg, David. *Calvin Coolidge*. Times Books, 2007.
- Leuchtenburg, William E., et al. *Herbert Hoover (The American Presidents)*. Henry Holt & Co, 2008.
- Link, Arthur S. (Arthur Stanley), 1920-1998, compiler. *The progressive era and the Great War, 1896-1920*. Arlington Heights, Ill.: AHM Publishing Corp., 1978.
- Link, Arthur Stanley. *Woodrow Wilson and the progressive era, 1910-1917*. New York, Harper, 1954.
- McCoy, Donald R. cn. *Calvin Coolidge; the quiet President*. New York, Macmillan, 1967.
- Miller, Nathan. *New world coming*. Scribner, 2003.
- Smith, Jean Edward. *FDR*. Random House, 2007.
- Trani, Eugene P, et al. *The Presidency of Warren G. Harding*. Lawrence: Regents Press of Kansas, 1989.
- Tuchman, Barbara W. (Barbara Wertheim), 1912-1989. *The Zimmermann telegram*. New York: Ballantine Books, 1985.

### Presidency of George Washington

- Chernow, Ron. *Alexander Hamilton*. New York: Penguin Press, 2004.
- Chernow, Ron. *Washington: A Life*. The Penguin Press, 2010.
- Combs, Jerald A. *The Jay treaty: political battleground of the Founding Fathers*. Berkeley: University of California Press, 1970.
- Cronin, Thomas E. *Inventing the American presidency*. Lawrence, Kan.: University Press of Kansas, 1989.
- Daughan, George C. *If by sea: the forging of the American Navy-- from the American Revolution to the War of 1812*. New York: Basic Books, 2008.
- Ferling, John E. *A leap in the dark: the struggle to create the American republic*. Oxford; New York: Oxford University Press, 2003.
- Ferling, John E. *The ascent of George Washington: the hidden political genius of an American icon*. New York: Bloomsbury Press, 2009.
- Fowler, William M., 1944-. *Jack tars and commodores: the American Navy, 1783-1815*. Boston: Houghton Mifflin, 1984.
- Gregg, Gary L., 1967-, et al. *Patriot sage: George Washington and the American political tradition*. Wilmington, Del.: ISI Books, 1999.
- Hogeland, William. *The Whiskey Rebellion*. Scribner, 2006.
- Howarth, Stephen. *To shining sea*. University of Oklahoma Press, 1999.
- Meacham, Jon. *Thomas Jefferson*. Random House, 2012.
- Miller, Nathan, 1927-. *The U.S. Navy: a history*. Annapolis, Md.: Naval Institute Press, 1997.
- Sharp, James Roger, 1936-. *American politics in the early republic: the new nation in crisis*. New Haven: Yale University Press, 1993.
- Wood, Gordon S. *Revolutionary characters: what made the founders different*. New York: Penguin Press, 2006.

### Joseph McCarthy

- Adams, John G. (John Gibbons), 1912-2003. *Without precedent: the story of the death of McCarthyism*. New York: W.W. Norton, 1983.
- Belfrage, Cedric, 1904-1990. *The American Inquisition, 1945-1960: a profile of the "McCarthy era"*. New York, N.Y.: Thunder's Mouth Press; St. Paul, Minn.: Distributed by Consortium Book Sales and Distribution, 1989.

131 of 337

- Buckley, William F. (William Frank), 1925-. *The Redhunter: a novel based on the life and times of Senator Joe McCarthy*. Boston: Little, Brown, 1999.
- Crosby, Donald F., 1933-. *God, church, and flag: Senator Joseph R. McCarthy and the Catholic Church, 1950-1957*. Chapel Hill: University of North Carolina Press, 1978.
- Doherty, Thomas Patrick. *Cold War, cool medium: television, McCarthyism, and American culture*. New York: Columbia University Press, 2003.
- Fried, Albert. *McCarthyism: the great American Red scare: a documentary history*. New York: Oxford University Press, 1997.
- Griffith, Robert, 1940-. *The politics of fear: Joseph R. McCarthy and the Senate*. Amherst: University of Massachusetts Press, 1987.
- Johnson, Haynes, 1931-. *The age of anxiety: McCarthyism to terrorism*. Orlando: Harcourt, Inc., 2005.
- Luthin, Reinhard Henry, 1905-. *American demagogues:*. Boston, Beacon Press, 1954.
- O'Brien, Michael, 1943-. *McCarthy and McCarthyism in Wisconsin*. Columbia, MO: University of Missouri Press, 1980.
- Reeves, Thomas C., 1936-. *The life and times of Joe McCarthy: a biography*. New York: Stein and Day, 1982.
- Rosteck, Thomas, 1951-. *See it now confronts McCarthyism: television documentary and the politics of representation*. Tucaloosa: University of Alabama Press, 1994.
- Schrecker, Ellen. *Many are the crimes: McCarthyism in America*. Boston: Little, Brown, 1998.
- Stone, Geoffrey R.. *Perilous times*. W.W. Norton & Co., 2004.
- Wicker, Tom. *Shooting star: the brief arc of Joseph McCarthy*. Orlando: Harcourt, 2006.

## Wonder Pets!

- Brown, Laura. *Let's play outside!*. New York: Simon Spotlight/Nickelodeon, 2010.
- Kim, Susan, 1958-. *Baby beaver rescue*. New York: Simon Spotlight/Nickelodeon, 2009.
- Lopez, Billy. *Save the egg!*. New York: Simon Spotlight/Nickelodeon, 2009.
- Lopez, Billy, et al. *Save the Bengal tiger!*. New York: Simon Spotlight/Nick Jr., 2008.
- Lopez, Billy, et al. *This is serious! Recycling to the rescue!*. New York: Simon Spotlight/Nickelodeon, 2010.
- Oxley, Jennifer, et al. *Let's find colors!*. New York: Simon Spotlight/Nick Jr., 2008.
- Paladino, Sascha. *Off to school!*. Simon Spotlight/Nickelodeon, 2009.
- Richards, Melinda. *Flyboat to the rescue!*. Simon Spotlight, 2010.
- Richards, Melinda. *Save Little Red Riding Hood!*. New York: Simon Spotlight, 2009.
- Richards, Melinda. *Save the three little pigs!*. New York: Simon Spotlight/Nickelodeon, 2009.
- Selig, Josh. *Go, Wonder Pets!*. Simon Spotlight/Nickelodeon, 2008.
- Selig, Josh. *Join the circus*. New York: Simon Spotlight, 2008.
- Selig, Josh. *My family loves me!*. New York: Simon Spotlight/Nickelodeon, 2009.
- Selig, Josh. *The Wonder Pets save the dinosaur!*. New York: Simon Spotlight/Nick Jr., 2008.
- Selig, Josh, et al. *The Wonder Pets love you!*. New York: Simon Spotlight/Nick Jr., 2008.

## Eric Foner

- Foner, Eric. *A short history of Reconstruction, 1863-1877*. Harper & Row, 1990.
- Foner, Eric. *Our Lincoln: new perspectives on Lincoln and his world*. New York: W.W. Norton & Co., 2008.
- Foner, Eric. *Politics and ideology in the age of the Civil War*. New York: Oxford University Press, 1980.
- Foner, Eric. *Reconstruction: America's unfinished revolution, 1863-1877*. New York: Harper & Row, 1988.
- Foner, Eric. *The story of American freedom*. W.W. Norton, 1998.
- Foner, Eric. *Tom Paine and Revolutionary America*. New York: Oxford University Press, 1976.
- Foner, Eric. *Who owns history?*. Hill and Wang, 2002.
- Foner, Eric, 1943-. *A house divided: America in the age of Lincoln*. [Chicago?]: Chicago Historical Society; New York: Norton, 1990.

132 of 337

- Foner, Eric, 1943-. *Nothing but freedom: emancipation and its legacy*. Baton Rouge: Louisiana State University Press, 1983.
- Foner, Eric, 1943- author. *Gateway to freedom: the hidden history of the underground railroad*. New York: W.W. Norton & Company, 2015.
- Foner, Eric, 1943- compiler;Frank and Virginia Williams Collection of Lincolniana (Mississippi State University. Libraries). *Nat Turner*. Englewood Cliffs, N.J., Prentice-Hall, 1971.
- Foner, Eric, comp. *America's black past; a reader in Afro-American history*. New York, Harper & Row, 1970.
- Foner, Eric, et al. *America's Reconstruction: people and politics after the Civil War*. New York: HarperPerennial, 1995.
- Foner, Eric, et al. *Forever free: the story of emancipation and Reconstruction*. New York: Knopf, 2005.
- Foner, Eric, et al. *The Reader's companion to American history*. Boston: Houghton-Mifflin, 1991.

## Spanish missions in California

- Beebe, Rose Marie, et al. *Lands of promise and despair: chronicles of early California, 1535-1846*. Santa Clara, CA: Santa Clara University; Berkeley, CA: Heyday Books, 2001.
- Cook, Sherburne Friend, 1896-1974. *The population of the California Indians, 1769-1970*. Berkeley: University of California Press, 1976.
- Crump, Spencer. *California's Spanish missions: their yesterdays and todays*. Corona del Mar, Calif.: Trans-Anglo Books, 1975.
- Frost, O. W. (Orcutt William), 1926-. *Bering: the Russian discovery of America*. New Haven: Yale University Press, 2003.
- Kroeber, A. L. (Alfred Louis), 1876-1960. *Handbook of the Indians of California*. New York: Dover Publications, 1976.
- Levick, Melba. *The missions of California*. San Francisco: Chronicle Books, 1998.
- Lippy, Charles H. *Bibliography of religion in the South*. Macon, GA: Mercer, 1985.
- Margolin, Malcolm. *The Way we lived: California Indian stories, songs & reminiscences*. Berkeley, Ca.: Heyday Books; San Francisco, Ca.: California Historical Society, 1993.
- Newcomb, Rexford, 1886-1968. *The Franciscan mission architecture of Alta California*. New York: Dover Publications, 1973.
- Paddison, Joshua, 1974-. *A world transformed: firsthand accounts of California before the Gold Rush*. Berkeley, Calif.: Heyday Books, 1998.
- Rawls, James J. *Indians of California: the changing image*. Norman; London: University of Oklahoma Press, 1986.
- Rawls, James J, et al. *California: an interpretive history*. New York: McGraw-Hill, 1998.
- Robinson, W. W. (William Wilcox), 1891-. *Land in California: the story of mission lands, ranchos, squatters, mining claims, railroad grants, land scrip [and] homesteads*. Berkeley: Univ. of California Press, 1979.
- Thompson, Mark. *American character*. Arcade Pub., 2001.
- Wax, Marvin, et al. *Mystique of the missions;*. Palo Alto, Calif., American West Pub. Co, 1974.

## Presidency of Ronald Reagan

- Beschloss, Michael R. *Presidential courage: brave leaders and how they changed America, 1789-1989*. New York: Simon & Schuster, 2007.
- Brandt, Karl Gerard. *Ronald Reagan and the House Democrats: gridlock, partisanship, and the fiscal crisis*. Columbia: University of Missouri Press, 2009.
- Cannon, Lou. *President Reagan: the role of a lifetime*. New York: PublicAffairs, 2000.
- Cannon, Lou. *Ronald Reagan*. PublicAffairs, 2001.
- Crile, George. *Charlie Wilson's war: the extraordinary story of the largest covert operation in history*. New York: Atlantic Monthly Press, 2003.
- Diggins, John P. *Ronald Reagan: fate, freedom, and the making of history*. New York: W.W. Norton & Co., 2007.

133 of 337

- Kernek, Sterling J, et al. *Foreign policy in the Reagan presidency: nine intimate perspectives*. Lanham, Md.: University Press of America; [Charlottesville]: Miller Center, University of Virginia, 1993.
- Leffler, Melvyn P.. *For the soul of mankind*. Hill and Wang, 2007.
- Levy, Peter B.. *Encyclopedia of the Reagan-Bush years*. Greenwood Press, 1996.
- Matlock, Jack F. *Reagan and Gorbachev: how the Cold War ended*. New York: Random House, 2004.
- Reagan, Ronald. *An American life*. Pocket Books, 1990.
- Reeves, Richard, 1936-. *President Reagan: the triumph of imagination*. New York: Simon & Schuster, 2005.
- Shultz, George Pratt, 1920-. *Turmoil and triumph: my years as Secretary of State*. New York: Scribner's; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1993.
- Walsh, Kenneth T.. *Ronald Reagan*. Park Lane Press, 1997.
- Wilentz, Sean. *The age of Reagan*. Harper, 2008.

## Amor Prohibido

- Arrarás, María Celeste. *Selena's secret*. Simon & Schuster, 1997.
- Blumenthal, Howard J.. *The world music CD listener's guide*. New York: Billboard Books, 1998.
- Bogdanov, Vladimir, 1965-, et al. *All music guide: the definitive guide to popular music*. San Francisco: Backbeat Books/All Media Guide, 2001.
- Bruns, Roger A., 1941-. *Icons of Latino America: Latino contributions to American culture*. Westport, Conn.: Greenwood Press, 2008.
- Clarke, Donald, 1940-, et al. *The Penguin encyclopedia of popular music*. London, England; New York, N.Y., USA: Penguin Books, 1990.
- Moon, Tom. *1,000 recordings to hear before you die*. Workman Pub., 2008.
- Morales, Ed. *The Latin beat*. Da Capo, 2003.
- Márquez, Herón. *Latin sensations*. Minneapolis: Lerner Publications Co., 2001.
- Patoski, Joe Nick. *Selena*. Little Brown & Co (T), 1996.
- Richmond, Clint. *Selena!: the phenomenal life and tragic death of the Tejano music queen*. New York, N.Y.: Pocket Books, 1995.
- Robb, Jacqueline, 1964-. *Go, girl!: young women superstars of pop music*. Greensboro, N.C.: Avisson Press, 2000.
- San Miguel, Guadalupe, 1950-. *Tejano proud: Tex-Mex music in the twentieth century*. College Station: Texas A & M University Press, 2002.
- Shaw, Tucker. *The hookup artist*. New York: HarperCollins, 2005.
- Stavans, Ilan, et al. *Encyclopedia Latina: history, culture, and society in the United States*. Danbury, Conn.: Grolier Academic Reference, 2005.

## Social history of viruses

- Baker, R. (Robert). *Epidemic: the past, present and future of the diseases that made us*. London: Vision Paperbacks, 2007.
- Barry, John M.. *The Great Influenza*. Penguin Books, 2005.
- Crawford, Dorothy. *The Invisible Enemy*. Oxford University Press, USA, 2000.
- Dick, George, 1914-1997. *Immunisation*. London; Fort Lee, N.J.: Update Books, 1978.
- Glynn, Ian. *The life and death of smallpox*. Cambridge Univ. Press, 2004.
- Karlen, Arno. *Man and microbes: disease and plagues in history and modern times*. New York: Simon & Schuster, 1996.
- Kohn, George C. *Encyclopedia of plague and pestilence*. New York, N.Y.: Facts on File, 1995.
- Scott, Robert A.. *Miracle cures*. University of California Press, 2010.
- Stanford, Craig B. (Craig Britton), 1956-. *Planet without apes*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2012.
- Tucker, Jonathan B. *Scourge: the once and future threat of smallpox*. New York: Grove, 2001.
- Villarreal, Luis P. *Viruses and the evolution of life*. Washington, D.C.: ASM Press, 2005.
- Weeks, Benjamin S. *AIDS: the biological basis*. Sudbury, Mass.: Jones and Bartlett Publishers, 2010.

134 of 337

- Zimmer, Carl, 1966-. *A planet of viruses*. Chicago; London: University of Chicago Press, 2011.
- Zuckerman, Arie J. *Hepatitis viruses of man*. London; New York: Academic Press, 1979.
- Zuckerman, Arie J, et al. *Principles and practice of clinical virology*. Chichester; New York: Wiley, 1987.

## Presidency of George H. W. Bush

- Baker, James Addison, 1930-, et al. *The politics of diplomacy: revolution, war, and peace, 1989-1992*. New York: Putnam, 1995.
- Barilleaux, Ryan J. *Power and prudence: the presidency of George H.W. Bush*. College Station: Texas A & M University Press, 2004.
- Bush, George, 1924-, et al. *A world transformed*. New York: Knopf; Distributed by Random House, 1998.
- Congressional Quarterly, inc. *Congress and the Nation: a review of government and politics in the postwar years*. Washington, D.C: CQ Press, 1965.
- Duffy, Michael, 1958-, et al. *Marching in place: the status quo presidency of George Bush*. New York: Simon & Schuster, 1992.
- Gates, Robert Michael, 1943-. *From the shadows: the ultimate insider's story of five presidents and how they won the Cold War*. New York, NY: Simon & Schuster, 1996.
- Greene, John Robert. *The presidency of George Bush*. University Press of Kansas, 2000.
- Mann, Jim. *Rise of the Vulcans*. Viking, 2004.
- Mervin, David. *George Bush and the guardianship presidency*. St. Martin's Press, 1996.
- Naftali, Timothy J. *George H.W. Bush*. New York: Times Books, 2007.
- Podhoretz, John. *Hell of a ride: backstage at the White House follies, 1989-1993*. New York: Simon & Schuster, 1993.
- Powell, Colin L. *My American journey*. New York: Random House, 1995.
- Smith, Jean Edward. *George Bush's war*. New York: H. Holt, 1992.
- Wicker, Tom. *George Herbert Walker Bush*. New York: Lipper/Viking, 2004.
- Wilentz, Sean. *The age of Reagan*. Harper, 2008.

## Seth Godin

- Godin, Seth. *Free prize inside: the next big marketing idea*. New York: Portfolio, 2004.
- Godin, Seth. *If you're clueless about financial planning and want to know more*. Chicago: Dearborn Financial publishing, 1998.
- Godin, Seth. *If you're clueless about insurance and want to know more*. Chicago, IL: Dearborn Financial Pub., 1998.
- Godin, Seth. *If you're clueless about mutual funds and want to know more*. Chicago, IL: Dearborn Financial Pub., Inc., 1997.
- Godin, Seth. *If you're clueless about saving money and want to know more*. Chicago, Ill.: Dearborn Financial Pub., 1997.
- Godin, Seth. *Meatball sundae: is your marketing out of sync?*. New York: Portfolio, 2007.
- Godin, Seth. *Permission marketing: turning strangers into friends, and friends into customers*. New York: Simon & Schuster, 1999.
- Godin, Seth. *Point & click investor*. Chicago, Ill.: Dearborn Financial Pub., 1996.
- Godin, Seth. *Small is the new big*. Portfolio, 2006.
- Godin, Seth. *Survival is not enough*. Free Press, 2002.
- Godin, Seth. *The Smiley dictionary*. Berkeley, Calif.: Peachpit Press, 1993.
- Godin, Seth. *The Video renter's Bible*. New York: W.W. Norton, 1993.
- Godin, Seth. *You've got pictures!: AOL's guide to digital imaging*. Dulles, VA: AOL Press, 1998.
- Godin, Seth, et al. *Quick lit: plots, themes, characters, and sample essays for the most assigned books in English and literature courses--written by students for students*. New York: HarperCollins Publishers, 1992.
- Sparks, Bonnie. *If you're clueless about selling your house and want to know more*. Chicago: Dearborn, 1999.

## Something (Beatles song)

- Allison, Dale C., Jr., 1955-. *The love there that's sleeping: the art and spirituality of George Harrison*. New York: Continuum, 2006.
- Castleman, Harry. *All together now: the first complete Beatles discography: 1961-1975*. New York Ballantine Books, 1977.
- Clayson, Alan. *The little box of Beatles*. London: Sanctuary, 2003.
- Fine, Jason. *Harrison*. New York: Simon & Schuster, 2002.
- Hertsgaard, Mark, 1956-. *A day in the life: the music and artistry of the Beatles*. New York: Delacorte Press, 1995.
- Ingham, Chris, 1962-. *The rough guide to the Beatles*. London: Rough Guides, 2006.
- Lennon, John. *All we are saying*. St. Martin's Griffin, 2000.
- MacDonald, Ian, 1948-2003. *Revolution in the head: the Beatles' records and the sixties*. New York: H. Holt, 1994.
- Romanowski, Patricia, et al. *The New Rolling Stone encyclopedia of rock & roll*. New York: Fireside, 1995.
- Sawyers, June Skinner, 1957-. *Read the Beatles: classic and new writings on the Beatles, their legacy, and why they still matter*. New York: Penguin Books, 2006.
- Schaffner, Nicholas, 1953-. *The Beatles forever*. New York: McGraw-Hill, 1978.
- Simpson, Paul, 1961-. *The rough guide to Elvis*. London: Rough Guides; New York: Distributed by the Penguin Group, 2004.
- Sounes, Howard, 1965-. *Fab: an intimate life of Paul McCartney*. Cambridge, MA: Da Capo Press, 2010.
- Sullivan, Steve, 1954-. *Encyclopedia of great popular song recordings*. Lanham, Md.: Scarecrow Press, 2013.
- Tillery, Gary. *Working class mystic: a spiritual biography of George Harrison*. Wheaton, Ill.: Quest Books/Theosophical Pub. House, 2011.

## Richard Feynman

- Bashe, Charles J. *IBM's early computers*. Cambridge, Mass.: MIT Press, 1986.
- Bethe, Hans A. (Hans Albrecht), 1906-2005. *The road from Los Alamos*. New York, NY: American Institute of Physics, 1991.
- Dirac]., edited by Laurie M. Brown; [textes de R. P. Feynman et P. A. M.. *Feynman's thesis*. World Scientific, 2005.
- Feynman, Richard P. (Richard Phillips), 1918-1988. *Quantum mechanics and path integrals*. New York: McGraw-Hill, 1965.
- Feynman, Richard P. (Richard Phillips), 1918-1988. *The meaning of it all: thoughts of a citizen scientist*. Reading, Mass.: Perseus Books, 1998.
- Feynman, Richard Phillips. *Elementary particles and the laws of physics: the 1986 Dirac memorial lectures*. Cambridge; New York: Cambridge University Press, 1987.
- Feynman, Richard Phillips. *Feynman lectures on gravitation*. Reading, MA.: Addison-Wesley, 1995.
- Feynman, Richard Phillips. *Selected papers of Richard Feynman: with commentary*. River Edge, NJ: World Scientific, 2000.
- Feynman, Richard Phillips. *Statistical mechanics; a set of lectures*. Reading, Mass., W. A. Benjamin, 1972.
- Gribbin, John R.. *Richard Feynman*. Dutton, 1997.
- Milburn, G. J. (Gerard J.). *The Feynman processor: quantum entanglement and the computing revolution*. Reading, Mass.: Perseus Books, 1998.
- Peat, F. David, 1938-. *Infinite potential: the life and times of David Bohm*. Reading, Mass.: Addison Wesley, 1997.
- Schweber, S. S. (Silvan S.). *QED and the men who made it: Dyson, Feynman, Schwinger, and Tomonaga*. Princeton, N.J.: Princeton University Press, 1994.
- feynman, richard phillips. *No ordinary genius*. Norton, 1994.
- feynman, richard phillips. *The pleasure of finding things out*. Perseus Books, 1999.

## Albert Einstein

- Boyer, Paul S, et al. *The Oxford companion to United States history*. Oxford; New York: Oxford University Press, 2001.
- Brian, Denis, author. *Einstein: a life*. Wiley, 1996.
- Clark, Ronald William. *Einstein: the life and times*. New York: Avon Books, 1984.
- Einstein, Albert, 1879-1955. *Autobiographical notes*. La Salle; Chicago: Open Court Pub. Co., 1979.
- Einstein, Albert, 1879-1955, et al. *Ideas and opinions*. New York: Bonanza Books, 1954.
- Fölsing, Albrecht. *Albert Einstein*. Viking, 1997.
- Galison, Peter. *Einstein's clocks and Poincaré's maps*. W.W. Norton, 2003.
- Highfield, J. R. L.. *The private lives of Albert Einstein*. Faber, 1994.
- Hoffmann, Banesh, 1906-1986. *Albert Einstein, creator and rebel*. New York, Viking Press, 1972.
- Moore, Walter John. *Schrödinger, life and thought*. Cambridge University Press, 1989.
- Moring, Gary. *The complete idiot's guide to understanding Einstein*. Alpha Books, 2004.
- Pais, Abraham, 1918-. *Einstein lived here: essays for the layman*. Oxford: Clarendon Press; New York: Oxford University Press, 1994.
- Parker, Barry R. *Einstein's brainchild: relativity made relatively easy!*. Amherst, N.Y.: Prometheus Books, 2000.
- Schweber, Silvan S.. *Einstein and Oppenheimer*. Harvard University Press, 2008.
- Stone, A. Douglas, 1954-. *Einstein and the quantum: the quest of the valiant Swabian*. Princeton: Princeton University Press, 2013.

## James Laxer

- Evans, Gary, 1944-. *In the national interest: a chronicle of the National Film Board of Canada from 1949 to 1989*. Toronto; Buffalo: University of Toronto Press, 1991.
- Laxer, James. *Canada's energy crisis*. [Toronto]: J. Lorimer, 1975.
- Laxer, James. *Leap of faith: free trade and the future of Canada*. Edmonton: Hurtig, 1986.
- Laxer, James. *Oil and gas: Ottawa, the provinces, and the petroleum industry*. Toronto: J. Lorimer, 1983.
- Laxer, James. *The Liberal idea of Canada: Pierre Trudeau and the question of Canada's survival*. Toronto: J. Lorimer, 1977.
- Laxer, James. *The Perils of empire: America and its imperial predecessors*. Toronto: Viking Canada, 2008.
- Laxer, James. *The energy poker game; the politics of the continental resources deal*. Toronto, Chicago, New Press, 1970.
- Laxer, James, 1941-. *Canada's economic strategy*. Toronto, Ont.: McClelland and Stewart, 1981.
- Laxer, James, 1941-. *The border: Canada, the U.S. and dispatches from the 49th parallel*. Toronto: Doubleday Canada, 2003.
- Laxer, James, 1941-. *The undeclared war: class conflict in the age of cyber capitalism*. Toronto: Viking, 1998.
- MacDonald, Scott B, et al. *A history of credit & power in the western world*. New Brunswick, N.J.: Transaction Publishers, 2001.
- McAllister, James Alexander. *The government of Edward Schreyer: democratic socialism in Manitoba*. Kingston [Ont.]: McGill-Queen's University Press, 1984.
- None,. *The Big tough expensive job: Imperial Oil and the Canadian economy*. [Erin, Ont.]: Press Porcépic; Don Mills, Ont.: Distribution, Musson Book Co., 1976.
- Pitsula, James M., 1950-. *New world dawning: the sixties at Regina Campus*. Regina: University of Regina, Canadian Plains Research Center, 2008.
- Warnock, John W., 1933-. *Free trade and the new right agenda*. Vancouver: New Star Books, 1988.

## Adrienne Rich

- Rich, Adrienne. *Darkfields of the republic*. W. W. Norton & Company, 1995.
- Rich, Adrienne. *Tonight no poetry will serve*. W.W. Norton & Co., 2011.
- Rich, Adrienne. *Your Native Land, Your Life, Poems.*. W.W.Norton, 1986.
- Rich, Adrienne Cecile. *Collected early poems, 1950-1970*. W.W. Norton & Co., 1993.

- Rich, Adrienne Cecile. *Poems: selected and new, 1950-1974*. New York, Norton, 1974.
- Rich, Adrienne Cecile. *The fact of a doorframe: poems selected and new, 1950-1984*. New York: W.W. Norton, 1984.
- Rich, Adrienne Cecile. *The school among the ruins: poems, 2000-2004*. New York: W.W. Norton, 2004.
- Rich, Adrienne Cecile. *Time's power: poems 1985-1988*. New York: Norton, 1989.
- Rich, Adrienne, 1929-2012. *A wild patience has taken me this far: poems, 1978-1981*. New York: Norton, 1981.
- Rich, Adrienne, 1929-2012. *An atlas of the difficult world: poems, 1988-1991*. New York: W.W. Norton, 1991.
- Rich, Adrienne, 1929-2012. *Blood, bread, and poetry: selected prose, 1979-1985*. New York: Norton, 1986.
- Rich, Adrienne, 1929-2012. *Diving into the wreck; poems, 1971-1972*. New York, Norton, 1973.
- Rich, Adrienne, 1929-2012. *Midnight salvage: poems, 1995-1998*. New York: W.W. Norton, 1999.
- Rich, Adrienne, 1929-2012. *Telephone ringing in the labyrinth: poems, 2004-2006*. New York: W.W. Norton, 2007.
- Rich, Adrienne, 1929-2012. *The will to change; poems 1968-1970*. New York, Norton, 1971.

## Fidel Castro

- (Organization), Human Rights Watch. *Cuba's repressive machinery: human rights forty years after the revolution*. New York: Human Rights Watch, 1999.
- Balfour, Sebastian. *Castro*. Harlow, England; New York: Longman, 1995.
- Bohning, Don, 1933-. *The Castro obsession: U.S. covert operations against Cuba, 1959-1965*. Washington, D.C.: Potomac Books, 2005.
- Bourne, Peter G., 1939-. *Fidel: a biography of Fidel Castro*. New York: Dodd, Mead, 1986.
- Coltman, Leycester, et al. *The real Fidel Castro*. New Haven: Yale University Press, 2003.
- Draper, Theodore, 1912-2006. *Castroism, theory and practice*. New York, F.A. Praeger, 1965.
- Franqui, Carlos, 1921-2010. *Family portrait with Fidel: a memoir*. New York: Random House, 1984.
- Geyer, Georgie Anne, 1935-. *Guerrilla prince: the untold story of Fidel Castro*. Boston: Little, Brown, 1991.
- Gott, Richard, 1938-. *Cuba: a new history*. New Haven: Yale University Press, 2004.
- Mankiewicz, Frank, 1924-2014, et al. *With Fidel: a portrait of Castro and Cuba*. New York: Ballantine Books, 1976.
- Marcano, Cristina, 1960-. *Hugo Chávez: [the definitive biography of Venezuela's controversial president]*. New York: Random House, 2007.
- Quirk, Robert E. *Fidel Castro*. New York: Norton, 1993.
- Roman, Peter, 1941-. *People's power: Cuba's experience with representative government*. Lanham: Roman & Littlefield, 2003.
- Von Tunzelmann, Alex, 1977-. *Red heat: conspiracy, murder, and the Cold War in the Caribbean*. New York: Henry Holt and Co., 2011.
- Wilpert, Gregory. *Changing Venezuela by taking power: the history and policies of the Chavez government*. London; New York: Verso, 2007.

## Henry VIII

- Ashley, Michael. *A brief history of British kings & queens: [British royal history from Alfred the Great to the present]*. New York: Carroll & Graf Publishers, 2002.
- Bernard, G. W.. *Anne Boleyn*. Yale University Press, 2010.
- Farquhar, Michael. *A treasury of royal scandals: the shocking true stories of history's wickedest, weirdest, most wanton kings, queens, tsars, popes, and emperors*. New York, N.Y.: Penguin Books, 2001.
- Graves, Michael A. R.. *Henry VIII*. Pearson Longman, 2003.
- Hart, Kelly (Kelly Ann). *The mistresses of Henry VIII*. Stroud: History Press, 2009.
- Lehmberg, Stanford E. *The Reformation parliament 1529-1536*. Cambridge [Eng.]: University Press, 1970.

138 of 337

- Loades, D. M. *Henry VIII: court, church and conflict*. Kew: National Archives, 2009.
- Meyer, G. J.. *The Tudors*. Delacorte Press, 2010.
- Morris, T. A. (Terence Alan), 1949-. *Tudor government*. London; New York: Routledge, 1999.
- Ridley, Jasper Godwin. *Henry VIII*. New York, N.Y.: Viking, 1985.
- Scarisbrick, J. J. *Henry VIII*. Berkeley; Los Angeles: University of California Press, 1968.
- Smith, Lacey Baldwin, 1922-. *Henry VIII, the mask of royalty*. Chicago: Academy Chicago, 1982.
- Weir, Alison. *The Six Wives of Henry VIII*. Grove Press, 2000.
- Weir, Alison, 1951-. *The children of Henry VIII*. New York: Ballantine Books, 1996.
- Williams, Neville, 1924-. *Henry VIII and his court*. New York, Macmillan, 1971.

## Cultural impact of the Beatles

- Friede, Goldie et al. *The Beatles A to Z*. New York: Methuen, 1980.
- George-Warren, Holly, et al. *The Rolling stone encyclopedia of rock & roll*. New York: Fireside, 2001.
- Goldberg, Philip. *American Veda*. Harmony Books, 2010.
- Harrington, Joe S. *Sonic cool: the life & death of rock 'n' roll*. Milwaukee, WI: Hal Leonard Corp., 2002.
- Holmes, Thom, et al. *Electronic and experimental music: technology, music, and culture*. New York: Routledge, 2012.
- MacDonald, Ian, 1948-2003. *Revolution in the head: the Beatles' records and the sixties*. Chicago, Ill: Chicago Review Press, 2007.
- Macan, Edward, 1961-. *Rocking the classics: English progressive rock and the counterculture*. New York: Oxford University Press, 1997.
- Miles, Barry. *Paul McCartney*. H. Holt, 1998.
- Norman, Philip, 1943-. *John Lennon: the life*. New York: Ecco, 2009.
- Prendergast, Mark J. *The ambient century: from Mahler to Moby: the evolution of sound in the electronic age*. New York: Bloomsbury, 2003.
- Schaffner, Nicholas, 1953-. *The Beatles forever*. New York: McGraw-Hill, 1978.
- Schinder, Scott. *Icons of rock: an encyclopedia of the legends who changed music forever*. Westport, Conn.: Greenwood Press, 2008.
- Spitz, Bob. *The Beatles: the biography*. New York: Little, Brown, 2005.
- Wiener, Jon. *Come together: John Lennon in his time*. Urbana: University of Illinois Press, 1991.

## United States House of Representatives

- Barone, Michael, et al. *The almanac of American politics, 2006: the senators, the representatives, and the governors: their records and election results, their states and districts*. Washington, D.C.: National Journal, 2005.
- Barry, John M.. *The ambition and the power*. Viking, 1989.
- Dierenfield, Bruce J., 1951-. *Keeper of the rules: Congressman Howard W. Smith of Virginia*. Charlottesville: University Press of Virginia, 1987.
- Farrell, John A. (John Aloysius). *Tip O'Neill and the Democratic century*. Boston: Little, Brown, 2001.
- Jacobs, John, 1950-2000. *A rage for justice: the passion and politics of Phillip Burton*. Berkeley: University of California Press, 1995.
- Jacobson, Gary C. *The electoral origins of divided government: competition in U.S. House elections, 1946-1988*. Boulder: Westview Press, 1990.
- MacNeil, Neil, 1923-2008. *Forge of democracy: the House of Representatives*. New York, D. McKay, 1963.
- Peters, Ronald M. *The American speakership: the office in historical perspective*. Baltimore: Johns Hopkins University Press, 1997.
- Polsby, Nelson W.. *How Congress evolves*. Oxford University Press, 2004.
- Price, David Eugene. *The congressional experience: a view from the hill*. Boulder: Westview Press, 1992.
- Remini, Robert Vincent, 1921-, et al. *The House: the history of the House of Representatives*. New York: Smithsonian Books in association with HarperCollins, 2006.

- Sinclair, Barbara, 1940-. _Legislators, leaders, and lawmaking: the U.S. House of Representatives in the postreform era_. Baltimore: Johns Hopkins University Press, 1995.
- Sinclair, Barbara, 1940- cn. _Majority leadership in the U.S. House_. Baltimore: Johns Hopkins University Press, 1983.
- Steinberg, Alfred, 1917- . cn. _Sam Rayburn: a biography_. New York: Hawthorn Books, 1975.
- Zelizer, Julian E. _The American Congress: the building of democracy_. Boston: Houghton Mifflin Company, 2004.

## D. James Kennedy

- Chandler, E. Russell. _The Kennedy explosion; the story of Dr. D. James Kennedy ..._ Elgin, Ill., D. C. Cook Pub. Co, 1972.
- Kennedy, D. James (Dennis James), 1930-, et al. _Evangelism explosion: equipping churches for friendship, evangelism, discipleship, and healthy growth_. Wheaton, Ill.: Tyndale House Publishers, 1996.
- Kennedy, D. James (Dennis James), 1930-2007. _How would Jesus vote?: a Christian perspective on the issues_. Colorado Springs, Colo.: WaterBrook Press, 2008.
- Kennedy, D. James (Dennis James), 1930-2007. _Knowing the whole truth: basic christianity and what it means in your life_. Old Tappan, N.J.: F.H. Revell Co., 1985.
- Kennedy, D. James (Dennis James), 1930-2007. _Learning to live with the people you love_. Springdale, PA: Whitaker House, 1987.
- Kennedy, D. James (Dennis James), 1930-2007. _Lord of all: developing a Christian world-and-life view_. Wheaton, Ill.: Crossway Books, 2005.
- Kennedy, D. James (Dennis James), 1930-2007. _Solving Bible mysteries: unraveling the perplexing and troubling passages of scripture_. Nashville: T. Nelson, 2000.
- Kennedy, D. James (Dennis James), 1930-2007. _The presence of a hidden God: evidence for the God of the Bible_. Colorado Springs, Colo.: Multnomah Books, 2008.
- Kennedy, D. James (Dennis James), 1930-2007. _What's wrong with same-sex marriage?_. Wheaton, Ill.: Crossway Books, 2004.
- Kennedy, D. James (Dennis James), 1930-2007. _Why the Ten commandments matter_. New York: Warner Faith, 2005.
- Kennedy, D. James (Dennis James), 1930-2007. _Your prodigal child_. Nashville: T. Nelson, 1988.
- Kennedy, D. James (Dennis James), 1930-2007, et al. _Character & destiny: a nation in search of its soul_. Grand Rapids, Mich.: Zondervan, 1994.
- Kennedy, D. James (Dennis James), 1930-2007, et al. _Turn it to gold_. Ann Arbor, Mich.: Vine Books, 1991.
- Kennedy, D. James (Dennis James), 1930-2007, et al. _What if the Bible had never been written?_. Nashville: T. Nelson, 1998.
- Kennedy, D. James (Dennis James), 1930-2007, et al. _Who is this Jesus, is he risen?_ Fort Lauderdale, FL: Coral Ridge Ministries, 2002.

## Napoleon

- Alder, Ken. _The measure of all things: the seven-year odyssey and hidden error that transformed the world_. New York: Free Press, 2002.
- Archer, Christon I., et al. _World History of Warfare (Tactics & Strategies)_. University of Nebraska Press, 2002.
- Astarita, Tommaso. _Between salt water and holy water: a history of Southern Italy_. New York: W.W. Norton & Company, 2005.
- Bell, David A.. _The First Total War_. Houghton Mifflin, 2007.
- Bordes, Philippe, 1949-. _Jacques-Louis David: empire to exile_. New Haven, Connecticut: Yale University Press; Williamstown, Mass.: Sterling and Francine Clark Art Institute, 2005.
- Chandler, David G. _Napoleon_. New York: Saturday Review Press, 1973.
- Chandler, David G.. _The Campaigns of Napoleon_. Weidenfeld and Nicolson, 1966.
- Connelly, Owen. _Blundering to glory_. Rowman & Littlefield, 2006.

- Cordingly, David. _The Billy Ruffian: the Bellerophon and the downfall of Napoleon: the biography of a ship of the line, 1782-1836_. New York: Bloomsbury, 2003.
- Dwyer, Philip G. _Napoleon: the path to power_. New Haven [Conn.]: Yale University Press, 2008.
- Esdaile, Charles J.. _The Peninsular War_. Palgrave MacMillan, 2003.
- Hall, Stephen S.. _Size Matters_. Houghton Mifflin, 2006.
- Lefebvre, Georges, 1874-1959. _Napoleon, from 18 Brumaire to Tilsit, 1799-1807_. New York, Columbia University Press, 1969.
- Nicholls, David, 1949-. _Napoleon: a biographical companion_. Santa Barbara, CA: ABC-CLIO, 1999.
- Schom, Alan. _Napoleon Bonaparte_. HarperCollins, 1997.

## Diana, Princess of Wales

- Bradford, Sarah, 1938-. _Diana_. New York: Viking, 2006.
- Brandreth, Gyles Daubeney, 1948-. _Charles & Camilla: portrait of a love affair_. London: Arrow Books, 2006.
- Brown, Tina. _The Diana chronicles_. Doubleday, 2007.
- Burrell, Paul, 1958-. _The way we were: remembering Diana_. New York: William Morrow, 2006.
- Dimbleby, Jonathan. _The Prince of Wales: a biography_. New York: W. Morrow, 1994.
- Gage, Simon. _Queer_. Thunder's Mouth Press, 2002.
- Graham, Tim, 1948-, et al. _Diana, Princess of Wales: a tribute_. New York, N.Y.: Welcome Rain; Princeton, N.J.: Distributed in the United States by Benford Books, 1997.
- Jephson, P. D. _Shadows of a princess: Diana, Princess of Wales: an intimate account by her private secretary_. New York: HarperCollins Publishers, 2000.
- Kear, Adrian, 1970-, et al. _Mourning Diana: nation, culture, and the performance of grief_. London; New York: Routledge, 1999.
- Mattern, Joanne, 1963-. _Princess Diana_. New York: DK Pub., 2006.
- Morton, Andrew, 1953-. _Diana: her true story-- in her own words_. New York: Simon & Schuster, 1997.
- Morton, Andrew, 1953-. _Diana, in pursuit of love_. London: Michael O'Mara Books, 2004.
- Smith, Sally Bedell, 1948-. _Diana in search of herself: portrait of a troubled princess_. New York: New American Library, 2000.
- Smith, Sally Bedell, 1948-. _Diana in search of herself: portrait of a troubled princess_. New York: Times Books, 1999.
- Turnock, Robert. _Interpreting Diana: television audiences and the death of a princess_. London: British Film Institute, 2000.

## 1992 United States presidential election

- Alexander, Herbert E. _Financing the 1992 election_. Armonk, N.Y.: M.E. Sharpe, 1995.
- Barlett, Donald L, et al. _America: what went wrong?_. Kansas City: Andrews and McMeel, 1992.
- Cramer, Richard Ben. _What it takes: the way to the White House_. New York: Random House, 1992.
- Dionne, E. J. _Why Americans hate politics_. New York: Simon & Schuster, 1991.
- Duffy, Michael, 1958-, et al. _Marching in place: the status quo presidency of George Bush_. New York: Simon & Schuster, 1992.
- Edsall, Thomas Byrne. _Chain reaction_. W.W.Norton, 1992.
- Ehrenhalt, Alan, 1947-. _The United States of ambition: politicians, power, and the pursuit of office_. New York: Times Books, 1992.
- Germond, Jack, et al. _Mad as hell: revolt at the ballot box, 1992_. New York, NY: Warner Books, 1993.
- Jamieson, Kathleen Hall, 1946-.... aut. _Dirty politics: deception, distraction and democracy_. New York; Oxford: Oxford University press, 1992.
- Perot, H. Ross, 1930-. _United we stand: how we can take back our country_. New York: Hyperion, 1992.
- Phillips, Kevin P. _The politics of rich and poor: wealth and the American electorate in the Reagan aftermath_. New York, N.Y.: HarperPerennial, 1991.
- Rosenstiel, Tom. _Strange bedfellows_. Hyperion, 1993.
- Sabato, Larry J.. _Feeding frenzy_. Free Press, 1991.

141 of 337

- Will, George F. *Restoration: Congress, term limits and the recovery of deliberative democracy*. New York, NY: Free Press [u.a.], 1993.

## History of California before 1900

- Anderson, Kat, 1955-. *Tending the wild: Native American knowledge and the management of California's natural resources*. Berkeley: University of California Press, 2005.
- Brands, H. W. *The age of gold: the California Gold Rush and the new American dream*. New York: Doubleday, 2002.
- Chartkoff, Joseph L, et al. *The archaeology of California*. Stanford, Calif.: Stanford University Press, 1984.
- Dillon, Richard H. *Siskiyou Trail: the Hudson's Bay Company route to California*. New York: McGraw-Hill, 1975.
- Fagan, Brian M. *Before California: an archaeologist looks at our earliest inhabitants*. Lanham, MD: Rowman & Littlefield, 2003.
- Levick, Melba. *The missions of California*. San Francisco: Chronicle Books, 1998.
- Moratto, Michael J. *California archaeology*. Orlando; London: Academic, 1984.
- Pitt, Leonard. *The decline of the Californios; a social history of the Spanish-speaking Californians, 1846-1890*. Berkeley, University of California Press, 1966.
- Rawls, James J, et al. *California: an interpretive history*. New York: McGraw-Hill, 1998.
- Rolle, Andrew F. *California: a history*. Wheeling, Ill.: Harlan Davidson, 1998.
- Starr, Kevin. *Americans and the California dream, 1850-1915*. New York: Oxford University Press, 1986.
- Starr, Kevin. *California: a history*. New York: Modern Library, 2005.
- Utley, Robert Marshall. *A life wild and perilous*. Henry Holt and Co., 1997.
- Williams, R. Hal (Richard Hal). *The Democratic Party and California politics, 1880-1896*. Stanford, Calif.: Stanford University Press, 1973.

## Naval battles of the American Revolutionary War

- Davis, Burke, 1913-2006. *The campaign that won America; the story of Yorktown*. New York, Dial Press, 1970.
- Duncan, Roger F.. *Coastal Maine*. W. W. Norton, 1992.
- Howarth, Stephen. *To shining sea*. University of Oklahoma Press, 1999.
- Ketchum, Richard M., 1922-. *Decisive day: the Battle for Bunker Hill*. New York: Henry Holt and Co., 1999.
- Larrabee, Harold A. (Harold Atkins), 1894-1979. *Decision at the Chesapeake*. New York, C.N. Potter, 1964.
- Leamon, James S. *Revolution downeast: the war for American independence in Maine*. Amherst: University of Massachusetts Press, 1993.
- Lockhart, Paul Douglas, 1963-. *The drillmaster of Valley Forge: the Baron de Steuben and the making of the American Army*. [Washington, D.C.]: Smithsonian Books; New York, NY: Collins, 2008.
- Miller, Nathan, 1927-. *The U.S. Navy: a history*. Annapolis, Md.: Naval Institute Press, 1997.
- Miller, Nathan, 1927-2004. *Sea of glory; the Continental Navy fights for independence, 1775-1783*. New York, D. McKay Co, 1974.
- Morrill, Dan L. *Southern campaigns of the American Revolution*. Baltimore, Md: Nautical & Aviation Pub. Co. of America, 1993.
- Nelson, James L. *George Washington's secret navy: how the American revolution went to sea*. New York: McGraw-Hill, 2008.
- Nelson, Paul David, 1941-. *Anthony Wayne, soldier of the early republic*. Bloomington: Indiana University Press, 1985.
- Schaeper, Thomas J. *Edward Bancroft: scientist, author, spy*. New Haven: Yale University Press, 2011.
- Sweetman, Jack, 1940-. *American naval history: an illustrated chronology of the U.S. Navy and Marine Corps, 1775-present*. Annapolis, Md.: Naval Institute Press, 2002.
- Ward, Christopher, 1868-1943. *The War of the Revolution;*. New York, Macmillan, 1952.

## Military history of Canada

- Bourne, Kenneth. cn. *Britain and the balance of power in North America, 1815-1908*. Berkeley, University of California Press, 1967.
- Cohen, Andrew, 1955-. *Lester B. Pearson*. Toronto: Penguin, 2008.
- Cook, Tim, 1971-. *Warlords: Borden, Mackenzie King, and Canada's world wars*. Toronto: Allen Lane, 2012.
- Crump, Jennifer. *Canada Under Attack*. Toronto: Dundurn Press, 2010.
- Douglas, W. A. B. (William Alexander Binney), 1929-. *Out of the shadows: Canada in the Second World War*. Toronto: Dundurn Press, 1995.
- Filey, Mike. *More Toronto sketches: "the way we were"*. Toronto: Dundurn Press, 1993.
- Josephy, Alvin M., 1915-. *The Indian heritage of America*. Boston: Houghton Mifflin, 1991.
- Laxer, James. *The Liberal idea of Canada: Pierre Trudeau and the question of Canada's survival*. Toronto: J. Lorimer, 1977.
- Morin, Jean (Jean H). *Operation Friction, 1990-1991*. Toronto: Dundurn Press, 1997.
- Morton, Desmond. *Canada and war: a military and political history*. Toronto: Butterworths, 1981.
- Murray, Douglas J, et al. *The defense policies of nations: a comparative study*. Baltimore: Johns Hopkins University Press, 1994.
- Petrou, Michael, 1974-. *Renegades: Canadians in the Spanish Civil War*. Vancouver [B.C.]: UBC Press, 2008.
- Peyser, Joseph L., 1925-. *Jacques Legardeur de Saint-Pierre: officer, gentleman, entrepreneur*. East Lansing: Michigan State University Press, 1996.
- Riordon, Michael, 1944-. *An unauthorized biography of the world: oral history on the front lines*. Toronto: Between the Lines, 2004.
- Starkey, Armstrong. *European and Native American warfare, 1675-1815*. Norman: University of Oklahoma Press, 1998.

## China–United States relations

- Chang, Gordon H. *Friends and enemies: the United States, China, and the Soviet Union, 1948-1972*. Stanford, Calif.: Stanford University Press, 1990.
- Cohen, Warren I. *America's response to China: a history of Sino-American relations*. New York: Columbia University Press, 2010.
- Dulles, Foster Rhea, 1900-1970. *China and America; the story of their relations since 1784*. Princeton, N.J., Princeton University Press, 1946.
- Dulles, Foster Rhea, 1900-1970. cn. *American policy toward Communist China, 1949-1969*. New York, Crowell, 1972.
- Fairbank, John King, 1907-1991. *The United States and China (Fourth Edition)*. Cambridge, Mass.: Harvard University Press, 1979.
- Foot, Rosemary. *The practice of power*. Clarendon Press, 1995.
- Garver, John W. *Foreign relations of the People's Republic of China*. Englewood Cliffs, N.J.: Prentice Hall, 1992.
- Hilsman, Roger. cn. *To move a nation; the politics of foreign policy in the administration of John F. Kennedy*. Garden City, N.Y., Doubleday, 1967.
- MacMillan, Margaret, 1943-. *Nixon and Mao: the week that changed the world*. New York: Random House, 2007.
- May, Ernest R. *The Truman administration and China, 1945-1949*. Philadelphia: Lippincott, 1975.
- Ropp, Paul S., 1944-, et al. *Heritage of China: contemporary perspectives on Chinese civilization*. Berkeley: University of California Press, 1990.
- Suettinger, Robert. *Beyond Tiananmen: the politics of U.S.-China relations, 1989-2000*. Washington, D.C.: Brookings Institution Press, 2003.
- Vance, Cyrus R. (Cyrus Roberts), 1917-2002. *Hard choices: critical years in America's foreign policy*. New York: Simon and Schuster, 1983.
- Yim, Kwan Ha. *China & the U.S., 1955-63*. New York, Facts on File, 1973.

- Yim, Kwan Ha. *China & the U.S., 1964-72*. New York: Facts on File, 1975.

## Greeks

- Bryce, Trevor, 1940-. *The Trojans and their neighbours*. Milton Park, Abingdon; New York, NY: Routledge, 2006.
- Budin, Stephanie Lynn. *The ancient Greeks: an introduction*. Oxford; New York: Oxford University Press, 2009.
- Chadwick, John. *The Mycenaean world*. Cambridge University Press, 1976.
- Hall, Jonathan M. *Ethnic identity in Greek antiquity*. Cambridge; New York: Cambridge University Press, 2000.
- Holden, David. *Greece without columns; the making of the modern Greeks*. London, Faber and Faber, 1972.
- Koliopoulos, Giannēs. *Greece: the modern sequel: from 1831 to the present*. New York: New York University Press, 2002.
- MacKendrick, Paul Lachlan, 1914-1998. *The Greek stones speak: the story of archaeology in Greek lands*. New York: Norton, 1981.
- Mango, Cyril A. *The Art of the Byzantine Empire 312-1453: sources and documents*. Toronto; London: University of Toronto Press in association with the Medieval Academy of America, 1986.
- Mazower, Mark. *The Balkans: a short history*. New York: Modern Library, 2000.
- Mylonas, George E. (George Emmanuel), 1898-1988. *Mycenae and the Mycenaean Age*. Princeton, N.J.: Princeton University Press, 1966.
- Pollitt, J. J. (Jerome Jordan), 1934-. *Art and experience in classical Greece*. Cambridge [Eng.] Cambridge University Press, 1972.
- Runciman, Steven, Sir, 1903-. *The last Byzantine renaissance. --*. Cambridge [Eng.]: University Press, 1970.
- Toynbee, Arnold Joseph, 1889-1975. *The Greeks and their heritages*. Oxford; New York: Oxford University Press, 1981.
- Vryonis, Speros, 1928-. *The mechanism of catastrophe: the Turkish pogrom of September 6-7, 1955, and the destruction of the Greek community of Istanbul*. New York, N.Y.: greekworks.com, 2005.
- Wood, Michael, 1948-. *In the footsteps of Alexander the Great: a journey from Greece to Asia*. Berkeley: University of California Press, 2001.

## History of India

- Art, Los Angeles County Museum of, et al. *Indian sculpture: a catalogue of the Los Angeles County Museum of Art collection*. Los Angeles, Calif.: Los Angeles County Museum of Art in association with University of California Press, Berkeley, 1986.
- Collingham, E. M. (Elizabeth M.). *Curry: a tale of cooks and conquerors*. Oxford; New York: Oxford University Press, 2006.
- Daniélou, Alain. *A brief history of India*. Inner Traditions, 2003.
- Devi, Ragini. *Dance dialects of India*. Delhi: Motilal Banarsidass, 1990.
- Frumkin, Grégoire. *Archaeology in Soviet Central Asia. --*. Leiden: Brill, 1970.
- Groslier, Bernard Philippe. 2n. *The art of Indochina, including Thailand, Vietnam, Laos and Cambodia*. New York, Crown Publishers, 1962.
- Heitzman, James, 1950-2008. *The city in South Asia*. London; New York: Routledge, 2008.
- James, Lawrence, 1943-. *Raj: the making and unmaking of British India*. New York: St. Martin's Press, 1998.
- Keay, John. *India: a history*. New York: Atlantic Monthly Press, 2000.
- Mackenzie, Lynn. *Non-Western art: a brief guide*. Englewood Cliffs, N.J.: Prentice Hall, 1995.
- Mascaró, Juan. *The Upanishads*. Baltimore, Penguin Books, 1965.
- Rothermund, Dietmar. *An economic history of India*. Routledge, 1993.
- Sen, Amartya, 1933-. *Poverty and famines: an essay on entitlement and deprivation*. Oxford: Clarendon Press; New York: Oxford University Press, 1981.

- Tomlinson, B. R. *The political economy of the Raj, 1914-1947: the economics of decolonization in India*. London: Macmillan Press, 1979.
- Wolpert, Stanley A., 1927-. *A new history of India*. New York; Oxford: Oxford University Press, 2004.

## Ideology of the SS

- Allen, Michael Thad. *The business of genocide*. University of North Carolina Press, 2002.
- Bracher, Karl Dietrich, 1922-. *The German dictatorship; the origins, structure, and effects of national socialism*. New York, Praeger Publishers, 1970.
- Breitman, Richard. *The architect of genocide*. Knopf; 1st edition, 1991.
- Burleigh, Michael, 1955-. *The Third Reich: a new history*. London: Macmillan; New York: Hill and Wang, 2000.
- Burleigh, Michael, et al. *The racial state: Germany 1933-1945*. Cambridge [England]; New York: Cambridge University Press, 1991.
- Ehrenreich, Eric. *The Nazi ancestral proof*. Indiana University Press, 2007.
- Gilbert, Martin, 1936-2015. *The Holocaust: a history of the Jews of Europe during the Second World War*. New York: Holt, Rinehart, and Winston, 1986.
- Hilberg, Raul, 1926-. *The destruction of the European Jews*. New York: Holmes & Meier, 1985.
- Kitchen, Martin, author. *Nazi Germany at War*. London; New York: Longman, 1995.
- Lifton, Robert Jay, 1926-. *The Nazi doctors: medical killing and the psychology of genocide*. New York: Basic Books, 1986.
- MacDonogh, Giles. *After the Reich*. Basic Books, 2007.
- Proctor, Robert, 1954-, et al. *Racial hygiene: medicine under the Nazis*. Cambridge, Mass.: Harvard University Press, 1988.
- Rempel, Gerhard. *Hitler's children: the Hitler Youth and the SS*. Chapel Hill: University of North Carolina Press, 1989.
- Sofsky, Wolfgang. *The order of terror: the concentration camp*. Princeton, N.J.: Princeton University Press, 1997.
- Stein, George H., 1934-. *The Waffen SS: Hitler's elite guard at war, 1939-1945*. Ithaca, N.Y.: Cornell University Press, 1984.

## All Summer Long (album)

- Badman, Keith. *The Beach Boys: the definitive diary of America's greatest band, on stage and in the studio*. San Francisco, Calif.: Backbeat Books, 2004.
- Carlin, Peter Ames. *Catch a wave: the rise, fall & redemption of the Beach Boys' Brian Wilson*. [Emmaus, Pa.]: Rodale: Distributed to the trade by Holtzbrinck Publishers, 2006.
- Covach, John Rudolph. *What's that sound?: an introduction to rock and its history*. New York: W. W. Norton & Company, 2015.
- Dillon, Mark, 1969-. *Fifty sides of the Beach Boys: the songs that tell their story*. Toronto, Ont.: ECW Press, 2012.
- Gaines, Steven S. *Heroes and villains: the true story of the Beach Boys*. New York, N.Y.: New American Library, 1986.
- Leaf, David. *The Beach Boys and the California myth*. New York: Grosset & Dunlap, 1978.
- Love, Mike, 1941- author. *Good vibrations: my life as a Beach Boy*. Farmington Hills, Mich: Thorndike Press, a part of Gale, Cengage Learning, 2016.
- Sanchez, Luis A. *Smile*. New York: Bloomsbury Academic, 2014.
- Starr, Larry. *American popular music: from minstrelsy to MP3*. New York: Oxford University Press, 2007.
- Stebbins, Jon. *Dennis Wilson: the real Beach Boy*. Toronto, Ont.: ECW Press, 2000.
- Tobler, John. *100 great albums of the sixties*. Woodstock, N.Y.: Overlook Press, 1994.
- White, Timothy, 1952-2002. *The nearest faraway place: Brian Wilson, the Beach Boys, and the Southern Californian experience*. London: Macmillan, 1996.
- Wilson, Brian, 1942- author. *I am Brian Wilson: a memoir*. Boston, MA: Da Capo Press, 2016.
- Wilson, Brian, 1942-, et al. *Wouldn't it be nice: my own story*. New York, NY: HarperCollins, 1991.

## Burning the Books

- Bryce, Trevor, 1940-. *Life and society in the Hittite world*. Oxford; New York: Oxford University Press, 2004.
- Carpenter, Humphrey. *The seven lives of John Murray: the story of a publishing dynasty, 1768-2002*. London: John Murray, 2008.
- Casson, Lionel. *Libraries in the Ancient World*. Yale University Press, 2002.
- Conaway, James, et al. *America's library: the story of the Library of Congress, 1800-2000*. New Haven [Conn.]: Yale University Press in association with the Library of Congress, 2000.
- Duffy, Eamon. *The stripping of the altars*. Yale University Press, 1992.
- Harris, P. R.. *A history of the British Museum library, 1753-1973*. British Library, 1998.
- Knuth, Rebecca, 1949-. *Libricide: the regime-sponsored destruction of books and libraries in the twentieth century*. Westport, Conn.: Praeger, 2003.
- Lipstadt, Deborah E.. *Denying the Holocaust*. Free Press, 1993.
- Makiya, Kanan. *Republic of fear*. University of California Press, 1998.
- Meehan, Aidan. *The Book of Kells painting book*. New York, N.Y.: Thames & Hudson, 1999.
- Motion, Andrew, 1952-. *Philip Larkin: a writer's life*. London: Faber and Faber, 1993.
- Orwell, George, 1903-1950, author. *Nineteen eighty-four*. London: Penguin, 2003.
- Peterson, William S. *The Kelmscott Press: a history of William Morris's typographical adventure*. Oxford [Eng.]: Clarendon Press; New York: Oxford University Press, 1991.
- Plath, Sylvia. *The journals of Sylvia Plath*. Ballantine Books, 1983.
- Tripp, Charles. *A history of Iraq*. Cambridge: Cambridge University Press, 2000.

## Jacques Villeneuve

- Camus, Martine. *La saga Villeneuve: une dynastie québécoise en F1*. [Saint-Laurent, Québec]: Édition du Club Québec loisir, 2007.
- Collings, Timothy, 1952-. *The Daily Telegraph Formula One years: the ultimate season-by-season celebration of Grand Prix racing*. London: Carlton, 2011.
- Collings, Timothy, 1952-. *The new Villeneuve: a life of Jacques Villeneuve*. Osceola, WI: Motorbooks International Publishers & Wholesalers, 1997.
- DK Publishing, Inc, et al. *1998 Formula One yearbook: chronicle of the Grand Prix year*. New York: DK Pub., 1998.
- Lecours, Pierre. *Gilles et Jacques: les Villeneuve et moi*. Montréal: Stanké, 1998.
- Sparling, Ken, 1959-. *Jacques Villeneuve*. Toronto; Los Angeles: Warwick Pub., 1999.
- Villeneuve, Jacques. *Villeneuve: my first season in Formula 1*. London: CollinsWillow, 1996.

## Representations of Gullah culture in art and media

- Branch, Muriel Miller. *The water brought us: the story of the Gullah-speaking people*. New York: Cobblehill Books/Dutton, 1995.
- Carney, Judith Ann. *Black rice: the African origins of rice cultivation in the Americas*. Cambridge, Mass.: Harvard University Press, 2001.
- Conroy, Pat. *The water is wide*. Boston, Houghton Mifflin Co, 1972.
- Graham, Lorenz B. *How God fix Jonah*. Honesdale, Pa.: Boyds Mills Press, 2000.
- Jones-Jackson, Patricia. *When roots die: endangered traditions on the Sea Islands*. Athens: University of Georgia Press, 1987.
- Joyner, Charles W. *Down by the riverside: a South Carolina slave community*. Urbana: University of Illinois Press, 1984.
- Kiser, Clyde Vernon, 1904-. *Sea island to city; a study of St. Helena Islanders in Harlem and other urban centers*. New York, Atheneum, 1969.
- Krull, Kathleen, et al. *Bridges to change: how kids live on a South Carolina Sea Island*. New York: Lodestar Books, 1995.
- McFeely, William S. *Sapelo's people: a long walk into freedom*. New York: W.W. Norton, 1994.
- Raven, Margot Theis. *Circle unbroken*. Farrar, Straus and Giroux, 2004.

- Robinson, Sallie Ann, et al. *Cooking the Gullah way, morning, noon, and night*. Chapel Hill: University of North Carolina Press, 2007.
- Siddons, Anne Rivers. *Low country: a novel*. New York: HarperCollinsPublishers, 1998.
- Siegelson, Kim L, et al. *The terrible, wonderful tellin' at Hog Hammock*. New York: HarperCollins, 1996.
- Siegelson, Kim L.. *Dancing the ring shout!*. Jump at the Sun, Hyperion Books for Children, 2003.
- Smith, Julia Floyd, 1914-. *Slavery and rice culture in low country Georgia, 1750-1860*. Knoxville: University of Tennessee Press, 1985.

## Foreign policy of the Theodore Roosevelt administration

- Beale, Howard K. (Howard Kennedy), 1899-1959. *Theodore Roosevelt and the rise of America to world power*. Baltimore, Johns Hopkins Press, 1956.
- Brands, H. W.. *T. R.*. Basic Books, 1997.
- Cheng, Lucie. cn, et al. *Labor immigration under capitalism: Asian workers in the United States before World War II*. Berkeley: University of California Press, 1984.
- Dennett, Tyler, 1883-1949. *Roosevelt and the Russo-Japanese War: a critical study of American policy in Eastern Asia in 1902-5, based primarily upon the private papers of Theodore Roosevelt*. Gloucester, Mass., P. Smith, 1959.
- Gould, Lewis L. *The presidency of Theodore Roosevelt*. Lawrence, Kansas: University Press of Kansas, 2011.
- Marks, Frederick W. *Velvet on iron: the diplomacy of Theodore Roosevelt*. Lincoln: University of Nebraska Press, 1979.
- McCullough, David G. *The path between the seas: the creation of the Panama Canal, 1870-1914*. New York: Simon and Schuster, 1977.
- Morris, Edmund, et al. *Theodore Rex*. New York: Random House, 2001.
- Neu, Charles E. cn. *An uncertain friendship: Theodore Roosevelt and Japan, 1906-1909*. Cambridge, Mass., Harvard University Press, 1967.
- O'Gara, Gordon Carpenter, 1920-. *Theodore Roosevelt and the rise of the modern Navy*. New York, Greenwood Press, 1969.
- Platt, Suzy, et al. *Respectfully quoted: a dictionary of quotations*. New York: Barnes & Noble Books, 1993.
- Pringle, Henry F. (Henry Fowles), 1897-1958. *Theodore Roosevelt: a biography*. San Diego: Harcourt Brace Jovanovich, 1984.
- Pringle, Henry F. (Henry Fowles), 1897-1958. *Theodore Roosevelt, a biography*. New York, Harcourt, Brace, 1956.
- Turk, Richard W. *The ambiguous relationship: Theodore Roosevelt and Alfred Thayer Mahan*. New York: Greenwood Press, 1987.
- Zimmermann, Warren. *First great triumph*. Farrar, Straus and Giroux, 2002.

## Cultural impact of Madonna

- Benstock, Shari, 1944-, et al. *On fashion*. New Brunswick, N.J.: Rutgers University Press, 1994.
- Cross, Mary, 1934-. *Madonna: a biography*. Westport, Conn.: Greenwood Press, 2007.
- Cullen, Jim, 1962-. *Restless in the promised land: Catholics and the American dream: portraits of a spiritual quest from the time of the Puritans to the present*. Franklin, Wis.: Sheed & Ward, 2001.
- Faith, Karlene, author. *Madonna, bawdy & soul*. Toronto; Buffalo; London: University of Toronto Press, 1997.
- Ferraro, Thomas J. *Feeling Italian: the art of ethnicity in America*. New York: New York University Press, 2005.
- Friskics-Warren, Bill. *I'll take you there: pop music and the urge for transcendence*. New York: Continuum, 2005.
- Jeansonne, Glen. *A Time of Paradox: America Since 1890*. Lanham: Rowman & Littlefield Publishers, 2006.
- Marcovitz, Hal. *madonnaentertain0000marc*. New York: Chelsea House, 2010.

147 of 337

- May, John R. *New image of religious film*. Kansas City, MO: Sheed & Ward, 1997.
- None,. *Girlhood in America: an encyclopedia*. Santa Barbara, Calif.: ABC-CLIO, 2001.
- Smith, Courtney E. *Record collecting for girls: unleashing your inner music nerd, one album at a time*. Boston: Houghton Mifflin Harcourt, 2011.
- Smith-Shomade, Beretta E., 1965-. *Shaded lives: African-American women and television*. New Brunswick, N.J.: Rutgers University Press, 2002.

## Wars of the Roses

- Farquhar, Michael. *A treasury of royal scandals: the shocking true stories of history's wickedest, weirdest, most wanton kings, queens, tsars, popes, and emperors*. New York, N.Y.: Penguin Books, 2001.
- Gillingham, John. *The Wars of the Roses: peace and conflict in fifteenth-century England*. Baton Rouge: Louisiana State University Press, 1981.
- Goodman, Anthony, 1936-. *The Wars of the Roses: military activity and English society, 1452-97*. London; Boston: Routledge & Kegan Paul, 1981.
- Griffiths, Ralph Alan, et al. *The making of the Tudor dynasty*. New York: St. Martin's Press, 1985.
- Guy, J. A. (John Alexander). *Tudor England*. Oxford [Oxfordshire]; New York: Oxford University Press, 1988.
- Haigh, Christopher. *English reformations: religion, politics, and society under the Tudors*. Oxford: Clarendon Press; New York: Oxford University Press, 1993.
- Ingram, Mike. *Bosworth 1485*. Stroud, Gloucestershire: Spellmount, 2012.
- Lander, J. R. (Jack Robert), 1921-. *Government and community, England, 1450-1509*. Cambridge, Mass.: Harvard University Press, 1980.
- Morris, T. A. (Terence Alan), 1949-. *Tudor government*. London; New York: Routledge, 1999.
- Rowse, A. L. (Alfred Leslie), 1903-1997. *Bosworth Field and the Wars of the Roses*. Ware, Hertfordshire: Wordsworth Editions, 1998.
- Sellar, W. C. *1066 and all that: a memorable history of England, comprising all the parts you can remember, including 103 good things, 5 bad kings and 2 genuine dates*. London: Methuen, 1930.
- Seward, Desmond, 1935-. *A brief history of the Wars of the Roses*. London: Robinson, 2007.
- Slavin, Arthur Joseph. *The new monarchies and representative assemblies; medieval constitutionalism or modern absolutism?*. Boston: Heath, 1964.
- Weir, Alison. *The Wars of the Roses*. Ballantine Books, 1996.
- Weir, Alison. *The princes in the Tower*. London: Vintage, 2008.

## Presidency of Dwight D. Eisenhower

- Alexander, Charles C. *Holding the line: the Eisenhower era, 1952-1961*. Bloomington: Indiana University Press, 1975.
- Bowie, Robert R. (Robert Richardson), 1909-2013, et al. *Waging peace: how Eisenhower shaped an enduring cold war strategy*. New York: Oxford University Press, 1998.
- Frank, Jeffrey, 1942-. *Ike and Dick: portrait of a strange political marriage*. New York: Simon & Schuster, 2013.
- Greenstein, Fred I. *The hidden-hand presidency: Eisenhower as leader*. New York: Basic Books, 1982.
- Holbo, Paul Sothe, et al. *The Eisenhower era: the age of consensus*. Hinsdale, Ill.: Dryden Press, 1974.
- Kaufman, Burton Ira. *The A to Z of the Eisenhower era*. Lanham, Md.: Scarecrow Press, 2009.
- Lightbody, Bradley. *The Cold War*. London: Routledge, 1999.
- Lyon, Peter, 1915-. *Eisenhower: portrait of the hero*. Boston, Little, Brown, 1974.
- Melanson, Richard A, et al. *Reevaluating Eisenhower: American foreign policy in the 1950s*. Urbana: University of Illinois Press, 1989.
- Newton, Jim. *Eisenhower*. Doubleday, 2011.
- Pach, Chester J. *The presidency of Dwight D. Eisenhower*. Lawrence, Kan.: University Press of Kansas, 1991.
- Roman, Peter J. *Eisenhower and the missile gap*. Ithaca, N.Y.: Cornell University Press, 1995.

- Schefter, James L. *The race: the uncensored story of how America beat Russia to the moon*. New York: Doubleday, 1999.
- Wicker, Tom. *Dwight D. Eisenhower*. New York: Times Books, 2002.

## Presidency of Lyndon B. Johnson

- Andrew, John A. *Lyndon Johnson and the Great Society*. Chicago: I.R. Dee, 1998.
- Bernstein, Irving. *Guns or butter*. Oxford University Press, 1996.
- Bornet, Vaughn Davis, 1917-. *The presidency of Lyndon B. Johnson*. Lawrence, Kan.: University Press of Kansas, 1983.
- Brands, H. W. *The foreign policies of Lyndon Johnson: beyond Vietnam*. College Station, Tex.: Texas A&M University Press, 1999.
- Brands, H. W. *The wages of globalism: Lyndon Johnson and the limits of American power*. New York: Oxford University Press, 1995.
- Dallek, Robert. *Flawed giant: Lyndon Johnson and his times, 1961-1973*. New York: Oxford University Press, 1998.
- Dallek, Robert, et al. *Lyndon B. Johnson: portrait of a president*. Oxford, England; New York: Oxford University Press, 2004.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.
- Schandler, Herbert Y. *Lyndon Johnson and Vietnam: the unmaking of a president*. Princeton, N. J.: Princeton University Press, 1977.
- Schulman, Bruce J. *Lyndon B. Johnson and American liberalism*. St. Martin's Press, 1995.
- Schwartz, Thomas Alan. *Lyndon Johnson and Europe*. Harvard University Press, 2003.
- Shesol, Jeff. *Mutual contempt: Lyndon Johnson, Robert Kennedy, and the feud that defined a decade*. New York: W.W. Norton, 1997.
- Walch, Timothy, 1947-. *At the President's side: the vice presidency in the twentieth century*. Columbia, Mo.: University of Missouri Press, 1997.
- Woods, Randall Bennett, 1944-. *LBJ: architect of American ambition*. New York: Free Press, 2006.

## Israel

- Bregman, Ahron. *A history of Israel*. New York: Palgrave Macmillan, 2003.
- Broughton, Simon. *World music: the rough guide*. London: Rough Guides, 1999.
- Geldenhuys, Deon. *Isolated states: a comparative analysis*. Cambridge; New York: Cambridge University Press, 1990.
- Ismael, Tareq Y. *International relations of the contemporary Middle East: a study in world politics*. Syracuse, N.Y.: Syracuse University Press, 1986.
- Jacobs, Daniel, et al. *Israel and the Palestinian Territories: the rough guide*. London: Rough Guides; New York: Distributed by Penguin Books, 1998.
- Kellerman, Aharon. *Society and settlement: Jewish land of Israel in the twentieth century*. Albany: State University of New York Press, 1993.
- Kreiger, Barbara. *Living waters: myth, history, and politics of the Dead Sea*. New York: Continuum, 1988.
- Lustick, Ian, 1949-. *For the land and the Lord: Jewish fundamentalism in Israel*. New York, N.Y.: Council on Foreign Relations, 1988.
- Miller, J. Maxwell (James Maxwell), 1937-, et al. *A history of ancient Israel and Judah*. Philadelphia: Westminster Press, 1986.
- Romano, Amy. *A historical atlas of Israel*. New York: Rosen Pub. Group, 2003.
- Smith, Derek Delbert, author. *Deterring America: rogue states and the proliferation of weapons of mass destruction*. Cambridge; New York: Cambridge University Press, 2006.
- Stein, Leslie. *The hope fulfilled: the rise of modern Israel*. Westport, Conn.: Praeger, 2003.
- Stendel, Ori. *Arabs in Israel*. SussexAcademic Press, 1995.

## Astounding Award for Best New Writer

- Armstrong, Jon. *Grey*. San Francisco: Night Shade Books, 2007.
- Friedman, C. S. *In conquest born*. New York: Donald A. Wollheim, Pub., 1986.
- Gilman, Felix. *Thunderer*. Bantam Books, 2008.
- Gilman, Greer Ilene. *Moonwise*. Penguin, 1991.
- Harlan, Thomas. *The shadow of Ararat*. New York: Tom Doherty Associates, 1999.
- Lisle, Holly, author;Hickman, Stephen, 1949- illustrator. *Fire in the mist*. Riverdale, NY: Baen Pub.; New York: Distributed by Simon & Schuster, 1992.
- Sanders, William. *Journey to Fusang*. Warner Books, 1988.
- Smith, Kristine. *Code of conduct*. Avon Eos Books, 1999.
- Spencer, Wen. *Alien taste*. ROC, 2001.
- Sullivan, Tricia. *Lethe*. New York: Bantam, 1995.
- Swainston, Steph. *The year of our war*. London: Gollancz, 2004.
- Walton, Jo. *The king's peace*. New York: Tor, 2000.
- Wells, Dan, 1977-. *I am not a serial killer*. New York: Tor, 2010.
- Wharton, Ken. *Divine intervention*. New York: Ace Books, 2001.

## J. Edgar Hoover

- Ackerman, Kenneth D. *Young J. Edgar: Hoover, the Red Scare, and the assault on civil liberties*. New York: Carroll & Graf Publishers; [Berkeley, Calif.]: Distributed by Publishers Group West, 2007.
- Anderson, Jack, 1922-2005, et al. *Peace, war, and politics: an eyewitness account*. New York: Forge, 1999.
- Breuer, William B., 1923-. *Hitler's undercover war: the Nazi espionage invasion of the U.S.A.*. New York: St. Martin's Press, 1989.
- Cohn, Roy M, et al. *The autobiography of Roy Cohn*. Secaucus, N.J.: Lyle Stuart, 1988.
- Denenberg, Barry. *The true story of J. Edgar Hoover and the FBI*. Scholastic Inc., 1993.
- Garrow, David J., 1953-. *The FBI and Martin Luther King, Jr.: from "Solo" to Memphis*. New York: W.W. Norton, 1981.
- Gentry, Curt, 1931-. *J. Edgar Hoover: the man and the secrets*. New York: Plume, 1992.
- Johansson, Warren, et al. *Outing: shattering the conspiracy of silence*. New York: Haworth Press, 1994.
- Kessler, Ronald, 1943-. *The bureau: the secret history of the FBI*. New York: St. Martin's Press, 2002.
- Murray, Robert K. *Red scare; a study in national hysteria, 1919-1920*. Minneapolis, University of Minnesota Press, 1955.
- Schott, Joseph L. *No left turns*. New York: Praeger, 1975.
- Summers, Anthony, 1942-. *Official and confidential: the secret life of J. Edgar Hoover*. New York: Pocket Star Books, 1994.
- Theoharis, Athan G. *The FBI: a comprehensive reference guide*. Phoenix, Ariz.: Oryx Press, 1999.
- Theoharis, Athan G, et al. *The boss: J. Edgar Hoover and the Great American Inquisition*. Philadelphia: Temple University Press, 1988.

## Presidency of Theodore Roosevelt

- Beale, Howard K. (Howard Kennedy), 1899-1959. *Theodore Roosevelt and the rise of America to world power*. Baltimore, Johns Hopkins Press, 1956.
- Brinkley, Douglas. *The wilderness warrior*. HarperCollins, 2009.
- Cheng, Lucie. cn, et al. *Labor immigration under capitalism: Asian workers in the United States before World War II*. Berkeley: University of California Press, 1984.
- Gould, Lewis L. *Grand Old Party: a history of the Republicans*. New York: Random House, 2003.
- Gould, Lewis L. *The presidency of Theodore Roosevelt*. Lawrence, Kansas: University Press of Kansas, 2011.
- McCullough, David G. *The path between the seas: the creation of the Panama Canal, 1870-1914*. New York: Simon and Schuster, 1977.
- McGerr, Michael E. *A fierce discontent*. Free Press, 2003.
- Morris, Edmund, et al. *Theodore Rex*. New York: Random House, 2001.

- Neu, Charles E. cn. *An uncertain friendship: Theodore Roosevelt and Japan, 1906-1909*. Cambridge, Mass., Harvard University Press, 1967.
- None,. *Myth America*. St. James. N.Y.: Brandywine Press, 1997.
- Perkins, Bradford, 1925-. *The great rapprochement; England and the United States, 1895-1914*. New York, Atheneum, 1968.
- Platt, Suzy, et al. *Respectfully quoted: a dictionary of quotations*. New York: Barnes & Noble Books, 1993.
- Pringle, Henry F. (Henry Fowles), 1897-1958. *Theodore Roosevelt: a biography*. San Diego: Harcourt Brace Jovanovich, 1984.
- Pringle, Henry F. (Henry Fowles), 1897-1958. *Theodore Roosevelt, a biography*. New York, Harcourt, Brace, 1956.

## Walmarting

- Bergdahl, Michael. *What I learned from Sam Walton: how to compete and thrive in a Wal-Mart world*. Hoboken, NJ: John Wiley & Sons, 2005.
- Bianco, Anthony. *The bully of Bentonville: how the high cost of Wal-Mart's everyday low prices is hurting America*. New York: Currency/Doubleday:, 2006.
- Dicker, John, 1973-, et al. *The United States of Wal-Mart*. New York: Jeremy P. Tarcher/Penguin, 2005.
- Featherstone, Liza. *Selling women short: the landmark battle for workers' rights at Wal-Mart*. New York: Basic Books, 2004.
- Fishman, Charles, 1961-. *The Wal-Mart effect: how the world's most powerful company really works-- and how it's transforming the American economy*. New York: Penguin Books, 2007.
- Lichtenstein, Nelson. *Wal-Mart: the face of twenty-first-century capitalism*. New York: New Press, 2006.
- Norman, Al. *The case against Wal-Mart*. Atlantic City, NJ: Raphel Marketing, 2004.
- Ortega, Bob. *In Sam we trust: the untold story of Sam Walton and how Wal-Mart is devouring America*. New York, NY: Times Business, 1998.
- Quinn, Bill, 1912 May 15-. *How Wal-Mart is destroying America (and the world) and what you can do about it*. Berkeley: Ten Speed Press, 2005.
- Slater, Robert, 1943-2014. *The Wal-Mart decade: how a generation of leaders turned Sam Walton's legacy into the world's #1 company*. New York: Portfolio, 2003.
- Slater, Robert, 1943-2014. *The Wal-Mart triumph: inside the world's #1 company*. New York: Portfolio, 2004.
- Soderquist, Don. *The Wal-Mart way: the inside story of the success of the world's largest company*. Nashville: T. Nelson, 2005.
- Spotts, Greg. *Wal-mart*. Disinformation Company, 2005.
- Westerman, Paul. *Data warehousing: using the Wal-Mart model*. San Francisco, CA: Morgan Kaufmann, 2001.

## History of American football

- Bissinger, H. G. *Friday night lights: a town, a team, and a dream*. Cambridge, MA: Da Capo Press, 2004.
- Fleming, David. *Breaker Boys*. ESPN, 2007.
- Fox, Stephen R. *Big leagues::professional baseball, football, and basketball in national memory*. New York: Morrow, 1994.
- Gardner, Paul, 1930-. *The simplest game: the intelligent fan's guide to the world of soccer*. New York: Collier Books, 1994.
- Greenberg, Murray. *Passing game: Benny Friedman and the transformation of football*. New York: PublicAffairs, 2008.
- MacCambridge, Michael, 1963-, et al. *ESPN sports century*. New York: Hyperion, 1999.
- McDonough, Will. *75 seasons: the complete story of the National Football League, 1920-1995*. Atlanta, Ga.: Turner Pub., 1994.
- Nelson, David M., 1920-1991. *The anatomy of a game: football, the rules, and the men who made the game*. Newark: University of Delaware Press; London; Cranbury, NJ: Associated University Presses,

151 of 337

1994.

- Perkins, Brett. *Frantic Francis*. University of Nebraska Press, 2009.
- Perrin, Tom, 1928-. *Football: a college history*. Jefferson, N.C.: McFarland, 1987.
- Perry, Will, 1933-. *The Wolverines, a story of Michigan football*. Huntsville, Ala.: Strode Publishers, 1974.
- Quirk, James P. *Pay dirt*. Princeton University Press, 1997.
- Umphlett, Wiley Lee, 1931-. *Creating the big game: John W. Heisman and the invention of American football*. Westport, Conn.: Greenwood Press, 1992.
- Whittingham, Richard, 1939-2005. *Sunday's heroes: NFL legends talk about the times of their lives*. Chicago: Triumph Books, 2003.

## San Francisco Zen Center

- Anderson, Reb. *Being upright*. Rodmell Press, 2001.
- Chadwick, David, 1945-. *Crooked cucumber: the life and Zen teaching of Shunryu Suzuki*. New York: Broadway Books, 1999.
- Dimidjian, Victoria Jean. *Journeying East: conversations on aging and dying*. Berkeley, CA: Parallax Press, 2004.
- Downing, Michael, 1958-. *Shoes outside the door: desire, devotion, and excess at San Francisco Zen Center*. Washington, D.C.: Counterpoint, 2001.
- Ford, James Ishmael. *Zen master who?: a guide to the people and stories of Zen*. Boston: Wisdom Publications, 2006.
- Graham, Jerry, 1934-, et al. *Jerry Graham's more Bay Area backroads*. New York: Perennial Library, 1990.
- Oda, Mayumi. *I Opened the Gate, Laughing*. Chronicle Books, 2002.
- Peirce, Pam. *Golden Gate gardening: the complete guide to year-round food gardening in the San Francisco Bay area & coastal California*. Seattle, WA: Sasquatch Books, 1998.
- Prebish, Charles S. *Luminous passage: the practice and study of Buddhism in America*. Berkeley: University of California Press, 1999.
- Rawlinson, Andrew. *The book of enlightened masters*. Open Court, 1997.
- Richmond, Ivan. *Silence and noise*. Atria Books, 2003.
- Schneider, David, 1951-. *Street Zen: the life and work of Issan Dorsey*. Boston; London: Shambhala, 1993.
- Van der Ryn, Sim. *Design for life: the architecture of Sim Van der Ryn*. Salt Lake City: G. Smith, 2005.
- Wenger, Michael, 1947-. *Wind bell: teachings from the San Francisco Zen Center 1968-2001*. Berkeley, Calif.: North Atlantic Books, 2002.

## Yolanda King

- Bagley, Edythe Scott. *Desert rose: the life and legacy of Coretta Scott King*. Tuscaloosa: University of Alabama Press, 2012.
- Bruns, Roger A., 1941-. *Martin Luther King, Jr.: a biography*. Westport, Conn.: Greenwood Press, 2006.
- Burns, Rebecca, 1966-. *Burial for a King: Martin Luther King Jr.'s funeral and the week that transformed Atlanta and rocked the nation*. New York: Scribner, 2011.
- Dyson, Michael Eric. *I may not get there with you: the true Martin Luther King, Jr.* New York: Touchstone, 2000.
- Farris, Christine King. *Through it all: reflections on my life, my family, and my faith*. New York: Atria Books, 2009.
- King, Coretta Scott. *My life with Martin Luther King, Jr.* H. Holt, 1993.
- King, Dexter, 1961-, et al. *Growing up King: an intimate memoir*. New York: IPM, 2003.
- Martin Luther King, Jr.. *The autobiography of Martin Luther King, Jr.* Intellectual Properties Management in association with Warner Books, 2001.
- McCarty, Laura T. *Coretta Scott King: a biography*. Westport, Conn.: Greenwood Press, 2009.
- Medearis, Angela Shelf, 1956-, et al. *Dare to dream: Coretta Scott King and the civil rights movement*. New York: Puffin Books, 1999.

- Pierce, Alan, 1966-. *The assassination of Martin Luther King, Jr.*. Edina, Minn.: Abdo Daughters, 2005.
- Rickford, Russell J.. *Betty Shabazz*. Sourcebooks, 2003.
- Smith, Jessie Carney, 1930-. *Notable Black American women*. New York: Gale Research, 1996.
- Vivian, Octavia B. *Coretta: the story of Coretta Scott King*. Minneapolis: Fortress Press, 2006.

## William Rehnquist

- Hall, Kermit. *The Oxford companion to the Supreme Court of the United States*. New York: Oxford University Press, 1992.
- Kluger, Richard. *Simple justice: the history of Brown v. Board of Education and Black America's struggle for equality*. New York: Knopf, 1976.
- Martin, Fenton S. *The U.S. Supreme Court: a bibliography*. Washington, D.C.: Congressional Quarterly, 1990.
- None,. *The justices of the United States Supreme Court: their lives and major opinions*. New York: Chelsea House Publishers, 1997.
- Obermayer, Herman J. *Rehnquist: a personal portrait of the distinguished Chief Justice of the U.S.*. New York, NY: Threshold Editions, 2009.
- Rehnquist, William H.. *The Supreme Court*. Knopf, 2001.
- Rehnquist, William H., 1924-. *The Supreme Court: how it was, how it is*. New York: Quill, 1987.
- Rehnquist, William H., 1924-2005. *All the laws but one: civil liberties in wartime*. New York: Knopf, 1998.
- Rehnquist, William H., 1924-2005. *Centennial crisis: the disputed election of 1876*. New York: Alfred A. Knopf: Distributed by Random House, 2004.
- Schwartz, Herman, 1931-. *The Rehnquist court: judicial activism on the right*. New York: Hill and Wang, 2003.
- Silva, Mark. *McCain: the essential guide to the Republican nominee, his character, his career and where he stands*. Chicago, IL: Triumph Books, 2008.
- Tomlins, Christopher L., 1951-, et al. *The United States Supreme Court: the pursuit of justice*. Boston: Houghton Mifflin, 2005.
- Tushnet, Mark V., 1945-. *A Court divided: the Rehnquist court and the future of constitutional law*. New York: W.W. Norton Co., 2005.
- Woodward, Bob, 1943-, et al. *The Brethren: inside the Supreme Court*. New York: Simon and Schuster, 1979.

## Timeline of music in the United States to 1819

- Abel, E. Lawrence. *Singing the new nation*. Stackpole Books, 2000.
- Bird, Christiane. *Da Capo jazz and blues lover's guide to the U.S.: with more than 900 hot clubs, cool joints, landmarks, and legends, from boogie-woogie to bop and beyond*. Cambridge, MA: Da Capo Press, 2001.
- Chase, Gilbert, 1906-. *America's music: from the pilgrims to the present*. Urbana: University of Illinois Press, 1987.
- Cusic, Don. *The sound of light: a history of gospel music*. Bowling Green, Ohio: Bowling Green State University Popular Press, 1990.
- Darden, Bob, 1954-. *People get ready!: a new history of Black gospel music*. New York: Continuum, 2004.
- Horowitz, Joseph, 1948-. *Classical music in America: a history of its rise and fall*. New York: W. W. Norton & Company, 2005.
- Kirk, Elise K. (Elise Kuhl), 1932-. *American opera*. Urbana: University of Illinois Press, 2001.
- Lankford, Ronald D., 1962-. *Folk music USA: the changing voice of protest*. New York: Schirmer Trade Books, 2005.
- Lowens, Irving, 1916-. *A bibliography of songsters printed in America before 1821*. Worcester, Mass.: American Antiquarian Society, 1976.

- Malone, Bill C, et al. *Southern music/American music*. Lexington, Ky.: University Press of Kentucky, 2003.
- Miller, Jim, 1947-. *Flowers in the dustbin: the rise of rock and roll, 1947-1977*. New York: Simon & Schuster, 1999.
- Nettl, Bruno, 1930-. *North American Indian musical styles*. Philadelphia: American Folklore Society, 1954.
- Peretti, Burton W.. *Lift every voice*. Rowman & Littlefield Publishers, 2008.
- Stowe., David W.. *Book ISBN 9780674012905*. Harvard University Press; First Edition edition, 2004.

## George H. W. Bush

- Bush, George. *Looking forward*. New York Doubleday, 1987.
- Bush, George, 1924-. *All the best, George Bush: my life in letters and other writings*. New York, NY: Scribner, 1999.
- Dinges, John, 1941-. *Our man in Panama: how general Noriega used the United States and made millions in drugs and arms*. New York: Random House, 1990.
- Ducat, Stephen. *The wimp factor: gender gaps, holy wars, and the politics of anxious masculinity*. Boston: Beacon Press, 2004.
- Duffy, Michael, 1958-, et al. *Marching in place: the status quo presidency of George Bush*. New York: Simon & Schuster, 1992.
- Kelley, Kitty. *The family: the real story of the Bush dynasty*. New York: Doubleday, 2004.
- Koch, Doro Bush, 1959-. *My father, my president: a personal account of the life of George H.W. Bush*. New York: Warner Books, 2006.
- Naftali, Timothy J. *George H.W. Bush*. New York: Times Books, 2007.
- Podhoretz, John. *Hell of a ride: backstage at the White House follies, 1989-1993*. New York: Simon & Schuster, 1993.
- Smith, Jean Edward. *George Bush's war*. New York: H. Holt, 1992.
- Wicker, Tom. *George Herbert Walker Bush*. New York: Lipper/Viking, 2004.
- Wilentz, Sean. *The age of Reagan*. Harper, 2008.

## David Elliot Cohen

- Cohen, David, 1955-. *Nelson Mandela: a life in photographs*. New York: Sterling, 2009.
- Cohen, David, 1955-. *One year off: leaving it all behind for a round-the-world journey with our children*. New York: Simon & Schuster, 1999.
- Cohen, David, 1955-, et al. *A day in the life of Israel*. [San Francisco]: Collins Publishers San Francisco, 1994.
- Cohen, David, 1955-, et al. *A day in the life of Thailand*. San Francisco: Collins Publishers, 1995.
- Cohen, David, 1955-, et al. *Christmas in America: images of the holiday season by 100 of America's leading photographers*. San Francisco: Collins, 1988.
- Collins, Charles M. (Charles Miller). *The African Americans*. New York: Viking Studio Books, 1993.
- Foundation, Tides. *:15: fifteen seconds: the great California earthquake of 1989: a book to benefit earthquake victims*. San Francisco, CA: Tides Foundation; Covelo, CA: Island Press, 1989.
- None,. *A Day in the life of Canada*. Toronto: Collins, 1984.
- None,. *A Day in the life of China*. San Francisco: Collins, 1989.
- None,. *What matters: the world's preeminent photojournalists and thinkers depict essential issues of our time*. New York: Sterling, 2008.
- Publishers, Collins. *Requiem for the heartland: the Oklahoma City bombing*. San Francisco: Collins Publishers, 1995.
- Smolan, Rick. *A Day in the life of the Soviet Union*. New York: Collins Publishers in association with I. Shapiro, 1987.

## Larry Crabb

- Crabb, Larry, 1944-. *Basic principles of Biblical counseling*. Grand Rapids: Zondervan Pub. House, 1975.

154 of 337

- Crabb, Larry, 1944-. *Shattered dreams: God's unexpected pathway to joy*. Colorado Springs, Colo.: WaterBrook Press, 2001.
- Crabb, Larry, 1944-. *The pressure's off: there's a new way to live*. Colorado Springs, Colo.: WaterBrook Press, 2002.
- Crabb, Larry, 1944-, et al. *God calls men to move beyond- the silence [of] Adam: becoming men of courage in a world of chaos*. Grand Rapids, Mich.: Zondervan Pub. House, 1995.
- Crabb, Larry, et al. *Encouragement: the key to caring*. Grand Rapids, Michigan. Zondervan Publishing., 1984.
- Crabb, Lawrence J. *Connecting: healing for ourselves and our relationships: a radical new vision*. Nashville, Tenn.: Word Pub., 1997.
- Crabb, Lawrence J. *Inside out*. Colorado Springs, Colo.: NavPress, 1989.
- Crabb, Lawrence J. *Men & women: enjoying the difference*. Grand Rapids, Mich.: Zondervan, 1991.
- Crabb, Lawrence J. *Soultalk: the language God longs for us to speak*. Nashville: Integrity Publishers, 2003.
- Crabb, Lawrence J. *The marriage builder: a blueprint for couples and counselors*. Grand Rapids, Mich.: Zondervan Pub. House, 1982.
- Crabb, Lawrence J. *The safest place on earth: where people connect and are forever changed*. Nashville, Tenn.: Word Pub., 1999.
- Crabb, Lawrence J. *Understanding people: deep longings for relationship*. Grand Rapids, MI: Ministry Resources Library, 1987.
- Crabb, Lawrence J.. *Finding God*. Zondervan Pub. House, 1993.
- Crabb, Lawrence J.. *The Papa prayer*. Integrity Publishers, 2006.

## Hand knitting

- Bartlett, Anne. *Knitting*. Boston: Houghton Mifflin, 2005.
- Colton, Virginia, et al. *Reader's Digest Complete guide to needlework*. Pleasantville, N.Y.: Reader's Digest Association, 1979.
- Donath, Uta, et al. *Paper yarn: 24 creative projects to make using a variety of techniques*. New York: St. Martin's Griffin, 2009.
- Hood, Ann, 1956-. *The knitting circle*. New York: W.W. Norton, 2007.
- Jacobs, Kate, 1973-. *The Friday night knitting club*. New York: G.P. Putnam's Sons, 2007.
- Macomber, Debbie. *A good yarn*. Don Mills, Ont.: MIRA Books, 2005.
- Manning, Tara Jon, 1968-. *Men in knits: sweaters to knit that he will wear*. Loveland, Colo.: Interweave Press, 2003.
- Manning, Tara Jon, 1968-. *Mindful knitting: inviting contemplative practice to the craft*. Boston, Mass.: Tuttle Pub., 2004.
- Murphy, Bernadette M. (Bernadette Mary), 1963-. *Zen and the art of knitting: exploring the links between knitting, spirituality, and creativity*. Avon, Mass.: Adams Media Corp., 2002.
- Roghaar, Linda, et al. *KnitLit: sweaters and their stories and other writing about knitting*. New York: Three Rivers Press, 2002.
- Sefton, Maggie. *A deadly yarn*. New York: Berkley Prime Crime, 2006.
- Stanley, Montse. *Reader's Digest knitter's handbook*. Pleasantville, N.Y.: Reader's Digest Association, 1993.
- Thomas, Mary, 1889-1948. *Mary Thomas's knitting book*. New York, Dover Publications, 1972.

## W. H. Auden

- Auden, W. H.. *Juvenilia*. Princeton University Press, 1994.
- Auden, W. H.. *Libretti and other dramatic writings by W.H. Auden, 1939-1973*. Princeton University Press, 1993.
- Auden, W. H. (Wystan Hugh), 1907-1973. *Plays and other dramatic writings by W.H. Auden, 1928-1938*. Princeton, N.J.: Princeton University Press, 1988.

- Auden, W. H. (Wystan Hugh), 1907-1973. *Prose, V. 3, 1949-1955*. Princeton, N.J.; Chichester: Princeton University Press, 2008.
- Auden, W. H. (Wystan Hugh), 1907-1973, et al. *Selected poems*. New York: Vintage Books, 1979.
- Beach, Joseph Warren, 1880-1957. *The making of the Auden canon*. [Minneapolis] University of Minnesota Press, 1957.
- Farnan, Dorothy J. (Dorothy Jeanne). *Auden in love*. New York: Simon and Schuster, 1984.
- Hoggart, Richard, 1918-. *Auden: an introductory essay*. London: Chatto & Windus, 1951.
- Hynes, Samuel. *The Auden generation*. Pimlico, 1992.
- Jarrell, Randall. *Randall Jarrell on W.H. Auden*. Columbia University Press, 2005.
- Mendelson, Edward. *Early Auden*. New York: Viking Press, 1981.
- Mendelson, Edward. *Later Auden*. New York: Farrar, Strauss and Giroux, 1999.
- Pike, James A. (James Albert), 1913-1969, et al. *Modern Canterbury pilgrims and why they chose the Episcopal church: by John H. Hallowell [and others]*. New York, Morehouse-Gorham, 1956.
- Tippins, Sherill. *February house*. Boston: Houghton Mifflin, 2006.

## J. Robert Oppenheimer

- Bethe, Hans A. (Hans Albrecht), 1906-2005. *The road from Los Alamos*. New York, NY: American Institute of Physics, 1991.
- Cassidy, David C.. *J. Robert Oppenheimer and the American century*. Pi Press, 2005.
- Conant, Jennet. *109 East Palace: Robert Oppenheimer and the secret city of Los Alamos*. New York: Simon & Schuster, 2005.
- Feldman, Burton. *The Nobel prize*. Arcade Pub., 2000.
- Groves, Leslie R., 1896-1970. cn. *Now it can be told; the story of the Manhattan project*. New York, Harper, 1962.
- Oppenheimer, J. Robert, 1904-1967. *Atom and void: essays on science and community*. Princeton, N.J.: Princeton University Press, 1989.
- Oppenheimer, J. Robert, 1904-1967, et al. *Robert Oppenheimer, letters and recollections*. Cambridge, Mass.: Harvard University Press, 1980.
- Oppenheimer, J. Robert, 1904-1967, et al. *Uncommon sense*. Cambridge, Mass.: Birkhäuser Boston, 1984.
- Pais, Abraham. *J. Robert Oppenheimer*. Oxford University Press, 2005.
- Rabi, Isidor Isaac, 1898- (et al.). *Oppenheimer*. New York: Scribner's, 1969.
- Schweber, Silvan S.. *Einstein and Oppenheimer*. Harvard University Press, 2008.
- Spangenburg, Ray. *Science frontiers, 1946 to the present*. Facts On File, 2004.
- Szasz, Ferenc Morton, 1940-2010. *The day the sun rose twice: the story of the Trinity Site nuclear explosion, July 16, 1945*. Albuquerque: University of New Mexico Press, 1984.
- Wolverton, Mark. *A life in twilight*. St. Martin's Press, 2008.

## Presidency of Abraham Lincoln

- Cox, LaWanda C. Fenlason. *Lincoln and Black freedom: a study in presidential leadership*. Columbia, S.C.: University of South Carolina Press, 1981.
- Donald, David Herbert. *Lincoln reconsidered*. Vintage Books, 2001.
- Foner, Eric. *Reconstruction: America's unfinished revolution, 1863-1877*. New York: Harper & Row, 1988.
- Goodwin, Doris Kearns. *Team of rivals: the political genius of Abraham Lincoln*. New York: Simon & Schuster, 2005.
- Jaffa, Harry V. *A new birth of freedom: Abraham Lincoln and the coming of the Civil War*. Lanham, Md.: Rowman & Littlefield Publishers, 2000.
- Klein, Maury, 1939-. *Days of defiance: Sumter, secession, and the coming of the Civil War*. New York: Knopf: Distributed by Random House, 1997.
- Miller, William Lee. *Lincoln's virtues*. Alfred A. Knopf, 2002.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.

156 of 337

- Paludan, Phillip S.. *The presidency of Abraham Lincoln*. University Press of Kansas, 1994.
- Potter, David Morris, et al. *The impending crisis, 1848-1861*. New York: Harper & Row, 1976.
- Randall, J. G. (James Garfield), 1881-1953. *Lincoln the president*. New York: Da Capo Press, 1997.
- Weisman, Steven R.. *The great tax wars*. Simon & Schuster, 2002.
- White, Ronald C. (Ronald Cedric), 1939-. *A. Lincoln: a biography*. New York: Random House, 2009.
- White, Ronald C. (Ronald Cedric), 1939-. *The eloquent president: a portrait of Lincoln through his words*. New York: Random House, 2005.

## Poetry

- Ahl, Frederick, 1941-. *The Odyssey re-formed*. Ithaca, N.Y.: Cornell University Press, 1996.
- Brooks, Cleanth, 1906-1994. *The well wrought urn: studies in the structure of poetry*. New York: Harcourt, Brace & World, 1947.
- Corn, Alfred, 1943-. *The poem's heartbeat: a manual of prosody*. Brownsville, OR: Story Line Press, 1997.
- Dante Alighieri, 1265-1321, et al. *The Inferno of Dante: a new verse translation*. New York: Farrar, Straus and Giroux, 1994.
- Fussell, Paul, 1924-. *Poetic meter and poetic form*. New York, Random House, 1965.
- Goody, Jack. *The interface between the written and the oral*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1987.
- Hollander, John. *Rhyme's reason: a guide to English verse*. New Haven: Yale University Press, 1981.
- Longenbach, James. *Modern poetry after modernism*. New York: Oxford University Press, 1997.
- Mackerras, Colin. *Chinese theater [electronic resource]: from its origins to the present day*. Honolulu: University of Hawaii Press, 1983.
- Pigman, G. W. *Grief and English Renaissance elegy*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1985.
- Pinsky, Robert, et al. *The sounds of poetry: a brief guide*. New York: Farrar, Straus and Giroux, 1998.
- Preminger, Alex, et al. *The New Princeton encyclopedia of poetry and poetics*. Princeton, N.J.: Princeton University Press, 1993.
- Russom, Geoffrey. *Beowulf and old Germanic metre*. Cambridge; New York: Cambridge University Press, 1998.
- Wesling, Donald. *The chances of rhyme: device and modernity*. Berkeley: University of California Press, 1980.

## Presidency of Richard Nixon

- Ambrose, Stephen E. *Nixon*. New York: Simon and Schuster, 1987.
- Bernstein, Carl, 1944-, et al. *All the President's men*. New York: Simon & Schuster, 1994.
- Black, Conrad. *Richard M. Nixon: a life in full*. New York: PublicAffairs, 2007.
- Dallek, Robert. *Nixon and Kissinger: partners in power*. New York: HarperCollins Pub., 2007.
- Drew, Elizabeth. *Richard M. Nixon*. New York: Times Books, 2007.
- Evans, Rowland, 1921-, et al. *Nixon in the White House: the frustration of power*. New York, Random House, 1971.
- Facts on File, Inc, et al. *The Nixon/Ford years*. New York: Facts on File, 1979.
- Gaddis, John Lewis. *Strategies of containment: a critical appraisal of postwar American national security policy*. New York: Oxford University Press, 1982.
- Kinzer, Stephen. *Overthrow: America's century of regime change from Hawaii to Iraq*. New York: Times Books/Henry Holt, 2007.
- Mayes, Rick, 1969-. *Universal coverage: the elusive quest for national health insurance*. Ann Arbor: University of Michigan Press, 2004.
- Nixon, Richard M. (Richard Milhous), 1913-1994. *RN: the memoirs of Richard Nixon*. New York: Grosset & Dunlap, 1978.
- Parmet, Herbert S.. *Richard Nixon and his America*. Little, Brown, 1990.
- Reeves, Richard. *President Nixon*. Simon & Schuster, 2001.

- Small, Melvin. *The presidency of Richard Nixon*. Lawrence: University Press of Kansas, 1999.

## Battle of the Coral Sea

- Blair, Clay, 1925-. *Silent victory: the U.S. submarine war against Japan*. Philadelphia, Lippincott, 1975.
- Drea, Edward J., 1944-. *MacArthur's ULTRA: codebreaking and the war against Japan, 1942-1945*. Lawrence, Kan.: University Press of Kansas, 1991.
- Dull, Paul S. *A battle history of the Imperial Japanese Navy, 1941-1945*. Annapolis: Naval Institute Press, 1978.
- Frank, Richard B.. *Guadalcanal*. Random House, 1990.
- Hata, Ikuhiko, 1932-, et al. *Japanese naval aces and fighter units in World War II*. Annapolis, Md.: Naval Institute Press, 1989.
- Hoehling, A. A. (Adolph A.). *The Lexington goes down*. Englewood Cliffs, N.J.: Prentice-Hall, 1971.
- Hoyt, Edwin Palmer. *Japan's war: the great Pacific conflict, 1853 to 1952*. New York: McGraw-Hill, 1986.
- Lundstrom, John B. *The first South Pacific campaign: Pacific Fleet strategy, December 1941-June 1942*. Annapolis: Naval Institute Press, 1976.
- O'Neill, William L. *A democracy at war: America's fight at home and abroad in World War II*. New York: Free Press; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1993.
- Parshall, Jonathan B., 1962-;Tully, Anthony P., 1961-. *Shattered sword: the untold story of the Battle of Midway*. Washington, D.C.: Potomac Books, 2005.
- Ugaki, Matome. *Fading victory: the diary of Admiral Matome Ugaki, 1941-1945*. Pittsburgh: University of Pittsburgh Press, 1991.
- Willmott, H. P. *Empires in the balance: Japanese and Allied Pacific strategies to April 1942*. Annapolis, Md.: Naval Institute Press, 1982.
- Wooldridge, E. T. *Carrier warfare in the Pacific: an oral history collection*. Washington: Smithsonian Institution Press, 1993.

## Soviet–Afghan War

- Andrew, Christopher M, et al. *The sword and the shield: the Mitrokhin archive and the secret history of the KGB*. New York: Basic Books, 1999.
- Arnold, Anthony. *Afghanistan's two-party communism: Parcham and Khalq*. Stanford, Calif.: Hoover Institution Press, Stanford University, 1983.
- Carew, Tom. *Jihad!: the secret war in Afghanistan*. Edinburgh: Mainstream, 2001.
- Coll, Steve. *Ghost wars: the secret history of the CIA, Afghanistan, and bin Laden, from the Soviet invasion to September 10, 2001*. New York: Penguin Press, 2004.
- Crews, Robert D., 1970-, et al. *The Taliban and the crisis of Afghanistan*. Cambridge, Mass.: Harvard University Press, 2008.
- Dorril, Stephen. *MI6: inside the covert world of Her Majesty's secret intelligence service*. New York: Simon & Schuster, 2002.
- Feifer, Gregory. *The great gamble: the Soviet war in Afghanistan*. New York: Harper, 2009.
- Fisk, Robert. *The Great War for Civilisation*. Knopf, 2005.
- Goodson, Larry P. *Afghanistan's endless war: state failure, regional politics, and the rise of the Taliban*. Seattle: University of Washington Press, 2001.
- Jackson, Jon A. *Badger games*. New York: Atlantic Monthly Press, 2002.
- Kepel, Gilles. *Jihad: the trail of political Islam*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2002.
- Lohbeck, Kurt. *Holy war, unholy victory: eyewitness to the CIA's secret war in Afghanistan*. Washington, D.C.: Regnery Gateway, 1993.
- Mann, Jim, 1946-. *Rise of the Vulcans: the history of Bush's war cabinet*. New York, N.Y.: Penguin Books, 2004.
- Scheuer, Michael. *Through our enemies' eyes: Osama bin Laden, radical Islam, and the future of America*. Washington, D.C.: Potomac Books, Inc., 2006.

## Addition

- Begle, Edward G. (Edward Griffith), 1914-1978. *The mathematics of the elementary school*. New York, McGraw-Hill, 1975.
- Devine, Donald F. *Elementary mathematics for teachers*. New York: Wiley, 1991.
- Dunham, William, 1947-. *The mathematical universe: an alphabetical journey through the great proofs, problems, and personalities*. New York: Wiley & Sons, 1994.
- Ferreirós Domínguez, José. *Labyrinth of thought: a history of set theory and its role in modern mathematics*. Basel; Boston, MA.: BirkhäuserVerlag, 1999.
- Ifrah, Georges. *The universal history of computing: from the abacus to the quantum computer*. New York: John Wiley, 2001.
- Riley, K. F.. *Mathematical methods for physics and engineering*. Cambridge University Press, 2006.
- Rudin, Walter, 1921-. *Principles of mathematical analysis*. Auckland; London: McGraw-Hill, 1976.
- Schmid, Hermann, 1925-. *Decimal computation*. New York, Wiley, 1974.
- Schwartzman, Steven. *The words of mathematics: an etymological dictionary of mathematical terms used in English*. Washington, DC: Mathematical Association of America, 1994.
- Smith, Frank, 1928-. *The glass wall: why mathematics can seem difficult*. New York: Teachers College Press, 2002.
- Stewart, James. *Calculus*. Brooks/Cole, 1999.
- Walle, John A. Van de. *Elementary and middle school mathematics*. Allyn and Bacon, 2004.
- Williams, Michael R. (Michael Roy), 1942-. *A history of computing technology*. Englewood Cliffs, N.J.: Prentice-Hall, 1985.

## Battle of Iwo Jima

- Bradley, James, 1954-. *Flyboys: a true story of courage*. Boston: Little, Brown, 2003.
- Bradley, James, 1954-, et al. *Flags of our fathers*. New York: Bantam Books, 2001.
- Buell, Hal. *Uncommon valor, common virtue: Iwo Jima and the photograph that captured America*. New York: Berkley Pub. Group/Penguin Group, 2006.
- Kakehashi, Kumiko. *So sad to fall in battle*. Presidio Press/Ballantine Books, 2007.
- Keegan, John, 1934-. *The Second World War*. New York: Viking, 1990.
- Leckie, Robert. *Delivered from evil*. Harper & Row, 1988.
- Leckie, Robert, et al. *The battle for Iwo Jima*. New York, Random House, 1967.
- Lucas, Jack, et al. *Indestructible: the unforgettable story of a marine hero at Iwo Jima*. Cambridge, MA: Da Capo Press, 2006.
- Morison, Samuel Eliot, 1887-1976. *Victory in the Pacific: 1945*. Boston: Little, Brown, 1960.
- Moskin, J. Robert. *The U.S. Marine Corps story*. Boston: Little, Brown and Co., 1992.
- Newcomb, Richard F. *Iwo Jima*. Toronto; New York: Bantam Books, 1982.
- Overton, Richard E. *God isn't here: a young American's entry into World War II and his participation in the battle for Iwo Jima*. Clearfield, Utah: American Legacy Media, 2004.
- Ross, Bill D.. *Iwo Jima*. Vintage Books, 1986.
- Toland, John, author. *The rising sun: the decline and fall of the Japanese empire, 1936-1945*. New York: Modern Library, 2003.

## The Evolution of Human Sexuality

- Buss, David M.. *The Evolution of Desire*. Basic Books, 2003.
- Carroll, Joseph, 1949-. *Evolution and literary theory*. Columbia, MO: University of Missouri Press, 1995.
- Ehrlich, Paul R. *Human natures: genes, cultures, and the human prospect*. Washington, D.C.: Island Press [for] Shearwater Books, 2000.
- Eibl-Eibesfeldt, Irenäus. *Human ethology*. New York: Aldine De Gruyter, 1989.
- Fausto-Sterling, Anne, 1944-. *Myths of gender: biological theories about women and men*. New York: Basic Books, 1985.
- Fisher, Helen E. *Anatomy of love: the natural history of monogamy, adultery, and divorce*. New York: Norton, 1992.

- Gould, Stephen Jay. *The Structure of Evolutionary Theory*. Belknap Press, 2002.
- Griffin, Susan. *Pornography and silence: culture's revenge against nature*. New York: Harper & Row, 1981.
- Hrdy, Sarah Blaffer, 1946-. *The woman that never evolved*. Cambridge, Mass.: Harvard University Press, 1981.
- Lloyd, Elisabeth Anne. *The case of the female orgasm: bias in the science of evolution*. Cambridge, Mass.: Harvard University Press, 2005.
- Megarry, Tim, 1941-. *Society in prehistory: the origins of human culture*. New York: New York University Press, 1995.
- Small, Meredith F. *Female choices: sexual behavior of female primates*. Ithaca: Cornell University Press, 1993.
- Thornhill, Randy. *A natural history of rape*. MIT Press, 2000.
- Williams, George C.. *The pony fish's glow*. BasicBooks, 1997.

## Operation Rolling Thunder

- Clodfelter, Mark. *The limits of air power: the American bombing of North Vietnam*. New York: Free Press; London: Collier Macmillan, 1989.
- Dougan, Clark, et al. *Nineteen sixty-eight*. Boston, MA: Boston Pub. Co., 1983.
- Goodman, Allan E., 1944-. *The search for a negotiated settlement of the Vietnam War*. Berkeley: Institute of East Asian Studies, University of California, 1986.
- Johnson, Lyndon B. (Lyndon Baines), 1908-1973. *The vantage point; perspectives of the Presidency, 1963-1969*. New York, Holt, Rinehart and Winston, 1971.
- Kahin, George McTurnan. *Intervention: how America became involved in Vietnam*. New York: Knopf, 1986.
- Karnow, Stanley. *Vietnam, a history*. New York: Viking Press, 1983.
- McNamara, Robert S., 1916-2009, et al. *In retrospect: the tragedy and lessons of Vietnam*. New York: Times Books, 1995.
- Moise, Edwin E., 1946-. *Tonkin Gulf and the escalation of the Vietnam War*. Chapel Hill: University of North Carolina Press, 1996.
- Morrocco, John, et al. *Thunder from above: air war, 1941-1968*. Boston, MA: Boston Pub. Co., 1984.
- Rendall, Ivan. *Rolling thunder*. Free Press, 1999.
- Smith, John, 1943 October 2-. *Rolling thunder*. New York: Kensington Pub. Corp., 1987.
- Tucker, Spencer. *Encyclopedia of the Vietnam War*. ABC-CLIO, 1998.
- VanDeMark, Brian, 1960-. *Into the quagmire: Lyndon Johnson and the escalation of the Vietnam War*. New York: Oxford University Press, 1991.
- Wiest, Andrew. *Rolling Thunder in a Gentle Land*. Osprey Publishing, 2006.

## Ted Kennedy (ice hockey)

- Batten, Jack, 1932-. *The Leafs: an anecdotal history of the Toronto Maple Leafs*. Toronto: Key Porter Books, 1994.
- Bidini, Dave. *Tropic of hockey: my search for the game in unlikely places*. Toronto, Ont.: McClelland & Stewart, 2000.
- Coleman, Jim. *Legends of hockey: the official book of the Hockey Hall of Fame*. Chicago: Triumph Books, 1996.
- Diamond, Dan. *Hockey's glory days: the 1950s and '60s*. Kansas City, Mo.: Andrews McMeel Pub., 2003.
- Diamond, Dan. *The ultimate prize: the Stanley Cup*. Kansas City, Mo.: Andrews McMeel Pub., 2003.
- Filey, Mike. *Toronto sketches 9*. Toronto: Dundurn, 2006.
- Goyens, Chrys, 1949-, et al. *Lions in winter*. Toronto: McGraw-Hill Ryerson, 1994.
- MacSkimming, Roy, 1944-. *Gordie: a hockey legend: an unauthorized biography of Gordie Howe*. Vancouver, B.C.; Berkeley: Greystone Books; [Place of publication not identified]: Distributed in the U.S. by Publishers Group West, 2003.
- McDonell, Chris. *Hockey's greatest stars: legends and young lions*. Toronto: Firefly Books, 1999.

- Pitman, Walter. *Elmer Iseler: choral visionary*. Toronto; Tonawanda, NY: Dundurn Press, 2008.
- Ulmer, Michael, 1959-. *Captains*. Toronto: Macmillan Canada, 1995.
- Weekes, Don. *The big book of hockey trivia*. Vancouver; Berkeley: Greystone Books, 2005.
- White, Paul, 1950-. *Great centremen: stars of hockey's golden agde*. Canmore, Alta.: Altitude Pub. Canada, 2006.

## Lana Turner

- Brown, Peter H.. *Howard Hughes*. Da Capo Press, 2005.
- Crane, Cheryl,De La Hoz, Cindy. *Lana: the memories, the myths, the movies*. Philadelphia: Running Press, 2008.
- Dargis, Manohla. *L.A. confidential*. BFI Pub., 2003.
- Davis, Ronald L.. *Just making movies*. University Press of Mississippi, 2005.
- Farr, Finis. *FDR*. New Rochelle N.Y., Arlington House, 1972.
- Jordan, David M., 1935-. *FDR, Dewey, and the election of 1944*. Bloomington: Indiana University Press, 2011.
- Kashner, Sam, et al. *The bad & the beautiful: Hollywood in the fifties*. New York: W.W. Norton, 2002.
- Lawson, Kristan, et al. *California Babylon: a guide to sites of scandal, mayhem, and celluloid in the Golden State*. New York: St. Martin's Griffin, 2000.
- Morella, Joe, et al. *Lana: the public and private lives of Miss Turner*. New York, Citadel Press, 1971.
- Parish, James Robert. *The Hollywood beauties*. New Rochelle, N.Y.: Arlington House, 1978.
- Robbins, Jann. *Harold and me: my life, love, and hard times with Harold Robbins*. New York: Forge, 2008.
- Shipman, David. cn. *The great movie stars; the golden years*. New York, Crown, 1970.
- Thomas, Tony, 1927-1997. *A wonderful life: the films and career of James Stewart*. Secaucus, N.J.: Citadel Press, 1988.
- Wayne, Jane Ellen. *The golden girls of MGM*. Carroll & Graf, 2003.

## John Lennon

- Anderson, Jennifer Joline. *John Lennon: legendary musician & Beatle*. Edina, Minn.: ABDO Pub. Co., 2010.
- Brown, Peter, 1937-, et al. *The love you make: an insider's story of the Beatles*. New York: McGraw-Hill, 1983.
- Fine, Jason. *Harrison*. New York: Simon & Schuster, 2002.
- Kane, Larry, 1942-. *Lennon revealed*. Philadelphia, Pa.; London: Running, 2007.
- Lennon, Cynthia. *John*. New York: Crown, 2005.
- Lennon, John. *All we are saying*. St. Martin's Griffin, 2000.
- Miles, Barry. *Paul McCartney*. H. Holt, 1997.
- Norman, Philip. *John Lennon*. Ecco, 2008.
- O'Dell, Chris. *Miss O'Dell*. Touchstone, 2009.
- Pang, May. *Instamatic karma: photographs of John Lennon*. New York: St. Martin's Press, 2008.
- Schaffner, Nicholas, 1953-. *The Beatles forever*. New York: McGraw-Hill, 1978.
- Spitz, Bob. *The Beatles: the biography*. New York: Little, Brown, 2005.
- Wiener, Jon. *Come together: John Lennon in his time*. Urbana: University of Illinois Press, 1991.
- Wiener, Jon. *Gimme some truth: John Lennon and the FBI*. Berkeley, Calif.; London: University of California Press, 1999.

## Smile (The Beach Boys album)

- Badman, Keith. *The Beach Boys: the definitive diary of America's greatest band, on stage and in the studio*. San Francisco, Calif.: Backbeat Books, 2004.
- Coleman, Ray. *Today's sound*. London: Hamlyn, 1974.
- Gaines, Steven S. *Heroes and villains: the true story of the Beach Boys*. New York, N.Y.: New American Library, 1986.

161 of 337

A-4528

- Hajdu, David. *Heroes and villains: essays on music, movies, comics, and culture*. Cambridge, MA: Da Capo Press, 2009.
- Heylin, Clinton. *The act you've known for all these years: a year in the life of Sgt. Pepper & friends*. New York: Canongate: Distributed by Publishers Group West, 2007.
- Howard, David N., 1969-. *Sonic alchemy: visionary music producers and their maverick recordings*. Milwaukee, WI: Hal Leonard Corp., 2004.
- Leaf, David. *The Beach Boys and the California myth*. New York: Grosset & Dunlap, 1978.
- Marsh, Dave, et al. *The new Rolling stone record guide*. New York: Random House/Rolling Stone Press, 1983.
- Prendergast, Mark J. *The ambient century: from Mahler to Moby: the evolution of sound in the electronic age*. New York: Bloomsbury, 2003.
- Stebbins, Jon. *Dennis Wilson: the real Beach Boy*. Toronto, Ont.: ECW Press, 2000.
- Tobler, John, et al. *The Beach Boys*. Secaucus, N.J.: Chartwell Books, 1978.
- Toop, David. *Ocean of sound: aether talk, ambient sound and imaginary worlds*. London; New York: Serpent's Tail, 1995.
- White, Timothy, 1952-2002. *The nearest faraway place: Brian Wilson, the Beach Boys, and the Southern Californian experience*. London: Macmillan, 1996.

## League of Nations

- Bendiner, Elmer. *A time for angels: the tragicomic history of the League of Nations*. New York: Knopf: distributed by Random House, 1975.
- Bouchet-Saulnier, Françoise. *The practical guide to humanitarian law*. Lanham, Md.: Rowman & Littlefield, 2007.
- Churchill, Winston. *The gathering storm*. Houghton Mifflin, 1985.
- Gill, George, 1927-1995. *The League of Nations: from 1929 to 1946*. Garden City Park, N.Y.: Avery Pub. Group, 1996.
- Housden, Martyn, 1962-. *The League of Nations and the organisation of peace*. New York: Pearson Longman, 2012.
- Joyce, James Avery. *Broken star: the story of the League of Nations (1919-1939)*. Swansea: C. Davies, 1978.
- Lannon, Frances. *The Spanish Civil War*. Osprey Publishing, 2002.
- Miller, David Hunter, 1875-. *The drafting of the covenant*. New York: Johnson Reprint, 1969.
- Myers, Denys P. (Denys Peter), b. 1884, et al. *Handbook of the League of Nations: a comprehensive account of its structure, operation and activities*. Boston; New York: World Peace Foundation, 1935.
- Ostrower, Gary B.. *The League of Nations*. Avery Pub. Group, 1996.
- Pedersen, Susan, 1959-. *The guardians: the League of Nations and the crisis of empire*. Oxford: Oxford University Press, 2015.
- Scott, George, 1925-. *The rise and fall of the League of Nations*. London, Hutchinson, 1973.
- Thorne, Christopher G. *The limits of foreign policy: the West, the League, and the Far Eastern crisis of 1931-1933*. New York, Putnam, 1973.
- Winkler, Henry R. (Henry Ralph), 1916-2012. *Paths not taken: British labour and international policy in the 1920s*. Chapel Hill: University of North Carolina Press, 1994.

## Paul von Hindenburg

- Asprey, Robert B. *The German high command at war: Hindenburg and Ludendorff conduct World War I*. New York: W. Morrow, 1991.
- Berman, Russell A., 1950-. *Paul von Hindenburg*. New York: Chelsea House, 1987.
- Chickering, Roger, 1942-. *Imperial Germany and the Great War, 1914-1918*. Cambridge, U.K.; New York, NY: Cambridge University Press, 1998.
- Craig, Gordon Alexander. *The Germans*. Meridian, 1991.
- Dorpalen, Andreas. *Hindenburg and the Weimar Republic*. Princeton, N.J., Princeton University Press, 1964.

162 of 337

- Eyck, Erich, 1878-1964. *A history of the Weimar Republic*. Cambridge, Harvard University Press, 1962.
- Gaulle, Charles de. *The enemy's house divided*. University of North Carolina Press, 2002.
- Lincoln, W. Bruce. *Passage through Armageddon: the Russians in war and revolution, 1914-1918*. New York: Simon and Schuster, 1986.
- Overy, R. J. *The dictators: Hitler's Germany and Stalin's Russia*. New York: W.W. Norton & Co., 2004.
- Papen, Franz von, 1879-1969. *Memoirs*. London: E. Deutsche, 1952.
- Parkinson, Roger. *Tormented warrior: Ludendorff and the Supreme Command*. London: Hodder and Stoughton, 1978.
- Shirer, William L.. *The Rise and Fall of the Third Reich: A History of Nazi Germany*. Simon and Schuster, 1960.
- Sixsmith, E. K. G. (Eric Keir Gilborne). *British generalship in the twentieth century*. London, Arms & Armour P., 1970.
- Turner, Henry Ashby. *Hitler's thirty days to power*. Addison-Wesley, 1996.

## History of U.S. foreign policy, 1829–1861

- Baker, Jean H. *James Buchanan*. New York: Times Books, 2004.
- Bauer, K. Jack (Karl Jack), 1926-. *Zachary Taylor: soldier, planter, statesman of the old Southwest*. Baton Rouge: Louisiana State University Press, 1985.
- Borneman, Walter R.. *Polk*. Random House, 2008.
- Cole, Donald B. *The presidency of Andrew Jackson*. Lawrence, Kan.: University Press of Kansas, 1993.
- Dusinberre, William. *Slavemaster president*. Oxford University Press, 2003.
- Eisenhower, John S. D.. *Zachary Taylor*. Times Books, 2008.
- Graff, Henry F. (Henry Franklin), 1921-. *The presidents: a reference history*. New York: Charles Scribner's Sons: Thomson/Gale, 2002.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- May, Gary. *John Tyler*. Times Books/Henry Holt and Co., 2008.
- Pletcher, David M.. *The diplomacy of annexation*. Univ of Missouri Pr; 1St Edition edition, 1973.
- Seigenthaler, John, 1927-2014. *James K. Polk*. New York: Times Books, 2004.
- Silbey, Joel H.. *Martin Van Buren and the emergence of American popular politics*. Rowman & Littlefield, 2002.
- Smith, Elbert B. *The Presidency of James Buchanan*. Lawrence: University Press of Kansas, 1975.
- Smith, Elbert B. *The presidencies of Zachary Taylor & Millard Fillmore*. Lawrence, Kan.: University Press of Kansas, 1988.

## Abwehr

- Archer, Christon I., et al. *World History of Warfare (Tactics & Strategies)*. University of Nebraska Press, 2002.
- Blandford, Edmund L. *SS intelligence: the Nazi Secret Service*. Edison, NJ: Castle Books, 2000.
- Cooper, Matthew, 1952- author;Rogers D. Spotswood Collection. *The German Army, 1933-1945: its political and military failure*. New York: Bonanza Books: Distributed by Crown Publishers;, 1984.
- Davies, Norman, 1939-. *No simple victory: World War II in Europe 1939-1945*. New York: Viking, 2007.
- Hildebrand, Klaus, author,Mazal Holocaust Collection. TxSaTAM. *The foreign policy of the Third Reich*. Berkeley: University of California Press, 1973.
- Holt, Thaddeus. *The deceivers*. Scribner, 2004.
- Kahn, David, 1930-. *Hitler's spies: German military intelligence in World War II*. New York: Macmillan, 1978.
- McDonough, Frank. *Opposition and resistance in Nazi Germany*. Cambridge University Press, 2001.
- Richelson, Jeffrey. *A century of spies*. Oxford University Press, 1995.
- Roseman, Mark. *A past in hiding: memory and survival in Nazi Germany*. New York: Metropolitan Books, 2001.
- Seaton, Albert, 1921-. *The German Army, 1933-45*. New York: New American Library, 1985.

- Waller, John H. *The unseen war in Europe: espionage and conspiracy in the Second World War*. New York: Random House, 1996.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.
- Weinberg, Gerhard L. *Germany, Hitler, and World War II: essays in modern German and world history*. Cambridge [England]; New York: Cambridge University Press, 1995.

## Artificial intelligence

- Berlinski, David, 1942-. *The advent of the algorithm: the 300-year journey from an idea to the computer*. San Diego: Harcourt, 2001.
- Dreyfus, Hubert L, et al. *Mind over machine: the power of human intuition and expertise in the era of the computer*. New York: Free Press, 1986.
- Dyson, George, 1953-. *Darwin among the machines: the evolution of global intelligence*. Reading, MA: Perseus Books, 1998.
- Edelson, Edward, 1932-. *The nervous system*. New York: Chelsea House Publishers, 1991.
- Foss, Brian M. *New horizons in psychology*. Baltimore, Penguin Books, 1966.
- Luger, George F. *Artificial intelligence: structures and strategies for complex problem solving*. Redwood City, CA.: Benjamin/Cummings Pub. Co., 1993.
- Minsky, Marvin Lee, 1927-. *Computation: finite and infinite machines*. Englewood Cliffs, N.J.: Prentice-Hall, 1967.
- Moravec, Hans P. *Mind children: the future of robot and human intelligence*. Cambridge, Mass.: Harvard University Press, 1988.
- Nilsson, Nils J., 1933-. *Artificial Intelligence: a new synthesis*. San Francisco, CA: Morgan Kaufmann Publishers, 1998.
- Poole, David L.. *Computational intelligence*. Oxford University Press, 1998.
- Raphael, Bertram. *The thinking computer: mind inside matter*. San Francisco: W. H. Freeman, 1976.
- Searle, John R.. *Mind, Language, and Society*. Basic Books, 2000.
- Simon, Herbert A. (Herbert Alexander), 1916-2001. *The shape of automation for men and management*. New York, Harper & Row, 1965.
- Thro, Ellen. *Robotics: the marriage of computers and machines*. New York: Facts on File, 1993.

## Revolutionary Armed Forces of Colombia

- Braun, Herbert, 1948-. *Our guerrillas, our sidewalks: a journey into the violence of Colombia*. Lanham, Md.: Rowman & Littlefield, 2003.
- Bushnell, David. *The making of modern Colombia*. University of California Press, 1993.
- Chomsky, Noam. *Rogue states*. South End Press, 2000.
- Dudley, Steven S. *Walking ghosts: murder and guerrilla politics in Colombia*. New York: Routledge, 2004.
- Gott, Richard, 1938-. *Guerrilla movements in Latin America*. London, Nelson, 1970.
- Guevara, Che, 1928-1967, et al. *The motorcycle diaries: notes on a Latin American journey*. Melbourne, Australia; New York: Ocean Press, 2004.
- HYLTON, FORREST. *EVIL HOUR IN COLOMBIA.*. VERSO, 2006.
- Leech, Garry M. *Beyond Bogotá: diary of a drug war journalist in Colombia*. Boston: Beacon Press, 2009.
- MacEoin, Gary, 1909-2003. *Revolution next door; Latin America in the 1970's*. New York, Holt, Rinehart and Winston, 1971.
- Murillo, Mario. *Columbia and the United States*. Seven Stories, 2004.
- Pearce, Jenny. *Colombia, inside the labyrinth*. Latin America Bureau (Research and Action), 1990.
- Rabasa, Angel, et al. *Colombian labyrinth: the synergy of drugs and insurgency and its implications for regional stability*. Santa Monica, CA: Rand, 2001.
- Safford, Frank, 1935-, et al. *Colombia: fragmented land, divided society*. New York: Oxford University Press, 2002.

- Toledo, Rebeca, et al. *War in Colombia: made in U.S.A.*. New York: International Action Center, 2003.

## History of the Republican Party (United States)

- Bell, Jeffrey, 1943-. *The case for polarized politics: why America needs social conservatism*. New York: Encounter Books, 2012.
- Black, Earl, 1942-, et al. *The rise of Southern Republicans [electronic resource]*. Cambridge, MA: Belknap Press of Harvard University Press, 2002.
- Deckman, Melissa M. (Melissa Marie), 1971-. *School board battles: the Christian right in local politics*. Washington, D.C.: Georgetown University Press, 2004.
- Foner, Eric. *Free soil, free labor, free men: the ideology of the Republican Party before the Civil War*. London; New York: Oxford University Press, 1979.
- Foner, Eric. *Reconstruction: America's unfinished revolution, 1863-1877*. New York: Harper & Row, 1988.
- Goodwin, Doris Kearns. *Team of rivals: the political genius of Abraham Lincoln*. New York: Simon & Schuster, 2005.
- Gould, Lewis L. *Four hats in the ring: the 1912 election and the birth of modern American politics*. Lawrence, Kan.: University Press of Kansas, 2008.
- Gould, Lewis L. *Grand Old Party: a history of the Republicans*. New York: Random House, 2003.
- Gould, Lewis L. *The Presidency of William McKinley*. Lawrence: Regents Press of Kansas, 1980.
- Gould, Lewis L. *The presidency of Theodore Roosevelt*. Lawrence, Kansas: University Press of Kansas, 2011.
- Micklethwait, John, et al. *The right nation: conservative power in America*. New York: Penguin Press, 2004.
- Muzzey, David Saville, 1870-1965 1965. *James G. Blaine, a political idol of other days*. New York, Dodd, Mead & company, 1934.
- Perlstein, Rick, 1969-. *Before the storm: Barry Goldwater and the unmaking of the American consensus*. New York: Hill and Wang, 2001.
- Randall, J. G. (James Garfield), 1881-1953. *Lincoln the president*. New York: Da Capo Press, 1997.

## Entropy

- Baeyer, Hans Christian Von. *Information*. Harvard University Press, 2003.
- Baierlein, Ralph. *Thermal physics*. Cambridge, U.K.; New York: Cambridge University Press, 1999.
- Ben-Naim, Arieh, 1934-. *Entropy demystified: the second law reduced to plain common sense with seven simulated games: S=klogW*. New Jersey: World Scientific, 2008.
- Carnot, Sadi, 1796-1832. *Reflexions on the motive power of fire: a critical edition with the surviving scientific manuscripts*. [Manchester]: Manchester University Press; New York: Lilian Barber Press, 1986.
- Chaisson, Eric J.. *Cosmic Evolution*. Harvard University Press, 2001.
- Cutnell, John D, et al. *Physics*. New York: Wiley, 1998.
- Georgescu-Roegen, Nicholas. *The entropy law and the economic process*. Cambridge, Mass., Harvard University Press, 1971.
- Gillispie, Charles Coulston. *The edge of objectivity; an essay in the history of scientific ideas. --*. Princeton, N.J.: Princeton University Press, 1960.
- Gribbin, John R.. *Q is for quantum*. Free Press, 1998.
- Levine, Ira N. (Ira Noel), 1937-. *Physical chemistry*. Boston: McGraw Hill, 2002.
- Moore, John W. *Chemistry: the molecular science*. Belmont, CA: Thompson Brooks/Cole, 2005.
- Penrose, Roger. *The Road to Reality*. Knopf, 2005.
- Reif, F. (Frederick), 1927-. *Fundamentals of statistical and thermal physics*. New York, McGraw-Hill, 1965.
- Serway, Raymond A. *Physics for scientists & engineers*. Philadelphia: Saunders College Pub., 1992.

## Age of Discovery

- Boxer, C. R. (Charles Ralph), 1904-. *The Portuguese seaborne empire: 1415-1825*. London: Hutchinson, 1969.
- Crow, John Armstrong. *The epic of Latin America*. Berkeley: University of California Press, 1992.
- Díaz del Castillo, Bernal, 1496-1584, et al. *The conquest of New Spain*. London; New York: Penguin, 1963.
- Fernández-Armesto, Felipe. *Pathfinders*. W. W. Norton, 2006.
- Gernet, Jacques. *Daily life in China: on the eve of the Mongol invasion, 1250-1276*. Stanford, Calif.: Stanford University Press, 1970.
- Gough, Barry M. *Distant dominion: Britain and the northwest coast of North America, 1579-1809*. Vancouver: University of British Columbia Press, 1980.
- Jensen, De Lamar, 1925-. *Renaissance Europe: age of recovery and reconciliation*. Lexington, Mass.: D.C. Heath, 1992.
- Merson, John. *The genius that was China: East and West in the making of the modern world*. New York, N.Y.: Overlook Press, 1990.
- Morison, Samuel Eliot, 1887-1976. *The European discovery of America: the southern voyages, A.D. 1492-1616*. New York: Oxford University Press, 1974.
- Overton, Mark, 1950-. *Agricultural revolution in England: the transformation of the agrarian economy 1500-1850*. Cambridge, England; New York: Cambridge University Press, 1996.
- Pohl, Frederick Julius, 1889-. *Amerigo Vespucci: pilot major*. New York: Octagon Books, 1966.
- Rice, Eugene F.. *The foundations of early modern Europe, 1460-1559*. W.W. Norton, 1994.
- Stark, Rodney. *The victory of reason: how Christianity led to freedom, capitalism, and Western success*. New York: Random House, 2005.
- Viola, Herman J, et al. *Seeds of change: a quincentennial commemoration*. Washington: Smithsonian Institution Press, 1991.

## Peter Heck

- Doyle, Arthur Conan, Sir, 1859-1930. *Lost world*. New York: Tor, 1993.
- Heck, Peter J. *A Connecticut Yankee in criminal court: a Mark Twain mystery*. New York: Berkeley Prime Crime, 1996.
- Heck, Peter J. *The guilty abroad: a Mark Twain mystery*. New York: Berkeley Prime Crime, 1999.
- Heck, Peter J. *The prince and the prosecutor: a Mark Twain mystery*. New York: Berkley Prime Crime, 1997.
- Heck, Peter J, et al. *Tom's lawyer: a Mark Twain mystery*. New York: Berkley Prime Crime, 2001.
- Heck, Peter J.. *The mysterious strangler*. Berkley Prime Crime, 2000.
- Kosmatka, Ted, 1973-. *The games*. New York: Del Rey/Ballantine Books, 2012.
- Lemonick, Michael D., 1953-. *Mirror Earth: the search for our planet's twin*. New York: Walker, 2012.
- Mann, Charles C. *1491: new revelations of the Americas before Columbus*. Vintage, 2006.
- Payton, T. Aaron. *The Constantine Affliction: a Pimm and Skye adventure*. San Francisco, Calif.: Night Shade Books, 2012.
- Reid, Robert, 1965-. *Year zero: a novel*. New York: Del Rey Ballantine Books, 2012.
- Stross, Charles. *Neptune's brood*. NEW YORK: ACE Books, 2013.
- Teppo, Mark. *Earth thirst*. San Francisco, CA: Night Shade Books, 2013.
- Walton, Jo. *Among others*. New York: Tor, 2012.

## Nelson C. Nye

- Nye, Nelson. *Not grass alone*. New York: Ace Books, 1961.
- Nye, Nelson C.. *The white chip*. Thorndike Press, 1997.
- Nye, Nelson C. (Nelson Coral), 1907-. *... Blood of kings*. New York, The Macmillan company, 1946.
- Nye, Nelson C. (Nelson Coral), 1907-. *Bandido*. New York: The New American Library, 1957.
- Nye, Nelson C. (Nelson Coral), 1907-. *Come a-smokin'*. Bath, England: Chivers Press; South Yarmouth, Ma.: J. Curley, 1983.
- Nye, Nelson C. (Nelson Coral), 1907-. *Deadly companions*. New York: Walker, 1987.

- Nye, Nelson C. (Nelson Coral), 1907-. *Horse thieves*. New York: M. Evans, 1987.
- Nye, Nelson C. (Nelson Coral), 1907-. *Mule man*. New York: Doubleday, 1988.
- Nye, Nelson C. (Nelson Coral), 1907-. *Riders by night*. Boston, Mass.: G.K. Hall, 1950.
- Nye, Nelson C. (Nelson Coral), 1907-. *The wolf that rode*. New York, Macmillan, 1960.
- Nye, Nelson C. (Nelson Coral), 1907-. *Trail of lost skulls*. New York: Ace Books, 1967.
- Nye, Nelson C. (Nelson Coral), 1907-1997. *Gun-hunt for the Sundance Kid*. Bath, England: Chivers Press; Thorndike, Me.: G.K. Hall, 2001.
- Nye, Nelson C. (Nelson Coral), 1907-1997. *Ranger's revenge*. Bath, England: Chivers Press; Waterville, Me.: G.K. Hall, 2002.
- Nye, Nelson C. (Nelson Coral), 1907-1997. *Renegade cowboy*. Bath, Avon, England: Chivers Press; Thorndike, Me.: G.K. Hall, 1996.

## Clive James

- James, Clive. *Opal sunset*. W.W. Norton & Co., 2008.
- James, Clive, 1939-. *As of this writing: the essential essays, 1968-2002*. New York: W.W. Norton, 2003.
- James, Clive, 1939-. *Brilliant creatures*. London: Picador, 1984.
- James, Clive, 1939-. *Britannia Bright's bewilderment in the wilderness of Westminster: a political poem in rhyming couplets*. London: J. Cape, 1976.
- James, Clive, 1939-. *Falling towards England: reliable memoirs continued*. New York: W.W. Norton, 1986.
- James, Clive, 1939-. *First reactions: critical essays 1968-1979*. New York: Knopf, 1980.
- James, Clive, 1939-. *Flying visits: postcards from the Observer 1976-83*. London: Picador, 1985.
- James, Clive, 1939-. *Glued to the box: television criticism from the Observer, 1979-82*. London: J. Cape, 1983.
- James, Clive, 1939-. *May Week was in June: Unreliable memoirs continued*. London: J. Cape, 1990.
- James, Clive, 1939-. *North face of Soho: unreliable memoirs. Vol. IV*. London: Picador, 2006.
- James, Clive, 1939-. *The dreaming swimmer: non-fiction 1987-1992*. London: Picador in association with Jonathan Cape, 1993.
- James, Clive, 1939-. *The remake: a novel*. London: Pan Books, 1988.
- James, Clive, 1939-. *The silver castle: a novel*. London: J. Cape, 1996.
- James, Clive, 1939-. *Unreliable memoirs*. New York: Knopf: distributed by Random House, 1981.

## Che Guevara

- Anderson, Jon Lee, author. *Che Guevara: a revolutionary life*. Grove Press, 1997.
- Bamford, James. *Body of secrets: anatomy of the ultra-secret National Security Agency*. New York: Anchor Books, 2002.
- Crompton, Samuel. *Che Guevara: the making of a revolutionary*. Pleasantville, NY: Gareth Stevens Pub., 2009.
- Cullather, Nick. *Secret History*. Stanford University Press, 2006.
- DePalma, Anthony. *The man who invented Fidel: Cuba, Castro, and Herbert L. Matthews of The New York times*. New York: Public Affairs, 2006.
- Gott, Richard, 1938-. *Cuba: a new history*. New Haven: Yale University Press, 2004.
- Guevara Lynch, Ernesto, 1900-, et al. *Young Che: memories of Che Guevara by his father*. New York: Vintage Books, 2008.
- Guevara, Ernesto. *Che*. Ocean Press, 2009.
- Immerman, Richard H. *The CIA in Guatemala: the foreign policy of intervention*. Austin: University of Texas Press, 1982.
- Löwy, Michael, 1938-. *The Marxism of Che Guevara; philosophy, economics, and revolutionary warfare*. New York, Monthly Review Press, 1973.
- None,. *Viva Che!: the strange death and life of Che Guevara*. Stroud: Sutton Publishing, 2006.
- Ratner, Michael, 1943-2016,Smith, Michael Steven, 1942-. *Che Guevara and the FBI: the U.S. political police dossier on the Latin American revolutionary*. Melbourne; New York: Ocean Press; Chicago, IL,

USA: Distributor, United States, LPC/InBook, 1997.

- Sinclair, Andrew, 1935-. *Che Guevara*. New York, Viking Press, 1970.
- Skidmore, Thomas E, et al. *Modern Latin America*. New York: Oxford University Press, 1989.

## Battle of the Bulge

- Astor, Gerald, 1926-2007. *A blood-dimmed tide: the Battle of the Bulge by the men who fought it*. New York: Donald I. Fine, 1992.
- Bradley, Omar Nelson, 1893-1981, et al. *A general's life: an autobiography*. New York: Simon and Schuster, 1983.
- Calvocoressi, Peter. *Top secret ultra*. New York: Pantheon Books, 1980.
- Churchill, Winston, 1874-1965. *Triumph and tragedy*. Boston, Mass.: Houghton Mifflin, 1953.
- Eggenberger, David, et al. *An encyclopedia of battles: accounts of over 1,560 battles from 1479 B.C. to the present*. New York: Dover, 1985.
- Hinsley, F. H. (Francis Harry), 1918-, et al. *Codebreakers: the inside story of Bletchley Park*. Oxford; New York: Oxford University Press, 1993.
- Jordan, Jonathan W., 1967-. *Brothers, rivals, victors: Eisenhower, Patton, Bradley, and the partnership that drove the Allied conquest in Europe*. New York: New American Library, 2011.
- Kershaw, Alex. *The longest winter*. Da Capo Press, 2004.
- King, Benjamin. *Impact: the history of Germany's V-weapons in World War II*. Rockville Centre, NY: Sarpedon, 1998.
- MacDonald, Charles Brown, 1922-. *A time for trumpets: the untold story of the Battle of the Bulge*. New York: Bantam Books, 1984.
- Riley, J. P. (Jonathon P.). *Decisive battles: from Yorktown to Operation Desert Storm*. London; New York: Continuum, 2010.
- Ryan, Cornelius. *The last battle*. Simon and Schuster, 1995.
- Urban, Mark, 1961-. *Generals: ten British commanders who shaped the world*. London: Faber and Faber, 2005.
- Wilmot, Chester. *The struggle for Europe*. Westport, Conn., Greenwood Press, 1972.

## The Kinks Are the Village Green Preservation Society

- Davies, Dave, 1947-. *Kink: an autobiography*. New York: Hyperion, 1997.
- Davies, Ray. *X-ray*. Overlook Press, 1995.
- Hasted, Nick. *The story of the Kinks: you really got me*. London; New York: Omnibus Press, 2011.
- Heylin, Clinton, author. *All the Madmen: Barrett, Bowie, Drake, Pink Floyd, the Kinks, the Who & a Journey to the Dark Side of English Rock*. London: Constable, 2012.
- Irvin, Jim, et al. *The Mojo collection: the ultimate music companion*. Edinburgh: Canongate, 2003.
- Jovanovic, Rob. *God save the Kinks: a biography*. London: Aurum Press, 2013.
- Kitts, Thomas M., 1955-. *Ray Davies: not like everybody else*. New York: Routledge, 2008.
- MacDonald, Ian, 1948-2003. *Revolution in the head: the Beatles' records and the sixties*. Chicago, Ill: Chicago Review Press, 2007.
- Marten, Neville. *The Kinks: a very English band*. [London, UK]: Bobcat Books, 2007.
- Mendelssohn, John. *The Kinks kronikles*. New York: Quill, 1985.
- Miles, Barry, 1943-. *The Rolling Stones: an illustrated discography*. London; New York: Omnibus Press, 1980.
- Moore, Allan F. *Rock, the primary text: developing a musicology of rock*. Aldershot, Hants, England; Brookfield, Vt.: Ashgate, 2001.
- Rogan, Johnny, author. *Ray Davies: a complicated life*. London: The Bodley Head, 2015.
- Savage, Jon. *The Kinks: the official biography*. London; Boston: Faber and Faber, 1984.

## Prometheus Books

- Allen, Steve, 1921-2000. *Dumbth: the lost art of thinking: with 101 ways to reason better & improve your mind*. Amherst, N.Y.: Prometheus Books, 1998.

- Asimov, Isaac, 1920-, et al. *Election day 2084: a science fiction anthology on the politics of the future*. Buffalo, N.Y.: Prometheus Books, 1984.
- Asimov, Isaac, 1920-1992. *Past, present, and future*. Buffalo, N.Y.: Prometheus Books, 1987.
- Asimov, Isaac, 1920-1992. *The roving mind*. Amherst, New York: Prometheus Books, 1997.
- Gardner, Martin, 1914-. *The new age: notes of a fringe watcher*. New York: Prometheus Books, 1988.
- Harrison, Guy P., author. *50 simple questions for every Christian*. Amherst, New York: Prometheus Books, 2013.
- Harwood, William. *Mythology's last gods*. Prometheus Books, 1992.
- Hook, Sidney, 1902-1989, et al. *Sidney Hook on pragmatism, democracy, and freedom: the essential essays*. Amherst, NY: Prometheus Books, 2002.
- Kevorkian, Jack. *Prescription--medicide: the goodness of planned death*. Buffalo, N.Y.: Prometheus Books, 1991.
- Kurtz, Paul, 1925-. *Exuberant skepticism*. Amherst, N.Y.: Prometheus Books, 2010.
- Nickell, Joe. *The science of ghosts: searching for spirits of the dead*. Amherst, N.Y.: Prometheus Books, 2012.
- Price, Robert M.. *Deconstructing Jesus*. Prometheus Books, 2000.
- Price, Robert M., 1954-. *The Da Vinci fraud: why the truth is stranger than fiction*. Amherst, N.Y.: Prometheus Books, 2005.
- Price, Robert M., 1954-, et al. *The empty tomb: Jesus beyond the grave*. Amherst, N.Y.: Prometheus Books, 2005.

## Central Intelligence Agency

- Adams, Sam. *War of numbers*. Steerforth Press, 1994.
- Bardach, Ann Louise. *Cuba confidential: love and vengeance in Miami and Havana*. New York: Random House, 2002.
- Bearden, Milt, et al. *The main enemy: the inside story of the CIA's final showdown with the KGB*. New York: Random House, 2003.
- Johnson, Loch K., 1942-. *America's secret power: the CIA in a democratic society*. New York: Oxford University Press, 1989.
- Jones, Ishmael. *The human factor: inside the CIA's dysfunctional intelligence culture*. New York: Encounter Books, 2008.
- Kessler, Ronald, 1943-. *The CIA at war: inside the secret campaign against terror*. New York: St. Martin's Press, 2003.
- Mahle, Melissa Boyle. *Denial and deception: an insider's view of the CIA from Iran-contra to 9/11*. New York: Nation Books, 2004.
- Rich, Ben R, et al. *Skunk Works: a personal memoir of my years at Lockheed*. Boston: Little, Brown, 1994.
- Schecter, Jerrold L. *The spy who saved the world: how a Soviet colonel changed the course of the Cold War*. New York: C. Scribner's Sons; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1992.
- Sheymov, Victor, 1946-. *Tower of secrets: a real life spy thriller*. Annapolis, Md.: Naval Institute Press, 1993.
- Tucker, Mike correspondent.. *Operation hotel California*. Lyons Press, 2009.
- Wallace, Robert. *Spycraft*. Dutton, 2008.
- Wise, David, 1930-, et al. *The invisible government*. New York, Random House, 1964.
- Woodward, Bob, 1943-. *Plan of attack*. New York: Simon & Schuster, 2004.

## January 6

- (U.S.), Asia Watch Committee, et al. *The Human rights crisis in Kashmir: a pattern of impunity*. New York: Human Rights Watch, 1993.
- Commire, Anne, et al. *Women in world history: a biographical encyclopedia*. Waterford, CT: Yorkin Publications, 1999.

- Company, American Historical, et al. *Johnson, Stedman, and allied families; a genealogical study with biographical notes*. New York: American Historical Co., 1962.
- Frankel, Benjamin, 1949-. *The Cold War, 1945-1991*. Detroit: Gale Research, 1992.
- Gregory, Hugh. *Soul music A-Z*. New York: Da Capo Press, 1995.
- Levy, Peter B.. *Encyclopedia of the Clinton presidency*. Greenwood Press, 2002.
- Lilly, John Cunningham, 1915-. *Man and dolphin*. Garden City, N.Y., Doubleday, 1961.
- McCaffrey, Donald W, et al. *Guide to the silent years of American cinema*. Westport, Conn.: Greenwood Press, 1999.
- Monaco, James, et al. *The encyclopedia of film*. New York, NY: Perigee Books, 1991.
- Moritz, Charles. *Current biography yearbook, 1962*. New York: H.W. Wilson, 1963.
- Murrells, Joseph. *The book of golden discs*. London: Barrie & Jenkins, 1978.
- Nite, Norm N, et al. *Rock On Volume 3: the illustrated encyclopedia of rock n' roll*. New York: Harper and Row, 1985.
- Santelli, Robert. *The big book of blues: a biographical encyclopedia*. New York: Penguin Books, 2001.
- Vitkus, Daniel J, et al. *Three Turk plays from early modern England: Selimus, A Christian turned Turk, and The renegado*. New York: Columbia University Press, 2000.

## January 5

- Astro, Alan. *Understanding Samuel Beckett*. Columbia, S.C.: University of South Carolina Press, 1990.
- Baggelaar, Kristin, et al. *Folk music: more than a song*. New York: Crowell, 1976.
- Bret, David. *Maurice Chevalier: up on top of a rainbow*. London: Robson, 1992.
- Brinnin, John Malcolm, 1916- comp, et al. *Twentieth century poetry: American and British (1900-1970); an American-British anthology*. New York, McGraw-Hill, 1970.
- Chase's, Editors of. *Chase's calendar of events 2007*. New York: McGraw-Hill, 2007.
- Foster, Charles, 1923-2017. *Stardust and shadows: Canadians in early Hollywood*. Toronto: Dundurn Press, 2000.
- Gishford, Anthony. *Grand opera; the story of the world's leading opera houses and personalities*. New York, Viking Press, 1972.
- Jones, Daniel, et al. *Contemporary authors: new revision series*. Detroit: Gale, 1997.
- Laurence, Margaret. *Selected letters of Margaret Laurence and Adele Wiseman*. Toronto, Ontario: University of Toronto Press, 1997.
- Macken, Bob, et al. *The rock music source book*. Garden City, N.Y.: Anchor Books, 1980.
- Salzman, Jack, et al. *Encyclopedia of African-American culture and history*. New York: Macmillan Library Reference, 1996.
- Sinha, Shri Murari, 1915-. *Nobel laureates of literature, 1901-1973 (with a note on the laureates of 1974)*. New Delhi: S. Chand, 1975.
- Stewart, Anita. *The Gray Rocks story*. New York: Wieser & Wieser, 1988.
- Van Nostrand, Jeanne Skinner, 1902-. *The first hundred years of painting in California, 1775-1875: with biographical information and references relating to the artists*. San Francisco, Calif.: J. Howell-Books, 1980.

## Pope Pius XII and the Holocaust

- Bokenkotter, Thomas S. *A concise history of the Catholic Church*. New York: Doubleday, 2004.
- Burleigh, Michael. *Sacred Causes*. HarperCollins, 2007.
- Carroll, James, 1943-. *Constantine's sword: the church and the Jews: a history*. Boston: Houghton Mifflin, 2001.
- Cornwell, John, 1940-. *The Pontiff in winter: triumph and conflict in the reign of John Paul II*. New York: Doubleday, 2004.
- Falconi, Carlo. *The silence of Pius XII*. Boston, Little, Brown, 1970.
- Hebblethwaite, Peter. *Paul VI: the first modern Pope*. New York: Paulist Press, 1993.
- Johnson, Paul, 1928- author. *A history of Christianity*. New York: Atheneum, 1976.

- Lewy, Guenter, 1923-. *The Catholic Church and Nazi Germany*. New York: McGraw-Hill Book Co., 1964.
- Marchione, Margherita. *Pope Pius XII: architect for peace*. New York: Paulist Press, 2000.
- McInerny, Ralph, 1929-2010. *The defamation of Pius XII*. South Bend, Ind.: St. Augustine's Press, 2001.
- Morley, John F., 1936-. *Vatican diplomacy and the Jews during the Holocaust, 1939-1943*. New York: Ktav Pub. House, 1980.
- Pham, John-Peter. *Heirs of the Fisherman: behind the scenes of papal death and succession*. Oxford; New York: Oxford University Press, 2004.
- Phayer, Michael. *The Catholic Church and the Holocaust, 1930-1965*. Indiana University Press, 2000.
- Zuccotti, Susan. *Under His Very Windows*. Yale University Press, 2000.

## The Great Gatsby

- Fitzgerald, F. Scott (Francis Scott), 1896-1940. *The great Gatsby*. Cambridge; New York: Cambridge University Press, 1991.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, author. *The crack-up*. New York: James Laughlin, 1945.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, et al. *Dear Scott, dearest Zelda: the love letters of F. Scott and Zelda Fitzgerald*. New York: St. Martin's Press, 2002.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, et al. *Dear Scott/Dear Max; the Fitzgerald-Perkins correspondence*. New York, Scribner, 1971.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, et al. *The letters of F. Scott Fitzgerald*. New York: Scribner, 1963.
- Hemingway, Ernest, 1899-1961. *A moveable feast*. New York, Scribner, 1964.
- Kazin, Alfred, 1915-1998, ed. *F. Scott Fitzgerald: the man and his work*. Cleveland, World Pub. Co, 1951.
- Marx, Leo, 1919-. *The machine in the garden: technology and the pastoral ideal in America*. New York: Oxford University Press, 1964.
- Milford, Nancy. *Zelda; a biography*. New York, Harper & Row, 1970.
- Mizener, Arthur. *The far side of paradise; a biography of F. Scott Fitzgerald*. Boston, Houghton Mifflin, 1965.
- Pitts, Michael R. *Radio soundtracks: a reference guide*. Metuchen, N.J.: Scarecrow Press, 1986.
- Tredell, Nicolas. *Fitzgerald's The Great Gatsby: a reader's guide*. London; New York: Continuum, 2007.
- Turnbull, Andrew. *Scott Fitzgerald: [a biography]*. New York, NY Scribner, 1962.
- West, James L. W. *The perfect hour: the romance of F. Scott Fitzgerald and Ginevra King, his first love*. New York: Random House, 2005.

## Jesus

- Brown, Raymond Edward. *An introduction to the New Testament*. Doubleday, 1997.
- Brown, Raymond Edward. *The Gospel and Epistles of John: a concise commentary*. Collegeville, Minn.: Liturgical Press, 1988.
- Crossan, John Dominic. *Who is Jesus?*. Westminster John Knox Press, 1999.
- Doniger, Wendy, et al. *Merriam-Webster's encyclopedia of world religions; Wendy Doniger, consulting editor*. Springfield, Mass.: Merriam-Webster, 1999.
- Ehrman, Bart D.. *Jesus, apocalyptic prophet of the new millennium*. Oxford University Press, 1999.
- Ehrman, Bart D.. *Jesus, interrupted*. HarperOne, 2009.
- Evans, Craig A. *The Bible knowledge background commentary: Matthew-Luke*. Colorado Springs, Colo.: Victor, 2003.
- Grudem, Wayne A. *Systematic theology: an introduction to biblical doctrine*. Leicester, England: Inter-Varsity Press; Grand Rapids, Mich.: Zondervan Pub. House, 1994.
- Morgan, Diane, 1947-. *Essential Islam: a comprehensive guide to belief and practice*. Santa Barbara, Calif.: Praeger/ABC-CLIO, 2010.
- Nickell, Joe. *Relics of the Christ*. Lexington: University Press of Kentucky, 2007.
- Powell, Mark Allan, 1953-. *Jesus as a figure in history: how modern historians view the man from Galilee*. Louisville, Ky.: Westminster John Knox Press, 1998.

- Schweitzer, Albert, 1875-1965, et al. *The psychiatric study of Jesus, exposition and criticism;*. Boston, Beacon Press, 1948.
- Vermès, Géza. *The authentic gospel of Jesus*. Penguin Books, 2004.
- Wilson, Barrie A. *How Jesus became Christian*. New York: St. Martin's Press, 2008.

## Slavery in the United States

- Appiah, Anthony, et al. *Africana: the encyclopedia of the African and African American experience*. New York: Basic Civitas Books, 1999.
- Brandt, Nat. *The town that started the Civil War*. Syracuse, N.Y.: Syracuse University Press, 1990.
- Doyle, Robert C., author. *The enemy in our hands: America's treatment of enemy prisoners of war, from the Revolution to the War on Terror*. Lexington, Ky.: University Press of Kentucky, 2010.
- Foner, Eric, 1943- compiler;Frank and Virginia Williams Collection of Lincolniana (Mississippi State University. Libraries). *Nat Turner*. Englewood Cliffs, N.J., Prentice-Hall, 1971.
- Foner, Eric, et al. *Forever free: the story of emancipation and Reconstruction*. New York: Knopf, 2005.
- Hurmence, Belinda. *Slavery time when I was chillun*. New York: Putnam, 1997.
- Katz, William Loren. *Black Indians: a hidden heritage*. New York, NY: Atheneum Books for Young Readers/Simon & Schuster, 2012.
- Kulikoff, Allan. *The agrarian origins of American capitalism*. Charlottsville: University Press of Virginia, 1992.
- Mulroy, Kevin. *The Seminole freedmen: a history*. Norman: University of Oklahoma Press, 2007.
- Perdue, Theda, 1949-. *Slavery and the evolution of Cherokee society, 1540-1866*. Knoxville: University of Tennessee Press, 1979.
- Rasmussen, Daniel, 1987-. *American uprising: the untold story of America's largest slave revolt*. New York: Harper, 2011.
- Thomas, Hugh, 1931-. *The slave trade: the story of the Atlantic slave trade, 1440-1870*. New York, NY: Simon & Schuster, 1997.
- Wright, Gavin, 1943-. *The political economy of the cotton South: households, markets, and wealth in the nineteenth century*. New York: Norton, 1978.

## Searches for Noah's Ark

- Abrahamian, Levon, et al. *Armenian folk arts, culture, and identity*. Bloomington: Indiana University Press, 2001.
- Bailey, Lloyd R., 1936-. *Noah: the person and the story in history and tradition*. Columbia, S.C.: University of South Carolina Press, 1989.
- Bailey, Lloyd R., 1936-. *Where is Noah's Ark?*. Nashville: Abingdon, 1978.
- Bailey, Lloyd R., 1936-. *Where is Noah's Ark?*. Nashville: Abingdon, 1978.
- Bright, Richard Carl. *Quest for discovery: the remarkable search for Noah's ark*. Green Forest, AR: New Leaf Press, 2000.
- Cornuke, Robert, 1951-. *In search of the lost mountains of Noah: the discovery of the real Mts. of Ararat*. Nashville, TN: Broadman & Holman, 2001.
- Cummings, Violet M.. *Noah's Ark: Fable or Fact?*. Creation-Science Research Center, 1973.
- Fasold, David. *The ark of Noah*. Wynwood Press, 1988.
- Irwin, James B. (James Benson). *More than an ark on Ararat: spiritual lessons learned while searching for Noah's ark*. Nashville, Tenn.: Broadman Press, 1985.
- LaHaye, Tim F. *The ark on Ararat*. Nashville: T. Nelson, 1976.
- Navarra, Fernand, 1915-. *Noah's ark: I touched it*. Plainfield, N.J., Logos International, 1974.
- Noorbergen, Rene. *The ark file*. Mountain View, Calif.: Pacific Press Pub. Association, 1974.
- Sellier, Charles E. *The incredible discovery of Noah's Ark*. New York, New York: Dell Pub., 1995.

## Claude Du Bosc

- Antal, Frederick. *Hogarth and his place in European art*. New York: Basic Books, 1962.

172 of 337

- Atherton, Herbert M. *Political prints in the age of Hogarth; a study of the ideographic representation of politics*. Oxford, Clarendon Press, 1974.
- Blunt, Anthony, 1907-1983. *The paintings of Nicolas Poussin. Critical catalogue*. London, Phaidon, 1966.
- Foote, Henry Wilder. *John Smibert, Painter With a Descriptive Catalogue of Portraits, and Notes on the Work of Nathaniel Smibert*. [Erscheinungsort nicht ermittelbar] Harvard University Press, 1950.
- Gatrell, Vic, 1941- author. *The first Bohemians: life and art in London's golden age*. London: Penguin Books, 2014.
- Godfrey, Richard T. *Printmaking in Britain: a general history from its beginnings to the present day*. New York: New York University Press, 1978.
- Mackenzie, Ian. *British prints: dictionary and price guide*. Woodbridge, Suffolk: Antique Collectors' Club, 1987.
- Paulson, Ronald. *Hogarth: his life, art, and times*. New Haven: Yale University Press, 1974.
- Rosenberg, Pierre. *Nicolas Poussin: 1594-1665: Galeries nationales du Grand Palais, 27 septembre 1994-2 janvier 1995*. Paris: Réunion des musées nationaux, 1994.
- Strong, Roy C. *The artist & the garden*. New Haven: Published for the Paul Mellon Centre for Studies in British Art by Yale University Press, 2000.
- Uglow, Jennifer S. *Hogarth: a life and a world*. London: Faber and Faber, 1997.
- Waterhouse, Ellis Kirkham, 1905-1985. *Painting in Britain, 1530 to 1790*. Harmondsworth, Eng.; New York: Penguin Books, 1978.

## J. K. Rowling

- Anatol, Giselle Liza, 1970-. *Reading Harry Potter: critical essays*. Westport, Conn.: Praeger, 2003.
- Anelli, Melissa. *Harry, a history: the true story of a boy wizard, his fans, and life inside the Harry Potter phenomenon*. New York: Pocket Books, 2008.
- Blake, Andrew, 1955-. *The irresistible rise of Harry Potter*. London; New York: Verso, 2002.
- Eccleshare, Julia. *A guide to the Harry Potter novels*. London; New York: Continuum, 2002.
- Foerstel, Herbert N.. *Banned in the U.S.A.*. Greenwood Press, 2002.
- Gibson, Marion, 1970-. *Witchcraft myths in American culture*. New York: Routledge, 2007.
- Jenkins, Henry, 1958-. *Convergence culture: where old and new media collide*. New York: New York University Press, 2006.
- Kirk, Connie Ann. *J.K. Rowling: a biography*. Westport, Conn.: Greenwood Press, 2003.
- Nel, Philip, 1969-. *J.K. Rowling's Harry Potter novels: a reader's guide*. New York: Continuum, 2001.
- Pember, Don R., 1939-. *Mass media law*. Boston: McGraw-Hill Higher Education, 2007.
- Posner, Richard A. *The little book of plagiarism*. New York: Pantheon Books, 2007.
- Smith, Sean, 1955-. *J.K. Rowling: a biography*. London: Arrow, 2002.
- Zipes, Jack, 1937-. *Sticks and stones: the troublesome success of children's literature from Slovenly Peter to Harry Potter*. New York: Routledge, 2002.

## Vergilius Ferm

- Ferm, Vergilius Ture Anselm, 1896-. *Pictorial history of Protestantism: a panoramic view of western Europe and the United States*. New York: Philosophical Library, 1957.
- Ferm, Vergilius Ture Anselm, 1896-1974. *Philosophy beyond the classroom*. North Quincy, Mass.: Christopher Pub. House, 1974.
- Ferm, Vergilius Ture Anselm, 1896-1974. *Religion in the twentieth century*. New York, Philosophical Library, 1948.
- Ferm, Vergilius Ture Anselm, 1896-1974. *The Protestant credo*. New York, Philosophical Library, 1953.
- Ferm, Vergilius Ture Anselm, 1896-1974, ed. *An encyclopedia of religion*. New York, The Philosophical library, 1945.
- Ferm, Vergilius Ture Anselm, 1896-1974, ed. *Classics of Protestantism*. New York, Philosophical Library, 1959.
- Ferm, Vergilius Ture Anselm, 1896-1974, et al. *Lightning never strikes twice (if you own a feather bed): and 1904 other American superstitions from the ordinary to the eccentric*. New York: Gramercy Pub.,

173 of 337

1989.

- Ferm, Vergilius Ture Anselm, 1896-ed. *Living schools of religion; religion in the twentieth century*. Paterson, N.J., Littlefield, Adams, 1965, 1965.
- Ferm, Vergilius, 1896-1974. *A Protestant dictionary*. New York, Philosophical Library, 1951.
- Ferm, Vergilius, 1896-1974. *A dictionary of pastoral psychology*. New York, Philosophical Library, 1955.
- Ferm, Vergilius, 1896-1974. *Contemporary American theology*. New York, Round Table Press, 1932.
- Ferm, Vergilius, 1896-1974. *Cross-currents in the personality of Martin Luther; a study in the psychology of religious genius*. North Quincy, Mass., Christopher Pub. House, 1972.
- Ferm, Vergilius, 1896-1974. *Toward an expansive Christian theology*. New York, Philosophical Library, 1964.
- Ferm, Vergilius, 1896-1974, editor. *Encyclopedia of morals*. New York, Greenwood Press, 1969.

## Garage rock

- Abbey, Eric James, 1976-. *Garage rock and its roots: musical rebels and the drive for individuality*. Jefferson, N.C.: McFarland & Company, 2006.
- Blake, Mark, 1965-. *Punk: The Whole Story*. London; New York: DK Pub., 2006.
- Davidson, Eric, singer. *We never learn: the gunk punk undergut, 1988-2001*. New York: Backbeat Books, 2010.
- Else, David. *Great Britain*. Footscray, Vic.; London: Lonely Planet, 2007.
- Hall, Ron, 1950-. *Playing for a piece of the door: a history of garage & frat bands in Memphis, 1960-1975*. Memphis: Shangri-La Projects, 2001.
- Kitts, Thomas M., 1955-. *Ray Davies: not like everybody else*. New York: Routledge, 2008.
- Markesich, Mike. *TeenBeat mayhem!: commemorating America's forgotten musical heritage: those teenage rock & roll combos of the swingin' 1960s*. Branford, Conn.: Priceless Info Press, 2012.
- Murrells, Joseph. *The book of golden discs*. London: Barrie & Jenkins, 1978.
- Rowthorn, Chris. *Japan*. Melbourne, Vic.; Oakland, CA: Lonely Planet, 2003.
- Shapiro, Fred R, et al. *The Yale book of quotations*. New Haven: Yale University Press, 2006.
- Smitz, Paul. *Australia*. Footscray, Vic: Lonely Planet, 2005.
- Unterberger, Richie, 1962-. *Urban spacemen and wayfaring strangers: overlooked innovators and eccentric visionaries of '60s rock*. San Francisco: Miller Freeman Books; Berkeley, CA: Distributed to the book trade in the U.S. by Publisher's Group West; Milwaukee, WI: Distributed to the music trade in the U.S. by Hal Leonard Pub., 2000.
- Waksman, Steve. *This ain't the summer of love: conflict and crossover in heavy metal and punk*. Berkeley: University of California Press, 2009.

## Rail transport

- Day, Lance, et al. *Biographical dictionary of the history of technology*. London; New York: Routledge, 1996.
- Fogel, Robert William. *Railroads and American economic growth: essays in econometric history*. Baltimore, Johns Hopkins Press, 1970.
- Licht, Walter, 1946-. *Working for the railroad: the organization of work in the nineteenth century*. Princeton, N.J.: Princeton University Press, 1983.
- Nock, O. S. (Oswald Stevens), 1905-. *Railways in the transition from steam, 1940-1965*. New York, Macmillan, 1974.
- Nock, O. S. (Oswald Stevens), 1905-. *Railways then and now: a world history*. London: Elek, 1975.
- Nock, O. S. (Oswald Stevens), 1905-1994. *150 years of main line railways*. London: David & Charles, 1980.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways at the zenith of steam, 1920-40*. London, Blandford, 1970.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways in the formative years, 1851-1895*. London, Blandford Press, 1973.

174 of 337

- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways in the years of preeminence 1905-1919*. London, Blandford Press, 1971.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways of Western Europe*. London: A. & C. Black, 1977.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways of the USA*. London Black, 1979.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Steam railways in retrospect*. London: A. & C. Black, 1966.
- Nock, O. S. (Oswald Stevens), 1905-1994. *World atlas of railways*. New York: Mayflower Books, 1978.
- Simon, Andrew L. *Made in Hungary: Hungarian contributions to universal culture*. Safety Harbor, FL: Simon Publications, 1998.

## American Civil War

- Catton, Bruce. *The Civil War*. Houghton Mifflin, 1987.
- Davis, William C., 1946-. *Stand in the day of battle*. Garden City, N.Y.: Doubleday, 1983.
- Huddleston, John, 1952-. *Killing ground: photographs of the Civil War and the changing American landscape*. Baltimore: Johns Hopkins University Press, 2002.
- Keegan, John. *The American Civil War*. Alfred A. Knopf, 2009.
- Krannawitter, Thomas L., 1969-. *Vindicating Lincoln: defending the politics of our greatest president*. Lanham, Md.: Rowman & Littlefield Publishers: Distributed by National Book Network, 2008.
- Lipset, Seymour Martin. *Political man; the social bases of politics*. Garden City, N.Y., Doubleday, 1960.
- McPherson, James M. *Ordeal by fire: the Civil War and Reconstruction*. New York: McGraw-Hill, 1992.
- Nevins, Allan, 1890-1971. *Ordeal of the Union*. New York; London: Scribner, 1947.
- Nevins, Allan, 1890-1971, et al. *The War for the Union*. New York: Scribner, 1959.
- Potter, David Morris, et al. *The impending crisis, 1848-1861*. New York: Harper & Row, 1976.
- Stampp, Kenneth M. (Kenneth Milton). *America in 1857: a nation on the brink*. New York: Oxford University Press, 1990.
- Weigley, Russell Frank. *A great Civil War: a military and political history, 1861-1865*. Bloomington: Indiana University Press, 2000.
- Wise, Stephen R., 1952-. *Lifeline of the Confederacy: blockade running during the Civil War*. [Columbia]: University of South Carolina Press, 1988.

## Robert F. Kennedy

- Brown, Stuart Gerry, 1912- . cn. *The presidency on trial; Robert Kennedy's 1968 campaign and afterwards*. Honolulu, University Press of Hawaii, 1972.
- Burner, David, 1937-, et al. *The torch is passed: the Kennedy brothers & American liberalism*. New York: Atheneum, 1984.
- Goldfarb, Ronald L. *Perfect villains, imperfect heroes: Robert F. Kennedy's war against organized crime*. New York: Random House, 1995.
- Hersh, Burton. *Bobby and J. Edgar*. Carroll & Graf, 2007.
- Heymann, C. David (Clemens David), 1945-. *RFK: a candid biography of Robert F. Kennedy*. New York, N.Y., U.S.A.: Dutton, 1998.
- Kennedy, Robert F., 1925-1968, et al. *RFK: collected speeches*. New York: Viking, 1993.
- Mills, Judie. *Robert Kennedy*. Millbrook Press, 1998.
- O'Brien, Michael, 1943-. *John F. Kennedy: a biography*. New York: Thomas Dunne Books/St. Martin's Press, 2005.
- Palermo, Joseph A.. *In his own right*. Columbia University Press, 2001.
- Schlesinger, Arthur M. (Arthur Meier), 1917-2007. *Robert Kennedy and his times*. Boston: Houghton Mifflin, 1978.
- Shesol, Jeff. *Mutual contempt: Lyndon Johnson, Robert Kennedy, and the feud that defined a decade*. New York: W.W. Norton, 1997.
- Thomas, Evan, 1951-. *Robert Kennedy: his life*. New York, NY: Touchstone, 2002.
- Wilson, Harry L., 1957-. *Guns, gun control, and elections: the politics and policy of firearms*. Lanham, Md.: Rowman & Littlefield, 2007.

## H. H. Asquith

- Adams, R. J. Q. (Ralph James Q.), 1943-. *Bonar Law*. Stanford, Calif.: Stanford University Press, 1999.
- Cowling, Maurice. *The impact of labour 1920-1924; the beginning of modern British politics*. Cambridge [Eng.] University Press, 1971.
- Ensor, R. C. K. (Robert Charles Kirkwood), 1877-1958. *England: 1870-1914*. Oxford: Clarendon, 1985.
- Hattersley, Roy. *The Edwardians*. St. Martin's Press, 2005.
- Jenkins, Roy, 1920-2003. *Asquith; portrait of a man and an era*. New York, Chilmark Press, 1964.
- Levine, Naomi B., 1923-. *Politics, religion, and love: the story of H.H. Asquith, Venetia Stanley, and Edwin Montagu, based on the life and letters of Edwin Samuel Montagu*. New York: New York University Press, 1991.
- Middlemas, Keith, 1935-. *Baldwin: a biography*. London, Weidenfeld and Nicolson, 1969.
- Oxford and Asquith, Margot (Tennant) Asquith, countess of. *The autobiography of Margot Asquith*. London: Eyre & Spottiswoode, 1962.
- Pope-Hennessy, James. *Lord Crewe, 1858: 1945; the likeness of a liberal*. London, Constable, 1955.
- Pound, Reginald. *Northcliffe*. London, Cassell, 1959.
- Trevelyan, George Macaulay, 1876-1962. *Grey of Fallodon: being the life of Sir Edward Grey afterwards Viscount Grey of Fallodon*. London: Longmans, Green, 1940.
- Wilson, John, 1924-. *CB: a life of Sir Henry Campbell-Bannerman. -*. London: Constable, 1973.
- Young, Kenneth, 1916-. *Arthur James Balfour; the happy life of the politician, prime minister, statesman, and philosopher, 1848-1930*. London G. Bell, 1963.

## Third Great Awakening

- Bordin, Ruth Birgitta Anderson, 1917-. *Woman and temperance: the quest for power and liberty, 1873-1900*. Philadelphia: Temple University Press, 1981.
- Finke, Roger, 1954-, et al. *The churching of America, 1776-1990: winners and losers in our religious economy*. New Brunswick, N.J.: Rutgers University Press, 1992.
- Fishwick, Marshall William. *Great awakenings: popular religion and popular culture*. New York: Haworth Press, 1995.
- Fogel, Robert William. *The fourth great awakening & the future of egalitarianism*. Chicago: University of Chicago Press, 2000.
- Frankiel, Tamar, 1946-. *Gospel hymns and social religion: the rhetoric of nineteenth-century revivalism*. Philadelphia: Temple University Press, 1978.
- Gottschalk, Stephen. *The emergence of Christian Science in American religious life.*. Univ of California Pr, 1973.
- Jensen, Richard J. *The winning of the Midwest: social and political conflict, 1888-1896*. Chicago: University of Chicago Press, 1971.
- Jones, Charles Edwin, 1932-. *Perfectionist persuasion: the holiness movement and American Methodism, 1867-1936*. Metuchen, N.J.: Scarecrow Press, 1974.
- Marty, Martin E.. *Modern American religion*. University of Chicago Press, 1991.
- Marty, Martin E., 1928-. *Modern American religion*. Chicago: University of Chicago Press, 1986.
- McLoughlin, William Gerald. *Modern revivalism: Charles Grandison Finney to Billy Graham*. New York, Ronald Press Co, 1959.
- Orr, J. Edwin (James Edwin), 1912-. *The second evangelical awakening in America*. London: Marshall, Morgan & Scott, 1952.
- Ward, W. Reginald (William Reginald). *The Protestant evangelical awakening*. Cambridge [Eng.]; New York, NY: Cambridge University Press, 1992.

## Treaty of Versailles

- Bailey, Thomas Andrew, 1902-1983. *Woodrow Wilson and the great betrayal*. New York, Macmillan Co., 1945.
- Baker, Anni P. *American soldiers overseas: the global military presence*. Westport, Conn.: Praeger, 2004.
- Bell, Philip Michael Hett, 1930-. *The origins of the Second World War in Europe*. London [u.a.]: Longman, 1999.

- Beller, Steven, 1958-. *A concise history of Austria*. Cambridge, UK; New York: Cambridge University Press, 2006.
- Brezina, Corona. *The Treaty of Versailles, 1919: a primary source examination of the treaty that ended World War I*. New York: Rosen Pub. Group, 2006.
- Corrigan, Gordon. *The Second World War: a military history*. New York: Thomas Dunne Books/St. Martin's Press, 2011.
- Evans, Richard J, et al. *In Hitler's shadow: West German historians and the attempt to escape from the Nazi past*. Pantheon, 1989.
- Macmillan, Margaret Olwen. *Paris 1919: six months that changed the world*. New York: Random House, 2002.
- Martel, Gordon. *The origins of the Second World War reconsidered: A.J.P. Taylor and the historians*. London; New York: Routledge, 1999.
- None,. *Eastern Europe: an introduction to the people, lands, and culture*. Santa Barbara, Calif.: ABC-CLIO, 2005.
- Sontag, Raymond James, 1897-1972. *A broken world, 1919-1939*. New York: Harper and Row, 1972.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## History of French foreign relations

- Albrecht-Carrié, René, 1904-1978. *A diplomatic history of Europe since the Congress of Vienna*. New York: Harper & Row, 1958.
- Bailey, Thomas Andrew, 1902-. *A diplomatic history of the American people*. Englewood Cliffs, N.J.: Prentice-Hall, 1980.
- Blumenthal, Henry. cn. *France and the United States; their diplomatic relation, 1789-1914*. Chapel Hill, University of North Carolina Press, 1970.
- Duroselle, Jean-Baptiste, 1917-1994. *France and the United States from the beginnings to the present*. Chicago: University of Chicago Press, 1978.
- Fischer, David Hackett, 1935-. *Liberty and freedom*. Oxford; New York: Oxford University Press, 2005.
- Hill, Peter P., 1926-. *Napoleon's troublesome Americans: Franco-American relations, 1804-1815*. Washington, D.C.: Potomac Books, 2006.
- Kulski, Władysław Wszebór, 1903-. *De Gaulle and the world; the foreign policy of the Fifth French Republic*. Syracuse, N.Y.] Syracuse University Press, 1966.
- Langer, William L. (William Leonard), 1896-1977. *European alliances and alignments, 1871-1890*. New York: A.A. Knopf, 1931.
- MacMillan, Margaret, 1943-. *The war that ended peace: the road to 1914*. New York: Random House, 2013.
- Mowat, R. B. (Robert Balmain), 1883-1941. *A history of European diplomacy, 1451-1789*. New York, Longmans, Green & co.; London, E. Arnold & co., 1928.
- Overy, R. J, et al. *The road to war*. London, England; New York, N.Y.: Penguin, 1999.
- Roosen, William James. *The age of Louis XIV: the rise of modern diplomacy*. Cambridge, Mass.: Schenkman Pub. Co., 1976.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## United Kingdom–United States relations

- Bailey, Thomas Andrew, 1902-. *A diplomatic history of the American people*. Englewood Cliffs, N.J.: Prentice-Hall, 1980.
- Bullock, Alan, 1914-2004. *Ernest Bevin, foreign secretary, 1945-1951*. Oxford [Oxfordshire]; New York: Oxford University Press, 1985.
- Carroll, Francis M. (Professor). author. *A good and wise measure: the search for the Canadian-American boundary, 1783-1842*. Toronto, Ont.: University of Toronto Press, 2001.

- Ciment, James. *Colonial America: an encyclopedia of social, political, cultural, and economic history*. Armonk, NY: Sharpe Reference, 2006.
- Collier, Basil. *The lion and the eagle; British and Anglo-American strategy, 1900-1950*. New York, Putnam, 1972.
- Masterson, William H. (William Henry), 1914-1983. *Tories and Democrats: British diplomats in pre-Jacksonian America*. College Station: Texas A&M University Press, 1985.
- Pells, Richard H.. *Not like us*. Basic Books, 1997.
- Perkins, Bradford, 1925-. *Castlereagh and Adams: England and the United States, 1812-1823*. Berkeley: University of California Press, 1964.
- Perkins, Bradford, 1925-. *The great rapprochement; England and the United States, 1895-1914*. New York, Atheneum, 1968.
- Pletcher, David M.. *The diplomacy of annexation*. Univ of Missouri Pr; 1St Edition edition, 1973.
- Putnam, Robert D. *American grace: how religion divides and unites us*. New York: Simon & Schuster, 2010.
- Reynolds, David, 1952-. *Rich relations: the American occupation of Britain, 1942-1945*. London: Phoenix, 2000.
- Watt, Donald Cameron. *Succeeding John Bull: America in Britain's place, 1900-1975: a study of the Anglo-American relationship and world politics in the context of British and American foreign-policy-making in the twentieth century*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1984.

## Foreign policy of the Richard Nixon administration

- Ambrose, Stephen E. *Nixon*. New York: Simon and Schuster, 1987.
- Bell, Coral. *The diplomacy of detente: the Kissinger era*. New York: St. Martin's Press, 1977.
- Black, Conrad. *Richard M. Nixon: a life in full*. New York: PublicAffairs, 2007.
- Dallek, Robert. *Nixon and Kissinger: partners in power*. New York: HarperCollins Pub., 2007.
- Drew, Elizabeth. *Richard M. Nixon*. New York: Times Books, 2007.
- Gaddis, John Lewis. *Strategies of containment: a critical appraisal of postwar American national security policy*. New York: Oxford University Press, 1982.
- Garthoff, Raymond L. *Détente and confrontation: American-Soviet relations from Nixon to Reagan*. Washington, D.C.: Brookings Institution, 1985.
- Hanhimäki, Jussi M., 1965-. *The flawed architect: Henry Kissinger and American foreign policy*. New York: Oxford University Press, 2004.
- Kissinger, Henry, 1923-. *Ending the Vietnam War: a history of America's involvement in and extrication from the Vietnam War*. New York: Simon & Schuster, 2003.
- Kissinger, Henry, 1923-, et al. *White House years*. Boston: Little, Brown, 1979.
- Nixon, Richard M. (Richard Milhous), 1913-1994. *RN: the memoirs of Richard Nixon*. New York: Grosset & Dunlap, 1978.
- Small, Melvin. *The presidency of Richard Nixon*. Lawrence: University Press of Kansas, 1999.
- Thornton, Richard C.. *The Nixon-Kissinger years*. Paragon House, 2001.

## Buddhism

- Gethin, Rupert. *The foundations of Buddhism*. Oxford; New York: Oxford University Press, 1998.
- Gross, Rita M.. *Buddhism after patriarchy*. State University of New York Press, 1993.
- Harvey, Peter (Brian Peter). *An introduction to Buddhism: teachings, history, and practices*. Cambridge [England]; New York: Cambridge University Press, 1990.
- Lopez, Donald S., 1952-. *Buddhism in practice*. Princeton, N.J.: Princeton University Press, 1995.
- Mizuno, Kōgen. *Essentials of Buddhism*. Kosei Pub., 1996.
- Pawar, Urmila. *The weave of my life: a Dalit woman's memoirs*. New York: Columbia University Press, 2009.
- Powell, Andrew, et al. *Living Buddhism*. Berkeley: University of California Press, 1995.
- Prebish, Charles S. *Historical dictionary of Buddhism*. Metuchen, N.J.: Scarecrow Press, 1993.

- Reat, N. Ross, 1951-. *Buddhism: a history*. Berkeley, Calif.: Asian Humanities Press, 1994.
- Robinson, Richard H., 1926-. *The Buddhist religion: a historical introduction*. Belmont, Calif.: Wadsworth Pub. Co., 1982.
- Thera, Nyanaponika. *Great disciples of the Buddha*. Wisdom Publications, 1997.
- Weddle, David L. (David Leroy), 1942-. *Miracles: wonder and meaning in world religions*. New York: New York University Press, 2010.
- Yinshun,. *The way to Buddhahood*. Boston: Wisdom Publications, 1998.

### Sentence spacing in language and style guides

- Association, American Sociological. *ASA style guide*. Washington, D.C.: American Sociological Association, 1997.
- Association, Research and Education. *REA's Handbook of English grammar, style, and writing*. Piscataway, N.J.: The Association, 1995.
- Jr., William Strunk. *The elements of style*. Pearson Longman, 2009.
- Press, University of Chicago. *The Chicago manual of style*. University of Chicago Press, 2003.
- Sabin, William A. *The Gregg reference manual*. New York: Gregg Division/McGraw-Hill, 1985.
- Sambuchino, Chuck. *Formatting & submitting your manuscript*. Writer's Digest Books, 2009.
- Siegal, Allan M.. *The New York times manual of style and usage*. Times Books, 1999.
- Strunk, William, 1869-1946, et al. *The elements of style*. Boston: Allyn and Bacon, 1999.
- Trottier, David. *The screenwriter's bible*. Silman-James Press, 2005.
- Turabian, Kate L. *A manual for writers of research papers, theses, and dissertations: Chicago style for students and researchers*. Chicago: University of Chicago Press, 2007.

### Dean Acheson

- Acheson, Dean, 1893-1971. *Fragments of my fleece*. New York, Norton, 1971.
- Acheson, Dean, 1893-1971. *Morning and noon*. Boston, Houghton Mifflin, 1965.
- Acheson, Dean, 1893-1971. *Present at the creation; my years in the State Department*. New York, Norton, 1969.
- Beisner, Robert L. *Dean Acheson: a life in the Cold War*. Oxford; New York: Oxford University Press, 2006.
- Brinkley, Douglas. *Dean Acheson: the Cold War years, 1953-71*. New Haven: Yale University Press, 1992.
- Chace, James, et al. *Acheson: the Secretary of State who created the American world*. Cambridge, Mass.; London: Harvard University Press, 1999.
- Isaacson, Walter. *The wise men*. Faber and Faber, 1986.
- McGlothlen, Ronald L. *Controlling the waves: Dean Acheson and U.S. foreign policy in Asia*. New York: Norton, 1993.
- McLellan, David S. *Dean Acheson: the State Department years*. New York: Dodd, Mead & Co., 1976.
- McMahon, Robert J., 1949-. *Dean Acheson and the creation of an American world order*. Washington, D.C.: Potomac Books, 2009.
- Offner, Arnold A. *Another such victory: President Truman and the Cold War, 1945-1953*. Stanford, Calif.: Stanford University Press, 2002.
- Stupak, Ronald J. *The shaping of foreign policy; the role of the Secretary of State as seen by Dean Acheson*. [New York] Odyssey Press, 1969.
- Truman, Harry S., 1884-1972. *Affection and trust: the personal correspondence of Harry S. Truman and Dean Acheson, 1953-1971*. New York: Alfred A. Knopf, 2010.

### Lyndon B. Johnson

- Andrew, John A. *Lyndon Johnson and the Great Society*. Chicago: I.R. Dee, 1998.
- Bernstein, Irving. *Guns or butter*. Oxford University Press, 1996.
- Bornet, Vaughn Davis, 1917-. *The presidency of Lyndon B. Johnson*. Lawrence, Kan.: University Press of Kansas, 1983.

- Dallek, Robert. _An unfinished life_. Little, Brown, and Co., 2003.
- Dallek, Robert. _Flawed giant: Lyndon Johnson and his times, 1961-1973_. New York: Oxford University Press, 1998.
- Evans, Rowland, 1921-, et al. _Lyndon B. Johnson; the exercise of power; a political biography_. [New York] New American Library, 1966.
- Farrell, John A. (John Aloysius). _Tip O'Neill and the Democratic century_. Boston: Little, Brown, 2001.
- Lewis, John, 1940 Feb. 21-, et al. _Walking with the wind: a memoir of the movement_. San Diego: Harcourt Brace, 1999.
- Reeves, Richard. _President Kennedy_. Simon & Schuster, 1993.
- Schulman, Bruce J., et al. _Lyndon B. Johnson and American liberalism_. St. Martin's Press, 1995.
- TerHorst, Jerald F, et al. _The flying White House: the story of Air Force One_. New York: Coward, McCann & Geoghegan, 1979.
- Walsh, Kenneth T.. _Air Force One_. Hyperion, 2003.
- Woods, Randall Bennett, 1944-. _LBJ: architect of American ambition_. New York: Free Press, 2006.

## Howard Goldblatt

- Ai, Bei, et al. _Red ivy, green earth mother_. New York: ToExcel, 2000.
- Alai, 1959-, et al. _Red poppies: [a novel of Tibet]_. Boston: Mariner Books/Houghton Mifflin, 2003.
- Bi, Feiyu. _The moon opera_. Houghton Mifflin Harcourt, 2009.
- Chunshu,. _Beijing doll_. Riverhead Books, 2004.
- Goldblatt, Howard, 1939-. _Chairman Mao would not be amused: fiction from today's China_. New York: Grove Press, 1995.
- Huang, Chunming, 1939-, et al. _The taste of apples_. New York: Columbia University Press, 2001.
- Li, Ang, 1952-, et al. _The butcher's wife and other stories_. Boston, MA: Cheng & Tsui Co., 1995.
- Li, Rui, 1950-, et al. _Silver City: a novel_. New York: Metropolitan Books, 1997.
- Mu, Alili, et al. _Loud sparrows: contemporary Chinese short-shorts_. New York: Columbia University Press, 2006.
- Su, Tong, 1963-, et al. _My life as emperor_. New York: Hyperion East, 2005.
- Wang, Shuo, 1958-, et al. _Please don't call me human_. New York: Hyperion, 2000.
- Wang, Zhenhe, 1940-, et al. _Rose, Rose, I love you_. New York: Columbia University Press, 1998.
- Zhu, Tianxin, et al. _Notes of a desolate man_. New York: Columbia University Press, 1999.

## Henry Louis Gates Jr.

- Appiah, Anthony, et al. _Africana: the encyclopedia of the African and African American experience_. New York: Basic Civitas Books, 1999.
- Gates, Henry Louis. _Colored people_. New York: Knopf: Distributed by Random House, 1993.
- Gates, Henry Louis. _Faces of America: how 12 extraordinary people discovered their pasts_. New York: New York University Press, 2010.
- Gates, Henry Louis. _Figures in Black: words, signs, and the "racial" self_. New York: Oxford University Press, 1987.
- Gates, Henry Louis. _In search of our roots_. Crown Publishers, 2008.
- Gates, Henry Louis. _Life upon these shores_. Knopf, 2011.
- Gates, Henry Louis. _Loose canons: notes on the culture wars_. New York: Oxford University Press, 1992.
- Gates, Henry Louis. _The African-American century_. Free Press, 2000.
- Gates, Henry Louis. _The signifying monkey_. Oxford University Press, 1988.
- Gates, Henry Louis. _The trials of Phillis Wheatley_. New York: BasicCivitas Books, 2003.
- Gates, Henry Louis. _Thirteen ways of looking at a Black man_. Random House, 1997.
- Gates, Henry Louis. _Wonders of the African world_. New York: Knopf: Distributed by Random House, 1999.
- Gates, Henry Louis, et al. _The African American national biography_. New York: Oxford University Press, 2008.

## W. Edwards Deming

- Aguayo, Rafael. *Dr. Deming: the American who taught the Japanese about quality*. New York: Simon & Schuster, 1991.
- Deming, W. Edwards (William Edwards), 1900-. *Out of the crisis: quality, productivity and competitive position*. Cambridge: Cambridge University Press, 1986.
- Deming, W. Edwards (William Edwards), 1900-. *Statistical adjustment of data*. New York, Dover Publications, 1964.
- Deming, W. Edwards (William Edwards), 1900-, et al. *The world of W. Edwards Deming*. Knoxville, Tenn.: SPC Press, 1992.
- Deming, W. Edwards (William Edwards), 1900-1993. *Some theory of sampling*. New York, Dover Publications, 1966.
- Gabor, Andrea. *The man who discovered quality: how W. Edwards Deming brought the quality revolution to America: the stories of Ford, Xerox, and GM*. New York, N.Y.: Penguin Books, 1992.
- Joiner, Brian L, et al. *Fourth generation management: the new business consciousness*. New York: McGraw-Hill, 1994.
- Kohn, Alfie. *Punished by rewards*. Houghton Mifflin Co., 1999.
- Mann, Nancy R. *The keys to excellence: the story of the Deming philosophy*. Los Angeles: Prestwick Books, 1989.
- Rodin, Robert, et al. *Free, perfect, and now: connecting to the three insatiable customer demands: a CEO's true story*. New York: Simon & Schuster, 1999.
- Scherkenbach, William W. *Deming's road to continual improvement*. Knoxville, Tenn.: SPC Press, 1991.
- Wheeler, Donald J. *Understanding variation: the key to managing chaos*. Knoxville, Tenn.: SPC Press, 2000.

## David Berlinski

- Berlinski, David. *The body shop*. St. Martin's Press, 1996.
- Berlinski, David, 1942-. *A clean sweep*. New York: St. Martin's Press, 1993.
- Berlinski, David, 1942-. *A tour of the calculus*. New York: Pantheon Books, 1995.
- Berlinski, David, 1942-. *Infinite ascent: a short history of mathematics*. New York: Modern Library, 2005.
- Berlinski, David, 1942-. *Less than meets the eye: an Aaron Asherfeld mystery*. New York: St. Martin's Press, 1994.
- Berlinski, David, 1942-. *Newton's gift: how Sir Isaac Newton unlocked the system of the world*. New York: Free Press, 2000.
- Berlinski, David, 1942-. *On systems analysis: an essay concerning the limitations of some mathematical methods in the social, political, and biological sciences*. Cambridge, Mass.: MIT Press, 1976.
- Berlinski, David, 1942-. *The advent of the algorithm: the 300-year journey from an idea to the computer*. San Diego: Harcourt, 2001.
- Berlinski, David, 1942-. *The advent of the algorithm: the idea that rules the world*. New York: Harcourt, 2000.
- Berlinski, David, 1942-. *The king of infinite space: Euclid and his elements*. Basic Books; First Edition edition, 2013.
- Berlinski, David, 1942-. *The secrets of the vaulted sky: astrology and the art of prediction*. Orlando, Fla.: Harcourt, 2003.
- Numbers, Ronald L. *Darwinism comes to America*. Cambridge, Mass.: Harvard University Press, 1998.
- O'Reilly, Sean, 1952-, et al. *Travelers' tales The road within: true stories of transformation*. San Francisco, Calif.: Travelers' Tales; Sebastopol, Calif.: Distributed by O'Reilly and Associates, 1997.

## Richard Rhodes

- Rhodes, Ginger. *Trying to get some dignity: stories of triumph over childhood abuse*. New York: W. Morrow, 1996.
- Rhodes, Richard. *Deadly feasts: tracking the secrets of a terrifying new plague*. New York: Simon & Schuster, 1997.
- Rhodes, Richard. *Farm: a year in the life of an American farmer*. New York: Simon and Schuster, 1989.

- Rhodes, Richard. *Holy secrets*. Garden City, N.Y.: Doubleday, 1978.
- Rhodes, Richard. *How to write: advice and reflections*. New York: William Morrow and Co., 1995.
- Rhodes, Richard. *Nuclear renewal*. Whittle Books in association with Viking, 1993.
- Rhodes, Richard. *The inland ground: an evocation of the American Middle West*. New York, Atheneum, 1970.
- Rhodes, Richard. *Visions of technology: a century of vital debate about machines, systems, and the human world*. New York, NY: Simon & Schuster, 1999.
- Rhodes, Richard, 1937-. *A hole in the world: an American boyhood*. New York: Simon and Schuster, 1990.
- Rhodes, Richard, 1937-. *Arsenals of folly: the making of the nuclear arms race*. New York: Alfred A. Knopf, 2007.
- Rhodes, Richard, 1937-. *Hedy's folly: the life and breakthrough inventions of Hedy Lamarr, the most beautiful woman in the world*. New York: Doubleday, 2011.
- Rhodes, Richard, 1937-. *John James Audubon: the making of an American*. New York: Alfred A. Knopf, 2004.
- Rhodes, Richard, 1937-. *Looking for America: a writer's odyssey*. Garden City, N.Y.: Doubleday, 1979.

## Gulf War

- Blum, William. *Killing hope*. Common Courage Press, 2004.
- Clancy, Tom, 1947-, et al. *Every man a tiger*. New York: Putnam, 1999.
- Finlan, Alastair. *The Gulf War 1991*. Osprey Pub., 2003.
- Hawley, T. M. *Against the fires of hell: the environmental disaster of the Gulf War*. New York: Harcourt Brace Jovanovich Publishers, 1992.
- Hiro, Dilip. *Desert Shield to Desert Storm*. Routledge, 1992.
- Leckie, Robert, 1920-2001. *The wars of America*. New York: Castle Books, 1998.
- Makiya, Kanan. *Cruelty and silence: war, tyranny, uprising, and the Arab World*. New York: W.W. Norton, 1993.
- Morin, Jean (Jean H). *Operation Friction, 1990-1991*. Toronto: Dundurn Press, 1997.
- Riley, J. P. (Jonathon P.). *Decisive battles: from Yorktown to Operation Desert Storm*. London; New York: Continuum, 2010.
- Roberts, Paul William. *The demonic comedy*. Farrar, Straus and Giroux, 1998.
- Sifry, Micah L, et al. *The Gulf War reader: history, documents, opinions*. New York, NY: Times Books, 1991.
- Smith, Jean Edward. *George Bush's war*. New York: H. Holt, 1992.

## Dinosaur

- Alvarez, Walter, 1940-. *T. rex and the crater of doom*. Princeton, N.J.: Princeton University Press, 1997.
- Bakker, Robert T. *The dinosaur heresies: new theories unlocking the mystery of the dinosaurs and their extinction*. New York: Morrow, 1986.
- Brett-Surman, M. K., 1950-, et al. *The complete dinosaur*. Bloomington, Ind.: Indiana University Press, 2011.
- Colbert, Edwin H. (Edwin Harris), 1905-2001. *Men and dinosaurs: the search in field and laboratory*. New York: Dutton, 1968.
- Desmond, Adrian J., 1947-. *The hot-blooded dinosaurs: a revolution in palaeontology*. New York: Dial Press, 1976.
- Holmes, Thom, author. *Fossil feud: the rivalry of the first American dinosaur hunters*. Parsippany, New Jersey: Julian Messner, 1998.
- Holtz, Thomas R., 1965-, et al. *Dinosaurs: the most complete, up-to-date encyclopedia for dinosaur lovers of all ages*. New York: Random House, 2007.
- Lambert, David, 1932-, et al. *The dinosaur data book: the definitive, fully illustrated encyclopedia of dinosaurs*. New York: Avon Books, 1990.
- Lessem, Don, et al. *The Dinosaur Society's dinosaur encyclopedia*. New York: Random House, 1993.

182 of 337

- Norell, Mark. *Discovering dinosaurs*. University of California Press, 1995.
- Parsons, Keith M. *Drawing out Leviathan: dinosaurs and the science wars*. Bloomington: Indiana University Press, 2001.
- Paul, Gregory S. *Dinosaurs of the air: the evolution and loss of flight in dinosaurs and birds*. Baltimore: Johns Hopkins University Press, 2002.
- Rupke, Nicolaas A.. *Richard Owen*. Yale University Press, 1994.

## Hoochie Coochie Man

- Blecha, Peter. *Taboo tunes: a history of banned bands & censored songs*. San Francisco: Backbeat Books, 2004.
- Dixon, Willie. *I am the blues*. Da Capo Press, 1989.
- Erlewine, Michael. *All music guide to the blues: the experts' guide to the best blues recordings*. San Francisco: Miller Freeman Books; Emeryville, CA: Distributed to the book trade in the U.S. and Canada by Publishers Group West; Milwaukee, WI: Distributed to the music trade in the U.S. and Canada by Hal Leonard Pub., 1996.
- Filene, Benjamin. *Romancing the folk: public memory & American roots music*. Chapel Hill: University of North Carolina Press, 2000.
- Gillett, Charlie. *The sound of the city: the rise of rock'n'roll*. New York: Dell Publ., 1972.
- Gioia, Ted. *Delta blues: the life and times of the Mississippi Masters who revolutionized American music*. New York: W.W. Norton, 2009.
- Gordon, Robert, 1961-. *Can't be satisfied: the life and times of Muddy Waters*. Boston: Little, Brown, 2002.
- Herzhaft, Gérard. *Encyclopedia of the blues*. Fayetteville: University of Arkansas Press, 1992.
- Moore, Allan F. *The Cambridge companion to blues and gospel music*. Cambridge: Cambridge University Press, 2002.
- Murray, Charles Shaar. *Crosstown traffic: Jimi Hendrix and the post-war rock'n'roll revolution*. New York: St. Martin's Press, 1991.
- Myers, Paul, 1960-. *It ain't easy: Long John Baldry and the birth of the British blues*. Vancouver: Greystone Books, 2007.
- Palmer, Robert, 1945-1997. *Deep blues*. Harmondsworth, Middlesex, England; New York, N.Y.: Penguin Books, 1982.
- Whitburn, Joel. *Joel Whitburn's top R & B singles, 1942-1988*. Menomonee Falls, Wis.: Record Research Inc., 1988.

## Introduction to evolution

- (U.S.), National Academy of Sciences, et al. *Science, evolution, and creationism*. Washington, D.C.: National Academies Press, 2008.
- Bowler, Peter J. *Evolution: the history of an idea*. Berkeley: University of California Press, 2003.
- Coyne, Jerry A., 1949-. *Why evolution is true*. New York: Viking, 2009.
- Darwin, Charles. *The indelible stamp*. Running Press, 2005.
- Farber, Paul Lawrence, 1944-. *Finding order in nature: the naturalist tradition from Linnaeus to E.O. Wilson*. Baltimore, Md.: Johns Hopkins University Press, 2000.
- Futuyma, Douglas J., 1942-. *Evolution*. Sunderland, Mass.: Sinauer Associates, 2005.
- Larson, Edward J. (Edward John). *Evolution: the remarkable history of a scientific theory*. New York: Modern Library, 2004.
- Mayr, Ernst, 1904-. *Populations, species, and evolution; an abridgment of Animal species and evolution*. Cambridge, Mass., Belknap Press of Harvard University Press, 1970.
- None,. *Genetics*. New York: Macmillan Reference USA: Thomson/Gale, 2003.
- Raup, David M., author, et al. *Extinction: bad genes or bad luck?*. W. W. Norton & Company, 1991.
- Sis, Peter. *The tree of life*. Farrar Straus Giroux, 2003.
- Tattersall, Ian. *The fossil trail: how we know what we think we know about human evolution*. New York: Oxford University Press, 1995.

- Weichert, Charles K. (Charles Kipp), 1902-. *Elements of chordate anatomy*. New York, McGraw-Hill, 1975.

## Matriarchy

- Castro, Ginette. *American feminism: a contemporary history*. New York: New York University Press, 1990.
- Daly, Mary, 1928-2010. *Gyn/ecology: the metaethics of radical feminism*. Boston: Beacon Press, 1990.
- Echols, Alice. *"Daring to be bad": radical feminism in America, 1967-1975*. Minneapolis: University of Minnesota Press, 1989.
- Epstein, Barbara Leslie, 1944-. *Political protest and cultural revolution: nonviolent direct action in the 1970s and 1980s*. Berkeley: University of California Press, 1991.
- Estes, Richard. *The behavior guide to African mammals: including hoofed mammals, carnivores, primates*. Berkeley: University of California Press, 1991.
- Gabriel, Mary, 1955-. *Notorious Victoria: the life of Victoria Woodhull, uncensored*. Chapel Hill, N.C.: Algonquin Books of Chapel Hill, 1998.
- Mansfield, Harvey Claflin. *Manliness*. Yale University Press, 2006.
- Phan, Peter C., 1943-. *Vietnamese-American Catholics*. New York: Paulist Press, 2005.
- Spender, Dale. *For the record the making and meaning of feminist knowledge*. London Women's Press, 1985.
- Sukumar, Raman. *The Living Elephants*. Oxford University Press, USA, 2003.
- Wittig, Monique. *Les guérillères*. Boston: Beacon Press, 1985.

## Colorado River

- Armstead, Lloyd Dean, 1943-. *Whitewater rafting in North America: more than 100 river adventures in the United States and Canada*. Old Saybrook, Conn.: Globe Pequot Press, 1997.
- Barnes, Will C. (Will Croft), 1858-1936, et al. *Arizona place names*. Tucson, University of Arizona Press, 1960.
- Blond, Becca, et al. *Southwest USA*. Footscray, Vic.; Oakland, CA: Lonely Planet, 2008.
- Casey, Robert L. *Journey to the high southwest: a traveler's guide to Santa Fe and the four corners of Arizona, Colorado, New Mexico, and Utah*. Guilford, Conn.: Globe Pequot Press, 2007.
- Glass, Mary Ellen, 1927-, et al. *Touring Nevada: a historic and scenic guide*. Reno, Nev.: University of Nevada Press, 1983.
- Lankford, Andrea. *Ranger confidential: living, working, and dying in the national parks*. Guilford, Conn.: FalconGuides, 2010.
- Lindberg, Eric (Eric G.). *Colorado: off the beaten path: a guide to unique places*. Guilford, Conn.: GPP Travel, 2009.
- Martin, Russell, 1952-. *A story that stands like a dam: Glen Canyon and the struggle for the soul of the West*. New York: Holt, 1989.
- Meyer, Sheldon, et al. *American places: encounters with history: a celebration of Sheldon Meyer*. Oxford; New York: Oxford University Press, 2000.
- Pritzker, Barry. *Native Americans: an encyclopedia of history, culture, and peoples*. Santa Barbara, Calif.: ABC-CLIO, 1998.
- Reisner, Marc. *Cadillac desert: the American West and its disappearing water*. New York, N.Y., U.S.A.: Penguin Books, 1993.
- Schmidt, Jeremy. *The Grand Canyon National Park*. Houghton Mifflin, 1993.

## Presidency of Warren G. Harding

- Adams, Samuel Hopkins, 1871-1958. *Incredible era: the life and times of Warren Gamaliel Harding*. New York: Octagon Books, 1979.
- Dary, David. aut. *The Oregon trail: an American saga*. New York: A. A. Knopf, 2004.
- Downes, Randolph C. (Randolph Chandler), 1901-. *The rise of Warren Gamaliel Harding, 1865-1920*. [Columbus] Ohio State University Press, 1970.

184 of 337

- Ferrell, Robert H.. *Ill-advised*. University of Missouri Press, 1992.
- Graff, Henry F. (Henry Franklin), 1921-. *The presidents: a reference history*. New York: Charles Scribner's Sons: Thomson/Gale, 2002.
- Metcalf, Allan A. *Presidential voices: speaking styles from George Washington to George W. Bush*. Boston: Houghton Mifflin, 2004.
- Murray, Robert K. *The politics of normalcy: governmental theory and practice in the Harding-Coolidge era*. New York, Norton, 1973.
- Pietrusza, David, 1949-. *1920: the year of the six presidents*. New York: Carroll & Graf, 2007.
- Shogan, Robert. *The battle of Blair Mountain: the story of America's largest labor uprising*. Boulder, Colo.: Westview Press, 2004.
- Thelen, David P. (David Paul). *Robert M. La Follette and the insurgent spirit*. Boston: Little, Brown, 1976.
- Trani, Eugene P, et al. *The Presidency of Warren G. Harding*. Lawrence: Regents Press of Kansas, 1989.
- Wilson, Kevin G., 1952-. *Deregulating telecommunications: U.S. and Canadian telecommunications, 1840-1997*. Lanham, Md.: Rowman & Littlefield Publishers, 2000.

## 1968 United States presidential election

- Ambrose, Stephen E. *Nixon*. New York: Simon and Schuster, 1987.
- Chester, Edward W. *A guide to political platforms*. Hamden, Conn.: Archon Books, 1977.
- Chester, Lewis, et al. *An American melodrama; the presidential campaign of 1968*. New York, Viking Press, 1969.
- Farber, David R. *Chicago '68*. Chicago: University of Chicago Press, 1988.
- Gould, Lewis L. *1968: the election that changed America*. Chicago: Ivan R. Dee, 1993.
- Humphrey, Hubert H. (Hubert Horatio), 1911-1978. *The education of a public man: my life and politics*. Garden City, N.Y.: Doubleday, 1976.
- Kalman, Laura, 1955-. *Abe Fortas: a biography*. New Haven: Yale University Press, 1990.
- McGinniss, Joe. *The selling of the President, 1968*. New York, Trident Press, 1969.
- Nixon, Richard M. (Richard Milhous), 1913-1994. *RN: the memoirs of Richard Nixon*. New York: Grosset & Dunlap, 1978.
- Savage, Sean J.. *JFK, LBJ, and the Democratic Party*. State University of New York Press, 2004.
- Schlesinger, Arthur M. (Arthur Meier), 1917-2007. *Robert Kennedy and his times*. Boston: Houghton Mifflin, 1978.
- Unger, Irwin. *Turning point, 1968*. Scribner, 1988.
- White, Theodore H. (Theodore Harold), 1915-1986. *The making of the President, 1968*. London, J. Cape, 1969.

## Civilization

- Beck, Roger B. *McDougal Littell world history: patterns of interaction*. Evanston, Ill.: McDougal Littell, 1999.
- Collcutt, Martin, 1939-, et al. *Cultural atlas of Japan*. New York: Facts on File, 1988.
- Edey, Maitland A. (Maitland Armstrong), 1910-1992, et al. *The sea traders*. New York, Time-Life Books, 1974.
- Fairservis, Walter Ashlin, 1921-. *The threshold of civilization; an experiment in prehistory*. New York, Scribner, 1975.
- Fitzgerald, C. P. (Charles Patrick), 1902-1992, et al. *The Horizon history of China*. New York, American Heritage Pub. Co, 1969.
- Fuller, J. F. C. (John Frederick Charles), 1878-1966. *A military history of the Western World*. New York, Funk & Wagnalls, 1954.
- Garland, Brock. *War movies*. New York, N.Y.: Facts on File Publications, 1987.
- Hicks, Jim, et al. *The empire builders*. New York, Time-Life Books, 1974.
- Lansing, E. H. (Elisabeth Hubbard), 1911-. *The Sumerians; inventors and builders*. New York, McGraw-Hill, 1971.

- Lee, Ki-baik. *A new history of Korea*. Seoul Korea: Ilchokak, Publishers, 1984.
- Sandall, Roger. *The culture cult*. Westview Press, 2001.
- Sansom, George Bailey, Sir, 1883-1965. *A history of Japan, to 1334*. Stanford, Calif.: Stanford University Press, 1958.
- Ward-Perkins., Bryan. *FALL OF ROME: AND THE END OF CIVILIZATION.*. OXFORD UNIVERSITY PRESS, 2005.

## The X-Files

- Duncan, Jody, et al. *The making of the X-files fight the future*. New York, NY: HarperPrism, 1998.
- Edwards, Ted. *X-files confidential*. Little, Brown, 1997.
- Gradnitzer, Louisa, et al. *X marks the spot: on location with the X-files*. Vancouver: Arsenal Pulp Press, 1999.
- Kessenich, Tom. *EXaminations: an unauthorized look at seasons 6-9 of The X-files: featuring the reviews of Unbound I*. Victoria, B.C.: Trafford, 2002.
- Lavery, David, 1949-;Hague, Angela;Cartwright, Marla. *Deny all knowledge: reading The X files*. Syracuse, N.Y.: Syracuse University Press, 1996.
- Lovece, Frank. *The X-files declassified*. Carol Pub., 1996.
- Lowry, Brian, et al. *The truth is out there*. New York: HarperPrism, 1995.
- Lowry, Brian, et al. *Trust no one: the official third season guide to the X files*. New York: HarperPrism, 1996.
- Meisler, Andy. *The end and the beginning*. HarperEntertainment, 2000.
- Meisler, Andy, et al. *I want to believe*. New York: HarperPrism, 1998.
- Meisler, Andy, et al. *Resist or serve*. New York, N.Y.: HarperEntertainment, 1999.
- Niles, Steve. *The X files. 30 days of night*. New York: DC Comics, 2011.
- Shapiro, Marc. *All things*. HarperEntertainment, 2001.

## Adaptation

- Bowler, Peter J. *Evolution: the history of an idea*. Berkeley: University of California Press, 2003.
- Cronin, Helena. *The ant and the peacock*. Press Syndicate of the University of Cambridge, 1991.
- Desmond, Adrian J., 1947-. *The politics of evolution [electronic resource]: morphology, medicine, and reform in radical London*. Chicago: University of Chicago Press, 1989.
- Eldredge, Niles. *Reinventing Darwin*. Wiley, 1995.
- Futuyma, Douglas J., 1942-. *Evolutionary biology*. Sunderland, Mass.: Sinauer Associates, 1986.
- Hutchinson, G. Evelyn (George Evelyn), 1903-1991. *The ecological theater and the evolutionary play*. New Haven: Yale University Press, 1965.
- Lerner, Daniel, ed. *Cause and effect*. New York, Free Press, 1965.
- Mayr, Ernst, 1904-. *Animal species and evolution*. Cambridge, Belknap Press of Harvard University Press, 1963.
- Monod, Jacques. *Chance and necessity; an essay on the natural philosophy of modern biology*. New York, Knopf, 1971.
- Provine, William B. *Sewall Wright and evolutionary biology*. Chicago [Ill.]: University of Chicago Press, 1989.
- Roe, Anne, 1904-1991, ed, et al. *Behavior and evolution*. New Haven, Yale University Press, 1958.
- Smith, John Maynard. *The theory of evolution*. Cambridge University Press, 1993.
- Wickler, Wolfgang. *Mimicry in plants and animals*. New York: McGraw-Hill, 1968.

## Clitoris

- Angier, Natalie. *Woman: an intimate geography*. Boston, Mass: Houghton Mifflin Co., 1999.
- Archer, John, 1944-. *Sex and gender*. Cambridge, UK; New York: Cambridge University Press, 2002.
- Berger, Milton M. (Milton Miles), 1918-. *Women beyond Freud: new concepts of feminine psychology*. New York: Brunner/Mazel Publishers, 1994.

- Blackledge, Catherine, 1968-. *The story of V: a natural history of female sexuality*. New Brunswick, N.J.: Rutgers University Press, 2004.
- Collective, Boston Women's Health Book. *Our bodies, ourselves: a book by and for women*. New York: Simon and Schuster, 1979.
- Flaherty, Joseph A, et al. *Psychiatry: diagnosis & therapy*. Norwalk, Conn.: Appleton & Lange, 1993.
- Halberstam, Judith, 1961-. *Female masculinity*. Durham [N.C.]: Duke University Press, 1998.
- Heffner, Linda J. *Human reproduction at a glance*. Osney Mead, Oxford; Malden, MA: Blackwell Science, 2001.
- Komisaruk, Barry R. *The orgasm answer guide*. Baltimore: The Johns Hopkins University Press, 2009.
- Roughgarden, Joan. *Evolution's rainbow: diversity, gender, and sexuality in nature and people*. Berkeley: University of California Press, 2004.
- Saladin, Kenneth S. *Human anatomy*. Boston: McGraw-Hill Higher Education, 2005.
- Tavris, Carol, et al. *The longest war: sex differences in perspective*. San Diego: Harcourt Brace Jovanovich, 1984.

## Presidency of Jimmy Carter

- Bickerton, Ian J. *A history of the Arab-Israeli conflict*. Pearson Prentice Hall, 2007.
- Bourne, Peter G.. *Jimmy Carter*. Scribner, 1997.
- Califano, Joseph A., 1931-. *Governing America: an insider's report from the White House and the Cabinet*. New York: Simon and Schuster, 1981.
- Carter, Jimmy, 1924-. *Keeping faith: memoirs of a president*. Toronto; New York: Bantam Books, 1982.
- Carter, Jimmy, 1924-. *White House diary*. New York: Picador USA, 2011.
- Fink, Gary M, et al. *The Carter presidency: policy choices in the post-New Deal era*. Lawrence: University Press of Kansas, 1998.
- Jordan, Hamilton. *Crisis: the last year of the Carter presidency*. New York, N.Y.: Berkley Books, 1983.
- Lance, Bert, 1931-2013, author. *The truth of the matter: my life in and out of politics*. New York: Summit Books, 1991.
- Mondale, Walter F., 1928-, et al. *The good fight: a life in liberal politics*. New York: Scribner, 2010.
- O'Neill, Tip, et al. *Man of the House: the life and political memoirs of Speaker Tip O'Neill*. New York: Random House, 1987.
- Powell, Jody, 1943-. *The other side of the story*. New York: Morrow, 1984.
- Vance, Cyrus R. (Cyrus Roberts), 1917-. *Hard choices: critical years in America's foreign policy*. New York: Simon and Schuster, 1983.
- Zelizer, Julian E.. *Jimmy Carter*. Times Books/Henry Holt and Co., 2010.

## Executive Residence

- Aitken, Jonathan, 1942- author. *Margaret Thatcher: power and personality*. New York: Bloomsbury, 2013.
- Garrett, Wendell D. *Our changing White House*. Boston: Northeastern University Press, 1995.
- Genovese, Michael A. *Encyclopedia of the American presidency*. New York: Facts on File, 2010.
- Klara, Robert. *The hidden White House: Harry Truman and the reconstruction of America's most famous residence*. Thomas Dunne Books/St. Martin's Press, 2013.
- Patrick, John J., 1935-, et al. *The Oxford guide to the United States government*. Oxford; New York: Oxford University Press, 2001.
- Smith, Jean Edward. *FDR*. Random House, 2007.
- Sullivan, George, 1927-. *How the White House really works*. New York: Dutton, 1989.
- Taylor, Elizabeth Dowling. *A slave in the White House: Paul Jennings and the Madisons*. New York: Palgrave Macmillan, 2012.
- Truman, Margaret, 1924-2008. *The president's house: a first daughter shares the history and secrets of the world's most famous home*. New York: Ballantine Books, 2003.
- Walsh, Mike. *Bowling across America: 50 states in rented shoes*. New York: St. Martin's Press, 2008.

- West, J. B, et al. *Upstairs at the White House; my life with the First Ladies*. New York, Coward, McCann & Geoghegan, 1973.
- Wolff, Perry, et al. *A tour of the White House with Mrs. John F. Kennedy*. Garden City, N.Y.: Doubleday, 1962.

## Christ myth theory

- Boyd, Gregory A.. *Lord or legend?*. Baker Books, 2007.
- Dawkins, Richard, 1941-. *The God delusion*. Boston: Houghton Mifflin Co., 2006.
- Ehrman, Bart D. *Lost Christianities: the battle for Scripture and the faiths we never knew*. New York: Oxford University Press, 2003.
- Ehrman, Bart D. *Misquoting Jesus: the story behind who changed the Bible and why*. New York: HarperSanFrancisco, 2007.
- Fox, Robin Lane. *The Classical World*. Basic Books, 2006.
- Garrett, Susan R., 1958-. *No ordinary angel: celestial spirits and Christian claims about Jesus*. New Haven: Yale University Press, 2008.
- Sandeen, Ernest Robert, 1931-. *The roots of fundamentalism: British and American millenarianism, 1800-1930*. Chicago: University of Chicago Press, 1970.
- Sheehan, Thomas. *The first coming: how the kingdom of God became Christianity*. New York: Random House, 1986.
- Stanton, Graham. *The Gospels and Jesus*. Oxford University Press, 1989.
- Stark, Rodney. *The rise of Christianity: how the obscure, marginal Jesus movement became the dominant religious force in the Western world in a few centuries*. [San Francisco, Calif.]: HarperSanFrancisco, 1997.
- Stuart, Tristram. *The Bloodless Revolution*. W. W. Norton, 2007.
- Wells, George Albert. *The Jesus myth*. Open Court, 1999.
- Wells, George Albert, 1926-. *The Jesus of the early Christians: a study in Christian origins*. London, Pemberton, 1971.

## George Bernard Shaw

- Adams, Elsie Bonita, 1932-. *Bernard Shaw and the aesthetes*. [Columbus]: Ohio State University Press, 1971.
- Cole, Margaret, 1893-1980. *Growing up into revolution*. London, New York, Longmans, Green, 1949.
- Dervin, Daniel, 1935-. *Bernard Shaw: a psychological study*. Lewisburg: Bucknell University Press, 1975.
- Evans, Judith, 1916-. *The politics and plays of Bernard Shaw*. Jefferson, N.C.: McFarland & Co., 2003.
- Holden, Anthony, 1947-. *Behind the Oscar: the secret history of the Academy Awards*. New York: Simon & Schuster, 1993.
- Holroyd, Michael, et al. *Bernard Shaw*. London: Chatto & Windus, 1991.
- Kevles, Daniel J. *In the name of eugenics: genetics and the uses of human heredity*. Cambridge, Mass.: Harvard University Press, 1995.
- O'Donovan, John, 1921-. *Shaw and the Charlatan genius: a memoir*. Dublin: Dolmen Press, 1965.
- Pascal, Valerie. *The disciple and his devil*. London, Joseph, 1971.
- Peters, Sally. *Bernard Shaw*. Yale University Press, 1996.
- Rosset, B. C. *Shaw of Dublin: the formative years*. University Park: Pennsylvania State University press, 1964.
- Valency, Maurice Jacques, 1903-. *The cart and the trumpet; the plays of George Bernard Shaw*. New York, Oxford University Press, 1973.

## Samuel Johnson

- Bate, Walter Jackson, 1918-1999. *Samuel Johnson*. New York: Harcourt Brace Jovanovich, 1977.
- Clarke, Norma, 1948-. *Dr Johnson's women*. London; New York: Hambledon and London, 2000.
- DeMaria, Robert, Jr., 1948-. *The life of Samuel Johnson: a critical biography*. Oxford, UK; Cambridge, Mass.: Blackwell, 1993.
- Greene, Donald Johnson. *Samuel Johnson*. MacMillan Publishing Company; Upd Sub edition, 1989.

- Hibbert, Christopher, 1924-2008. *The personal history of Samuel Johnson*. New York, Harper & Row, 1971.
- Hitchings, Henry, 1974-. *Defining the world: the extraordinary story of Dr. Johnson's Dictionary*. New York: Picador: Distributed by Holtzbrinck, 2006.
- Lane, Margaret, 1907-1994. *Samuel Johnson & his world*. New York: Harper & Row, 1975.
- Needham, John. *The completest mode: I.A. Richards and the continuity of English literary criticism*. Edinburgh: J. Needham for the University Press, 1982.
- Rogers, Pat, 1938-. *Johnson and Boswell: the transit of Caledonia*. Oxford; New York: Clarendon Press; New York: Oxford University Press, 1995.
- Yung, Kai Kin. *Samuel Johnson, 1709-84*. London: Herbert Press, 1984.

## Fantasia (1940 film)

- Barrier, J. Michael. *Hollywood cartoons: American animation in its golden age*. New York: Oxford University Press, 1999.
- Barrier, Michael. *The Animated Man*. University of California Press, 2007.
- Birlew, Dan. *Kingdom hearts: official strategy guide*. Indianapolis, Ind.: BradyGames, 2003.
- Culhane, John, et al. *Walt Disney's Fantasia*. New York: H.N. Abrams, 1983.
- Eagan, Daniel. *America's film legacy: the authoritative guide to the landmark movies in the National Film Registry*. New York: Continuum, 2010.
- Ebert, Roger. *Questions for the movie answer man*. Kansas City: Andrews McMeel Pub., 1997.
- Holden, Anthony, 1947-. *Behind the Oscar: the secret history of the Academy Awards*. New York: Simon & Schuster, 1993.
- Mosley, Leonard, 1913-1992. *Disney's world: a biography*. New York: Stein and Day, 1985.
- Pinsky, Mark I., 1947-. *The Gospel according to Disney: faith, trust, and pixie dust*. Louisville, Ky.: Westminster John Knox Press, 2004.
- Telotte, J. P., 1949-. *The mouse machine: Disney and technology*. Urbana: University of Illinois Press, 2008.
- Thomas, Bob, 1922-2014. *Walt Disney: an American original*. New York, N.Y.: Hyperion, 1994.
- Van Gelder, Peter, 1953-. *That's Hollywood: a behind-the-scenes look at 60 of the greatest films ever made*. New York, NY: HarperPerennial, 1990.
- Williams, Pat, 1940-. *How to be like Walt*. Deerfield Beach, Fla.: Health Communications, 2004.

## Herman Melville

- Arvin, Newton, 1900-1963. *Herman Melville*. [New York]: Sloane, 1950.
- Berthoff, Warner. *The example of Melville*. New York, Norton, 1972.
- Bowen, Merlin (Merlin Shelley), 1910-1999. *The long encounter: self and experience in the writings of Herman Melville*. [Chicago] University of Chicago Press, 1960.
- Delbanco, Andrew. *Melville*. Knopf, 2005.
- Edwards, Mary K. Bercaw. *Melville's sources*. Evanston, Ill.: Northwestern University Press, 1987.
- Garner, Stanton. *The Civil War world of Herman Melville*. Lawrence, Kan.: University Press of Kansas, 1993.
- Hillway, Tyrus. *Herman Melville*. Boston: Twayne Publishers, 1979.
- Leyda, Jay, 1910-. *The Melville log: a documentary life of Herman Melville, 1819-1891, with a new supplementary chapter*. New York: Gordian Press, 1969.
- Melville, Herman, 1819-1891. *Pierre; or, The ambiguities*. New York: Grove Press, 1957.
- Robertson-Lorant, Laurie, 1940-. *Melville: a biography*. New York: Clarkson Potter/Publishers, 1996.
- Sealts, Merton M. *Melville's reading*. [Columbia, S.C.]: University of South Carolina Press, 1988.
- Sullivan, Wilson. *New england men of letters*. [Place of publication not identified]: Atheneum Children'S Books, 1972.
- Talley, Sharon, 1952-. *Student companion to Herman Melville*. Westport, Conn.: Greenwood Press, 2007.

## Pet Sounds

189 of 337

A-4556

- Badman, Keith. *The Beach Boys: the definitive diary of America's greatest band, on stage and in the studio*. San Francisco, Calif.: Backbeat Books, 2004.
- Brackett, Nathan, 1968-, et al. *The new Rolling Stone album guide*. New York: Simon & Schuster, 2004.
- Dillon, Mark, 1969-. *Fifty sides of the Beach Boys: the songs that tell their story*. Toronto, Ont.: ECW Press, 2012.
- Gaines, Steven S. *Heroes and villains: the true story of the Beach Boys*. New York, N.Y.: New American Library, 1986.
- Leaf, David. *The Beach Boys and the California myth*. New York: Grosset & Dunlap, 1978.
- Marsh, Dave. *Fortunate son: criticism and journalism by America's best-known rock writer*. New York: Random House, 1985.
- Marsh, Dave, et al. *The new Rolling stone record guide*. New York: Random House/Rolling Stone Press, 1983.
- Tobler, John, et al. *The Beach Boys*. Secaucus, N.J.: Chartwell Books, 1978.
- Unterberger, Richie, 1962-. *Music USA: the rough guide*. London: Rough Guides, 1999.
- White, Timothy, 1952-2002. *The nearest faraway place: Brian Wilson, the Beach Boys, and the Southern Californian experience*. London: Macmillan, 1996.
- Zager, Michael. *Music production: for producers, composers, arrangers, and students*. Lanham, Md.: Scarecrow Press, 2012.

## Ansel Adams

- Adams, Ansel, 1902-, et al. *The portfolios of Ansel Adams*. Boston: New York Graphic Society, 1981.
- Adams, Ansel, 1902-1984. *Ansel Adams: letters and images, 1916-1984*. Boston: Little, Brown, 1988.
- Adams, Ansel, 1902-1984. *Our national parks*. Boston: Little, Brown, 1992.
- Adams, Ansel, 1902-1984. *The Mural Project*. Santa Barbara: Reverie Press, 1989.
- Adams, Ansel, 1902-1984. *The print: contact printing and enlarging*. Boston: New York Graphic Society, 1950.
- Adams, Ansel, 1902-1984, et al. *Ansel Adams*. New York: Crescent Books, 1991.
- Alinder, Mary Street. *Ansel Adams*. H. Holt, 1996.
- Armor, John. *Manzanar =*. Times Books, 1988.
- Briggs, Asa. *Who's who in the twentieth century*. Oxford University Press, 2003.
- Castleberry, May. *Perpetual mirage: photographic narratives of the desert West*. New York: Whitney Museum of American Art: Distributed by Harry N. Abrams, Inc., 1996.
- Dunlap, Julie. *Eye on the wild: a story about Ansel Adams*. Minneapolis: Carolrhoda Books, 1995.
- Press, Oxford University. *The world encyclopedia*. New York, N.Y.: Oxford University Press, 2001.

## Marshall Court

- Goldstone, Lawrence. *The activist*. Walker & Co, 2008.
- Hobson, Charles F. *The great chief justice: John Marshall and the rule of law*. Lawrence: University Press of Kansas, 1996.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- Irons, Peter H.. *A people's history of the Supreme Court*. Penguin Books, 2006.
- Martin, Fenton S. *The U.S. Supreme Court: a bibliography*. Washington, D.C.: Congressional Quarterly, 1990.
- Newmyer, R. Kent. *Supreme Court Justice Joseph Story: statesman of the Old Republic*. Chapel Hill: University of North Carolina Press, 1985.
- None,. *The justices of the United States Supreme Court: their lives and major opinions*. New York: Chelsea House Publishers, 1997.
- Rehnquist, William H., 1924-. *Grand inquests: the historic impeachments of Justice Samuel Chase and President Andrew Johnson*. New York: Quill/Morrow, 1999.
- Robarge, David Scott. *A chief justice's progress: John Marshall from revolutionary Virginia to the Supreme Court*. Westport, Conn.: Greenwood Press, 2000.

- Simon, James F. *What kind of nation: Thomas Jefferson, John Marshall, and the epic struggle to create a United States*. New York: Simon & Schuster, 2002.
- Sloan, Cliff, et al. *The great decision: Jefferson, Adams, Marshall, and the battle for the Supreme Court*. New York: PublicAffairs, 2009.
- Tomlins, Christopher L., 1951-, et al. *The United States Supreme Court: the pursuit of justice*. Boston: Houghton Mifflin, 2005.
- Urofsky, Melvin I. *The Supreme Court justices: a biographical dictionary*. New York: Garland Pub., 1994.

## Hearst Castle

- Aslet, Clive, 1955-. *The American country house*. New Haven: Yale University Press, 1990.
- Burt, Nathaniel, 1913-. *Palaces for the people: a social history of the American art museum*. Boston: Little, Brown, 1977.
- Everingham, Carol J. *The art of San Simeon: introduction to the collection*. [S.l.: s.n.], 1981.
- Kastner, Victoria. *Hearst's San Simeon: the gardens and the land*. New York: Abrams, 2009.
- Loe, Nancy E., 1954-. *Hearst Castle: the official pictorial guide*. Santa Barbara, Calif.: Companion Press, 1991.
- Murray, Ken, 1903-1988. *The golden days of San Simeon*. Los Angeles, Calif.: MurMar Pub. Co., 1995.
- None,. *Fodor's Northern California 2011*. New York: Fodors Travel Publications, 2011.
- Pizzitola, Louis. *Hearst over Hollywood*. Columbia University Press, 2002.
- Procter, Ben H. *William Randolph Hearst: final edition, 1911-1951*. Oxford [England]; New York: Oxford University Press, 2007.
- Rybczynski, Witold. *The most beautiful house in the world*. New York, N.Y., U.S.A.: Viking, 1989.
- Thorndike, Joseph Jacobs, 1913-. *The magnificent builders and their dream houses*. New York: American Heritage Pub. Co.: book trade distribution by Simon and Schuster, 1978.
- Wadsworth, Ginger. *Julia Morgan, architect of dreams*. Lerner, 1990.
- Wodehouse, P. G. (Pelham Grenville), 1881-1975. *P.G. Wodehouse: five complete novels*. New York: Avenel Books: Distributed by Crown Publishers by arrangement with Scott Meredith Literary Agency, 1983.

## 1960 United States presidential election

- Casey, Shaun. *The making of a Catholic president*. Oxford University Press, 2009.
- Chester, Edward W. *A guide to political platforms*. Hamden, Conn.: Archon Books, 1977.
- Dallek, Robert. *Lone star rising*. Oxford University Press; 1st edition, 1991.
- Divine, Robert A. *Foreign policy and U.S. presidential elections, 1952-1960*. New York, New Viewpoints, 1974.
- Dudley, Robert L. *Counting every vote: the most contentious elections in American history*. Washington, D.C.: Potomac Books, 2008.
- Harper, Paul, 1944-, et al. *John F. Kennedy, the promise revisited*. New York: Greenwood Press, 1988.
- Matthews, Christopher. *Kennedy & Nixon*. Simon & Schuster, 1996.
- Nixon, Richard M. (Richard Milhous), 1913-1994. *RN: the memoirs of Richard Nixon*. New York: Grosset & Dunlap, 1978.
- O'Brien, Michael, 1943-. *John F. Kennedy: a biography*. New York: Thomas Dunne Books/St. Martin's Press, 2005.
- Pietrusza, David, 1949-. *1960: LBJ vs. JFK vs. Nixon: the epic campaign that forged three presidencies*. New York: Union Square Press, 2008.
- Rorabaugh, W. J. *The real making of the president: Kennedy, Nixon, and the 1960 election*. Lawrence, Kan.: University Press of Kansas, 2009.
- White, Theodore H. (Theodore Harold), 1915-1986. *The making of the President, 1960*. New York, Atheneum Publishers, 1961.

## Aleksandr Solzhenitsyn

- Berman, Ronald, et al. *Solzhenitsyn at Harvard: the address, twelve early responses, and six later reflections*. Washington: Ethics and Public Policy Center, 1980.
- Dunlop, John B, et al. *Solzhenitsyn in exile: critical essays and documentary materials*. Stanford, Calif.: Hoover Institution, 1985.
- Ericson, Edward E. *Solzhenitsyn, the moral vision*. Grand Rapids, Mich.: Eerdmans, 1980.
- Feuer, Kathryn. *Solzhenitsyn: a collection of critical essays*. Englewood Cliffs, N.J.: Prentice-Hall, 1976.
- Kodjak, Andrej, 1926-. *Alexander Solzhenitsyn*. Boston: Twayne Publishers, 1978.
- Kopelev, Lev, 1912-. *Ease my sorrows: a memoir*. New York: Random House, 1983.
- Krasnov, Vladislav. *Solzhenitsyn and Dostoevsky: a study in the polyphonic novel*. Athens: University of Georgia Press, 1980.
- Labedz, Leopold, comp. *Solzhenitsyn; a documentary record*. Bloomington, Indiana University Press, 1973.
- Mann, Jim, 1946-. *Rise of the Vulcans: the history of Bush's war cabinet*. New York, N.Y.: Penguin Books, 2004.
- Panin, Dimitrii Mikhailovich, 1911-. *The notebooks of Sologdin*. New York: Harcourt Brace Jovanovich, 1976.
- Rothberg, Abraham. *Aleksandr Solzhenitsyn; the major novels. -*. Ithaca, N.Y.: Cornell University Press, 1971.
- Solzhenitsyn, Aleksandr Isaevich, 1918-2008. *Letter to the Soviet leaders*. New York: Harper & Row, 1974.
- Thomas, D. M. *Alexander Solzhenitsyn: a century in his life*. New York: St. Martin's Press, 1998.

## Henry L. Stimson

- Art, Robert J, et al. *The use of force: military power and international politics*. Lanham, Md.: Rowman & Littlefield, 2004.
- Conant, Jennet. *Tuxedo Park: a Wall Street tycoon and the secret palace of science that changed the course of World War II*. New York: Simon & Schuster, 2002.
- Dallek, Robert. *Franklin D. Roosevelt and American foreign policy, 1932-1945*. New York: Oxford University Press, 1979.
- Ferrell, Robert H. *Frank B. Kellogg; Henry L. Stimson*. New York: Cooper Square Publishers, 1963.
- Gerber, Larry G., 1947-. *The limits of liberalism: Josephus Daniels, Henry Stimson, Bernard Baruch, Donald Richberg, Felix Frankfurter, and the development of the modern American political economy*. New York: New York University Press, 1983.
- Hodgson, Godfrey. *The colonel: the life and wars of Henry Stimson, 1867-1950*. New York: Knopf: Distributed by Random House, 1990.
- Malloy, Sean L. (Sean Langdon), 1972-. *Atomic tragedy: Henry L. Stimson and the decision to use the bomb against Japan*. Ithaca, N.Y.: Cornell University Press, 2008.
- Malloy, Sean L. (Sean Langdon), 1972-. *Atomic tragedy: Henry L. Stimson and the decision to use the bomb against Japan*. Ithaca: Cornell University Press, 2008.
- Morison, Elting E. (Elting Elmore). *Turmoil and tradition: a study of the life and times of Henry L. Stimson*. Boston: Houghton Mifflin Co., 1960.
- Rappaport, Armin. *Henry L. Stimson and Japan, 1931-33*. Chicago, University of Chicago Press, 1963.
- Schmitz, David F. *Henry L. Stimson: the first wise man*. Wilmington, Del.: SR Books, 2001.
- Walker, J. Samuel. *Prompt and utter destruction*. University of North Carolina Press, 1997.
- White, Theodore H. (Theodore Harold), 1915-1986. *The making of the president, 1960*. New York: HarperPerennial Political Classics, 2009.

## British colonization of the Americas

- Berlin, Ira, 1941-. *Many thousands gone: the first two centuries of slavery in North America*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1998.
- Burk, Kathleen. *Old world, new world: Great Britain and America from the beginning*. New York: Atlantic Monthly Press, 2008.

192 of 337

- Elliott, J. H. (John Huxtable). *Empires of the Atlantic world: Britain and Spain in America, 1492-1830*. New Haven: Yale University Press, 2006.
- Ferguson, Niall. *Empire: the rise and demise of the British world order and the lessons for global power*. New York: Basic Books, 2004.
- Ferling, John E. *A leap in the dark: the struggle to create the American republic*. Oxford; New York: Oxford University Press, 2003.
- Horn, James P. P. *A kingdom strange: the brief and tragic history of the lost colony of Roanoke*. New York: Basic Books, 2010.
- Horn, James P. P. *A land as God made it: Jamestown and the birth of America*. New York: Basic Books, 2005.
- Lepore, Jill, 1966-. *The name of war: King Philip's War and the origins of American identity*. New York: Vintage Books, 1999.
- Meinig, D. W. (Donald William), 1924-. *The shaping of America: a geographical perspective on 500 years of history*. New Haven: Yale University Press, 1986.
- Pethick, Derek, 1920-. *The Nootka connection: Europe and the Northwest coast, 1790-1795*. Seattle: University of Washington Press; Vancouver: Douglas & McIntyre, 1980.
- Shorto, Russell. *The island at the center of the world: the epic story of Dutch Manhattan and the forgotten colony that shaped America*. New York: Doubleday, 2004.
- Smith, Simon C.. *British imperialism, 1750-1970*. Cambridge University Press, 1998.
- Springhall, John. *Decolonization since 1945: the collapse of European overseas empires*. New York: Palgrave, 2001.

## Democratic-Republican Party

- Ammon, Harry, 1917-. *James Monroe: the quest for national identity*. New York, McGraw-Hill, 1971.
- Banning, Lance, 1942-2006, author. *The Jeffersonian persuasion: evolution of a party ideology*. Ithaca, N.Y.: Cornell University Press, 1978.
- Brown, Ralph A. *The Presidency of John Adams*. Lawrence: University Press of Kansas, 1975.
- Chernow, Ron. *Alexander Hamilton*. New York: Penguin Press, 2004.
- Cunningham, Noble E., 1926-. *The Jeffersonian Republicans: the formation of party organization, 1789-1801*. Chapel Hill: Published for the Institute of Early American History and Culture at Williamsburg by the University of North Carolina Press, 1957.
- Ferling, John E. *A leap in the dark: the struggle to create the American republic*. Oxford; New York: Oxford University Press, 2003.
- Ferling, John E. *The ascent of George Washington: the hidden political genius of an American icon*. New York: Bloomsbury Press, 2009.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- McDonald, Forrest. *The Presidency of Thomas Jefferson*. Lawrence: University Press of Kansas, 1976.
- Meacham, Jon. *Thomas Jefferson*. Random House, 2012.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.
- Nugent, Walter T. K. *Habits of empire: a history of American expansion*. New York: Alfred A. Knopf, 2008.
- Parsons, Lynn H. *The birth of modern politics: Andrew Jackson, John Quincy Adams, and the election of 1828*. Oxford; New York: Oxford University Press, 2009.

## Reading

- Adams, Marilyn Jager. *Beginning to read [electronic resource]: thinking and learning about print*. Cambridge, Mass.: MIT Press, 1994.
- Adler, Mortimer Jerome, 1902-2001, et al. *How to read a book*. New York: MJF Books, 1972.
- Bainbridge, Joyce, 1944-. *Constructing meaning: balancing elementary language arts*. Toronto: Harcourt Canada, 2000.

- Briggs, Asa, 1921-. *A social history of the media: from Gutenberg to the Internet*. Cambridge, UK: Polity; Malden, MA: Blackwell, 2002.
- Dehaene, Stanislas. *Reading in the brain: the new science of how we read*. New York: Penguin Books, 2010.
- Gipe, Joan P. *Multiple paths to literacy: corrective reading techniques for classroom teachers*. Upper Saddle River, NJ: Merrill, 1998.
- Moats, Louisa Cook. *Speech to print: language essentials for teachers*. Baltimore: Paul H. Brookes Pub., 2000.
- Moidel, Steve, et al. *Speed reading for business*. Hauppauge, N.Y.: Barron's, 1998.
- Orr, David W., 1944-. *Ecological literacy: education and the transition to a postmodern world*. Albany: State University of New York Press, 1992.
- Rayner, Keith. *The psychology of reading*. Hillsdale, N.J.: Lawrence Erlbaum Associates, 1995.
- Weaver, Constance. *Understanding whole language: from principles to practice*. Portsmouth, NH: Heinemann, 1990.
- Wolf, Maryanne. *Proust and the squid*. Harper, 2007.

## Gregory Bateson

- Bateson, Gregory, 1904-1980. *A sacred unity: further steps to an ecology of mind*. New York: Cornelia & Michael Bessie Book, 1991.
- Bateson, Gregory, 1904-1980. *Mind and nature: a necessary unity*. New York: Dutton, 1979.
- Bateson, Gregory, 1904-1980. *Naven, a survey of the problems suggested by a composite picture of the culture of a New Guinea tribe drawn from three points of view*. Stanford, Calif., Stanford University Press, 1958.
- Bateson, Gregory, et al. *About Bateson: essays on Gregory Bateson*. New York: Dutton, 1977.
- Bateson, Gregory, et al. *Angels fear: towards an epistemology of the sacred*. Toronto; New York: Bantam, 1988.
- Bateson, Mary Catherine, et al. *Our own metaphor; a personal account of a conference on the effects of conscious purpose on human adaptation*. New York, Knopf; [distributed by Random House], 1972.
- Berger, Milton M. (Milton Miles), 1918-. *Beyond the double bind: communication and family systems, theories, and techniques with schizophrenics*. New York: Brunner/Mazel, 1978.
- Conant, Jennet. *A Covert Affair: Julia Child and Paul Child in the OSS*. Simon & Schuster, 2011.
- Evans, Terry, 1944-. *Prairie: images of ground and sky*. Lawrence, Kan.: University Press of Kansas, 1986.
- Grinder, John, et al. *The structure of magic*. Palo Alto, Ca.: Science and Behavior Books, 1976.
- Lipset, David, 1951-. *Gregory Bateson: the legacy of a scientist*. Englewood Cliffs, N.J.: Prentice-Hall, 1980.
- Rogers, Carl R. (Carl Ransom), 1902-1987. *The Carl Rogers reader*. Boston: Houghton Mifflin, 1989.

## Portuguese Empire

- Boxer, C. R. (Charles Ralph), 1904-. *The Portuguese seaborne empire: 1415-1825*. London: Hutchinson, 1969.
- Crow, John Armstrong. *The epic of Latin America*. Berkeley: University of California Press, 1992.
- Davies, K. G. (Kenneth Gordon). *The North Atlantic world in the seventeenth century*. Minneapolis: University of Minnesota Press, 1974.
- Dodge, Ernest S. (Ernest Stanley), 1913-1980. *Islands and empires: Western impact on the Pacific and east Asia*. Minneapolis: University of Minnesota Press, 1976.
- Herring, Hubert Clinton, 1889-, et al. *A history of Latin America, from the beginnings to the present*. New York, Knopf, 1968.
- Lockhart, James, et al. *Early Latin America: a history of colonial Spanish America and Brazil*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1983.
- McAlister, Lyle N. *Spain and Portugal in the New World, 1492-1700*. Minneapolis: University of Minnesota Press, 1984.

- Newitt, M. D. D.. *A history of Mozambique*. Indiana University Press, 1995.
- Pacey, Arnold. *Technology in world civilization: a thousand-year history*. Cambridge, Mass.: MIT Press, 1990.
- Pearson, M. N. (Michael Naylor), 1941-. *Merchants and rulers in Gujarat: the response to the Portuguese in the sixteenth century*. Berkeley: University of California Press, 1976.
- Schwartz, Stuart B. *Sovereignty and society in colonial Brazil; the High Court of Bahia and its judges, 1609-1751*. Berkeley, University of California Press, 1973.
- Thomas, Hugh, 1931-. *The slave trade: the story of the Atlantic slave trade, 1440-1870*. New York, NY: Simon & Schuster, 1997.
- White, Pamela. *Exploration in the world of the Middle Ages, 500-1500*. New York: Facts on File, 2005.

## Cary Grant

- Botto, Louis, et al. *At this theatre: 100 years of Broadway shows, stories and stars*. New York: Applause Theatre & Cinema Books/Playbill; Milwaukee, WI: [Distributed by] Hal Leonard Corp., 2002.
- Crouse, Richard, 1963-. *Reel winners: movie award trivia*. Toronto [Ont.]: Dundurn Group, 2005.
- Donaldson, Maureen, 1946-, et al. *An affair to remember: my life with Cary Grant*. New York: Putnam, 1989.
- Grant, Jennifer. *Good Stuff: A Reminiscence of My Father, Cary Grant*. Knopf, 2011.
- Gressor, Megan, et al. *An affair to remember: the greatest love stories of all times*. Gloucester, MA: Fair Winds Press, 2005.
- Higham, Charles, 1931-, et al. *Cary Grant: the lonely heart*. New York: Avon Books, 1990.
- Houseman, Victoria. *Made in heaven: the marriages and children of Hollywood stars*. Chicago, Ill.: Bonus Books, 1991.
- Mann, William J. *Behind the screen: how gays and lesbians shaped Hollywood, 1910-1969*. New York: Viking, 2001.
- Morecambe, Gary, 1956-. *Cary Grant: in name only*. London: Robson, 2001.
- Rood, Karen Lane. *American culture after World War II*. Detroit: Gale Research, 1994.
- Turk, Edward Baron. *Hollywood diva: a biography of Jeanette MacDonald*. Berkeley, Calif.: University of California Press, 1998.
- Wansell, Geoffrey, 1945-. *Cary Grant, dark angel*. New York: Arcade Pub., 1996.
- Wansell, Geoffrey, 1945-. *Cary Grant, haunted idol*. London: Collins, 1983.

## History of the Democratic Party (United States)

- Baker, Jean H. *Affairs of party: the political culture of Northern Democrats in the mid-nineteenth century*. Ithaca: Cornell University Press, 1983.
- Cole, Donald B. *Martin Van Buren and the American political system*. Princeton, N.J.: Princeton University Press, 1984.
- Gamm, Gerald H. *The making of new deal Democrats: voting behavior and realignment in Boston, 1920-1940*. Chicago: University of Chicago Press, 1989.
- Keller, Morton. *Affairs of State: public life in late nineteenth century America*. Cambridge: Belknap Press of Harvard University Press, 1977.
- Kleppner, Paul. *The third electoral system 1853-1892: parties, voters, and political cultures*. Chapel Hill: University of North Carolina Press, 1979.
- McCormick, Richard Patrick, 1916-. *The second American party system: party formation in the Jacksonian era*. Chapel Hill, University of North Carolina Press, 1966.
- Micklethwait, John, et al. *The right nation: conservative power in America*. New York: Penguin Press, 2004.
- Nevins, Allan, 1890-1971. *Grover Cleveland; a study in courage*. New York Dodd, Mead, 1964.
- Remini, Robert Vincent, 1921-. *Martin Van Buren and the making of the Democratic Party*. New York, Columbia University Press, 1959.
- Remini, Robert Vincent, 1921-, et al. *The House: the history of the House of Representatives*. New York: Smithsonian Books in association with HarperCollins, 2006.

- Sabato, Larry. _Encyclopedia of American political parties and elections_. Facts On File, 2006.
- Sundquist, James L. _Dynamics of the party system: alignment and realignment of political parties in the United States_. Washington, D.C.: Brookings Institution, 1983.

## O. J. Simpson murder case

- Bailey, F. Lee (Francis Lee), 1933-, et al. _When the husband is the suspect_. New York: Forge, 2009.
- Clarke, George, 1951- author. _Justice and science: trials and triumphs of DNA evidence_. New Brunswick, NJ: Rutgers University Press, 2007.
- Cooley, Armanda, et al. _Madam foreman: a rush to judgment?_. Beverly Hills, Calif.: Dove Books, 1995.
- Darden, Christopher A, et al. _In contempt_. New York, NY: ReganBooks, 1996.
- Dershowitz, Alan M. _America on trial: inside the legal battles that transformed our nation_. New York, NY: Warner Books, Inc., 2004.
- Dershowitz, Alan M. _Reasonable doubts: the O.J. Simpson case and the criminal justice system_. New York: Simon & Schuster, 1996.
- Freed, Donald, 1932-, et al. _Killing time: the first full investigation into the unsolved murders of Nicole Brown Simpson and Ronald Goldman_. New York: Macmillan, USA, 1996.
- Garner, Joe, et al. _Stay tuned: television's unforgettable moments_. Kansas City, Mo.: Andrews McMeel Pub., 2002.
- Gibbs, Jewelle Taylor. _Race and justice_. Jossey-Bass, 1996.
- Goldberg, Hank M. _The prosecution responds: an O.J. Simpson trial prosecutor reveals what really happened_. Secaucus, N.J.: Carol Pub. Group, 1996.
- Lange, Tom. _Evidence dismissed_. Pocket Books, 1997.
- Schiller, Lawrence, et al. _American tragedy: the uncensored story of the Simpson defense_. New York: Random House, 1996.
- Shapiro, Robert L, et al. _The search for justice: a defense attorney's brief on the O.J. Simpson case_. New York, N.Y.: Warner Books, 1996.

## Metro-Goldwyn-Mayer

- Bart, Peter. _Fade out_. Morrow, 1990.
- Berliner, Barbara, et al. _The book of answers: the New York Public Library Telephone Reference Service's most unusual and entertaining questions_. New York: Simon & Schuster, 1992.
- Carey, Gary. _All the stars in heaven: Louis B. Mayer's MGM_. New York: Dutton, 1981.
- Crabb, Kelly Charles, 1946-. _The movie business: the definitive guide to the legal and financial secrets of getting your movie made_. New York: Simon & Schuster, 2005.
- Dietz, Howard, 1896-1983. _Dancing in the dark_. [New York] Quadrangle, 1974.
- Doherty, Thomas Patrick. _Pre-code Hollywood: sex, immorality, and insurrection in American cinema, 1930-1934_. New York: Columbia University Press, 1999.
- Eyman, Scott. _Lion of Hollywood_. Simon & Schuster, 2005.
- Flexner, Stuart Berg. _Listening to America: an illustrated history of words and phrases from our lively and splendid past_. New York: Simon and Schuster, 1982.
- Newman, Peter Charles. _King of the castle: the making of a dynasty: Seagram's and the Bronfman empire_. New York: Atheneum, 1979.
- Parker, Dorothy, 1893-1967. _Not much fun: the lost poems of Dorothy Parker_. New York: Scribner Poetry, 2001.
- Prince, Stephen, 1955-. _A new pot of gold: Hollywood under the electronic rainbow, 1980-1989_. Berkeley: University of California Press, 2002.
- Walker, Alexander. _Elizabeth_. New York: Grove Press; [Emeryville, CA: Distributed by Publishers Group West], 2001.

## Erwin Rommel

- Atkinson, Rick. _The guns at last light: the war in Western Europe, 1944-1945_. New York: Henry Holt and Co., 2013.

- Beevor, Antony. *D-day*. Viking, 2009.
- Bierman, John. *The Battle of Alamein*. Viking, 2002.
- Blumentritt, Günther. *Von Rundstedt, the soldier and the man*. London, Odhams Press, 1952.
- Brighton, Terry. *Patton, Montgomery, Rommel: masters of war*. New York: Crown, 2009.
- Coggins, Jack. *The campaign for North Africa*. Garden City, N.Y.: Doubleday, 1980.
- KIMMERLING, BARUCH. *POLITICIDE: ARIEL SHARON'S WAR AGAINST THE PALESTINIANS.*. VERSO, 2003.
- Kane, Robert B.. *Disobedience and Conspiracy in the German Army 1918-1945*. McFarland & Company, 2002.
- Kelly, Orr. *Meeting the Fox: the Allied invasion of Africa, from Operation Torch to Kasserine Pass to victory in Tunisia*. New York: J. Wiley, 2002.
- Knox, MacGregor. *Hitler's Italian allies: Royal Armed Forces, Fascist regime, and the war of 1940-43*. Cambridge; New York: Cambridge University Press, 2000.
- Latimer, Jon. *Alamein*. Cambridge, Mass.: Harvard University Press, 2002.
- Lewin, Ronald. *Rommel as military commander*. New York: Barnes & Noble, 1998.
- Willmott, H. P. *June 1944*. Poole, Dorset: Blandford Press; New York, N.Y.: Distributed in the U.S. by Sterling Pub. Co., 1984.

## New Deal

- Friedman, Milton, 1912-2006, et al. *Two lucky people: memoirs*. Chicago: The University of Chicago Press, 1998.
- Herman, Arthur, 1956-. *Joseph McCarthy: reexamining the life and legacy of America's most hated senator*. New York: Free Press, 2000.
- Ingalls, Robert P., 1941-. *Herbert H. Lehman and New York's Little New Deal*. New York: New York University Press, 1975.
- Klinkner, Philip A, et al. *The unsteady march: the rise and decline of racial equality in America*. Chicago, Ill.; London: University of Chicago Press, 2002.
- McElvaine, Robert S., 1947-. *The Depression and New Deal: a history in documents*. New York: Oxford University Press, 2000.
- McElvaine, Robert S., 1947-. *The Great Depression: America, 1929-1941*. [New York, N.Y.]: Times Books, 1984.
- McJimsey, George T. *Harry Hopkins: ally of the poor and defender of Democracy*. Cambridge, Mass.: Harvard University Press, 1987.
- McJimsey, George T.. *The presidency of Franklin Delano Roosevelt*. University Press of Kansas, 2000.
- Myers, Margaret G. (Margaret Good), 1899-. *A financial history of the United States*. New York, Columbia University Press, 1970.
- Patterson, James T. *The New Deal and the States; federalism in transition*. Princeton, N.J., Princeton University Press, 1969.
- Roosevelt, Franklin D. (Franklin Delano), 1882-1945. *FDR's fireside chats*. Norman: University of Oklahoma Press, 1992.
- Sternsher, Bernard, 1925-. *Rexford Tugwell and the New Deal*. New Brunswick, N.J., Rutgers University Press, 1964.

## Bell hooks

- Hooks, Bell. *Feminism is for everybody: passionate politics*. Cambridge, MA: South End Press, 2000.
- Hooks, Bell. *Killing rage: ending racism*. New York: H. Holt and Co., 1995.
- Hooks, Bell. *Rock my soul: Black people and self-esteem*. New York, NY: Atria Books, 2003.
- Hooks, Bell. *Teaching to transgress: education as the practice of freedom*. New York: Routledge, 1994.
- Hooks, Bell, et al. *Be boy buzz*. New York: Hyperion Books for Children, 2002.
- Hooks, Bell, et al. *Breaking bread: insurgent Black intellectual life*. Boston, MA: South End Press, 1991.
- Whitson, Kathy J. *Encyclopedia of feminist literature*. Westport, Conn.: Greenwood Press, 2004.
- hooks, bell. *Grump Groan Growl*. Hyperion, 2008.

- hooks, bell, 1952-. *All about love: new visions*. New York: William Morrow, 2000.
- hooks, bell, 1952-. *Communion: the female search for love*. New York, NY: Perennial, 2003.
- hooks, bell, 1952-. *Salvation: Black people and love*. New York: Perennial, 2001.
- hooks, bell, 1952-. *Teaching community: a pedagogy of hope*. New York: Routledge, 2003.
- hooks, bell, 1952-. *Wounds of passion: a writing life*. New York: H. Holt, 1999.

### William Jennings Bryan

- Ashby, LeRoy. *William Jennings Bryan: champion of democracy*. Boston: Twayne Publishers, 1987.
- Bensel, Richard Franklin, 1949-. *Passion and preferences: William Jennings Bryan and the 1896 Democratic National Convention*. Cambridge; New York: Cambridge University Press, 2008.
- Cherny, Robert W. *A righteous cause: the life of William Jennings Bryan*. Norman: University of Oklahoma Press, 1994.
- Clements, Kendrick A., 1939-. *The presidency of Woodrow Wilson*. Lawrence, Kan.: University Press of Kansas, 1992.
- Clements, Kendrick A., 1939-. *William Jennings Bryan, missionary isolationist*. Knoxville: University of Tennessee Press, 1982.
- Glad, Paul W. *McKinley, Bryan and the people*. Philadelphia: Lippincott, 1964.
- Glad, Paul W. *The trumpet soundeth: William Jennings Bryan and his democracy, 1896-1912*. University of Nebraska Press, 1960.
- Hibben, Paxton, 1880-1928. *The peerless leader*. New York, Farrar and Rinehart, incorporated, 1929.
- Kazin, Michael, 1948-. *A godly hero: the life of William Jennings Bryan*. New York: Knopf, 2006.
- Koenig, Louis William, 1916-. *Bryan; a political biography of William Jennings Bryan*. New York, Putnam, 1971.
- Levine, Lawrence W. *Defender of the faith: William Jennings Bryan, the last decade, 1915-1925*. Cambridge, Mass.: Harvard University Press, 1987.
- Levine, Lawrence W. *Defender of the faith: William Jennings Bryan; the last decade, 1915-1925*. New York: Oxford University Press, 1965.
- Taylor, Jeff, 1961-. *Where did the party go?: William Jennings Bryan, Hubert Humphrey, and the Jeffersonian legacy*. Columbia: University of Missouri Press, 2006.

### Józef Piłsudski

- Blobaum, Robert. *Feliks Dzierżyński and the SDKPiL: a study of the origins of Polish communism*. Boulder: East European Monographs; New York: Distributed by Columbia University Press, 1984.
- Cohen, Yohanan. *Small nations in times of crisis and confrontation*. Albany: State University of New York Press, 1989.
- Davies, Norman, 1939-. *Heart of Europe: a short history of Poland*. Oxford [Oxfordshire]; New York: Oxford University Press, 1986.
- Hildebrand, Klaus, author,Mazal Holocaust Collection. TxSaTAM. *The foreign policy of the Third Reich*. Berkeley: University of California Press, 1973.
- Kenez, Peter. *A History of the Soviet Union from the Beginning to the End*. Cambridge University Press, 2002.
- Lukacs, John, 1924-. *The last European war: September 1939/December 1941*. New Haven [Conn.]: Yale University Press, 2001.
- Paulsson, Gunnar S. *Secret city: the hidden Jews of Warsaw, 1940-1945*. New Haven: Yale University Press, 2002.
- Payne, Stanley G, et al. *A history of fascism, 1914-1945 [electronic resource]*. Madison: University of Wisconsin Press, 1995.
- Pipes, Richard. *Russia under the Bolshevik regime*. A.A. Knopf, 1993.
- Roos, Hans, 1919-1984. *A history of modern Poland, from the foundation of the State in the First World War to the present day*. New York, Knopf, 1966.
- Rothschild, Joseph. *East Central Europe between the two World Wars*. Seattle, University of Washington Press, 1992.

198 of 337

- Vital, David. *A people apart*. Oxford University Press, 1999.
- Zamoyski, Adam. *The Polish way: a thousand-year history of the Poles and their culture*. New York: F. Watts, 1988.

## Jaws (film)

- Biskind, Peter. *Easy riders, raging bulls: how the sex-drugs-and-rock-'n'-roll generation saved Hollywood*. New York, NY: Simon & Schuster, 1999.
- Blake, Edith. *On location on Martha's Vineyard (the making of the movie "Jaws")*. New York: Ballantine Books, 1975.
- Burr, Ty. *The 100 greatest movies of all time*. [New York: Entertainment Weekly Books], 1999.
- Cancellaro, Joseph. *Exploring sound design for interactive media*. Clifton Park, NY: Delmar Learning, 2006.
- Freer, Ian. *The complete Spielberg*. London: Virgin, 2001.
- Friedman, Lester D.. *Citizen Spielberg*. University of Illinois Press, 2007.
- Lewis, Jon, 1955-. *The new American cinema*. Durham: Duke University Press, 1998.
- Nadler, Holly Mascott. *Vineyard confidential*. Down East Books, 2006.
- Ryfle, Steve. *Japan's favorite mon-star: the unauthorized biography of "The Big G"*. Toronto: ECW Press, 1998.
- Shone, Tom, 1967-. *Blockbuster: how Hollywood learned to stop worrying and love the summer*. New York: Free Press, 2004.
- Spielberg, Steven, 1946-, et al. *Steven Spielberg: interviews*. Jackson: University Press of Mississippi, 2000.
- Stanley, John, 1940-. *Revenge of the creature features movie guide: an A to Z encyclopedia to the cinema of the fantastic, or, Is there a mad doctor in the house?*. Pacifica, CA: Creatures at Large Press, 1988.
- Wyatt, Justin, 1963-. *High concept: movies and marketing in Hollywood*. Austin: University of Texas Press, 1994.

## Early life and academic career of Woodrow Wilson

- Auchincloss, Louis.. *Woodrow Wilson*. Viking, 2000.
- Blum, John Morton, 1921-2011. *Woodrow Wilson and the politics of morality*. Boston [Massachusetts]: Little, Brown, & Co., 1956.
- Bragdon, Henry Wilkinson. *Woodrow Wilson: the academic years*. Cambridge, Mass., Belknap Press of Harvard University Press, 1967.
- Brands, H. W.. *Woodrow Wilson*. Times Books, 2003.
- Clements, Kendrick A., 1939-. *The presidency of Woodrow Wilson*. Lawrence, Kan.: University Press of Kansas, 1992.
- Cook, Raymond Allen. dn. *Thomas Dixon*. New York, Twayne Publishers, 1974.
- Cooper, John Milton. *The warrior and the priest: Woodrow Wilson and Theodore Roosevelt*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1983.
- Graff, Henry F. (Henry Franklin), 1921-. *The presidents: a reference history*. New York: Charles Scribner's Sons: Thomson/Gale, 2002.
- Heckscher, August. *Woodrow Wilson*. Scribner, 1991.
- Levin, Phyllis Lee. *Edith and Woodrow: the Wilson White House*. New York: Scribner, 2001.
- Link, Arthur Stanley. *Wilson, the road to the White House*. Princeton, N.J., Princeton university press, 1947.
- Walworth, Arthur, 1903-. *Woodrow Wilson*. Boston, Houghton Mifflin Co., 1965.
- Weisman, Steven R.. *The great tax wars*. Simon & Schuster, 2002.

## Jan de Hartog

- De Hartog, Jan, 1914-. *The captain*. New York, Atheneum, 1966.
- De Hartog, Jan, 1914-. *Waters of the New World Houston to Nantucket*. New York, Atheneum, 1961.
- De Hartog, Jan, 1914-2002. *A sailor's life*. New York: Harper, 1956.

199 of 337

- De Hartog, Jan, 1914-2002. *A view of the ocean*. New York: Pantheon Books, 2007.
- De Hartog, Jan, 1914-2002. *The Commodore: a novel of the sea*. New York: Harper & Row, 1986.
- De Hartog, Jan, 1914-2002. *The distant shore, a story of the sea*. New York, Harper, 1952.
- De Hartog, Jan, 1914-2002. *The lamb's war: a novel*. New York: Harper & Row, 1979.
- De Hartog, Jan, 1914-2002. *The little ark*. New York, Harper, 1953.
- De Hartog, Jan, 1914-2002. *The outer buoy: a story of the ultimate voyage*. New York: Pantheon Books, 1994.
- De Hartog, Jan, 1914-2002. Artist, et al. *Reader's digest condensed books: vol. 3, 1963*. Pleasantville, N.Y.: Reader's Digest Association, 1963.
- Hartog, Jan de. *Captain Jan: a story of ocean tugboats*. London: The Companion Book Club, 1954.
- Young, Agatha, 1898-1974. Town and Dr. Moore, et al. *Reader's digest condensed books: volume I, 1967, winter selections*. Pleasantville, N.Y.: Reader's Digest Association, 1967.

### Foreign policy of Herbert Hoover

- Brandes, Joseph. *Herbert Hoover and economic diplomacy; Department of Commerce policy 1921-1928*. Pittsburgh, University of Pittsburgh Press, 1962.
- DeConde, Alexander. *Herbert Hoover's Latin-American policy*. New York, Octagon Books, 1970.
- Ellis, Lewis Ethan, 1898-. *Republican foreign policy, 1921-1933*. New Brunswick, N.J.: Rutgers University Press, 1968.
- Fausold, Martin L., 1921-. *The presidency of Herbert C. Hoover*. Lawrence, Kan.: University Press of Kansas, 1988.
- Hoover, Herbert, 1874-1964. *The memoirs of Herbert Hoover*. New York: Macmillan, 1951.
- Hoover, Herbert, 1874-1964, author. *The memoirs of Herbert Hoover*. New York, Macmillan, 1951.
- Leuchtenburg, William E., et al. *Herbert Hoover (The American Presidents)*. Henry Holt & Co, 2008.
- Lochner, Louis Paul, 1887-1975. *Herbert Hoover and Germany*. New York, Macmillan, 1960.
- Morison, Elting E. (Elting Elmore). *Turmoil and tradition: a study of the life and times of Henry L. Stimson*. Boston: Houghton Mifflin Co., 1960.
- Myers, William Starr, 1877-1956. *The Hoover administration; a documented narrative*. New York, C. Scribner's sons; London, C. Scribner's sons, ltd., 1936.
- Parrini, Carl P. *Heir to empire: United States economic diplomacy, 1916-1923*. [Pittsburgh] University of Pittsburg Press, 1969.
- Wynn, Neil A. *Historical dictionary from the Great War to the Great Depression*. Lanham: The Scarecrow Press, Inc., 2014.

### Aesthetics (textile)

- DeLong, Marilyn Revell, 1939-. *The way we look: dress and aesthetics*. New York: Fairchild Publications, 1998.
- Gioello, Debbie Ann. *Understanding fabrics: from fiber to finished cloth*. New York: Fairchild Publications, 1982.
- Gostelow, Mary. *Embroidery: traditional designs, techniques and patterns from all over the world*. London: Marshall Cavendish, 1977.
- Hollen, Norma R, et al. *Textiles*. New York, Macmillan, 1988.
- Hollen, Norma R, et al. *Textiles*. New York, Macmillan, 1968.
- Hollen, Norma Rosamond, author. *Textiles*. New York: Macmillan, 1979.
- Horn, Marilyn J. *The second skin: an interdisciplinary study of clothing*. Boston, Houghton Mifflin, 1968.
- Joseph, Marjory L. *Joseph's introductory textile science*. Fort Worth: Harcourt Brace Jovanovich College Publishers, 1992.
- Kadolph, Sara J. *Textiles*. Upper Saddle River, N.J.: Pearson Prentice Hall, 2007.
- Kadolph, Sara J. *Textiles*. Upper Saddle River, N.J.: Merrill, 1998.
- Potter, Maurice David, 1899-, et al. *Fiber to fabric*. New York, Gregg Pub. Division., McGraw-Hill, 1959.
- Sproles, George B, et al. *Changing appearances: understanding dress in contemporary society*. New York: Fairchild Publications, 1994.

- Tortora, Phyllis G. *Survey of historic costume: a history of Western dress*. New York: Fairchild Publications, 1998.

## Martin Van Buren

- Brooke, John L.. *Columbia rising*. Published for the Omohundro Institute of Early American History and Culture, Williamsburg, Virginia, by the University of North Carolina Press, 2010.
- Cole, Donald B. *Martin Van Buren and the American political system*. Princeton, N.J.: Princeton University Press, 1984.
- Dunlap, Leslie W. (Leslie Whittaker), 1911-. *Our vice-presidents and second ladies*. Metuchen, N.J.: Scarecrow Press, 1988.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- Kane, Joseph Nathan, 1899-2002. *Presidential fact book*. New York, N.Y.: Random House, 1998.
- Koenig, Louis William, 1916-. *The invisible presidency. --*. New York: Rinehart, 1960.
- Lamb, Brian, 1941-, et al. *Who's buried in Grant's tomb?: a tour of presidential gravesites*. Washington, DC: National Cable Satellite Corp., 1999.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.
- Mushkat, Jerome. *Martin Van Buren: law, politics, and the shaping of Republican ideology*. DeKalb, Ill.: Northern Illinois University Press, 1997.
- Niven, John, 1921-. *Martin Van Buren: the romantic age of American politics*. New York; Oxford: Oxford University Press, 1983.
- Remini, Robert Vincent, 1921-. *Martin Van Buren and the making of the Democratic Party*. New York, Columbia University Press, 1959.
- Silbey, Joel H.. *Martin Van Buren and the emergence of American popular politics*. Rowman & Littlefield, 2002.
- Wise, W. Harvey. *A bibliography of Andrew Jackson and Martin Van Buren*. New York: B. Franklin, 1970.

## Sergei Rachmaninoff

- Bertensson, Sergei, 1885-1962. *Sergei Rachmaninoff: a lifetime in music*. New York: New York University Press, 1956.
- Harrison, Max. *Rachmaninoff: life, works, recordings*. London; New York: Continuum, 2006.
- Lyle, Watson, et al. *Rachmaninoff, a biography*. London, W. Reeves, 1939.
- Maes, Francis, 1963-. *A history of Russian music: from Kamarinskaya to Babi Yar*. Berkeley: University of California Press, 2002.
- Norris, Geoffrey. *Rachmaninoff*. New York: Oxford University Press, 2000.
- Piggott, Patrick, 1915-1990. *Rachmaninov orchestral music*. Seattle: University of Washington Press, 1974.
- Plaskin, Glenn. *Horowitz: a biography of Vladimir Horowitz*. New York: W. Morrow, 1983.
- Schonberg, Harold C. *The great pianists*. New York: Simon & Schuster, 1987.
- Schonberg, Harold C.. *The virtuosi: classical music's legendary performers from Paganini to Pavarotti*. New York: Vintage Books, 1988.
- Schonberg, Harold C.. *The lives of the great composers*. W.W. Norton, 1997.
- Scott, Michael. *Rachmaninoff*. Stroud, Gloucestershire [England]: History Press, 2007.
- Seroff, Victor, 1902-1979. *Rachmaninoff*. New York, Simon and Schuster, 1950.

## United States home front during World War I

- Chambers, John Whiteclay. *To raise an army: the draft comes to modern America*. New York: Free Press; London: Collier Macmillan, 1987.
- Clements, Kendrick A., 1939-. *The presidency of Woodrow Wilson*. Lawrence, Kan.: University Press of Kansas, 1992.
- Cooper, John Milton. *Woodrow Wilson: a biography*. New York: Alfred A. Knopf, 2009.

- Gilbert, Charles, 1913-. *American financing of World War I*. Westport, Connecticutt: Greenwood Publishing, 1970.
- Greenwald, Maurine Weiner, 1944-. *Women, war, and work: the impact of World War I on women workers in the United States*. Westport, Conn.: Greenwood Press, 1980.
- Karolevitz, Robert F. *This was trucking: a pictorial history of the first quarter century of commercial motor vehicles*. Seattle, Superior Pub. Co, 1966.
- Kennedy, David M. *Over here: the First World War and American society*. New York: Oxford University Press, 1980.
- Link, Arthur Stanley. *Woodrow Wilson and the progressive era, 1910-1917*. New York, Harper, 1954.
- McClymer, John F. *War and welfare: social engineering in America, 1890-1925*. Westport, Conn.: Greenwood Press, 1980.
- Myers, Margaret G. (Margaret Good), 1899-. *A financial history of the United States*. New York, Columbia University Press, 1970.
- Steel, Ronald. *Walter Lippmann and the American century*. Boston: Little, Brown, 1980.
- Vaughn, Stephen, 1947-. *Holding fast the inner lines: democracy, nationalism, and the Committee on Public Information*. Chapel Hill: University of North Carolina Press, 1980.

## Tudor period

- Black, J. B. (John Bennett), 1883-1964. *The reign of Elizabeth, 1558-1603*. Oxford, Clarendon Press, 1952.
- Dickens, A. G. (Arthur Geoffrey), 1910-. *The English Reformation*. New York, Schocken Books, 1965.
- Elton, G. R.. *England under the Tudors*. Methuen, 1978.
- Elton, G. R.. *The Parliament of England, 1559-1581*. Cambridge University Press, 1986.
- Elton, G. R. (Geoffrey Rudolph), 1921-. *Studies in Tudor and Stuart politics and government: papers and reviews 1946-1972*. London: Cambridge University Press, 1974.
- Elton, G. R. (Geoffrey Rudolph), et al. *The Tudor constitution: documents and commentary*. Cambridge: Cambridge University Press, 1960.
- Fussner, F. Smith. *Tudor history and the historians*. New York: Basic Books, 1970.
- Hoak, D. E., 1941-. *The King's Council in the reign of Edward VI*. Cambridge [England]; New York: Cambridge University Press, 1976.
- Morrill, J. S. (John Stephen). *The Oxford illustrated history of Tudor & Stuart Britain*. Oxford; New York: Oxford University Press, 1996.
- Neale, J. E. (John Ernest), 1890-1975. *Queen Elizabeth I: a biography*. New York: Doubleday & Co., Inc., 1957.
- Notestein, Wallace, 1878-1969. *The English people on the eve of colonization, 1603-1630*. New York: Harper and Row, 1962.
- Scarisbrick, J. J. (John Joseph), 1928-. *Henry VIII*. Berkeley: University of California Press, 1968.

## William Lyon Mackenzie King

- Berton, Pierre, 1920-. *The Great Depression, 1929-1939*. Toronto, Ont.: McClelland & Stewart, 1990.
- Black, Conrad. *Duplessis*. Toronto: McClelland and Stewart, 1977.
- Bowman, Charles Arthur, 1883-. *Ottawa editor: the memoirs of Charles A. Bowman*. Sidney, B.C.: Gray, 1966.
- Dawson, Robert MacGregor, 1895-1958, et al. *William Lyon Mackenzie King*. Toronto: University of Toronto Press, 1958.
- Emmerson, James Thomas. *The Rhineland crisis, 7 March 1936: a study in multilateral diplomacy*. Ames, Iowa: Iowa State University Press, in association with the London School of Economics and Political Science, 1977.
- Esberey, Joy E., 1934-. *Knight of the Holy Spirit: a study of William Lyon Mackenzie King*. Toronto; Buffalo: University of Toronto Press, 1980.
- Granatstein, J. L. *Prime ministers: ranking Canada's leaders*. Toronto: HarperCollins, 1999.

- Granatstein, J. L., 1939-. *Mackenzie King: his life and world*. Toronto; New York: McGraw-Hill Ryerson, 1977.
- Hilliker, John, 1935-. *Canada's Department of External Affairs*. [Toronto]: Institute of Public Administration of Canada; Montreal; Buffalo: McGill-Queen's University Press, 1990.
- Hutchison, Bruce, 1901-. *The incredible Canadian; a candid portrait of Mackenzie King: his works, his times, and his nation*. New York, Longmans, Green, 1953.
- Hutchison, Bruce, 1901-1992. *Mr. Prime Minister, 1867-1964*. Don Mills, Ont.: Longmans Canada, 1964.
- Hutchison, Bruce, 1901-1992. *The incredible Canadian: a candid portrait of Mackenzie King: his works, his times, and his nation*. Toronto: Longmans, Green, 1952.

## Owen Lattimore

- Evans, M. Stanton (Medford Stanton), 1934-. *Blacklisted by history: the untold story of Senator Joe McCarthy and his fight against America's enemies*. New York: Crown Forum, 2007.
- Klingaman, William K. *Encyclopedia of the McCarthy era*. New York: Facts on File, 1996.
- Lattimore, Owen, 1900-. *Pivot of Asia; Sinkiang and the inner Asian frontiers of China and Russia*. Boston, Little, Brown, 1950.
- Lattimore, Owen, 1900-. *The desert road to Turkestan*. Boston, Little, Brown, and company, 1929.
- Lattimore, Owen, 1900- comp, et al. *Silks, spices, and empire; Asia seen through the eyes of its discoverers*. [New York] Delacorte Press, 1968.
- Lattimore, Owen, 1900-1989. *Inner Asian frontiers of China*. New York, American Geographical Society, 1940.
- Lattimore, Owen, 1900-1989. *The situation in Asia*. Boston, Little, Brown, 1949.
- Lattimore, Owen, 1900-1989, et al. *Jiang Jieshi di Meiguo gu wen: Ouwen Latiemo'er hui yi lu*. Shanghai: Fu dan da xue chu ban she, 1996.
- Newman, Robert P. *Owen Lattimore and the "loss" of China*. Berkeley: University of California Press, 1992.
- Schrecker, Ellen. *Many are the crimes: McCarthyism in America*. Boston: Little, Brown, 1998.
- Schrecker, Ellen. *No ivory tower: McCarthyism and the universities*. New York: Oxford University Press, 1986.
- Sullivan, William C, et al. *The Bureau: my thirty years in Hoover's FBI*. New York: Norton, 1979.

## Whoopi Goldberg

- Adams, Mary Agnes. *Whoopi Goldberg: from street to stardom*. New York: Dillon Press; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1993.
- Caper, William. *Whoopi Goldberg: comedian and movie star*. Springfield, NJ: Enslow Publishers, 1999.
- DeBoer, Judy. *Whoopi Goldberg*. Mankato, Minn.: Creative Education, 1999.
- Gaines, Ann. *Whoopi Goldberg*. Philadelphia: Chelsea House, 1999.
- Goldberg, Whoopi, 1950-. *Book*. New York: R. Weisbach Books, 1997.
- Goldberg, Whoopi, 1950-, et al. *Alice*. New York: Bantam Books, 1992.
- Goldberg, Whoopi, 1950-, et al. *Whoopi's big book of manners*. New York: Hyperion Books for Children, 2006.
- Goldberg, Whoopi, 1955-. *Dancing diva*. New York: Disney/Jump at the Sun Books, 2012.
- Goldberg, Whoopi, 1955-. *Perfectly prima*. New York: Disney/Jump at the Sun Books, 2010.
- Goldberg, Whoopi, 1955-. *Sugar Plums to the rescue!*. New York: Disney/Jump at the Sun Books, 2011.
- Goldberg, Whoopi, 1955-. *Whoopi Nation.; A Practical Guide to the Joys of Total Honesty*. Hyperion Press, 2010.
- Parish, James Robert. *Whoopi Goldberg: her journey from poverty to megastardom*. Secaucus, NJ: Carol Pub. Group, 1997.

## Janet Jackson

- Appiah, Anthony, et al. *Africana: the encyclopedia of the African and African American experience*. New York: Basic Civitas Books, 1999.

203 of 337

- Brackett, Nathan, 1968-, et al. *The new Rolling Stone album guide*. New York: Simon & Schuster, 2004.
- Cutcher, Jenai. *Feel the beat!: dancing in music videos*. New York: Rosen Pub. Group, 2004.
- Dominguez, Pier. *Christina Aguilera: a star is made: the unauthorized biography*. Phoenix: Colossus Books, 2003.
- Miller, Michael, 1958-. *The complete idiot's guide to music history*. Indianapolis, IN: Alpha, 2008.
- Nickson, Chris. *Usher: the godson of soul*. New York: Simon Spotlight, 2005.
- Reynolds, Simon, 1963-. *Bring the noise: 20 years of writing about hip rock and hip hop*. Berkeley, CA: Soft Skull Press, 2011.
- Reynolds, Simon, 1963-, et al. *The sex revolts: gender, rebellion, and rock 'n' roll*. Cambridge, Mass.: Harvard University Press, 1995.
- Smith, Jessie Carney, 1930-. *Notable Black American women*. New York: Gale Research, 1996.
- Smith-Shomade, Beretta E., 1965-. *Shaded lives: African-American women and television*. New Brunswick, N.J.: Rutgers University Press, 2002.
- Vincent, Rickey. *Funk: the music, the people, and the rhythm of the one*. New York: St. Martin's Griffin, 1996.
- Warner, Jay. *On this day in black music history*. Hal Leonard, 2006.

## Attachment parenting

- Granju, Katie Allison. *Attachment parenting*. Pocket Books, 1999.
- Hays, Sharon. *The cultural contradictions of motherhood*. Yale University Press, 1996.
- Heller, Sharon. *The vital touch*. Henry Holt, 1997.
- Hrdy, Sarah Blaffer, 1946-. *Mother nature: a history of mothers, infants, and natural selection*. New York: Pantheon Books, 1999.
- Klaus, Marshall H., 1927-, et al. *Maternal-infant bonding: the impact of early separation or loss on family development*. Saint Louis: Mosby, 1976.
- Sears, Robert. *The Vaccine Book*. Little, Brown and Company, 2007.
- Sears, William, 1939-, et al. *Growing together: a parent's guide to baby's first year*. Franklin Park, Ill.: La Leche League International, 1987.
- Sears, William, M.D, et al. *The baby book: everything you need to know about your baby--from birth to age two*. Boston: Little, Brown, 1993.
- Sears, William, M.D, et al. *The discipline book: everything you need to know to have a better-behaved child--from birth to age ten*. Boston: Little, Brown and Co., 1995.
- Sears, William, et al. *The Attachment Parenting Book:*. Little, Brown and Company, 2001.
- Small, Meredith F. *Our babies, ourselves: how biology and culture shape the way we parent*. Anchor, 1999.
- Thevenin, Tine. *The family bed*. Wayne, N.J.: Avery Pub. Group, 1987.

## Glass–Steagall legislation

- Benston, George J,American Assembly. *Financial services: the changing institutions and government policy*. Englewood Cliffs, N.J.: Prentice-Hall, 1983.
- Burns, Arthur F. (Arthur Frank), 1904-1987, et al. *The ongoing revolution in American banking*. Washington, D.C.: American Enterprise Institute for Public Policy Research, 1988.
- Canals, Jordi. *Universal banking: international comparisons and theoretical perspectives*. Oxford [England]; New York: Clarendon Press, 1997.
- Cleveland, Harold van B. *Citibank, 1812-1970;*. Cambridge, Mass.: Harvard University Press, 1985.
- Kennedy, Susan Estabrook. *The banking crisis of 1933*. [Lexington]: University Press of Kentucky, 1973.
- Kotlikoff, Laurence J.. *Jimmy Stewart is dead*. Wiely, 2010.
- Litan, Robert E., 1950-. *American finance for the 21st century*. Washington, D.C.: Brookings Institution Press, 1998.
- Litan, Robert E., 1950-. *What should banks do?*. Washington, D.C.: Brookings Institution, 1987.
- Mayer, Martin, 1928-. *The bankers*. New York: Weybright and Talley, 1974.
- Mayer, Martin, 1928-. *The bankers: the next generation*. New York: Truman Talley Books, 1997.

- Mayer, Martin, 1928-. *The money bazaars: understanding the banking revolution around us*. New York: Dutton, 1984.
- Saunders, Anthony, 1949-. *Universal banking in the United States: what could we gain? what could we lose?*. New York: Oxford University Press, 1994.

## Star Trek

- Alexander, David, 1943-. *Star trek creator: The Authorized Biography of Gene Roddenberry*. New York: Roc, 1994.
- Barad, Judith A., 1949-, et al. *The ethics of Star trek*. New York: HarperCollins Publishers, 2000.
- Commire, Anne. *Something about the author. [electronic resource]*. Detroit, Mich.: Gale Research, 1986.
- Greenwald, Jeff. *Future perfect*. Viking, 1998.
- Harrison, Taylor. *Enterprise zones: critical positions on Star trek*. Boulder, Colo.: Westview Press, 1996.
- Krauss, Lawrence Maxwell. *The physics of Star Trek*. New York: Basic Books, 1995.
- Nichols, Nichelle. *Beyond Uhura*. G.P. Putnam's, 1994.
- Shatner, William, author. *Star trek. I'm working on that: a trek from science fiction to science fact*. New York: Pocket Books, 2002.
- Shatner, William, et al. *Get a life*. New York: Pocket, 1999.
- Shatner, William, et al. *Star trek memories*. New York, NY: HarperCollinsPublishers, 1993.
- Solow, Herbert F, et al. *Inside Star Trek: The Real Story*. New York: Pocket Books, 1996.
- Turnbull, Gerry. *A Star Trek catalog*. New York: Grosset & Dunlap, 1979.

## Early history of American football

- Bissinger, H. G. *Friday night lights: a town, a team, and a dream*. Cambridge, MA: Da Capo Press, 2004.
- Danzig, Allison. *The history of American football: its great teams, players, and coaches*. Englewood Cliffs, N.J., Prentice-Hall, 1956.
- Fleming, David. *Breaker Boys*. ESPN, 2007.
- Fox, Stephen R. *Big leagues::professional baseball, football, and basketball in national memory*. New York: Morrow, 1994.
- Gardner, Paul, 1930-. *The simplest game: the intelligent fan's guide to the world of soccer*. New York: Collier Books, 1994.
- MacCambridge, Michael, 1963-, et al. *ESPN sports century*. New York: Hyperion, 1999.
- McDonough, Will. *75 seasons: the complete story of the National Football League, 1920-1995*. Atlanta, Ga.: Turner Pub., 1994.
- Nelson, David M., 1920-1991. *The anatomy of a game: football, the rules, and the men who made the game*. Newark: University of Delaware Press; London; Cranbury, NJ: Associated University Presses, 1994.
- Perrin, Tom, 1928-. *Football: a college history*. Jefferson, N.C.: McFarland, 1987.
- Perry, Will, 1933-. *The Wolverines, a story of Michigan football*. Huntsville, Ala.: Strode Publishers, 1974.
- Rielly, Edward J. *Football: an encyclopedia of popular culture*. Lincoln: University of Nebraska Press, 2009.
- Whittingham, Richard, 1939-2005. *Sunday's heroes: NFL legends talk about the times of their lives*. Chicago: Triumph Books, 2003.

## History of abortion

- Baulieu, Etienne-Emile, et al. *The "abortion pill": RU-486, a woman's choice*. New York: Simon & Schuster, 1991.
- Critchlow, Donald T., 1948-. *Intended consequences: birth control, abortion, and the federal government in modern America*. New York: Oxford University Press, 1999.
- Devereux, George, 1908-1985. *A study of abortion in primitive societies: a typological, distributional, and dynamic analysis of the prevention of birth in 400 preindustrial societies*. New York: International Universities Press, 1976.

- Garrow, David J., 1953-. *Liberty and sexuality: the right to privacy and the making of Roe v. Wade*. New York: Macmillan Pub. Co.; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1994.
- Hull, N. E. H., 1949-, et al. *Roe v. Wade: the abortion rights controversy in American history*. Lawrence, Kan.: University Press of Kansas, 2001.
- Lader, Lawrence. *RU 486: the pill that could end the abortion wars and why American women don't have it*. Reading, Mass.: Addison-Wesley Pub. Co., 1991.
- McLaren, Angus. *The bedroom and the state: the changing practices and politics of contraception and abortion in Canada, 1880-1980*. Toronto: McClelland & Stewart, 1986.
- Mohr, James C. *Abortion in America: the origins and evolution of national policy, 1800-1900*. New York: Oxford University Press, 1978.
- Olasky, Marvin N. *Prodigal press: the anti-Christian bias of the American news media*. Westchester, Ill.: Crossway Books, 1988.
- Reagan, Leslie J.. *When abortion was a crime*. University of California Press, 1997.
- Rubin, Eva R. *The Abortion controversy: a documentary history*. Westport, Conn.: Greenwood, 1994.
- Staggenborg, Suzanne. *The Pro-choice movement: organization and activism in the abortion conflict*. New York: Oxford University Press, 1991.

## Gloria Vanderbilt

- Goldsmith, Barbara. *Little Gloria ... happy at last*. New York, N.Y.: Dell, 1981.
- Goodman, Wendy. *The world of Gloria Vanderbilt*. New York: Abrams, 2010.
- Saroyan, Aram. *Trio: Oona Chaplin, Carol Matthau, Gloria Vanderbilt: portrait of an intimate friendship*. New York: Linden Press/Simon & Schuster, 1985.
- Vanderbilt, Gloria, 1924-. *A mother's story*. New York: A.A. Knopf, 1996.
- Vanderbilt, Gloria, 1924-. *Black knight, white knight*. New York: Knopf: Distributed by Random House, 1987.
- Vanderbilt, Gloria, 1924-. *Gloria Vanderbilt book of collage*. New York, Galahad Books, 1970.
- Vanderbilt, Gloria, 1924-. *It seemed important at the time: a romance memoir*. New York: Simon & Schuster, 2004.
- Vanderbilt, Gloria, 1924-. *Never say good-bye: a novel*. New York: Knopf: Distributed by Random House, 1989.
- Vanderbilt, Gloria, 1924-. *Obsession: an erotic tale*. New York: Ecco, 2009.
- Vanderbilt, Gloria, 1924-. *Once upon a time: a true story*. New York: Knopf, 1985.
- Vanderbilt, Gloria, 1924-. *The memory book of Starr Faithfull: a novel*. New York: Knopf: Distributed by Random House, 1994.
- Vanderbilt, Gloria, 1924-. *Woman to woman*. Garden City, N.Y.: Doubleday, 1979.

## Little Red Rooster

- Dixon, Willie. *I am the blues*. Da Capo Press, 1989.
- Egan, Sean. *The rough guide to the Rolling Stones*. London; New York: Rough Guides, 2006.
- Erlewine, Michael. *All music guide to the blues: the experts' guide to the best blues recordings*. San Francisco: Miller Freeman Books; Emeryville, CA: Distributed to the book trade in the U.S. and Canada by Publishers Group West; Milwaukee, WI: Distributed to the music trade in the U.S. and Canada by Hal Leonard Pub., 1996.
- Fornatale, Pete, 1945-2012, et al. *50 licks: myths and stories from half a century of the Rolling Stones*. New York: Bloomsbury, 2013.
- Gioia, Ted. *Delta blues: the life and times of the Mississippi Masters who revolutionized American music*. New York: W.W. Norton, 2009.
- Guralnick, Peter. *Dream boogie*. Little, Brown, 2005.
- Herzhaft, Gérard. *Encyclopedia of the blues*. Fayetteville: University of Arkansas Press, 1992.
- Jagger, Mick, et al. *According to the Rolling Stones*. San Francisco: Chronicle Books, 2003.
- Keil, Charles. *Urban blues*. Chicago: University of Chicago Press, 1991.

- Palmer, Robert, 1945-1997. *Deep blues*. Harmondsworth, Middlesex, England; New York, N.Y.: Penguin Books, 1982.
- Segrest, James, 1961-, et al. *Moanin' at midnight: the life and times of Howlin' Wolf*. New York: Pantheon Books, 2004.
- Whitburn, Joel. *Joel Whitburn's top R & B singles, 1942-1988*. Menomonee Falls, Wis.: Record Research Inc., 1988.

## Yasser Arafat

- Aburish, Said K. *Arafat: from defender to dictator*. New York: Bloomsbury, 1998.
- Aburish, Saïd K., 1935-2012. *Arafat: from defender to dictator*. New York: Bloomsbury, 2004.
- Aburish, Saïd K., 1935-2012. *Nasser: the last Arab*. New York: St. Martin's Press/Thomas Dunne Books, 2004.
- Carter, Jimmy, 1924-. *Palestine peace not apartheid*. New York: Simon & Schuster, 2006.
- Chomsky, Noam. *Fateful triangle: the United States, Israel, and the Palestinians*. Cambridge, Mass.: South End Press, 1999.
- Cobban, Helena. *The Palestinian Liberation Organisation: people, power, and politics*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1984.
- Hart, Alan, 1942-, et al. *Arafat, a political biography*. Bloomington: Indiana University Press, 1989.
- Karsh, Efraim. *Arafat's war: the man and his struggle for Israeli conquest*. New York: Grove Press, 2003.
- Klein, Aaron J. *Striking back: the 1972 Munich Olympics Massacre and Israel's deadly response*. New York: Random House, 2005.
- Mattar, Philip, 1944-, et al. *Encyclopedia of the modern Middle East & North Africa*. Detroit, Mich.: Macmillan Reference USA, 2004.
- Rubin, Barry M, et al. *Yasir Arafat: a political biography*. New York: Oxford University Press, 2003.
- Rubinstein, Danny. *The mystery of Arafat*. South Royalton, Vt.: Steerforth Press, 1995.

## Rick DeMarinis

- De Marinis, Rick. *A clod of wayward Marl*. Tucson, Ariz.: Dennis McMillan Publications, 2001.
- DeMarinis, Rick, 1934-. *A lovely monster: the adventures of Claude Rains and Dr. Tellenbeck: a novel*. New York: Simon and Schuster, 1975.
- DeMarinis, Rick, 1934-. *Apocalypse then: stories*. New York: Seven Stories Press, 2004.
- DeMarinis, Rick, 1934-. *Jack & Jill: two novellas and a story*. New York: Dutton, 1979.
- DeMarinis, Rick, 1934-. *Mama's boy: a novel*. New York: Seven Stories, 2010.
- DeMarinis, Rick, 1934-. *Scimitar*. New York: Avon, 1978.
- DeMarinis, Rick, 1934-. *The burning women of Far Cry: a novel*. New York: Arbor House, 1986.
- DeMarinis, Rick, 1934-. *The coming triumph of the free world: stories*. New York: W.W. Norton, 1991.
- DeMarinis, Rick, 1934-. *The mortician's apprentice*. New York: Norton, 1994.
- DeMarinis, Rick, 1934-. *The voice of America: stories*. New York: W.W. Norton, 1991.
- DeMarinis, Rick, 1934-. *Under the wheat*. Pittsburgh, PA: University of Pittsburgh Press, 1986.
- Ravenel, Shannon. *New stories from the South: the year's best, 1999*. Chapel Hill, N.C.: Algonquin Books of Chapel Hill, 1999.

## Blues

- Clarke, Donald. *The rise and fall of popular music*. St. Martin's Press, 1995.
- Cohn, Lawrence, 1932-. *Nothing but the blues: the music and the musicians*. New York: Abbeville Press, 1993.
- Dicaire, David, 1963-. *Blues singers: biographies of 50 legendary artists of the early 20th century*. Jefferson, N.C.: McFarland, 1999.
- Ewen, David, 1907-1985. *Panorama of American popular music; the story of our national ballads and folk songs, the songs of Tin Pan Alley, Broadway and Hollywood, New Orleans jazz, swing, and symphonic jazz*. Englewood Cliffs, N.J., Prentice-Hall, 1957.
- Garofalo, Reebee. *Rockin' out*. Allyn and Bacon, 1997.

- Herzhaft, Gérard, et al. *Encyclopedia of the blues*. Fayetteville, AR: University of Arkansas Press, 1997.
- Keil, Charles. *Urban blues*. Chicago: University of Chicago Press, 1991.
- Moore, Allan F. *The Cambridge companion to blues and gospel music*. Cambridge: Cambridge University Press, 2002.
- Morales, Ed. *The Latin beat*. Da Capo, 2003.
- Oliver, Paul, 1927-. *The story of the blues*. Boston, Mass.: Northeastern University Press, 1998.
- Palmer, Robert. *Deep blues*. New York: Viking Press, 1981.
- Schuller, Gunther. *Early jazz: its roots and musical development*. New York: Oxford University Press, 1968.

## Deepak Chopra

- Chopra, Deepak. *Ageless body, timeless mind: the quantum alternative to growing old*. New York: Harmony Books, 1993.
- Chopra, Deepak. *Creating health: beyond prevention, toward perfection*. Boston: Houghton Mifflin, 1987.
- Chopra, Deepak. *Quantum healing*. Bantam Books, 1989.
- Chopra, Deepak. *Reinventing the body, resurrecting the soul: how to create a new you*. New York: Harmony Books, 2009.
- Chopra, Deepak. *Return of the rishi: a doctor's story of spiritual transformation and ayurvedic healing*. Boston: Houghton Mifflin, 1991.
- Chopra, Deepak. *The book of secrets: unlocking the hidden dimensions of your life*. New York: Harmony Books, 2004.
- Chopra, Deepak. *The path to love: renewing the power of spirit in your life*. New York: Harmony Books, 1997.
- Chopra, Deepak. *The soul of leadership: unlocking your potential for greatness*. New York: Harmony Books, 2010.
- Chopra, Deepak, author. *Ageless body, timeless mind: the quantum alternative to growing old*. New York: Random House Large Print, in association with Harmony Books, 1997.
- Chopra, Deepak, author. *Brotherhood: dharma, destiny, and the American dream*. Boston: New Harvest/Houghton Mifflin Harcourt, 2013.
- Chopra, Deepak, et al. *The Chopra Center herbal handbook: natural prescriptions for perfect health*. New York: Three Rivers Press, 2000.
- Chopra, Deepak, et al. *The seven spiritual laws of success: a practical guide to the fulfillment of your dreams*. San Rafael, Calif.: Amber-Allen Pub.: New World Library, 1994.

## Suzanne Somers

- Somers, Suzanne. *Ageless*. Crown, 2006.
- Somers, Suzanne. *Wednesday's children*. Putnam/HealingVision Pub., 1992.
- Somers, Suzanne, 1946-. *After the fall: how I picked myself up, dusted myself off, and started all over again*. New York: Crown, 1998.
- Somers, Suzanne, 1946-. *Keeping secrets*. New York, N.Y.: Warner Books, 1988.
- Somers, Suzanne, 1946-. *Somersize chocolate: 30 delicious, guilt-free desserts for the carb-conscious chocolate-lover*. New York: Crown Publishers, 2004.
- Somers, Suzanne, 1946-. *Somersize cocktails: 30 sexy libations from cool classics to unique concoctions*. New York: Crown, 2005.
- Somers, Suzanne, 1946-. *Somersize desserts*. New York: Crown Publishers, 2001.
- Somers, Suzanne, 1946-. *Suzanne Somers' 365 ways to change your life*. New York: Crown Publishers, 1999.
- Somers, Suzanne, 1946-. *Suzanne Somers' fast and easy: lose weight the Somersize way with quick, delicious meals for the entire family!*. New York: Crown Publishers, 2002.
- Somers, Suzanne, 1946-. *Suzanne Somers' get skinny on fabulous food*. New York: Crown Publishers, 1999.

- Somers, Suzanne, 1946-. *Suzanne Somers' slim and sexy forever: the hormone solution for permanent weight loss and optimal living*. New York: Crown Publishers, 2005.
- Somers, Suzanne, 1946-. *The sexy years: discover the hormone connection: the secret to fabulous sex, great health, and vitality for women and men*. New York: Crown Publishers, 2004.

## History of women in the United Kingdom

- Cooksley, Peter G. *The home front: civilian life in World War Two*. Stroud, Gloucestershire: Tempus, 2007.
- Gillis, John R. *For better, for worse: British marriages, 1600 to the present*. New York: Oxford University Press, 1985.
- Holcombe, Lee. *Victorian ladies at work: middle-class working women in England and Wales, 1850-1914*. [Hamden, Conn.] Archon Books, 1973.
- Macfarlane, Alan. *Witchcraft in Tudor and Stuart England*. Harper & Row, 1970.
- None,. *Women in English society, 1500-1800*. London; New York: Methuen, 1985.
- Roberts, Elizabeth, 1936-, et al. *Women's work, 1840-1940*. Cambridge; New York: Cambridge University Press, 1995.
- Singman, Jeffrey L.. *Daily life in Elizabethan England*. Greenwood Press, 1995.
- Smith, Bonnie G.. *Changing lives*. D.C. Heath and Co., 1989.
- Vicinus, Martha. *Suffer and be still: women in the Victorian age*. Bloomington: Indiana University Press, 1972.
- Walton, John K. *The English seaside resort: a social history, 1750-1914*. Leicester: Leicester University Press, 1983.
- Wiesner, Merry E., 1952-. *Women and gender in early modern Europe*. Cambridge; New York: Cambridge University Press, 2008.
- Wroath, John. *Until they are seven: the origins of women's legal rights*. Winchester [England]: Waterside Press, 1998.

## Phil McGraw

- McGraw, Phil, et al. *The Ultimate Weight Solution*. Free Press, 2003.
- McGraw, Phillip C., 1950-. *Family first: specific tools, strategies and skills for creating a phenomenal family*. New York: Free Press, 2005.
- McGraw, Phillip C., 1950-. *Family first: your step-by-step plan for creating a phenomenal family*. New York: Free Press, 2004.
- McGraw, Phillip C., 1950-. *Life strategies [braille]: doing what works, doing what matters*. New York: Hyperion Books, 1999.
- McGraw, Phillip C., 1950-. *Love smart: find the one you want, fix the one you got*. New York: Free Press, 2005.
- McGraw, Phillip C., 1950-. *Relationship rescue: a seven step strategy for reconnecting with your partner*. New York: Hyperion, 2000.
- McGraw, Phillip C., 1950-. *Self matters: creating your life from the inside out*. New York: Simon & Schuster Source, 2001.
- McGraw, Phillip C., 1950-. *The life strategies self-discovery journal: finding what matters most for you*. New York: Hyperion Books, 2001.
- McGraw, Phillip C., 1950-. *The relationship rescue workbook: exercises and self-tests to help you reconnect with your partner*. New York: Hyperion, 2000.
- McGraw, Phillip C., 1950-. *The ultimate weight solution food guide*. New York: Pocket Books, 2004.
- McGraw, Phillip C., 1950-, et al. *The self matters companion: helping you create your life from the inside out*. New York: Free Press, 2002.
- Salerno, Steve. *Sham*. Crown, 2005.

## James Clark McReynolds

- Atkinson, David N. (David Neal), 1940-. *Leaving the bench: Supreme Court justices at the end*. Lawrence: University Press of Kansas, 1999.
- Baker, Leonard. *Brandeis and Frankfurter: a dual biography*. New York: Harper & Row, 1984.
- Baker, Liva. *The justice from Beacon Hill / the life and times of Oliver Wendell Holmes*. New York, NY: HarperCollins, 1991.
- Ball, Howard, 1937-. *Hugo L. Black: cold steel warrior*. New York: Oxford University Press, 1996.
- Douglas, William O. (William Orville), 1898-1980. *The Court years, 1939-1975: the autobiography of William O. Douglas*. New York: Random House, 1980.
- Friedman, Leon, comp, et al. *The justices of the United States Supreme Court, 1789-1969, their lives and major opinions*. New York, Chelsea House in association with Bowker, 1969.
- Hall, Kermit. *The Oxford companion to the Supreme Court of the United States*. New York: Oxford University Press, 1992.
- Kaufman, Andrew L.. *Cardozo*. Harvard University Press, 1998.
- Martin, Fenton S. *The U.S. Supreme Court: a bibliography*. Washington, D.C.: Congressional Quarterly, 1990.
- Mason, Alpheus Thomas, 1899-. *William Howard Taft, Chief Justice. --*. London: Oldbourne, 1965.
- None,. *The justices of the United States Supreme Court: their lives and major opinions*. New York: Chelsea House Publishers, 1997.
- Urofsky, Melvin I. *The Supreme Court justices: a biographical dictionary*. New York: Garland Pub., 1994.

## Mutual Broadcasting System

- Alexander, Charles C. *Breaking the slump: baseball in the Depression era*. New York: Columbia University Press, 2002.
- Bliss, Edward, 1912-2002. *Now the news: the story of broadcast journalism*. New York: Columbia University Press, 1991.
- Brady, Frank, 1934-. *Citizen Welles: a biography of Orson Welles*. New York: Anchor Books, 1990.
- Brown, Robert J. (Robert John), 1969-. *Manipulating the ether: the power of broadcast radio in thirties America*. Jefferson, N.C.: McFarland & Co., 1998.
- Clarke, Donald. *The rise and fall of popular music*. St. Martin's Press, 1995.
- Doherty, Thomas Patrick. *Cold War, cool medium: television, McCarthyism, and American culture*. New York: Columbia University Press, 2003.
- Dunning, John, 1942-, et al. *On the air: the encyclopedia of old-time radio*. New York: Oxford University Press, 1998.
- Gorman, Jerry, et al. *The name of the game: the business of sports*. New York: John Wiley & Sons, 1994.
- Head, Sydney W. *Broadcasting in America: a survey of television and radio*. Boston: Houghton Mifflin, 1976.
- Hilmes, Michele, 1953-. *Radio voices: American broadcasting, 1922-1952*. Minneapolis, MN: University of Minnesota Press, 1997.
- Marshall, William Leonard, 1944-. *Baseball's pivotal era, 1945-1951*. Lexington, Ky.: University Press of Kentucky, 1999.
- Smith, F. Leslie, 1939-. *Perspectives on radio and television: telecommunication in the United States*. Mahwah, N.J.: L. Erlbaum Associates, 1998.

## Martha Shelley

- D'Emilio, John. *Sexual politics, sexual communities: the making of a homosexual minority in the United States, 1940-1970*. Chicago: University of Chicago Press, 1983.
- Duberman, Martin B. *Stonewall*. New York, N.Y., U.S.A.: Dutton, 1993.
- Gallo, Marcia M. *Different daughters: a history of the Daughters of Bilitis and the rise of the lesbian rights movement*. New York, NY: Carroll & Graf Publishers, 2007.
- Iverson, Lucille, et al. *We become new: poems by contemporary American women*. New York: Bantam Books, 1975.
- Jay, Karla. *Out of the closets: voices of gay liberation*. [New York: Douglas Book Corp.], 1972.

210 of 337

- Love, Barbara J., 1937-. *Feminists who changed America, 1963-1975*. Urbana: University of Illinois Press, 2006.
- Marcus, Eric. *Making history: the struggle for gay and lesbian equal rights, 1945-1990: an oral history*. New York, NY: HarperCollins Publishers, 1992.
- Morgan, Robin, 1941-. *Sisterhood is powerful: an anthology of writings from the women's liberation movement*. New York, N.Y.: Vintage Books a division of Random House, 1970.
- Teal, Donn. *The gay militants*. New York, Stein and Day, 1971.
- Zahava, Irene. *Finding courage: writings by women*. Freedom, Calif.: Crossing Press, 1989.
- Zahava, Irene. *Speaking for ourselves: short stories by Jewish lesbians*. Freedom, Calif.: Crossing Press, 1990.

## Lizzie Borden

- Brown, Arnold R., 1925-. *Lizzie Borden: the legend, the truth, the final chapter*. Nashville, Tenn.: Rutledge Hill Press, 1991.
- Green, Stanley, et al. *Broadway musicals, show by show*. Milwaukee, WI: Hal Leonard Pub. Corp., 1996.
- Hunter, Evan, 1926-. *Lizzie: a novel*. New York: Arbor House, 1984.
- Kent, David. *Forty whacks*. Yankee Books, 1992.
- Kent, David, 1923-, et al. *The Lizzie Borden sourcebook*. Boston: Branden Pub. Co., 1992.
- King, Florence. *The Florence King reader*. New York: St. Martin's Griffin, 1996.
- Knox, Sara L. (Sara Louise). *Murder: a tale of modern American life*. Durham [N.C.]: Duke University Press, 1998.
- Lincoln, Victoria, 1904-1981. *A private disgrace: Lizzie Borden by daylight*. New York City: International Polygonics, 1986.
- Rebello, Leonard. *Lizzie Borden, past & present*. Al-Zach Press, 1999.
- Robbins, Trina. *Tender murderers: women who kill*. York Beach, ME: Conari Press, 2003.
- Scott, Gini Graham. *Homicide by the rich and famous: a century of prominent killers*. Westport, Conn.: Praeger, 2005.

## Unidentified flying object

- Clark, Jerome,Clark, Jerome. UFO encyclopedia. *The UFO book: encyclopedia of the extraterrestrial*. Detroit, MI: Visible Ink Press, 1998.
- Good, Timothy. *Above top secret: the worldwide U.F.O. coverup*. New York: W. Morrow, 1988.
- Good, Timothy. *Need to know.* Pegasus Books, 2007.
- Hynek, J. Allen (Joseph Allen), 1910-. *The UFO experience: a scientific inquiry*. Chicago: H. Regnery Co., 1972.
- Jacobs, David Michael, 1942-. *UFOs and abductions: challenging the borders of knowledge*. Lawrence, Kan.: University Press of Kansas, 2000.
- Keyhoe, Donald E. (Donald Edward), 1897-. *Aliens from space; the real story of unidentified flying objects*. Garden City, N.Y., Doubleday, 1973.
- Maccabee, Bruce. *UFO FBI connection: the secret history of the government's cover-up*. St. Paul, Minn.: Llewellyn Publications, 2000.
- Randle, Kevin D.. *Project Blue Book exposed*. Marlowe & Co., 1997.
- Scully, Frank, 1892-1964. *Behind the flying saucers*. New York, Holt, 1950.
- Sturrock, Peter A. (Peter Andrew). *The UFO enigma: a new review of the physical evidence*. New York, NY: Warner Books, 1999.
- Swords, Michael D., author. *UFOs and government: a historical inquiry*. San Antonio; Charlottesville: Anomalist Books, 2012.
- Vallee, Jacques, author. *Revelations: alien contact and human deception*. San Antonio, TX: Anomalist Books, 2008.

## Jack London

- (U.S.), Western Literature Association. *A Literary history of the American West*. Fort Worth: Texas Christian University Press, 1987.
- Beers, Diane L. *For the prevention of cruelty: the history and legacy of animal rights activism in the United States*. Athens, Ohio: Swallow Press/Ohio University Press, 2006.
- Haley, James L.. *Wolf*. Basic Books, 2010.
- Kingman, Russ. *A pictorial life of Jack London*. New York: Crown Publishers, 1979.
- Labor, Earle, 1928-. *Jack London: an American life*. New York: Farrar, Straus and Giroux, 2013.
- London, Jack. *Novels & stories*. Literary Classics of the United States, 1982.
- London, Jack, 1876-1916. *Novels and social writings*. New York, N.Y.: Literary Classics of the United States: Distributed to the trade by the Viking Press, 1982.
- Noel, Joseph, d. 1946. *Footloose in Arcadia: a personal record of Jack London, George Sterling, Ambrose Bierce*. New York: Carrick & Evans, 1940.
- Sinclair, Andrew, 1935-. *Jack: a biography of Jack London*. New York: Harper & Row, 1979.
- Starr, Kevin. *Americans and the California dream, 1850-1915*. New York: Oxford University Press, 1986.
- Stasz, Clarice. *American dreamers: Charmian and Jack London*. San Jose [Calif.]: ToExcel, 2000.
- Stasz, Clarice. *American dreamers: Charmian and Jack London*. New York: St. Martin's Press, 1988.

## General relativity

- Bergström, L. (Lars). *Cosmology and particle astrophysics*. Berlin; New York: Springer, 2004.
- Blair, David G, et al. *Ripples on a cosmic sea: the search for gravitational waves*. Reading, Mass.: Addison Wesley, 1998.
- D'Inverno, Ray. *Introducing Einstein's relativity*. Oxford [Eng.]: Clarendon Press; New York: Oxford University Press, 1992.
- Maddox, John, 1925-2009. *What remains to be discovered: mapping the secrets of the universe, the origins of life, and the future of the human race*. New York: Martin Kessler Books, 1998.
- Mermin, N. David. *It's about time: understanding Einstein's relativity*. Princeton, N.J.: Princeton University Press, 2005.
- Peebles, P. J. E. (Phillip James Edwin), b. 1935. *Principles of physical cosmology*. Princeton, N.J.: Princeton University Press, 1993.
- Penrose, Roger. *The Road to Reality*. Knopf, 2005.
- Peskin, Michael Edward, 1951-. *An introduction to quantum field theory*. Reading, MA.: Addison-Wesley Pub. Co., 1995.
- Rindler, Wolfgang, 1924-. *Introduction to special relativity*. Oxford [Eng.]: Clarendon Press; New York: Oxford University Press, 1991.
- Schutz, Bernard F. *A first course in general relativity*. Cambridge; New York: Cambridge University Press, 2009.
- Weinberg, Steven, 1933-. *Gravitation and cosmology: principles and applications of the general theory of relativity*. New York: Wiley, 1972.
- Weinberg, Steven, 1933-. *The quantum theory of fields*. Cambridge; New York: Cambridge University Press, 1995.

## Joan Rivers

- King, Norman, 1926-. *Arsenio Hall*. New York: W. Morrow, 1993.
- Rivers, Joan. *Bouncing back: I've survived everything-- and I mean everything-- and you can too!*. New York: HarperCollins, 1997.
- Rivers, Joan. *Diary of a mad diva*. New York: Berkley Books, 2014.
- Rivers, Joan. *Don't count the candles*. HarperCollins, 1999.
- Rivers, Joan. *Having a baby can be a scream*. Los Angeles, J. P. Tarcher; distributed by Hawthorn Books, New York, 1974.
- Rivers, Joan. *Men are stupid . . . and they like big boobs*. Pocket Books, 2009.
- Rivers, Joan. *The life and hard times of Heidi Abromowitz*. New York: Delacorte Press, 1984.
- Rivers, Joan, et al. *Enter talking*. New York: Delacorte Press, 1986.

- Rivers, Joan, et al. *Murder at the Academy Awards: a red carpet murder mystery*. New York: Pocket Books, 2009.
- Rivers, Joan, et al. *Still talking*. New York: Turtle Bay Books/Random House, 1991.
- We, The Editors of Tv Guide; Preface-Adam. *TV guide: guide to TV*. New York: Barnes & Noble, 2004.

## 2000 United States presidential election

- Abramson, Paul R. *Change and continuity in the 2000 elections*. Washington, D.C.: CQ Press, 2002.
- Brinkley, Douglas, et al. *36 days: the complete chronicle of the 2000 presidential election crisis*. New York: Times Books, 2001.
- Dershowitz, Alan M. *Supreme injustice: how the high court hijacked election 2000*. Oxford: New York: Oxford University Press, 2001.
- Dover, E. D. *Missed opportunity: Gore, incumbency and television in election 2000*. Westport, Conn.: Praeger, 2002.
- Farnsworth, Stephen J., 1961-. *The nightly news nightmare: television's coverage of U.S. presidential elections, 1988-2004*. Lanham: Rowman & Littlefield Publishers, 2007.
- Gillman, Howard. *The votes that counted: how the court decided the 2000 presidential election*. Chicago: University of Chicago Press, 2001.
- Krugman, Paul R, et al. *Fuzzy math: the essential guide to the Bush tax plan*. New York: Norton, 2001.
- Posner, Richard A. *Breaking the deadlock: the 2000 election, the constitution, and the courts*. Princeton, N.J.: Princeton University Press, 2001.
- Rakove, Jack N., 1947-. *The unfinished election of 2000*. New York: Basic Books, 2001.
- Sabato, Larry. *Overtime!: the election 2000 thriller*. New York: Longman, 2002.
- Sammon, Bill. *At any cost: how Al Gore tried to steal the election*. Washington, DC: Regnery Pub, 2001.
- Toobin, Jeffrey. *Too close to call*. Random House, 2001.

## Columbia River

- Barber, Katrine. *Death of Celilo Falls*. Seattle: Center for the Study of the Pacific Northwest in association with University of Washington Press, 2005.
- Boyd, Robert, 1945-. *People of the Dalles: the Indians of Wascopam Mission: a historical ethnography based on the papers of the Methodist missionaries*. Lincoln: University of Nebraska Press in cooperation with the American Indian Studies Research Institute, Indiana University, Bloomington, 1996.
- Egan, Timothy. *The good rain: across time and terrain in the Pacific Northwest*. New York: Knopf, 1990.
- Friedman, Ralph. *In search of western Oregon*. Caldwell, Idaho: Caxton Printers, 1990.
- Harris, Stephen L., 1937-, et al. *Fire mountains of the west: the Cascade and Mono Lake volcanoes*. Missoula, MT: Mountain Press Pub. Co., 1988.
- Hunn, Eugene S. *Nch'i-wána, "the big river": Mid-Columbia Indians and their land*. Seattle: University of Washington Press, 1990.
- Mourning Dove, 1888-1936, et al. *Coyote stories*. Lincoln: University of Nebraska Press, 1990.
- Mueller, Marge, et al. *Fire, faults & floods: a road & trail guide exploring the origins of the Columbia River basin*. Moscow, Idaho: University of Idaho Press, 1997.
- Ronda, James P., 1943-. *Lewis and Clark among the Indians*. Lincoln: University of Nebraska Press, 1984.
- Ulrich, Roberta. *Empty nets*. Oregon State University Press, 1999.
- Wilkinson, Charles F.. *Blood struggle: the rise of modern Indian nations*. New York, NY: Norton, 2005.

## Jack Weyland

- Weyland, Jack. *Adam's story*. Deseret Book, 2004.
- Weyland, Jack. *Jake*. Deseret Book Co., 1998.
- Weyland, Jack, 1940-. *Brenda at the prom*. Salt Lake City, Utah: Deseret Book Co., 1988.
- Weyland, Jack, 1940-. *Charly*. Salt Lake City, Utah: Deseret Books Co., 1980.
- Weyland, Jack, 1940-. *Kimberly*. Salt Lake City: Deseret Book Co., 1992.
- Weyland, Jack, 1940-. *Megan*. Salt Lake City, Utah: Bookcraft, 2001.
- Weyland, Jack, 1940-. *Michelle & Debra*. Salt Lake City: Deseret Book Co., 1990.

213 of 337

- Weyland, Jack, 1940-. *Nicole*. Salt Lake City, Utah: Deseret, 1993.
- Weyland, Jack, 1940-. *Night on Lone Wolf Mountain and other short stories*. Salt Lake City, Utah: Deseret Book, 1996.
- Weyland, Jack, 1940-. *Stephanie*. Salt Lake City, Utah: Deseret Book Co., 1989.
- Weyland, Jack, 1940-. *The reunion*. Salt Lake City, Utah: Deseret Book Co., 1982.
- Weyland, Jack, 1940-. *The understudy: a novel*. Salt Lake City, Utah: Deseret Book Co., 1985.

## Law

- Berle, Adolf Augustus, 1895-1971, et al. *Modern corporation and private property*. New York, Chicago, Commerce Clearing House, Loose leaf Service division of the Corporation Trust Co., 1932.
- Feinman, Jay M.. *Law 101*. Oxford University Press, 2006.
- Finn, John E. *Constitutions in crisis: political violence and the rule of law*. New York: Oxford University Press, 1991.
- Glenn, H. Patrick. *Legal traditions of the world: sustainable diversity in law*. Oxford; New York: Oxford University Press, 2000.
- Jary, David. *Collins dictionary of sociology*. Glasgow: HarperCollins, 1995.
- Johnson, Allan G.. *The Blackwell dictionary of sociology*. Blackwell, 1995.
- Malloy, Robin Paul, 1956-, et al. *Adam Smith and the philosophy of law and economics*. Dordrecht; Boston: Kluwer Academic Publishers, 1994.
- Patterson, James T. *Brown v. Board of Education: a civil rights milestone and its troubled legacy*. Oxford; New York: Oxford University Press, 2001.
- Stone, Julius, 1907-1985. *Human law and human justice. --*. Stanford, Calif.: Stanford University Press, 1965.

## Willy Brandt

- Binder, David. *The other German: Willy Brandt's life & times*. Washington: New Republic Book Co., 1975.
- Brandt, Willy. *My life in politics*. Viking, 1992.
- Childs, David, 1933-. *Germany in the twentieth century*. New York, NY: Icon Editions, 1991.
- Flacks, Richard, editor, et al. *Port Huron statement: sources and legacies of the new left's founding manifesto*. Philadelphia, Pennsylvania: University of Pennsylvania Press;, 2015.
- Kempe, Frederick. *Berlin 1961: Kennedy, Khrushchev, and the most dangerous place on earth*. New York: G.P. Putnam's Sons, 2011.
- Lane, Peter, 1925 January 26-. *Europe since 1945: an introduction*. Totowa, NJ: Barnes & Noble, 1985.
- Mares, Isabela. *Taxation, wage bargaining and unemployment*. Cambridge; New York: Cambridge University Press, 2006.
- Pridham, Geoffrey, 1942-. *Christian democracy in Western Germany: the CDU/CSU in Government and Opposition 1945-1976*. London: Croom Helm, 1977.
- Prittie, Terence, 1913-. *Willy Brandt: portrait of a statesman*. New York, Schocken Books, 1974.
- Williamson, John B. *Old-age security in comparative perspective*. New York: Oxford University Press, 1993.
- Wilsford, David. *Political leaders of contemporary Western Europe: a biographical dictionary*. Westport, Conn.: Greenwood Press, 1995.

## History of the race and intelligence controversy

- Baker, John Randal, 1900-1984. *Race*. New York, Oxford University Press, 1974.
- Jencks, Christopher, et al. *The black-white test score gap*. Washington, D.C.: Brookings Institution Press, 1998.
- Jensen, Arthur Robert. *The g factor: the science of mental ability*. Westport, Conn.: Praeger, 1998.
- Kevles, Daniel J. *In the name of eugenics: genetics and the uses of human heredity*. Cambridge, Mass.: Harvard University Press, 1995.

- Loehlin, John C;Lindzey, Gardner, author;Spuhler, J. N. (James N.), author;Social Science Research Council (U.S.). Committee on the Biological Bases of Social Behavior. *Race differences in intelligence*. San Francisco: W.H. Freeman, 1975.
- Lynn, Richard, 1930-. *The science of human diversity: a history of the Pioneer Fund*. Lanham, MD: University Press of America, 2001.
- Mackintosh, N. J.. *IQ and human intelligence*. Oxford University Press, 1998.
- Nisbett, Richard E.. *Intelligence and how to get it*. W. W. Norton & Co., 2009.
- Pyle, David W. *Intelligence, an introduction*. London; Boston: Routledge & Kegan Paul, 1979.
- Richards, Graham, 1941-. *Race, racism, and psychology: towards a reflexive history*. London; New York: Routledge, 1997.
- Wooldridge, Adrian. *Measuring the mind: education and psychology in England, c. 1860-c. 1990*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## Natalie Clifford Barney

- Benstock, Shari. *Women of the Left Bank: Paris, 1900 - 1940*. Austin Univ. of Texas Pr, 1986.
- Broe, Mary Lynn, et al. *Women's writing in exile*. Chapel Hill: University of North Carolina Press, 1989.
- Carson, Anne Conover. *Olga Rudge and Ezra Pound*. Yale University Press, 2001.
- Colette, 1873-1954. *The pure and the impure*. New York: Farrar, Straus & Giroux, 1967.
- Conley, John J. *The suspicion of virtue: women philosophers in neoclassical France*. Ithaca, N.Y.: Cornell University Press, 2002.
- Faderman, Lillian. *Surpassing the love of men: romantic friendship and love between women, from the Renaissance to the present*. New York: Morrow, 1981.
- Hawthorne, Melanie. *Contingent loves: Simone de Beauvoir and sexuality*. Charlottesville: University Press of Virginia, 2000.
- Jay, Karla. *The amazon and the page: Natalie Clifford Barney and Renée Vivien*. Bloomington: Indiana University Press, 1988.
- Schenkar, Joan. *Truly Wilde: the unsettling story of Dolly Wilde, Oscar's unusual niece*. New York, N.Y.: Basic Books, 2000.
- Souhami, Diana. *The trials of Radclyffe Hall*. Doubleday, 1999.
- Weiss, Andrea. *Paris was a woman: portraits from the Left Bank*. San Francisco: HarperSanFrancisco, 1995.
- Wickes, George. *The Amazon of letter: the life and loves of Natalie Barney*. New York: Putnam, 1976.

## Alger Hiss

- Chambers, Whittaker. *Witness*. New York, Random House, 1952.
- Haynes, John Earl, author, et al. *Spies: the rise and fall of the KGB in America*. Yale University Press, 2009.
- Hiss, Alger. *In the court of public opinion*. New York, A.A. Knopf, 1957.
- Hiss, Alger. *Recollections of a life*. New York: Arcade, 1989.
- Hiss, Tony. *The view from Alger's window: a son's memoir*. New York: Knopf: Distributed by Random House, 1999.
- Jowitt, William Allen Jowitt, Earl, 1885-1957. *The strange case of Alger Hiss*. London, Hodder and Stoughton, 1953.
- Levitt, Morton, 1920-, et al. *A tissue of lies: Nixon vs. Hiss*. New York: McGraw-Hill, 1979.
- Smith, John Chabot. *Alger Hiss, the true story*. New York: Holt, Rinehart and Winston, 1976.
- Steven, Stewart, 1937-. *Operation splinter factor*. Philadelphia, Lippincott, 1974.
- Sullivan, William C, et al. *The Bureau: my thirty years in Hoover's FBI*. New York: Norton, 1979.
- Theoharis, Athan G. *Beyond the Hiss case: the FBI, Congress, and the Cold War*. Philadelphia: Temple University Press, 1982.
- White, G. Edward. *Alger Hiss's looking-glass wars*. Oxford University Press, 2004.

## Synthia Saint James

215 of 337

- Chapman, Cheryl. *Snow on snow on snow*. New York: Dial Books for Young Readers, 1994.
- English, Karen, author. *Neeny coming, Neeny going*. Mahwah, N.J.: BridgeWater Books, 1996.
- Gershator, Phillis. *Tukama tootles the flute: a tale from the Antilles*. New York: Orchard Books, 1994.
- James, Synthia Saint. *Sunday*. A. Whitman, 1996.
- McMillan, Terry. *Waiting to exhale*. New York, N.Y., U.S.A.: Viking, 1992.
- Mollel, Tololwa M.: *To dinner, for dinner*. Holiday House, 2000.
- Nikola-Lisa, W, et al. *Hallelujah!: a Christmas celebration*. New York: Atheneum Books for Young Readers, 2000.
- Saint James, Synthia. *Girlfriends*. White Plains, NY: Peter Pauper Press, 1997.
- Saint James, Synthia. *It's Kwanzaa time!: a lift-the-flap story*. New York: Little Simon, 2001.
- Saint James, Synthia. *The gifts of Kwanzaa*. Morton Grove, Ill.: A. Whitman, 1994.
- Smiley, Tavis, 1964-. *How to make Black America better: leading African Americans speak out*. New York: Anchor Books, 2002.
- Williams, Sherley Anne, 1944-1999. *Girls together*. San Diego: Harcourt Brace & Co., 1999.

## Strategic bombing during World War II

- Coffey, Thomas M. *Decision over Schweinfurt: the U.S. 8th Air Force battle for daylight bombing*. New York: D. Mckay Co., 1977.
- Coffey, Thomas M. *HAP: the story of the U.S. Air Force and the man who built it, General Henry H. "Hap" Arnold*. New York: Viking Press, 1982.
- Coffey, Thomas M. *Iron eagle: the turbulent life of General Curtis LeMay*. New York: Crown Publishers, 1986.
- Drinan, Robert F. *Beyond the nuclear freeze*. New York: Seabury Press, 1983.
- Hansen, Randall. *Fire and fury: the Allied bombing of Germany, 1942-45*. [Toronto]: Doubleday Canada, 2008.
- Hastings, Max. *Bomber command*. New York: Dial Press/J. Wade, 1979.
- Kaplan, Fred M. *The wizards of Armageddon*. New York: Simon and Schuster, 1983.
- Kennett, Lee B. *A history of strategic bombing*. New York: Scribner, 1982.
- Legro, Jeffrey. *Cooperation under fire: Anglo-German restraint during World War II*. Ithaca: Cornell University Press, 1995.
- McGowen, Tom. *Air raid: bombing campaigns of World War II*. Brookfield, Conn.: Twenty-First Century Books, 2001.
- Overy, Richard. *The Battle of Britain*. W.W. Norton, 2001.
- Taylor, Frederick. *Dresden: Tuesday, 13 February 1945*. London: Bloomsbury, 2005.

## Military Assistance Command, Vietnam – Studies and Observations Group

- Andradé, Dale. *Trial by fire: the 1972 Easter offensive, America's last Vietnam battle*. New York: Hippocrene Books, 1995.
- Colby, William Egan, 1920-. *Honorable men: my life in the CIA*. New York: Simon and Schuster, 1978.
- Conboy, Kenneth J. *Spies and commandos: how America lost the secret war in North Vietnam*. Lawrence, KS: University Press of Kansas, 2000.
- Dougan, Clark, et al. *Nineteen sixty-eight*. Boston, MA: Boston Pub. Co., 1983.
- Isaacs, Arnold R, et al. *Pawns of war: Cambodia and Laos*. Boston, MA: Boston Pub. Co., 1987.
- Karnow, Stanley. *Vietnam, a history*. Viking, 1991.
- Maitland, Terrence. *The Vietnam experience: a contagion of war*. Boston, MA: Boston Publishing Company, 1983.
- Maitland, Terrence, et al. *A contagion of war*. Boston, MA: Boston Pub. Co., 1983.
- McNamara, Robert S., 1916-2009, et al. *In retrospect: the tragedy and lessons of Vietnam*. New York: Times Books, 1995.
- Moise, Edwin E., 1946-. *Tonkin Gulf and the escalation of the Vietnam War*. Chapel Hill: University of North Carolina Press, 1996.

- Shultz, Richard H., 1947-. *The secret war against Hanoi Kennedy's and Johnson's use of spies, saboteurs, and covert warriors in North Vietnam*. New York: HarperCollins, 1999.
- Singlaub, John K, et al. *Hazardous duty: an American soldier in the twentieth century*. New York: Summit Books, 1991.

## China service of the Lincoln administration

- Baker, Jean H., author. *Mary Todd Lincoln: a biography*. New York: W.W. Norton & Company, 1987.
- Burlingame, Michael, 1941-. *The inner world of Abraham Lincoln*. Urbana: University of Illinois Press, 1994.
- Donald, David Herbert, 1920-2009. *Lincoln*. New York: Simon & Schuster, 1995.
- Gardner, Paul Vickers, 1908-1994, et al. *Glass*. [New York]: Cooper-Hewitt Museum, 1979.
- Garrett, Wendell B. *Our changing White House*. Boston: Northeastern University Press, 1995.
- Klapthor, Margaret Brown. *The First Ladies cook book: favorite recipes of all the presidents of the United States*. New York, N.Y.: Parents Magazine Enterprises, 1982.
- Kostyal, K. M., 1951-. *Abraham Lincoln's extraordinary era: the man and his times*. Washington, D.C.: National Geographic, 2009.
- Packard, Jerrold M. *The Lincolns in the White House: four years that shattered a family*. New York: St. Martin's Press, 2005.
- Spillman, Jane Shadel. *White House glassware: two centuries of presidential entertaining*. Washington, D.C.: Published by the White House Historical Association in cooperation with the National Geographic Society and the Corning Museum of Glass, 1989.
- Temple, Dottie, et al. *Flowers, White House style*. New York: Simon & Schuster, 2002.
- Watson, Robert P., 1962-. *The Presidents' wives: reassessing the office of First Lady*. Boulder: L. Rienner, 2000.
- Whitcomb, John, et al. *Real life at the White House: two hundred years of daily life at America's most famous residence*. New York: Routledge, 2000.

## Views of Lyndon LaRouche and the LaRouche movement

- Cronin, John, 1950-, et al. *The riverkeepers: two activists fight to reclaim our environment as a basic human right*. New York, NY: Scribner, 1997.
- Echeverria, John D, et al. *Let the people judge: wise use and the private property rights movement*. Washington, D.C.: Island Press, 1995.
- George, John, 1936-. *Nazis, communists, klansmen, and others on the fringe: political extremism in America*. Buffalo, N.Y.: Prometheus Books, 1992.
- Johnson, George, 1952 Jan. 20-. *Architects of fear: conspiracy theories and paranoia in American politics*. Los Angeles: J.P. Tarcher; Boston: Distributed by Houghton Mifflin, 1983.
- King, Dennis. *Lyndon LaRouche and the new American fascism*. New York: Doubleday, 1989.
- Kintz, Linda, 1945-. *Between Jesus and the market: the emotions that matter in right-wing America*. Durham, N.C.: Duke University Press, 1997.
- Maduro, Rogelio, et al. *The holes in the ozone scare: the scientific evidence that the sky isn't falling*. Washington, D.C.: 21st Century Science Associates, 1992.
- Marable, Manning. *Black leadership*. Columbia University Press, 1998.
- Newton, David E. *The ozone dilemma: a reference handbook*. Santa Barbara, Calif.: ABC-Clio, 1995.
- Rowell, Andrew, 1965-. *Green backlash: global subversion of the environmental movement*. London; New York: Routledge, 1996.
- Sagan, Carl, 1934-1996, et al. *A path where no man thought: nuclear winter and the end of the arms race*. New York: Random House, 1990.
- Scherff, Judith S, et al. *The piracy of America: profiteering in the public domain*. Atlanta, GA: Clarity Press, 1999.

## Sicherheitsdienst

- Beller, Steven, 1958-. *A concise history of Austria*. Cambridge, UK; New York: Cambridge University Press, 2006.
- Blandford, Edmund L. *SS intelligence: the Nazi Secret Service*. Edison, NJ: Castle Books, 2000.
- Bracher, Karl Dietrich, 1922-. *The German dictatorship; the origins, structure, and effects of national socialism*. New York, Praeger Publishers, 1970.
- Breitman, Richard. *The architect of genocide*. Knopf; 1st edition, 1991.
- Browder, George C.. *Foundations of the Nazi police state*. University Press of Kentucky; First edition, 1990.
- Browning, Christopher R.. *The origins of the Final Solution*. University of Nebraska Press, 2004.
- Dams, Carsten, author. *The Gestapo: power and terror in the Third Reich*. Oxford, United Kingdom: Oxford University Press, 2014.
- Fest, Joachim C., 1926-2006. *Hitler*. New York, Harcourt Brace Jovanovich, 1974.
- Kater, Michael H., 1937-. *The Nazi Party: a social profile of members and leaders, 1919-1945*. Cambridge, Mass.: Harvard University Press, 1983.
- Wall, Donald D. *Nazi Germany and World War II*. Minneapolis, Minn.: West Pub. Co., 1997.
- Wheeler-Bennett, John Wheeler, Sir, 1902-1975. *The nemesis of power; the German army in politics, 1918-1945*. New York, St. Martin's Press, 1954.
- Wright, Gordon, 1912-2000. *The ordeal of total war, 1939-1945*. New York, Harper & Row, 1968.

## John C. Lilly

- Jeffrey, Francis. *John Lilly, so far--*. J.P. Tarcher, 1990.
- Lilly, John Cunningham. *Simulations of God*. Simon and Schuster, 1975.
- Lilly, John Cunningham, 1915-. *Lilly on dolphins: humans of the sea*. Garden City, N.Y.: Anchor Press, 1975.
- Lilly, John Cunningham, 1915-. *Man and dolphin*. Garden City, N.Y., Doubleday, 1961.
- Lilly, John Cunningham, 1915-. *Programming and metaprogramming in the human biocomputer theory and experiments*. Miami, Fla., Communication Research Institute, 1968.
- Lilly, John Cunningham, 1915-. *The deep self: profound relaxation and the tank isolation technique*. New York: Simon and Schuster, 1977.
- Lilly, John Cunningham, 1915- . cn. *The mind of the dolphin; a nonhuman intelligence*. Garden City, N.Y., Doubleday, 1967.
- Lilly, John Cunningham, 1915-2001. *The center of the cyclone; an autobiography of inner space*. New York, Bantam Books, 1973.
- Lilly, John Cunningham, 1915-2001. *The center of the cyclone; an autobiography of inner space*. New York, Julian Press, 1972.
- Lilly, John Cunningham, 1915-2001. *The scientist: a novel autobiography*. Philadelphia: Lippincott, 1978.
- Lilly, John Cunningham, 1915-2001, et al. *The dyadic cyclone: the autobiography of a couple*. London; New York: Paladin, 1978.
- Lilly, John Cunningham, 1915-2001, et al. *The dyadic cyclone: the autobiography of a couple*. New York: Simon and Schuster, 1976.

## Rommel myth

- Atkinson, Rick. *An army at dawn: the war in North Africa, 1942-1943*. New York: Henry Holt & Co., 2003.
- Atkinson, Rick. *The guns at last light: the war in Western Europe, 1944-1945*. New York: Henry Holt and Co., 2013.
- Beevor, Antony. *The Second World War*. Little, Brown and Co., 2012.
- Blumenson, Martin. *Heroes never die: warriors and warfare in World War II*. New York, N.Y.: Cooper Square Press, 2001.
- Brighton, Terry. *Patton, Montgomery, Rommel: masters of war*. New York: Crown, 2009.
- DeWeerd, Harvey A. (Harvey Arthur), 1902-1979. *Great soldiers of world war II*. New York W.W. Norton & Company, Inc, 1944.

218 of 337

A-4585

- Hansen, Randall. *Disobeying Hitler: German resistance after Valkyrie*. Oxford; New York: Oxford University Press, 2014.
- Knox, MacGregor. *Hitler's Italian allies: Royal Armed Forces, Fascist regime, and the war of 1940-43*. Cambridge; New York: Cambridge University Press, 2000.
- Latimer, Jon. *Alamein*. Cambridge, Mass.: Harvard University Press, 2002.
- Lewin, Ronald. *Rommel as military commander*. New York: Barnes & Noble, 1998.
- Shirer, William L.. *The Rise and Fall of the Third Reich: A History of Nazi Germany*. Simon and Schuster, 1960.
- Smelser, Ronald M., 1942-. *The myth of the Eastern Front: the Nazi-Soviet war in American popular culture*. Cambridge; New York: Cambridge University Press, 2008.

## IQ classification

- Eysenck, H. J. (Hans Jurgen), 1916-1997. *Genius: the natural history of creativity*. Cambridge; New York: Cambridge University Press, 1995.
- Flanagan, Dawn P. *Essentials of WISC-IV assessment*. Hoboken, N.J.: Wiley, 2009.
- Flynn, James R. (James Robert), 1934- author. *Are we getting smarter?: rising IQ in the twenty-first century*. Cambridge; New York: Cambridge University Press, 2012.
- Jensen, Arthur Robert. *The g factor: the science of mental ability*. Westport, Conn.: Praeger, 1998.
- Kaufman, Scott Barry, 1979-. *Ungifted: intelligence redefined*. New York: Basic Books, a member of the Perseus Books Group, 2013.
- Sattler, Jerome M., 1931-. *Assessment of children*. San Diego: J.M. Sattler, 1988.
- Shurkin, Joel N., 1938-. *Terman's kids: the groundbreaking study of how the gifted grow up*. Boston: Little, Brown, 1992.
- Simonton, Dean Keith. *Origins of genius: Darwinian perspectives on creativity*. New York: Oxford University Press, 1999.
- Terman, Lewis M. (Lewis Madison), 1877-1956. *Measuring intelligence; a guide to the administration of the new revised Stanford-Binet tests of intelligence*. Boston, Houghton, 1937.
- Terman, Lewis Madison, 1877-1956, et al. *Stanford-Binet intelligence scale; manual for the third revision form L-M*. Boston, Houghton Mifflin, 1960.
- Weiss, Lawrence G. *WISC-IV: advanced clinical interpretation*. Amsterdam; Boston: Academic Press/Elsevier, 2006.

## Eleanor Rigby

- Castleman, Harry. *All together now: the first complete Beatles discography; 1961-1975*. New York Ballantine Books, 1977.
- Hertsgaard, Mark, 1956-. *A day in the life: the music and artistry of the Beatles*. New York: Delacorte Press, 1995.
- Ingham, Chris, 1962-. *The rough guide to the Beatles*. London: Rough Guides, 2006.
- Kurlansky, Mark. *1968: the year that rocked the world*. New York: Random House Trade Paperbacks, 2005.
- Lennon, John. *All we are saying*. St. Martin's Griffin, 2000.
- MacDonald, Ian, 1948-2003. *Revolution in the head: the beatles' records and the sixties*. New York: H. Holt, 1994.
- Miles, Barry. *Paul McCartney*. H. Holt, 1998.
- Miles, Barry, 1943-. *Paul McCartney: many years from now*. New York: H. Holt, 1997.
- Schaffner, Nicholas, 1953-. *The Beatles forever*. New York: McGraw-Hill, 1978.
- Sounes, Howard, 1965-. *Fab: an intimate life of Paul McCartney*. Cambridge, MA: Da Capo Press, 2010.
- Turner, Steve, 1949-. *A hard day's write: the stories behind every Beatles song*. New York: Harper, 2005.

## George Washington in the French and Indian War

- Ferling, John E. *The ascent of George Washington: the hidden political genius of an American icon*. New York: Bloomsbury Press, 2009.

219 of 337

- Ferling, John E. *The first of men: a life of George Washington*. Knoxville: University of Tennessee Press, 1988.
- Flexner, James Thomas, 1908-2003. *Washington: the indispensable man*. Boston: Little, Brown, 1974.
- Freeman, Douglas Southall, 1886-1953. *George Washington, a biography*. New York, Scribner, 1948.
- Freeman, Douglas Southall, 1886-1953, et al. *Washington*. New York, Scribner, 1968.
- Higginbotham, Don. *George Washington and the American military tradition*. Athens: University of Georgia Press, 1985.
- Knollenberg, Bernhard, 1892-1973. *George Washington, the Virginia period, 1732-1775*. Durham, N.C., Duke University Press, 1964.
- Koontz, Louis Knott, 1890-. *Robert Dinwiddie, his career in American colonial government and westward expansion*. Glendale, Calif., The Arthur H. Clark company, 1941.
- Lengel, Edward G. *General George Washington: a military life*. New York: Random House, 2005.
- Lewis, Thomas A., 1942-. *For king and country: the maturing of George Washington, 1748-1760*. New York: HarperCollins, 1993.
- O'Meara, Walter. *Guns at the forks*. Englewood Cliffs, N.J., Prentice-Hall, 1965.
- Washington, George, 1732-1799, et al. *The papers of George Washington*. Charlottesville: University Press of Virginia, 1983.

## Nicholas Delbanco

- Delbanco, Nicholas. *Anywhere out of the world: essays on travel, writing, death*. New York: Columbia University Press, 2005.
- Delbanco, Nicholas. *Group portrait: Joseph Conrad, Stephen Crane, Ford Madox Ford, Henry James, and H.G. Wells*. New York: Morrow, 1982.
- Delbanco, Nicholas. *In the middle distance; a novel*. New York, Morrow, 1971.
- Delbanco, Nicholas. *In the name of mercy*. New York, NY: Warner, 1995.
- Delbanco, Nicholas. *Lastingness: the art of old age*. New York: Grand Central Pub., 2011.
- Delbanco, Nicholas. *Small rain*. New York, Morrow, 1975.
- Delbanco, Nicholas. *Speaking of writing: selected Hopwood lectures*. Ann Arbor: University of Michigan Press, 1990.
- Delbanco, Nicholas. *Spring and fall*. Thorndike, Me.: Center Point Pub., 2007.
- Delbanco, Nicholas. *The Count of Concord*. Champaign, IL: Dalkey Archive Press, 2008.
- Delbanco, Nicholas. *The Countess of Stanlein restored*. London; New York: Verso, 2001.
- Delbanco, Nicholas. *The art of youth: Crane, Carrington, Gershwin, and the nature of first acts*. Boston: New Harvest, 2013.
- Delbanco, Nicholas. *What remains*. New York: Warner Books, 2001.

## Common Object Request Broker Architecture

- Bolton, Fintan, et al. *Corba [electronic resource]: A Code-Intensive Premium Reference*. Indianapolis: Sams, Old Tappan: Pearson Education [Distributor], 2001.
- Harmon, Paul, 1942-, et al. *The object technology casebook: lessons from award-winning business applications*. New York: Wiley Computer Pub., 1996.
- Henning, Michi, et al. *Advanced CORBA programming with C++*. Reading, Mass.: Addison-Wesley, 1999.
- Mowbray, Thomas J.. *CORBA design patterns*. Wiley Computer Pub., 1997.
- Mowbray, Thomas J.. *The essential CORBA*. Wiley, 1995.
- Orfali, Robert, et al. *Client/server programming with Java and CORBA*. New York: John Wiley & Sons, 1998.
- Orfali, Robert, et al. *Instant CORBA*. New York: Wiley, 1997.
- Orfali, Robert, et al. *The essential client/server survival guide*. New York: Wiley, 1996.
- Orfali, Robert, et al. *The essential distributed objects survival guide*. New York: J. Wiley, 1996.
- Rosenberger, Jeremy. *Teach yourself CORBA in 14 days*. Sams Pub., 1998.
- Schettino, John, et al. *CORBA for dummies*. Foster City, CA: IDG Books Worldwide, 1998.

- Slama, Dirk, et al. *Enterprise CORBA*. Upper Saddle River, NJ: Prentice Hall PTR, 1999.

## Diane Wakoski

- Wakoski, Diane. *Cap of darkness: including looking for the king of Spain & Pachelbel's Canon*. Santa Barbara: Black Sparrow Press, 1980.
- Wakoski, Diane. *Discrepancies and apparitions; [poems*. Garden City, N.Y., Doubleday, 1966.
- Wakoski, Diane. *Emerald ice: selected poems, 1962 - 1987*. Santa Rosa, Calif.: Black Sparrow Pr., 1988.
- Wakoski, Diane. *Inside the blood factory*. Garden City, N.Y.: Doubleday, 1968.
- Wakoski, Diane. *The Magellanic clouds*. Los Angeles, Black Sparrow Press, 1970.
- Wakoski, Diane. *The collected greed, parts 1-13*. Santa Barbara: Black Sparrow Press, 1984.
- Wakoski, Diane. *The emerald city of Las Vegas*. Santa Rosa: Black Sparrow Press, 1995.
- Wakoski, Diane. *The magician's feastletters*. Santa Barbara: Black Sparrow Press, 1982.
- Wakoski, Diane. *The motorcycle betrayal poems*. New York: Simon and Schuster, 1971.
- Wakoski, Diane. *The rings of Saturn*. Santa Rosa, CA: Black Sparrow Press, 1986.
- Wakoski, Diane. *Trilogy: Coins & coffins; Discrepancies and apparitions; The George Washington poems*. Garden City, N.Y., Doubleday, 1974.
- Wakoski, Diane. *Virtuoso literature for two and four hands*. Garden City, N.Y.: Doubleday, 1975.

## Waffen-SS

- Bell, J. Bowyer, 1931-. *Besieged; seven cities under siege: Madrid, 1936-1939; London, 1940-1941; Singapore, 1941-1942; Stalingrad, 1942-1943; Warsaw, 1939, 1943, 1944; Jerusalem, 1947-1949; Berlin, 1945-1949*. Philadelphia, Chilton Books, 1966.
- Bercuson, David Jay, 1945-. *Maple leaf against the Axis: Canada's Second World War*. Calgary: Red Deer Press, 2004.
- Conot, Robert E. *Justice at Nuremberg*. New York: Carroll & Graf, 1984.
- Dollinger, Hans. *The decline and fall of Nazi Germany and imperial Japan: a pictorial history of the final days of World War II*. New York: Bonanza Books: Distributed by Crown Publishers, 1982.
- Evans, Richard J.. *The Third Reich at war*. Penguin Press, 2008.
- Harman, Nicholas. *Dunkirk: the necessary myth*. London: Hodder and Stoughton, 1980.
- Rossino, Alexander B., 1966-. *Hitler strikes Poland: Blitzkrieg, ideology, and atrocity*. Lawrence, Kan.: University Press of Kansas, 2003.
- Smelser, Ronald M., 1942-. *The myth of the Eastern Front: the Nazi-Soviet war in American popular culture*. Cambridge; New York: Cambridge University Press, 2008.
- Stein, George H., 1934-. *The Waffen SS: Hitler's elite guard at war, 1939-1945*. Ithaca, N.Y.: Cornell University Press, 1984.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.
- Wiesenthal, Simon, et al. *The murderers among us; the Simon Wiesenthal memoirs*. New York, McGraw-Hill, 1967.
- Ziemke, Earl Frederick, 1922-. *Stalingrad to Berlin: the German defeat in the east*. Washington, Office of the Chief of Military History, U.S. Army; [for sale by the Supt. of Docs., U.S. Govt. Print. Off.], 1968.

## Acid dissociation constant

- Albert, Adrien. *The determination of ionization constants: a laboratory manual*. London, Chapman and Hall, 1971.
- Atkins, P. W. (Peter William), 1940-, et al. *Atkins' Physical chemistry*. New York: W.H. Freeman, 2006.
- Bell, R. P. (Ronald Percy). *The proton in chemistry*. Ithaca, N.Y.: Cornell University Press, 1973.
- Beynon, R. J. (Robert J.). *Buffer solutions*. Oxford; New York: IRL Press at Oxford University Press, 1996.
- Dunn, M. J. *Gel electrophoresis: proteins*. Oxford: Bios Scientific Publishers in association with the Biochemical Society, 1993.

- Harned, Herbert S. (Herbert Spencer), 1888-. *The physical chemistry of electrolytic solutions*. New York, Reinhold Pub. Corp, 1958.
- Hill, John William, 1933-, et al. *General chemistry: an integrated approach*. Upper Saddle River, N.J.: Prentice Hall, 2002.
- Pauling, Linus, 1901-1994. *The nature of the chemical bond and the structure of molecules and crystals: an introduction to modern structural chemistry*. Ithaca, N.Y.: Cornell University Press, 1960.
- Snoeyink, Vernon L, et al. *Water chemistry*. New York: Wiley, 1980.
- Whitten, Kenneth W.. *General chemistry with qualitative analysis*. Saunders College Pub., 1992.

## Michael Parenti

- Parenti, Michael. *Against empire*. San Francisco City Lights Books, 1995.
- Parenti, Michael. *Superpatriotism*. City Lights Books, 2004.
- Parenti, Michael, 1933-. *America besieged*. San Francisco, CA: City Lights Books, 1998.
- Parenti, Michael, 1933-. *Democracy for the few*. New York: St. Martin's Press, 1977.
- Parenti, Michael, 1933-. *Dirty truths: reflections on politics, media, ideology, conspiracy, ethnic life and class power*. San Francisco: City Lights Books, 1996.
- Parenti, Michael, 1933-. *Inventing reality: the politics of the mass media*. New York: St. Martin's Press, 1986.
- Parenti, Michael, 1933-. *Land of idols: political mythology in America*. New York: St. Martin's Press, 1994.
- Parenti, Michael, 1933-. *Make-believe media: the politics of entertainment*. New York: St. Martin's Press, 1992.
- Parenti, Michael, 1933-. *The culture struggle*. New York, NY: Seven Stories Press, 2005.
- Parenti, Michael, 1933-. *The sword and the dollar*. New York: St. Martin's Press, 1989.
- Parenti, Michael, 1933-. *To kill a nation: the attack on Yugoslavia*. London; New York: Verso, 2000.
- Sanders, Bernard, et al. *Outsider in the House*. London; New York: Verso, 1997.

## Dave Ulrich

- Becker, Brian E, et al. *The HR scorecard: linking people, strategy, and performance*. Boston, MA: Harvard Business School Press, 2001.
- Lawler, Edward E. *Human resources business process outsourcing [electronic resource]: transforming how HR gets its work done*. San Francisco: Jossey-Bass, 2004.
- Ulrich, David, 1953-. *Delivering results: a new mandate for human resource professionals*. Boston: Harvard Business School Press, 1998.
- Ulrich, David, 1953-. *Human resource champions: the next agenda for adding value and delivering results*. Boston: Harvard Business School Press, 1997.
- Ulrich, David, 1953-, et al. *Organizational capability: competing from the inside out*. New York: Wiley, 1990.
- Ulrich, David, 1953-, et al. *Results-based leadership*. Boston: Harvard Business School Press, 1999.
- Ulrich, David, 1953-, et al. *Tomorrow's HR management: 48 thought leaders call for change*. Chichester, England; New York: John Wiley, 1997.
- al.]., Ron Ashkenas... [et. *The boundaryless organization*. Jossey-Bass; 1st edition, 1995.

## History of U.S. foreign policy, 1801–1829

- Ellis, Joseph J., author. *American creation: triumphs and tragedies at the founding of the Republic*. New York: Random House Large Print, 2007.
- Hargreaves, Mary W. M., 1914-. *The presidency of John Quincy Adams*. Lawrence, Kan.: University Press of Kansas, 1985.
- Hayes, Kevin J. *The road to Monticello: the life and mind of Thomas Jefferson*. Oxford; New York: Oxford University Press, 2008.
- Heidler, David Stephen, 1955-. *The War of 1812*. Westport, Conn.: Greenwood Press, 2002.

- Hill, Peter P., 1926-. *Napoleon's troublesome Americans: Franco-American relations, 1804-1815*. Washington, D.C.: Potomac Books, 2006.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- McDonald, Forrest. *The Presidency of Thomas Jefferson*. Lawrence: University Press of Kansas, 1976.
- Meacham, Jon. *Thomas Jefferson*. Random House, 2012.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.
- Nugent, Walter T. K. *Habits of empire: a history of American expansion*. New York: Alfred A. Knopf, 2008.
- Pratt, Julius William, 1888-. *Expansionists of 1812*. Gloucester, Mass.: Peter Smith, 1957.
- Remini, Robert Vincent. *John Quincy Adams*. Times Books, 2002.

## Oscar Handlin

- Handlin, Oscar, 1915-. *Boston's immigrants, 1790-1880: a study in acculturation*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1991.
- Handlin, Oscar, 1915-. *The dimensions of liberty*. Cambridge: Belknap Press of Harvard University Press, 1961.
- Handlin, Oscar, 1915-. *The newcomers: Negroes and Puerto Ricans in a changing metropolis*. Cambridge, Harvard University Press, 1959.
- Handlin, Oscar, 1915-. *The uprooted: the epic story of the great migrations that made the American people*. New York: Grosset & Dunlap, 1951.
- Handlin, Oscar, 1915-, et al. *Liberty in America, 1600 to the present*. New York: Harper & Row, 1986.
- Handlin, Oscar, 1915-2011. *A pictorial history of immigration*. New York, Crown Publishers, 1972.
- Handlin, Oscar, 1915-2011. *Al Smith and his America*. Boston, Little, Brown, 1958.
- Handlin, Oscar, 1915-2011. *Fire-bell in the night; the crisis in civil rights*. Boston, Little, Brown, 1964.
- Handlin, Oscar, 1915-2011. *Race and nationality in American life*. Boston, Little, Brown, 1957.
- Handlin, Oscar, 1915-2011. *The American college and American culture; socialization as a function of higher education*. New York, McGraw-Hill, 1970.
- Handlin, Oscar, 1915-2011, ed, et al. *The popular sources of political authority; documents on the Massachusetts constitution of 1780*. Cambridge, Mass., Belknap Press of Harvard University Press, 1966.
- Handlin, Oscar, 1915-2011, et al. *Liberty in America, 1600 to the present*. New York: Harper & Row, 1986.

## Bank War

- Brands, H. W. *Andrew Jackson, his life and times*. New York: Doubleday, 2005.
- Cole, Donald B. *The presidency of Andrew Jackson*. Lawrence, Kan.: University Press of Kansas, 1993.
- Dangerfield, George, 1904- . cn. *The awakening of American nationalism, 1815-1828*. New York, Harper & Row, 1965.
- Govan, Thomas P. (Thomas Payne), 1907-1979. *Nicholas Biddle, nationalist and public banker, 1786-1844*. [Chicago] University of Chicago Press, 1959.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- James, Marquis, 1891-1955. *Andrew Jackson, portrait of a president*. New York, Grosset & Dunlap, 1937.
- McFaul, John M. *The politics of Jacksonian finance*. Ithaca [N.Y.] Cornell University Press, 1972.
- Meacham, Jon. *American lion: Andrew Jackson in the White House*. New York: Random House, 2008.
- Olson, James Stuart, 1946-, et al. *Encyclopedia of the industrial revolution in America*. Westport, Conn.: Greenwood Press, 2002.
- Remini, Robert Vincent, 1921-. *Andrew Jackson and the bank war; a study in the growth of presidential power*. New York, Norton, 1967.
- Wellman, Paul Iselin, 1898-1966. dn. *The house divides; the Age of Jackson and Lincoln, from the War of 1812 to the Civil War*. Garden City, N.Y., Doubleday, 1966.
- Wilburn, Jean Alexander. *Biddle's bank; the crucial years. --*. New York: Columbia University Press, 1967.

## Ba'athism

- Al-Marashi, Ibrahim, 1973-. *Iraq's armed forces: an analytical history*. New York: Routledge, 2008.
- Ali, Tariq. *The clash of fundamentalisms: crusades, jihads and modernity*. London: Verso, 2003.
- Bengio, Ofra. *Saddam's word: political discourse in Iraq*. New York: Oxford University Press, 1998.
- Coughlin, Con, 1955-. *Saddam: his rise and fall*. New York, NY: Harper Perennial, 2005.
- East, American Academic Association for Peace in the Middle, et al. *People and politics in the Middle East: proceedings of the annual conference*. New Brunswick, N.J.: Transaction Books; distributed by Dutton [New York], 1971.
- Ghareeb, Edmund. *Historical dictionary of Iraq*. Lanham, Md.: Scarecrow Press, 2004.
- Hopwood, Derek, 1933-. *Syria 1945-1986: politics and society*. London; Boston: Unwin Hyman, 1988.
- Laqueur, Walter, 1921-. *The struggle for the Middle East: the Soviet Union and the Middle East, 1958-68*. London, Routledge & K. Paul, 1969.
- Makiya, Kanan. *Republic of fear*. University of California Press, 1998.
- Niblock, Timothy, et al. *Iraq, the contemporary state*. London: Croom Helm, 1982.
- Ruthven, Malise, author. *Islam in the world*. New York, N.Y.: Oxford University Press, 2000.
- Walt, Stephen M., 1955-. *The origins of alliances*. Ithaca: Cornell University Press, 1987.

## Planck's law

- Brehm, John J, et al. *Introduction to the structure of matter: a course in modern physics*. New York: Wiley, 1989.
- Brillouin, Léon, 1889-. *Relativity reexamined. --*. New York: Academic Press, 1970.
- Chandrasekhar, S. (Subrahmanyan), 1910-. *Radiative transfer*. New York: Dover Publications, 1960.
- Haar, D. ter. *The old quantum theory*. Oxford; New York: Pergamon Press, 1967.
- Hermann, Armin, 1933-. *The genesis of quantum theory (1899-1913)*. Cambridge, Mass., MIT Press, 1971.
- Jauch, Josef M. (Josef Maria), 1914-1974. *The theory of photons and electrons: the relativistic quantum field theory of charged particles with spin one-half*. New York: Springer-Verlag, 1976.
- Jeffreys, Harold, Sir, 1891-. *Scientific inference. -*. Cambridge [Eng.]: Cambridge University Press, 1973.
- Kragh, Helge, 1944-. *Quantum generations: a history of physics in the twentieth century*. Princeton, N.J.: Princeton University Press, 1999.
- Mandel, Leonard, author. *Optical coherence and quantum optics*. Cambridge: Cambridge University Press, 1995.
- Paltridge, G. W. *Radiative processes in meteorology and climatology*. Amsterdam; New York: Elsevier Scientific Pub. Co., 1976.
- Stehle, Philip. *Order, chaos, order: the transition from classical to quantum physics*. New York: Oxford University Press, 1994.
- Wilson, Alan Herries. *Thermodynamics and statistical mechanics*. Cambridge [Eng.] University Press, 1957.

## Radical Republicans

- Belz, Herman. *Abraham Lincoln, constitutionalism, and equal rights in the Civil War era*. New York: Fordham University Press, 1998.
- Belz, Herman. *Emancipation and equal rights: politics and constitutionalism in the Civil War era*. New York: Norton, 1978.
- Castel, Albert E. *The Presidency of Andrew Johnson*. Lawrence: Regents Press of Kansas, 1979.
- Donald, David Herbert, 1920-. *Charles Sumner and the rights of man*. New York: Knopf, 1970.
- Donald, David Herbert, 1920-2009. *Lincoln*. New York: Simon & Schuster, 1995.
- Foner, Eric. *A short history of Reconstruction, 1863-1877*. Harper & Row, 1990.
- Goodwin, Doris Kearns. *Team of rivals: the political genius of Abraham Lincoln*. New York: Simon & Schuster, 2005.
- McFeely, William S. *Grant: a biography*. New York: Norton, 1981.

- Nevins, Allan, 1890-1971. *Hamilton Fish: the inner history of the Grant administration*. New York: Dodd, Mead, 1937.
- Simpson, Brooks D. *Let us have peace; Ulysses S. Grant and the politics of war and reconstruction, 1861-1868*. Chapel Hill,North Carolina: University of North Carolina Press, 1991.
- Simpson, Brooks D. *The Reconstruction presidents*. Lawrence: University Press of Kansas, 1998.
- Trefousse, Hans Louis. *The radical Republicans: Lincoln's vanguard for racial justice*. New York: Knopf, 1969.

## Don Sakers

- Bova, Ben, 1932-. *Farside*. Tom Doherty Associates, 2014.
- Bova, Ben, 1932-. *Transhuman*. New York: Tor Books, 2014.
- Foster, Alan Dean, 1946-. *The sum of her parts*. New York: Del Rey, 2012.
- Friedman, C. S., author. *Dreamwalker*. New York: DAW Books Inc.;, 2014.
- Gould, Steven, author. *Exo*. New York: Tor, 2014.
- Gunn, James E., 1923- author. *Transcendental*. New York: Tor, 2013.
- Howard, Chris, 1976-. *Rootless*. New York: Scholastic Press, 2012.
- Leckie, Ann. *Ancillary justice*. New York: Orbit, 2013.
- Rajaniemi, Hannu, author. *The causal angel*. New York: Tor Books, 2014.
- Shea, Michael, 1946-. *Assault on sunrise*. New York: Tor, a Tom Doherty Associates Book, 2013.
- Weber, David, 1952- author, editor, et al. *Beginnings*. Baen Books, 2014.

## Raggedy Ann

- Books, Lynx. *Raggedy Dog's bone: raggedy ann & andy's grown-and-learn library volume 10*. New York: Lynx Books, 1988.
- Books, Lynx. *Sam Lamb moves away*. New York: Lynx Books, 1988.
- Comapny, Lynx. *Sunny bunny comes home*. New York, N.Y.: Lynx Books, 1988.
- Comapny, Lynx. *Tim's big adventure*. New York: Lynx Books, 1988.
- Hall, Patricia, 1948-. *Raggedy Ann and more: Johnny Gruelle's dolls and merchandise*. Gretna, La.: Pelican Pub., 2000.

## Foreign policy of the Bill Clinton administration

- Albright, Madeleine Korbel. *Madam Secretary*. Miramax Books, 2003.
- Christopher, Warren. *Chances of a lifetime*. New York: Scribner, 2001.
- Christopher, Warren. *In the stream of history: shaping foreign policy for a new era*. Stanford, Calif.: Stanford University Press, 1998.
- Clark, Wesley K.. *Waging modern war*. Public Affairs, 2001.
- Clinton, Bill, 1946-. *My life. the presidential years*. New York: Vintage Books, 2005.
- Clinton, Bill, 1946-. *The Clinton foreign policy reader: presidential speeches with commentary*. Armonk, N.Y.: M.E. Sharpe, 2000.
- Congressional Quarterly, inc. *Congress and the Nation: a review of government and politics in the postwar years*. Washington, D.C: CQ Press, 1965.
- Congressional Quarterly, inc. *Congress and the Nation: a review of government and politics in the postwar years*. Washington, D.C: CQ Press, 1965.
- Johnson, Loch K., 1942-. *The threat on the horizon: an inside account of America's search for security after the Cold War*. Oxford; New York: Oxford University Press, 2011.
- Lampton, David M. *Same bed, different dreams: managing U.S.-China relations, 1989-2000*. Berkeley: University of California Press, 2001.
- Talbott, Strobe. *Engaging India*. Brookings Institution Press, 2004.
- Talbott, Strobe. *The Russia hand*. Random House, 2002.

## Upton Sinclair

- Arthur, Anthony. *Radical innocent: Upton Sinclair*. New York: Random House, 2006.
- Blinderman, Abraham, 1916- compiler. *Critics on Upton Sinclair; readings in literary criticism*. Coral Gables, Fla., University of Miami Press, 1975.
- Bloodworth, William A. *Upton Sinclair*. Boston: Twayne Publishers, 1977.
- Brennan, Elizabeth A, et al. *Who's who of Pulitzer Prize winners*. Phoenix, Ariz.: Oryx Press, 1999.
- Brevda, William, 1947-. *Harry Kemp, the last Bohemian*. Lewisburg: Bucknell University Press; London: Associated University Presses, 1986.
- Coodley, Lauren. *Upton Sinclair: California socialist, celebrity intellectual*. Lincoln: University of Nebraska Press, 2013.
- Dell, Floyd, 1887-1969. *Upton Sinclair; a study in social protest*. New York, AMS Press, 1970.
- Gottlieb, Robert, 1944-. *The next Los Angeles: the struggle for a livable city*. Berkeley: University of California Press, 2005.
- Mattson, Kevin. *Upton Sinclair and the other American century*. John Wiley & Sons, 2006.
- Mookerjee, R. N. (Rabindra Nath), 1933-. *Art for social justice: the major novels of Upton Sinclair*. Metuchen, N.J.: Scarecrow Press, 1988.
- Sinclair, Upton, 1878-1968. *The Autobiography of Upton Sinclair*. New York, Harcourt, Brace & World, 1962.
- Sinclair, Upton, 1878-1968, et al. *The coal war: a sequel to "King Coal"*. Boulder: Colorado Associated University Press, 1976.

## Harold Lasswell

- (Eds.), Harold D. Lasswell and Daniel Lerner. *World revolutionary elites: studies in coercive ideological movements*. Cambridge: M.I.T., 1966.
- Dobyns, Henry F, et al. *Peasants, power, and applied social change; Vicos as a model*. Beverly Hills [Calif.] Sage Publications, 1971.
- Lasswell, Harold D. (Harold Dwight), 1902-1978. *Psychopathology and politics.*. New York,: Viking Press, 1966.
- Lasswell, Harold D. (Harold Dwight), 1902-1978, et al. *Power and society; a framework for political inquiry*. New Haven, Yale University Press, 1950.
- Lasswell, Harold Dwight, 1902-. *A pre-view of policy sciences*. New York: American Elsevier Pub. Co., 1971.
- Lasswell, Harold Dwight, 1902-. *Politics; who gets what, when, how*. New York, London, Whittlesey house, McGraw-Hill book company, inc, 1950.
- Lasswell, Harold Dwight, 1902-. *Propaganda and promotional activities; an annotated bibliography*. Chicago: University of Chicago Press, 1969.
- Lasswell, Harold Dwight, 1902-. *World politics and personal insecurity*. New York, London, Whittlesey House, McGraw-Hill Book Company, Inc, 1935.
- Lasswell, Harold Dwight, 1902-. *World politics faces economics, with special reference to the future relations of the United States and Russia*. New York, McGraw-Hill book company, inc., 1945.
- Lasswell, Harold Dwight, 1902-, et al. *Values and development: appraising Asian experience*. Cambridge, Mass.: MIT Press, 1976.
- Smith, Bruce Lannes, 1909-, et al. *Propaganda, communication, and public opinion; a comprehensive reference guide*. Princeton, Princeton University Press, 1946.
- Wright, Quincy, 1890-1970, et al. *The Search for world order; studies by students and colleagues of Quincy Wright*. New York, Appleton-Century-Crofts, 1971.

## 1980s in sociology

- Anderson, Benedict R. O'G. *Imagined communities*. Verso, 2006.
- Boudon, Raymond. *The logic of social action: an introduction to sociological analysis*. London; Boston: Routledge & Kegan Paul, 1981.
- Goffman, Erving. *Forms of talk*. Philadelphia: University of Pennsylvania Press, 1981.

- Harding, Sandra G. *Feminism and methodology: social science issues*. Milton Keynes [Buckinghamshire]: Open University Press, 1987.
- Harding, Sandra G, et al. *Sex and scientific inquiry*. Chicago: University of Chicago Press, 1987.
- Hawley, Amos Henry. *Human ecology: a theoretical essay*. Chicago: University of Chicago Press, 1986.
- Jeynes, William. *Religion, education, and academic success*. Greenwich, Conn.: Information Age Pub., 2003.
- Lasch, Christopher. *The minimal self: psychic survival in troubled times*. New York: W.W. Norton, 1984.
- Marshall, T. H. (Thomas Humphrey). *The right to welfare and other essays*. New York: Free Press, 1981.
- Piven, Frances Fox. *Why Americans don't vote*. Pantheon Books, 1988.
- Wallerstein, Immanuel Maurice, 1930-. *World-systems analysis: an introduction*. Durham; London: Duke University Press, 2004.
- Young, Michael Dunlop, 1915-. *Social scientist as innovator*. Cambridge, Mass.: Abt Books, 1983.

## Brian Wilson

- Badman, Keith. *The Beach Boys: the definitive diary of America's greatest band, on stage and in the studio*. San Francisco, Calif.: Backbeat Books, 2004.
- Brackett, Donald, 1951-. *Dark mirror: the pathology of the singer-songwriter*. Westport, Conn.: Praeger, 2008.
- Dillon, Mark, 1969-. *Fifty sides of the Beach Boys: the songs that tell their story*. Toronto, Ont.: ECW Press, 2012.
- Doggett, Peter, author. *Electric shock: from the gramophone to the iPhone: 125 years of pop music*. London: Vintage, 2016.
- Gaines, Steven S. *Heroes and villains: the true story of the Beach Boys*. New York, N.Y.: New American Library, 1986.
- Granata, Charles L. *Wouldn't it be nice: Brian Wilson and the making of the Beach Boys' Pet sounds*. Chicago, Ill.: A Cappella Books, 2003.
- Leaf, David. *The Beach Boys and the California myth*. New York: Grosset & Dunlap, 1978.
- Starr, Larry. *American popular music: from minstrelsy to MP3*. New York: Oxford University Press, 2007.
- Stebbins, Jon. *Dennis Wilson: the real Beach Boy*. Toronto, Ont.: ECW Press, 2000.
- Thompson, Dave, 1960 January 3- author. *Wall of pain: the biography of Phil Spector*. London: Sanctuary: Distributed by Publishers Group, 2003.
- White, Timothy, 1952-2002. *The nearest faraway place: Brian Wilson, the Beach Boys, and the Southern Californian experience*. London: Macmillan, 1996.
- Wilson, Brian, 1942-, et al. *Wouldn't it be nice: my own story*. New York, NY: HarperCollins, 1991.

## Edward Frascino

- Andersen, H. C. (Hans Christian), 1805-1875. *Hans Christian Andersen's The little mermaid*. New York, Harper & Row, 1971.
- Frascino, Edward. *Avocado is not your color and other scenes of married bliss: cartoons*. [New York]: Penguin Books, 1983.
- Frascino, Edward. *Eddie Spaghetti on the homefront*. New York: Harper & Row, 1983.
- Frascino, Edward. *My cousin the king*. Englewood Cliffs, N.J.: Prentice-Hall, 1985.
- Gordon, Shirley, et al. *Crystal is my friend*. New York: Harper & Row, 1978.
- Gordon, Shirley, et al. *Crystal is the new girl*. New York: Harper & Row, 1976.
- Gordon, Shirley, et al. *Crystal's Christmas carol*. New York: Harper & Row, 1989.
- Gray, Nigel, et al. *It'll all come out in the wash*. New York: Harper & Row, 1979.
- Keller, Charles, et al. *King Henry the Ape animal jokes*. New York: Pippin Press, 1989.
- Marquis, Don, 1878-1937, et al. *Archology II: the final dig: the long lost tales of Archy and Mehitabel*. Hanover, NH: University Press of New England, 1998.
- Stolz, Mary, 1920-2006, et al. *The dragons of the queen*. New York, Harper & Row, 1969.
- White, E. B. (Elwyn Brooks), 1899-1985, et al. *The trumpet of the swan*. New York, Harper & Row, 1970.

## History of Massachusetts

- Bailyn, Bernard. *The new England merchants in the seventeenth century*. New York: Academy Library, Harper & Row, 1964.
- Banner, James M., 1935-. *To the Hartford Convention: the Federalists and the origins of party politics in Massachusetts, 1789-1815*. New York: Knopf, 1970.
- Blodgett, Geoffrey. *The gentle reformers: Massachusetts Democrats in the Cleveland era*. Cambridge, Harvard University Press, 1966.
- Brown, Robert Eldon, 1907-. *Middle-class democracy and the Revolution in Massachusetts, 1691-1780*. New York, Harper & Row, 1969.
- Clark, Christopher, 1953-. *The roots of rural capitalism: western Massachusetts, 1780-1860*. Ithaca: Cornell University Press, 1990.
- Cronon, William. *Changes in the land: Indians, colonists, and the ecology of New England*. New York: Hill and Wang, 1984.
- Formisano, Ronald P., 1939-. *The transformation of political culture: Massachusetts parties, 1790s-1840s*. New York: Oxford University Press, 1983.
- Huthmacher, J. Joseph. *Massachusetts people and politics, 1919-1933*. Cambridge, Belknap Press of Harvard University Press, 1959.
- Labaree, Benjamin Woods. *Colonial Massachusetts: a history*. Millwood, N.Y.: KTO Press, 1979.
- Litt, Edgar. *The political cultures of Massachusetts*. Cambridge, Mass., M.I.T. Press, 1965.
- Lockridge, Kenneth A. *A New England town: the first hundred years: Dedham, Massachusetts, 1636-1736*. New York: Norton, 1985.
- Warden, G. B. (Gerard Bryce), 1939- . cn. *Boston, 1689-1776*. Boston, Little, Brown, 1970.

## Madonna

- (Firm), Guinness. *Guinness world records, 2007*. New York: Bantam, 2007.
- Brackett, Nathan, 1968-, et al. *The new Rolling Stone album guide*. New York: Simon & Schuster, 2004.
- Claro, Nicole. *Madonna*. New York: Chelsea House Publishers, 2000.
- George-Warren, Holly, et al. *The Rolling stone encyclopedia of rock & roll*. New York: Fireside, 2001.
- Gnojewski, Carol. *Madonna: Express yourself*. Berkeley Heights, NJ: Enslow Publishers, Inc., 2008.
- Grant, Robert M.. *Contemporary strategy analysis*. John Wiley & Sons, 2009.
- Guralnick, Peter. *Da Capo best music writing 2000*. [New York]: Da Capo Press, 2000.
- Rooksby, Rikky. *Madonna: the complete guide to her music*. London: Omnibus, 2004.
- Schwichtenberg, Cathy. *The Madonna connection: representational politics, subcultural identities, and cultural theory*. Boulder: Westview Press, 1993.
- St Michael, Mick. *Madonna 'talking': Madonna in her own words*. London: Omnibus Press, 2004.

## Ishbel Ross

- Ross, Ishbel. *Crusades & crinoline's*. Harper & Row, 1963.
- Ross, Ishbel, 1897-. *An American family; the Tafts, 1678 to 1964*. Cleveland, World Pub. Co, 1964.
- Ross, Ishbel, 1897-. *Charmers and cranks; twelve famous American women who defied the conventions*. New York, Harper & Row, 1965.
- Ross, Ishbel, 1897-. *Silhouette in diamonds; the life of Mrs. Potter Palmer*. New York, Harper, 1960.
- Ross, Ishbel, 1897-. *Sons of Adam, daughters of Eve*. New York, Harper & Row, 1969.
- Ross, Ishbel, 1897-. *The President's wife: Mary Todd Lincoln; a biography*. New York, Putnam, 1973.
- Ross, Ishbel, 1897-. *The expatriates*. New York, Crowell, 1970.
- Ross, Ishbel, 1897- . cn. *Power with grace: the life story of Mrs. Woodrow Wilson*. New York: Putnam, 1975.
- Ross, Ishbel, 1897-1975. *Grace Coolidge and her era; the story of a President's wife*. New York, Dodd, Mead, 1962.
- Ross, Ishbel, 1897-1975. *Journey into light, the story of the education of the blind*. New York, Appleton-Century-Crofts, 1951.
- Ross, Ishbel, 1897-1975. *Rebel Rose: life of Rose O'Neal Greenhow, Confederate spy*. [Atlanta?]: Mockingbird Books, 1973.

- Ross, Ishbel, 1897-1975. *The uncrowned queen; life of Lola Montez*. New York, Harper & Row, 1972.

## Modern art

- Adams, Hugh. *Modern painting*. New York: Mayflower Books, 1979.
- Arnason, H. Harvard. *History of modern art*. Harry N. Abrams, Inc., 1998.
- Childs, Peter, 1962-. *Modernism*. London; New York: Routledge, 2000.
- Crouch, Christopher. *Modernism in art, design and architecture*. New York: St. Martin's Press, 1999.
- Everdell, William R. *The first moderns [electronic resource]: profiles in the origins of twentieth-century thought*. Chicago: University of Chicago Press, 1997.
- Frascina, Francis, et al. *Modern art and modernism: a critical anthology*. New York: Harper & Row, 1982.
- Gombrich, E. H.. *The story of art*. Phaidon, 1995.
- Jencks, Charles. *Post-modernism: the new classicism in art and architecture*. New York: Rizzoli, 1987.
- Ozenfant, Amédée, 1886-1966. *Foundations of modern art*. New York: Dover, 1952.
- Read, Herbert Edward, Sir, 1893-1968. *A concise history of modern painting*. New York: Praeger, 1975.

## John Simon (engraver)

- Antal, Frederick. *Hogarth and his place in European art*. New York: Basic Books, 1962.
- Atherton, Herbert M. *Political prints in the age of Hogarth; a study of the ideographic representation of politics*. Oxford, Clarendon Press, 1974.
- Clayton, Muriel. *The print collector*. New York: Dodd, Mead, 1930.
- Godfrey, Richard T. *Printmaking in Britain: a general history from its beginnings to the present day*. New York: New York University Press, 1978.
- Gohm, Douglas Charles. *Maps and prints for pleasure and investment*. London: Gifford, 1978.
- Griffiths, Antony. *Prints and printmaking; an introduction to the history and techniques*. Berkeley: Los Angeles: University of California Press, 1996.
- Hind, Arthur M. (Arthur Mayger), 1880-1957. *A history of engraving & etching from the 15th century to the year 1914; being the 3d and fully rev. ed. of A short history of engraving and etching*. New York, Dover Publications, 1963.
- Mackenzie, Ian. *British prints: dictionary and price guide*. Woodbridge, Suffolk: Antique Collectors' Club, 1987.
- Wilder, F. L. *How to identify old prints*. London, Bell, 1969.
- cn, Colonial Society of Massachusetts. *Boston prints and printmakers, 1670-1775; a conference held by the Colonial Society of Massachusetts, 1 and 2 April 1971*. Boston, Colonial Society of Massachusetts; distributed by the University Press of Virginia [Charlottesville], 1973.

## Enid Blyton

- Baverstock, Gillian. *Enid Blyton*. London: Evans, 1997.
- Blyton, Enid, author. *Fun for the Secret Seven*. London: Hodder Children's Books, 2013.
- Blyton, Enid, author. *Shock for the Secret Seven*. London: Hodder Children's Books, 2013.
- Commire, Anne. *Something about the author. [electronic resource]*. Detroit, Mich.: Gale Research, 1981.
- Fisher, Margery. *The bright face of danger*. London: Hodder and Stoughton, 1986.
- Greenfield, George. *A smattering of monsters: a kind of memoir*. Columbia, SC: Camden House, 1995.
- Greenfield, George. *Enid Blyton*. Thrupp, Stroud, Gloucestershire: Sutton Pub., 1998.
- Mullan, Bob. *The Enid Blyton Story*. London: Boxtree, 1987.
- Ray, Sheila G. Bannister. *The Blyton phenomenon: the controversy surrounding the world's most successful children's writer*. London: Deutsch, 1982.
- Smallwood, Imogen, 1935-. *A childhood at Green Hedges*. London: Methuen, 1989.
- Tucker, Nicholas. *The child and the book: a psychological and literary exploration*. Cambridge [England]; New York: Cambridge University Press, 1990.
- Van der Walt, Thomas, et al. *Change and renewal in children's literature*. Westport, Conn.: Praeger, 2004.

229 of 337

## Atomic bombings of Hiroshima and Nagasaki

- Allen, Thomas B.. *Code-name downfall*. Simon & Schuster, 1995.
- Drea, Edward J., 1944-. *MacArthur's ULTRA: codebreaking and the war against Japan, 1942-1945*. Lawrence, Kan.: University Press of Kansas, 1991.
- Edwards, Paul N.. *The closed world*. MIT Press, 1996.
- Goldstein, Donald M.. *Rain of ruin*. Brassey's, 1995.
- Hasegawa, Tsuyoshi, 1941-. *Racing the enemy: Stalin, Truman, and the surrender of Japan*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2005.
- Hoyt, Edwin Palmer. *Japan's war: the great Pacific conflict*. New York: Cooper Square Press, 2001.
- Kerr, E. Bartlett. *Flames over Tokyo: the U.S. Army Air Force's incendiary campaign against Japan, 1944-1945*. New York: D.I. Fine, 1991.
- Press, Associated. *World War II: a 50th anniversary history*. London: Robert Hale, 1990.
- Preston, Diana, 1952-. *Before the fallout: from Marie Curie to Hiroshima*. New York: Walker & Co., 2005.
- Reischauer, Edwin O. (Edwin Oldfather), 1910-. *My life between Japan and America*. New York: Harper & Row, 1986.
- Rotter, Andrew Jon. *Hiroshima*. Oxford University Press, 2008.
- Sekimori, Gaynor, et al. *Hibakusha, survivors of Hiroshima and Nagasaki*. Tokyo: Kosei Pub. Co., 1986.

## Pierrot

- Buttel, Robert. *Wallace Stevens: the making of Harmonium*. Princeton, N.J., Princeton University Press, 1967.
- Chaplin, Charlie, 1889-1977. *My autobiography: illustrated*. New York: Pocket Books, 1966.
- Clayton, J. Douglas, author. *Pierrot in Petrograd: the Commedia dell'arte/Balagan in twentieth-century Russian theatre and drama*. Montreal; Buffalo: McGill-Queen's University Press, 1993.
- Dunsby, Jonathan. *Schoenberg: Pierrot Lunaire*. C.U.P., 1992.
- Findlater, Richard, 1921-. *Joe Grimaldi, his life and theatre*. Cambridge, [Eng.]; New York: Cambridge University Press, 1978.
- Green, Martin Burgess, 1927- . dn, et al. *The triumph of Pierrot: the commedia dell'arte and the modern imagination*. New York: Macmillan, 1986.
- Nicoll, Allardyce, 1894-1976. *The world of Harlequin, a critical study of the commedia dell'arte*. Cambridge [Eng] University Press, 1963.
- Palacio, Jean de. *Pierrot fin-de-siècle, ou, Les métamorphoses d'un masque*. Paris: Librairie Séguier, 1990.
- Ritter, Naomi. *Art as spectacle: images of the entertainer since romanticism*. Columbia: University of Missouri Press, 1989.
- Sensibar, Judith L. *The origins of Faulkner's art*. Austin: University of Texas Press, 1984.
- Storey, Robert F., 1945-. *Pierrot: a critical history of a mask*. Princeton, N.J.: Princeton University Press, 1978.
- Wilentz, Sean. *Bob Dylan in America*. Doubleday, 2010.

## Victor Davis Hanson

- Hanson, Victor Davis. *A war like no other*. Random House, 2005.
- Hanson, Victor Davis. *Carnage and culture: landmark battles in the rise of Western power*. New York: Anchor, 2002.
- Hanson, Victor Davis. *Fields without dreams: defending the agrarian idea*. New York: Free Press, 1996.
- Hanson, Victor Davis. *Mexifornia*. Encounter Books, 2003.
- Hanson, Victor Davis. *Ripples of battle: how wars of the past still determine how we fight, how we live, and how we think*. New York: Anchor Books, 2004.
- Hanson, Victor Davis. *The Western way of war: infantry battle in classical Greece*. New York: Knopf: Distributed by Random House, 1989.
- Hanson, Victor Davis. *The father of us all*. Bloomsbury Press, 2010.

- Hanson, Victor Davis. *The savior generals: how five great commanders saved wars that were lost, from ancient Greece to Iraq*. New York: Bloomsbury Press, 2013.
- Hanson, Victor Davis. *The soul of battle*. Anchor Books, 2001.
- Hanson, Victor Davis. *The wars of the ancient Greeks: and their invention of western military culture*. London: Cassell, 1999.
- Hanson, Victor Davis. *Warfare and agriculture in classical Greece*. Berkeley: University of California Press, 1998.
- Hanson, Victor Davis, et al. *Bonfire of the humanities: rescuing the classics in an impoverished age*. Wilmington, DE: ISI Books, 2001.

## This Side of Paradise

- Berg, A. Scott (Andrew Scott), et al. *Max Perkins, editor of genius*. New York: Dutton, 1978.
- Donaldson, Scott, 1928-. *Fool for love: F. Scott Fitzgerald*. New York: Congdon & Weed: Distributed by St. Martin's Press, 1983.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, author. *The crack-up*. New York: James Laughlin, 1945.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, et al. *Dear Scott, dearest Zelda: the love letters of F. Scott and Zelda Fitzgerald*. New York: St. Martin's Press, 2002.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940, et al. *The letters of F. Scott Fitzgerald*. New York: Scribner, 1963.
- Milford, Nancy. *Zelda; a biography*. New York, Harper & Row, 1970.
- Mizener, Arthur. *Scott Fitzgerald and his world*. New York, Putnam, 1972.
- Mizener, Arthur. *The far side of paradise: a biography of F. Scott Fitzgerald*. Boston (Mass.]: Mifflin Company, 1951.
- Stern, Milton R. *The golden moment: the novels of F. Scott Fitzgerald*. Urbana: University of Illinois Press, 1970.
- Tate, Mary Jo. *F. Scott Fitzgerald A to Z: the essential reference to his life and work*. New York: Facts on File, 1998.
- Turnbull, Andrew. *Scott Fitzgerald: [a biography]*. New York, NY Scribner, 1962.
- West, James L. W. *The perfect hour: the romance of F. Scott Fitzgerald and Ginevra King, his first love*. New York: Random House, 2005.

## United Kingdom and the League of Nations

- Bendiner, Elmer. *A time for angels: the tragicomic history of the League of Nations*. New York: Knopf: distributed by Random House, 1975.
- Gill, George, 1927-1995. *The League of Nations: from 1929 to 1946*. Garden City Park, N.Y.: Avery Pub. Group, 1996.
- Housden, Martyn, 1962-. *The League of Nations and the organisation of peace*. New York: Pearson Longman, 2012.
- Medlicott, W. N. (William Norton), 1900- . cn. *British foreign policy since Versailles, 1919-1963*. London, Methuen, 1968.
- Mowat, Charles Loch, 1911-. *Britain between the wars, 1918-1940*. London: Methuen & Co., 1968.
- Myers, Denys P. (Denys Peter), b. 1884, et al. *Handbook of the League of Nations: a comprehensive account of its structure, operation and activities*. Boston; New York: World Peace Foundation, 1935.
- Northedge, F. S, et al. *The troubled giant; Britain among the great powers, 1916-1939*. New York, Published for the London School of Economics and Political Science [by] Praeger, 1967.
- Ostrower, Gary B.. *The League of Nations*. Avery Pub. Group, 1996.
- Pedersen, Susan, 1959-. *The guardians: the League of Nations and the crisis of empire*. Oxford: Oxford University Press, 2015.
- Taylor, A. J. P.. *English history, 1914-1945*. Penguin, 1970.
- Thorne, Christopher G. *The limits of foreign policy; the West, the League, and the Far Eastern crisis of 1931-1933*. New York, Putnam, 1973.

- Winkler, Henry R. (Henry Ralph), 1916-2012. *Paths not taken: British labour and international policy in the 1920s*. Chapel Hill: University of North Carolina Press, 1994.

## Summer in the City (song)

- Christgau, Robert. *Christgau's Record guide: rock albums of the seventies*. New Haven: Ticknor & Fields, 1981.
- Dachs, David, 1922-. *Inside pop: America's top ten groups*. New York, Scholastic Book Services, 1968.
- Jones, Quincy, 1933-. *Q: the autobiography of Quincy Jones*. New York: Doubleday, 2001.
- MacDonald, Ian, 1948-2003. *Revolution in the head: the Beatles' records and the sixties*. Chicago, Ill: Chicago Review Press, 2007.
- Propes, Steve. *Golden oldies; a guide to 60's record collecting*. Radnor, Pa., Chilton Book Co, 1974.
- Rodriguez, Robert, 1961-. *Revolver: how the Beatles re-imagined rock 'n' roll*. Montclair, NJ: Backbeat Books, 2012.
- Santelli, Robert. *Sixties rock: a listener's guide*. Chicago: Contemporary Books, 1985.
- Savage, Jon. *1966: the year the decade exploded*. London: Faber & Faber, 2015.
- Shaw, Arnold. *The rock revolution: what's happening in today's music*. London, Crowell-Collier Press, 1969.
- Simpson, Paul, 1961-. *The rough guide to cult pop*. [London]: Rough Guides: Distributed by the Penguin Group, 2003.
- Unterberger, Richie, 1962-. *Turn! turn! turn!: the '60s folk-rock revolution*. San Francisco: Backbeat Books, 2002.
- Zimmerman, Keith, et al. *Sing my way home: the voices of the new American roots rock*. San Francisco: Backbeat Books, 2004.

## Principia Ethica

- Bell, Clive, 1881-1964, et al. *Civilization and Old friends*. Chicago, University of Chicago Press, 1973.
- Bywater, William G., 1940-. *Clive Bell's eye*. Detroit: Wayne State University Press, 1975.
- Lee, Hermione. *Virginia Woolf*. New York: Vintage Books, 1999.
- Moore, G. E. (George Edward), 1873-1958. *Principia ethica*. Cambridge [England]; New York, NY, USA: Cambridge University Press, 1993.
- Rawls, John, 1921-2002. *A theory of justice*. Cambridge, Mass., Belknap Press of Harvard University Press, 1971.
- Rosenbaum, S. P. (Stanford Patrick), 1929-. *The Bloomsbury group: a collection of memoirs and commentary*. Toronto; Buffalo: University of Toronto Press, 1995.
- Schilpp, Paul Arthur, 1897-1993, editor. *The philosophy of G.E. Moore*. New York, Tudor Pub. Co., 1952.
- Singer, Peter, 1946-. *A Companion to ethics*. Oxford, UK; Cambridge, Mass., USA: Blackwell Reference, 1993.
- Sylvester, Robert Peter, 1927-1986, et al. *The moral philosophy of G.E. Moore*. Philadelphia: Temple University Press, 1990.
- Warnock, Mary. *Ethics since 1900*. Oxford; New York: Oxford University Press, 1978.

## Austria-Hungary

- Bridge, F. R. *From Sadowa to Sarajevo: the foreign policy of Austria-Hungary, 1866-1914*. London; Boston: Routledge and K. Paul, 1972.
- Gioseffi, Daniela. *On prejudice*. Anchor Books, 1993.
- Grátz, Gusztáv, 1875-. *The economic policy of Austria-Hungary during the war in its external relations*. New Haven, Yale university press, 1928.
- Kann, Robert A, et al. *The Habsburg Empire in World War 1: essays on the intellectual, military, political and economic aspects of the Habsburg war effort*. Boulder: East European Quarterly, 1977.
- Kann, Robert A., 1906-1981. *A history of the Habsburg Empire, 1526-1918*. Berkeley: University of California Press, 1974.
- Katzenstein, Peter J. *Disjoined partners: Austria and Germany since 1815*. Berkeley:, 1976.

- May, Arthur James, 1899-1968. *The Hapsburg Monarchy, 1867-1914*. Cambridge: Harvard University Press, 1960.
- Milward, Alan S;Saul, S. B., author. *The development of the economies of continental Europe, 1850-1914*. Cambridge, Mass.: Harvard University Press, 1977.
- Rudolph, Richard L., 1935-. *Banking and industrialization in Austria-Hungary: the role of banks in the industrialization of the Czech crownlands, 1873-1914*. Cambridge; New York: Cambridge University Press, 1976.
- Taylor, A. J. P. (Alan John Percivale), 1906-1990. *The Habsburg monarchy, 1809-1918: a history of the Austrian Empire and Austria-Hungary*. Harmondsworth [Eng.]: Penguin, 1964.

## History of agriculture in the United States

- Bidwell, Percy Wells, 1888-. *History of agriculture in the northern United States, 1620-1860*. New York, P. Smith, 1941.
- Fite, Gilbert Courtland, 1918-. *American farmers: the new minority*. Bloomington: Indiana University Press, 1981.
- Gates, Paul W. (Paul Wallace), 1901-1999. *Agriculture and the Civil War*. New York, Knopf, 1965.
- Gates, Paul W. (Paul Wallace), 1901-1999. *The farmer's age: agriculture, 1815-1860*. New York: Holt, Rinehart and Winston, 1960.
- Kulikoff, Allan. *The agrarian origins of American capitalism*. Charlottsville: University Press of Virginia, 1992.
- Kulikoff, Allan, et al. *Tobacco and slaves: the development of southern cultures in the Chesapeake, 1680-1800*. Chapel Hill: Published for the Institute of Early American History and Culture, Williamsburg, Virginia by the University of North Carolina Press, 1986.
- McCusker, John J, et al. *The economy of British America, 1607-1789*. Chapel Hill: Published for the Institute of Early American History and Culture by the University of North Carolina Press, 1985.
- Rasmussen, Wayne D. (Wayne David), 1915-2004, compiler. *Agriculture in the United States: a documentary history*. New York, Random House, 1975.
- Russell, Howard S. *A long, deep furrow: three centuries of farming in New England*. Hanover, N.H.: University Press of New England, 1976.
- Shannon, Fred A. (Fred Albert), 1893-1963. *The farmer's last frontier, agriculture, 1860-1897*. New York, Toronto, Farrar & Rinehart, Inc, 1945.
- Walton, Gary M, et al. *The economic rise of early America*. Cambridge [Eng.]; New York: Cambridge University Press, 1979.

## Women's liberation movement

- Adamson, Nancy. *Feminist organizing for change: the contemporary women's movement in Canada*. Toronto: Oxford University Press, 1988.
- Barreno, Maria Isabel, 1939-. *The three Marias: new Portuguese letters*. Garden City, N.Y.: Doubleday, 1975.
- DuBois, Ellen Carol, 1947-. *Woman suffrage and women's rights*. New York: New York University Press, 1998.
- Echols, Alice. *"Daring to be bad": radical feminism in America, 1967-1975*. Minneapolis: University of Minnesota Press, 1989.
- Ehrenreich, Barbara, et al. *Witches, midwives, and nurses: a history of women healers*. Old Westbury, N.Y.: Feminist Press, 1973.
- Johnston, Jill. *Lesbian nation; the feminist solution*. New York, Simon and Schuster, 1973.
- Millet, Kate. *Sexual politics*. New York: Ballantine, 1970.
- Mitchell, Juliet, 1940-. *Woman's estate*. Harmondsworth, Penguin, 1971.
- Morgan, Robin, 1941-. *Sisterhood is powerful: an anthology of writings from the women's liberation movement*. New York, N.Y.: Vintage Books a division of Random House, 1970.
- Rengel, Marian. *Encyclopedia of birth control*. Phoenix, Ariz.: Oryx Press, 2000.
- Rich, Adrienne Cecile. *Of woman born*. Bantam Books, 1977.

233 of 337

## Henry Clay

- Baxter, Maurice G.. *Henry Clay the lawyer*. University Press of Kentucky, 2000.
- Cole, Donald B. *The presidency of Andrew Jackson*. Lawrence, Kan.: University Press of Kansas, 1993.
- Eaton, Clement, 1898- . cn. *Henry Clay and the art of American politics*. Boston, Little, Brown, 1957.
- Hargreaves, Mary W. M., 1914-. *The presidency of John Quincy Adams*. Lawrence, Kan.: University Press of Kansas, 1985.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- Peterson, Merrill D. *The great triumvirate: Webster, Clay, and Calhoun*. New York: Oxford University Press, 1987.
- Peterson, Norma Lois. *The presidencies of William Henry Harrison & John Tyler*. Lawrence, Kan.: University Press of Kansas, 1989.
- Remini, Robert V. (Robert Vincent), 1921-2013. *Andrew Jackson and the course of American freedom, 1822-1832*. New York: Harper & Row, 1981.
- Remini, Robert V. (Robert Vincent), 1921-2013. *At the edge of the precipice: Henry Clay and the compromise that saved the Union*. New York, NY: Basic Books, 2010.
- Smith, Elbert B. *The presidencies of Zachary Taylor & Millard Fillmore*. Lawrence, Kan.: University Press of Kansas, 1988.
- Van Deusen, Glyndon G. (Glyndon Garlock), 1897-. *The life of Henry Clay*. Westport, Conn.: Greenwood Press, 1979.

## Isaac Asimov

- Asimov, Isaac. *I, Asimov*. Doubleday, 1994.
- Asimov, Isaac, 1920-. *Opus 200*. Boston: Houghton Mifflin, 1979.
- Asimov, Isaac, 1920-, et al. *It's been a good life*. Amherst, N.Y.: Prometheus Books, 2002.
- Asimov, Isaac, 1920-1992. *Asimov laughs again: more than 700 favorite jokes, limericks and anecdotes*. New York, NY: HarperCollins Publishers, 1992.
- Asimov, Isaac, 1920-1992. *Our angry earth*. New York: Tor, 1991.
- Asimov, Janet, et al. *How to enjoy writing: a book of aid and comfort*. New York, N.Y.: Walker, 1987.
- Fiedler, Jean, et al. *Isaac Asimov*. New York: Ungar, 1982.
- Gunn, James E., 1923-. *Isaac Asimov, the foundations of science fiction*. Oxford; New York: Oxford University Press, 1982.
- Olander, Joseph D, et al. *Isaac Asimov*. New York: Taplinger Pub. Co., 1977.
- Patrouch, Joseph F., 1935-. *The science fiction of Isaac Asimov*. Garden City, N.Y., Doubleday, 1974.
- Touponce, William F. *Isaac Asimov*. Boston: Twayne Publishers, 1991.

## Jim Keogh (technology writer)

- Burgos, Marilyn, et al. *Medical Billing & Coding Demystified*. McGraw-Hill Professional, 2006.
- Kamienski, Mary, et al. *Pharmacology demystified*. New York: McGraw-Hill, 2006.
- Keogh, James. *ASP.NET 2.0 Demystified*. McGraw-Hill Osborne Media, 2005.
- Keogh, James Edward. *The essential guide to networking*. Prentice Hall PTR, 2001.
- Keogh, James Edward, 1948-. *Getting the best education for your child: a parent's checklist*. New York: Fawcett Columbine, 1997.
- Keogh, James Edward, 1948-. *The essential guide to computer hardware*. Upper Saddle River, NJ: Prentice Hall PTR, 2002.
- Keogh, James Edward, 1948-. *The secrets to good grades*. New York: Fawcett Books, 1999.
- Keogh, James Edward, 1948-, et al. *Data structures demystified*. New York: McGraw-Hill/Osborne, 2004.
- Keogh, James, et al. *XML Demystified*. McGraw-Hill Osborne Media, 2005.
- Liberty, Jesse. *C++, an introduction to programming*. Indianapolis, IN: Que E & T, 1996.
- McEachen, Irene, et al. *Nurse management demystified*. New York: McGraw-Hill, 2007.

## Richard S. Forrest

- Forrest, Mary Brumby, et al. *Nursing homes: the complete guide*. New York: Facts on File, 1990.
- Forrest, Richard. *Sign of the beast*. Contemporary Books, 1998.
- Forrest, Richard, 1932-. *Death in the secret garden*. Sutton: Severn House, 2004.
- Forrest, Richard, 1932-. *Death on the Mississippi: a Lyon and Bea Wentworth mystery*. New York: St. Martin's Press, 1989.
- Forrest, Richard, 1932-. *Death under the lilacs*. New York: St. Martin's Press, 1985.
- Forrest, Richard, 1932-. *Sign of blood*. Lincolnwood, Ill.: Contemporary Books, 1998.
- Forrest, Richard, 1932-. *Sign of terror*. Lincolnwood, Ill.: Contemporary Books, 1999.
- Forrest, Richard, 1932-. *The death at yew corner*. New York: Holt, Rinehart, and Winston, 1981.
- Forrest, Richard, 1932-. *The death in the willows*. New York: Holt, Rinehart, and Winston, 1979.
- Forrest, Richard, 1932-. *The pied piper of death: a Lyon and Bea Wentworth mystery*. New York: St. Martin's Press, 1997.
- Forrest, Richard, 1932-. *The wizard of death*. New York, N.Y.: Pocket Books, 1978.

## Barbara Holland

- Holland, Barbara. *Bingo night at the fire hall: the case for cows, orchards, bake sales, & fairs*. New York: Harcourt Brace, 1997.
- Holland, Barbara. *Creepy-Mouse coming to get you*. New York: Clarion Books, 1985.
- Holland, Barbara. *Gentlemen's blood*. Bloomsbury, 2003.
- Holland, Barbara. *Hail to the chiefs: presidential mischief, morals & malarky [sic] from George W. to George W.*. Sag Harbor, NY: Permanent Press, 2003.
- Holland, Barbara. *One's company: reflections on living alone*. New York: Ballantine Books, 1992.
- Holland, Barbara. *Prisoners at the kitchen table*. New York: Houghton Mifflin/Clarion Books, 1979.
- Holland, Barbara. *The joy of drinking*. New York: Bloomsbury: Distributed to the trade by Holtzbrinck Publishers, 2007.
- Holland, Barbara. *The pony problem*. New York: Dutton, 1977.
- Holland, Barbara. *They went whistling: women wayfarers, warriors, runaways, and renegades*. New York: Pantheon Books, 2001.
- Holland, Barbara. *Wasn't the grass greener?*. Harcourt Brace, 1999.
- Holland, Barbara. *When all the world was young: a memoir*. New York: Bloomsbury: Distributed to the trade by Holtzbrinck Publishers, 2005.

## Gary Cooper

- Arce, Hector, et al. *Gary Cooper, an intimate biography*. New York: Morrow, 1979.
- Baker, Carlos, 1909-1987. *Ernest Hemingway: a life story*. New York: Collier Books, 1988.
- Carpozi, George. *The Gary Cooper story*. New Rochelle, N.Y., Arlington House, 1970.
- Kaminsky, Stuart M. *Coop: the life and legend of Gary Cooper*. New York: St. Martin's Press, 1980.
- Mann, William J. *Behind the screen: how gays and lesbians shaped Hollywood, 1910-1969*. New York: Viking, 2001.
- McGilligan, Patrick. *Alfred Hitchcock: a life in darkness and light*. New York: Regan Books, 2003.
- Meyers, Jeffrey. *Gary Cooper: American hero*. New York: Morrow, 1998.
- Schickel, Richard, et al. *Gary Cooper*. Boston: Little, Brown, 1985.
- Shearer, Stephen Michael. *Patricia Neal*. University Press of Kentucky, 2006.
- Swindell, Larry. *The last hero: a biography of Gary Cooper*. Garden City, N.Y.: Doubleday, 1980.
- Wayne, Jane Ellen. *Cooper's women*. New York: Prentice Hall Press, 1988.

## The Rolling Stones

- Bockris, Victor, 1949-. *Keith Richards: the biography*. New York: Poseidon Press, 1992.
- Booth, Stanley. *Keith*. St. Martin's Press, 1995.
- Booth, Stanley, 1942-. *Dance with the devil: the Rolling Stones and their times*. New York: Random House, 1984.

235 of 337

- Davis, Stephen, 1947-. *Old gods almost dead: the 40-year odyssey of the Rolling Stones*. New York: Broadway Books, 2001.
- Egan, Sean. *The rough guide to the Rolling Stones*. London; New York: Rough Guides, 2006.
- Forget, Thomas. *The Rolling Stones*. New York, NY: Rosen Central, 2003.
- Hotchner, A. E.. *Blown away*. Simon and Schuster, 1990.
- Jackson, Laura, 1957 Nov. 20-. *Golden Stone: the untold life and tragic death of Brian Jones*. New York: St. Martin's Press, 1993.
- Jagger, Mick, et al. *According to the Rolling Stones*. San Francisco: Chronicle Books, 2003.
- Sandford, Christopher, 1956-. *Keith Richards: Satisfaction*. New York: Carroll & Graf Publishers, 2004.
- Wyman, Bill, et al. *Stone alone*. New York, NY: Viking, 1990.

## Ralph Waldo Emerson

- Allen, Gay Wilson, 1903-. *Waldo Emerson: a biography*. New York: Viking Press, 1981.
- Baker, Carlos, 1909-1987. *Emerson among the eccentrics: a group portrait*. New York: Viking, 1996.
- Buell, Lawrence. *Emerson*. Belknap Press of Harvard University Press, 2003.
- Gura, Philip F.. *American Transcendentalism*. Hill and Wang, 2007.
- Kaplan, Justin. *Walt Whitman, a life*. New York: Simon and Schuster, 1980.
- McAleer, John J. *Ralph Waldo Emerson: days of encounter*. Boston: Little, Brown, 1984.
- Mehren, Joan von. *Minerva and the muse: a life of Margaret Fuller*. Amherst, Mass. University of Massachusetts Press, 1994.
- Murray, Stuart, 1948-. *The library: an illustrated history*. New York, NY: Skyhorse Pub.; Chicago: American Library Association, 2009.
- Schlett, James. *A not too greatly changed Eden: the story of the Philosophers' Camp in the Adirondacks*. Ithaca, N.Y.: Cornell University Press, 2015.
- Sullivan, Wilson. *New england men of letters*. [Place of publication not identified]: Atheneum Children'S Books, 1972.

## Marcel Desaulniers

- Desaulniers, Marcel. *An alphabet of sweets*. New York: Rizzoli, 1996.
- Desaulniers, Marcel. *Celebrate with Chocolate*. William Morrow Cookbooks, 2002.
- Desaulniers, Marcel. *Death by chocolate cakes*. Morrow, 2000.
- Desaulniers, Marcel. *Death by chocolate cookies*. Simon & Schuster, 1997.
- Desaulniers, Marcel. *Desserts to die for*. New York: Simon & Schuster, 1995.
- Desaulniers, Marcel. *I'm dreaming of a chocolate Christmas*. Hoboken, N.J.: John Wiley & Sons, 2007.
- Desaulniers, Marcel. *Salad days*. Simon & Schuster Editions, 1998.
- Desaulniers, Marcel. *The Trellis cookbook: contemporary American cooking in Williamsburg, Virginia*. New York: Simon & Schuster, 1992.
- Desaulniers, Marcel. *The burger meisters: America's best chefs give their recipes for America's best burgers plus the fixin's*. London; New York: Simon & Schuster, 1993.
- Desaulniers, Marcel, author. *Death by chocolate: the last word on a consuming passion*. New York: Rizzoli, 1992.
- Productions, Marjorie Poore. *Grilling maestros: recipes from the public television series*. San Francisco, CA: MPP Books: Distributed by Bristol Pub.Enterprises, 1999.

## New World Order (conspiracy theory)

- Cumbey, Constance E. *The hidden dangers of the rainbow: the New Age movement and our coming age of barbarism*. Shreveport, La.: Huntington House, 1983.
- Goldberg, Robert Alan. *Enemies within*. Yale University, 2001.
- Gomes, Peter J. *The good book: reading the Bible with mind and heart*. New York: W. Morrow, 1996.
- Johnson, George, 1952 Jan. 20-. *Architects of fear: conspiracy theories and paranoia in American politics*. Los Angeles: J.P. Tarcher; Boston: Distributed by Houghton Mifflin, 1983.
- Keith, Jim. *Black helicopters over America*. IllumiNet Press, 1994.

- Levitas, Daniel. *The terrorist next door: the militia movement and the radical right*. New York: Thomas Dunne Books/St. Martin's Press, 2002.
- Marrs, Jim. *Rule by secrecy: the hidden history that connects the Trilateral Commission, the Freemasons, and the Great Pyramids*. New York: Harper, 2001.
- Marrs, Jim. *The Rise of the Fourth Reich*. William Morrow, 2008.
- Rockefeller, David, 1915-. *Memoirs*. New York: Random House, 2002.
- Still, William T. *New world order: the ancient plan of secret societies*. Lafayette, La.: Huntington House Publishers, 1990.
- Zeskind, Leonard. *Blood and politics: the history of the white nationalist movement from the margins to the mainstream*. New York: Farrar Straus Giroux, 2009.

## Anne Lamott

- Lamott, Anne. *All new people: a novel*. San Francisco: North Point Press, 1989.
- Lamott, Anne. *Bird by bird: some instructions on writing and life*. New York: Pantheon Books, 1994.
- Lamott, Anne. *Blue shoe*. New York: Riverhead Books, 2002.
- Lamott, Anne. *Crooked little heart*. New York: Pantheon Books, 1997.
- Lamott, Anne. *Grace (eventually): thoughts on faith*. New York: Riverhead Books, 2007.
- Lamott, Anne. *Hard laughter*. New York: Viking Press, 1980.
- Lamott, Anne. *Help, thanks, wow: the three essential prayers*. New York: Riverhead Books, 2012.
- Lamott, Anne. *Imperfect birds*. New York: Riverhead Books, 2010.
- Lamott, Anne. *Operating instructions*. Pantheon Books, 1993.
- Lamott, Anne. *Plan B: further thoughts on faith*. New York: Riverhead Books, 2005.
- Lamott, Anne. *Traveling mercies: some thoughts on faith*. New York: Pantheon Books, 1999.

## Women's studies

- Asia, Committee on Women's Studies in. *Changing lives: life stories of Asian pioneers in women's studies*. New York: Feminist Press at the City University of New York, 1995.
- Boxer, Marilyn J. *When women ask the questions: creating women's studies in America*. Baltimore: Johns Hopkins University Press, 1998.
- Carter, Sarah. *Women's studies: a guide to information sources*. London, Eng.: Mansell; Jefferson, N.C.: McFarland, 1990.
- Jacobs, Sue-Ellen. *Women in perspective; a guide for cross-cultural studies*. Urbana, University of Illinois Press, 1974.
- Krikos, Linda A. *Women's studies: a recommended bibliography*. Westport, Conn.: Libraries Unlimited, 2004.
- Loeb, Catherine, et al. *Women's studies: a recommended core bibliography, 1980-1985*. Littleton, Colo.: Libraries Unlimited, 1987.
- Luebke, Barbara F. *Women's studies graduates: the first generation*. New York: Teachers College Press, Teachers College, Columbia University, 1995.
- MacNabb, Elizabeth L., 1952-. *Transforming the disciplines: a women's studies primer*. New York: Haworth Press, 2001.
- Rao, Aruna. *Women's studies international: Nairobi and beyond*. New York: Feminist Press at the City University of New York: Distributed by Talman, 1991.
- Rogers, Mary F. (Mary Frances), 1944-. *Who's afraid of women's studies?: feminisms in everyday life*. Walnut Creek, CA: AltaMira Press, 2002.
- Wiegman, Robyn. *Women's studies on its own: a next wave reader in institutional change*. Durham: Duke University Press, 2002.

## Carole Byard

- Greenfield, Eloise, author. *Africa dream*. New York: HarperTrophy, 1992.
- Greenfield, Eloise, et al. *Grandmama's joy*. New York: Philomel, 1983.
- Johnston, Tony, 1942-, et al. *Angel City*. New York: Philomel Books, 2002.

- Lee, Po, et al. *The sycamore tree and other African tales*. Garden City, N.Y., Doubleday, 1974.
- Little, Lessie Jones, et al. *I can do it by myself*. New York: Crowell, 1978.
- Otfinoski, Steven. *African Americans in the visual arts*. New York, NY: Facts on File, 2010.
- Stephens, Claire Gatrell. *Coretta Scott King award books: using great literature with children and young adults*. Englewood, Colo.: Libraries Unlimited, 2000.
- Tobias, Tobi, et al. *Arthur Mitchell*. New York, Crowell, 1975.
- Walter, Mildred Pitts. *Have a happy-: [A celebration of Kwanzaa puts magic in Chris's holiday]*. New York, USA: Avon Camelot, 1989.
- Williams, Sherley Anne, 1944-, et al. *Working cotton*. San Diego: Harcourt Brace Jovanovich, 1992.
- Yarbrough, Camille, et al. *Cornrows*. New York: Coward, McCann & Geoghegan, 1979.

## Frank Smith (psycholinguist)

- (1982), University of Victoria Symposium on Children's Response to a Literate Environment: Literacy before Schooling, et al. *Awakening to literacy: the University of Victoria Symposium on Children's Response to a Literate Environment: Literacy before Schooling*. Exeter, N.H.: Heinemann Educational Books, 1984.
- Smith, Frank, (1928- ...). edt, et al. *The genesis of language: a psycholinguistic approach: proceedings of a conference on "Language development in children," sponsored by the National Institute of Child Health and Human Development, National Institutes of Health [held April 25-28, 1965, at Old Point Comfort, Virginia]*. Cambridge (Mass.); London: The M.I.T. Press, 1970.
- Smith, Frank, 1928-. *Between hope and havoc: essays into human learning and education*. Portsmouth, N.H.: Heinemann, 1995.
- Smith, Frank, 1928-. *Comprehension and learning: a conceptual framework for teachers*. New York: Holt, Rinehart and Winston, 1975.
- Smith, Frank, 1928-. *Joining the literacy club: further essays into education*. Portsmouth, N.H.: Heinemann, 1988.
- Smith, Frank, 1928-. *Psycholinguistics and reading*. New York: Holt, Rinehart and Winston, 1973.
- Smith, Frank, 1928-. *The glass wall: why mathematics can seem difficult*. New York: Teachers College Press, 2002.
- Smith, Frank, 1928-. *To think*. New York: Teachers College Press, 1990.
- Smith, Frank, 1928-. *Unspeakable acts, unnatural practices: flaws and fallacies in "scientific" reading instruction*. Portsmouth, NH: Heinemann, 2003.
- Smith, Frank, 1928-. *Whose language? what power?: a universal conflict in a South African setting*. New York: Teachers College Press, 1993.
- Smith, Frank, 1928- . cn. *Insult to intelligence: the bureaucratic invasion of our classrooms*. New York: Arbor House, 1986.

## Timeline of music in the United States (1820–1849)

- Abel, E. Lawrence. *Singing the new nation*. Stackpole Books, 2000.
- Bird, Christiane. *Da Capo jazz and blues lover's guide to the U.S.: with more than 900 hot clubs, cool joints, landmarks, and legends, from boogie-woogie to bop and beyond*. Cambridge, MA: Da Capo Press, 2001.
- Chase, Gilbert, 1906-. *America's music: from the pilgrims to the present*. Urbana: University of Illinois Press, 1987.
- Darden, Bob, 1954-. *People get ready!: a new history of Black gospel music*. New York: Continuum, 2004.
- Horowitz, Joseph, 1948-. *Classical music in America: a history of its rise and fall*. New York: W. W. Norton & Company, 2005.
- Kirk, Elise K. (Elise Kuhl), 1932-. *American opera*. Urbana: University of Illinois Press, 2001.
- Lankford, Ronald D., 1962-. *Folk music USA: the changing voice of protest*. New York: Schirmer Trade Books, 2005.

- Malone, Bill C, et al. *Southern music/American music*. Lexington, Ky.: University Press of Kentucky, 2003.
- Miller, Jim, 1947-. *Flowers in the dustbin: the rise of rock and roll, 1947-1977*. New York: Simon & Schuster, 1999.
- Peretti, Burton W.. *Lift every voice*. Rowman & Littlefield Publishers, 2008.
- Wondrich, David. *Stomp and swerve: American music gets hot, 1843-1924*. Chicago, Ill.: Chicago Review Press, 2003.

## Third-wave feminism

- Duggan, Lisa, 1954-. *Sex wars: sexual dissent and political culture*. New York: Routledge, 1995.
- Faludi, Susan. *Backlash: the undeclared war against American women*. New York: Crown, 1991.
- Findlen, Barbara. *Listen up: voices from the next feminist generation*. Seattle, Wash.: Seal Press, 1995.
- Freedman, Estelle. *No Turning Back*. Ballantine Books, 2003.
- Hernández, Daisy, et al. *Colonize this!: young women of color on today's feminism*. New York: Seal Press; [Emeryville, CA]: Distributed by Publishers Group West, 2002.
- MacKinnon, Catharine A. *Toward a feminist theory of the state*. Cambridge, Mass.: Harvard University Press, 1989.
- None,. *Third wave agenda: being feminist, doing feminism*. Minneapolis: University of Minnesota Press, 1997.
- None,. *Turbo chicks: talking young feminisms*. Toronto: Sumach Press, 2001.
- Walker, Rebecca, 1969 Nov. 17-. *To be real: telling the truth and changing the face of feminism*. New York: Anchor Books, 1995.
- Wurtzel, Elizabeth. *Bitch*. Doubleday, 1998.

## Thomas Cushing

- Archer, Richard, 1941-. *As if an enemy's country: the British occupation of Boston and the origins of revolution*. Oxford; New York: Oxford University Press, 2010.
- Billias, George Athan, 1919-. *Elbridge Gerry, founding father and republican statesman*. New York: McGraw-Hill, 1976.
- Egnal, Marc. *A mighty empire: the origins of the American Revolution*. Ithaca, N.Y.: Cornell University Press, 1988.
- Fowler, William M., 1944-. *The baron of Beacon Hill: a biography of John Hancock*. Boston: Houghton Mifflin, 1980.
- Hall, Van Beck. *Politics without parties: Massachusetts, 1780-1791*. [Pittsburgh] University of Pittsburgh Press, 1972.
- Morgan, Edmund Sears. *Benjamin Franklin*. New Haven: Yale University Press, 2002.
- Peters, Ronald M. *The Massachusetts constitution of 1780: a social compact*. Amherst: University of Massachusetts Press, 1978.
- Rockoff, Hugh. *Drastic measures: a history of wage and price controls in the United States*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1984.
- Sora, Steven. *Secret societies of America's elite*. Destiny Books, 2003.
- Stoll, Ira. *Samuel Adams*. Free Press, 2008.
- Unger, Harlow G., 1931-. *American tempest: how the Boston Tea Party sparked a revolution*. Cambridge, MA: Da Capo Press, 2011.

## Ottawa Senators (original)

- Fischler, Stan. *Golden ice: the greatest teams in hockey history*. New York: Wynwood, 1990.
- Hunter, Doug, 1959-. *Champions: the illustrated history of hockey's greatest dynasties*. Toronto: Penguin Studio, 1997.
- McKinley, Michael (Michael B.). *Hockey: a people's history*. Toronto: McClelland & Stewart, 2006.
- McKinley, Michael, 1961-. *Etched in ice: a tribute to hockey's defining moments*. Vancouver: Greystone Books, 1998.

239 of 337