# 23-1260

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY
& SONS, INC., PENGUIN RANDOM HOUSE LLC,

*Plaintiffs-Appellees,*

v.

INTERNET ARCHIVE,

*Defendant-Appellant*,

DOES 1-5, inclusive,

*Defendants*.

Appeal from the United States District Court for the Southern District of New
York, Case No. 1:20-cv-4160, Hon. John G. Koeltl

## JOINT APPENDIX (PUBLIC) – VOLUME 19 OF 26 (A-4607-A-4870)

JOSEPH C. GRATZ
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

CORYNNE M. MCSHERRY
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

JOSEPH R. PALMORE
DIANA L. KIM
ADITYA V. KAMDAR
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-6940
JPalmore@mofo.com

*Counsel for Defendant-Appellant Internet Archive*
*Additional Counsel Listed on Inside Cover*

DECEMBER 15, 2023

MATTHEW JAN OPPENHEIM      ELIZABETH A. MCNAMARA
DANAE TINELLI             LINDA J. STEINMAN
SCOTT A. ZEBRAK        JOHN M. BROWNING
OPPENHEIM + ZEBRAK, LLP    JESSE M. FEITEL
4530 Wisconsin Avenue, NW,    CARL MAZUREK
5th Floor                  DAVIS WRIGHT TREMAINE LLP
Washington, DC 20016       1251 Avenue of the Americas, 21st Floor
                            New York, NY 10020

*Counsel for Plaintiffs-Appellees*

---

## Joint Appendix Table of Contents

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 1** | |
| 39 | 10/08/2020 | Stipulation And Protective Order | A-1 |
| 86 | 07/05/2022 | Sealing Order | A-16 |
| 114 | 07/11/2022 | Sealing Order | A-18 |
| | | District Court Docket Sheet | A-19 |
| 219 | 9/11/2023 | Notice Of Appeal | A-49 |
| 1 | 6/1/2020 | Complaint | A-105 |
| 33 | 07/28/2020 | Answer | A-158 |
| 47 | 08/09/2021 | Letter Motion For Local Rule 37.2 Conference | A-186 |
| 62 | 12/24/2021 | Transcript Of Proceedings – 12/2/21 Conference | A-189 |
| 68 | 01/14/2022 | Joint Letter/Status Report Re: Discovery Disputes | A-234 |
| | | Exhibit A – Current Scheduling Order | A-236 |
| | | Exhibit B – Proposed Scheduling Order | A-239 |
| 70 | 01/22/2022 | Revised Scheduling Order | A-242 |
| 87 | 07/07/2022 | Plaintiffs' Motion for Summary Judgment | A-244 |
| 89 | 07/07/2022 | Declaration Of Sandra Cisneros In Support Of Plaintiffs' Motion for Summary Judgment | A-247 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **_Vol. 2_** | |
| 90 | 07/07/2022 | Declaration Of Ian Foster In Support Of Plaintiffs' Motion for Summary Judgment | A-254 |
| | | Appendix A – Ian Foster's Curriculum Vitae | A-301 |
| | | [FUS] Exhibit 1 – Numbered List Of 127 Works In Suit | A-347 |
| | | [FUS] Exhibit 2 – Loans For Each Scan That Matches Works In Suit | A-359 |
| | | [FUS] Exhibit 3 – Total Loans For Works In Suit | A-370 |
| | | [FUS] Exhibit 4 – List Of De-Duplicated ISBNs That Match Works In Suit | A-377 |
| | | [FUS] Exhibit 4A – Alternate Version of Exhibit 4 | A-387 |
| | | [FUS] Exhibit 5 – Number Of De-Duplicated ISBNs/Additions To Maximum Eligible Concurrent Loans For Each Work In Suit | A-397 |
| | | [FUS] Exhibit 5A – Alternative Version Of Exhibit 5 | A-404 |
| | | [FUS] Exhibit 6 – Works In Suit Data | A-411 |
| 91 | 07/07/2022 | Declaration Of Tracy Offner In Support Of Plaintiffs' Motion for Summary Judgment | A-421 |
| | | Exhibit A – List Of Internet Archive's URLs | A-448 |
| | | Exhibit B – Internet Archive's Webpages | A-452 |
| | | Exhibit C – Open Library Webpages | A-457 |
| | | Exhibit D – Open Library Webpages | A-461 |
| | | Exhibit E – Open Library Webpages | A-463 |
| | | Exhibit F – Open Library Webpages | A-469 |
| | | Exhibit G – Open Library Webpages | A-471 |
| | | Exhibit H – Open Library Webpages | A-473 |
| | | Exhibit I – Open Library Webpages | A-475 |
| | | Exhibit J – Open Library Webpages | A-477 |
| | | Exhibit K – Open Library Webpages | A-479 |
| 92 | 07/07/2022 | Declaration Of Ben Sevier In Support Of Plaintiffs' Motion for Summary Judgment | A-481 |
| | | [FUS*] Exhibit 1 – Hachette Business Data | A-514 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS*] Exhibit 2 – Hachette Backlist Ebook Data | A-515 |
| | | [FUS*] Exhibit 3 – Hachette Sales Data For All Of The Works In Suit | A-516 |
| | | **Vol. 3** | |
| | | [FUS] Exhibit 4 – Hachette Overdrive Data | A-517 |
| | | [FUS] Exhibit 5 – Hachette 2016 Digital Library Terms | A-562 |
| | | [FUS] Exhibit 6 – Hachette's Current Digital Library Terms | A-570 |
| | | [FUS*] Exhibit 7 – Hachette List Of Aggregators | A-577 |
| | | [FUS] Exhibit 8 – Excerpts From Expert Report Of Rasmus Jorgensen (Feb. 25, 2022) | A-578 |
| | | Exhibit 9 – Hachette Takedown Notice | A-580 |
| 93 | 07/07/2022 | Declaration Of Alan Pavese In Support Of Plaintiffs' Motion for Summary Judgment | A-589 |
| | | Exhibit 1 – Wiley Takedown Notice | A-602 |
| | | [FUS*] Exhibit 2 – Wiley Spreadsheet On Trade Books | A-612 |
| | | [FUS*] Exhibit 3 – Wiley's Sales Records For Works In Suit | A-613 |
| | | [FUS] Exhibit 4 – Wiley's Ebook Distribution Agreement With Proquest | A-614 |
| | | [FUS] Exhibit 5 – Wiley's Ebook Agreement With Overdrive | A-631 |
| | | [FUS*] Exhibit 6 – Wiley Spreadsheet Of Key Aggregator Partners | A-634 |
| | | [FUS*] Exhibit 7 – Wiley Spreadsheet | A-635 |
| 94 | 07/07/2022 | Declaration Of Chantal Restivo-Alessi In Support Of Plaintiffs' Motion for Summary Judgment | A-636 |
| | | [FUS*] Exhibit 1 – HarperCollins Ebooks Licenses Spreadsheet | A-667 |
| | | [FUS*] Exhibit 2 – HarperCollins Spreadsheet On U.S. Sales For Works In Suit | A-668 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 3 – Amazon Kindle Store Terms Of Use | A-669 |
| | | [FUS] Exhibit 4 – HarperCollins And Overdrive Agreement | A-674 |
| | | [FUS*] Exhibit 5 – Spreadsheet On 26-Circ Model | A-699 |
| | | [FUS*] Exhibit 6 – HarperCollins Sales To Libraries In All Formats For Works In Suit (2017-2020) | A-700 |
| | | Exhibit 7 – Excerpts From Expert Report Of Susan H. Hildreth (Feb. 25, 2022) | A-701 |
| | | Exhibit 8 – Open Libraries Agreement | A-705 |
| | | Exhibit 9 – Internet Archive's Presentation At Library Leaders Forum | A-709 |
| | | Exhibit 10 – Internet Archive's Presentation On "Maximizing Institutional Investment In Print Resources Through Controlled Digital Lending" | A-720 |
| | | Exhibit 11 – Internet Archive's And HarperCollins Correspondence | A-738 |
| 95 | 07/07/2022 | [Redacted] Declaration Of Jeffrey Weber In Support Of Plaintiffs' Motion for Summary Judgment | A-744 |
| | | [FUS*] Exhibit 1 – Penguin Random House Ebook Data | A-784 |
| | | [FUS*] Exhibit 2 – Penguin Random House Ebook Data | A-785 |
| | | Exhibit 3 – American Library Association Article, "National Survey Finds Libraries Play Expanded Role in Digital Equity, Bridging Gaps In Access To Technology" (Aug. 31, 2021) | A-786 |
| | | **Vol. 4** | |
| | | Exhibit 4 – Overdrive Press Release (Jan. 7, 2021) | A-788 |
| | | Exhibit 5 – Emails Between Penguin Random House And Internet Archive' | A-792 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 6 – Emails Between Penguin Random House And Internet Archive | A-795 |
| | | Exhibit 7 – Open Libraries Web Page | A-798 |
| | | Exhibit 8 – Internet Archive Blog Post, "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" (Nov. 6, 2019) | A-802 |
| | | Exhibit 9 – Internet Archive Blog Post, "Temporary National Emergency Library to close 2 weeks early, returning to traditional controlled digital lending" (June 10, 2020) | A-811 |
| | | [FUS] Exhibit 10 – Exhibit 12 To Expert Report of Rasmus Jorgensen (Feb. 25, 2022) | A-817 |
| | | [FUS] Exhibit 11 – Excerpts From Expert Report of Rasmus Jorgensen (Feb. 25, 2022) | A-819 |
| | | [FUS*] Exhibit 12 – Penguin Random House Sales Records Of Works In Suit | A-821 |
| | | Exhibit 13 – Internet Archive's Library Leaders Forum Presentation | A-822 |
| | | [FUS*] Exhibit 14 – Penguin Random House Annual Investment Spreadsheet | A-1004 |
| | | Exhibit 15 – Amazon Kindle Store Terms Of Use | A-1005 |
| | | Exhibit 16 – Public Libraries Data Spreadsheet | A-1009 |
| | | Exhibit 17 – Article, "Libraries Without Walls For Books Without Pages" By John A. Browning (1993) | A-1022 |
| | | [FUS] Exhibit 18 – Penguin Random House Jan. 1, 2016 Terms Of Sale | A-1029 |
| | | [FUS] Exhibit 19 – Penguin Random House Terms Of Buyback Program | A-1032 |
| | | [FUS*] Exhibit 20 – Penguin Random House Ebook Data | A-1035 |
| | | [FUS] Exhibit 21 – Penguin Random House Oct. 1, 2018 Public Library Terms | A-1036 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
|  |  | [FUS] Exhibit 22 – Penguin Random House Oct. 1, 2018 Academic Library Terms | A-1039 |
|  |  | [FUS] Exhibit 23 – Penguin Random House Ebook Terms For Classroom Distribution Channel (Feb. 2, 2020) | A-1042 |
|  |  | [FUS] Exhibit 24 – Penguin Random House Ebook Terms For Classroom Distribution Channel (Jan. 10, 2021) | A-1045 |
|  |  | [FUS] Exhibit 25 – Penguin Random House Covid-19 Model Terms | A-1048 |
| **Vol. 5** |  |  |  |
|  |  | Exhibit 26 – Excerpts From Deposition Of Skip Dye (Nov. 18, 2021) | A-1050 |
| 96 | 07/07/2022 | [Redacted] Declaration Of Elizabeth A. McNamara In Support Of Plaintiffs' Motion for Summary Judgment | A-1075 |
|  |  | Exhibit 1 – Complaint | A-1143 |
|  |  | Exhibit 2 – Answer | A-1201 |
|  |  | Exhibit 3 – Internet Archive's Webpage | A-1230 |
|  |  | Exhibit 4 – Declaration Of Brenton Cheng | A-1236 |
|  |  | Exhibit 5 – Excerpts From Deposition Of Brewster Kahle (Dec. 9, 2021) | A-1240 |
|  |  | Exhibit 6 – Internet Archive's Webpage | A-1283 |
| **Vol. 6** |  |  |  |
|  |  | Exhibit 7 – Excerpts From Deposition Of Chris Freeland (Dec. 17, 2021) | A-1287 |
|  |  | Exhibit 8 – Email From Chris Freeland | A-1347 |
|  |  | Exhibit 9 – Internet Archive Blog Post, "Libraries lend books, and must continue to lend books: Internet Archive responds to publishers' lawsuit" (July 29, 2020) | A-1351 |
|  |  | Exhibit 10 – Internet Archive Presentation On "Lending & Book Reader" | A-1354 |
|  |  | Exhibit 11 – Excerpts From Deposition Of Imke C. Reimers (June 3, 2022) | A-1368 |
|  |  | Exhibit 12 – Open Library Webpage | A-1373 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 13 – Excerpts From Deposition Of Laura Gibbs (Mar. 24, 2022) | A-1376 |
| | | Exhibit 14 – Internet Archive Communications | A-1386 |
| | | Exhibit 15 – Internet Archive's Webpage | A-1395 |
| | | Exhibit 16 – Internet Archive's Webpage | A-1402 |
| | | Exhibit 17 – Exhibit A To Complaint | A-1405 |
| | | Exhibit 18 – Stipulation Regarding Undisputed Facts (June 10, 2022) | A-1409 |
| | | Exhibit 19 – Excerpts From Deposition Of Susan Hildreth (May 17, 2022) | A-1415 |
| | | Exhibit 20 – Excerpts From Deposition Of Steve Potash (Jan. 31, 2022) | A-1425 |
| | | Exhibit 21A – Press Releases | A-1436 |
| | | [FUS*] Exhibit 21B – Overdrive Data | A-1443 |
| | | [FUS*] Exhibit 22 – Overdrive Data | A-1444 |
| | | Exhibit 23 – Institute Of Museum And Library Studies Data Spreadsheet | A-1445 |
| | | Exhibit 24 – Excerpts From Deposition Of Brenton Cheng (Dec. 3, 2011) | A-1448 |
| | | Exhibit 25 – Internet Archive's Objections & Responses To Plaintiffs' First Set Of Requests For Admission | A-1453 |
| | | Exhibit 26 –Expert Report Of Susan Hildreth (Feb. 25, 2022) | A-1468 |
| | | **Vol. 7** | |
| | | Exhibit 27 – Internet Archive's "Everyone Deserves To Learn" Document | A-1527 |
| | | Exhibit 28 – Email Between Mark Stein And Jeff Kaplan | A-1709 |
| | | Exhibit 29 – Email Between Brewster Kahle And Elliot Wrenn | A-1712 |
| | | Exhibit 30 – Email From Wiley To Internet Archive | A-1717 |
| | | Exhibit 31 – Open Library Webpage | A-1720 |
| | | Exhibit 32 – Emails Between Penguin Random House And Internet Archive | A-1724 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 33 – Email From Penguin Random House | A-1735 |
| | | [FUS*] Exhibit 34 – Penguin Random House Spreadsheet | A-1738 |
| | | Exhibit 35 – Email From HarperCollins To Internet Archive | A-1739 |
| | | Exhibit 36 – Takedown Notices | A-1745 |
| | | Exhibit 37 – Author Correspondence To Internet Archive | A-1783 |
| | | **Vol. 8** | |
| | | Exhibit 38 – Author Correspondence To Internet Archive | A-1790 |
| | | Exhibit 39 – Author Correspondence To Internet Archive | A-1815 |
| | | Exhibit 40 – Email From Zane Kesey To Chris Butler | A-1819 |
| | | Exhibit 41 – Open Library Author Page For Ken Kesey | A-1825 |
| | | Exhibit 42 – Author Correspondence To Internet Archive | A-1829 |
| | | Exhibit 43 – Open Library Webpage | A-1832 |
| | | Exhibit 44 – 990-PF Return Of The Kahle/Austin Foundation (2019) | A-1836 |
| | | Exhibit 45 – Excerpts From Deposition Of Jacques Cressaty (Oct. 22, 2021) | A-1867 |
| | | Exhibit 46 – Internet Archive's Open Libraries Proposal To The MacArthur Foundation (Part 1-5) | A-1913 |
| | | **Vol. 9** | |
| | | Exhibit 46 – Internet Archive's Open Libraries Proposal To The MacArthur Foundation (Part 6-8) | A-2062 |
| | | Exhibit 47 – Internet Archive's Webpage | A-2157 |
| | | Exhibit 48 – Scientific American Article, "Archiving the Internet" by Brewster Kahle (1997) | A-2160 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 49 – Brewster Kahle "Universal Access To Knowledge" Speech (2006) | A-2165 |
| | | Exhibit 50 – CNET Article, "Grant Funds Open-Source Challenge To Google Library" (Dec. 20, 2006) | A-2175 |
| | | Exhibit 51 – New York Times Article, "Libraries Shun Deals To Place Books On Web" by Katie Hafner (2007) | A-2190 |
| | | Exhibit 52 – Internet Archive Blog Post, "Internet Archive And Library Partners Develop Joint Collection Of 80,000+ Ebooks To Extend Traditional In-Library Lending Model" (Feb. 22, 2011) | A-2195 |
| | | Exhibit 53 – Internet Archive's Notes About Book Collections And Availability | A-2201 |
| | | Exhibit 54 – Internet Archive Blog Post, "Let's Build A Great Digital Library Together…Starting With A Wishlist" (Mar. 14, 2018) | A-2205 |
| | | Exhibit 55 – Internet Archive Blog Post, "Internet Archive's Modern Book Collection Now Tops 2 Million Volumes" (Feb. 3, 2021) | A-2209 |
| | | Exhibit 56 – The Guardian Article, "Internet Archive Founder Turns To New Information Storage Device – The Book," (Aug. 1, 2011) | A-2218 |
| | | Exhibit 57 – Internet Archive's Webpage | A-2223 |
| | | Exhibit 58 – Excerpts From Deposition Of Andrea Mills (Oct.14, 2021) | A-2227 |
| | | [FUS] Exhibit 59 – Internet Archive Digital Library Grant Application | A-2242 |
| | | [FUS*] Exhibit 60 – Internet Archive's Profit And Loss Statement For 2011-2020 | A-2246 |
| | | Exhibit 61 – Internet Archive's Flyer | A-2247 |
| | | Exhibit 62 – Internet Archive's Scanning Agreement With Providence Public Library | A-2249 |
| | | Exhibit 63 – Internet Archive's Webpage | A-2255 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 64 – Internet Archive Blog Post, "Most 20th Century Books Unavailable To Internet Users – We Can Fix That" (July 1, 2019) | A-2260 |
| | | Exhibit 65 – Internet Archive's Webpage | A-2270 |
| | | Exhibit 66 – Email From Brewster Kahle To Amy Brand | A-2274 |
| | | Exhibit 67 – CNBC Article, "Plagiarism Is Rampant In China, And Its Media Companies Are Raking In Billions" (Jan. 23, 2018) | A-2278 |
| | | Exhibit 68 – Internet Archive Blog Post, "Internet Archive and Library Partners Develop Joint Collection of 80,000. EBooks To Extend Traditional In-Library Lending Model" (Oct. 20, 2020) | A-2286 |
| | | Exhibit 69 – Internet Archive's Webpage | A-2292 |
| | | Exhibit 70 – Internet Archive Blog Post, "Calculating the True Value of A Library that is Free" (Oct. 22, 2019) | A-2298 |
| | | Exhibit 71 – Internet Archive Blog Post, "Pineapple Fund Gifts $1M in Bitcoin to the Internet Archive!" (Dec. 26, 2017) | A-2303 |
| | | Exhibit 72 – Internet Archive Presentation On "How Controlled Digital Lending Works for Libraries" | A-2308 |
| | | **Vol. 10** | |
| | | Exhibit 73 – Internet Archive Presentation On Lending And Digitization Programs | A-2333 |
| | | Exhibit 74 – Open Library Of Richmond Inc. 990 Return (2019) | A-2366 |
| | | Exhibit 75 – Internet Archive's 990 Return (2016) | A-2414 |
| | | Exhibit 76 – Better World Books Webpage | A-2432 |
| | | [FUS] Exhibit 77 – Excerpts From Deposition Of Ginger Patton-Schmitt (Dec. 6, 2021) | A-2435 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 78 – Better World Books Webpage | A-2464 |
| | | [FUS] Exhibit 79 – Draft Memorandum Of Understanding | A-2468 |
| | | Exhibit 80 – Email From Brewster Kahle To Better World Books Director | A-2471 |
| | | Exhibit 81 – Emails Between Chris Freeland And Better World Books Project Manager | A-2473 |
| | | [FUS] Exhibit 82 – Internet Archive Shared Document | A-2477 |
| | | [FUS] Exhibit 83 – Emails Between Brewster Kahle And Xavier Helgesen | A-2480 |
| | | Exhibit 84 – Emails From Brewster Kahle | A-2482 |
| | | Exhibit 85 – Email From Brewster Kahle | A-2488 |
| | | [FUS] Exhibit 86 – Better World Books Financial Agreement | A-2491 |
| | | [FUS] Exhibit 87 – Donation Agreement Between Better World Books And Open Library of Richmond (July 10, 2019) | A-2494 |
| | | Exhibit 88 – Better World Libraries' 990 Return (2019) | A-2497 |
| | | Exhibit 89 – Internet Archive Blog Post, "For the Love of Literacy–Better World Books and the Internet Archive Unite to Preserve Millions of Books" (Nov. 6, 2019) | A-2524 |
| | | [FUS] Exhibit 90 – Better World Books Presentation | A-2533 |
| | | Exhibit 91 – Better World Books Webpage | A-2539 |
| | | Exhibit 92 – Better World Books Preview Page | A-2541 |
| | | Exhibit 93 – Internet Archive Links To Better World Books Webpage | A-2543 |
| | | Exhibit 94 – Better World Books Wikipedia Page | A-2555 |
| | | [FUS] Exhibit 95 – Better World Books Internal Metrics | A-2558 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 96 – Internet Archive Blog Post, "In-Library eBook Lending Program Launched" (Feb. 22, 2011) | A-2567 |
| | | Exhibit 97 – Emails Between Chris Butler And Zane Kesey | A-2573 |
| | | Exhibit 98 – Email From Chris Butler To James D. Jenkins | A-2579 |
| | | Exhibit 99 – Email From Library Of Michigan Librarian | A-2585 |
| | | Exhibit 100 – Internet Archive Blog Post, "Wasted: A case study for controlled digital lending" (Nov. 13, 2018) | A-2588 |
| | | Exhibit 101 – Brewster Kahle Statement | A-2594 |
| | | **Vol. 11** | |
| | | Exhibit 102 – Open Library Webpage | A-2605 |
| | | Exhibit 103 – Open Libraries Form Agreement | A-2607 |
| | | Exhibit 104 – Email From Chris Freeland To Librarian At Arizona State University | A-2612 |
| | | Exhibit 105 – Email From Chris Freeland To The Associate Dean Of University Of Oklahoma Libraries | A-2615 |
| | | Exhibit 106 – Email From Jeff Sharpe To Karl Stutzman Of Anabaptist Mennonite Biblical Seminary | A-2621 |
| | | Exhibit 107 – Internet Archive Presentation On "Open Libraries Introduction & Internet Archive Programs" | A-2628 |
| | | Exhibit 108 – Internet Archive's Presentation On "Addressing The 20th Century Gap: Controlled Digital Lending For In-Copyright Material" | A-2656 |
| | | Exhibit 109 – Internet Archive's Presentation On "Maximizing Institutional Investments In Print Resources Through Controlled Digital Lending" | A-2678 |
| | | Exhibit 110 – Email From Lauri McIntosh | A-2696 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 111 – Email From Lauri McIntosh | A-2704 |
| | | Exhibit 112 – Email From Chris Freeland | A-2721 |
| | | Exhibit 113 – Internet Archive Presentation On "Implementation & Integration" | A-2729 |
| | | Exhibit 114 – Defendant Internet Archive's Objections And Responses To Plaintiffs' Second Set Of Interrogatories | A-2732 |
| | | Exhibit 115 – Internet Archive Presentation on "Library Leaders Forum 2020 Partner Summit" | A-2744 |
| | | Exhibit 116 – Screen Captures Of Georgetown Law Library Catalog | A-2762 |
| | | Exhibit 117 – Screen Captures Of Dartmouth College Library Catalog | A-2765 |
| | | Exhibit 118 – Public Library Screen Captures | A-2769 |
| | | **Vol. 12** | |
| | | Exhibit 119 – U.S. Copyright Office, "Orphan Works And Mass Digitization: A Report Of The Register Of Copyrights 101" (2015) | A-2775 |
| | | **Vol. 13** | |
| | | Exhibit 120 – Judiciary Committee Of The House Of Representatives Hearing Transcript | A-3010 |
| | | Exhibit 121 – Excerpts From Deposition Of Lila Bailey (Oct.18 and 19, 2021) | A-3199 |
| | | Exhibit 122 – Internet Archive Blog Post, "Michelle Wu Receives Internet Archive Hero Award for Establishing the Legal Basis for Controlled Digital Lending" (Oct. 20, 2020) | A-3228 |
| | | Exhibit 123 – White Paper On Controlled Digital Lending By Courtney And Hansen | A-3233 |
| | | Exhibit 124 – Email From Kyle Courtney | A-3276 |
| | | Exhibit 125 – Email From Lila Bailey | A-3278 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | **Vol. 14** | |
| | | Exhibit 126 – Email From Lila Bailey | A-3283 |
| | | Exhibit 127 – Email From Chris Freeland | A-3295 |
| | | Exhibit 128 – Email From Lila Bailey | A-3297 |
| | | Exhibit 129 – Email From Wendy Hanamura | A-3304 |
| | | Exhibit 130 – Internet Archive Post, "Implementation & Integration: CDL For All Libraries" (July 14, 2021) | A-3307 |
| | | Exhibit 131 – Email From Peter Jaszi | A-3312 |
| | | Exhibit 132 – Email From Lila Bailey | A-3318 |
| | | Exhibit 133 – Bailey, Courtney, Hansen, Minow, Shultz And Wu Statement (Sept. 2018) | A-3323 |
| | | Exhibit 134 – AAP "Statement On Flawed Theory Of 'Controlled Digital Lending'" | A-3332 |
| | | Exhibit 135 – Author's Guild's Statement On "Controlled Digital Lending Is Neither Controlled Not Legal" | A-3336 |
| | | Exhibit 136 – Emails From Chris Freeland To Boston Public Library Librarian Tom Blake | A-3339 |
| | | Exhibit 137 – Internet Archive's Amicus Brief In *ReDigi* | A-3347 |
| | | Exhibit 138 – Article, "The Implications Of The ReDigi Decision For Libraries" | A-3377 |
| | | Exhibit 139 – Internet Archive Blog Post, "Internet Archive Responds: Why We Released The National Emergency Library" (Mar. 30, 2020) | A-3383 |
| | | Exhibit 140 – Signatories To Position Statement On Controlled Digital Lending By Libraries | A-3390 |
| | | Exhibit 141 – Emails From Amy Brand | A-3394 |
| | | Exhibit 142 – Email From Hansen To Bailey, Wu, Minow, Courtney And Schultz | A-3396 |
| | | Exhibit 143 – Email From Chris Freeland To Janet Snowhill | A-3399 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 144 – Email From Chris Freeland To Kristy Draper | A-3407 |
| | | Exhibit 145 – Internet Archive's Event Description (Feb. 2019) | A-3409 |
| | | Exhibit 146 – Blog Post Titled "Mythbusting Controlled Digital Lending: Community Rallies To Fight Misinformation About The Library Practice" (Feb. 11, 2019) | A-3414 |
| | | Exhibit 147 – Email From Chris Freeland To Duke University Librarian | A-3417 |
| | | Exhibit 148 – Emails Between Chris Freeland And Kevin French | A-3420 |
| | | Exhibit 149 – Not Filed | |
| | | Exhibit 150 – Internet Archive Blog Post, "How Internet Archive and controlled digital lending can help course reserves this fall" (July 30, 2020) | A-3424 |
| | | Exhibit 151 – Emails Between Chris Freeland And Michael Weiss | A-3429 |
| | | Exhibit 152 – Emails Between Chris Freeland And Wendy Knapp | A-3434 |
| | | Exhibit 153 – Open Libraries Form | A-3437 |
| | | Exhibit 154 – Open Library Webpage | A-3474 |
| | | Exhibit 155 – Email From Brewster Kahle To Carla Hayden | A-3478 |
| | | Exhibit 156 – Email From Michael "Mek" Karpeles To Brenton Cheng | A-3481 |
| | | Exhibit 157 – Excerpts From Deposition Of Michael "Mek" Karpeles (Oct. 27, 2021) | A-3484 |
| | | [FUS*] Exhibit 158 – Spreadsheet Of Internet Archive's Publication Year Data | A-3491 |
| | | Exhibit 159 – Internet Archive's Pre-Motion Letter For Motion for Summary Judgment | A-3492 |
| | | [FUS*] Exhibit 160 – Exhibit 13 To Deposition Of Steve Potash | A-3496 |
| | | Exhibit 161 – Men's Health Article, "Darin Olin Is More Than Zac Efron's Travel | A-3497 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Partner In Netflix's Down To Earth" by Adrianna Friedman (Jul. 10, 2020) | |
| | | Exhibit 162 – Email From Brewster Kahle To Carla Hayden | A-3501 |
| | | Exhibit 163 – Overdrive Homepage For Detroit And Austin Public Libraries | A-3504 |
| | | Exhibit 164 – Document Titled "Open Library Design Ecosystem" | A-3515 |
| | | Exhibit 165 – Excerpts From Deposition Of Daniel Smith (Apr. 6, 2022) | A-3524 |
| | | Exhibit 166 – Institute Of Museum And Library Services Report, "The Use And Cost Of Public Library Materials" (2021) | A-3531 |
| | | Exhibit 167 – Rural Public Library Webpages | A-3541 |
| | | **Vol. 15** | |
| | | Exhibit 168 –Internet Archive Blog Post, "Announcing a National Emergency Library to Provide Digitized Books to Students and the Public" (Mar. 24, 2020) | A-3548 |
| | | Exhibit 169 – Screen Captures From The Open Library Stats Page | A-3559 |
| | | Exhibit 170 – Screen Captures From The Open Library Homepage | A-3569 |
| | | Exhibit 171 – Email From Lila Bailey | A-3577 |
| | | Exhibit 172 – Sen. Udall's Letter And Register Strong's Response | A-3581 |
| | | Exhibit 173 – Email From Alan Harvey | A-3606 |
| | | Exhibit 174 – Email From Director The Univ. Of Minnesota Press | A-3610 |
| | | Exhibit 175 – Email From Mary E. Rasenberger | A-3612 |
| | | Exhibit 176 – Emails From Penguin Random House | A-3616 |
| | | Exhibit 177 – Email From Brewster Kahle To Executive Director Of The Authors Alliance And Pamela Samuelson | A-3619 |

16

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 178 – Author's Alliance Webpage | A-3621 |
| | | Exhibit 179 – Email From Brianna Schofield To Bailey, Samuelson And Freeland | A-3625 |
| | | Exhibit 180 – Internet Archive Blog Post, "The National Emergency Library – Who Needs It? Who Reads It? Lessons From The First Two Weeks" (Apr. 14, 2020) | A-3628 |
| | | Exhibit 181 – Internet Archive Blog Post, "Temporary National Emergency Library To Close 2 Weeks Early, Returning To Traditional Controlled Digital Lending" (June 10, 2020) | A-3638 |
| | | Exhibit 182 – Email From Mike Furlough | A-3647 |
| | | Exhibit 183 – Email From Skip Dye | A-3651 |
| | | Exhibit 184 – HathiTrust's Emergency Temporary Access Service | A-3653 |
| | | Exhibit 185 – Google Search For "Toni Morrison Beloved Free Read" | A-3656 |
| 97 | 07/07/2022 | Defendant Internet Archive's Motion for Summary Judgment | A-3662 |
| 98 | 07/07/2022 | [Redacted] Defendant Internet Archive's Rule 56.1 Statement | A-3666 |
| 99 | 07/07/2022 | Plaintiffs' Memorandum Of Law In Support Of Plaintiffs' Motion for Summary Judgment | A-3692 |
| 100 | 07/07/2022 | Declaration Of Joseph C. Gratz In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-3741 |
| | | Exhibit A – Stipulation Of Undisputed Facts (June 10, 2022) | A-3752 |
| | | Exhibit B – Excerpts From Supplemental Expert Report Of Ian Foster (Mar. 31, 2022) (Pages 1- 53) | A-3758 |
| | | **Vol. 16** | |
| | | Exhibit B – Excerpts From Supplemental Expert Report Of Ian Foster (Mar. 31, 2022) (Pages 54 – 122) | A-3813 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS] Exhibit C – Excerpts From Corrected Transcript Of Deposition Of Steve Potash (Jan. 31, 2022) | A-4041 |
| | | [FUS] Exhibit D – HarperCollins Doc. No. HC0030132 | A-4056 |
| | | [FUS] Exhibit E – Penguin Random House Doc. No. PRH0072194 | A-4058 |
| | | [FUS] Exhibit F – Hachette Doc. No. Hachette0012377 | A-4061 |
| | | Exhibit G – International Federation of Library Associations and Institutions' Position Statement On Controlled Digital Lending (June 2, 2021) | A-4062 |
| | | Exhibit H – Public Library Association Post, "Public Libraries Respond To COVID-19: Survey Of Response & Activities" | A-4068 |
| | | Exhibit I – EducationWeek Article, "Map: Coronavirus And School Closures In 2019-2020" (Mar. 6, 2020) | A-4071 |
| | | **Vol. 17** | |
| | | Exhibit J – Excerpts From Deposition Of Adam Silverman (Dec. 6, 2021) | A-4077 |
| | | Exhibit K – New Yorker Article, "The National Emergency Library Is A Gift To Readers Everywhere" by Jill Lepore (Mar. 26, 2020) | A-4086 |
| | | Exhibit L – Public Libraries Survey From Institute Of Museum And Library Services | A-4090 |
| | | Exhibit M – WorldCat For "The Lion, The Witch, And The Wardrobe" | A-4096 |
| | | Exhibit N – Excerpts From Deposition Of Skip Dye (Nov. 18, 2021) | A-4102 |
| | | Exhibit O – Publisher Weekly Article, "Ranking America's Largest Publishers" by Jim Milliot (Feb. 24, 2017) | A-4116 |
| | | Exhibit P – Excerpts From Annual Report Of Bertelsmann (2018) | A-4120 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit Q – Excerpts From Annual Report Of Bertelsmann (2019) | A-4125 |
| | | Exhibit R – Excerpts From Annual Report Of Bertelsmann (2021) | A-4130 |
| | | Exhibit S – Excerpts From John Wiley & Sons, Inc.'s SEC Form 10-K (2020) | A-4136 |
| | | Exhibit T – Excerpts From John Wiley & Sons, Inc.'s SEC Form 10-K (2021) | A-4142 |
| | | Exhibit U – Excerpts From Annual Report Of News Corp. (2019) | A-4146 |
| | | Exhibit V – Excerpts From Annual Report Of News Corp (2021) | A-4153 |
| | | Exhibit W – Excerpts From English-Language Version Of Lagardère's Universal Registration Document With French Government (2018) | A-4158 |
| | | Exhibit X – Excerpts From The English-Language Version Of Lagardère's Universal Registration Document With French Government (2020) | A-4161 |
| | | Exhibit Y – Excerpts From English-Language Version Of Lagardère's Universal Registration Document With French Government (2021) | A-4170 |
| | | Exhibit Z – Publisher Weekly Article, "A Year For The (Record) Books In Publishing" by Jim Milliot (Jan. 19, 2021) | A-4185 |
| | | Exhibit AA – Publisher Weekly Article, "America's Biggest Publishers Keep Posting Profits" by Jim Milliot (Apr. 1, 2022) | A-4189 |
| | | Exhibit BB – New York Times Article, "Surprise Ending For Publishers: In 2020, Business Was Good" by Elizabeth A. Harris (Dec. 29, 2020) | A-4193 |
| | | Exhibit CC – Excerpts From Deposition Of Josh Marwell (Dec. 3, 2021) | A-4198 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [FUS*] Exhibit DD – Overdrive Doc. No. Overdrive_Supp_002 | A-4204 |
| | | Exhibit EE – Excerpts From Deposition Of Jeffrey Prince (June 9, 2022) | A-4205 |
| | | Exhibit FF – Excerpts From Deposition Of Alison Lazarus (Nov. 12, 2021) | A-4216 |
| | | Exhibit GG – Excerpts From Deposition Of Chantal Restivo-Alessi (Dec. 1, 2021) | A-4223 |
| | | Exhibit HH – Excerpts From Deposition Of Alan Pavese (Dec. 10, 2021) | A-4230 |
| | | Exhibit II – Excerpts From H.R. Report No. 94-1476 (Sept. 3, 1976) | A-4236 |
| | | [FUS*] Exhibit JJ – Hachette Doc. No. Hachette0002474 | A-4240 |
| | | [FUS*] Exhibit KK – Hachette Doc. No. Hachette0002475 | A-4241 |
| | | [FUS*] Exhibit LL – HarperCollins Doc. No. HC0010272 | A-4242 |
| | | [FUS*] Exhibit MM – Penguin Random House Doc. No. PRH0025907 | A-4243 |
| | | [FUS*] Exhibit NN – John Wiley & Sons Doc. No. Wiley0005650 | A-4244 |
| 101 | 07/07/2022 | Declaration Of Lauren Sherman In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4245 |
| 102 | 07/07/2022 | Declaration Of Ben Saracco In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4251 |
| 103 | 07/07/2022 | Declaration Of Laura Gibbs In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4258 |
| 104 | 07/07/2022 | Declaration Of Daniel Smith In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4265 |
| 105 | 07/07/2022 | Declaration Of Brewster Kahle In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4270 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | Exhibit 1 – Library Services And Technology Act Grant To Internet Archive (2007) | A-4281 |
| | | Exhibit 2 – Institute Of Museum And Library Services Grant To Internet Archive (2017) | A-4289 |
| | | Exhibit 3 – Internet Archive Blog Post, "In-Library eBook Lending Program Launched" (2011) | A-4291 |
| | | Exhibit 4 – Chief Officers Of State Library Agencies Endorsement (2011) | A-4299 |
| | | Exhibit 5 – White Paper On Controlled Digital Lending Of Library Books | A-4302 |
|  | | **Vol. 18** | |
| | | Exhibit 6 – Position Statement On Controlled Digital Lending | A-4345 |
| | | Exhibit 7 – List Of Signatories On Position Statement On Controlled Digital Lending | A-4350 |
| | | Exhibit 8 –Internet Archive Blog Post, "Weaving Books Into The Web—Starting With Wikipedia" (Oct. 29, 2019) | A-4357 |
| | | Exhibit 9 – Wikipedia List (Pages 1-239) | A-4367 |
| | | **Vol. 19** | |
| | | Exhibit 9 – Wikipedia List (Pages 240-337) | A-4607 |
| | | Exhibit 10 – Internet Archive Blog Post, "What Happens When Everyone Who Experienced An Event Is Gone?" (Sept. 26, 2019) | A-4705 |
| | | Exhibit 11 – Internet Archive Blog Post, "As Calls To Ban Books Intensify, Digital Librarians Offer Perspective" (Nov. 24, 2021) | A-4713 |
| | | Exhibit 12– Internet Archive Blog Post, "Announcing A National Emergency Library | A-4728 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | To Provide Digitized Books To Students And The Public" (Mar. 24, 2020) | |
| | | Exhibit 13 – Brewster Kahle Statement On "Supporting Waitlist Suspension for Books Loaned by the Internet Archive During the US National Emergency" (Mar. 24, 2020) | A-4741 |
| | | Exhibit 14 – Internet Archive Blog Post, "Teachers & National Emergency Library: Stories From The Frontlines Of Online Schooling" (Apr. 13, 2020) | A-4746 |
| | | Exhibit 15 – Internet Archive Blog Post, "Impacts Of The Temporary National Emergency Library And Controlled Digital Lending" (June 11, 2020) | A-4755 |
| | | Exhibit 16 – Internet Archive Blog Post, "More Impacts Of The National Emergency Library" (June 22, 2020) | A-4763 |
| | | Exhibit 17 – Internet Archive Blog Post, "Even More Impacts Of The National Emergency Library And Controlled Digital Lending" (Aug. 10, 2020) | A-4770 |
| 106 | 07/07/2022 | [Redacted] Defendant Internet Archive's Memorandum of Law In Support Of Defendant's Motion for Summary Judgment | A-4774 |
| 108 | 07/07/2022 | Declaration Of Rasmus Jorgensen In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4819 |
| | | [Redacted] Exhibit 1 – Opening Expert Report Of Rasmus Jorgensen (Feb. 25, 2022) | A-4822 |
| **Vol. 20** | | | |
| | | [Redacted] Exhibit 2 – Rebuttal Expert Report Of Rasmus Jorgensen (May 27, 2022) | A-4871 |
| 109 | 07/07/2022 | Declaration Of Imke Reimers In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-4894 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| | | [Redacted] Exhibit 1 – Opening Expert Report Of Imke Reimers (Feb. 25, 2022) | A-4897 |
| | | [Redacted] Exhibit 2 – Rebuttal Expert Report Of Imke Reimers (May 27, 2022) | A-4945 |
| 110 | 07/07/2022 | Declaration Of Susan H. Hildreth In Support Of Defendant Internet Archive 's Motion for Summary Judgment | A-4967 |
| | | Exhibit 1 – Opening Expert Report Of Susan H. Hildreth (Feb. 25, 2022) | A-4970 |
| | | Exhibit 2 – Rebuttal Expert Report Of Susan H. Hildreth (May 27, 2022) | A-5022 |
| 113 | 07/08/2022 | [Redacted] Plaintiffs' Rule 56.1 Statement | A-5030 |
| | **Vol. 21** | | |
| 166 | 09/02/2022 | Declaration Of Elizabeth A. McNamara In Opposition To Defendant Internet Archive's Motion for Summary Judgment | A-5141 |
| | | Exhibit 1 – Defendants' Response To Interrogatory No. 21 | A-5147 |
| | | Exhibit 2 – Excerpts From Deposition Of Chantal Restivo-Alessi (Dec. 1, 2021) | A-5156 |
| | | Exhibit 3 – Excerpts From Deposition Of Jeffrey Weber (Nov. 19, 2021) | A-5163 |
| | | Exhibit 4 – Excerpts From Deposition Of Alan Pavese (Dec. 10, 2021) | A-5178 |
| | | Exhibit 5 – Exhibit 4 To Deposition Of Imke Reimers | A-5188 |
| | | Exhibit 6 – Excerpts From Deposition Of Alison Lazarus (Nov. 13, 2021) | A-5226 |
| | | [FUS*] Exhibit 7 – Spreadsheet Of Overdrive Checkout And Revenue Data | A-5239 |
| | | Exhibit 8 – Letters On Pre-Motion Discovery Conference | A-5240 |
| | | [FUS*] Exhibit 9 – Internet Archive's Second Amended Privilege Log | A-5256 |
| | | Exhibit 10 – Excerpts From Deposition Of Lila Bailey (Oct. 18 And 19, 2021) | A-5257 |

| Dkt. No. | Date | Document | Appendix Page |
|----------|------|----------|---------------|
| | | Exhibit 11 – Internet Archive's Blog Post Titled "Internet Archive Launches New Pilot Program For Interlibrary Loan" (Apr. 27, 2021) | A-5261 |
| | | Exhibit 12 – Excerpts From Deposition Of Jacques Cressaty (Oct. 22, 2021) | A-5264 |
| | | Exhibit 13 – Overdrive Book Webpages | A-5273 |
| | | Exhibit 14 – Overdrive Book Webpages | A-5278 |
| | | Exhibit 15 – Excerpts From Deposition Of Benjamin Saracco (Mar. 15, 2022) | A-5283 |
| | | Exhibit 16 – Webpage Titled "Signatories To The Position Statement On Controlled Digital Lending By Libraries" (Sept. 2, 2022) | A-5292 |
| | | Exhibit 17 – Emails From HarperCollins | A-5304 |
| **Vol. 22** | | | |
| 167 | 09/02/2022 | [Redacted] Declaration Of Jeffrey T. Prince In Opposition To Defendant Internet Archive's Motion for Summary Judgment | A-5365 |
| | | [Redacted] Exhibit 1 – Expert Report Of Jeffrey Prince (May 25, 2022) | A-5414 |
| | | [Redacted] Exhibit 2 – Excerpts From Deposition Of Jeffrey Prince (June 9, 2022) | A-5523 |
| | | [Redacted] Exhibit 3 – Excerpts From Deposition Of Rasmus Jorgensen (June 8, 2022) | A-5547 |
| **Vol. 23** | | | |
| | | Exhibit 4 – Excerpts From Deposition Of Imke Reimers (June 8, 2022) | A-5612 |
| | | Exhibit 5 – Excerpts From Deposition Of Susan Hildreth (June 8, 2022) | A-5720 |
| | | Exhibit 6 – Exhibit 3 To Deposition Of Imke Reimers | A-5745 |
| 168 | 09/02/2022 | [Redacted] Plaintiffs' Counter Statement to Defendant's Rule 56.1 Statement | A-5777 |

| Dkt. No. | Date | Document | Appendix Page |
|---|---|---|---|
| 169 | 09/02/2022 | [Redacted] Plaintiffs' Memorandum Of Law In Opposition To Defendant's Motion for Summary Judgment | A-5838 |
| 170 | 09/02/2022 | Declaration Of Joseph C. Gratz In Opposition To Plaintiffs' Motion for Summary Judgment | A-5879 |
| | | **Vol. 24** | |
| | | [FUS] Exhibit 1 – Exhibit 4 To Deposition Of Steve Potash (Jan. 31, 2022) | A-5883 |
| | | Exhibit 2 – Excerpts From Deposition Of Andrea Mills (Oct. 14, 2021) | A-5909 |
| | | Exhibit 3 – Excerpts From Deposition Of Ginger Patton-Schmitt (Dec. 6, 2021) | A-5918 |
| | | Exhibit 4 – Excerpts From Deposition Of Michael "Mek" Karpeles (Oct. 27, 2021) | A-5941 |
| | | Exhibit 5 – Excerpts From Deposition Of Susan Hildreth (May 17, 2021) | A-5949 |
| | | Exhibit 6 – Errata To Deposition Of Susan Hildreth | A-5960 |
| | | Exhibit 7 – Judgment From Court Of Justice Of The European Union In *Vereniging Openbare Bibliotheken V Stichting Leenrecht*, Case C-174/15 | A-5963 |
| | | Exhibit 8 – Opinion Of Advocate General In *Vereniging Openbare Bibliotheken V Stichting Leenrecht*, Case C-174/15 | A-5977 |
| 171 | 09/02/2022 | Declaration Of Brewster Kahle In Opposition To Plaintiffs' Motion for Summary Judgment | A-5997 |
| | | **Vol. 25** | |
| 172 | 09/02/2022 | [Redacted] Defendant Internet Archive's Counter Statement to Plaintiffs' Rule 56.1 Statement | A-6005 |
| 173 | 09/02/2022 | Defendant Internet Archive's Memorandum Of Law In Opposition to Plaintiffs' Motion For Summary Judgment | A-6173 |

| Dkt. No. | Date | Document | Appendix Page |
|----------|------|----------|---------------|
| 175 | 10/07/2022 | Defendant Internet Archive's Reply Memorandum Of Law In Support Of Defendant's Motion For Summary Judgment | A-6214 |
| 176 | 10/07/2022 | Declaration Of Joseph C. Gratz In Support Of Defendant Internet Archive's Motion for Summary Judgment | A-6242 |
|  |  | Exhibit 1 – Excerpts From Deposition Of Jeffrey T. Prince (June 9, 2022) | A-6255 |
|  | | **Vol. 26** | |
|  |  | Exhibit 2 – Excerpts From Deposition Of Rasmus Jørgensen (June 8, 2022) | A-6274 |
| 177 | 10/07/2022 | [Redacted] Defendant Internet Archive's Response to Plaintiffs' Counter Statement to Defendant's Rule 56.1 Statement | A-6279 |
| 178 | 10/07/2022 | [Redacted] Plaintiffs' Response To Defendant Internet Archive's Counter Statement to Plaintiffs' Rule 56.1 Statement | A-6367 |
| 179 | 10/07/2022 | [Redacted] Plaintiffs' Reply Memorandum Of Law In Support Of Plaintiffs' Motion for Summary Judgment | A-6381 |
| 189 | 03/28/2023 | Transcript Of Proceedings – 03/20/2023 Hearing | A-6407 |
| 216 | 08/11/2023 | Order | A-6458 |

*Submitted to the Court on flash drive

- McKinley, Michael, 1961-. *Putting a roof on winter: hockey's rise from sport to spectacle*. Vancouver; New York: Greystone Books, 2000.
- None,. *Total Stanley Cup: an official publication of the National Hockey League*. Toronto, Ont.: Published in Canada by Total Sports Canada; Kingston, NY: Published in the United States by Total Sports Pub., 2000.
- Weir, Glenn. *Ultimate hockey*. Toronto, Canada; New York, N.Y.: Stoddart; Buffalo, N.Y.: Distributed in the U.S. by General Distribution Services, 1999.
- Young, Scott, 1918-2005. *100 years of dropping the puck: a history of the OHA*. Toronto: McClelland & Stewart, 1989.

## Louisa May Alcott

- Alcott, Louisa May, 1832-1888. *Alternative Alcott*. New Brunswick: Rutgers University Press, 1988.
- Alcott, Louisa May, 1832-1888. *The lost stories of Louisa May Alcott*. Secaucus, N.J.: Carol Pub. Group, 1995.
- Alcott, Louisa May, 1832-1888, et al. *The selected letters of Louisa May Alcott*. Boston: Little, Brown, 1987.
- Alcott, Louisa May, 1832-1888. 1n, et al. *The journals of Louisa May Alcott*. Boston: Little, Brown, 1989.
- LaPlante, Eve. *Marmee & Louisa: the untold story of Louisa May Alcott and her mother*. New York: Free Press, 2012.
- MacDonald, Ruth K. *Louisa May Alcott*. Boston: Twayne Publishers, 1983.
- Matteson, John. *Eden's outcasts*. W.W. Norton, 2007.
- Meigs, Cornelia. *Invincible Louisa*. Little, Brown, 1968.
- Reisen, Harriet. *Louisa May Alcott*. Henry Holt, 2009.
- Saxton, Martha. *Louisa May; a modern biography of Louisa May Alcott*. Boston: Houghton Mifflin, 1977.
- Shealy, Daniel. *Alcott in her own time: a biographical chronicle of her life, drawn from recollections, interviews, and memoirs by family, friends, and associates*. Iowa City: University of Iowa Press, 2005.

## Natural selection

- British Ecological Society. Symposium (23rd: 1982: Leeds, England). *Evolutionary ecology: the 23rd Symposium of the British Ecological Society, Leeds, 1982*. Oxford; Boston: Blackwell Scientific Publications; St Louis, Mo., U.S.A.: Distributors, U.S.A., Blackwell Mosby Book Distributors, 1984.
- Campbell, Neil A. aut. *Biology*. Menlo Park [u.a.] Benjamin Cummings, 1996.
- Falconer, D. S. (Douglas Scott), 1913-, et al. *Introduction to quantitative genetics*. Harlow: Prentice Hall, 1996.
- Futuyma, Douglas J., 1942-. *Evolution*. Sunderland, Mass.: Sinauer Associates, 2005.
- Johnson, Clifford, 1932-. *Introduction to natural selection*. Baltimore: University Park Press, 1976.
- Michod, Richard E. *Darwinian dynamics: evolutionary transitions in fitness and individuality*. Princeton, N.J.: Princeton University Press, 1999.
- Miller, Geoffrey F. *The mating mind: how sexual choice shaped the evolution of human nature*. New York: Doubleday, 2000.
- Mitchell, Melanie. *An introduction to genetic algorithms*. MIT Press, 1996.
- None,. *Genetics*. New York: Macmillan Reference USA: Thomson/Gale, 2003.

## Thom Hartmann

- Hartmann, Thom. *ADD success stories*. Underwood Books, 1995.
- Hartmann, Thom. *Cracking the code*. Berrett-Koehler Publishers, 2007.
- Hartmann, Thom. *Healing ADD*. Underwood Books, 1998.
- Hartmann, Thom. *Threshold*. Viking, 2009.
- Hartmann, Thom. *We the people*. CoreWay Media, 2004.
- Hartmann, Thom, 1951-. *Beyond ADD: hunting for reasons in the past and the present*. Grass Valley, Calif.: Underwood Books, 1996.

240 of 337

- Hartmann, Thom, 1951-. *Rebooting the American dream: 11 ways to rebuild our country*. San Francisco: Berrett-Koehler Publishers, 2010.
- Hartmann, Thom, 1951-. *The Edison gene: ADHD and the gift of the hunter child*. Rochester, Vt.: Park Street Press, 2003.
- Hartmann, Thom, 1951-. *The last hours of ancient sunlight: the fate of the world and what we can do before it's too late*. New York: Three Rivers Press, 2004.
- Hartmann, Thom, 1951-. *Unequal protection [electronic resource]: how corporations became "people"-- and you can fight back*. San Francisco: Berrett-Koehler, 2010.
- Hartmann, Thom, 1951-. *What would Jefferson do?: a return to democracy*. New York: Harmony Books, 2004.

### Millennium '73

- Bromley, David G, et al. *Strange gods: the great American cult scare*. Boston: Beacon Press, 1981.
- Brown, Mick, 1950-. *The spiritual tourist: a personal odyssey through the outer reaches of belief*. New York: Bloomsbury: Distributed to the trade by St. Martin's Press, 1999.
- Chryssides, George D., 1945-. *Historical dictionary of new religious movements*. Lanham, Md.: Scarecrow Press, 2001.
- Glock,. *New religious consciousness*. [Place of publication not identified]: University Of California, 1977.
- Larson, Bob, 1944-. *Larson's book of cults*. Wheaton, Ill.: Tyndale House Publishers, 1982.
- Lewis, James R. *Cults in America: a reference handbook*. Santa Barbara, Calif.: ABC-CLIO, 1998.
- McDonald, Janet. *Project girl*. Farrar, Straus and Giroux, 1999.
- Melton, J. Gordon. cn. *The encyclopedic handbook of cults in America*. New York: Garland Pub., 1986.
- Miller, Timothy, 1944-. *America's alternative religions*. Albany: State University of New York Press, 1995.
- Pope, Harrison. *The road East: America's new discovery of eastern wisdom*. Boston, Beacon Press, 1974.
- Rudin, A. James (Arnold James), 1934-, et al. *Prison or paradise?: The new religious cults*. Philadelphia: Fortress Press, 1980.

### Wage slavery

- Bookchin, Murray, 1921-. *Which way for the ecology movement?*. Edinburgh; San Francisco, CA.: AK Press, 1994.
- Bookchin, Murray, 1921-2006. *Remaking society: pathways to a green future*. Boston, MA: South End Press, 1990.
- Chomsky, Noam. *Rogue states: the rule of force in world affairs*. Cambridge, MA: South End Press, 2000.
- Clark, John P. *The anarchist moment: reflections on culture, nature, and power*. Montréal: Black Rose Books, 1984.
- Ehrenreich, Barbara. *Bright-sided: how the relentless promotion of positive thinking has undermined America*. New York: Metropolitan Books, 2009.
- Ferguson, Thomas, 1949-. *Golden rule: the investment theory of party competition and the logic of money-driven political systems*. Chicago: University of Chicago Press, 1995.
- Foner, Eric. *The story of American freedom*. W.W. Norton, 1998.
- Kuttner, Robert. *Everything for sale: the virtues and limits of markets*. New York: Alfred A. Knopf, 1997.
- Lazonick, William. *Competitive advantage on the shop floor*. Cambridge, Mass.: Harvard University Press, 1990.
- Sandel, Michael J. *Democracy's discontent: America in search of a public philosophy*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1996.
- Smith, Mark M.. *Debating slavery*. Cambridge University Press, 1998.

### Maria Callas

- Ardoin, John. *The Callas legacy: the complete guide to her recordings*. New York: Scribner; Toronto: Collier Macmillan Canada; New York: Maxwell Macmillan International, 1991.
- Bing, Rudolf, 1902-1997. *5000 nights at the opera*. Garden City, N.Y. Doubleday, 1972.

- Gage, Nicholas. *Greek fire: the story of Maria Callas and Aristotle Onassis*. New York: Knopf, 2000.
- Galatopoulos, Stelios. *Maria Callas: sacred monster*. New York: Simon & Schuster, 1998.
- Jellinek, George, 1919-2010. *Callas: portrait of a prima donna*. New York: Dover, 1986.
- Lowe, David Allan, 1948-. *Callas, as they saw her*. New York: Ungar Pub. Co., 1986.
- Meneghini, G. B. (Giovanni Battista), 1895-1981, et al. *My wife Maria Callas*. New York: Farrar Straus Giroux, 1982.
- Mordden, Ethan, 1947-. *Demented: the world of the opera diva*. New York: Simon & Schuster, 1990.
- Robinson, Francis, 1910-. *Celebration: the Metropolitan Opera*. Garden City, N.Y.: Doubleday, 1979.
- Scott, Michael. *Maria Meneghini Callas*. Boston: Northeastern University Press, 1992.
- Stassinopoulos, Arianna, 1950-. *Maria Callas: the woman behind the legend*. New York, NY: Simon & Schuster, 1981.

## Susie Bright

- Bright, Susie. *Big sex, little death*. Seal Press, 2011.
- Bright, Susie, 1958-. *Full exposure: opening up to sexual creativity and erotic expression*. San Francisco: HarperSanFrancisco, 1999.
- Bright, Susie, 1958-. *Susie Bright's sexual reality: a virtual sex world reader*. Pittsburgh, Pa.: Cleis Press, 1992.
- Bright, Susie, 1958-. *Susie Bright's sexual state of the union*. New York, NY: Simon & Schuster, 1997.
- Bright, Susie, 1958-. *Susie Bright's sexwise: America's favorite X-rated intellectual does Dan Quayle, Catherine MacKinnon, Stephen King, Camille Paglia, Nicholson Baker, Madonna, the Black Panthers, and the GOP--*. Pittsburg, Pa.: Cleis Press, 1995.
- Bright, Susie, 1958-. *Susie Sexpert's lesbian sex world*. Pittsburgh: Cleis Press, 1990.
- Bright, Susie, 1958-. *The Best American erotica 1993*. New York, NY: Collier Books, 1993.
- Bright, Susie, 1958-. *The Sexual state of the union*. New York: Simon & Schuster, 1998.
- Bright, Susie, 1958-, et al. *Herotica 2: a collection of women's erotic fiction*. New York; London: Plume, 1992.
- Juno, Andrea, et al. *Angry women*. San Francisco, Calif.: RE/Search Publications, 1991.

## John Dean

- Colodny, Len, et al. *Silent coup: the removal of a president*. New York: St. Martin's Press, 1991.
- Dean, John W. (John Wesley), 1938-. *Blind ambition: the White House years*. New York: Simon and Schuster, 1976.
- Dean, John W. (John Wesley), 1938-. *Broken government: how Republican rule destroyed the legislative, executive, and judicial branches*. New York, N.Y.: Viking, 2007.
- Dean, John W. (John Wesley), 1938-. *Conservatives without conscience*. New York: Viking, 2006.
- Dean, John W. (John Wesley), 1938-. *Lost honor*. Los Angeles: Stratford Press; New York: Distributed by Harper & Row, 1982.
- Dean, John W. (John Wesley), 1938-. *The Rehnquist choice: the untold story of the Nixon appointment that redefined the Supreme Court*. New York: Free Press, 2001.
- Dean, John W. (John Wesley), 1938-. *Warren G. Harding*. New York: Times Books, 2004.
- Dean, John W. (John Wesley), 1938-. *Worse than Watergate: the secret presidency of George W. Bush*. New York: Little, Brown and Co., 2004.
- Dean, John W. (John Wesley), 1938- author. *The Nixon defense: what he knew and when he knew it*. New York, New York: Viking, 2014.
- Dean, John W., et al. *Pure Goldwater*. Palgrave Macmillan, 2008.
- Haldeman, H. R. (Harry R.), 1926-1993, et al. *The ends of power*. New York: Times Books, 1978.

## Greek mythology

- Allen, Douglas, 1941-. *Structure and creativity in religion: hermeneutics in Mircea Eliade's phenomenology and new directions; foreword by Mircea Eliade*. The Hague: Mouton, 1978.

242 of 337

- Barfield, Raymond, 1964-. *The ancient quarrel between philosophy and poetry*. Cambridge; New York: Cambridge University Press, 2011.
- Bonnefoy, Yves. *Greek and Egyptian mythologies*. Chicago: University of Chicago Press, 1992.
- Bulfinch, Thomas, 1796-1867. *Bulfinch's Greek and Roman mythology: the age of fable*. Mineola, N.Y.: Dover Publications, 2000.
- Burn, Lucilla. *Greek myths*. Austin: University of Texas Press, 1990.
- Calimach, Andrew. *Lovers' legends: the gay Greek myths*. New Rochelle, NY: Haiduk Press, 2002.
- Jung, C. G. (Carl Gustav), 1875-1961, et al. *Essays on a science of mythology: the myth of the divine child and the mysteries of Eleusis*. Princeton, N.J.] Princeton University Press, 1969.
- Kirk, G. S. (Geoffrey Stephen), 1921-. *The nature of Greek myths*. Harmondsworth: Penguin, 1974.
- Percy, William A. *Pederasty and pedagogy in archaic Greece*. Urbana: University of Illinois Press, 1996.
- Powell, Barry B. *A short introduction to classical myth*. Upper Saddle River, N.J.: Prentice Hall, 2001.
- Trobe, Kala, 1969-. *Invoke the gods: exploring the power of male archetypes*. St. Paul, Minn.: Llewellyn Publications, 2001.

## Hélène Cixous

- Cixous, Hélène, 1937-. *Illa*. Paris: Des femmes, 1980.
- Cixous, Hélène, 1937-. *Inside*. New York: Schocken Books, 1986.
- Cixous, Hélène, 1937-. *Jours de l'an*. Paris: Des femmes, 1990.
- Cixous, Hélène, 1937-. *La bataille d'Arcachon: un conte*. Laval, Québec: TROIS, 1986.
- Cixous, Hélène, 1937-. *Limonade tout était si infini*. Paris: Des femmes, 1982.
- Cixous, Hélène, 1937-. *Manna: for the Mandelstams for the Mandelas*. Minneapolis: University of Minnesota Press, 1994.
- Cixous, Hélène, 1937-. *The book of Promethea = Le livre de Promethea*. Lincoln: University of Nebraska Press, 1991.
- Cixous, Hélène, 1937-. *The terrible but unfinished story of Norodom Sihanouk, King of Cambodia*. Lincoln: University of Nebraska Press, 1994.
- Cixous, Hélène, 1937- cn. *The newly born woman*. Minneapolis: University of Minnesota Press, 1986.
- Cixous, Hélène. *Portrait of Jacques Derrida as a Young Jewish Saint (European Perspectives: A Series in Social Thought and Cultural Criticism)*. Columbia University Press, 2004.
- Penrod, Lynn Kettler. *Hélène Cixous*. Twayne Publishers, 1996.

## Lydia Davis

- Chesneaux, Jean. *China from the 1911 revolution to liberation*. New York: Pantheon Books, 1977.
- Davis, Lydia. *The end of the story*. Farrar, Straus, and Giroux, 1995.
- Davis, Lydia 1947-. *Samuel Johnson is indignant: stories*. Brooklyn, N.Y: McSweeney's Books, 2001.
- Davis, Lydia, 1947-. *Break it down: stories*. New York: Farrar, Straus, Giroux, 1986.
- Giroud, Françoise. *Marie Curie, a life*. New York: Holmes & Meier, 1986.
- Jouve, Pierre Jean. *The desert world*. Marlboro Press/Northwestern, 1996.
- Leiris, Michel, 1901-. *Scratches*. Baltimore: Johns Hopkins University Press, 1997.
- None,. *The Pushcart prize XIV: best of the small presses, 1989-1990*. Wainscott, N.Y.: Pushcart Press, 1989.
- None,. *The best American poetry 2000*. London: Simon & Schuster, 2001.
- Simenon, Georges, 1903-. *African trio: Talatala, Tropic moon, Aboard the Aquitaine*. New York: Harcourt Brace Jovanovich, 1979.

## Titanic

- Barczewski, Stephanie L. *Titanic: a night remembered*. London: Hambledon Continuum, 2006.
- Bartlett, W. B. *Titanic: 9 hours to hell, the survivors' story*. Stroud: Amberley, 2011.
- Brewster, Hugh. *RMS Titanic: gilded lives on a fatal voyage*. Toronto: Collins, 2012.
- Brewster, Hugh, et al. *882 1/2 amazing answers to your questions about the Titanic*. New York: Scholastic, 1998.

243 of 337

- Butler, Daniel Allen. *"Unsinkable": the full story of RMS Titanic*. Cambridge, MA: Da Capo Press, 2002.
- Butler, Daniel Allen. *Unsinkable: the full story of the RMS Titanic*. Mechanicsburg, PA: Stackpole Books, 1998.
- Lord, Walter, 1917-2002. *A night to remember*. New York: Bantam Books, 1997.
- McCarty, Jennifer Hooper. *What really sank the Titanic: new forensic discoveries*. New York: Citadel Press, 2008.
- Merideth, Lee W.. *1912 facts about Titanic*. Rocklin Press, 2003.
- Reade, Leslie, et al. *The ship that stood still: the Californian and her mysterious role in the Titanic disaster*. New York: Norton, 1993.
- Wels, Susan, et al. *Titanic: legacy of the world's greatest ocean liner*. [Alexandria, VA]: Time-Life Books, 1997.

## General Motors

- Chandler, Alfred D. (Alfred Dupont), 1918-2007, comp. and ed. *Giant enterprise: Ford, General Motors, and the automobile industry: sources and readings*. New York, Harcourt Brace & World, 1964.
- Cray, Ed. *Chrome colossus: General Motors and its times*. New York: McGraw-Hill, 1980.
- De Lorean, John Z, et al. *On a clear day you can see General Motors John Z. de Lorean's look inside the automotive giant*. New York Avon Books, 1980.
- Halberstam, David. *The reckoning*. New York: Morrow, 1986.
- Keller, Maryann. *Rude awakening: the rise, fall, and struggle for recovery of General Motors*. New York: Morrow, 1989.
- Kimes, Beverly Rae. *Standard catalog of American cars, 1805-1942*. Iola, Wis.: Krause Publications, 1989.
- Leslie, Stuart W. *Boss Kettering*. New York: Columbia University Press, 1983.
- Maynard, Micheline. *The end of Detroit: how the Big Three lost their grip on the American car market*. New York: Currency/Doubleday, 2003.
- Rae, John Bell, 1911-. *The American automobile; a brief history*. Chicago, University of Chicago Press, 1965.
- Robertson, Heather, 1942-. *Driving force: the McLaughlin family and the age of the car*. Toronto, Ont.: McClelland & Stewart, 1995.
- Weisberger, Bernard A., 1922-. *The dream maker: William C. Durant, founder of General Motors*. Boston: Little, Brown, 1979.

## Second Amendment to the United States Constitution

- Cramer, Clayton E. *For the defense of themselves and the state: the original intent and judicial interpretation of the right to keep and bear arms*. Westport, Conn.: Praeger, 1994.
- Crooker, Constance Emerson. *Gun control and gun rights*. Westport, CT: Greenwood Press, 2003.
- DeConde, Alexander. *Gun violence in America: the struggle for control*. Boston: Northeastern University Press, 2001.
- Doherty, Brian, 1968-. *Gun control on trial: inside the Supreme Court battle over the Second Amendment*. Washington, D.C.: Cato Institute, 2008.
- Foner, Eric, et al. *The Reader's companion to American history*. Boston: Houghton-Mifflin, 1991.
- Halbrook, Stephen P. *That every man be armed: the evolution of a constitutional right*. Oakland, Calif.: Independent Institute, 1994.
- Kruschke, Earl R.. *Gun control*. ABC-CLIO, 1995.
- Levy, Leonard W. (Leonard Williams), 1923-2006. *Origins of the Bill of Rights*. New Haven, CT: Yale University Press, 1999.
- Spitzer, Robert J. 1953-. *The right to bear arms: rights and liberties under the law*. Santa Barbara, Calif ABC-CLIO, 2001.
- Szatmary, David P., 1951-. *Shays' Rebellion: the making of an agrarian insurrection*. Amherst, Mass.: University of Massachusetts Press, 1980.

## Sexual Preference (book)

- Eibl-Eibesfeldt, Irenäus. *Human ethology*. New York: Aldine De Gruyter, 1989.
- Friedman, Richard C., 1941-. *Male homosexuality: a contemporary psychoanalytic perspective*. New Haven: Yale University Press, 1988.
- Green, Richard, 1936-. *The "sissy boy syndrome" and the development of homosexuality*. New Haven: Yale University Press, 1987.
- Johnson, Miriam M. *Strong mothers, weak wives: the search for gender equality*. Berkeley: University of California Press, 1988.
- Kirk, Marshall, et al. *After the ball: how America will conquer its fear and hatred of gays in the '90s*. New York, N.Y.: Doubleday, 1989.
- Murphy, Timothy F., 1955-. *Gay science: the ethics of sexual orientation research*. New York: Columbia University Press, 1997.
- Paul, William, 1939-, et al. *Homosexuality: social, psychological, and biological issues*. Beverly Hills: Published in cooperation with the Society for the Psychological Study of Social Issues [by] Sage Publications, 1982.
- Stein, Edward. *The Mismeasure of Desire*. Oxford University Press, USA, 2001.
- Stein, Edward, 1965-. *Forms of desire: sexual orientation and the social constructionist controversy*. New York: Routledge, 1992.
- Weinberg, Martin S, et al. *Homosexuality; an annotated bibliography*. New York, Harper & Row, 1972.
- Whitam, Frederick L, et al. *Male homosexuality in four societies: Brazil, Guatemala, the Philippines, and the United States*. New York: Praeger, 1986.

## Elizabeth I

- Collinson, Patrick. *Elizabeth I*. Oxford; New York: Oxford University Press, 2007.
- Croft, J. Pauline. *King James*. Palgrave Macmillan, 2003.
- Dobson, Michael. *England's Elizabeth*. Oxford University Press, 2002.
- Haynes, Alan. *The white bear: Robert Dudley, the Elizabethan Earl of Leicester*. London: Peter Owen, 1987.
- Kenyon, J. P. *The history men*. London: Weidenfeld and Nicolson, 1983.
- Kupperman, Karen Ordahl. *The Jamestown project*. Belknap Press of Harvard University Press, 2007.
- Lacey, Robert. *Robert, Earl of Essex: an Elizabethan Icarus*. London, Weidenfeld & Nicolson, 1971.
- Ridley, Jasper Godwin. *Elizabeth I: the shrewdness of virtue*. New York: Fromm International, 1989.
- Somerset, Anne. *Elizabeth I*. Anchor Books, 2003.
- Starkey, David. *Elizabeth: apprenticeship*. London: Vintage, 2001.
- Williams, Neville, 1924-1977. *The life and times of Elizabeth I;*. London, Weidenfeld and Nicolson, 1972.

## Feminist sociology

- Chafetz, Janet Saltzman. *Gender equity: an integrated theory of stability and change*. Newbury Park, Calif.: Sage Publications, 1990.
- Frye, Marilyn. *The politics of reality: essays in feminist theory*. Trumansburg, N.Y.: Crossing Press, 1983.
- Harlan, Judith. *Feminism: a reference handbook*. Santa Barbara, Calif.: ABC-CLIO, 1998.
- Hekman, Susan J. *Gender and knowledge: elements of a postmodern feminism*. Boston: Northeastern University Press, 1992.
- Hooks, Bell. *Feminist theory from margin to center*. Boston, MA: South End Press, 1984.
- Millett, Kate. *Sexual politics*. Urbana: University of Illinois Press, 2000.
- None,. *Feminism and social change: bridging theory and practice*. Urbana: University of Illinois Press, 1996.
- Okin, Susan Moller, et al. *Is multiculturalism bad for women?*. Princeton, N.J.: Princeton University Press, 1999.
- Wallace, Ruth A, et al. *Feminism and sociological theory*. Newbury Park, Calif.: Sage Publications, 1989.

## Molly Holzschlag

- Holzschlag, Molly E. *Cascading style sheets: the designer's edge*. San Francisco, Calif.: SYBEX, 2003.

- Holzschlag, Molly E. *Design your own e-shop: creating and promoting successful small business sites*. Lausanne, Switzerland: AVA Pub.; New York: Distributed by Sterling Pub. Co., 2004.
- Holzschlag, Molly E. *Perl Web site workshop*. Indianapolis, Ind.: Sams, 2002.
- Holzschlag, Molly E. *Sams teach yourself Adobe LiveMotion in 24 hours*. Indianapolis, Ind.: Sams, 2000.
- Holzschlag, Molly E. *Using XHTML*. Indianapolis, Ind.: Que, 2001.
- Holzschlag, Molly E.. *DYO home page*. AVA, 2002.
- Holzschlag, Molly E.. *Laura Lemay's guide to sizzling Web site design*. Sams.net, 1997.
- Holzschlag, Molly E.. *Professional Web design*. Prima Pub., 1996.
- Holzschlag, Molly, et al. *Using HTML 4 [electronic resource] Brian Gill, Laura Norman*. Indianapolis, Ind.: Macmillan Computer Publishing, 1999.
- Shea, Dave. *The zen of CSS design*. New Riders, 2005.
- Tauber, Daniel A, et al. *Mastering Microsoft FrontPage 2000*. San Francisco: SYBEX, 1999.

## Strawberry Fields Forever

- Castleman, Harry. *All together now: the first complete Beatles discography: 1961-1975*. New York Ballantine Books, 1977.
- Gould, Jonathan. *Can't buy me love*. Harmony Books, 2007.
- Kozinn, Allan. *The Beatles*. London: Phaidon, 1996.
- Lennon, John. *All we are saying*. St. Martin's Griffin, 2000.
- MacDonald, Ian, 1948-2003. *Revolution in the head: the Beatles' records and the sixties*. Chicago, Ill: Chicago Review Press, 2007.
- Miles, Barry. *Paul McCartney*. H. Holt, 1998.
- O'Dell, Chris. *Miss O'Dell*. Touchstone, 2009.
- Prendergast, Mark J. *The ambient century: from Mahler to Moby: the evolution of sound in the electronic age*. New York: Bloomsbury, 2003.
- Schaffner, Nicholas, 1953-. *The Beatles forever*. New York: McGraw-Hill, 1978.
- Spitz, Bob. *The Beatles: the biography*. New York: Little, Brown, 2005.

## Battle of France

- Bloch, Marc Leopold Benjamin 1886-1944, et al. *Strange defeat a statement of evidence written in 1940*. New York, N.Y. W.W. Norton, 1968.
- Chappell, Mike. *The Canadian Army at war*. London: Osprey, 1985.
- Corum, James S.. *The Luftwaffe*. University Press of Kansas, 1997.
- Harman, Nicholas. *Dunkirk: the necessary myth*. London: Hodder and Stoughton, 1980.
- Hinsley, F. H. (Francis Harry), 1918-, et al. *British intelligence in the Second World War: its influence on strategy and operations*. London: H.M.S.O., 1979.
- Hooton, E. R. *Phoenix triumphant: the rise and rise of the Luftwaffe*. London: Brockhampton Press, 1999.
- Jackson, Julian, 1954-. *France: the dark years, 1940-1944*. Oxford; New York: Oxford University Press, 2003.
- Jackson, Julian, 1954-. *The fall of France: the Nazi invasion of 1940*. Oxford; New York: Oxford University Press, 2003.
- May, Ernest R. *Strange victory: Hitler's conquest of France*. London; New York: I.B. Tauris, 2000.
- Taylor, A. J. P. (Alan John Percivale), 1906-, et al. *History of World War II*. London: Octopus Books, 1974.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## American Revolution

- Alden, John Richard, 1908-. *A history of the American Revolution*. New York, Knopf, 1969.
- Berkin, Carol. *Revolutionary mothers: women in the struggle for America's independence*. New York: Vintage Books, 2006.

246 of 337

- Boorstin, Daniel J. (Daniel Joseph), 1914-. *The genius of American politics*. [Chicago]: University of Chicago Press, 1953.
- Greene, Jack P, et al. *The Blackwell encyclopedia of the American Revolution*. Cambridge, Mass.: Blackwell Reference, 1991.
- Kerber, Linda K.. *Women of the Republic*. Univ.N.Carolina P., 1997.
- Langguth, A. J., 1933-2014. *Union 1812: the Americans who fought the Second War of Independence*. New York: Simon & Schuster, 2006.
- Maier, Pauline, 1938-2013. *From resistance to revolution: colonial radicals and the development of American opposition to Britain, 1765-1776*. New York: W.W. Norton, 1991.
- Miller, John Chester, 1907-. *Origins of the American revolution*. Boston, Little, Brown and company, 1943.
- None,. *The American Revolution, 1775-1783: an encyclopedia*. New York: Garland Pub., 1993.
- Wood, Gordon S. *The American revolution: a history*. New York: Modern Library, 2002.

## Reinhard Heydrich

- Arad, Yitzhak, 1926- . cn. *Belzec, Sobibor, Treblinka: the Operation Reinhard death camps*. Bloomington: Indiana University Press, 1987.
- Blandford, Edmund L. *SS intelligence: the Nazi Secret Service*. Edison, NJ: Castle Books, 2000.
- Bracher, Karl Dietrich, 1922-. *The German dictatorship; the origins, structure, and effects of national socialism*. New York, Praeger Publishers, 1970.
- Browder, George C.. *Foundations of the Nazi police state*. University Press of Kentucky; First edition, 1990.
- Browning, Christopher R.. *The origins of the Final Solution*. University of Nebraska Press, 2004.
- Calic, Edouard. *Reinhard Heydrich: the chilling story of the man who masterminded the Nazi death camps*. New York: Morrow, 1985.
- Kershaw, Ian. *Hitler, 1936-45: nemesis*. New York: W. W. Norton, 2000.
- Kitchen, Martin, author. *Nazi Germany at War*. London; New York: Longman, 1995.
- Merriam-Webster, Inc. *Merriam-Webster's collegiate dictionary*. Springfield, Mass., U.S.A.: Merriam-Webster, 1994.
- None,. *Eastern Europe: an introduction to the people, lands, and culture*. Santa Barbara, Calif.: ABC-CLIO, 2005.
- Ramen, Fred. *Reinhard Heydrich: hangman of the Third Reich*. New York: Rosen, 2001.

## Peninsular War

- Chandler, David G. *The art of warfare on land*. London; New York: Hamlyn, 1974.
- Chandler, David G.. *The Campaigns of Napoleon*. Weidenfeld and Nicolson, 1966.
- Clodfelter, Micheal, 1946-. *Warfare and armed conflicts: a statistical encyclopedia of casualty and other figures, 1494-2007*. Jefferson, N.C.: McFarland, 2008.
- Esdaile, Charles J.. *The Peninsular War*. Palgrave MacMillan, 2003.
- Fremont-Barnes, Gregory. *The Peninsular War, 1807-1814*. Oxford: Osprey, 2002.
- Grant, R. G. *Battle: a visual journey through 5,000 years of combat*. New York: DK Pub., 2005.
- Guedalla, Philip, 1889-1944. *The Duke*. Ware, Hertfordshire: Wordsworth Editions, 1997.
- Lovett, Gabriel H. cn. *Napoleon and the birth of modern Spain*. [New York] New York University Press, 1965.
- McLynn, Frank. *Napoleon: a biography*. New York: Arcade Pub., 2002.
- Payne, Stanley G.. *A history of Spain and Portugal*. University of Wisconsin Press, 1973.
- Urban, Mark, 1961-. *Rifles: six years with Wellington's legendary sharpshooters*. London: Faber, 2004.

## England in the High Middle Ages

- Ashley, Michael. *A brief history of British kings & queens: [British royal history from Alfred the Great to the present]*. New York: Carroll & Graf Publishers, 2002.
- Burton, Janet E.. *Monastic and religious orders in Britain, 1000-1300*. Cambridge University Press, 1994.

- Carpenter, D. A. *The struggle for mastery: Britain 1066-1284*. London: Penguin, 2004.
- Chibnall, Marjorie. *Anglo-Norman England, 1066-1166*. New York: Basil Blackwell, 1987.
- Douglas, David Charles, 1898-. *William the Conqueror; the Norman impact upon England*. Berkeley, University of California Press, 1964.
- Given-Wilson, Chris. *An illustrated history of late medieval England*. Manchester; New York: Manchester University Press; New York: Distributed exclusively in the USA and Canada by St. Martin's Press, 1996.
- Huscroft, Richard. *The Norman Conquest: a new introduction*. Harlow, England; New York: Pearson/Longman, 2009.
- Myers, A. R. (Alec Reginald), 1912-1980. *England in the late Middle Ages*. Harmondsworth, Middlesex, Eng.: Penguin Books, 1976.
- Rubin, Miri, 1956-. *The hollow crown: a history of Britain in the late Middle Ages*. London: Penguin, 2006.
- Stenton, Doris Mary Parsons, Lady. *English society in the early middle ages, (1066-1307)*. Harmondsworth: Penguin, 1965.
- Stringer, K. J. (Keith John). *The reign of Stephen: kingship, warfare, and government in twelfth-century England*. London; New York: Routledge, 1993.

## Cuba

- (Organization), Human Rights Watch. *Cuba's repressive machinery: human rights forty years after the revolution*. New York: Human Rights Watch, 1999.
- Bethell, Leslie. *A cultural history of Latin America: literature, music, and the visual arts in the 19th and 20th centuries*. Cambridge; New York: Cambridge University Press, 1998.
- Brandon, George, 1947-. *Santeria from Africa to the new world: the dead sell memories*. Bloomington: Indiana University Press, 1997.
- Corbett, Ben. *This is Cuba: an outlaw culture survives*. Cambridge, MA: Westview, 2004.
- Fauriol, Georges A, et al. *Cuba: the international dimension*. New Brunswick (U.S.A.): Transaction Publishers, 1990.
- Gott, Richard, 1938-. *Cuba: a new history*. New Haven: Yale University Press, 2004.
- Kolko, Gabriel. *Century of war: politics, conflicts, and society since 1914*. New York: New Press: Distributed by W.W. Norton, 1994.
- McAlister, Lyle N. *Spain and Portugal in the New World, 1492-1700*. Minneapolis: University of Minnesota Press, 1984.
- Sweig, Julia, et al. *Inside the Cuban Revolution [electronic resource]: Fidel Castro and the urban underground*. Cambridge, MA: Harvard University Press, 2002.
- Thomas, Hugh, 1931-. *The slave trade: the story of the Atlantic slave trade, 1440-1870*. New York, NY: Simon & Schuster, 1997.

## William Halsey Jr.

- Borneman, Walter R., 1952-. *The admirals: Nimitz, Halsey, Leahy, and King--the five-star admirals who won the war at sea*. New York: Little, Brown and Co., 2012.
- Buell, Thomas B. cn. *The quiet warrior: a biography of Admiral Raymond A. Spruance*. Boston, Little, Brown, 1974.
- Drury, Bob, et al. *Halsey's typhoon: the true story of a fighting admiral, an epic storm, and an untold rescue*. New York: Atlantic Monthly Press: Distributed by Publishers Group West, 2007.
- Dull, Paul S. *A battle history of the Imperial Japanese Navy, 1941-1945*. Annapolis: Naval Institute Press, 1978.
- Frank, Richard B.. *Guadalcanal*. Random House, 1990.
- Melton, Buckner F.. *Sea Cobra*. Lyons Press, 2007.
- Parshall, Jonathan B., 1962-;Tully, Anthony P., 1961-. *Shattered sword: the untold story of the Battle of Midway*. Washington, D.C.: Potomac Books, 2005.
- Potter, E. B. (Elmer Belmont), 1908-. *Bull Halsey*. Annapolis, Md.: Naval Institute Press, 1985.
- Potter, E. B. (Elmer Belmont), 1908-. *Nimitz*. Annapolis, Md.: Naval Institute Press, 1976.

- Thomas, Evan. *Sea of Thunder*. Simon & Schuster, 2006.
- Tuohy, William. *America's Fighting Admirals*. Zenith Press, 2007.

## Ronald Reagan

- Cannon, Lou. *President Reagan: the role of a lifetime*. New York: PublicAffairs, 2000.
- Cannon, Lou. *Ronald Reagan*. PublicAffairs, 2001.
- Crile, George. *Charlie Wilson's war: the extraordinary story of the largest covert operation in history*. New York: Atlantic Monthly Press, 2003.
- Kengor, Paul, 1966-. *God and Ronald Reagan: a spiritual life*. New York: Regan Books, 2004.
- Pemberton, William E.. *Exit with honor*. M.E. Sharpe, 1997.
- Reagan, Ronald. *An American life*. New York: Simon and Schuster, 1990.
- Reagan, Ronald, et al. *The Reagan diaries*. New York: HarperCollins, 2007.
- Reeves, Richard, 1936-. *President Reagan: the triumph of imagination*. New York: Simon & Schuster, 2005.
- Stahl, Lesley. *Reporting live*. New York: Simon & Schuster, 1999.
- Taranto, James, et al. *Presidential leadership: rating the best and the worst in the White House*. New York: Wall Street Journal Books, 2004.
- Troy, Gil. *Morning in America: how Ronald Reagan invented the 1980s*. Princeton, N.J.: Princeton University Press, 2005.

## Jimi Hendrix

- Aledort, Andy, et al. *Jimi Hendrix: a step-by-step breakdown of his guitar styles and techniques*. Milwaukee, WI: Hal Leonard Corp., 1996.
- Black, Johnny. *Jimi Hendrix*. Thunder's Mouth Press, 1999.
- Buckland, Gail. *Who shot rock & roll: a photographic history, 1955 to the present*. New York: Alfred A. Knopf, 2009.
- George-Warren, Holly, et al. *The Rolling stone encyclopedia of rock & roll*. New York: Fireside, 2001.
- Hendrix, James A. (James Allen), 1919-2002. *My son Jimi*. Seattle: AlJas Enterprises, 1999.
- Kruth, John. *Bright moments: the life & legacy of Rahsaan Roland Kirk*. New York: Welcome Rain Publishers, 2000.
- Larkin, Colin. *All time top 1000 albums*. London: Virgin, 1998.
- Roby, Steven, et al. *Becoming Jimi Hendrix: from Southern crossroads to psychedelic London, the untold story of a musical genius*. Philadelphia: Da Capo Press, 2010.
- Shapiro, Harry, et al. *Jimi Hendrix, electric gypsy*. New York: St. Martin's Griffin, 1995.
- Trynka, Paul. *Rock hardware*. 1996, 1996.
- Whitburn, Joel. *Joel Whitburn's top R & B singles, 1942-1988*. Menomonee Falls, Wis.: Record Research Inc., 1988.

## Jungian interpretation of religion

- Christ, Carol P, et al. *Womanspirit rising: a feminist reader in religion*. [San Francisco]: HarperSanFrancisco, 1992.
- Clift, Jean Dalby. *The hero journey in dreams*. New York, N.Y.: Crossroad, 1988.
- Clift, Jean Dalby, et al. *Symbols of transformation in dreams*. New York: Crossroad, 1984.
- Hillman, James. *The dream and the underworld*. New York: Harper & Row, 1979.
- Hillman, James. *We've had a hundred years of psychotherapy - and the world's getting worse*. HarperSanFrancisco, 1993.
- Jung, C. G. (Carl Gustav), 1875-1961. *Civilization in transition*. [Princeton, N.J.]: Princeton University Press, 1970.
- Jung, C. G. (Carl Gustav), 1875-1961. *Psychology and religion: West and East*. New York: Pantheon Books, 1958.
- Moore, Robert L, et al. *The lover within: accessing the lover in the male psyche*. New York: W. Morrow, 1993.

- Moore, Robert L, et al. *The warrior within: accessing the knight in themale psyche*. New York: W. Morrow and Co, 1992.
- Plaskow, Judith, et al. *Weaving the visions: new patterns in feminist spirituality*. San Francisco: Harper & Row, 1989.
- Sanford, John A. *The kingdom within: the inner meaning of Jesus' sayings*. San Francisco: HarperSanFrancisco, 1987.

## Speciation

- Ayala, Francisco José, 1934-. *Population and evolutionary genetics: a primer*. Menlo Park, Calif.: Benjamin/Cummings Pub. Co., 1982.
- Bernstein, Carol, 1941-. *Aging, sex, and DNA repair*. San Diego: Academic Press, 1991.
- Eldredge, Niles. *Time frames: the rethinking of Darwinian evolution and the theory of punctuated equilibria*. New York: Simon and Schuster, 1985.
- Gould, Stephen Jay. *The panda's thumb: more reflections in natural history*. New York: Norton, 1982.
- Grant, Verne. *Plant speciation. --*. New York: Columbia University Press, 1971.
- Mayr, Ernst, 1904-. *Animal species and evolution*. Cambridge, Belknap Press of Harvard University Press, 1963.
- Michod, Richard E. *Darwinian dynamics: evolutionary transitions in fitness and individuality*. Princeton, N.J.: Princeton University Press, 1999.
- Michod, Richard E. *Eros and evolution: a natural philosophy of sex*. Reading, Mass.: Addison-Wesley Pub. Co., 1995.
- Schilthuizen, Menno. *Frogs, flies, and dandelions*. Oxford University Press, 2001.
- White, M. J. D. (Michael James Denham), 1910-1983. *Modes of speciation*. San Francisco: W. H. Freeman, 1978.

## Samizdat

- Bowlt, John E, et al. *Russian samizdat art: essays*. New York: Willis Locker & Owens Pub., 1986.
- Bukovskiĭ, Vladimir Konstantinovich, 1942-. *To build a castle: my life as a dissenter*. New York: Viking Press, 1979.
- Medvedev, Roĭ Aleksandrovich. *The Samizdat register*. New York: Norton, 1977.
- Reddaway, Peter, compiler. *Uncensored Russia: protest and dissent in the Soviet Union; the unofficial Moscow journal, a Chronicle of current events*. New York, American Heritage Press, 1972.
- Saunders, George, 1936- comp. *Samizdat: voices of the Soviet opposition*. New York, Monad Press; distributed by Pathfinder Press, 1974.
- Shentalinskiĭ, Vitaliĭ. *Arrested voices*. Martin Kessler Books, Free Press, 1996.
- Skilling, H. Gordon (Harold Gordon), 1912-2001. *Samizdat and an independent society in Central and Eastern Europe*. Columbus: Ohio State University Press, 1989.
- Svirskiĭ, Grigoriĭ, 1921-. *A history of post-war Soviet writing: the literature of moral opposition*. Ann Arbor, MI: Ardis Publishers, 1981.
- Urban, Michael E.. *The rebirth of politics in Russia*. Cambridge University Press, 1997.
- Woll, Josephine. *Soviet dissident literature, a critical guide*. Boston, Mass.: G.K. Hall, 1983.
- Yurchak, Alexei, 1960-. *Everything was forever, until it was no more: the last Soviet generation*. Princeton, NJ: Princeton University Press, 2006.

## John von Neumann

- Dyson, George, 1953-. *Darwin among the machines: the evolution of global intelligence*. Reading, MA: Perseus Books, 1998.
- Groves, Leslie R., 1896-1970. cn. *Now it can be told; the story of the Manhattan project*. New York, Harper, 1962.
- Heims, Steve J. *John Von Neumann and Norbert Wiener: from mathematics to the technologies of life and death*. Cambridge, Mass.: MIT Press, 1980.

- Mirowski, Philip, 1951-. *Machine dreams: economics becomes a cyborg science*. Cambridge; New York: Cambridge University Press, 2002.
- Morgenstern, Oskar, 1902-. *Mathematical theory of expanding and contracting economies*. Lexington, Mass.: Lexington Books, 1976.
- Nasar, Sylvia. *A beautiful mind: the life of mathematical genius and Nobel Laureate John Nash*. New York: Simon & Schuster, 2001.
- Pais, Abraham. *J. Robert Oppenheimer*. Oxford University Press, 2005.
- Regis, Edward, 1944-. *Who got Einstein's office?: eccentricity and genius at the Institute for Advanced Study*. Reading, Mass.: Addison-Wesley, 1987.
- Slater, Robert, 1943-. *Portraits in silicon*. Cambridge, Mass.: MIT Press, 1989.
- Van Heijenoort, Jean, 1912-1986. *From Frege to Gödel: a source book in mathematical logic, 1879-1931*. Cambridge: Harvard University Press, 1967.
- Von Neumann, John, 1903-1957. *Continuous geometry*. Princeton, N.J.: Princeton University Press, 1998.

## Music of Minnesota

- Blegen, Theodore Christian, 1891-1969. *Minnesota: a history of the State*. [Minneapolis]: University of Minnesota Press, 1975.
- Blush, Steven, et al. *American hardcore [electronic resource]: a tribal history*. [Los Angeles, Calif.?]: Feral House, 2010.
- Brackett, Nathan, 1968-, et al. *The new Rolling Stone album guide*. New York: Simon & Schuster, 2004.
- Brewster, Bill, et al. *Last night a dj saved my life: the history of the disc jockey*. New York: Grove Press, 2000.
- Greene, Victor. *A passion for polka: old-time ethnic music in America*. Berkeley: University of California Press, 1992.
- Mayer, Frank Blackwell, 1827-1899. *With pen and pencil on the frontier in 1851: the diary and sketches of Frank Blackwell Mayer*. St. Paul: Minnesota Historical Society Press, 1986.
- Mitchell, Jack W., 1941-. *Listener supported: the culture and history of public radio*. Westport, Conn.: Praeger, 2005.
- Unterberger, Richie, 1962-. *Music USA: the rough guide*. London: Rough Guides, 1999.
- Whitburn, Joel. *Joel Whitburn's Top R & B albums, 1965-1998*. Menomonee Falls, Wis.: Record Research, 1999.
- Yanni,, et al. *Yanni in words*. New York: Miramax Books: Hyperion, 2002.
- Zietz, Karyl Lynn. *Opera companies and houses of the United States: a comprehensive, illustrated reference*. Jefferson, N.C.: McFarland, 1994.

## Felix Mendelssohn

- Barr, John, 1934-. *The Officina Bodoni: Montagnola, Verona: books printed by Giovanni Mardersteig on the hand press, 1923-1977*. London: Published by British Museum Publications for the British Library, 1978.
- Brown, Clive, 1947-. *A portrait of Mendelssohn*. New Haven: Yale University Press, 2003.
- Chorley, Henry Fothergill, 1808-1872, et al. *Thirty years' musical recollections*. New York, Vienna House, 1972.
- Mendelssohn-Bartholdy, Felix, 1809-1847, et al. *Felix Mendelssohn, a life in letters*. New York: Fromm International Pub. Corp., 1986.
- Mercer-Taylor, Peter Jameson. *The Cambridge companion to Mendelssohn*. Cambridge; New York: Cambridge University Press, 2004.
- Mercer-Taylor, Peter Jameson. *The life of Mendelssohn*. Cambridge; New York: Cambridge University Press, 2000.
- Rosen, Charles, 1927-. *The romantic generation*. Cambridge, MA.: Harvard University Press, 1995.
- Steinberg, Michael, 1928-. *The concerto: a listener's guide*. New York: Oxford University Press, 1998.
- Studwell, William E. (William Emmett), 1936-. *The national and religious song reader: patriotic, traditional, and sacred songs from around the world*. New York: Haworth Press, 1996.

- Werner, Eric, 1901-1988. *Mendelssohn; a new image of the composer and his age*. [New York]: Free Press of Glencoe, 1963.

## Space Race

- Angelo, Joseph A. *Encyclopedia of space and astronomy*. New York, NY: Facts On File, 2006.
- Cadbury, Deborah. *Space race: the epic battle between America and the Soviet Union for dominion of space*. New York: HarperCollins, 2006.
- Chambers, John Whiteclay, et al. *The Oxford companion to American military history*. New York: Oxford University Press, 1999.
- Cornwell, John, 1940-. *Hitler's scientists: science, war, and the devil's pact*. New York: Viking, 2003.
- Dallek, Robert. *An unfinished life*. Little, Brown, and Co., 2003.
- Gainor, Chris. *Arrows to the moon: Avro's engineers and the space race*. Burlington, Ont.: Apogee Books, 2001.
- Hardesty, Von, 1939-. *Epic rivalry: the inside story of the Soviet and American space race*. Washington, D.C.: National Geographic, 2007.
- Kraft, Christopher C. *Flight: my life in mission control*. New York: Dutton, 2001.
- Neufeld, Michael J., 1951-. *The rocket and the reich: Peenemünde and the coming of the ballistic missile era*. New York: Free Press, 1995.
- Schefter, James L. *The race: the uncensored story of how America beat Russia to the moon*. New York: Doubleday, 1999.
- Slayton, Donald K.. *Deke!*. Forge, 1994.

## Johnny Carson

- Bushkin, Henry, author. *Johnny Carson*. Houghton Mifflin Harcourt, 2013.
- Carson, Johnny, 1925-, et al. *Misery is ... a blind date*. Garden City, N.Y., Doubleday, 1967.
- Carson, Johnny, 1925-2005, et al. *Happiness is ... a dry martini*. New York: Doubleday, 1965.
- Corkery, Paul, 1946-. *Carson: the unauthorized biography*. Ketchum, ID: Randt, 1987.
- Corkery, Paul, 1946- author. *Carson: the unauthorized biography*. Ketchum, ID: Randt & Company, 1987.
- Leamer, Laurence. *King of the night: the life of Johnny Carson*. New York: Morrow, 1989.
- McMahon, Ed. *Here's Johnny!: my memories of Johnny Carson, the Tonight show, and 46 years of friendship*. Nashville, Tenn.: Rutledge Hill Press, 2005.
- Nachman, Gerald. *Seriously funny*. Pantheon Books, 2003.
- Smith, Ronald L., 1952-. *Johnny Carson: an unauthorized biography*. New York: St. Martin's Press, 1987.
- Sweeney, Don, 1952-. *Backstage at The tonight show: from Johnny Carson to Jay Leno*. Lanham, Md.: Taylor Trade Pub., 2006.
- Tennis, Craig. *Johnny tonight!*. New York: Pocket Books, 1980.

## Lewis Powell (conspirator)

- Bak, Richard, 1954-. *The day Lincoln was shot: an illustrated chronicle*. Dallas, Tex.: Taylor Pub., 1998.
- Carter, Samuel, III, 1904-1988. *The riddle of Dr. Mudd*. New York: Putnam, 1974.
- Evans, C. Wyatt. *The legend of John Wilkes Booth: myth, memory, and a mummy*. Lawrence: University Press of Kansas, 2004.
- Katz, D. Mark. *Witness to an era*. Viking, 1991.
- Kunhardt, Philip B., 1951-. *Looking for Lincoln: the making of an American icon*. New York: Alfred A. Knopf, 2008.
- Larson, Kate Clifford. *The assassin's accomplice: Mary Surratt and the plot to kill Abraham Lincoln*. New York Basic Books, 2008.
- Leonard, Elizabeth D. *Lincoln's avengers: justice, revenge, and reunion after the Civil War*. New York: W.W. Norton & Co., 2004.
- Schroeder-Lein, Glenna R., 1951-. *Andrew Johnson: a biographical companion*. Santa Barbara, Calif.: ABC-CLIO, 2001.
- Swanson, James L., 1959-. *Manhunt: the twelve-day chase for Lincoln's killer*. Harper Perennial, 2007.

- Tidwell, William A, et al. *Come retribution: the Confederate secret service and the assassination of Lincoln*. Jackson: University Press of Mississippi, 1988.
- Trefousse, Hans L. (Hans Louis), 1921-2010. *Andrew Johnson: a biography*. New York, N.Y.: W.W. Norton & Co., 1997.

## Atheism

- Angeles, Peter Adam, 1931-. *Dictionary of philosophy*. New York: Barnes & Noble Books, 1981.
- Buckley, Michael J. *At the origins of modern atheism*. New Haven: Yale University Press, 1987.
- Harris, Sam, 1967-. *The end of faith: religion, terror, and the future of reason*. New York: W.W. Norton & Co., 2005.
- Kramer, Kenneth, 1941-. *World scriptures: an introduction to comparative religions*. New York: Paulist Press, 1986.
- Krueger, Douglas E. *What is atheism?: a short introduction*. Amherst, NY: Prometheus Books, 1998.
- Martin, Michael, 1932 Feb. 3-. *Atheism: a philosophical justification*. Philadelphia: Temple University Press, 1990.
- Matthews, Carol S., 1961-. *New religions*. Philadelphia: Chelsea House Publishers, 2005.
- Nielsen, Kai, 1926-. *Philosophy & atheism: in defense of atheism*. Buffalo, N.Y.: Prometheus Books, 1985.
- Shermer, Michael. *How we believe: the search for God in an age of science*. New York: W.H. Freeman, 2000.
- Smith, George H.. *Atheism*. Prometheus Books, 1979.
- Thrower, James, 1936-1999. *A short history of western atheism*. London, Pemberton Books, 1971.

## Entertainment

- Clarke, Mary, 1923-2015. *The history of dance*. New York: Crown Publishers, 1981.
- Geipel, John, 1937-. *The cartoon; a short history of graphic comedy and satire*. South Brunswick, A.S. Barnes, 1972.
- Hancocks, David. *A different nature: the paradoxical world of zoos and their uncertain future*. Berkeley: University of California Press, 2001.
- Jenkins, Henry, 1958-. *Convergence culture: where old and new media collide*. New York: New York University Press, 2006.
- Mordden, Ethan. *All that glittered*. St. Martin's Press, 2007.
- Mullin, Bernard James. *Sport marketing*. Champaign, IL: Human Kinetics, 2007.
- Rothwell, Kenneth S. (Kenneth Sprague). *A history of Shakespeare on screen: a century of film and television*. Cambridge; New York: Cambridge University Press, 1999.
- Short, Robert L. *The gospel according to Peanuts*. Richmond, Va.: John Knox Press, 1965.
- Spigel, Lynn. *Make room for TV: television and the family ideal in postwar America*. Chicago: University of Chicago Press, 1992.
- Van Zile, Judy. *Perspectives on Korean dance*. Middletown, Conn.: Wesleyan University Press, 2001.
- Wyver, John. *The moving image: an international history of film, television, and video*. New York: B. Blackwell; London: BFI Pub., 1989.

## Pacifism

- Brock, P. *Pacifism in the United States: from the colonial era to the First World War*. Princeton UP, 1968.
- Brock, Peter, 1920-. *Pacifism in Europe to 1914. -*. Princeton, N.J.: Princeton University Press, 1972.
- Brock, Peter, 1920-2006. *Pacifism in the twentieth century*. Syracuse, N.Y.: Distributed by Syracuse University Press, 1999.
- Ceadel, Martin. *Pacifism in Britain, 1914-1945: the defining of a faith*. Oxford: Clarendon Press; New York: Oxford University Press, 1980.
- Chatfield, Charles, 1934-, et al. *The American peace movement: ideals and activism*. New York: Twayne Publishers; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1992.

- Ingram, Norman. *The politics of dissent: pacifism in France 1919-1939*. Oxford: Clarendon Press; New York: Oxford University Press, 1991.
- Laqueur, Walter, 1921-, et al. *European peace movements and the future of the Western Alliance*. New Brunswick, U.S.A.: Transaction Books, 1985.
- Lewy, Guenter, 1923-. *Peace & revolution: the moral crisis of American pacifism*. Grand Rapids, Mich.: W.B. Eerdmans Pub. Co., 1988.
- Lunardini, Christine A.. *The ABC-CLIO companion to the American peace movement in the twentieth century*. ABC-CLIO, 1994.
- Socknat, Thomas Paul. *Witness against war: pacifism in Canada, 1900-1945*. Toronto; Buffalo: University of Toronto Press, 1987.
- Wittner, Lawrence S. *Rebels against war: the American peace movement, 1941-1960*. Philadelphia: Columbia University Press, 1970.

## Productivity-improving technologies

- Bjork, Gordon C. *The way it worked and why it won't: structural change and the slowdown of U.S. economic growth*. Westport, Conn.: Praeger, 1999.
- Chandler, Alfred D. *The Visible hand: the managerial revolution in American business*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1977.
- Fogel, Robert William. *Railroads and American economic growth: essays in econometric history*. Baltimore, Johns Hopkins Press, 1970.
- Hunter, Louis C. *A history of industrial power in the United States, 1780-1930*. Charlottesville: Published for the Eleutherian Mills-Hagley Foundation by the University Press of Virginia, 1979.
- McNeil, Ian, ed. *An Encyclopaedia of the history of technology [electronic resource]*. London: Routledge, 1990.
- Misa, Thomas J.. *A nation of steel*. Johns Hopkins University Press, 1995.
- Musson, A. E. (Albert Edward), 1920-, et al. *Science and technology in the Industrial Revolution*. Toronto: University of Toronto Press, 1969.
- Paepke, C. Owen. *The evolution of progress: the end of economic growth and the beginning of human transformation*. New York: Random House, 1993.
- Rifkin, Jeremy. *The end of work: the decline of the global labor force and the dawn of the post-market era*. New York: G.P. Putnam's Sons, 1995.
- Rosenberg, Nathan, 1927-. *Inside the black box: technology and economics*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1982.
- Thomson, Ross. *The path to mechanized shoe production in the United States*. Chapel Hill: University of North Carolina Press, 1989.

## 2001: A Space Odyssey (film)

- Agel, Jérôme. *The Making of Kubrick's 2001*. New York: New American Library, 1970.
- Block, Alex Ben, et al. *George Lucas's blockbusting: a decade-by-decade survey of timeless movies including untold secrets of their financial and cultural success*. New York: itBooks, 2010.
- Brosnan, John. *Future tense: the cinema of science fiction*. New York: St. Martin's Press, 1978.
- Carr, Jay, et al. *The A list: the National Society of Film Critics' 100 essential films*. Cambridge, MA: Da Capo Press, 2002.
- Dyson, Freeman J. *Disturbing the universe*. New York: Harper & Row, 1979.
- Evans, Gary, 1944-. *In the national interest: a chronicle of the National Film Board of Canada from 1949 to 1989*. Toronto; Buffalo: University of Toronto Press, 1991.
- Geduld, Carolyn. *Filmguide to 2001: a space odyssey*. Bloomington: Indiana University Press, 1973.
- Gelmis, Joseph, 1935-. *The film director as superstar*. Garden City, N.Y.: Doubleday, 1970.
- Johnson, William, 1927- comp. *Focus on the science fiction film*. Englewood Cliffs, N.J., Prentice-Hall, 1972.
- LoBrutto, Vincent. *Stanley Kubrick: a biography*. London: Faber and Faber, 1998.
- Richter, Dan. *Moonwatcher's memoir*. Carroll & Graf Publishers, 2002.

## Race and intelligence

- Alland, Alexander. *Race in Mind*. Palgrave Macmillan, 2002.
- Flynn, James R. (James Robert), 1934- author. *Are we getting smarter?: rising IQ in the twenty-first century*. Cambridge; New York: Cambridge University Press, 2012.
- Gould, Stephen Jay. *The mismeasure of man*. New York: Norton, 1981.
- Graves, Joseph L., 1955-. *The Emperor's new clothes: biological theories of race at the millennium*. New Brunswick, N.J.: Rutgers University Press, 2001.
- Greenfield, Patricia Marks, et al. *Cross-cultural roots of minority child development*. Hillsdale, N.J.: L. Erlbaum Associates, 1994.
- Herrnstein, Richard J, et al. *The bell curve: intelligence and class structure in American life*. New York: Free Press, 1994.
- Jensen, Arthur Robert. *Educability and group differences*. New York: Harper & Row, 1973.
- Jensen, Arthur Robert. *The g factor: the science of mental ability*. Westport, Conn.: Praeger, 1998.
- Mackintosh, N. J.. *IQ and human intelligence*. Oxford University Press, 1998.
- Nisbett, Richard E.. *Intelligence and how to get it*. W. W. Norton & Co., 2009.

## Heinrich Müller (Gestapo)

- Bauer, Yehuda, et al. *A history of the holocaust*. New York: F. Watts, 1982.
- Burleigh, Michael, 1955-. *The Third Reich: a new history*. London: Macmillan; New York: Hill and Wang, 2000.
- Dams, Carsten, author. *The Gestapo: power and terror in the Third Reich*. Oxford, United Kingdom: Oxford University Press, 2014.
- Dawidowicz, Lucy S. *The war against the Jews, 1933-1945*. New York: Holt, Rinehart and Winston, 1975.
- Evans, Richard J.. *The Third Reich at war*. Penguin Press, 2008.
- Gilbert, Martin, 1936-2015. *The Holocaust: a history of the Jews of Europe during the Second World War*. New York: Holt, Rinehart, and Winston, 1986.
- Graber, G. S. *History of the SS*. New York: D. McKay, 1978.
- Hilberg, Raul, 1926-. *The destruction of the European Jews*. New York: Holmes & Meier, 1985.
- Noakes, Jeremy, et al. *Nazism, 1919-1945: a documentary reader*. [Exeter, Devon]: University of Exeter, 1983.
- Padfield, Peter. *Himmler: Reichsführer-SS*. New York: Holt, 1991.
- Parrish, Thomas (Thomas D.), et al. *The Simon and Schuster encyclopedia of World War II*. New York: Simon and Schuster, 1978.

## Benjamin Disraeli

- Aldous, Richard. *The Lion and the Unicorn*. W. W. Norton, 2007.
- Blake, Robert, 1916-2003. *Disraeli*. New York, St. Martin's Press, 1967.
- Bradford, Sarah, 1938-. *Disraeli*. New York: Stein and Day, 1983.
- Conacher, J. B. comp. *The emergence of British parliamentary democracy in the nineteenth century: the passing of the Reform Acts of 1832, 1867, and 1884-1885*. New York: Wiley, 1971.
- Disraeli, Benjamin, 1804-1881. *Benjamin Disraeli letters*. Toronto; Buffalo: University of Toronto Press, 1982.
- Gash, Norman. *Sir Robert Peel; the life of Sir Robert Peel after 1830*. Totowa, N.J., Rowman and Littlefield, 1972.
- Hibbert, Christopher, 1924-2008. *Disraeli: a personal history*. London: Harper Perennial, 2005.
- Kirsch, Adam, 1976-. *Benjamin Disraeli*. New York: Nextbook: Schocken, 2008.
- Magnus, Philip (Philip Montefiore), Sir, 1906-. *Gladstone: a biography*. London: John Murray, 1954.
- Seton-Watson, R. W. (Robert William), 1879-1951. *Disraeli, Gladstone, and the Eastern question; a study in diplomacy and party politics*. New York, Norton, 1972.
- Woodward, E. L. (Ernest Llewellyn), 1890-1971. *The Age of Reform: 1815-1870*. Oxford: The Clarendon Press, 1962.

## Gregory Pence

- Pence, Gregory E. *Brave new bioethics*. Lanham: Rowman & Littlefield, 2002.
- Pence, Gregory E. *Classic cases in medical ethics: accounts of cases that have shaped medical ethics, with philosophical, legal, and historical bacgrounds*. Boston, Mass.: McGraw-Hill, 2004.
- Pence, Gregory E. *Classic cases in medical ethics: accounts of the cases and issues that define medical ethics*. New York: McGraw-Hill Higher Education, 2008.
- Pence, Gregory E. *Classic cases in medical ethics: accounts of the cases that have shaped medical ethics, with philosophical, legal, and historical backgrounds*. New York: McGraw-Hill, 1990.
- Pence, Gregory E. *Cloning after Dolly: who's still afraid of human cloning*. Lanham: Rowman & Littlefield Publishers, 2004.
- Pence, Gregory E. *Re-creating medicine: ethical issues at the frontiers of medicine*. Lanham, MD: Rowman & Littlefield, 2000.
- Pence, Gregory E. *Who's afraid of human cloning?*. Lanham [Md.]: Rowman & Littlefield, 1998.
- Pence, Gregory E.. *Classic cases in medical ethics*. McGraw-Hill, 1995.
- Stephens, G. Lynn. *Seven dilemmas in world religions*. New York: Paragon House, 1994.

## His Dark Materials

- Gresh, Lois H. *Exploring Philip Pullman's His dark materials: an unauthorized adventure through The golden compass, the subtle knife, and the amber spyglass*. New York: St. Martin's Griffin, 2007.
- Gribbin, Mary, et al. *The science of Philip Pullman's His dark materials*. New York: Knopf: Distributed by Random House, 2005.
- Pullman, Philip. *Once Upon A Time In The North.*. Gardners Books, 2008.
- Pullman, Philip, 1946-. *Northern lights*. London: Scholastic, 1998.
- Pullman, Philip, 1946-. *The subtle knife*. London: Scholastic, 1998.
- Rayment-Pickard, Hugh. *The Devil's account: Philip Pullman and Christianity*. London: Darton Longman & Todd, 2004.
- Squires, Claire. *Philip Pullman's His dark materials trilogy: a reader's guide*. New York: Continuum, 2004.
- Squires, Claire. *Philip Pullman, master storyteller: a guide to the worlds of His dark materials*. New York: Continuum, 2006.
- Tucker, Nicholas. aut. *Darkness visible: inside the world of Philip Pullman*. New York: Ibooks, 2004.
- Wheat, Leonard F., 1931-. *Philip Pullman's His dark materials--a multiple allegory: attacking religious superstition in The lion, the witch, and the wardrobe and Paradise lost*. Amherst, N.Y.: Prometheus Books, 2008.

## Robert C. Tucker

- Gaddis, John Lewis. *The Cold War: a new history*. New York: Penguin Press, 2005.
- Lenin, Vladimir Ilich, 1870-1924, et al. *The Lenin anthology*. New York, Norton, 1975.
- None,. *Stalinism: essays in historical interpretation*. New York, NY: Norton, 1977.
- Tucker, Robert C. *Philosophy and myth in Karl Marx*. Cambridge [Eng.]: University Press, 1961.
- Tucker, Robert C. *Stalin in power: the revolution from above, 1928-1941*. New York: Norton, 1990.
- Tucker, Robert C, et al. *The Marx-Engels reader*. New York: Norton, 1978.
- Tucker, Robert C, et al. *The Marxian revolutionary idea*. New York, Norton, 1969.
- Tucker, Robert C. (Robert Charles), 1918-2010. *Political culture and leadership in Soviet Russia: from Lenin to Gorbachev*. New York: Norton, 1987.
- Tucker, Robert C. (Robert Charles), 1918-2010. *Stalin as revolutionary, 1879-1929; a study in history and personality*. New York, Norton, 1973.
- Ziegler, Charles E.. *The history of Russia*. Greenwood Press, 1999.

## USS Monitor

- Allen, Thomas B, et al. *Harriet Tubman, secret agent: how daring slaves and free Blacks spied for the Union during the Civil War*. Washington, D.C.: National Geographic, 2006.
- Anderson, Bern. *By sea and by river: the naval history of the Civil War*. New York, N.Y.: Da Capo Press, 1989.
- Baxter, James Phinney, 1893-1975. *The introduction of the ironclad warship*. [Hamden, Conn.] Archon Books, 1968.
- Davis, Kenneth C.. *Don't know much about the Civil War*. William Morrow, 1996.
- Geer, George S, et al. *The Monitor chronicles: one sailor's account: today's campaign to recover the Civil War wreck*. New York: Simon & Schuster, 2000.
- Leckie, Robert. *None died in vain: the saga of the American Civil War*. New York: Harper & Row, 1990.
- Mokin, Arthur, 1923-. *Ironclad: the Monitor and the Merrimack*. Novato, CA: Presidio, 1991.
- Quarstein, John V. *The battle of the Ironclads*. Charleston, SC: Arcadia, 1999.
- Varhola, Michael J., 1966-. *Everyday life during the Civil War*. Cincinnati, Ohio: Writer's Digest Books, 1999.

### Allen Young (writer)

- Diamond, Stephen. *What the trees said; life on a new age farm*. New York, Delacorte Press, 1971.
- Duberman, Martin B. *Stonewall*. New York, N.Y., U.S.A.: Dutton, 1993.
- Glessing, Robert J. *The underground press in America*. Bloomington, Indiana, University Press, 1970.
- Jay, Karla. *Out of the closets; voices of gay liberation*. [New York: Douglas Book Corp.], 1972.
- Jay, Karla, et al. *Lavender culture*. New York: Jove Publications, 1979.
- Marotta, Toby. *The politics of homosexuality*. Boston: Houghton Mifflin, 1981.
- Mungo, Raymond, 1946-. *Famous long ago; my life and hard times with Liberation News Service*. Boston, Beacon Press, 1970.
- Young, Allen, 1941-. *Gay sunshine interview: interview with Allen Young*. Bolinas [Calif.]: Grey Fox Press, 1974.
- Young, Allen, 1941-. *Gays under the Cuban Revolution*. San Francisco: Grey Fox Press, 1981.

### Lionel Trilling

- Arnold, Matthew, 1822-1888, et al. *The portable Matthew Arnold;*. New York, Viking Press, 1949.
- Jones, Ernest, 1879-1958;Trilling, Lionel, 1905-1975;Marcus, Steven. *The life and work of Sigmund Freud*. New York: Basic Books, 1961.
- Trilling, Lionel, 1905-1975. *Beyond culture; essays on literature and learning*. New York, Viking Press, 1965.
- Trilling, Lionel, 1905-1975. *E.M. Forster*. Norfolk, Conn., New Directions Books, 1943.
- Trilling, Lionel, 1905-1975. *Freud and the crisis of our culture*. Boston, Beacon Press, 1955.
- Trilling, Lionel, 1905-1975. *The experience of literature; a reader with commentaries*. Garden City, N.Y.: Doubleday, 1967.
- Trilling, Lionel, 1905-1975, comp. *Literary criticism; an introductory reader*. New York, Holt, Rinehart, and Winston, 1970.
- Trilling, Lionel, 1905-1975, et al. *Of this time, of that place, and other stories*. New York: Harcourt Brace Jovanovich, 1979.
- Trilling, Lionel, 1905-1975, et al. *Speaking of literature and society*. New York: Harcourt Brace Jovanovich, 1980.
- Trilling, Lionel, 1905-1975, et al. *The broken mirror: a collection of writings from contemporary Poland*. New York: Random House, 1958.
- Trilling, Lionel, 1905-1975, et al. *The last decade: essays and reviews, 1965-1975*. New York: Harcourt Brace Jovanovich, 1979.

### William Howe, 5th Viscount Howe

- Alden, John Richard, 1908-1991. *The American Revolution, 1775-1783*. New York: Harper, 1954.

- Anderson, Troyer Steele, 1900-1948. *The command of the Howe brothers during the American Revolution*. New York, London, Oxford University Press, 1936.
- Billias, George Athan, 1919-. *George Washington's opponents: British generals and admirals in the American Revolution*. New York, Morrow, 1969.
- Buchanan, John. *The road to Valley Forge: how Washington built the army that won the Revolution*. Hoboken, N.J.: John Wiley & Sons, 2004.
- Fleming, Thomas J. *Washington's secret war: the hidden history of Valley Forge*. New York: Smithsonian Books/Collins, 2005.
- Higginbotham, Don. *The war of American independence*. Macmillan, 1971.
- Ketchum, Richard M., 1922-. *Saratoga: turning point of America's Revolutionary War*. New York: H. Holt, 1997.
- Leckie, Robert, 1920-2001. *George Washington's war: the saga of the American Revolution*. New York: HarperCollins, 1992.
- Mintz, Max M., 1919-. *The generals of Saratoga: John Burgoyne & Horatio Gates*. New Haven: Yale University Press, 1990.
- Pancake, John S. *This destructive war: the British campaign in the Carolinas, 1780-1782*. University, AL: University of Alabama Press, 1985.
- WILLCOX, William Bradford. *Portrait of a general. Sir Henry Clinton in the War of Independence. [With portraits and maps.]*. New York: Alfred A. Knopf, 1964.

## Ivan Illich

- Derber, Charles. *Power in the highest degree*. Oxford University Press, 1990.
- Gray, Francine du Plessix. *Divine disobedience: profiles in Catholic radicalism*. New York, Knopf, 1970.
- Illich, Ivan, 1926-. *Deschooling society*. New York, Harper & Row, 1971.
- Illich, Ivan, 1926-. *Gender*. New York: Pantheon Books, 1982.
- Illich, Ivan, 1926-. *Medical nemesis: the expropriation of health*. London: Calder & Boyars, 1975.
- Illich, Ivan, 1926-. *The rivers north of the future: the testament of Ivan Illich as told to David Cayley*. Toronto: House of Anansi Press, 2005.
- Illich, Ivan, 1926-. *Tools for conviviality*. New York, Harper & Row, 1973.
- Illich, Ivan, 1926-, et al. *ABC: the alphabetization of the popular mind*. San Francisco: North Point Press, 1988.
- Illich, Ivan, 1926-2002. *In the mirror of the past: lectures and addresses, 1978-1990*. New York: M. Boyars, 1992.
- Illich, Ivan, 1926-2002. *Shadow work*. Boston; London: M. Boyars, 1981.
- Illich, Ivan, 1926-2002. *Toward a history of needs*. New York: Pantheon Books, 1978.

## Paris

- Burchell, S. C. *Imperial masquerade; the Paris of Napoleon III*. New York, Atheneum, 1971.
- Combeau, Yvan. *Histoire de Paris*. Paris: Presses universitaires de France, 2013.
- Cronin, Vincent. *Paris on the eve, 1900-1914*. St. Martin's Press, 1991.
- Garrioch, David. *The making of revolutionary Paris*. Berkeley: University of California Press, 2002.
- Horne, Alistair. *Seven ages of Paris*. New York: A.A. Knopf: Distributed by Random House, 2002.
- Jones, Colin, 1947-. *Paris: biography of a city*. New York: Viking, 2005.
- Jones, Colin, 1947-. *The Cambridge illustrated history of France*. Cambridge [England]; New York: Cambridge University Press, 1999.
- Kaberry, Rachel, et al. *The mini rough guide to Paris*. London: Rough Guides, 2001.
- Knapp, Andrew. *The government and politics of France*. London; New York, NY: Routledge, 2006.
- Phillips, Betty Lou. *The French connection*. Layton, Utah: Gibbs Smith, 2005.

## Islamic terrorism

- Anonymous,, et al. *Imperial hubris: why the West is losing the war on terror*. Dulles, Virginia: Brassey's, Inc., 2004.

258 of 337

A-4625

- Esposito, John L.. *The Islamic threat*. Oxford University Press, 1995.
- Fadl, Khaled Abou El. *The great theft*. HarperSanFrancisco, 2005.
- Fregosi, Paul. *Jihad in the West: Muslim conquests from the 7th to the 21st centuries*. Amherst, N.Y.: Prometheus Books, 1998.
- Kepel, Gilles. *Jihad: the trail of political Islam*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2002.
- Kepel, Gilles. *The war for Muslim minds: Islam and the West*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2004.
- Lacey, Robert. *Inside the Kingdom*. Viking, 2009.
- Laden, Osama Bin. *Messages to the world*. Verso, 2005.
- Mearsheimer, John J, et al. *The Israel lobby and U.S. foreign policy*. New York: Farrar, Straus and Giroux, 2007.
- Roy, Olivier. *The failure of political Islam*. Harvard University Press, 1994.
- Sageman, Marc. *Understanding terror networks*. Philadelphia: University of Pennsylvania Press, 2004.

## Anti-Americanism

- Bradley, John R.. *Saudi Arabia Exposed*. Palgrave Macmillan, 2005.
- Chesnoff, Richard Z., 1937-. *The arrogance of the French: why they can't stand us, and why the feeling is mutual*. New York: Sentinel, 2005.
- Joffe, Josef. *{uml}Uberpower: the imperial temptation of America*. New York: W. W. Norton & Co., 2006.
- Markovits, Andrei S. *Uncouth nation: why Europe dislikes America*. Princeton: Princeton University Press, 2007.
- Pells, Richard H.. *Not like us*. Basic Books, 1997.
- Preston, Paul. *Franco*. BasicBooks, a division of HarperCollins, 1994.
- Revel, Jean-François. *Anti-Americanism*. Encounter Books, 2003.
- Roger, Philippe, 1949-. *The American enemy: a story of French anti-Americanism*. Chicago: University of Chicago Press, 2005.
- Strauss, David, 1937-. *Menace in the West: the rise of French anti-Americanism in modern times*. Westport, Conn.: Greenwood Press, 1978.
- Sweig, Julia, et al. *Friendly fire: losing friends and making enemies in the anti-American century*. New York: Public Affairs, 2006.

## Southeast Asia

- Barwise, J. M, et al. *A traveller's history of Southeast Asia*. New York: Interlink Books, 2002.
- Cady, John F. (John Frank), 1901-1996. *Southeast Asia: its historical development*. New York, McGraw-Hill, 1964.
- Cady, John F. (John Frank), 1901-1996. *The roots of French imperialism in Eastern Asia*. Ithaca, N.Y., Published for the American Historical Association [by] Cornell University Press, 1954.
- Chester, R. (Roy), 1936-. *Furnace of creation, cradle of destruction: a journey to the birthplace of earthquakes, volcanoes, and tsunamis*. New York: AMACOM, 2008.
- Embree, Ainslie Thomas,Asia Society. *Encyclopedia of Asian history*. New York: Scribner; London: Collier Macmillan, 1988.
- Leinbach, Thomas R., 1941-, et al. *Southeast Asia: diversity and development*. Upper Saddle River, N.J.: Prentice Hall, 2000.
- Osborne, Milton E. *Region of revolt; focus on Southeast Asia*. [Rushcutters Bay, N.S.W.] Pergamon Press (Australia), 1970.
- Osborne, Milton E. *Southeast Asia: an introductory history*. St. Leonards, NSW, Australia: Allen & Unwin, 2000.
- Taylor, Jean Gelman, 1944-. *Indonesia: peoples and histories*. New Haven: Yale University Press, 2003.
- Ulack, Richard, 1942-, et al. *Atlas of Southeast Asia*. New York: Macmillan Pub. Co.; London: Collier Macmillan Pub., 1989.
- Williams, Lea E. *Southeast Asia: a history*. New York: Oxford University Press, 1976.

## John Marshall

- Baker, Leonard. *John Marshall: a life in law.*. Macmillan, 1974.
- Goldstone, Lawrence. *The activist*. Walker & Co, 2008.
- Hobson, Charles F. *The great chief justice: John Marshall and the rule of law*. Lawrence: University Press of Kansas, 1996.
- Martin, Fenton S. *The U.S. Supreme Court: a bibliography*. Washington, D.C.: Congressional Quarterly, 1990.
- McCullough, David G. *John Adams*. New York: Simon & Schuster Paperbacks, 2008.
- Robarge, David Scott. *A chief justice's progress: John Marshall from revolutionary Virginia to the Supreme Court*. Westport, Conn.: Greenwood Press, 2000.
- Schwartz, Bernard, 1923-1997. *A history of the Supreme Court*. New York: Oxford University Press, 1995.
- Simon, James F. *What kind of nation: Thomas Jefferson, John Marshall, and the epic struggle to create a United States*. New York: Simon & Schuster, 2002.
- Sloan, Cliff, et al. *The great decision: Jefferson, Adams, Marshall, and the battle for the Supreme Court*. New York: PublicAffairs, 2009.
- Smith, Jean Edward. *John Marshall: definer of a nation*. New York: H. Holt & Co., 1998.
- Stites, Francis N. *John Marshall, defender of the Constitution*. Boston: Little, Brown, 1981.

## Muhammad Zia-ul-Haq

- Ali, Tariq. *The leopard and the fox: a Pakistani tragedy*. London: Seagull Books, 2007.
- Bennett Jones, Owen. *Pakistan: eye of the storm*. New Haven [Conn.]: Yale University Press, 2002.
- Booth, Martin. *Opium: a history*. New York: St. Martin's Griffin, 1999.
- Coll, Steve. *Ghost wars: the secret history of the CIA, Afghanistan, and bin Laden, from the Soviet invasion to September 10, 2001*. New York: Penguin Press, 2004.
- Crile, George. *Charlie Wilson's war: the extraordinary story of the largest covert operation in history*. New York: Atlantic Monthly Press, 2003.
- Frank, Katherine. *Indira: the life of Indira Nehru Gandhi*. Boston; New York: Houghton Mifflin Co, 2002.
- Hamilton, Dwight, 1963-. *Terror threat: international and homegrown terrorists and their threat to Canada*. Toronto: Dundurn Press, 2007.
- Hanif, Mohammed. *A case of exploding mangoes*. New York: Alfred A. Knopf, 2008.
- SARDAR, ZIAUDDIN. *DESPERATELY SEEKING PARADISE: JOURNEYS OF A SCEPTICAL MUSLIM.*. GRANTA, 2004.
- Talbot, Ian. *Pakistan, a modern history*. St. Martin's Press, 1998.
- Wynbrandt, James. *A brief history of Pakistan*. New York: Facts On File, 2008.

## Robert Kegan

- Argyris, Chris, 1923-2013. *Organizational traps: leadership, culture, organizational design*. Oxford; New York: Oxford University Press, 2010.
- Basseches, Michael. *Dialectical thinking and adult development*. Norwood, N.J.: Ablex Pub. Corp., 1984.
- Heifetz, Ronald A. (Ronald Abadian), 1951-. *Leadership without easy answers*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1994.
- Josselson, Ruthellen. *The space between us: exploring the dimensions of human relationships*. San Francisco: Jossey-Bass Publishers, 1992.
- Kegan, Robert. *How the way we talk can change the way we work: seven languages for transformation*. San Francisco: Jossey-Bass, 2001.
- Kegan, Robert. *In over our heads: the mental demands of modern life*. Cambridge, Mass.: Harvard University Press, 1994.
- Kegan, Robert. *The evolving self: problem and process in human development*. Cambridge, Mass.: Harvard University Press, 1982.
- Kegan, Robert. *The sweeter welcome: voices for a vision of affirmation, Bellow, Malamud and Martin Buber*. Needham Heights, Mass.: Humanities Press, 1976.

- Kegan, Robert, et al. *Immunity to change: how to overcome it and unlock potential in yourself and your organization*. Boston, Mass.: Harvard Business Press, 2009.
- Schwartz, Tony. *The way we're working isn't working*. Free Press, 2010.
- Vaillant, George E.. *The wisdom of the ego*. Harvard University Press, 1993.

## Presidency of William McKinley

- Brodsky, Alyn. *Grover Cleveland*. St. Martin's Press, 2000.
- Gould, Lewis L. *The Presidency of William McKinley*. Lawrence: Regents Press of Kansas, 1980.
- Graff, Henry F. (Henry Franklin), 1921-. *Grover Cleveland*. New York: Times Books, 2002.
- Jensen, Richard J. *The winning of the Midwest: social and political conflict, 1888-1896*. Chicago: University of Chicago Press, 1971.
- Kazin, Michael, 1948-. *A godly hero: the life of William Jennings Bryan*. New York: Knopf, 2006.
- Leech, Margaret, 1893-1974. *In the days of McKinley*. New York, Harper, 1959.
- Miller, Scott. *The President and the assassin*. Random House, 2011.
- Morgan, H. Wayne (Howard Wayne). 1n. *William McKinley and his America*. [Syracuse, N.Y.] Syracuse University Press, 1963.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.
- Phillips, Kevin P.. *William McKinley*. Times Books, 2003.
- Pratt, Walter F.. *The Supreme Court under Edward Douglass White, 1910-1921*. University of South Carolina Press, 1999.

## Theodor Eicke

- Allen, Michael Thad. *The business of genocide*. University of North Carolina Press, 2002.
- Bauer, Yehuda, et al. *A history of the holocaust*. New York: F. Watts, 1982.
- Breitman, Richard. *The architect of genocide*. Knopf; 1st edition, 1991.
- Dams, Carsten, author. *The Gestapo: power and terror in the Third Reich*. Oxford, United Kingdom: Oxford University Press, 2014.
- Dawidowicz, Lucy S. *The war against the Jews, 1933-1945*. New York: Holt, Rinehart and Winston, 1975.
- Gilbert, Martin, 1936-2015. *The Holocaust: a history of the Jews of Europe during the Second World War*. New York: Holt, Rinehart, and Winston, 1986.
- Overy, R. J. *The Penguin historical atlas of the Third Reich*. London: Penguin Books Ltd.; New York: Penguin Books USA Inc., 1996.
- Sofsky, Wolfgang. *The order of terror: the concentration camp*. Princeton, N.J.: Princeton University Press, 1997.
- Spielvogel, Jackson J., 1939-. *Hitler and Nazi Germany: a history*. Englewood Cliffs, N.J.: Prentice Hall, 1992.
- Stein, George H., 1934-. *The Waffen SS: Hitler's elite guard at war, 1939-1945*. Ithaca, N.Y.: Cornell University Press, 1984.
- Williamson, D. G. *The Third Reich*. London; New York: Longman, 2002.

## Louis Simpson

- Simpson, Louis. *Three on the tower: the lives and works of Ezra Pound, T. S. Eliot, and William Carlos Williams*. New York: Morrow, 1975.
- Simpson, Louis Aston Marantz, 1923-. *At the end of the open road, poems*. Middletown, Conn., Wesleyan University Press, 1963.
- Simpson, Louis Aston Marantz, 1923-. *The character of the poet*. Ann Arbor: University of Michigan Press, 1986.
- Simpson, Louis Aston Marantz, 1923-. *There you are: poems*. Brownsville, OR: Story Line Press, 1995.
- Simpson, Louis Aston Marantz, 1923- . dn. *Adventures of the letter I*. New York, Harper & Row, 1971.

261 of 337

A-4628

- Simpson, Louis, 1923-. _The owner of the house: new collected poems, 1940-2001_. Rochester, NY: BOA Editions, 2003.
- Simpson, Louis, 1923-2012. _In the room we share_. New York: Paragon House, 1990.
- Simpson, Louis, 1923-2012. _Modern poets of France: a bilingual anthology_. Ashland, OR: Story Line Press, 1997.
- Simpson, Louis, 1923-2012. _Selected prose_. New York: Paragon House, 1989.
- Simpson, Louis, 1923-2012. _Struggling times: poems_. Rochester, NY: BOA Editions, 2009.
- Simpson, Louis, 1923-2012. _Voices in the distance: selected poems_. Tarset [England]: Bloodaxe, 2010.

## Salsa music

- García, David F. _Arsenio Rodríguez and the transnational flows of Latin popular music_. Philadelphia, PA: Temple University Press, 2006.
- Loza, Steven Joseph. _Tito Puente and the making of Latin music_. Urbana: University of Illinois Press, 1999.
- Manuel, Peter, 1952-. _Essays on Cuban music: North American and Cuban perspectives_. Lanham, Md.: University Press of America, 1991.
- Manuel, Peter, 1952-, et al. _Caribbean currents: Caribbean music from rumba to reggae_. Philadelphia: Temple University Press, 1995.
- Marre, Jeremy, et al. _Beats of the heart: popular music of the world_. New York: Pantheon Books, 1985.
- Morales, Ed. _The Latin beat_. Da Capo, 2003.
- Roberts, John Storm. _Black music of two worlds_. New York, Praeger, 1972.
- Roberts, John Storm. _The Latin tinge: the impact of Latin American music on the United States_. New York: Oxford University Press, 1979.
- Rondón, César Miguel. _The book of salsa_. University of North Carolina Press, 2008.
- Unterberger, Richie, 1962-. _Music USA: the rough guide_. London: Rough Guides, 1999.
- Washburne, Christopher. _Sounding salsa: performing Latin music in New York City_. Philadelphia: Temple University Press, 2008.

## Economic anthropology

- Bohannan, Paul, ed, et al. _Markets in Africa_. [Evanston, Ill.] Northwestern University Press, 1962.
- Brenner, Suzanne April, 1960-. _The domestication of desire: women, wealth, and modernity in Java_. Princeton, N.J.: Princeton University Press, 1998.
- Dalton, George. _Economic anthropology and development; essays on tribal and peasant economies. --_. New York: Basic Books, 1971.
- Graeber, David. _Debt: the first 5,000 years_. Brooklyn, N.Y.: Melville House, 2011.
- Gudeman, Stephen. _Economics as culture: models and metaphors of livelihood_. London; Boston: Routledge & K. Paul, 1986.
- Hertz, Ellen. _The trading crowd: an ethnography of the Shanghai stock market_. Cambridge [England]; New York: Cambridge University Press, 1998.
- Maurer, Bill, 1968-. _Mutual life, limited: Islamic banking, alternative currencies, lateral reason_. Princeton, N.J.: Princeton University Press, 2005.
- Rudnyckyj, Daromir, 1972-. _Spiritual economies: Islam, globalization, and the afterlife of development_. Ithaca: Cornell University Press, 2010.
- Sahlins, Marshall David, 1930-. _Stone age economics_. Chicago: Aldine-Atherton, 1972.
- Schrauwers, Albert. _Colonial 'reformation' in the highlands of Central Sulawesi, Indonesia, 1892-1995_. Toronto: University of Toronto Press, 2000.
- Wilk, Richard R. _Economies and cultures: foundations of economic anthropology_. Boulder, Colo.: WestviewPress, 1996.

## Health promotion

- Chenoweth, David H., 1952-. _Worksite health promotion_. Champaign, IL: Human Kinetics, 2007.

- DiClemente, Ralph J, et al. *Emerging theories in health promotion practice and research: strategies for improving public health*. San Francisco: Jossey-Bass, 2002.
- Downie, R. S. (Robert Silcock). *Health promotion: models and values*. Oxford; New York: Oxford University Press, 1996.
- Dychtwald, Ken, 1950- . cn, et al. *Wellness and health promotion for the elderly*. Rockville, Md.: Aspen Systems Corp., 1986.
- Green, Lawrence W. *Health promotion planning: an educational and ecological approach*. Mountain View, CA: Mayfield Pub. Co., 1999.
- Green, Lawrence W. *Measurement and evaluation in health education and health promotion*. Palo Alto, Calif.: Mayfield Pub. Co., 1986.
- Heckheimer, Estelle. *Health promotion of the elderly in the community*. Philadelphia: W.B. Saunders, 1989.
- Leddy, Susan. *Health promotion: mobilizing strengths to enhance health, wellness, and well-being*. Philadelphia: F.A. Davis, 2006.
- Teague, Michael L., 1946-. *Health promotion programs: achieving high-level wellness in the later years*. Indianapolis, Ind.: Benchmark Press, 1987.

## Aristotle

- Aristotle,. *The politics*. Chicago: University of Chicago Press, 1984.
- Ferguson, John, 1921-1989. *Aristotle*. New York, Twayne Publishers, 1972.
- Green, Peter, 1924-. *Alexander of Macedon, 356-323 B.C: a historical biography*. Berkeley: University of California Press, 1991.
- Held, Julius Samuel, 1905-. *Rembrandt's Aristotle, and other Rembrandt studies*. Princeton, N.J.: Princeton University Press, 1969.
- Krippner, Stanley, 1932-. *Dreamtime and dreamwork: decoding the language of the night*. Los Angeles, CA: J.P. Tarcher; New York: St. Martin's Press, 1990.
- Lindberg, David C.. *The beginnings of Western science*. University of Chicago Press, 1992.
- Mayr, Ernst, 1904-2005. *The growth of biological thought: diversity, evolution, and inheritance*. Cambridge, Mass.: Belknap Press, 1982.
- McLeish, Kenneth. *Aristotle*. Routledge, 1999.
- Moore, Ruth E. *The earth we live on; the story of geological discovery*. New York, Knopf, 1956.
- Swanson, Judith A. (Judith Ann), 1957-. *The public and the private in Aristotle's political philosophy*. Ithaca: Cornell University Press, 1992.

## Japan–United States relations

- Dower, John W. *Japan in war and peace: selected essays*. New York: New Press, 1993.
- Dower, John W. *War without mercy: race and power in the Pacific war*. New York: Pantheon Books, 1986.
- Dulles, Foster Rhea, 1900-1970. *Yankees and samurai; America's role in the emergence of modern Japan: 1791-1900*. New York, Harper & Row, 1965.
- Emmerson, John K, et al. *The eagle and the rising sun: America and Japan in the twentieth century*. Stanford, Calif.: Stanford Alumni Association, 1987.
- Nester, William R., 1956-. *Power across the Pacific: a diplomatic history of American relations with Japan*. Washington Square, N.Y.: New York University Press, 1996.
- Neu, Charles E. cn. *An uncertain friendship: Theodore Roosevelt and Japan, 1906-1909*. Cambridge, Mass., Harvard University Press, 1967.
- Neumann, William L. (William Louis), 1915-. *America encounters Japan; from Perry to MacArthur*. Baltimore, Johns Hopkins Press, 1969.
- Reischauer, Edwin O. (Edwin Oldfather), 1910-. *The United States and Japan*. New York: Viking, 1965.
- Roosa, Robert V. *The United States and Japan in the international monetary system, 1946-1985*. New York: Group of Thirty, 1986.

263 of 337

- Thorne, Christopher G. *The limits of foreign policy: the West, the League, and the Far Eastern crisis of 1931-1933*. New York, Putnam, 1973.
- Utley, Jonathan G., 1942-. *Going to war with Japan, 1937-1941*. Knoxville: University of Tennessee Press, 1985.

## Dan Jenkins

- Jenkins, Dan. *Baja Oklahoma*. New York: Atheneum, 1981.
- Jenkins, Dan. *Fairways and greens*. Doubleday, 1994.
- Jenkins, Dan. *Fast copy: a novel*. New York: Simon and Schuster, 1988.
- Jenkins, Dan. *His ownself: a semi-memoir*. New York: Double Day, a division of Random House, LLC, 2014.
- Jenkins, Dan. *Jenkins at the Majors*. Doubleday, 2009.
- Jenkins, Dan. *Rude behavior: a novel*. New York: Doubleday, 1998.
- Jenkins, Dan. *Semi-tough*. New York, Atheneum, 1972.
- Jenkins, Dan. *Slim and none: a novel*. New York: Doubleday, 2005.
- Jenkins, Dan. *The franchise babe: a novel*. New York: Doubleday, 2008.
- Jenkins, Dan. *The money-whipped steer-job three-jack give-up artist: a novel*. New York: Doubleday, 2001.
- Jenkins, Dan. *You gotta play hurt: a novel*. New York: Simon and Schuster, 1991.

## Burger Court

- Blasi, Vincent, 1943-. *The Burger Court: the counter-revolution that wasn't*. New Haven: Yale University Press, 1983.
- Greenhouse, Linda. *Becoming Justice Blackmun: Harry Blackmun's Supreme Court journey*. New York: Times Books: H. Holt and Co., 2006.
- Hutchinson, Dennis J. *The man who once was Whizzer White: a portrait of Justice Byron R. White*. New York: Free Press, 1998.
- Irons, Peter H.. *A people's history of the Supreme Court*. Penguin Books, 2006.
- Martin, Fenton S. *The U.S. Supreme Court: a bibliography*. Washington, D.C.: Congressional Quarterly, 1990.
- Murphy, Bruce Allen. *Wild Bill: the legend and life of William O. Douglas*. New York: Random House, 2003.
- None,. *The justices of the United States Supreme Court: their lives and major opinions*. New York: Chelsea House Publishers, 1997.
- Schwartz, Bernard. *A history of the Supreme Court*. Oxford University Press, 1995.
- Schwartz, Bernard, 1923-. *The Burger Court: counter-revolution or confirmation?*. New York: Oxford University Press, 1998.
- Tomlins, Christopher L., 1951-, et al. *The United States Supreme Court: the pursuit of justice*. Boston: Houghton Mifflin, 2005.
- Urofsky, Melvin I. *The Supreme Court justices: a biographical dictionary*. New York: Garland Pub., 1994.

## The Awful Truth

- Eagan, Daniel. *America's film legacy: the authoritative guide to the landmark movies in the National Film Registry*. New York: Continuum, 2010.
- Garnett, Tay, et al. *Light your torches and pull up your tights*. New Rochelle, N.Y., Arlington House, 1973.
- Larkin, Rochelle. *Hail, Columbia*. New Rochelle, N.Y.: Arlington House, 1975.
- Leonard, William T. *Theatre: stage to screen to television*. Metuchen, N.J.: Scarecrow Press, 1981.
- Morecambe, Gary, 1956-. *Cary Grant: in name only*. London: Robson, 2001.
- Pallot, James. *The movie guide*. Berkeley Pub. Group, 1995.
- Parish, James Robert. *The RKO gals*. New Rochelle, N.Y., Arlington House, 1974.
- Pickard, Roy. *Hollywood gold: the award winning movies*. New York: Taplinger Pub. Co., 1979.

- Thomas, Bob, 1922-2014. *King Cohn: the life and times of Hollywood mogul Harry Cohn*. New York: McGraw-Hill, 1990.
- Vermilye, Jerry. *The films of the thirties*. Secaucus, N.J.: Citadel Press, 1982.
- Wansell, Geoffrey, 1945-. *Cary Grant, haunted idol*. London: Collins, 1983.

## Charles Evans Hughes

- Ferrell, Robert H. *The presidency of Calvin Coolidge*. Lawrence: University Press of Kansas, 1998.
- Glad, Betty. *Charles Evans Hughes and the illusions of innocence; a study in American diplomacy. --*. Urbana: University of Illinois Press, 1966.
- Hendel, Samuel, 1909-. *Charles Evans Hughes and the Supreme Court. --*. New York: Russell & Russell, 1968.
- Martin, Fenton S. *The U.S. Supreme Court: a bibliography*. Washington, D.C.: Congressional Quarterly, 1990.
- None,. *The justices of the United States Supreme Court: their lives and major opinions*. New York: Chelsea House Publishers, 1997.
- Pusey, Merlo John, 1902-. *Charles Evans Hughes*. New York, Macmillan, 1951.
- Shesol, Jeff. *Supreme power: Franklin Roosevelt vs. the Supreme Court*. New York: W.W. Norton, 2010.
- Simon, James F. *FDR and Chief Justice Hughes: the president, the Supreme Court, and the epic battle over the New Deal*. New York: Simon & Schuster, 2012.
- Trani, Eugene P, et al. *The Presidency of Warren G. Harding*. Lawrence: Regents Press of Kansas, 1989.
- Urofsky, Melvin I. *The Supreme Court justices: a biographical dictionary*. New York: Garland Pub., 1994.
- Wesser, Robert F. *Charles Evans Hughes; politics and reform in New York, 1905-1910*. Ithaca, N.Y.: Cornell University Press, 1967.

## Charles Dickens

- Atkinson, Paul, 1947-. *The ethnographic imagination: textual constructions of reality*. London; New York: Routledge, 1990.
- Cochrane, Robertson, 1937-. *Wordplay: origins, meanings, and usage of the English language*. Toronto; Buffalo: University of Toronto Press, 1996.
- Hobsbaum, Philip. *A reader's guide to Charles Dickens*. Syracuse University Press, 1998.
- Jackson, Kenneth T. *The encyclopedia of New York City*. New Haven, Ct.: Yale University Press; New York: New-York Historical Society, 1995.
- Kaplan, Fred, 1937-. *Dickens: a biography*. New York: Morrow, 1988.
- Lodge, David, 1935-. *Consciousness & the novel: connected essays*. Cambridge, Mass.: Harvard University Press, 2002.
- Nayder, Lillian. *The other Dickens*. Cornell University Press, 2011.
- Nayder, Lillian. *Unequal partners: Charles Dickens, Wilkie Collins, and Victorian authorship*. Ithaca, N.Y.: Cornell University Press, 2002.
- Nisbet, Ada. *Dickens & Ellen Ternan;*. Berkeley: University of California Press, 1952.
- Raina, Badri, 1941-. *Dickens and the dialectic of growth*. Madison, Wis.: University of Wisconsin Press, 1986.
- Waller, P. J. (Philip J.). *Writers, readers, and reputations: literary life in Britain, 1870-1918*. Oxford; New York: Oxford University Press, 2006.

## Scarface (1932 film)

- Bergreen, Laurence. *Capone: the man and the era*. New York: Simon & Schuster, 1994.
- Clarens, Carlos. *Crime movies: from Griffith to The Godfather and beyond*. New York: Norton, 1980.
- Doherty, Thomas Patrick. *Pre-code Hollywood: sex, immorality, and insurrection in American cinema, 1930-1934*. New York: Columbia University Press, 1999.
- Eagan, Daniel. *America's film legacy: the authoritative guide to the landmark movies in the National Film Registry*. New York: Continuum, 2010.

265 of 337

- Hossent, Harry. *Gangster movies: gangsters, hoodlums and tough guys of the screen*. London: Octopus Books, 1974.
- Mast, Gerald, 1940-. *Howard Hawks, storyteller*. New York: Oxford University Press, 1982.
- Rice, Christina, 1974- author. *Ann Dvorak: Hollywood's forgotten rebel*. University Press of Kentucky, 2013.
- Smyth, J. E.. *Reconstructing American Historical Cinema*. University Press of Kentucky, 2006.
- Thomas, Tony, 1927-1997. *Howard Hughes in Hollywood*. Secaucus, N.J.: Citadel Press, 1985.
- Vaughn, Stephen, 1947-. *Freedom and entertainment: rating the movies in an age of new media*. New York: Cambridge University Press, 2006.

## Tammany Hall

- Allen, Oliver E.. *The tiger*. Addison-Wesley, 1993.
- Connable, Alfred, et al. *Tigers of Tammany; nine men who ran New York*. New York, Holt, Rinehart, and Winston, 1967.
- Erie, Steven P. *Rainbow's end: Irish-Americans and the dilemmas of urban machine politics, 1840-1985*. Berkeley: University of California Press, 1988.
- Finegold, Kenneth, 1957-. *Experts and politicians: reform challenges to machine politics in New York, Cleveland, and Chicago*. Princeton, N.J.: Princeton University Press, 1995.
- Hershkowitz, Leo. *Tweed's New York: another look*. Garden City, N.Y.: Anchor Press, 1977.
- Lash, Joseph P., 1909-. *Eleanor: the years alone*. New York, Norton, 1972.
- Moscow, Warren. *The last of the big-time bosses; the life and times of Carmine De Sapio and the rise and fall of Tammany Hall*. New York, Stein and Day, 1971.
- Mushkat, Jerome. *Fernando Wood: a political biography*. Kent, Ohio: Kent State University Press, 1990.
- Parmet, Herbert S, et al. *Aaron Burr; portrait of an ambitious man*. New York, Macmillan, 1967.
- Plunkitt, George Washington, et al. *Plunkitt of Tammany Hall: a series of very plain talks on very practical politics, delivered by ex-Senator George Washington Plunkitt, the Tammany philosopher, from his rostrum-the New York County Court House bootblack stand*. New York: Dutton, 1963.
- Werner, M. R. (Morris Robert), 1897-1981. *Tammany Hall*. Garden City, N.Y., Doubleday, Doran & Co., 1928.

## East Asia–United States relations

- Cohen, Warren I. *Pacific passage: the study of American--East Asian relations on the eve of the twenty-first century*. New York: Columbia University Press, 1996.
- Dulles, Foster Rhea, 1900-1970. *China and America; the story of their relations since 1784*. Princeton, N.J., Princeton University Press, 1946.
- Dulles, Foster Rhea, 1900-1970. cn. *American policy toward Communist China, 1949-1969*. New York, Crowell, 1972.
- Ebrey, Patricia Buckley, 1947- author. *East Asia: a cultural, social, and political history*. Boston, MA: Wadsworth, 2014.
- Feis, Herbert, 1893-1972, author. *The China tangle: the American effort in China from Pearl Harbor to the Marshall mission*. Princeton, New Jersey: Princeton University Press, 1953.
- Iriye, Akira. *Across the Pacific: an inner history of American-East Asian relations*. New York, Harcourt, Brace & World, 1967.
- Johnson, Sheila K. *American attitudes toward Japan, 1941-1975*. Washington: American Enterprise Institute for Public Policy Research, 1975.
- Posadas, Barbara Mercedes, 1945-. *The Filipino Americans*. Westport, Conn.: Greenwood Press, 1999.
- Reischauer, Edwin O. (Edwin Oldfather), 1910-. *My life between Japan and America*. New York: Harper & Row, 1986.
- Thorne, Christopher G. *The limits of foreign policy; the West, the League, and the Far Eastern crisis of 1931-1933*. New York, Putnam, 1973.

## Biofeedback

266 of 337

- Basmajian, John V., 1921-. *Muscles alive: their functions revealed by electromyography*. Baltimore, Williams & Wilkins, 1967.
- Bernard, Claude, et al. *An introduction to the study of experimental medicine*. New York: Dover, 1957.
- Brown, Barbara B. *Between health and illness: new notions on stress and the nature of well being*. Boston: Houghton Mifflin, 1984.
- Brown, Barbara B. *New mind, new body: bio-feedback; new directions for the mind*. Toronto; New York: Bantam Books, 1975.
- Brown, Barbara B. *New mind, new body: bio-feedback: new directions for the mind*. New York, Harper & Row, 1974.
- Brown, Barbara B. *The alpha syllabus: a handbook of human EEG alpha activity*. Springfield, Ill.: Charles C. Thomas, 1974.
- Butler, Francine. *Biofeedback: a survey of the literature*. New York: IFI/Plenum, 1978.
- None,. *Biofeedback: principles and practice for clinicians*. Baltimore: Williams & Wilkins, 1979.
- Olton, David S, et al. *Biofeedback: clinical applications in behavioral medicine*. Englewood Cliffs, N.J.: Prentice-Hall, 1980.
- Sackett, David L. *Evidence-based medicine: how to practice and teach EBM*. Edinburgh; New York: Churchill Livingstone, 2000.
- Stern, Robert Morris, 1937-, et al. *Psychophysiological recording*. Oxford [England]; New York: Oxford University Press, 2001.

## State terrorism

- Chomsky, Noam. *The Washington connection and Third World fascism*. Boston: South End Press, 1979.
- Chomsky, Noam. *The culture of terrorism*. Boston, MA: South End Press, 1988.
- Gage, Beverly. *The day Wall Street exploded: a story of America in its first age of terror*. Oxford; New York: Oxford University Press, 2009.
- Herbst, Philip. *Talking terrorism: a dictionary of the loaded language of political violence*. Westport, CT: Greenwood Press, 2003.
- Herman, Edward S. *The real terror network: terrorism in fact and propaganda*. Boston: South End Press, 1982.
- Hoffman, Bruce. *Inside terrorism*. Columbia University Press, 1998.
- Kushner, Harvey W. *Encyclopedia of terrorism*. Thousand Oaks, Calif.: Sage Publications, 2003.
- Laqueur, Walter, 1921-. *No end to war: terrorism in the twenty-first century*. New York: Continuum, 2003.
- Lerner, K. Lee, et al. *Terrorism: essential primary sources*. Detroit: Thomson Gale, 2006.
- Moloney, Ed, 1948-. *A secret history of the IRA*. New York: W.W. Norton, 2003.
- Sluka, Jeffrey A. *Death squad: the anthropology of state terror*. Philadelphia: University of Pennsylvania Press, 2000.

## History of Lisbon

- Catlos, Brian A., author. *Infidel kings and unholy warriors: faith, power, and violence in the age of crusade and jihad*. New York: Farrar, Straus and Giroux, 2014.
- Hughes, Andy K., author. *A history of political scandals: sex, sleaze and spin.*. Barnsley: Pen & Sword History, 2013.
- Kiep, Walther Leisler, 1926-. *Bridge builder: an insider's account of over sixty years in post-war reconstruction, international diplomacy, and German-American relations*. West Lafayette, Ind.: Purdue University Press, 2012.
- Lloyd, Alan B. *Herodotus, book II: introduction*. Leiden: Brill, 1975.
- McAlister, Lyle N. *Spain and Portugal in the New World, 1492-1700*. Minneapolis: University of Minnesota Press, 1984.
- Purcell, Mary, 1906-. *Saint Anthony and his times*. Garden City, N.Y., Hanover House, 1960.
- Reid, Michael, author. *Brazil: the troubled rise of a global power*. New Haven: Yale University Press, 2014.

- Renouf, Norman. *Lisbon & the Surrounding Coast [electronic resource]*. West Palm Beach: Hunter Publishing, 2013.
- Sitwell, Sacheverell, 1897-1988, ed, et al. *Great houses of Europe*. New York, Putnam, 1961.
- Strom, Yale. *The expulsion of the Jews: five hundred years of exodus*. New York: S.P.I. Books, 1992.
- Turner, Jane, 1956-. *The Grove dictionary of art*. New York: St. Martin's Press, 2000.

## Oneida Community

- Community, Oneida. *Mutual criticism*. Syracuse, N.Y.: Syracuse University Press, 1975.
- Fischer, Gayle V. *Pantaloons and power: a nineteenth-century dress reform in the United States*. Kent, Ohio: Kent State University Press, 2001.
- Foster, Lawrence, 1947-. *Women, family, and utopia: communal experiments of the Shakers, the Oneida Community, and the Mormons*. Syracuse, N.Y.: Syracuse University Press, 1991.
- Foster, Lawrence, 1947- author. *Religion and sexuality: the Shakers, the Mormons, and the Oneida Community*. Urbana: University of Illinois Press, 1984.
- Klaw, Spencer, 1920-. *Without sin: the life and death of the Oneida community*. [New York]: Viking, 1993.
- Mandelker, Ira L., 1952-. *Religion, society, and utopia in nineteenth-century America*. Amherst: University of Massachusetts Press, 1984.
- Robertson, Constance Noyes. *Oneida Community: the breakup, 1876-1881*. [Syracuse] Syracuse University Press, 1972.
- Robertson, Constance Noyes, compiler. *Oneida Community: an autobiography, 1851-1876*. Syracuse, N.Y.: Syracuse University Press, 1970.
- Ryan, Mary P. *Cradle of the middle class: the family in Oneida County, New York, 1790-1865*. Cambridge, Eng.; New York: Cambridge University Press, 1981.
- Spurlock, John C., 1954-. *Free love: marriage and middle-class radicalism in America, 1825-1860*. New York: New York University Press, 1988.

## Max Weber

- Bendix, Reinhard. *Max Weber: an intellectual portrait*. Berkeley: University of California Press, 1977.
- Hobsbawm, E. J. (Eric J.), 1917-. *The age of empire, 1875-1914*. New York: Pantheon Books, 1987.
- Mitzman, Arthur, 1931-. *The iron cage: an historical interpretation of Max Weber*. New Brunswick, NJ: Transaction Books, 1985.
- Mommsen, Wolfgang J., 1930-. *Max Weber and German politics, 1890-1920*. Chicago: University of Chicago Press, 1984.
- Sashkin, Marshall, 1944-. *Leadership that matters: the critical factors for making a difference in people's lives and organizations' success*. San Francisco: Berrett-Koehler, 2003.
- Schumpeter, Joseph Alois, 1883-1950. *History of economic analysis*. New York: Oxford University Press, 1954.
- Warner, Daniel. *An ethic of responsibility in international relations*. Boulder, Colo.: L. Rienner, 1991.
- Weber, Marianne, et al. *Max Weber: a biography*. New Brunswick: Transaction Books, 1988.
- Weber, Max. *Law in Economy and Society*. Harvard UP, 1954.
- Weber, Max, 1864-1920, et al. *Economy and society: an outline of interpretive sociology*. Berkeley: University of California Press, 1978.

## Timeline of the Spanish–American War

- Axelrod, Alan. *Profiles in Folly*. Sterling, 2008.
- Baralt, Guillermo A., 1948-. *Buena Vista: life and work on a Puerto Rican hacienda, 1833-1904*. Chapel Hill: The University of North Carolina Press, 1999.
- Bining, Arthur Cecil, 1893-1957, et al. *The rise of American economic life*. New York, Scribner, 1964.
- Duany, Jorge. *The Puerto Rican nation on the move*. University of North Carolina Press, 2002.
- Esdaile, Charles J.. *The Peninsular War*. Palgrave MacMillan, 2003.

- Pratt, Walter F.. *The Supreme Court under Edward Douglass White, 1910-1921*. University of South Carolina Press, 1999.
- Romero Salvado, Francisco J., 1960-. *Twentieth-century Spain: politics and society in Spain, 1898-1998*. New York: St. Martin's Press, 1999.
- Simmons, Edwin H., 1921-2007. *The United States Marines: a history*. Annapolis, Md.: Naval Institute Press, 2003.
- Symonds, Craig L. *Decision at sea: five naval battles that shaped American history*. Oxford; New York: Oxford University Press, 2005.
- Watson, Cynthia Ann. *U.S. national security: a reference handbook*. Santa Barbara, Calif.: ABC-CLIO, 2008.
- Zimmermann, Warren. *First great triumph*. Farrar, Straus and Giroux, 2002.

## Race (human categorization)

- Appiah, Anthony. *In my father's house: Africa in the philosophy of culture*. New York: Oxford University Press, 1992.
- Boyd, William C. (William Clouser), 1903-. *Genetics and the races of man; an introduction to modern physical anthropology*. Boston, Little, Brown, 1950.
- Dawkins, Richard, 1941-. *The ancestor's tale: a pilgrimage to the dawn of evolution*. Boston: Houghton Mifflin, 2005.
- Gordon, Milton M., 1918-. *Assimilation in American life: the role of race, religion, and national origins*. New York: Oxford University Press, 1964.
- Graves, Joseph L., 1955-. *The Emperor's new clothes: biological theories of race at the millennium*. New Brunswick, N.J.: Rutgers University Press, 2001.
- Mayr, Ernst, 1904-. *Principles of systematic zoology*. New York: McGraw-Hill, 1969.
- Morgan, Edmund S. (Edmund Sears), 1916-. *American slavery, American freedom: the ordeal of colonial Virginia*. New York: Norton, 1975.
- Sexton, Jared. *Amalgamation schemes: antiblackness and the critique of multiracialism*. Minneapolis: University of Minnesota Press, 2008.
- Smedley, Audrey. *Race in North America: origin and evolution of a worldview*. Boulder, Colo.: Westview Press, 1999.
- Takaki, Ronald. *A different mirror*. Little Brown & Co (T); 1 edition (June 1993), 1993.
- Todorov, Tzvetan. *On human diversity*. Harvard University Press, 1993.

## Timeline of modern American conservatism

- Bethell, John T. *Harvard observed: an illustrated history of the university in the twentieth century*. Cambridge, Mass.: Harvard University Press, 1998.
- Brandt, Karl Gerard. *Ronald Reagan and the House Democrats: gridlock, partisanship, and the fiscal crisis*. Columbia: University of Missouri Press, 2009.
- Carlisle, Rodney P. *Encyclopedia of Politics: the left and the right. Volume 1, The left*. Thousand Oaks, Calif.; London, U.K.: Sage Publications, 2005.
- Judis, John B. *William F. Buckley, Jr., patron saint of the conservatives*. New York: Simon and Schuster, 1988.
- Levy, Peter B.. *Encyclopedia of the Clinton presidency*. Greenwood Press, 2002.
- Link, William A.. *Righteous Warrior*. St. Martin's Press, 2008.
- Rae, Nicol C. *Conservative reformers: the Republican freshmen and the lessons of the 104th Congress*. Armonk, N.Y.: M.E. Sharpe, 1998.
- Rasmussen, Scott. *Mad as hell: how the Tea Party movement is fundamentally remaking our two-party system*. New York: HarperLuxe, 2010.
- Slavin, Sarah. *U.S. women's interest groups: institutional profiles*. Westport, Conn.: Greenwood Press, 1995.
- Tushnet, Mark V., 1945-. *A Court divided: the Rehnquist court and the future of constitutional law*. New York: W.W. Norton Co., 2005.

- White, Graham J. *FDR and the press*. Chicago: University of Chicago Press, 1979.

## Julia Stephen

- Black, Naomi, 1935-. *Virginia Woolf as feminist*. Ithaca: Cornell University Press, 2004.
- Boyd, Elizabeth French, 1905-. *Bloomsbury heritage, their mothers and their aunts*. New York: Taplinger Pub. Co., 1976.
- Cox, Julian. *Julia Margaret Cameron: the complete photographs*. Los Angeles, CA: Getty Publications, 2003.
- Fenwick, Gillian. *Leslie Stephen's life in letters: a bibliographical study*. Aldershot, Hants, Eng.: Scolar Press, 1993.
- Gérin, Winifred. *Anne Thackeray Ritchie: a biography*. Oxford; New York: Oxford University Press, 1981.
- Rosenman, Ellen Bayuk. *The invisible presence: Virginia Woolf and the mother-daughter relationship*. Baton Rouge: Louisiana State University Press, 1986.
- Stape, J. H. (John Henry). *Virginia Woolf: interviews and recollections*. Iowa City: University of Iowa Press, 1995.
- Stephen, Leslie, Sir, 1832-1904. *Sir Leslie Stephen's Mausoleum book*. Oxford [Eng.]: Clarendon Press, 1977.
- Thomas, Gillian, 1944-. *A position to command respect: women and the eleventh Britannica*. Metuchen, N.J.: Scarecrow Press, 1992.
- Woolf, Virginia, et al. *The letters of Virginia Woolf: volume III, 1923-1928*. New York: Harcourt Brace Jovanovich, 1975.
- Zwerdling, Alex. *Virginia Woolf and the real world*. Berkeley: University of California Press, 1986.

## Joseph W. Papin

- Benedict, Dorothy Potter, 1889-. *Bandoleer*. New York, Pantheon Books, 1963.
- Bulfinch, Thomas, 1796-1867, et al. *Bulfinch's mythology: the age of fable*. Garden City, N.Y.: Doubleday Book & Music Club, 1968.
- Catherall, Arthur, 1906-1980, et al. *Camel caravan*. New York: Seabury Press, 1968.
- Clark, Allen P., et al. *Growing up in the Wild West*. New York, N.Y.: Bold Face Books; Distributed by Sterling Pub. Co., 1961.
- Gaustad, Edwin S. (Edwin Scott). *Historical atlas of religion in America*. New York, Harper & Row, 1962.
- Heaps, Willard Allison, 1908-. *The story of Ellis Island*. New York, Seabury Press, 1967.
- McCaig, Robert J. *That Nester kid*. New York: Scribner, 1961.
- Scovel, Myra. *To lay a hearth*. New York, Harper & Row, 1968.
- Traub, James. *Too good to be true: the outlandish story of Wedtech*. New York: Doubleday, 1990.
- Winn, Dilys. *Murder ink: the mystery reader's companion*. New York: Workman Pub., 1977.

## Thomas Mallon

- Mallon, Thomas. *Aurora 7*. Norton, 1992.
- Mallon, Thomas, 1951-. *A book of one's own: people and their diaries*. New York: Ticknor & Fields, 1984.
- Mallon, Thomas, 1951-. *Arts and sciences: a seventies seduction*. New York: Ticknor & Fields, 1988.
- Mallon, Thomas, 1951-. *Bandbox*. New York: Pantheon Books, 2004.
- Mallon, Thomas, 1951-. *Dewey defeats Truman: a novel*. New York: Pantheon Books, 1997.
- Mallon, Thomas, 1951-. *Fellow travelers*. New York: Pantheon Books, 2007.
- Mallon, Thomas, 1951-. *Henry and Clara*. New York: Ticknor & Fields, 1994.
- Mallon, Thomas, 1951-. *Mrs. Paine's garage and the murder of John F. Kennedy*. New York: Pantheon Books, 2002.
- Mallon, Thomas, 1951-. *Stolen words: forays into the origins and ravages of plagiarism*. New York: Ticknor & Fields, 1989.

- Mallon, Thomas, 1951-. *Two moons: a novel*. New York: Pantheon Books, 2000.
- Mallon, Thomas, 1951-. *Yours ever: people and their letters*. New York: Pantheon Books, 2009.

## Soviet Union

- Atwood, Craig D. *Always reforming: a history of Christianity since 1300*. Macon, Ga.: Mercer University Press, 2001.
- Comrie, Bernard, 1947-. *The languages of the Soviet Union*. Cambridge [Eng.]; New York: Cambridge University Press, 1981.
- Eaton, Katherine Bliss. *Daily life in the Soviet Union*. Greenwood Press, 2004.
- Hosking, Geoffrey A. *Rulers and victims: the Russians in the Soviet Union*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2006.
- Hosking, Geoffrey A.. *Russia and the Russians*. Belknap Press of Harvard University Press, 2001.
- Leggett, George. *The Cheka: Lenin's political police: the all-Russian extraordinary commission for combating counter-revolution and sabotage, December 1917 to February 1922*. Oxford: Clarendon Press; New York: Oxford University Press, 1981.
- Mawdsley, Evan, 1945-. *The Russian Civil War*. New York, N.Y.: Pegasus Books, 2007.
- Polley, Martin, 1965-. *A-Z of modern Europe since 1789*. London; New York: Routledge, 2000.
- Triska, Jan F, et al. *The theory, law, and policy of Soviet treaties*. Stanford, Calif., Stanford University Press, 1962.
- White, Stephen, 1945-;Gill, Graeme J;Slider, Darrell. *The politics of transition: shaping a post-Soviet future*. Cambridge [England]; New York: Cambridge University Press, 1993.
- Zemtsov, Ilya. *Chernenko: the last Bolshevik: the Soviet Union on the eve of Perestroika*. New Brunswick, N.J., U.S.A.: Transaction Publishers, 1989.

## Chicago

- Buisseret, David. *Historic Illinois from the air*. Chicago: University of Chicago Press, 1990.
- Condit, Carl W. *Chicago, 1910-29: building, planning, and urban technology*. Chicago: University of Chicago Press, 1973.
- Condit, Carl W, et al. *Chicago's famous buildings: a photographic guide to the city's architectural landmarks and other notable buildings*. Chicago: University of Chicago Press, 1980.
- Cronon, William. *Nature's metropolis: Chicago and the Great West*. New York: W.W. Norton, 1992.
- Fodor's Travel Publications, Inc. *Fodor's Chicago 2010*. New York: Fodor's Travel Publications, 2009.
- Lowe, David, 1933-. *Lost Chicago*. New York: Watson-Guptill Publications, 2000.
- Madigan, Charles. *Global Chicago*. Urbana: University of Illinois Press, 2004.
- Miller, Donald L., 1944-. *City of the century: the epic of Chicago and the making of America*. New York: Simon & Schuster, 1996.
- Smith, Carl S. *The Plan of Chicago: Daniel Burnham and the remaking of the American city*. Chicago: University of Chicago Press, 2006.

## China–United Kingdom relations

- Boardman, Robert, 1945-. *Britain and the People's Republic of China, 1949-74*. New York: Barnes & Noble Books, 1976.
- Ellis, Lewis Ethan, 1898-. *Republican foreign policy, 1921-1933*. New Brunswick, N.J., Rutgers University Press, 1968.
- Feis, Herbert, 1893-1972, author. *The China tangle: the American effort in China from Pearl Harbor to the Marshall mission*. Princeton, New Jersey: Princeton University Press, 1953.
- Garver, John W. *Foreign relations of the People's Republic of China*. Englewood Cliffs, N.J.: Prentice Hall, 1992.
- Gregory, J. S. (John Stradbroke), 1923-. *Great Britain and the Taipings*. London, Routledge & K. Paul, 1969.
- Ridley, Jasper Godwin. *Lord Palmerston*. New York, Dutton, 1971.
- Shai, Aron. *Britain and China, 1941-47: imperial momentum*. New York: St. Martin's Press, 1984.

271 of 337

- Thorne, Christopher G. *The limits of foreign policy; the West, the League, and the Far Eastern crisis of 1931-1933*. New York, Putnam, 1973.
- Trotter, Ann. *Britain and East Asia, 1933-1937*. London; New York: Cambridge University Press, 1975.
- Woodcock, George, 1912-1995. *The British in the Far East*. London: Weidenfeld & Nicolson, 1969.
- Xiang, Lanxin, 1956-. *Recasting the imperial Far East: Britain and America in China, 1945-1950*. Armonk, N.Y.: M.E. Sharpe, 1995.

## Kahlil Gibran

- Bushrui, Suheil B, et al. *Kahlil Gibran, man and poet: a new biography*. Oxford, England; Boston, MA: Oneworld, 1999.
- Cachia, Pierre. *Arabic literature: an overview*. London; New York: RoutledgeCurzon, 2002.
- Ferris, Anthony R. *Kahlil Gibran: A Self-Portrait*. New York Citadel Press, 1959.
- Ghougassian, Joseph P. *Kahlil Gibran: wings of thought; the people's philosopher*. New York, Philosophical Library, 1973.
- Gibran, Jean, et al. *Kahlil Gibran, his life and world*. New York: Interlink Books, 1991.
- Gibran, Kahlil, 1883-1931. *Jesus the Son of man*. New York, A.A. Knopf, 1928.
- Najjar, Alexandre, 1967-. *Kahlil Gibran: author of the Prophet*. London; San Francisco: Saqi, 2008.
- Otto, Annie Salem. *The parables of Kahlil Gibran: an interpretation of his writings and his art*. New York: Citadel Press, 1963.
- Sherfan, Andrew Dib, compiler. *A third treasury of Kahlil Gibran*. Secaucus, N.J.: Citadel Press, 1974.
- Waterfield, Robin. *Prophet*. St. Martin's Press, 1998.
- Young, Barbara, 1878-. *This man from Lebanon, a study of Kahlil Gibran*. New York, A.A. Knopf, 1945.

## January 4

- Andrews, Wayne. *The surrealist parade*. New Directions, 1990.
- Commire, Anne, et al. *Women in world history: a biographical encyclopedia*. Waterford, CT: Yorkin Publications, 1999.
- Cudjoe, Selwyn Reginald, et al. *C.L.R. James: his intellectual legacies*. Amherst: University of Massachusetts Press, 1995.
- D'Lugo, Marvin, 1943-. *The films of Carlos Saura: the practice of seeing*. Princeton, N.J.: Princeton University Press, 1991.
- Greenspan, Bud, et al. *Numero uno*. New York, N.Y.: New American Library, 1982.
- Lintner, Bertil. *Burma in revolt: opium and insurgency since 1948*. Chiang Mai, Thailand: Silkworm Books, 1999.
- Lovasik, Lawrence G. (Lawrence George), 1913-. *Saint Elizabeth Ann Seton*. New York: Catholic Book Pub. Co., 1981.
- Ludington, Townsend, 1936-. *Marsden Hartley: the biography of an American artist*. Ithaca: Cornell University Press, 1998.
- McCaffrey, Donald W, et al. *Guide to the silent years of American cinema*. Westport, Conn.: Greenwood Press, 1999.
- McKittrick, David, 1949-. *Lost lives: the stories of the men, women and children who died as a result of the Northern Ireland troubles*. Edinburgh: Mainstream, 1999.
- Schick, Elizabeth A, et al. *Current biography yearbook, 1997*. New York; Dublin: H.W. Wilson, 1997.

## Samuel Pickering

- Pickering, Sam, 1941-. *A continuing education*. Hanover [NH]: Published for the University of Connecticut by University Press of New England, 1985.
- Pickering, Sam, 1941-. *The moral tradition in English fiction, 1785-1850*. Hanover, N.H.: Published for Dartmouth College by the University Press of New England, 1976.
- Pickering, Sam, 1941-. *The right distance*. Athens: University of Georgia Press, 1987.
- Pickering, Sam, 1941-. *Walkabout year: twelve months in Australia*. Columbia: University of Missouri Press, 1995.

272 of 337

- Pickering, Sam, 1941-. *Waltzing the magpies: a year in Australia*. Ann Arbor: University of Michigan Press, 2004.
- Pickering, Samuel F.. *Moral instruction and fiction for children, 1749-1820*. University of Georgia Press, 1993.
- Pickering, Samuel F.. *Still life*. University Press of New England, 1990.
- Pickering, Samuel F.. *The best of Pickering*. University of Michigan Press, 2004.
- Pickering, Samuel F., 1941-. *John Locke and children's books in eighteenth-century England*. Knoxville: University of Tennessee Press, 1981.
- Pickering, Samuel F., 1941-. *The blue caterpillar and other essays*. Gainesville: University Press of Florida, 1997.
- Robbe-Grillet, Alain, 1922-2008, et al. *Last year at Marienbad*. New York, Grove Press, 1962.

## Liberation of France

- Aron, Robert, 1898-1975. *France reborn; the history of the liberation, June 1944-May 1945. Translated by Humphrey Hare*. New York, Scribner, 1964.
- Berthon, Simon. *Allies at war: the bitter rivalry among Churchill, Roosevelt, and de Gaulle*. New York: Carroll & Graf, 2001.
- Ehrlich, Blake, 1917-. *Resistance; France 1940-1945*. Boston, Little, Brown, 1965.
- Fenby, Jonathan. *The general: Charles de Gaulle and the France he saved*. New York: Skyhorse Pub., 2012.
- Gilbert, Martin, 1936-. *The Second World War: a complete history*. New York: H. Holt, 1991.
- Hurstfield, Julian G. *America and the French nation, 1939-1945: a study in politics and attitudes*. Chapel Hill: University of North Carolina Press, 1986.
- Jackson, Julian, 1954-. *France: the dark years, 1940-1944*. Oxford; New York: Oxford University Press, 2003.
- Keegan, John, 1934-. *Six armies in Normandy: from D-Day to the liberation of Paris, June 6th-August 25th, 1944*. New York: Viking Press, 1982.
- Kersaudy, François, 1948-. *Churchill and De Gaulle*. New York: Atheneum, 1982.
- Paxton, Robert O.. *Vichy France*. Columbia University Press, 2001.
- Zaretsky, Robert, 1955-. *Nîmes at war: religion, politics, and public opinion in the Gard, 1938-1944*. University Park, Pa.: Pennsylvania State University Press, 1995.

## Cher

- Bego, Mark. *Cher: if you believe*. New York Cooper Square Press, 2001.
- Bronson, Fred. *The Billboard book of number one hits*. New York: Billboard Books, 1997.
- Cher,. *The first time*. Simon & Schuster, 1998.
- Chunovic, Louis. *One foot on the floor: the curious evolution of sex on television from I love Lucy to South Park*. New York: TV Books, 2000.
- Murrells, Joseph. *The book of golden discs*. London: Barrie & Jenkins, 1978.
- Quirk, Lawrence J. *Totally uninhibited: the life and wild times of Cher*. New York: W. Morrow, 1991.
- Rees, Dafydd. *Rock stars encyclopedia*. DK Pub., 1999.
- Roedy, Bill. *What makes business rock*. Wiley, 2011.
- Simpson, Paul, 1961-. *The rough guide to cult pop*. [London]: Rough Guides: Distributed by the Penguin Group, 2003.
- Sonneborn, Liz. *A to Z of American women in the performing arts*. New York: Facts on File, 2002.
- Studwell, William E. (William Emmett), 1936-2010. *The classic rock and roll reader: rock music from its beginnings to the mid-1970s*. New York: Haworth Press, 1999.

## History of the American Broadcasting Company

- Brown, Les, 1928-. *The New York times encyclopedia of television*. New York: Times Books, 1977.
- Castleman, Harry, et al. *Watching TV: four decades of American television*. New York: McGraw-Hill, 1982.

- Freeman, Michael. *ESPN*. Taylor Trade Pub., 2001.
- Goldenson, Leonard H, et al. *Beating the odds: the untold story behind the rise of ABC: the stars, struggles, and egos that transformed network television by the man who made it happen*. New York: Scribners: Maxwell Macmillan International; Toronto: Collier Macmillan Canada, 1991.
- Kiska, Tim. *A newscast for the masses: the history of Detroit television news*. Detroit: Wayne State University Press, 2009.
- Long, Stewart, 1941-. *The development of the television network oligopoly*. New York: Arno Press, 1979.
- Murray, Michael D. *Encyclopedia of television news*. Phoenix, Ariz.: Oryx Press, 1999.
- Pasiuk, Laurie,Vault (Firm). *Vault guide to the top media & entertainment employers*. New York: Vault, 2006.
- Smith, Dave, 1940-. *Disney A to Z: the updated official encyclopedia*. New York: Hyperion, 1998.
- Wittebols, James H.. *The soap opera paradigm*. Rowman & Littlefield Publishers, 2004.

## Creation myth

- Doniger, Wendy, et al. *Merriam-Webster's encyclopedia of world religions; Wendy Doniger, consulting editor*. Springfield, Mass.: Merriam-Webster, 1999.
- Dundes, Alan. *Sacred narrative, readings in the theory of myth*. Berkeley: University of California Press, 1984.
- Eliade, Mircea, 1907-. *Patterns in comparative religion*. [New York] New American Library, 1963.
- Frankfort, Henri, 1897-1954, et al. *The intellectual adventure of ancient man: an essay on speculative thought in the ancient Near East*. Chicago: University of Chicago Press, 1977.
- Giddens, Sandra. *African mythology*. New York: Rosen Pub. Group, 2006.
- Leeming, David Adams. *A dictionary of creation myths*. Oxford University Press, 1995.
- Leeming, David Adams, 1937-. *Myth: a biography of belief*. Oxford; New York, N.Y.: Oxford University Press, 2002.
- Leeming, David Adams, 1937-. *The Oxford companion to world mythology*. Oxford; New York: Oxford University Press, 2005.
- Littleton, C. Scott, et al. *Gods, goddesses, and mythology*. New York: Marshall Cavendish, 2005.
- Sproul, Barbara C. *Primal myths*. HarperSanFrancisco, 1991.
- Thomas, Cullen. *Brother one cell: an American coming of age in South Korea's prisons*. New York: Penguin Books, 2008.

## Vietnamese people

- Andaya, Barbara Watson. *The flaming womb: repositioning women in early modern Southeast Asia*. Honolulu: University of Hawai'i Press, 2006.
- Boobbyer, Claire, author. *Vietnam, Cambodia & Laos*. Bath, U.K.: Footprint, 2013.
- Brigham, Robert K. (Robert Kendall), 1960-. *Guerrilla diplomacy: the NLF's foreign relations and the Viet Nam War*. Ithaca: Cornell University Press, 1999.
- Gernet, Jacques. *A history of Chinese civilization*. Cambridge University Press, 1996.
- Gibney, Matthew J, et al. *Immigration and asylum: from 1900 to the present*. Santa Barbara, Calif.: ABC-CLIO, 2005.
- Hampson, Fen Osler. *Nurturing peace: why peace settlements succeed or fail*. Washington, D.C.: United States Institute of Peace Press, 1996.
- Jukes, Geoffrey. *The Soviet Union in Asia.*. University of California Press, 1973.
- Lewy, Guenter, 1923-. *America in Vietnam*. Oxford; Toronto: Oxford University Press, 1980.
- McLeod, Mark W. *Culture and customs of Vietnam*. Westport, CT: Greenwood Press, 2001.
- Murray, Geoffrey. *Vietnam dawn of a new market*. St. Martin's Press, 1997.

## Melville Fuller

- Biskupic, Joan, et al. *Guide to the U.S. Supreme Court*. Washington, D.C.: Congressional Quarterly, 1997.
- Chemerinsky, Erwin. *Federal jurisdiction*. Gaithersburg [Md.]: Aspen Law & Business, 1999.

- Curriden, Mark, et al. *Contempt of court: the turn-of-the-century lynching that launched 100 years of federalism*. New York: Faber and Faber, 1999.
- Finkelman, Paul, 1949-;Urofsky, Melvin I;United States. Supreme Court. *Landmark decisions of the United States Supreme Court*. Washington, D.C.: CQ Press, 2003.
- Friedman, Leon, comp. et al. *The justices of the United States Supreme Court, 1789-1969, their lives and major opinions*. New York, Chelsea House in association with Bowker, 1969.
- Lively, Donald E., 1947-. *The Constitution and race*. New York, NY: Praeger, 1992.
- Semonche, John E., 1933-. *Charting the future: the Supreme Court responds to a changing society, 1890-1920*. Westport, Conn.: Greenwood Press, 1978.
- Steamer, Robert J. *Chief justice: leadership and the Supreme Court*. Columbia, S.C.: University of South Carolina Press, 1986.
- Tomlins, Christopher L., 1951-, et al. *The United States Supreme Court: the pursuit of justice*. Boston: Houghton Mifflin, 2005.
- Umbreit, Kenneth Bernard. *Our eleven chief justices; a history of the Supreme Court in terms of their personalities*. New York London, Harper & Bros, 1938.

## Wiley Rutledge

- Barnes, Catherine A. *Men of the Supreme Court: profiles of the justices*. New York: Facts on File, 1978.
- Biskupic, Joan, et al. *Guide to the U.S. Supreme Court*. Washington, D.C.: Congressional Quarterly, 1997.
- Currie, David P. *The Constitution in the Supreme Court: the second century, 1888-1986*. Chicago: University of Chicago Press, 1990.
- Ferren, John M, et al. *Salt of the earth, conscience of the court: the story of Justice Wiley Rutledge*. Chapel Hill: University of North Carolina Press, 2004.
- Finkelman, Paul, 1949-;Urofsky, Melvin I;United States. Supreme Court. *Landmark decisions of the United States Supreme Court*. Washington, D.C.: CQ Press, 2003.
- Sickels, Robert J. *John Paul Stevens and the Constitution: the search for balance*. University Park: Pennsylvania State University Press, 1988.
- Tresolini, Rocco J. *Justice and the Supreme Court*. Philadelphia, Lippincott, 1963.
- Urofsky, Melvin I. *The Supreme Court justices: a biographical dictionary*. New York: Garland Pub., 1994.
- Urofsky, Melvin I., author. *Dissent and the Supreme Court: its role in the Court's history and the nation's constitutional dialogue*. New York: Pantheon Books, 2015.

## Richard Burton

- Alpert, Hollis, 1916-. *Burton*. New York: Putnam, 1986.
- Babula, William. *Shakespeare in production, 1935-1978: a selective catalogue*. New York: Garland, 1981.
- Bragg, Melvyn, 1939-. *Richard Burton: a life*. Boston: Little, Brown, 1988.
- Cottrell, John, et al. *Richard Burton, very close up*. Englewood Cliffs, N.J., Prentice-Hall, 1972.
- Croall, Jonathan. *Gielgud: a theatrical life*. New York: Continuum, 2001.
- Ferris, Paul, 1929-. *Richard Burton*. New York: Coward, McCann & Geoghegan, 1981.
- Kashner, Sam, et al. *Furious love: Elizabeth Taylor, Richard Burton, and the marriage of the century*. New York: Harper, 2010.
- McGilligan, Patrick. *Clint: the life and legend*. New York: St. Martin's Press, 2002.
- Monaco, James, et al. *The encyclopedia of film*. New York, NY: Perigee Books, 1991.
- Sterne, Richard L, et al. *John Gielgud directs Richard Burton in Hamlet: a journal of rehearsals*. New York: Random House, 1967.
- Walker, Alexander. *Elizabeth*. New York: Grove Press; [Emeryville, CA: Distributed by Publishers Group West], 2001.

## Human evolution

- Boyd, Robert, 1948-. *How humans evolved*. New York: Norton, 2002.
- DeSalle, Rob. *Human origins: what bones and genomes tell us about ourselves*. College Station: Texas A & M University Press, 2008.

- Gibbons, Ann. *The first human: the race to discover our earliest ancestors*. New York: Doubleday, 2006.
- Jones, Steve, 1944-, et al. *The Cambridge encyclopedia of human evolution*. Cambridge [England]; New York, NY, USA: Cambridge University Press, 1992.
- Leakey, Richard E.. *The origin of humankind*. BasicBooks, 1994.
- Morwood, M. J. (Mike J.), et al. *A new human: the strange story of the 'hobbit': how the biggest discovery in anthropology since Lucy shattered more than a century of textbook science*. New York: Smithsonian Books/Collins, 2007.
- Ruse, Michael, et al. *Evolution: the first four billion years*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2009.
- Shreeve, James. *The Neandertal enigma*. Morrow, 1995.
- Stanford, Craig B.. *Biological anthropology*. Pearson Education/Prentice Hall, 2009.
- Stringer, Chris, 1947-, et al. *African exodus: the origins of modern humanity*. New York: Henry Holt, 1997.

### Louis Mountbatten, 1st Earl Mountbatten of Burma

- Dimbleby, Jonathan. *The Prince of Wales: a biography*. New York: W. Morrow, 1994.
- Hicks, Pamela, 1929-. *Daughter of empire: life as a Mountbatten*. London: Weidenfeld & Nicolson, 2012.
- Junor, Penny. *The Firm: the troubled life of the House of Windsor*. New York: Thomas Dunne Books, 2005.
- Khan, Yasmin. *The great Partition*. Yale University Press, 2007.
- Leigh, David, 1946-. *The Wilson plot: the intelligence services and the discrediting of a prime minister*. London: Heinemann, 1988.
- Moloney, Ed, 1948-. *A secret history of the IRA*. New York: W.W. Norton, 2003.
- Pender, Paul. *The butler did it: my true and terrifying encounters with a serial killer*. Edinburgh: Mainstream, 2012.
- Terraine, John. *The life and times of Lord Mountbatten: an illustrated biography based on the television history;*. London, Hutchinson, 1968.
- Villa, Brian Loring. *Unauthorized action: Mountbatten and the Dieppe raid*. Toronto: Oxford University Press, 1990.
- Wolpert, Stanley A.. *Shameful Flight*. Oxford University Press, USA, 2006.
- Ziegler, Philip. *Mountbatten: the official biography*. [Glasgow]: Fontana, 1986.

### George Armitage Miller

- Block, Ned. *Readings in philosophy of psychology*. Cambridge, Mass. Harvard Univ. Press, 1981.
- Grusky, Oscar, 1930- comp, et al. *The sociology of organizations: basic studies*. New York: Free Press, 1981.
- Miller, George A.. *Spontaneous apprentices*. Seabury Press, 1977.
- Miller, George A. (George Armitage), 1920-. *Language and communication*. New York: McGraw-Hill, 1963.
- Miller, George A. (George Armitage), 1920-. *Language and speech*. San Francisco: W.H. Freeman, 1981.
- Miller, George A. (George Armitage), 1920-, et al. *Language and perception*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1976.
- Miller, George A. (George Armitage), 1920-, et al. *Plans and the structure of behavior*. New York: Holt, 1960.
- Miller, George A. (George Armitage), 1920-2012, compiler. *Communication, language, and meaning; psychological perspectives*. New York, Basic Books, 1973.
- Smith, Frank, (1928- ...). edt, et al. *The genesis of language: a psycholinguistic approach: proceedings of a conference on "Language development in children," sponsored by the National Institute of Child Health and Human Development, National Institutes of Health [held April 25-28, 1965, at Old Point Comfort, Virginia]*. Cambridge (Mass.); London: The M.I.T. Press, 1970.
- Smith, Frank, 1928- ed, et al. *The Genesis of language: a psycholinguistic approach; proceedings of a conference on "Language development in children" ...*. Cambridge: M.I.T. Press, 1966.

## Phineas Gage

- Altrocchi, John. *Abnormal behavior*. New York: Harcourt Brace Jovanovich, 1980.
- Blakemore, Colin. *Mechanics of the mind*. Cambridge; New York: Cambridge University Press, 1977.
- Carlson, Neil R., 1942-. *Physiology of behavior*. Boston: Allyn and Bacon, 1994.
- Cobb, Stanley, 1887-1968. *Borderlands of psychiatry*. Cambridge, Mass.: Harvard university press, 1944.
- Cooter, Roger. *The cultural meaning of popular science: phrenology and the organization of consent in nineteenth-century Britain*. Cambridge [Cambridgeshire]; New York: Cambridge University Press, 1984.
- Fleischman, John, 1948-. *Phineas Gage: a gruesome but true story about brain science*. Boston: Houghton Mifflin, 2002.
- Hart, Leslie A. *How the brain works: a new understanding of human learning, emotion, and thinking*. New York: Basic Books, 1975.
- Luria, A. R. (Aleksandr Romanovich), 1902-, et al. *The making of mind: a personal account of Soviet psychology*. Cambridge, Mass.: Harvard University Press, 1979.
- Morris, Charles G. *Psychology: an introduction*. Upper Saddle River, N.J.: Prentice Hall, 1996.
- Restak, Richard M., 1942-. *The brain*. Toronto; New York: Bantam Books, 1984.
- Sdorow, Lester. *Psychology*. Wm. C. Brown Publishers, 1990.

## The Bengal Club

- Banerjee, Sumanta. *The parlour and the streets: elite and popular culture in nineteenth century Calcutta*. Calcutta: Seagull Books, 1989.
- Chaudhuri, Amit, 1962-. *Calcutta: two years in the city*. London: Union, 2013.
- Farrell, J. G. (James Gordon), 1935-1979. *The siege of Krishnapur*. New York: Warner Books, 1976.
- Ghosh, Amitav, 1956-. *Sea of poppies*. London: John Murray, 2008.
- Godden, Rumer, 1907-1998. *The dark horse*. New York: Viking Press, 1982.
- Keating, H. R. F. (Henry Reymond Fitzwalter), 1926-2011. *Bribery, corruption also: an Inspector Ghote novel*. London: Macmillan, 1999.
- Scott, Paul, 1920-1978. *A division of the spoils: a novel*. Boston, Mass.: G.K. Hall, 1985.
- Seth, Vikram, 1952-. *A suitable boy*. New Delhi: Penguin India, 1994.
- Tully, Mark. *No full stops in India*. New Delhi, India; New York, N.Y., U.S.A.: Viking, 1991.
- Vickers, Hugo. *Vivien Leigh*. Little, Brown, 1988.
- Ziegler, Philip. *Mountbatten: the official biography*. [Glasgow]: Fontana, 1986.

## The Brittas Empire

- Attwood, Tony.. *Asperger's syndrome*. Jessica Kingsley Publishers, 1998.
- Berman, Garry. *Best of the Britcoms: from Fawlty Towers to Absolutely Fabulous*. Dallas, Tex: Taylor, 1999.
- Byrne, John, 1963-. *Writing comedy*. London: A. & C. Black, 1999.
- Davis, Rib. *Writing dialogue for scripts*. London: A. & C. Black, 1998.
- Fulton, Roger. *The encyclopedia of TV science fiction*. London: Boxtree, 1997.
- Greenhill, Wendy. *Twelfth night*. Oxford: Heinemann Library, 1997.
- Hatchwell, Emily. *Eastern Europe*. Oxford: Vacation Work, 1994.
- Howarth, Chris. *Red Dwarf: programme guide*. London: Virgin, 1993.
- Jones, Hilary. *I'm too busy to be stressed: how to recognise and relieve the symptoms of stress*. London: Hodder & Stoughton, 1997.
- Marshall, Peter. *Unlocking your potential: how to master your mind, life and destiny*. Oxford: How To Books, 1998.

## Economic history of the United States Civil War

- .,. *The Confederacy: selections from the four-volume Macmillan encyclopedia of the Confederacy*. New York: Macmillan Library Reference USA; London: Prentice Hall International, 1998.

- Andreano, Ralph L., 1929-. *The economic impact of the American Civil War*. Cambridge [Mass.] Schenkman, 1967.
- Davis, William C., 1946-. *Look away!: a history of the Confederate States of America*. New York: Free Press, 2002.
- Eaton, Clement, 1898-. *A history of the Southern Confederacy*. New York: Macmillan, 1954.
- Gallman, J. Matthew (James Matthew). *The North fights the Civil War: the home front*. Chicago: I.R. Dee, 1994.
- Hammond, Bray. *Sovereignty and an empty purse; banks and politics in the Civil War*. Princeton, N.J., Princeton University Press, 1970.
- Hyman, Harold Melvin, 1924-. *American singularity: the 1787 Northwest Ordinance, the 1862 Homestead and Morrill Acts, and the 1944 G.I. Bill*. Athens: University of Georgia Press, 1986.
- Myers, Margaret G. (Margaret Good), 1899-. *A financial history of the United States*. New York, Columbia University Press, 1970.
- Thomas, Emory M., 1939-. *The Confederacy as a revolutionary experience*. Englewood Cliffs, N.J.: Prentice-Hall, 1970.
- Thomas, Emory M., 1939-. *The Confederate nation, 1861-1865*. New York: Harper & Row, 1979.
- Weisman, Steven R.. *The great tax wars*. Simon & Schuster, 2002.

### The Complete Beatles Recording Sessions

- Greenwald, Ted, 1959-. *The long & winding road: an intimate guide to the Beatles*. New York: MetroBooks, 1997.
- Hertsgaard, Mark, 1956-. *A day in the life: the music and artistry of the Beatles*. New York: Delacorte Press, 1995.
- Heylin, Clinton. *Bob Dylan*. St. Martin's Press, 1995.
- Ingham, Chris, 1962-. *The rough guide to the Beatles*. London: Rough Guides, 2006.
- Jorgensen, Ernst. *Elvis Presley: a life in music: the complete recording sessions*. New York: St. Martin's Press, 1998.
- MacDonald, Ian, 1948-2003. *Revolution in the head: the Beatles' records and the sixties*. Chicago, Ill: Chicago Review Press, 2007.
- Matteo, Stephen. *Let it be*. New York: Continuum, 2004.
- Riley, Tim. *Tell me why: a Beatles commentary*. Cambridge, MA: Da Capo Press; London: Eurospan, 2002.
- Shea, Stuart. *Fab Four FAQ: everything left to know about the Beatles-- and more!*. New York: Hal Leonard, 2007.
- Shenk, Joshua Wolf. *Powers of two: finding the essence of innovation in creative pairs*. Boston: Eamon Dolan/Houghton Mifflin Harcourt, 2014.
- Turner, Steve, 1949-. *A hard day's write: the stories behind every Beatles song*. New York: Harper, 2005.

### Benjamin Franklin

- Bailyn, Bernard. *The ordeal of Thomas Hutchinson*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1974.
- Brands, H. W. *The first American: the life and times of Benjamin Franklin*. New York: Doubleday, 2000.
- Cohen, I. Bernard. *The Triumph of Numbers*. W. W. Norton & Company, 2005.
- Crane, Verner Winslow, 1889-. *Benjamin Franklin and a rising people*. Boston, Little, Brown, 1954.
- Krause, Chester L. *Standard catalog of United States paper money*. Iola, WI: Krause Publications, 1998.
- Merli, Frank J., 1929-2000, et al. *Makers of American diplomacy, from Benjamin Franklin to Henry Kissinger*. New York, Scribner, 1974.
- Morgan, Edmund S. (Edmund Sears), 1916-2013. *Benjamin Franklin*. New Haven: Yale University Press, 2003.
- Murray, Stuart, 1948-. *The library: an illustrated history*. New York, NY: Skyhorse Pub.; Chicago: American Library Association, 2009.

- Osborne, Charles, 1927-. *The bel canto operas of Rossini, Donizetti, and Bellini*. Portland, Or.: Amadeus Press, 1994.
- Van Doren, Carl, 1885-1950. *Benjamin Franklin*. New York, The Viking Press, 1966.

## Walter Lippmann

- Adams, Larry Lee, 1936-. *Walter Lippmann*. Boston: Twayne Publishers, 1977.
- Lippmann, Walter, 1889-1974. *Essays in the public philosophy*. New York, New American Library, 1955.
- Lippmann, Walter, 1889-1974. *Interpretations, 1931-1932*. New York, The Macmillan company, 1932.
- Lippmann, Walter, 1889-1974. *Men of destiny*. New York: The Macmillan company, 1927.
- Lippmann, Walter, 1889-1974. *The cold war; a study in U.S. foreign policy*. New York, Harper & Row, 1972.
- Lippmann, Walter, 1889-1974, et al. *Public philosopher: selected letters of Walter Lippmann*. New York: Ticknor & Fields, 1985.
- Lippmann, Walter, 1889-1974, et al. *The essential Lippmann: a political philosophy for liberal democracy*. Cambridge, Mass.: Harvard University Press, 1982.
- Seldes, George, 1890-1995. *Facts and fascism*. New York: In Fact, Inc., 1943.
- Steel, Ronald. *Walter Lippmann and the American century*. London; Toronto: Bodley Head, 1981.
- Wellborn, Charles. *Twentieth century pilgrimage: Walter Lippmann and the public philosophy*. Baton Rouge, Louisiana State University Press, 1969.

## Colonial history of the United States

- Breen, T. H. cn. *Puritans and adventurers: change and persistence in early America*. New York: Oxford University Press, 1980.
- Ciment, James. *Colonial America: an encyclopedia of social, political, cultural, and economic history*. Armonk, NY: Sharpe Reference, 2006.
- Faragher, John Mack, 1945-. *The encyclopedia of colonial and revolutionary America*. New York: Da Capo Press, 1996.
- Isaac, Rhys. *The transformation of Virginia, 1740-1790*. Chapel Hill: Published for the Institute of Early American History and Culture, Williamsburg, VA., by University of North Carolina Press, 1982.
- Linebaugh, Peter. *The Many-Headed Hydra*. Beacon Press, 2000.
- McNeese, Tim. *Colonial America, 1543-1763*. New York: Chelsea House, 2010.
- Miller, John Chester, 1907-. *Origins of the American Revolution*. Stanford Calif.: Stanford University Press; London: Oxford University Press, 1959.
- Savelle, Max, 1896-, et al. *The origins of American diplomacy: the international history of Angloamerica, 1492-1763*. New York, Macmillan, 1967.
- Savelle, Max, 1896-1979. *Empires to nations: expansion in America, 1713-1824*. Minneapolis: University of Minnesota Press, 1974.
- Tebeau, Charlton W. *A history of Florida*. Coral Gables, Fla., University of Miami Press, 1971.

## Antoine Watteau

- Hauser, Arnold, 1892-1978. *The social history of art. Vol. 3, Rococo, classicism and romanticism*. London: Routledge, 1999.
- Huyghe, René. *Art and the spirit of man*. New York, Abrams, 1962.
- Huyghe, René. *Watteau*. London: Pall Mall Press, 1970.
- Levey, Michael. *Rococo to Revolution; major trends in eighteenth-century painting*. New York, Praeger, 1966.
- Perl, Jed. *Antoine's alphabet: Watteau and his world*. New York: Alfred A. Knopf, 2008.
- Posner, Donald. *Antoine Watteau*. London: Weidenfeld & Nicolson, 1984.
- Roland Michel, Marianne. *Watteau, an artist of the eighteenth century*. New York: Alpine Fine Arts, 1984.
- Schneider, Pierre, 1925-, et al. *The world of Watteau, 1684-1721*. New York, Time, inc, 1967.
- Schwartz, Sanford, 1946-. *Artists and writers*. New York: Yarrow Press, 1990.
- Watteau, Antoine, 1684-1721. *The complete paintings of Watteau*. New York, H.N. Abrams, 1971.

## Russian Revolution

- Chamberlin, William Henry. *The Russian Revolution, 1917-1921*. Grosset & Dunlap, 1965.
- Figes, Orlando. *A people's tragedy: a history of the Russian Revolution*. New York, NY: Viking, 1997.
- Pipes, Richard. *The Russian Revolution*. Vintage Books, 1991.
- Pipes, Richard, et al. *A concise history of the Russian Revolution*. New York: Knopf, 1995.
- Rabinowitch, Alexander. *The Bolsheviks come to power*. 1st ed, 1976.
- Service, Robert. *Lenin--a biography*. Cambridge, MA: Harvard University Press, 2000.
- Service, Robert. *Trotsky*. Belknap Press of Harvard University Press, 2009.
- Service, Robert, 1947-. *A history of modern Russia from Nicholas II to Vladimir Putin*. Cambridge, Mass.: Harvard University Press, 2005.
- Wolfe, Bertram David, 1896-1977. *Three who made a revolution: a biographical history*. New York: Stein and Day, 1984.

## La Boudeuse (painting)

- Brockway, James. *Hermitage, Leningrad*. New York: Newsweek, 1970.
- Huyghe, René. *Watteau*. London: Pall Mall Press, 1970.
- Lauterbach, Iris. *Antoine Watteau, 1684-1721*. Köln; Los Angeles: Taschen, 2008.
- Posner, Donald. *Antoine Watteau*. London: Weidenfeld & Nicolson, 1984.
- Roland Michel, Marianne. *Watteau, an artist of the eighteenth century*. New York: Alpine Fine Arts, 1984.
- Shapiro, ĪU. G. (ĪUriĭ Goratsievich). *The Hermitage Leningrad picture gallery: a guide*. Leningrad: Aurora Art Publishers, 1989.
- Watteau, Antoine, 1684-1721. *The complete paintings of Watteau*. New York, H.N. Abrams, 1971.

## 1948 United States presidential election

- Bass, Jack, et al. *Strom: the complicated personal and political life of Strom Thurmond*. New York: Public Affairs, 2005.
- Chester, Edward W. *A guide to political platforms*. Hamden, Conn.: Archon Books, 1977.
- Divine, Robert A. *Foreign policy and U.S. presidential elections, 1940-1948*. New York, New Viewpoints, 1974.
- Donaldson, Gary. *Truman defeats Dewey*. Lexington, Ky.: University Press of Kentucky, 1999.
- Gullan, Harold I.. *The upset that wasn't*. Ivan R. Dee, 1998.
- Patterson, James T. *Mr. Republican; a biography of Robert A. Taft*. Boston, Houghton Mifflin, 1972.
- Porter, Kirk H. (Kirk Harold), 1891-1972, comp, et al. *National party platforms, 1840-1956*. Urbana, University of Illinois Press, 1956.
- Reinhard, David W., 1952-. *The Republican Right since 1945*. Lexington, Ky.: University Press of Kentucky, 1983.
- Smith, Richard Norton. *Thomas E. Dewey and his times*. Simon and Schuster, 1982.
- Truman, Harry S., 1884-1972. *Miracle of '48: Harry Truman's major campaign speeches & selected whistle-stops*. Carbondale: Southern Illinois University Press, 2003.

## Carl Sagan

- Achenbach, Joel. *Captured by aliens: the search for life and truth in a very large universe*. New York: Simon & Schuster, 1999.
- Davidson, Keay, et al. *Carl Sagan: a life*. New York: J.Wiley, 1999.
- Grinspoon, Lester, 1928-. *Marihuana reconsidered*. Oakland, CA: Quick American Archives, 1994.
- Poundstone, William. *Carl Sagan: a life in the cosmos*. New York: Henry Holt, 1999.
- Sagan, Carl. *Conversations with Carl Sagan*. University Press of Mississippi, 2006.
- Sagan, Carl, 1934-. *The cosmic connection; an extraterrestrial perspective*. Garden City, N.Y., Anchor Press, 1973.
- Sagan, Carl, 1934-1996. *Other worlds*. Toronto, N.Y.: Bantam Books, 1975.

280 of 337

A-4647

- Sagan, Carl, 1934-1996, et al. *A path where no man thought: nuclear winter and the end of the arms race*. New York: Random House, 1990.
- Sagan, Carl, 1934-1996, et al. *Planets*. New York, Time, inc, 1966.
- Terzian, Yervant, 1939-, et al. *Carl Sagan's universe*. Cambridge, U.K.; New York, NY, USA: Cambridge University Press, 1997.

## Aircraft in fiction

- Allen, Richard Sanders, 1927-. *Revolution in the sky: the Lockheeds of aviation's Golden Age*. New York: Orion Books, 1988.
- Butler, Jimmie H.. *Red lightning, black thunder*. Dutton, 1991.
- Deighton, Len, 1929-. *Bomber: events relating to the last flight of an RAF bomber over Germany on the night of June 31st, 1943*. St Albans: Triad, 1978.
- Dolan, Edward F., 1924-2010. *Hollywood goes to war*. London: Bison Books, 1985.
- Niles, Douglas. *Fox on the Rhine*. New York: Forge, 2000.
- Ogden, Bob. *Great aircraft collections of the world*. New York City: Gallery Books, 1988.
- Smith, Julian. *Looking away: Hollywood and Vietnam*. New York: Scribner, 1975.
- Stross, Charles. *The Fuller memorandum*. Ace Books, 2010.
- Sunshine, Linda, et al. *Pearl Harbor: the movie and the moment*. New York: Hyperion, 2001.
- Tillman, Barrett. *Warriors*. New York: Bantam Books, 1990.

## Ed Koch

- Koch, Ed. *All the best*. Simon and Schuster, 1990.
- Koch, Ed. *Murder on 34th Street*. Kensington Books, 1997.
- Koch, Ed, 1924-, et al. *Citizen Koch: an autobiography*. New York: St. Martin's Press, 1992.
- Koch, Ed, 1924-, et al. *Eddie: Harold's little brother*. New York: G. P. Putnam's Sons, 2004.
- Koch, Ed, 1924-, et al. *Mayor*. New York: Simon and Schuster, 1984.
- Koch, Ed, 1924-, et al. *Murder at city hall*. New York: Kensington Books, 1995.
- Koch, Ed, 1924-, et al. *Politics*. New York: Simon & Schuster, 1985.
- Koch, Ed, 1924-2013. *Ed Koch on everything: New York's former mayor on food, movies, politics and other stuff*. Secaucus, NJ: Carol Pub. Group, 1994.
- Koch, Ed, 1924-2013. *Giuliani: nasty man*. New York: Barricade Books, 1999.
- O'Connor, John Joseph. *His Eminence and Hizzoner*. Morrow, 1989.

## Themes in Nazi propaganda

- Berkhoff, Karel C. (Karel Cornelis), 1965-. *Harvest of despair: life and death in Ukraine under Nazi rule*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2004.
- Brendon, Piers. *The dark valley: a panorama of the 1930s*. Knopf, 2000.
- Dvorson, Alexa. *The Hitler Youth*. Rosen Pub., 1999.
- Guenther, Irene. *Nazi chic?: fashioning women in the Third Reich*. Oxford; New York: Berg, 2004.
- Koonz, Claudia. *The Nazi Conscience*. Belknap Press, 2003.
- Leiser, Erwin, 1923-. *Nazi cinema*. New York: Macmillan, 1974.
- Overy, R. J. *The dictators: Hitler's Germany and Stalin's Russia*. New York: W.W. Norton & Co., 2004.
- Pipes, Richard. *Russia under the Bolshevik regime*. A.A. Knopf, 1993.
- Proctor, Robert. *The Nazi war on cancer*. Princeton University Press, 1999.
- Rupp, Leila J., 1950-. *Mobilizing women for war: German and American propaganda, 1939-1945*. Princeton, N.J.: Princeton University Press, 1978.

## Mark E. Petersen

- Petersen, Mark E. *Abraham, friend of God*. Salt Lake City: Deseret Book Co., 1979.
- Petersen, Mark E. *Adam, who is he?*. Salt Lake City, Utah: Deseret Book, 1979.
- Petersen, Mark E. *Joseph of Egypt*. Salt Lake City, Utah: Deseret Book Co., 1981.

281 of 337

- Petersen, Mark E. *Joshua, man of faith*. Salt Lake City, Utah: Deseret Book Co., 1978.
- Petersen, Mark E. *Moses: man of miracles*. Salt Lake City: Deseret Book Co., 1977.
- Petersen, Mark E. *The great prologue*. Salt Lake City: Deseret Book Co., 1975.
- Petersen, Mark E. *The salt and the savor*. Salt Lake City: Bookcraft, 1976.
- Petersen, Mark E. *The way of the Master*. Salt Lake City,: Bookcraft, 1974.
- Petersen, Mark E. *Those gold plates!*. Salt Lake City: Bookcraft, 1979.
- Petersen, Mark E, et al. *Virtue makes sense!*. Salt Lake City, Utah, Deseret Book Co., 1973.

## Nicolas Freeling

- Freeling, Nicolas. *A city solitary*. Harmondsworth: Penguin, 1986.
- Freeling, Nicolas. *Dressing of diamond*. Harmondsworth: Penguin, 1976.
- Freeling, Nicolas. *One more river*. New York: Mysterious Press, 1998.
- Freeling, Nicolas. *The bugles blowing*. New York: Harper & Row, 1975.
- Freeling, Nicolas. *The village book*. London: Arcadia, 2001.
- Freeling, Nicolas. *Those in peril*. Mysterious Press, 1990.
- Freeling, Nicolas. *What are the bugles blowing for?*. London: Heinemann, 1975.
- Freeling, Nicolas. *Wolfnight: a novel of suspense*. New York: Pantheon Books, 1982.
- Freeling, Nicolas, 1927-. *Gadget*. Harmondsworth (etc.): Penguin, 1979.
- Freeling, Nicolas, 1927-. *The janeites*. London: Arcadia, 2002.

## Eugenics

- Black, Edwin. *War against the weak: eugenics and America's campaign to create a master race*. New York: Four Walls Eight Windows, 2003.
- Ewen, Elizabeth, et al. *Typecasting: on the arts & sciences of human inequality: a history of dominant ideas*. New York: Seven Stories Press, 2006.
- Glad, John. *Future human evolution: eugenics in the twenty-first century*. Schuylkill Haven, PA: Hermitage Publishers, 2006.
- Goldberg, Jonah. *Liberal fascism: the secret history of the American left, from Mussolini to the politics of meaning*. New York: Doubleday, 2007.
- Gould, Stephen Jay. *The mismeasure of man*. New York: Norton, 1981.
- Maranto, Gina. *Quest for perfection: the drive to breed better human beings*. New York: Scribner, 1996.
- McLaren, Angus. *Our own master race: eugenics in Canada, 1885-1945*. Toronto: McClelland & Stewart, 1990.
- Paul, Diane B.. *Controlling human heredity*. Humanity Books, 1995.
- Pine, Lisa. *Nazi family policy, 1933-1945*. Oxford; New York: Berg, 1997.
- Silver, Lee M. *Remaking Eden: how genetic engineering and cloning will transform the American family*. New York: Avon Books, 1998.

## Michael Hofmann

- Hofmann, Gert, et al. *Lichtenberg and the little flower girl*. New York: New Directions Books, 2004.
- Hofmann, Michael. *Approximately nowhere*. Faber and Faber, 1999.
- Hofmann, Michael, 1957 Aug. 25-. *Behind the lines: pieces on writing and pictures*. London; New York: Faber and Faber, 2001.
- Hofmann, Michael, 1957 Aug. 25-. *The film explainer*. Evanston, Ill.: Northwestern University Press, 1996.
- Hofmann, Michael, 1957 August 25-, et al. *After Ovid: new metamorphoses*. New York: Noonday Press, 1996.
- Jungk, Peter Stephan, 1952-, et al. *The perfect American*. New York: Handsel Books, 2004.
- Jünger, Ernst, 1895-, et al. *Storm of steel*. New York: Penguin Books, 2004.
- Kafka, Franz, 1883-1924, et al. *Amerika: the man who disappeared*. New York: New Directions Books, 2002.
- Ledig, Gert, 1921-1999. *The Stalin organ*. London: Granta Books, 2004.

282 of 337

A-4649

- Wander, Fred. *The seventh well*. W.W. Norton & Co., 2008.

## Diane Duane

- Duane, Diane. *Intellivore*. New York: Pocket Books, 1997.
- Duane, Diane. *Nightfall at Algemron*. Renton, Wash.: Wizards of the Coast, 2000.
- Duane, Diane. *Omnitopia dawn*. Daw Books, 2010.
- Duane, Diane. *X-COM: UFO defense: a novel*. [S.l.]: Prima Pub., 1996.
- Duane, Diane. *X-Men*. Bryon Preiss Multimedia Co., 1997.
- Duane, Diane, et al. *Kill Station*. New York: Avon Books, 1992.
- Duane, Diane, et al. *Spacecops: high moon*. New York: Avon Books, 1992.
- Duane, Diane, et al. *Spacecops: mindblast*. New York: Avon Books, 1991.
- Duane, Diane, et al. *Swordhunt*. New York: Pocket Books, 2000.
- Duane, Diane, et al. *The empty chair: a Rihannsu novel*. New York: Pocket Books, 2006.

## Knowledge worker

- Davenport, Thomas H., 1954-. *Thinking for a living: how to get better performance and results from knowledge workers*. Boston, Mass.: Harvard Business School Press, 2005.
- Davenport, Thomas H., 1954-, et al. *Working knowledge: how organizations manage what they know*. Boston, Mass: Harvard Business School Press, 1998.
- Drucker, Peter F. (Peter Ferdinand), 1909-2005. *Management challenges for the 21st century*. New York: HarperBusiness, 1999.
- Kelley, Robert Earl. *The gold-collar worker: harnessing the brainpower of the new workforce*. Reading, Mass.: Addison-Wesley, 1985.
- Leonard-Barton, Dorothy. *Wellsprings of knowledge: building and sustaining the sources of innovation*. Boston, Mass.: Harvard Business School Press, 1995.
- McGee, James V, et al. *Managing information strategically*. New York, Ny: John Wiley & Sons, 1993.
- Mumford, Lewis, 1895-1990. *The city in history: its origins, its transformations, and its prospects*. New York, Harcourt, Brace & World, 1961.
- Savage, Charles M.. *Fifth generation management*. Butterworth-Heinemann, 1996.
- Thorp, John, 1944-, et al. *The information paradox: realizing the business benefits of information technology*. Toronto; New York: McGraw-Hill Ryerson, 1998.

## The City on the Edge of Forever

- Alexander, David, 1943-. *Star trek creator: the authorized biography of Gene Roddenberry*. New York: Roc, 1995.
- David, Jay, 1929-2014. *Inside Joan Collins: a biography*. New York, NY: Carroll & Graf, 1988.
- Engel, Joel, 1952-. *Gene Roddenberry: the myth and the man behind Star trek*. New York: Hyperion, 1994.
- Franson, Donald, et al. *A history of the Hugo, Nebula, and International Fantasy Awards*. [Dearborn, Mich.]: Misfit Press, 1978.
- Gentry, Christine. *Greenberg's guide to Star trek collectibles*. Greenberg Pub., 1991.
- Nimoy, Leonard. *I am Spock*. New York: Hyperion, 1995.
- Reeves-Stevens, Judith. *Star Trek, the next generation-- the continuing mission: a tenth anniversary tribute*. New York: Pocket Books, 1997.
- Shatner, William, et al. *Star trek memories*. New York, NY: HarperCollinsPublishers, 1993.
- Solow, Herbert F, et al. *Inside Star Trek: The Real Story*. New York: Pocket Books, 1996.
- Van Hise, James. *The man who created Star trek, Gene Roddenberry*. [Las Vegas, NV]: [Pioneer Books], 1992.

## Gene Roddenberry

- Alexander, David, 1943-. *Star trek creator: the authorized biography of Gene Roddenberry*. New York: Roc, 1995.
- Asherman, Allan. *The Star trek compendium*. Pocket Books, 1986.
- Asherman, Allan. *The Star trek interview book*. Pocket Books, 1988.
- Engel, Joel, 1952-. *Gene Roddenberry: the myth and the man behind Star trek*. New York: Hyperion, 1994.
- Fern, Yvonne, 1947-, et al. *Gene Roddenberry: the last conversation*. Berkeley: University of California Press, 1994.
- Hamilton, John, 1959-. *Science fiction in the media*. Edina, Minn.: ABDO Pub. Co., 2007.
- Nichols, Nichelle. *Beyond Uhura*. G.P. Putnam's, 1994.
- Solow, Herbert F, et al. *Inside Star Trek: The Real Story*. New York: Pocket Books, 1996.
- Takei, George. *To the stars*. Pocket Books, 1994.
- Van Hise, James. *The man who created Star trek, Gene Roddenberry*. [Las Vegas, NV]: [Pioneer Books], 1992.

## Han dynasty

- Balchin, Jon. *Science: 100 scientists who changed the world*. New York: Enchanted Lion, 2003.
- Block, Leo. *To Harness the Wind*. US Naval Institute Press, 2003.
- Day, Lance, et al. *Biographical dictionary of the history of technology*. London; New York: Routledge, 1996.
- Ebrey, Patricia Buckley, 1947-. *The Cambridge illustrated history of China*. Cambridge; New York: Cambridge University Press, 1999.
- Fairbank, John King. *China*. G. Allen & Unwin, 2001.
- Greenberger, Robert. *The technology of ancient China*. New York: Rosen Pub. Group, 2006.
- Huang, Ray. *China, a macro history*. Armonk, N.Y.: M.E. Sharpe, 1988.
- Lewis, Mark Edward, 1954-. *The Early Chinese Empires: Qin and Han*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2007.
- Teresi, Dick. *Lost discoveries: the ancient roots of modern science-- from the Babylonians to the Maya*. New York: Simon & Schuster, 2002.
- Tom, K. S., 1915-. *Echoes from old China: life, legends, and lore of the Middle Kingdom*. Honolulu: Hawaii Chinese History Center: Distributed by University of Hawaii Press, 1989.

## Franklin's lost expedition

- Atwood, Margaret, 1939-. *Strange things: the malevolent North in Canadian literature*. Oxford: Clarendon Press; New York: Oxford University Press, 1995.
- Beardsley, Martyn. *Deadly winter: the life of Sir John Franklin*. London: Chatham: Distributed by Gerald Duckworth & Co., 2002.
- Berton, Pierre, 1920-. *The Arctic grail: the quest for the North West Passage and the North Pole, 1818-1909*. Toronto, Ont.: McClelland and Stewart, 1988.
- Brandt, Anthony. *The man who ate his boots: the history of the search for the Northwest passage*. New York: Alfred A. Knopf, 2010.
- Cookman, Scott, 1952-. *Ice blink: the tragic fate of Sir John Franklin's lost polar expedition*. New York: Wiley, 2000.
- Klutschak, Heinrich W. *Overland to Starvation Cove: with the Inuit in search of Franklin 1878-1880*. Toronto: University of Toronto Press, 1987.
- McGoogan, Kenneth, 1947-. *Fatal passage: the true story of John Rae, the Arctic hero time forgot*. New York: Carroll & Graf Publishers, 2002.
- Murphy, David. *The Arctic Fox: Francis Leopold McClintock, discoverer of the fate of Franklin*. Toronto: Dundurn Group, 2004.
- Sandler, Martin W.. *Resolute*. Sterling, 2006.
- Simmons, Dan. *The Terror*. Little, Brown and Company, 2007.

## SARK (author)

- Sark, 1954-. *A creative companion: how to free your creative spirit*. Berkeley, Calif.: Celestial Arts, 1991.
- Sark, 1954-. *Change your life without getting out of bed: the ultimate nap book*. New York: Simon & Schuster, 1999.
- Sark, 1954-. *Fabulous friendship festival: loving wildly, learning deeply, living fully with our friends*. New York: Three Rivers Press, 2007.
- Sark, 1954-. *Glad no matter what: transforming loss and change into gift and opportunity*. Novato, Calif.: New World Library, 2010.
- Sark, 1954-. *Inspiration sandwich: stories to inspire your creative freedom*. Berkeley, Calif.: Celestial Arts, 1992.
- Sark, 1954-. *Living juicy: daily morsels for your creative soul*. Berkeley, Calif.: Celestial Arts, 1994.
- Sark, 1954-. *Prosperity pie: how to relax about money and everything else*. New York: Simon & Schuster, 2002.
- Sark, 1954-. *Succulent wild woman: dancing with your wonder-full self!*. New York: Simon & Schuster, 1997.
- Sark, 1954-. *The bodacious book of succulence: daring to live your succulent wild life!*. New York: Simon & Schuster, 1998.
- Sark, 1954-. *Transformation soup: healing for the splendidly imperfect*. New York: Simon & Schuster, 2000.

## Paul Newman

- Gentry, Clyde. *Jackie Chan: inside the dragon*. Dallas, Tex: Taylor Pub., 1997.
- Godfrey, Lionel. *Paul Newman, superstar: a critical biography*. New York: St. Martin's Press, 1979.
- Hinton, S. E. *The outsiders*. New York: Viking Press, 1967.
- Landry, J. C. *Paul Newman*. New York: McGraw-Hill, 1983.
- Lax, Eric. *Paul Newman: a biography*. Atlanta: Turner Pub.; Kansas City, Mo.: Distributed by Andrews and McNeel, 1996.
- Levy, Shawn. *Paul Newman*. Harmony Books, 2009.
- Morella, Joe, et al. *Paul and Joanne: a biography of Paul Newman and Joanne Woodward*. New York, N.Y.: Delacorte Press, 1988.
- Oumano, Elena. *Paul Newman*. St. Martin's Press, 1989.
- Stern, Stewart. *No tricks in my pocket: Paul Newman directs*. New York: Grove Press, 1989.
- Weiner, Ed. *The TV guide TV book: 40 years of the all-time greatest: television facts, fads, hits, and history*. New York, NY: HarperPerennial, 1992.

## Air raids on Japan

- Chun, Clayton. *The Doolittle Raid 1942*. Osprey Publishing, 2006.
- Havens, Thomas R. H. *Valley of darkness: the Japanese people and World War Two*. New York: Norton, 1978.
- Hoyt, Edwin Palmer. *Inferno*. Madison Books, 2000.
- Kennett, Lee B. *A history of strategic bombing*. New York: Scribner, 1982.
- Kerr, E. Bartlett. *Flames over Tokyo: the U.S. Army Air Force's incendiary campaign against Japan, 1944-1945*. New York: D.I. Fine, 1991.
- Marston, Daniel. *The Pacific war companion: from Pearl Harbor to Hiroshima*. Oxford; New York: Osprey, 2007.
- Schaffer, Ronald. *Wings of judgment: American bombing in World War II*. New York; Oxford: Oxford University Press, 1988.
- Sherry, Michael S., 1945-. *The rise of American air power: the creation of Armageddon*. New Haven: Yale University Press, 1987.
- Tillman, Barrett. *Whirlwind: the air war against Japan, 1942-1945*. New York: Simon & Schuster, 2010.
- Wetterhahn, Ralph. *The last flight of Bomber 31*. Carroll & Graf, 2004.

## San Francisco

285 of 337

- Bronson, William, 1926-1976. *The earth shook, the sky burned: a photographic record of the 1906 San Francisco earthquake and fire*. San Francisco, Calif.: Chronicle Books, 2006.
- Ferlinghetti, Lawrence, et al. *Literary San Francisco: a pictorial history from its beginnings to the present day*. San Francisco: City Lights Books: Harper & Row, 1980.
- Hansen, Gladys C.. *San Francisco almanac*. Chronicle Books, 1995.
- Holliday, J. S. *Rush for riches: gold fever and the making of California*. [Oakland, Calif.]: Oakland Museum of California; Berkeley: University of California Press, 1999.
- La Perouse, Jean-Francois de Galaup, comte de, 1741-1788, et al. *Monterey in 1786: the journals of Jean Francois de la Perouse*. Berkeley: Heyday Books, 1989.
- Margolin, Malcolm. *The Ohlone way*. Heyday Books, 1978.
- Maupin, Armistead. *Tales of the city*. New York: Harper & Row, 1989.
- Richards, Rand. *Historic San Francisco*. Heritage House, 2001.
- Thomas, Gordon, 1933-, et al. *The San Francisco Earthquake*. New York, Stein and Day, 1971.
- Ungaretti, Lorri. *San Francisco's Richmond District*. Charleston, SC: Arcadia, 2005.

## Timeline of South Asian and diasporic LGBT history

- Ali, Samina, 1969-. *Madras on rainy days*. New York: Farrar, Straus and Giroux, 2004.
- Dawesar, Abha. *Babyji: a novel*. New York: Anchor Books, 2005.
- Dhalla, Ghalib Shiraz. *Ode to Lata: a novel*. Los Angeles: Really Great Books, 2002.
- Doctor, Farzana. *Stealing Nasreen: a novel*. Toronto: Inanna Publications and Education, 2007.
- Mina, V. K. *The splintered day*. London: Serpent's Tail, 1999.
- Mootoo, Shani. *Out on Main Street & other stories*. Press Gang Publishers, 1993.
- Seabrook, Jeremy, 1939-. *Love in a different climate: men who have sex with men in India*. London; New York: Verso, 1999.
- Selvadurai, Shyam. *Funny boy*. Harcourt Brace, 1997.
- Shah, Sonia. *Dragon ladies: Asian American feminists breathe fire*. Boston: South End Press, 1997.

## Keating Five

- Alexander, Paul, 1955-. *Man of the people: the life of John McCain*. Hoboken, NJ: John Wiley & Sons, 2003.
- Bennett, Robert S.. *In the ring*. Crown Publishers, 2007.
- Binstein, Michael, et al. *Trust me: Charles Keating and the missing billions*. New York: Random House, 1993.
- Germond, Jack, et al. *Whose broad stripes and bright stars?: the trivial pursuit of the presidency, 1988*. New York, NY: Warner Books, 1989.
- Gould, Lewis L.. *The most exclusive club*. Basic Books, 2005.
- Grossman, Mark. *Political corruption in America: an encyclopedia of scandals, power, and greed*. Santa Barbara, Calif.: ABC-CLIO, 2003.
- Mitchell, Andrea. *Talking back --to presidents, dictators, and assorted scoundrels*. New York, N.Y.: Penguin Bks., 2007.
- Pizzo, Stephen, et al. *Inside job: the looting of America's savings and loans*. New York: McGraw-Hill, 1989.
- Regens, James L, et al. *The economic realities of political reform: elections and the U.S. Senate*. Cambridge; New York: Cambridge University Press, 1995.
- Seidman, Lewis William, 1921-. *Full faith and credit: the great S & L debacle and other Washington sagas*. New York: Times Books, 1993.

## Learned Hand

- Auerbach, Jerold S. *Unequal justice: lawyers and social change in modern America*. New York: Oxford University Press, 1976.
- Boyer, Paul S.. *Purity in print*. University of Wisconsin Press, 2002.

- Carrington, Paul D., 1931-. *Stewards of democracy: law as a public profession*. Boulder, Colo.: Westview Press, 1999.
- Griffith, Kathryn P., 1923-. *Judge Learned Hand and the role of the Federal judiciary*. Norman: University of Oklahoma Press, 1973.
- Gunther, Gerald, 1927-. *Learned Hand: the man and the judge*. New York: Knopf, 1994.
- Irons, Peter H., 1940-. *A people's history of the Supreme Court*. New York: Viking, 1999.
- Schick, Marvin. *Learned Hand's Court*. Baltimore, Johns Hopkins Press, 1970.
- Stone, Geoffrey R.. *Perilous times*. W.W. Norton & Co., 2004.
- Weinrib, Ernest Joseph. *The idea of private law*. Cambridge, Mass.: Harvard University Press, 1995.
- Westbrook, Robert B. (Robert Brett), 1950-. *John Dewey and American democracy*. Ithaca, N.Y.: Cornell University Press, 1991.

## Marilyn French

- French, Marilyn. *In the name of friendship*. Feminist Press at the City University of New York, 2006.
- French, Marilyn, 1929-. *Beyond power: on women, men, and morals*. New York: Summit Books, 1985.
- French, Marilyn, 1929-2009. *A season in hell: a memoir*. New York: Knopf, 1998.
- French, Marilyn, 1929-2009. *From eve to dawn: a history of women. V. 1, Origins*. New York: Feminist Press at CUNY, 2008.
- French, Marilyn, 1929-2009. *My summer with George*. New York: Knopf: Distributed by Random House, 1996.
- French, Marilyn, 1929-2009. *Our father: a novel*. Boston: Little, Brown, 1994.
- French, Marilyn, 1929-2009. *Shakespeare's division of experience*. New York: Summit Books, 1981.
- French, Marilyn, 1929-2009. *The bleeding heart: a novel*. New York: Summit Books, 1980.
- French, Marilyn, 1929-2009, et al. *From eve to dawn: a history of women. [electronic resource]*. New York: Feminist Press at the City University of New York, 2008.
- Howe, Florence, et al. *Almost touching the skies: women's coming of age stories*. New York: Feminist Press, 2000.

## Mitt Romney

- Balz, Daniel J.. *The battle for America, 2008*. Viking, 2009.
- Bushman, Claudia L. *Building the kingdom: a history of Mormons in America*. Oxford; New York: Oxford University Press, 2001.
- Canellos, Peter, et al. *Last lion: the fall and rise of Ted Kennedy*. New York: Simon & Schuster, 2009.
- Clymer, Adam. *Edward M. Kennedy*. Morrow, 1999.
- Hersh, Burton. *The shadow president*. Steerforth Press, 1997.
- Hewitt, Hugh, 1956-. *A Mormon in the White House?: 10 things every conservative should know about Mitt Romney*. Washington, DC: Regnery Pub.; Lanham, MD: Distributed to the trade by National Book Network, 2007.
- Kranish, Michael. *The real Romney*. Harper, 2012.
- Ostling, Richard N, et al. *Mormon America: the power and the promise*. San Francisco: HarperSanFrancisco, 1999.
- Romney, Mitt. *Mitt Romney in his own words*. New York: Threshold Editions, 2012.
- Thomas, Evan (Evan Thomas). *"A Long Time Coming" [electronic resource]*. New York: PublicAffairs, 2009.

## Conservation biology

- Carr, Archie Fairly, 1909-. *A naturalist in Florida: a celebration of Eden*. New Haven: Yale University Press, 1994.
- Christy, Bryan. *The lizard king: the true crimes and passions of the world's greatest reptile smugglers*. New York: Twelve, 2008.
- Davis, Peter, 1947 Nov. 15-. *Museums and the natural environment: the role of natural history museums in biological conservation*. London; New York: Leicester University Press, 1996.

- Farber, Paul Lawrence, 1944-. *Finding order in nature: the naturalist tradition from Linnaeus to E.O. Wilson*. Baltimore, Md.: Johns Hopkins University Press, 2000.
- Gore, Albert, 1948-. *Earth in the balance: ecology and the human spirit*. Boston: Houghton Mifflin, 1992.
- Hunter, Malcolm L. *Fundamentals of conservation biology*. Cambridge, Mass.; Oxford: Blackwell Science, 1995.
- Lawton, John H., 1943-, et al. *Extinction rates*. Oxford; New York: Oxford University Press, 1995.
- Meffe, Gary K.. *Principles of conservation biology*. Sinauer, 1997.
- Primack, Richard B., 1950-. *A primer of conservation biology*. Sunderland, Mass.: Sinauer Associates, 2004.

### Classic Maya collapse

- Abrams, Elliot Marc, 1954-. *How the Maya built their world: energetics and ancient architecture*. Austin: University of Texas Press, 1994.
- Longhena, María. *Ancient Mexico: the history and culture of the Maya, Aztecs, and other pre-Columbian peoples*. New York: Barnes & Noble Books, Inc., 2006.
- Lucero, Lisa Joyce. *Water and ritual*. University of Texas Press, 2006.
- Mann, Charles C. *1491: new revelations of the Americas before Columbus*. Vintage, 2006.
- McKillop, Heather Irene, 1953-. *The ancient Maya: new perspectives*. New York: W.W. Norton, 2006.
- Morley, Sylvanus Griswold, 1883-1948. *The ancient Maya*. Stanford, Calif.,: Stanford University Press, 1956.
- Olson, Mancur. *The rise and decline of nations: economic growth, stagflation, and social rigidities*. New Haven u.a. Yale Univ. Press, 1982.
- Sabloff, Jeremy A. *The new archaeology and the ancient Maya*. New York: Scientific American Library: Distributed by W.H. Freeman, 1990.
- Stuart, Gene S, et al. *Lost kingdoms of the Maya*. Washington, D.C.: The Society, 1993.
- Thompson, J. Eric S. (John Eric Sidney), 1898-1975. *Maya history and religion*. Norman: University of Oklahoma Press, 1970.

### Maya Christina Gonzalez

- Alarcón, Francisco X.. *Animal poems of the Iguazú*. Children's Book Press, 2008.
- Alarcón, Francisco X., 1954-, et al. *Angels ride bikes and other fall poems*. San Francisco, Calif.: Children's Bk. Press, 1999.
- Alarcón, Francisco X., 1954-, et al. *From the bellybutton of the moon and other summer poems*. San Francisco, Calif.: Children's Book Press, 1998.
- Alarcón, Francisco X., 1954-2016. *Iguanas in the snow and other winter poems*. San Francisco: Children's Book Press, 2001.
- Gerson, Mary-Joan. *Fiesta femenina*. Barefoot Books, 2001.
- Gonzalez, Maya Christina. *Mis colores, mi mundo = My colors, my world*. San Francisco, Calif.: Children's Book Press, 2007.
- Pérez, Amada Irma. *Nana's chicken coop surprise =*. Children's Book Press, 2004.

### Prem Rawat

- Beckford, James A, et al. *New religious movements and rapid social change*. London; Beverly Hills, Calif.: Sage Publications; Paris, France: Unesco, 1986.
- Beit-Hallahmi, Benjamin. *The illustrated encyclopedia of active new religions, sects, and cults*. New York: Rosen Pub. Group, 1993.
- Chryssides, George D., 1945-. *Historical dictionary of new religious movements*. Lanham, Md.: Scarecrow Press, 2001.
- Kahn, Ashley, et al. *Rolling stone: the seventies*. Boston: Little, Brown and Co., 1998.
- MacDougall, Curtis Daniel, 1903-. *Superstition and the press*. Buffalo, N.Y.: Prometheus Books, 1983.
- Melton, J. Gordon, et al. *The cult experience: responding to the new religious pluralism*. New York: Pilgrim Press, 1986.

- Melton, J. Gordon. cn. *The encyclopedic handbook of cults in America*. New York: Garland Pub., 1986.
- Miller, Timothy, 1944-. *America's alternative religions*. Albany: State University of New York Press, 1995.
- None,. *The Wordsworth dictionary of beliefs and religions*. Ware, Hertfordshire [England]: Wordsworth, 1995.

## Life Against Death

- Abramson, Jeffrey B. *Liberation and its limits: the moral and political thought of Freud*. Boston: Beacon Press, 1986.
- Brown, Norman Oliver, 1913-. *Apocalypse and/or metamorphosis*. Berkeley: University of California Press, 1991.
- Crews, Frederick C. *Out of my system: psychoanalysis, ideology, and critical method*. New York: Oxford University Press, 1975.
- Jacoby, Russell. *The repression of psychoanalysis: Otto Fenichel andthe political freudians*. New York: Basic Books, 1983.
- Kovel, Joel. *History and spirit*. Beacon Press, 1991.
- Kovel, Joel, 1936-. *The age of desire: reflections of a radical psychoanalyst*. New York: Pantheon Books, 1981.
- Marwick, Arthur. *The sixties*. Oxford University Press, 1998.
- Podhoretz, Norman. *Ex-friends: falling out with Allen Ginsberg, Lionel & Diana Trilling, Lillian Hellman, Hannah Arendt, and Norman Mailer*. New York, NY: Free Press, 1999.
- Robinson, Paul A., 1940-. *The Freudian left: Wilhelm Reich, Geza Roheim, Herbert Marcuse*. Ithaca: Cornell University Press, 1990.
- Trilling, Diana. *The beginning of the journey*. Harcourt Brace, 1993.

## Green Gulch Farm Zen Center

- Cooper, Ann, et al. *Bitter harvest: a chef's perspective on the hidden dangers in the foods we eat and what you can do about it*. New York: Routledge, 2000.
- Jordan, Michele Anna. *Vegout: vegetarian guide to San Francisco Bay area*. Salt Lake City: Gibbs Smith, 2004.
- Joyce, Alice, 1946-. *Gardenwalks in California: beautiful gardens from San Diego to Mendocino*. Guilford, Conn.: Insiders' Guide, 2005.
- McCormick, Kathleen, 1955-. *The garden lover's guide to the West*. New York: Princeton Architectural Press, 2000.
- Oda, Mayumi. *I Opened the Gate, Laughing*. Chronicle Books, 2002.
- Peirce, Pam. *Golden Gate gardening: the complete guide to year-round food gardening in the San Francisco Bay area & coastal California*. Seattle, WA: Sasquatch Books, 1998.
- Ricci, Jeanne. *Yoga Escapes*. Celestial Arts, 2003.
- Richmond, Ivan. *Silence and noise*. Atria Books, 2003.
- Van der Ryn, Sim. *The toilet papers: recycling waste and conserving water*. White River Junction, Vt.: Chelsea Green Pub., 2008.

## Electronic music

- Bogdanov, Vladimir, 1965-. *All music guide to electronica: the definitive guide to electronic music*. San Francisco: Backbeat Books, 2001.
- Glinsky, Albert. *Theremin: ether music and espionage*. Urbana: University of Illinois Press, 2000.
- Heifetz, Robin Julian, 1951-. *On the wires of our nerves: the art of electroacoustic music*. Lewisburg: Bucknell University Press; London; Cranbury, NJ: Associated University Presses, 1989.
- Holmes, Thom, et al. *Electronic and experimental music: technology, music, and culture*. New York: Routledge, 2012.
- Macan, Edward, 1961-. *Rocking the classics: English progressive rock and the counterculture*. New York: Oxford University Press, 1997.

- Reynolds, Simon, 1963-. *Generation ecstasy: into the world of techno and rave culture*. Boston: Little, Brown, 1998.
- Sarris, Andrew. *The American cinema: directors and directions, 1929-1968*. New York: Da Capo Press, 1996.
- Shapiro, Peter, 1969-, et al. *Modulations: a history of electronic music: throbbing words on sound*. Caipirinha Productions, USA, 2000.
- Sicko, Dan. *Techno rebels: the renegades of electronic funk*. New York: Billboard Books, 1999.
- Zimmer, Dave, et al. *Crosby, Stills & Nash: the authorized biography*. [New York]: Da Capo Press, 2000.

## Phillip E. Johnson

- Epstein, Steven. *Impure science*. University of California Press, 1996.
- Johnson, Phillip E.. *Defeating Darwinism by opening minds*. InterVarsity Press, 1997.
- Johnson, Phillip E.. *Reason in the balance*. InterVarsity Press, 1995.
- Johnson, Phillip E., 1940-. *Criminal law: cases, materials, and text*. St. Paul, Minn.: West Pub. Co., 1990.
- Johnson, Phillip E., 1940-. *Objections sustained: subversive essays on evolution, law & culture*. Downers Grove, Ill.: InterVarsity Press, 1998.
- Johnson, Phillip E., 1940-. *The right questions: truth, meaning & public debate*. Downers Grove, IL: InterVarsity Press, 2002.
- Johnson, Phillip E., 1940-. *The wedge of truth: splitting the foundations of naturalism*. Downers Grove, Ill.: InterVarsity Press, 2000.
- Johnson, Phillip E., 1940-,Moskovitz, Myron. *Criminal law: cases, materials, and text*. St. Paul, Minn.: West Pub. Co., 1985.
- Pennock, Robert T. *Intelligent design creationism and its critics: philosophical, theological, and scientific perspectives*. Cambridge, Mass.: MIT Press, 2001.
- Pennock, Robert T. *Tower of Babel: the evidence against the new creationism*. Cambridge, Mass.: MIT Press, 1999.

## Marie Antoinette

- Castelot, Andre. *Queen of France; a biography of Marie Antoinette*. New York, Harper, 1957.
- Erickson, Carolly. *To the scaffold*. St. Martin's Griffin, 2004.
- Fraser, Antonia, 1932-. *Marie Antoinette: the journey*. New York: N.A. Talese/Doubleday, 2001.
- Fraser, Antonia, 1932-. *Marie Antoinette: the journey*. New York: Anchor Books, 2002.
- Herman, Eleanor, 1960-. *Sex with the queen: 900 years of vile kings, virile lovers, and passionate politics*. New York: W. Morrow, 2006.
- Hibbert, Christopher, 1924-. *The days of the French Revolution*. New York: William Morrow, 1999.
- Johnson, Paul, 1928-. *Intellectuals*. New York: HarperPerennial, 1992.
- Lasky, Kathryn. *Marie Antoinette, princess of Versailles*. New York: Scholastic, 2000.
- Naslund, Sena Jeter. *Abundance: a novel of Marie Antoinette*. New York: William Morrow, 2006.
- Zweig, Stefan. *Marie Antoinette*. Grove Press, 2002.

## Sector General

- Ashley, Michael. *Transformations: volume 2 in the history of science fiction magazine, 1950-1970*. Liverpool: Liverpool University Press, 2005.
- White, James. *Major operation*. New York: Ballantine, 1981.
- White, James, 1928-. *Beginning operations*. New York: Orb, 2001.
- White, James, 1928-1999. *Alien emergencies: a sector general omnibus*. New York: Orb, 2002.
- White, James, 1928-1999. *Double contact: a Sector General novel*. New York: Tor, 1999.
- White, James, 1928-1999. *Final diagnosis: a Sector General novel*. New York: Tor, 1997.
- White, James, 1928-1999. *Mind changer: a Sector General novel*. New York: Tor, 1998.
- White, James, 1928-1999. *Star healer*. New York: Ballantine Books, 1985.
- White, James, 1928-1999. *Star surgeon [microform]*. New York: Ballantine, 1963.
- White, James, 1928-1999. *The galactic gourmet: a Sector General novel*. New York: Tor, 1996.

## Soviet invasion of Poland

- Dallas, Gregor. *1945*. Yale University Press, 2005.
- Dunn, Seamus, 1939-, et al. *Europe and ethnicity: the First World War and contemporary ethnic conflict*. London; New York: Routledge, 1996.
- Gelven, Michael. *War and existence: a philosophical inquiry*. University Park, Pa.: Pennsylvania State University Press, 1994.
- Jackson, Julian, 1954-. *The fall of France: the Nazi invasion of 1940*. Oxford; New York: Oxford University Press, 2003.
- Mowat, Charles Loch, 1911-. *Britain between the wars, 1918-1940*. London: Methuen & Co., 1968.
- Moynihan, Daniel P. (Daniel Patrick), 1927-2003. *On the law of nations*. Cambridge, Mass.: Harvard University Press, 1990.
- Piotrowski, Tadeusz. *Poland's holocaust*. McFarland, 1998.
- Taylor, A. J. P. (Alan John Percivale), 1906-. *The Second World War: an illustrated history*. New York: Putnam, 1975.
- Tucker, Robert C. *Stalin in power: the revolution from above, 1928-1941*. New York: Norton, 1990.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## Article 231 of the Treaty of Versailles

- Barkan, Elazar. *The guilt of nations: restitution and negotiating historical injustices*. New York: Norton, 2000.
- Bell, Philip Michael Hett, 1930-. *The origins of the Second World War in Europe*. London [u.a.]: Longman, 1999.
- Beller, Steven, 1958-. *A concise history of Austria*. Cambridge, UK; New York: Cambridge University Press, 2006.
- Brezina, Corona. *The Treaty of Versailles, 1919: a primary source examination of the treaty that ended World War I*. New York: Rosen Pub. Group, 2006.
- Craig, Gordon Alexander, 1913-2005, editor, et al. *The diplomats, 1919-1939*. Princeton: Princeton University Press, 1953.
- Evans, Richard J, et al. *In Hitler's shadow: West German historians and the attempt to escape from the Nazi past*. Pantheon, 1989.
- Martel, Gordon. *The origins of the Second World War reconsidered: A.J.P. Taylor and the historians*. London; New York: Routledge, 1999.
- Soumerai, Eve Nussbaum, et al. *Daily life during the Holocaust*. Westport, Conn.: Greenwood Press, 1998.
- Stuhler, Barbara. *Ten men of Minnesota and American foreign policy, 1898-1968*. St. Paul, Minnesota Historical Society, 1973.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## Glossary of bird terms

- Alcock, John, 1942-. *Animal behavior: an evolutionary approach*. Sunderland, Mass.: Sinauer Associates, 1998.
- Alderfer, Jonathan K, et al. *National Geographic birding essentials: all the tools, techniques, and tips you need to begin and become a better birder*. Washington, D.C.: National Geographic, 2007.
- Alderton, David, 1956-. *The complete guide to bird care*. New York: Howell Book House, 1998.
- Barrows, Edward M. *Animal behavior desk reference: a dictionary of animal behavior, ecology, and evolution*. Boca Raton, Fla.: CRC Press, 2001.
- Ehrlich, Paul R.. *The birdwatcher's handbook*. Oxford University Press, 1994.
- Molles, Manuel C., Jr., 1948-. *Ecology: concepts and applications*. Boston: WCB/McGraw-Hill, 1999.
- Newton, Ian, 1940-. *Population limitation in birds*. San Diego: Academic Press, 1998.

- Reilly, Edgar M, et al. *The Audubon illustrated handbook of American birds*. New York, McGraw-Hill, 1968.
- Selby, Michael John. *The surface of the earth*. London: Cassell, 1969.
- Terres, John K, et al. *The Audubon Society encyclopedia of North American birds*. New York: Knopf: Distributed by Random House, 1980.

## Chappaquiddick incident

- Anderson, Jack, 1922-2005, et al. *Peace, war, and politics: an eyewitness account*. New York: Forge, 1999.
- Burns, James MacGregor. *Edward Kennedy and the Camelot legacy*. New York: Norton, 1976.
- Damore, Leo. *Senatorial privilege: the Chappaquiddick cover-up*. New York: Dell Pub., 1989.
- Kappel, Kenneth R.. *Chappaquiddick revealed*. 2nd ed, 1989.
- Kessler, Ronald, 1943-. *The sins of the father: Joseph P. Kennedy and the dynasty he founded*. New York: Warner Books, 1996.
- Klein, Edward. *Ted Kennedy*. Crown Publishers, 2009.
- Lange, James E. T, et al. *Chappaquiddick: the real story*. New York: St. Martin's Press, 1993.
- Rust, Zad. *Teddy bare, the last of the Kennedy clan*. Boston, Western Islands, 1971.
- Sherrill, Robert. *The last Kennedy*. New York: Dial Press, 1976.
- Taraborrelli, J. Randy. *Jackie, Ethel, Joan: women of Camelot*. New York: Warner Books, 2000.

## Objections to evolution

- Bowler, Peter J. *Evolution: the history of an idea*. Berkeley: University of California Press, 2003.
- Godfrey, Laurie R. *Scientists confront creationism*. New York: W.W. Norton, 1984.
- Ham, Ken. *The lie: evolution*. Colorado Springs: Master Books, 1987.
- Hoyle, Fred, 1915-2001. *Archaeopteryx, the primordial bird: a case of fossil forgery*. Swansea: Christopher Davies, 1986.
- Isaak, Mark, 1959-. *The counter-creationism handbook*. Berkeley: University of California Press, 2007.
- Kitcher, Philip, 1947-. *Abusing science: the case against creationism*. Cambridge, Mass.: MIT Press, 1982.
- Pennock, Robert T. *Tower of Babel: the evidence against the new creationism*. Cambridge, Mass.: MIT Press, 1999.
- Research, Institute for Creation, et al. *Scientific creationism*. San Diego, Calif.: Creation-Life Publishers, 1981.
- Sarfati, Jonathan D., 1964-. *Refuting evolution. 2*. Green Forest, AR: Master Books, 2002.
- Scott, Eugenie Carol. *Evolution vs. creationism*. University of California Press, 2005.

## Amos Bronson Alcott

- Baker, Carlos, 1909-1987. *Emerson among the eccentrics: a group portrait*. New York: Viking, 1996.
- Bedell, Madelon. *The Alcotts*. Random House Value Publishing; 1st edition, 1980.
- Dahlstrand, Frederick C., 1945-. *Amos Bronson Alcott, an intellectual biography*. Rutherford [N.J.]: Fairleigh Dickinson University Press; London: Associated University Presses, 1982.
- Felton, R. Todd. *A Journey into the Transcendentalists' New England (ArtPlace series)*. Roaring Forties Press, 2006.
- Francis, Richard, 1945-. *Fruitlands: the Alcott family and their search for utopia*. New Haven; London: Yale University Press, 2010.
- Gura, Philip F.. *American Transcendentalism*. Hill and Wang, 2007.
- Matteson, John. *Eden's outcasts*. W.W. Norton, 2007.
- Reisen, Harriet. *Louisa May Alcott*. Henry Holt, 2009.
- Schreiner, Samuel Agnew. *The Concord quartet*. John Wiley & Sons, 2006.
- Shepard, Odell, 1884-1967. *Pedlar's progress; the life of Bronson Alcott*. Boston, Little, Brown and company, 1937.

## Latin rock

- Barrow, Steve. *The Rough Guide to Reggae 2*. Rough Guides, 2001.
- Bradley, Lloyd, 1955-. *This is reggae music: the story of Jamaica's music*. New York: Grove Press, 2001.
- Davis, Stephen, 1947-. *Reggae bloodlines: in search of the music and culture of Jamaica*. New YorK: Da Capo Press, 1992.
- Dunn, Christopher, 1964-. *Brutality garden: Tropicália and the emergence of a Brazilian counterculture*. Chapel Hill: University of North Carolina Press, 2001.
- González, Juan, 1947-. *Harvest of empire: a history of Latinos in America*. New York: Penguin Books, 2011.
- Loza, Steven Joseph. *Barrio rhythm: Mexican American music in Los Angeles*. Urbana: University of Illinois Press, 1993.
- McCarthy, Jim, 1953-. *Voices of Latin rock: people and events that created this sound*. Milwaukee, WI: Hal Leonard Corp., 2004.
- Mendheim, Beverly. *Ritchie Valens: the first Latino rocker*. Tempe, Ariz.: Bilingual Press/Editorial Bilingüe, 1987.
- Reyes, David, 1951-, et al. *Land of a thousand dances: Chicano rock 'n' roll from Southern California*. Albuquerque: University of New Mexico Press, 1998.
- Woog, Adam, 1953-. *Carlos Santana: legendary guitarist*. Detroit: Lucent Books, 2007.

## Economic democracy

- Alperovitz, Gar. *America beyond capitalism*. J. Wiley, 2005.
- Cook, Richard C. *We hold these truths: the hope of monetary reform*. Aurora, CO: Tendril Press, 2008.
- MacLeod, Greg. *From Mondragon to America: experiments in community economic development*. Sydney, N.S.: University College of Cape Breton Press, 1997.
- Martin Luther King, Jr.. *Where do we go from here*. Beacon Press, 1968.
- Pateman, Carole. *Participation and democratic theory*. Cambridge [England]: Cambridge University Press, 1970.
- Penrose, Edith Tilton. *The economics of the international patent system*. Baltimore: Johns Hopkins Press, 1951.
- Pepper, David. *Modern environmentalism: an introduction*. London; New York: Routledge, 1996.
- Rawls, John, 1921-2002;Kelly, Erin. *Justice as fairness: a restatement*. Cambridge, Mass.: Harvard University Press, 2001.
- Wilkinson, Richard G. *The spirit level: why greater equality makes societies stronger*. New York: Bloomsbury Press, 2010.
- Wolff, Richard D. *Democracy at work: a cure for capitalism*. Chicago, Illinois: Haymarket Books, 2012.

## Cannon

- Archer, Christon I., et al. *World History of Warfare (Tactics & Strategies)*. University of Nebraska Press, 2002.
- Brown, G. I.. *The big bang*. Sutton Pub., 1998.
- Chandler, David G.. *The Campaigns of Napoleon*. Weidenfeld and Nicolson, 1966.
- Ebrey, Patricia Buckley. *The Cambridge illustrated history of China*. Cambridge University Press, 1996.
- Halberstadt, Hans. *The world's great artillery: from the Middle Ages to the present day*. New York: Barnes and Noble Books, 2002.
- Hosking, Geoffrey A.. *Russia and the Russians*. Belknap Press of Harvard University Press, 2001.
- Kelly, Jack, 1949-. *Gunpowder: alchemy, bombards, and pyrotechnics: the history of the explosive that changed the world*. New York: Basic Books, 2004.
- Partington, J. R.. *A history of Greek fire and gunpowder*. Johns Hopkins University Press, 1999.
- Perrin, Noel. *Giving up the gun: Japan's reversion to the sword, 1543-1879*. Boston: D.R. Godine, 1979.
- Wallechinsky, David, 1948-, et al. *The People's almanac*. Garden City, N.Y.: Doubleday, 1975.

## Yom Kippur War

- Asher, Jerry, et al. *Duel for the Golan: the 100-hour battle that saved Israel*. New York: W. Morrow, 1987.
- Haykal, Muḥammad Ḥasanayn. *The road to Ramadan*. New York: Quadrangle/New York Times Book Co., 1975.
- Herzog, Chaim, 1918-. *Heroes of Israel: profiles of Jewish courage*. Boston: Little, Brown, 1989.
- Herzog, Chaim, 1918-1997. *The war of atonement: October, 1973*. Boston: Little, Brown, 1975.
- Kumaraswamy, P. R. *Revisiting the Yom Kippur war*. London; Portland, OR: Frank Cass, 2000.
- Luttwak, Edward. *The Israeli Army*. Cambridge, Mass.: Abt Books, 1983.
- McGregor, Andrew James. *A military history of modern Egypt: from the Ottoman Conquest to the Ramadan War*. Westport, CN: Praeger Security International, 2006.
- Morris, Benny. *Righteous victims*. Vintage Books, 2001.
- Quandt, William B. *Decade of decisions: American policy toward the Arab-Israeli conflict, 1967-1976*. Berkeley: University of California Press, 1977.
- Times., by the Insight team of the London Sunday. *The Yom Kippur war*. Garden City, N.Y., Doubleday, 1974.

## Agharta (album)

- Alkyer, Frank, et al. *The Miles Davis reader*. New York: Hal Leonard Books, 2007.
- Cook, Richard. *It's About That Time*. Oxford University Press, USA, 2007.
- Giddins, Gary. *Natural selection: Gary Giddins on comedy, film, music, and books*. Oxford; New York: Oxford University Press, 2006.
- Kirchner, Bill. *The Oxford companion to jazz*. Oxford; New York: Oxford University Press, 2000.
- Murray, Charles Shaar. *Crosstown traffic: Jimi Hendrix and the post-war rock'n'roll revolution*. New York: St. Martin's Press, 1991.
- Reynolds, Simon, 1963-. *Bring the noise: 20 years of writing about hip rock and hip hop*. Berkeley, CA: Soft Skull Press, 2011.
- Szwed, John F., 1936-. *So what: the life of Miles Davis*. New York: Simon & Schuster, 2002.
- Tate, Greg. *Flyboy in the buttermilk: essays on contemporary America*. New York: Simon & Schuster, 1992.
- Tingen, Paul. *Miles beyond: the electric explorations of Miles Davis, 1967-1991*. New York: Billboard Books, 2001.

## John Muir

- Albanese, Catherine L. *Nature religion in America: from the Algonkian Indians to the New Age*. Chicago: University of Chicago Press, 1990.
- Fox, Stephen R. *The American conservation movement: John Muir and his legacy*. Madison, Wis.: University of Wisconsin Press, 1985.
- Miller, Char, 1951-. *Gifford Pinchot and the making of modern environmentalism*. Washington, DC: Island Press/Shearwater Books, 2001.
- Miller, Rod, 1952-. *John Muir: magnificent tramp*. New York: Forge, 2005.
- Muir, John, 1838-1914, et al. *John of the mountains; the unpublished journals of John Muir*. Boston, Houghton, Mifflin, 1938.
- Nash, Roderick. *Wilderness and the American mind*. Yale University Press, 2001.
- Scheffel, Richard L, et al. *Natural wonders of the world*. New York: Reader's Digest, 1980.
- Tallmadge, John. *Meeting the tree of life: a teachers' path*. Salt Lake City: University of Utah Press, 1997.
- Wilkins, Thurman. *John Muir: apostle of nature*. Norman: University of Oklahoma Press, 1995.
- Witschi, Nicolas S., 1966-. *Traces of gold: California's natural resources and the claim to realism in western American literature*. Tuscaloosa: University of Alabama Press, 2002.

## Dan Cohn-Sherbok

- Cohn-Sherbok, Dan. *A concise encyclopedia of Judaism*. Oxford: Oneworld, 1998.
- Cohn-Sherbok, Dan. *Anti-semitism: a history*. Thrupp, Stroud, Gloucestershire: Sutton, 2002.
- Cohn-Sherbok, Dan. *Holocaust theology*. London: Lamp Press, 1989.

- Cohn-Sherbok, Dan. *Judaism and other faiths*. New York, N.Y.: St. Martin's Press, 1994.
- Cohn-Sherbok, Dan. *Modern Judaism*. New York, N.Y.: St. Martin's Press, 1996.
- Cohn-Sherbok, Dan. *The future of Judaism*. Edinburgh: T & T Clark, 1994.
- Cohn-Sherbok, Dan. *The vision of Judaism: wrestling with God /:* St. Paul MN: Paragon House Publ, 2004.
- Cohn-Sherbok, Lavinia. *A short introduction to Judaism*. Oxford, England; Rockport, MA: Oneworld Publications, 1997.
- Cohn-Sherbok, Lavinia, et al. *Judaism: a short history*. Oxford, England; Boston, MA: Oneworld, 1999.

## Olivia de Havilland

- Behlmer, Rudy. *Memo from David O Selznick*. New York: Viking Press, 1972.
- Brown, Gene. *Movie time: a chronology of Hollywood and the movie industry from its beginnings to the present*. New York: Macmillan, 1995.
- De Havilland, Olivia. *Every Frenchman has one*. New York, Random House, 1962.
- Fishgall, Gary. *Pieces of time*. Scribner, 1997.
- Fontaine, Joan, 1917-. *No bed of roses*. New York: Morrow, 1978.
- Gottfried, Martin. *Nobody's fool: the lives of Danny Kaye*. New York: Simon & Schuster, 1994.
- Herman, Jan, 1942-. *A talent for trouble: the life of Hollywood's most acclaimed director, William Wyler*. New York: G.P. Putnam's Sons, 1995.
- Higham, Charles, 1931-2012. *Sisters: the story of Olivia de Havilland and Joan Fontaine*. New York: Coward-McCann, 1984.
- Meyers, Jeffrey. *John Huston: courage and art*. New York: Crown Archetype, 2011.
- Reagan, Ronald. *An American life*. New York: Simon and Schuster, 1990.

## Ward Churchill

- Andersen, Margaret L, et al. *Race, class, and gender: an anthology*. Belmont, Calif.: Wadsworth, 1995.
- Churchill, Ward. *From a native son: selected essays in indigenism, 1985-1995*. Boston, Mass.: South End Press, 1996.
- Churchill, Ward. *Indians are us?: culture and genocide in native North America*. Monroe, Me.: Common Courage Press, 1994.
- Churchill, Ward. *Kill The Indian, Save The Man*. City Lights Books, 2004.
- Churchill, Ward. *On the justice of roosting chickens*. AK Press, 2003.
- Churchill, Ward. *Perversions of justice: indigenous peoples and angloamerican law*. San Francisco: City Lights Books, 2003.
- Churchill, Ward. *Since Predator Came*. AK Press, 2005.
- Churchill, Ward. *Struggle for the land: indigenous resistance to genocide, ecocide and expropriation in contemporary North America*. Monroe, Me.: Common Courage Press, 1993.
- Churchill, Ward, et al. *Fantasies of the master race: literature, cinema and the colonization of American Indians*. Monroe, Me.: Common Courage Press, 1992.

## Magic Johnson

- Frank, Steven. *Magic Johnson*. Chelsea House Publishers, 1995.
- Gottfried, Ted. *Earvin "Magic" Johnson: champion and crusader*. New York: F. Watts, 2001.
- Gutman, Bill. *Magic Johnson: hero on and off court*. Brookfield, Conn.: Millbrook Press, 1992.
- Gutman, Bill. *Magic, more than a legend: a biography*. New York, N.Y.: Harper Paperbacks, 1992.
- Johnson, Earvin, 1959-. *What you can do to avoid AIDS*. New York: Times Books, 1992.
- Johnson, Rick L. *Magic Johnson: basketball's smiling superstar*. New York: Dillon Press; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1992.
- Lazenby, Roland. *The show: the inside story of the spectacular Los Angeles Lakers in the words of those who lived it*. New York: McGraw-Hill, 2006.
- Riley, Pat. *The winner within*. Berkley Books, 1994.
- Rozakis, Laurie, author. *Magic Johnson: basketball immortal*. Vero Beach, Fla.: Rourke Enterprises, 1993.

- Schwabacher, Martin. *Magic Johnson*. New York: Chelsea Juniors, 1994.

## Operation Overlord

- Ambrose, Stephen E. *D-Day, June 6, 1944: the climactic battle of World War II*. New York: Simon & Schuster, 1994.
- Beevor, Antony. *D-day*. Viking, 2009.
- Bradley, Omar Nelson, 1893-1981. *A soldier's story*. New York: Holt, Rinehart and Winston, 1951.
- Copp, J. T. *Fields of fire: the Canadians in Normandy*. Toronto; Buffalo: University of Toronto Press, 2003.
- Gaddis, John Lewis. *Russia, the Soviet Union, and the United States*. McGraw-Hill Pub. Co, 1990.
- Giangreco, D. M.. *Eyewitness D-Day*. Barnes & Noble Books, 2004.
- Gilbert, Martin, 1936-. *The Second World War: a complete history*. New York: H. Holt, 1991.
- Lewis, Nigel. *Exercise Tiger*. Prentice Hall Press, 1990.
- Neillands, Robin, 1935-2006. *The Battle of Normandy, 1944*. London: Cassell, 2002.
- Whitlock, Flint. *The fighting first: the untold story of the Big Red One on D-Day*. Boulder, Colo.; Oxford: Westview, 2005.

## John F. Kennedy assassination conspiracy theories

- Bugliosi, Vincent. *Reclaiming history*. W.W. Norton & Co., 1998.
- Fontaine, Ray La. *Oswald talked*. Pelican Pub. Co., 1996.
- Fresia, Gerald John. *Toward an American revolution: exposing the Constitution and other illusions*. Boston, MA: South End Press, 1988.
- Garrison, Jim, 1921-1992. *On the trail of the assassins: my investigation and prosecution of the murder of President Kennedy*. New York: Sheridan Square Press: Distributed by Kampmann, 1988.
- Hurt, Henry. *Reasonable doubt: an investigation into the assassination of John F. Kennedy*. New York: Holt, Rinehart, and Winston, 1986.
- Kurtz, Michael L., 1941-. *The JFK assassination debates: lone gunman versus conspiracy*. Lawrence: University Press of Kansas, 2006.
- Lane, Mark. *Rush to Judgment*. Thunder's Mouth Press, 1992.
- Marrs, Jim. *Crossfire: the plot that killed Kennedy*. New York: Carroll & Graf Publishers, 1990.
- McKnight, Gerald. *Breach of trust how the Warren Commission failed the nation and why*. Lawrence, Kan.: University Press of Kansas, 2005.
- Scheim, David E. *Contract on America: the Mafia murder of President John F. Kennedy*. New York: Shapolsky Publishers, 1988.

## Jews

- Brenner, Michael. *A short history of the Jews*. Princeton University Press, 2010.
- Congress, Elaine Piller, et al. *Multicultural perspectives in working with families*. New York: Springer, 2005.
- De Lange, N. R. M. (Nicholas Robert Michael), 1944-. *An introduction to Judaism*. Cambridge; New York: Cambridge University Press, 2000.
- Dosick, Wayne D., 1947-. *Living Judaism: the complete guide to Jewish belief, tradition, and practice*. San Francisco: HarperSan Francisco, 1995.
- Fishman, Sylvia Barack, 1942-. *Jewish life and American culture*. Albany, N.Y.: State University of New York, 2000.
- Gartner, Lloyd P.. *History of the Jews in Modern Times*. Oxford University Press, USA, 2001.
- Johnson, Paul, 1928-. *A history of the Jews*. New York: Perennial Library, 1988.
- Katz, Shmuel, 1914-2008. *Battleground: fact and fantasy in Palestine*. New York: Taylor Productions, 2002.
- Neusner, Jacob, 1932-. *Studying classical Judaism: a primer*. Louisville, Ky.: Westminster/John Knox Press, 1991.

- Neusner, Jacob, 1932-2016. *An introduction to Judaism: a textbook and reader*. Louisville, Ky.: Westminster/John Knox Press, 1991.

## Dunkirk evacuation

- Atkin, Ronald. *Pillar of fire: Dunkirk 1940*. London: Sidgwick & Jackson, 1990.
- Churchill, Winston S.. *Never give in!*. Hyperion, 2003.
- Costello, John, 1943-. *Ten days that saved the West*. London; New York: Bantam Press, 1991.
- Gelb, Norman. *Dunkirk: the incredible escape*. London: Joseph, 1990.
- Jackson, Julian, 1954-. *The fall of France: the Nazi invasion of 1940*. Oxford; New York: Oxford University Press, 2003.
- Keegan, John, 1934-. *The Second World War*. New York: Viking, 1990.
- Murray, Williamson. *A war to be won*. Belknap Press of Harvard University Press, 2000.
- Nadeau, Jean-Benoît. *Sixty million Frenchmen can't be wrong*. Sourcebooks, 2003.
- Safire, William, 1929-2009. *Lend me your ears: great speeches in history*. New York: W.W. Norton, 1997.
- Weinberg, Gerhard L. *A world at arms: a global history of World War II*. Cambridge [Eng.]; New York: Cambridge University Press, 1994.

## Death of Adolf Hitler

- Erickson, John. *The Road to Berlin: Stalin's War with Germany, vol. 2*. [Place of publication not identified]: Weidenfeld, 1983.
- Fest, Joachim C., 1926-2006. *Hitler*. New York, Harcourt Brace Jovanovich, 1974.
- Fest, Joachim C., 1926-2006. *Inside Hitler's bunker: the last days of the Third Reich*. New York: Farrar, Strauss and Giroux, 2004.
- Hamilton, Charles, 1913-1996. *Leaders & personalities of the Third Reich: their biographies, portraits, and autographs*. San Jose, Calif.: R.J. Bender Pub., 1996.
- Joachimsthaler, Anton. *The last days of Hitler: the legends, the evidence, the truth*. London: Brockhampton Press, 1999.
- Linge, Heinz. *With Hitler to the end*. Skyhorse Pub., 2009.
- Parparov, Fyodor. *The Hitler book*. Public Affairs, 2005.
- Petrova, Ada, et al. *The death of Hitler: the full story with new evidence from secret Russian archives*. New York: Norton, 1995.
- Vinogradov, V. K. *Hitler's death: Russia's last great secret from the files of the KGB*. London: Chaucer, 2005.
- Waite, Robert G. L.. *The psychopathic god*. Da Capo Press, 1993.

## Suicide attack

- Bloom, Mia, 1968-. *Dying to kill: the allure of suicide terror*. New York: Columbia University Press, 2005.
- Davis, Joyce, 1953-. *Martyrs: innocence, vengeance, and despair in the Middle East*. New York: Palgrave, 2003.
- Hafez, Mohammed M.. *Suicide Bombers in Iraq*. United States Institute of Peace Press, 2007.
- KHOSROKHAVAR, FARHAD. *SUICIDE BOMBERS: ALLAH'S NEW MARTYRS; TRANS. BY DAVID MACEY*. PLUTO, 2005.
- Lewis, Jeffrey William, 1969-. *The business of martyrdom: a history of suicide bombing*. Annapolis, Md.: Naval Institute Press, 2012.
- Lieberthal, Kenneth. *Revolution and tradition in Tientsin, 1949-1952*. Stanford, Calif.: Stanford University Press, 1980.
- Pape, Robert Anthony, 1960-. *Dying to win: the strategic logic of suicide terrorism*. New York: Random House, 2005.
- Reuter, Christoph. *My life is a weapon: a modern history of suicide bombing*. Princeton, NJ: Princeton University Press, 2004.

- Sheftall, Mordecai G. *Blossoms in the wind: the human legacy of the Kamikaze*. New York: NAL Caliber, 2005.
- Victor, Barbara. *Army of roses: inside the world of Palestinian women suicide bombers*. [Emmaus, Pa.?]: Rodale, 2003.

## Genetic drift

- Avers, Charlotte J. *Process and pattern in evolution*. New York: Oxford University Press, 1989.
- Campbell, Neil A. aut. *Biology*. Menlo Park [u.a.] Benjamin Cummings, 1996.
- Cavalli-Sforza, L. L. (Luigi Luca), 1922-, et al. *The history and geography of human genes*. Princeton, N.J.: Princeton University Press, 1996.
- Kimura, Motoo, 1924-. *Theoretical aspects of population genetics*. Princeton, N.J.: Princeton University Press, 1971.
- Larson, Edward J. (Edward John). *Evolution: the remarkable history of a scientific theory*. New York: Modern Library, 2004.
- Li, Wen-Hsiung, et al. *Fundamentals of molecular evolution*. Sunderland, Mass.: Sinauer Associates, 1991.
- Miller, Geoffrey F. *The mating mind: how sexual choice shaped the evolution of human nature*. New York: Doubleday, 2000.
- None,. *Genetics*. New York: Macmillan Reference USA: Thomson/Gale, 2003.

## Nineteen Eighty-Four

- Bowker, Gordon, 1934-, et al. *Inside George Orwell*. New York: Palgrave Macmillan, 2003.
- Howe, Irving, et al. *1984 revisited: totalitarianism in our century*. New York: Harper & Row, 1983.
- Keyes, Ralph. *I love it when you talk retro*. St. Martin's Press, 2009.
- Murphy, Bruce, 1962-. *Benét's reader's encyclopedia*. New York: HarperCollinsPublishers, 1996.
- Orwell, George. *Nineteen eighty-four*. Plume, 2003.
- Orwell, George, 1903-1950. *Nineteen eighty-four: a novel*. Harmondsworth: Penguin Books in association with Secker & Warburg, 1981.
- Shelden, Michael, author. *Orwell: the authorised biography*. London: Heinemann, 1991.
- Smith, David N., 1952-, et al. *Orwell for beginners*. [London], Eng.: Writers and Readers Pub. Cooperative, 1984.
- Tuccille, Jerome. *Who's afraid of 1984?*. New Rochelle, N.Y.: Arlington House Publishers, 1975.

## New Journalism

- Dennis, Everette E, et al. *Other voices: the new journalism in America*. San Francisco, Canfield Press, 1974.
- Hohenberg, John. *The professional journalist: a guide to the practices and principles of the news media*. New York, 1978.
- Hollowell, John, 1945-. *Fact & fiction: the new journalism and the nonfiction novel*. Chapel Hill: University of North Carolina Press, 1977.
- MacDougall, Curtis Daniel, 1903-. *Interpretative reporting*. New York: Macmillan, 1977.
- McQuade, Donald, comp, et al. *Popular writing in America; the interaction of style and audience*. New York, Oxford University Press, 1974.
- Mills, Nicolaus, compiler. *The new journalism: a historical anthology*. New York, McGraw-Hill, 1974.
- Park, Robert Ezra, 1864-1944. *The city*. Chicago: University of Chicago Press, 1967.
- Polsgrove, Carol. *It wasn't pretty, folks, but didn't we have fun?: surviving the '60s with Esquire's Harold Hayes*. Oakland, Calif.: RDR Books, 2001.
- Weingarten, Marc. *The gang that couldn't write straight*. Crown Publishers, 2006.
- Wolfe, Tom, et al. *The new journalism*. New York, Harper & Row, 1973.

## Dr. Seuss

298 of 337

- Cohen, Charles D. *The Seuss, the whole Seuss, and nothing but the Seuss: a visual biography of Theodor Seuss Geisel*. New York: Random House, 2004.
- Cott, Jonathan. *Pipers at the gates of dawn: the wisdom of children's literature*. New York: Random House, 1983.
- Levine, Stuart P., 1968-. *Dr. Seuss*. San Diego, CA: Lucent Books, 2001.
- Morgan, Judith. *Dr. Seuss & Mr. Geisel*. Da Capo Press, 1996.
- Morgan, Judith, et al. *Dr. Seuss & Mr. Geisel: a biography*. New York:, 1995.
- Pease, Donald E. *Theodor Seuss Geisel*. New York: Oxford University Press, 2010.
- Seuss, Dr. *Bartholomew and the oobleck;*. New York, Random House, 1949.
- Seuss, Dr, et al. *Dr. Seuss from then to now: a catalogue of the retrospective exhibition*. New York: Random House, 1986.
- Seuss, Dr, et al. *The tough coughs as he ploughs the dough*. New York: W. Morrow/Remco Worldservice Books, 1987.
- Weidt, Maryann N.. *Oh, the places he went*. Carolrhoda Books, 1994.

## Presidency of John Adams

- Brown, Ralph A. *The Presidency of John Adams*. Lawrence: University Press of Kansas, 1975.
- Chernow, Ron. *Alexander Hamilton*. New York: Penguin Press, 2004.
- Diggins, John P. *John Adams*. New York: Times Books, 2003.
- Elkins, Stanley M.. *The age of federalism*. Oxford University Press, 1993.
- Ellis, Joseph J. *Passionate sage: the character and legacy of John Adams*. New York: Norton, 2001.
- Kurtz, Stephen G. *The Presidency of John Adams; the collapse of Federalism, 1795-1800*. Philadelphia, University of Pennsylvania Press, 1957.
- McCullough, David G. *John Adams*. New York: Simon & Schuster Paperbacks, 2008.
- McDonald, Forrest. *The Presidency of George Washington*. Lawrence, University Press of Kansas, 1974.
- Miller, John Chester, 1907-1991. *The Federalist era, 1789-1801*. New York, Harper, 1960.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.

## Criticism of religion

- Ansell, Amy Elizabeth, 1964-. *Unraveling the right: the new conservatism in American thought and politics*. Boulder, Colo: Westview Press, 2001.
- Brooke, John Hedley. *Science and religion: some historical perspectives*. Cambridge; New York: Cambridge University Press, 1991.
- Burckhardt, Jacob. *The civilization of the Renaissance in Italy*. Penguin Books, 2004.
- Cavanaugh, William T., 1962-. *The myth of religious violence: secular ideology and the roots of modern conflict*. Oxford; New York: Oxford University Press, 2009.
- Dennett, Daniel Clement. *Breaking the spell: religion as a natural phenomenon*. New York: Viking, 2006.
- Juergensmeyer, Mark. *Terror in the mind of God*. University of California Press, 2001.
- Larson, Edward J. (Edward John). *Summer for the gods: the Scopes trial and America's continuing debate over science and religion*. Cambridge, Mass.: Harvard University Press, 1998.
- Onfray, Michel, 1959-. *In defense of atheism: the case against Christianity, Judaism, and Islam*. Toronto: Viking Canada, 2007.
- Pape, Robert Anthony, 1960-. *Dying to win: the strategic logic of suicide terrorism*. New York: Random House, 2005.
- White, Andrew Dickson. *A history of the warfare of science with theology in Christendom*. Prometheus Books, 1993.

## Masculinity

- Corneau, Guy. *Absent fathers, lost sons: the search for masculine identity*. Boston: Shambhala; [New York]: Distributed in the U.S. by Random House, 1991.

299 of 337

- Eldredge, John, 1960-. *Wild at heart: discovering the secret of a man's soul*. Nashville, TN: Thomas Nelson, 2001.
- Halberstam, Judith, 1961-. *Female masculinity*. Durham [N.C.]: Duke University Press, 1998.
- Hine, Darlene Clark, et al. *A question of manhood: a reader in U.S. Black men's history and masculinity*. Bloomington: Indiana University Press, 1999.
- Jeffreys, Sheila. *Unpacking queer politics: a lesbian feminist perspective*. Cambridge; Malden, MA: Polity Press in association with Blackwell Pub., 2003.
- Pleck, Elizabeth H. (Elizabeth Hafkin) 1945-;Pleck, Joseph H. *The American man*. Englewood Cliffs, N.J.: Prentice-Hall, 1980.
- Simpson, Mark, 1965-. *Male impersonators: men performing masculinity*. New York, NY: Routledge, 1994.
- Stephenson, June, 1920-. *Men are not cost-effective: male crime in America*. New York, N.Y.: HarperPerennial, 1995.
- Theweleit, Klaus. *Male fantasies*. University of Minnesota Press, 1987.
- Vande Berg, Leah R, et al. *Television criticism: approaches and applications*. New York: Longman, 1991.

## Tet Offensive

- Clifford, Clark M.. *Counsel to the president*. Random House, 1991.
- Davidson, Phillip B., 1915-. *Vietnam at war: the history, 1946-1975*. Novato, Calif.: Presidio Press, 1988.
- Dougan, Clark, et al. *Nineteen sixty-eight*. Boston, MA: Boston Pub. Co., 1983.
- Doyle, Edward, 1949-, et al. *The North*. Boston, MA: Boston Pub. Co., 1986.
- Elliott, David W. P. *The Vietnamese war: revolution and social change in the Mekong Delta, 1930-1975*. Armonk, N.Y.: M.E. Sharpe, 2003.
- Lewy, Guenter, 1923-. *America in Vietnam*. Oxford; Toronto: Oxford University Press, 1980.
- Maitland, Terrence, et al. *A contagion of war*. Boston, MA: Boston Pub. Co., 1983.
- Morrocco, John, et al. *Thunder from above: air war, 1941-1968*. Boston, MA: Boston Pub. Co., 1984.
- Pisor, Robert. *The end of the line: the siege of Khe Sanh*. New York: Norton, 1982.
- Schandler, Herbert Y. *Lyndon Johnson and Vietnam: the unmaking of a president*. Princeton, N. J.: Princeton University Press, 1977.

## 1st SS Panzer Division Leibstandarte SS Adolf Hitler

- Arnold, James R., 1952-. *Ardennes 1944: Hitler's last gamble in the West*. London: Osprey, 1990.
- Dollinger, Hans. *The decline and fall of Nazi Germany and imperial Japan: a pictorial history of the final days of World War II*. New York: Bonanza Books: Distributed by Crown Publishers, 1982.
- Lewin, Ronald. *Ultra goes to war: the first account of World War II's greatest secret based on official documents*. New York: McGraw-Hill, 1978.
- MacDonald, Charles Brown, 1922-. *A time for trumpets: the untold story of the Battle of the Bulge*. New York: Perennial, 2002.
- Moseley, Ray. *Mussolini*. Taylor Trade Pub., 2004.
- Parker, Danny S. *Fatal crossroads: the untold story of the Malmédy Massacre at the Battle of the Bulge*. Cambridge, MA: Da Capo Press, 2012.
- Rossino, Alexander B., 1966-. *Hitler strikes Poland: Blitzkrieg, ideology, and atrocity*. Lawrence, Kan.: University Press of Kansas, 2003.
- Stein, George H., 1934-. *The Waffen SS: Hitler's elite guard at war, 1939-1945*. Ithaca, N.Y.: Cornell University Press, 1984.
- Strauss, Herbert Arthur. *In the eye of the storm: growing up Jewish in Germany, 1918-1943: a memoir*. New York: Fordham University Press, 1999.
- Ziemke, Earl Frederick, 1922-. *Stalingrad to Berlin: the German defeat in the east*. Washington, Office of the Chief of Military History, U.S. Army; [for sale by the Supt. of Docs., U.S. Govt. Print. Off.], 1968.

## Iowa-class battleship

- Bonner, Kit. *Great naval disasters*. MBI Pub. Co., 1998.

- Garzke, William H, et al. *Battleships: United States battleships, 1935-1992*. Annapolis, Md.: Naval Institute Press, 1995.
- Keegan, John, 1934-2012. *World War II: a visual encyclopedia*. London: PRC Pub.; New York, N.Y.: Distributed in the U.S. and Canada by Sterling Pub., 2000.
- Lightbody, Andy. *The complete book of U.S. fighting power*. New York, N.Y.: Beekman House, 1990.
- Newell, Gordon R, et al. *Mighty Mo, the U.S.S. Missouri; a biography of the last battleship*. Seattle, Wash., Superior Pub. Co, 1969.
- None,. *The Encyclopedia of world sea power*. London: Temple Press / Aerospace, 1988.
- Polmar, Norman. *The Naval Institute guide to the ships and aircraft of the U.S. fleet*. Annapolis, Md.: Naval Institute, 2004.
- Sharpe, Richard. *Jane's fighting ships 1991-92*. Coulsdon, Surrey [England]; Alexandria, VA: Jane's Information Group, 1991.
- Thompson, Charles C. *A glimpse of hell: the explosion on the USS Iowa and its cover-up*. New York: Norton, 1999.

### Selena

- Arrarás, María Celeste. *Selena's secret*. Simon & Schuster, 1997.
- Burr, Ramiro. *The Billboard guide to Tejano and regional Mexican music*. New York: Billboard Books, 1999.
- García, Alma M. *The Mexican Americans*. Westport, Conn.: Greenwood Press, 2002.
- Levin, Eric. *The most intriguing people of the century*. New York: People Books, 1997.
- Meier, Matt S. *The Mexican American experience: an encyclopedia*. Westport, Conn.: Greenwood Press, 2003.
- Moon, Tom. *1,000 recordings to hear before you die*. Workman Pub., 2008.
- Patoski, Joe Nick. *Selena*. Little Brown & Co (T), 1996.
- Rebolledo, Tey Diana, 1937-. *The chronicles of Panchita Villa and other guerrilleras: essays on Chicana/Latina literature and criticism*. Austin: University of Texas Press, 2005.
- San Miguel, Guadalupe, 1950-. *Tejano proud: Tex-Mex music in the twentieth century*. College Station: Texas A & M University Press, 2002.

### John Quincy Adams

- Bemis, Samuel Flagg, 1891-1973. cn. *John Quincy Adams and the Union*. New York, Knopf, 1956.
- Hargreaves, Mary W. M., 1914-. *The presidency of John Quincy Adams*. Lawrence, Kan.: University Press of Kansas, 1985.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- McCullough, David G. *John Adams*. New York: Simon & Schuster, 2001.
- Miller, William Lee. *Arguing About Slavery*. A.A. Knopf, INC., 1996.
- Nagel, Paul C. *Descent from glory: four generations of the John Adams family*. New York: Oxford University Press, 1983.
- Parsons, Lynn H. *The birth of modern politics: Andrew Jackson, John Quincy Adams, and the election of 1828*. Oxford; New York: Oxford University Press, 2009.
- Remini, Robert Vincent. *John Quincy Adams*. Times Books, 2002.
- Unger, Harlow G., 1931-. *John Quincy Adams*. Boston: Da Capo Press, 2012.
- Widmer, Edward L. *Ark of the liberties: America and the world*. New York: Hill and Wang, 2008.

### Candide

- Adorno, Theodor W., 1903-1969. *Lectures on negative dialectics: fragments of a lecture course 1965/1966*. Cambridge: Polity, 2008.
- Ayer, A. J. (Alfred Jules), 1910-. *Voltaire*. New York: Random House, 1986.
- Bottiglia, William F., compiler. *Voltaire; a collection of critical essays*. Englewood Cliffs, N.J., Prentice-Hall, 1968.
- Boyer, Paul S.. *Purity in print*. University of Wisconsin Press, 2002.

301 of 337

- Haight, Anne Lyon. *Banned books: informal notes on some books banned for various reasons at various times and in various places*. New York: R.R. Bowker, 1955.
- Mason, Haydn Trevor. *Candide: optimism demolished*. New York: Twayne Publishers; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1992.
- Peyser, Joan. *Bernstein: a biography*. New York: Beech Tree Books, 1987.
- Voltaire, 1694-1778, et al. *Candide and related texts*. Indianapolis: Hackett Pub. Co., 2000.
- Walsh, Thomas, 1960-. *Readings on Candide*. San Diego, CA: Greenhaven Press, 2001.
- Williams, David, 1938-. *Voltaire, Candide*. London: Grant & Cutler, 1997.

## Qigong

- Chao, Pi Chen, b. 1860, et al. *Taoist yoga: alchemy and immortality*. York Beach, Me.: S. Weiser, 1973.
- Chen, Nancy N. *Breathing spaces: qigong, psychiatry, and healing in China*. New York: Columbia University Press, 2003.
- Frantzis, Bruce Kumar. *Opening the energy gates of your body*. North Atlantic Books, 1993.
- Li, Chenyang, 1956-. *The Tao encounters the West: explorations in comparative philosophy*. Albany: State University of New York Press, 1999.
- Lin, Zixin. *Qigong: Chinese medicine or pseudoscience*. Amherst, N.Y.: Prometheus Books, 2000.
- Ownby, David, 1958-. *Falun Gong and the future of China*. Oxford; New York: Oxford University Press, 2008.
- Palmer, David A., 1969-. *Qigong fever: body, science, and utopia in China*. New York: Columbia University Press, 2007.
- Wanjek, Christopher, 1967-. *Bad medicine: misconceptions and misuses revealed, from distance healing to vitamin O*. New York: J. Wiley, 2003.
- Wengell, Douglas A. *Educational opportunities in integrative medicine: the A to Z healing arts guide and professional resource directory*. [Atlanta, GA]: Hunter Press, 2008.
- Yang, Jwing-Ming, 1946-. *Qigong for health and martial arts: exercises and meditation*. Boston, MA: YMAA Publication Center, 1998.

## Søren Kierkegaard

- Gardiner, Patrick, 1922-. *Nineteenth-century philosophy*. New York: Free P; London: Collier-Macmillan, 1969.
- Hohlenberg, Johannes, b. 1881. *Sören Kierkegaard;*. New York, Pantheon Books, 1954.
- Hubben, William, 1895-1974. *Dostoevsky, Kierkegaard, Nietzsche, and Kafka; four prophets of our destiny*. New York, Collier Books, 1962.
- Kierkegaard, Søren, 1813-1855. *Philosophical fragments, Johannes Climacus*. Princeton, N.J.: Princeton University Press, 1985.
- Kierkegaard, Søren, 1813-1855. *The concept of irony with continual reference to Socrates: together with notes of Schelling's Berlin lectures*. Princeton, N.J.: Princeton University Press, 1989.
- Mackey, Louis. *Kierkegaard: a kind of poet*. Philadelphia: University of Pennsylvania Press, 1972.
- Poupard, Dennis. *Twentieth-Century literary criticism. [electronic resource]*. Detroit, Mich.: Gale Research, 1983.
- Price, George Henry. *The narrow pass: a study of Kierkegaard's concept of man. --*. New York: McGraw-Hill, 1963.
- Rorty, Richard. *Contingency, irony, and solidarity*. Cambridge University Press, 1989.
- Wyschogrod, Michael, 1928-. *Kierkegaard and Heidegger: the ontology of existence*. London: Routledge & Paul, 1954.

## William McKinley

- Armstrong, William H. (William Howard), 1932-. *Major McKinley: William McKinley and the Civil War*. Kent, Ohio: Kent State University Press, 2000.
- Cherny, Robert W. *A righteous cause: the life of William Jennings Bryan*. Norman: University of Oklahoma Press, 1994.

302 of 337

- Gould, Lewis L. *The Presidency of William McKinley*. Lawrence: Regents Press of Kansas, 1980.
- Jensen, Richard J. *The winning of the Midwest: social and political conflict, 1888-1896*. Chicago: University of Chicago Press, 1971.
- Jones, Stanley Llewellyn, 1918-. *The presidential election of 1896*. Madison: University of Wisconsin Press, 1964.
- Kazin, Michael, 1948-. *A godly hero: the life of William Jennings Bryan*. New York: Knopf, 2006.
- Leech, Margaret, 1893-1974. *In the days of McKinley*. New York, Harper, 1959.
- Miller, Scott. *The President and the assassin*. Random House, 2011.
- Phillips, Kevin P.. *William McKinley*. Times Books, 2003.
- Pratt, Walter F.. *The Supreme Court under Edward Douglass White, 1910-1921*. University of South Carolina Press, 1999.

## Science

- Darrigol, Olivier. *Electrodynamics from Ampère to Einstein*. Oxford; New York: Oxford University Press, 2000.
- Haar, D. ter. *The old quantum theory*. Oxford; New York: Pergamon Press, 1967.
- Henig, Robin Marantz. *The monk in the garden: the lost and found genius of Gregor Mendel, the father of genetics*. Boston: Houghton Mifflin, 2000.
- Kraft, Christopher C. *Flight: my life in mission control*. New York: Dutton, 2001.
- Krimsky, Sheldon. *Science in the private interest: has the lure of profits corrupted biomedical research?*. Lanham: Rowman & Littlefield Publishers, 2003.
- Moody, Glyn. *Digital code of life: how bioinformatics is revolutionizing science, medicine, and business*. Hoboken, N.J.: Wiley, 2004.
- Newton-Smith, W. *The rationality of science*. Boston: Routledge & Kegan Paul, 1981.
- Shermer, Michael, et al. *Why people believe weird things: pseudoscience, superstition, and other confusions of our time*. New York: W.H. Freeman, 1997.

## Muhammad in Islam

- Bennett, Clinton. *In search of Muhammad*. London; New York: Cassell, 1998.
- Eaton, Gai, 1921-2010. *Islam and the destiny of man*. Albany, N.Y.: State University of New York Press, 1985.
- Esposito, John L. *Islam: the straight path*. New York; Oxford: Oxford University Press, 1998.
- Esposito, John L.. *Islam*. Oxford University Press, 1998.
- Khan, Muhammad Zafrulla, 1893-1985. *Muhammad, seal of the prophets*. London; Boston: Routledge & Kegan Paul, 1980.
- Morgan, Diane, 1947-. *Essential Islam: a comprehensive guide to belief and practice*. Santa Barbara, Calif.: Praeger/ABC-CLIO, 2010.
- Peters, F. E. (Francis E.). *Muhammad and the origins of Islam*. Albany: State University of New York Press, 1994.
- Stefon, Matt. *Islamic beliefs and practices*. New York, NY: Britannica Educational Pub. in association with Rosen Educational Services, 2010.

## Audre Lorde

- Ferguson, Russell. *Out there: marginalization and contemporary cultures*. New York, N.Y.: New Museum of Contemporary Art; Cambridge, Mass.: MIT Press, 1990.
- Keating, AnaLouise, 1961-. *Women reading women writing: self-invention in Paula Gunn Allen, Gloria Anzaldúa, and Audre Lorde*. Philadelphia, PA: Temple University Press, 1996.
- Lorde, Audre. *A burst of light: essays*. Ithaca, N.Y.: Firebrand Books, 1988.
- Lorde, Audre. *Chosen poems, old and new*. New York: Norton, 1982.
- Lorde, Audre. *Conversations with Audre Lorde*. Jackson: University Press of Mississippi, 2004.
- Lorde, Audre. *Our dead behind us: poems*. New York: W.W. Norton, 1986.
- Lorde, Audre. *Sister outsider: essays and speeches*. Trumansburg, NY: Crossing Press, 1984.

- Lorde, Audre. *The black unicorn: poems*. New York: Norton, 1978.
- Lorde, Audre. *The cancer journals*. Aunt Lute Books, 1997.
- Veaux, Alexis De. *Warrior poet*. W.W. Norton, 2004.

## Hugh Walpole

- Agate, James, 1877-1947. *A shorter Ego: the autobiography of James Agate*. London: Harrap, 1945.
- Agate, James, 1877-1947. *The selective Ego: the diaries of James Agate*. London: Harrap, 1976.
- Driberg, Tom, Baron Bradwell. *Ruling passions*. London; New York: Quartet Books, 1978.
- Hamann, Brigitte. *Winifred Wagner*. Granta, 2005.
- James, Henry, 1843-1916, author,Edel, Leon, 1907-1997, editor. *Letters*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1974.
- Lehmann, John, 1907-. *The Craft of letters in England: a symposium. --*. London: Cresset Press, 1956.
- Souhami, Diana. *The trials of Radclyffe Hall*. Doubleday, 1999.
- Steele, Elizabeth. *Hugh Walpole*. New York, Twayne Publishers, 1972.
- Walpole, Hugh, Sir, 1884-1941. *The apple trees: four reminiscences*. Waltham, Saint Lawrence, Berkshire: Golden Cockerel Press, 1932.
- Ziegler, Philip. *Rupert Hart-Davis: man of letters*. London: Chatto & Windus, 2004.

## Ellen Swallow Richards

- Bowden, Mary Ellen. *Chemical achievers: the human face of chemical sciences*. Philadelphia: Chemical Heritage Foundation, 1997.
- Clarke, Robert, 1931-. *Ellen Swallow: the woman who founded ecology*. Chicago, Follett Pub. Co, 1973.
- Levenstein, Harvey A., 1938-. *Revolution at the table: the transformation of the American diet*. New York: Oxford University Press, 1988.
- Oakes, Elizabeth H.. *International Encyclopedia of Women Scientists (Facts on File Science Library)*. Facts on File, 2002.
- Ogilvie, Marilyn Bailey. *Women in science: antiquity through the nineteenth century: a biographical dictionary with annotated bibliography*. Cambridge, Mass.: MIT Press, 1986.
- Pursell, Carroll W. *Technology in America: a history of individuals and ideas*. Cambridge, Mass.: MIT Press, 1981.
- Rossiter, Margaret W. *Women scientists in America: struggles and strategies to 1940*. Baltimore: Johns Hopkins University Press, 1982.
- Shearer, Benjamin F, et al. *Notable women in the physical sciences: a biographical dictionary*. Westport, Conn.: Greenwood Press, 1997.
- Vare, Ethlie Ann. *Adventurous spirit*. Carolrhoda Books, 1992.
- Zierdt-Warshaw, Linda. *American women in technology: an encyclopedia*. Santa Barbara, Calif.: ABC-CLIO, 2000.

## Helter Skelter (song)

- Brackett, Nathan, 1968-, et al. *The new Rolling Stone album guide*. New York: Simon & Schuster, 2004.
- Bugliosi, Vincent. *Helter skelter*. W.W. Norton, 1974.
- Doggett, Peter. *There's a riot going on*. Canongate, 2007.
- Graff, Gary, et al. *MusicHound rock: the essential album guide*. Detroit: Visible Ink Press, 1999.
- Lennon, John. *All we are saying*. St. Martin's Griffin, 2000.
- MacDonald, Ian, 1948-2003. *Revolution in the head: the Beatles' records and the sixties*. Chicago, Ill: Chicago Review Press, 2007.
- McKinney, Devin. *Magic circles: the Beatles in dream and history*. Cambridge, Mass.: Harvard University Press, 2003.
- Miles, Barry. *Paul McCartney*. H. Holt, 1998.
- Schaffner, Nicholas, 1953-. *The Beatles forever*. New York: McGraw-Hill, 1978.
- Spitz, Bob. *The Beatles: the biography*. New York: Little, Brown, 2005.

## History of qigong

- Broughton, Richard S. *Parapsychology: the controversial science*. New York: Ballantine Books, 1992.
- Goldstein, Michael S., 1944- author. *Alternative health care: medicine, miracle, or mirage?*. Philadelphia, PA: Temple University Press, 1999.
- Johnson, Ian. *Wild Grass*. Pantheon, 2004.
- Laozi,, et al. *Tao te ching*. London: Penguin Books, 1963.
- Lin, Zixin. *Qigong: Chinese medicine or pseudoscience*. Amherst, N.Y.: Prometheus Books, 2000.
- McDonald, Kevin, 1955-. *Global movements: action and culture*. Malden, MA; Oxford: Blackwell Pub., 2006.
- Ownby, David, 1958-. *Falun Gong and the future of China*. Oxford; New York: Oxford University Press, 2008.
- Palmer, David A., 1969-. *Qigong fever: body, science, and utopia in China*. New York: Columbia University Press, 2007.
- Porkert, Manfred, author. *The theoretical foundations of Chinese medicine: systems of correspondence*. Cambridge, Massachusetts: The MIT Press, 1974.
- Wanjek, Christopher, 1967-. *Bad medicine: misconceptions and misuses revealed, from distance healing to vitamin O*. New York: J. Wiley, 2003.

## Parity of zero

- Council, Graduate Management Admission. *GMAT review: the official guide*. McLean, VA: Graduate Management Admission Council, 2005.
- Crumpacker, Bunny. *Perfect figures: the lore of numbers and how we learned to count*. New York: Thomas Dunne Books/St. Martin's Press, 2007.
- Grimes, Joseph Evans. *The thread of discourse*. The Hague: Mouton, 1975.
- Group, Diagram. *The official world encyclopedia of sports and games: the rules, techniques of play and equipment for over 400 sports and 1, 000 games*. New York: London: Paddington Press, 1979.
- Kaplan, Inc. *New SAT 2400*. New York: Simon & Schuster, 2004.
- Krantz, Steven G. (Steven George), 1951-. *Dictionary of algebra, arithmetic, and trigonometry*. Boca Raton: CRC Press, 2001.
- Penner, R. C., 1956-. *Discrete mathematics: proof techniques and mathematical structures*. River Edge, N.J.: World Scientific, 1999.
- Wilden, Anthony, 1935-. *The rules are no game: the strategy of communication*. London; New York: Routledge & K. Paul, 1987.

## The Taming of the Shrew

- Davies, Stevie. *William Shakespeare, The taming of the shrew*. Penguin, 1995.
- Garber, Marjorie B. *Dream in Shakespeare; from metaphor to metamorphosis*. New Haven: Yale University Press, 1974.
- Greg, W. W. (Walter Wilson), 1875-1959. *The Shakespeare first folio, its bibliographical and textual history*. Oxford, Clarendon Press, 1955.
- Herbert, Henry, Sir, 1595-1673. *The control and censorship of Caroline drama: the records of Sir Henry Herbert, Master of the Revels, 1623-73*. Oxford: Clarendon Press; New York: Oxford University Press, 1996.
- Marcus, Leah S. (Leah Sinanoglou). *Unediting the Renaissance: Shakespeare, Marlowe, Milton*. London; New York: Routledge, 1996.
- Shakespeare, William. *The taming of the shrew*. Penguin Books, 2000.
- Shakespeare, William, 1564-1616, et al. *The taming of the shrew*. New York: Washington Square Press, 1992.
- Shakespeare, William, 1564-1616, et al. *The taming of the shrew: with new an updated critical essays and a revised bibliography*. Signet Classics, 1998.
- Shakespeare, William, 1564-1616, et al. *The taming of the shrew;*. Harmondsworth, Penguin, 1968.

305 of 337

## Herbert Hoover

- Beschloss, Michael R. *The conquerors: Roosevelt, Truman, and the destruction of Hitler's Germany, 1941-1945*. New York: Simon & Schuster Paperbacks, 2007.
- Blainey, Geoffrey. *The rush that never ended: a history of Australian mining. --*. [Melbourne]: Melbourne University Press, 1963.
- Brandes, Joseph. *Herbert Hoover and economic diplomacy; Department of Commerce policy 1921-1928*. Pittsburgh, University of Pittsburgh Press, 1962.
- Burner, David, 1937-. *Herbert Hoover, a public life*. New York: Knopf, 1979.
- Fausold, Martin L., 1921-. *The presidency of Herbert C. Hoover*. Lawrence, Kan.: University Press of Kansas, 1988.
- Ferrell, Robert H. *American diplomacy in the great depression: Hoover-Stimson foreign policy, 1929-1933*. New Haven: Yale University Press, 1957.
- Ferrell, Robert H. *The presidency of Calvin Coolidge*. Lawrence: University Press of Kansas, 1998.
- Finan, Christopher M., 1953-. *Alfred E. Smith: the happy warrior*. New York: Hill and Wang, 2002.
- Leuchtenburg, William E., et al. *Herbert Hoover (The American Presidents)*. Henry Holt & Co, 2008.
- Nash, George H., 1945-. *The life of Herbert Hoover*. New York: W.W. Norton, 1983.

## Robert Leckie (author)

- Leckie, Robert. *A few acres of snow*. J. Wiley & Sons, 1999.
- Leckie, Robert. *Great American battles. Illustrated with maps, prints, and photos*. New York, Random House, 1968.
- Leckie, Robert. *None died in vain: the saga of the American Civil War*. New York: Harper & Row, 1990.
- Leckie, Robert, 1920-. *George Washington's war: the saga of the American Revolution*. New York: HarperCollins, 1992.
- Leckie, Robert, 1920-. *Okinawa: the last battle of World War II*. New York: Viking, 1995.
- Leckie, Robert, 1920-. *The story of football*. New York, Random House, 1965.
- Leckie, Robert, 1920-2001. *From sea to shining sea: from the War of 1812 to the Mexican War, the saga of America's expansion*. New York: HarperCollins, Pub., 1993.
- Leckie, Robert, 1920-2001. *Helmet for my pillow: from Parris Island to the Pacific, a young Marine's stirring account of combat in World War II*. New York: Bantam, 2010.
- Leckie, Robert, 1920-2001. *The wars of America*. New York: Harper & Row, Publishers, 1981.
- Leckie, Robert, et al. *The battle for Iwo Jima*. New York, Random House, 1967.

## W. S. Di Piero

- Di Piero, W. S. *Chinese apples: new and selected poems*. New York: A.A. Knopf, 2007.
- Di Piero, W. S. *Nitro nights*. Port Townsend, Wash.: Copper Canyon Press, 2011.
- Di Piero, W. S. *Skirts and slacks: poems*. New York, NY: A.A. Knopf, 2001.
- Di Piero, W. S. *The restorers*. Chicago: University of Chicago Press, 1992.
- Euripides,, et al. *Ion*. New York: Oxford University Press, 1996.
- Kincaid, Jamaica. *The best American essays 1995*. Boston [u.a.]: Houghton Mifflin, 1995.
- Penna, Sandro. *This strange joy: selected poems of Sandro Penna; translated from the Italian by W.S. Di Piero*. Columbus: Ohio State University Press, 1982.
- Piero, W. S. Di. *Shadows burning*. Triquarterly Books/Northwestern University Press, 1995.
- Sinisgalli, Leonardo, 1908-1981. *The ellipse: selected poems of Leonardo Sinisgalli*. Princeton, N.J.: Princeton University Press, 1982.

## Plato

- Boyer, Carl B. (Carl Benjamin), 1906-. *A history of mathematics*. New York: Wiley, 1991.
- Durant, Will, 1885-1981. *The story of philosophy: the lives and opinions of the great philosophers of the western world*. New York: Simon and Schuster, 1961.
- GARVEY, JAMES. *TWENTY GREATEST PHILOSOPHY BOOKS.*. CONTINUUM, 2006.

- Kraut, Richard, 1944-. *The Cambridge companion to Plato*. Cambridge; New York: Cambridge University Press, 1992.
- Melchert, Norman. *The great conversation: a historical introduction to philosophy*. Boston: McGraw-Hill Higher Education, 2002.
- Plato,, et al. *Complete works*. Indianapolis, Ind.: Hackett Pub., 1997.
- Roach, Peter (Peter John), et al. *Cambridge English pronouncing dictionary*. Cambridge; New York: Cambridge University Press, 2006.
- Tredennick, Hugh, 1899-1982, et al. *The collected dialogues, including the Letters*. Princeton, NJ: Princeton University Press, 1961.
- Vlastos, Gregory. *Socrates, ironist and moral philosopher*. Ithaca, New York: Cornell University Press, 1991.
- Whitehead, Alfred North, 1861-1947, et al. *Process and reality: an essay in cosmology*. New York: Free Press, 1978.

## Western Roman Empire

- Durant, Will, 1885-1981. *The age of faith: a history of medieval civilization--Christian, Islamic, and Judaic-- from Constantine to Dante: A.D. 325-1300*. New York: Simon and Schuster, 1950.
- Gibbon, Edward, 1737-1794, et al. *The history of the decline and fall of the Roman Empire*. London: Penguin, 2000.
- Goldsworthy, Adrian Keith. *How Rome fell: death of a superpower*. New Haven: Yale University Press, 2009.
- Hallenbeck, Jan T. *Pavia and Rome: the Lombard monarchy and the papacy in the eighth century*. Philadelphia: American Philosophical Society, 1982.
- Hunt, Lynn, 1945- author, et al. *The making of the West: peoples and cultures*. Bedford/St. Martin's, 2001.
- Jones, A. H. M. (Arnold Hugh Martin), 1904-1970. *The later Roman Empire, 284-602: a social economic and administrative survey*. Baltimore, Md.: Johns Hopkins University Press, 1986.
- Levillain, Philippe, 1940-. *The papacy: an encyclopedia*. New York: Routledge, 2002.
- Noble, Thomas F. X. *The Republic of St. Peter: the birth of the Papal State, 680-825*. Philadelphia: University of Pennsylvania Press, 1984.
- Southern, Pat. *The Roman army*. Oxford University Press, 2007.
- Weigel, Richard D., 1945-. *Lepidus: the tarnished triumvir*. London; New York: Routledge, 1992.

## Music of the American Civil War

- Abel, E. Lawrence. *Singing the new nation*. Stackpole Books, 2000.
- Branham, Robert J. *Sweet freedom's song: "My Country 'Tis of Thee" and democracy in America*. Oxford [England]; New York: Oxford University Press, 2002.
- Clarke, Donald. *The rise and fall of popular music*. St. Martin's Press, 1995.
- Donald, David Herbert, 1920-2009. *Lincoln*. New York: Simon & Schuster, 1995.
- Ewen, David, 1907-1985. *Panorama of American popular music; the story of our national ballads and folk songs, the songs of Tin Pan Alley, Broadway and Hollywood, New Orleans jazz, swing, and symphonic jazz*. Englewood Cliffs, N.J., Prentice-Hall, 1957.
- Struble, John Warthen. *The history of American classical music: MacDowell through minimalism*. New York: Facts On File, 1995.
- Van Deburg, William L. *Slavery & race in American popular culture*. Madison, Wis.: University of Wisconsin Press, 1984.
- Vaughan, Donald, 1958-. *The everything Civil War book: everything you need to know about the war that divided the nation*. Holbrook, Mass.: Adams Media, 2000.

## Leonid Brezhnev

- Brown, Archie. *The rise and fall of communism*. Ecco, 2009.
- Dallin, David J., 1889-1962. *Soviet foreign policy after Stalin*. Philadelphia, Lippincott, 1961.
- Gaddis, John Lewis. *The Cold War: a new history*. New York: Penguin Press, 2005.

307 of 337

- Kolko, Gabriel. *Anatomy of a war: Vietnam, the United States, and the modern historical experience*. New York: Pantheon Books, 1985.
- McCauley, Martin. *Russia, America, and the Cold War, 1949-1991*. London; New York: Longman, 1998.
- Sarin, O. L. (Oleg Leonidovich), et al. *Alien wars: the Soviet Union's aggressions against the world, 1919 to 1989*. Novato, CA: Presidio, 1996.
- Taubman, William. *Khrushchev: the man and his era*. New York: Norton, 2003.
- Zemtsov, Ilya. *Chernenko: the last Bolshevik: the Soviet Union on the eve of Perestroika*. New Brunswick, N.J., U.S.A.: Transaction Publishers, 1989.
- Zubok, V. M. (Vladislav Martinovich). *A failed empire: the Soviet Union in the Cold War from Stalin to Gorbachev*. Chapel Hill: University of North Carolina Press, 2007.

## David Lewis (Canadian politician)

- Avakumović, Ivan. *Socialism in Canada: a study of the CCF-NDP in federal and provincial politics*. Toronto: McClelland and Stewart, 1978.
- Boyko, John, 1957-. *Into the hurricane: attacking socialism and the CCF*. Winnipeg: J. Gordon Shillingford Pub., 2006.
- Caplan, Gerald L. *The dilemma of Canadian socialism; the CCF in Ontario*. [Toronto] McClelland and Stewart, 1973.
- Horowitz, Gad. *Canadian labour in politics*. [Toronto] University of Toronto Press, 1968.
- Morton, Desmond. *NDP: social democracy in Canada*. Sarasota, Fla.: Samuel Stevens, 1977.
- Shackleton, Doris French, 1918-2002. *Tommy Douglas*. Toronto: McClelland and Stewart, 1975.
- Smith, Cameron, 1935-. *Unfinished journey: the Lewis family*. Toronto: Summerhill Press; Downsview, Ont.: Distributed by University of Toronto Press, 1989.
- Stewart, Walter. *M.J.: the life and times of M.J. Coldwell*. Toronto; New York: Stoddart, 2000.
- Tobias, Henry Jack. *The Jewish Bund in Russia from its origins to 1905*. Stanford, Calif.: Stanford University Press, 1972.
- Young, Walter D. *The anatomy of a party: the national CCF, 1932-1961*. [Toronto] University of Toronto Press, 1969.

## Paul Chesley

- Books, Time-Life. *Photojournalism*. Alexandria, Va.: Time-Life Books, 1983.
- Breining, Greg. *Minnesota*. New York, NY: Compass American Guides, 2006.
- Division, National Geographic Society (U.S.). Special Publications. *America's hidden corners: places off the beaten path*. Washington, D.C.: National Geographic Society, 1983.
- Dunn, Margery G.. *Exploring your world: the adventure of geography*. National Geographic Society, 1989.
- Klusmire, Jon, 1956-, et al. *Colorado*. Oakland, Calif.: Compass American Guides, 1992.
- Robbins, Michael W, et al. *Along the Continental Divide*. Washington, D.C.: The Society, 1981.
- Thybony, Scott, et al. *The Rockies: pillars of a continent*. Washington, D.C.: Book Division, National Geographic Society, 1996.
- Wels, Susan. *Jerusalem*. Collins, 1996.
- Wels, Susan. *The story of mothers & daughters*. New York: HarperCollins, 1997.

## The Well of Loneliness

- Barrios, Richard. *Screened out: playing gay in Hollywood from Edison to Stonewall*. New York: Routledge, 2003.
- Cline, Sally. *Radclyffe Hall*. Overlook Press, 1998.
- Doan, Laura A., 1951-. *Fashioning Sapphism: the origins of a modern English lesbian culture*. New York: Columbia University Press, 2001.
- Faderman, Lillian. *Surpassing the love of men: romantic friendship and love between women from the Renaissance to the present*. New York: Quill, 1981.

- Foster, Jeannette H. (Jeannette Howard), 1895-1981. *Sex variant women in literature; a historical and quantitative survey*. New York, Vantage Press, 1956.
- Kennedy, Elizabeth Lapovsky, 1939-, et al. *Boots of leather, slippers of gold: the history of a lesbian community*. New York: Penguin Books, 1994.
- O'Rourke, Rebecca. *Reflecting on The well of loneliness*. London; New York: Routledge, 1989.
- Russo, Vito. *The celluloid closet: homosexuality in the movies*. New York: Harper & Row, 1987.
- Souhami, Diana. *The trials of Radclyffe Hall*. Doubleday, 1999.

## 1880 United States presidential election

- Ackerman, Kenneth D. *Dark horse: the surprise election and political murder of President James A. Garfield*. New York: Carroll & Graf Publishers, 2003.
- Chester, Edward W. *A guide to political platforms*. Hamden, Conn.: Archon Books, 1977.
- Clancy, Herbert John. *The Presidential election of 1880. --*. Chicago: Loyola University Press, 1958.
- Doenecke, Justus D. *The Presidencies of James A. Garfield & Chester A. Arthur*. Lawrence: Regents Press of Kansas, 1988.
- Kleppner, Paul. *The third electoral system 1853-1892: parties, voters, and political cultures*. Chapel Hill: University of North Carolina Press, 1979.
- McFeely, William S. *Grant: a biography*. New York: Norton, 1981.
- Peskin, Allan. *Garfield: a biography*. Kent, Ohio: Kent State University Press, 1978.
- Porter, Kirk H. (Kirk Harold), 1891-1972, comp, et al. *National party platforms, 1840-1956*. Urbana, University of Illinois Press, 1956.
- Reeves, Thomas C., 1936-. *Gentleman boss: the life of Chester Alan Arthur*. New York, Knopf; [distributed by Random House], 1975.
- Wiebe, Robert H. *The search for order, 1877-1920*. New York: Hill and Wang, 1967.

## Throbbing Gristle

- Daniel, Drew, 1971-. *20 jazz funk greats*. New York: Continuum, 2008.
- Gimarc, George. *Punk diary, 1970-1979*. New York: St. Martin's Press, 1994.
- Heylin, Clinton. *Babylon's burning: from punk to grunge*. New York: Canongate; [Berkeley, Calif.]: Distributed by Publishers Group West, 2007.
- Neal, Charles. *Tape Delay*. Harrow: SAF, 1987.
- Poulsen, Henrik Bech. *'77: the year of punk & new wave*. London: Helter Skelter, 2005.
- Reed, S. Alexander, author. *Assimilate: a critical history of industrial music*. New York: Oxford University Press, 2013.
- Reynolds, Simon, 1963-. *Rip it up and start again: post-punk 1978-84*. London: Faber, 2005.
- Savage, Jon. *England's dreaming: anarchy, Sex Pistols, punk rock, and beyond*. New York: St. Martin's Press, 1992.
- Walker, John Albert, 1938-. *Cross-overs: art into pop/pop into art*. London: New York: Comedia/Methuen, 1987.

## James Madison

- Broadwater, Jeff. *James Madison: a son of Virginia & a founder of the nation*. Chapel Hill: University of North Carolina Press, 2012.
- Ferling, John E. *A leap in the dark: the struggle to create the American republic*. Oxford; New York: Oxford University Press, 2003.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- Keyssar, Alexander. *The right to vote: the contested history of democracy in the United States*. New York: Basic Books;, 2000.
- Labunski, Richard E. *James Madison and the struggle for the Bill of Rights*. Oxford; New York: Oxford University Press, 2006.
- Mason, George, 1725-1792. cn. *The papers of George Mason, 1725-1792*. Chapel Hill, University of North Carolina Press, 1970.

309 of 337

- McCoy, Drew R.. *The last of the fathers: James Madison and the Republican legacy*. Cambridge; New York: Cambridge University Press, 1989.
- McDonald, Forrest. *The Presidency of Thomas Jefferson*. Lawrence: University Press of Kansas, 1976.
- Rutland, Robert Allen, 1922-2000. *The presidency of James Madison*. Lawrence, Kan.: University Press of Kansas, 1990.
- Wood, Gordon S.. *The idea of America*. Penguin Press, 2011.

### 1896 United States presidential election

- Coletta, Paolo Enrico, 1916-. *William Jennings Bryan*. Lincoln, University of Nebraska Press, 1964.
- Glad, Paul W. *McKinley, Bryan and the people*. Philadelphia: Lippincott, 1964.
- Glad, Paul W., 1926-. *McKinley, Bryan, and the people*. Philadelphia, Lippincott, 1964.
- Graff, Henry F. (Henry Franklin), 1921-. *Grover Cleveland*. New York: Times Books, 2002.
- Jones, Stanley Llewellyn, 1918-. *The presidential election of 1896*. Madison: University of Wisconsin Press, 1964.
- Kleppner, Paul. *The cross of culture; a social analysis of midwestern politics, 1850-1900. --*. New York: Free Press, 1970.
- McSeveney, Samuel T. *The politics of depression; political behavior in the Northeast, 1893-1896*. New York: Oxford University Press, 1972.
- Porter, Kirk H. (Kirk Harold), 1891-1972, comp, et al. *National party platforms, 1840-1956*. Urbana, University of Illinois Press, 1956.
- Schlesinger, Arthur Meier, 1917-, et al. *History of American presidential elections, 1789-2001*. Philadelphia: Chelsea House Publishers, 2002.
- Williams, R. Hal. *Years of decision: American politics in the 1890s*. New York: Wiley, 1978.

### Death by burning

- Croft, J. Pauline. *King James*. Palgrave Macmillan, 2003.
- Heinl, Robert Debs. *Written in blood*. University Press of America, 2005.
- Hogge, Alice, 1968-. *God's secret agents: Queen Elizabeth's forbidden priests and the hatching of the Gunpowder Plot*. New York: HarperCollins, 2005.
- Ikram, S. M. (Sheikh Mohamad), 1908-1973. *Muslim civilization in India*. New York, Columbia University Press, 1964.
- Kamen, Henry. *The Spanish Inquisition: a historical revision*. New Haven: Yale University Press, 1998.
- Miller, John, 1946- (John Leslie). *Popery and politics in England 1660-1688*. Cambridge [Eng.]: University Press, 1973.
- Murphy, Cullen. *God's jury: the Inquisition and the making of the modern world*. Boston: Houghton Mifflin Harcourt, 2012.
- Redford, Susan. *The harem conspiracy: the murder of Ramesses III*. Dekalb: Northern Illinois University Press, 2002.
- Stillman, Norman A., 1945-. *The Jews of Arab lands: a history and source book*. Philadelphia: Jewish Publication Society of America, 1979.
- Weinberger-Thomas, Catherine. *Ashes of immortality: widow-burning in India*. Chicago: University of Chicago Press, 1999.

### Roe v. Wade

- Browder, Sue. *Subverted: how i helped the sexual revolution hijack the women's movement*. San Francisco: Ignatius Press, 2015.
- Critchlow, Donald T., 1948-. *Intended consequences: birth control, abortion, and the federal government in modern America*. New York: Oxford University Press, 1999.
- Garrow, David J., 1953-. *Liberty and sexuality: the right to privacy and the making of Roe v. Wade*. New York: Macmillan Pub. Co.; Toronto: Maxwell Macmillan Canada; New York: Maxwell Macmillan International, 1994.

- Hull, N. E. H., 1949-, et al. *Roe v. Wade: the abortion rights controversy in American history*. Lawrence, Kan.: University Press of Kansas, 2001.
- Hull, N. E. H., 1949-;Hoffer, Williamjames;Hoffer, Peter Charles, 1944-. *The abortion rights controversy in America: a legal reader*. Chapel Hill: University of North Carolina Press, 2004.
- Mohr, James C. *Abortion in America: the origins and evolution of national policy, 1800-1900*. New York: Oxford University Press, 1978.
- Reeves, Richard. *President Nixon*. Simon & Schuster, 2001.
- Rubin, Eva R. *The Abortion controversy: a documentary history*. Westport, Conn.: Greenwood, 1994.
- Schwartz, Bernard, 1923-1997, et al. *The Unpublished opinions of the Burger court*. New York: Oxford University Press, 1988.
- Staggenborg, Suzanne. *The Pro-choice movement: organization and activism in the abortion conflict*. New York: Oxford University Press, 1991.

## Greta Garbo

- Bainbridge, John. *Garbo*. Garden City, N.Y., Doubleday, 1955.
- Bainbridge, John, 1913-1992. *Garbo*. New York, Holt, Rinehart and Winston, 1971.
- Broman, Sven, et al. *Conversations with Greta Garbo*. New York, N.Y., U.S.A.: Viking, 1992.
- Brown, John Mason, 1900-1969. *The worlds of Robert E. Sherwood; mirror to his times, 1896-1939*. New York, Harper & Row, 1965.
- Kellow, Brian. *The Bennetts*. University Press of Kentucky, 2004.
- Paris, Barry. *Garbo*. Minneapolis: University of Minnesota Press, 2002.
- Parish, James Robert, et al. *The debonairs*. New Rochelle, N.Y.: Arlington House, 1975.
- Shapiro, Fred R, et al. *The Yale book of quotations*. New Haven: Yale University Press, 2006.
- Sjölander, Ture, 1937-. *Garbo*. New York, Harper & Row, 1971.
- Zierold, Norman J. *Garbo*. New York, Stein and Day, 1969.

## Teresa Nielsen Hayden

- Brust, Steven. *The paths of the dead*. Tor, 2002.
- Brust, Steven. *Tiassa*. Tor, 2011.
- Ford, John M. *The last hot time*. New York: Tor, 2000.
- McGarry, Terry. *The binder's road*. Tor, 2003.
- Turtledove, Harry. *Conan of Venarium*. New York: Tor, 2003.
- Turtledove, Harry. *The breath of God*. New York: Tor, 2008.
- Wilson, Robert Charles. *Vortex*. New York: Tor, 2011.
- Wilson, Robert Charles, 1953-. *Axis*. New York: Tor, 2007.
- Wilson, Robert Charles, 1953-. *Julian Comstock: a story of 22nd-century America*. New York: Tor, 2009.
- Wilson, Robert Charles, 1953- author. *Burning paradise*. New York: Tor, 2013.

## Matter

- Collings, Peter J.. *Liquid crystals*. Princeton University Press, 2002.
- Connell, Richard J. *Matter and becoming*. Chicago: Priory Press, 1966.
- Davies, P. C. W. *The forces of nature*. Cambridge; New York: Cambridge University Press, 1979.
- Fritzsch, Harald, 1943-. *Elementary particles: building blocks of matter*. New Jersey: World Scientific, 2005.
- Hooft, G. 't. *In search of the ultimate building blocks*. Cambridge; New York, NY: Cambridge University Press, 1997.
- Luminet, Jean-Pierre. *Black holes*. Cambridge [England]; New York, NY, USA: Cambridge University Press, 1992.
- Plaxco, Kevin W., 1965-. *Astrobiology: a brief introduction*. Baltimore: Johns Hopkins University Press, 2006.
- Schumm, Bruce A., 1958-. *Deep down things: the breathtaking beauty of particle physics*. Baltimore: Johns Hopkins University Press, 2004.

311 of 337

- Sukys, Paul. *Lifting the scientific veil: science appreciation for the nonscientist*. Lanham, MD: Rowman & Littlefield, 1999.
- Wenham, Martin. *Understanding primary science: ideas, concepts and explanations*. London: Paul Chapman, 2005.

## People's Volunteer Army

- Alexander, Bevin. *Korea: the first war we lost*. New York: Hippocrene Books, 1986.
- Ford, Robert, 1923-. *Wind between the worlds*. Berkeley: Snow Lion Graphics, 1987.
- Geller, Mikhail, 1922-1997. *Cogs in the Soviet wheel: the formation of Soviet man*. London: Collins Harvill, 1988.
- George, Alexander L. *The Chinese Communist Army in action; the Korean War and its aftermath*. New York, Columbia University Press, 1967.
- Goncharov, S. N.. *Uncertain partners*. Stanford University Press, 1993.
- Halberstam, David. *The coldest winter: America and the Korean War*. New York: Hyperion, 2007.
- Hoyt, Edwin Palmer. *The day the Chinese attacked: Korea, 1950: the story of the failure of America's China policy*. New York: McGraw-Hill, 1990.
- Marks, John, 1943-. *The search for the "Manchurian candidate": the CIA and mind control*. New York: Times Books, 1978.
- Spurr, Russell. *Enter the dragon*. Newmarket Press, 1988.
- Zhang, Shu Guang, 1956 October 31-. *Deterrence and strategic culture: Chinese-American confrontations, 1949-1958*. Ithaca: Cornell University Press, 1992.

## Christian culture

- Ash, Russell. *The top 10 of everything 2002*. Dorling Kindersley, 2002.
- Baltzell, E. Digby (Edward Digby), 1915-. *The Protestant establishment: aristocracy & caste in America*. New York, Random House, 1964.
- Barrows, Susanna, 1944-2010, et al. *Drinking: behavior and belief in modern history*. Berkeley: University of California Press, 1991.
- Gariepy, Henry. *Christianity in action: the international history of the Salvation Army*. Grand Rapids, Mich.: William B. Eerdmans Pub. Co., 2009.
- Geisler, Norman L., author. *Christian ethics*. Grand Rapids, Mich.: Baker Book House, 1989.
- Koch, Carl, 1945-. *The Catholic Church: journey, wisdom, and mission*. Winona, Minn.: Saint Mary's Press, 1994.
- Power, Eileen, et al. *Medieval women*. Cambridge: Cambridge University Press, 1997.
- Royce, James E, et al. *Alcoholism and other drug problems*. New York: Free Press: Distributed by Simon & Schuster, 1996.
- Thomas, Hugh, 1931-. *The slave trade: the story of the Atlantic slave trade, 1440-1870*. New York, NY: Simon & Schuster, 1997.
- Witte, John, 1959-. *From sacrament to contract: marriage, religion, and law in the Western tradition*. Louisville, Ky.: Westminster John Knox Press, 1997.

## Pola Negri

- Chaplin, Charlie, 1889-1977, et al. *My autobiography*. New York, Simon and Schuster, 1964.
- Everson, William K.. *American silent film*. New York: Da Capo Press, 1998.
- Eyman, Scott. *Ernst Lubitsch: laughter in paradise*. Baltimore [u.a.]: Johns Hopkins Univ. Press, 2000.
- Guiles, Fred Lawrence. *Marion Davies; a biography*. New York, McGraw-Hill, 1972.
- Keylin, Arleen, et al. *Hollywood album: lives and deaths of Hollywood stars from the pages of the New York times*. New York: Arno Press, 1977.
- Lamparski, Richard. *Lamparski's Whatever became of...?*. New York: Bantam Books, 1976.
- Lanza, Joseph. *Russ Columbo and the crooner mystique*. Los Angeles, Calif.: Feral House, 2002.
- Leider, Emily Wortis. *Dark lover*. Farrar, Straus and Giroux, 2003.
- Negri, Pola, 1897-. *Memoirs of a star*. Garden City, N.Y., Doubleday, 1970.

- Swanson, Gloria. *Swanson on Swanson*. New York: Random House, 1980.

## Ingrid Bergman

- Bergman, Ingrid, 1915-1982. *Ingred bergman: my story*. [S.l.]: Dell Pub., 1987.
- Bergman, Ingrid, 1915-1982, et al. *Ingrid Bergman, my story*. New York: Delacorte Press, 1980.
- Bergman, Ingrid, 1915-1982, et al. *Ingrid Bergman, my story*. New York: Dell, 1981.
- Chandler, Charlotte. *Ingrid*. Simon & Schuster, 2007.
- Fishgall, Gary. *Gregory Peck*. Scribner, 2002.
- Leamer, Laurence. *As time goes by: the life of Ingrid Bergman*. New York: Harper & Row, 1986.
- Leamer, Laurence. *As time goes by: the life of Ingrid Bergman*. New York: Harper & Row, 1986.
- Marton, Kati. *The Great Escape*. Simon & Schuster, 2006.
- Quirk, Lawrence J. *The films of Ingrid Bergman*. New York: Citadel Press, 1970.
- Taylor, John Russell. *Ingrid Bergman*. New York: St. Martin's Press, 1983.

## Edward III of England

- Brown, A. L. (Alfred Lawson), 1927-. *The governance of late medieval England 1272-1461*. London: Edward Arnold, 1989.
- Cantor, Norman F. *In the wake of the plague: the Black death and the world it made*. New York: Perennial/HarperCollins, 2002.
- Harriss, G. L. *King, Parliament, and public finance in medieval England to 1369*. Oxford: Clarendon Press, 1975.
- Holmes, George, 1927-. *The estates of the higher nobility in fourteenth-century England. --*. Cambridge [Eng.]: University Press, 1957.
- Holmes, George, 1927-. *The good parliament*. Oxford [Eng.]: Clarendon Press, 1975.
- Maddicott, John Robert. *Thomas of Lancaster, 1307-1322: a study in the reign of Edward II*. London: Oxford U.P., 1970.
- Prestwich, Michael. *Plantagenet England, 1225-1360*. Clarendon Press, 2005.
- Prestwich, Michael. *The three Edwards: war and state in England, 1272-1377*. London: Weidenfeld and Nicolson, 1980.
- Richardson, H. G. (Henry Gerald), 1884-. *The English Parliament in the middle ages*. London: Hambledon Press, 1981.
- Waugh, Scott L., 1948-. *England in the reign of Edward III*. Cambridge; New York: Cambridge University Press, 1991.

## Feminism and equality

- Buechler, Steven M., 1951-. *Women's movements in the United States: woman suffrage, equal rights, and beyond*. New Brunswick: Rutgers University Press, 1990.
- DuBois, Ellen Carol. *Feminism and suffrage*. Cornell University Press, 1999.
- Echols, Alice. *"Daring to be bad": radical feminism in America, 1967-1975*. Minneapolis: University of Minnesota Press, 1989.
- Eisler, Riane Tennenhaus. *The chalice and the blade: our history, our future*. Cambridge [Mass.]: Harper & Row, 1987.
- Freedman, Estelle. *No Turning Back*. Ballantine Books, 2003.
- Hooks, Bell. *Feminism is for everybody: passionate politics*. Cambridge, MA: South End Press, 2000.
- Modleski, Tania. *Feminism without women, culture and criticism in a " Postfeminist" age.*. Routledge, 1991.
- Stevens, Doris. *Jailed for freedom*. NewSage Press, 1995.
- Whitney, Sharon. *The equal rights amendment: the history and the movement*. New York: F. Watts, 1984.

## Catherine the Great

- Alexander, John T. *Catherine the Great: life and legend*. New York: Oxford University Press, 1989.

313 of 337

A-4680

- Dixon, Simon (Simon M.). *Catherine the Great*. New York: Ecco, 2009.
- Erickson, Carolly, 1943-. *Great Catherine*. New York: Crown Publishers, 1994.
- Hosking, Geoffrey A. *Russia: people and empire, 1552-1917*. Cambridge, Mass.: Harvard University Press, 1997.
- Kolchin, Peter, author. *Unfree labor: American slavery and Russian serfdom*. Cambridge, Massachusetts: Belknap Press of Harvard University Press, 1987.
- Madariaga, Isabel de, 1919-2014. *Catherine the Great: a short history*. New Haven: Yale University Press, 1990.
- Madariaga, Isabel de, 1919-2014. *Russia in the age of Catherine the Great*. New Haven: Yale University Press, 1981.
- Pipes, Richard. *Russia under the old regime*. New York: Scribner, 1974.
- Rodger, N. A. M.. *The command of the ocean*. W.W. Norton, 2005.
- Rounding, Virginia. *Catherine the Great: love, sex and power*. London: Hutchinson, 2006.

### Nguyễn Văn Thiệu

- Dougan, Clark, et al. *Nineteen sixty-eight*. Boston, MA: Boston Pub. Co., 1983.
- Dougan, Clark, et al. *The fall of the South*. Boston, MA: Boston Pub. Co., 1985.
- Hosmer, Stephen T. *The fall of South Vietnam: statements by Vietnamese military and civilian leaders*. New York: Crane, Russak, 1980.
- Isaacs, Arnold R. *Without honor: defeat in Vietnam and Cambodia*. Baltimore: Johns Hopkins University Press, 1983.
- Kahin, George McTurnan. *Intervention: how America became involved in Vietnam*. New York: Knopf, 1986.
- Langguth, A. J., 1933-2014. *Our Vietnam: the war, 1954-1975*. New York: Simon & Schuster, 2000.
- Lipsman, Samuel. *The false peace, 1972-74*. Boston, MA: Boston Pub. Co., 1985.
- Nguyen, Gregory Tien Hung, 1935-. *The palace file*. New York: Harper & Row, 1986.
- Penniman, Howard Rae, 1916-. *Elections in South Vietnam*. Washington, American Enterprise Institute for Public Policy Research, 1972.
- Snepp, Frank. *Decent interval: an insider's account of Saigon's indecent end*. New York: Random House, 1977.

### Monarchy of Canada

- Bousfield, Arthur, 1943-. *Royal observations: Canadians & royalty*. Toronto [Ont.]: Dundurn Press, 1991.
- Bousfield, Arthur, 1943-. *Royal tours, 1786-2010: home to Canada*. Toronto: Dundurn Press, 2010.
- Edwards, John, 1953 June 10-, et al. *Russia's wrong direction: what the United States can and should do: report of an independent task force*. New York: Council on Foreign Relations; [Washington, D.C.: Distributed by Brookings Institution Press], 2006.
- Hall, Trevor, 1943-. *Royal Canada: [a history of royal visits to Canada since 1786]*. Godalming, Surrey, England: Archive Publishing: B. Mitchell, 1989.
- Mac Gregor Dawson R., Auteur. *The Government of Canada*. Toronto: University of Toronto Press, 1970.
- Monet, Jacques. *The Canadian crown*. Toronto: Clarke, Irwin, 1979.
- Romney, Paul, 1945-. *Getting it wrong: how Canadians forgot their past and imperilled Confederation*. Toronto; Buffalo: University of Toronto Press, 1999.
- Smith, David E., 1936-. *The republican option in Canada, past and present*. Toronto; Buffalo: University of Toronto Press, 1999.

### Cambodian genocide

- Frey, Rebecca Joyce. *Genocide and international justice*. New York: Facts On File, 2009.
- Gellately, Robert, 1943-, et al. *The specter of genocide: mass murder in historical perspective*. New York: Cambridge University Press, 2003.
- Kiernan, Ben. *Genocide and democracy in Cambodia: the Khmer Rouge, the United Nations, and the international community*. New Haven, Conn.: Yale University Southeast Asia Studies, 1993.

- Kiernan, Ben. *How Pol Pot came to power*. Yale University Press, 2004.
- Power, Samantha. *A Problem from Hell*. Basic Books, 2002.
- SarDesai, D. R.. *Vietnam, past and present*. Westview Press, 1998.
- Terry, Fiona. *Condemned to Repeat?*. Cornell University Press, 2002.
- Ung, Loung. *First they killed my father: a daughter of Cambodia remembers*. New York: Perennial, 2001.
- Vickery, Michael. *Cambodia, 1975-1982*. Boston, MA: South End Press, 1984.
- Vickery, Michael. *Cambodia, 1975-1982*. Boston, MA: South End Press, 1984.

## Claude Debussy

- Dietschy, Marcel. *A portrait of Claude Debussy*. Clarendon Press, 1990.
- Garden, Mary, 1874-1967, et al. *Mary Garden's story*. New York, Simon and Schuster, 1951.
- Harman, Alec;Milner, Anthony;Mellers, Wilfrid, 1914-2008. *Man and his music*. London: Barrie & Jenkins, 1988.
- Holden, Amanda, et al. *The Penguin opera guide*. London: Penguin, 1995.
- Moreux, Serge. *Béla Bartók*. New York: Vienna House, 1974.
- Nichols, Roger. *Ravel*. New Haven: Yale University Press, 2011.
- Schonberg, Harold C. *The great pianists*. New York: Simon & Schuster, 1987.
- Thompson, Oscar, 1887-1945. *Debussy: man and artist*. New York: Tudor Pub. Co., 1940.
- Trezise, ed. by Simon. *The Cambridge companion to Debussy*. Cambridge University Press, 2003.
- Vallas, Léon, 1879-1956. *Claude Debussy: his life and works*. London: Oxford University Press, 1933.

## Presidency of Bill Clinton

- Congressional Quarterly, inc. *Congress and the Nation: a review of government and politics in the postwar years*. Washington, D.C: CQ Press, 1965.
- Congressional Quarterly, inc. *Congress and the Nation: a review of government and politics in the postwar years*. Washington, D.C: CQ Press, 1965.
- Conley, Richard Steven. *Historical dictionary of the Clinton era*. Lanham: Scarecrow Press, 2012.
- Hamilton, Nigel. *Bill Clinton*. PublicAffairs, 2007.
- Harris, John F. (John Furby), 1963-. *The survivor: Bill Clinton in the White House*. New York: Random House, 2005.
- Herrnson, Paul S., 1958-, et al. *The Clinton presidency: the first term, 1992-96*. New York: St. Martin's Press, 1999.
- Klein, Joe, 1946-. *The natural: the misunderstood presidency of Bill Clinton*. New York: Doubleday, 2002.
- Stephanopoulos, George, 1961-. *All too human: a political education*. Boston: Little, Brown, 1999.
- Wilentz, Sean. *The age of Reagan*. Harper, 2008.
- Woodward, Bob, 1943-. *Maestro: Greenspan's Fed and the American boom*. New York: Simon & Schuster, 2000.

## Anti-Catholicism in the United States

- Ackerman, Kenneth D.. *Boss Tweed*. Carroll & Graf Publishers, 2005.
- Bennett, David Harry, 1935-. *The party of fear: from nativist movements to the New Right in American history*. New York: Vintage Books, 1995.
- Greeley, Andrew M., 1928-2013. *An ugly little secret: anti-Catholicism in North America*. Kansas City: Sheed Andrews and McMeel, 1977.
- Kinzer, Donald Louis, 1914-. *An episode in anti-Catholicism: the American Protective Association*. Seattle: University of Washington Press, 1964.
- Lash, Joseph P., 1909-. *Eleanor: the years alone*. New York, Norton, 1972.
- Lichtman, Allan J. *Prejudice and the old politics: the Presidential election of 1928*. Chapel Hill: University of North Carolina Press, 1979.
- Moore, Edmund Arthur, 1903-. *A Catholic runs for President; the campaign of 1928*. New York, Ronald Press Co, 1956.
- Slayton, Robert A. *Empire statesman: the rise and redemption of Al Smith*. New York: Free Press, 2001.

- White, Theodore Harold, 1915-. *The making of the President, 1960*. New York: Book-of-the-Month Club, 1988.
- Wills, Garry, 1934-. *Under God: religion and American politics*. New York: Simon and Schuster, 1990.

## Gay literature

- Austen, Roger. *Playing the game: the homosexual novel in America*. Indianapolis: Bobbs-Merrill, 1977.
- Bronski, Michael. *Pulp friction: uncovering the golden age of gay male pulps*. New York: St. Martin's Griffin, 2003.
- Dynes, Wayne R, et al. *Encyclopedia of homosexuality*. New York: Garland Pub., 1990.
- Fone, Byrne R. S. *The Columbia anthology of gay literature: readings from Western antiquity to the present day*. New York: Columbia University Press, 1998.
- Garber, Eric. *Uranian worlds: a guide to alternative sexuality in science fiction, fantasy, and horror*. Boston, Mass.: G.K. Hall, 1990.
- Keesey, Pam, 1964-. *Daughters of Darkness: lesbian vampire stories*. Pittsburg, Pa.: Cleis Press, 1993.
- Morris, Ivan I. dn. *The world of the shining prince; court life in ancient Japan*. New York, Knopf, 1964.
- Slide, Anthony. *Lost gay novels*. Harrington Park Press, 2003.
- Woods, Gregory, 1953-. *A history of gay literature: the male tradition*. New Haven: Yale University Press, 1998.

## John Macquarrie

- Macquarrie, John. *3 issues in ethics*. New York, Harper & Row, 1970.
- Macquarrie, John. *Dictionary of Christian ethics*. Philadelphia, Westminster Press, 1967.
- Macquarrie, John. *God-talk: an examination of the language and logic of theology*. New York: Harper & Row, 1967.
- Macquarrie, John. *In search of deity: an essay in dialectical theism*. New York: Crossroad, 1985.
- Macquarrie, John. *Mary for all Christians*. Grand Rapids, Mich.: W.B. Eerdmans, 1991.
- Macquarrie, John. *Principles of Christian theology*. New York, Scribner, 1966.
- Macquarrie, John. *Stubborn theological questions*. London: SCM Press, 2003.
- Macquarrie, John. *The scope of demythologizing; Bultmann and his critics*. London, SCM Press, 1960.
- Macquarrie, John, 1919-. *Thinking about God*. New York: Harper & Row, 1975.
- Macquarrie, John, b. 1919. *The faith of the people of God; a lay theology*. New York, Scribner, 1972.

## Florence Howe

- Faragher, John Mack, 1945-, et al. *Women and higher education in American history: essays from the Mount Holyoke College Sesquicentennial Symposia*. New York: Norton, 1988.
- Hoffman, Nancy, et al. *Women working: an anthology of stories and poems*. Old Westbury, N.Y.: Feminist Press, 1979.
- Howe, Florence. *Myths of coeducation: selected essays, 1964-1983*. Bloomington: Indiana University Press, 1984.
- Howe, Florence. *No more masks!: an anthology of twentieth-century American women poets, newly revised and expanded*. New York: HarperPerennial, 1993.
- Howe, Florence, ed, et al. *Women and the power to change*. New York, McGraw-Hill, 1975.
- Howe, Florence, et al. *Almost touching the skies: women's coming of age stories*. New York: Feminist Press, 2000.
- Morgan, Robin, 1941- com edt aui. *Sisterhood is forever: the women's anthology for a new millennium*. New York, NY: Washington Square Press, 2003.
- Saxton, Marsha, et al. *With wings: an anthology of literature by and about women with disabilities*. New York: Feminist Press at the City University of New York, 1987.

## Perspectives on capitalism by school of thought

- Fulcher, James. *Capitalism*. Oxford University Press, 2004.

- Heilbroner, Robert L. *The limits of American capitalism*. New York, Harper & Row, 1967.
- Heilbroner, Robert L, et al. *Economics explained*. New York: Simon & Schuster, 1987.
- Heilbroner, Robert L. (Robert Louis), 1919-. *The nature and logic of capitalism*. london: Norton, 1986.
- Rostow, W. W. (Walt Whitman), 1916-2003. *The stages of economic growth, a non-Communist manifesto*. Cambridge [Eng.] University Press, 1960.
- Sennett, Richard. *The culture of the new capitalism*. Yale University Press, 2006.
- Skousen, Mark. *The making of modern economics: the lives and ideas of the great thinkers*. Armonk, N.Y.: M.E. Sharpe, 2001.
- Soto, Hernando de, 1941-. *The mystery of capital: why capitalism triumphs in the West and fails everywhere else*. New York: Basic Books, 2000.
- Wallerstein, Immanuel Maurice, 1930-. *The modern world-system*. New York: Academic Press, 1974.
- Wanniski, Jude, 1936-. *The way the world works: how economies fail--and succeed*. New York: Basic Books, 1978.

## When Lilacs Last in the Dooryard Bloom'd

- Bloom, Harold. *Walt Whitman [electronic resource]*. Broomall, PA: Chelsea House Publishers, 1999.
- Boulton, Marjorie. *The anatomy of poetry*. London: Routledge & K. Paul, 1953.
- Brennan, Elizabeth A, et al. *Who's who of Pulitzer Prize winners*. Phoenix, Ariz.: Oryx Press, 1999.
- Chase, Richard Volney, 1914-1962, et al. *Walt Whitman reconsidered*. New York: William Sloane Associates, 1955.
- Clifton, Keith E.. *Recent American art song*. Scarecrow Press, 2008.
- Kaplan, Justin. *Walt Whitman, a life*. New York: Simon and Schuster, 1980.
- Kater, Michael H., 1937-. *Composers of the Nazi era: eight portraits*. New York; Oxford: Oxford University Press, 2000.
- Loving, Jerome. *Walt Whitman*. University of California Press, 1999.
- Mack, Stephen John, 1952-. *The pragmatic Whitman: reimagining American democracy*. Iowa City: University of Iowa Press, 2002.
- Sullivan, Jack. *New World symphonies*. Yale University Press, 1999.

## Schindlerjuden

- Ba'u, Yosef. *Dear God, have you ever gone hungry?*. Arcade Pub., 1998.
- Crowe, David. *Oskar Schindler*. Westview Press, 2004.
- Fensch, Thomas. *Oskar Schindler and his list: the man, the book, the film, the Holocaust and its survivors*. Forest Dale, Vt.: Paul S. Eriksson, 1995.
- Fogelman, Eva. *Conscience & courage*. Anchor Books, 1994.
- Hillman, Laura. *I will plant you a lilac tree*. Atheneum Books for Young Readers, 2004.
- Meltzer, Milton. *Rescue*. Harper & Row, 1988.
- Palowski, Franciszek, 1942-. *The making of Schindler's list: behind the scenes of an epic film*. Secaucus, N.J.: Carol Pub. Group, 1998.
- Roberts, Jack L.. *The importance of Oskar Schindler*. Lucent Books, 1996.
- Thompson, Bruce E. R., 1952-. *Oskar Schindler*. San Diego: Greenhaven Press, 2002.
- Wukovits, John F., 1944-. *Oskar Schindler*. San Diego: Lucent Books, 2003.

## Stone Court

- Feldman, Noah, 1970-. *Scorpions: the battles and triumphs of FDR's great Supreme Court justices*. New York: Twelve, 2010.
- Irons, Peter H.. *A people's history of the Supreme Court*. Penguin Books, 2006.
- Martin, Fenton S. *The U.S. Supreme Court: a bibliography*. Washington, D.C.: Congressional Quarterly, 1990.
- Murphy, Bruce Allen. *Wild Bill: the legend and life of William O. Douglas*. New York: Random House, 2003.
- Newman, Roger K.. *Hugo Black*. Pantheon Books, 1994.

- None,. *The justices of the United States Supreme Court: their lives and major opinions*. New York: Chelsea House Publishers, 1997.
- Schwartz, Bernard. *A history of the Supreme Court*. Oxford University Press, 1995.
- Tomlins, Christopher L., 1951-, et al. *The United States Supreme Court: the pursuit of justice*. Boston: Houghton Mifflin, 2005.
- Urofsky, Melvin I. *Felix Frankfurter: judicial restraint and individual liberties*. Boston: Twayne, 1991.
- Urofsky, Melvin I. *The Supreme Court justices: a biographical dictionary*. New York: Garland Pub., 1994.

### School of Philosophy and Economic Science

- Barrett, David V. *Sects, cults, and alternative religions: a world survey and sourcebook*. London: Blandford; New York: Distributed in the United States by Sterling Pub., 1996.
- Barrett, David V.. *The new believers*. Cassell, 2001.
- Blair, Lawrence. *Rhythms of vision: the changing patterns of belief*. New York: Warner Books, 1977.
- Books, Cader. *People almanac*. New York, N.Y.: Cader Books, 2002.
- Ficino, Marsilio, 1433-1499. *The letters of Marsilio Ficino*. London: Shepheard-Walwyn, 1975.
- Gould, Allan. *The new entrepreneurs: 80 Canadian success stories*. Toronto: Seal Books, 1986.
- Lippe, Toinette, 1939-. *Nothing left over: a plain and simple life*. New York: J.P. Tarcher/Putnam, 2002.
- Rawlinson, Andrew. *The book of enlightened masters*. Open Court, 1997.
- Sutherland, Stewart R. *The World's religions*. Boston, Mass.: G.K. Hall, 1988.

### Hughes Court

- Irons, Peter H. *A people's history of the Supreme Court*. Penguin Books, 2006.
- Martin, Fenton S. *The U.S. Supreme Court: a bibliography*. Washington, D.C.: Congressional Quarterly, 1990.
- Newman, Roger K.. *Hugo Black*. Pantheon Books, 1994.
- None,. *The justices of the United States Supreme Court: their lives and major opinions*. New York: Chelsea House Publishers, 1997.
- Polenberg, Richard. *The world of Benjamin Cardozo*. Harvard University Press, 1997.
- Schwartz, Bernard. *A history of the Supreme Court*. Oxford University Press, 1995.
- Shesol, Jeff. *Supreme power: Franklin Roosevelt vs. the Supreme Court*. New York: W.W. Norton, 2010.
- Simon, James F. *FDR and Chief Justice Hughes: the president, the Supreme Court, and the epic battle over the New Deal*. New York: Simon & Schuster, 2012.
- Tomlins, Christopher L., 1951-, et al. *The United States Supreme Court: the pursuit of justice*. Boston: Houghton Mifflin, 2005.
- Urofsky, Melvin I. *The Supreme Court justices: a biographical dictionary*. New York: Garland Pub., 1994.

### Vinson Court

- Feldman, Noah, 1970-. *Scorpions: the battles and triumphs of FDR's great Supreme Court justices*. New York: Twelve, 2010.
- Irons, Peter H. *A people's history of the Supreme Court*. Penguin Books, 2006.
- Martin, Fenton S. *The U.S. Supreme Court: a bibliography*. Washington, D.C.: Congressional Quarterly, 1990.
- Murphy, Bruce Allen. *Wild Bill: the legend and life of William O. Douglas*. New York: Random House, 2003.
- Newman, Roger K.. *Hugo Black*. Pantheon Books, 1994.
- None,. *The justices of the United States Supreme Court: their lives and major opinions*. New York: Chelsea House Publishers, 1997.
- Schwartz, Bernard. *A history of the Supreme Court*. Oxford University Press, 1995.
- Tomlins, Christopher L., 1951-, et al. *The United States Supreme Court: the pursuit of justice*. Boston: Houghton Mifflin, 2005.
- Urofsky, Melvin I. *Felix Frankfurter: judicial restraint and individual liberties*. Boston: Twayne, 1991.
- Urofsky, Melvin I. *The Supreme Court justices: a biographical dictionary*. New York: Garland Pub., 1994.

## Andrew Mellon

- Cannadine, David, 1950-. *Mellon: an American life*. New York: A.A. Knopf, 2006.
- Fausold, Martin L., 1921-. *The presidency of Herbert C. Hoover*. Lawrence, Kan.: University Press of Kansas, 1988.
- Ferrell, Robert H. *The presidency of Calvin Coolidge*. Lawrence: University Press of Kansas, 1998.
- Finley, David E. (David Edward). *A standard of excellence: Andrew W. Mellon founds the National Gallery of Art at Washington*. Washington, Smithsonian Institution Press, 1973.
- Folsom, Burton W. *The myth of the robber barons*. Herndon, Va.: Young America's Foundation, 1991.
- Hersh, Burton. *The Mellon family: a fortune in history*. New York: Morrow, 1978.
- Koskoff, David E., 1939-. *The Mellons: the chronicle of America's richest family*. New York: Crowell, 1978.
- Miller, Nathan. *New world coming*. Scribner, 2003.
- O'Connor, Harvey, 1897-1987. *Mellon's millions, the biography of a fortune: the life and times of Andrew W. Mellon*. New York: John Day Co., 1933.
- Trani, Eugene P, et al. *The Presidency of Warren G. Harding*. Lawrence: Regents Press of Kansas, 1989.

## Timeline of London (1800s)

- Ackroyd, Peter, 1949-. *London: the biography*. New York: Nan A. Talese, 2001.
- Bragg, Melvyn, 1939- author. *12 books that changed the world*. London: Hodder & Stoughton, 2006.
- Nelson, Sioban. *Say little, do much: nurses, nuns, and hospitals in the nineteenth century*. Philadelphia: University of Pennsylvania Press, 2001.
- Physick, John. *The Victoria and Albert Museum: the history of its building*. Oxford: Phaidon, 1982.
- Richardson, John, 1935-. *The annals of London: a year-by-year record of a thousand years of history*. Berkeley: University of California Press, 2000.
- Rudé, George F. E. *Hanoverian London, 1714-1808*. Berkeley, University of California, 1971.
- Stamp, Gavin. *The changing metropolis: earliest photographs of London, 1839-1879*. Harmondsworth, Middlesex, England: Viking, 1984.
- Van Dulken, Stephen, 1952-. *Inventing the 19th century: 100 inventions that shaped the Victorian Age from aspirin to the Zeppelin*. New York: New York University Press, 2001.
- Williams, Hywel, 1953-. *Cassell's chronology of world history: dates, events and ideas that made history*. London: Weidenfeld & Nicolson, 2005.

## People's Party (United States)

- Clanton, O. Gene. *Populism: the humane preference in America, 1890-1900*. Boston: Twayne Publishers, 1991.
- Goodwyn, Lawrence. *Democratic promise: the Populist moment in America*. New York: Oxford University Press, 1976.
- Goodwyn, Lawrence. *The Populist moment: a short history of the agrarian revolt in America*. New York: Oxford University Press, 1978.
- Hackney, Sheldon. *Populism: the critical issues. --*. Boston: Little, Brown, 1971.
- Hunt, James L. (James Logan), 1959-. *Marion Butler and American Populism*. Chapel Hill: University of North Carolina Press, 2003.
- Kazin, Michael, 1948-. *A godly hero: the life of William Jennings Bryan*. New York: Knopf, 2006.
- Kazin, Michael, 1948-. *The populist persuasion: an American history*. New York, NY: BasicBooks, 1995.
- McMath, Robert C., Jr. (Robert Carroll), 1944-. *American populism: a social history, 1877-1898*. New York: Hill and Wang, 1993.
- Pollack, Norman. *The populist response to industrial America: midwestern populist thought*. Cambridge, Mass.: Harvard University Press, 1962.
- Rogers, William Warren, 1929-. *The one-gallused rebellion: agrarianism in Alabama, 1865-1896*. Tuscaloosa: University of Alabama Press, 2001.

## Tom Thomson

- Burant, James. *Du Nord et du Sud: l'art de Peleg Franklin Brownell, 1857-1946*. Ottawa, Ont.: Ottawa Art Gallery; Toronto, Ont.: Archives of Canadian Art and Design, 1998.
- Duval, Paul, 1922- compiler. *Four decades: the Canadian Group of Painters and their contemporaries, 1930-1970*. Toronto, Clarke, Irwin, 1972.
- Forsey, William C. *The Ontario community collects: a survey of Canadian painting from 1766 to the present*. [Toronto]: Art Gallery of Ontario, 1975.
- Harper, J. Russell. *Painting in Canada; a history*. [Toronto] University of Toronto Press, 1966.
- Harris, Lawren, 1885-1970. *The story of the Group of Seven*. Toronto: Rous & Mann Press, 1964.
- MacGregor, Roy, 1948-. *Northern light: the enduring mystery of Tom Thomson and the woman who loved him*. Toronto: Random House Canada, 2010.
- MacGregor, Roy, 1948-. *Shorelines: a novel*. Toronto: McClelland and Stewart, 1980.
- Mellen, Peter. *The Group of Seven*. Toronto: McClelland and Stewart, 1970.
- None,. *Inside the poem: essays and poems in honour of Donald Stephens*. Toronto: Oxford University Press, 1992.
- Poling, Jim (Jim R.). *Tom Thomson: the life and mysterious death of the famous Canadian painter*. Canmore, Alta: Altitude Pub. Canada, 2003.

## Consolidation of the Iranian Revolution

- Abrahamian, Ervand. *Iran between two revolutions*. Princeton University Press, 1983.
- Azam Zanganeh, Lila. *My sister, guard your veil; my brother, guard your eyes: uncensored Iranian voices*. Boston, Mass.: Beacon Press, 2006.
- Benard, Cheryl, 1953-, et al. *"The government of God": Iran's Islamic republic*. New York: Columbia University Press, 1984.
- Daniel, Elton L. *The history of Iran*. Westport, Conn.: Greenwood Press, 2001.
- Harris, David. *The crisis*. Little, Brown and Co., 2004.
- Hiro, Dilip. *Holy wars: the rise of Islamic fundamentalism*. New York: Routledge, 1989.
- Miller, Judith. *GOD HAS NINETY NINE NAMES*. Simon & Schuster, 1997.
- Roy, Olivier. *The failure of political Islam*. Harvard University Press, 1994.
- Ruthven, Malise, author. *Islam in the world*. New York, N.Y.: Oxford University Press, 2000.
- Taheri, Amir. *The Spirit of Allah: Khomeini and the Islamic revolution*. Bethesda, Md.: Adler & Adler, 1986.

## Presidency of James Buchanan

- Baker, Jean H. *James Buchanan*. New York: Times Books, 2004.
- Binder, Frederick M. *James Buchanan and the American empire*. Selinsgrove [Pa.]: Susquehanna University Press; London; Cranbury, NJ: Associated University Presses, 1996.
- Furniss, Norman F. *The Mormon conflict, 1850-1859*. New Haven, Yale University Press, 1960.
- Grossman, Mark. *Political corruption in America: an encyclopedia of scandals, power, and greed*. Santa Barbara, Calif.: ABC-CLIO, 2003.
- Klein, Philip Shriver, 1909-1993. *President James Buchanan, a biography*. University Park, Pennsylvania: Pennsylvania State University Press, 1962.
- Nevins, Allan, 1890-1971. *The emergence of Lincoln*. New York; London: Scribner's, 1950.
- Nevins, Allan, 1890-1971. *The emergence of Lincoln*. New York: Scribner's, 1950.
- Potter, David Morris, et al. *The impending crisis, 1848-1861*. New York: Harper & Row, 1976.
- Smith, Elbert B. *The Presidency of James Buchanan*. Lawrence: University Press of Kansas, 1975.
- Urofsky, Melvin I. *The Supreme Court justices: a biographical dictionary*. New York: Garland Pub., 1994.

## Guatemalan Civil War

- Anderson, Scott, 1959-, et al. *Inside the League: the shocking expose of how terrorists, Nazis, and Latin American death squads have infiltrated the world Anti-Communist League*. New York: Dodd, Mead, 1986.
- Brown, Cynthia, 1952-. *With friends like these: the Americas watch report on human rights and U.S. policy in Latin America*. New York: Pantheon, 1985.

- Chapman, Peter. *Bananas*. Canongate, 2007.
- Evans, Peter B., 1944-, et al. *Double-edged diplomacy: international bargaining and domestic politics*. Berkeley: University of California Press, 1993.
- Fried, Jonathan L. *Guatemala in rebellion: unfinished history*. New York: Grove Press, 1983.
- Jonas, Susanne, 1941-. *The battle for Guatemala: rebels, death squads, and U.S. power*. Boulder: Westview Press, 1991.
- Koeppel, Dan. *Banana: the fate of the fruit that changed the world*. New York: Hudson Street Press, 2008.
- LaFeber, Walter. *Inevitable revolutions: the United States in Central America*. New York: W.W. Norton, 1993.
- Lowenthal, Abraham F. *Exporting democracy: the United States and Latin America*. Baltimore: Johns Hopkins University Press, 1991.
- Rabe, Stephen G. *Eisenhower and Latin America: the foreign policy of anticommunism*. Chapel Hill: University of North Carolina Press, 1988.

### History of the United States Whig Party

- Bergeron, Paul H., 1938-. *The presidency of James K. Polk*. Lawrence, Kan.: University Press of Kansas, 1987.
- Cole, Donald B. *The presidency of Andrew Jackson*. Lawrence, Kan.: University Press of Kansas, 1993.
- Finkelman, Paul, 1949-. *Millard Fillmore*. New York: Times Books/Henry Holt, 2011.
- Gara, Larry. *The presidency of Franklin Pierce*. Lawrence, Kan.: University Press of Kansas, 1991.
- Hargreaves, Mary W. M., 1914-. *The presidency of John Quincy Adams*. Lawrence, Kan.: University Press of Kansas, 1985.
- Howe, Daniel Walker. *What hath God wrought*. Oxford University Press, 2007.
- May, Gary. *John Tyler*. Times Books/Henry Holt and Co., 2008.
- Parsons, Lynn H. *The birth of modern politics: Andrew Jackson, John Quincy Adams, and the election of 1828*. Oxford; New York: Oxford University Press, 2009.
- Peterson, Norma Lois. *The presidencies of William Henry Harrison & John Tyler*. Lawrence, Kan.: University Press of Kansas, 1989.
- Smith, Elbert B. *The presidencies of Zachary Taylor & Millard Fillmore*. Lawrence, Kan.: University Press of Kansas, 1988.

### French invasion of Russia

- Caulaincourt, Armand-Augustin-Louis de, duc de Vicence, 1773-1827, et al. *With Napoleon in Russia: the memoirs of General de Caulaincourt, duke of Vicenza*. New York: W. Morrow and company, 1935.
- Clodfelter, Micheal, 1946-. *Warfare and armed conflicts: a statistical encyclopedia of casualty and other figures, 1494-2007*. Jefferson, N.C.: McFarland, 2008.
- Grant, R. G. *Battle: a visual journey through 5,000 years of combat*. New York: DK Pub., 2009.
- Lefebvre, Georges, 1874-1959. *Napoleon: from Tilsit to Waterloo, 1807-1815*. New York: Columbia University Press, 1969.
- Lieven, D. C. B.. *Russia against Napoleon*. Viking, 2010.
- Markham, Felix Maurice Hippisley, 1908-. *Napoleon*. New York: Mentor, 1966.
- Riehn, Richard K., 1928-. *1812: Napoleon's Russian campaign*. New York: McGraw-Hill, 1990.
- Zamoyski, Adam. *Moscow 1812*. HarperCollins, 2004.

### Otto von Bismarck

- Abrams, Lynn. *Bismarck and the German Empire, 1871-1918*. London; New York: Routledge, 1995.
- Berghahn, Volker Rolf. *Imperial Germany, 1871-1914: economy, society, culture, and politics*. Providence: Berghahn Books, 1994.
- Clark, Christopher M. *Iron kingdom: the rise and downfall of Prussia, 1600-1947*. Cambridge, Mass.: Belknap Press of Harvard University Press, 2006.
- Craig, Gordon Alexander, 1913-2005. *Germany, 1866-1945*. New York: Oxford University Press, 1978.
- Gall, Lothar. *Bismarck, the white revolutionary*. London; Boston: Allen & Unwin, 1986.

- Holladay, Frederic B. M., comp. *Bismarck*. Englewood Cliffs, N.J., Prentice-Hall, 1970.
- Kennedy, Paul M., 1945-. *The rise of the Anglo-German antagonism, 1860-1914*. London; Boston: Allen & Unwin, 1980.
- Kent, George O., 1919-. *Bismarck and his times*. Carbondale: Southern Illinois University Press, 1978.
- Langer, William L. (William Leonard), 1896-1977. *European alliances and alignments, 1871-1890*. New York, Knopf, 1950.
- Waller, Bruce. *Bismarck at the crossroads: the reorientation of German foreign policy after the Congress of Berlin, 1878-1880*. London: Athlone Press, 1974.

## Articles of Confederation

- Barlow, J. Jackson, et al. *The American founding: essays on the formation of the Constitution*. New York: Greenwood Press, 1988.
- Brown, Roger H. *Redeeming the Republic: Federalists, taxation, and the origins of the Constitution*. Baltimore: Johns Hopkins University Press, 1993.
- Chernow, Ron. *Alexander Hamilton*. New York: Penguin Press, 2004.
- Feinberg, Barbara Silberdick. *The Articles of Confederation: the first constitution of the United States*. Brookfield, Conn.: Twenty-First Century Books, 2002.
- Ferling, John E. *A leap in the dark: the struggle to create the American republic*. Oxford; New York: Oxford University Press, 2003.
- Jensen, Merrill. *The new nation: a history of the United States during the Confederation, 1781-1789*. Boston: Northeastern University Press, 1981.
- Morison, Samuel Eliot, 1887-1976. *The Oxford history of the American people*. New York, Oxford University Press, 1965.
- Morris, Richard Brandon, 1904-. *The forging of the Union, 1781-1789*. New York: Harper & Row, 1987.
- Puls, Mark. *Henry Knox*. Palgrave Macmillan, 2008.
- Wood, Gordon S. *The creation of the American Republic, 1776-1787*. Chapel Hill, Published for the Institute of Early American History and Culture at Williamsburg, Va., by the University of North Carolina Press, 1969.

## Pope John Paul II

- Berry, Jason, et al. *Vows of silence: the abuse of power in the papacy of John Paul II*. New York: Free Press, 2004.
- Davies, Norman, 1939-, et al. *Rising '44: the battle for Warsaw*. New York: Viking, 2004.
- Duffy, Eamon. *Saints & sinners: a history of the popes*. New Haven [Conn.]; London: Yale Nota Bene/Yale University Press, 2006.
- John Paul II, Pope, 1920-2005. *Love and responsibility*. San Francisco: Ignatius Press, 1993.
- John Paul II, Pope, 1920-2005, et al. *John Paul II: a light for the world: essays and reflections on the papacy of John Paul II*. Lanham, MD: Sheed & Ward; [Place of publication not identified]: Distributed by National Book Network, 2003.
- John Paul II, Pope, 1920-2005, et al. *Rise, let us be on our way*. New York: Warner Books, 2004.
- Kwitny, Jonathan. *Man of the century: the life and times of Pope John Paul II*. New York: Henry Holt, 1997.
- Noonan, Peggy, 1950-. *John Paul the great: remembering a spiritual father*. New York: Viking, 2005.
- Weigel, George, 1951-. *Biografía de Juan Pablo II: testigo de esperanza*. Barcelona: Plaza y Janés, 1999.
- Weigel, George, 1951-. *Witness to hope: the biography of Pope John Paul II*. New York: Cliff Street Books, 1999.

## Turkish people

- Abrahams, Fred, author. *A threat to "stability": human rights violations in Macedonia*. New York: Human Rights Watch, 1996.
- Bogle, Emory C., 1937-. *Islam: origin and belief*. Austin: University of Texas Press, 1998.
- Fattah, Hala Mundhir, 1950-. *A brief history of Iraq*. New York: Facts On File, 2009.

- Gibney, Matthew J, et al. *Immigration and asylum: from 1900 to the present*. Santa Barbara, Calif.: ABC-CLIO, 2005.
- Howard, Douglas A. (Douglas Arthur), 1958-. *The history of Turkey*. Westport, Conn.: Greenwood Press, 2001.
- Kaya, Ibrahim. *Social theory and later modernities: the Turkish experience*. Liverpool: Liverpool University Press, 2004.
- Knowlton, MaryLee, 1946-. *Macedonia*. New York: Benchmark Books, 2005.
- Shaw, Stanford J. (Stanford Jay), 1930-2006, et al. *History of the Ottoman Empire and modern Turkey*. Cambridge; New York: Cambridge University Press, 1976.
- Stansfield, Gareth R. V. *Iraq: people, history, politics*. Cambridge: Polity, 2007.

## Daniel D. McCracken

- McCracken, Daniel D. *A guide to COBOL programming*. New York, Wiley, 1963.
- McCracken, Daniel D. *A guide to FORTRAN programming*. New York, Wiley, 1961.
- McCracken, Daniel D. *A guide to Fortran IV programming*. New York, Wiley, 1965.
- McCracken, Daniel D. *A simplified guide to FORTRAN programming*. New York, Wiley, 1974.
- McCracken, Daniel D. *Computing for engineers and scientists with Fortran 77*. New York: Wiley, 1984.
- McCracken, Daniel D. *Digital computer programming*. New York, Wiley, 1957.
- McCracken, Daniel D. *FORTRAN with engineering applications*. New York: Wiley, 1967.
- McCracken, Daniel D. *Programming business computers*. New York, Wiley, 1959.
- McCracken, Daniel D. *User-centered Web site development: a human computer interaction approach*. Upper Saddle River, NJ: Prentice Hall, 2004.
- McCracken, Daniel D, et al. *Numerical methods and FORTRAN programming, with applications in engineering and science*. New York, Wiley, 1964.

## Sonnet 14

- Akrigg, G. P. V. *Shakespeare and the Earl of Southampton*. London: H. Hamilton, 1968.
- Shakespeare, William, 1564-1616. *Shakespeare's Sonnets: with three hundred years of commentary*. Madison [NJ]: Fairleigh Dickinson University Press, 2007.
- Shakespeare, William, 1564-1616. *The complete sonnets and poems*. Oxford; New York: Oxford University Press, 2002.
- Shakespeare, William, 1564-1616. *The sonnets*. Cambridge; New York: Cambridge University Press, 1996.
- Shakespeare, William, 1564-1616. *The sonnets*. New York: Penguin Books, 2001.
- Shakespeare, William, 1564-1616. *The sonnets; and A lover's complaint*. London, England; New York, New York, U.S.A.: Penguin Books, 1999.
- Shakespeare, William, 1564-1616, et al. *Shakespeare's sonnets*. New Haven; London: Yale University Press, 2000.
- Shakespeare, William, 1564-1616, et al. *Shakespeare's sonnets*. [England]: Thomas Nelson and Sons, 1997.
- Shakespeare, William, 1564-1616, et al. *Shakespeare's sonnets; the problems solved*. New York, Harper & Row, 1973.
- Vendler, Helen Hennessy. *The art of Shakespeare's sonnets*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1997.

## Richard N. Haass

- Carnesale, Albert, et al. *Superpower arms control: setting the record straight*. Cambridge, Mass.: Ballinger Pub. Co., 1987.
- Haass, Richard. *The bureaucratic entrepreneur: how to be effective in any unruly organization*. Washington, D.C.: Brookings Institution, 1999.
- Haass, Richard. *The opportunity: America's moment to alter history's course*. New York: PublicAffairs, 2005.

323 of 337

A-4690

- Haass, Richard. *The power to persuade*. Boston: Houghton Mifflin, 1994.
- Haass, Richard. *The reluctant sheriff: the United States after the Cold War*. New York, NY: Council on Foreign Relations Press; [Washington, DC]: Distributed by Brookings Institution Press, 1997.
- Haass, Richard. *War of necessity: war of choice: a memoir of two Iraq wars*. New York: Simon & Schuster, 2010.
- Haass, Richard N.. *Intervention*. Brookings Institution Press, 1999.
- Haass, Richard, et al. *Restoring the balance: a Middle East strategy for the next president*. Washington, D.C.: Brookings Institution Press, 2008.
- None,. *Transatlantic tensions: the United States, Europe, and problem countries*. Washington, D.C.: Brookings Institution Press, 1999.

## Daniel Bell

- Bell, Daniel. *The cultural contradictions of capitalism*. New York: Basic Books, 1976.
- Bell, Daniel. *The social sciences since the Second World War*. New Brunswick, NJ: Transaction Books, 1982.
- Bell, Daniel. *Work and its discontents*. Boston: Beacon Press, 1956.
- Bell, Daniel, 1919-. *Marxian socialism in the United States*. Princeton, N.J., Princeton University Press, 1967.
- Bell, Daniel, 1919-. *The reforming of general education; the Columbia College experience in its national setting*. Garden City, N.Y., Anchor Books, 1968.
- Bell, Daniel, 1919-, et al. *Confrontation; the student rebellion and the universities*. New York, Basic Books, 1969.
- Bell, Daniel, 1919-, et al. *The Crisis in economic theory*. New York: Basic Books, 1981.
- Bell, Daniel, 1919-2011. *The deficits: how big? how long? how dangerous?*. New York: New York University Press, 1985.
- Bell, Daniel, et al. *Capitalism today*. New York: New American Library, 1971.
- Bell, Daniel.. *The coming of post-industrial society*. Basic Books, 1999.

## Europe

- Browning, Robert, 1914-1997. *The Byzantine Empire*. Washington, D.C.: Catholic University of America Press, 1992.
- Burckhardt, Jacob. *The civilization of the Renaissance in Italy*. Penguin Books, 2004.
- Davies, Norman. *Europe: a history*. Oxford; New York: Oxford University Press, 1996.
- Hobsbawm, Eric. *The Age of Extremes*. Vintage, 1996.
- Hosking, Geoffrey A.. *Russia and the Russians*. Belknap Press of Harvard University Press, 2001.
- Koch, Carl, 1945-. *The Catholic Church: journey, wisdom, and mission*. Winona, Minn.: Saint Mary's Press, 1994.
- Peters, Ralph, 1952-. *New glory: expanding America's global supremacy*. New York: Sentinel, 2005.
- Pounds, Norman John Greville. *An historical geography of Europe, 1500-1840*. Cambridge [Eng.]; New York: Cambridge University Press, 1979.
- Roberts, J. M.. *The Penguin history of Europe*. Penguin Books, 1997.
- Trevelyan, George Macaulay, 1876-1962. *A shortened history of England*. London: Penguin Books, 1987.

## Anne of Cleves

- Elton, G. R.. *England under the Tudors*. Methuen, 1978.
- Farquhar, Michael. *A treasury of royal scandals: the shocking true stories of history's wickedest, weirdest, most wanton kings, queens, tsars, popes, and emperors*. New York, N.Y.: Penguin Books, 2001.
- Fraser, Antonia, 1932-. *The six wives of Henry VIII*. London: Phoenix, 2003.
- Lehmberg, Stanford E. *The later Parliaments of Henry VIII, 1536-1547*. Cambridge [Eng.]; New York: Cambridge University Press, 1977.
- Norton, Elizabeth (Historian). *Anne of Cleves: Henry VIII's discarded bride*. Stroud, [England]: Amberley Pub., 2009.

- Porter, Linda, 1947-. *Mary Tudor: the first queen*. London: Piatkus, 2008.
- Schofield, John, 1952-. *The rise & fall of Thomas Cromwell: Henry VIII's most faithful servant*. Stroud: History Press, 2011.
- Weir, Alison. *The six wives of Henry VIII*. London: Vintage, 2007.
- Weir, Alison, 1951-. *Britain's royal families: the complete genealogy*. London: Pimlico, 2002.
- Whitelock, Anna. *Mary Tudor: England's first queen*. London; New York: Bloomsbury, 2010.

## Tommy Douglas

- Black, Edwin. *War against the weak: eugenics and America's campaign to create a master race*. New York: Four Walls Eight Windows, 2003.
- Douglas, T. C. (Thomas Clement), 1904-, et al. *The making of a Socialist: the recollections of T.C. Douglas*. Edmonton, Alta.: University of Alberta Press, 1982.
- Horowitz, Gad. *Canadian labour in politics*. [Toronto] University of Toronto Press, 1968.
- Johnson, A. W. (Albert Wesley), 1923-2010. *Dream no little dreams: a biography of the Douglas Government of Saskatchewan, 1944-1961*. [Toronto]: Institute of Public Administration of Canada; Toronto; Buffalo: University of Toronto Press, 2004.
- Margoshes, Dave. *Tommy Douglas: building the new society*. Montréal: XYZ Pub., 1999.
- Shackleton, Doris French, 1918-2002. *Tommy Douglas*. Toronto: McClelland and Stewart, 1975.
- Smith, Cameron, 1935-. *Love & solidarity: a pictorial history of the NDP*. Toronto: McClelland & Stewart, 1992.
- Smith, Cameron, 1935-. *Unfinished journey: the Lewis family*. Toronto: Summerhill Press; Downsview, Ont.: Distributed by University of Toronto Press, 1989.
- Stewart, Walter. *M.J.: the life and times of M.J. Coldwell*. Toronto; New York: Stoddart, 2000.
- Young, Walter D. *The anatomy of a party: the national CCF, 1932-1961*. [Toronto] University of Toronto Press, 1969.

## Max Scheler

- Blosser, Philip. *Scheler's critique of Kant's ethics*. Athens: Ohio University Press, 1995.
- Deeken, Alfons, author. *Process and permanence in ethics: Max Scheler's moral philosophy*. New York: Paulist Press, 1974.
- Frings, Manfred S. *Person und Dasein: zur Frage der Ontologie des Wertseins*. Den Haag: Nijhoff, 1969.
- Kelly, Eugene, 1941-. *Max Scheler*. Boston: Twayne Publishers, 1977.
- Ranly, Ernest W. *Scheler's phenomenology of community*. The Hague, Martinus Nijhoff, 1967.
- Scheler, Max, 1874-1928. *On the eternal in man*. London, SCM Press, 1960.
- Scheler, Max, 1874-1928. *Philosophical perspectives*. Boston: Beacon Press, 1958.
- Scheler, Max, 1874-1928. *Selected philosophical essays*. Evanston, Northwestern University Press, 1973.
- Scheler, Max, 1874-1928. *The nature of sympathy*. [Hamden, Conn.]: Archon Books, 1970.
- Schneck, Stephen Frederick, 1953-. *Person and polis: Max Scheler's personalism as political theory*. Albany: State University of New York Press, 1987.

## R. B. Bennett

- Boyko, John, 1957-. *Bennett: the rebel who challenged and changed a nation*. Toronto: Key Porter Books, 2010.
- Brown, Lorne. *When freedom was lost: the unemployed, the agitator, and the state*. Montréal: Black Rose Books, 1987.
- Creighton, Donald, 1902-1979. *Canada's first century, 1867-1967*. Toronto: Macmillan of Canada, 1970.
- Glassford, Larry A. (Larry Arthur), 1950-. *Reaction and reform: the politics of the conservative party under R.B. Bennett, 1927-1938*. Toronto; Buffalo: University of Toronto Press, 1992.
- MacLean, Andrew D. (Andrew Dyas), 1896-. *R.B. Bennett, prime minister of Canada*. Toronto: Excelsior, 1934.
- Strikwerda, Eric. *The wages of relief: cities and the unemployed in prairie Canada, 1929-39*. Edmonton, AB: AU Press, 2013.

- Waite, P. B. (Peter Busby), 1922-. *In search of R.B. Bennett*. Montréal [Que.]: McGill-Queen's University Press, 2012.
- Waite, Peter B. *The loner: three sketches of the personal life and ideas of R.B. Bennett, 1870-1947*. Toronto; Buffalo: University of Toronto Press, 1992.
- Watkins, Ernest, 1902-. *R.B. Bennett; a biography*. London, Secker & Warburg, 1963.

## Sonnet 101

- Dubrow, Heather, 1945-. *Captive victors: Shakespeare's narrative poems and sonnets*. Ithaca: Cornell University Press, 1987.
- Empson, William, 1906-1984. *Seven types of ambiguity*. New York: New Directions, 1966.
- Shakespeare, William, 1564-1616. *Shakespeare's Sonnets: with three hundred years of commentary*. Madison [NJ]: Fairleigh Dickinson University Press, 2007.
- Shakespeare, William, 1564-1616. *The complete sonnets and poems*. Oxford; New York: Oxford University Press, 2002.
- Shakespeare, William, 1564-1616. *The sonnets*. Cambridge; New York: Cambridge University Press, 1996.
- Shakespeare, William, 1564-1616. *The sonnets*. New York: Penguin Books, 2001.
- Shakespeare, William, 1564-1616. *The sonnets; and A lover's complaint*. London, England; New York, New York, U.S.A.: Penguin Books, 1999.
- Shakespeare, William, 1564-1616, et al. *Shakespeare's sonnets*. New Haven; London: Yale University Press, 2000.
- Shakespeare, William, 1564-1616, et al. *Shakespeare's sonnets*. [England]: Thomas Nelson and Sons, 1997.
- Vendler, Helen Hennessy. *The art of Shakespeare's sonnets*. Cambridge, Mass.: Belknap Press of Harvard University Press, 1997.

## Labeling theory

- Adam, Barry D. *The survival of domination: inferiorization and everyday life*. New York: Elsevier, 1978.
- Bell, Alan P. (Alan Paul), 1932-2002, et al. *Homosexualities: a study of diversity among men and women*. New York: Simon and Schuster, 1978.
- Cullen, Francis T. *Rethinking crime and deviance theory: the emergence of a structuring tradition*. Totowa, N.J.: Rowman & Allanheld, 1984.
- Kinsey, Alfred C. (Alfred Charles), 1894-1956, et al. *Sexual behavior in the human male*. Philadelphia, W. B. Saunders Co., 1948.
- Lemert, Edwin M. aut. *Social pathology a systematic approach to the theory of sociopathic behavior*. New York [u.a.] McGraw-Hill, 1951.
- Mackay, John Henry, 1864-1933, et al. *The hustler: the story of a nameless love from Friedrich Street*. Boston: Alyson Publications, 1985.
- Mead, George Herbert, 1863-1931, et al. *Mind, self & society from the standpoint of a social behaviorist*. Chicago, Ill.: University of Chicago Press, 1934.
- Research, Institute for Sex, et al. *Sexual behavior in the human female*. Philadelphia, Saunders, 1953.
- Sagarin, Edward, 1913-1986. *Deviants and deviance: an introduction to the study of disvalued people and behavior*. New York: Praeger Publishers, 1975.
- Warren, Carol A. B., 1944-. *Identity and community in the gay world*. New York: Wiley, 1974.

## Carl and the Passions – "So Tough"

- Badman, Keith. *The Beach Boys: the definitive diary of America's greatest band, on stage and in the studio*. San Francisco, Calif.: Backbeat Books, 2004.
- Brackett, Nathan, 1968-, et al. *The new Rolling Stone album guide*. New York: Simon & Schuster, 2004.
- Carlin, Peter Ames. *Catch a wave: the rise, fall & redemption of the Beach Boys' Brian Wilson*. [Emmaus, Pa.]: Rodale: Distributed to the trade by Holtzbrinck Publishers, 2006.

- Dillon, Mark, 1969-. *Fifty sides of the Beach Boys: the songs that tell their story*. Toronto, Ont.: ECW Press, 2012.
- Gaines, Steven S. *Heroes and villains: the true story of the Beach Boys*. New York, N.Y.: New American Library, 1986.
- Leaf, David. *The Beach Boys and the California myth*. New York: Grosset & Dunlap, 1978.
- Love, Mike, 1941- author. *Good vibrations: my life as a Beach Boy*. Farmington Hills, Mich: Thorndike Press, a part of Gale, Cengage Learning, 2016.
- Stebbins, Jon. *Dennis Wilson: the real Beach Boy*. Toronto, Ont.: ECW Press, 2000.
- Tobler, John, et al. *The Beach Boys*. Secaucus, N.J.: Chartwell Books, 1978.
- White, Timothy, 1952-2002. *The nearest faraway place: Brian Wilson, the Beach Boys, and the Southern Californian experience*. London: Macmillan, 1996.

### 1990s in sociology

- Game, Ann. *Passionate sociology*. Sage Publications, 1996.
- Giddens, Anthony. *Beyond left and right: the future of radical politics*. Cambridge, UK: Polity Press, 1994.
- Hacking, Ian. *The taming of chance*. Cambridge [England]; New York: Cambridge University Press, 1990.
- Massey, Douglas S. *American apartheid: segregation and the making of the underclass*. Cambridge, Mass.: Harvard University Press, 1993.
- Rosaldo, Renato. *Culture & truth: the remaking of social analysis: with a new introduction*. Boston: Beacon Press, 1993.
- Sennett, Richard, 1943-. *The corrosion of character: the personal consequences of work in the new capitalism*. New York: Norton, 1998.
- Shilling, Chris. *The body and social theory*. London; Thousand Oaks, Calif.: SAGE Publications, 2003.
- Thompson, John B.. *The media and modernity*. Stanford Univeristy Press, 1995.

### Wendy Beckett

- Beckett, Wendy. *A child's book of prayer in art*. London; New York: Dorling Kindersley, 1995.
- Beckett, Wendy. *Meditations on joy*. London; New York: Dorling Kindersley Pub., 1995.
- Beckett, Wendy. *Meditations on silence*. Dorling Kindersley Pub., 1995.
- Beckett, Wendy. *My favorite things: 75 works of art from around the world*. New York: Abrams, 1999.
- Beckett, Wendy. *Sister Wendy's American collection*. New York: HarperCollinsPublishers, 2000.
- Beckett, Wendy. *Sister Wendy's odyssey: a journey of artistic discovery*. New York: Stewart, Tabori & Chang, 1998.
- Beckett, Wendy. *The gaze of love*. HarperSanFrancisco, 1993.
- Beckett, Wendy. *The mystery of love*. HarperSanFrancisco, 1996.
- Beckett, Wendy, et al. *Sister Wendy's book of Muses*. New York: H.N. Abrams, 2000.
- John, Abbot of Ford. *Sky-blue is the sapphire, crimson the rose: still-point of desire in John of Forde*. Kalamazoo, Mich.: Cistercian Publications, 2006.

### Early Germanic culture

- Bowersock, G. W. (Glen Warren), 1936-, et al. *Late antiquity: a guide to the postclassical world*. Cambridge, Mass.; London, England: Belknap Press of Harvard University Press, 1999.
- Bury, J. B. (John Bagnell), 1861-1927, et al. *The invasion of Europe by the barbarians*. New York: W. W. Norton, 1967.
- Dalby, Andrew. *Dictionary of languages*. Columbia University Press, 1998.
- Herlihy, David. *Medieval households*. Cambridge, Mass.: Harvard University Press, 1985.
- Murray, Alexander C., 1946-. *Germanic kinship structure: studies in law and society in antiquity and in the early Middle Ages*. Toronto, Ont., Canada: Pontifical Institute of Mediaeval Studies, 1983.
- Robinson, Orrin W., 1947-. *Old English and its closest relatives: a survey of the earliest Germanic languages*. Stanford, Calif.: Stanford University Press, 1992.

- Santosuosso, Antonio. *Barbarians, marauders, and infidels: the ways of medieval warfare*. New York: MJF Books, 2004.
- Ward-Perkins., Bryan. *FALL OF ROME: AND THE END OF CIVILIZATION.*. OXFORD UNIVERSITY PRESS, 2005.
- Williams, Derek. *Romans and Barbarians*. St. Martin's Press, 1999.
- Wilson, Derek A. *Charlemagne: [a biography]*. New York: Vintage Books, 2007.

## George Seldes

- Haynes, John Earl, author, et al. *Spies: the rise and fall of the KGB in America*. Yale University Press, 2009.
- Holhut, Randolph T. *The George Seldes reader*. New York: Barricade Books, 1994.
- Lee, Martin A, et al. *Unreliable sources: a guide to detecting bias in news media*. New York, NY: Carol Pub. Group, 1990.
- Ogden, August Raymond. *The Dies Committee; a study of the Special House Committee for the Investigation of Un-American Activities, 1938-1943*. Washington, Catholic University of America Press, 1943.
- Seldes, George, 1890-1995. *Lords of the press*. New York, J. Messner, Inc, 1938.
- Seldes, George, 1890-1995. *Never tire of protesting*. New York: L. Stuart, 1968.
- Seldes, George, 1890-1995. *The Great thoughts*. New York: Ballantine Books, 1985.
- Seldes, George, 1890-1995. *Witness to a century: encounters with the noted, the notorious, and the three SOBs*. New York: Ballantine Books, 1987.
- Seldes, George, 1890-1995. *World panorama, 1918-1935*. New York, Blue Ribbon Books, 1935.
- Seldes, George, 1890-1995, comp. *The great quotations*. New York, Pocket Books, 1967.

## Josef Mengele

- Astor, Gerald, 1926-2007. *The "last" Nazi: the life and times of Dr. Joseph Mengele*. New York: D.I. Fine, 1985.
- Harel, Isser, 1912-. *The house on Garibaldi Street: the first full account of the capture of Adolf Eichmann*. New York: Viking Press, 1975.
- Levin, Ira. *The boys from Brazil*. New York: Bantam, 1991.
- Lieberman, Herbert H., 1933-. *The climate of hell*. New York: Simon and Schuster, 1978.
- Lifton, Robert Jay, 1926-. *The Nazi doctors: medical killing and the psychology of genocide*. New York: Basic Books, 1986.
- Matalon Lagnado, Lucette, et al. *Children of the flames: Dr. Josef Mengele and the untold story of the twins of Auschwitz*. New York: Morrow, 1991.
- Posner, Gerald L. cn, et al. *Mengele: the complete story*. New York: McGraw-Hill, 1986.
- Rees, Laurence, 1957-. *Auschwitz: a new history*. New York: Public Affairs, 2005.
- Segev, Tom, 1945-. *Simon Wiesenthal: the life and legends*. New York: Doubleday, 2010.
- Steinbacher, Sybille, 1966-. *Auschwitz: a history*. New York: ECCO, 2005.

## Indian removal

- Burt, Jesse Clifton, 1921-, et al. *Indians of the Southeast: then and now*. Nashville, Abingdon Press, 1973.
- Edmunds, R. David (Russell David), 1939- cn. *The Potawatomi, keepers of the fire*. Norman: University of Oklahoma Press, 1978.
- Faiman-Silva, Sandra L. *Choctaws at the crossroads: the political economy of class and culture in the Oklahoma timber region*. Lincoln: University of Nebraska Press, 1997.
- Finger, John R., 1939-. *The Eastern Band of Cherokees, 1819-1900*. Knoxville: University of Tennessee Press, 1984.
- French, Laurence, 1941-. *Legislating Indian country: significant milestones in transforming tribalism*. New York: Peter Lang, 2007.
- Jordan, Winthrop D, et al. *The white man's burden; historical origins of racism in the United States*. New York, Oxford University Press, 1974.

- Onuf, Peter S.. *Jefferson's empire*. University Press of Virginia, 2000.
- Prucha, Francis Paul, et al. *The Indians in American society [electronic resource] from the Revolutionary War to the present*. Berkeley: University of California Press, 1985.
- Smith, Thomas Ruys, 1979-. *River of dreams: imagining the Mississippi before Mark Twain*. Baton Rouge: Louisiana State University Press, 2007.
- Weisman, Brent Richards, 1952-. *Like beads on a string: a culture history of the Seminole Indians in northern peninsular Florida*. Tuscaloosa: University of Alabama Press, 1989.

## Rogerian argument

- Gilbert, Michael A. *Coalescent argumentation*. Mahwah, N.J.: L. Erlbaum Associates, 1997.
- Hairston, Maxine. *A contemporary rhetoric*. Boston: Houghton Mifflin, 1982.
- Hairston, Maxine. *Contemporary composition*. Boston: Houghton Mifflin Co., 1986.
- Nettler, Gwynn. *Boundaries of competence: how social studies make feeble science*. New Brunswick, N.J.: Transaction, 2003.
- Rapoport, Anatol, 1911-. *Fights, games, and debates. --*. Ann Arbor: University of Michigan Press, 1960.
- Rogers, Carl R. (Carl Ransom), 1902-1987. *Client-centered therapy: its current practice, implications, and theory, with chapters*. Boston, Houghton Mifflin, 1951.
- Rosenberg, Marshall B. *Nonviolent communication: a language of life*. Encinitas, CA: PuddleDancer Press, 2005.
- Stone, Douglas, et al. *Difficult conversations: how to discuss what matters most*. New York, N.Y.: Penguin Books, 2000.
- Ury, William. *Getting to peace: transforming conflict at home, at work, and in the world*. New York: Viking, 1999.
- Young, Richard Emerson, 1932-. *Rhetoric: discovery and change*. New York, Harcourt, Brace & World, 1970.

## Walter Brueggemann

- Brueggemann, Walter. *Finally comes the poet: daring speech for proclamation*. Minneapolis: Fortress Press, 1989.
- Brueggemann, Walter. *Hope within history*. Atlanta: J. Knox Press, 1987.
- Brueggemann, Walter. *Israel's praise: doxology against idolatry and ideology*. Philadelphia: Fortress Press, 1988.
- Brueggemann, Walter. *Power, providence, and personality: biblical insight into life and ministry*. Louisville, Ky.: Westminster/J. Knox Press, 1990.
- Brueggemann, Walter. *Testimony to otherwise: the witness of Elijah and Elisha*. St. Louis, Mo.: Chalice Press, 2001.
- Brueggemann, Walter. *The creative word: canon as a model for Biblical education*. Philadelphia: Fortress Press, 1982.
- Brueggemann, Walter. *The message of the Psalms: a theological commentary*. Minneapolis: Augsburg Pub. House, 1984.
- Brueggemann, Walter. *The threat of life: sermons on pain, power, and weakness*. Minneapolis: Fortress Press, 1996.
- Brueggemann, Walter, author. *Texts under negotiation: the Bible and postmodern imagination*. Minneapolis: Fortress Press, 1993.
- Brueggemann, Walter, et al. *Old Testament theology: essays on structure, theme, and text*. Minneapolis: Fortress Press, 1992.

## Samuel Adams

- Alexander, John K. *Samuel Adams: America's revolutionary politician*. Lanham, Md.: Rowman & Littlefield, 2002.
- Bailyn, Bernard. *The ideological origins of the American Revolution*. Cambridge, Belknap Press of Harvard University Press, 1967.

- Beach, Stewart, 1899-1979. *Samuel Adams; the fateful years, 1764-1776*. New York, Dodd, Mead, 1965.
- Burgan, Michael. *Samuel Adams: patriot and statesman*. Minneapolis, Minn.: Compass Point Books, 2005.
- Chernow, Ron. *Washington: A Life*. The Penguin Press, 2010.
- Maier, Pauline, 1938-2013. *From resistance to revolution: colonial radicals and the development of American opposition to Britain, 1765-1776*. New York: W.W. Norton, 1991.
- Maier, Pauline, 1938-2013. *The old revolutionaries: political lives in the age of Samuel Adams*. New York: Vintage Books, 1982.
- Puls, Mark, 1963-. *Samuel Adams: father of the American Revolution*. New York: Palgrave Macmillan, 2006.
- Raphael, Ray. *Founding myths: stories that hide our patriotic past*. New York: New Press, 2004.
- Stoll, Ira, 1972- author. *Samuel Adams: a life*. New York: Free Press, 2008.

## C. D. B. Bryan

- Applegate, Edd. *Literary journalism: a biographical dictionary of writers and editors*. Westport, Conn.: Greenwood Press, 1996.
- Bryan, C. D. B.. *The National Geographic Society*. Harry N. Abrams, 1997.
- Bryan, C. D. B. (Courtlandt Dixon Barnes). *Beautiful women, ugly scenes*. Garden City, N.Y.: Doubleday, 1983.
- Bryan, C. D. B. (Courtlandt Dixon Barnes). *Close encounters of the fourth kind: a reporter's notebook on alien abduction, UFOs, and the conference at M.I.T.*. New York: Penguin, 1996.
- Bryan, C. D. B. (Courtlandt Dixon Barnes). *Friendly fire*. New York: Putnam, 1976.
- Bryan, C. D. B. (Courtlandt Dixon Barnes). *P.S. Wilkinson*. New York Harper & Row, 1965.
- Bryan, C. D. B. (Courtlandt Dixon Barnes). *The National Air and Space Museum*. New York: H.N. Abrams, 1988.
- Bryan, C. D. B. (Courtlandt Dixon Barnes). *The great Dethriffe*. New York, Dutton, 1970.
- Inc, Sygma Photo News. *In the eye of Desert Storm: photographers of the Gulf War*. New York, N.Y.: Harry N. Abrams: Professional Photography Division of Eastman Kodak Co., 1991.
- Lass, Abraham H. (Abraham Harold), 1907-2001, comp, et al. *21 great stories*. New York, New American Library, 1969.

## Windsor soup

- Ayto, John. *An A-Z of food and drink*. Oxford University Press, 2002.
- Garmey, Jane. *Great British cooking, a well kept secret*. New York: Random House, 1981.
- James, P. D. *Time to be in earnest: a fragment of autobiography*. Thorndike, Me.: Thorndike Press; Bath, England: Chivers Press, 2000.
- Lanchester, John. *The debt to pleasure: a novel*. London: Picador, 1996.
- Osborne, John, 1929-. *Epitaph for George Dillon: a play in three acts*. New York: Criterion Books, 1958.
- Rosenthal, A. M. (Abraham Michael), 1922-2006, et al. *The Sophisticated traveler: beloved cities: Europe*. New York: Villard Books, 1984.
- Spicer, Paul. *The temptress*. St. Martin's Press, 2010.
- Tracy, Honor, 1915-. *The heart of England*. London: H. Hamilton, 1983.
- Wilson, Bee. *Consider the fork: a history of how we cook and eat*. New York: Basic Books, 2012.
- Wright, Eric, 1929-. *Always give a penny to a blind man: a memoir*. Bath, England: Chivers Press; Waterville, Me.: Thorndike Press, 2002.

## Mezzetino (Watteau)

- Brookner, Anita. *Watteau*. Twickenham: Hamlyn, 1985.
- Bulliet, C.J. *1934 art masterpieces in a century of progress: [exhibition catalogue]*. Chicago: Chicago Daily News, 1934.
- Huyghe, René. *Watteau*. London: Pall Mall Press, 1970.

330 of 337

- Metropolitan Museum of Art (New York, N.Y.). *Art treasures of the Metropolitan: a selection from the European and Asiatic collections of the Metropolitan Museum of Art*. New York: Hearry N. Abrams, Inc., 1952.
- Metropolitan Museum of Art (New York, N.Y.), et al. *Masterpieces of fifty centuries*. New York, E.P. Dutton, 1970.
- Metropolitan Museum of Art (New York, N.Y.), et al. *Masterpieces of painting in the Metropolitan Museum of Art*. [Greenwich, Conn.] Distributed by New York Graphic Society, 1970.
- Nicoll, Allardyce, 1894-1976. *The world of Harlequin, a critical study of the commedia dell'arte*. Cambridge [Eng] University Press, 1963.
- Posner, Donald. *Antoine Watteau*. London: Weidenfeld & Nicolson, 1984.
- Schneider, Pierre, 1925-, et al. *The world of Watteau, 1684-1721*. New York, Time, inc, 1967.
- Watteau, Antoine, 1684-1721. *The complete paintings of Watteau*. New York, H.N. Abrams, 1971.

## Augustine of Hippo

- Brown, Peter Robert Lamont. *Augustine of Hippo*. University of California Press, 2000.
- Gilson, Etienne, 1884-1978. *The Christian philosophy of Saint Augustine*. New York, Random House, 1960.
- González, Justo L. *The story of Christianity: volume 1 - The early church to the dawn of the Reformation*. San Francisco: Harper & Row, 1984.
- Leith, John H. *From generation to generation: the renewal of the church according to its own theology and practice*. Louisville, Ky.: Westminster/John Knox Press, 1990.
- Markus, R. A. (Robert Austin), 1924- comp. *Augustine; a collection of critical essays*. Garden City, N.Y., Anchor Books, 1972.
- Matthews, Gareth B., 1929-. *Thought's ego in Augustine and Descartes*. Ithaca: Cornell University Press, 1992.
- O'Donnell, James Joseph, 1950-. *Augustine: a new biography*. New York: Ecco, 2005.
- Pagels, Elaine H., 1943-. *Adam, Eve, and the serpent*. New York: Vintage Books, 1989.
- Southern, R. W. (Richard William), 1912-2001. *The making of the Middle Ages*. New Haven, Yale University Press, 1953.
- Zumkeller, Adolar, 1915-. *Augustine's ideal of the religious life*. New York: Fordham University Press, 1986.

## Robert Moss

- Moss, Robert. *Mexico way*. Simon & Schuster, 1991.
- Moss, Robert, 1946-. *Carnival of spies*. New York: Pocket Books, 1988.
- Moss, Robert, 1946-. *Death beam: a novel*. New York: Crown, 1981.
- Moss, Robert, 1946-. *Dreamways of the Iroquois: honoring the secret wishes of the soul*. Rochester, Vt.: Destiny Books, 2005.
- Moss, Robert, 1946-. *Fire along the sky*. New York: St. Martin's Press, 1992.
- Moss, Robert, 1946-. *The firekeeper: a narrative of the eastern frontier*. New York: Forge, 1995.
- Moss, Robert, 1946-. *The interpreter: a story of two worlds*. New York: Forge, 1997.
- Moss, Robert, 1946-. *The war for the cities*. New York, Coward, McCann & Geoghegan, 1972.
- Moss, Robert, 1946-, et al. *Monimbó*. New York: Pocket Books, 1984.
- Moss, Robert. aut. *Chile's Marxist experiment*. Newton Abbot: David and Charles, 1973.

## Bill Clinton

- Clinton, Bill, 1946-, et al. *Putting people first: how we can all change America*. New York: Times Books, 1992.
- Halberstam, David. *War in a time of peace: Bush, Clinton, and the generals*. Waterville, Me.: Thorndike Press, 2002.
- Harris, John F. (John Furby), 1963-. *The survivor: Bill Clinton in the White House*. New York: Random House, 2005.

331 of 337

- Klein, Joe, 1946-. *The natural: the misunderstood presidency of Bill Clinton*. New York: Doubleday, 2002.
- Levin, Robert E. *Bill Clinton: the inside story*. New York, NY: S.P.I. Books, 1992.
- Levy, Peter B.. *Encyclopedia of the Clinton presidency*. Greenwood Press, 2002.
- Maraniss, David. *First in his class: the biography of Bill Clinton*. New York: Simon & Schuster, 1996.
- Starr, Kenneth, 1946-, et al. *The Starr report: the findings of Independent Counsel Kenneth W. Starr on President Clinton and the Lewinsky affair*. New York: PublicAffairs, 1998.
- Takiff, Michael, 1955-. *A complicated man: the life of Bill Clinton as told by those who know him*. New Haven: Yale University Press, 2010.
- Woodward, Bob, 1943-. *Maestro: Greenspan's Fed and the American boom*. New York: Simon & Schuster, 2000.

## John King Fairbank

- Brandt, Conrad, et al. *A documentary history of Chinese communism*. Cambridge: Harvard University Press, 1952.
- Evans, Paul M. *John Fairbank and the American understanding of modern China*. New York, NY, USA: B. Blackwell, 1988.
- Fairbank, John King. *China*. G. Allen & Unwin, 2001.
- Fairbank, John King, 1907-. *Japanese studies of modern China; a bibliographical guide to historical and social-science research on the 19th and 20th centuries*. Cambridge]: Harvard University Press, 1971.
- Fairbank, John King, 1907-. *The great Chinese revolution, 1800-1985*. New York: Harper & Row, 1986.
- Fairbank, John King, 1907-. *The missionary enterprise in China and America*. Cambridge: Harvard University Press, 1974.
- Fairbank, John King, 1907-1991. *Chinabound: a fifty-year memoir*. New York: Harper & Row, 1982.
- Fairbank, John King, 1907-1991. *East Asia: tradition and transformation*. Boston, Houghton Mifflin, 1973.
- Fairbank, John King, 1907-1991. *The United States and China (Fourth Edition)*. Cambridge, Mass.: Harvard University Press, 1979.
- Tãeng, Ssæu-yèu, 1906-, et al. *China's response to the West; a documentary survey, 1839-1923*. Cambridge, Harvard University Press, 1954.

## Klaus Mehnert

- Laqueur, Walter. *The dream that failed*. Oxford University Press, 1994.
- Mehnert, Klaus, 1906-. *China returns*. New York, Dutton, 1972.
- Mehnert, Klaus, 1906-. *Peking and Moscow*. London: Weidenfeld and Nicolson, 1963.
- Mehnert, Klaus, 1906-. *Soviet man and his world*. New York: Praeger, 1962.
- Mehnert, Klaus, 1906-. *Stalin versus Marx; the Stalinist historical doctrine*. Port Washington, N.Y., Kennikat Press, 1972.
- Mehnert, Klaus, 1906-. *The Russians & their favorite books*. Stanford, Calif.: Hoover Institution Press, Stanford University, 1983.
- Mehnert, Klaus, 1906-1984. *China nach dem Sturm. Bericht u. Kommentar*. Stuttgart, Deutsche Verlagsanstat, 1971.
- Mehnert, Klaus, 1906-1984. *Kampf um Maos Erbe: Geschichten machen Geschichte*. Stuttgart: Deutsche Verlags-Anstalt, 1977.
- Mehnert, Klaus, 1906-1984. *Moscow and the new left*. Berkeley: University of California Press, 1975.
- Mehnert, Klaus, 1906-1984. *Twilight of the young: the radical movements of the 1960's and their legacy: a personal report*. New York: Holt, Rinehart and Winston, 1977.

## Rail transport by country

- Nock, O. S. (Oswald Stevens), 1905-. *Railways in the transition from steam, 1940-1965*. New York, Macmillan, 1974.
- Nock, O. S. (Oswald Stevens), 1905-. *Railways then and now: a world history*. London: Elek, 1975.

- Nock, O. S. (Oswald Stevens), 1905-1994. *150 years of main line railways*. London: David & Charles, 1980.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways at the zenith of steam, 1920-40*. London, Blandford, 1970.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways in the formative years, 1851-1895*. London, Blandford Press, 1973.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways in the years of preeminence 1905-1919*. London, Blandford Press, 1971.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways of Western Europe*. London: A. & C. Black, 1977.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Railways of the USA*. London Black, 1979.
- Nock, O. S. (Oswald Stevens), 1905-1994. *Steam railways in retrospect*. London: A. & C. Black, 1966.
- Nock, O. S. (Oswald Stevens), 1905-1994. *World atlas of railways*. New York: Mayflower Books, 1978.

## 1964 United States presidential election

- Chester, Edward W. *A guide to political platforms*. Hamden, Conn.: Archon Books, 1977.
- Dallek, Robert, et al. *Lyndon B. Johnson: portrait of a president*. Oxford, England; New York: Oxford University Press, 2004.
- Donaldson, Gary. *Liberalism's last hurrah: the presidential campaign of 1964*. Armonk, N.Y.: M.E. Sharpe, 2003.
- Gallup, George, 1901-1984, compiler. *The Gallup poll: public opinion, 1935-1971*. New York [New York]: Random House, 1972.
- Hodgson, Godfrey. *The world turned right side up*. Houghton Mifflin, 1996.
- Lesher, Stephan. *George Wallace: American populist*. Reading, Mass.: Addison-Wesley, 1994.
- McGirr, Lisa. *Suburban warriors*. Princeton University Press, 2001.
- Perlstein, Rick, 1969-. *Before the storm: Barry Goldwater and the unmaking of the American consensus*. New York: Hill and Wang, 2001.
- Sundquist, James L. *Dynamics of the party system: alignment and realignment of political parties in the United States*. Washington, D.C.: Brookings Institution, 1983.
- White, Theodore H. (Theodore Harold), 1915-1986. *The making of the President, 1964*. New York, Atheneum Publishers, 1965.

## Brazil

- Bellos, Alex, 1969-. *Futebol: the Brazilian way of life*. New York: Bloomsbury, 2002.
- Costa, Cruz. *A history of ideas in Brazil: the development of philosophy in Brazil and the evolution of national history*. Berkeley: University of California Press, 1964.
- Fausto, Boris, 1930-. *A concise history of Brazil*. Cambridge, UK; New York, NY, USA: Cambridge University Press, 1999.
- Fryer, Peter. *Rhythms of resistance: African musical heritage in Brazil*. London: Pluto, 2000.
- Furtado, Celso. *The economic growth of Brazil: a survey from colonial to modern times*. Berkeley: University of California Press, 1963.
- Kassing, Gayle. *History of dance: an interactive arts approach*. Champaign, IL: Human Kinetics, 2007.
- McCann, Bryan, 1968-. *Hello, hello Brazil: popular music in the making of modern Brazil*. Durham: Duke University Press, 2004.
- McGowan, Chris, 1956-, et al. *The Brazilian sound: samba, bossa nova, and the popular music of Brazil*. Philadelphia: Temple University Press, 1998.
- Skidmore, Thomas E. *Black into white: race and nationality in Brazilian thought*. New York, Oxford University Press, 1974.
- Vincent, Jon S. *Culture and customs of Brazil*. Westport, Conn.: Greenwood Press, 2003.

## Argentina

- Aeberhard, Danny. *The rough guide to Argentina*. London: Rough Guides, 2000.

- Barnes, John, 1935-. *Evita, First Lady: a biography of Eva Perón*. New York: Grove Press: Distributed by Publishers Group West, 1996.
- Bloom, Harold.. *The Western canon*. Riverhead Books, 1995.
- Crow, John Armstrong. *The epic of Latin America*. Berkeley: University of California Press, 1992.
- Edwards, Todd L. *Argentina: a global studies handbook*. Santa Barbara, Calif.: ABC-CLIO, 2008.
- Foster, David William. *Culture and customs of Argentina*. Greenwood Press, 1998.
- Lewis, Daniel K. *The history of Argentina*. New York: Palgrave Macmillan; Basingstoke: Palgrave, 2003.
- McKinney, Kevin, et al. *Everyday geography*. Garden City, NY: GuildAmerica Books, 1993.
- O'Donnell, Pacho. *El Aguila Guerrera*. Sudamericana, 1998.
- Wood, Bernard. *The middle powers and the general interest*. Ottawa: North-South Institute, 1988.

## Who Killed Canadian History?

- Berger, Carl, 1939-. *The writing of Canadian history: aspects of English-Canadian historical writing since 1900*. Toronto: University of Toronto Press, 1986.
- Cohen, Andrew, 1955-. *A deal undone: the making and breaking of the Meech Lake Accord*. Vancouver: Douglas & McIntyre, 1991.
- Conrad, Margaret, et al. *History of the Canadian peoples*. Toronto: Copp Clark Pitman, 1993.
- Cook, Ramsay, author. *Canada, Quebec, and the uses of nationalism*. Toronto: M & S, 1995.
- Granatstein, J. L. *Who killed Canadian history?*. Toronto: HarperCollins Publishers, 1998.
- Granatstein, J. L., 1939-. *Who killed Canadian history?*. Toronto: Harper Perennial, 2007.
- Granatstein, J. L., 1939-. *Who killed Canadian history?*. Toronto: Harper Perennial, 2007.
- Hughes, Robert, 1938-. *Culture of complaint: the fraying of America*. New York: Oxford University Press, 1993.
- Plumb, J. H. (John Harold), 1911-2001. *The death of the past*. Boston, Houghton Mifflin, 1970.
- Windschuttle, Keith, 1942-. *The killing of history: how literary critics and social theorists are murdering our past*. New York: Free Press, 1996.

## Alden Whitman

- Gelb, Arthur. *City room*. New York: Putnam, 2003.
- Hareven, Tamara K, et al. *Amoskeag: life and work in an American factory-city*. New York: Pantheon Books, 1978.
- Kluger, Richard, et al. *The paper: the life and death of the New York herald tribune*. New York: Knopf, 1986.
- Sayre, Nora. *Previous convictions: a journey through the 1950s*. New Brunswick, N.J.: Rutgers University Press, 1995.
- Shaw, Nate. *All God's dangers; the life of Nate Shaw*. New York, Knopf; [distributed by Random House], 1974.
- Whitman, Alden. *American reformers: an H.W. Wilson biographical dictionary*. New York: H.W. Wilson Co., 1985.
- Whitman, Alden. *Come to judgment*. New York: Viking Press, 1980.
- Whitman, Alden. *The obituary book*. New York, Stein and Day, 1971.
- Whitman, Alden Rogers, 1913-. *Portrait: Adlai E. Stevenson: politician, diplomat, friend*. New York: Harper and Row, 1965.
- Whitman, Alden, author. *The obituary book*. New York: Stein and Day, 1971.

## Cold War in Asia

- Arms, Thomas S.. *Encyclopedia of the Cold War*. Facts on File, 1994.
- Brimmell, J. H. *Communism in South East Asia: a political analysis.*. London; New York: Oxford University Press, 1959.
- Brown, Archie. *The rise and fall of communism*. Ecco, 2009.
- Brune, Lester H. *Chronology of the Cold War, 1917-1992*. New York: Routledge, 2006.

- Lundestad, Geir, 1945-. *East, west, north, south: major developments in international relations since 1945*. London; Thousand Oaks, Calif.: Sage Publications, 2005.
- May, Ernest R. *The Truman administration and China, 1945-1949*. Philadelphia: Lippincott, 1975.
- Ropp, Paul S., 1944-, et al. *Heritage of China: contemporary perspectives on Chinese civilization*. Berkeley: University of California Press, 1990.
- Yahuda, Michael B. *The international politics of the Asia-Pacific: 1945-1995*. London; New York: Routledge, 1996.

## Multinational corporation

- Dunning, John H. *Multinational enterprises and the global economy*. Wokingham, Eng.; Reading, MA.: Addison-Wesley, 1993.
- Hernes, Helga Maria, 1938-. *The multinational corporation: a guide to information sources*. Detroit: Gale Research Co., 1977.
- Jones, Geoffrey. *Merchants to multinationals: British trading companies in the nineteenth and twentieth centuries*. Oxford [UK]; New York: Oxford University Press, 2000.
- Jones, Geoffrey. *The evolution of international business: an introduction*. London; New York: Routledge, 1996.
- Sampson, Anthony. *The seven sisters: the great oil companies and the world they made*. New York: Viking Press, 1975.
- Tugendhat, Christopher, 1937-. *The multinationals*. Harmondsworth: Penguin, 1973.
- Vernon, Raymond, 1913-. *Storm over the multinationals: the real issues*. Cambridge, Mass.: Harvard University Press, 1977.
- Wilkins, Mira. *American business abroad: Ford on six continents*. Detroit: Wayne State University Press, 1964.
- Yergin, Daniel. *The prize: the epic quest for oil, money & power*. New York: Free Press, 2009.

## Biology

- Colinvaux, Paul, 1930-. *Why big fierce animals are rare: an ecologist's perspective*. Princeton, N.J.: Princeton University Press, 1979.
- Futuyma, Douglas J., 1942-. *Evolution*. Sunderland, Mass.: Sinauer Associates, 2005.
- Hartl, Daniel L, et al. *Genetics: analysis of genes and genomes*. Sudbury, Mass.: Jones and Bartlett Publishers, 2005.
- Henig, Robin Marantz. *The monk in the garden: the lost and found genius of Gregor Mendel, the father of genetics*. Boston: Houghton Mifflin, 2000.
- Hunter, Malcolm L. *Fundamentals of conservation biology*. Cambridge, Mass.; Oxford: Blackwell Science, 1995.
- Johnson, George B. (George Brooks), 1942-, et al. *Holt biology: visualizing life*. Austin, [Tex.]: Holt, Rinehart and Winston: Harcourt Brace & Company, 1998.
- None,. *Genetics*. New York: Macmillan Reference USA: Thomson/Gale, 2003.
- Odum, Eugene Pleasants, 1913-. *Fundamentals of ecology*. Philadelphia: Saunders, 1971.
- Russell, Peter J. *IGenetics*. San Francisco: Benjamin Cummings, 2002.
- Wilson, John, et al. *Molecular biology of the cell: a problems approach*. New York: Garland Science, 2002.

## Tender Is the Night

- Bruccoli, Matthew J. (Matthew Joseph), 1931-2008. *Reader's companion to F. Scott Fitzgerald's Tender is the night*. Columbia: University of South Carolina Press, 1996.
- Donaldson, Scott, 1928-. *Fool for love: F. Scott Fitzgerald*. New York: Congdon & Weed: Distributed by St. Martin's Press, 1983.
- Fitzgerald, F. Scott (Francis Scott), 1896-1940. *The letters of F. Scott Fitzgerald*. New York: Scribner, 1963.

- Kennedy, J. Gerald. *Imagining Paris: exile, writing, and American identity*. New Haven: Yale University Press, 1993.
- Mencken, H. L.. *The diary of H.L. Mencken*. Knopf, 1989.
- Milford, Nancy. *Zelda; a biography*. New York, Harper & Row, 1970.
- Mizener, Arthur. *The far side of paradise: a biography of F. Scott Fitzgerald*. Boston (Mass.]: Mifflin Company, 1951.
- Stern, Milton R. *The golden moment: the novels of F. Scott Fitzgerald*. Urbana: University of Illinois Press, 1970.
- Tate, Mary Jo. *F. Scott Fitzgerald A to Z: the essential reference to his life and work*. New York: Facts on File, 1998.
- Turnbull, Andrew. *Scott Fitzgerald: [a biography]*. New York, NY Scribner, 1962.

## Founding Fathers of the United States

- Bailyn, Bernard. *To begin the world anew: the genius and ambiguities of the American founders*. New York: Knopf, 2003.
- Bernstein, Richard B., 1956-. *The Founding Fathers reconsidered*. Oxford; New York: Oxford University Press, 2009.
- Commager, Henry Steele, 1902-1998. *Freedom and order; a commentary on the American political scene*. New York, G. Braziller, 1966.
- Ellis, Joseph J. *Founding brothers: the revolutionary generation*. New York: Alfred A. Knopf, 2000.
- Ellis, Joseph J., author. *The quartet: orchestrating the second American Revolution, 1783-1789*. New York: Random House Large Print, 2015.
- Kann, Mark E. *The gendering of American politics: founding mothers, founding fathers, and political patriarchy*. Westport, Conn.: Praeger, 1999.
- Martin, James Kirby, 1943-. *Men in rebellion: higher governmental leaders and the coming of the American Revolution*. New York: Free Press, 1976.
- Roberts, Cokie. *Founding mothers: the women who raised our nation*. New York: Perennial, 2005.
- Trees, Andrew S., 1968-. *The founding fathers and the politics of character*. Princeton, N.J.: Princeton University Press, 2004.
- Wood, Gordon S. *Revolutionary characters: what made the founders different*. New York: Penguin Press, 2006.

## Cuban Missile Crisis

- Axelrod, Alan, 1952-. *The real history of the Cold War: a new look at the past*. New York, NY: Sterling, 2009.
- Blight, James G, et al. *On the brink: Americans and Soviets reexamine the Cuban Missile Crisis*. New York: Hill and Wang, 1989.
- Chayes, Abram, 1922-. *The Cuban missile crisis*. [London, New York] Oxford University Press, 1974.
- Feklisov, Aleksandr. *The man behind the Rosenbergs*. Enigma Books, 2001.
- Frankel, Max. *High noon in the Cold War*. Ballantine Books, 2004.
- Franklin, Jane, 1934-. *Cuba and the United States: a chronological history*. Melbourne; New York: Ocean Press, 1997.
- George, Alice L., 1952-. *Awaiting Armageddon: how Americans faced the Cuban Missile Crisis*. Chapel Hill: University of North Carolina Press, 2003.
- Melman, Seymour. *The demilitarized society: disarmament and conversion*. Montreal: Harvest House, 1988.
- Rodriguez, Felix I, et al. *Shadow warrior*. New York: Simon and Schuster, 1989.
- Stern, Sheldon M. *Averting 'the final failure': John F. Kennedy and the secret Cuban Missile Crisis meetings*. Stanford, Calif.: Stanford University Press, 2003.

## Hippie

- Books, Time-Life. *Turbulent years: the 60s*. Alexandria, Va.: Time-Life Books, 1998.

336 of 337

A-4703

- Booth, Martin. *Cannabis: a history*. New York: Thomas Dunne Books/St. Martin's Press, 2004.
- Caen, Herb, 1916-1997, et al. *The best of Herb Caen, 1960-1975*. San Francisco: Chronicle Books, 1991.
- Greenfield, Robert. *Timothy Leary: a biography*. Orlando: Harcourt, Inc., 2006.
- Hirsch, E. D. (Eric Donald), 1928-, et al. *The dictionary of cultural literacy*. Boston: Houghton Mifflin, 1993.
- Lattin, Don, 1953-. *Following our bliss: how the spiritual ideals of the sixties shape our lives today*. [San Francisco]: HarperSanFrancisco, 2004.
- Lee, Martin A, et al. *Acid dreams: the complete social history of LSD: the CIA, the sixties, and beyond*. New York: Grove Weidenfeld, 1992.
- Lytle, Mark H. *America's uncivil wars: the sixties era: from Elvis to the fall of Richard Nixon*. New York: Oxford University Press, 2006.
- Markoff, John. *What the dormouse said--: how the sixties counterculture shaped the personal computer industry*. New York: Viking, 2005.
- Marty, Myron A. *Daily life in the United States, 1960-1990: decades of discord*. Westport, Conn.: Greenwood Press, 1997.

## Piano Concerto No. 2 (Rachmaninoff)

- Bertensson, Sergei, 1885-1962. *Sergei Rachmaninoff: a lifetime in music*. New York: New York University Press, 1956.
- Biancolli, Amy. *Fritz Kreisler: love's sorrow, love's joy*. Portland, Or.: Amadeus Press, 1998.
- Harrison, Max. *Rachmaninoff: life, works, recordings*. London; New York: Continuum, 2006.
- Norris, Geoffrey. *Rachmaninoff*. New York: Oxford University Press, 2000.
- Piggott, Patrick, 1915-1990. *Rachmaninov orchestral music*. Seattle: University of Washington Press, 1974.
- Scott, Michael. *Rachmaninoff*. Stroud, Gloucestershire [England]: History Press, 2007.
- Seroff, Victor, 1902-1979. *Rachmaninoff*. New York, Simon and Schuster, 1950.
- Steinberg, Michael, 1928-. *The concerto: a listener's guide*. New York: Oxford University Press, 1998.

## Taoism

- Chan, Wing-tsit, 1901- , comp. and tr. *A source book in Chinese philosophy*. Princeton, N. J., Princeton University Press, 1963.
- Fasching, Darrell J., 1944-. *Comparative religious ethics: a narrative approach*. Oxford; Malden, Mass.: Blackwell, 2001.
- Goodspeed, Bennett W. *The Tao-Jones averages: a guide to whole-brained investing*. New York: Dutton, 1983.
- Laozi,, et al. *The way and its power; a study of the Tao tê ching and its place in Chinese thought*. New York, Grove Press, 1958.
- Martinson, Paul Varo, 1934-. *A theology of world religions: interpreting God, self, and world in Semitic, Indian, and Chinese thought*. Minneapolis: Augsburg Pub. House, 1987.
- Maspero, Henri, 1883-1945. *Taoism and Chinese religion*. Amherst: University of Massachusetts Press, 1981.
- Occhiogrosso, Peter. *The joy of sects: a spirited guide to the world's religious traditions*. New York: Doubleday, 1994.
- Prebish, Charles S. *Buddhism--a modern perspective*. University Park: Pennsylvania State University Press, 1975.
- Van Voorst, Robert E. *Anthology of world scriptures*. Belmont, CA: Thomson Wadsworth, 2006.
- Wilde, Stuart. *Infinite self*. Hay House, 1996.

# EXHIBIT 10

Case 1:20-cv-04160-DCK-STA - Document 105-19 Filed 07/07/22 Page 2 of 8
Case 1:20-cv-04160-JGK-OTW Document 105-29 Filed 07/07/22 Page 2 of 8
What Happens When Everyone who Experienced an Event is Gone? | Internet Archive Blogs

# Internet Archive Blogs

*A blog from the team at archive.org*



## What Happens When Everyone who Experienced an Event is Gone?

Posted on September 26, 2019 by Wendy Hanamura



A-4706

Case 1:20-cv-04160-JGK-OTW Document 105-13 Filed 07/07/22 Page 3 of 8

*The evacuation of San Francisco's Japanese American community in 1942, when the U.S. government forcibly removed all those of Japanese ancestry, including US citizens, from the West Coast.*

How do we mark an event in time? The Etruscans used the concept of ***saeculum***, the period of time from the moment something happens until the time when everyone who experienced that event has died. For Japanese Americans who were rounded up on the West Coast, herded onto trains and buses and incarcerated in desolate camps for years, we are approaching that saeculum.



My mother, Mary Tsuchiya Hanamura, was just 14 when she was behind barbed wire. Today, she is 91. "They are putting Felicity Huffman in jail for 14 days for her crime," my mother said last week. "They imprisoned me for three-and-a-half years."

I was startled by my mother's off-hand remark. It's incredibly rare these days to hear an honest reflection like this—so reticent is my mother to speak out and now almost all of her family and friends from that time are gone. So how do we preserve their stories, pass them on, weave them into the fabric of our collective consciousness?

That is the work of the cutting-edge cultural heritage organization, Densho. 23 years ago, its founder Tom Ikeda, an ex-Microsoft executive, realized that putting the Japanese American story online was critical. He foresaw this day when for so many digital learners, if materials aren't online, it's as if they don't exist. The Internet Archive has joined hands with Densho to make sure the Densho Visual History Collection— hundreds of hours of oral history videos—are now downloadable, backed up with multiple copies, transferred to new video formats over time, and maintained forever. And together we've made this video collection even more accessible to anyone who has an internet connection.

*Mary Tsuchiya graduated from Topaz High School in 1945, in a camp outside Delta, Utah.*

A-4707



*The Internet Archive is partnering with Densho to preserve and provide access to 21,591 video clips of oral histories by Japanese Americans.*

Recently, my son, Kenny Okagaki, sent me this text:

> do we have a copy of no-no boy at home? id like to read it

I was thrilled that Kenny was interested in John Okada's searing 1957 account, *No-No Boy*, which is such a seminal book for anyone who wants to understand our community's complex responses to the government that imprisoned us. We own this book, but Kenny lives in Los Angeles now, hours away.

A-4708



Where could my recent college graduate read this novel immediately online, for free?

This week at a community event at the Internet Archive, Tom Ikeda and I were happy to announce that you can now borrow *No-No Boy* here, at the Digital Library of Japanese American Incarceration on archive.org. Working with scholars from Densho, we've selected, purchased and digitized more than 500 important books about WWII experiences of Japanese Americans. "There are so many books that we've heard about, but you can't find them in your local library," Tom explained. "This collection is a treasure! Now anyone in the world can borrow these hard to find volumes."

*Kenny and his grandmother, Mary Hanamura*



A-4709

Case 1:20-cv-04160-DCK-STV-Document 105-18-Filed 07/07/22 Page 6 of 8

*Densho's founder and Executive Director, Tom Ikeda, shared his organization's audacious goal at an event for 125 community members at the Internet Archive on Sept 24th.*

Now anyone with an Internet Archive account can borrow these books for free. Since we've digitized them, you can search across the collection for a name, an event, a reference. Anyone around the world with an internet connection can utilize these important resources. We're thankful to the Department of Interior & National Park Service's Japanese American Confinement Site's program, for partially funding this work.



*You can now borrow 500 books about the Japanese American experience online, for free at https://archive.org.*

Our next step is to weave these 500 books into the place where people go first for online information: Wikipedia. Working with scholars and Wikipedia editors, we are turning the footnotes into clickable links that take you to the exact page of the reference. Along the way, we are correcting factual errors, providing context, and making sure that at the end of this saeculum, the voices of those who lived through the incarceration will still be a source of truth.

The New York Times

### 'Stop Repeating History': Plan to Keep Migrant Children at Former Internment Camp Draws Outrage

Satsuki Ina at a protest on Saturday against the United States' plan to house migrant children at Fort Sill, which was formerly the site of a Japanese internment camp. Nick Oxford for The New York Times

By Ben Fenwick

June 22, 2019

FORT SILL, Okla. — For Satsuki Ina, who was born in a Japanese-American internment camp during World War II, the news that the United States would detain undocumented migrant children at this Army base in Oklahoma felt like an unwelcome wallop from the past.

We are living in an era when people wonder if truth really matters, if disinformation will drown out reality. That's why I'm proud to be part of a team that is dedicating itself to the facts. We want every teacher, scholar, journalist, editor, and reader to know: the Japanese American incarceration really happened. And it must never happen to another community again.



**ABOUT THE AUTHOR:**

*Wendy Hanamura is the Internet Archive's Director of Partnerships. She has been a foreign television correspondent based in Tokyo, a nightly reporter for CBS, and produced the*

documentary, *Honor Bound: A Personal Journey*—the story of the 100th and 442nd Regimental Combat Team."

Posted in Announcements, News | 12 Replies

## 12 thoughts on "What Happens When Everyone who Experienced an Event is Gone?"



**David Fox**

September 27, 2019 at 4:47 pm

This work could not come at a more pivotal time. Congrats to Wendy for leading the process, the National Parks for funding part of it, and team Archive for having the foresight and hutzpa to acquire the books, navigate the policy issues, digitize and disseminate at scale.

Pingback: This week's crème de la crème — September 28, 2019 | Genealogy à la carte



**Dana**

September 28, 2019 at 2:24 pm

What a priceless oral history archive. Thank you to Densho for making this free and available to everyone. I wonder if there are other archives like this for those who lived through WWII?



**Lê Quốc Khải**

September 30, 2019 at 6:38 am

This is a very valuable archive! Great to know the good stuff in this article! Thanks for sharing such a great post



**آهنگ جدید**

September 30, 2019 at 7:21 am

Thank you to Densho for making this free and available to everyone, And Congrats to Wendy for leading the process, the National Parks for funding part of it



**Sneha Chauhan**

September 30, 2019 at 4:30 pm

Very nice and informative. thank you very much to share this. May god bless you.

---

 آهنگ
September 30, 2019 at 6:06 pm

These 500 volumes are really a treasure trove that you give everyone

---

 آهنگ جدید
September 30, 2019 at 6:59 pm

I wonder if there are other archives like this for those who lived through WWII?

---

 **Mariko Anne Bern**
October 2, 2019 at 4:47 pm

I think it should be required reading to read some of the books published, or the stories written about their experiences. Hiroshima was a book I read for my English class. I think it could be required reading for a history class or an English class. This may be a way to preserve the history. Pictures as well.

---

 آهنگ جدید
October 2, 2019 at 9:20 pm

Thanks for sharing such a great post
I think it could be required reading for a history class or an English class. This may be a way to preserve the history

---

 آهنگ
October 3, 2019 at 8:32 am

waI think it could be required reading for a history class or an English class. This may be a way to preserve the history.

---

 **Kate Mcadil**
October 8, 2019 at 5:08 pm

Thanks for sharing such a amazing post

---

Comments are closed.

# EXHIBIT 11

Case 1:20-cv-04160-JGK-OTW Document 105-14 Filed 07/07/22 Page 2 of 15

# Internet Archive Blogs

*A blog from the team at archive.org*



## As Calls to Ban Books Intensify, Digital Librarians Offer Perspective

Posted on November 24, 2021 by Caralee Adams



*Image credit: Roger Nomer | The Joplin Globe*

A-4714

From Texas to Virginia to Pennsylvania, there is a growing movement to challenge books in schools that some suggest are inappropriate for students. Concern goes beyond explicit content; it now includes opposition to LGBTQIA material, the history of racism, and material that may cause discomfort to readers.

While efforts to ban books are not new, the solutions to counter censorship are—thanks to technology that is used to create access for all.



The Internet Archive's Open Library (https://openlibrary.org) does not face the same local pressures that many school districts or school libraries do. At a time when students and teachers may be encountering limited access to content in their local community, the Internet Archive acquires and digitizes material for its online library, and lends a wide array of books for free to anyone, anytime.

For example, the American Library Association's list of most challenged books in the past decade are available in a **curated collection**. Among the titles: *The Glass Castle* by Jennette Walls, banned for offensive language and sexually explicit content; *The Hunger Games* by Suzanne Collins, cited as being insensitive, anti-family and violent; and *Beyond Magenta: Transgender Teens Speak Out* by Susan Kuklin, challenged for its LGBTQIA content and the perceived effects on young people who would read it.

Books dealing with gay and trans rights have long been targeted in school libraries. There are more than 1,800 titles in Open Library's **LGBTQ Collection**—sorted, searchable and available to borrow online for free. Many of the novels, memoirs and works of history are not otherwise accessible to people who live in rural areas or places where those materials are explicitly banned.



*Browse Open Library's LGBTQ Collection, one of the many curated collections available through Open Library.*

A-4715

**New Challenges, New Responses**

The new efforts to ban books are taking a much broader view of limiting access. Across the country, some objectors say books like *Beloved* by Toni Morrison, which was awarded the Pulitzer Prize for Fiction in 1988, should not be discussed or available in schools. As these lists are made public, Open Library's volunteer team of Open Librarians take action to ensure that these books remain accessible to all.

Recently, Open Library created a **collection of books** removed from circulation in the Goddard School District in Kansas. It includes *The Hate U Give* by Angie Thomas and *Fences* by August Wilson, which was awarded the Pulitzer Prize for Drama in 1987. A small **collection of banned books from Alaska's Mat-Su Valley** features *Catch-22* by Joseph Heller and *The Great Gatsby* by F. Scott Fitgerald.



*View the collection of 850 books challenged in Texas.*

Open Library's lead community librarian, Lisa Seaberg, is **curating a collection** of 850 books that have recently been challenged in Texas. Among the books targeted are ones that mention human sexuality, sexually transmitted diseases, contain material that might make students feel uncomfortable or distressed because of their race or sex or convey that a student, by virtue of their race or sex, is inherently racist, sexist, or oppressive.

What's become caught up in this "wide net," said Seaberg, are books about health education, teen pregnancy, civics, philosophy, religion, anthropology, inventions, encyclopedias and, ironically, a novel about book censorship in a high school. Those who favor removing certain books see an opportunity and momentum, she said, but the difference in this moment is that libraries are able to provide access to titles regardless of where the reader is located.

One reason books get banned is because political forces within an area become stronger than the populace, said Mek, who leads the Open Library team for the Internet Archive. "Open Library is trying to bridge these inequity gaps across geographies and social classes. We invite the populace to come together and participate in a digital sanctuary where our rich and diverse cultural heritage isn't subject to censorship by the few with special interests."

> *"[T]here's a difference between sharing an opinion and rob-*
> *bing someone of the opportunity to form their own."*

Mek, Open Library team lead

At the most basic level, banning books is about restricting access to knowledge, said Lisa Petrides, chief executive offi-cer and founder of the Institute for the Study of Knowledge Management in Education (ISKME).

"The impact of this on schools means that students are exposed to a limited set of world views, which is extremely detrimental to critical thinking, reflective analysis and discussion," said Petrides. "Perhaps even more importantly as we are seeing today, this means that educators and librarians are increasingly put in difficult situations, having to face the threat of reprisal from administrators or school boards, who are themselves increasingly less willing to stand up for the First Amendment rights of their teachers and learners."

**The Path Forward**

Everyone's perspectives should matter and be represented in the democratic process. A library must offer diverse ma-terials so people can draw their own conclusions, said Mek.  He embraces the oft-cited quote from librarian Jo Godwin: "A truly great library contains something in it to offend everyone."

"It's important for informed members of society to share their opinions," he says. "But there's a difference between sharing an opinion and robbing someone of the opportunity to form their own. To change hearts and minds, write a compelling book—don't take authors you disagree with off the shelves. The Open Library community is honoring these values by giving contested titles their spots back on the shelf."

Seaberg says, hopefully, recent book challenges will ultimately fail and access to a range of books will be restored. "If students walk into a library and they have books that only present one side of an issue, or are only relatable to a cer-tain group in a culture, it excludes a lot of people," she says. "They might not even know this other content exists."

You can browse a full list of Open Library's curated collections here. To volunteer for Open Library and help curate collections, please visit https://openlibrary.org/volunteer#librarian.

A-4717

Posted in Announcements, Books Archive, Lending Books, News, Open Library | Tagged banned books, censorship, education, openlibrary, school | 37 Replies

## 37 thoughts on "As Calls to Ban Books Intensify, Digital Librarians Offer Perspective"



**Not Quite Zorro**
November 25, 2021 at 5:32 am

[quote]
One reason books get banned is because political forces within an area become stronger than the populace, said Mek, who leads the Open Library team for the Internet Archive.
[/quote]

Er, I could not find a last name for Mek in the article. Did I miss it?

[quote]
Seaberg says, hopefully, recent book challenges will ultimately fail and access to a range of books will be restored.
[/quote]

I hope so, too, but I must say that the advent of the 21st century only seems to have emboldened those who believe themselves qualified to decide what other people get to see. Here is a quote that never seems to go out of style:

[quote]
They began by controlling books of cartoons and then detective books and, of course, films, one way or another, one group or another, political bias, religions prejudice, union pressures; there was always a minority afraid of something, and a great majority afraid of the dark, afraid of the future, afraid of the past, afraid of the present, afraid of themselves and shadows of themselves."
[/quote]

The above was written 70 years ago. It is funny how some things never change.



**Ray Bradbury**
November 25, 2021 at 3:13 pm

NEXT to be banned will be "Fahrenheit 451"

A-4718



**Caleb Bradley**
November 30, 2021 at 9:08 pm

Ray Bradbury, author of Fahrenheit 451, died on June 5, 2012 (aged 91).



**Floyd**
November 26, 2021 at 6:13 pm

Does this also include protecting books that speak against transgenderism? Amazon recently banned a book that opposed transgenderism so curious if that gets protected as well, or if that's an *exception*



**Me**
November 30, 2021 at 6:08 pm

Exactly.



**Vladsmen**
November 30, 2021 at 6:35 pm

What's the title of the book? I'm not from US so I might look for it wherever it can be found.



**Djangolem Punisher**
December 1, 2021 at 8:10 am

Amazon is not a library, it is a store and a marketplace for retailers. As such it gets to decide not to sell certain books. Much like a shop „banning" tobacco, Amazon „banning" a book opposing the human rights of trans* persone isn't quite what it seems to you. It's just a way of saying: we don't want to sell things that kill. Transphobia does kill, you know. Having said this: a library certainly is a much better place for such content, as it can provide an opportunity for reflection and discussion. Amazon just provides one for business, sadly.



[giso](#)
November 27, 2021 at 11:31 am

great post
thnaks



**Stan Godlovitch**
November 29, 2021 at 5:32 am

A-4719

Are there any grounds taken to be sufficient for censorship? Or for banning any title? One issue wanting debate concerns the publication of material which can be shown to create sufficient social antagonism as to lead to violence against some targeted group. Is that alright? Is it genuinely believed that any such problems can be sorted out with a mere debate?

---



**Void**
November 30, 2021 at 7:11 pm

"can be shown to be" -> By whose authority good sir? Why should we believe them if they only mechanism they can think of to combat a bad idea is to silence their opposition? Should our would be literary hall monitors wear yellow arm bands or red ones?

Whose revisionist history / cooperate sponsored science / blatant propaganda gets to decide which idea's get silenced and for what reason? It damn sure won't be the targeted and vulnerable among us.

"mere debate" -> Words on pages are the best place for humans to put their darkest passions. Once on paper they words that express a bad idea can be challenged word by word; Deconstructed, tweaked and redirected by author, opponents and audience alike. In our skulls the bad ideas bounce around and in our hearts they amplify themselves in silent darkness until the pot of vile hatred boileth over into the real world tragedies you would theoretically aim to prevent.

Let bad ideas die a very public death.

---



**[Roy Murphy](#)**
November 30, 2021 at 7:31 pm

My history students once asked me if "Mein Kampf " should be banned as its influence was horrific. My reply was ," No. Bad books don't hurt people, bad people do though". It is the minds of people that should be educated enough to openly debate and ignore a bad book. But it should be on an open shelf. It's probably age restriction, or librarian's "curation", and levels of maturity that need to be discussed.

---



**OJ**
December 1, 2021 at 12:31 pm

If a motivating book encourages a soul to greatness, a moral book to ethics, an academic book to knowledge, why shouldn't you expect a book on murder to encourage murder, or one on rape to encourage rape?

We're fools if we think what we watch, read or listen does not shape us. Look around you.

---



**Brian**
November 30, 2021 at 7:58 pm

If a person or persons become physically violent by reading a book, the problem is with that person or persons, not the book.



**OJ**
December 1, 2021 at 12:34 pm

Yes! And if they're stirred to great positive action by reading a book, don't credit the book; the person was already great anyway.

If books don't matter, let's rid ourselves of all of them. If they don't transform, for good of evil, why have any?

Unless of course you're saying they can transform for good, but not for evil.



**Olive Black**
November 30, 2021 at 5:39 pm

Places like Amazon are banning books as well. Those that do not conform to the current political ideology are deemed 'poison' for the minds of those they seek to control. Just like the banned books of old. It is not just one sided. It is not just the right who wants to ban the left. The left is also complicit.



**Michele Fry**
November 30, 2021 at 5:59 pm

There is a big difference between "banning books" from public libraries (a bad thing), and restricting books from school libraries while children are in their formative years. Children, all with half-formed brains and immature emotions and from vastly different cultures, do not benefit from focusing their attention on problematic adult themes. Plenty of time for that in college and as adults. First, teach them to read, write, cipher, appreciate science, beauty, engineering marvels of today, finance and successful enterprises. They have the rest of their lives to delve into the sordid side of human existence. Age-appropriate is the key to all educational programming and first and foremost, protecting our children from crippling emotional harm should be every educator's top goal. If you wonder why there is so much teen suicide and drug abuse, perhaps it is because adults expose children to depressing themes so early, without proper foundation, that they give up before they begin.



**Benjamin**
November 30, 2021 at 6:34 pm

A-4721

Look up Gender Queer by Maia Kobabe. It is interesting that one isn't mentioned here. It has explicit images in it, it is available in schools and some say those who want to ban it are harming gender non-conforming kids.

---

 **Antonio Jr Magallanes Villamor**
November 30, 2021 at 6:57 pm

We are also facing a ban on books advocated by the current Duterte government here in the Philippines. They want left-leaning books (e.g., containing topics of communism) to be taken out of the state libraries. A sad plight.

---

 **elie**
November 30, 2021 at 7:36 pm

Despite the manipulative framing by the Mass Media of who's doing the book banning, the reality is that no one is happier to ban certain books than progressives.

---

 **Tony S.**
November 30, 2021 at 7:36 pm

You speak of "material which can be shown to create sufficient social antagonism as to lead to violence against some targeted group." Would you have included 19th-century Abolitionist tracts? At the time, they certainly would have fit your definition.

---

 **Jadon Byrd**
November 30, 2021 at 8:42 pm

I am afraid for the future generations if this is how petty we have become. It all started with someone getting offended at something, and then everything got canceled (*cough* thank you for that, Twitter). I want to paint a scenario for all of you reading this. Let's say that Texas because becomes it's own country and disbands from the United States. If they are allowed to have their way, their censorship of information will take full effect, and, like the article says, provide an extremely limited world view. When people say knowledge is power, It's not just for aesthetics. But any power, whether it is physical or aesthetic, is dangerous. Limited world view is a disease in its own right. Limited world view has caused so much of the pain and wars that we still talk about today. It is why people are still racist and sexist today. Because even when the general populous thinks we have moved past it, there is still that one small minded person. Then that one person can tell his children and his friends and pretty soon, everyone shares his opinions. Influence is just as dangerous, if not, more dangerous, than knowledge. That is why we still have people that believe that the earth is flat, or that chocolate milk comes from brown cows. (And yes, according to a study 7% of the world population thinks that. I know that sound small, but that is still over 10,000 people!) So I say we need to take part in a nation-wide bout of civil disobedience. We need to refuse to pay the taxes that allow these law-makers to step all over us and stand up

for our right to knowledge. I know this is a forgotten rule, but we are only allowed to be governed if we as a people consent to it. Which means that when they pose a law like this that prohibits us from having a wider world view and critical thinking so they can fill their own malicious agendas, we need to cause civil disobedience, civil unrest. Because if we don't, if we allow them to walk all over us, they win. And fascism will reign. They are hiding behind their laws, using it as an excuse to oppress us. For example, Exxon Mobil's CEO recently got caught lying to everyone, about how they are safely extracting their oil and fossil fuels. But it turns out they were actually doing it in an area that harmed the wild life. And that just made me so mad because I felt that nature had already been dealt a bad enough blow from climate change that WE caused. I am an 11th Grader in North Carolina. I am abhorrent that this is the world I am going to try to live in. Let me be an influence for anyone who decides to read this. Please share this with anyone who might be able to make a difference from it.

---



**Matthew Teets**
November 30, 2021 at 8:47 pm

We don't need our Public schools teaching this stuff to Our students. This includes what is on their library shelves. Those shelves, especially at the lower levels should be politically and Gender-wise Neutral and Sex-Ed free. Let the kids form their own opinions and be guided by the people who are supposed to give them that guidance- Their Parents.

---



**ThirteenthLetter**
November 30, 2021 at 9:10 pm

It's so weird how this entire post claims the only problem is books being taken off shelves by conservatives, when the past ten years have been nonstop left-wingers attempting to censor, rewrite, ban, and in extreme circumstances actually burn ([https://nationalpost.com/news/canada/book-burning-at-ontario-francophone-schools-as-gesture-of-reconciliation-denounced](https://nationalpost.com/news/canada/book-burning-at-ontario-francophone-schools-as-gesture-of-reconciliation-denounced)) books and other creative material they don't like. Are you going to acknowledge this and forthrightly state that the left doesn't get any more ability to censor than the right does, or would that be too politically dangerous for you oh-so-brave truthtellers and fighters for free expression?

---



**Eunice Marjorie Conlon**
November 30, 2021 at 9:16 pm

We had such Bans in the past from Christian Clerics who his their heads in sand, they did not want anyone to contemplate life upon earth and evolve was possibly by chance and not by GOD. We overcame this as we will overcome a new attack upon Civil Liberties.

---



**vijay**
November 30, 2021 at 10:40 pm

A-4723

Appreciate that you don't ban books selectively, and have many resources regarding still controversial topics of history shunned by well-funded mainstream establishment historians and tenured academics, such as those of historical revisionism regarding the world wars – especially the decades before and the aftermath. The only way to come to a complete understanding is to look at all materials, rather than just internalize and repeat the one-sided story that we have been fed for 75+ years.

Those calling for censorship and banning obviously haven't yet read enough dystopian fiction, or lived through and experienced totalitarian dictatorships.



### Patrick Winn
November 30, 2021 at 11:07 pm

That is really interesting. From my perspective it is NOT left wing/activist material that is being banned. It is conservative material. Very interesting that those who once decried lack of freedom of speech/press, are now those who silence those they do not agree with. Since the folks that run this website are pretty much on the left, they are constructing present day book banning as if it is coming from conservatives. NOPE. It is the left. DON'T GIVE THEM A FREE PASS.



### Shirley Rougely
December 1, 2021 at 12:03 am

You CLEARLY didn't read the article Patrick, otherwise you'd know that the books that are being banned are primarily from African American authors, and the those in the LGBTQ+ community; minority groups that have been persecuted in the past and unfortunately in the present too by conservatives, and they're being banned by CONSERVATIVE lawmakers in red states like Texas that was referenced in the article, which you would have known had you ACTUALLY READ THE ARTICLE; I've seen many books from conservative authors like Tucker Carlson, Glenn Beck, Sean Hannity, and many others in either physical retail stores like Walmart, and online e-tailers like Books-A-Million, so yeah conservative books aren't being banned and you know it!

Also, conservatives have many social media outlets too, such as Facebook, Twitter, Youtube, Gab, Parler, and many other lesser known sites, so once again you're lying about conservatives being silenced, so quit your terrible lying and take your fake news elsewhere.



### Truthpecker
December 1, 2021 at 4:17 am

LGBT is a clear danger to young people. Has nothing to do with censorship. Some things you have to ban else it would destroy the minds of the children or would you recommend e. g. to show a 8 year old child a porn movie? Censorship is not bad in the first place. It depends on how you use it.



**ThirteenthLetter**
December 1, 2021 at 7:24 am

I said the same here and my comment was erased. Good luck getting through to them.



**Erika**
November 30, 2021 at 11:53 pm

Nobody is asking for Harry Potter to be banned. The article mentions LGBT rights as a target of censorship, but the picture contradicts that, conflating the censorship of books with criticism of an author for her antiLGBT activities. and people making the personal choice not to partake in a franchise.



**D.T. R**
November 30, 2021 at 11:57 pm

I would only try to agree with your fake ban on All books narrative due to how well it was written. Sadly, I'd have to say that it lacks in investigative effort. You have chosen to write an opinion piece based on little research into the history of this matter.

There has only been one genre that has been systematically banned/altered in schools thorouhout this nation's establishment. It is the history of the negro. And due to that effort, no other comparable controversial genre will be accepted either. So on one side you have the people who've been fighting for their books since before the schools started to allow them in and on the other side you have multiple other smaller parties comingling pushing their own personal book genres as they create new ones.

This very piece written by you is a small example of whats going on in those schools..

"Ethical Journalism strives to ensure the free exchange of information that is ACCURATE, FAIR, AND THOROUGH" – Society of Professional Journalism.

-seek truth and report it
-minimize harm
-Act indepently
-be accountable and transparent

Until America deals with its underlying abuse and mistreatment of a particular group it will always suffer these types of issues... Its funny to us. Hate begets hate...



**Rob**

A-4725

December 1, 2021 at 3:06 am

I do not object to banning sexually explicit books from schools. There is no place or reason for there to be books about homosexuality, transgenderism, or any other perversion the left creates. These are confused children searching for an identity, and you want to propagandize them with a degenerate lifestyle. You are sick person if you think it's ok to pander this type of material to children.

Many of the racialist books were written to incite racism and hatred. If they want to read about slavery, you should start with Uncle Tom's Cabin, Fredrick Douglas's Autobiography, or Mark Twains novels. Most people have read Uncle Tom's Cabin, and they promote misconceptions about the true story and its true meaning. I believe the left promotes racism, because they use black people as a tool to garner political power and control.



**Brad**
December 1, 2021 at 3:25 pm

Rob,
I agree 100%. Children cannot make an informed decision when they have one viewpoint shoved down their throats. The author of this write up obviously believes there's only one side… Left.



**Rob**
December 1, 2021 at 3:24 am

my comment was banned



**Rob**
December 1, 2021 at 3:25 am

leftist communists need and promote racism



**Neil Macleod**
December 1, 2021 at 9:27 am

There is a difference between adult minds and children's minds. It should be up to school boards and parents what is in children's libraries. Liberals know that these books aren't banned, just not in school libraries where far from increasing "critical thinking" they have the potential to warp thinking. The contents of adult libraries will be wider because the readers are mainly adults. The books referred to above are mainly peddling narrow fictional views. They are not aimed at developing "critical thinking". If you want your porn Mr Pinko, you know where to get it.

A-4726



**NICK A ZIMMERMAN**
December 1, 2021 at 1:50 pm

It is not that I mind being judged, I'm just concerned about who is the judge.

---

Comments are closed.

A-4727

# EXHIBIT 12

7/6/22, 11:28 AM
Case 1:20-cv-04160-JGK-OTW Document 105-25 Filed 07/07/22 Page 1 of 13
Announcing a National Emergency Library to Provide Digitized Books to Students and the Public – Internet Archive Blogs

# Internet Archive Blogs

*A blog from the team at archive.org*



## Announcing a National Emergency Library to Provide Digitized Books to Students and the Public

Posted on March 24, 2020 by chrisfreeland

A-4729



To address our unprecedented global and immediate need for access to reading and research materials, as of today, March 24, 2020, the Internet Archive will suspend waitlists for the 1.4 million (and growing) books in our lending library by creating a National Emergency Library to serve the nation's displaced learners. This suspension will run through June 30, 2020, or the end of the US national emergency, whichever is later.

During the waitlist suspension, users will be able to borrow books from the National Emergency Library without joining a waitlist, ensuring that students will have access to assigned readings and library materials that the Internet Archive has digitized for the remainder of the US academic calendar, and that people who cannot physically access their local libraries because of closure or self-quarantine can continue to read and thrive during this time of crisis, keeping themselves and others safe.

This library brings together all the books from Phillips Academy Andover and Marygrove College, and much of Trent University's collections, along with over a million other books donated from other libraries to readers worldwide that are locked out of their libraries.

This is a response to the scores of inquiries from educators about the capacity of our lending system and the scale needed to meet classroom demands because of the closures. Working with librarians in the Boston area, led by Tom Blake of Boston Public Library, who gathered course reserves and reading lists from college and school libraries, we determined which of those books the Internet Archive had already digitized.  Through that work we quickly realized that our lend-

A-4730

ing library wasn't going to scale to meet the needs of a global community of displaced learners. To make a real difference for the nation and the world, we would have to take a bigger step.

"The library system, because of our national emergency, is coming to aid those that are forced to learn at home, " said Brewster Kahle, Digital Librarian of the Internet Archive. "This was our dream for the original Internet coming to life: the Library at everyone's fingertips."

Public support for this emergency measure has come from over 100 individuals, libraries and universities across the world, including the Massachusetts Institute of Technology (MIT). "Ubiquitous access to open digital content has long been an important goal for MIT and MIT Libraries. Learning and research depend on it," said Chris Bourg, Director of MIT Libraries. "In a global pandemic, robust digital lending options are key to a library's ability to care for staff and the community, by allowing all of us to work remotely and maintain the recommended social distancing."

We understand that we're not going to be able to meet everyone's needs; our collection, at 1.4 million modern books, is a fraction of the size of a large metropolitan library system or a great academic library. The books that we've digitized have been acquired with a focus on materials published during the 20th century, the vast majority of which do not have a commercially available ebook. This means that while readers and students are able to access latest best sellers and popular titles through services like OverDrive and Hoopla, they don't have access to the books that only exist in paper, sitting inaccessible on their library shelves. That's where our collection fits in—we offer digital access to books, many of which are otherwise unavailable to the public while our schools and libraries are closed. In addition to the National Emergency Library, the Internet Archive also offers free public access to 2.5 million fully downloadable public domain books, which do not require waitlists to view.

We recognize that authors and publishers are going to be impacted by this global pandemic as well. We encourage all readers who are in a position to buy books to do so, ideally while also supporting your local bookstore. If they don't have the book you need, then Amazon or Better World Books may have copies in print or digital formats. We hope that authors will support our effort to ensure temporary access to their work in this time of crisis. We are empowering authors to explicitly opt in and donate books to the National Emergency Library if we don't have a copy. We are also making it easy for authors to contact us to take a book out of the library. Learn more in our FAQ.

A final note on calling this a "National Emergency" Library. We lend to the world, including these books. We chose that language deliberately because we are pegging the suspension of the waitlists to the duration of the US national emergency. Users all over the world have equal access to the books now available, regardless of their location.

**How you can help:**

1. Read books, recommend books, and teach using books from the National Emergency Library
2. Sponsor a book to be digitized and preserved
3. Endorse this effort institutionally or individually
4. Share news about the National Emergency Library with your social media followers using #NationalEmergencyLibrary

If you have additional questions, please check out our FAQ or contact Chris Freeland, Director of Open Libraries.

*Update 3/30*: To read our latest announcement about the National Emergency Library, please read our post Internet Archive responds: Why we released the National Emergency Library

Posted in Announcements, News | Tagged NEL | 76 Replies

---

**About chrisfreeland**
Chris Freeland is the Director of Open Libraries at Internet Archive.
View all posts by chrisfreeland →

---

**76 thoughts on "Announcing a National Emergency Library to Provide Digitized Books to Students and the Public"**

Pingback: 1,426,434 Million Books: The Internet Archive Launches a "National Emergency Library to Provide Digitized Books to Students and the Public" | LJ infoDOCKET

A-4731



**Stephanie T.**
March 24, 2020 at 4:58 pm

Chris Freeland, you are an angel on earth.

---

Pingback: Announcement: Announcing a National Emergency Library to Provide Digitized Books

Pingback: National Emergency Library | digithek blog



**chrisfreeland** [Post author]
March 24, 2020 at 5:46 pm

Many thanks for your kind words, Stephanie, but no, I'm just a librarian.

---



**Kathy**
March 24, 2020 at 7:52 pm

No such thing,Sir,as JUST a librarian! Two of my very best friends are reference librarians♥

---



**Hank Bromley**
March 24, 2020 at 7:57 pm

Chris, I think that's actually about the same thing!

---



**Mary Augusta**
March 26, 2020 at 1:52 pm

Chris

That has to be one of the best comments around. Thank you and the IA for this offering. IA, BHL, and ther digital libraries are more important now than ever before.

---



**Mark Templeton**
March 28, 2020 at 3:30 pm

not all heroes wear capes.

---

Pingback: Archive.org ofrece acceso gratis y libre a 1,4 millones de libros (casi 19.000 de ellos en español) | VIRTUALGEEKS

Pingback: Archive.org it offers free access and free to 1.4 million books (nearly 19,000 of them in Spanish) - MeTimeTech



**Stephanie Willen Brown**
March 24, 2020 at 6:57 pm

So, librarian to librarian, is this unlimited simultaneous users? Y'all have digitized a book that one of my faculty wants his students to read (by tomorrow! when they will virtually meet the author!). Author and professor will be thrilled.



---



**chrisfreeland** [Post author]
March 24, 2020 at 9:03 pm

Stephanie – Yes, for the duration of our waitlist suspension!

A-4732

Pingback: Archive.org ofrece acceso gratis y libre a 1,4 millones de libros (casi 19.000 de ellos en español) - Tec Ofertas España

Pingback: Ceo Bolivia

Pingback: Internet Archive opens National Emergency Library for shut-in students, commercial vendors agree - World Tech Valley

 **behta**
March 24, 2020 at 9:50 pm

This is great for the students you study

 **Cinda van Lierop**
March 24, 2020 at 10:17 pm

This is a wonderful idea and service to the public.
Many thanks!

Pingback: نهاد «آرشیو اینترنت» با حمایت ... | مملکته

 **Ginger**
March 24, 2020 at 11:18 pm

Thank you so much!

 ایران نوا
March 25, 2020 at 12:06 pm

Many thanks for your kind words, Stephanie, but no, I'm just a librarian.

 **Tucker Taylor**
March 25, 2020 at 1:33 pm

I've already filled 2 requests for our faculty and I haven't even gone through the entire list!

 آهنگ جدید
March 25, 2020 at 3:14 pm

This is a wonderful idea and service to the public.

 **Linda Allcorn**
March 25, 2020 at 6:08 pm

Please advise of the process a public library will follow to make The National Emergency Library available to our library patrons.

Thank you of sharing this great idea!

 **chrisfreeland** [Post author]
March 25, 2020 at 7:56 pm

Hi Linda – The books are available to your patrons now. You can direct users to the National Emergency Library at
https://archive.org/details/nationalemergencylibrary where they can search for books or authors using our "Search the collection" box along the left of

A-4733

the screen. Users can check out up to 10 books at a time with our waitlists suspended.

Pingback: You Can Now Access 1.4 Million Books for Free Thanks to the Internet Archive – MaryPoter

Pingback: You Can Now Access 1.4 Million Books for Free Thanks to the Internet Archive



**Lucie Comeau**
March 25, 2020 at 8:08 pm

Hi, is this available worldwide ? Would love to share this with our university students in Canada.



**chrisfreeland**  Post author
March 25, 2020 at 8:49 pm

Hi Lucie – Yes, our books are available equally to all users, regardless of where they are located. Please do share with your university students in Canada!

Pingback: Internet Archive ofrece gratis 1,4 millones de libros al suspender las listas de espera para sus copias digitales - Tenemos Noticias

Pingback: You Can Now Access 1.4 Million Books for Free Thanks to the Internet Archive – Shirley Coyle

Pingback: Internet Archive ofrece gratis 1,4 millones de libros al suspender las listas de espera para sus copias digitales | ReportateRD



**Ellen**
March 25, 2020 at 11:13 pm

Could you help me understand why this is something you can do now but not all of the time? Are normal copyright rules being suspended?



**Nemo**
March 29, 2020 at 8:53 am

Ellen, because copyright in the USA is limited by the Progress Clause in the Constitution and "fair use" is a flexible concept which adapts to circumstances. See also https://kylecourtney.com/2020/03/11/covid-19-copyright-library-superpowers-part-i/ on the topic.

Pingback: You Can Now Access 1.4 Million Books for Free Thanks to the Internet Archive – Thinking Port

Pingback: Internet Archive ofrece gratis 1,4 millones de libros al suspender las listas de espera para sus copias digitales - Diario España



**John Gilmore**
March 26, 2020 at 12:23 am

Thank you for supporting students with this expansion of access to already-digitized books.

I tried to read your FAQ but it sends me to Google. It won't even display for me because I refuse to let Google run Javascript in my browser, since that's part of how they spy on everybody for their own profit.

Surely there is a place on the Internet Archive where you can publish your own FAQ. Friends don't send friends to Google!



**Nemo**
March 29, 2020 at 8:56 am

Indeed it's strange to see such documents on Google Docs. I'm not 100% sure but I think the txt download link works without JavaScript nor cookies:
https://docs.google.com/document/export?format=txt&id=1QjErbouWG7pUlzcxPcRk4YEtbYs8ItlVTgLa1DfGh68&includes_info_params=true



**Ellie Kesselman**

March 30, 2020 at 6:47 pm

Yes, that link works by providing a directly downloadable text file of the Internet Archive FAQ. No JavaScript or cookies is necessary, and Google Docs can be entirely avoided. Thank you!



AJCV

March 26, 2020 at 12:45 am

Thank you so much!



derek

March 26, 2020 at 12:50 am

We need libraries with physical books as well to be prioritized as essential services.

Pingback: Internet Archive ofrece gratis 1,4 millones de libros al suspender las listas de espera para sus copias digitales



**Gardner Campbell**

March 26, 2020 at 1:07 am

You are a scholar and a gentleman. And I heart the Internet Archive. You folks are amazing, through and through. Thank you.



Ing Sian

March 26, 2020 at 1:10 am

Thank you so much.

Pingback: Internet Archive ofrece gratis 1,4 millones de libros al suspender las listas de espera para sus copias digitales – > ingenis



**Diane Gould Hall**

March 26, 2020 at 2:25 am

This is fantastic! Thank you for doing this. I am a regular supporter of your site and love the books I have access to. So helpful! May the Lord protect all of us during this situation.



Uday Modak

March 26, 2020 at 2:50 am

I have no words to express my whole hearted gratitude to you LIBRARIAN THE GREAT ! The readers around the world will be thrilled reading this anouncement ! We are all highly obliged ! Hope every and all the librarians around the world follow this example !



**DK Fynn**

March 26, 2020 at 4:53 am

This is really great to hear. I know that authors and publishers have to make money, but that said, I do hope that they take steps to make their content more easily available to those who really need them.

One idea that comes to mind–and I'm not sure if it's been done–is a temporary lifting of exclusive copyright, or maybe something can be done with Creative Commons. Maybe something can be done via ebook readers (like Kindle) where a book can be downloaded for free for a given period of time, then after such time, the book goes back to paid status. I think that would be a nice negotiation between authors, publishers, and readers.

A-4735



**S.M.**
March 26, 2020 at 4:55 am

My waitlist is now empty and ALL of the books I have been patiently waiting for many weeks (some for months) have vanished, with no way to ever know exactly which titles I had been waiting for. Never thought that waitlist was just going to disappear without any advance notice. I can recall some of the titles that were on my waitlist, but some have been on for so long I can not recall their exact title. Hopefully you can look into this & figure out a way to either email us listing of books that WERE on our waitlists so we can now go download them all, or you could automatically "checkout" them out to our accounts & then email us that they are sitting there waiting for us.



**Nemo**
March 29, 2020 at 8:57 am

S.M., have you checked your email, including the spam folder? I got email notifications for the books I had in my waitlist, if I'm not mistaken.



**Marian B.**
March 26, 2020 at 5:29 am

What a great gesture, thank you very much, Chris Freeland.
I'll share this with the elderly women I know, who use internet.
Also, for myself, I'm enjoying reading books much, at archive.org
It's an excellent source of many goodies and documentaries for me,
since about a decade. I'm Dutch and most other Dutchies I know
have no idea about archive.org being such a treasure box library.
Much appreciated, I realize how much work and time goes into it.



**Matthew faerber**
March 26, 2020 at 6:32 am

What do I need to do to download the books to my apple ipad



**Nemo**
March 29, 2020 at 8:59 am

Matthew, the easiest option is probably to just browse them online with any browser on your device which supports HTML and JavaScript. Otherwise you'll need some ebook reader which supports DRM (digital restrictions management).



**Wolf**
March 26, 2020 at 6:43 am

It is great to see that there are people everywhere who do the right thing at the right time.



**Pinta A.**
March 26, 2020 at 6:48 am

[quote]
Users can check out up to 10 books at a time with our waitlists are suspended.
[/quote]

I wanted to ask: When the waitlists come back into effect, will the last 5 books we've borrowed suddenly get returned? Or will they, instead, remain borrowed for whatever time they have left and *then* get returned?

(I ask because I am trying to adjust my reading habits accordingly.)

A-4736

7/6/22, 11:28 AM    Case 1:20-cv-04160-JGK-OTW    Document 96-105 Filed 07/07/22    Page 10 of 13
                    Announcing a National Emergency Library to Provide Digitized Books to Students and the Public | Internet Archive Blogs



**Janice Lindner**
March 26, 2020 at 7:03 am

Marvellous and generous gesture.
Thank you so much.



آهنگ جدید
March 26, 2020 at 8:26 am

I've already filled 2 requests for our faculty and I haven't even gone through the entire list!



**boualem**
March 26, 2020 at 8:47 am

Thank you..



**Raymond**
March 26, 2020 at 9:15 am

I see you're a Deadhead.
Thanks for this.
Peace!



**Albie**
March 26, 2020 at 10:42 am

Greetings from Nantes in France,
great idea!! does these include audio books? and being in France I suppose there's limits on what's available.
Meanwhile it's back to OTR.

Thanks for all your efforts over the years,

Albie



**Marco De Antoni Ratti**
March 26, 2020 at 11:04 am

It would be helpful to have such an emergency law being introduced in Italy.

I will try on my little possibilites to do that.

Thanks for your precious work.

Best regards

Marco De Antoni Ratti



**Jess**
March 26, 2020 at 12:21 pm

A-4737

This is such a blessing! My middle school has been scrambling to figure out what to do about classroom novels we currently don't have access to, and so far all of them are up here! THANK YOU!

I have a question though–Since a login is required to access them, could we make sort of a generic school or class login? Some districts might not be super on board with making each student create their own, especially if the students don't all have their own school email address.

and once again, THANK YOU SO MUCH



**The Librarian S**
March 27, 2020 at 5:57 pm

I have the same question as Jess about whether there is a way to offer students access without requiring them to create accounts using email addresses or other personally identifiable information, since our district will also probably not allow this. If there is any possibility of using a generic school/class login or other workaround you can recommend (might it be acceptable for a teacher to temporarily share a download file with students on the condition that it be destroyed at the end of the loan period?) that would be a game changer. Thank you for any advice and for your work here. Books save lives, now more than ever.



**Nemo**
March 29, 2020 at 9:05 am

So, to be clear, your school doesn't make students register accounts anywhere else? No accounts ever required on Google, Office365, Facebook, WhatsApp or any other spying corporation, for anything the school or teachers organise? If so, great!

Internet Archive is infinitely more privacy conscious than the services where most schools send students nowadays, but it's good to be extra careful. For instance you could set up an email address on whatever provider which supports email aliases and register each student with nondescript usernames like "MySchoolName_001" at address+001@example.org . This is what we sometimes do at Wikimedia Italia for students registering on Wikimedia wikis.



**Kristin Patrick**
March 26, 2020 at 2:57 pm

Hello! This is wonderful news. Thank you very much. I notice that account setup requires email verification. Our students can't receive email from domains outside of our school district. Are there any potentials workarounds? Thank you in advance for any help you can provide.



**Roberto Garcia Torres**
March 26, 2020 at 3:23 pm

Thanks a lot !



**Meghan McCarthy**
March 26, 2020 at 9:46 pm

Author/illustrator here. I want to help out BUT I rely on school visits to make an income. Those have been cancelled. My other source of income is royalties from my books. If all of my books are now free for all online this could have a big impact on whatever income I have left. Not all authors are rich! Last year I qualified for food stamps (not an exaggeration). Please think of us during this time period as well.



**chrisfreeland** [Post author]
March 27, 2020 at 2:39 am

Meghan – We understand that authors and creators are being impacted during this crisis, which is why we've made a streamlined way for authors to opt out from having their books in the National Emergency Library. You can read more in our FAQs, linked above.

A-4738



**Sarah**
March 26, 2020 at 11:12 pm

Are any of the digital materials audiobooks for those who are blind and visually impaired?



**Lori Guidis**
March 26, 2020 at 11:55 pm

Yipeeeeee!!!!

I am not happy about the circumstances– Covid 19, but I am ecstatic that you are opening wider and wider!!!

Love to you all,

Lori



**Laura**
March 27, 2020 at 2:06 am

Are you doing this with books currently under copyright? Have you cleared it with the copyright holders? While we're all for making books available in times of crisis, it seems unfair to include writers without their knowledge and consent.



ایران نوا
March 27, 2020 at 2:49 pm

Thank you for doing this. I am a regular supporter of your site and love the books I have access to. So helpful! May the Lord protect all of us during this situation.



آهنگ
March 27, 2020 at 6:08 pm

Thanks for all your efforts over the years,



**Mark Templeton**
March 28, 2020 at 3:42 pm

amazingly supportive and generous action. a lot of students rely on shared books and ibrary holds for class reserves and that's not possible these days.

is there any chance you have more recent editions of texts to be added? i need the 8th ed. of something, Readings in Social Psychology by Lesko and you have a much earlier ed. and the articles have changed.



**Dave Gordon**
March 28, 2020 at 3:46 pm

This is a huge step for society and how we use technology, not to mention one of many small, positive changes that are taking place during these unpredictable circumstances. Thank you for doing all you can to help us care for one another–



ایران نوا
March 29, 2020 at 10:14 am

It would be helpful to have such an emergency law being introduced in Italy

A-4739

Case 1:20-cv-04160-JGK-OTW   Document 105-23   Filed 07/07/22   Page 13 of 13

Comments are closed.

A-4740

# EXHIBIT 13



# Public Statement: Supporting Waitlist Suspension for Books Loaned by the Internet Archive During the US National Emergency

March 24, 2020
Share this document: https://docs.google.com/document/d/e/2PACX-1vQeYK7dKWH7Qqw9wLVnmEo1ZktykuULBq15j7L2gPCXSL3zem4WZO4JFyj-dS9yVK6BTnu7T1UAluOl/pub

[Announcement] [FAQs]

I support the Internet Archive and its mission to provide "Universal Access to All Knowledge."

During this time of school and library closure at global scale, and a US national emergency, I support the Internet Archive's use of Fair Use to eliminate waitlists for the books it lends to users through the latter of June 30, 2020, or the end of the US national emergency. The Internet Archive will use existing digital rights management controls to restrict the unlawful redistribution of these books.

These actions will support emergency remote teaching, research activities, independent scholarship, and intellectual stimulation while universities, schools, training centers, and libraries are closed.

Relevant documents:
- Public Statement of Library Copyright Specialists: Fair Use & Emergency Remote Teaching & Research. (2020, March 13).
- Courtney, K. (2020, March 11). COVID-19, Copyright, & Library Superpowers (Part I).

# Endorsers

## Institutional

*Please use this form at https://forms.gle/gTc2dA4b4cWwGWfZ8 to endorse*

Aaniiih Nakoda College
Abell Library - Austin College
Alameda County Library
Amherst College

Arcadia Fund - a charitable fund of Lisbet Rausing and Peter Baldwin
Armacost Library, University of Redlands
Association of Southeastern Research Libraries (ASERL)
Auburn University
Bates College
Biblioteca Nacional Aruba - National Library of Aruba
Biodiversity Heritage Library (BHL
Boston Public Library
Bowdoin College
Brooklyn Public Library
Brown University Library
Califa Group
California Academy of Sciences Library
California Institute of the Arts
California State University, Long Beach
Carleton College
Carroll College
Center for Astrophysics | Harvard and Smithsonian
Chief Officers of State Library Agencies
City University of New York Libraries
The Claremont Colleges Library
Clemson University
Colorado State University
Connecticut College
Cooperating Libraries in Consortium (CLIC), St. Paul, MN
Cornell University Library
Dartmouth College Library
DePauw University
Digital Democracy
Drake University
Duke University Libraries
East Carolina University
Eastern Academic Scholars' Trust (EAST)
Eckerd College
Emory University
The Evergreen State College
George Blood Audio/Video/Film/Data
George Washington University
GrassROOTS Community Foundation
Greater Western Library Alliance
Grinnell College Libraries
Hamilton Public Library
Haverford College
Institute for the Study of Knowledge Management in Education (ISKME)
Iowa State University
James Madison University Libraries
Kalamazoo College Library
Kent State University Libraries
Lafayette College Libraries
Lake Forest College, Donnelley and Lee Library
The Library of The Jewish Theological Seminary
Little Big Horn College
Long Beach (NY) Public Library
Louisville Presbyterian Theological Seminary
Metropolitan New York Library Council
Michigan State University
Middlebury College Library
Miles Community College Library

Milton Public Library (Ontario, Canada)
MIT Libraries
The MIT Press
Montana State University
Mount Holyoke College
Multnomah County Library
Oberlin Group of Libraries
Orbis Cascade Alliance
Oregon Talking Book and Braille Library
Penn State
Penn State University Press
Phillips Academy, Andover
Public Knowledge
Public.Resource.Org
Purdue University Libraries
Randolph-Macon College
ReadersFirst
Reed College
Research Libraries UK
Robert Morris University
Robert Schalkenbach Foundation
Rutgers University Library
Ruth Enlow Library of Garrett County
Sacramento Public Library
SCELC
Simmons University Library
Simon Fraser University Libraries
Skidmore College
Smith College
Sonoma County Library
St. Mary's County Library
St. Olaf College Library
Substance Abuse Librarians & Information Specialists, Incs.
Swarthmore College
Texas A&M University
Texas Digital Library
Tougaloo College Library
University of Arizona Libraries
University of California, Santa Barbara
University of Colorado Boulder
University of Connecticut
University of Delaware Library, Museums and Press
University of Florida, George A. Smathers Libraries
University of Illinois at Urbana-Champaign Library
University of Montana Western
University of New Mexico Libraries
University of North Carolina at Chapel Hill
University of North Carolina at Greensboro
University of North Dakota, Chester Fritz Library
University of Oklahoma Libraries
University of Pittsburgh
University of South Carolina
University of Tennessee Libraries, Knoxville
University of Warwick Library
University of Washington
University System of Maryland & Affiliated Institutions
Ursinus College
Warren County Community College

Wellesley College
Wheaton College Library MA
Whitman College
Whose Knowledge?
Wikimedia Italia
William & Mary Libraries
Worcester Polytechnic Institute - Gordon Library
Worthington Libraries

## Individual

*Please use this form at https://forms.gle/gTc2dA4b4cWwGWfZ8 to endorse*

**Update: April 23, 2020:** We have received threats of violence and intimidation targeting endorsers. For the safety and security of information professionals in our community, we are making the list of endorsers private.  To date we have had more than 200 individuals endorse, continuing daily. You can support the suspension of waitlists via the form at *https://forms.gle/gTc2dA4b4cWwGWfZ8*.

# EXHIBIT 14

Case 1:20-cv-04160-JGK-OTW Document 105-07 Filed 07/07/22 Page 2 of 9

# Internet Archive Blogs

*A blog from the team at archive.org*



## Teachers & the National Emergency Library: Stories from the Frontlines of Online Schooling

Posted on April 13, 2020 by Wendy Hanamura



The numbers are staggering. [According to UNESCO](#):

- 91% of the world's learners have been impacted by school closures.
- 1,576,021,818 learners are cut off from their classrooms
- 188 countries have shut down schools nationwide.

Obscured in those figures are the individual teachers, librarians and students struggling to carry on classroom instruction without the books they need. Since this pandemic began, we have heard from hundreds of them, reaching out to figure out some way to keep teaching and learning going in their town, church, library or home

A-4747

Case 1:20-cv-04160-JGK-OTW Document 105-8 Filed 07/07/22 Page 3 of 9

school.

Here are some dispatches from teachers, librarians and students on the frontlines of online schooling.

## Helping K-12 students connect with books

In one of the first states to shutter schools and order residents to shelter at home, Erin S. is a 6th grade teacher of history and English in Sacramento, California. She's been scrambling to teach virtually a unit on *The Adventures of Ulysses* by Bernard Evslin. Her middle school has hundreds of copies of this book, locked away and now beyond reach.  We received this urgent message from Erin, signed, *Desperate Teachers!*:



*During the COVID emergency, students can check out "Ulysses" and renew it after the two week lending period is over.*

*At our school site, we have enough copies of this book for all of the 6th-grade students (300).  However, since we are not allowed to come to campus to check these books out we were looking for online PDF or 'checkout' possibilities.*

*I came across your website and services, found the copy we are looking for, and it is amazing because it looks like an actual book instead of just a word document.  I checked it out, but then noticed it says I can only borrow it for 14 days. This unit takes us longer than 2 weeks and we also have a lot of students who need this book.  Is there a way to lift the restrictions to borrow this book while we are in school closure?*

*I am so grateful and excited to share your services with our students.  Teachers are desperate for any and all help right now and luckily our communities and beyond are coming to the front lines to help advocate for us! We really appreciate all you have done to help us!*

At Downtown College Prep school in San Jose, California, one hard-pressed instructor sent us this call for help:

*I am an instructional coach at a middle school charter school in San Jose, CA. Currently all the schools in our area are shut down as I'm sure you are aware. I am also leading the teaching of our two 5th grade classes right now. Here is my problem. One of our fifth grade classes was sent home without books to read. The class that I have been teaching literacy in (we lost a teacher mid-year), I sent home with 4 books. Eventually these books are going to run out and I am desperate to get books in these kids hands... or on their screens.*

Teacher Terri S. of Cloudcroft, NM writes:

*I teach all of the 6th, 7th and 8th grade students in my district, and Quarter Four (the time we are in right now) is set aside for a novel study. I cannot pass out our classroom sets of novels and was looking for a way for students to read the books digitally. Your site is a Godsend. Thank you for your help.*



*For middle school teacher (and climber!), Terri S., teaching online often presents huge barriers.*

From a 7th grade teacher in Fairfield, PA we received this request:

*I have taught "The Pushcart War" novel in my class for most of my 25 years in education, and it is my favorite novel. I notice that you have it on your website to borrow as well as listen.*

*With schools being shut down indefinitely in the state of Pennsylvania, I was not able to give each student a copy of this novel from my classroom before we closed, and I had no idea that schools would be shut down this long. Is there any way my students can have an Open Library account set up...in order for them to enjoy this book during this unprecedented time?*

About one hundred miles from the epicenter of the outbreak, in Franklinville, New Jersey, Anne Papiano is the Media Specialist for the Delsea Regional High School District. It's April, but she's already worrying about how to get summer

A-4748

Case 1:20-cv-04160-JGK-OTW Document 105-25 Filed 07/07/22 Page 4 of 9



For 25 years, one teacher has taught his fa-
vorite novel, "The Pushcar War."

reading list books to students in her district. Her district owns physical copies of these books, but if schools remain closed for the entire school year, she won't be able to reach them. She explains:

*Our students will be unable to check out our schools' physical copies of the required summer reading books. I am writing to you to request that access to the* National Emergency Library *be extended throughout the summer (perhaps until September 2020). This will give students who do not have the means to purchase their own copies to have equitable access to digital copies…for their summer assignments.*

*Thank you for working on behalf of those of us who are promoting literacy, even through difficult times.*



*Media Specialist, Anne Papiano, works close to COVID's epicenters in New York and New Jersey.*

## From college professors and librarians

The impact is not limited to public K-12 school students. In the University of Washington article, "Why the National Emergency Library Matters to Huskies," UW Libraries answered this central question:

*As a Librarian, how does this impact your work to facilitate e-book orders for classes?*

*UW Librarians have been fielding ebook requests for required textbooks over the last week. Before the Emergency Library was announced, Librarians faced a common challenge– in many cases, there was simply no multi-user ebook available for the Libraries to order — this changed dramatically with the opening of the National Emergency Library.*

*History Librarian, Theresa Mudrock says this has made a real difference, but challenges still exist.*

"Today, I was able to inform 10 instructors that the books they needed were now available, whereas yes-
terday they were not," said Mudrock.

Over at George Washington University in Washington, DC, history professor, Tyler Anbinder, explained how his students are using the National Emergency Library:

*My students could not finish the semester without the National Emergency Library. It has been a total life-saver. Not for books that are "in print" electronically. My library has been buying those. But for all the 30 to 50-year-old books that are out of print but essential for doing good history research.*

Professor Anbinder also shared this message with consent from a sophomore in his course on Abraham Lincoln, caught off guard without access to her university's library for this week's reading:

*Dear Professor Anbinder,*

*I have spent the past two days searching every inch of my house to find my copy of* Lincoln's Quest for Union. *After trying to think of any place where this book might have gone, I remembered that the reason I cannot find*

blog.archive.org/2020/04/13/teachers-the-national-emergency-library-stories-from-the-frontlines-of-online-schooling/    3/8

A-4749





it is because I do not have it. I was planning on borrow-
ing it from the library because I was not able to buy
each book. I would have gotten it from Gelman before I
left DC, but we were all under the impression that we
would be returning to campus on April 5th.

I am so sorry, this is a huge mistake on my part. How
should I proceed with this?

Sincerely,

Meaghan Burnes

Professor Anbinder was able to send her directly to this
copy in the National Emergency Library so Meaghan
could do the class reading in time.

*College sophomore, Meaghan Burnes, had to leave
campus before checking out all the books she needs to
complete her coursework this semester.*



A
n
o
ther college librarian, Amanda Dinscore, from Fresno
State Library, sent us this note:

*Many thanks to you and your IA colleagues for the
National Emergency Library. Just found a book for a
faculty member who was really frustrated about not
being able to access a print copy of a book that I imme-
diately found on the NEL. Win!*

## Authors React

But what is a win for teachers, librarians and students, comes at a cost, some say, in lost book sales for publishers and authors. Katie Smith offered perspectives from both authors and learners in her article for Book & Film Globe, including this viewpoint from a writer and homeschooling parent:

*Writer and parent Amber DeGrace cites the Internet Archive as pivotal in her ability to transition to homeschooling her children. "What makes the Internet Archive so beneficial for educational purposes is that many older or out-of-print books that might not be available on bookselling sites are readily available here," she tells Book & Film Globe. "For instance, a recommended book for my kids' history curriculum is Morning Girl by Michael Dorris. While I could have purchased it on Amazon, I can't afford to buy all these supplemental resources, and our local libraries have been closed for weeks." It was, however, available for borrowing in the National Emergency Library.*

Even Professor Anbinder, who is enthusiastic about the availability of older literature in the National Emergency Library, closed his message acknowledging, "I certainly understand how the authors of recent books would be mad to find their books there."

No one has criticized the National Emergency Library more forcefully than New York Times bestselling author, Chuck Wendig. So we appreciated this honest exchange following Wendig's Terrible Minds blog, with a writer and public librarian named Rachel:

*RACHEL*

*March 31, 2020 @ 11:39 AM*

A-4750

*Your argument is very compelling. It will certainly make me rethink telling any patrons to take a look at the "emergency" library.*

*The only counterarguments I could offer are from problems we are having on this side of the publishing/reader process.*

*For example: as I am a fan, I have already purchased your books for my patrons the old-fashioned way. We own them. But no one can use them. Is that your problem? Eh– no. Because of this issue, though, I've spent $3,000 of my materials money this month buying digital versions of books we already own. And… that's it. No more money. It took everything I have to buy all those stupid Erin Hunter books so middle schoolers will stop doing the unspeakable things middle schoolers do when left idle. Also not your problem– unless they start roving in 6th grade gangs a la The Warriors.*

*It would help if digital books weren't insanely expensive. On average, an adult book costs me about $65. THEN, it can only be checked out 26 times. After 26 checkouts, it disappears from the collection and I have to buy it again. That's $2.50 every time someone checks a book out. And digital readers have a bad habit of checking out multiple books at a time whether they read them or not because they don't have to return them.*

*So I feel like THAT is the actual problem. And if digital providers weren't trying to gouge the eyeballs out of public libraries, this conversation would be over.*

*Just some thoughts. Stay safe.*

*Reply*

*TERRIBLEMINDS*
*March 31, 2020 @ 11:54 AM*

*There is a huge issue with how pricing is set up, and different publishers have made that more (and in some cases less) difficult, in what I assume is an effort to promote print and not yield the field to digital. And there's a big conversation to have in that, and about that, and authors have attempted (sometimes successfully, sometimes not so much) to facilitate a better deal for libraries on behalf of the author/publisher.*

## Lessons Learned

Last week we released a first look at some trends in use of the National Emergency Library. Corroborating what we are hearing from professors, our patrons are seeking older books: more than 90% of the books borrowed were published more than 10 years ago and two-thirds were published during the 20th century. Most patrons who borrow books from the National Emergency Library are reading them for less than 30 minutes, suggesting they are using the book for research as a reference check, or perhaps they are simply browsing as in a library or bookstore.

In the few weeks since the National Emergency Library was established, much has been said in the Twittersphere about the very real needs of publishers and authors. Completely missing in the debate are the voices of the 1,576,021,818 students worldwide cut off from their books—books already purchased by their schools, public libraries and community colleges. For a few weeks, until this educational and public health crisis subsides, the National Emergency Library is trying to help fill this void.

Posted in Announcements, News | Tagged NEL | 19 Replies

---

**19 thoughts on "Teachers & the National Emergency Library: Stories from the Frontlines of Online Schooling"**

Pingback: 1,426,434 Million Books: The Internet Archive Launches the "National Emergency Library to Provide Digitized Books to Students and the Public" | LJ infoDOCKET


**Carol Simon Levin**
April 14, 2020 at 1:17 am

I was so glad to see this post as it validates with actual stories what I have been seeing on the ground. The National (International?) Emergency Library is filling a REAL need for REAL people in a time of unprecedented hardship across the globe. People using this library are not "stealing" books but accessing the books they would have had access to had libraries and classrooms not been suddenly shuttered. The vast majority of the books are older & out-of-print titles which are not available as e-books and if an author objects to access, the National Emergency Library will remove access to their titles.

I hope, however, that authors will be as generous as possible during this time to help teachers, students, scholars and general readers. They might even discover that giving readers access to their older titles might drive up demand for their newer ones as fans buy (or ask librarians to buy) them.

blog.archive.org/2020/04/13/teachers-the-national-emergency-library-stories-from-the-frontlines-of-online-schooling/    5/8

A-4751

Case 1:20-cv-04160-JGK-OTW Document 105-4 Filed 07/07/22 Page 7 of 9

So keep up your work getting books to students, scholars, bookgroup members who want to escape together with a common read, family members separated in space who might bond over a shared book, and everyone who takes comfort in literature during these challenging times.

The National Emergency Library and many other sites for family learning in a time of coronavirus are featured in my online guide:
https://tinyurl.com/familylearningideas

Carol Simon Levin, youth services librarian and author of "Remembering the Ladies: From Patriots in Petticoats to Presidential Candidates" (available in the National Emergency Library).



**Mohd Asghar Raza**
April 20, 2020 at 12:56 am

good book



**QUADRI SULAIMON**
April 14, 2020 at 11:18 am

There is a huge issue with how pricing is set up, and different publishers have made that more (and in some cases less) difficult, in what I assume is an effort to promote print and not yield the field to digital. And there's a big conversation to have in that, and about that, and authors have attempted (sometimes successfully, sometimes not so much) to facilitate a better deal for libraries on behalf of the author/publisher.
https://beatspice.co



Nemo
April 14, 2020 at 11:50 am

2.5 $ per checkout? That's insane. Even the immensely generous Danish system, which is basically helicopter money for publishers, pays "only" around 1. No wonder the publishers would prefer citizens to be enslaved to such a racket without alternatives.



**Topflix.film**
April 14, 2020 at 1:10 pm

In these times the tangible of a book is not necessary, that is, why buy one or go to a bookstore if you can have or read one just by clicking

Pingback: Senator Tillis Angry At The Internet Archive For Helping People Read During A Pandemic; Archive Explains Why That's Wrong – Objective News



**Latest**
April 15, 2020 at 7:13 pm

91% of the world's learners have been impacted by school closures.
1,576,021,818 learners are cut off from their classrooms
188 countries have shut down schools nationwide.

All these statistics in less than three months?? COVID-19 is worse than a global war!

Meanwhile, if you are looking for a Job, check out this site-Recruitmentplanet is a Recruitment Website That Focuses on The Latest Jobs In Nigeria, Shortlisted Candidates, Recruitment Past Questions or Job Interview Past Questions and Answers. Many of the articles on Our site includes:



Pinta A.
April 15, 2020 at 8:35 pm

[quote]
In the few weeks since the National Emergency Library was established, much has been said in the Twittersphere about the very real needs of publishers and authors.
[/quote]

A-4752

There appears to be an underlying assumption on the part of publishers and authors that, like many underlying assumptions, warrants further scrutiny.

The assumption seems to be this: by making a book available online, the IA is somehow automatically depriving an author of revenue.

Well, as any economist will tell you, at a price point of zero, the demand for a given good or service is very high. If, however, the person offering a good or service decides to charge even a nominal fee, the demand falls sharply. That's because there is a *sacrifice*, however small, in paying for something: the funds you use to pay for that "something" are funds that are no longer available to you to pay for something else.

I don't doubt that, all other things being equal, a book an author prices at $5 is more attractive than one priced at $20. However, even a book priced at a mere $5 is going to make consumers think more carefully about purchasing it vs. a book that is priced at $0 because, apart from a bit of time, the latter does not require a sacrifice on the part of the consumer.

I recall the fury of the music industry over the phenomenon of hard drive parties in the late 1990s. The assumption seemed to be that if the college kids were not illegally trading music, they would automatically have purchased the exact same amount of music, overlooking the fact that college students typically have little money.

It seems to me that, twenty years later, the details may have changed, but the underlying assumption is exactly the same: millions of books being available online automatically results in a corresponding amount of lost book sales. I am baffled as to where all this putative "lost income" would come from in Q2 of 2020 with tens of millions of people now faced with a sharply reduced income and millions more jobless.

It's as though publishers and authors are unwilling to concede that books are subject to the exact same immutable laws of economics to which every other good or service is subject. Am I overlooking something in all this?

---


**ایران نوا**

April 16, 2020 at 8:41 am

Even the immensely generous Danish system, which is basically helicopter money for publishers, pays "only" around 1. No wonder the publishers would prefer citizens to be enslaved to such a racket without alternatives.

---


**Kathryn**

April 16, 2020 at 9:14 pm

During this pandemic and quarantine world the best way to keep yourself busy is with good books. Even a single penny is important in such situations and school library is also an option.

---


**sukhraj**

April 17, 2020 at 3:09 pm

thx for sharing this infoemation

---


**hiva**

April 17, 2020 at 9:30 pm

Please post more of this type of post on the site, thank you I enjoyed it

---


**website**

April 19, 2020 at 12:13 am

The best thing in this pandemic lock down is to read good blogs like this one! btw 2.5 $ per checkout? That's insane. Even the immensely generous Danish system, which is basically helicopter money for publishers!

---


**Maya**

April 19, 2020 at 12:24 am

A-4753

And now they say schools are going to be closed for the rest of the school year. That is going to be even more difficult when parents go back to work but have to leave their children at home to fend for themselves.

---



**https://chartiran.com/1572/wall-street/**

April 21, 2020 at 7:20 pm

tanks alot

---



**ali st**

April 22, 2020 at 8:20 pm

The assumption seems to be this: by making a book available online, the IA is somehow automatically depriving an author of revenue. is this possible ?

---



**sararazavi**

April 23, 2020 at 10:08 pm

hal eladim vala siz batar siz

---



**Chirurgie esthétique Tunisie**

April 26, 2020 at 3:12 pm

wow nice job .
thank you for posting

---

Comments are closed.

A-4754

# EXHIBIT 15

Case 1:20-cv-04160-JGK-OTW Document 185-13 Filed 07/07/22 Page 2 of 8

# Internet Archive Blogs

*A blog from the team at archive.org*



## Impacts of the temporary National Emergency Library and controlled digital lending

Posted on June 11, 2020 by chrisfreeland



Our team of librarians launched the NEL on March 24 to help those who were disconnected from their physical libraries, and the feedback our team received has been overwhelming. Almost immediately after launch, we started receiving messages from teachers, librarians, and parents who were delighted to find needed books after many schools and libraries closed due to the COVID-19 pandemic. Additionally, we heard from researchers and educators who found texts for their coursework and research. Feedback continues to this day, indicating that the NEL has provided a necessary service for digital learners.

As we close the NEL, we are proud of our work and how it has helped. We gathered some of the most impactful statements to show how the NEL has been used and the impact it has made while our schools and libraries are closed. We are excited that the needs of our patrons will continue to be met through traditional controlled digital lending.

## What You Are Saying About the National Emergency Library

A-4756

7/6/22, 10:27 AM
Case 1:20-cv-04160-DCK-OTW Document 105-15 Filed 07/07/22 Page 2 of 8
Impacts of the Temporary National Emergency Library to Support Learning During Covid-19 | Internet Archive Blogs

We only use testimonials for which we have explicit permission. If you would like to share how you've used the NEL or the impact that it has had for you, please *submit a testimonial*. Condensed from testimonials sent to the Internet Archive:

---

*I was able to find basic life support manuals (BLS Provider Manual) needed by front line medical workers in the academic medical center I work at...the NEL allows me to still make necessary health informational materials available to my hospital patrons.*

– Benjamin S., New Jersey, Librarian

---

**Margaret D., Nassau, Bahamas, Educator:** Margaret is an educator who uses the NEL for reading books in a classroom setting. 'I use the NEL daily for read-alouds and reading recommendations for students during remote learning, in addition to personal reading as well. It is the best thing to happen for my classwork needs and resources. And [I] couldn't have functioned without it. The NEL is [a] godsend.'

**Benjamin S., Camden, New Jersey, Librarian:** Benjamin is a librarian who uses the NEL to help his community. 'I was able to find basic life support manuals (BLS Provider Manual) needed by front line medical workers in the academic medical center I work at. The physical collection was closed due to COVID-19 and the NEL allows me to still make necessary health informational materials available to my hospital patrons. It has also provided anatomy materials for the gross anatomy lab in the medical school. Additionally, the NEL has allowed me to augment the resources provided from paid databases to patrons in their transition to online learning.'

**Kathleen M., Santa Clara, California, Professor:** Kathleen is a Professor with the Department of Art and Art History at Santa Clara University. 'The Internet Archive has been a godsend for my students at Santa Clara University this quarter—especially with all libraries and interlibrary loan services closed. My students wrote sophisticated research papers on a variety of subjects during spring quarter. The Internet Archive was a major factor in their success. They and I are so grateful that you made the decision to make all books available during COVID-19. Thank you so much!'

---

*So grateful that the NEL is there to help our kids stay connected with their schoolwork.*

– Jessica T., California, Parent

---

**Jessica T., Albany, California, Parent:** Jessica is a parent who uses the National Emergency Library to help with homeschooling her children. 'Our local schools shutdown with little time for anyone to prepare. The 4th graders were reading an historic novel set during World War II but did not bring home physical copies. The wait list for a digital copy at our local public library was weeks long, but with a few clicks, I found it available to borrow on the National Emergency Library. I think of all those physical copies of the book gathering dust at the school and am so grateful that the NEL is there to help our kids stay connected with their schoolwork.'

**Blake G., Scotland, Texas, Former College Professor, Librarian, Author, and Journalist:** Blake 'read this week about the lawsuit against you and I'm writing to express my support for Open Library.

As a former librarian, I think what Open Library offers is exactly equivalent to what libraries do. You give people access to books to borrow for a limited period of time without charging anything for them. That's what libraries all over do and publishers don't sue them. Open Library provides an invaluable public service that should be allowed to continue.

I find Open Library even more valuable than most libraries because you offer people like me, who live in out of the way places, access to books that we could never bor-
row from libraries near where we live. I am currently working on a book about blacks who migrated from the South to Boston after World War II. Like most authors, I
can't afford to buy every book I need for my research, but I live in a small town in Texas, so most of the books I need are not available at any library nearby. I have been
able to read numerous books on Open Library for my project that I wouldn't be able to access any other way.'

---

*The NEL has been a relief and lifeline to diverse materials that are not accessible or out*
*of financial reach for me and my family.*

– Lauren M., Michigan, Librarian

---

**Lauren M., Portage, Michigan, Librarian:** Lauren is a librarian who uses the NEL for personal use. 'During the shutdown when things are difficult to retrieve
through my local library and funds are tight or insecure because of the falling economy the NEL has been a relief and lifeline to diverse materials that are not accessi-
ble or out of financial reach for me and my family. The materials available have allowed me to hold virtual book clubs with friends at a time when I desperately need
the distraction and social interaction. It has also been a comfort and resource as I navigate virtual schooling with my kids and teachers who ask for them to do research
papers. Additionally, I am now seeing the results of the need for accessibility at all levels of our institutional structures. Free library resources have proven time and
again their importance to a healthy and productive society. This holds just as much weight in the digital realm to my family and friends.'

**Carole L., Bedminster, New Jersey, Author and Former Children's Librarian:** Carole is a former children's librarian and author who uses the NEL for her
personal use. 'I am researching women's suffrage, in addition to alerting others to the NEL. I have been recommending the NEL to friends and others (via
tinyurl.com/familylearningideas) as a resource for teachers and students separated from school libraries and classroom sets. And I am writing my response to the *New
York Times* article. This article and the lawsuit neglect to mention that these books are still just two-week loans, no different from what traditional libraries normally
do. These scans give virtual access to the hundreds of millions of books locked behind library doors and in classrooms during the Covid-19 crisis. They are scans so
much inferior to regular e-books or paper books in terms of readability, but give students, scholars, and readers access during this unprecedented lockdown. These are
also not hot new books — most of the titles date prior to 2010 — and authors have the right to opt out their titles.

As a former children's librarian and as an author, I understand the concern of authors, illustrators, and publishers, but let's look at the whole picture. We are in a time
of (inter)national emergency when literally billions of students, scholars, and readers around the world lack access to libraries. Many families are losing loved ones or
jobs and are worried about rent and food money. Most of the titles in this collection are out-of-print backlists so the author and publisher wouldn't be getting much in
the way of royalties anyway. Isn't this a perfect opportunity to give everyone a chance to borrow the books they need and make everyone's lives just a little bit easier?

It could even expose kids, teens, and adults to authors they might get excited about — making them want to purchase (or ask their library to purchase) the next title an
author releases! Including my *Remembering the Ladies: From Patriots in Petticoats to Presidential Candidates* available to borrow from the National Emergency
Library, to download and print at tellingherstories.com, or to buy in print at Amazon.com and other online retailers. I also have created a compilation of fun family
sites for at-home learning (via https://tinyurl.com/familylearningideas).'

---

*As an academic librarian working in an area of the country with a high rate of the coro-*
*navirus, the NEL has allowed me to continue to support the research needs of the*
*University population while also keeping my colleagues and users safe.*

– Katrina R., Detroit, Librarian

---

**Katrina R., Detroit, Michigan, Librarian:** Katrina is a librarian using the NEL for research. 'I have used the NEL to help students and researchers access materials that they would otherwise be unable to access or request because of the coronavirus pandemic. Without this access, I believe student success will be negatively impacted as they try to complete their coursework. As an academic librarian working in an area of the country with a high rate of the coronavirus, the NEL has allowed me to continue to support the research needs of the University population while also keeping my colleagues and users safe.'

**Christopher D., Baltimore, Maryland, Educator:** Christopher is an educator who uses the NEL in a classroom setting for teaching, research, and the completion of his dissertation. 'The NEL has been indispensable. With every library closed and many lending systems either unsuited or crashing due to the tidal influx of users, the NEL's smart, easy interface has assisted and accelerated my research enormously. I also use the NEL in teaching to pull articles from otherwise unavailable or inaccessible texts.'

**Kelly P., Detroit, Michigan, Researcher:** Kelly uses the NEL for research purposes for her PhD. 'The NEL has provided access to scholarly monographs that are unavailable during the global pandemic due to library closures. It [NEL] has provided tangible resources allowing me to continue my research work while disconnected from physical networks (office space, library access, institutional support spaces). It has shown the need for free digital resources at all times, not just during the shutdowns due to the global pandemic.'

---

*It has been a relief to know that the NEL is there for me and for the researchers I work with.*

– Annie S., Massachusetts, Librarian

---

**Annie S., Florence, Massachusetts, Librarian:** Annie is a librarian and has been able to use the NEL to find materials for a faculty member she works with. 'Without access to library collections or exhaustive ILL services, I turned to the NEL, which was able to immediately provide the three volumes the professor needed. It has been a relief to know that the NEL is there for me and for the researchers I work with. I was not aware of the Internet Archive lending program before, but now I am grateful to have it in my back pocket.'

**Mike M., Pine Grove, Pennsylvania, Researcher:** Mike is a researcher who has been using the National Emergency Library for personal research purposes in fields of Geology and Art History. He called the NEL, "awesome."

**Jennifer J., Atlantic City, New Jersey, Librarian:** Jennifer is a librarian who is using the National Emergency Library in a classroom setting, '[The NEL], provides my students with 9th grade student novels. I discovered the NEL from a librarian for the Atlantic City Public Library.'

**Augusto W., Lima, Peru, Researcher:** Augusto uses the National Emergency Library for personal research purposes. He marvels at 'being able to flip through books I always wanted to take a look at or read, including many of which have been out of print for decades. This is the greatest gift of all for someone in need (or who dreamed) of a near-perfect library.'

---

*We wouldn't be able to have literature discussions without this…Thank you, thank you, thank you.*

– Mary M., Washington, Educator

---

A-4759

**Mary M., Bellevue, Washington, Educator:** Mary uses the National Emergency Library in a classroom setting. 'We are continuing to discuss books together even though the children are all at home. [And] we wouldn't be able to have literature discussions without this because every other method is either maxed out (our library system), costs money, or takes families' data. Thank you, thank you, thank you. I can try out some books we don't own at school and when we are back, I'll buy them for the class.'

**Imre B., Budapest, Hungary, Researcher:** Imre uses the National Emergency library for research purposes. 'I am a PhD student at the University of Hagen, Germany based in Hungary. I am interested in U.S. democracy and political philosophy. I am not sure if these books were available to borrow before but now I can read books on English and U.S. history as well as political history/ideas. Books I really wanted. The NEL is a fantastic opportunity to read new information.'

---

*I love reading and would be lost during this difficult time if not for books. Thank you SO MUCH for this service.*

– Julie N., Wisconsin, Reader

---

**Julie N., Neenah, Wisconsin, Reader:** Julie is an avid reader and uses the National Emergency Library for personal use. 'I am reading books by British women authors, bucket list authors, and titles not available in my local library system. The NEL is tremendously important. I love reading and would be lost during this difficult time if not for books. Thank you SO MUCH for this service.'

**Nico L., Paris, France, Researcher:** Nico uses the National Emergency Library for research purposes. 'Access to rare but very useful scholarly 20th century books in English is already hard to access from France, but with all libraries closed this is my only way to access them. I scratched my head a few times dreading when and how I would be able to finally find these books... then I thought to try the NEL AND VOILA. Thank you so much for your librarianship. Reasonable access for ALL. This is just a fantastic resource, surprisingly so.'

Posted in Announcements, News | Tagged NEL | 11 Replies

---

**About chrisfreeland**

Chris Freeland is the Director of Open Libraries at Internet Archive.

View all posts by chrisfreeland →

---

**11 thoughts on "Impacts of the temporary National Emergency Library and controlled digital lending"**

 **Adam**

June 11, 2020 at 11:24 pm

If I combine my thoughts about 4 publishers suing the IA (Hachette Book Group, Inc., Harpercollins Publishers LLC, John Wiley & Sons, Inc., and Penguin Random House LLC), and the fact that medical device manufacturers trying to take down repair manuals (Steris Corporation, see here: https://www.eff.org/deeplinks/2020/06/medical-device-repair-again-threatened-copyright-claims ), I say what they have in common is that copyright is helping the virus to kill people in this pandemic.

This is on top of the DMCA abuse on youtube by extorting against "Cxlvxn".

Least we forget about false DMCAs to shut people up, remove post that they disagree with, automated takedowns, and sometimes even prevent new creative work (such as the blurred lines case).

This. Is. Unacceptable.



**Adam**

June 12, 2020 at 9:37 pm

What happened is that Cxlvxn got swatted for filing a counter notice against Christopher L brady's fradulent copyright claims. How this works is simple: A counter notice is sent back containing sensitive information back to the claimant, this is how Brady knew his address.

There better be some vast improvements in the senate on reviewing the DMCA.

---



**Scot**

June 13, 2020 at 4:31 pm

The DMCA is a massive overreach of what copyright owners are reasonably owed. Intellectual property ownership is not a right, it is an economic incentive extended to creators by the public to encourage their work. If that incentive is now harmful to the public interest then it should be seriously reconsidered.

---



**Adam**

June 15, 2020 at 9:17 pm

Agreed. Copyright had strayed extremely far from its original purpose in situations like this.

A simple fix for swatting would be not to share personal information directly between the two. Have a trusted middleman to verify the notices and counternotices.

For takedown abuses, instead of permanently deleting content is to block them and have them preserved. This can be used to deter censorship and other bad notices. I've talked to my senator about making takedown notices to merely "lock" the material up until they are found to be legal or have become legal in the future after entering public domain. I also suggest a restitution for damages of false notices and monetizing content (not just youtube videos, any files, including split-revenue) as an option when they find infringing material online, since the lobbyists keep complaining about the value gap.

---



**Erik in Istanbul**

June 17, 2020 at 9:16 am

It would be interesting to know how much the big publishers received in pandemic bailout money from the goverment.

---



**Brit B**

June 17, 2020 at 1:37 pm

Just as we're hitting our second wave, this is what happens? How are people going to get by now?

---



**Someone**

June 17, 2020 at 10:44 pm

I'm sorry. It was the fault of the Hachette Book Group, Inc., Harpercollins Publishers LLC, John Wiley & Sons, Inc., and Penguin Random House LLC.

---



**caradoc46@gmail.com**

June 19, 2020 at 11:34 am

I really like the 1 hour loan. It means faster access to the book and is perfect for determining whether you like the book or checking resources.

---



ایران نوا

June 19, 2020 at 4:31 pm

It would be interesting to know how much the big publishers received in pandemic bailout money from the goverment.

---



پارسی موزیک

June 20, 2020 at 6:05 pm

A-4761

Case 1:20-cv-04160-JGK-OTW Document 105-15 Filed 07/07/22 Page 8 of 8

It is very interesting to know how much money big publishers receive from people in exchange for financial aid.



**Barbara Tyner**
June 22, 2020 at 6:50 pm

The Internet Archive NEL was so helpful to me this semester. As a Canadian doctoral student in Mexico City, I had to return to Canada very suddenly because of the COVID 19 pandemic, and found myself isolated and distanced from my research, my sources, my colleagues, classmates, mentors and friends. I was able to limp forward in my work because of the resources I found on the NEL. Because my institute is small and in Mexico, I don't have access to big online libraries, or to funding that would allow me to buy the books or the journal access I need. I have no interlibrary borrowing privileges. Libraries in Mexico have very limited resources and extra-strict access policies at the best of times. The NEL was heaven. I never imagined this heaven would end. Thank you for allowing me to get through this to this point. I just wish I had read faster.

Comments are closed.

A-4762

# EXHIBIT 16

# Internet Archive Blogs

*A blog from the team at archive.org*





# More Impacts of the National Emergency Library

Posted on June 22, 2020 by chrisfreeland

Following our previous post, we have continued to receive messages about the impact of the National Emergency Library before it closed last week. If you'd like to share your story of how you used the NEL, please leave a testimonial.

*The following statements are condensed from testimonials sent to the Internet Archive:*



*Betty A., Student*

**Betty A., Inkster, Michigan, Student:** Betty writes that she "used the Internet Archive and the NEL for graduate course research, personal interests, and for assisting patrons. I am a graduate student as well as an Interlibrary Loan employee...and have found the NEL a necessary resource that has allowed my own personal research to progress during this time of crisis and as an option for searching materials that normally I'd have access to, if local and university libraries were open. The physical materials being unavailable have limited Interlibrary Loan success to strictly digital access. This has hindered many researchers and caused many loan requests that ordinarily would be fulfilled, to be cancelled.

The NEL has opened educational resources to those who had nowhere else to turn, had no way to gain access to the same materials that would otherwise be available if they had a library card, and allowed parents to assist their now home-schooled children in locating resources to complete their assignments by their required due dates. I personally cannot thank IA enough for the many ways the NEL has helped me and my constituents and community."

*"The NEL has opened educational resources to those who had nowhere else to turn"*

Betty A., Michigan, Student

**Tiger J., Arlington, Texas, Researcher:** Tiger used the NEL "to locate otherwise inaccessible information related to Austrian refugees at the outset of WWII." With the NEL, Tiger was able to find personal accounts and information about refugee activities after settling in the United States. "None of this turned up elsewhere on the Internet. The National Emergency Library has helped me to do deep, intensive research I'd never be able to do otherwise. Most of the materials are impossible to access because they're out of print and not in the collections of any local libraries or impossible to borrow digitally from libraries that have a copy because they require memberships with certain institutions or have other restrictions that shut out large numbers of researchers."

**Ennis B., Metuchen, New Jersey, Student:** Through the NEL, Ennis "learned so much about the LGBT history that has been deliberately kept from young people. Even separated from my physical community, I don't feel alone, because I can read the zines, websites…written by LGBT people who have blazed a brave path before me."



**Edwin S., Oslo, Norway, Researcher:** "My research institute has a very limited library and with the library system shutdown around the world, the NEL was necessary to complete a research proposal for the Norwegian Research Council. We will be studying the history of pandemics and designing future public health heritage to increase awareness of the dangers of zoonotic pandemics while also reducing stigmatism of vulnerable populations. I would be completely unable to do my job and keep a steady income without the assistance of NEL. Being able to successfully apply for external funding is necessary to keep my institute afloat and me employed. I look forward to the day when online libraries will be the norm. This is an invaluable service that you provide to humanity."

*Edwin S., Researcher*

*"[The NEL] made it easier to do copyright research for ebooks my company is publishing."*

Robert N., Texas, Author

**Robert N., Katy, Texas, Author:** Robert runs a small indie publishing ebook company and was enthusiastic about the NEL because "It made it easier to do copyright research for ebooks my company is publishing." Robert is a previous user of Open Library, using it to research out-of-print books. "During the emergency unrestricted opening because of COVID, I used it to check on copyright, to find a Table of Contents of various poetry collections and short story collections." The NEL helped Robert save time, and because of that time savings, "it will help me to publish additional ebooks."

**Manoj P., Gautam Buddh Nagar, India, Reader:** Manoj used the NEL to research the topics of psychology & Ikeda Sensei's books on Buddhism. "While I could satisfy a very insignificant amount of my appetite, yet at one time I felt so proud to be owning a library, my library of such books." The NEL has brought Manoj "great joy and happiness, just at the sight of books so rare and precious."

*"NEL was a real lifeline!"*

A-4765

**Dimiter, Bulgaria, Reader:** Dimiter used the NEL extensively and found the availability of the NEL collections "enormously positive." "The lock down here was very serious, the libraries and bookshops were closed down for more than 2 months. NEL was a real lifeline!"

**Mayra M., Dallas, Texas, Reader:** Mayra used the NEL for personal reading to stave off boredom during the pandemic. "Thank you so much for what you did, with money being tight it was amazing to have this resource…I'm sad to see this ending."



**Mark D., Lafayette, Louisiana, Educator:** Mark writes, "Once the University of Louisiana at Lafayette shut down in March, I still had half a semester of a research-focused graduate class to teach. I was able to refer my students to the National Emergency Library to find books that would help them with their research papers. I also used the NEL for background research to help me prepare for class meetings.The National Emergency Library allowed my students access to authoritative books for their research papers at a time when other resources (our university's library, including its interlibrary loan service) were not available."

*Mark D., Educator*

Posted in News | Tagged NEL | 12 Replies

---

**About chrisfreeland**

Chris Freeland is the Director of Open Libraries at Internet Archive.

View all posts by chrisfreeland →

---

**12 thoughts on "More Impacts of the National Emergency Library"**

 **Jack El-Hai**
June 22, 2020 at 8:05 pm

Nice. If I stole a bunch of cars off a dealer's lot and loaned them out free to all comers I could pat myself on the back for similar benefits and generosity. Internet Archive did not own the ebooks it loaned, and it had no legal license to do anything with the intellectual property of copyright holders.

Before the National Emergency Library pirate site, I was happy to financially support the mission of the Internet Archive. No more, and I urge other financial supporters to reconsider their donations.

 **Cari machet**
June 24, 2020 at 3:17 am

Copywrong

Ideas are in the air

A-4766

Case 1:20-cv-04160-JGK-OTW Document 105-16 Filed 07/07/22 Page 5 of 7

We all share the air

Someone like you would commodify air and monetize it too

All those writers and thinkers owe billions of dollars to all that came before them if you want to talk money and compensation



**Jack El-Hai**
June 29, 2020 at 5:57 pm

Have you ever studied copyright? If you had, you would know that ideas cannot be copyrighted. Nobody expects to copyright mere ideas.

Only the *expression* of ideas can be copyrighted. And books, including ebooks, are unique expressions of ideas. They belong to the creator, a right in the U.S. enshrined in the Constitution. They aren't comparable to the air.



**Ghod**
June 28, 2020 at 3:21 am

"…If I stole a bunch of cars off a dealer's lot…"
So…you're accusing the archive of stealing books? The archive is quite transparent about how they obtain books, and also how they lend them. If you haven't looked at that, then you really ought to, before accusing anyone of theft. Also, you claim to have financially supported the archive before the NEL, despite the fact that the only difference being that with the NEL, more than one person could check out a book at a time…and normally (like it is right now), only one at a time. This is not rational thinking on your part. If you really believe that the archive has been stealing books (what, you think they go into bookstores and libraries to shoplift?), then why were you happy to donate money?

I seriously doubt that you ever donated anything to the archive.



**Jack El-Hai**
July 3, 2020 at 2:28 pm

I assure you that I have been a past donor to the Internet Archive, and I give the IA permission to confirm that if they'd like.

Do you not see the difference between loaning one electronic copy at a time (as genuine libraries do) and making available unlimited copies for an extended period (as pirating organizations do)?

As for the idea expressed by another commenter that intellectual property is equivalent to knowledge, I ask that commenter to look again at the creative element essential to works of literature, narrative nonfiction, and many other forms of book-writing. What makes them distinctive is expression, not knowledge.



**Elli**
July 3, 2020 at 11:18 pm

Regarding the idea that "What makes [intellectual property and knowledge] distinctive is expression, not knowledge": Knowledge encompasses creative expression. Knowledge — all knowledge — is a human right, including the cultural knowledge of creative expression. A world purged of creative expression, leaving behind only the plainest forms of knowledge, is a bleak world indeed. "Intellectual property" creates such a world for those without the wealth and privilege it demands, reinforcing economic and class inequalities by disproportionately reducing access to and interaction with the world's cultural, creative, and scientific knowledge.

The notion that "intellectual property is equivalent to knowledge" appears to come from a misreading of my earlier comment. "Intellectual property" is a legal system that interacts with knowledge — knowledge in a broad sense, including forms of knowledge such as creative expression. Consider patents, for instance, which are explicitly designed to provide public access to knowledge, while simultaneously pillaging the commons by providing the creator a time-limited grant of the exclusive use of that knowledge.

Authors and other artists and knowledge creators need to be able to survive, but the broken system of "intellectual property" rewards a few while leaving many desperate or impoverished. For that meager reward to come at the cost of the world's right to culture, science, and other knowledge is indefensible. It is imperative that "intellectual property" be eliminated, and an effective framework be constructed to support artists and knowledge creators without fettering the access to or interaction with knowledge.

A-4767

Knowledge, creative or otherwise, is never morally "property", no matter how much political institutions and lobbyists may try to convince one it is.

"Intellectual property" is not property, but stolen goods, taken from the world, and hoarded by the wealthy and powerful.

---

 **Elli**
July 3, 2020 at 6:22 am

Knowledge is a human right. "Intellectual property" is theft from the commons: a violation of that fundamental right to knowledge. It is merely a poor work-around for the failure of society to otherwise support knowledge creators, clumsily compensating them in a paltry benefit that is grossly outweighed by the loss of what is taken from the commons.

The National Emergency Library deserves only the greatest accolade and gratitude.

---

 پارسی موزیک
June 23, 2020 at 9:41 am

According to researcher Edwin S., Oslo, Norway:
Online book readers can be very effective and useful due to the current situation, and I strongly agree that the culture of online book readers should be implemented in different countries so that people who are interested in reading books can use these facilities.

---

 **Kimberly**
June 25, 2020 at 10:15 am

During the shutdown from the Pandemic I used the NEL to check out an elementary school reading text book for my son who is just learning to read. It was an older copy from what they have in school but similar enough that it was familiar to him and gave him the mind connection to real school and encouraged him to keep up with his efforts. I feel this has improved his reading immensely. I can't imagine how we could have borrowed a copy (especially in the beginning when the school didn't even have a sound plan and they aren't digital like some yet) without the NEL. Normal lending is limited and has wait lists which would have not only been inconvenient in this case but would have made it hard to keep up daily work. Imagine having to wait 18 days before someone else returns so you can go to your next lesson. It was a teacher edition as well so that was also a big help for me. I also used NEL to read some books on teaching reading and we found some basic beginner books to strive for reading in the near future. Now that things are reopened here more it is easier and once our schools figured some things out there were more options, but I really appreciated the NEL being an option for us when we needed it. Thank you.
I don't feel in anyway that anyone lost profits from a few months of people having books available to anyone who needed them. Most people who go for free things in my experience do so because they can't or won't buy it anyway. True seekers of knowledge or book lovers are the kind who do go buy lots of books and when you see a company support you in your time of need or difficulty that is the companies you want to give your business to. I've maybe borrowed or read about 5 books during the lockdown from NEL. I bought about 10 kindle books (not free ones) during the same time. A good writer or publisher will make sales if they put out quality. Non-fiction and educational materials and information should be free and available to all in some format. This is how we help build people up so they can achieve a better life. The limited borrowing is a good thing during normal times, but during a shutdown and with so many people out of school or work and the ability to access libraries, I think NEL was a very needed and essential thing.
I hope any lawsuits are dropped and publishers and authors, etc know that their work is appreciated and those of us who can buy books will show them with our wallets so they realize the NEL and availability of knowledge to everyone isn't going to make them go bankrupt. If you can buy a book- do it. If you can't then be glad we are fortunate enough to have resources available from others generosity- especially during a really hard time for most everyone all over the world.

---

 ایران نوا
June 26, 2020 at 7:49 am

I strongly agree that the culture of online book readers should be implemented in different countries so that people who are interested in reading books can use these facilities

---

 **David Gleason**
June 28, 2020 at 10:46 am

Many of the books available before the publisher objection arrived were no longer in print and seldom available at public libraries. The general public, and most students don't have access to those books even without a pandemic.

---

Today, public libraries are reducing the number of books they have and those that are seldom called for are disposed of. This makes it hard for those with a study or general interest in a narrow or limited subject to find any book on their subject.

Out of print books should be considered to be in the public domain. Many special interest books that are unavailable unless one has university library privileges should also be placed in the electronic public domain.

We, in fact, need new laws that take into account the huge and ongoing explosion of publications in the last few decades. Many books about technology are out-dated. Many on other subjects are superseded. Textbooks have new editions to conform with changing state requirements. All these facts support very short lifespans for anything but novels that are no longer in print.

Copyrights should, in a well defined area of publishing, have similar lifespans to patents. That gives great access via the Internet to publications that do not merit new editions but which are of interest to students, historians and those examining the past.

We are in an era of extreme and rapid change. I believe that the book publishers who filed against the Internet Archive may have unleashed a Perfect Storm which will have an impact on them far beyond what they are trying to protect during a time of need.

 ایران توا

July 3, 2020 at 12:02 pm

Online book readers can be very effective and useful due to the current situation, and I strongly agree that the culture of online book readers should be implemented in different countries so that people who are interested in reading books can use these facilities.

Comments are closed.

A-4769

# EXHIBIT 17

Case 1:20-cv-04160-JGK-OTW   Document 95-13   Filed 07/07/22   Page 2 of 4

# Internet Archive Blogs

*A blog from the team at archive.org*



## Even More Impacts of the National Emergency Library and Controlled Digital Lending

Posted on August 10, 2020 by chrisfreeland



This is the third part in a series of testimonials from patrons who used the National Emergency Library and continue to use controlled digital lending to borrow books from our library (you can read the previous posts here and here). If you'd like to share your story of how you used the NEL while it was open, or how you are still using our lending library today, please leave a testimonial.

*The following statements are condensed from testimonials sent to the Internet Archive:*

**Andrea N., Freehold, New Jersey, Reader:** "I used the National Emergency Library for personal reading through the pandemic. I am a high-risk person for [COVID-19], so I have been very limited for the last three months.  I am also disabled and cannot easily visit the library even when it is open to check out books. I've relied on the Internet Archive for many years to find things to read to help me occupy my time when I can't do much of anything else but read.  It was nice to have a wide selection of books to read during this time."

**Mirrah, Sunderland, Massachusetts, Student:** Mirrah writes that the National Emergency Library and controlled digital lending "allowed me to move ahead with my studies instead of getting stumped and trying to resort to irrelevant

A-4771



materials. Without Internet Archive, even my university's library (that I'm paying tuition to access) is severely stunted in its online form." Mirrah also encourages us to consider accessibility, writing, "I think people really underestimate the importance of accessibility in educational materials. It's very difficult to understand the impact something you don't have access to *could* have. Much easier to take for granted the things we already have access to, thinking it is so for everyone."

**Tom C., Omaha, Nebraska, Researcher:** For Tom, the National Emergency Library was a source of entertainment. "It kept the isolation of a retiree by himself bearable, even fun sometimes. Keep on making obscure books available!"

**Cindy Y., Toccoa, Georgia, Reader:** Cindy used the National Emergency Library "as a replacement for Stephens County Public Library. It still has limited hours it is open." As someone who reads for enjoyment, Cindy writes that the NEL "was a refreshing way to spend endless days at home. The entertainment was fabulous and an essential part of my life. From a young girl I enjoyed reading books like Trixie Belden mysteries to Pippi Longstocking adventures. I believe reading is essential to life. Remember the pack horse librarians and their service? Digital is ours. NEL is the pack horse librarian." *Editorial note: Learn more about the* [Pack Horse Library Project](#)

*Mirrah, Student*

> *Many of my students didn't have access to some of their books when they were sent home for closure during COVID-19. I was able to find an edition of the main book needed and point students toward checking out the book. This was essential for my students who couldn't afford to repurchase the book in a digital format.*

Lauren K., Seattle, Washington, Educator

**Tori K., Oxnard, California, Reader:** "I read ancient history and religion books, which are not found in public libraries." Tori is another reader that used the NEL for personal safety during quarantine and beyond. "The ability to read in the safety of my home is priceless because I have an autoimmune disease."



**Suvadip S., Durgapur, India, Researcher:** Suvadip used the National Emergency Library to access materials that weren't available to him in India. "I live in a small city in India. I couldn't have afforded these books. Neither do we have such library facilities. It was like a boon for me in such difficult times. Please initiate NEL again during this difficult period."

**Karen T., Sacramento, California, Reader:** Karen writes of the National Emergency Library, "It was a *life saver*. My local library, of which I am a regular patron, was closed and the selection of ebooks available online was limited. Being able to access the National Emergency Library made my stay at home more bearable."

*Suvadip S., Researcher*

Posted in Books Archive, Lending Books, News | Tagged NEL | 5 Replies

**About chrisfreeland**

Chris Freeland is the Director of Open Libraries at Internet Archive.

View all posts by chrisfreeland →

A-4772

Case 1:20-cv-04160-JGK-OTW Document 95-18 Filed 07/07/22 Page 4 of 4

**5 thoughts on "Even More Impacts of the National Emergency Library and Controlled Digital Lending"**



**Scott Sidley**

August 12, 2020 at 9:29 pm

I am a teacher who was hoping to use books in the Open Library this fall for kids who could not afford to buy the books for my public school classes. From what I understand, though, the numbers are now limited so this won't work. Please let me know if this changes.



**chrisfreeland** [Post author]

August 13, 2020 at 12:47 am

Hi Scott – Thanks for reaching out, and for your question, which we are fielding regularly as teachers look to fall semester. Our books are still available, but generally not at the level needed for simultaneous classroom reading. It's still worth suggesting to your students to check availability, and if you have specific titles for which you need multiple copies, we do have an online request form: https://forms.gle/XGEhLPk9VG1TPTUZ9



**Brandon**

August 16, 2020 at 2:25 pm

This is a wonderful possibility I was not well aware of this possibility
Thanks for this article ..



**meh**

August 16, 2020 at 9:38 pm

Can you offer any insight into why you removed the visibility of the number of people in queue before the lending opportunity comes to you?



**Linda Stewer**

August 17, 2020 at 2:13 am

Wow! I never knew there was such a thing as National Emergency Library! Many students in our community can definitely take advantage of it! thank you for the informative article!

Comments are closed.

A-4773

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

HACHETTE BOOK GROUP, INC.,
HARPERCOLLINS PUBLISHERS LLC,
JOHN WILEY & SONS, INC., and
PENGUIN RANDOM HOUSE LLC

                           Plaintiffs,

     v.

INTERNET ARCHIVE and DOES 1 through
5, inclusive

                          Defendants.

Case No. 1:20-CV-04160-JGK

ORAL ARGUMENT REQUESTED

*REDACTED* **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT
INTERNET ARCHIVE'S MOTION FOR SUMMARY JUDGMENT**

DURIE TANGRI LLP
Joseph C. Gratz (*Pro Hac Vice*)
Jessica E. Lanier (*Pro Hac Vice*)
Aditya V. Kamdar (*Pro Hac Vice*)
Annie A. Lee (*Pro Hac Vice*)
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666
jgratz@durietangri.com
jlanier@durietangri.com
akamdar@durietangri.com
alee@durietangri.com

ELECTRONIC FRONTIER FOUNDATION
Corynne McSherry (*Pro Hac Vice*)
Kit Walsh (*Pro Hac Vice*)
Cara Gagliano (*Pro Hac Vice*)
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
corynne@eff.org
kit@eff.org
cara@eff.org

Attorneys for Defendant
INTERNET ARCHIVE

# TABLE OF CONTENTS

Page

I. PRELIMINARY STATEMENT ............................................................................1

II. STATEMENT OF FACTS ...............................................................................3

   A. The Internet Archive is a nonprofit library. ..............................................3

      1. Providing the public with access to knowledge has been a guiding mission of the Internet Archive for over a quarter century..........................3

      2. The Internet Archive performs the traditional function of a library by lending its books to its patrons...............................................4

         a. The Digitization and Digital Lending Process................................5

         b. The Internet Archive's Lending Policies .........................................6

         c. Benefits to the Public .......................................................7

   B. At the beginning of the COVID-19 pandemic, when schools and libraries were closed, the Internet Archive launched the temporary National Emergency Library. ..............................................................8

   C. The Publishers and the Works in Suit.....................................................11

   D. The undisputed facts reflect a lack of market harm. ...............................12

III. LEGAL STANDARD....................................................................................13

IV. ARGUMENT ...............................................................................................14

   A. The Internet Archive's implementation of Controlled Digital Lending is fair use.............................................................................15

      1. The first factor strongly favors fair use.....................................16

         a. CDL is wholly noncommercial.....................................16

         b. CDL is a transformative use. .......................................16

         c. CDL helps fulfill the goals of copyright's exhaustion doctrine. ........19

      2. The second factor is neutral. .....................................................21

         a. Factual versus Fictional Works......................................22

         b. Published versus Unpublished Works ...........................22

      3. The third factor is neutral.........................................................23

i

4. The fourth factor favors fair use. ...............................................24

    a. CDL has had no negative market effect. .......................................25

    b. Widespread CDL would not cause market harm. ........................26

        i. Dr. Reimers' Analysis ......................................................27

        ii. Dr. Jørgensen's Analysis ..................................................28

    c. Against this affirmative evidence, Plaintiffs provide only conjecture and innuendo. ...................................................28

    d. There is no licensing market for CDL. ...........................................29

    e. Even if CDL displaced some book sales or licenses, the fourth factor would still weigh in favor of fair use because any market harm to particular books would not affect incentives to publish. ...................................................32

B. The temporary National Emergency Library was also a lawful fair use. ..............34

C. If the Court finds the Internet Archive's digital lending was not fair use, it should remit statutory damages pursuant to Section 504(c)(2). ............................35

V. CONCLUSION ...................................................................................37

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Am. Geophysical Union v. Texaco Inc.*,
    60 F.3d 913 (2d Cir. 1994), *as amended* (July 17, 1995) .................................16, 32

*Andy Warhol Found. for Visual Arts, Inc. v. Goldsmith*,
    11 F.4th 26 (2d Cir. 2021), *cert. granted*, 142 S. Ct. 1412 (2022) .........................24

*Authors Guild, Inc. v. HathiTrust*,
    755 F.3d 87 (2d Cir. 2014).................................................................20, 22, 23, 24

*Authors Guild v. Google, Inc.*,
    804 F.3d 202 (2d Cir. 2015)......................................................................... *passim*

*Blanch v. Koons*,
    467 F.3d 244 (2d Cir. 2006)...........................................................................15

*Cambridge Univ. Press v. Patton*,
    769 F.3d 1232 (11th Cir. 2014) ......................................................................33

*Campbell v. Acuff-Rose Music, Inc.*,
    510 U.S. 569 (1994)..............................................................................23, 26, 32

*Capitol Recs., LLC v. ReDigi Inc.*,
    910 F.3d 649 (2d Cir. 2018)........................................................................17, 20

*Cariou v. Prince*,
    714 F.3d 694 (2d Cir. 2013).........................................................................15, 20

*Doan v. American Book Co.*,
    105 F. 772 (7th Cir. 1901) ............................................................................21

*Fox News Network, LLC v. TVEyes, Inc.*,
    883 F.3d 169 (2d Cir. 2018)...........................................................................17

*Google LLC v. Oracle Am., Inc.*,
    141 S. Ct. 1183 (2021)................................................................................ *passim*

*Harper & Row Publishers, Inc. v. Nation Enters.*,
    471 U.S. 539 (1985).................................................................................22, 23

*Kirtsaeng v. John Wiley & Sons, Inc.*,
    568 U.S. 519 (2013).................................................................................19, 20

iii

*Lennon v. Premise Media Corp.*,
   556 F. Supp. 2d 310 (S.D.N.Y. 2008).............................................................22, 23

*MCA, Inc. v. Wilson*,
   677 F.2d 180 (2d Cir. 1981)...........................................................................24

*Sony Corp. of Am. v. Universal City Studios, Inc.*,
   464 U.S. 417 (1984)............................................................................ *passim*

*Wright v. Warner Books, Inc.*,
   953 F.2d 731 (2d Cir. 1991)..........................................................................24

**Statutes**

17 U.S.C. § 107.................................................................................... *passim*

17 U.S.C. § 109...............................................................................19, 20

17 U.S.C. § 504(c)(2)......................................................................14, 35, 36

**Rules**

Fed. R. Civ. P. 56(a) ............................................................................13

**Other Authorities**

H.R. 4850, 93rd Cong. (1973) ...........................................................30

H.R. Rep. No. 94-1476 (1976)........................................................21, 36

S. 658, 99th Cong. (1985)...................................................................30

iv

I. **PRELIMINARY STATEMENT**

Informed citizens need comprehensive libraries that meet people where they are. Today, that means online spaces that welcome everyone to use their resources, invite them to create new and truthful works, and respect the interests of both authors and readers.

The Internet Archive is such a library.

Through Controlled Digital Lending ("CDL"), the Internet Archive and other nonprofit libraries make and lend digital scans of print books in their collections at no cost to their patrons. Each book loaned via CDL has already been bought and paid for, so authors and publishers have already been fully compensated. Each book is then digitized at the library's own expense and, replicating longstanding brick-and-mortar practice, only one patron at a time can borrow it.

Libraries have been practicing CDL in one form or another for more than a decade, and hundreds of libraries use it to lend books digitally today—including large public libraries such as the Boston Public Library and academic libraries such as Georgetown. The library community has made a substantial investment in CDL, because CDL helps ensure that the public can make full use of the books in their collections. For its part, the Internet Archive has been digitizing books lawfully acquired through purchase or donation and, since 2011, lending those digitized books on this owned-to-loaned basis, backstopped by strong technical protections to enforce lending limits.

CDL is fundamentally the same as traditional library lending; it's just a better way of getting the book to the one patron who borrowed it. Because every book in the Internet Archive's print collection has already been bought and paid for, everyone agrees the Internet Archive could loan those books by handing or mailing them to a patron. The only difference is that the Internet Archive is loaning the books over the Internet. Either way, the books on loan are not available to other patrons until they are returned.

1

CDL does not harm publishers or authors. Libraries have been around for thousands of years; they are older than copyright law itself. The publishing industry in the United States continues to thrive alongside widespread library lending. Never in the history of the United States have libraries needed to obtain special permission or to pay license fees to lend the books they already own. Thus, what the publishers who have coordinated to bring this lawsuit hope to obtain from this Court is not protection from harm to their existing rights. Instead, they seek a new right foreign to American copyright law: the right to control how libraries lend books. Such an outcome would disrupt libraries' longstanding right to lend the books they own and their ability to preserve and share much of our cultural heritage in digital form. Indeed, the publishers have not offered any evidence that Internet Archive's digital lending, or anyone else's, has cost them one penny in revenues. In fact, their overall profits have grown substantially, and sales of the works at issue in this case appear to have *increased*. Plaintiffs' own witnesses admitted that their theory of harm is "speculative" and simply an "inference one could make." And tellingly, Plaintiffs specifically instructed their expert not to try to measure any economic harm.

Against the (nonexistent) harm to the Plaintiffs' private interests, we weigh CDL's tremendous, documented public benefits. CDL makes it easier for patrons who live far from a brick-and-mortar library, or who have print disabilities, to access books. It supports research, scholarship, and cultural participation in myriad ways. For example, the Internet Archive's CDL program helps fight disinformation by facilitating ongoing easy access to authoritative sources for Wikipedia articles. It helps fight censorship by giving librarians a way to curate and share books banned by local school districts. It helps inspire new creativity by allowing researchers to curate and share the results of their investigations. Like all libraries, it helps the public discover new works that they love enough to purchase their own copies.

2

The need for broad digital access to a robust set of library resources is even clearer now, in the wake of the COVID-19 crisis. In March of 2020, libraries and schools suddenly closed. With millions of print books locked away, the Internet Archive knew that the number of concurrent digital loans would not exceed the number of non-circulating print copies, and digital lending was the only practical way to get books to those who needed them. In response to urgent pleas from teachers and librarians, and in consultation with the library community, the Internet Archive temporarily suspended technical enforcement of the one-to-one owned-to-loaned policy. The Internet Archive called this temporary program the "National Emergency Library." Twelve weeks later, other options had emerged to fill the gap, and the Internet Archive was able to return to the traditional CDL approach.

The Internet Archive and the hundreds of libraries and archives that support it are not pirates or thieves. They are librarians, striving to serve their patrons online just as they have done for centuries in the brick-and-mortar world. Copyright law does not stand in the way of a library's right to lend its books to its patrons, one at a time.

## II. STATEMENT OF FACTS

### A. The Internet Archive is a nonprofit library.

#### 1. Providing the public with access to knowledge has been a guiding mission of the Internet Archive for over a quarter century.

The guiding mission of the Internet Archive, a 501(c)(3) public charity, is to provide universal access to all knowledge. Def.'s Rule 56.1 Statement submitted herewith ("Statement") ¶¶ 1–2. In furtherance of that mission, over more than two decades, the Internet Archive has preserved, curated, and made available much of humanity's most important information. *Id.* ¶ 3. In so doing, the Internet Archive has become a trusted resource for millions of people and institutions, and a model for other archives and libraries with similar goals. *Id.* ¶ 4.

For example, one of the Internet Archive's first projects was to archive every public webpage on the fledgling World Wide Web. Today, over a quarter century of web history is preserved and accessible through the Internet Archive's Wayback Machine, which has become a crucial database for journalists, researchers, lawyers, and courts. *Id.* ¶ 5. The Internet Archive also works with libraries, museums, universities, and the public to preserve and offer free online access to texts, audio, moving images, software, and other cultural artifacts. *Id.* ¶¶ 6-10.

### 2. The Internet Archive performs the traditional function of a library by lending its books to its patrons.

This lawsuit concerns the Internet Archive's implementation of CDL, through which the Internet Archive digitizes its print books and lends them digitally to its patrons. Statement ¶ 11.

In 2011, in partnership with over two dozen library systems including the Boston Public Library, the Internet Archive made an initial collection of more than 80,000 books available for digital lending. *Id.* ¶ 12. This effort was unanimously endorsed by all fifty state libraries through the Chief Officers of State Library Agencies ("COSLA"). *Id.* ¶ 13. Since then, the Internet Archive has expanded its CDL implementation considerably. Dozens more libraries have signed on as partners, and the collection has expanded to include more than three million books. *Id.* ¶ 14. The Internet Archive launched and expanded this program on the basis that it is fair use. *Id.* ¶ 15.

4

### a. The Digitization and Digital Lending Process

Once the Internet Archive acquires a print book (by purchase or donation)[1] that it wishes to make available for digital lending, the Internet Archive sends the book to a scanning center, where an operator carefully turns and photographs each page using a book-digitization device the Internet Archive developed called a Scribe. Statement ¶¶ 18, 21, 24. The print book is then placed in archival storage and its specific location carefully recorded. *Id.* ¶ 22. The stored print book is non-circulating; it is not available to be accessed in print form. *Id.* ¶ 23.

Anyone can become a patron of the Internet Archive—and digitally borrow books— without charge by signing up for an Internet Archive account. *Id.* ¶ 25. Doing so grants the patron a digital library card that lets them borrow up to ten books at a time from the collection, for limited periods of up to fourteen days. *Id.* ¶ 26.

The Internet Archive offers its patrons several ways of engaging with a book they have borrowed. *Id.* ¶ 27. The patron can read the book in their web browser through a tool called BookReader, which lets that patron flip through pages, zoom in on images, enlarge text for easier reading, and search through the book. *Id.* ¶¶ 28–29. When finished, the patron may return (or "check in") the book; otherwise, the loan will automatically expire at the end of the loan period.

---

[1] A nonprofit that works closely with the Internet Archive, Open Library of Richmond, holds legal title to and maintains physical possession of many of the print books in its physical archive facilities. Statement ¶ 19. For simplicity, regarding ownership of print books, we use the term "Internet Archive" to refer collectively to the Internet Archive and Open Library of Richmond. It is undisputed that the Internet Archive or Open Library of Richmond owns at least one lawfully made copy of each of the Works in Suit. *Id.* ¶ 20.

At that point, the patron is no longer able to access the book, and it is once again available to be borrowed. *Id.* ¶¶ 30–31.

Instead of reading books in their web browsers, patrons can choose to download an encrypted PDF or encrypted ePub version of the book onto their computer or device. *Id.* ¶ 32. These files are secured using the same security system that Plaintiffs use to secure digital files of Plaintiffs' books: a type of "digital rights management" or "DRM" software created by Adobe. *Id.* ¶ 33. The Adobe DRM allows only the authorized patron to download and read the borrowed book using authorized software and prevents the patron from copying or further distributing the book or from accessing it after their loan has ended. *Id.* ¶ 34.

### b. The Internet Archive's Lending Policies

The Internet Archive does not digitally loan all of the books it has scanned; instead, it implements a number of policies that limit the books available for digital lending. Statement ¶ 35. As applicable here, to be available for digital lending, a digital book must have been scanned from a print copy owned by the Internet Archive. *Id.* ¶ 36. And it is the Internet Archive's policy not to lend books published within the previous five years.[2] *Id.* ¶ 37. This limitation is intended to exclude from lending the latest bestsellers, as a belt-and-suspenders accommodation to publishers; sales of a given book generally peak soon after publication and then rapidly decline. *Id.* ¶¶ 38, 39–48.

---

[2] As a result of human error, two Works in Suit published in 2019—*All the President's Women: Donald Trump and the Making of a Predator* and *The Man Who Solved the Market*—were made available for digital lending. Statement ¶ 49. The mistake was rectified as soon as the Internet Archive realized the error. *Id.*

Two factors determine the number of digital copies of a particular book that can be borrowed at any given time from the Internet Archive.  *Id.* ¶ 50.  First, the Internet Archive makes available one digital copy for each non-circulating print copy of a book it has in archival storage.  *Id.* ¶ 51.  Second, for any of those books the Internet Archive has made available for CDL, the Internet Archive works with dozens of library partners—from the University of Arizona to the Delaware County District Library in Ohio—to contribute their own non-circulating copies of that book toward the number of lendable copies.  *Id.* ¶ 52.  For example, if the Internet Archive has one non-circulating physical copy of *Little House on the Prairie*, and three partner libraries have each chosen to contribute a physical copy of *Little House on the Prairie*, then *Little House on the Prairie* could be digitally loaned to up to four patrons at a time.  Each concurrent loan would thus still be associated with one non-circulating physical copy.  If all four copies of *Little House on the Prairie* were checked out, patrons seeking to borrow *Little House on the Prairie* could join a waitlist until one or more copies were checked back in.  *Id.* ¶ 53.

### c.    Benefits to the Public

While any patron may borrow books via the Internet Archive, digital lending is particularly helpful for patrons who live far from a brick-and-mortar library, patrons seeking a book not available from their local library, and patrons who have print disabilities that make it more difficult to hold or read print books.  Statement ¶ 55.  Digital lending is also particularly helpful for brief or spontaneous access to books—for example, for checking citations or references, or looking up discrete facts—that wouldn't be worth a trip to a brick-and-mortar library.  *Id.* ¶ 56.  Recognizing these benefits, many libraries other than the Internet Archive digitally loan print books they own.  The International Federation of Library Associations and Institutions observed, in its position statement on the subject, that CDL "has helped to fulfil the

7

mission of libraries to support research, education and cultural participation within the limits of existing copyright laws." *Id.* ¶ 57.

Digital lending also allows the Internet Archive to promote education, research, preservation, and scholarship. *Id.* ¶ 58. Writers use books they have borrowed from the Internet Archive as a resource for inspiration or research for their own works. *Id.* ¶ 59. The Internet Archive has made knowledge resources like Wikipedia more reliable by enabling readers to confirm that books cited as authorities actually support the encyclopedia's entries. *Id.* ¶¶ 60, 63. In 2019, with funding from the U.S. Department of the Interior, the Internet Archive digitized and made available [books related to the incarceration of Japanese Americans during World War II]. (And indeed, the [Wikipedia article on the Internment of Japanese Americans] currently cites and links to 20 books available via CDL from the Internet Archive.) *Id.* ¶¶ 61–62. In 2022, a group of volunteer librarians curated collections of books that have been banned by school districts across the country but are still borrowable from the Internet Archive. *Id.* ¶ 66. These are only a few of the many examples documented by the Internet Archive of beneficial uses of its implementation of CDL.

**B. At the beginning of the COVID-19 pandemic, when schools and libraries were closed, the Internet Archive launched the temporary National Emergency Library.**

At the beginning of the COVID-19 pandemic, and for many months thereafter, most schools and libraries were physically closed to prevent the spread of the coronavirus. Statement ¶ 67. School districts and university libraries reached out to the Internet Archive concerned that students and teachers could no longer physically access books—including assigned books that schools had already purchased. *Id.* ¶ 68. Libraries reached out to the Internet Archive worried about how they could best serve their communities when they could not physically loan out millions of print books now locked away. *Id.* ¶ 69. Indeed, by the Internet Archive's

estimation—based on data from the federal Institute of Museum and Library Services ("IMLS")—the closure of libraries took 650 million books out of circulation.  *Id.* ¶ 70.

Hearing these pleas, the Internet Archive proposed temporarily lifting the technical controls enforcing its one-to-one ratio.  Since all of the libraries were closed, the Internet Archive reasoned, there were surely more non-circulating copies locked up in shuttered libraries than would be borrowed via the Internet Archive even without those technical controls in place.  *Id.* ¶ 71.  The Internet Archive was uniquely positioned to be able to address this problem quickly and efficiently.  (Indeed, Plaintiffs testified that negotiating workarounds for access issues caused by the pandemic took weeks and sometimes months.)  *Id.* ¶¶ 72–73.  The Internet Archive launched the National Emergency Library ("NEL") on March 24, 2020, intending for this temporary program to "run through June 30, 2020, or the end of the US national emergency, whichever is later."  *Id.* ¶ 74.

Prior to the launch, the Internet Archive consulted with schools and libraries for their input and endorsement, and more than 100 institutions signed a statement in support of the temporary project.  *Id.* ¶ 75.  There was also widespread public support, including, for example, an article written by Jill Lepore in *The New Yorker* titled:  "The National Emergency Library Is a Gift to Readers Everywhere."  *Id.* ¶ 76.  The Internet Archive believed then, and believes now, that under those unique circumstances, operating the NEL was lawful.  *Id.* ¶ 77.

As expected, the NEL offered critical support to teachers, students, researchers, and readers who could not access their physical schools or libraries.  *Id.* ¶ 78.  When the University of Oklahoma campus shut down in spring of 2020, for example, students no longer had access to physical library books.  Humanities instructor Laura Gibbs relied on the Internet Archive to provide her students access to books she had placed on reserve at the campus library before the

9

pandemic closures. *Id.* ¶¶ 79–80. Through her use of the Internet Archive, Ms. Gibbs discovered additional relevant books for her students that were not otherwise available through the University of Oklahoma library system. *Id.* ¶ 81.

Half of English teacher Lauren Sherman's tenth grade students had left their copies of the Folger edition of *Much Ado About Nothing* in their lockers, which they were forbidden from accessing after the pandemic started. In addition to giving students the option to re-purchase the book or to attempt to access their local public library's digital collection, Ms. Sherman was able to direct them to an online version to borrow through the Internet Archive. *Id.* ¶¶ 82–84.

When his university library shut down, Daniel Smith, a Ph.D. student at the University of Cambridge, similarly could not access the books he needed to write his dissertation. He turned to the Internet Archive, where he was able to borrow primary and secondary source material and complete his dissertation on time. *Id.* ¶¶ 85–86.

The NEL also supported frontline workers. Benjamin Saracco is a librarian at a hospital library affiliated with a medical school in New Jersey that serves doctors, nurses, medical students, and other healthcare workers. *Id.* ¶ 87. In March 2020, the governor ordered buildings, including academic libraries, to be closed. Mr. Saracco received a flood of requests from students, nurses, and doctors for information about COVID-19 and relevant patient care to address the high rate of hospitalization in the state. *Id.* ¶¶ 88–89. With no access to physical library materials, Mr. Saracco was able to direct doctors and nurses to patient care training manuals available for borrowing from the Internet Archive via CDL. *Id.* ¶ 90.

Dozens more teachers, students, researchers, parents, and other readers have shared their stories with the Internet Archive about the ways they relied on the NEL during an uncertain time. *Id.* ¶ 91.

10

The Internet Archive's belief that the NEL's loaned copies would be fewer than the number of existing non-circulating physical copies proved to be correct. For example, the largest number of concurrent loans for any Work in Suit was for *The Lion, The Witch, and the Wardrobe*, at 888. *Id.* ¶ 92. Given that there are over 9,000 public library systems in the United States alone, thousands of which have at least one copy of that book and virtually all of which were closed during the NEL, the number of loans surely was smaller than the number of non-circulating copies even at that peak moment. *Id.* ¶¶ 93–95.

On June 16, 2020, when some libraries had begun to reopen, and this lawsuit had been filed, the Internet Archive shut down the National Emergency Library, twelve weeks after it launched. *Id.* ¶ 96.

### C.    The Publishers and the Works in Suit

The Plaintiffs are among the largest and most profitable book publishers in the United States, and they have enjoyed increasing profits in recent years. Statement ¶¶ 97–98. In 2020 and 2021, the publishing industry as a whole enjoyed record profits for electronic and physical formats of books. *Id*. ¶ 99.

When the four Plaintiffs filed suit against the Internet Archive in June of 2020, they selected 127 works (the "Works in Suit") on which to bring suit. *Id*. ¶ 100. The Works in Suit include non-fiction and fiction works and works from many genres (fantasy, children's, psychology, science, sports, biography, and others). All of the Works in Suit were, of course, published prior to being digitized and loaned by the Internet Archive. *Id.* ¶¶ 101–02.

Plaintiffs sell physical copies of books to libraries and readers. *Id.* ¶ 103. They also license electronic copies of books ("ebooks") to libraries and readers. *Id.* ¶ 104. These licenses include limitations that cause books to disappear from libraries' virtual shelves after a certain period or after a certain number of loans. *Id.* ¶¶ 105–09. Plaintiffs refuse to sell copies of

11

ebooks to libraries outright.  *Id.* ¶ 110.  Internet Archive purchases ebooks from other publishers who *are* willing to sell them outright and would purchase ebooks from Plaintiffs if they were willing to sell them.  However, Plaintiffs have declined each time Internet Archive has asked over the years.  *Id.* ¶¶ 111–13.

Those ebooks are distributed to patrons of libraries who have purchased licenses via "aggregators."  The ███████████ OverDrive, which has ████████████ of the U.S. public library ebook market share and which offers books through its Libby app, and which has seen increases in demand over the past five years.  *Id.* ¶¶ 114–15.  Relative to the library market for ebook licenses via aggregators like OverDrive, the number of Internet Archive checkouts is small.  For instance, from 2017 until March 23, 2020 (i.e., prior to the NEL), the number of checkouts of the Works in Suit from the Internet Archive was ██████ of the number of checkouts of the Works in Suit from OverDrive.  *Id.* ¶ 116.  Even including the period of the NEL, the total loan volume of Works in Suit from the Internet Archive was ████████ of the number of OverDrive checkouts.  *Id.* ¶ 117.

### D.    The undisputed facts reflect a lack of market harm.

Analysis by two separate economists shows that the Internet Archive's lending practices have no negative effect on the market for the Works in Suit.  Statement ¶ 118.  When editions of the Works in Suit were first made available for borrowing from the Internet Archive via CDL, their corresponding print sales at retail did not decline relative to other books.  Indeed, when the Works in Suit were *removed* from the Internet Archive after this lawsuit was filed, their print sales slightly *worsened* relative to other books.  *Id.* ¶¶ 119–22.  Plaintiffs refused to produce data that would have enabled similar calculations regarding sales of consumer ebooks.  *Id.* ¶¶ 124–35.

12

The NEL provides a "natural experiment" from which one can draw conclusions about what effect the Internet Archive's lending practices would have (or not have) on the book market if those practices became widespread. Because the closure of all of the libraries and the suspension of one of the Internet Archive's usual technical controls permitted more concurrent digital loans than are otherwise possible, those events provide a window into a future in which digital lending of books libraries own is even more widely practiced. And they show that digital library lending, as practiced by the Internet Archive, has no negative effect on the market for or value of books. *Id.* ¶ 118. Specifically, unit sales did not decline while the NEL was in place, nor did they increase when the NEL shut down. *Id.* ¶¶ 121–22. Nor was there an increase in the number of checkouts of the Works in Suit from OverDrive when the NEL shut down. *Id.* ¶ 140.

Moreover, even if we assume that CDL reduced the necessity of paying for an ebook license for books available via CDL, and made books more than five years old more readily available for borrowing, libraries would not spend less money on acquisitions. *Id.* ¶ 148. In fact, most libraries spend their entire acquisitions budgets each year. *Id.* ¶ 151. So even in the event that CDL reduced spending on ebook licenses for older works, libraries would reallocate any savings to ebook licensing for newer titles or to purchasing print books. *Id.* ¶ 148. In other words, libraries would not spend any less money on publishers' products in any event.

Plaintiffs, for their part, have made no attempt to quantify any market harm.

### III.  LEGAL STANDARD

Courts grant summary judgment when "there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). Here, the central question is one of fair use. Because "the ultimate question whether [the undisputed] facts showed a 'fair use' is a legal question for judges to decide *de novo*," *Google LLC v. Oracle Am.,*

*Inc.*, 141 S. Ct. 1183, 1199 (2021), fair use cases are frequently amenable to decision on summary judgment. *Id*.

"In determining whether the use made of a work in any particular case is a fair use the factors to be considered shall include—(1) the purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes; (2) the nature of the copyrighted work; (3) the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and (4) the effect of the use upon the potential market for or value of the copyrighted work." 17 U.S.C. § 107.

This "list of factors is not exhaustive," and "some factors may prove more important in some contexts than in others." *Google LLC* at 1197 ("we have understood the provision to set forth general principles, the application of which requires judicial balancing, depending upon relevant circumstances, including 'significant changes in technology.'") (citation omitted).

## IV. ARGUMENT

The argument proceeds in three parts.

*First*, we discuss why Internet Archive's implementation of Controlled Digital Lending, which uses technical controls to enforce a one-to-one owned-to-loaned ratio, is fair use.

*Second*, we discuss why, under the unique circumstances presented by the early days of the COVID-19 pandemic when nearly every copy of every library book was inaccessible, it was fair use to operate the National Emergency Library, which lent books digitally without technical enforcement of a one-to-one owned-to-loaned ratio.

*Third*, we discuss why, in the event the Court finds that either CDL or the NEL was not a fair use, it should remit statutory damages because Internet Archive "believed and had reasonable grounds for believing that his or her use of the copyrighted work was a fair use." 17 U.S.C. § 504(c)(2).

14

**A.     The Internet Archive's implementation of Controlled Digital Lending is fair use.**

Controlled Digital Lending brings traditional library lending into the digital age, allowing library books to be more effectively used to benefit the public that bought them.  As set forth at length above in section II.A.2.c, digital lending serves the public interest by increasing access to and dissemination of knowledge, without harming the commercial interests of the publisher.  That is the ultimate purpose of copyright: to encourage "the intellectual enrichment of the public."  *Cariou v. Prince*, 714 F.3d 694, 705 (2d Cir. 2013) (citation omitted).

In the sections that follow, with that purpose of copyright in mind, we turn to the four factors set forth in Section 107.  The purpose and character of the use strongly favors a finding of fair use because the use is wholly noncommercial; is transformative under the Second Circuit's fair use precedents; and furthers the ends of copyright's exhaustion doctrine.  The nature of the copyrighted works at issue does not materially affect the analysis because the works chosen by Plaintiffs are of all different types and were published years ago.  The amount of the works used is the entire book, since that is what it means to borrow a library book; the use of the whole is directly connected to the favored purpose of the use.  And there is no negative effect on the market for or value of the books at issue:  the record shows that CDL hasn't harmed Plaintiffs and won't harm Plaintiffs even if the practice becomes widespread.  Plaintiffs do not even attempt to quantify any such harm.

For all of these reasons, CDL satisfies the "ultimate test of fair use," which asks "whether the copyright law's goal of 'promoting the Progress of Science and useful Arts' would be better served by allowing the use than by preventing it."  *Blanch v. Koons*, 467 F.3d 244, 251 (2d Cir. 2006) (cleaned up) (citations omitted).

### 1. The first factor strongly favors fair use.

The first factor examines the commercial or noncommercial character of the use; the transformativeness of the use; and the relationship of the use to the purposes of copyright. We address each of these issues in turn.

#### a. CDL is wholly noncommercial.

"There is no doubt that a finding that copying was not commercial in nature tips the scales in favor of fair use." *Google LLC*, 141 S. Ct. at 1204. The Internet Archive is a nonprofit organization that does not charge patrons of its digital library any fees at all, for any service, including borrowing books. It is therefore not commercial in nature. *See Am. Geophysical Union v. Texaco Inc.*, 60 F.3d 913, 922 (2d Cir. 1994), *as amended* (July 17, 1995) ("The commercial/nonprofit dichotomy concerns the unfairness that arises when a secondary user makes unauthorized use of copyrighted material to capture significant revenues as a direct consequence of copying the original work."). Patrons' borrowing and private reading is also noncommercial in nature. *Cf. Sony Corp. of Am. v. Universal City Studios, Inc.*, 464 U.S. 417, 449 (1984) ("time-shifting for private home use must be characterized as a noncommercial, nonprofit activity"); *id.* at 450 n.33.

It is hard to imagine a use that is less commercial than a 501(c)(3) public charity lending books for personal and noncommercial reading by individual members of the public.

#### b. CDL is a transformative use.

A transformative use "communicates something new and different from the original **or expands its utility**, thus serving copyright's overall objective of contributing to public knowledge." *Authors Guild v. Google, Inc.*, 804 F.3d 202, 214 (2d Cir. 2015) (emphasis added). The Internet Archive makes many transformative uses of the Works in Suit, such as indexing them for the purpose of searching, displaying short excerpts in response to searches and citations,

A-4794

and supporting research in text and data mining.  Mindful of the Second Circuit precedent directly on point with respect to these uses in the *Authors Guild v. Google* case, Plaintiffs chose not to challenge any of those uses in this lawsuit, limiting their claims to digital lending.

But digital lending, too, is transformative.  Like the video recording technology at issue in *Sony*, CDL "utilizes technology to achieve the transformative purpose of improving the efficiency of delivering content without unreasonably encroaching on the commercial entitlements of the rights holder."  *Fox News Network, LLC v. TVEyes, Inc.*, 883 F.3d 169, 177 (2d Cir. 2018) (describing the *Sony* court's "apparent reasoning"); *see Capitol Recs., LLC v. ReDigi Inc.*, 910 F.3d 649, 661 (2d Cir. 2018) (identifying the use in *Sony* as being among the "utility-expanding transformative fair uses" that courts had recognized).

By delivering library books to one patron at a time over the Internet, CDL makes the delivery more efficient than physically handing or mailing that same print book, as would be necessary without that technology.  That is at least as transformative as the use at issue in *Sony*, which held that it was fair use to make copies of movies shown on television in order to watch them at a more convenient time, even where the improvement in content delivery was simply "copying to avoid interrupting a poker game."  *Sony*, 464 U.S. at 455 n.40.

And as Judge Pierre Leval later explained, the use in *Sony* was achieved "'without unreasonably encroaching on the commercial entitlements of the rights holder' because the improved delivery was to one entitled to receive the content."  *ReDigi*, 910 F.3d at 661 (quoting *TVEyes*, 883 F.3d at 177). In *Sony*, the copying at issue "merely enable[d] a viewer to see such a work which he had been invited to witness in its entirety free of charge" at the time of its original over-the-air broadcast.  464 U.S. at 449.  The person gaining more efficient access to the content in *Sony* did not have any special or commercial relationship with the content or with the

17

copyright holder; they were "entitled to receive the content" simply by virtue of being in a place where they could receive a broadcast television signal with an antenna. There was no limit in *Sony* to the number of viewers who could concurrently view a particular program, either at the time of its broadcast or at a later more convenient time made possible by the allegedly infringing copying at issue in that case.

Here, the patron who digitally borrows a library book via CDL has an even more specific entitlement to receive that content: that patron is *the one person in the world* who is then borrowing that particular, bought-and-paid-for library book. Just as a patron who borrows a library book physically is entitled to read it, so is a patron who borrows that same library book by a more efficient, digital method.

Moreover, the transformativeness of the Internet Archive's digital lending is not limited to increased efficiency or convenience. The Internet Archive's CDL program facilitates new and expanding interactions between library books and the web: writers of Wikipedia articles, for example, can borrow books from the Internet Archive's collection, and then link from their article to the particular page in the particular book that supports a particular fact. Statement ¶ 60. There are 202,026 citations in Wikipedia articles in English that link to books available to borrow from the Internet Archive via CDL, and those links lead to 88,284 different books. *Id.* ¶ 61. These include the [Wikipedia article on World War II](#) which cites, and links to, 48 different CDL books, all of which can be digitally borrowed with a click to check references or research in greater depth. *Id.* ¶ 64. Even a partial listing of the CDL books cited in Wikipedia articles, limited to articles that cite 10 or more such books, goes on for more than three hundred single-spaced pages. *Id.* ¶ 65. This capability helps fight misinformation by providing direct links to authoritative sources, that support an accurate, verifiable factual record. It contributes to

18

the creation of new works—Wikipedia articles and other fruits of library research—in a way that is even more direct than traditional systems of research and citation. *Id.* ¶¶ 56–57.

Thus, the Internet Archive's lending practices are "consistent with that creative 'progress' that is the basic constitutional objective of copyright itself." *Google LLC*, 141 S. Ct. at 1203.

### c. CDL helps fulfill the goals of copyright's exhaustion doctrine.

Copyright's exhaustion doctrine (sometimes referred to as "first sale"), which limits the control a copyright holder can exert over the use of a copy once it has sold that copy, also favors the purpose and character of CDL. This "common-law doctrine with an impeccable historic pedigree," *Kirtsaeng v. John Wiley & Sons, Inc.*, 568 U.S. 519, 538 (2013), enables libraries to advance the purposes of copyright law by purchasing copies of works and then loaning them to their patrons. In 1976, Congress approved this judge-made doctrine, codifying a first sale right in Section 109 of the Copyright Act. Because this codification predated the spread of digital copyrighted works, however, it focused on the distribution and display rights, not the reproduction right that is implicated by digital lending.

Fortunately for the public, that does not mean these new forms of lending are unlawful. As the Supreme Court noted in *Sony*, where "Congress has not plainly marked our course, [courts] must be circumspect in construing the scope of rights created by a legislative enactment which never contemplated such a calculus of interests." 464 U.S. at 431. Such circumspection is appropriate here, given the exhaustion doctrine's deep roots in copyright jurisprudence. Indeed, while Section 109 does not expressly encompass the reproduction right, neither does it abrogate the common-law principle favoring the ability of the owner of a copy to freely give,

sell, or lend it.[3]  To the contrary, Congress "intended to retain the substance of the common law" of exhaustion when it enacted Section 109.  *Kirtsaeng*, 568 U.S. at 538 (citation omitted).

Because Section 109 does not address the reproduction right implicated by digital lending, the fair use doctrine steps in to ensure that the substance of the common-law exhaustion rule survives technological changes in the way copyrighted works are loaned and read.  Indeed, this is one of the principal purposes of the fair use doctrine:  to avoid applications of copyright law that would elevate form over substance, operating contrary to the ultimate purpose of copyright:  "the intellectual enrichment of the public."  *Cariou*, 714 F.3d at 705.

Moreover, the Second Circuit Court of Appeals has recognized that uses that advance the purposes of narrower statutory exceptions and limitations are *more* likely to be protected under Section 107, because they further the guiding principles behind the Copyright Act.  In *Authors Guild, Inc. v. HathiTrust*, 755 F.3d 87, 102 (2d Cir. 2014), for example, the court addressed a copyright claim against a nonprofit library book-digitization program that made books available to the visually impaired but did not fall within the specific copyright exception for visually impaired people (the Chafee Amendment).  As part of its fair use analysis, the court reasoned that "the Chafee Amendment illustrates Congress's intent that copyright law make appropriate accommodations for the blind and print disabled."  *Id.*  That intent, the court concluded, supported a fair use finding.  *Id.*  Likewise, here, the existence of Section 109 and its intent to secure libraries' right to lend books they own favors a finding of fair use.

_____

[3] In *Capitol Records, LLC v. ReDigi Inc.*, 910 F.3d 649, 664 (2d Cir. 2018), the court held that because that statute addresses distribution but not reproduction, Section 109(a) does not provide an independent defense to a reproduction claim.  The *ReDigi* court did not address the impact of the exhaustion doctrine on the fair use inquiry.

20

Further, the common-law doctrine of exhaustion can encompass reproduction of copyrighted material in some circumstances. In *Doan v. American Book Co.*, 105 F. 772 (7th Cir. 1901), for example, the defendant reproduced new copies of the cover of a children's schoolbook which featured a "unique design, catching the eye." *Id.* at 777. The copyright holder claimed that this sort of restoration of worn books infringed its copyright because the new copies would undermine the market for replacement copies. The Seventh Circuit Court of Appeals held that the exhaustion doctrine barred the copyright claim, even though some reproduction was involved: "A right of ownership in the book carries with it and includes the right to maintain the book as nearly as possible in its original condition, so far, at least, as the cover and binding of the book is concerned." *Id.*

Finally, the right to engage in reproduction in order to facilitate library lending is also, at least in one form, specifically identified as an example of fair use in the legislative history of the Copyright Act, which lists "reproduction by a library of a portion of a work to replace part of a damaged copy" as a paradigmatic fair use. Declaration of Joseph C. Gratz submitted herewith ("Gratz Decl."), Ex. II, H.R. Rep. No. 94-1476, at 65 (1976).

CDL is noncommercial. It is transformative. It furthers the purposes of well-established copyright jurisprudence and the public interest. Factor one favors fair use.

**2.     The second factor is neutral.**

The second factor "has rarely played a significant role in the determination of a fair use dispute," *Authors Guild*, 804 F.3d at 220, and this case is no exception. The analysis turns on two questions: whether the copyrighted work is factual or fictional works, and whether it is published or unpublished.

21

a.       **Factual versus Fictional Works**

In some fair use cases, the factual versus fictional nature of the copyrighted work at issue plays a role in the court's analysis.  *See, e.g.*, *Harper & Row Publishers, Inc. v. Nation Enters.*, 471 U.S. 539, 563 (1985) ("The law generally recognizes a greater need to disseminate factual works than works of fiction or fantasy.").  In *Authors Guild v. Google*, however, the Second Circuit Court of Appeals expressly disavowed this consideration where, as here, the use concerned a large number of books on wildly varying topics.  The factual or fictional nature of the books at issue did not "change in any way [its] appraisal" in such a case.  *Authors Guild*, 804 F.3d at 220.  Because the challenged practice was applied to books "of every type of work imaginable," the "fair-use analysis hinges on the other three factors."  *Authors Guild, Inc. v. HathiTrust*, 755 F.3d at 98.  The same is true here:  the 127 Works in Suit are of many different types, and their factual or fictional nature does not impact the fair use inquiry.

b.       **Published versus Unpublished Works**

The scope of fair use is broader with respect to published works, and narrower with respect to unpublished works.  *Harper & Row*, 471 U.S. at 564.  That is because "the author's right to control the first public appearance of his expression weighs against such use of the work before its release," *id.*, since the use of an unpublished work risks "supplanting the copyright holder's commercially valuable right of first publication."  *Id.* at 562.  Where a work has already been "widely published," by contrast, that fact "weighs a bit in favor of fair use."  *Lennon v. Premise Media Corp.*, 556 F. Supp. 2d 310, 325 (S.D.N.Y. 2008).

Here, all of the Works in Suit were widely published and almost all were published five or more years before the Internet Archive made them available for digital lending.  Statement ¶ 37.  Accordingly, far from interfering with an "author's right to control the first public appearance of his expression" or "the copyright holder's commercially valuable right of first

22

publication," *Harper & Row*, 471 U.S. at 562, the use at issue here was deliberately limited to works that had long been broadly disseminated. Thus, this consideration weighs at least "a bit in favor of fair use." *Lennon*, 556 F. Supp. 2d at 325.

Because the factual versus fictional nature of the Works in Suit does not impact the fair use inquiry, and the published versus unpublished nature of the Works in Suit weighs slightly in favor of fair use, the second factor is at least neutral.

### 3. The third factor is neutral.

The third factor favors fair use where the amount of the original work used is "reasonable in relation to the purpose of the copying." *Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569, 586 (1994). In other words, it asks whether the challenged use "employs more of the copyrighted work than is necessary, and whether the copying was excessive in relation to any valid purposes asserted under the first factor." *HathiTrust*, 755 F.3d at 96. "For some purposes, it may be necessary to copy the entire copyrighted work, in which case Factor Three does not weigh against a finding of fair use." *Id.* at 98.

For example, the copying of entire books was held to be fair use in both *Authors Guild v. Google* and *Authors Guild v. HathiTrust*; the copying of entire movies was held to be fair use in *Sony*. In each of those cases, the copying of the entire copyrighted work was necessary to effectuate the favored purpose and character of the defendant's use. If Google had only scanned part of the books, it would not have been able to compile a comprehensive search index; if HathiTrust had only scanned part of the books, it would not have been able to make the books readable by the visually impaired; if Sony's VCR could only record part of a movie, it would be useless for noncommercial time-shifting.

Just so here. Borrowing a book from a library necessarily entails borrowing the whole thing. If the Internet Archive only loaned *part* of a book, the patron that borrowed the book

23

would not be able to read the whole book, as any other patron who borrows a book at a library can. Because the purpose of nonprofit library lending is a purpose for which it is "necessary to copy the entire copyrighted work," this is a case in which "Factor Three does not weigh against a finding of fair use." *HathiTrust*, 755 F.3d at 98.

### 4. The fourth factor favors fair use.

The fourth fair use factor examines "the effect of the use upon the potential market for or value of the copyrighted work." 17 U.S.C. § 107. The fourth factor requires courts "to balance the benefit the public will derive if the use is permitted and the personal gain the copyright owner will receive if the use is denied." *Andy Warhol Found. for Visual Arts, Inc. v. Goldsmith*, 11 F.4th 26, 48 (2d Cir. 2021), *cert. granted*, 142 S. Ct. 1412 (2022) (quoting *Wright v. Warner Books, Inc.*, 953 F.2d 731, 739 (2d Cir. 1991)). "The less adverse effect that an alleged infringing use has on the copyright owner's expectation of gain, the less public benefit need be shown to justify the use." *MCA, Inc. v. Wilson*, 677 F.2d 180, 183 (2d Cir. 1981). *See also, e.g.*, *Sony*, 464 U.S. at 454 (contrasting the lack of evidence of financial harm to the copyright holders against "the fact that to the extent time-shifting expands public access to freely broadcast television programs, it yields societal benefits.").

As discussed above in section II-A-2-c, the magnitude of the public benefit that flows from CDL is massive and would outweigh any market harm—*if any such harm occurred*. The undisputed record shows that it did not and will not. As discussed below, the available data show that Internet Archive's implementation of CDL has not negatively affected the market for the Works in Suit and would not have such an effect if it became widespread. Moreover, there is no licensing market for CDL, and incentives to publish new books would be unaffected even if CDL caused libraries to reallocate their expenditures toward newer books.

24

### a.    CDL has had no negative market effect.

Where there is no actual or likely future loss of revenue to copyright holders from the challenged practice, the inquiry ends and the fourth factor does not weigh against a finding of fair use, since "a use that has no demonstrable effect upon the potential market for, or the value of, the copyrighted work need not be prohibited in order to protect the author's incentive to create." *Sony*, 464 U.S. at 450–51.

CDL is such a use.  In a copyright lawsuit against a practice that has continued for years, one would expect the copyright holder to be able to point to some metric showing that the defendant's conduct has harmed them.  Yet Plaintiffs have failed to quantify *any* market harm from CDL.  And there's a good reason:  because the lending, licensing, and sales data demonstrate that no such harm has occurred or is likely to occur.

There is no evidence that CDL has harmed the market for the Works in Suit.  In fact, the available data shows that people don't buy fewer copies of a book when that book is available for borrowing via CDL.  Statement ¶ 121.  Expert analysis of print sales for each of the Works in Suit shows that there was no noticeable dip in unit sales of print formats of the Works in Suit when those works became available for CDL borrowing via the Internet Archive.  *Id.* ¶ 118. (Defendant requested in discovery, but Plaintiffs refused to produce, the data needed to do the same analysis with respect to sales to consumers in ebook format.  *Id.* ¶ 124.)  In fact, when the Works in Suit were *removed* from the Internet Archive after this case was filed, their sales *worsened* slightly.  *Id.* ¶ 122.  As with other lending programs, this effect may be the result of the "discovery" book lending enables:  patrons decide they enjoy the books they have borrowed enough to purchase those books and recommend them to others.  *See id*. ¶ 152.

The lack of market harm is not surprising.  The lending numbers from the Internet Archive for the Works in Suit are small relative to the size of the library market for ebooks.

25

From 2017 until the NEL began in March 2020, the number of checkouts of the Works in Suit from the Internet Archive was ████████████ of the number of checkouts of the same titles from OverDrive.  *Id.* ¶ 116.  (During the NEL period, the relative total remained small ████████ ██.  *Id.* ¶ 117.)  This small number relative to OverDrive is meaningful, as OverDrive is responsible for ████████████ of the library ebook license market.  *Id.* ¶ 114.

Nor does CDL depress revenues for ebooks from the library channel in particular.  Over the last five years, while the Internet Archive has been actively lending digitized books to its patrons, demand for ebooks from libraries has only increased.  *Id.* ¶ 150.

### b. Widespread CDL would not cause market harm.

The fourth factor analysis also considers whether, if a practice became "widespread," it would *then* "result in a substantially adverse impact on the potential market for the original." *Campbell*, 510 U.S. at 590 (cleaned up) (citation omitted).  In many cases, that impact can be hard to predict.  Here, however, the parties and the Court can assess what widespread digital borrowing would look like, and what effect it would have on the market, based on the snapshot provided by the NEL.  It provides a "natural experiment" about what would happen if CDL became widespread.  During the NEL, the number of copies available for digital borrowing was limited only by patron demand.  If an effectively unlimited number of patrons could borrow a digitized book at the same time, in the manner in which Internet Archive digitally lends books, would that have an effect on the market?

Examining the question from different angles, two experts came to the same answer:  No. Additional borrowing of digitized books, including the Works in Suit, *had no statistically significant effect on the book marketplace*.

26

### i. Dr. Reimers' Analysis

Dr. Reimers examined the sales rankings of the Works in Suit on Amazon and how those rankings changed (i) over the course of the NEL and (ii) before and after the book was removed from the Internet Archive entirely. Statement ¶¶ 119, 122. Historical Amazon ranking data is particularly helpful because it shows how an edition of a book is performing *relative* to other works, so industry-wide changes don't affect the results. *Id.* ¶ 120. Here, the data show that not only did Works in Suit not drop in rank when the NEL began, the Amazon rankings for the Works in Suit actually *improved*—by about 2%—almost immediately. *Id.* ¶ 138. Those rankings remained at that level while the NEL was in operation and worsened shortly after the books were removed from the Internet Archive. *Id.* ¶¶ 121–22.

Dr. Reimers considered whether the observed improvement in rankings was "seasonal"—in other words, attributable to factors other than availability of the book for borrowing. She looked at the behavior of Amazon rankings of the Works in Suit during same time period the year prior. The rankings behaved similarly, strongly suggesting that the NEL and additional circulation of digitized books did not have any effect at all on sales rankings—and thus revenues—of the Works in Suit. This analysis shows that Plaintiffs' fears about widespread CDL harming their bottom line are unfounded. Even when many patrons could borrow a book concurrently, loaning digitized books did not affect book sales. *Id.* ¶¶ 136–39.

There is a good reason that a work's availability for digital lending through the Internet Archive is unlikely to cause a noticeable decrease in demand. Libraries lend books as soon as they are published. *Id.* ¶ 153. But the Internet Archive makes a digitized book available for the first time to its patrons long after the publisher has probably sold the vast majority of the copies it will ever sell. As discussed above, for the overwhelming majority of its books, the Internet Archive waits *five years* after the date of publication of the title to make it available for

27

borrowing.  Sales of most titles decay significantly within *just one year* of first publication.
*Id.* ¶ 48.

### ii.     Dr. Jørgensen's Analysis

Dr. Jørgensen came to the same conclusion, but by a different route.  He observed that, despite the removal of the Works in Suit from the Internet Archive around the shutdown of the NEL, there was no concurrent increase in OverDrive checkouts of those same titles.  Statement ¶¶ 140-41.  Instead, there was a ███████████ in OverDrive checkouts after the NEL ended.  *Id.*

Nor, according to the available data, did the removal of the Works in Suit from lending coincide with any increase in print and ebook sales of the Works in Suit.  Because only Hachette produced monthly sales data—and even then, only for 2020—Dr. Jørgensen limited his analysis to the effect of the closing of the NEL on sales of Hachette's Works in Suit from vendors that he concluded would capture sales in the United States.  *Id.* ¶¶ 142-43.  He observed that Hachette's sales of paperback formats of the Works in Suit *decreased* by approximately 21%, and sales of ebook formats of the Works in Suit *decreased* by approximately 29% from the second quarter of 2020 (when the NEL was operating) to third quarter of 2020 (after the NEL closed).  *Id.* ¶ 144.

Given the lack of a corresponding increase in OverDrive loans or print and ebook sales, Dr. Jørgensen concluded that no evidence supported Plaintiffs' theory that the Internet Archive's digitized Works in Suit acted as competing market substitutes.  *Id.* ¶ 145.

### c.     Against this affirmative evidence, Plaintiffs provide only conjecture and innuendo.

The record is overwhelming:  CDL has not and will not harm the Plaintiffs' market.
What concrete evidence do Plaintiffs present in response, with a decade of industry data from which to draw?

Nothing.

Plaintiffs' expert offers only conclusory generalities, because Plaintiffs' counsel *instructed him not to attempt to quantify any harm* from CDL. Gratz Decl. Ex. EE, Prince Dep. Tr. 52:16–53:22; 202:23–203:10. The strongest opinion he offers is that "there's reason to believe that those numbers are not de minimis." *Id.* at 54:9–16. But he doesn't analyze any actual numbers. Statement ¶ 146. Instead, he relies entirely on what he calls "theoretical reasoning" about what his view of economic theory would predict, untethered to the evidence in this case about what actually happened. *Id.* at 230:4–5.

Nor do Plaintiffs themselves claim to have any facts about harm. Statement ¶ 147. One 30(b)(6) designee candidly admitted, that when it comes to market harm, "I don't have any evidence." Gratz Decl. Ex. N, Dye Dep. Tr. 106:3–107:13. Another 30(b)(6) designee admitted that trying to identify harm would be "speculative because you can't truly directly make that correlation, meaning, again, I—we can't tell, you know, why somebody borrowed a book versus buying the book." *Id.* Ex. FF, Lazarus Dep. Tr. 38:12–22; *id*. at 27:9–12 (Hachette has conducted no analysis of any harm). A third agreed, conceding with respect to substitution: "But there's no, you know, there's no factual analysis. It's just one inference one could make." *Id.* Ex. GG, Restivo-Alessi Dep. Tr. 224:7–225:9.

In sum, against two experts' careful analysis of specific data, Plaintiffs offer only conjecture. That is not sufficient to tilt the fourth factor against a finding of fair use. Indeed, given that Plaintiffs presumably have access to reams of market data and have had years to develop concrete evidence, their failure to do so helps tilt this factor decidedly in *favor* of fair use.

### d. There is no licensing market for CDL.

Libraries in the United States have never needed a license to lend books they own to their patrons. The "customary price" a library pays for the right to lend a book is already included in

29

the price the library paid to buy the book. Here, it is undisputed that Internet Archive owns lawfully made copies of each of the Works in Suit. Statement ¶¶ 18, 20. The publishers have received the price they demanded when they sold the copies that Internet Archive owns and, in return for that price, Internet Archive gained full ownership of those copies. And ownership of a copy by a library includes the right to lend that book to one patron at a time.

It is not news that publishers would *like* to receive additional money every time a library lends a book. That desire has been brought to Congress periodically over the past fifty years, and Congress has chosen not to act upon it. *See, e.g.*, *A bill to establish a commission to study and make recommendations on methods for compensating authors for the use of their books by libraries*, H.R. 4850, 93rd Cong. (1973); *A bill to establish a commission to study and make recommendations on the desirability and feasibility of amending the copyright laws to compensate authors for the not-for-profit lending of their works*, S. 658, 99th Cong. (1985). In this country, libraries do not need to ask a publisher's permission or pay an extra fee to lend books they bought and paid for.

Plaintiffs may argue that the market for library ebook licenses through aggregators like OverDrive shows that libraries are willing to pay to lend books digitally. But what libraries are paying OverDrive for is not the right to lend a copy the library owns. Library ebook licenses do not require a library to maintain a non-circulating copy for each concurrent loan of a book; they are not tied to what print books the library owns or what the library does with them. A library that owns a dozen copies of *Catcher in the Rye* in storage pays the same price to make *Catcher in the Rye* available to its patrons via OverDrive as a library that owns no copies of that book. Statement ¶¶ 106–09.

OverDrive lending is like Netflix, but with books; what is available at any given time depends on what the publishers decide to make available. That means libraries cannot develop a permanent collection that the publishers can't take away. Indeed, the library never itself possesses even an ephemeral copy of books that patrons access via OverDrive. In short, the existing library ebook market provides a service that is useful for some libraries, but it is quite different from library lending of print books the library actually owns, to one patron at a time, whether that lending is by physical means or by digital means.

When it comes to digital lending of books a library owns to one patron at a time, there is no evidence of any licensing market whatsoever. American libraries have never paid a publisher for a license to digitally lend a book the library owns to one patron at a time. And this has remained true even as digital lending of purchased print books has become a more widespread library practice. Statement ¶ 54. *See, e.g.*, HathiTrust, *Emergency Temporary Access Service*, https://www.hathitrust.org/ETAS-Description (last visited July 4, 2022) (describing a system by which more than 200 academic libraries enabled digital lending of books in their physical collections during the COVID-19 pandemic); Carnegie Mellon University Libraries, *Introducing Controlled Digital Lending*, https://www.library.cmu.edu/about/news/2020-10/introducing-controlled-digital-lending (last visited July 4, 2022) (describing use of CDL at Carnegie Mellon); Michigan State University Libraries, *Controlled Digital Lending at Michigan State University*, https://www.slideshare.net/BaltimoreNISO/weller-and-lndsay-case-study-on-implementation-of-cdl (last visited July 4, 2022) (describing use of CDL at Michigan State); Caltech Library, *Implementing Controlled Digital Lending as a Core Library Service*, https://www.cni.org/wp-content/uploads/2021/03/CNI_Implementing_Davison.pdf (last visited July 4, 2022) (describing use of CDL at Caltech); National Information Standards Organization, *Interoperable System of*

31

*Controlled Digital Lending*, https://www.niso.org/standards-committees/is-cdl (last visited July 4, 2022) (describing standards body's work to establish technical standards for "CDL as a natural extension of existing rights held and practices undertaken by libraries for content they legally hold."); Project ReShare, *Project ReShare and Stanford Libraries Launch Controlled Digital Lending Implementers Group*, https://librarytechnology.org/pr/25314 (last visited July 4, 2022) (describing organization for librarians working to implement CDL in their respective libraries).

"Only an impact on potential licensing revenues for traditional, reasonable, or likely to be developed markets should be legally cognizable when evaluating a secondary use's effect upon the potential market for or value of the copyrighted work." *Am. Geophysical Union v. Texaco Inc.*, 60 F.3d 913, 930 (2d Cir. 1994) (cleaned up). There is no *traditional* market for publishers to license borrowing via CDL; no such license has ever existed. There is no *reasonable* market for publishers to license borrowing via CDL; libraries have already bought and paid for these books, and there is no good reason they should pay again. And there is no *likely-to-be-developed* market for publishers to license borrowing via CDL; the fact that no such market has developed over the decade that libraries have been practicing CDL is a strong indication that the future will be like the past.

> e.  **Even if CDL displaced some book sales or licenses, the fourth factor would still weigh in favor of fair use because any market harm to particular books would not affect incentives to publish.**

For the market harm factor to tilt against fair use, it is not enough for an allegedly infringing use to merely cause a decline in sales, because harms that do not offend the purposes of copyright are not "cognizable" under the fourth factor. *Campbell*, 510 U.S. at 591–92. That is because "a potential loss of revenue is not the whole story," and courts "must consider not just the amount but also the source of the loss." *Google LLC*, 141 S. Ct. at 1206. Courts must focus

on market effects that would "frustrate the purposes of copyright by materially impairing [rightsholders'] incentive to publish the work." *Cambridge Univ. Press v. Patton*, 769 F.3d 1232, 1276 (11th Cir. 2014). "Copyright should not grant anyone more economic power than is necessary to achieve the incentive to create." *Google LLC*, 141 S. Ct. at 1198 (cleaned up) (quoting Nat'l Comm'n on New Tech. Uses of Copyrighted Works ("CONTU") Final Report 11, 12 (July 31, 1978)).

    As discussed above, analysis of Internet Archive and OverDrive lending data shows that CDL has no effect on licensed ebook lending via OverDrive. But a factual dispute about that question would not be material to the fourth-factor analysis. The undisputed facts show that publisher revenues from libraries would likely remain constant even if CDL caused a library to purchase fewer ebook licenses for some titles. As former director of the federal Institute of Museum and Library Services, Susan Hildreth, explains in her expert report, "[E]ven if you were to assume that CDL reduced the necessity of lending those titles via licensed ebooks, and even if books more than five years old all became easier to lend electronically through CDL for all libraries, libraries would not spend less money on acquisitions." Hildreth Decl. Ex. 1 ¶ 106 (Hildreth Rpt.). Instead, libraries "would reallocate their spending away from ebook licensing for those titles being accessed through CDL and would spend more on ebook licensing for newer titles or on print books." *Id.* "With CDL in place in libraries throughout the United States, libraries would have additional flexibility in what they acquire from publishers, but would not spend any less money on publishers' products." *Id.* ¶ 109; Statement ¶ 149.

    Because the practice at issue in this case is the digital lending of books *more than five years old*, it is conceivable (though very unlikely) that libraries might spend less on books *more than five years old* if that practice became widespread. But if they did, they would reallocate that

33

money to spend more on books *less than five years old*, that were not available for digital lending. There is no reason to think that such a reallocation, were it to occur, would negatively affect incentives to publish new books; if anything, it would enhance those incentives, because libraries would be spending more money on new books and less money on old books. *Id.* ¶ 148.

Factor four tilts firmly in favor of fair use.

**B.      The temporary National Emergency Library was also a lawful fair use.**

When the pandemic began in spring of 2020, the Internet Archive fielded numerous requests from students, scholars, and educators concerning the obstacles to access the pandemic presented. Children were unable to access copies of their books in their school lockers, and students and scholars at universities were unable to access print books at their libraries. Statement ¶¶ 67–68. Multiple libraries reached out to the Internet Archive and explained that their entire physical collections—by the Internet Archive's estimation using IMLS data, 650 million books—were not circulating. *Id.* ¶¶ 69–70. Moreover, the pandemic created an emergency need for reliable information that was also easily accessible. For instance, health care professionals looked to the Internet Archive to digitally borrow works like *Basic Life Support for Health Care Providers* and the *Advanced Cardiovascular Life Support Provider Manual*. *Id.* ¶ 90.

In those unique circumstances, the Internet Archive reasoned that the technical controls limiting the number of concurrent lends to the number of non-circulating copies Internet Archive or its partner libraries had on hand was not necessary. *Id.* ¶ 71. Given the massive number of books sitting idle on library shelves, doing so would not increase the number of copies of books in circulation above the number of copies libraries had bought and paid for. *Id.* ¶¶ 92–95. The Internet Archive still imposed the full array of other protections—lending books for limited

34

periods, using DRM software to protect the books from being kept outside that loan period, and so on. *Id.* ¶¶ 34–35.

And under those unique circumstances, lending books in that way was fair use. As with CDL, analysis of the data reflects that the publishers did not actually lose out on any revenues as a result of the NEL. But even if they had, the public benefits of reuniting students with the books locked up in their shuttered classrooms, and reuniting the public with the books locked up in their shuttered libraries, justified that temporary measure.

Applying the fair use factors, the first factor analysis set forth in the balance of the brief is even stronger with respect to the NEL, because the purpose and character of the use was to provide temporary access to books during a public health emergency, and in fact the number of concurrent loans during the NEL appears to have been well below the number of inaccessible physical copies even at its peak. The second and third factor analysis is the same. And as to the fourth factor, as discussed above in section IV-A-4-b, there is no evidence of market harm from the NEL.

As the headline on Jill Lepore's article in The New Yorker read: "The National Emergency Library Is a Gift to Readers Everywhere." It was—and it was a fair use.

**C.    If the Court finds the Internet Archive's digital lending was not fair use, it should remit statutory damages pursuant to Section 504(c)(2).**

For the reasons explained above, the Internet Archive's digital lending is fair use. However, if this Court determines the Internet Archive's lending of digitized books, through its CDL program or its temporary NEL, were not fair, the Court should remit any award of statutory damages because the Internet Archive had a good faith basis for believing each program was fair use.

35

Under section 504(c)(2), a court "shall remit statutory damages in any case where an infringer believed and had reasonable grounds for believing that his or her use of the copyrighted work was a fair use under section 107, if the infringer was . . . an employee or agent of a nonprofit educational institution, library, or archives acting within the scope of his or her employment, or such institution, library, or archives itself, which infringed by reproducing the work[.]"  In addition, it is *the plaintiff's* burden to prove that the defendant *did not* believe and did not have reasonable grounds for believing that the use was fair use.  Gratz Decl. Ex. II, H.R. Rep. No. 94-1476, at 163 ("It is intended that, in cases involving this provision, the burden of proof with respect to the defendant's good faith should rest on the plaintiff.").

The Internet Archive—through its Digital Librarian, Brewster Kahle—has always believed its implementation of CDL and the NEL was fair use.  Statement ¶¶ 15, 77.  In developing and maintaining that belief, Mr. Kahle and the Internet Archive relied on *A White Paper on Controlled Digital Lending of Library Books*.  That paper was authored by Dave Hansen, then the Associate University Librarian and Lead Copyright & Information Policy Officer for Duke University, and Kyle Courtney, then a copyright advisor for Harvard University Library—all copyright scholars that the Internet Archive knew to be respected in their fields. That analysis concludes that "there are strong arguments supported by caselaw for why CDL, appropriately tailored to reflect physical market conditions, should be permissible under existing law under the doctrine of fair use."  *Id.* ¶ 16.

The Internet Archive also relied on the *Position Statement on Controlled Digital Lending*. This document was co-authored by Mr. Courtney; Mr. Hansen; Mary Minow, then affiliated with the Berkman Klein Center for Internet and Society at Harvard University; Jason Schultz, a Professor of Clinical Law at New York University School of Law; and Michelle Wu, then a law

professor and Director of the Law Library at the Georgetown University Law Center.  Lila Bailey, the Internet Archive's most senior lawyer, was also a co-author of this statement.  The Internet Archive understood all co-authors of the *Position Statement* to be well-respected copyright scholars.  Dozens of copyright law professors and scores of libraries and library associations became signatories to the statement, including the Association of Research Libraries, Boston Public Library, Los Angeles Public Library, the Metropolitan New York Library Council, and the Chief Officers of State Library Agencies, representing the state librarians of all fifty states.  *Id.* ¶ 17.

The Internet Archive also believed that the temporary NEL was fair use.  *Id.* ¶ 77.  The program was needed to alleviate significant access issues imposed by the pandemic, and the program was initiated after the Internet Archive received a flood of requests from students, teachers, and librarians.  *Id.* ¶¶ 67–70.  Indeed, over 100 libraries signed a statement in support of the NEL.  *Id.* ¶ 75.  And Mr. Kahle believed—correctly, as it turns out—that the number of concurrent loans via the NEL would never actually exceed the number of copies that were prevented from circulating due to the widespread emergency closure of libraries.  *Id.* ¶¶ 71, 92–95.  Providing additional access to books, in the context of the pandemic, provided a needed public service, and Mr. Kahle believed—correctly—that doing so was fair use.

## V.    CONCLUSION

The purpose of copyright law is to encourage creation and enrich the public commons.  By facilitating public access to books—without harming the market for them—Internet Archive's digital lending advances that goal.  The Court should grant summary judgment for Defendant.

Dated:  July 7, 2022                DURIE TANGRI LLP

By:                */s/ Joseph C. Gratz*
              Joseph C. Gratz (*Pro Hac Vice*)
              Jessica E. Lanier (*Pro Hac Vice*)
              Aditya V. Kamdar (*Pro Hac Vice*)
              Annie A. Lee (*Pro Hac Vice*)
              217 Leidesdorff Street
              San Francisco, CA 94111
              (415) 362-6666
              jgratz@durietangri.com
              jlanier@durietangri.com
              akamdar@durietangri.com
              alee@durietangri.com

              ELECTRONIC FRONTIER FOUNDATION
              Corynne McSherry (*Pro Hac Vice*)
              Kit Walsh (*Pro Hac Vice*)
              Cara Gagliano (*Pro Hac Vice*)
              815 Eddy Street
              San Francisco, CA 94109
              (415) 436-9333
              corynne@eff.org
              kit@eff.org
              cara@eff.org

              Attorneys for Defendant
              INTERNET ARCHIVE

## CERTIFICATE OF COMPLIANCE

I hereby certify that the following statements are true:

This brief complies with the formatting rules of the Individual Practices of Judge John G. Koeltl Section II.D and the Court's Order regarding word count (ECF No. 80). It has been prepared using a proportionally spaced typeface using Microsoft Word 2016 in 12-point Times New Roman font and includes 11,979 words.

*/s/ Joseph C. Gratz*
JOSEPH C. GRATZ

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2022 the within document was filed with the Clerk of the

Court using CM/ECF which will send notification of such filing to the attorneys of record in this

case.

*/s/ Joseph C. Gratz*
JOSEPH C. GRATZ

40

A-4818

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HACHETTE BOOK GROUP, INC.,<br>HARPERCOLLINS PUBLISHERS LLC,<br>JOHN WILEY & SONS, INC., and<br>PENGUIN RANDOM HOUSE LLC<br><br>             Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE and DOES 1 through<br>5, inclusive<br><br>             Defendants. | Case No. 1:20-CV-04160-JGK |

**DECLARATION OF RASMUS JØRGENSEN, PH.D.**

I, Rasmus Jørgensen, Ph.D., declare as follows:

1.      I am an economist and Senior Consultant at NERA Economic Consulting ("NERA").  My practice at NERA focuses on the economics of intellectual property, antitrust economics, and calculating economic damages in commercial disputes.  My additional qualifications are described in Paragraph 1 of my Opening Expert Report and my CV, attached as Exhibit 1 thereto.

2.      I was engaged by the Internet Archive, the Defendant in this lawsuit, to serve as an expert in this case.  I submit this declaration based on my personal knowledge and in support of the Internet Archive's motion for summary judgment.  If called upon as a witness, I could and would completely testify to the truth of each statement herein.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of my Opening Expert Report, served February 25, 2022, and excerpts of its exhibits.  That document contains a true, correct, and accurate statement of opinions I have formed in this matter, and the basis for those opinions.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of my Rebuttal Expert Report, served May 27, 2022, and excerpts of its exhibits.  That document contains a true, correct, and accurate statement of opinions I have formed in this matter, and the basis for those opinions.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on _____ in _____, _____.
                                                           7/6/2022              Washington    DC

_____ _____
                RASMUS JØRGENSEN, PH.D.

1

A-4820

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

<em>/s/ Joseph C. Gratz</em>

JOSEPH C. GRATZ

**Page Intentionally Left Blank**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HACHETTE BOOK GROUP, INC.,
HARPERCOLLINS PUBLISHERS LLC, JOHN
WILEY & SONS, INC., and PENGUIN RANDOM
HOUSE LLC,

Plaintiffs

v.                                                    CASE NO. 1:20-cv-04160

INTERNET ARCHIVE and DOES 1 through 5,
inclusive,

Defendants

# EXPERT REPORT OF
# RASMUS JØRGENSEN, PH.D.

February 25, 2022

**HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**

# CONTENTS

I.  INTRODUCTION ............................................................................................ 2
   A.  QUALIFICATIONS AND EXPERIENCE ................................................................ 2
   B.  ASSIGNMENT ............................................................................................ 2
   C.  MATERIALS CONSIDERED ........................................................................... 3
   D.  INDEPENDENCE AND COMPENSATION DISCLOSURE ...................................... 4

II.  SUMMARY OF OPINIONS .......................................................................... 4

III.  BACKGROUND .......................................................................................... 5
   A.  THE PARTIES ............................................................................................ 5
      1.  PLAINTIFFS ......................................................................................... 5
      2.  DEFENDANT ......................................................................................... 6
   B.  CONSUMER DEMAND FOR BOOKS VARY BY PRODUCT ATTRIBUTES ................... 6
   C.  PUBLISHERS SELL BOOKS THROUGH DISTINCT DISTRIBUTION CHANNELS ........... 8
   D.  EBOOK LENDING THROUGH OVERDRIVE ........................................................ 9
   E.  THE INTERNET ARCHIVE'S DIGITAL LENDING LIBRARY .................................. 12
      1.  THE DIGITAL LENDING LIBRARY AND CONTROLLED DIGITAL LENDING ............... 12
      2.  THE NATIONAL EMERGENCY LIBRARY ...................................................... 13

IV.  THE INTERNET ARCHIVE LENT OUT A SMALL VOLUME OF THE WORKS-IN-SUIT
     RELATIVE TO OTHER DIGITAL LIBRARIES ............................................. 14

V.  THE PEAK NUMBER OF INTERNET ARCHIVE LOANS TAKEN OUT DURING THE
    NATIONAL EMERGENCY LIBRARY ......................................................... 16

VI.  THE EVIDENCE IS NOT CONSISTENT WITH PLAINTIFFS' PURPORTED THEORY THAT
     INTERNET ARCHIVE'S BOOK LOANS ARE SUBSTITUTES FOR LOANS OF THE WORKS-
     IN-SUIT FROM OTHER DIGITAL LIBRARIES ............................................ 17

VII.  THE EVIDENCE IS NOT CONSISTENT WITH PLAINTIFFS' PURPORTED THEORY THAT
      INTERNET ARCHIVE'S BOOK LOANS ARE SUBSTITUTES FOR PLAINTIFFS' PAPERBACK
      AND EBOOK SALES OF THE WORKS-IN-SUIT ............................................ 20

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# I.    Introduction

## A.    Qualifications and Experience

1.    I am an economist and Senior Consultant at NERA Economic Consulting ("NERA"). NERA is a global firm of economists dedicated to applying economic, finance, and quantitative principles to complex business and legal issues.  I obtained my BSc, MSc, and PhD in Economics from University of Copenhagen. Prior to joining NERA, I was a Postdoctoral Research Fellow at Yale University and Professor of Economics at University of Copenhagen, where I taught undergraduate and graduate courses in econometric analysis and international economics.  My research has appeared in leading peer-reviewed scientific journals, including the *American Economic Review*, and I have served as a peer reviewer for a dozen of the principal scientific journals in Economics.  At NERA, my practice focuses on the economics of intellectual property, antitrust economics, and calculating economic damages in commercial disputes. My CV, which includes a list of my past publications, is attached as **Exhibit 1** to this report.  I have not testified as an expert in any other litigation.

## B.    Assignment

2.    Hachette Book Group, Inc. ("Hachette"), HarperCollins Publishers LLC ("HarperCollins"), John Wiley & Sons ("Wiley"), and Penguin Random House LLC ("Penguin Random House") (collectively, "Plaintiffs") allege that the Internet Archive ("IA" or "Defendant") has infringed their copyrights by scanning, reproducing, and distributing digital copies of in-copyright print books through its digital lending library.[1]  The suit brought by Plaintiffs against IA is based on a list of in-copyright works that IA allegedly infringed through its digital lending library.[2]  This list includes a total of 127 book titles ("Works-in-Suit").[3]

3.    I was asked by Durie Tangri LLP ("counsel"), counsel for Defendant, to provide an independent opinion to assist the Court regarding matters on which expert assistance may be required in this litigation.  Specifically, I have been asked to offer opinions on the following four

---

[1] Complaint, *Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc.,* and *Penguin Random House LLC, v. Internet Archive* and *DOES 1 through 5*, United States District Court, Southern District of New York, Case No: 1:20-cv-04160, June 1, 2020 ("Complaint"), ¶¶ 2-3, 6, 75, 114-115.

[2] Complaint, ¶¶ 3, 20.

[3] Complaint, Exhibit A.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

topics: i) the amount of Internet Archive's digital lending of the Works-in-Suit relative to other digital libraries over time; ii) the peak monthly loan totals for each of the Works-in-Suit during the period in which the National Emergency Library was in operation; iii) the impact of the Internet Archive's use of the Works-in-Suit on the actual digital lending market based on available information from the Internet Archive and OverDrive; and iv) the impact of the Internet Archive's use of the Works-in-Suit on Plaintiffs' sales across book formats. I understand from counsel for Defendant that courts have historically considered several of these topics when making a fair use determination in the context of copyright infringement disputes.

## C.    Materials Considered

4.    The opinions in this report are based on my professional training and experience, as well as my review of the Complaint, publicly available documents, discovery materials (including deposition transcripts and exhibits),[4] and data and documents that are in the evidentiary record. A complete list of the information and materials that I relied on when preparing this report is attached as **Exhibit 2**. The specific information upon which I have relied is cited in the footnotes of the report.

5.    My work in this matter is ongoing, and I reserve the right to supplement my opinions and analysis should any additional information become available to me. I also intend to review any additional information or reports that may be submitted by Plaintiffs and their expert(s). I understand that the Scheduling Order in this case permits the Internet Archive to serve a Reply report, and I reserve the right to prepare such a report.

---

[4] I, or members of my team working under my direction, have reviewed the following depositions and declarations: Deposition of Jacques Cressaty, October 22, 2021 ("Cressaty Deposition"); Deposition of Ben Sevier, November 4, 2021 ("Sevier Deposition"); Deposition of Michael Gaudet, November 8, 2021 ("Gaudet Deposition"); Deposition of Alison Lazarus, November 12, 2021 ("Lazarus Deposition"); Deposition of Rebecca Saletan, November 16, 2021 ("Saletan Deposition"); Deposition of Skip Dye, November 18, 2021 ("Dye Deposition"); Deposition of Jeff Weber, November 19, 2021 ("Weber Deposition"); Deposition of Chantal Restivo-Alessi, December 1, 2021 ("Restivo-Alessi Deposition"); Deposition of Josh Marwell, December 3, 2021 ("Marwell Deposition"); Deposition of Brenton Cheng, December 3, 2021 ("Cheng Deposition"); Deposition of Adam Silverman, December 6, 2021 ("Silverman Deposition"); Deposition of Alan Pavese, December 10, 2021 ("Pavese Deposition"); Deposition of Steve Potash, January 31, 2022 ("Potash Deposition"); and Declaration of Brenton Cheng, February 14, 2022 ("Cheng Declaration").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

### D. Independence and Compensation Disclosure

6. I am an independent expert. I have no affiliation with any of the parties involved in the above-captioned matter. I also have no affiliation with counsel for Plaintiffs or Defendant, nor with the Court.

7. NERA was retained by counsel according to our pro bono retention terms. NERA's terms are not dependent on the opinions offered and are not contingent in any way on the outcome of the above-captioned litigation.

## II. Summary of Opinions

8. Based on the information available to me and my analysis to date, I have reached the following conclusions:

- Internet Archive's patrons digitally borrowed the Works-in-Suit about 57 thousand times between 2017 and 2020. In this period, IA's loan volume of the Works-in-Suit was ████████████████ of OverDrive's digital lending volume of the same titles. The ratio of digital lending on IA relative to OverDrive for the Works-in-Suit varied from ████████████ across Plaintiffs between 2017 and 2020.

- About half of IA's total loan volume of the Works-in-Suit were lent out during the approximately three-month period following the launch of the National Emergency Library until its closing in mid-June 2020.

- Using the abrupt closing of the National Emergency Library as a natural experiment, I test for possible substitution effects between IA's and OverDrive's digital lending for the Works-in-Suit, as well as for possible substitution effects between IA's digital lending and Plaintiffs' print and ebook sales for the Works-in-Suit. I conclude that the large reduction in IA's digital lending of the Works-in-Suit following the closing of the National Emergency Library was not associated with concurrent increases in digital lending through OverDrive, or with Plaintiffs' print and ebook sales of the Works-in-Suit. As such, the evidence is not consistent with Plaintiffs' purported theory that IA's digitized book loans acted as competing substitutes for sales that Plaintiffs would otherwise have made.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

4

# III. Background

## A. The Parties

### 1. *Plaintiffs*

9.      Hachette is a U.S. based publishing company headquartered in New York, NY, and a division of Hachette Livre, the third largest trade and educational book publisher in the world.[5]  Hachette represents itself as a leading book publisher in the U.S., publishing more than 1,600 adult books (including 50-100 digital only titles), 350 books for young readers, and 700 audiobook titles each year.[6]  Hachette's publishing divisions include imprints such as Grand Central Publishing; Little, Brown and Company; Little, Brown Books for Young Readers; Hachette Nashville; Orbit; and Perseus Books.[7]

10.     HarperCollins, based in New York, NY, represents itself as the second largest consumer book publisher in the world, with more than 120 imprints around the world.[8]  HarperCollins publishes approximately 10,000 new books every year in 16 languages and manages a print and digital catalog of more than 200,000 titles.[9]

11.     Penguin Random House is a publisher headquartered in New York, NY.[10]  Penguin Random House has more than 300 independent imprints and brands that publish 70,000 digital and 15,000 print titles annually.[11]  Penguin Random House has a catalog with more than 100,000 ebooks available worldwide.[12]

---

[5] "About Hachette Book Group," *Hachette Book Group*, available at https://www hachettebookgroup.com/landing-page/about-hachette-book-group-2/ ("About Hachette"), accessed on January 5, 2022.

[6] About Hachette.

[7] "Imprints," *Hachette Book Group*, available at https://www hachettebookgroup.com/imprints/, accessed on February 15, 2022.

[8] "Company Profile," *HarperCollins Publishers*, available at https://www harpercollins.com/pages/worldwide-company-profile ("About HarperCollins"), accessed on January 5, 2022.

[9] About HarperCollins.

[10] "Our Story," *Penguin Random House*, available at https://www.penguinrandomhouse.com/about-us/our-story/ ("About Penguin Random House"), accessed on January 5, 2022.

[11] About Penguin Random House.

[12] About Penguin Random House.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

12.     Wiley is a publishing company based in Hoboken, NJ.[13]  Wiley develops education, professional and scientific books and journals in print and digital formats to promote lifelong learning.[14]  Wiley publishes over 2,000 new books each year and offers over 120,000 titles.[15]

### 2. Defendant

13.     IA is a 501(c)(3) non-profit organization that represents itself as "building a digital library of internet sites and other cultural artifacts in digital form."[16]  In 1996, IA began to archive the Internet, which users can access through the "Wayback Machine."[17]  As of February 25, 2022, this digital archive of the internet contains more than 663 billion web pages.[18,19]

14.     In 2005, IA began to digitize books to "provide universal access" to digital versions of books.[20]  IA has the capability to scan 4,000 books per day in 18 locations around the world, and its digital archive includes a total of 38 million books and texts.[21]  According to IA, "[b]ooks published prior to 1927 are available for download, and hundreds of thousands of modern books can be borrowed" through IA's digital lending library.[22]

## B.     Consumer Demand for Books Vary by Product Attributes

15.     Books are what economists refer to as differentiated products.  That is, each book title can be represented by a unique set of product attributes that are specific to a given title.  As an economic matter, differentiated products are generally assumed to be close but not perfect substitutes, with the perceived degree of product substitutability likely to vary across

---

[13] "About Wiley," *Wiley*, available at https://www.wiley.com/en-us/aboutus, accessed on January 5, 2022.

[14] "About Us," *Wiley*, available at https://www.wiley.com/en-gb/aboutus, accessed on February 24, 2022.

[15] Complaint, ¶ 19.

[16] "About the Internet Archive," *Internet Archive*, available at https://archive.org/about/ ("About IA"), accessed on February 25, 2022.

[17] About IA.

[18] "Wayback Machine" Homepage, *Internet Archive*, available at https://archive.org/web/, accessed on February 25, 2022.

[19] Beyond books and webpages, IA offers 7 million archived videos, 14 million archived audio recordings, 4 million archived images, and 790,000 software programs to its users. See, About IA.

[20] About IA.

[21] About IA.

[22] About IA.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

consumers.[23]  For instance, some consumers may consider spy novels to be a close substitute for a murder mystery, while others may not.

16.     Books have observable product attributes defined by, *e.g.*, their authors, content (*e.g.*, fiction or non-fiction), genre, format (*e.g.*, print or digital), size, layout, and popular and critical acclaim.[24]  Consumers are likely to differ in terms of the importance they assign to each of these attributes.[25]  For instance, some readers may have a strong preference for political autobiographies as a genre, whereas other readers may only want ebooks as they prefer to read on the go.  Consumer needs are also likely to differ across readers.  For example, students may need to read specific titles to complete their assignments.

17.     Consumers may access books by purchasing or renting titles from a large number of booksellers.[26]  Alternatively, consumers may borrow books from local libraries (or from their friends and relatives).[27]  Whether consumers decide to buy, rent, or borrow books will likely depend on their preferences, needs, income, and the price they would have to pay.  Some consumers may prefer to own a book because they expect to use it repeatedly as a reference or study book.  Similarly, some consumers may enjoy seeing a book on their bookshelves (which they can share with family and friends).  Owning a book also means that readers can take the time to read it, write notes and comments in it, and more directly support the authors whose work they like.  On the other hand, borrowing books from local libraries provides readers access to literary works at no out-of-pocket costs to the reader.

---

[23] Mankiw, N. Gregory, "Principles of Microeconomics," (5th Edition), (South-Western Cengage Learning, 2009) ("Principles of Microeconomics"), p. 90.

[24] Leemans, H. and M. Stokmans, "Attributes used in choosing books," *Poetics: International Review for the Theory of Literature,* Vol. 20 (1991) ("Attributes in Choosing Books"), p. 490.

[25] Attributes in Choosing Books, p. 490.

[26] For instance, Amazon launched its textbook rental program in 2012. "Amazon starts renting out printed textbooks," *Los Angeles Times*, available at https://www.latimes.com/business/la-xpm-2012-aug-07-la-fi-amazon-textbook-rental-20120807-story html, accessed on February 15, 2022;  "Amazon Launches Textbook Rental," *Amazon*, available at https://press.aboutamazon.com/news-releases/news-release-details/amazon-launches-textbook-rental/, accessed on February 15, 2022.

[27] "Who do you borrow books from?," *Statista*, available at https://www.statista.com/statistics/703768/book-borrowing-locations/, accessed on February 15, 2022.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

18.     Economic theory indicates that consumers decide which products to obtain based on their needs, preferences, income, and the relative prices they face in the marketplace.[28] Several factors influence consumers' demand for books.  For instance, some consumers may prefer print books because of their physical size, print quality, feel and appearance, reduced eye strain, etc.  Ebooks may provide consumers benefits such as increased portability, being able to customize the formatting (*e.g.*, by changing the font size), and improving the searchability of literary works.[29]  Consumers trade off product attributes while also considering factors such as price, income, and convenience when deciding whether to buy a book from a retailer (or borrow the title from a local library).

19.     Institutions such as public libraries also demand books.  Public libraries provide access to books and other information through lending to local communities.[30]  Libraries increase book sales by buying books for circulation to their patrons, hosting author events, and featuring works prominently in local communities.[31]  Public libraries do this at scale: in fact, public libraries get over a billion visits every year in the U.S.[32]

## C.     Publishers Sell Books Through Distinct Distribution Channels

20.     Books are sold in a variety of ways.  Common distribution channels for physical books include chain bookstores (*e.g.*, Barnes & Noble); independent bookstores; "big-box" stores (*e.g.*, Costco, Target, and Walmart); online retailers (*e.g.*, Amazon); and local and large libraries.[33]

21.     For publishers, the book trade consisting of chain and independent bookstores is important for distributing a larger set of titles from a given publisher's catalog.[34]  In contrast,

---

[28] Principles of Microeconomics, pp. 70-71.

[29] Zhang, Yin and Sonali Kudva, "Ebooks vs. Print Books: Readers' Choices and Preferences Across Contexts," *Journal of the American Society for Information Science and Technology*, Vol. 65 No. 8 (2013), pp. 3-4.

[30] "It's called a Public Library! Here's how it works…," *Medium*, available at https://medium.com/everylibrary/its-called-a-public-library-here-s-how-it-works-9a63cc6614f5 ("Public Library: How it Works"), accessed on February 15, 2022.

[31] "How Libraries Help Authors Boost Book Sales," *Forbes*, available at https://www.forbes.com/sites/rachelkramerbussel/2019/04/12/how-libraries-boost-book-sales/?sh=121f41f24d76 ("Libraries Boost Book Sales"), accessed on February 15, 2022.

[32] Public Library: How it Works.

[33] Sevier Deposition, pp. 39-42.

[34] Sevier Deposition, p. 41.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

big-box retailers take fewer titles in larger quantities.[35]  Sales to libraries combine elements of bookstores and big-box retailers, with libraries often acquiring a wide range of titles from publishers through wholesalers such as Baker + Taylor and Ingram.[36,37]

22.     Online retailers such as Amazon have also emerged as a major distribution channel of physical books in recent years.[38]  This is because online vendors are able to offer the same product but can do it cheaper and faster for the consumers when compared to bookstores.[39]

## D.   Ebook Lending Through OverDrive

23.     Publishers distribute, for the most part, ebooks to libraries using third-party vendors such as OverDrive, Bibliotheca, and Hoopla (collectively, "aggregators").[40]  OverDrive represents itself as offering the largest digital content catalog in the world, and it claims to work with more than 76,000 libraries and schools in 94 countries.[41]  The business model of aggregators such as OverDrive is to buy digital distribution rights to ebooks from publishers and then sell lending rights and services to libraries.[42]  According to its Chief Executive Office Steve Potash, OverDrive has a market share ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ in the U.S. public library ebook market, with Plaintiffs accounting for ▇▇▇▇▇▇▇▇▇▇ of OverDrive's ebook sales in the U.S.[43]

24.     

---

[35] Sevier Deposition, p. 41.

[36] Libraries Boost Book Sales.

[37] Marwell Deposition, p. 59.

[38] "Amazon Has Basically No Competition Among Online Booksellers," *The Atlantic*, available at https://www.theatlantic.com/business/archive/2014/05/amazon-has-basically-no-competition-among-online-booksellers/371917/ ("No Competition Among Online Booksellers"), accessed on February 22, 2022.

[39] No Competition Among Online Booksellers.

[40] "The Surprisingly Big Business of Library E-Books," *The New Yorker*, available at https://www.newyorker.com/news/annals-of-communications/an-app-called-libby-and-the-surprisingly-big-business-of-library-e-books ("The Surprisingly Big Business of Library E-Books"), accessed on February 15, 2022.

[41] "Who We Are," *OverDrive*, available at https://company.overdrive.com/company-profile/who-we-are/ ("About OverDrive"), accessed on February 15, 2022.

[42] The Surprisingly Big Business of Library E-Books.

[43] Potash Deposition, pp. 16, 196-198.

[44] Potash Deposition, pp. 30-31.  According to Mr. Potash, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  ▇▇▇▇▇ otash Deposition, pp. 38-39.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



25.    Depending on its agreements with publishers, OverDrive offers several purchasing and lending options to libraries.[47]  These options include the "One Copy/One User" model, which allows libraries to lend out one copy at a time to their patrons, ████████████ ████████████ with no expiration on the libraries' digital collections.[48]  Other options include "Metered Access" models in which publishers cap the number of loans or the period through which libraries can offer a given ebook.[49]

26.    

27.    ████████████████████████████████████████████
████████████████████████████

---

[45] Potash Deposition, pp. 32-33.

[46] Potash Deposition, pp. 35-36.

[47] "Getting Started with Lending Models," *OverDrive*, available at https://training.cdn.overdrive.com/Library/MP/1-LM-overview.pdf ("Getting Started with Lending Models"), accessed on February 15, 2022.

[48] Getting Started with Lending Models; Potash Deposition, pp. 49-50.

[49] Getting Started with Lending Models.

[50] Potash Deposition, pp. 50-51.

[51] Potash Deposition, p. 51.

[52] Potash Deposition, p. 52.

[53] ██████████████████████████████████████

[54] Potash Deposition, pp. 44, 68.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



28.

29.

30.

---

[55] Potash Deposition, p. 67.

[56] Potash Deposition, pp. 67-68.

[57] Potash Deposition, pp. 39, 45-46.

[58] Potash Deposition, pp. 46-47.

[59] Potash Deposition, p. 120.

[60] Potash Deposition, pp. 120-121.

[61] Potash Deposition, pp. 161-162.

[62] Potash Deposition, pp. 82-84.

[63] Potash Deposition, pp. 96-97.

[64] Potash Deposition, p. 97.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

OverDrive has millions of users, with a total of 1.8 million reviews of OverDrive's Libby reading app on the Apple App Store (giving it a rating of 4.8 stars).[65]

## E.    The Internet Archive's Digital Lending Library

### 1.    *The Digital Lending Library and Controlled Digital Lending*

31.     The Internet Archive's digital lending library lets patrons borrow books through the IA website (archive.org) and its online library catalog, Open Library (openlibrary.org).[66] The digital lending library has a collection of about 3.2 million books available to borrow in digital form, as well as millions of public domain books available in various formats.[67,68]  The literary works available for borrowing from the digital lending library consist of digitized versions of physical books IA has in its collection (or through partner libraries).[69]

32.     The Internet Archive lets patrons access books they have borrowed from the digital lending library through its online BookReader, or in encrypted PDF and encrypted EPUB formats.[70,71]  These formats allow patrons to read books in their web browser as well as on certain tablets (*e.g.*, iPad and Android tablets) using third-party apps such as Adobe Digital Editions, BlueFire Reader, or Aldiko Book Reader.[72]  At present, patrons can borrow ten books at a time from the digital lending library.[73]  If the Internet Archive has only one copy available of

---

[65] "Libby, by OverDrive", *App Store*, available at https://apps.apple.com/us/app/libby-by-overdrive/id1076402606, accessed on February 15, 2022.

[66] "Books to Borrow," *Internet Archive*, available at https://archive.org/details/inlibrary ("IA Books to Borrow"), accessed on February 22, 2022; "About Open Library," *Open Library*, available at https://openlibrary.org/help/faq/about ("About Open Library"), accessed on February 15, 2022.

[67] "Reading Books on Open Library," *Open Library*, available at https://openlibrary.org/help/faq/reading, accessed on February 15, 2022.

[68] IA Books to Borrow.

[69] "Bookscanning Launch and Vision of an Open Library," *Internet Archive Blogs*, available at https://blog.archive.org/2005/11/08/bookscanning-launch-and-vision-of-an-open-library/, accessed on February 15, 2022.

[70] "Borrowing Books Through Open Library," *Open Library*, available at https://openlibrary.org/help/faq/borrow ("Borrowing Books Through Open Library"), accessed on February 15, 2022.

[71] The encrypted EPUBs made available by IA are, according to IA, uncorrected and error-prone conversions of scanned images to text. As such, IA describes its EPUB offering as "not a high quality EPUB like you would find with a modern ebook." See, "Internet Archive responds: Why we released the National Emergency Library," *Internet Archive Blog*, available at http://blog.archive.org/2020/03/30/internet-archive-responds-why-we-released-the-national-emergency-library/, accessed on February 22, 2022.

[72] Borrowing Books Through Open Library.

[73] Borrowing Books Through Open Library.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

a book, it is available for a one-hour loan; if there is more than one copy, the book is available for either one-hour or fourteen-day loans, depending on availability.[74]  Loans may be returned before the end of the one-hour or two-week period.[75]

33.     The digital lending library has relied on a process called Controlled Digital Lending ("CDL") since 2011.[76]  Under CDL, a library "circulates the exact number of copies of a specific title it owns, regardless of format, putting controls in place to prevent users from redistributing or copying the digitized version."[77]  In this way, the digital lending library uses technical controls to maintain an "owned-to-loaned" ratio by making books available for borrow by "one patron at a time" for each physical copy it owns.[78]

### 2.     *The National Emergency Library*

34.     On March 24, 2020, citing the closure of local libraries and the self-quarantining of patrons during the onset of the COVID-19 pandemic, the Internet Archive launched the National Emergency Library ("NEL"), in which it by technical means no longer limited the number of concurrent loans to the number of copies in its collection (or to those contributed by partner libraries) for the 1.4 million "modern" books then available in its digital lending library.[79]  The National Emergency Library was set to last until "June 30, 2020, or the end of the US national emergency, whichever [was] later."[80]  On June 10, 2020, the Internet Archive

---

[74] Cheng Deposition, p. 153.

[75] Borrowing Books Through Open Library.

[76] "Transforming Our Libraries: 12 Stories About Controlled Digital Lending," *Controlled Digital Lending*, available at https://controlleddigitallending.org/sites/default/files/transforming-our-libraries.pdf, accessed on February 24, 2022.

[77] "Controlled Digital Lending by Libraries," *Controlled Digital Lending*, available at https://controlleddigitallending.org/ ("Controlled Digital Lending by Libraries"), accessed on February 15, 2022.

[78] Borrowing Books Through Open Library; Controlled Digital Lending by Libraries.

[79] "Announcing a National Emergency Library to Provide Digitized Books to Students and the Public," *Internet Archive Blogs*, available at http://blog.archive.org/2020/03/24/announcing-a-national-emergency-library-to-provide-digitized-books-to-students-and-the-public/ ("Announcing NEL"), accessed on February 15, 2022.

[80] Announcing NEL.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

announced that it would close the National Emergency Library and return to traditional controlled digital lending.[81]  The National Emergency Library closed on June 16, 2020.[82]

## IV.    The Internet Archive Lent Out a Small Volume of the Works-in-Suit Relative to Other Digital Libraries

35.     The Works-in-Suit generated a total of ████████ library checkouts through OverDrive's lending platform from 2017 through 2020.  In comparison, Internet Archive patrons digitally borrowed the Works-in-Suit about 57 thousand times during the same period.[83]  That is, Internet Archive's loan volume of the Works-in-Suit was ████████████ of OverDrive's checkouts from 2017 through 2020.[84]  In this period, OverDrive collected ████████████ ███████ in revenue for the Works-in-Suit.[85] ████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████ █  As such, Plaintiffs likely earned about ███████████ ████████████ on the Works-in-Suit through OverDrive's lending services to libraries.[87]  See **Exhibit 3**.

36.     Prior to March 23, 2020 ("the CDL period"), Internet Archive patrons digitally borrowed the Works-in-Suit a total of about 25,451 times, while OverDrive reported ████████████████████ checkouts.  As such, the ratio of IA loans to OverDrive checkouts was ████████████ before the launch of the National Emergency Library.  During the approximately



---

[81] "Temporary National Emergency Library to close 2 weeks early, returning to traditional controlled digital lending," *Internet Archive Blogs*, available at http://blog.archive.org/2020/06/10/temporary-national-emergency-library-to-close-2-weeks-early-returning-to-traditional-controlled-digital-lending/, accessed on February 15, 2022.

[82] "National Emergency Library," *Internet Archive*, available at https://blog.archive.org/national-emergency-library/, accessed on February 21, 2022.

[83] Internet Archive loan counts are based on 14-day loans identified in IA's Catalog Histories before June 1, 2020, using the 'loans__status__num_loans,' 'loans__status__num_history,' and/or 'loans_status__last_loan_date' data fields. See, Cheng Declaration, ¶¶ 5-7. From June 1, 2020 and onwards, Internet Archive loan counts include 1-hour and 14-day loans, as identified from the Loan Analytics Database. See, Cheng Declaration, ¶¶ 5, 39.

[84] Since the IA data does not include data from January 2017 through March 2017, excluding OverDrive checkouts during that period would result in IA loans comprising ████████ of total OverDrive checkouts, compared to ████████ when including all of 2017.

[85] ████████████████████████████████████████████████

[86] See ¶ 24 above.

[87] ████████████████████████████████████████████

three-month period when the NEL was in operation ("the NEL period"), patrons digitally borrowed the Works-in-Suit a total of about 29,249 times through IA's digital lending library, with the same titles generating ███████ checkouts on OverDrive's lending platform. That is, the ratio of IA loans to OverDrive checkouts was ███████████ during the NEL period. In this period, OverDrive collected ████████████████ in revenue. See **Exhibit 4**.

37.    In most months during the CDL period, ████████████████████ ████████████████████████████[88] For instance, the average number of OverDrive checkouts of the Works-in-Suit was around ████████ checkouts per month between 2017 and 2020, ranging from about ████████ checkouts in November 2017 to about ████████ checkouts in May 2020. In contrast, Internet Archive lent out the Works-in-Suit less than a thousand times in most months outside the NEL period, with more than half of the IA loans being serviced by the National Emergency Library. See **Exhibit 5**.

38.    Among the Works-in-Suit published by Hachette, *The Catcher in the Rye* was the Hachette title with the most IA loans (*i.e.*, 3,451 in total), while the second and third most popular Hachette titles were *The Mysterious Benedict Society* and *Blink*. Between 2017 and 2020, IA patrons borrowed the 27 Works-in-Suit published by Hachette a total of about 11,751 times. OverDrive collected total revenues of ████████ for these titles. This revenue was generated from a total of ████████████ OverDrive checkouts for the Works-in-Suit published by Hachette. That is, the ratio of IA loans to OverDrive checkouts was ████████ ████████ for the Hachette titles at-issue. See **Exhibit 6a**.[89]

39.    Between 2017 and 2020, OverDrive collected total revenues of ████████████ for the Works-in-Suit published by HarperCollins. The HarperCollins titles with the most IA loans were *The Lion, the Witch, and the Wardrobe*, *The Bell Jar*, and *Their Eyes Were Watching God*. For the 33 Works-in-Suit published by HarperCollins, OverDrive reported ████████████ checkouts between 2017 and 2020, while IA patrons digitally borrowed the HarperCollins titles at-issue around 22,475 times. That is, IA's loan volume of the Works-in-Suit published by

[88] The average monthly IA loans was 707 loans during the CDL period, *i.e.*, April 2017 – March 2020. IA monthly loans exceeded 1,000 loans in only 8 out of the 36 months during the CDL period.

[89] During the CDL period, the total IA loan was approximately 5.9 thousand units for the Works-in-Suit published by Hachette, while the total was 5.5 thousand units during the NEL period. See **Exhibit 6b**.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

15

HarperCollins was ███████████████ of OverDrive's checkouts for the same titles within the period.  See **Exhibit 7a**.[90]

40.    For the Works-in-Suit published by Penguin Random House, *Lord of the Flies*, *The Bluest Eye*, and *Into the Wild* had the most IA loans between 2017 and 2020.  In this period, OverDrive collected total revenues of ████████ for the 48 Penguin Random House titles among the Works-in-Suit.  This revenue was generated from ██████████ OverDrive checkouts for the Penguin Random House titles at-issue.  For the same Penguin Random House titles, IA patrons borrowed them around 21 thousand times from IA's digital lending library.  That is, the ratio of IA loans to OverDrive checkouts was ██████████ for the Works-in-Suit published by Penguin Random House.  See **Exhibit 8a**.[91]

41.    Among the Works-in-Suit published by Wiley, OverDrive collected total revenues of ████████  This revenue was generated from a total of ██████████ OverDrive checkouts for the Wiley titles among the Works-in-Suit.  For the same Wiley titles, IA patrons borrowed them around two thousand times.  That is, IA's loan volume of the Wiley titles at-issue was ██████████ of OverDrive's checkouts for the same titles between 2017 and 2020.  See **Exhibit 9a**.[92]

## V.    The Peak Number of Internet Archive Loans Taken Out During the National Emergency Library

42.    In late-March 2020, the Internet Archive launched the National Emergency Library, in which it by technical means no longer limited the number of concurrent loans to the number of copies in its collection (or to those contributed by partner libraries), providing patrons with instant access to 14-day loans of the books in its digital collection (including the Works-in-Suit).[93]

---

[90] For the Works-in-Suit published by HarperCollins, the total IA loan total was about 8.5 thousand units during the CDL period, while the total was approximately 13.0 thousand units during the NEL period. See **Exhibit 7b**.

[91] During the CDL period, the total IA loan was about 9.7 thousand units for the Works-in-Suit published by Penguin Random House, while the total was 10.2 thousand units during the NEL period. See **Exhibit 8b**.

[92] For the Works-in-Suit published by Wiley, the total IA loan was about 1.4 thousand units during the CDL period, while the total was 521 units during the NEL period. See **Exhibit 9b**.

[93] See ¶ 34 above.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

43.     During the NEL period,[94] the maximum monthly IA loan totals for the Works-in-Suit ("peak monthly IA loan total") ranged from 6 to 1,296 units for the least popular and the most popular Hachette titles at-issue (*i.e.*, *Today Will Be Different* and *The Catcher in the Rye*, respectively).  The ratio of peak monthly IA loans to concurrent OverDrive checkouts ("peak ratio") was, on average, ████████ ranging from ratios of ███████████ for *Invisible* to ██████ for *The Catcher in the Rye*, ████████████████████████████████████████████████████████████ See **Exhibit 10**.

44.     Among the 33 Works-In-Suit published by HarperCollins, *The Lion, the Witch, and the Wardrobe* was the title with the most IA loans (*i.e.*, 1,510) during the NEL period. ████████████████████████████████████████████████████ On average, the peak ratio during the NEL period was ███ for the HarperCollins titles at-issue.  See **Exhibit 11**.

45.     For the Works-in-Suit published by Penguin Random House, *Lord of the Flies* had the greatest peak monthly IA loan total (*i.e.*, 1,697), with a peak ratio of █████████ relative to concurrent OverDrive checkouts. ████████████████████████████████████████ On average, the peak ratio was ████████ for the 48 Penguin Random House titles at-issue.  See **Exhibit 12**.

46.     During the NEL period, the peak monthly loan totals ranged from 2 to 42 for the 19 Wiley titles at-issue. The two most popular Wiley titles (*i.e.*, *The Energy Bus* and *The Five Dysfunctions of a Team*) had peak ratios of ████████████ respectively.  See **Exhibit 13**.

# VI.   The Evidence Is Not Consistent with Plaintiffs' Purported Theory that Internet Archive's Book Loans are Substitutes for Loans of the Works-in-Suit From Other Digital Libraries

47.     Plaintiffs represent IA as an "unlicensed aggregator" whose services closely resemble those provided by OverDrive and other aggregators.[95]  Plaintiffs further allege that IA

---

[94] IA launched the NEL on March 24, 2020 and closed the NEL on June 16, 2020. See ¶ 34 above.

[95] Complaint, ¶¶ 80-82.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

"directly harms the Plaintiffs' print *and* ebook markets in all market segments by providing competing substitutes for numerous original works currently available in their catalogs."[96]

48. To test whether IA's digital loans of the Works-in-Suit acted as substitutes for ebook lending through OverDrive (as alleged by Plaintiffs), I consider how the closing of the National Emergency Library impacted OverDrive's checkouts of the Works-in-Suit. In this before-and-after comparison, one would expect, according to Plaintiffs' purported theory of competing substitutes, that OverDrive would see an increase in the number of checkouts of the Works-in-Suit once IA ended NEL and returned to a lending policy based on CDL (with the number of concurrent loans being restricted by the number of physical books in IA's or its partner libraries' possession).

49. The closing of the National Emergency Library represents what economists refer to as a "natural experiment."[97] That is, it is a specific period of time during which IA's loans of the Works-in-Suit decreased from their peak levels to less than a few thousand loans of the Works-in-Suit being offered to IA's patrons.[98] To the extent that any IA loan of the Works-in-Suit acted as a competing substitute, as alleged by Plaintiffs, one would expect Plaintiffs' purported substitution effect to result in increasing OverDrive checkouts after the closing of NEL.[99]

50. IA's loan volume of the Works-in-Suit decreased by about 27.6 thousand units between the second and third quarter of 2020, while OverDrive's checkouts of the same titles

■■■■■■■■■■■■ ■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■

■■■■■ Moreover, a statistical test of the mean change in OverDrive checkouts ■■■■■■■

---

[96] Complaint, ¶ 65.

[97] In economics, a "natural experiment" describes a "situation where the economic environment … exogenously changes, perhaps inadvertently, due to a policy or institutional change." See Wooldridge, Jeffrey M., "Introductory Econometrics: A Modern Approach," (6th Edition) (Cengage Learning, 2016) ("Introductory Econometrics"), p. 764.

[98] See **Exhibits 4** and **5**.

[99] For the before-and-after analysis, I consider quarter-over-quarter changes in relevant outcomes (*e.g.*, OverDrive checkouts and IA loans). This research design reflects a trade-off between analyzing information close in time to the event (*i.e.*, the closing of the NEL), while also having enough information to draw inferences about possible trends in the outcome variables over time.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
18

█████████████████████████████████████████████████ This evidence is consistent with the fact that OverDrive checkouts ████████████ of the titles at-issue during the quarters of 2020 in which IA ended the National Emergency Library.[101]

51.     For the ten Works-in-Suit with the most IA loans during the NEL period, IA's loan volume decreased by 13.8 thousand units between the second and third quarter of 2020.  For the same titles, OverDrive's checkouts █████████████████████████ █████████████████████████████████████████████████ ████████████████████ For instance, the checkouts of *Big Nate: Mr. Popularity* ███████████████████████ while the circulation of *The Bluest Eye* █████████ However, on average, the quarter-over-quarter ████████ in OverDrive checkouts was ██████████████ for the ten Works-in-Suit with the most IA loans during the NEL period. See **Exhibit 14**.

52.     For the ten Works-in-Suit with the least IA loans during the NEL period, the quarter-over-quarter changes in OverDrive checkouts was ███████████████ whereas the IA loan volume decreased by less than 50 units.  See **Exhibit 15**. As such, the average quarter-over-quarter changes in OverDrive checkouts were ██████████████ for the ten Works-in-Suit with the least IA loans during the NEL period.

53.     Under Plaintiffs' purported theory that IA's digitized book loans acted as "competitive substitutes" for OverDrive's digital lending, one would expect to find consistent increases in OverDrive checkouts for the Works-in-Suit following the closing of the National Emergency Library:███████████████████████████████████ ████████████████████████ Therefore, the evidence is not consistent with Plaintiffs' theory that IA's loan volume of the Works-in-Suit reduced digital lending through OverDrive.

---

[100]████████████████████████████████████████████████ ████████████ A one-sample *t*-test is a common method for testing hypotheses about the mean of a random variable. See, *e.g.*, Introductory Econometrics, pp. 695-696.

[101]████████████████████████████████████████████████ ██████████████████████████████████████████████ ███████████████████████████████████

# VII. The Evidence Is Not Consistent With Plaintiffs' Purported Theory that Internet Archive's Book Loans are Substitutes for Plaintiffs' Paperback and Ebook Sales of the Works-in-Suit

54.     As discussed above, Plaintiffs allege to have been directly harmed in all market segments by IA's digitized book loans of the Works-in-Suit provided through its digital lending library.[102]  To test this hypothesis, I consider how the closing of NEL impacted Plaintiffs' book sales in market segments other than the digital library lending market.  This research design and methodology necessitate monthly or quarterly sales data by market segment for each of the Works-in-Suit.  I understand that Hachette has produced monthly sales data by individual customers and book formats in 2020 for each of its Works-in-Suit.[103]  As a result, I am able to analyze how the closing of NEL impacted Hachette's book sales by market segment. I also understand that the remaining Plaintiffs (*i.e.*, HarperCollins, Penguin Random House, and Wiley) have produced annual sales data in this matter.[104]  However, since the closing of NEL happened in mid-2020, it is not possible to assess its impact, if any, on Plaintiffs' book sales using annual data.  For that reason, my analysis of Plaintiffs' book sales is limited to Hachette given the information available in the record.

55.     Hachette collected total net sales of $7.7 million dollars in 2020 for the Works-in-Suit, with most of Hachette's net sales being generated by paperback books (about $3.8 million), audio books (about $2.2 million), and ebooks (about $1.3 million).[105]  However, these sales figures appear to include Hachette's sales of the Works-in-Suit outside the U.S.[106]  Moreover, there appears to be no available field in the data that readily identifies Hachette's book sales in the U.S.  For that reason, I restrict my analysis of Hachette's paperback sales to its three leading

---

[102] Complaint, ¶¶ 65, 120.

[103] HACHETTE0002475. I note that the data provided do not include the title *The Mysterious Benedict Society*.

[104] See, *e.g.*, HC0010272, PRH0025907, and WILEY0005650.

[105] The monthly sales data from Hachette (i.e., HACHETTE0002475) reports gross sales, returns, and net sales. In the data, net sales are equal to gross sales minus returns. I compute net sales by book format using the data fields "USDNetAmt" (net sales) and "ItemFamCodeEFormatName" (book format). Hachette sold additional formats of the Works-in-Suit which also contributed to its net sales of about 7.7 million dollars, including: Hardcover books (about -$573K in net sales), paper over board books (about $56K in net sales), and mass market books (about $876K in net sales).

[106] For instance, the Hachette sales data includes transactions to accounts such as "AMAZON EU SARL DE," "AMAZON EU SARL," "AMAZON.COM.CA, INC.," "AMAZON.COM JAPAN," and "APPLE INC – CANADA SALES." These accounts are identified using the "Acct Name" data field available in HACHETTE0002475.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

accounts associated with Amazon.com and Barnes & Noble, which account for about 72 percent of the total net revenues Hachette collected on its paperback sales (of about $3.8 million).[107] Similarly, I restrict my analysis of electronic book sales to Hachette's top accounts in this category that can reasonably be expected to capture Hachette's sales in the U.S.[108]  These accounts accounted for 89 percent of Hachette's ebook net sales (of about $1.3 million).

56.     For the 23 Works-in-Suit published by Hachette with available data, IA's loan volume decreased by 4,491 units between the second and third quarter of 2020.[109]  That is, IA's loan volume decreased by about four thousand loans from their peak levels during the NEL period to the following quarter where IA loans numbered just a few hundred units.  To the extent that any IA loan of the 23 Hachette titles at-issue is alleged to have acted as a competing substitute for Hachette's paperback and ebook sales, one would expect Plaintiffs' purported substitution effect to result in increasing paperback and ebook sales for the Hachette titles at-issue after the closing of NEL.

57.     Hachette's paperback sales of the Works-in-Suit decreased by about 21.4 thousand paperback copies between the second and third quarter of 2020.  In relative terms, the quarter-over-quarter decrease in Hachette's paperback sales of the Works-in-Suit was approximately 21 percent, with 19 of the 23 Hachette titles at-issue reporting declining paperback sales between the second and third quarter of 2020.[110]  As such, the reduction in IA's loan volume following the closing of NEL happened at the same time as Hachette's paperback sales contracted, which is not indicative of the "substitution" effect purported by Plaintiffs.  See **Exhibit 16a**.[111]

---

[107] These accounts include "AMAZON.COM," "BARNES & NOBLE DC," and "BARNES & NOBLE DIST CTR," as identified by the "AcctName" data field in HACHETTE0002475.

[108] These accounts include "AMAZON DIGITAL," "APPLE INC E-BOOK," "BARNES & NOBLE E-BOOK," "GOOGLE EBOOKS," and "OVERDRIVE E-BOOK," as identified by the "AcctName" data field in HACHETTE0002475.

[109] **Exhibit 16a**.

[110] A one-sample $t$-test for the null hypothesis of a zero mean change in Hachette's paperback sales for the Works-in-Suit between the second and third quarter of 2020 produces a 95% confidential interval ranging from -1,666 to -196. As such, this test rejects the hypothesis of no average change in Hachette's paperback sales in favor of a negative average trend for its paperback sales of the Work-in-Suit between quarters two and three in 2020. The same conclusion is also reached when considering a statistical test of the mean percentage change in Hachette's paperback sales of the Works-in-Suit between the second and third quarter of 2020.

[111] When considering Hachette's paperback sales to all accounts included in the monthly sales data (*i.e.*, HACHETTE0002475), the decline in Hachette's paperback sales of the Works-in-Suit was about 13 percent between the second and third quarter of

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

58.     Hachette's ebook sales of the Works-in-Suit decreased by about 29 percent between the second and third quarter of 2020.[112]  Relative to Hachette's Q2 ebook sales, IA's loan volume of the Works-in-Suit published by Hachette decreased by nine percent from its peak levels during the NEL period to the next quarter in which IA had ended NEL.[113]  This evidence indicates that Hachette's ebook sales of the Works-in-Suit decreased at a rate greater than the relative decrease in IA's loan volume of the Hachette titles at-issue.  That is, the reduction in IA's digital lending of the Works-in-Suit published by Hachette between the second and third quarter of 2020 was not associated with increased ebook sales to Hachette, as one would expect according to Plaintiffs' purported theory of "competing substitutes." See **Exhibit 17a**.[114]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I respectfully reserve the right to update the conclusions expressed above should additional information become available to me.

_____
Rasmus Jørgensen, Ph.D.
February 25, 2022

---

2020. See **Exhibit 16b**.  As such, the reduction in IA's loan volume following the closing of NEL coincided with a contraction in Hachette's overall paperback sales, which is not indicative of the "substitution" effect purported by Plaintiffs.

[112] These sales include Hachette's ebook sales to Amazon, Apple, Barnes & Noble, and Google. See, footnote 108. Since Hachette's ebook sales to OverDrive was considered in Section VI, I have excluded them from the analysis presented in this section.

[113] A one-sample *t*-test for the null hypothesis of a zero mean change in Hachette's ebook sales for the Works-in-Suit between the second and third quarter of 2020 produces a 95% confidential interval ranging from -1,097 to -21. As such, this test rejects the hypothesis of no average change in Hachette's ebook sales in favor of a negative average trend for its ebook sales of the Work-in-Suit between quarters two and three in 2020. The same conclusion is also reached when considering a statistical test of the mean percentage change in Hachette's ebook sales of the Works-in-Suit between the second and third quarter of 2020.

[114] When considering Hachette's ebook sales to all accounts listed in the monthly sales data (*i.e.*, HACHETTE0002475) the decline in Hachette's ebook sales of the Works-in-Suit was about 29 percent between the second and third quarter of 2020. See **Exhibit 17b**. As such, the reduction in IA's loan volume following the closing of NEL coincided with a contraction in Hachette's overall ebook sales, which is not indicative of the "substitution" effect purported by Plaintiffs.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY





NERA Economic Consulting

EXHIBIT 1

# Rasmus Jørgensen, Ph.D.

Dr. Jørgensen is a Senior Consultant in NERA's Intellectual Property Practice, where he provides economic research and analysis to support complex litigation. His areas of focus are conducting damages analysis in the context of patent infringement, misappropriation of trade secrets, breaches of contract, and anticompetitive behavior. Dr. Jørgensen has expertise in applying rigorous economic and econometric methods to calculate lost profits, reasonable royalty, and economic damages in a wide range of industries, including aerospace, consumer goods, transportation, pharmaceuticals, and power generation.

## Education

**University of Copenhagen**
Ph.D., Economics, 2011
M.Sc., Economics, 2009
B.Sc., Economics, 2005

**Princeton University**
Visiting graduate student, 2008-2010

## Professional Experience

2019-
**NERA Economic Consulting**
Senior Consultant

2014-2019
**University of Copenhagen**
Assistant Professor
Taught courses in Statistics, Econometrics, and International Trade for undergraduate and graduate students.

2013-2014
**University of Copenhagen**
Postdoctoral Research Fellow

2011-2013
**Yale University**
Postdoctoral Research Fellow

## Honors and Professional Activities

Fulbright Scholarship, Princeton University, 2008.

Postdoctoral Research Grant, Independent Research Fund Denmark, 2011.

The Invisible Hand Award (teacher of the year award), University of Copenhagen, 2014.

## Publications

"Does Temporary Generic Competition Have a Lasting Impact on Branded Drug Sales?" (with D. Blackburn), NERA White Paper, 2021.

"The Wage Effects of Offshoring: Evidence from Danish Matched Worker-Firm Data" (with D. Hummels, J.R. Munch and C. Xiang), *American Economic Review*, 104(6), 2014.

"Understanding Cross-country differences in Export Premia" (with Joachim Wagner, et al.), *Review of World Economics*, 144(4), 2008.

"Defining and Measuring Entrepreneurship" (with J. Iversen and N. Malchow-Møller), *Foundations and Trends in Entrepreneurship*, 4(1), 2008.

## Referee

*American Economic Journal: Applied Economics*, *Canadian Journal of Economics*, *Danish Journal of Economics*, *Economic Inquiry*, *European Economic Review*, *Industrial Relations*, *Journal of Economic Behavior & Organization*, *Journal of Human Resources*, *Journal of Labor Economics*, *Labour Economics*, *Oxford Bulletin of Economics and Statistics*, *Review of International Economics*, *Review of World Economics*, *Scandinavian Journal of Economics*, *the Economic Journal*.

Highly Confidential
Attorneys' Eyes Only

Expert Report of Rasmus Jørgensen, Ph.D.
Exhibit 3

# OverDrive Revenue, OverDrive
# Checkouts and IA Loans by Year
# 2017-2020

| Year | OverDrive Revenue | OverDrive Checkouts | IA Loans[1] |
|---|---|---|---|
| ----------------- | -----(dollars)----- | -------(units)------- | -----(units)----- |
| (a) | (b) | (c) | (d) |
| | | | |
| 2017 | | | 2,330 |
| 2018 | | | 4,301 |
| 2019 | | | 10,828 |
| 2020 | | | 39,691 |
| **Total** | | | **57,150** |

**Notes:** [1] Internet Archive Loans include 14-day loans identified in IA's Catalog Histories before June 1, 2020, using the 'num_loans', 'num_history', and/or 'last_loan_date' data fields. See Cheng Declaration, ¶¶ 5-7. From June 1, 2020, and onwards, Internet Archive Loans include 1-hour and 14-day loans identified from the Loan Analytics Database. See Cheng Declaration, ¶¶ 5, 39.

**Sources:** INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080 - AEO; OverDrive_Supp_002.

Highly Confidential
Attorneys' Eyes Only

Expert Report of Rasmus Jørgensen, Ph.D.
Exhibit 4

# OverDrive Revenue, OverDrive Checkouts and IA Loans by Period 2017-2020

| Period[1] | OverDrive Revenue | OverDrive Checkouts | IA Loans[2] |
|---|---|---|---|
| ------------------ | ----(dollars)---- | ------(units)------ | -----(units)---- |
| (a) | (b) | (c) | (d) |
| CDL | | | 25,451 |
| NEL | | | 29,249 |
| Post NEL | | | 2,450 |
| **Total** | | | **57,150** |

**Notes:** [1] CDL refers to the period from January 2017 to March 23, 2020 (the day before NEL launch). NEL refers to the period from March 24, 2020 to June 16, 2020. Post NEL refers to the period from June 17 through the rest of 2020. March and June data are prorated using the number of days according to the definitions of the CDL, NEL and Post NEL periods.

[2] Internet Archive Loans include 14-day loans identified in IA's Catalog Histories before June 1, 2020, using the 'num_loans', 'num_history', and/or 'last_loan_date' data fields. See Cheng Declaration, ¶¶ 5-7. From June 1, 2020, and onwards, Internet Archive Loans include 1-hour and 14-day loans identified from the Loan Analytics Database. See Cheng Declaration, ¶¶ 5, 39.

**Sources:** INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080 - AEO; OverDrive_Supp_002.

A-4849

**OverDrive Checkouts and IA Loans by Month**
**January 2017 - October 2021**



**Sources:**    INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080
- AEO; OverDrive_Supp_002.

Highly Confidential
Attorneys' Eyes Only

Expert Report of Rasmus Jørgensen, Ph.D.
Exhibit 6a

## OverDrive Revenue, OverDrive Checkouts and IA Loans by Hachette Title
## Jan 2017 - Aug 2020

| Title[1] | OverDrive Revenue | OverDrive Checkouts | IA Loans[2] |
|---|---|---|---|
| | -----(dollars)----- | -------(units)------- | ------(units)------ |
| (a) | (b) | (c) | (d) |
| The Catcher in the Rye | | | 3,451 |
| The Mysterious Benedict Society | | | 941 |
| Blink: The Power of Thinking Without Thinking | | | 693 |
| The Witness | | | 669 |
| Best Kept Secrets | | | 583 |
| Middle School, the Worst Years of My Life | | | 570 |
| The Winds of War | | | 567 |
| The Caine Mutiny: A Novel of World War II | | | 478 |
| I Funny: A Middle School Story | | | 477 |
| What the Dog Saw | | | 404 |
| PS, I Love You | | | 321 |
| Tipping Point: How Little Things Can Make a Big Di | | | 304 |
| Franny and Zooey | | | 256 |
| Caliban's War | | | 242 |
| Leviathan Wakes | | | 210 |
| Who Could That Be at This Hour? | | | 201 |
| The Mysterious Benedict Society and the Perilous J | | | 180 |
| Raise High the Roof Beam, Carpenters, and Seymour: | | | 176 |
| David and Goliath: Underdogs, Misfits, and the Art | | | 172 |
| Ship Breaker | | | 170 |
| The Extraordinary Education of Nicholas Benedict | | | 164 |
| Nine Stories | | | 146 |
| When Did You See Her Last? | | | 119 |
| Invisible | | | 99 |
| All the President's Women: Donald Trump and the Ma | | | 73 |
| The Jury Master | | | 67 |
| Today Will Be Different | | | 18 |
| **Total** | | | **11,751** |

**Notes:** [1] Titles are referenced from Exhibit A of the Complaint to harmonize titles across distinct title identifiers in the various data sources.

[2] Internet Archive Loans include 14-day loans identified in IA's Catalog Histories before June 1, 2020, using the 'num_loans', 'num_history', and/or 'last_loan_date' data fields. See Cheng Declaration, ¶¶ 5-7. From June 1, 2020, and onwards, Internet Archive Loans include 1-hour and 14-day loans identified from the Loan Analytics Database. See Cheng Declaration, ¶¶ 5, 39.

**Sources:** INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080 - AEO; OverDrive_Supp_002; Complaint, Exhibit A.

**OverDrive Revenue, OverDrive Checkouts and IA Loans by Hachette Title and Period**
**Jan 2017 - Jun 2020**

| | CDL[1] | | | NEL[1] | | |
|---|---|---|---|---|---|---|
| Title[2] | OverDrive Revenue | OverDrive Checkouts | IA Loans[3] | OverDrive Revenue | OverDrive Checkouts | IA Loans[3] |
| | ------(dollars)------ | ------(units)------ | -----(units)---- | ------(dollars)------ | ------(units)------ | -----(units)---- |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
| The Catcher in the Rye | $ | | 827 | $ | | 2,589 |
| The Mysterious Benedict Society | | | 460 | | | 476 |
| Blink: The Power of Thinking Without Thinking | | | 370 | | | 323 |
| The Witness | | | 550 | | | 78 |
| Best Kept Secrets | | | 504 | | | 79 |
| Middle School, the Worst Years of My Life | | | 239 | | | 326 |
| The Winds of War | | | 454 | | | 95 |
| The Caine Mutiny: A Novel of World War II | | | 345 | | | 72 |
| I Funny: A Middle School Story | | | 121 | | | 207 |
| What the Dog Saw | | | 311 | | | 88 |
| PS, I Love You | | | 254 | | | 63 |
| Tipping Point: How Little Things Can Make a Big Di | | | 179 | | | 122 |
| Franny and Zooey | | | 120 | | | 135 |
| Caliban's War | | | 133 | | | 108 |
| Leviathan Wakes | | | 50 | | | 157 |
| Who Could That Be at This Hour? | | | 129 | | | 59 |
| The Mysterious Benedict Society and the Perilous J | | | 120 | | | 59 |
| Raise High the Roof Beam, Carpenters, and Seymour: | | | 125 | | | 51 |
| David and Goliath: Underdogs, Misfits, and the Art | | | 131 | | | 41 |
| Ship Breaker | | | 122 | | | 47 |
| The Extraordinary Education of Nicholas Benedict | | | 102 | | | 52 |
| Nine Stories | | | 24 | | | 121 |
| When Did You See Her Last? | | | 62 | | | 55 |
| Invisible | | | 75 | | | 21 |
| All the President's Women: Donald Trump and the Ma | | | 20 | | | 52 |
| The Jury Master | | | 55 | | | 12 |
| Today Will Be Different | | | 4 | | | 14 |
| **Total** | $ | | **5,885** | $ | | **5,506** |

**Notes:** [1] CDL refers to the period from January 2017 to March 23, 2020 (the day before NEL launch). NEL refers to the period from March 24, 2020 to June 16, 2020. March and June data are prorated using the number of days according to the definitions of the CDL and NEL periods.

[2] Titles are referenced from Exhibit A of the Complaint to harmonize titles across distinct title identifiers in the various data sources.

[3] Internet Archive Loans include 14-day loans identified in IA's Catalog Histories before June 1, 2020, using the 'num_loans', 'num_history', and/or 'last_loan_date' data fields. See Cheng Declaration, ¶¶ 5-7. From June 1, 2020, and onwards, Internet Archive Loans include 1-hour and 14-day loans identified from the Loan Analytics Database. See Cheng Declaration, ¶¶ 5, 39.

**Sources:** INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080 - AEO; OverDrive_Supp_002; Complaint, Exhibit A.

Highly Confidential
Attorneys' Eyes Only

Expert Report of Rasmus Jørgensen, Ph.D.
Exhibit 7a

## OverDrive Revenue, OverDrive Checkouts and IA Loans by HarperCollins Title
## Jan 2017 - Aug 2020

| Title[1] | OverDrive Revenue ------(dollars)------ | OverDrive Checkouts ---------(units)--------- | IA Loans[2] -------(units)------- |
|---|---|---|---|
| (a) | (b) | (c) | (d) |
| The Lion, the Witch, and the Wardrobe | $ | | 5,712 |
| The Bell Jar | | | 1,574 |
| Their Eyes Were Watching God | | | 1,508 |
| Little House in the Big Woods | | | 1,495 |
| Big Nate: Genius Mode | | | 1,483 |
| The Intelligent Investor | | | 1,287 |
| Big Nate: Mr. Popularity | | | 1,260 |
| The One and Only Ivan | | | 1,249 |
| Big Nate Goes for Broke | | | 1,063 |
| The Magician's Nephew | | | 1,047 |
| Little House on the Prairie | | | 1,010 |
| The Chocolate Touch | | | 945 |
| Farmer Boy | | | 837 |
| Simon vs. the Homo Sapiens Agenda | | | 589 |
| The Miseducation of Cameron Post | | | 295 |
| Fancy Nancy: Too Many Tutus | | | 216 |
| Red: A Crayon's Story | | | 142 |
| Night Watch | | | 85 |
| The Bride Wore Size 12 | | | 72 |
| Extraordinary Means | | | 69 |
| Fancy Nancy: Super Secret Surprise Party | | | 68 |
| Commonwealth | | | 63 |
| A Dangerous Place | | | 61 |
| Elegy for Eddie | | | 60 |
| Foul Play | | | 52 |
| Judgment Call | | | 48 |
| Dance of the Bones | | | 43 |
| Journey to Munich | | | 38 |
| World Gone By | | | 32 |
| Resist | | | 25 |
| Defiance | | | 21 |
| Breathe | | | 16 |
| The Return of George Washington | | | 10 |
| **Total** | $ | | **22,475** |

Notes: [1] Titles are referenced from Exhibit A of the Complaint to harmonize titles across distinct title identifiers in the various data sources.

[2] Internet Archive Loans include 14-day loans identified in IA's Catalog Histories before June 1, 2020, using the 'num_loans', 'num_history', and/or 'last_loan_date' data fields. See Cheng Declaration, ¶¶ 5-7. From June 1, 2020, and onwards, Internet Archive Loans include 1-hour and 14-day loans identified from the Loan Analytics Database. See Cheng Declaration, ¶¶ 5, 39.

Sources: INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080 - AEO; OverDrive_Supp_002; Complaint, Exhibit A.

Highly Confidential
Attorneys' Eyes Only

Expert Report of Rasmus Jørgensen, Ph D
Exhibit 7b

**OverDrive Revenue, OverDrive Checkouts and IA Loans by HarperCollins Title and Period**
**Jan 2017 - Jun 2020**

| Title[2] | CDL[1] OverDrive Revenue ----(dollars)---- | OverDrive Checkouts -----(units)----- | IA Loans[3] ----(units)---- | NEL[1] OverDrive Revenue ----(dollars)--- | OverDrive Checkouts -----(units)----- | IA Loans[3] ----(units)---- |
|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
| The Lion, the Witch, and the Wardrobe | $ | | 2,020 | $ | | 3,240 |
| The Bell Jar | | | 939 | | | 627 |
| Their Eyes Were Watching God | | | 899 | | | 546 |
| Little House in the Big Woods | | | 706 | | | 716 |
| Big Nate: Genius Mode | | | 247 | | | 1,223 |
| The Intelligent Investor | | | 335 | | | 877 |
| Big Nate: Mr. Popularity | | | 258 | | | 995 |
| The One and Only Ivan | | | 114 | | | 1,125 |
| Big Nate Goes for Broke | | | 240 | | | 711 |
| The Magician's Nephew | | | 586 | | | 398 |
| Little House on the Prairie | | | 471 | | | 481 |
| The Chocolate Touch | | | 391 | | | 549 |
| Farmer Boy | | | 568 | | | 266 |
| Simon vs. the Homo Sapiens Agenda | | | 103 | | | 479 |
| The Miseducation of Cameron Post | | | 139 | | | 155 |
| Fancy Nancy: Too Many Tutus | | | 79 | | | 136 |
| Red: A Crayon's Story | | | 36 | | | 103 |
| Night Watch | | | 35 | | | 48 |
| The Bride Wore Size 12 | | | 54 | | | 18 |
| Extraordinary Means | | | 46 | | | 23 |
| Fancy Nancy: Super Secret Surprise Party | | | 15 | | | 52 |
| Commonwealth | | | 14 | | | 35 |
| A Dangerous Place | | | 29 | | | 29 |
| Elegy for Eddie | | | 27 | | | 31 |
| Foul Play | | | 29 | | | 23 |
| Judgment Call | | | 35 | | | 9 |
| Dance of the Bones | | | 23 | | | 8 |
| Journey to Munich | | | 4 | | | 24 |
| World Gone By | | | 11 | | | 21 |
| Resist | | | 15 | | | 10 |
| Defiance | | | 16 | | | 5 |
| Breathe | | | 3 | | | 13 |
| The Return of George Washington | | | 3 | | | 6 |
| **Total** | $ | | **8,495** | $ | | **12,981** |

Notes: [1] CDL refers to the period from January 2017 to March 23, 2020 (the day before NEL launch). NEL refers to the period from March 24, 2020 to June 16, 2020. March and June data are prorated using the number of days according to the definitions of the CDL and NEL periods.

[2] Titles are referenced from Exhibit A of the Complaint to harmonize titles across distinct title identifiers in the various data sources.

[3] Internet Archive Loans include 14-day loans identified in IA's Catalog Histories before June 1, 2020, using the 'num_loans', 'num_history', and/or 'last_loan_date' data fields. See Cheng Declaration, ¶¶ 5-7. From June 1, 2020, and onwards, Internet Archive Loans include 1-hour and 14-day loans identified from the Loan Analytics Database. See Cheng Declaration, ¶¶ 5, 39.

Sources: INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080 - AEO; OverDrive_Supp_002; Complaint, Exhibit A.

A-4854

**OverDrive Revenue, OverDrive Checkouts and IA Loans by Penguin Random House Title**
**Jan 2017 - Aug 2020**

| Title[1] | OverDrive Revenue -------(dollars)------- | OverDrive Checkouts ---------(units)-------- | IA Loans[2] ---------(units)-------- |
|---|---|---|---|
| (a) | (b) | (c) | (d) |
| Lord of the Flies | $ | | 3,278 |
| The Bluest Eye | | | 1,821 |
| Into the Wild | | | 1,297 |
| The House on Mango Street | | | 1,147 |
| Fallen | | | 1,056 |
| The Road | | | 985 |
| A Short History of Nearly Everything | | | 975 |
| Eat, Pray, Love: One Woman's Search for Everything | | | 793 |
| Gone Girl | | | 777 |
| Song of Solomon | | | 757 |
| The Body Keeps the Score: Brain, Mind, and Body in | | | 641 |
| The Night Circus | | | 617 |
| The Innocent Man: Murder and Injustice in a Small | | | 564 |
| If I Stay | | | 561 |
| A Dance with Dragons | | | 482 |
| Station Eleven | | | 476 |
| Theodore Boone: Kid Lawyer | | | 419 |
| The Man Who Solved the Market | | | 362 |
| Hondo | | | 309 |
| Escape from Mr. Lemoncello's Library | | | 298 |
| Junie B., First Grader: Boss of Lunch | | | 287 |
| Phantom Prey | | | 283 |
| When Breath Becomes Air | | | 260 |
| An Ember in the Ashes | | | 260 |
| Theodore Boone: The Accused | | | 235 |
| Legend | | | 231 |
| The Better Angels of Our Nature: Why Violence has | | | 213 |
| Fear Nothing | | | 191 |
| Scat | | | 175 |
| My Life Next Door | | | 153 |
| Daring Greatly: How the Courage to Be Vulnerable T | | | 138 |
| Three Times Lucky | | | 120 |
| Dead Wake: the Last Crossing of the Lusitania | | | 109 |
| Lilac Girls | | | 87 |
| Who was Jackie Robinson? | | | 84 |
| Lab Girl | | | 73 |
| Redeployment | | | 70 |
| Give and Take: a Revolutionary Approach to Success | | | 67 |
| A Brief History of Seven Killings | | | 57 |
| Neurotribes: the Legacy of Autism and the Future o | | | 55 |
| Who is Bill Gates? | | | 49 |
| The Sports Gene: Inside the Science of Extraordina | | | 48 |
| The Burgess Boys | | | 34 |
| Thanks for the Feedback: the Science and Art of Re | | | 32 |
| Golden Son | | | 32 |
| How I Discovered Poetry | | | 12 |
| Open Heart | | | 9 |
| A Short History of Nearly Everything: Special Illu | | | - |
| **Total** | $ | | **20,979** |

**Notes:** [1] Titles are referenced from Exhibit A of the Complaint to harmonize titles across distinct title identifiers in the various data sources.

[2] Internet Archive Loans include 14-day loans identified in IA's Catalog Histories before June 1, 2020, using the 'num_loans', 'num_history', and/or 'last_loan_date' data fields. See Cheng Declaration, ¶¶ 5-7. From June 1, 2020, and onwards, Internet Archive Loans include 1-hour and 14-day loans identified from the Loan Analytics Database. See Cheng Declaration, ¶¶ 5, 39.

**Sources:** INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080 - AEO; OverDrive_Supp_002; Complaint, Exhibit A.

Highly Confidential
Attorneys' Eyes Only

Expert Report of Rasmus Jørgensen, Ph D
Exhibit 8b

**OverDrive Revenue, OverDrive Checkouts and IA Loans by Penguin Random House Title and Period**
**Jan 2017 - Jun 2020**

| Title[2] | CDL[1] OverDrive Revenue ------(dollars)------ | OverDrive Checkouts -------(units)------- | IA Loans[3] -------(units)------ | NEL[1] OverDrive Revenue ------(dollars)------ | OverDrive Checkouts -------(units)------- | IA Loans[3] -------(units)------ |
|---|---|---|---|---|---|---|
| | (a) (b) | (c) | (d) | (e) | (f) | (g) |
| Lord of the Flies | $ | | 1,237 | $ | | 2,013 |
| The Bluest Eye | | | 611 | | | 733 |
| Into the Wild | | | 582 | | | 707 |
| The House on Mango Street | | | 545 | | | 596 |
| Fallen | | | 605 | | | 384 |
| The Road | | | 547 | | | 425 |
| A Short History of Nearly Everything | | | 646 | | | 317 |
| Eat, Pray, Love: One Woman's Search for Everything | | | 515 | | | 244 |
| Gone Girl | | | 284 | | | 424 |
| Song of Solomon | | | 369 | | | 384 |
| The Body Keeps the Score: Brain, Mind, and Body in | | | 112 | | | 523 |
| The Night Circus | | | 314 | | | 260 |
| The Innocent Man: Murder and Injustice in a Small | | | 387 | | | 134 |
| If I Stay | | | 327 | | | 216 |
| A Dance with Dragons | | | 172 | | | 186 |
| Station Eleven | | | 209 | | | 267 |
| Theodore Boone: Kid Lawyer | | | 262 | | | 156 |
| The Man Who Solved the Market | | | 62 | | | 299 |
| Hondo | | | 150 | | | 157 |
| Escape from Mr Lemoncello's Library | | | 28 | | | 259 |
| Junie B, First Grader: Boss of Lunch | | | 167 | | | 119 |
| Phantom Prey | | | 235 | | | 48 |
| When Breath Becomes Air | | | 115 | | | 145 |
| An Ember in the Ashes | | | 104 | | | 125 |
| Theodore Boone: The Accused | | | 151 | | | 78 |
| Legend | | | 190 | | | 41 |
| The Better Angels of Our Nature: Why Violence has | | | 119 | | | 83 |
| Fear Nothing | | | 85 | | | 70 |
| Scat | | | 68 | | | 103 |
| My Life Next Door | | | 24 | | | 127 |
| Daring Greatly: How the Courage to Be Vulnerable T | | | 62 | | | 76 |
| Three Times Lucky | | | 38 | | | 81 |
| Dead Wake: the Last Crossing of the Lusitania | | | 59 | | | 50 |
| Lilac Girls | | | 17 | | | 51 |
| Who was Jackie Robinson? | | | 21 | | | 62 |
| Lab Girl | | | 20 | | | 53 |
| Redeployment | | | 51 | | | 18 |
| Give and Take: a Revolutionary Approach to Success | | | 45 | | | 22 |
| A Brief History of Seven Killings | | | 21 | | | 35 |
| Neurotribes: the Legacy of Autism and the Future o | | | 26 | | | 29 |
| Who is Bill Gates? | | | 7 | | | 42 |
| The Sports Gene: Inside the Science of Extraordina | | | 19 | | | 29 |
| The Burgess Boys | | | 28 | | | 6 |
| Thanks for the Feedback: the Science and Art of Re | | | 16 | | | 16 |
| Golden Son | | | - | | | 32 |
| How I Discovered Poetry | | | 3 | | | 9 |
| Open Heart | | | 5 | | | 4 |
| A Short History of Nearly Everything: Special Illu | | | - | | | - |
| **Total** | $ | | **9,660** | $ | | **10,242** |

Footnotes on Next Page

A-4856

Highly Confidential
Attorneys' Eyes Only

Expert Report of Rasmus Jørgensen, Ph.D.
Exhibit 8b

**Notes:** [1] CDL refers to the period from January 2017 to March 23, 2020 (the day before NEL launch). NEL refers to the period from March 24, 2020 to June 16, 2020. March and June data are prorated using the number of days according to the definitions of the CDL and NEL periods.

[2] Titles are referenced from Exhibit A of the Complaint to harmonize titles across distinct title identifiers in the various data sources.

[3] Internet Archive Loans include 14-day loans identified in IA's Catalog Histories before June 1, 2020, using the 'num_loans', 'num_history', and/or 'last_loan_date' data fields. See Cheng Declaration, ¶¶ 5-7. From June 1, 2020, and onwards, Internet Archive Loans include 1-hour and 14-day loans identified from the Loan Analytics Database. See Cheng Declaration, ¶¶ 5, 39.

**Sources:** INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080 - AEO; OverDrive_Supp_002; Complaint, Exhibit A.

Table on Previous Page

A-4857

Highly Confidential
Attorneys' Eyes Only

Expert Report of Rasmus Jørgensen, Ph.D.
Exhibit 9a

# OverDrive Revenue, OverDrive Checkouts and IA Loans by Wiley Title
## Jan 2017 - Aug 2020

| Title[1] | OverDrive Revenue | OverDrive Checkouts | IA Loans[2] |
|---|---|---|---|
| | ----(dollars)--- | ----(units)---- | ---(units)--- |
| (a) | (b) | (c) | (d) |
| The Five Dysfunctions of a Team: a Leadership Fabl | $ | | 319 |
| Let Your Life Speak: Listening for the Voice of Vo | | | 267 |
| Falling Upward: a Spirituality for the Two Halves | | | 251 |
| The Energy Bus | | | 171 |
| Oil Painting for Dummies | | | 144 |
| Basic Physics | | | 131 |
| Enough About You, Let's Talk About Me: How to Reco | | | 120 |
| Spanish All-in-One for Dummies | | | 97 |
| The Book Whisperer | | | 80 |
| Comparative Religion for Dummies | | | 76 |
| Overcoming the Five Dysfunctions of a Team | | | 68 |
| Ages and Stages: a Parent's Guide to Normal Childh | | | 51 |
| Getting Naked: a Business Fable About Shedding the | | | 48 |
| The Three Signs of a Miserable Job: a Fable for Ma | | | 30 |
| The Only Three Questions that Still Count: Investi | | | 29 |
| Wind Power for Dummies | | | 26 |
| The Advantage: Why Organizational Health Trumps Ev | | | 25 |
| Commercial Real Estate Investing for Dummies | | | 10 |
| Making Thinking Visible: How to Promote Engagement | | | 2 |
| **Total** | $ | | **1,945** |

Notes: [1] Titles are referenced from Exhibit A of the Complaint to harmonize titles across distinct title identifiers in the various data sources.

[2] Internet Archive Loans include 14-day loans identified in IA's Catalog Histories before June 1, 2020, using the 'num_loans', 'num_history', and/or 'last_loan_date' data fields. See Cheng Declaration, ¶¶ 5-7. From June 1, 2020, and onwards, Internet Archive Loans include 1-hour and 14-day loans identified from the Loan Analytics Database. See Cheng Declaration, ¶¶ 5, 39.

Sources: INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080 - AEO; OverDrive_Supp_002; Complaint, Exhibit A.

Highly Confidential
Attorneys' Eyes Only

Expert Report of Rasmus Jørgensen, Ph.D.
Exhibit 9b

## OverDrive Revenue, OverDrive Checkouts and IA Loans by Wiley Title and Period
## Jan 2017 - Jun 2020

| | CDL[1] | | | NEL[1] | | |
|---|---|---|---|---|---|---|
| Title[2] | OverDrive Revenue | OverDrive Checkouts | IA | OverDrive Revenue | OverDrive Checkouts | IA Loans[3] |
| ------------------------------------------ | ---(dollars)--- | ----(units)---- | ---(units)--- | ---(dollars)--- | ----(units)---- | ---(units)--- |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
| The Five Dysfunctions of a Team: a Leadership Fabl | $ | | 229 | $ | | 84 |
| Let Your Life Speak: Listening for the Voice of Vo | | | 206 | | | 61 |
| Falling Upward: a Spirituality for the Two Halves | | | 197 | | | 54 |
| The Energy Bus | | | 92 | | | 78 |
| Oil Painting for Dummies | | | 112 | | | 31 |
| Basic Physics | | | 112 | | | 19 |
| Enough About You, Let's Talk About Me: How to Reco | | | 103 | | | 16 |
| Spanish All-in-One for Dummies | | | 59 | | | 37 |
| The Book Whisperer | | | 49 | | | 28 |
| Comparative Religion for Dummies | | | 53 | | | 22 |
| Overcoming the Five Dysfunctions of a Team | | | 47 | | | 21 |
| Ages and Stages: a Parent's Guide to Normal Childh | | | 30 | | | 21 |
| Getting Naked: a Business Fable About Shedding the | | | 39 | | | 9 |
| The Three Signs of a Miserable Job: a Fable for Ma | | | 26 | | | 4 |
| The Only Three Questions that Still Count: Investi | | | 23 | | | 5 |
| Wind Power for Dummies | | | 24 | | | 2 |
| The Advantage: Why Organizational Health Trumps Ev | | | 5 | | | 20 |
| Commercial Real Estate Investing for Dummies | | | 4 | | | 6 |
| Making Thinking Visible: How to Promote Engagement | | | - | | | 2 |
| **Total** | $ | | **1,411** | $ | | **521** |

**Notes:** [1] CDL refers to the period from January 2017 to March 23, 2020 (the day before NEL launch). NEL refers to the period from March 24, 2020 to June 16, 2020. March and June data are prorated using the number of days according to the definitions of the CDL and NEL periods.

[2] Titles are referenced from Exhibit A of the Complaint to harmonize titles across distinct title identifiers in the various data sources.

[3] Internet Archive Loans include 14-day loans identified in IA's Catalog Histories before June 1, 2020, using the 'num_loans', 'num_history', and/or 'last_loan_date' data fields. See Cheng Declaration, ¶¶ 5-7. From June 1, 2020, and onwards, Internet Archive Loans include 1-hour and 14-day loans identified from the Loan Analytics Database. See Cheng Declaration, ¶¶ 5, 39.

**Sources:** INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080 - AEO; OverDrive_Supp_002; Complaint, Exhibit A.

A-4859

Highly Confidential
Attorneys' Eyes Only

**Peak IA Loans and Concurrent OverDrive Checkouts by Hachette Title**
**Mar 2020 - Jun 2020**

| Title[1] | Month of Peak IA Loans | Peak IA Loans[2] | OverDrive Checkouts[3] | Peak Ratio |
|---|---|---|---|---|
| | | ----(units)---- | -----(units)----- | ---(percent)--- |
| (a) | (b) | (c) | (d) | (e) |
| | | | | (c) / (d) |
| The Catcher in the Rye | April | 1,296 | | % |
| Blink: The Power of Thinking Without Thinking | April | 259 | | |
| The Mysterious Benedict Society | April | 238 | | |
| Middle School, the Worst Years of My Life | April | 159 | | |
| Tipping Point: How Little Things Can Make a Big Di | April | 88 | | |
| Leviathan Wakes | April | 86 | | |
| I Funny: A Middle School Story | May | 84 | | |
| Franny and Zooey | April | 68 | | |
| Caliban's War | April | 67 | | |
| Nine Stories | April | 65 | | |
| What the Dog Saw | April | 56 | | |
| The Winds of War | April | 41 | | |
| Best Kept Secrets | May | 41 | | |
| The Witness | May | 35 | | |
| All the President's Women: Donald Trump and the Ma | April | 35 | | |
| The Mysterious Benedict Society and the Perilous J | April | 34 | | |
| PS, I Love You | April | 33 | | |
| Raise High the Roof Beam, Carpenters, and Seymour: | April | 32 | | |
| When Did You See Her Last? | May | 30 | | |
| The Caine Mutiny: A Novel of World War II | April | 28 | | |
| David and Goliath: Underdogs, Misfits, and the Art | April | 27 | | |
| Who Could That Be at This Hour? | April | 26 | | |
| The Extraordinary Education of Nicholas Benedict | April | 23 | | |
| Ship Breaker | April | 22 | | |
| Invisible | April | 9 | | |
| The Jury Master | May | 7 | | |
| Today Will Be Different | April | 6 | | |
| **Average** | | | | % |

Notes: [1] Titles are referenced from Exhibit A of the Complaint to harmonize titles across distinct title identifiers in the various data sources.

[2] Peak IA Loan is the number of IA loans in the month during NEL with the maximum number of IA loans.

[3] Column includes the number of OverDrive Checkouts in the month during NEL in which IA loans peaked.

Sources: INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080-AEO; OverDrive_Supp_002; Complaint, Exhibit A.

Highly Confidential
Attorneys' Eyes Only

Expert Report of Rasmus Jørgensen, Ph.D.
Exhibit 11

### Peak IA Loans and Concurrent OverDrive Checkouts by HarperCollins Title
### Mar 2020 - Jun 2020

| Title[1] | Month of Peak IA Loans | Peak IA Loans[2] | OverDrive Checkouts[3] | Peak Ratio |
|---|---|---|---|---|
| | | ----(units)---- | -----(units)----- | -(percent)-- |
| (a) | (b) | (c) | (d) | (e) |
| | | | | (c) / (d) |
| The Lion, the Witch, and the Wardrobe | April | 1,510 | | % |
| Big Nate: Genius Mode | April | 617 | | |
| The One and Only Ivan | May | 558 | | |
| Big Nate: Mr. Popularity | April | 473 | | |
| The Intelligent Investor | April | 457 | | |
| The Bell Jar | April | 343 | | |
| Big Nate Goes for Broke | May | 336 | | |
| Little House in the Big Woods | May | 334 | | |
| The Chocolate Touch | April | 310 | | |
| Simon vs. the Homo Sapiens Agenda | May | 271 | | |
| Their Eyes Were Watching God | April | 255 | | |
| Little House on the Prairie | April | 237 | | |
| The Magician's Nephew | May | 175 | | |
| Farmer Boy | April | 130 | | |
| The Miseducation of Cameron Post | April | 74 | | |
| Fancy Nancy: Too Many Tutus | April | 65 | | |
| Red: A Crayon's Story | April | 48 | | |
| Fancy Nancy: Super Secret Surprise Party | April | 25 | | |
| Night Watch | May | 24 | | |
| Elegy for Eddie | April | 16 | | |
| Commonwealth | April | 15 | | |
| Foul Play | May | 14 | | |
| A Dangerous Place | May | 13 | | |
| Extraordinary Means | April | 13 | | |
| Journey to Munich | May | 12 | | |
| World Gone By | April | 11 | | |
| The Bride Wore Size 12 | May | 10 | | |
| Breathe | May | 9 | | |
| Resist | May | 5 | | |
| Dance of the Bones | May | 4 | | |
| Judgment Call | April | 4 | | |
| The Return of George Washington | April | 3 | | |
| Defiance | May | 3 | | |
| **Average** | | | | % |

**Notes:** [1] Titles are referenced from Exhibit A of the Complaint to harmonize titles across distinct title identifiers in the various data sources.

[2] Peak IA Loan is the number of IA loans in the month during NEL with the maximum number of IA loans.

[3] Column includes the number of OverDrive Checkouts in the month during NEL in which IA loans peaked.

**Sources:** INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080-AEO; OverDrive_Supp_002; Complaint, Exhibit A.

Highly Confidential
Attorneys' Eyes Only

**Peak IA Loans and Concurrent OverDrive Checkouts by Penguin Random House Title**
**Mar 2020 - Jun 2020**

| Title[1] | Month of Peak IA Loans | Peak IA Loans[2] ----(units)---- | OverDrive Checkouts[3] ----------(units)---------- | Peak Ratio -(percent)- |
|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) (c) / (d) |
| Lord of the Flies | April | 1,697 | | % |
| Into the Wild | April | 458 | | |
| The House on Mango Street | May | 314 | | |
| The Body Keeps the Score: Brain, Mind, and Body in | April | 265 | | |
| The Road | April | 251 | | |
| The Man Who Solved the Market | April | 238 | | |
| Song of Solomon | April | 228 | | |
| Station Eleven | April | 221 | | |
| The Bluest Eye | May | 203 | | |
| Gone Girl | April | 175 | | |
| Fallen | April | 152 | | |
| A Short History of Nearly Everything | April | 152 | | |
| Escape from Mr. Lemoncello's Library | April | 129 | | |
| Eat, Pray, Love: One Woman's Search for Everything | April | 120 | | |
| The Night Circus | April | 115 | | |
| If I Stay | April | 114 | | |
| When Breath Becomes Air | April | 100 | | |
| Theodore Boone: Kid Lawyer | April | 85 | | |
| Hondo | April | 78 | | |
| A Dance with Dragons | April | 70 | | |
| My Life Next Door | April | 64 | | |
| The Innocent Man: Murder and Injustice in a Small | April | 60 | | |
| Junie B., First Grader: Boss of Lunch | April | 60 | | |
| An Ember in the Ashes | April | 56 | | |
| Daring Greatly: How the Courage to Be Vulnerable T | April | 51 | | |
| Scat | April | 49 | | |
| The Better Angels of Our Nature: Why Violence has | April | 40 | | |
| Theodore Boone: The Accused | April | 39 | | |
| Three Times Lucky | April | 39 | | |
| Lab Girl | April | 38 | | |
| Who was Jackie Robinson? | May | 32 | | |
| Dead Wake: the Last Crossing of the Lusitania | April | 30 | | |
| Legend | April | 30 | | |
| Phantom Prey | April | 29 | | |
| Who is Bill Gates? | May | 25 | | |
| Lilac Girls | April | 21 | | |
| Fear Nothing | April | 21 | | |
| A Brief History of Seven Killings | April | 18 | | |
| Neurotribes: the Legacy of Autism and the Future o | May | 17 | | |
| Golden Son | April | 16 | | |
| The Sports Gene: Inside the Science of Extraordina | April | 15 | | |
| Redeployment | April | 13 | | |
| Thanks for the Feedback: the Science and Art of Re | April | 11 | | |
| Give and Take: a Revolutionary Approach to Success | April | 10 | | |
| How I Discovered Poetry | May | 5 | | |
| The Burgess Boys | May | 3 | | |
| Open Heart | April | 2 | | |
| A Short History of Nearly Everything: Special Illu | - | - | | |
| **Average** | | | | % |

Footnotes on Next Page

**Notes:** [1] Titles are referenced from Exhibit A of the Complaint to harmonize titles across distinct title identifiers in the various data sources.

[2] Peak IA Loan is the number of IA loans in the month during NEL with the maximum number of IA loans.

[3] Column includes the number of OverDrive Checkouts in the month during NEL in which IA loans peaked.

**Sources:** INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080-AEO; OverDrive_Supp_002; Complaint, Exhibit A.

Table on Previous Page

A-4863

## Peak IA Loans and Concurrent OverDrive Checkouts by Wiley Title
## Mar 2020 - Jun 2020

| Title[1] | Month of Peak IA Loans | Peak IA Loans[2] | OverDrive Checkouts[3] | Peak Ratio |
|---|---|---|---|---|
| -------------------------------------------------------------------------- | -------------------- | ----(units)--- | ----(units)---- | ---(percent)--- |
| (a) | (b) | (c) | (d) | (e) (c) / (d) |
| The Energy Bus | April | 42 | | % |
| The Five Dysfunctions of a Team: a Leadership Fabl | April | 41 | | |
| Let Your Life Speak: Listening for the Voice of Vo | April | 32 | | |
| Falling Upward: a Spirituality for the Two Halves | April | 30 | | |
| Spanish All-in-One for Dummies | April | 17 | | |
| Oil Painting for Dummies | May | 16 | | |
| Comparative Religion for Dummies | May | 14 | | |
| Overcoming the Five Dysfunctions of a Team | April | 14 | | |
| Enough About You, Let's Talk About Me: How to Reco | May | 12 | | |
| Ages and Stages: a Parent's Guide to Normal Childh | May | 12 | | |
| The Book Whisperer | April | 11 | | |
| The Advantage: Why Organizational Health Trumps Ev | May | 10 | | |
| Basic Physics | May | 9 | | |
| Getting Naked: a Business Fable About Shedding the | May | 5 | | |
| The Only Three Questions that Still Count: Investi | May | 4 | | |
| Commercial Real Estate Investing for Dummies | April | 3 | | |
| The Three Signs of a Miserable Job: a Fable for Ma | April | 2 | | |
| Wind Power for Dummies | May | 2 | | |
| Making Thinking Visible: How to Promote Engagement | May | 2 | | |
| **Average** | | | | % |

**Notes:** [1] Titles are referenced from Exhibit A of the Complaint to harmonize titles across distinct title identifiers in the various data sources.

[2] Peak IA Loan is the number of IA loans in the month during NEL with the maximum number of IA loans.

[3] Column includes the number of OverDrive Checkouts in the month during NEL in which IA loans peaked.

**Sources:** INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080-AEO; OverDrive_Supp_002; Complaint, Exhibit A.

Highly Confidential
Attorneys' Eyes Only

Expert Report of Rasmus Jørgensen, Ph.D.
Exhibit 14

**Change in OverDrive Checkouts and IA Loans[1]
by 10 Most Popular Titles[2]
2020Q2 to 2020Q3**



| Title[3] | Total OverDrive Checkouts 2020Q2 | Change in OverDrive Checkouts | Change in IA Loans[4] | Change in OverDrive Checkouts –(percent)– | Change in IA Loans[4] –(percent)– |
|---|---|---|---|---|---|
| ----------(units)----- | -----(units)----- | ----(units)---- | ------(units)----- | (e) | (f) |
| (a) | (b) | (c) | (d) | (c) / (b) | (d) / (b) |
| The Lion, the Witch, and the Wardrobe | | | (3,232) | | % |
| The Catcher in the Rye | | | (2,508) | | |
| Lord of the Flies | | | (1,875) | | |
| Big Nate: Genius Mode | | | (1,189) | | |
| The One and Only Ivan | | | (1,097) | | |
| Big Nate: Mr. Popularity | | | (960) | | |
| The Intelligent Investor | | | (846) | | |
| The Bluest Eye | | | (786) | | |
| Little House in the Big Woods | | | (636) | | |
| Big Nate Goes for Broke | | | (666) | | |
| **Total[5]** | | | **(13,795)** | | |

Notes: [1] Change is calculated as the difference between 2020Q3 and 2020Q2.

[2] Most popular titles refers to titles with the most IA loans during NEL.

[3] Titles are referenced from Exhibit A of the Complaint to harmonize titles across distinct title identifiers in the various data sources.

[4] Internet Archive Loans include 14-day loans identified in IA's Catalog Histories before June 1, 2020, using the 'num_loans', 'num_history', and/or 'last_loan_date' data fields. See Cheng Declaration, ¶¶ 5-7. From June 1, 2020, and onwards, Internet Archive Loans include 1-hour and 14-day loans identified from the Loan Analytics Database. See Cheng Declaration, ¶¶ 5, 39.

[5] Total of the ten titles listed.

Sources: INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080 - AEO; OverDrive_Supp_002; Complaint, Exhibit A.

Highly Confidential
Attorneys' Eyes Only

Expert Report of Rasmus Jørgensen, Ph.D.
Exhibit 15

**Change in OverDrive Checkouts and IA Loans[1]**
**by 10 Least Popular Titles[2]**
**2020Q2 to 2020Q3**

| Title[3] | Total OverDrive Checkouts 2020Q2 ----(units)---- | Change in OverDrive Checkouts -----(units)----- | Change in IA Loans[4] ----(units)---- | Change in OverDrive Checkouts --(percent)-- | Change in IA Loans[4] --(percent)-- |
|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) |
| Making Thinking Visible: How to Promote Engagement | | | (2) | | |
| Wind Power for Dummies | | | (2) | | |
| Open Heart | | | (4) | | |
| The Three Signs of a Miserable Job: a Fable for Ma | | | (4) | | |
| Defiance | | | (5) | | |
| The Only Three Questions that Still Count: Investi | | | (6) | | |
| The Return of George Washington | | | (4) | | |
| The Burgess Boys | | | (4) | | |
| Commercial Real Estate Investing for Dummies | | | (6) | | |
| Dance of the Bones | | | 5 | | |
| **Total[5]** | | | **(32)** | | |

**Notes:** [1] Change is calculated as the difference between 2020Q3 and 2020Q2.

[2] Least popular titles refers to titles with the least IA loans during NEL.

[3] Titles are referenced from Exhibit A of the Complaint to harmonize titles across distinct title identifiers in the various data sources.

[4] Internet Archive Loans include 14-day loans identified in IA's Catalog Histories before June 1, 2020, using the 'num_loans', 'num_history', and/or 'last_loan_date' data fields. See Cheng Declaration, ¶¶ 5-7. From June 1, 2020, and onwards, Internet Archive Loans include 1-hour and 14-day loans identified from the Loan Analytics Database. See Cheng Declaration, ¶¶ 5, 39.

[5] Total of the ten titles listed.

**Sources:** INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080 - AEO; OverDrive_Supp_002; Complaint, Exhibit A.

Highly Confidential
Attorneys' Eyes Only

Expert Report of Rasmus Jørgensen, Ph.D.
Exhibit 16a

**Change in Paperback Sales and IA Loans by Hachette Title[1]**
**Barnes & Noble and Amazon Accounts**
**2020Q2 to 2020Q3**

| Title[2] | Paperback Units Sold 2020Q2 ------(units)----- | Change in Paperback Sales ------(units)----- | Change in IA Loans[3] -----(units)---- | Change in Paperback Sales -(percent)- | Change in IA Loans[3] --(percent)-- |
|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) (c) / (b) | (f) (d) / (b) |
| The Catcher in the Rye | 33,090 | (4,746) | (2,508) | (14) % | (8) % |
| Middle School, the Worst Years of My Life | 7,967 | (4,789) | (312) | (60) | (4) |
| Blink: The Power of Thinking Without Thinking | 5,305 | 2,319 | (270) | 44 | (5) |
| I Funny: A Middle School Story | 1,673 | (236) | (109) | (14) | (7) |
| Leviathan Wakes | 6,647 | (3,913) | (144) | (59) | (2) |
| Franny and Zooey | 737 | (459) | (129) | (62) | (18) |
| Nine Stories | 511 | (5) | (118) | (1) | (23) |
| Caliban's War | 5,261 | (2,755) | (103) | (52) | (2) |
| Tipping Point: How Little Things Can Make a Big Di | 7,510 | 1,059 | (102) | 14 | (1) |
| The Winds of War | 1,526 | (1,087) | (97) | (71) | (6) |
| The Caine Mutiny: A Novel of World War II | 741 | (642) | (45) | (87) | (6) |
| Best Kept Secrets | 100 | (78) | (75) | (78) | (75) |
| What the Dog Saw | 1,716 | (623) | (63) | (36) | (4) |
| PS, I Love You | 452 | (316) | (57) | (70) | (13) |
| The Mysterious Benedict Society and the Perilous J | 10,958 | (1,497) | (56) | (14) | (1) |
| The Extraordinary Education of Nicholas Benedict | 8,249 | (583) | (53) | (7) | (1) |
| Who Could That Be at This Hour? | 469 | 275 | (44) | 59 | (9) |
| When Did You See Her Last? | 497 | (332) | (50) | (67) | (10) |
| Raise High the Roof Beam, Carpenters, and Seymour: | 20 | 16 | (48) | 80 | (240) |
| Ship Breaker | 997 | (199) | (43) | (20) | (4) |
| David and Goliath: Underdogs, Misfits, and the Art | 6,681 | (621) | (30) | (9) | (0) |
| Invisible | 1,982 | (1,657) | (22) | (84) | (1) |
| Today Will Be Different | 576 | (530) | (13) | (92) | (2) |
| **Total** | **103,665** | **(21,399)** | **(4,491)** | | |

**Notes:** [1] Change is calculated as the difference between 2020Q3 and 2020Q2.

[2] Titles are referenced from Exhibit A of the Complaint to harmonize titles across distinct title identifiers in the various data sources. HACHETTE0002475 does not include "The Mysterious Benedict Society" and records zero paperback sales in Q2 2020 for the titles: "The Witness", "All The President's Women", and "The Jury Master". Thus these titles are omitted from this exhibit.

[3] Internet Archive Loans include 14-day loans identified in IA's Catalog Histories before June 1, 2020, using the 'num_loans', 'num_history', and/or 'last_loan_date' data fields. See Cheng Declaration, ¶¶ 5-7. From June 1, 2020, and onwards, Internet Archive Loans include 1-hour and 14-day loans identified from the Loan Analytics Database. See Cheng Declaration, ¶¶ 5, 39.

**Sources:** INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080 - AEO; Complaint, Exhibit A; HACHETTE0002475.

Highly Confidential
Attorneys' Eyes Only

Expert Report of Rasmus Jørgensen, Ph.D.
Exhibit 16b

**Change in Paperback Sales and IA Loans by Hachette Title[1]**
**All Customer Accounts**
**2020Q2 to 2020Q3**

| Title[2] | Paperback Units Sold 2020Q2 | Change in Paperback Sales | Change in IA Loans[3] | Change in Paperback Sales | Change in IA Loans[3] |
|---|---|---|---|---|---|
| | ------(units)------ | ------(units)------ | -----(units)----- | --(percent)-- | ---(percent)--- |
| (a) | (b) | (c) | (d) | (e) c)/(b) | (f) (d)/(b) |
| The Catcher in the Rye | 44,888 | (4,485) | (2,508) | (10) % | (6) % |
| Middle School, the Worst Years of My Life | 11,329 | (5,512) | (312) | (49) | (3) |
| Blink: The Power of Thinking Without Thinking | 5,137 | 5,062 | (270) | 99 | (5) |
| I Funny: A Middle School Story | 3,260 | (574) | (109) | (18) | (3) |
| Leviathan Wakes | 8,689 | (3,332) | (144) | (38) | (2) |
| Franny and Zooey | 908 | (295) | (129) | (32) | (14) |
| Nine Stories | 670 | 84 | (118) | 13 | (18) |
| Caliban's War | 7,305 | (2,886) | (103) | (40) | (1) |
| Tipping Point: How Little Things Can Make a Big Di | 10,213 | (1,136) | (102) | (11) | (1) |
| The Winds of War | 1,683 | (1,137) | (97) | (68) | (6) |
| The Caine Mutiny: A Novel of World War II | 773 | (614) | (45) | (79) | (6) |
| The Witness | (70) | 132 | (49) | - | - |
| Best Kept Secrets | 103 | (82) | (75) | (80) | (73) |
| What the Dog Saw | 2,895 | (2,357) | (63) | (81) | (2) |
| PS, I Love You | (1,282) | 716 | (57) | - | - |
| The Mysterious Benedict Society and the Perilous J | 14,580 | 706 | (56) | 5 | (0) |
| The Extraordinary Education of Nicholas Benedict | 11,914 | (584) | (53) | (5) | (0) |
| Who Could That Be at This Hour? | 731 | 425 | (44) | 58 | (6) |
| When Did You See Her Last? | 806 | (71) | (50) | (9) | (6) |
| Raise High the Roof Beam, Carpenters, and Seymour: | (11) | 90 | (48) | - | - |
| Ship Breaker | 1,983 | (17) | (43) | (1) | (2) |
| David and Goliath: Underdogs, Misfits, and the Art | 8,281 | 539 | (30) | 7 | (0) |
| Invisible | 1,619 | (1,543) | (22) | (95) | (1) |
| Today Will Be Different | 681 | (690) | (13) | (101) | (2) |
| **Total** | **137,085** | **(17,561)** | **(4,540)** | | |

Notes: [1] Change is calculated as the difference between 2020Q3 and 2020Q2.

[2] Titles are referenced from Exhibit A of the Complaint to harmonize titles across distinct title identifiers in the various data sources. HACHETTE0002475 does not include "The Mysterious Benedict Society" and records zero sales in Q2 2020 for the titles: "All The President's Women", and "The Jury Master". Thus, these titles are omitted.

[3] Internet Archive Loans include 14-day loans identified in IA's Catalog Histories before June 1, 2020, using the 'num_loans', 'num_history', and/or 'last_loan_date' data fields. See Cheng Declaration, ¶¶ 5-7. From June 1, 2020, and onwards, Internet Archive Loans include 1-hour and 14-day loans identified from the Loan Analytics Database. See Cheng Declaration, ¶¶ 5, 39.

Sources: INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080 - AEO; Complaint, Exhibit A; HACHETTE0002475.

Highly Confidential
Attorneys' Eyes Only

Expert Report of Rasmus Jørgensen, Ph.D.
Exhibit 17a

**Change in Ebook Sales and IA Loans by Hachette Title[1]**
**Barnes & Noble and Amazon Accounts**
**2020Q2 to 2020Q3**

| Title[2] (a) | Ebook Units Sold 2020Q2 ----(units)---- (b) | Change in Ebook Sales -----(units)----- (c) | Change in IA Loans[3] -----(units)----- (d) | Change in Ebook Sales --(percent)-- (e) (c) / (b) | Change in IA Loans[3] --(percent)-- (f) (d) / (b) |
|---|---|---|---|---|---|
| The Catcher in the Rye | 12,449 | (5,707) | (2,508) | -46  % | -20  % |
| Middle School, the Worst Years of My Life | 765 | (289) | (312) | -38 | -41 |
| Blink: The Power of Thinking Without Thinking | 2,232 | (9) | (270) | 0 | -12 |
| I Funny: A Middle School Story | 297 | (110) | (109) | -37 | -37 |
| Leviathan Wakes | 7,687 | (353) | (144) | -5 | -2 |
| Franny and Zooey | 1,875 | (1,168) | (129) | -62 | -7 |
| Nine Stories | 669 | (150) | (118) | -22 | -18 |
| Caliban's War | 4,827 | (800) | (103) | -17 | -2 |
| Tipping Point: How Little Things Can Make a Big Di | 2,020 | (339) | (102) | -17 | -5 |
| The Winds of War | 1,237 | (89) | (97) | -7 | -8 |
| The Caine Mutiny: A Novel of World War II | 529 | (31) | (45) | -6 | -9 |
| The Witness | 629 | 328 | (49) | 52 | -8 |
| Best Kept Secrets | 709 | 17 | (75) | 2 | -11 |
| What the Dog Saw | 523 | (54) | (63) | -10 | -12 |
| PS, I Love You | 594 | (334) | (57) | -56 | -10 |
| The Mysterious Benedict Society and the Perilous J | 875 | (255) | (56) | -29 | -6 |
| The Extraordinary Education of Nicholas Benedict | 207 | 273 | (53) | 132 | -26 |
| Who Could That Be at This Hour? | 141 | (46) | (44) | -33 | -31 |
| When Did You See Her Last? | 117 | (19) | (50) | -16 | -43 |
| All the President's Women: Donald Trump and the Ma | 841 | (688) | (48) | -82 | -6 |
| Raise High the Roof Beam, Carpenters, and Seymour: | 153 | (14) | (48) | -9 | -31 |
| Ship Breaker | 274 | (66) | (43) | -24 | -16 |
| David and Goliath: Underdogs, Misfits, and the Art | 1,921 | 100 | (30) | 5 | -2 |
| Invisible | 5,938 | (4,049) | (22) | -68 | 0 |
| Today Will Be Different | 359 | (141) | (13) | -39 | -4 |
| The Jury Master | 2,136 | (537) | (10) | -25 | 0 |
| **Total** | **50,004** | **(14,530)** | **(4,598)** | | |

**Notes:** [1] Change is calculated as the difference between 2020Q3 and 2020Q2.

[2] Titles are referenced from Exhibit A of the Complaint to harmonize titles across distinct title identifiers in the various data sources. HACHETTE0002475 does not include "The Mysterious Benedict Society".

[3] Internet Archive Loans include 14-day loans identified in IA's Catalog Histories before June 1, 2020, using the 'num_loans', 'num_history', and/or 'last_loan_date' data fields. See Cheng Declaration, ¶¶ 5-7. From June 1, 2020, and onwards, Internet Archive Loans include 1-hour and 14-day loans identified from the Loan Analytics Database. See Cheng Declaration, ¶¶ 5, 39.

**Sources:** INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080 - AEO; Complaint, Exhibit A; HACHETTE0002475.

Highly Confidential
Attorneys' Eyes Only

Expert Report of Rasmus Jørgensen, Ph.D.
Exhibit 17b

**Change in Ebook Sales and IA Loans by Hachette Title[1]**
**All Customer Accounts**
**2020Q2 to 2020Q3**

| Title[2] (a) | Ebook Units Sold 2020Q2 ----(units)---- (b) | Change in Ebook Sales -----(units)----- (c) | Change in IA Loans[3] -----(units)----- (d) | Change in Ebook Sales --(percent)-- (e) (c) / (b) | Change in IA Loans[3] --(percent)-- (f) (d) / (b) |
|---|---|---|---|---|---|
| The Catcher in the Rye | 14,135 | (6,544) | (2,508) | -46 % | -18 % |
| Middle School, the Worst Years of My Life | 960 | (378) | (312) | -39 | -33 |
| Blink: The Power of Thinking Without Thinking | 2,734 | 6 | (270) | 0 | -10 |
| I Funny: A Middle School Story | 369 | (144) | (109) | -39 | -30 |
| Leviathan Wakes | 8,468 | (446) | (144) | -5 | -2 |
| Franny and Zooey | 2,054 | (1,284) | (129) | -63 | -6 |
| Nine Stories | 704 | (149) | (118) | -21 | -17 |
| Caliban's War | 5,320 | (869) | (103) | -16 | -2 |
| Tipping Point: How Little Things Can Make a Big Di | 2,800 | (460) | (102) | -16 | -4 |
| The Winds of War | 1,318 | (115) | (97) | -9 | -7 |
| The Caine Mutiny: A Novel of World War II | 562 | (35) | (45) | -6 | -8 |
| The Witness | 753 | 288 | (49) | 38 | -7 |
| Best Kept Secrets | 928 | 52 | (75) | 6 | -8 |
| What the Dog Saw | 624 | (83) | (63) | -13 | -10 |
| PS, I Love You | 662 | (373) | (57) | -56 | -9 |
| The Mysterious Benedict Society and the Perilous J | 1,037 | (315) | (56) | -30 | -5 |
| The Extraordinary Education of Nicholas Benedict | 273 | 279 | (53) | 102 | -19 |
| Who Could That Be at This Hour? | 165 | (53) | (44) | -32 | -27 |
| When Did You See Her Last? | 139 | (30) | (50) | -22 | -36 |
| All the President's Women: Donald Trump and the Ma | 982 | (791) | (48) | -81 | -5 |
| Raise High the Roof Beam, Carpenters, and Seymour: | 166 | (18) | (48) | -11 | -29 |
| Ship Breaker | 346 | (102) | (43) | -29 | -12 |
| David and Goliath: Underdogs, Misfits, and the Art | 2,146 | 180 | (30) | 8 | -1 |
| Invisible | 6,637 | (4,614) | (22) | -70 | 0 |
| Today Will Be Different | 404 | (153) | (13) | -38 | -3 |
| The Jury Master | 2,572 | (525) | (10) | -20 | 0 |
| **Total** | **57,258** | **(16,676)** | **(4,598)** | | |

**Notes:** [1] Change is calculated as the difference between 2020Q3 and 2020Q2.

[2] Titles are referenced from Exhibit A of the Complaint to harmonize titles across distinct title identifiers in the various data sources. HACHETTE0002475 does not include "The Mysterious Benedict Society".

[3] Internet Archive Loans include 14-day loans identified in IA's Catalog Histories before June 1, 2020, using the 'num_loans', 'num_history', and/or 'last_loan_date' data fields. See Cheng Declaration, ¶¶ 5-7. From June 1, 2020, and onwards, Internet Archive Loans include 1-hour and 14-day loans identified from the Loan Analytics Database. See Cheng Declaration, ¶¶ 5, 39.

**Sources:** INTARC00136118-284; INTARC00136286-494; INTARC00152100; INTARC00472080 - AEO; Complaint, Exhibit A; HACHETTE0002475.