## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette Book Group, Inc. v. Internet Archive _____    Docket No.: 23-1260 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Joseph E. Petersen

Firm: Kilpatrick Townsend & Stockton LLP

Address: 1302 El Camino Real, Suite 175, Menlo Park, CA 94025

Telephone: 650-614-6427 _____    Fax: 650 644 0570

E-mail: jpetersen@kilpatricktownsend.com

**Appearance for:** Amicus Curiae HathiTrust

(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )

(name/firm)

☐ Substitute counsel (replacing other counsel: _____ _____ )

(name/firm)

☐ Additional counsel (co-counsel with: _____ )

(name/firm)

☑ Amicus (in support of: Neither Party. _____ )

(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 06-23-2020 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Joseph E. Petersen

Type or Print Name: Joseph E. Petersen