# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Hachette Book Group, Inc.

**CERTIFICATE OF SERVICE***

Docket Number: 23-1260

v.

Internet Archive

I, Joseph R. Palmore (print name), hereby certify under penalty of perjury that on December 15, 2023 (date), I served a copy of sealed opening brief

(list all documents)

by (select all applicable)**

___ Personal Delivery   ___ United States Mail   _X_ Federal Express or other Overnight Courier

___ Commercial Carrier   _X_ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Elizabeth Anne McNamara | Davis Wright Tremaine LLP 1251 Avenue of the Americas | New York | NY | 10020 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

12/15/2023                         /s/ Joseph R. Palmore
Today's Date                         Signature

Certificate of Service Form (Last Revised 12/2015)