# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Hachette Book Group, Inc.**

**CERTIFICATE OF SERVICE***

Docket Number: **23-1260**

v.

**Internet Archive**

I, **Joseph R. Palmore**, hereby certify under penalty of perjury that
(print name)
on **December 15, 2023**, I served a copy of **sealed joint appendix (volumes 1-26)**
(date)

(list all documents)

by (select all applicable)**

**X** Personal Delivery ___ United States Mail ___ Federal Express or other Overnight Courier

___ Commercial Carrier **X** E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Elizabeth Anne McNamara | Davis Wright Tremaine LLP 1251 Avenue of the Americas | New York | NY | 10020 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**12/15/2023**                                    **/s/ Joseph R. Palmore**
Today's Date                                              Signature

Certificate of Service Form (Last Revised 12/2015)