NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Hachette Book Group, Inc. v. Internet Archive**     Docket No.: **23-1260**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Jason M. Schultz**

Firm: **Technology Law and Policy Clinic, New York University School of Law**

Address: **245 Sullivan Street #609, NY NY 10012**

Telephone: **(212) 992-7365**     Fax:

E-mail: **jason.schultz@law.nyu.edu**

Appearance for: **Copyright Scholars (list of all amici curiae represented attached)**
<br>(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
<br>(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
<br>(name/firm)

☐ Additional counsel (co-counsel with: _____ )
<br>(name/firm)

☑ Amicus (in support of: **Defendant-Appellant Internet Archive** )
<br>(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on **April 10, 2023** _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: **Jason Schultz**

## LIST OF *AMICI CURIAE* COPYRIGHT SCHOLARS

*Docket Number:* 23-1260

*Case Name:* *Hachette Book Group, Inc., HarperCollins Publishers L.L.C., John Wiley & Sons, Inc., Penguin Random House LLC v. Internet Archive, Does 1-5*

**Jonathan Askin,** Professor of Clinical Law, Brooklyn Law School; Founder and Director, Brooklyn Law Incubator & Policy Clinic; Faculty Chair and Innovation Catalyst, Brooklyn Law Center for Urban Business Entrepreneurship; Founder and Director, Justice Lab.

**Patricia Aufderheide**, University Professor of Communication Studies, School of Communication, American University; Founder and Senior Research Fellow, Center for Media & Social Impact, American University.

**Dr Patrick Goold**, Reader in Law, The City Law School, University of London.

**Stacey M. Lantagne**, Professor of Law, Western New England University School of Law.

**Sari Mazzurco,** Assistant Professor of Law, Southern Methodist University Dedman School of Law.

**Sunoo Park,** Assistant Professor, Computer Science, New York University Courant Institute of Mathematical Sciences; Affiliated Interdisciplinary Faculty, NYU School of Law.

**Aaron Perzanowski,** Thomas W. Lacchia Professor of Law, University of Michigan Law School.

**Blake E. Reid,** Associate Professor of Law, University of Colorado Law School; Faculty Director, Telecom and Platforms Initiative at the Silicon Flatirons Center.

**Jason Schultz,** Professor of Clinical Law, New York University School of Law; Director, NYU Technology Law & Policy Clinic; Co-Director, Engelberg Center on Innovation Law & Policy.

1

**Pamela Samuelson,** Richard M. Sherman Distinguished Professor of Law, University of California at Berkeley; Co-Director, Berkeley Center for Law & Technology.

**Jessica Silbey,** Professor of Law and Yanakakis Faculty Research Scholar, Boston University School of Law; Affiliate Fellow, Information Society Project, Yale Law School; Affiliate Faculty, Center for Innovation in Social Sciences, Boston University.