# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette Book Group, Inc. et al. v. Internet Archive  Docket No.: 23-1260

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Brandon C. Butler

Firm: Jaszi Butler PLLC

Address: 6218 Georgia Avenue NW Ste 1 - 445, Washington, DC, 20011-5125

Telephone: 202-368-7873   Fax:

E-mail: brandon@usefairuse.com

Appearance for: American Library Association and Association of Research Libraries/Amici Curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: neither party )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: s Brandon C. Butler

Type or Print Name: Brandon C. Butler