# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette Book Group, Inc. v. Internet Archive   Docket No.: 23-1260

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Yuliya M. Ziskina

Firm: N/A

Address: 319 Main Street, Biddeford, ME 04005

Telephone: 206-819-1015   Fax: N/A

E-mail: j.ziskina@gmail.com

Appearance for: Amici Curiae eBook Study Group, et al.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: Internet Archive )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 12/1/2023   OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Yuliya M. Ziskina

Type or Print Name: Yuliya M. Ziskina