

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Elizabeth A. McNamara**
(212) 489-8230 tel
(212) 489-8340 fax

lizmcnamara@dwt.com

December 19, 2023

**VIA ECF**
Catherine O'Hagan Wolfe
Clerk of Court, U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *Hachette Book Group, Inc., et al. v. Internet Archive, et al.*, No. 23-01260

Dear Ms. O'Hagan Wolfe:

Appellees Hachette Book Group, Inc., HarperCollins Publishers L.L.C., John Wiley & Sons, Inc., and Penguin Random House LLC respectfully request that the deadline for their brief be Friday, March 15, 2024, which is 91 days after the filing of Appellant Internet Archive's brief. *See* Local Rule 31.2.

Sincerely,

Elizabeth A. McNamara

*Counsel for Appellees Hachette Book Group, Inc.,*
*HarperCollins Publishers L.L.C., John Wiley & Sons, Inc.,*
*and Penguin Random House LLC*

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system on December 19, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated:  December 19, 2023                                                         /s/ Elizabeth A. McNamara
                                                                                                      Elizabeth A. McNamara