# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette Book Group, Inc. v. Internet Archive     Docket No.: 23-1260

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jennifer M. Urban

Firm: Samuelson Law, Technology & Public Policy Clinic, U.C. Berkeley School of Law

Address: 353 Law Building, Berkeley, CA 94720-7200

Telephone: (510) 642-7338     Fax:

E-mail: jurban@clinical.law.berkeley.edu

Appearance for: Center for Democracy & Technology, Library Freedom Project, and Public Knowledge
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: Defendant-Appellant Internet Archive )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on December 14, 2023     OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Jennifer M. Urban

Type or Print Name: Jennifer M. Urban