## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette v. Internet Archive     Docket No.: 23-1260

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Christopher T. Bavitz

Firm: Cyberlaw Clinic

Address: Harvard Law School, 1557 Massachusetts Ave, 4th Fl, Cambridge, MA 02138

Telephone: 617-384-9125     Fax: 617-812-3050

E-mail: cbavitz@law.harvard.edu

Appearance for: Amici Curiae Kevin L. Smith and William M. Cross
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendant-Appellant Internet Archive )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/Christopher T. Bavitz

Type or Print Name: Christopher T. Bavitz