# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette Book Group, Inc. et al v. Internet Archive          Docket No.: 23-1260

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Rachel Brooke Leswing

Firm: Authors Alliance, Inc.

Address: 2705 Webster St., #5805, Berkeley CA 94705

Telephone: (510) 495-0782          Fax:

E-mail: rachel@authorsalliance.org

Appearance for: Authors Alliance/Amicus Curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendant-Appellant Internet Archive )
(party/designation)

---

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: s/ Rachel Brooke Leswing

Type or Print Name: Rachel Brooke Leswing