# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette Book Group, Inc. v. Internet Archive   Docket No.: 23-1260

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jeffrey Theodore Pearlman

Firm: University of Southern California Gould School of Law IP & Technology Law Clinic

Address: 699 Exposition Blvd., Los Angeles, CA 90089-0071

Telephone: (213) 740-7613    Fax: (888) 403-7927

E-mail: jef@law.usc.edu

Appearance for: Wikimedia Foundation, Creative Commons, and Project Gutenberg Literary Archive Foundation
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendant-Appellant Internet Archive )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: Jeffrey Theodore Pearlman