# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette Book Group, Inc. v. Internet Archive    Docket No.: 23-1260

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Sara K. Stadler

Firm: Kilpatrick Townsend & Stockton LLP

Address: 1114 Avenue of the Americas, New York, NY 10036

Telephone: 404-532-6908    Fax:

E-mail: sstadler@kilpatricktownsend.com

Appearance for: Amicus Curiae HathiTrust
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Joseph E. Petersen/Kilpatrick Townsend & Stockton LLP )
(name/firm)

☑ Amicus (in support of: Neither Party. )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 12/15/2023    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Sara K. Stadler

Type or Print Name: Sara K. Stadler