UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of January, two thousand and twenty-four,

_____

| | |
|---|---|
| Hachette Book Group, Inc., HarperCollins Publishers L.L.C., John Wiley & Sons, Inc., Penguin Random House LLC, | **ORDER**<br>Docket No: 23-1260 |

        Plaintiffs - Appellees,

v.

Internet Archive,

        Defendant - Appellant,

Does 1-5, inclusive,

        Defendants.

_____

Counsel for Appellees Hachette Book Group, Inc., HarperCollins Publishers L.L.C., John Wiley & Sons, Inc. and Penguin Random House LLC, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 15, 2024, as the brief filing date.

It is HEREBY ORDERED that Appellees' brief must be filed on or before March 15, 2024. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellees will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

        For The Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

