UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-1260

**Caption [use short title]**

**Motion for:** Leave to file Brief under seal.

Set forth below precise, complete statement of relief sought:

Leave to file Brief under seal.

Hachette Book Group, Inc. v. Internet Archive

**MOVING PARTY:** Hachette Book Group, Inc., John Wiley & Sons, Inc., Penguin Random House LLC, HarperCollins Publishers LLC

**OPPOSING PARTY:** Unopposed

[✔] Plaintiff   [ ] Defendant
[ ] Appellant/Petitioner   [✔] Appellee/Respondent

**MOVING ATTORNEY:** Elizabeth A. McNamara

**OPPOSING ATTORNEY:** Unopposed

[name of attorney, with firm, address, phone number and e-mail]

Elizabeth A. McNamara
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Fl.

New York, NY 10020
Phone: (212) 489-8230
Email: lizmcnamara@dwt.com

**Court- Judge/ Agency appealed from:** United States District Court for the Southern District of New York, Hon. John G. Koeltl

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes   [ ] No (explain):_____

Opposing counsel's position on motion:
[✔] Unopposed   [ ] Opposed   [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes   [✔] No   [ ] Don't Know

Is oral argument on motion requested?   [ ] Yes   [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes   [✔] No   If yes, enter date:_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   [ ] Yes [ ] No
Has this relief been previously sought in this court?   [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**

/s/ Elizabeth A. McNamara   **Date:** March 14, 2024   Service by: [✔] CM/ECF   [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 23-1260

IN THE

# United States Court of Appeals

### FOR THE SECOND CIRCUIT

HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC,
JOHN WILEY & SONS, INC., PENGUIN RANDOM HOUSE LLC,

*Plaintiffs-Appellees,*

—against—

INTERNET ARCHIVE,

*Defendant-Appellant,*

DOES 1-5, INCLUSIVE,

*Defendants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## MOTION TO FILE BRIEF UNDER SEAL

| | |
|---|---|
| SCOTT A. ZEBRAK | ELIZABETH A. MCNAMARA |
| MATTHEW J. OPPENHEIM | LINDA J. STEINMAN |
| DANAE TINELLI | JOHN M. BROWNING |
| OPPENHEIM + ZEBRAK, LLP | JESSE M. FEITEL |
| 4530 Wisconsin Avenue NW | CARL MAZUREK |
| Washington, DC 20016 | DAVIS WRIGHT TREMAINE LLP |
| (202) 480-2999 | 1251 Avenue of the Americas, 21st Floor |
| | New York, New York 10020 |
| | (212) 489-8230 |

*Attorneys for Plaintiffs-Appellees*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, Plaintiffs-Appellees ("Plaintiffs" or "Publishers") make the following disclosures:

Plaintiff-Appellee Hachette Book Group, Inc. is a wholly owned subsidiary of Hachette Livre USA, Inc. Hachette Livre USA, Inc. is a wholly-owned subsidiary of Lagardère North America Inc.; Lagardère North America Inc. is a wholly-owned subsidiary of Lagardère Media (formerly Hachette SA); Lagardère Media is a wholly-owned subsidiary of Lagardère SA, which is traded on the Paris stock exchange; and more than 10% of Lagardère SA's outstanding stock is owned by Vivendi SE, which is traded on the Paris stock exchange.

Plaintiff-Appellee John Wiley & Sons, Inc. is a publicly traded company. John Wiley & Sons, Inc. has no parent corporation. BlackRock, Inc. is a publicly held corporation that owns more than 10% of John Wiley & Sons, Inc.'s Class A stock.

Plaintiff-Appellee Penguin Random House LLC is a limited liability company whose ultimate parent corporation is Bertelsmann SE & Co. KGaA, a privately held company. No publicly held corporation owns 10% or more of the stock of Penguin Random House LLC.

Plaintiff-Appellee HarperCollins Publishers LLC is a limited liability company whose ultimate parent corporation is News Corporation, a publicly-

held company. Based on public filings, no publicly held company owns 10% or more of News Corporation's Class B voting stock. T. Rowe Price Associates Inc. owns more than 10% of News Corporation's Class A non-voting stock.

Dated: March 14, 2024         */s/ Elizabeth A. McNamara*

Plaintiffs-Appellees Hachette Book Group, Inc., John Wiley & Sons, Inc., Penguin Random House LLC, and HarperCollins Publishers LLC (together, the "Publishers") respectfully move under Federal Rule of Appellate Procedure 27 and Local Rule 27.1 for permission to file their Brief under seal and to file a redacted version of the brief on the public docket.

The district court granted the parties' joint motion to file under seal certain summary judgment exhibits and deposition testimony that were designated "Confidential" or "Attorneys' Eyes Only" pursuant to the district court's protective order. *See* Order Granting Motion to Seal, ECF 114 (July 8, 2022); Order Granting Motion to Seal, ECF 86 (July 5, 2022); Protective Order, ECF 39 (Oct. 8, 2020).

The Publishers' Brief will refer to confidential information contained in those documents sealed by the district court. The confidential information in the Brief will be limited exclusively to information designated as confidential by third-parties Better World Books and OverDrive. Filing the unredacted brief and references to confidential documents in the Joint Appendix under seal is necessary to maintain the confidentiality of the same information protected by the district court.

The Publishers' Brief is due March 15, 2024. If the Court grants this motion, the Publishers will submit their principal brief under seal by that date.

Although Local Rule 25.1(j)(2) would not require the filing of redacted versions until March 22, 2024, the Publishers plans to file them before March 22 as well.

Counsel for Defendant-Appellant Internet Archive has been notified of this motion via e-mail, does not oppose the motion, and does not intend to file a response.  *See* Local Rule 27.1(b).

## CONCLUSION

The Publishers respectfully request leave to file their Brief under seal, with a redacted public copy of the opening brief to be filed no more than a week thereafter.

Dated: New York, New York
      March 14, 2024

**DAVIS WRIGHT TREMAINE LLP**

*/s/ Elizabeth A. McNamara*
Elizabeth A. McNamara
Linda Steinman
John M. Browning
Jesse M. Feitel
Carl Mazurek
1251 Avenue of the Americas, 21st Fl.
New York, NY 10020
Phone: (212) 489-8230
Email:  lizmcnamara@dwt.com
           lindasteinman@dwt.com
           jackbrowning@dwt.com
           jessefeitel@dwt.com
           carlmazurek@dwt.com

**OPPENHEIM + ZEBRAK, LLP**

Matthew J. Oppenheim

Scott A. Zebrak
Danae Tinelli
4530 Wisconsin Avenue, NW, 5th Fl.
Washington, DC 20016
Phone: (202) 480-2999
Email:  matt@oandzlaw.com
           scott@oandzlaw.com
           danae@oandzlaw.com

*Attorneys for Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., and Penguin Random House LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit via the CM/ECF system on March 14, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 14, 2024  /s/ Elizabeth A. McNamara