# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-1260

**Caption** [use short title]

**Motion for:** Extension of time to file the reply brief

Hachette Book Group, Inc. v. Internet Archive

Set forth below precise, complete statement of relief sought:

Extension of time to file the reply brief from

Friday, April 5, 2024, to Friday, April 19, 2024.

**MOVING PARTY:** Internet Archive

**OPPOSING PARTY:** Unopposed

- [ ] Plaintiff
- [x] Defendant
- [x] Appellant/Petitioner
- [ ] Appellee/Respondent

**MOVING ATTORNEY:** Joseph R. Palmore

**OPPOSING ATTORNEY:** Unopposed

[name of attorney, with firm, address, phone number and e-mail]

Joseph R. Palmore

Tel: (202) 887-6940

Morrison & Foerster LLP

Email: JPalmore@mofo.com

2100 L Street NW, Suite 900, Washington, DC 20037

Court- Judge/ Agency appealed from: United States District Court for the Southern District of New York, Hon. John G. Koeltl

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
- [x] Yes
- [ ] No (explain):

Opposing counsel's position on motion:
- [x] Unopposed
- [ ] Opposed
- [ ] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes
- [x] No
- [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  [ ] Yes  [ ] No

Has this relief been previously sought in this court?  [ ] Yes  [ ] No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  [ ] Yes  [x] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  [ ] Yes  [x] No  If yes, enter date:

**Signature of Moving Attorney:**

Joseph R. Palmore  Digitally signed by Joseph R. Palmore Date: 2024.03.18 13:06:10 -04'00'  **Date:** 3/18/2024  Service : [x] Electronic  [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 23-1260

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., PENGUIN RANDOM HOUSE LLC,

*Plaintiffs-Appellees,*

v.

INTERNET ARCHIVE,

*Defendant-Appellant,*

DOES 1-5, inclusive,

*Defendants.*

Appeal from the United States District Court for the Southern District of New York, Case No. 1:20-cv-4160, Hon. John G. Koeltl

**DEFENDANT-APPELLANT'S UNOPPOSED MOTION TO EXTEND THE TIME TO FILE THE REPLY BRIEF**

JOSEPH C. GRATZ
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

CORYNNE M. MCSHERRY
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

JOSEPH R. PALMORE
ADITYA V. KAMDAR
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-6940
JPalmore@mofo.com

DIANA L. KIM
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304

*Counsel for Defendant-Appellant Internet Archive*

MARCH 18, 2024

## CORPORATE DISCLOSURE STATEMENT

Internet Archive, a 501(c)(3) non-profit organization, has no parent corporation.  There is no publicly held corporation that owns 10% or more of Internet Archive's stock.

Dated:  March 18, 2024           <u>      s/ Joseph R. Palmore      </u>

Defendant-Appellant Internet Archive respectfully moves under Federal Rule of Appellate Procedure 27 and Local Rules 27.1(f) and 31.2(c) for an extension of 14 days to file its reply brief from Friday, April 5, 2024, to Friday, April 19, 2024. This is appellant's first motion for an extension of time to file its reply brief. Counsel for Plaintiffs-Appellees Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., and Penguin Random House LLC have stated that they do not oppose the requested extension and will not file a response.

Good cause exists for the requested extension. Counsel for appellant had and have several other matters pending in this and other courts. Counsel currently have a response brief due March 18 in *Hanford Tank Disposition Alliance, LLC v. US*, No. 23-2272 (Fed. Cir.); a reply brief due March 21 in *C. R. Bard, Inc. v. Atrium Medical Corporation*, No. 23-16020 (9th Cir.); a reply in support of a petition for writ of mandate due March 21 in *Snap Inc. v. Superior Court Los Angeles County et al.*, No. B335533 (Cal. 2d App. Dist.); an answer or motion to dismiss due March 27 in *Tremblay et al. v. OpenAI, Inc. et al.*, No. 23-cv-03223-AMO (N.D. Cal.); a reply brief due March 28 in *Andersen et al. v. Stability AI Ltd. et al.*, No. 23-cv-00201-WHO (N.D. Cal.); a reply brief due April 10 in *DOE 1 et al. v. GitHub, Inc. et al.*, No. 22-cv-6823-JST (N.D. Cal.); a response brief due April 9 in *Jodi Tapply, et al. v. Whirlpool Corporation*, No. 23-1666 (6th Cir.); an opening brief due April

16 in *In re Federal Bar Foundation*, No. 24-1071 (Fed. Cir.); and a response brief due May 17 in *Boulton v. Community.com, Inc.*, No. 23-3145 (9th Cir.).

Additionally, appellant expects that numerous amicus briefs will be filed in support of appellees.  Counsel for appellant have already received amicus consent requests from counsel for (i) the Copyright Alliance; (ii) the Recording Industry Association of America, National Music Publishers Association, and Motion Picture Association; (iii) a group of law professors; (iv) the International Publishers Association and several related international groups; (v) The Authors Guild, Inc., and other authors' organizations; and (vi) former government officials and intellectual property scholars.  Appellant expects to receive more requests for consent in the coming week.  Because the deadline for filing amicus briefs is Friday March 22, appellant request this modest extension to permit appellant adequate time to review the amicus filings (in addition to appellee's response brief) before filing its reply brief.

For these reasons, Internet Archive respectfully requests that the Court grant an extension of time, to and including Friday, April 19, 2024, in which to file the reply brief.

Dated:  March 18, 2024                           Respectfully submitted,


                                                 s/ Joseph R. Palmore

JOSEPH C. GRATZ                                  JOSEPH R. PALMORE
MORRISON & FOERSTER LLP                          ADITYA V. KAMDAR
425 Market Street                                MORRISON & FOERSTER LLP
San Francisco, CA 94105                          2100 L Street NW, Suite 900
                                                 Washington, DC 20037
CORYNNE M. MCSHERRY                              Telephone:  (202) 887-6940
ELECTRONIC FRONTIER FOUNDATION                   JPalmore@mofo.com
815 Eddy Street
San Francisco, CA 94109                          DIANA L. KIM
                                                 MORRISON & FOERSTER LLP
                                                 755 Page Mill Road
                                                 Palo Alto, CA 94304

                      *Counsel for Internet Archive*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Rule 27(d)(2) of the Federal Rules of Appellate Procedure because it contains 452 words, excluding those parts of the motion exempted by Rule 32(f).

This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) of the Federal Rules of Appellate Procedure because this motion has been prepared in a proportionally spaced typeface using Microsoft Office Word 2022, in 14-point Times New Roman font.

Dated: March 18, 2024                                         s/ Joseph R. Palmore

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit via the CM/ECF system on March 18, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 18, 2024                                      s/ Joseph R. Palmore