# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of March, two thousand twenty-four.

Before:     Joseph F. Bianco,
                *Circuit Judge,*

_____

| | |
|---|---|
| Hachette Book Group, Inc., HarperCollins Publishers L.L.C., John Wiley & Sons, Inc., Penguin Random House LLC, | **ORDER** <br><br> Docket No. 23-1260 |
|     Plaintiffs - Appellees, | |
| v. | |
| Internet Archive, | |
|     Defendant – Appellant. | |

_____

Appellees move for leave to file their response brief under seal and to file a redacted version of the brief on the public docket.

IT IS HEREBY ORDERED that the motion is GRANTED.

                For the Court:
                Catherine O'Hagan Wolfe,
                Clerk of Court

