# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of March, two thousand twenty-four.

---

Hachette Book Group, Inc., HarperCollins Publishers L.L.C., John Wiley & Sons, Inc., Penguin Random House LLC,

  Plaintiffs - Appellees,

v.

Internet Archive,

  Defendant - Appellant,

Does 1-5, inclusive,

  Defendants

**ORDER**

Docket No. 23-1260

---

  Appellant moves for an extension of time to April 19, 2024 to file the reply brief. Appellees do not oppose the motion.

  IT IS HEREBY ORDERED that the motion is GRANTED.

        For the Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court