# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette Book Group v Internet Archive  Docket No.: 23-1260

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Matthew Joseph Keeley

Firm: Michael Best & Friedrich, LLP

Address: 1000 Maine Ave, SW, Suite 400, Washington, DC 20024

Telephone: 202-210-6020   Fax: 877-398-5240

E-mail: joe.keeley@michaelbest.com

Appearance for: International Publishers Association
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Hachette Book Group, Plaintiffs-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/

Type or Print Name: Matthew Joseph Keeley