## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette Book Group, Inc. v. Internet Archive     Docket No.: 23-1260

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Elaine J. Goldenberg

Firm: Munger, Tolles & Olson LLP

Address: 601 Massachusetts Avenue NW, Suite 500 E

Telephone: (202) 220-1114     Fax: (213) 683-4012

E-mail: elaine.goldenberg@mto.com

Appearance for: The Recording Industry Association of America, the National Music Publishers' Association, the Motion Picture Association, Inc., the News/Media Alliance
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House, LLC, Plaintiffs-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on October 12, 2023     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Elaine J. Goldenberg

Type or Print Name: Elaine J. Goldenberg