# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Hachette Book Group, Inc. v. Internet Archive**　　Docket No.: **23-1260**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Robert W. Clarida**

Firm: **Reitler Kailas & Rosenblatt LLP**

Address: **885 Third Avenue, 20th Floor**

Telephone: **212-209-3050**　　Fax: **212-371-5500**

E-mail: **rclarida@reitlerlaw.com**

Appearance for: THE AUTHORS GUILD, INC, AMERICAN PHOTOGRAPHIC ARTISTS, THE AMERICAN SOCIETY FOR COLLECTIVE RIGHTS LICENSING, THE AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS, THE ASSOCIATION OF AMERICAN LITERARY AGENTS, THE CANADIAN AUTHORS ASSOCIATION, THE DRAMATISTS GUILD OF AMERICA, EUROPEAN VISUAL ARTISTS, THE EUROPEAN WRITERS' COUNCIL – FÉDÉRATION DES ASSOCIATIONS EUROPÉENNES D'ECRIVAINS, THE INTERNATIONAL AUTHORS FORUM, THE NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION, THE NATIONAL WRITERS UNION, THE NORTH AMERICAN NATURE PHOTOGRAPHY ASSOCIATION, ROMANCE WRITERS OF AMERICA, SISTERS IN CRIME, THE SOCIETY OF AUTHORS, AND THE WRITERS' UNION OF CANADA; Amici Curiae

**Select One:**

☐ Substitute counsel (name/firm)

☐ Substitute counsel (replacing other counsel: _____ ) (name/firm)

☐ Additional counsel (co-counsel with: _____ ) (name/firm)

☑ Amicus (in support of: HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS LLC, JOHN WILEY & SONS, INC., and PENGUIN RANDOM HOUSE LLC; Plaintiffs-Appellees ) (party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **5/25/2018** OR

☐ I applied for admission on _____.

Signature of Counsel: **/s/ Robert W. Clarida**

Type or Print Name: **Robert W. Clarida**