# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Hachette Book Group, Inc. v. Internet Archive  **Docket No.:** 23-1260

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Sarah Weiner

**Firm:** Munger, Tolles & Olson LLP

**Address:** 601 Massachusetts Avenue NW, Suite 500 E

**Telephone:** (202) 220-1141   **Fax:** (202) 220-1141

**E-mail:** sarah.weiner@mto.com

**Appearance for:** The Recording Industry Association of America, the National Music Publishers' Association, the Motion Picture Association, Inc., the News/Media Alliance
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ ) (name/firm)

☐ Substitute counsel (replacing other counsel: _____ ) (name/firm)

☐ Additional counsel (co-counsel with: _____ ) (name/firm)

☑ Amicus (in support of: Hachette Book Group, Inc., HarperCollins Publishers LLC, John Wiley & Sons, Inc., Penguin Random House, LLC, Plaintiffs-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on n/a   OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Sarah Weiner

**Type or Print Name:** Sarah Weiner