## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette Book Group, Inc. v. Internet Archive        Docket No.: 23-1260

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Joshua L. Simmons

Firm: Kirkland & Ellis LLP

Address: 601 Lexington Ave, New York, NY 10022

Telephone: 212-446-4800                Fax: 212-446-4900

E-mail: joshua.simmons@kirkland.com

Appearance for: Amici Curiae 24 Former Government Officials, Former Judges and IP Scholars
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel:_____)
(name/firm)

☐ Substitute counsel (replacing other counsel:_____)
(name/firm)

☐ Additional counsel (co-counsel with:_____)
(name/firm)

☑ Amicus (in support of: Hachette Book Group, Inc. et al., Plaintiffs-Appellees)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 1, 2021    OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Joshua L. Simmons

Type or Print Name: Joshua L. Simmons