NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette Book Group, Inc. v. Internet Archive     Docket No.: 23-1260-cv

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Elizabeth Safran

Firm: COWAN DEBAETS ABRAHAMS & SHEPPARD LLP

Address: 41 Madison Avenue, 38th Floor, New York, New York 10010

Telephone: (212) 974-7474     Fax: (212) 974-8474

E-mail: esafran@cdas.com; managingclerk@cdas.com

Appearance for: The Copyright Alliance
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel:_____)
(name/firm)

☐ Substitute counsel (replacing other counsel:_____)
(name/firm)

☐ Additional counsel (co-counsel with:_____)
(name/firm)

☒ Amicus (in support of: Plaintiffs/Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on March 22, 2024     OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Elizabeth Safran

Type or Print Name: Elizabeth Safran