NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hachette Book Group, Inc. v. Internet Archive  Docket No.: 23-1260-cv

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Nancy E. Wolff

Firm: COWAN DEBAETS ABRAHAMS & SHEPPARD LLP

Address: 41 Madison Avenue, 38th Floor, New York, New York 10010

Telephone: (212) 974-7474   Fax: (212) 974-8474

E-mail: nwolff@cdas.com; managingclerk@cdas.com

Appearance for: The Copyright Alliance
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiffs/Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on April 27, 2022   OR

☐ I applied for admission on _____ .

Signature of Counsel: *Nancy E. Wolff*

Type or Print Name: Nancy E. Wolff