UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of April, two thousand twenty-four,

_____

Hachette Book Group, Inc., HarperCollins Publishers L.L.C., John Wiley & Sons, Inc., Penguin Random House LLC,

      Plaintiffs - Appellees,

v.

Internet Archive,

      Defendant – Appellant.
_____

**ORDER**

Docket No. 23-1260

Appellees seek leave to file corrected version of their principal brief. Appellant does not oppose the motion.

IT IS HEREBY ORDERED that the motion is GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

