# CERTIFICATE OF SERVICE & CM/ECF FILING

**23-1260**                                         *Hachette Book Group, Inc. v. Internet Archive*

I hereby certify that one (1) copy of the foregoing **Brief For Plaintiffs-Appellees [FILED UNDER SEAL]** to be served to Defendant-Appellant Internet Archive via Federal Express Next Business Day:

Joseph C. Gratz
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Corynne M. Mcsherry
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109

Joseph R. Palmore
Diana L. Kim
Aditya V. Kamdar
Morrison & Foerster LLP 2100 L Street NW, Suite 900
Washington, DC 20036
 (202) 887-6940

*Attorneys for Defendant-Appellant Internet Archive*


I certify that seven (7) hard copies of the foregoing **Brief For Plaintiffs-Appellees [FILED UNDER SEAL]** were sent to the Clerk's Office by Hand Delivery to:

Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007
(212) 857-8500


on this 9th day of April 2024.

<u>/s/ Elizabeth A. McNamara</u>
Elizabeth A. McNamara