

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Elizabeth A. McNamara**
(212) 489-8230 tel
(212) 489-8340 fax

lizmcnamara@dwt.com

May 6, 2024

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court, U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Hachette Book Group, Inc., et al. v. Internet Archive, et al.*, No. 23-01260

Dear Ms. O'Hagan Wolfe:

This firm represents Appellees Hachette Book Group, Inc., HarperCollins Publishers L.L.C., John Wiley & Sons, Inc., and Penguin Random House LLC in the above-captioned appeal. Pursuant to Local Rule 34.1, we write to update the Court regarding changes to the availability of counsel since we filed our oral argument statement on March 29, 2024.

The undersigned is not available for oral argument on June 25, 2024 after 11:30 a.m. because of a conference scheduled in a federal district court case on that day.

Sincerely,

Elizabeth A. McNamara

*Counsel for Appellees Hachette Book Group, Inc.,*
*HarperCollins Publishers L.L.C., John Wiley & Sons, Inc.,*
*and Penguin Random House LLC*

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4853-9286-4956v.1 0092453-000002

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system on May 6, 2024. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: May 6, 2024                     /s/ Elizabeth A. McNamara
                                       Elizabeth A. McNamara

4853-9286-4956v.1 0092453-000002