**MORRISON FOERSTER**

425 MARKET STREET
SAN FRANCISCO, CA 94105

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

June 25, 2024

Writer's Direct Contact
+1 (415) 268-6066
JGratz@mofo.com

**Via ECF**

Catherine O'Hagan Wolfe
Clerk of Court, U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Hachette Book Group, Inc. v. Internet Archive*, No. 23-1260

Dear Ms. O'Hagan Wolfe:

Counsel for appellant Internet Archive respectfully requests to bring two laptops or tablet computers and accompanying charging cords to oral argument scheduled this Friday, June 28, 2024. Mr. Joseph C. Gratz and Ms. Diana L. Kim make this request so they can access the 26-volume record electronically.

Respectfully submitted,


/s/ Joseph C. Gratz
Joseph C. Gratz


cc: All Counsel (via CM/ECF)


ny-2754769