

**Elizabeth A. McNamara**
(212) 489-8230 tel
(212) 489-8340 fax

lizmcnamara@dwt.com

June 25, 2024

**VIA ECF**
Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Hachette Book Group, Inc. v. Internet Archive*, No. 23-1260

Dear Ms. O'Hagan Wolfe:

    We represent plaintiffs-appellees Hachette Book Group, Inc., HarperCollins Publishers L.L.C., John Wiley & Sons, Inc. and Penguin Random House LLC ("Appellees") and we write to respectfully request permission to bring two laptops and accompanying charging cords to oral argument scheduled in the above-captioned matter on Friday June 28, 2024. We make this request so that counsel for Appellees can access the 26-volume record electronically and note that counsel for defendant-appellant Internet Archive has made an identical request.

                      Best regards,

                        Davis Wright Tremaine LLP

                        /s/ Elizabeth A. McNamara

                        Elizabeth A. McNamara

cc: Counsel of Record