# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of June, two thousand twenty four.

_____

| | |
|---|---|
| Hachette Book Group, Inc., HarperCollins Publishers L.L.C., John Wiley & Sons, Inc., Penguin Random House LLC, | **ORDER** |
|     Plaintiffs - Appellees, | Docket No. 23-1260 |
| v. | |
| Internet Archive, | |
|     Defendant – Appellant. | |

_____

    Mr. Joseph C. Gratz and Ms. Diana L. Kim counsel for Appellant have requested permission to use either two laptops or two tablets in the courtroom for the purpose of referring to material during oral argument of the above-referenced case.

    Mr. Joseph C. Gratz and Ms. Diana L. Kim are hereby authorized to use a personal laptop computer, or tablet computer in the lawyer anteroom and courtroom for the limited purposes of referring to material during oral argument and for note taking directly related to oral argument in the above-referenced matter.

    The use of a cellular phone or smart wearable technology to including watches, rings, or headsets is **barred.**

    Mr. Joseph C. Gratz and Ms. Diana L. Kim certifies that (1) they will not use the devices to make or record images or sounds or to send or receive wireless transmissions; and (2) the device lacks wireless data transmission capability, or alternatively that all access to wireless communication, including Bluetooth and Wi-Fi protocols, has been disabled.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

