# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of September, two thousand twenty-four.

Before:      Steven J. Menashi,
                 Beth Robinson,
                 Maria Araújo Kahn,
                      *Circuit Judges*.

___

Hachette Book Group, Inc., HarperCollins Publishers L.L.C., John Wiley & Sons, Inc., Penguin Random House LLC,

      Plaintiffs - Appellees,

v.

Internet Archive,

      Defendant - Appellant,

Does 1-5, inclusive,

      Defendants.

**JUDGMENT**

Docket No. 23-1260

___

      The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is AFFIRMED.

                                                For the Court:
                                                Catherine O'Hagan Wolfe,
                                                Clerk of Court

